INDEX OF EXHIBITS TO COMPLAINT

| Ex. No. | Date | Description |
|---|---|---|
| 1 | 11/12/2020 | Transcript, *After Hours with Alex Salvi* |
| 1A | 11/12/2020 | Screenshots, *After Hours with Alex Salvi* |
| 2 | 11/16/2020 | Transcript, *News Room*, 5AM |
| 2A | 11/16/2020 | Screenshots, *News Room*, 5AM |
| 3 | 11/16/2020 | Transcript, *Tipping Point with Kara McKinney* (monologue) |
| 3A | 11/16/2020 | Screenshots, *Tipping Point with Kara McKinney* (monologue) |
| 4 | 11/16/2020 | Transcript, *Tipping Point with Kara McKinney* (with Michael Johns) |
| 4A | 11/16/2020 | Screenshots, *Tipping Point with Kara McKinney* (with Michael Johns) |
| 5 | 11/16/2020 | Transcript, *News Room*, 11PM |
| 5A | 11/16/2020 | Screenshots, *News Room*, 11PM |
| 6 | 11/17/2020 | Transcript, *Tipping Point with Kara McKinney* |
| 6A | 11/17/2020 | Screenshots, *Tipping Point with Kara McKinney* |
| 7 | 11/18/2020 | Twitter, @OANN ("Dominion Scandal Goes Worldwide with Michael Johns") |
| 8 | 11/18/2020 | Facebook, One America News Network ("Dominion Scandal Goes Worldwide with Michael Johns") |
| 9 | 11/19/2020 | Transcript, *Breaking News Live with Patrick Hussion* |
| 9A | 11/19/2020 | Screenshots, *Breaking News Live with Patrick Hussion* |
| 10 | 11/19/2020 | Transcript, *Real America with Dan Ball* |
| 10A | 11/19/2020 | Screenshots, *Real America with Dan Ball* |
| 11 | 11/20/2020 | OAN Article, "President's Lawyers Say Communist Funded…" |
| 12 | 11/20/2020 | Twitter, @OANN ("President's Lawyers Say Communist Funded…") |
| 13 | 11/20/2020 | Facebook, One America News Network ("President's Lawyers Say Communist Funded…") |
| 14 | 11/20/2020 | Transcript, *News Room*, 12AM |
| 14A | 11/20/2020 | Screenshots, *News Room*, 12AM |
| 15 | 11/20/2020 | Transcript, *News Room*, 6AM |
| 15A | 11/20/2020 | Screenshots, *News Room*, 6AM |
| 16 | 11/20/2020 | Transcript, *News Room*, 3PM |
| 16A | 11/20/2020 | Screenshots, *News Room*, 3PM |
| 17 | 11/20/2020 | Transcript, *In Focus with Stephanie Hamill* |
| 17A | 11/20/2020 | Screenshots, *In Focus with Stephanie Hamill* |
| 18 | 11/22/2020 | Transcript, *Tipping Point with Kara McKinney* |
| 18A | 11/22/2020 | Screenshots, *Tipping Point with Kara McKinney* |
| 19 | 11/22/2020 | Transcript, *News Room*, 6PM |
| 19A | 11/22/2020 | Screenshots, *News Room*, 6PM |
| 20 | 11/23/2020 | Transcript, *Tipping Point with Kara McKinney* |
| 20A | 11/23/2020 | Screenshots, *Tipping Point with Kara McKinney* |
| 21 | 11/25/2020 | OANN Website, *In Focus with Stephanie Hamill* (Video) |
| 22 | 11/27/2020 | OAN Article, "Sidney Powell Launches Election Lawsuits..." |
| 23 | 11/27/2020 | Twitter, @OANN ("Sidney Powell Launches Election Lawsuits...") |
| 24 | 11/27/2020 | Facebook, One America News Network ("Sidney Powell Launches Election Lawsuits...") |
| 25 | 11/28/2020 | Transcript, *Tipping Point with Kara McKinney* |
| 25A | 11/28/2020 | Screenshots, *Tipping Point with Kara McKinney* |
| 26 | 12/1/2020 | Transcript, *Breaking News Live with Patrick Hussion* |

