# Exhibit 1

TRANSCRIPT OF THE AUDIO RECORDING OF:

One America News Network
After Hours with Alex Salvi Excerpt

November 12, 2020

TRANSCRIBED BY: THOMPSON COURT REPORTERS INC.

1        ALEX SALVI:  The Trump campaign is exhausting its
2   remaining resources utilizing recounts, lawsuits, and
3   allegations of voter fraud to keep the re-election efforts
4   alive. At the center of that latter argument today are
5   concerns about the voting machine company known as Dominion.
6   It's a Canadian company with its headquarters in Denver.
7   Although much of the manufacturing is done in China, where it
8   makes software that local governments use to run their
9   elections here in the US. The New York Times reporting on
10  Wednesday, quote, "Dominion Voting Systems, which makes
11  software that local governments around the nation use to help
12  run their elections, is now at the center of baseless claims
13  that software glitches lead to mistakes and vote tallies in
14  Michigan and Georgia last week." This article goes on to list
15  several examples of voting system being at the center of
16  controversies specifically in Michigan and Georgia. So in
17  regard to Michigan, quote, "in the two Michigan counties that
18  had had mistakes, the inaccuracies were because of human
19  errors, not software problems. According to the Michigan
20  Department of State, county officials, and election security
21  experts, only one of the two Michigan counties used Dominion
22  software." And then in regard to Georgia, quote, "issues in
23  three Georgia counties had other explanations. In one county,
24  an apparent problem with Dominion software delayed officials'

1  reporting of the vote tallies, but did not affect the actual
2  vote counts. In two other counties, a separate company's
3  software slowed poll workers' ability to check-in voters." So
4  many of you may be familiar with these types of machines.
5  They're used in 28 states all across the country, serving over
6  40% of US voters.
7           UNIDENTIFIED SPEAKER A:  The system requires voters
8  to select candidates on a computer screen. The machine would
9  print a paper ballot showing the voters choices stamped with a
10 QR code. The voter would put the ballot in a scanner, which
11 would scan the QR code. Critics say the scanner would also
12 encode a timestamp indicating the time of day the vote was
13 cast.
14          ALEX SALVI:  So simple enough. But the sign of
15 confidence from The New York Times, it may help some of you
16 sleep at night, but it also ignores years worth of alarms
17 being raised about these systems. Professor Andrew Appel, a
18 computer scientist at Princeton University, has been raising
19 the alarms about Dominion Voting Systems for years. In fact,
20 back in 2008, he was asked to hack into one of those machines
21 as part of an election lawsuit against officials in the state
22 of New Jersey.
23          UNIDENTIFIED SPEAKER B:  He says it could happen by
24 simply swapping the machines computer chip for his own.

1      ANDREW APPEL:  And I'll just have to replace this one
2  [inaudible] chip with a fraudulent computer program.
3      UNIDENTIFIED SPEAKER B:  He was able to change the
4  votes, the machine counted.
5      ANDREW APPEL:  I figured out how to make a slightly
6  different computer program that just before the close of the
7  polls, it shifts some votes around from one candidate to
8  another. And I wrote that computer program onto a memory chip
9  like this. And now to hack a voting machine, you have to get
10 seven minutes alone with it with a screwdriver.
11     ALEX SALVI:  I understand a lot has changed since
12 2008. But the allegations against Dominion Voting did not stop
13 then. The Washington Examiner reporting this week quote, "the
14 Dominion Voting Systems, which has been used in multiple
15 states where fraud has been alleged in the 2020 US election,
16 was rejected three times by data communications experts from
17 the Texas Secretary of State and Attorney General's Office for
18 failing to meet basic security standards." But it's not only
19 Dominion. It's also Dominion's subsidiaries, such as
20 Smartmatic which was used for the Philippine elections back in
21 2010 and 2013. The Washington Examiner reporting quote,
22 "litigation over Smartmatic glitches alleges they impacted the
23 2010 and 2013 midterm elections in the Philippines, raising
24

1    questions of cheating and fraud. An independent review of the

2    source codes used in the machines found multiple problems,

3    which concluded the software inventory provided by Smartmatic

4    is inadequate, which brings into question the software

5    credibility." So when you understand all of this, you begin to

6    realize why Republicans were concerned when they learned this

7    happened in Michigan.

8               UNIDENTIFIED SPEAKER C:  In Antrim County, ballots

9    were counted for Democrats that were meant for Republicans

10   causing a 6000 vote swing against our candidates. The county

11   clerk came forward and said, tabulating software glitched and

12   caused a miscalculation of the votes. Since then, we have now

13   discovered that 47 counties use this same software in the same

14   capacity.

15              ALEX SALVI:  Now, to be clear, at this point, we

16   don't have any independent evidence that any additional votes

17   have been affected by these voting systems, or that the

18   results were tainted in any way by large scale voter fraud.

19   But that doesn't mean that people should be shamed for asking,

20   because it's not out of the realm of possibility. And you

21   don't have to take my word for it. Remember, Professor Appel,

22   the Princeton professor from earlier who is probably smarter

23   than me, he's been speaking out on these systems as recently

24   as last year.

1       ANDREW APPEL:  If the machine is hacked, then they

2  can install software that marks votes on the ballot after the

3  voter last saw it. And if the piece of paper can be marked by

4  the computer after the last time the voters saw it, then the

5  whole paper trail is compromised.

