# Exhibit 1A

**Screenshot A**



Exhibit 1A, *After Hours* (11/12/2020) at 00:06.

**Screenshot B**



Exhibit 1A, *After Hours* (11/12/2020) at 00:50.

Screenshot C



Exhibit 1A, *After Hours* (11/12/2020) at 03:16.

**Screenshot D**



Exhibit 1A, *After Hours* (11/12/2020) at 03:30.

Screenshot E



Exhibit 1A, *After Hours* (11/12/2020) at 03:49.