# Exhibit 2

TRANSCRIPT OF THE AUDIO RECORDING OF:

One America News Network, News Room Excerpt

November 16, 2020, 5AM

TRANSCRIBED BY: THOMPSON COURT REPORTERS INC.

 1              UNIDENTIFIED SPEAKER:  Your nation, your news, One
 2     America News Network.
 3              ELMA AKSALIC:  Coming up on this hour of One America
 4     News a member of the President's legal team says overwhelming
 5     evidence of voter fraud is coming to light. What Sidney Powell
 6     believes is next for the investigation. Plus Ivanka Trump
 7     points to the double standard of covering violence in the
 8     media. Why she says it's shameful and dangerous. And
 9     protesters with suspected ties to Antifa hurl fireworks at
10     the President's supporters while dining at a restaurant in DC.
11     More on that violent incident. Now today is Monday, it's
12     November 16. And your early morning edition of One America
13     News starts right now.
14                   Good morning and thank you so much for starting
15     your week and your day here on One America News. I'm Elma
16     Aksalic. President Trump's campaign attorney Sidney Powell
17     weighs in on several active legal challenges facing the
18     election in states across the nation. Here's more in her
19     comments.
20              ELMA AKSALIC:  A member of the President's
21     legal team reaffirms the fight to defend free and fair
22     elections is not over. During an interview on Sunday, attorney
23     Sidney Powell said election results in multiple states are
24     quote, "getting ready to overturn." Powell cites an overwhelming

1   amount of evidence the President's legal team has received

2   concerning voter fraud and irregularities. Powell goes on to

3   claim she has enough evidence, some even dating back to 2016,

4   to launch a widespread criminal investigation. She

5   specifically noted a member of Joe Biden's team is also on the

6   board of directors for a software company behind the flawed

7   Dominion Voting Systems.

8           SIDNEY POWELL:  They're facing an election that was

9   absolutely rigged. It is we are soaking in information through

10  fire hoses of complicated mathematical alterations to the

11  votes. We have identified the system capability that does it.

12  It does in fact exist regardless of what the name of it is. It

13  works through the Dominion company's voting machines that were

14  in 30 states and does indeed alter and flip voting results.

15          ELMA AKSALIC:  Powell says the software

16  dubbed Smartmatic was designed for the sole purpose of

17  shifting voting results.

18          SIDNEY POWELL:  It's a feature of the system that was

19  designed with a backdoor so that people could watch in real

20  time and calculate with an algorithm how many votes they

21  needed to change to make the result they wanted to create.

22          ELMA AKSALIC:  Over the weekend, the

23  President's personal attorney Rudy Giuliani brought attention

24  to the company's alleged involvement, noting the evidence will

1  all come out. Dominion has denied any claims that software was

2  compromised, adding the election was, quote, "the most secure

3  in American history".  Meanwhile, Powell hopes to reveal all

4  pertaining affidavits and evidence of fraud before the

5  election certification deadline.

6         ELMA AKSALIC:  Now President Trump ramps up criticism

7  of the mainstream media for making false claims about the

8  outcome of this election. In a series of tweets on Sunday,

9  the President said the Democratic Party violated the US

10 Constitution by committing rampant voter fraud across the

11 nation. He adds the media falsely claims Joe Biden won

12 although there are recounts and litigation well underway. The

13 President also stressed Democrat officials switch millions of

14 votes to Biden, expelled GOP poll watchers, and counted

15 illegal votes cast after the deadline. And the President

16 clears up the confusion on which voter fraud lawsuits the

17 Trump campaign is directly involved in. Over the weekend,

18 President Trump said his campaign is not directly involved in

19 a number of voter fraud lawsuits across the nation. Instead,

20 he said many of them were filed by people who have seen quote,

21 "horrible abuses in the electoral system." He further noted

22 cases highlighting major corruption in the election will be

23 filed by his administration very soon, something his legal

24 advisors echoed.

1          JENNA ELLIS:  So we have to be very careful to

2    distinguish that there are people who have seen other things,

3    seen irregularities and they are challenging some of these

4    things. So we at the Trump campaign and our legal team, which

5    is now led by Rudy Giuliani. We are the ones who are

6    representing team Trump and we are moving forward with that

7    but we have to be very careful to distinguish who is suing

8    where.

9          ELMA AKSALIC:  The Trump campaign noted the goal

10   of litigation is to ensure the integrity of the election.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1           TRANSCRIBER'S CERTIFICATE

2

3  I hereby certify that the foregoing pages

4  are a true, accurate, and complete transcript of the

5  proceedings transcribed from a copy of the electronic

6  sound recording to the best of our knowledge and ability.

7

8       IN WITNESS WHEREOF, I have hereunto set my hand on

9            this 29th day of September, 2021.

10

11

12
        _____
13      James Lonergan
        Production Manager
14      Thompson Court Reporters, Inc.

15

16

17

18

19

20

21

22

23

24           THOMPSON COURT REPORTERS INC.