# Exhibit 2A

Screenshot A



Exhibit 2A, *News Room*, 5AM (11/16/2020) at 01:15.

**Screenshot B**



Exhibit 2A, *News Room*, 5AM (11/16/2020) at 02:31.

Screenshot C



Exhibit 2A, *News Room*, 5AM (11/16/2020) at 02:37.

Screenshot D



Exhibit 2A, *News Room*, 5AM (11/16/2020) at 03:02.