# Exhibit 3

TRANSCRIPT OF THE AUDIO RECORDING OF:

ONE AMERICA NEWS NETWORK

Tipping Point, Excerpt 1

November 16, 2020

TRANSCRIBED BY: THOMPSON COURT REPORTERS INC.

1        Kara McKinney:  It's time for Tipping Point. Tonight
2   we go all-in on exposing Dominion and the great reset and how
3   we can still save our republic from the future the elites want
4   for us. Plus massive turnout over the weekend for the Million
5   MAGA March until Antifa and BLM crashed the party, and some
6   skulls along the way. Then it's back to the Dark Ages from
7   Michigan as the governor poses more draconian lockdowns. And
8   finally, we explore the dangers of a possible Biden presidency
9   when it comes to national security, which is why must stop the
10  steal, now. I'm your host, Kara McKinney, and this is Tipping
11  Point.
12              Politics can be as easy as stealing candy from a
13  baby, or in this case from cancer patients. Newly released
14  Federal filings show Biden's cancer charity spent
15  approximately $0 on research and grant money since it was
16  founded back in 2017. So where did the almost $5 million it
17  raised go? To staff salaries and travel expenditures, of
18  course. That's because Bide [inaudible] lobbyists, which is
19  funny because his entire transition team is full of lobbyists
20  as well. Not though he'll need a transition team, of course.
21  But think about it this way. If Biden was fine with selling
22  out cancer patients of all people, a disease which devastated
23  both his family and mine, then don't expect regular everyday
24  Americans to fare any better. Remember his time in the Obama

1  White House, sending our jobs overseas, killing coal and
2  manufacturing, shipping our men off to fight in endless wars,
3  while at the same time giving our enemies like China and Iran
4  a leg up. He's been selling out the American people for 50
5  years. This is why it's absolutely critical that we stop
6  the steal so President Trump can continue dismantling these
7  corrupt powers in the nation's capitol for another four years.
8  There's something we really need to draw upon right now. And
9  that's called the American spirit. The spirit of independence,
10 that mocks those who hold themselves up as our social betters.
11 Especially when they come in the form of the low lives over at
12 CNN or Democrats telling us that the fight is over and Biden
13 won. That's a lie. The electors haven't met yet, and the
14 President has some strong legal challenges still pending. It's
15 also a convenient lie. Given that Trump attorney Sidney Powell
16 says a member of Biden's transition team is also a member of
17 the board of directors for Smartmatic, which is a subsidiary
18 of Dominion, small world I guess. Powell claims to have
19 evidence that proves the software was designed to rig
20 elections. Now that's an interesting choice of terms. Seeing
21 as yet another member of Biden's proposed team includes his
22 longtime aide, Robert Klain, who back in 2014, said
23 point-blank US elections are rigged. We'll get to all of that
24 in just one moment. But for now, let's analyze what else is

1  going on behind the scenes to bring all the pieces together.
2  Many of you already know that something is up with the way
3  world leaders have been reacting to this Coronavirus pandemic,
4  perhaps it started with true genuine fear. But over the last
5  few months of this blatant double standards, it's becoming
6  quite clear that officials know this virus isn't as deadly as
7  they claim, since they have absolutely no problem breaking
8  their own rules or letting their rioting supporters do so as
9  well. So the question is, what are we being primed for
10 exactly? Some say socialism, but that's not quite it. First,
11 let's listen to the fraudster himself Dr. Anthony Fauci.
12           Unidentified Speaker:  So are there countries that
13 you the other countries that seem to be doing well, that then
14 weren't doing so? Are the countries now that hold up as models
15 for, you know, pretty good response to this?
16           Anthony Fauci:  You know, the answer is yes. But
17 right now, it seems that every country is suffering.
18           Unidentified Speaker:  Yeah.
19           Anthony Fauci:  We are often compared with countries
20 that are not comparable to us. We are not a little island of 5
21 million people that we can shut off. We're not a country that
22 would accept if a ruler tells us "You must do this." I was
23 talking with our UK colleagues just today, who was saying the
24 UK is very similar to where we are now in outbreak because

1  each of our countries have that independent spirit. But we

2  don't want to be told what to do. Well, I understand that. But

3  now is the time to do what you're told. And I think it really

4  is something that we should be doing right now.

