# Exhibit 3A

**Screenshot A**



Exhibit 3A, *Tipping Point* (First Video) (11/16/2020) at 00:27.

**Screenshot B**



Exhibit 3A, *Tipping Point* (First Video) (11/16/2020) at 00:41.