# Exhibit 4

TRANSCRIPT OF THE AUDIO RECORDING OF:

ONE AMERICA NEWS NETWORK

TIPPING POINT, EXCERPT 2

November 16, 2020

TRANSCRIBED BY: THOMPSON COURT REPORTERS INC.

1          Kara McKinney:  Foreign governments seem to be tied
2   in with these systems, whether it be Canada, Venezuela, Spain,
3   or even Germany. What can you tell us about that?
4          Michael Johns:  Well, there's been some reporting in
5   some of these systems in Germany were actually seized. They
6   clearly -- Smartmatic has had incredible ties with some of the
7   greater far left concerns that we have, including this Lord
8   Mark Malloch-Brown, who's very tight with Soros, is on the
9   Open Society's Global Board and a bunch of other Soros boards,
10  meaning this is not some casual associate of George Soros.
11  This is kind of an individual is part of that inner circle.
12  And we have case after case, Philippines is another great
13  example where these systems have been utilized and there's
14  been nothing but broad concerns. Now, since we last talked,
15  which was not broadly known and still not broadly known, just
16  so happens that one of the two campaigns has a very strong
17  relationship with Smartmatic and I probably don't have to ask
18  you to guess which one. But we have an individual named Peter
19  Neffenger, who has been handling what's typically called the
20  landing teams for transitions. Where personnel are brought in
21  for the nothing short of the Department of Homeland Security.
22  This guy has been on the board of Smartmatic. He has an
23  extensive historical relationship with the Atlantic Council.
24  Which, you know, one of the great, I think, untold stories,

1  it's the amount of foreign money that's flooded into
2  Washington, DC including think tanks over the last few years.
3  And I come out of the think tank environment and worked with I
4  think, the best of the bunch in there and its foundation, but
5  he worked with the Atlantic Council known for lots of Qatar
6  money, lots of China money, lots of UAE money, and even
7  Burisma money that went into Atlantic Council, which did not
8  come out in the Hunter Biden story. So we have, I think, and
9  you can hear it in legal counsel coming out of the Trump legal
10 team, major concerns, and you know, my guidance right now is
11 don't jump up and down with glee. It's firstly astonishing and
12 reprehensible that we've allowed this to occur. And we have to
13 begin, as you know, as least I see it as a conservative as a
14 lifelong Republican, taking some responsibility for these
15 actions. Where were Republicans? Where were conservatives when
16 these systems that were shown to be flawed, were not, were not
17 adopted? And by the way, you know, Elizabeth Warren,
18 Klobuchar, there's Democrats who've raised concerns about them
19 as well. So I think we have it like we're at a point right
20 now, where this has to be fixed. It is inexcusable. It is not
21 acceptable for us to sort of say, you know, yeah, there were
22 some concerns out there, and it probably didn't go well. We
23 got to get that fixed before 2024. No, the President who's
24 sworn in on January 20th absolutely has to have the full

1  confidence in the American people that, that individual was

2  elected in a free and fair election. Right now you cannot say

3  that at all. And in a country that's still roughly split 50/50

4  by ideology and party, that's a recipe for immense

5  divisiveness among us citizens.

6          Kara McKinney:  Exactly. You're exactly right. And

7  the only thing this, this smacks to me of intention here on

8  the Democrats part, as you were saying, laying out over these

9  past few years, red flags popping up here and there over these

10 many, many years. And the fact that Democrats knew that and

11 then pushed to bring these systems into as many as 30 states,

12 and Republicans as well. Some Republicans as well. It tells me

13 that something is not sitting right here. Thank you so much

14 for breaking it all down for us, Michael.

15

16

17

18

19

20

21

22

23

24

1          CERTIFICATE OF TRANSCRIPTIONIST

2

3

4         I FURTHER CERTIFY that the foregoing

5    transcript of said matter is a true, correct,

6    and complete transcript of the statement given at

7    the time and place specified.

8

9         I FURTHER CERTIFY that I am not a

10    relative or employee or attorney or employee of

11    such attorney or counsel, or financially

12    interested directly or indirectly in this action.

