# Exhibit 4A

**Screenshot A**



Exhibit 4A, *Tipping Point* (Second Video) (11/16/2020) at 00:06.

**Screenshot B**



Exhibit 4A, *Tipping Point* (Second Video) (11/16/2020) at 01:37.