# Exhibit 5

TRANSCRIPT OF THE AUDIO RECORDING OF:

One America News Network, News Room Excerpt

November 16, 2020, 11PM

TRANSCRIBED BY: THOMPSON COURT REPORRTERS INC.

1    MIKE DINOW:  Coming up on One America News, thousands
2    of troops are expected to head back home to reduce their
3    presence in the Middle East. The Pentagon's latest order and
4    why Senator Mitch McConnell is warning against that. And
5    another poll worker is coming forward after witnessing alleged
6    voter fraud in Michigan, how it's tied to Dominion Voting
7    Systems yet again. And later, hundreds of thousands of faulty
8    ballots are thrown out in Nevada. Why President Trump says
9    this marks another big win for his campaign. Those stories and
10   more right now on One America News.
11                Thank you very much for watching on this Monday
12   night, I'm Mike Dinow. The White House could move forward with
13   a plan to slash drug prices for Medicare patients as soon as
14   this week. Officials say the administration is preparing to
15   take the regulatory steps to begin the process as soon as
16   possible. That would include implementing the President's most
17   favored nation's clause, a proposal that would ensure the cost
18   of Medicare for certain drugs remains competitive in relation
19   to international prices. The White House says the plan will
20   likely take the form of an interim final rule, which means the
21   new guidelines would not come into effect and go into effect
22   until later. Unclear when those changes would actually take
23   effect. Press Secretary Kayleigh McEnany is touting the
24   president's efforts to get a COVID vaccine approved and

1  available to the public. Today McEnany highlighted the Trump

2  administration's Operation Warp Speed which she says has led

3  to a high success rate for a second vaccine. This comes after

4  Moderna announced its initial phase three data shows its

5  vaccine is nearly 95% effective. Moderna, which is part of

6  Operation Warp Speed, was awarded a $1.5 billion contract in

7  August to provide enough doses for 50 million people. McEnany

8  says this is a big win, which comes just a week after Pfizer

9  announced its COVID vaccine is also showing a lot of promise.

10 Moderna plans on asking the FDA for emergency use

11 authorization by December and expects to ship out about 20

12 million vaccine doses in the US by the end of the year. Sara

13 Lee has more on Moderna's announcement.

14          SARA LEE:  Fresh hopes for an effective vaccine on

15 Monday, Moderna says it's experimental shot is 94.5% effective

16 in preventing COVID-19. That's based on interim data from a

17 late stage clinical trial. It makes it the second US company

18 to report results that far exceed expectations. Together with

19 the Pfizer vaccine and pending more safety data and regulatory

20 review, the US could have two vaccines authorized for

21 emergency use by December. A key advantage of Moderna's

22 vaccine is that it does not need ultra cold storage like

23 Pfizer's, making it easier to distribute. Production of the

24 Moderna shots will partially be carried out by Swiss

1  biotechnology firm Lonza at plants in the US and Switzerland.
2  The news sent Moderna shares up around 17%. Also on Monday,
3  Russia said it expects to produce primarily freeze dried
4  Sputnik V Coronavirus vaccine doses by the spring that would
5  eliminate the need for transport at ultra low temperatures.
6  Russia has an ambitious plan to inoculate its population. But
7  vaccine developers globally are scrambling to work out how to
8  ship and store their vials, some of which must be kept in
9  specialized freezers at extremely low temperatures. The
10 logistical challenge was brought into sharp focus, after
11 promising interim trial data for the vaccine developed by
12 BioNTech and Pfizer. It's been considered a major breakthrough
13 in the race to curb the pandemic, but it needs to be shipped
14 and stored at minus 70 degrees Celsius equivalent to an
15 Antarctic winter. That poses a challenge for even the most
16 sophisticated hospitals. For the moment it also puts it out of
17 reach for many poorer countries.
18         MIKE DINOW:  And a new poll shows President Trump's
19 job approval rating remained steady at 52%. That's according
20 to the Rasmussen Daily Presidential Tracking Poll of 1500
21 likely voters released on Monday. Since November 6, the poll
22 is showing the President's job approval consistently above
23 50%. The data comes as the Trump campaign continues to pursue
24 legal challenges regarding the voting process in several

1  states.

