# Exhibit 5A

Screenshot A



Exhibit 5A, *News Room*, 11PM (11/16/2020) at 01:01.

**Screenshot B**



Exhibit 5A, *News Room*, 11PM (11/16/2020) at 09:42.

**Screenshot C**



Exhibit 5A, *News Room*, 11PM (11/16/2020) at 09:56.

**Screenshot D**



Exhibit 5A, *News Room*, 11PM (11/16/2020) at 10:28.

Screenshot E



Exhibit 5A, *News Room*, 11PM (11/16/2020) at 10:52.