# Exhibit 6

TRANSCRIPT OF THE AUDIO RECORDING OF:

One America News Network, Tipping Point Excerpt

November 17, 2020

TRANSCRIBED BY: THOMPSON COURT REPORRTERS INC.

1        KARA MCKINNEY:  It's time for Tipping Point. Tonight

2   it's getting down to the wire to stop the steal. Tom Fitton,

3   the President of Judicial Watch, joins me to discuss the

4   latest on those efforts. Plus Harry Styles is stealing the

5   show for all the wrong reasons. Then California is making

6   piety illegal, while at the same time promoting utter

7   degeneracy. And finally, it's now or never for President Trump

8   to put a stop to endless wars. I'm your host, Kara McKinney,

9   and this is Tipping Point.

10            Hunter Biden has been pretty quiet, don't you

11  think? We're supposed to believe that he was the victim of a

12  smear campaign about his shady business dealings overseas.

13  It's kind of strange that he never once tried to publicly

14  clear the air. But it's not so strange once you realize he

15  still holds a 10% stake in a Chinese private equity firm.

16  That's according to a report today from the Daily Caller,

17  which claims the younger Biden holds equity in BHR Partners

18  through one of his companies. And of course, BHR Partners is

19  co- owned by the commies in Beijing through the state

20  controlled Bank of China. Like father, like son. They don't

21  call Joe "Beijing Biden" for nothing. Just add this to the

22  piles of lies Biden has made over the decades of his career.

23  Is anyone keeping track anymore?

24            JOE BIDEN:  No one in my family will have an office

1  in the White House, will sit in on meetings as if they're a

2  cabinet member, will in fact, have any business relationship

3  with anyone that reliably-- relates to a foreign corporation,

4  or foreign country, period. Period. End of story.

5          KARA MCKINNEY:  Well, I guess it is the end of the

6  story if your name is Joe Biden, and the media does your

7  bidding by not asking too many questions. For example, when

8  the New York Post tried to do its due diligence in reporting

9  of a Hunter Biden laptop story before the election, they got

10 shot down by their colleagues, and of course, by big tech.

11 Today, the heads of Twitter and Facebook testified before the

12 Senate Judiciary Committee about that situation.

13         LINDSEY GRAHAM:  What I want to try to find out, is

14 if you're not a newspaper, at Twitter, or Facebook, then why

15 do you have editorial control over the New York Post? They

16 decided, and maybe for a good reason, I don't know, that the

17 New York Post edit-- articles about Hunter Biden, needed to be

18 flagged, excluded from distribution, or made hard to find.

19 That to me seems like you're the ultimate editor.

20         KARA MCKINNEY:  It should surprise exactly no one, at

21 this point, after everything we've seen, that big tech plays

22 both sides. They say they're not publishers, and therefore

23 they should not-- they should enjoy certain legal protections,

24 while at the same time making editorial decisions, as Senator

1  Lindsey Graham rightly pointed out. That amounts to election
2  interference, in my opinion. But the problem is that these
3  hearings are taking place-- taking place after November 3rd,
4  and in some ways are the same political theater we've come to
5  expect. Republicans express outrage. Nothing changes. The
6  problem continues to get worse, right under our noses, and
7  then we act surprised when it blows up in our face. And it
8  doesn't get much worse than outright stealing an election.
9  That's the situation we're faced with right now. But since the
10 big tech problem was left open ended in many ways, our Silicon
11 Valley overlords are dictating what the public knows about
12 this very real coup attempt. Here's Texas Senator Ted Cruz
13 grilling Dorsey about that.
14         TED CRUZ:  Twitter's position is essentially voter
15 fraud does not exist. Are you aware that just two weeks ago in
16 the state of Texas, a woman was charged with 134 counts of
17 election fraud? Are you aware of that?
18         JACK DORSEY:  I'm not aware of that.
19         TED CRUZ:  If I tweeted that statement with a link to
20 the indictment, would you put a warning on it that says, Well,
21 the Democratic Party position right now is voter fraud doesn't
22 exist?
23         JACK DORSEY:  I don't think it's useful to get into
24 hypotheticals, but I don't believe so.

1        TED CRUZ:  You don't believe so? Well we're gonna

2   test that because I'm gonna tweet that and we'll see what you

3   put on it.

4        KARA MCKINNEY:  So far, so good on the Senator's

5   tweets, as you can see right now on your screen. However, we

6   all know that's because Cruz put Dorsey on the spot. If you go

7   to President Trump's page, however, it's covered in warning

8   labels. But big tech is just one part of the problem, as are

9   the individual cases of voter fraud, such as ballots being

10  cast under the name of dead voters. The even bigger issue at

11  play here are systemic. For example, the voting system used in

12  around 30 states, Dominion, and its subsidiary Smartmatic. It

13  just so happens that a member of Biden's transition team,

14  Peter Neffenger, is a member of the Board of Directors for

15  Smartmatic. The chairman of that company is also a board

16  member for George Soros' Open Society Foundation. That very

17  same software was used a few years back to rig elections in

18  Venezuela. Even the New York Times reported on it, saying the

19  software was quote, "manipulated to report a skewed tally".

