# Exhibit 6A

Screenshot A



Exhibit 6A, *Tipping Point* (11/17/2020) at 05:02.

**Screenshot B**



Exhibit 6A, *Tipping Point* (11/17/2020) at 07:11.