# Exhibit 7



Document title: One America News on Twitter: &quot;Dominion Scandal Goes Worldwide with Michael Johns https://t.co/bwN3O6HbAT via @YouTube @Nefertari_25…
Capture URL: https://twitter.com/oann/status/1329097615674228739?lang=en
Capture timestamp (UTC): Mon, 25 Oct 2021 15:19:47 GMT
Page 1 of 11

Tweet

which nearly all were resolved.

Should we not use them? Yes. But is it an apocalypse enduring catastrophe? No.

2 1

**Lolly** @LOLLYPOP2438473 · Nov 18, 2020
🤣🤣🤣

1

**more light** @morelightshine · Nov 18, 2020
Replying to @OANN @YouTube and @Nefertari_25
@MarkMercurious

1

**Lolly** @LOLLYPOP2438473 · Nov 18, 2020
Replying to @OANN @YouTube and @Nefertari_25
#TrumpWon

2

**Andrew Tessier** @TessierAndr · Nov 18, 2020
Replying to @OANN @YouTube and @Nefertari_25
This must be the Kraken!
@TomFitton @GeorgePapa19

2

**ElsDead** @Eliza38855789 · Nov 19, 2020
Replying to @OANN @DongguanBoy and 2 others
Dominion has become a trademark of ELECTION FRAUD😂

1 8 4

## More Replies

**Christine Silva** @ChristineS_1970 · Nov 18, 2020
Replying to @OANN @YouTube and @Nefertari_25
Haha... state run tv

> **Christine Silva** @ChristineS_1970 · Nov 18, 2020
> @TheRickWilson @MollyJongFast @gtconway3d @ProjectLincoln you guys are the shit!

Grind

**Don't miss what's happening**
People on Twitter are the first to know.
Log in
Sign up

Document title: One America News on Twitter: "Dominion Scandal Goes Worldwide with Michael Johns https://t.co/bwN3O6HbAT via @YouTube @Nefertari_25…
Capture URL: https://twitter.com/oann/status/1329097615674228739?lang=en
Capture timestamp (UTC): Mon, 25 Oct 2021 15:19:47 GMT
Page 3 of 11



Document title: One America News on Twitter: &quot;Dominion Scandal Goes Worldwide with Michael Johns https://t.co/bwN3O6HbAT via @YouTube @Nefertari_25…
Capture URL: https://twitter.com/oann/status/1329097615674228739?lang=en
Capture timestamp (UTC): Mon, 25 Oct 2021 15:19:47 GMT
Page 4 of 11









Document title: One America News on Twitter: &quot;Dominion Scandal Goes Worldwide with Michael Johns https://t.co/bwN3O6HbAT via @YouTube @Nefertari_25…
Capture URL: https://twitter.com/oann/status/1329097615674228739?lang=en
Capture timestamp (UTC): Mon, 25 Oct 2021 15:19:47 GMT





Document title: One America News on Twitter: &quot;Dominion Scandal Goes Worldwide with Michael Johns https://t.co/bwN3O6HbAT via @YouTube @Nefertari_25…
Capture URL: https://twitter.com/oann/status/1329097615674228739?lang=en
Capture timestamp (UTC): Mon, 25 Oct 2021 15:19:47 GMT
Page 10 of 11

