# Exhibit 8



## One America News Network ✔

@OneAmericaNewsNetwork · ⭐ 4.7 (10,582 reviews) ·
Broadcasting & Media Production Company

🔖 Follow

| Home | Videos | Photos | Live | More ▼ | | 👍 Like | 💬 Message | 🔍 | ⋯ |



One America News Network ✔
November 18, 2020 · 🌐

Dominion Scandal Goes Worldwide with Michael Johns https://youtu.be/VkpHp5rSPYs #OANN



YOUTUBE.COM
Dominion Scandal Goes Worldwide? with Michael Johns

Document title: One America News Network - Posts | Facebook
Capture URL: https://www.facebook.com/220198801458577/posts/dominion-scandal-goes-worldwide-with-michael-johns-httpsyoutubevkphp5rspys-…
Capture timestamp (UTC): Mon, 25 Oct 2021 16:36:04 GMT                                                                          Page 1 of 21





One America News Network     📘 Follow     👍 Like     💬 Message     🔍     •••

**Susan M Gersch**
"We the people" demand a revote of the 2020 Presidential election. Voter fraud is a major concern and the only way to solve this is by a revote! No absentee ballots except for military and disabled. Voters must have a valid I.D. to prove their U.S. citizenship. This is the only way to be positive this election was not rigged.

Like · Reply · 48w                                                                206

⌃ Hide 15 Replies

**Ryan Folwell**
**Susan M Gersch** not a re-vote. Why should we have to vote again when you voted legally the first time. No they need to toss out the fake ballots. That's what they should do. Very simple

Like · Reply · 48w                                                              7

**Bret Carlin**
**Ryan Folwell** Some areas have things so scrambled, they can't tell fake ballots from real ballots.

Like · Reply · 48w                                                          11

**Ryan Folwell**
**Bret Carlin** that's why the Presidents legal team and others are fighting it in court. The election laws are clear but these states did an end run around the legislatures and got rogue courts to rule in thier favor. The Supreme Court must take this up having a revote is not going to help when you have the fraud with the Dominion machines. That is why the courts have to step in

Like · Reply · 48w                                                          8

**Jen Michelle**
**Ryan Folwell** that doesn't solve the ballots they tossed

Like · Reply · 48w

Reply to Ryan Folwell...                                    😊  📷  GIF  🎁

**Theresa Evans**
**Susan M Gersch** I wrote a letter(snail mail) to the WH directed to SC for an audit and a recount of all 50 states. I shared the letter and the address that I was responding to and several people also wrote letters Andl hope they shared so their friends sent out letters demanding an audit of all 50 states. Sent mine on Friday...

Like · Reply · 48w                                                                5

**Larry Hernandez**
I'm sticking with my prediction, from 2 weeks ago ... Trump WON the election with the most amount of --> 'legal/legitimate' votes nationwide, in a political landslide



**Larry Hernandez**
I'm sticking with my prediction, from 2 weeks ago ... Trump WON the election with the most amount of --> 'legal/legitimate' votes nationwide, in a political landslide victory. I'm confident that for starters in the next couple of weeks after reviewing all of the Trump Team's filed lawsuits, the U.S. Supreme Court will rule that all votes counted AFTER the 8:00pm election night deadline in Pennsylvania (700,000+ votes), will be ruled NOT to be counted ... they will all be ruled as being 'illegal' votes. Then similar rulings by the courts will follow, in other states (Michigan, Wisconsin, Nevada ...). When 'justice' has been properly done by the courts in their rulings in the coming weeks it will be Trump and not Biden, who LEGALLY has the 270+ electoral votes.

Like · Reply · 48w · Edited                    👍 6

**Kevin Ó Dochartaigh**
You mean "YOU the people," don't you?
"WE the people" elected Biden.

Like · Reply · 48w         😂👍 9

**Joan Williams**
**Susan M Gersch** only way to make it right

Like · Reply · 48w

**Wanda Barnes**
sound like you left demrots are afraid you won't get your welfare checks!

Like · Reply · 48w                    👍 7

**Kevin Ó Dochartaigh**
**Wanda Barnes** We ALL got "welfare checks," with Trump's name at the bottom, didn't we?

Like · Reply · 48w

**Marc Dale**
donny lost get over it snowflake

Like · Reply · 48w

**Ellie Enke Deyette**
Re-vote! Nobody knows if your vote was changed. No mail-in ballots allowed- only mail-in Absentee Ballots. ID required! All ballots should be scanned on your local voter page to ensure your vote has not been changed. Early voting Ballots should read EV2020 (State name) Ballot, not read as absentee ballot- this way there is no confusion on the ballots.