INDEX OF EXHIBITS TO COMPLAINT

| Ex. No. | Date | Description |
|---|---|---|
| 26A | 12/1/2020 | Screenshots, *Breaking News Live with Patrick Hussion* |
| 27 | 12/1/2020 | Transcript, *Tipping Point with Kara McKinney* |
| 27A | 12/1/2020 | Screenshots, *Tipping Point with Kara McKinney* |
| 28 | 12/3/2020 | Transcript, *In Focus with Stephanie Hamill* |
| 28A | 12/3/2020 | Screenshots, *In Focus with Stephanie Hamill* |
| 29 | 12/5/2020 | Transcript, *News Room*, 9AM |
| 29A | 12/5/2020 | Screenshots, *News Room*, 9AM |
| 30 | 12/7/2020 | OAN Article, "Chairman Of Smartmatic's Parent Company..." |
| 31 | 12/7/2020 | Twitter, @OANN ("Chairman Of Smartmatic's Parent Company...") |
| 32 | 12/7/2020 | Facebook, One America News Network ("Chairman Of Smartmatic's Parent Company...") |
| 33 | 12/7/2020 | Transcript, *Tipping Point* |
| 33A | 12/7/2020 | Screenshots, *Tipping Point* |
| 34 | 12/21/2020 | Transcript, *News Room*, 3PM |
| 34A | 12/21/2020 | Screenshots, *News Room*, 3PM |
| 35 | 2/5/2021 | Transcript, *Absolute Proof* |
| 35A | 2/5/2021 | Screenshots, *Absolute Proof* |
| 36 | 2/8/2021 | Transcript, *Real America with Dan Ball* |
| 36A | 2/8/2021 | Screenshots, *Real America with Dan Ball* |
| 37 | 2/11/2021 | Transcript, *A Screening and Conversation of Absolute Proof* |
| 37A | 2/11/2021 | Screenshots, *A Screening and Conversation of Absolute Proof* |
| 38 | 4/3/2021 | Transcript, *Scientific Proof* |
| 38A | 4/3/2021 | Screenshots, *Scientific Proof* |
| 39 | 4/22/2021 | Transcript, *Absolute Interference* |
| 39A | 4/22/2021 | Screenshots, *Absolute Interference* |
| 40 | 5/3/2021 | Transcript, *Mike Lindell Tackles Election Fraud* |
| 41 | 6/5/2021 | Transcript, *Absolutely 9-0* |
| 41A | 6/5/2021 | Screenshots, *Absolutely 9-0* |
| 42 | 11/19/2020 | Transcript, *Tipping Point with Kara McKinney* |
| 43 | 11/20/2020 | Transcript, *Tipping Point with Kara McKinney* |
| 44 | 11/24/2020 | Transcript, *News Room*, 11PM |
| 45 | 12/26/2020 | Transcript, *Weekly Briefing* |
| 45A | 12/26/2020 | Screenshots, *Weekly Briefing* |
| 46 | 12/11/2020 | Retraction Demand Letter from Smartmatic to OANN |
| 47 | 10/27/2020 | Second Retraction Demand Letter from Smartmatic to OANN |
| 48 | 12/18/2020 | Dominion Retraction Demand Letters to OANN |
| 49 | 10/1/2020 | California Secretary of State Press Release, *Los Angeles County VSAP 2.1 Voting System Certified* |
| 50 | 10/1/2020 | California Secretary of State, *Conditional Approval of Los Angeles County's Voting Solutions for All People (VSAP) 2.1 Voting System* |
| 51 | 12/15/2020 | California Secretary of State Website, *Voting Technologies Approved for Use in California* |
| 52 | 8/9/2019 | Dominion Georgia Certification |
| 53 | 11/19/2020 | Georgia Risk-Limiting Audit Report |
| 54 | 11/19/2020 | Georgia Secretary of State, *Historic First Statewide Audit of Paper Ballots Upholds Result of Presidential Race* |