6       ALEX SALVI:  Joining us now for updates on the legal

7  fight that may be ahead is Harmeet Dhillon, the co-chair of

8  the Republican National Lawyers Association, and the CEO and

9  founder of the Center for American Liberty. So Harmeet, I'm

10 really glad to have you on the program tonight, because we

11 know that today there are some developments in favor of the

12 Trump campaign coming in the state of Pennsylvania as well.

13 But I want to get your input on the legal battle in general.

14 Do you believe that there is a strong case so far?

15      HARMEET DHILLON:  Yes, there is a strong case. But a

16 lot of people have kind of dumbed this down to just being

17 fraud. And I don't think that that's that's a way to win this

18 election. Quite frankly, I think some of the big pieces are

19 whether ballots were counted that shouldn't have been counted.

20 And this may have happened in multiple states where the law

21 says ballots have to be received by a certain day, or they

22 have to have a date and a signature and an address on them or

23 they have to have a secrecy envelope. And some of those things

24 are not there. Other instances that could make a difference in

1  the outcome of the election is whether ballots have to be
2  recounted where they weren't witnessed by Republican
3  volunteers. And finally, you have Georgia where they're doing
4  an automatic recount and audit and it's by hand using hand
5  records, paper records. So these are the types of things that
6  taken together could be enough to make a difference in the
7  outcome. It is an uphill battle to change multiple states. So
8  that those are some of the challenges.
9          ALEX SALVI:  And in fact, we're hearing from
10 Republican state senators in Michigan, too, that they're also
11 looking for a recount in that state. But the development of
12 when it comes to Pennsylvania, I think you're right to say
13 that it doesn't necessarily have to do with fraud. But it has
14 to do with some of these ballots coming in after the allotted
15 time period. The deadline that was created and whether or not
16 state executives have the power to make those kind of
17 deadlines because the Constitution is pretty clear that it's
18 state legislatures that really have that power to do so. So
19 when we look ahead to possible litigation brought forth by the
20 Trump campaign, what do they have to prove? It's not as you
21 were saying, necessarily bringing in widespread voter fraud
22 evidence, but more so looking at the law as it's written,
23 correct?
24         HARMEET DHILLON:  That's right. And the Supreme Court

1  has repeatedly ruled on this issue of the elections and the
2  Electors Clause, the United States Constitution, which in turn
3  provides that only state legislatures make the time, place,
4  and manner regulations in our voting. And earlier this year,
5  our governor in California attempted to unilaterally impose a
6  change in our voting laws. And we sued them, Republican
7  National Committee and Republican lawyers sued them. And the
8  governor then went to the legislature to pass the same
9  regulations that he wanted. And that's the correct way to do
10 it, although I disagree with the regulations. But in
11 Pennsylvania, where there is a Republican legislature, and
12 they refuse to extend the deadline to receive the ballots to
13 three days or more after the election, the Secretary of State,
14 who dislikes the President, went ahead and did that on her
15 own. And then she got that certified by the Pennsylvania
16 Supreme Court. That's the case before the United States
17 Supreme Court. And today's ruling that you mentioned, doesn't
18 have to do with that issue. But it has to do with a separate
19 issue that the -- that the Secretary of State imposed on the
20 state and that is that she attempted to extend the deadline by
21 which first time voters must provide the state with voter ID.
22 That is, by statute six days, which seems to be plenty of
23 time, right? Voting is a precious right, and people should
24 treat it seriously, to nine days. And that's what the court

1  today struck down and said she doesn't have the authority to
2  do that.
3           ALEX SALVI:  And I believe that's referred to as
4  curing the ballots where they submitted the ballot, and they
5  do have a time period where they can go back and make the
6  proper changes if need be. But as we were saying, it's not
7  necessarily the job of an executive official in the state to
8  unilaterally extend that time period. But I do want to touch
9  on that first case as well, because Justice Samuel Alito, he
10 did give the Trump campaign another victory, in a sort earlier
11 this week, when he said that ballots that arrived after the
12 deadlines, they can still be counted. But they have to be done
13 so separately, and now is the reason for that because this
14 could end up before the Supreme Court? And in case there is
15 any sort of remedy, they want to make sure that these ballots
16 aren't tainted in the sense that they're all put together. And
17 you can't necessarily differentiate between the two types.
18          HARMEET DHILLON:  That is the issue. Now, the problem
19 is that the Supreme Court already ordered that before the
20 election, and yet, a few days later, when these parties went
21 back to court, the the secretary of state of Pennsylvania and
22 the Trump side were unable to tell the court that indeed that
23 segregation had occurred because the counties in the state
24 said they were unable to give that assurance. So that's very

1  troubling. So in fact, there may not have been a segregation
2  occurring before that second order by by Justice Alito. So
3  what does that mean? Well, in addition to the fact that there
4  are 600,000 ballots that apparently were not witnessed at all,
5  in Pennsylvania, that could suggest a need for a recount.
6  Under Pennsylvania law the state is supposed to keep the
7  envelopes and supposed to have a date stamp on each ballot or
8  envelope, what what day they received it. So even though they
9  didn't segregate them, those paper records are supposed to be
10 there. Are they? We shall see.
11             ALEX SALVI:  And I think that is actually a very
12 important maybe because for example, I'm trying to think this
13 out logically. And if these ballots were counted in their
14 totality, for example, and the Supreme Court eventually does
15 take up the case and say, you know what, anything that did
16 arrive after this deadline should not be counted, because
17 that's against the law as it's written. We know that there are
18 now conservative textualists on the Supreme Court as well. So
19 say, for example, that the state of Pennsylvania did combine
20 these ballots, and they counted them all. But now the Supreme
21 Court rules, for example, and says, you know what, anything
22 that arrives after the deadline can't be counted. But we don't
23 really necessarily have a way to differentiate between those,
24 what then happens to would it be an ask for a totally new

1  election? Would it be asking for certain votes to be counted

2  in different way, then what happens?