5            Kara McKinney:  Imagine that. It was never about the

6  virus to begin with. This is about priming Americans to lose

7  their independent spear, so they can shut up and do what

8  they're told, even when their own eyes and ears are telling

9  them that the experts are wrong. Have you ever heard about the

10 great reset? No, this isn't some strange tinfoil hat

11 conspiracy pushed by some anonymous guy on Facebook. Instead,

12 this is the natural tendency for all evil people in power, the

13 want to consolidate that power in any way possible. The fewer

14 the hands, the larger the spoils. I'll let Canadian Prime

15 Minister Justin Trudeau explain.

16           Justin Trudeau:  Building back better means giving

17 support to the most vulnerable while maintaining our momentum

18 on reaching the 2030 Agenda for Sustainable Development, and

19 the SDGs. Canada is here to listen. And to help. This pandemic

20 has provided an opportunity for a reset. This is our chance to

21 accelerate our pre-pandemic efforts to reimagine economic

22 systems that actually address global challenges like extreme

23 poverty, inequality, and climate change.

24           Kara McKinney:  So let's go through some of those

1  buzzwords, starting with the slogan Build Back Better. It's
2  something you've also heard Joe Biden and the UK Prime
3  Minister Boris Johnson say, and that's no coincidence. Well,
4  it might just seem like Biden is plagiarizing again. What
5  you're actually hearing is the marching orders he's been
6  given. So let's go back to Smartmatics for a second. Its
7  chairman is a member of the British House of Lords, Mark
8  Malloch-Brown. He once served as a vice-chairman to George
9  Soros' investment funds, and he's also held high-ranking
10 positions within the World Bank and the World Economic Forum,
11 both of which Trudeau mentioned in that address. The founder
12 of the World Economic Forum, is a man named Klaus Schwab, who
13 recently published a book brazenly titled COVID-19, The Great
14 Reset. I mean, come on, it doesn't get any more obvious than
15 that. Scwab writes in quote in part quote, "Many of us are
16 pondering when things will return to normal. The short
17 response is never. Nothing will ever return to the broken
18 sense of normalcy that prevailed prior to the crisis, because
19 the coronavirus pandemic marks a fundamental inflection point
20 in our global trajectory." So what does he mean by this? And
21 by extension, what does Trudeau, Biden, and Boris Johnson mean
22 when they parrot that same globalist talking point? The Great
23 Reset means big government, big media and big business
24 aligning to dictate to us, dumb rubes, how we should live.

1  Because they think they're smarter and they know better. It's
2  a tale as old as time. It's something monarchs and later
3  communist dictators all thought and acted upon, albeit in
4  different ways. In our current digital age, it's taken on the
5  form of a budding technocracy of elites who want to control
6  the economic, social and moral spheres of our lives. Look
7  around you right now. Don't they already do so to a large
8  extent? Another member of Biden's transition team, which
9  again, we're hoping to render it useless here, is a former
10 Obama official and media guy, Richard Stengel. Now you mean,
11 do you know what he believes? That free speech is overrated
12 because he thinks you don't deserve a voice. That's what he
13 argued last year in a Washington Post op-ed. Now that we know
14 the how this Great Reset, let's look at the what of this Great
15 Reset. Conveniently, the World Economic Forum spelled it out
16 for us back in 2016, with a short video showing their plans
17 for the year 2030. Long story short, it was on Twitter as
18 recently as Election Day of this year. And when I went back to
19 find it this morning. It was deleted. But don't worry, they
20 can run but they can't hide. Because the internet is forever.
21 Here's another
22
23
24

CERTIFICATE OF TRANSCRIPTIONIST

1

2

3

4      I FURTHER CERTIFY that the foregoing
5   transcript of said matter is a true, correct,
6   and complete transcript of the statement given at
7   the time and place specified.