13

14

15         IN WITNESS WHEREOF, I have set my hand.

16

17

18

19

20    _____

21    James Lonergan

22    Production Manager

23    THOMPSON COURT REPORTERS

24

## 2

**2024** 3:23
**20th** 3:24

## 3

**30** 4:11

## 5

**50/50** 4:3

## A

**about** 2:3 3:18
**absolutely** 3:24
**acceptable** 3:21
**actions** 3:15
**actually** 2:5
**adopted** 3:17
**after** 2:12
**all** 4:3,14
**allowed** 3:12
**American** 4:1
**among** 4:5
**amount** 3:1
**an** 2:11,18,22
**and** 2:9,12,13,15,17 3:3,4,6,8,10,11,12,17,22 4:2,3,4,6,9,10,12
**another** 2:12
**are** 2:20
**as** 3:13,19 4:8,11,12
**ask** 2:17
**associate** 2:10
**astonishing** 3:11
**at** 3:19 4:3
**Atlantic** 2:23 3:5,7

## B

**be** 2:1,2 3:16,20
**been** 2:4,13,14,19,22
**before** 3:23
**begin** 3:13

**best** 3:4
**Biden** 3:8
**board** 2:9,22
**boards** 2:9
**breaking** 4:14
**bring** 4:11
**broad** 2:14
**broadly** 2:15
**brought** 2:20
**bunch** 2:9 3:4
**Burisma** 3:7
**but** 2:14,18 3:4
**by** 3:17 4:4

## C

**called** 2:19
**campaigns** 2:16
**can** 2:3 3:9
**Canada** 2:2
**cannot** 4:2
**case** 2:12
**casual** 2:10
**China** 3:6
**circle** 2:11
**citizens** 4:5
**clearly** 2:6
**come** 3:3,8
**coming** 3:9
**concerns** 2:7,14 3:10,18,22
**confidence** 4:1
**conservative** 3:13
**conservatives** 3:15
**Council** 2:23 3:5,7
**counsel** 3:9
**country** 4:3

## D

**DC** 3:2
**Democrats** 3:18 4:8,10
**Department** 2:21
**did** 3:7
**didn't** 3:22
**divisiveness** 4:5

**don't** 2:17 3:11
**down** 3:11 4:14

## E

**elected** 4:2
**election** 4:2
**Elizabeth** 3:17
**environment** 3:3
**even** 2:3 3:6
**exactly** 4:6
**example** 2:13
**extensive** 2:23

## F

**fact** 4:10
**fair** 4:2
**far** 2:7
**few** 3:2 4:9
**firstly** 3:11
**fixed** 3:20,23
**flags** 4:9
**flawed** 3:16
**flooded** 3:1
**for** 2:20,21 3:5,14,21 4:4,14
**foreign** 2:1 3:1
**foundation** 3:4
**free** 4:2
**full** 3:24

## G

**George** 2:10
**Germany** 2:3,5
**get** 3:23
**glee** 3:11
**Global** 2:9
**go** 3:22
**got** 3:23
**governments** 2:1
**great** 2:12,24
**greater** 2:7
**guess** 2:18
**guidance** 3:10
**guy** 2:22

## H

**had** 2:6
**handling** 2:19
**happens** 2:16
**has** 2:6,16,19,22 3:20,24
**have** 2:7,12,13,17,18 3:8,12,19,24
**he** 2:22 3:5
**hear** 3:9
**here** 4:7,9,13
**historical** 2:23
**Homeland** 2:21
**Hunter** 3:8

## I

**ideology** 4:4
**immense** 4:4
**in** 2:2,4,5,20 3:4,8,9,24 4:1,2,3
**including** 2:7 3:2
**incredible** 2:6
**individual** 2:11,18 4:1
**inexcusable** 3:20
**inner** 2:11
**intention** 4:7
**into** 3:1,7 4:11
**is** 2:8,10,11,12 3:10,20 4:13
**it** 2:2 3:9,13,19,20,22 4:12,14
**it's** 3:1,11
**its** 3:4

## J

**January** 3:24
**Johns** 2:4
**jump** 3:11
**just** 2:15

## K

**Kara** 2:1 4:6

**kind** 2:11
**Klobuchar** 3:18
**knew** 4:10
**know** 2:24 3:10,13,17,21
**known** 2:15 3:5

## L

**landing** 2:20
**last** 2:14 3:2
**laying** 4:8
**least** 3:13
**left** 2:7
**legal** 3:9
**lifelong** 3:14
**like** 3:19
**Lord** 2:7
**lots** 3:5,6

## M

**major** 3:10
**Malloch-brown** 2:8
**many** 4:10,11
**Mark** 2:8
**Mckinney** 2:1 4:6
**me** 4:7,12
**meaning** 2:10
**Michael** 2:4 4:14
**money** 3:1,6,7
**much** 4:13
**my** 3:10

## N

**named** 2:18
**Neffenger** 2:19
**No** 3:23
**not** 2:10,15 3:7,16,20 4:13
**nothing** 2:14,21
**now** 2:14 3:10,20 4:2