2         MELISSA CARONE:  That would be double counting, but I

3  have seen numerous times them keep doing this.

4         MIKE DINOW:  A Michigan poll worker exposes numerous

5  cases of voter fraud that she witnessed while working at a

6  polling center in Detroit. In video testimony this week,

7  Melissa Carone said that she was hired by Dominion Voting to

8  assist election workers if tabulating machines were having

9  issues. Now Carone says ballots cast for Joe Biden were

10 counted eight to 10 times each, to inflate his number of

11 votes.

12        MELISSA CARONE:  Numerous times throughout the night,

13 countless times. They were not discarding these batches, they

14 were taking the, the ballot that would not go through due to a

15 crease in the paper in the wrong place. And they would set it

16 on top and they would just rescan the whole batch. If Biden, I

17 did not see a single not a single, not a one ballot for Trump,

18 not one.

19        UNIDENTIFIED SPEAKER:  No, no Trump votes in all of

20 these.

21        MELISSA CARONE:  The whole time I was there, I did

22 not see it.

23        UNIDENTIFIED SPEAKER:  When were you there?

24        MELISSA CARONE:  I was there for 24 hours.

1          MIKE DINOW:  And Carone goes on to say trucks were

2   delivering unidentified cargo to the center where she worked

3   throughout the evening. She adds she is 99% sure that Dominion

4   Voting Machines were connected to the Internet in violation of

5   the law. In the meantime, One America's Chanel Rion speaks

6   with founder of FEC United Joe Oltmann, who made a bombshell

7   discovery about a key member of Dominion's leadership.

8          CHANEL RION:  Joe, you infiltrated an Antifa

9   conference call this past September and accidentally came upon

10  a top Dominion Voting Systems executive named Eric Coomer.

11  Describe that call and what it led you to find.

12         JOE OLTMANN:  It was interesting how the call

13  started, if somebody says who's Eric, he says Eric's Dominion

14  guys, someone actually said, you know, hey, go ahead. Don't

15  tell him to continue speaking. And someone interrupts and

16  says, what we're going to do if effing Trump wins, and Eric

17  responds, and I'm paraphrasing this by the way, don't worry

18  about the election, Trump is not going to win. I made effing

19  sure of that. And then they started laughing and somebody says

20  effing right. At that point, I thought to myself, you know,

21  this guy's crazy. These people are crazy because they think

22  that they are, you know, Jedi warriors and they can just will

23  themselves to Trump not winning.

24         CHANEL RION:  Fast forward to just after the

1  election, Oltmann sees an article concerning Georgia's last
2  minute Dominion Voting Software updates. The article cites,
3  Eric speaking on behalf of Dominion. Oltmann remembers his
4  September call and begins to dig deeper.
5          JOE OLTMANN:  Um and, but I did do research on Eric
6  and so I just put it a simple Google search to start which was
7  Eric Dominion, Denver, Colorado. And Eric Coomer came up
8  immediately under Dominion Voting Systems. Anytime that there
9  was a press release, Eric Coomer was the one giving that press
10 release. Anytime that they were pitching the product to
11 different municipalities, he was the one pitching the product.
12 And I'm talking about Arizona, Wisconsin, Georgia,
13 Pennsylvania, you name it, his name pops up everywhere.
14         CHANEL RION:  The real shocker came when Oltmann
15 found Coomer's Facebook posts.
16         JOE OLTMANN:  And when I got access to his Facebook,
17 you get that sinking feeling, like what? Like what this is,
18 this is crazy. Here's the director of security and, excuse me,
19 of strategy and security at Dominion. And when I got into his
20 Facebook page, that's when things really started to kind of
21 come together for me, that, you know that Eric Coomer was
22 this, you know, that he was not just Antifa, he was, he was
23 responsible for putting his finger on the, the scales of our
24 election.