20  The failing paper of record tried to downplay its own

21  reporting by saying the problem was an anomaly that was caused

22  by a lack of election monitors. Now that's funny. Would you

23  call Republican poll watchers being kicked out of the

24  oversight process to the sound of cheering Democrats in cities

1  from Detroit to Philadelphia, other than a lack of election
2  monitors? Even the poll watchers who were allowed to view the
3  ballot counting process were kept so far away they couldn't
4  see anything. But it gets even worse. According to Dominion's
5  own words, their software allows staff to adjust tallies based
6  on a review of scanned ballot images. And just one year ago,
7  Democrat senators Elizabeth Warren, Amy Klobuchar and Ron
8  Wyden issued a formal complaint to Dominion voting systems,
9  accusing their voting systems of switching votes and causing
10 problems that threaten the integrity of our elections. Sound
11 familiar? Even though Dominion is a Canadian company that has
12 made donations to the Clinton Foundation, and hired a top
13 Pelosi staffer as a lobbyist, even Canada doesn't want them.
14 This is what their official Twitter account posted Monday,
15 quote, "Elections Canada does not use Dominion voting systems.
16 We use paper ballots counted by hand in front of scrutineers
17 and have never used voting machines or electronic tabulators
18 for federal elections". Imagine that. So this begs the
19 question, why are we using foreign companies to count our
20 votes in the first place, and allowing that information to
21 reportedly flow through servers overseas? And secondly, if
22 even Democrats knew about these vulnerabilities with Dominion
23 and Smartmatic years before this election, then why did they
24 allow them to be used in so many states? Why didn't more

1  states follow in the lead of Texas in saying no? Perhaps that

2  means they were chosen by election officials precisely because

3  they are so flawed. Remember, Biden's longtime aide and now

4  member of his transition team, Robert Klain, said back in

5  2014, "US elections are rigged". And with that, I want to

6  welcome on my first guest, the president of Judicial Watch,

7  Tom Fitton. Welcome, Tom, I'm honored to have you with us

8  tonight.

9        TOM FITTON:  Oh, good to be with you. Thank you.

10       KARA MCKINNEY:  Thank you. So while the President's

11 team is making legal challenges to the election, Judicial

12 Watch has been busy with its own independent investigations in

13 six battleground states. What can you tell us about those

14 efforts?

15       TOM FITTON:  Well, we're using the state open records

16 laws to examine what went on in these states. We want to know

17 about how Dominion was used in these states. We want access to

18 the ballots, under law, to see for ourselves what the ballots

19 show. We need independent audits of what went on because,

20 evidently, big tech doesn't want anything to be done. Big

21 media doesn't want anything to be done. And frankly, the

22 President's team is focused on one state here, one state

23 there, and we're looking at the whole picture here.

24       KARA MCKINNEY:  What really just blows my mind is

1  after four years of hearing, "Russia, Russia, Russia", foreign
2  interference in our elections. Here we find these companies,
3  these voting systems that are either foreign owned, such as
4  Dominion, a Canadian company, or they have servers overseas,
5  does that raise your alarm bells, raise your suspicions?
6          TOM FITTON:  Well, the one thing that does raise my
7  suspicion is the involvement of this Dominion systems in
8  elections across the country, especially given the big error
9  that took place up there in Michigan. I reviewed the
10 explanation local officials had about what happened there. And
11 it was a combination of human error, and it looks like a
12 software update that wasn't appropriately uploaded. And it's
13 the sort of thing that you would think well, is that happening
14 somewhere else? So even the innocent explanation requires a
15 second look of how the system was used in the various states
16 it was used. And, you know, the Smartmatic system, which is
17 separate than Dominion is based, as far as I can tell. But
18 that company was set up by buddies of Hugo Chávez, there's no
19 doubt about it. And they should be nowhere near our elections.
20 So let's be clear here. You've got these computer systems that
21 are at issue, but separately and as substantially, you've got
22 government officials, specifically in Pennsylvania, acting as
23 if they have something to hide by refusing to let observers
24 come in, as you pointed out in your opening monologue, come in

1  and watch with any serious-- in any serious way, watch these

2  ballots being counted. When you're illicitly counting ballots,

3  you've got to be suspicious. And when the numbers are 680,000

4  ballots that were illicitly counted, that could turn the whole

5  election out.

6          KARA MCKINNEY:  It definitely could. And also, we see

7  that this year, that the rejection rate for mail-in ballots

8  was much lower than it normally is, which is kind of iffy

9  there. And as well, you were saying that these poll watchers

10 were being kicked out, so they couldn't really verify a lot of

11 these ballots. And you're, you know, Judicial Watch, for

12 months leading up to this election, you guys were sounding the

13 alarm bells, saying hey, there's as many as around 1.82

14 million, you know, extra registered voters, dirty voter rolls,

15 as you were saying.

16         TOM FITTON:  Yeah, in Pennsylvania, 800,000 extra

17 names in the rolls, according to our lawsuit. In Michigan,

18 654,000 extra names, according to the most recent data. Clark

19 County, Nevada, that, you know, that's Las Vegas, 154,000

20 extra names just in Clark County alone. So the voting rolls

21 across the nation are a mess. They're bad at Fulton County,

22 Georgia, horribly dirty voter registration rolls. And so those

23 names are, some of them are inactive, meaning they haven't

24 voted in a long time. But the fact that the rolls are dirty

1  and haven't been cleaned, suggests they should not be relied

2  on, certainly if you're going to start mailing ballot and

3  ballot applications to them blindly. And that's why when

4  you're counting ballots that come in from the mails, given

5  that the lists are so dirty, and you're not seeing people in

6  person, you've got to have all the checks, all the security

7  checks in place, like basic observation by one of the parties

8  involved with the President's campaign. And this is just in

9  Pennsylvania, which evidently didn't happen.

10         KARA MCKINNEY:  And now here we are, it's Tuesday

11  once again, this is now the second week since November 3rd,

12  since the election, and we still don't conclusively have a

13  winner. How did we get to this point? And in fact, some states

14  like Georgia are still finding ballots now two weeks out from

15  the election.