Like · Reply · 48w

**Zagnor Knight**
**Susan M Gersch** The end of the Trump White House is exactly as bad as we thought it would be - The end of Donald Trump's time in the White House was always going to be ugly. Just how ugly is now coming into clearer focus.



**Zaghor Knight**

**Susan M Gersch** The end of the Trump White House is exactly as bad as we thought it would be - The end of Donald Trump's time in the White House was always going to be ugly. Just how ugly is now coming into clearer focus.

The removal of Chris Krebs, the director of the Department of Homeland Security's Cybersecurity and Infrastructure Security Agency, on Tuesday night is the newest abomination of how a government and a president should work. While it's impossible to say it's the worst or most damaging thing Trump has done while in office -- they all run together after a while -- what can be said is that what the President did on Tuesday night runs directly counter to the healthy functioning of a democracy.

Why? Because Krebs was fired for telling the truth.

In a statement he signed and touted on Twitter, Krebs, as well as a number of public and private election officials, said this: "The November 3rd election was the most secure in American history. Right now, across the country, election officials are reviewing and double checking the entire election process prior to finalizing the result. ... There is no evidence that any voting system deleted or lost votes, changed votes, or was in any way compromised."

Which is a statement of fact. There simply have not been any proven instances of foreign interference in the 2020 election or malicious malfunctioning of voting machines in the country. None.

Krebs' job was to keep this election safe and secure. He did his job. "I know Chris, I've worked well with him," said Ohio Republican Sen. Rob Portman in the wake of Krebs' removal. "I think he's a real professional."

And yet, Krebs still got fired. For doing his job. Because our current President lives in a fantasy world where he believes there was widespread voter fraud.

(Sidebar: Krebs' statement didn't even address voter fraud. He was simply talking about the election being safe from foreign interference or widespread malfunctions among voting systems. But I digress ...)

If you are fine with Trump firing Krebs, what you are saying is that the truth is immaterial. That the whims of a leader trump facts. Down this road -- and it's not even that slippery of a slope -- lies nothing good. And in fact, a lot of very scary things.

The removal of Krebs is in keeping with Trump's broader approach to the government during his time in office -- an approach that has accelerated, in no good ways, since his defeat was projected 11 days ago. Trump operates as though the entire federal bureaucracy is his personal plaything and needs to support him no matter what he says or does. So he rages at the Justice Department for not bringing investigations that could be politically damaging to his opponents. He refers to "my military" and "my generals." And he demands that people within the government support his wild and often factually incorrect views or be labeled as insufficiently loyal and fired.

I've been resistant to labeling Trump an authoritarian or someone with clear dictatorial inclinations. But the final days of his administration are characterized by just those tendencies: An obsession with victory at all costs, the erasure of truth and fact and the elimination of dissenting voices.

It's all awful. It's deeply anti-democratic. And unfortunately, all signs point to it getting worse between now and January 20, 2021. Analysis by Chris Cillizza, CNN Editor-at-large



Document title: One America News Network - Posts | Facebook
Capture URL: https://www.facebook.com/220198801458577/posts/dominion-scandal-goes-worldwide-with-michael-johns-httpsyoutubevkphp5rspys-…
Capture timestamp (UTC): Mon, 25 Oct 2021 16:36:04 GMT

 

One America News Network

Follow 👍 Like 💬 Message 🔍 •••



Like · Reply · 48w 👍😆 2

 **Darlene Carey**
**Susan M Gersch** maybe you should get in touch with your representative. I doubt they are here looking and reading your post.

Like · Reply · 48w

 **Russ Bischoff**
– This farce of an election is one of the most treasonous things to ever happen in modern US history – Not only did China release the COVID-19 virus just in time to completely change our election procedures and remove any legitimate verification of our voting process – But, components in our election machines are made in China and software "glitches" developed by questionable entities have already been discovered that gave thousands of Trump votes to Biden – Very interesting.

Yes, we should all just close our eyes, listen to the media, and except the results after four years of listening to Russia, Russia, Russia, just because the elites want to continue making everything in China – It's all about the money.

Chinese Virus – Wake up America – China is where way too many of our food products, medicines and supplements are being processed and manufactured.

Wake up America – Bringing manufacturing back home to the USA and protecting our own southern border is going to end up being not only a key to restoring our economy, but to maintaining our national security as well.