INDEX OF EXHIBITS TO COMPLAINT

| Ex. No. | Date | Description |
|---|---|---|
| 55 | 11/30/2020 | Georgia Press Conference on 2020 Election Recount Update |
| 56 | | Georgia Secretary of State Press Release, *Security-Focused Tech Company, Dominion Voting to Implement New Verified Paper Ballot System* |
| 57 | 1/6/2021 | Georgia Secretary of State Letter to Congress |
| 58 | | Michigan Voter Information Center, *Voting Systems Map* |
| 59 | | Michigan Secretary of State Benson, *Voting System Purchase* |
| 60 | 11/6/2020 | Michigan Department of State Press Release |
| 61 | 1/5/2021 | Michigan Secretary of State, *Michigan's election was secure and fair, and the results are accurate* |
| 62 | | Pennsylvania Department of State, *Electronic Voting Systems Certified After January 1, 2018* |
| 63 | | Pennsylvania Pressroom, *Department of States Tells Counties to Have New Voting Systems in Place by End of 2019* |
| 64 | | Votes PA, *New Voting Systems* |
| 65 | 11/12/2020 | Twitter, @GovernorTomWolf |
| 66 | 11/13/2020 | Governor Tom Wolf, *U.S. Election was 'most secure in American history' Federal Agency says* |
| 67 | | Arizona Secretary of State, *2020 Election Cycle/Voting Equipment* |
| 68 | 12/1/2020 | Twitter, @dougducey |
| 69 | | Wisconsin Election Commission, *Voting Equipment List by Municipality February 2020* |
| 70 | | Wisconsin Election Commission, *Voting Equipment* |
| 71 | 11/16/2020 | Wisconsin Elections Commission, *Did Dominion Voting Equipment Flip Votes from Trump to Biden* |
| 72 | | Nevada Secretary of State, *Voting System Testing and Security List* |
| 73 | 11/5/2020 | Nevada Governor, *Gov. Sisolak issues statement on President Trump's comments on the election* |
| 74 | | Facts v. Myths: Nevada 2020 Post-General Election |
| 75 | 11/14/2020 | Smartmatic Website, *Smartmatic Fact-checked* |
| 76 | 11/16/2020 | Smartmatic Website, Smartmatic Fact-checked |
| 77 | 11/27/2020 | Smartmatic Website, *Smartmatic Fact-checked* |
| 78 | | Smartmatic Website, *Facts About Smartmatic* |
| 79 | 11/1/2020 | Dominion Website, *About Dominion* |
| 80 | 11/7/2020 | Dominion Website, *Statement on Viral Claims/Rumors About Dominion Voting Systems* |
| 81 | 11/13/2020 | Dominion Website, *Election 2020: Setting the Record Straight: Facts & Rumors* |
| 82 | 11/17/2020 | Dominion Website, *Setting the Record Straight: Facts & Rumors* |
| 83 | 11/21/2020 | Dominion Website, *Setting the Record Straight: Facts & Rumors* |
| 84 | 11/25/2020 | Dominion Website, *Setting the Record Straight: Facts & Rumors* |
| 85 | 11/26/2020 | Dominion Website, *Statement from Dominion on Sidney Powell's Charges* |
| 86 | 12/3/2020 | Dominion Website, *Election 2020: Setting the Record Straight: Facts & Rumors* |
| 87 | 11/1/2020 | ES&S Website, *Getting the facts straight about elections* |