3            HARMEET DHILLON:  Well, it's very interesting. It's

4  somewhat unprecedented. But you may recall that there was a

5  ballot harvesting scandal in the 2018 election in a

6  neighboring nearby state of North Carolina where I grew up.

7  And there was an ad where it's illegal. And indeed, a

8  Republican candidate staffer was accused of doing that. And,

9  you know, ultimately, a new election was called as a remedy.

10 And so obviously, we don't want that. But I don't want to

11 assume that the records aren't there necessarily. Okay. But

12 we, you know, the records are there, we ought to be able to

13 unscramble that egg as it were. And there should be a recount

14 anyway, based on the fact that Republicans weren't allowed to

15 observe that but you know, bottom line elections are about

16 numbers, right? So right now there's a 50,000 vote spread

17 putatively, between the two sides in Pennsylvania. The

18 secretary of state of Pennsylvania has come out and said it's

19 about 10,000 or so ballots that were received after that,

20 although I don't know how she can say that when she told the

21 Supreme Court, not sure, you know, whether those ballots are

22 being segregated or not. But if it is 10,000, you know, that's

23 out of 40,000. So you have to find another way to close

24 that gap. And there are places to do that. The places to do

1  that include Philadelphia, counting a number of ballots, that
2  according to state law, are incomplete. They don't have the
3  date, they don't have the address, they don't have the
4  signature necessarily, and they don't have that secrecy
5  envelope. One of those problems, those should not have been
6  counted, okay. And then there's other counties that have just
7  simply voted in their local election boards to ignore state
8  law that requires ballots to be dated. And those are important
9  laws, and they are there for a reason. And so if you add up
10 all of these irregularities, and you do a recount, it is
11 possible to make up that vote difference, but there are a lot
12 of ifs there.
13         ALEX SALVI:  Yeah. And you know, I've heard some
14 people say this too, the media may have the first word when it
15 comes to calling this election. But it seems that there's no
16 doubt that the federal courts will have the last. It seems
17 like this is going to the courts. It's just a matter of how
18 they end up deciding on this. So I advise everybody, just stay
19 calm. Wait for these results to play out because at this
20 point, it is too close to call as you were saying, but Harmeet
21 Dhillon, I really appreciate coming on the program tonight
22 breaking down the complexities of this situation. Thank you.
23
24

|   |   |
|---|---|
| 1 | TRANSCRIBER'S CERTIFICATE |
| 2 |   |
| 3 | I hereby certify that the foregoing pages |
| 4 | are a true, accurate, and complete transcript of the |
| 5 | proceedings transcribed from a copy of the electronic |
| 6 | sound recording to the best of our knowledge and ability. |
| 7 |   |
| 8 | IN WITNESS WHEREOF, I have hereunto set my hand on |
| 9 | this 4th day of October, 2021. |
| 10 |   |
| 11 |   |
| 12 |   |
| 13 | _____<br>James Lonergan<br>Production Manager |
| 14 | Thompson Court Reporters, Inc. |
| 24 | THOMPSON COURT REPORTERS INC. |

**1**

**10,000** 11:19,22

**2**

**2008** 3:20 4:12
**2010** 4:21,23
**2013** 4:21,23
**2018** 11:5
**2020** 4:15
**28** 3:5

**4**

**40%** 3:6
**40,000** 11:23
**47** 5:13

**5**

**50,000** 11:16

**6**

**600,000** 10:4
**6000** 5:10

**A**

**ability** 3:3
**able** 4:3 11:12
**about** 2:5 3:17,19 11:15,19
**according** 2:19 12:2
**accused** 11:8
**across** 3:5
**actual** 3:1
**actually** 10:11
**ad** 11:7
**add** 12:9
**addition** 10:3
**additional** 5:16
**address** 6:22 12:3
**advise** 12:18
**affect** 3:1
**affected** 5:17
**after** 6:2,4 7:14 8:13 9:11 10:16,22 11:19
**against** 3:21 4:12 5:10 10:17
**ahead** 6:7 7:19 8:14
**alarms** 3:16,19
**ALEX** 2:1 3:14 4:11 5:15 6:6 7:9 9:3 10:11 12:13
**Alito** 9:9 10:2
**alive** 2:4
**all** 3:5 5:5 9:16 10:4,20 12:10
**allegations** 2:3 4:12
**alleged** 4:15
**alleges** 4:22
**allotted** 7:14
**allowed** 11:14
**alone** 4:10
**already** 9:19
**also** 3:11,16 4:19 7:10
**although** 2:7 8:10 11:20
**American** 6:9
**an** 2:24 3:21 5:1 6:22 7:4,7 9:7 10:24 11:7
**and** 2:2,13,14,16,20,22 4:1,8,9,17,21,23 5:1,11,20 6:3,8,17,20,22,23 7:3,4,9,15,24 8:1,4,6,7,9,11,14,15,17,20,23,24 9:1,3,4,5,13,14,16,20,21 10:7,11,13,14,15,20,21 11:7,8,10,13,18,24 12:4,6,8,9,10,13
**Andrew** 3:17 4:1,5 6:1
**another** 4:8 9:10 11:23
**Antrim** 5:8
**any** 5:16,18 9:15
**anything** 10:15,21
**anyway** 11:14
**apparent** 2:24
**apparently** 10:4
**Appel** 3:17 4:1,5
5:21 6:1
**appreciate** 12:21
**are** 2:4 6:11,18,24 7:5,8 10:4,9,10,17 11:12,15,21,24 12:2,8,9,11
**aren't** 9:16 11:11
**argument** 2:4
**around** 2:11 4:7
**arrive** 10:16
**arrived** 9:11
**arrives** 10:22
**article** 2:14
**as** 2:5 3:21 4:19 5:23,24 6:12 7:20,22 9:3,6,9 10:17,18 11:9,13 12:20
**ask** 10:24
**asked** 3:20
**asking** 5:19 11:1
**Association** 6:8
**assume** 11:11
**assurance** 9:24
**at** 2:4,12,15 3:16,18 5:15 7:22 10:4 12:19
**attempted** 8:5,20
**Attorney** 4:17
**audit** 7:4
**authority** 9:1
**automatic** 7:4