8

9      I FURTHER CERTIFY that I am not a
10   relative or employee or attorney or employee of
11   such attorney or counsel, or financially
12   interested directly or indirectly in this action.

13

14

15      IN WITNESS WHEREOF, I have set my hand.

16

17

18   *[signature: James Lonergan]*

19   _____

20      James Lonergan
        Production Manager

21

22

23

24

**$**

$0  2:15
$5  2:16

**1**

1  1:4
16  1:6

**2**

2014  3:22
2016  7:16
2017  2:16
2020  1:6
2030  5:18 7:17

**5**

5  4:20
50  3:4

**A**

about  2:21 5:5,6,9
absolutely  3:5 4:7
accelerate  5:21
accept  4:22
acted  7:3
action  8:12
actually  5:22 6:5
address  5:22 6:11
again  6:4 7:9
age  7:4
Agenda  5:18
Ages  2:6
aide  3:22
albeit  7:3
aligning  6:24
all  2:22 3:23 4:1 5:12 7:3
all-in  2:2
almost  2:16
along  2:6
already  4:2 7:7
also  3:15,16 6:2,9

am  8:9
AMERICA  1:3
American  3:4,9
Americans  2:24 5:6
an  3:20 5:20
analyze  3:24
and  2:2,5,7,10,15, 17,23 3:1,3,8,12,13 5:3,7,8,18,19,23 6:2,3,9,10,20,21,23 7:1,2,3,6,10,18 8:6, 7
anonymous  5:11
another  3:7,21 7:8, 21
answer  4:16
Anthony  4:11,16,19
Antifa  2:5
any  2:24 5:13 6:14
approximately  2:15
are  3:23 4:9,12,14, 19,20,24 5:8,9 6:15
argued  7:13
around  7:7
as  2:7,12,20 3:10,21 4:6,8,14 6:8 7:2,17, 18
at  3:3,11 7:14 8:6
attorney  3:15 8:10, 11
AUDIO  1:1

**B**

baby  2:13
back  2:6,16 3:22 5:16 6:1,6 7:16,18
Bank  6:10
be  2:12 4:13 5:2,4
because  2:18,19 4:24 6:18 7:1,12,20
becoming  4:5
been  3:4 4:3 6:5
begin  5:6
behind  4:1
being  4:9
believes  7:11
better  2:24 5:16 6:1 7:1

betters  3:10
Bide  2:18
Biden  2:8,21 3:12 6:2,4,21
Biden's  2:14 3:16,21 7:8
big  6:23
blatant  4:5
BLM  2:5
board  3:17
book  6:13
Boris  6:3,21
both  2:23 6:11
brazenly  6:13
breaking  4:7
bring  4:1
British  6:7
broken  6:17
budding  7:5
Build  6:1
Building  5:16
business  6:23
but  2:21 3:24 4:4,10, 16 5:1,2 7:19,20
buzzwords  6:1
by  1:24 5:11 6:20,21

**C**

called  3:9
can  2:3,12 3:6 4:21 5:7 7:20
can't  7:20
Canada  5:19
Canadian  5:14
cancer  2:13,14,22
candy  2:12
capitol  3:7
case  2:13
CERTIFICATE  8:1
CERTIFY  8:4,9
chairman  6:7
challenges  3:14 5:22
chance  5:20
change  5:23
charity  2:14
China  3:3

choice  3:20
claim  4:7
claims  3:18
clear  4:6
climate  5:23
CNN  3:12
coal  3:1
coincidence  6:3
colleagues  4:23
come  3:11 6:14
comes  2:9
communist  7:3
comparable  4:20
compared  4:19
complete  8:6
consolidate  5:13
conspiracy  5:11
continue  3:6
control  7:5
convenient  3:15
Conveniently  7:15
coronavirus  4:3 6:19
correct  8:5
corrupt  3:7
counsel  8:11
countries  4:12,13, 14,19 5:1
country  4:17,21
course  2:18,20
COURT  1:24
COVID-19  6:13
crashed  2:5
crisis  6:18
critical  3:5
current  7:4