## O

**occur** 3:12

| | | | | |
|---|---|---|---|---|
| **of** 2:5,6,9,10,11,16, 21,22,24 3:1,3,4,5, 6,9,21 4:7<br>**on** 2:8,22 3:24 4:7<br>**one** 2:16,18,24<br>**only** 4:7<br>**Open** 2:9<br>**or** 2:3<br>**other** 2:9<br>**out** 3:3,8,9,22 4:8<br>**over** 3:2 4:8,9<br><br>―――― **P** ――――<br><br>**part** 2:11 4:8<br>**party** 4:4<br>**past** 4:9<br>**people** 4:1<br>**personnel** 2:20<br>**Peter** 2:18<br>**Philippines** 2:12<br>**point** 3:19<br>**popping** 4:9<br>**President** 3:23<br>**probably** 2:17 3:22<br>**pushed** 4:11<br><br>―――― **Q** ――――<br><br>**Qatar** 3:5<br><br>―――― **R** ――――<br><br>**raised** 3:18<br>**recipe** 4:4<br>**red** 4:9<br>**relationship** 2:17,23<br>**reporting** 2:4<br>**reprehensible** 3:12<br>**Republican** 3:14<br>**Republicans** 3:15 4:12<br>**responsibility** 3:14<br>**right** 3:10,19 4:2,6, 13<br>**roughly** 4:3 | ―――― **S** ――――<br><br>**say** 3:21 4:2<br>**saying** 4:8<br>**Security** 2:21<br>**see** 3:13<br>**seem** 2:1<br>**seized** 2:5<br>**short** 2:21<br>**shown** 3:16<br>**since** 2:14<br>**sitting** 4:13<br>**smacks** 4:7<br>**Smartmatic** 2:6,17, 22<br>**so** 2:16 3:8,19 4:13<br>**Society's** 2:9<br>**some** 2:4,5,6,10 3:14,22 4:12<br>**something** 4:13<br>**Soros** 2:8,9,10<br>**sort** 3:21<br>**Spain** 2:2<br>**split** 4:3<br>**states** 4:11<br>**still** 2:15 4:3<br>**stories** 2:24<br>**story** 3:8<br>**strong** 2:16<br>**sworn** 3:24<br>**systems** 2:2,5,13 3:16 4:11<br><br>―――― **T** ――――<br><br>**taking** 3:14<br>**talked** 2:14<br>**tank** 3:3<br>**tanks** 3:2<br>**team** 3:10<br>**teams** 2:20<br>**tell** 2:3<br>**tells** 4:12<br>**Thank** 4:13<br>**that** 2:3,7,11,16 3:7, 12,16,23 4:1,3,10, 13 | **that's** 3:1 4:3,4<br>**the** 2:6,8,16,19,21, 22,23,24 3:1,2,3,4, 5,8,9,17,23,24 4:1, 7,8,10<br>**them** 3:18<br>**then** 4:11<br>**there** 3:4,21,22 4:9<br>**there's** 2:4,13 3:18<br>**these** 2:2,5,13 3:14, 16 4:8,9,11<br>**They** 2:5<br>**thing** 4:7<br>**think** 2:24 3:2,3,4,8, 19<br>**this** 2:7,10,11,22 3:12,20 4:7<br>**tied** 2:1<br>**ties** 2:6<br>**tight** 2:8<br>**to** 2:1,17,18 3:12,16, 20,21,23,24 4:7,11<br>**transitions** 2:20<br>**Trump** 3:9<br>**two** 2:16<br>**typically** 2:19<br><br>―――― **U** ――――<br><br>**UAE** 3:6<br>**untold** 2:24<br>**up** 3:11 4:9<br>**us** 2:3 3:21 4:5,14<br>**utilized** 2:13<br><br>―――― **V** ――――<br><br>**Venezuela** 2:2<br>**very** 2:8,16<br><br>―――― **W** ――――<br><br>**Warren** 3:17<br>**was** 2:15 4:1<br>**Washington** 3:2<br>**way** 3:17<br>**we** 2:7,12,14,18 3:8, 12,19,22 | **we're** 3:19<br>**we've** 3:12<br>**well** 2:4 3:19,22 4:12<br>**went** 3:7<br>**were** 2:5 3:15,16,21 4:8<br>**What** 2:3<br>**what's** 2:19<br>**when** 3:15<br>**where** 2:13,20 3:15, 20<br>**whether** 2:2<br>**which** 2:15,18,24 3:7<br>**who** 2:19<br>**who's** 2:8 3:23<br>**who've** 3:18<br>**with** 2:2,6,8,17,23 3:3,5,11<br>**worked** 3:3,5<br><br>―――― **Y** ――――<br><br>**yeah** 3:21<br>**years** 3:2 4:9,10<br>**you** 2:3,18,24 3:9, 10,13,17,21 4:2,8, 13<br>**You're** 4:6 | |