1       CHANEL RION:  Posts including the Antifa Manifesto,
2  vitriolic posts against all Trump voters, song links like Dead
3  Prez, and F The Police and F The USA. Oltmann says Coomer had
4  the title and the power to exercise his vitriol through
5  Dominion. If Coomer is investigated and found to have indeed
6  tampered with a presidential election, such an action could be
7  tried for treason. Unfortunately, the question is will the FBI
8  step up to investigate? For more on this interview, and others
9  tune in for OAN's upcoming investigation on Dominion. Chanel
10 Rion, One America News, Washington.
11       RUDY GIULIANI:  Not terribly different than what's
12 going on in Venezuela. And very interestingly, you're gonna see
13 that Venezuela is involved in this voter fraud.
14       MIKE DINOW:  Report suggests voting machines systems
15 funded by George Soros were used to install a socialist regime
16 in Venezuela back in the early 2000s. According to WikiLeaks,
17 UK based company Smartmatic had a campaign staffer for Hugo
18 Chávez on its board back in 2000. Now the company reportedly
19 meddled with a 2004 Venezuela election to secure a win for the
20 Chávez regime. The Gateway Pundit reports, Smartmatic sold its
21 technology to Dominion Voting, that ran elections in Arizona,
22 Michigan, Nevada, and Pennsylvania this year.
23       RUDY GIULIANI:  They certainly stole the election in
24 Detroit. They certainly stole the election in Pennsylvania.

1  There were over 100 witnesses to that. And you're gonna see

2  the same thing is true in five other places. And then we're

3  going to take a look at Dominion, and we'll show you how

4  technologically they stole the election.

5         MIKE DINOW:  The Gateway Pundit report also says

6  Smartmatic is partially owned by the Maduro regime and George

7  Soros. In the meantime, Rudy Giuliani also suggests its

8  partner Dominion has been corrupted by the Clinton Foundation.

9  All right, straight ahead on One America News, hate crimes hit

10 a record high in over 10 years, who the FBI says was targeted

11 the most. Plus, the mainstream media is under fire yet again,

12 for defending attacks against Trump supporters. Why CNN seems

13 to be downplaying the recent violence in Washington, DC. We'll

14 be right back.

15

16

17

18

19

20

21

22

23

24

|   |   |
|---|---|
| 1 | TRANSCRIBER'S CERTIFICATE |
| 2 | |
| 3 | I hereby certify that the foregoing pages |
| 4 | are a true, accurate, and complete transcript of the |
| 5 | proceedings transcribed from a copy of the electronic |
| 6 | sound recording to the best of our knowledge and ability. |
| 7 | |
| 8 | IN WITNESS WHEREOF, I have hereunto set my hand on |
| 9 | this 12th day of October, 2021. |
| 10 | |
| 11 | |
| 12 | _____ |
| 13 | JAMES LONERGAN |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | THOMPSON COURT REPORTERS INC. |

**$**

**$1.5** 3:6

**1**

**10** 5:10 9:10
**100** 9:1
**1500** 4:20
**17%** 4:2

**2**

**20** 3:11
**2000** 8:18
**2000s** 8:16
**2004** 8:19
**24** 5:24

**5**

**50** 3:7
**50%** 4:23
**52%** 4:19

**6**

**6** 4:21

**7**

**70** 4:14

**9**

**94.5%** 3:15
**95%** 3:5
**99%** 6:3

**A**

**about** 3:11 6:7,18 7:12
**above** 4:22
**access** 7:16
**accidentally** 6:9
**according** 4:19 8:16
**action** 8:6
**actually** 2:22 6:14

**adds** 6:3
**administration** 2:14
**administration's** 3:2
**advantage** 3:21
**after** 2:5 3:3,8 4:10 6:24
**again** 2:7 9:11
**against** 2:4 8:2 9:12
**ahead** 6:14 9:9
**all** 5:19 8:2 9:9
**alleged** 2:5
**also** 3:9 4:2,16 9:5,7
**ambitious** 4:6
**America** 2:1,10 8:10 9:9
**America's** 6:5
**an** 2:20 3:14 4:6,14 6:8 7:1 8:6
**and** 2:3,4,7,9,21,24 3:11,19 4:1,8,12,14, 18 5:15,16 6:1,9,11, 15,16,17,19,22 7:4, 5,6,7,12,16,18,19 8:3,4,5,8,12,22 9:1, 2,3,6
**announced** 3:4,9
**announcement** 3:13
**another** 2:5,9
**Antarctic** 4:15
**Antifa** 6:8 7:22 8:1
**Anytime** 7:8,10
**approval** 4:19,22
**approved** 2:24
**are** 2:2,8 4:7 6:21,22
**Arizona** 7:12 8:21
**around** 4:2
**article** 7:1,2
**as** 2:13,15 4:23
**asking** 3:10
**assist** 5:8
**at** 4:1,5,9,14,19 5:5 6:20 7:19 9:3
**attacks** 9:12
**August** 3:7
**authorization** 3:11
**authorized** 3:20