16         TOM FITTON:  Yeah, a second county, they found more

17  ballots for Donald Trump. I think the it's now from 14,000,

18  down to a little over 12,000, in terms of the difference

19  between Biden and Trump. Well, this is chaos. They knew it was

20  going to happen. They told us it was going to happen, that the

21  President will quote "win on election night, but the outcome

22  would change as votes were counted afterwards". I think that

23  whole process is deplorable. It may be contrary to federal law

24  that requires states to choose their electors on the t-, on

1  essentially Election Day. That obviously didn't happen. And
2  instead, we've got votes coming from who knows where, because
3  the lists are dirty, and counted who knows how, because they
4  weren't allowed, no one was allowed to look effectively, in
5  Pennsylvania. And so now the courts are gonna have to figure
6  it out. But under our electoral college system, the state
7  legislatures can step in and fix it by appointing a clean
8  slate. Is the state legislature of Pennsylvania gonna allow
9  that mess to be the final say as to who chooses how the
10 President is chosen? They have an independent obligation to
11 step in, and ultimately Congress too, come January when they
12 certify Electoral College results. You could have members
13 object to those results from Pennsylvania, for instance, if
14 those-- if that dirty election is upheld further.
15            KARA MCKINNEY:  Tom Fitton from Judicial Watch. I
16 have to leave it right there. Thank you so much for joining us
17 tonight. And thank you for your work on the ground in these
18 battleground states.
19            TOM FITTON:  You're welcome. Thank you for having me.
20            KARA MCKINNEY:  And coming up next, from storming the
21 beaches of Normandy, to storming the women's rack at
22 Nordstrom's, men in the West aren't what they used to be. What
23 this says about where our society is heading, after the break.
24

1                TRANSCRIBER'S CERTIFICATE

2

3   I hereby certify that the foregoing pages

4   are a true, accurate, and complete transcript of the

5   proceedings transcribed from a copy of the electronic

6   sound recording to the best of our knowledge and ability.

7

8        IN WITNESS WHEREOF, I have hereunto set my hand on

9              this 12th day of October, 2021.

10

11

12   _____

13                JAMES LONERGAN

14

15

16

17

18

19

20

21

22

23

24              THOMPSON COURT REPORTERS INC.

```
                1

1.82  9:13
10%  2:15
12,000  10:18
12th  12:9
134  4:16
14,000  10:17
154,000  9:19
17  1:4

                2

2014  7:5
2020  1:4
2021  12:9

                3

30  5:12
3rd  4:3 10:11

                6

654,000  9:18
680,000  9:3

                8

800,000  9:16

                A

ability  12:6
about  2:12 3:12,17
   4:11,13 6:22 7:13,
   17 8:10,19 11:23
access  7:17
according  2:16 6:4
   9:17,18
account  6:14
accurate  12:4
accusing  6:9
across  8:8 9:21
act  4:7
acting  8:22
add  2:21
adjust  6:5
```

```
after  3:21 4:3 8:1
   11:23
afterwards  10:22
again  10:11
ago  4:15 6:6
aide  7:3
air  2:14
alarm  8:5 9:13
all  2:5 5:6 10:6
allow  6:24 11:8
allowed  6:2 11:4
allowing  6:20
allows  6:5
alone  9:20
also  5:15 9:6
America  1:3
amounts  4:1
Amy  6:7
an  2:24 4:8 5:21
   11:10
and  2:7,9,18 3:6,10,
   11,16,22 4:4,6,7
   5:2,12 6:6,7,9,12,
   17,20,21,23 7:3,5,
   21,23 8:10,11,12,
   16,19,21 9:1,3,6,9,
   11,22 10:1,2,3,5,8,
   10,12,13,19 11:1,3,
   5,7,11,17,20 12:4,6
anomaly  5:21
any  3:2 9:1
anymore  2:23
anyone  2:23 3:3
anything  6:4 7:20,
   21
applications  10:3
appointing  11:7
appropriately  8:12
are  4:3,4,11,15,17
   5:8,11 6:19 7:3,5
   8:3,21 9:3,21,23,24
   10:5,10,14 11:3,5
   12:4
aren't  11:22
around  5:12 9:13
articles  3:17
as  3:1,24 5:5,8,9
   6:13 8:3,17,21,22,
   24 9:9,13,15 10:22
```

```
   11:9
asking  3:7
at  2:6 3:14,20,24
   5:10 7:23 8:21 9:21
   11:21
attempt  4:12
AUDIO  1:1
audits  7:19
aware  4:15,17,18
away  6:3

                B

back  5:17 7:4
bad  9:21
ballot  6:3,6 10:2,3
ballots  5:9 6:16 7:18
   9:2,4,7,11 10:4,14,
   17
Bank  2:20
based  6:5 8:17
basic  10:7
battleground  7:13
   11:18
be  3:17 6:24 7:9,20,
   21 8:19,20 9:3 10:1,
   23 11:9,22
beaches  11:21
because  5:2,6 7:2,19
   11:2,3
been  2:10 7:12 10:1
before  3:9,11 6:23
begs  6:18
Beijing  2:19,21
being  5:9,23 9:2,10
believe  2:11 4:24 5:1
bells  8:5 9:13
best  12:6
between  10:19
BHR  2:17,18
bidding  3:7
Biden  2:10,17,21,22,
   24 3:6,9,17 10:19
Biden's  5:13 7:3
big  3:10,21 4:10 5:8
   7:20 8:8
bigger  5:10
blindly  10:3
```

```
blows  4:7 7:24
board  5:14,15
both  3:22
break  11:23
buddies  8:18
business  2:12 3:2
busy  7:12
but  2:14 4:2,9,24 5:8
   6:4 8:17,21 9:24
   10:21 11:6
by  1:24 2:19 3:7,10
   5:21,22 6:16 7:2
   8:18,23 10:7 11:7

                C

cabinet  3:2
California  2:5
call  2:21 5:23
Caller  2:16
campaign  2:12 10:8
can  5:5 7:13 8:17
   11:7
Canada  6:13,15
Canadian  6:11 8:4
career  2:22
cases  5:9
cast  5:10
caused  5:21
causing  6:9
certain  3:23
certainly  10:2
CERTIFICATE
   12:1
certify  11:12 12:3
chairman  5:15
challenges  7:11
change  10:22
changes  4:5
chaos  10:19
charged  4:16
checks  10:6,7
cheering  5:24
China  2:20
Chinese  2:15
choose  10:24
chooses  11:9
```

```
chosen  7:2 11:10
Chávez  8:18
cities  5:24
claims  2:17
Clark  9:18,20
clean  11:7
cleaned  10:1
clear  2:14 8:20
Clinton  6:12
co-  2:19
colleagues  3:10
college  11:6,12
combination  8:11
come  4:4 8:24 10:4
   11:11
coming  11:2,20
commies  2:19
Committee  3:12
companies  2:18
   6:19 8:2
company  5:15 6:11
   8:4,18
complaint  6:8
complete  12:4
computer  8:20
conclusively  10:12
Congress  11:11
continues  4:6
contrary  10:23
control  3:15
controlled  2:20
copy  12:5
corporation  3:3
could  9:4,6 11:12
couldn't  6:3 9:10
count  6:19
counted  6:16 9:2,4
   10:22 11:3
counting  6:3 9:2
   10:4
country  3:4 8:8
counts  4:16
county  9:19,20,21
   10:16
coup  4:12
course  2:18 3:10
```