Under the FreeTraitors way of thinking we might as well just outsource all of our military needs to Communist China, India, and Mexico just like we did everything else.

When a foreign government like Communist China owns, subsidizes and controls almost every industry it's a real problem – Especially, when our own elected officials and US capitalists enable it to happen.

Wake up America – That "Climate Change/Carbon Tax" nonsense is just more corporate globalist propaganda to try and keep manufacturing in cheap high polluting countries like China, India, and Mexico.

One thing that became obvious during and after the last two presidential elections, is that puppet politicians, the corrupt manipulative media and their globalist masters just consider the American people to be collateral damage in their game of globalization and cheap wages.

Just take a guess at which huge Communist country and its numerous holding companies owns the majority shares in CNN, MSNBC, USA Today, Yahoo News, WSJ, NY Times, ABC, ESPN, FOX, Disney, Etc. . . – Hint – It's not Russia.

The more that the globalist FreeTraitor propagandists fight our President and the American people's clear desire for trade and immigration reform – The more blatantly transparent they become.

Talk about stirring up panic, hate, racism, and violence – GLOBALIST MEDIA PROPAGANDIST's constant scare tactics, race-baiting and spreading of hate and misinformation is just totally irresponsible.







**One America News Network**    [ ] Follow   [👍] Like   💬 Message

Like · Reply · 48w   👍 4

**Jim Hyde**
Joyce Bolton ,secure from foreign interference not Dem corruption ,buckle up the evidence is coming out ,and you have no argument after the four year temper tantrum you have pitched

Like · Reply · 48w   👍 1

Reply to Joyce Bolton...

**Carol Willingham**
We know it was used in Venezuela to keep Madura in power ! Was it used in Germany ? How about London ? France ? wow ! this is huge !

Like · Reply · 48w   👍😡 26

**Bob Dugger**
Patriots must come to the realization that the liberal cult is waging political war not only against America, but against the entire free world.

They do this while good people are trying to defend their countries with legitimate politics. And in the real world, those who cheat often win.

Unless the cheaters get caught and thrown out of the game. This is the only strategy that will defeat these traitors. Pretending they are not waging war against us only serves to provide them cover.

Like · Reply · 48w   👍 4

**Danny Dujali**
Worldwide, lot of countries are using it😊.

Like · Reply · 48w   👍 1

Reply to Carol Willingham...

**Gina Rewis Welch**
STOP THE STEAL RALLY! THIS SAT 11-21, 12PM @ STATE CAPITAL ATLANTA GA Please share!

Like · Reply · 48w   👍❤️😡 11

**P.E. Nooner**
Incredible so much fraud in 2020, then again why not it is 2020,

Like · Reply · 48w   👍 2

**Jim Hyde**
Dominion has been used in several countries to rig their elections ,now Dems are using it in America to corrupt our election process ,God help us defeat this evil Dem party

Like · Reply · 48w

**Beth Niquette**
Jim Hyde And it isn't even an American company--its base is Canada.

Like · Reply · 48w   👍 1

Reply to Jim Hyde...

**Angela Schuessler**
Is that why Biden was selected when better candidates was obviously better than bidden..
Like Elizabeth Warren. Well , I suppose if candidate(s) in their party questions their tatics

Document title: One America News Network - Posts | Facebook
Capture URL: https://www.facebook.com/220198801458577/posts/dominion-scandal-goes-worldwide-with-michael-johns-httpsyoutubevkphp5rspys-…
Capture timestamp (UTC): Mon, 25 Oct 2021 16:36:04 GMT



**Angela Schuessler**
Is that why Biden was selected when better candidates was obviously better than bidden.. Like Elizabeth Warren. Well... I suppose if candidate(s) in their party questions their tatics than they aren't "Puppet" material..

I knew Republicans were involved with the voter fraud scam. Just a matter of what Republicans and get them out of office as well.

Like · Reply · 48w · Edited                                              😂 2

> **Cindy Christman-Jones**
> **Angela Schuessler** you are correct in one matter. They chose the only puppet.
>
> Like · Reply · 48w                                              👍 1
>
> Reply to Angela Schuessler...

**Hobart Smith**
US.army took a server from dominion from Germany last night,this proves foreign along with democrat collusion.