INDEX OF EXHIBITS TO COMPLAINT

| Ex. No. | Date | Description |
|---|---|---|
| 88 | 11/11/2020 | ES&S Website, *ES&S Equipment Efficiently, Accurately, Securely Records Election History* |
| 89 | 11/26/2020 | ES&S Website, *Getting the facts straight about elections* |
| 90 | 9/25/2020 | Hart Website, *Voting System Security Technology* |
| 91 | 9/28/2020 | Hart Website, *More Texas Counties Choose Hart InterCivic's Verity Voting* |
| 92 | 10/30/2006 | Fox News Article, *Voting Machines Cos: No Ties to Chávez* |
| 93 | 6/25/2010 | Dominion Voting Systems, Inc. Statement of Foreign Entity Authority filed with Colorado Secretary of State |
| 94 | 7/13/2012 | Florida Division of Corporations, Smartmatic USA Corp Filing Record |
| 95 | 9/18/2012 | Smartmatic Press Release, *Smartmatic International Sues Dominion Voting Systems for Licensing Breach and Improper Business Practices* |
| 96 | 9/26/2012 | Smartmatic Press Release, *Carter States that Election Process in Venezuela is "Best in the World"* |
| 97 | 5/1/2013 | Mem. Opinion, *Smartmatic Int'l Corp. v. Dominion Voting Systems Int'l Corp.*, No. 7844-VCP (Del. Chan.) |
| 98 | 3/6/2018 | Business Wire Article, *Smartmatic Announces Cease of Operations in Venezuela* |
| 99 | 10/29/2018 | AP Article, *US election integrity depends on security-challenged firms* |
| 100 | 10/29/2018 | AP Article, *Security-challenged firms are gatekeepers of US elections* |
| 101 | 3/27/2019 | Klobuchar Press Release, *Ranking Members Klobuchar, Warner, Reed, and Peters Press Election Equipment Manufacturers on Security* |
| 102 | 5/2/2019 | NPR Article, *Trips to Vegas and Chocolate-Covered Pretzels: Election Vendors Come Under Scrutiny* |
| 103 | 10/28/2019 | ProPublic Article, *The Market for Voting Machines is Broken. This Company Has Thrived in It* |
| 104 | 11/5/2019 | FBI National Press Office, *Joint Statement from DOJ, DOD, DHS, DNI, FBI, NSA, and CISA on Ensuring Security of 2020 Elections* |
| 105 | 12/10/2019 | Warren Press Release, *Warren, Klobuchar, Wyden, and Pocan Investigate Vulnerabilities and Shortcomings of Election Technology Industry with Ties to Private Equity* |
| 106 | 3/3/2020 | Politico Article, *Los Angeles County's risky voting experiment* |
| 107 | 3/11/2020 | Loyola Marymount University, *2020 LA Votes Presidential Primary Exit Poll* |
| 108 | 3/30/2020 | Smartmatic USA Corp Annual Report filed with Florida Secretary of State |
| 109 | 9/24/2020 | CNN Transcript |
| 110 | 10/28/2020 | WSJ Article, *Early Voting Shines Spotlight on Consolidated Voting-Equipment Market* |
| 111 | 10/30/2020 | NASS and NASED 2020 Election Preparations and Reminders |
| 112 | 11/3/2020 | Politico Article, *Playbook PM: Halftime* |
| 113 | 11/4/2020 | Post-Election Joint Statement from NASS and NASED |
| 114 | 11/4/2020 | Statement from CISA Director Krebs Following Final Day of Voting |
| 115 | 11/10/2020 | NYT Article, *The Times Called Officials in Every State: No Evidence of Voter Fraud* |
| 116 | 11/10/2020 | Los Angeles Times Article, *L.A.'s $300-million voting systems gets high marks as votes trickle in across California* |