**B**

**back** 3:20 4:20 9:5,21
**ballot** 3:9,10 6:2 9:4 10:7 11:5
**ballots** 5:8 6:19,21 7:1,14 8:12 9:4,11,15 10:4,13,20 11:19,21 12:1,8
**based** 11:14
**baseless** 2:12
**basic** 4:18
**battle** 6:13 7:7
**be** 3:4 5:15,19 6:3,7,21 7:1,6 8:22 9:6,12 10:9,16,22,24 11:1,12,13 12:8
**because** 2:18 5:20 6:10 7:17 9:9,13,23 10:12,16 12:19
**been** 3:18 4:14,15 5:17,23 6:19 10:1 12:5
**before** 4:6 8:16 9:14,19 10:2
**begin** 5:5
**being** 2:15 3:17 6:16 11:22
**believe** 6:14 9:3
**between** 9:17 10:23 11:17
**big** 6:18
**boards** 12:7
**bottom** 11:15
**breaking** 12:22
**bringing** 7:21
**brings** 5:4
**brought** 7:19
**but** 3:1,14,16 4:12,18 5:19 6:13,15 7:11,13,22 8:10,18 9:6,8,12 10:20,22 11:4,10,11,15,22 12:11,15,20
**by** 3:23 4:16 5:3,17, 18 6:3,21 7:2,4,19 8:15,20,22 10:2

**C**

**California** 8:5
**call** 12:20
**called** 11:9
**calling** 12:15
**calm** 12:19
**came** 5:11
**campaign** 2:1 6:12 7:20 9:10
**can** 6:2,3 9:5,12 11:20
**can't** 9:17 10:22
**Canadian** 2:6
**candidate** 4:7 11:8
**candidates** 3:8 5:10
**capacity** 5:14
**Carolina** 11:6
**case** 6:14,15 8:16 9:9,14 10:15
**cast** 3:13
**caused** 5:12
**causing** 5:10
**center** 2:4,12,15 6:9
**CEO** 6:8
**certain** 6:21 11:1
**certified** 8:15
**challenges** 7:8
**change** 4:3 7:7 8:6
**changed** 4:11
**changes** 9:6
**cheating** 5:1
**check-in** 3:3
**China** 2:7
**chip** 3:24 4:2,8
**choices** 3:9
**claims** 2:12
**Clause** 8:2
**clear** 5:15 7:17
**clerk** 5:11
**close** 4:6 11:23 12:20
**co-chair** 6:7
**code** 3:10,11
**codes** 5:2
**combine** 10:19
**come** 11:18
**comes** 7:12 12:15
**coming** 6:12 7:14 12:21
**Committee** 8:7
**communications** 4:16
**company** 2:5,6
**company's** 3:2
**complexities** 12:22
**compromised** 6:5
**computer** 3:8,18,24 4:2,6,8 6:4
**concerned** 5:6
**concerns** 2:5
**concluded** 5:3
**confidence** 3:15

**conservative** 10:18
**Constitution** 7:17 8:2
**controversies** 2:16
**correct** 7:23 8:9
**could** 3:23 6:24 7:6 9:14 10:5
**counted** 4:4 5:9 6:19 9:12 10:13,16,20,22 11:1 12:6
**counties** 2:17,21,23 3:2 5:13 9:23 12:6
**counting** 12:1
**country** 3:5
**counts** 3:2
**county** 2:20,23 5:8, 10
**court** 7:24 8:16,17, 24 9:14,19,21,22 10:14,18,21 11:21
**courts** 12:16,17
**created** 7:15
**credibility** 5:5
**Critics** 3:11
**curing** 9:4

**D**

**data** 4:16
**date** 6:22 10:7 12:3
**dated** 12:8
**day** 3:12 6:21 10:8
**days** 8:13,22,24 9:20
**deadline** 7:15 8:12, 20 10:16,22
**deadlines** 7:17 9:12
**deciding** 12:18
**delayed** 2:24
**Democrats** 5:9
**Denver** 2:6
**Department** 2:20
**development** 7:11
**developments** 6:11
**Dhillon** 6:7,15 7:24 9:18 11:3 12:21
**did** 3:1 4:12 8:14 9:10 10:15,19
**didn't** 10:9