**D**

dangers  2:8
Dark  2:6
Day  7:18
deadly  4:6
deleted  7:19
Democrats  3:12
deserve  7:12

designed  3:19
devastated  2:22
Development  5:18
dictate  6:24
dictators  7:3
did  2:16
different  7:4
digital  7:4
directly  8:12
directors  3:17
disease  2:22
dismantling  3:6
do  4:8,22 5:2,3,7 7:7,11
does  6:20,21
doesn't  6:14
doing  4:13,14 5:4
Dominion  2:2 3:18
don't  2:23 5:2 7:7, 12,19
double  4:5
Dr  4:11
draconian  2:7
draw  3:8
dumb  6:24

**E**

each  5:1
ears  5:8
easy  2:12
economic  5:21 6:10, 12 7:6,15
efforts  5:21
Election  7:18
elections  3:20,23
electors  3:13
elites  2:3 7:5
else  3:24
employee  8:10
endless  3:2
enemies  3:3
entire  2:19
Especially  3:11
even  5:8
ever  5:9 6:17

**every** 4:17
**everyday** 2:23
**evidence** 3:19
**evil** 5:12
**exactly** 4:10
**Excerpt** 1:4
**expect** 2:23
**expenditures** 2:17
**experts** 5:9
**explain** 5:15
**explore** 2:8
**exposing** 2:2
**extension** 6:21
**extent** 7:8
**extreme** 5:22
**eyes** 5:8

**F**

**Facebook** 5:11
**family** 2:23
**fare** 2:24
**Fauci** 4:11,16,19
**fear** 4:4
**Federal** 2:14
**few** 4:5
**fewer** 5:13
**fight** 3:2,12
**filings** 2:14
**finally** 2:8
**financially** 8:11
**find** 7:19
**fine** 2:21
**First** 4:10
**for** 2:1,4 3:4,7,17,24
  4:9,15 5:12,18,20
  6:6 7:16,17
**foregoing** 8:4
**forever** 7:20
**form** 3:11 7:5
**former** 7:9
**Forum** 6:10,12 7:15
**founded** 2:16
**founder** 6:11
**four** 3:7
**fraudster** 4:11

**free** 7:11
**from** 2:3,6,12,13
**full** 2:19
**fundamental** 6:19
**funds** 6:9
**funny** 2:19
**FURTHER** 8:4,9
**future** 2:3

**G**

**genuine** 4:4
**George** 6:8
**get** 3:23 6:14
**given** 3:15 6:6 8:6
**giving** 3:3 5:16
**global** 5:22 6:20
**globalist** 6:22
**go** 2:2,17 5:24 6:6
**going** 4:1
**good** 4:15
**government** 6:23
**governor** 2:7
**grant** 2:15
**great** 2:2 5:10 6:13,
  22 7:14
**guess** 3:18
**guy** 5:11 7:10

**H**

**hand** 8:15
**hands** 5:14
**has** 3:14 5:20
**hat** 5:10
**have** 3:18 4:3,7 5:1,
  9 8:15
**haven't** 3:13
**he** 6:8,20 7:11,12
**he'll** 2:20
**he's** 3:4 6:5,9
**heard** 5:9 6:2
**hearing** 6:5
**held** 6:9
**help** 5:19
**here** 5:19 7:9
**Here's** 7:21

**hide** 7:20
**high-ranking** 6:9
**himself** 4:11
**his** 2:19,23,24 3:21
**hold** 3:10 4:14
**hoping** 7:9
**host** 2:10
**House** 3:1 6:7
**how** 2:2 6:24 7:14