**available** 3:1
**awarded** 3:6

**B**

**back** 2:2 8:16,18 9:14
**ballot** 5:14,17
**ballots** 2:8 5:9
**based** 3:16 8:17
**batch** 5:16
**batches** 5:13
**be** 3:24 4:8,13 5:2 8:6 9:13,14
**because** 6:21
**been** 4:12 9:8
**begin** 2:15
**begins** 7:4
**behalf** 7:3
**Biden** 5:9,16
**big** 2:9 3:8
**billion** 3:6
**Biontech** 4:12
**biotechnology** 4:1
**board** 8:18
**bombshell** 6:6
**breakthrough** 4:12
**brought** 4:10
**but** 4:6,13 5:2 7:5
**by** 3:11,12,21,24 4:4,11 5:7 6:17 8:15 9:6,8

**C**

**call** 6:9,11,12 7:4
**came** 6:9 7:7,14
**campaign** 2:9 4:23 8:17
**can** 6:22
**cargo** 6:2
**Carone** 5:2,7,9,12, 21,24 6:1
**carried** 3:24
**cases** 5:5
**cast** 5:9
**Celsius** 4:14

**center** 5:6 6:2
**certain** 2:18
**certainly** 8:23,24
**challenge** 4:10,15
**challenges** 4:24
**Chanel** 6:5,8,24 7:14 8:1,9
**changes** 2:22
**Chávez** 8:18,20
**cites** 7:2
**clause** 2:17
**clinical** 3:17
**Clinton** 9:8
**CNN** 9:12
**cold** 3:22
**Colorado** 7:7
**come** 2:21 7:21
**comes** 3:3,8 4:23
**coming** 2:1,5
**company** 3:17 8:17, 18
**competitive** 2:18
**concerning** 7:1
**conference** 6:9
**connected** 6:4
**considered** 4:12
**consistently** 4:22
**continue** 6:15
**continues** 4:23
**contract** 3:6
**Coomer** 6:10 7:7,9, 21 8:3,5
**Coomer's** 7:15
**Coronavirus** 4:4
**corrupted** 9:8
**cost** 2:17
**could** 2:12 3:20 8:6
**counted** 5:10
**counting** 5:2
**countless** 5:13
**countries** 4:17
**COVID** 2:24 3:9
**COVID-19** 3:16
**crazy** 6:21 7:18
**crease** 5:15
**crimes** 9:9

**curb** 4:13

**D**

**Daily** 4:20
**data** 3:4,16,19 4:11, 23
**DC** 9:13
**Dead** 8:2
**December** 3:11,21
**deeper** 7:4
**defending** 9:12
**degrees** 4:14
**delivering** 6:2
**Denver** 7:7
**Describe** 6:11
**Detroit** 5:6 8:24
**developed** 4:11
**developers** 4:7
**did** 5:17,21 7:5
**different** 7:11 8:11
**dig** 7:4
**Dinow** 2:1,12 4:18 5:4 6:1 8:14 9:5
**director** 7:18
**discarding** 5:13
**discovery** 6:7
**distribute** 3:23
**do** 6:16 7:5
**does** 3:22
**doing** 5:3
**Dominion** 2:6 5:7 6:3,10,13 7:2,3,7,8, 19 8:5,9,21 9:3,8
**Dominion's** 6:7
**don't** 6:14,17
**doses** 3:7,12 4:4
**double** 5:2
**downplaying** 9:13
**dried** 4:3
**drug** 2:13
**drugs** 2:18
**due** 5:14