**COURT**  1:24 12:24
**courts**  11:5
**covered**  5:7
**Cruz**  4:12,14,19 5:1,6

**D**

**Daily**  2:16
**data**  9:18
**day**  11:1 12:9
**dead**  5:10
**dealings**  2:12
**decades**  2:22
**decided**  3:16
**decisions**  3:24
**definitely**  9:6
**degeneracy**  2:7
**Democrat**  6:7
**Democratic**  4:21
**Democrats**  5:24 6:22
**deplorable**  10:23
**Detroit**  6:1
**dictating**  4:11
**did**  6:23 10:13
**didn't**  6:24 10:9 11:1
**difference**  10:18
**diligence**  3:8
**Directors**  5:14
**dirty**  9:14,22,24 10:5 11:3,14
**discuss**  2:3
**distribution**  3:18
**do**  3:8,15
**does**  3:6 4:15 6:15 8:5,6
**doesn't**  4:8,21 6:13 7:20,21
**Dominion**  5:12 6:8,11,15,22 7:17 8:4,7,17
**Dominion's**  6:4
**don't**  2:10,20 3:16 4:23,24 5:1 10:12
**Donald**  10:17

**donations**  6:12
**done**  7:20,21
**Dorsey**  4:13,18,23 5:6
**doubt**  8:19
**down**  2:2 3:10 10:18
**downplay**  5:20
**due**  3:8

**E**

**edit--**  3:17
**editor**  3:19
**editorial**  3:15,24
**effectively**  11:4
**efforts**  2:4 7:14
**either**  8:3
**election**  3:9 4:1,8,17 5:22 6:1,23 7:2,11 9:5,12 10:12,15,21 11:1,14
**elections**  5:17 6:10,15,18 7:5 8:2,8,19
**electoral**  11:6,12
**electors**  10:24
**electronic**  6:17 12:5
**Elizabeth**  6:7
**else**  8:14
**end**  3:4,5
**ended**  4:10
**endless**  2:8
**enjoy**  3:23
**equity**  2:15,17
**error**  8:8,11
**especially**  8:8
**essentially**  4:14 11:1
**even**  5:10,18 6:2,4, 11,13,22 8:14
**everything**  3:21
**evidently**  7:20 10:9
**exactly**  3:20
**examine**  7:16
**example**  3:7 5:11
**Excerpt**  1:3
**excluded**  3:18
**exist**  4:15,22
**expect**  4:5

**explanation**  8:10,14
**express**  4:5
**extra**  9:14,16,18,20

**F**

**face**  4:7
**Facebook**  3:11,14
**faced**  4:9
**fact**  3:2 9:24 10:13
**failing**  5:20
**familiar**  6:11
**family**  2:24
**far**  5:4 6:3 8:17
**father**  2:20
**federal**  6:18 10:23
**few**  5:17
**figure**  11:5
**final**  11:9
**finally**  2:7
**find**  3:13,18 8:2
**finding**  10:14
**firm**  2:15
**first**  6:20 7:6
**Fitton**  2:2 7:7,9,15 8:6 9:16 10:16 11:15,19
**fix**  11:7
**flagged**  3:18
**flawed**  7:3
**flow**  6:21
**focused**  7:22
**follow**  7:1
**for**  2:1,5,7,21 3:7,16 5:11,14,16 6:18 7:18 9:7,11 10:17 11:13,16,17,19
**foregoing**  12:3
**foreign**  3:3,4 6:19 8:1,3
**formal**  6:8
**found**  10:16
**Foundation**  5:16 6:12
**four**  8:1
**frankly**  7:21
**fraud**  4:15,17,21 5:9