Like · Reply · 48w                                              👍😮 3

> **Anthony W. Walker**
> **Hobart Smith** no they didn't and no it doesn't because no they didn't
>
> Like · Reply · 48w
>
> > **John Cross**
> > **Anthony W. Walker** wow. Nice grammar there lol
> >
> > Like · Reply · 48w
>
> **Earl Lehman**
> **Hobart Smith** yes and they know how many votes where switched and deleted.
>
> Like · Reply · 48w
>
> Reply to Hobart Smith...

**Bonnie Cottone**
Servers are in Frankfurt, Germany. Shouldn't this be "foreign intervention"?

Like · Reply · 48w                                              👍 47

> **Russ Bischoff**
> – This farce of an election is one of the most treasonous things to ever happen in modern US history – Not only did China release the COVID-19 virus just in time to completely change our election procedures and remove any legitimate verification of our voting process – But, components in our election machines are made in China and software "glitches" developed by questionable entities have already been discovered that gave thousands of Trump votes to Biden – Very interesting.
>
> Yes, we should all just close our eyes, listen to the media, and except the results after four years of listening to Russia, Russia, Russia, just because the elites want to continue making everything in China – It's all about the money.
>
> Chinese Virus – Wake up America – China is where way too many of our food products, medicines and supplements are being processed and manufactured.
>
> Wake up America – Bringing manufacturing back home to the USA and protecting our own southern border is going to end up being not only a key to restoring our economy, but to maintaining our national security as well.

Document title: One America News Network - Posts | Facebook
Capture URL: https://www.facebook.com/220198801458577/posts/dominion-scandal-goes-worldwide-with-michael-johns-httpsyoutubevkphp5rspys-...
Capture timestamp (UTC): Mon, 25 Oct 2021 16:36:04 GMT



Wake up America – bringing manufacturing back home to the USA and protecting our own southern border is going to end up being not only a key to restoring our economy, but to maintaining our national security as well.

Under the FreeTraitors way of thinking we might as well just outsource all of our military needs to Communist China, India, and Mexico just like we did everything else.

When a foreign government like Communist China owns, subsidizes and controls almost every industry it's a real problem – Especially, when our own elected officials and US capitalists enable it to happen.

Wake up America – That "Climate Change/Carbon Tax" nonsense is just more corporate globalist propaganda to try and keep manufacturing in cheap high polluting countries like China, India, and Mexico.

One thing that became obvious during and after the last two presidential elections, is that puppet politicians, the corrupt manipulative media and their globalist masters just consider the American people to be collateral damage in their game of globalization and cheap wages.

Just take a guess at which huge Communist country and its numerous holding companies owns the majority shares in CNN, MSNBC, USA Today, Yahoo News, WSJ, NY Times, ABC, ESPN, FOX, Disney, Etc. . . – Hint – It's not Russia.

The more that the globalist FreeTraitor propagandists fight our President and the American people's clear desire for trade and immigration reform – The more blatantly transparent they become.

Talk about stirring up panic, hate, racism, and violence – GLOBALIST MEDIA PROPAGANDIST's constant scare tactics, race-baiting and spreading of hate and misinformation is just totally irresponsible.

We finally had a president that was doing something about our traitorous trade and immigration policies – But the corrupt manipulative media, establishment puppet politicians and their masters have been fighting the American People tooth and nail every step of the way.

It's about time that America starts holding globalist establishment puppet politicians and the corrupt manipulative media accountable.

Like · Reply · 48w                                                   ❤️👍 3

Reply to Bonnie Cottone...                                        😊 📷 GIF 🎭

**Mike Branham**
Here's an article (long but fascinating) from 2018. I tried to find any REAL info on vote tabulation in Germany but ran into a stone wall of specific denials that never answered my specific question. I also ran into a stone wall of denials surrounding Dominion/Sequoia/Smartmatic. But this article (and a paper from Penn Whalen) explain that Smartmatic WAS founded in Venezuela and IS owned by Venezuelans although that ownership is hidden by various shell companies. Smartmatic bought Sequoia and used it's hardware to front Smartmatic software and eventually sold Sequoia to Dominion - but Smartmatic has LONG been accused/suspected of still providing software......
https://medium.com/.../updated-attachment-states-have...



MEDIUM.COM
States have used taxpayer money to buy systems from vendors with close past and/or present ties to...