INDEX OF EXHIBITS TO COMPLAINT

| Ex. No. | Date | Description |
|---|---|---|
| 117 | 11/11/2020 | Smartmatic Website, *Los Angeles County-Voting Solutions for All People* |
| 118 | 11/11/2020 | NYT Article, *No, Dominion voting machines did not delete Trump votes.* |
| 119 | 11/12/2020 | Cybersecurity & Infrastructure Security Agency, *Joint Statement from Elections Infrastructure Gvmt Coordinating Council & Election Infrastructure Sector Coordinating Executive Committees* |
| 120 | 11/13/2020 | Scytl Website, *Scytl strongly denies the false information related to the U.S. elections* |
| 121 | 11/15/2020 | AP Article, *False reports claim election servers were seized in Germany* |
| 122 | 11/16/2020 | Letter from Election Security Specialists |
| 123 | 11/16/2020 | Reuters Article, *Fact check: the U.S. military has not seized election servers in Germany* |
| 124 | 11/19/2020 | Verify, *No evidence that presidential election votes were tallied overseas* |
| 125 | 11/19/2020 | AP Article, *AP Fact Check: Trump legal team's batch of false vote claims* |
| 126 | 11/20/2020 | NYT Article, *Trump Campaign Lawyers Step Up but Are Swiftly Knocked Down* |
| 127 | 11/22/2020 | Twitter, @JennaEllisEsq. |
| 128 | 11/30/2020 | CBS News, *Fired Director of U.S. Cyber Agency Chris Krebs Explains Why President Trump's Claims of Election Interference Are False* |
| 129 | 12/1/2020 | AP, *Disputing Trump, Barr says no widespread election fraud* |
| 130 | 12/3/2020 | U.S. Election Assistance Commission Website, *How the U.S. Election Assistance Commission Facilitates Fair and Secure Elections* |
| 131 | | NCSL, Voting System Standards, *Testing and Certification* |
| 132 | | U.S. EAC, *Voting Systems by Jurisdiction* |
| 133 | | Verified Voting Website, *The Verifier – Search – November 2020* |
| 134 | | CISA, *#Protect2020 Rumor vs. Reality* |
| 135 | | VoteTexas.gov, *How to Vote* |
| 136 | | Texas Secretary of State, *Voting System Examination(s) and Status for Dominion* |
| 137 | 5/30/2013 | Press Releases from Herring Broadcasting |
| 138 | 7/5/2017 | Washington Post, *An inside look at One America News, the insurgent TV network taking 'pro-Trump' to new heights* |
| 139 | 5/22/2019 | OANN, *One America News Network Has Strong Ratings Going Into The 2020 Presidential Elections* (Wayback Machine) |
| 140 | 5/8/2020 | CNN, *Meet OAN, the little-watched right-wing news channel that Trump keeps promoting* |
| 141 | 11/7/2020 | Chris Krebs @CISAKrebs, Twitter |
| 142 | 11/19/2020 | Wisconsin Star News, *"No evidence has been provided that supports allegations of systemic or widespread election issues"* |
| 143 | 12/1/2020 | Tweet, @realDonaldTrump (Wayback Machine) |
| 144 | 12/10/2020 | The New Republic, *Fox News Is in Trouble* |
| 145 | 1/1/2021 | Tweet, @realDonaldTrump (Wayback Machine) |
| 146 | 1/8/2021 | NBC News, *Twitter bans Michael Flynn, Sidney Powell in QAnon account purge* |
| 147 | 1/12/2021 | NY Times, *As Corporate America Flees Trump, MyPillow's C.E.O. Stands by Him* |

5

INDEX OF EXHIBITS TO COMPLAINT

| Ex. No. | Date | Description |
|---|---|---|
| 148 | 2/4/2021 | *Smartmatic USA Corp., et al. v. Fox Corporation et al.*, Supreme Court of the State of New York, County of New York, Index No. 151136/2021 |
| 149 | 2/4/2021 | Twitter, @OANN (First Tweet) |
| 150 | 2/4/2021 | Twitter, @OANN (Second Tweet) |
| 151 | 5/20/2021 | Declaration of Marty Golingan (*Coomer v. Donald J. Trump for President, Inc., et al.*, 2020cv034319 (Dist. Ct., Denver Cnty., Colo.) |
| 152 | 6/23/2021 | Michigan Senate Oversight Committee, Report on the November 2020 Election in Michigan |