**difference** 6:24 7:6 12:11
**different** 4:6 11:2
**differentiate** 9:17 10:23
**disagree** 8:10
**discovered** 5:13
**dislikes** 8:14
**do** 6:14 7:13,14,18, 20 8:9,18 9:2,5,8 11:24 12:10
**does** 10:3,14
**doesn't** 5:19 7:13 8:17 9:1
**doing** 7:3 11:8
**Dominion** 2:5,10,21, 24 3:19 4:12,14,19
**Dominion's** 4:19
**don't** 5:16,21 6:17 10:22 11:10,20 12:2,3,4
**done** 2:7 9:12
**doubt** 12:16
**down** 6:16 9:1 12:22
**dumbed** 6:16

**E**

**each** 10:7
**earlier** 5:22 8:4 9:10
**efforts** 2:3
**egg** 11:13
**election** 2:20 3:21 4:15 6:18 7:1 8:13 9:20 11:1,5,9 12:7, 15
**elections** 2:9,12 4:20,23 8:1 11:15
**Electors** 8:2
**encode** 3:12
**end** 9:14 12:18
**enough** 3:14 7:6
**envelope** 6:23 10:8 12:5
**envelopes** 10:7
**errors** 2:19
**even** 10:8
**eventually** 10:14

**everybody** 12:18
**evidence** 5:16 7:22
**Examiner** 4:13,21
**example** 10:12,14, 19,21
**examples** 2:15
**executive** 9:7
**executives** 7:16
**exhausting** 2:1
**experts** 2:21 4:16
**explanations** 2:23
**extend** 8:12,20 9:8

**F**

**fact** 3:19 7:9 10:1,3 11:14
**failing** 4:18
**familiar** 3:4
**far** 6:14
**favor** 6:11
**federal** 12:16
**few** 9:20
**fight** 6:7
**figured** 4:5
**finally** 7:3
**find** 11:23
**first** 8:21 9:9 12:14
**for** 3:19,24 4:17,20 5:9,19,21 6:6,9 7:11 9:13 10:5,12,14,19, 21,24 11:1 12:9,19
**forth** 7:19
**forward** 5:11
**found** 5:2
**founder** 6:9
**frankly** 6:18
**fraud** 2:3 4:15 5:1, 18 6:17 7:13,21
**fraudulent** 4:2
**from** 3:15 4:7,16 5:22 7:9

**G**

**gap** 11:24
**general** 6:13
**General's** 4:17

**Georgia** 2:14,16,22, 23 7:3
**get** 4:9 6:13
**give** 9:10,24
**glad** 6:10
**glitched** 5:11
**glitches** 2:13 4:22
**go** 9:5
**goes** 2:14
**going** 12:17
**got** 8:15
**governments** 2:8,11
**governor** 8:5,8
**grew** 11:6

**H**

**hack** 3:20 4:9
**hacked** 6:1
**had** 2:18,23 9:23
**hand** 7:4
**happen** 3:23
**happened** 5:7 6:20
**happens** 10:24 11:2
**Harmeet** 6:7,9,15 7:24 9:18 11:3 12:20
**harvesting** 11:5
**has** 3:18 4:11,14,15 7:13 8:1,18 11:18
**have** 4:1,9 5:12,16, 17,21 6:10,16,19, 20,21,22,23 7:1,3, 13,16,18,20 8:18 9:1,5,12 10:1,7,23 11:23 12:2,3,4,5,6, 14,16
**he** 3:20,23 4:3 8:9 9:9,11
**he's** 5:23
**headquarters** 2:6
**heard** 12:13
**hearing** 7:9
**help** 2:11 3:15
**her** 8:14
**here** 2:9
**his** 3:24
**how** 4:5 11:20 12:17

**human** 2:18

**I**

**I'LL** 4:1
**I'M** 6:9 10:12
**I'VE** 12:13
**ID** 8:21
**if** 6:1,3 9:6 10:13 11:22 12:9
**ifs** 12:12
**ignore** 12:7
**ignores** 3:16
**illegal** 11:7
**impacted** 4:22
**important** 10:12 12:8
**impose** 8:5
**imposed** 8:19
**in** 2:6,7,9,13,16,17, 22,23 3:2,5,10,19, 20,21 4:14,15,20,23 5:2,7,8,13,18 6:11, 12,13,20,24 7:6,9, 10,11,14,21 8:2,4,5, 6,10 9:7,10,14,16, 23 10:1,3,5,13 11:2, 5,17 12:7
**inaccuracies** 2:18
**inadequate** 5:4
**inaudible** 4:2
**include** 12:1
**incomplete** 12:2
**indeed** 9:22 11:7
**independent** 5:1,16
**indicating** 3:12
**input** 6:13
**install** 6:2
**instances** 6:24
**interesting** 11:3
**into** 3:20 5:4
**inventory** 5:3
**irregularities** 12:10
**is** 2:1,7,12 5:4,22 6:1,5,7,14,15 7:1,7, 17 8:11,20,22,23 9:13,14,18,19 10:6, 11 11:22 12:10,17, 20

**issue** 8:1,18,19 9:18
**issues** 2:22
**it** 2:7 3:15,16,23 4:7, 10 5:21 6:3,4 7:7, 12,13 8:10,18,24 10:8,24 11:1,13,22 12:10,14,15,16,20
**it's** 2:6 4:18,19 5:20 7:4,17,20,22 9:6 10:17 11:3,7,18 12:17
**its** 2:1,6