**I**

**I'LL** 5:14
**I'M** 2:10
**if** 2:21 4:22
**Imagine** 5:5
**in** 2:13,16,24 3:2,7,
  11,22,24 4:24 5:12,
  13 6:11,15,20 7:3,4,
  13,16 8:12,15
**inaudible** 2:18
**INC** 1:24
**includes** 3:21
**independence** 3:9
**independent** 5:1,7
**indirectly** 8:12
**inequality** 5:23
**inflection** 6:19
**Instead** 5:11
**interested** 8:12
**interesting** 3:20
**internet** 7:20
**investment** 6:9
**Iran** 3:3
**is** 2:9,10,18,19 3:5,
  12,16,17,24 4:2:9,
  16,17,24 5:3,4,6,12,
  19,20 6:4,5,7,12,17
  7:9,11,20 8:5
**island** 4:20
**isn't** 4:6 5:10
**it** 2:9,15,16,21 4:4,
  10,17 5:3,5 6:4,14
  7:9,15,17,19
**it's** 2:1,6 3:5,14 4:5
  6:1 7:1,2,4
**Its** 6:6

**J**

**James** 8:20
**jobs** 3:1
**Joe** 6:2
**Johnson** 6:3,21
**just** 3:24 4:23 6:4
**Justin** 5:15,16

**K**

**Kara** 2:1,10 5:5,24
**killing** 3:1
**Klain** 3:22
**Klaus** 6:12
**know** 4:2,6,15,16
  7:1,11,13

**L**

**large** 7:7
**larger** 5:14
**last** 4:4 7:13
**later** 7:2
**leaders** 4:3
**leg** 3:4
**legal** 3:14
**let** 5:14
**let's** 3:24 4:11 5:24
  6:6 7:14
**letting** 4:8
**lie** 3:13,15
**like** 3:3 5:22 6:4
**listen** 4:11 5:19
**little** 4:20
**live** 6:24
**lives** 3:11 7:6
**lobbyists** 2:18,19
**lockdowns** 2:7
**Lonergan** 8:20
**Long** 7:17
**longtime** 3:22
**look** 7:6,14
**Lords** 6:7
**lose** 5:6
**low** 3:11

**M**

**MAGA** 2:5
**maintaining** 5:17
**Malloch-brown** 6:8
**man** 6:12
**Manager** 8:20
**manufacturing** 3:2
**Many** 4:2 6:15
**March** 2:5
**marching** 6:5
**Mark** 6:7
**marks** 6:19
**massive** 2:4
**matter** 8:5
**Mckinney** 2:1,10
  5:5,24
**mean** 6:14,20,21
  7:10
**means** 5:16 6:23
**media** 6:23 7:10
**member** 3:16,21 6:7
  7:8
**men** 3:2
**mentioned** 6:11
**met** 3:13
**Michigan** 2:7
**might** 6:4
**million** 2:4,16 4:21
**mine** 2:23
**Minister** 5:15 6:3
**mocks** 3:10
**models** 4:14
**moment** 3:24
**momentum** 5:17
**monarchs** 7:2
**money** 2:15
**months** 4:5
**moral** 7:6
**more** 2:7 6:14
**morning** 7:19
**most** 5:17
**must** 2:9 4:22
**my** 8:15

---
**N**
---

named 6:12
nation's 3:7
national 2:9
natural 5:12
need 2:20 3:8
NETWORK 1:3
never 5:5 6:17
Newly 2:13
NEWS 1:3
no 4:7 5:10 6:3
normal 6:16
normalcy 6:18
not 2:20 4:10,20,21 8:9
Nothing 6:17
November 1:6
now 2:10 3:8,20,24 4:14,17,24 5:3,4 7:7,10,13

---
**O**
---

Obama 2:24 7:10
obvious 6:14
of 1:1 2:8,17,19,20, 22 3:9,11,16,17,18, 20,21,23 4:2,5,20 5:1,24 6:7,11,12,15, 18 7:5,6,8,14,18 8:1,5,6,10
off 3:2 4:21
official 7:10
officials 4:6
often 4:19
old 7:2
on 2:2,15 4:1 5:11, 18 6:14 7:4,17
once 6:8
one 1:3 3:24
op-ed 7:13
opportunity 5:20
or 2:13 3:12 4:8 8:10,11,12
orders 6:5
other 4:13

our 2:3 3:1,2,3,10 4:23 5:1,17,20,21 6:20 7:4,6
out 2:22 3:4 7:15
outbreak 4:24
over 2:4 3:11,12 4:4
overrated 7:11
overseas 3:1
own 4:8 5:8