**E**

**each** 5:10

early  8:16
easier  3:23
East  2:3
effect  2:21,23
effective  3:5,14,15
effing  6:16,18,20
efforts  2:24
eight  5:10
election  5:8 6:18
  7:1,24 8:6,19,23,24
  9:4
elections  8:21
eliminate  4:5
emergency  3:10,21
end  3:12
enough  3:7
ensure  2:17
equivalent  4:14
Eric  6:10,13,16 7:3,
  5,7,9,21
Eric's  6:13
even  4:15
evening  6:3
everywhere  7:13
exceed  3:18
excuse  7:18
executive  6:10
exercise  8:4
expectations  3:18
expected  2:2
expects  3:11 4:3
experimental  3:15
exposes  5:4
extremely  4:9

          F

Facebook  7:15,16,
  20
far  3:18
Fast  6:24
faulty  2:7
favored  2:17
FBI  8:7 9:10
FDA  3:10
FEC  6:6
feeling  7:17

final  2:20
find  6:11
finger  7:23
fire  9:11
firm  4:1
five  9:2
focus  4:10
for  2:9,11,13,18 3:3,
  7,10,14,20 4:5,11,
  15,16,17 5:9,17,24
  7:21,23 8:7,8,9,17,
  19 9:12
form  2:20
forward  2:5,12 6:24
found  7:15 8:5
Foundation  9:8
founder  6:6
fraud  2:6 5:5 8:13
freeze  4:3
freezers  4:9
Fresh  3:14
from  3:16
funded  8:15

          G

Gateway  8:20 9:5
George  8:15 9:6
Georgia  7:12
Georgia's  7:1
get  2:24 7:17
Giuliani  8:11,23 9:7
giving  7:9
globally  4:7
go  2:21 5:14 6:14
goes  6:1
going  6:16,18 8:12
  9:3
gonna  8:12 9:1
Google  7:6
got  7:16,19
guidelines  2:21
guy's  6:21
guys  6:14

          H

had  8:3,17

has  3:2,13 4:6 9:8
hate  9:9
have  3:20 5:3 8:5
having  5:8
he  6:13 7:11,22
head  2:2
Here's  7:18
hey  6:14
high  3:3 9:10
highlighted  3:1
him  6:15
hired  5:7
his  2:9 5:10 7:3,13,
  16,19,23 8:4
hit  9:9
home  2:2
hopes  3:14
hospitals  4:16
hours  5:24
House  2:12,19
how  2:6 4:7 6:12 9:3
Hugo  8:17
hundreds  2:7

          I

I'M  2:12 6:17 7:12
if  5:8,16 6:13,16 8:5
immediately  7:8
implementing  2:16
in  2:3,6,8,18 3:6,12,
  16 4:1,8,13,24 5:6,
  15,19 6:4,5 8:9,12,
  13,16,18,21,23,24
  9:2,7,10,13
include  2:16
including  8:1
indeed  8:5
infiltrated  6:8
inflate  5:10
initial  3:4
inoculate  4:6
install  8:15
interesting  6:12
interestingly  8:12
interim  2:20 3:16
  4:11

international  2:19
Internet  6:4
interrupts  6:15
interview  8:8
into  2:21 4:10 7:19
investigate  8:8
investigated  8:5
investigation  8:9
involved  8:13
is  2:4,5,14,23 3:5,8,
  9,15,22 4:22 6:3,18
  7:17,18 8:5,7,13
  9:2,6,11
issues  5:9
it  3:17,22,23 4:3,13,
  16 5:15,22 6:11,12
  7:6,13
it's  2:6 3:15 4:12
its  3:4,9 4:6 8:18,20
  9:7

          J

Jedi  6:22
job  4:19,22
Joe  5:9 6:6,8,12 7:5,
  16
just  3:8 5:16 6:22,24
  7:6,22

          K

Kayleigh  2:23
keep  5:3
kept  4:8
key  3:21 6:7
kind  7:20
know  6:14,20,22
  7:21,22

          L

last  7:1
late  3:17
later  2:7,22
latest  2:3
laughing  6:19
law  6:5

leadership  6:7
led  3:2 6:11
Lee  3:13,14
legal  4:24
like  3:22 7:17 8:2
likely  2:20 4:21
links  8:2
logistical  4:10
Lonza  4:1
look  9:3
lot  3:9
low  4:5,9