**from**  2:16 3:18 6:1 10:4,14,17 11:2,13, 15,20 12:5
**front**  6:16
**Fulton**  9:21
**funny**  5:22
**further**  11:14

**G**

**George**  5:16
**Georgia**  9:22 10:14
**get**  4:6,8,23 10:13
**gets**  6:4
**getting**  2:2
**given**  8:8 10:4
**go**  5:6
**going**  10:2,20
**gonna**  5:1,2 11:5,8
**good**  3:16 5:4 7:9
**got**  3:9 8:20,21 9:3 10:6 11:2
**government**  8:22
**Graham**  3:13 4:1
**grilling**  4:13
**ground**  11:17
**guess**  3:5
**guest**  7:6
**guys**  9:12

**H**

**had**  8:10
**hand**  6:16 12:8
**happen**  10:9,20 11:1
**happened**  8:10
**happening**  8:13
**happens**  5:13
**hard**  3:18
**Harry**  2:4
**has**  2:10,22 6:11 7:12
**have**  2:24 3:2,15 6:17 7:7 8:4,23 10:6,12 11:5,10,12, 16 12:8
**haven't**  9:23 10:1
**having**  11:19

**he**  2:11,13,14
**heading**  11:23
**heads**  3:11
**hearing**  8:1
**hearings**  4:3
**here**  5:11 7:22,23 8:2,20 10:10
**Here's**  4:12
**hereby**  12:3
**hereunto**  12:8
**hey**  9:13
**hide**  8:23
**hired**  6:12
**his**  2:12,18,22 7:4
**holds**  2:15,17
**honored**  7:7
**horribly**  9:22
**host**  2:8
**House**  3:1
**how**  7:17 8:15 10:13 11:3,9
**however**  5:5,7
**Hugo**  8:18
**human**  8:11
**Hunter**  2:10 3:9,17
**hypotheticals**  4:24

**I**

**I'M**  2:8 4:18 5:2 7:7
**if**  3:1,6,14 4:19 5:6 6:21 8:23 10:2 11:13,14
**iffy**  9:8
**illegal**  2:6
**illicitly**  9:2,4
**images**  6:6
**Imagine**  6:18
**in**  2:15,17,19,24 3:1, 2,8 4:2,4,7,10,15 5:7,11,17,24 6:16, 20,24 7:1,4,12,16, 17 8:2,7,9,15,22,24 9:1,16,17,20,24 10:4,5,7,8,13,18 11:4,7,11,17,22 12:8
**inactive**  9:23

**INC** 1:24 12:24
**independent** 7:12, 19 11:10
**indictment** 4:20
**individual** 5:9
**information** 6:20
**innocent** 8:14
**instance** 11:13
**instead** 11:2
**integrity** 6:10
**interference** 4:2 8:2
**into** 4:23
**investigations** 7:12
**involved** 10:8
**involvement** 8:7
**is** 2:4,5,9,18,23 3:5, 6,13 4:2,14,21 5:8, 14,15 6:11,14 7:11, 22,24 8:7,13,16,17 9:8 10:8,11,19,23 11:8,10,14,23
**issue** 5:10 8:21
**issued** 6:8
**it** 3:5,20 4:7,20 5:3, 12,18 6:4 8:11,16, 19 9:6,8 10:19,20, 23 11:6,7,16
**it's** 2:1,2,7,13,14 4:23 5:7 8:12 10:10, 17
**its** 3:8 5:12,20 7:12

───────────
**J**
───────────

**JACK** 4:18,23
**JAMES** 12:13
**January** 11:11
**Joe** 2:21,24 3:6
**joining** 11:16
**joins** 2:3
**Judicial** 2:3 7:6,11 9:11 11:15
**Judiciary** 3:12
**just** 2:21 4:15 5:8,13 6:6 7:24 9:20 10:8

───────────
**K**
───────────

**Kara** 2:1,8 3:5,20

5:4 7:10,24 9:6 10:10 11:15,20
**keeping** 2:23
**kept** 6:3
**kicked** 5:23 9:10
**kind** 2:13 9:8
**Klain** 7:4
**Klobuchar** 6:7
**knew** 6:22 10:19
**know** 3:16 5:6 7:16 8:16 9:11,14,19
**knowledge** 12:6
**knows** 4:11 11:2,3

───────────
**L**
───────────

**labels** 5:8
**lack** 5:22 6:1
**laptop** 3:9
**Las** 9:19
**latest** 2:4
**law** 7:18 10:23
**laws** 7:16
**lawsuit** 9:17
**lead** 7:1
**leading** 9:12
**leave** 11:16
**left** 4:10
**legal** 3:23 7:11
**legislature** 11:8
**legislatures** 11:7
**let** 8:23
**let's** 8:20
**lies** 2:22
**like** 2:20 3:19 8:11 10:7,14
**Lindsey** 3:13 4:1
**link** 4:19
**lists** 10:5 11:3
**little** 10:18
**lobbyist** 6:13
**local** 8:10
**LONERGAN** 12:13
**long** 9:24
**longtime** 7:3
**look** 8:15 11:4