Like · Reply · 48w                                                   👍😮 6



Document title: One America News Network - Posts | Facebook
Capture URL: https://www.facebook.com/220198801458577/posts/dominion-scandal-goes-worldwide-with-michael-johns-httpsyoutubevkphp5rspys-…
Capture timestamp (UTC): Mon, 25 Oct 2021 16:36:04 GMT





One America News Network

**Follow**    **Like**    **Message**

> **Kelly Kovacs** you're so indoctrinated and full of 💩
>
> Like · Reply · 48w
>
> Reply to Kelly Kovacs...

**Paul Simanauskas**
Maybe the whole world is waking up to the frauds in charge of so many of us.

Like · Reply · 48w                    👍 14

**Charles Stevens**
Pennsylvania Court REJECTS Trump lawsuit appealing Allegheny County Board of Elections' decision to count 2,300+ mail-in ballots.

Trump and his allies are now 1-26 in court post-election.

Like · Reply · 48w                    😂 1

> **John Cross**
> **Charles Stevens** good. Let all the demonRat state courts push the fraud on. We need the Supreme Court to hear it, not the lowlife democrat courts that are as fraudulent as the rest of the demons.
>
> Like · Reply · 48w                    👍 3
>
> Reply to Charles Stevens...

**John Figlioli**
Trump is doing just what Hillary said, do not concede under any conditions!! So that is what Trump is doing, not conceding!! He is just following Hillary's rules

Like · Reply · 48w                    👍 16

> **Kelly Kovacs**
> **John Figlioli** Hillary conceded the day following the election - Obama invited Trump in the day following that....Actions speak louder than words ... but a certain level of self awareness is needed to understand that.
>
> Like · Reply · 48w
>
> Reply to John Figlioli...

**Sondra Cornett**
Call and email Attorney General Barr and demand an in person re-vote! I am a lifelong registered Democrat but this is a disgrace to democracy!!!!!

Like · Reply · 48w                    👍 5

**Patrick Quinn**
Then why didn't they do it for Hillary and take more Senate seats as well?

Like · Reply · 48w

> **Cindy Christman-Jones**
> Patrick Quinn do your homework, listen, and not to syndicated news stations. They lie and are totally biased. Hillary was suppose to win in 2016 due to fraud in the computer software. However, there was a fluke, a hiccup and the honest votes counted correctly. She was so shocked because she was assured she would win, she still hasn't gotten over it. Though she is ecstatic the fraudulent software worked this time. Truth, research it yourself.
>
> Like · Reply · 48w · Edited

Document title: One America News Network - Posts | Facebook
Capture URL: https://www.facebook.com/220198801458577/posts/dominion-scandal-goes-worldwide-with-michael-johns-httpsyoutubevkphp5rspys-…
Capture timestamp (UTC): Mon, 25 Oct 2021 16:36:04 GMT



**One America News Network**  **Follow**  **Like**  **Message**

time. Truth, research it yourself.

Like · Reply · 48w · Edited

Reply to Patrick Quinn...  😊 📷 GIF 🎭

**Jim Medlock**
We the people demand this corrupt and fraudulent election be thrown out and given to our Legislators to instruct our electors who to vote for according to the 12th Ammendment

Like · Reply · 48w                                    👍 8

**Brenda Mauck Hester**
Is it true that Nancy Pelosi's husband has some type of ownership in Dominion? Just curious if I heard that right! TIA

Like · Reply · 48w

**Karen Hart Gillett**
**Brenda Mauck Hester** Diane Feinstein and the Clinton Foundation. We haven't heard of any proof regarding Pelosi as of now.

Like · Reply · 48w                                    👍 1

**Brenda Mauck Hester**
**Karen Hart Gillett** thanks 😊

Like · Reply · 48w

Reply to Brenda Mauck Hester...  😊 📷 GIF 🎭

**Matthew Wittmann**
All Americans need to stand up for what is right....

Like · Reply · 48w                                    👍 3

**Beth Niquette**
Even the name, "Dominion" gives me the creeps.

Like · Reply · 48w                                    👍 12

**Kendra Dill Fisher**
**Beth Niquette** ...read Colossians 1:13. And then notice the numbers are the same? Election Day was 11/3.

Like · Reply · 48w                                    👍 1

**Beth Niquette**
**Kendra Dill Fisher** That is a sweet coincidence. 🙂

Like · Reply · 48w

Reply to Beth Niquette...  😊 📷 GIF 🎭

**Jimmy B Hauk**
There's no way the Supreme Court will be able to say this was a fair election with dominion involved.

Like · Reply · 48w                                    👍 2

**Patty Biros**
Democrats corruid being exposed. Yet biden the crook and his assistant were just on the acting like they are going to be in office! 😂 an office in jail!