**J**

**Jersey** 3:22
**job** 9:7
**Joining** 6:6
**just** 4:1,6 6:16 12:6, 17,18
**Justice** 9:9 10:2

**K**

**keep** 2:3 10:6
**kind** 6:16 7:16
**know** 6:11 10:15,17, 21 11:9,12,15,20, 21,22 12:13
**known** 2:5

**L**

**large** 5:18
**last** 2:14 5:24 6:3,4 12:16
**later** 9:20
**latter** 2:4
**law** 6:20 7:22 10:6, 17 12:2,8
**laws** 8:6 12:9
**lawsuit** 3:21
**lawsuits** 2:2
**lawyers** 6:8 8:7
**lead** 2:13
**learned** 5:6
**legal** 6:6,13
**legislature** 8:8,11
**legislatures** 7:18 8:3

**Liberty** 6:9
**like** 4:9 12:17
**line** 11:15
**list** 2:14
**litigation** 4:22 7:19
**local** 2:8,11 12:7
**logically** 10:13
**look** 7:19
**looking** 7:11,22
**lot** 4:11 6:16 12:11

**M**

**machine** 2:5 3:8 4:4, 9 6:1
**machines** 3:4,20,24 5:2
**make** 4:5 6:24 7:6, 16 8:3 9:5,15 12:11
**makes** 2:8,10
**manner** 8:4
**manufacturing** 2:7
**many** 3:4
**marked** 6:3
**marks** 6:2
**matter** 12:17
**may** 3:4,15 6:7,20 10:1 11:4 12:14
**maybe** 10:12
**me** 5:23
**mean** 5:19 10:3
**meant** 5:9
**media** 12:14
**meet** 4:18
**memory** 4:8
**mentioned** 8:17
**Michigan** 2:14,16, 17,19,21 5:7 7:10
**midterm** 4:23
**minutes** 4:10
**miscalculation** 5:12
**mistakes** 2:13,18
**more** 7:22 8:13
**much** 2:7
**multiple** 4:14 5:2 6:20 7:7
**must** 8:21

**my** 5:21

**N**

**nation** 2:11
**National** 6:8 8:7
**nearby** 11:6
**necessarily** 7:13,21 9:7,17 10:23 11:11 12:4
**need** 9:6 10:5
**neighboring** 11:6
**new** 2:9 3:15,22 10:24 11:9
**night** 3:16
**nine** 8:24
**no** 12:15
**North** 11:6
**not** 2:19 3:1 4:12,18 5:20 6:24 7:15,20 9:6 10:1,4,16 11:21, 22 12:5
**now** 2:12 4:9 5:12, 15 6:6 9:13,18 10:18,20 11:16
**number** 12:1
**numbers** 11:16

**O**

**observe** 11:15
**obviously** 11:10
**occurred** 9:23
**occurring** 10:2
**of** 2:3,4,7,12,15,18, 20,21 3:1,4,6,12,14, 15,16,20,21,22 4:6, 17 5:1,5,12,20 6:3, 7,9,11,12,16,18,23 7:1,5,8,11,14,16 8:1,13,19,22 9:7,15, 21 10:19 11:6,8,18, 23 12:1,5,10,12,17, 22
**Office** 4:17
**official** 9:7
**officials** 2:20 3:21
**officials'** 2:24
**okay** 11:11 12:6

**on** 2:9,14 3:8 5:23 6:2,6,10,13,22 8:1, 14,19 9:9 10:7,18 11:14 12:18,21
**one** 2:21,23 3:20 4:1,7 12:5
**only** 2:21 4:18 8:3
**onto** 4:8
**or** 5:17 6:21,22 7:15 8:13 10:7 11:19,22
**order** 10:2
**ordered** 9:19
**other** 2:23 3:2 6:24 12:6
**ought** 11:12
**our** 5:10 8:4,5,6
**out** 4:5 5:20,23 10:13 11:18,23 12:19
**outcome** 7:1,7
**over** 3:5 4:22
**own** 3:24 8:15

**P**

**paper** 3:9 6:3,5 7:5 10:9
**part** 3:21
**parties** 9:20
**pass** 8:8
**Pennsylvania** 6:12 7:12 8:11,15 9:21 10:5,6,19 11:17,18
**people** 5:19 6:16 8:23 12:14
**period** 7:15 9:5,8
**Philadelphia** 12:1
**Philippine** 4:20
**Philippines** 4:23
**piece** 6:3
**pieces** 6:18
**place** 8:3
**places** 11:24
**play** 12:19
**plenty** 8:22
**point** 5:15 12:20
**poll** 3:3
**polls** 4:7

**possibility** 5:20
**possible** 7:19 12:11
**power** 7:16,18
**precious** 8:23
**President** 8:14
**pretty** 7:17
**Princeton** 3:18 5:22
**print** 3:9
**probably** 5:22
**problem** 2:24 9:18
**problems** 2:19 5:2 12:5
**professor** 3:17 5:21, 22
**program** 4:2,6,8 6:10 12:21
**proper** 9:6
**prove** 7:20
**provide** 8:21
**provided** 5:3
**provides** 8:3
**put** 3:10 9:16
**putatively** 11:17

**Q**

**QR** 3:10,11
**question** 5:4
**questions** 5:1
**Quite** 6:18
**quote** 2:10,17,22 4:13,21

**R**

**raised** 3:17
**raising** 3:18 4:23
**re-election** 2:3
**realize** 5:6
**really** 6:10 7:18 10:23 12:21
**realm** 5:20
**reason** 9:13 12:9
**recall** 11:4
**receive** 8:12
**received** 6:21 10:8 11:19