---
**P**
---

pandemic 4:3 5:19 6:19
parrot 6:22
part 6:15
party 2:5
patients 2:13,22
pending 3:14
people 2:22 3:4 4:21 5:12
perhaps 4:4
pieces 4:1
place 8:7
plagiarizing 6:4
plans 7:16
Plus 2:4
point 1:4 2:1,11 6:19,22
point-blank 3:23
Politics 2:12
pondering 6:16
poses 2:7
positions 6:10
possible 2:8 5:13
Post 7:13
poverty 5:23
Powell 3:15,18
power 5:12,13
powers 3:7
pre-pandemic 5:21
presidency 2:8
President 3:6,14
pretty 4:15
prevailed 6:18
Prime 5:14 6:2
primed 4:9

priming 5:6
prior 6:18
problem 4:7
Production 8:20
proposed 3:21
proves 3:19
provided 5:20
published 6:13
pushed 5:11

---
**Q**
---

question 4:9
quite 4:6,10
quote 6:15

---
**R**
---

raised 2:17
reaching 5:18
reacting 4:3
really 3:8 5:3
recently 6:13 7:18
RECORDING 1:1
regular 2:23
reimagine 5:21
relative 8:10
released 2:13
Remember 2:24
render 7:9
REPORTERS 1:24
republic 2:3
research 2:15
reset 2:2 5:10,20 6:14,23 7:14,15
response 4:15 6:17
return 6:16,17
Richard 7:10
rig 3:19
rigged 3:23
right 3:8 4:17 5:4 7:7
rioting 4:8
Robert 3:22
rubes 6:24
ruler 4:22
rules 4:8

run 7:20

---
**S**
---

said 3:22 8:5
salaries 2:17
same 3:3 6:22
save 2:3
say 4:10 6:3
saying 4:23
says 3:16
scenes 4:1
Schwab 6:12
Scwab 6:15
SDGS 5:19
second 6:6
security 2:9
Seeing 3:20
seem 4:13 6:4
seems 4:17
selling 2:21 3:4
sending 3:1
sense 6:18
served 6:8
set 8:15
shipping 3:2
short 6:16 7:16,17
should 5:4 6:24
show 2:14
showing 7:16
shut 4:21 5:7
Sidney 3:15
similar 4:24
since 2:15 4:7
skulls 2:6
slogan 6:1
small 3:18
smarter 7:1
Smartmatic 3:17
Smartmatics 6:6
so 2:16 3:6 4:8,9,12, 14 5:7,24 6:6,20 7:7
social 3:10 7:6
socialism 4:10
software 3:19
some 2:5 3:14 4:10 5:10,11,24

something 3:8 4:2 5:4 6:2 7:2
Soros' 6:9
Speaker 4:12,18
spear 5:7
specified 8:7
speech 7:11
spelled 7:15
spent 2:14
spheres 7:6
spirit 3:9 5:1
spoils 5:14
staff 2:17
standards 4:5
started 4:4
starting 6:1
statement 8:6
steal 2:10 3:6
stealing 2:12
Stengel 7:10
still 2:3 3:14
stop 2:9 3:5
story 7:17
strange 5:10
strong 3:14
subsidiary 3:17
such 8:11
suffering 4:17
support 5:17
supporters 4:8
Sustainable 5:18
systems 5:22

---
**T**
---

taken 7:4
tale 7:2
talking 4:23 6:22
team 2:19,20 3:16, 21 7:8
technocracy 7:5
telling 3:12 5:8
tells 4:22
tendency 5:12
terms 3:20
than 6:14