          M

machines  5:8 6:4
  8:14
made  6:6,18
Maduro  9:6
mainstream  9:11
major  4:12
makes  3:17
making  3:23
Manifesto  8:1
many  4:17
marks  2:9
Mcconnell  2:4
Mcenany  2:23 3:1,7
me  7:18,21
means  2:20
meantime  6:5 9:7
meddled  8:19
media  9:11
Medicare  2:13,18
Melissa  5:2,7,12,21,
  24
member  6:7
Michigan  2:6 5:4
  8:22
Middle  2:3
Mike  2:1,12 4:18
  5:4 6:1 8:14 9:5
million  3:7,12
minus  4:14
minute  7:2
Mitch  2:4
Moderna  3:4,5,10,

15,24 4:2
**Moderna's**  3:13,21
**moment**  4:16
**Monday**  2:11 3:15 4:2,21
**more**  2:10 3:13,19 8:8
**most**  2:16 4:15 9:11
**move**  2:12
**much**  2:11
**municipalities**  7:11
**must**  4:8
**myself**  6:20

**N**

**name**  7:13
**named**  6:10
**nation's**  2:17
**nearly**  3:5
**need**  3:22 4:5
**needs**  4:13
**Nevada**  2:8 8:22
**new**  2:21 4:18
**news**  2:1,10 4:2 8:10 9:9
**night**  2:12 5:12
**no**  5:19
**not**  2:21 3:22 5:13, 14,17,18,22 6:18,23 7:22 8:11
**November**  4:21
**now**  2:10 5:9 8:18
**number**  5:10
**numerous**  5:3,4,12

**O**

**OAN's**  8:9
**of**  2:2,7,18,20 3:5,9, 12,21,23 4:8,16,20 5:5,10,19 6:4,6,7,19 7:3,18,19,20,23
**Officials**  2:14
**Oltmann**  6:6,12 7:1, 3,5,14,16 8:3
**on**  2:1,10,11 3:10, 13,14,16 4:2,21 5:16 6:1 7:3,5,23

8:8,9,12,18 9:9
**one**  2:1,10 5:17,18 6:5 7:9,11 8:10 9:9
**Operation**  3:2,6
**order**  2:3
**other**  9:2
**others**  8:8
**our**  7:23
**out**  2:8 3:11,24 4:7, 16
**over**  9:1,10
**owned**  9:6

**P**

**page**  7:20
**pandemic**  4:13
**paper**  5:15
**paraphrasing**  6:17
**part**  3:5
**partially**  3:24 9:6
**partner**  9:8
**past**  6:9
**patients**  2:13
**pending**  3:19
**Pennsylvania**  7:13 8:22,24
**Pentagon's**  2:3
**people**  3:7 6:21
**Pfizer**  3:8,19 4:12
**Pfizer's**  3:23
**phase**  3:4
**pitching**  7:10,11
**place**  5:15
**places**  9:2
**plan**  2:13,19 4:6
**plans**  3:10
**plants**  4:1
**Plus**  9:11
**point**  6:20
**Police**  8:3
**poll**  2:5 4:18,20,21 5:4
**polling**  5:6
**poorer**  4:17
**pops**  7:13
**population**  4:6

**poses**  4:15
**possible**  2:16
**posts**  7:15 8:1,2
**power**  8:4
**preparing**  2:14
**presence**  2:3
**President**  2:8 4:18
**president's**  2:16,24 4:22
**presidential**  4:20 8:6
**press**  2:23 7:9
**preventing**  3:16
**Prez**  8:3
**prices**  2:13,19
**primarily**  4:3
**process**  2:15 4:24
**produce**  4:3
**product**  7:10,11
**Production**  3:23
**promise**  3:9
**promising**  4:11
**proposal**  2:17
**provide**  3:7
**public**  3:1
**Pundit**  8:20 9:5
**pursue**  4:23
**put**  7:6
**puts**  4:16
**putting**  7:23