**looking** 7:23
**looks** 8:11
**lot** 9:10
**lower** 9:8

───────────
**M**
───────────

**machines** 6:17
**made** 2:22 3:18 6:12
**mail-in** 9:7
**mailing** 10:2
**mails** 10:4
**making** 2:5 3:24 7:11
**manipulated** 5:19
**many** 3:7 4:10 6:24 9:13
**may** 10:23
**maybe** 3:16
**Mckinney** 2:1,8 3:5, 20 5:4 7:10,24 9:6 10:10 11:15,20
**me** 2:3 3:19 11:19
**meaning** 9:23
**means** 7:2
**media** 3:6 7:21
**meetings** 3:1
**member** 3:2 5:13, 14,16 7:4
**members** 11:12
**men** 11:22
**mess** 9:21 11:9
**Michigan** 8:9 9:17
**million** 9:14
**mind** 7:24
**Monday** 6:14
**monitors** 5:22 6:2
**monologue** 8:24
**months** 9:12
**more** 6:24 10:16
**most** 9:18
**much** 4:8 9:8 11:16
**my** 2:24 4:2 7:6,24 8:6 12:8

───────────
**N**
───────────

**name** 3:6 5:10

**names** 9:17,18,20,23
**nation** 9:21
**near** 8:19
**need** 7:19
**needed** 3:17
**Neffenger** 5:14
**Network** 1:3
**Nevada** 9:19
**never** 2:7,13 6:17
**New** 3:8,15,17 5:18
**News** 1:3
**newspaper** 3:14
**next** 11:20
**night** 10:21
**no** 2:24 3:20 7:1 8:18 11:4
**Nordstrom's** 11:22
**normally** 9:8
**Normandy** 11:21
**noses** 4:6
**not** 2:14 3:7,14,22 4:15,18 6:15 10:1,5
**not--** 3:23
**nothing** 2:21 4:5
**November** 1:4 4:3 10:11
**now** 2:7 4:9,21 5:5, 22 7:3 10:10,11,14, 17 11:5
**nowhere** 8:19
**numbers** 9:3

───────────
**O**
───────────

**object** 11:13
**obligation** 11:10
**observation** 10:7
**observers** 8:23
**obviously** 11:1
**October** 12:9
**of** 1:1 2:3,11,13,18, 20,22 3:4,5,9,10,11 4:16,17,18 5:8,9,10, 13,14,15,20,22,23, 24 6:1,6,9,10,16 7:1,4,6,19 8:1,7,11, 13,15,18 9:8,10,23 10:7,18 11:8,21 12:4,5,6,9

**office** 2:24
**official** 6:14
**officials** 7:2 8:10,22
**Oh** 7:9
**on** 2:4 3:1 4:20 5:3, 4,5,6,18 6:6 7:6,16, 19,22 10:2,21,24 11:17 12:8
**once** 2:13,14 10:11
**one** 1:3 2:18,24 3:20 5:8 6:6 7:22 8:6 10:7 11:4
**open** 4:10 5:16 7:15
**opening** 8:24
**opinion** 4:2
**or** 2:7 3:4,14,18 6:17 8:4
**other** 6:1
**our** 4:6,7,10 6:10,19 8:2,19 9:17 11:6,23 12:6
**ourselves** 7:18
**out** 3:13 4:1 5:23 8:24 9:5,10 10:14 11:6
**outcome** 10:21
**outrage** 4:5
**outright** 4:8
**over** 2:22 3:15 10:18
**overlords** 4:11
**overseas** 2:12 6:21 8:4
**oversight** 5:24
**own** 5:20 6:5 7:12
**owned** 2:19 8:3

───────────
**P**
───────────

**page** 5:7
**pages** 12:3
**paper** 5:20 6:16
**part** 5:8
**parties** 10:7
**Partners** 2:17,18
**Party** 4:21
**Pelosi** 6:13
**Pennsylvania** 8:22 9:16 10:9 11:5,8,13