Document title: One America News Network - Posts | Facebook
Capture URL: https://www.facebook.com/220198801458577/posts/dominion-scandal-goes-worldwide-with-michael-johns-httpsyoutubevkphp5rspys-…
Capture timestamp (UTC): Mon, 25 Oct 2021 16:36:04 GMT



One America News Network

**[OAN]  One America News Network**   [ Follow ]   [ Like ]   [ Message ]   🔍   •••

**Patty Biros**
Democrats corruid being exposed. Yet biden the crook and his assistant were just on the acting like they are going to be in office! 😄 an office in jail!

Like · Reply · 48w

**Sharon Peterson**
Burisma connection too

Like · Reply · 48w

**John Simpson**
Every case the state courts toss wi be appealed to the US Supreme Court.      👍 10

Like · Reply · 48w

**Kelly Kovacs**
**John Simpson** Only if Federal and so far he's lost 25 of 26. the one win showed a difference of 2 (yes TWO) votes...so sad     😆 1

Like · Reply · 48w

**John Simpson**
**Kelly Kovacs** when mainstream nedia tells you their has never been any evidence of election tampering in the US, they are lying to you.
The 1960 presidential election was stolen from Nixon. Look it up, its a fact. They didn't find the evidence until 10 years after Kenedy was dead.
In 1982 the Illinois governors race was investigated by the FBI.
The investigation was too large for the fbi to investigate the entire state so they concentrated on Chicago alone.
It took the fbi 2 years to track voters down and match them to their ballots. When it was all over they found more than 100,000 stolen votes in the city of Chicago, and that the methods used to steal the election were business as usual in Chicago.
My question is, why is it such a problem if 73 million voters have questions about the process? What is the harm in looking at it openly? Bolcking and obfuscation by one party only makes it look like there is something to hide.

Like · Reply · 48w

**John Simpson**
I will point out that there are more than 300 lawsuits for Pennsylvania to look at. A small amount are brought to court by the trump administration, the rest are filed by private citizens who are not being represented by Rudy Giuliani and are therefore not counted by mainstream media as suits brought by the trump administration.      👍 1

Like · Reply · 48w

Reply to John Simpson...      😊 📷 GIF 🎁

**Nino Bryan**
that is how Robredo stole the election from Marcos (Philippines)

Like · Reply · 48w

**Joyce Pachao**
**Nino Bryan** True, and until now to the PET(Philippine Electoral Tribunal) has not disclosed information regarding results of the recount. One of the SC justices is an Aquino appointee. One reason why it's taking so long.

Like · Reply · 48w

Reply to Nino Bryan...      😊 📷 GIF 🎁

✎

Document title: One America News Network - Posts | Facebook
Capture URL: https://www.facebook.com/220198801458577/posts/dominion-scandal-goes-worldwide-with-michael-johns-httpsyoutubevkphp5rspys–…
Capture timestamp (UTC): Mon, 25 Oct 2021 16:36:04 GMT                                                                                Page 16 of 21









OAN One America News Network

Follow Like Message

Like · Reply · 48w 4

Kim Kim
STOP THE STEAL

Like · Reply · 48w

Svetlana Bilan

The New York Times
President Trump received 10.1 million more votes across the U.S. than he received four years ago, including in areas with a majority of Hispanic voters.
New Votes For Trump

Like · Reply · 48w 2

Davidbryan Mcgee

IN MOST COUNTRIES, TRAITORS ARE KILLED.
IN AMERICA, THEY JOIN THE DEMOCRAT PARTY.

Like · Reply · 48w 3

Daniel Moore

THINGS I TRUST MORE THAN
BIDEN
1) FACEBOOK PROFILE PICTURES
2) PEOPLE WHO DON'T LIKE DOGS
3) A RATTLESNAKE WITH A PET ME SIGN

Document title: One America News Network - Posts | Facebook
Capture URL: https://www.facebook.com/220198801458577/posts/dominion-scandal-goes-worldwide-with-michael-johns-httpsyoutubevkphp5rspys-…
Capture timestamp (UTC): Mon, 25 Oct 2021 16:36:04 GMT



Document title: One America News Network - Posts | Facebook
Capture URL: https://www.facebook.com/220198801458577/posts/dominion-scandal-goes-worldwide-with-michael-johns-httpsyoutubevkphp5rspys-…
Capture timestamp (UTC): Mon, 25 Oct 2021 16:36:04 GMT