**recently**  5:23
**records**  7:5 10:9 11:11,12
**recount**  7:4,11 10:5 11:13 12:10
**recounted**  7:2
**recounts**  2:2
**referred**  9:3
**refuse**  8:12
**regard**  2:17,22
**regulations**  8:4,9,10
**rejected**  4:16
**remaining**  2:2
**remedy**  9:15 11:9
**Remember**  5:21
**repeatedly**  8:1
**replace**  4:1
**reporting**  2:9 3:1 4:13,21
**Republican**  6:8 7:2,10 8:6,7,11 11:8
**Republicans**  5:6,9 11:14
**requires**  3:7 12:8
**resources**  2:2
**results**  5:18 12:19
**review**  5:1
**right**  7:12,24 8:23 11:16
**ruled**  8:1
**rules**  10:21
**ruling**  8:17
**run**  2:8,12

**S**

**said**  5:11 9:1,11,24 11:18
**SALVI**  2:1 3:14 4:11 5:15 6:6 7:9 9:3 10:11 12:13
**same**  5:13 8:8
**Samuel**  9:9
**saw**  6:3,4
**say**  3:11 7:12 10:15,19 11:20 12:14
**saying**  7:21 9:6 12:20

**says**  3:23 6:21 10:21
**scale**  5:18
**scan**  3:11
**scandal**  11:5
**scanner**  3:10,11
**scientist**  3:18
**screen**  3:8
**screwdriver**  4:10
**second**  10:2
**secrecy**  6:23 12:4
**secretary**  4:17 8:13,19 9:21 11:18
**security**  2:20 4:18
**see**  10:10
**seems**  8:22 12:15,16
**segregate**  10:9
**segregated**  11:22
**segregation**  9:23 10:1
**select**  3:8
**senators**  7:10
**sense**  9:16
**separate**  3:2 8:18
**separately**  9:13
**seriously**  8:24
**serving**  3:5
**seven**  4:10
**several**  2:15
**shall**  10:10
**shamed**  5:19
**she**  8:15,20 9:1 11:20
**shifts**  4:7
**should**  5:19 8:23 10:16 11:13 12:5
**shouldn't**  6:19
**showing**  3:9
**side**  9:22
**sides**  11:17
**sign**  3:14
**signature**  6:22 12:4
**simple**  3:14
**simply**  3:24 12:7
**since**  4:11 5:12
**situation**  12:22
**six**  8:22

**sleep**  3:16
**slightly**  4:5
**slowed**  3:3
**smarter**  5:22
**Smartmatic**  4:20,22 5:3
**so**  2:16 3:3,14 5:5 6:9,14 7:5,7,18,22 9:13,24 10:1,2,8,18 11:10,16,19,23 12:9,18
**software**  2:8,11,13,19,22,24 3:3 5:3,4,11,13 6:2
**some**  3:15 4:7 6:11,18,23 7:8,14 12:13
**somewhat**  11:4
**sort**  9:10,15
**source**  5:2
**SPEAKER**  3:7,23 4:3 5:8
**speaking**  5:23
**specifically**  2:16
**spread**  11:16
**staffer**  11:8
**stamp**  10:7
**stamped**  3:9
**standards**  4:18
**state**  2:20 3:21 4:17 6:12 7:10,11,16,18 8:3,13,19,20,21 9:7,21,23 10:6,19 11:6,18 12:2,7
**states**  3:5 4:15 6:20 7:7 8:2,16
**statute**  8:22
**stay**  12:18
**still**  9:12
**stop**  4:12
**strong**  6:14,15
**struck**  9:1
**submitted**  9:4
**subsidiaries**  4:19
**such**  4:19
**sued**  8:6,7
**suggest**  10:5
**supposed**  10:6,7,9
**Supreme**  7:24 8:16,

17 9:14,19 10:14,18,20 11:21
**sure**  9:15 11:21
**swapping**  3:24
**swing**  5:10
**system**  2:15 3:7
**systems**  2:10 3:17,19 4:14 5:17,23

**T**

**tabulating**  5:11
**tainted**  5:18 9:16
**take**  5:21 10:15
**taken**  7:6
**tallies**  2:13 3:1
**tell**  9:22
**Texas**  4:17
**textualists**  10:18
**than**  5:23
**Thank**  12:22
**that**  2:4,8,11,13,17 4:6,8 5:9,13,16,17,19 6:2,7,11,14,17,19,24 7:5,8,10,11,13,15,17,18 8:3,9,14,15,17,18,19,20,22 9:2,8,9,11,13,15,16,18,19,22,24 10:2,3,4,5,11,15,17,19,22 11:4,8,10,11,13,14,15,19,20,24 12:1,4,6,8,11,15,16
**that's**  6:17 7:24 8:9,16,24 9:3,24 10:17 11:22
**the**  2:1,3,4,5,7,9,11,12,15,17,18,19,21 3:1,5,7,8,9,10,11,12,14,15,19,21,24 4:3,4,6,12,13,15,17,20,21,22,23 5:1,2,3,4,10,12,13,17,20,22 6:1,2,3,4,6,7,8,9,10,11,12,13,18,20 7:1,5,6,8,11,14,15,16,17,19,22,24 8:1,2,3,7,8,9,10,12,13,14,15,16,19,20,21,24 9:1,4,5,7,10,11,13,14,16,17,18,19,21,22,23 10:3,6,14,15,