**that** 3:5,10,12,15,19, 23 4:2,6,12,13,14, 17,20,21 5:1,2,4,5, 9,13,22 6:11,15,18, 22 7:11,13 8:4,9
**that's** 2:18 3:9,13,20 4:10 6:3 7:12
**the** 1:1 2:2,3,4,5,6,7, 8,9,16,24 3:3,4,6,7, 9,11,12,13,17,19 4:1,2,4,9,11,13,14, 16,23 5:3,5,9,12,13, 14,17,18,19 6:1,2,5, 7,10,11,12,13,16, 17,18,19,22 7:4,6, 14,15,17,20 8:4,6,7
**their** 4:8 5:7,8 7:16
**them** 5:9
**themselves** 3:10
**then** 2:6,23 4:13
**there** 4:12
**There's** 3:8
**these** 3:6
**they** 3:11 4:7 5:7 6:22 7:1,7,19,20
**they're** 5:8 7:1
**things** 6:16
**think** 2:21 5:3 7:1
**thinks** 7:12
**this** 2:10,13,21 3:5 4:3,5,6,15,22 5:6, 10,12,19,20 6:20 7:14,18,19 8:12
**THOMPSON** 1:24
**those** 3:10 5:24
**though** 2:20
**thought** 7:3
**through** 5:24
**time** 2:1,24 3:3 5:3 7:2 8:7
**tinfoil** 5:10
**Tipping** 1:4 2:1,10
**titled** 6:13
**to** 2:6,9,17,24 3:2,8, 18,19,23 4:1,3,11, 13,15,20,24 5:2,3,6, 13,17,19,20,21 6:6, 8,16,17,18,24 7:5,7, 9,18

**today** 4:23
**together** 4:1
**told** 5:2,3,8
**Tonight** 2:1
**trajectory** 6:20
**TRANSCRIBED** 1:24
**transcript** 1:1 8:5,6
**TRANSCRIPTIONIST** 8:1
**transition** 2:19,20 3:16 7:8
**travel** 2:17
**Trudeau** 5:15,16 6:11,21
**true** 4:4 8:5
**Trump** 3:6,15
**turnout** 2:4
**Twitter** 7:17

---

**U**

**UK** 4:23,24 6:2
**understand** 5:2
**Unidentified** 4:12, 18
**until** 2:5
**up** 3:4,10 4:2,14 5:7
**upon** 3:8 7:3
**us** 2:4 3:12,23 4:20, 22 6:15,24 7:16
**useless** 7:9

---

**V**

**very** 4:24
**vice-chairman** 6:8
**video** 7:16
**virus** 4:6 5:6
**voice** 7:12
**vulnerable** 5:17

---

**W**

**want** 2:3 5:2,13 7:5
**wars** 3:2
**was** 2:15,21 3:19 4:22,23 5:5 7:17,19

**Washington** 7:13
**way** 2:6,21 4:2 5:13
**ways** 7:4
**we** 2:2,3,8 3:5,8 4:9, 19,20,21,24 5:1,4 6:24 7:13
**We'll** 3:23
**we're** 4:21 7:9
**weekend** 2:4
**well** 2:20 4:9,13 5:2 6:3
**went** 7:18
**weren't** 4:14
**what** 3:24 4:9 5:2,3, 7 6:4,20,21 7:11,12, 14
**when** 2:9 3:11 5:8 6:16,22 7:18
**where** 2:16 4:24
**WHEREOF** 8:15
**which** 2:9,18,22 3:17 6:11 7:8
**while** 3:3 5:17
**White** 3:1
**who** 3:10,22 4:23 6:12 7:5
**why** 2:9 3:5
**will** 6:16,17
**with** 2:21 4:2,4,19, 23 5:6 6:1 7:16
**within** 6:10
**WITNESS** 8:15
**won** 3:13
**world** 3:18 4:3 6:10, 12 7:15
**worry** 7:19
**would** 4:22
**writes** 6:15
**wrong** 5:9

---

**Y**

**Yeah** 4:18
**year** 7:13,17,18
**years** 3:5,7
**yes** 4:16
**yet** 3:13,21
**you** 4:2,13,15,16,22

5:9 7:7,10,11,12
**you're** 5:3 6:5
**you've** 6:2
**your** 2:10