**Q**

**question**  8:7

**R**

**race**  4:13
**ran**  8:21
**Rasmussen**  4:20
**rate**  3:3
**rating**  4:19
**reach**  4:17
**real**  7:14
**really**  7:20
**recent**  9:13
**record**  9:10

**reduce**  2:2
**regarding**  4:24
**regime**  8:15,20 9:6
**regulatory**  2:15 3:19
**relation**  2:18
**release**  7:9,10
**released**  4:21
**remained**  4:19
**remains**  2:18
**remembers**  7:3
**report**  3:18 8:14 9:5
**reportedly**  8:18
**reports**  8:20
**rescan**  5:16
**research**  7:5
**responds**  6:17
**responsible**  7:23
**results**  3:18
**review**  3:20
**right**  2:10 6:20 9:9, 14
**Rion**  6:5,8,24 7:14 8:1,10
**Rudy**  8:11,23 9:7
**rule**  2:20
**Russia**  4:3,6

**S**

**safety**  3:19
**said**  4:3 5:7 6:14
**same**  9:2
**Sara**  3:12,14
**say**  2:14 6:1
**says**  2:8,19 3:2,8,15 5:9 6:13,16,19 8:3 9:5,10
**scales**  7:23
**scrambling**  4:7
**search**  7:6
**second**  3:3,17
**Secretary**  2:23
**secure**  8:19
**security**  7:18,19
**see**  5:17,22 8:12 9:1
**seems**  9:12

**seen**  5:3
**sees**  7:1
**Senator**  2:4
**sent**  4:2
**September**  6:9 7:4
**set**  5:15
**several**  4:24
**shares**  4:2
**sharp**  4:10
**she**  3:2 5:5,7 6:2,3
**ship**  3:11 4:8
**shipped**  4:13
**shocker**  7:14
**shot**  3:15
**shots**  3:24
**show**  9:3
**showing**  3:9 4:22
**shows**  3:4 4:18
**simple**  7:6
**Since**  4:21
**single**  5:17
**sinking**  7:17
**slash**  2:13
**Smartmatic**  8:17,20 9:6
**so**  7:6
**socialist**  8:15
**Software**  7:2
**sold**  8:20
**some**  4:8
**somebody**  6:13,19
**someone**  6:14,15
**song**  8:2
**soon**  2:13,15
**sophisticated**  4:16
**Soros**  8:15 9:7
**SPEAKER**  5:19,23
**speaking**  6:15 7:3
**speaks**  6:5
**specialized**  4:9
**Speed**  3:2,6
**spring**  4:4
**Sputnik**  4:4
**staffer**  8:17
**stage**  3:17

**start**  7:6
**started**  6:13,19 7:20
**states**  5:1
**steady**  4:19
**step**  8:8
**steps**  2:15
**stole**  8:23,24 9:4
**storage**  3:22
**store**  4:8
**stored**  4:14
**stories**  2:9
**straight**  9:9
**strategy**  7:19
**success**  3:3
**such**  8:6
**suggests**  8:14 9:7
**supporters**  9:12
**sure**  6:3,19
**Swiss**  3:24
**Switzerland**  4:1
**systems**  2:7 6:10 7:8 8:14

**T**

**tabulating**  5:8
**take**  2:15,20,22 9:3
**taking**  5:14
**talking**  7:12
**tampered**  8:6
**targeted**  9:10
**technologically**  9:4
**technology**  8:21
**tell**  6:15
**temperatures**  4:5,9
**terribly**  8:11
**testimony**  5:6
**than**  8:11
**Thank**  2:11
**that**  2:4,16,17 3:18,22 4:4,15 5:2,5,7,14 6:3,11,19,20,22 7:8,9,10,17,21,22 8:13,21 9:1
**that's**  3:16 4:19 7:20
**the**  2:3,12,14,15,16,17,19,20,23 3:1,10,12,17,19,20,23 4:1,2,4,5,9,11,13,15,16,20,21,22,23,24 5:12,14,15,16,21 6:2,3,4,5,12,17,18,24 7:2,9,10,11,14,18,23 8:1,3,4,7,16,18,19,20,23,24 9:2,4,5,6,7,8,10,11,13