| | | | | |
|---|---|---|---|---|
| **people** 10:5 | **quiet** 2:10 | **rolls** 9:14,17,20,22, 24 | **skewed** 5:19 | **surprise** 3:20 |
| **Perhaps** 7:1 | **quote** 5:19 6:15 10:21 | **Ron** 6:7 | **slate** 11:8 | **surprised** 4:7 |
| **period** 3:4 | | **Russia** 8:1 | **Smartmatic** 5:12,15 6:23 8:16 | **suspicion** 8:7 |
| **person** 10:6 | ___ | | **smear** 2:12 | **suspicions** 8:5 |
| **Peter** 5:14 | **R** | ___ | **so** 2:14 4:24 5:1,4,13 6:3,18,24 7:3,10 8:14,20 9:10,20,22 10:5 11:5,16 | **suspicious** 9:3 |
| **Philadelphia** 6:1 | **rack** 11:21 | **S** | | **switching** 6:9 |
| **picture** 7:23 | **raise** 8:5,6 | **said** 7:4 | | **system** 5:11 8:15,16 11:6 |
| **piety** 2:6 | **rate** 9:7 | **same** 2:6 3:24 4:4 5:17 | **society** 5:16 11:23 | **systemic** 5:11 |
| **piles** 2:22 | **real** 4:12 | **say** 3:22 11:9 | **software** 5:17,19 6:5 8:12 | **systems** 6:8,9,15 8:3,7,20 |
| **place** 4:3 6:20 8:9 10:7 | **realize** 2:14 | **saying** 5:18,21 7:1 9:9,13,15 | **some** 4:4 9:23 10:13 | |
| **place--** 4:3 | **really** 7:24 9:10 | **says** 4:20 11:23 | **something** 8:23 | ___ |
| **play** 5:11 | **reason** 3:16 | **scanned** 6:6 | **somewhere** 8:14 | **T** |
| **plays** 3:21 | **reasons** 2:5 | **screen** 5:5 | **son** 2:20 | **t-** 10:24 |
| **Plus** 2:4 | **recent** 9:18 | **scrutineers** 6:16 | **Soros'** 5:16 | **tabulators** 6:17 |
| **point** 1:3 2:1,9 3:21 10:13 | **record** 5:20 | **second** 8:15 10:11, 16 | **sort** 8:13 | **taking** 4:3 |
| **pointed** 4:1 8:24 | **recording** 1:1 12:6 | **secondly** 6:21 | **sound** 5:24 6:10 12:6 | **tallies** 6:5 |
| **political** 4:4 | **records** 7:15 | **security** 10:6 | **sounding** 9:12 | **tally** 5:19 |
| **poll** 5:23 6:2 9:9 | **refusing** 8:23 | **see** 5:2,5 6:4 7:18 9:6 | **specifically** 8:22 | **team** 5:13 7:4,11,22 |
| **position** 4:14,21 | **registered** 9:14 | **seeing** 10:5 | **spot** 5:6 | **tech** 3:10,21 4:10 5:8 7:20 |
| **Post** 3:8,15,17 | **registration** 9:22 | **seems** 3:19 | **staff** 6:5 | **Ted** 4:12,14,19 5:1 |
| **posted** 6:14 | **rejection** 9:7 | **seen** 3:21 | **staffer** 6:13 | **tell** 7:13 8:17 |
| **precisely** 7:2 | **relates** 3:3 | **Senate** 3:12 | **stake** 2:15 | **terms** 10:18 |
| **president** 2:3,7 5:7 7:6 10:21 11:10 | **relationship** 3:2 | **Senator** 3:24 4:12 | **start** 10:2 | **test** 5:2 |
| | **reliably--** 3:3 | **Senator's** 5:4 | **state** 2:19 4:16 7:15, 22 11:6,8 | **testified** 3:11 |
| **President's** 7:10,22 10:8 | **relied** 10:1 | **senators** 6:7 | **statement** 4:19 | **Texas** 4:12,16 7:1 |
| **pretty** 2:10 | **Remember** 7:3 | **separate** 8:17 | **states** 5:12 6:24 7:1, 13,16,17 8:15 10:13,24 11:18 | **than** 4:8 6:1 8:17 9:8 |
| **private** 2:15 | **REPORRTERS** 1:24 | **separately** 8:21 | **steal** 2:2 | **thank** 7:9,10 11:16, 17,19 |
| **problem** 4:2,6,10 5:8,21 | **report** 2:16 5:19 | **serious** 9:1 | **stealing** 2:4 4:8 | **that** 2:11,13 3:3,12, 16,19,21 4:1,2,13, 15,17,18,19,20 5:2, 13,15,16,21 6:10, 11,18,20 7:1,5 8:3, 5,6,9,12,13,18,20 9:4,7,9,19,24 10:4, 5,20,22,24 11:1,9, 14 12:3 |
| **problems** 6:10 | **reported** 5:18 | **serious--** 9:1 | **step** 11:7,11 | |
| **proceedings** 12:5 | **reportedly** 6:21 | **servers** 6:21 8:4 | **still** 2:15 10:12,14 | |
| **process** 5:24 6:3 10:23 | **REPORTERS** 12:24 | **set** 8:18 12:8 | **stop** 2:2,8 | |
| **promoting** 2:6 | **reporting** 3:8 5:21 | **shady** 2:12 | **storming** 11:20,21 | |
| **protections** 3:23 | **Republican** 5:23 | **shot** 3:10 | **story** 3:4,6,9 | |
| **public** 4:11 | **Republicans** 4:5 | **should** 3:20,23 8:19 10:1 | **strange** 2:13,14 | **that's** 2:16 4:9 5:6, 22 9:19 10:3 |
| **publicly** 2:13 | **requires** 8:14 10:24 | **show** 2:5 7:19 | **Styles** 2:4 | **the** 1:1 2:2,3,4,5,6, 11,14,16,17,19,21, 22 3:1,5,6,8,9,11, 15,16,19,24 4:2,4,5, 9,11,16,20,21 5:4,6, 8,9,10,11,14,15,18, 20,21,23,24 6:2,10, |
| **publishers** 3:22 | **results** 11:12,13 | **sides** 3:22 | **subsidiary** 5:12 | |
| **put** 2:8 4:20 5:3,6 | **review** 6:6 | **Silicon** 4:10 | **substantially** 8:21 | |
| | **reviewed** 8:9 | **since** 4:9 10:11,12 | **such** 5:9 8:3 | |
| ___ | **rig** 5:17 | **sit** 3:1 | **suggests** 10:1 | |
| **Q** | **rigged** 7:5 | **situation** 3:12 4:9 | **supposed** 2:11 | |
| **question** 6:19 | **right** 4:6,9,21 5:5 11:16 | **six** 7:13 | | |
| **questions** 3:7 | **rightly** 4:1 | | | |
| | **Robert** 7:4 | | | |