17,18,19,20,22 11:5,11,12,14,17,20,24 12:2,3,14,16,17,21,22
**their**  2:8,12 10:13 12:7
**them**  6:22 8:6,7 10:9,20
**then**  2:22 4:13 5:12 6:1,4 8:8,15 10:24 11:2 12:6
**there**  6:11,14,15,24 8:11 9:14 10:1,3,10,17 11:4,7,11,12,13,24 12:9,11,12
**there's**  11:16 12:6,15
**these**  3:4,17 5:17,23 7:5,14 9:15,20 10:13,20 12:10,19
**they**  4:22 5:6 6:1,21,23 7:2,20 8:12 9:4,5,12,15,24 10:8,10,20 12:2,3,4,9,18
**they're**  3:5 7:3,10 9:16
**things**  6:23 7:5
**think**  6:17,18 7:12 10:11,12
**this**  2:14 4:1,9,13 5:5,6,13,15 6:16,17,20 8:1,4 9:11,13 10:12,16 12:14,15,17,18,19,22
**those**  3:20 6:23 7:8,16 10:9,23 11:21 12:5,8
**though**  10:8
**three**  2:23 4:16 8:13
**time**  3:12 6:4 7:15 8:3,21,23 9:5,8
**times**  2:9 3:15 4:16
**timestamp**  3:12
**to**  2:3,8,11,13,14,17,19,22 3:3,8,20 4:1,3,5,7,9,18 5:5,15,21 6:10,13,16,17,21,22,23 7:1,6,7,12,13,14,16,18,19,20 8:5,8,9,12,18,20,22,24 9:1,3,7,8,12,15,21,22,24 10:3,6,7,9,12,

23,24 11:1,10,12,
14,23,24 12:2,7,8,
11,15,17,19,20
**today** 2:4 6:11 9:1
**today's** 8:17
**together** 7:6 9:16
**told** 11:20
**tonight** 6:10 12:21
**too** 7:10 12:14,20
**totality** 10:14
**totally** 10:24
**touch** 9:8
**trail** 6:5
**treat** 8:24
**troubling** 10:1
**Trump** 2:1 6:12
7:20 9:10,22
**trying** 10:12
**turn** 8:2
**two** 2:17,21 3:2 9:17
11:17
**types** 3:4 7:5 9:17

---

**U**

**ultimately** 11:9
**unable** 9:22,24
**Under** 10:6
**understand** 4:11 5:5
**UNIDENTIFIED**
3:7,23 4:3 5:8
**unilaterally** 8:5 9:8
**United** 8:2,16
**University** 3:18
**unprecedented** 11:4
**unscramble** 11:13
**up** 9:14 10:15 11:6
12:9,11,18
**updates** 6:6
**uphill** 7:7
**us** 2:9 3:6 4:15 6:6
**use** 2:8,11 5:13
**used** 2:21 3:5 4:14,
20 5:2
**using** 7:4
**utilizing** 2:2

---

**V**

**very** 9:24 10:11 11:3
**victory** 9:10
**volunteers** 7:3
**vote** 2:13 3:1,2,12
5:10 11:16 12:11
**voted** 12:7
**voter** 2:3 3:10 5:18
6:3 7:21 8:21
**voters** 3:3,6,7,9 6:4
8:21
**votes** 4:4,7 5:12,16
6:2 11:1
**voting** 2:5,10,15
3:19 4:9,12,14 5:17
8:4,6,23

---

**W**

**Wait** 12:19
**want** 6:13 9:8,15
11:10
**wanted** 8:9
**was** 3:12,20 4:3,16,
20 7:15 11:4,7,8,9
**Washington** 4:13,21
**way** 5:18 6:17 8:9
10:23 11:2,23
**we** 5:12,15 6:10 7:19
8:6 9:6 10:10,17,22
11:10,12
**we're** 7:9
**Wednesday** 2:10
**week** 2:14 4:13 9:11
**well** 6:12 9:9 10:3,
18 11:3
**went** 8:8,14 9:20
**were** 2:18 5:6,9,18
6:19 7:21 9:6,22,24
10:4,13 11:13,19
12:20
**weren't** 7:2 11:14
**what** 7:20 8:24 10:3,
8,15,21,24 11:2
**when** 5:5,6 7:12,19
9:11,20 11:20 12:14
**where** 2:7 4:15 6:20
7:2,3 8:11 9:4,5
11:6,7
**whether** 6:19 7:1,15
11:21
**which** 2:10 3:10
4:14,20 5:3,4 8:2,
21,22
**who** 5:22 8:14
**whole** 6:5
**why** 5:6
**widespread** 7:21
**will** 12:16
**win** 6:17
**with** 2:6,24 3:4,9
4:2,10 7:13,14 8:10,
18,21
**witnessed** 7:2 10:4
**word** 5:21 12:14
**workers'** 3:3
**worth** 3:16
**would** 3:8,10,11
10:24 11:1
**written** 7:22 10:17
**wrote** 4:8

---

**Y**

**Yeah** 12:13
**year** 5:24 8:4
**years** 3:16,19
**Yes** 6:15
**yet** 9:20
**York** 2:9 3:15
**you** 3:4,15 4:9 5:5,
20 6:10,14 7:3,20
8:17 9:17 10:15,21
11:4,9,12,15,21,22,
23 12:9,10,13,20,22
**you're** 7:12
**your** 6:13