**their**  2:2 4:8
**them**  5:3
**themselves**  6:23
**then**  6:19 9:2
**there**  5:21,23,24 7:8 9:1
**these**  5:13,20 6:21
**they**  5:13,15,16 6:19,21,22 7:10 8:23,24 9:4
**thing**  9:2
**things**  7:20
**think**  6:21
**this**  2:9,11,14 3:3,8 5:3,6 6:9,17,21 7:17,18,22 8:8,13,22
**those**  2:9,22
**thought**  6:20
**thousands**  2:1,7
**three**  3:4
**through**  5:14 8:4
**throughout**  5:12 6:3
**thrown**  2:8
**tied**  2:6
**time**  5:21
**times**  5:3,10,12,13
**title**  8:4
**to**  2:2,6,13,14,15,19,24 3:1,3,7,11,18,23 4:3,6,7,13,14,20,23 5:7,10,14 6:1,2,4,11,15,16,18,20,23,24 7:4,6,10,16,20 8:4,5,8,15,16,19,21 9:1,3,13
**Today**  3:1
**together**  3:18 7:21
**top**  5:16 6:10
**touting**  2:23
**Tracking**  4:20

**transport**  4:5
**treason**  8:7
**trial**  3:17 4:11
**tried**  8:7
**troops**  2:2
**trucks**  6:1
**true**  9:2
**Trump**  2:8 3:1 4:23 5:17,19 6:16,18,23 8:2 9:12
**Trump's**  4:18
**tune**  8:9
**two**  3:20

**U**

**UK**  8:17
**ultra**  3:22 4:5
**Um**  7:5
**Unclear**  2:22
**under**  7:8 9:11
**Unfortunately**  8:7
**unidentified**  5:19,23 6:2
**United**  6:6
**until**  2:22
**up**  2:1 4:2 7:7,13 8:8
**upcoming**  8:9
**updates**  7:2
**upon**  6:9
**US**  3:12,17,20 4:1
**USA**  8:3
**use**  3:10,21
**used**  8:15

**V**

**vaccine**  2:24 3:3,5,9,12,14,19,22 4:4,7,11
**vaccines**  3:20
**Venezuela**  8:12,13,16,19
**very**  2:11 8:12
**vials**  4:8
**video**  5:6
**violation**  6:4

**violence**  9:13
**vitriol**  8:4
**vitriolic**  8:2
**voter**  2:6 5:5 8:13
**voters**  4:21 8:2
**votes**  5:11,19
**voting**  2:6 4:24 5:7 6:4,10 7:2,8 8:14,21

**W**

**warning**  2:4
**Warp**  3:2,6
**warriors**  6:22
**was**  3:6 4:10 5:7,21,24 6:12 7:6,9,11,21,22 9:10
**Washington**  8:10 9:13
**watching**  2:11
**way**  6:17
**we'll**  9:3,13
**we're**  6:16 9:2
**week**  2:14 3:8 5:6
**were**  5:8,9,13,14,23 6:1,4 7:10 8:15 9:1
**what**  6:11,16 7:17
**what's**  8:11
**when**  2:22 5:23 7:14,16,19,20
**where**  6:2
**which**  2:20 3:2,5,8 4:8 7:6
**while**  5:5
**White**  2:12,19
**who**  6:6 9:10
**who's**  6:13
**whole**  5:16,21
**why**  2:4,8 9:12
**Wikileaks**  8:16
**will**  2:19 3:24 6:22 8:7
**win**  2:9 3:8 6:18 8:19
**winning**  6:23
**wins**  6:16
**winter**  4:15

**Wisconsin**  7:12
**with**  2:12 3:18 6:6 8:6,19
**witnessed**  5:5
**witnesses**  9:1
**witnessing**  2:5
**work**  4:7
**worked**  6:2
**worker**  2:5 5:4
**workers**  5:8
**working**  5:5
**worry**  6:17
**would**  2:16,17,21,22 4:4 5:2,14,15,16
**wrong**  5:15

**Y**

**year**  3:12 8:22
**years**  9:10
**yet**  2:7 9:11
**you**  2:11 5:23 6:8,11,14,20,22 7:13,17,21,22 9:3
**you're**  8:12 9:1