12,18,20 7:1,6,10,
11,15,18,21,23 8:6,
7,8,9,13,14,15,16
9:3,4,7,12,17,18,20,
21,24 10:4,5,6,7,8,
11,12,15,17,18,20,
21,24 11:3,5,6,8,9,
17,20,21,22,23
12:3,4,5,6
**theater** 4:4
**their** 3:10 6:5,9,14
10:24
**them** 6:13,24 9:23
10:3
**then** 2:5 3:14 4:7
6:23
**there** 7:23 8:9,10
9:9 11:16
**there's** 8:18 9:13
**therefore** 3:22
**these** 4:2 6:22 7:16,
17 8:2,3,20 9:1,9,11
11:17
**they** 2:20 3:9,15,22,
23 6:3,23 7:2,3 8:4,
19,23 9:10,23 10:1,
16,19,20 11:3,10,
11,22
**they're** 3:1,22 9:21
**thing** 8:6,13
**think** 2:11 4:23 8:13
10:17,22
**this** 2:9,21 3:21 4:12
6:14,18,23 8:7 9:7,
12 10:8,11,13,19
11:23 12:9
**THOMPSON** 1:24
12:24
**those** 2:4 7:13 9:22
11:13
**those--** 11:14
**though** 6:11
**threaten** 6:10
**through** 2:18,19
6:21
**time** 2:1,6 3:24 9:24
**Times** 5:18
**Tipping** 1:3 2:1,9
**to** 2:2,3,8,11,13,16,
21 3:3,8,13,17,18,
19 4:1,4,6,19,23

5:7,17,19,20,24 6:1,
2,4,5,8,12,19,20,24
7:5,7,9,11,16,17,18,
20,21 8:23 9:3,12,
17,18 10:2,3,6,13,
18,20,23,24 11:4,5,
9,10,13,16,21,22
12:6
**today** 2:16 3:11
**told** 10:20
**Tom** 2:2 7:7,9,15
8:6 9:16 10:16
11:15,19
**tonight** 2:1 7:8
11:17
**too** 3:7 11:11
**took** 8:9
**top** 6:12
**track** 2:23
**transcribed** 1:24
12:5
**TRANSCRIBER'S**
12:1
**transcript** 1:1 12:4
**transition** 5:13 7:4
**tried** 2:13 3:8 5:20
**true** 12:4
**Trump** 2:7 10:17,19
**Trump's** 5:7
**try** 3:13
**Tuesday** 10:10
**turn** 9:4
**tweet** 5:2
**tweeted** 4:19
**tweets** 5:5
**Twitter** 3:11,14 6:14
**Twitter's** 4:14
**two** 4:15 10:14

---

**U**

**ultimate** 3:19
**ultimately** 11:11
**under** 4:6 5:10 7:18
11:6
**up** 4:7 8:9,18 9:12
11:20
**update** 8:12

**upheld** 11:14
**uploaded** 8:12
**us** 7:5,7,13 10:20
11:16
**use** 6:15,16
**used** 5:11,17 6:17,24
7:17 8:15,16 11:22
**useful** 4:23
**using** 6:19 7:15
**utter** 2:6

---

**V**

**Valley** 4:11
**various** 8:15
**Vegas** 9:19
**Venezuela** 5:18
**verify** 9:10
**very** 4:12 5:16
**victim** 2:11
**view** 6:2
**voted** 9:24
**voter** 4:14,21 5:9
9:14,22
**voters** 5:10 9:14
**votes** 6:9,20 10:22
11:2
**voting** 5:11 6:8,9,15,
17 8:3 9:20
**vulnerabilities** 6:22

---

**W**

**want** 3:13 6:13 7:5,
16,17,20,21
**warning** 4:20 5:7
**Warren** 6:7
**wars** 2:8
**was** 2:11 4:10,16
5:17,19,21 7:17
8:11,15,16,18 9:8
10:19,20 11:4
**wasn't** 8:12
**watch** 2:3 7:6,12
9:1,11 11:15
**watchers** 5:23 6:2
9:9
**way** 9:1

**ways** 4:4,10
**we** 4:7 5:5 6:16,19
7:16,17,19 8:2 9:6
10:10,12,13
**we'll** 5:2
**we're** 2:11 4:9 5:1
7:15,23
**we've** 3:21 4:4 11:2
**week** 10:11
**weeks** 4:15 10:14
**welcome** 7:6,7 11:19
**well** 3:5 4:20 5:1
7:15 8:6,13 9:9
10:19
**went** 7:16,19
**were** 6:2,3 7:2 9:4,9,
10,12,15 10:22
**weren't** 11:4
**West** 11:22
**what** 3:13 4:11 5:2
6:14 7:13,16,18,19,
24 8:10 11:22
**when** 3:7 4:7 9:2,3
10:3 11:11
**where** 11:2,23
**WHEREOF** 12:8
**which** 2:17 8:16 9:8
10:9
**while** 2:6 3:24 7:10
**White** 3:1
**who** 6:2 11:2,3,9
**whole** 7:23 9:4
10:23
**why** 3:14 6:19,23,24
10:3
**will** 2:24 3:1,2 10:21
**win** 10:21
**winner** 10:13
**wire** 2:2
**with** 3:3 4:9,16,19
6:22 7:5,7,9,12 9:1
10:8
**WITNESS** 12:8
**woman** 4:16
**women's** 11:21
**words** 6:5
**work** 11:17
**worse** 4:6,8 6:4

**would** 4:20 5:22
8:13 10:22
**wrong** 2:5
**Wyden** 6:8

---

**Y**

**Yeah** 9:16 10:16
**year** 6:6 9:7
**years** 5:17 6:23 8:1
**York** 3:8,15,17 5:18
**you** 2:10,14 3:15
4:15,17,20 5:1,2,5,
6,22 7:7,9,10,13
8:13,16,24 9:9,11,
12,14,15,19 11:12,
16,17,19
**you're** 3:14,19 9:2,
11 10:2,4,5 11:19
**you've** 8:20,21 9:3
10:6
**younger** 2:17
**your** 2:8 3:6 5:5 8:5,
24 11:17