# Exhibit 9

TRANSCRIPT OF THE AUDIO RECORDING OF:


One American News Network

Breaking News Live with Patrick Hussion - Excerpt

November 19, 2020

TRANSCRIBED BY: THOMPSON COURT REPORTERS INC

1          Patrick Hussion:  Coming up on this hour of One

2    America News, President Trump reaches out to two Michigan

3    canvassers to show his support. We'll have more on what led up

4    to that call. And Vice President Mike Pence and the

5    Coronavirus Task Force address the nation today on the status

6    of vaccines. We'll have more on their comments from the White

7    House. And finantial-- or the Treasury Secretary Steve Mnuchin

8    is asking the Federal Reserve to return unused COVID relief

9    funds. Details on the Secretary's plans, One America News

10   starts now.

11          Announcer:  Live from One America News headquarters,

12   this is the OAN Evening News with Patrick Hussion.

13          Patrick Hussion:  Good evening. President Trump

14   reached out to two canvassers in Michigan and were threatened

15   and harassed by Democrats. One of those officials, Monica

16   Palmer, said the President called to check on her after her

17   family was doxxed. Palmer says her colleague, William Hartman,

18   also received a call from the President. The pair initially

19   voted to block the presidential vote certification earlier

20   this week, but after violent threats, moved to certify the

21   votes under duress. They now want to rescind their vote to

22   certify since they are not confident the state will follow

23   through on the audit. The governor of Georgia, Brian Kemp,

24   remains silent as controversy brews over the state's election

1  results. Here's more as President Trump calls on the

2  Republican governor to take action.

3          Speaker 3:  Georgia's governor, Brian Kemp's,

4  approval ratings are plummeting as he remains on the sidelines

5  of the presidential elections. A recent poll from Fox 5

6  Atlanta and Insider Advantage found only 37% of respondents

7  approved of Kemp, while 44% disapproved. This comes as

8  President Trump has called on the Republican governor to take

9  charge of the election process, alleging mass voter fraud

10 occurred in the state. In a tweet Thursday, the President said

11 verifying the authenticity of signatures on ballots was far

12 more important than the few thousand ballots discovered during

13 Georgia's audit. Meantime, Kemp has not spoken publicly on the

14 issue, even while his Republican colleague, Secretary of State

15 Brad Raffensperger, has come under fire over his handling of

16 the elections, a complaint which Raffensperger has pushed back

17 against, claiming Georgia's elections were secure. But in a

18 conference call Wednesday, his office acknowledged the

19 severity of the thousands of uncounted votes discovered during

20 Georgia's audit procedure.

21          Speaker 4:  But it was a big managerial problem to

22 not have scanned those ballots and to create that card to note

23 the tabular was there to put into the election management

24 system. And one of the other issues we found is that people

1  are not getting the credit for voting in fast enough.

2      Speaker 3:  Despite these issues already acknowledged

3  by officials in Georgia, the governor remained silent. A

4  spokesperson for Kemp said he plans to wait until the results

5  are certified before making any judgments on whether election

6  irregularities existed. Once the results are officially in,

7  Kemp must sign off on the state's 16 electoral votes. Some

8  speculate he is trying to remain neutral ahead of his 2022

9  reelection campaign.

10      Patrick Hussion:  Trump campaign attorney, Sidney

11  Powell, confirms the reports saying a Dominion server with

12  evidence of voter fraud was seized in Germany. Here's what she

13  has to say.

14      Speaker 5:  There's reports that, there would be the

15  hardware, probably a server, picked up in Germany. Is that

16  true, and is it related to this?

17      Sidney Powell:  That is true. It is somehow related

18  to this, but I do not know whether good guys got it or bad

19  guys got it.

20      Patrick Hussion:  Reports claim US military

21  intelligence raided a Frankfurt facility of a company called

22  Scytl, and seized a server with real results of this year's US

23  elections. That evidence is now speculated to be in possession

24  of the Justice Department, which has an open investigation

1    into voter fraud.

2          Sidney Powell:  And about some massive straight lines

3    up in the vote tallies in the middle of the night after

4    they've supposedly stopped counting. And that's when the

5    Dominion operators went in and injected votes and changed the

6    whole system. And it affects votes around the country, around

7    the world, and all kinds of massive interests of globalist

8    dictators, corporations, you name it, everybody's against us,

9    except President Trump, and we the people of the United

10   States.

11         Patrick Hussion:  Powell says additional evidence of

12   election meddling by Scytl and Dominion will be released in

13   the coming days.

14         Rudy Giuliani:  The company counting our vote, with

15   control over our vote, is owned by two Venezuelans who are

16   allies of Chávez.

17         Patrick Hussion:  Rudy Giuliani says the Democrat

18   Party conspired with socialist regimes overseas to steal this

19   year's election from the President. In a news conference, the

20   President's legal team said that they have evidence that

21   Dominion Voting Systems and the Smartmatic software were used

22   to switch votes from President Trump to Joe Biden. They add

23   the technology is controlled by allies of Venezuela's Maduro

24   regime.

1        Rudy Giuliani:  Present allies of Maduro, with a

2   company whose chairman is a close associate and business

3   partner of George Soros, the biggest donor to the Democrat

4   Party, the biggest donor to Antifa, and the biggest donor to

5   Black Lives Matter. My goodness, what do we have to do to get

6   you to give our people the truth?

7        Patrick Hussion:  The President's legal team says

8   evidence of the Democrat collusion to alter the outcome of

9   this year's election is going to the courts and will be

10   gradually released to the public.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1        CERTIFICATE OF TRANSCRIPTIONIST

2

3

4        I FURTHER CERTIFY that the foregoing

5    transcript of said matter is a true, correct,

6    and complete transcript of the statement given at

7    the time and place specified.

8

9        I FURTHER CERTIFY that I am not a

10    relative or employee or attorney or employee of

11    such attorney or counsel, or financially

12    interested directly or indirectly in this action.

13

14

15        IN WITNESS WHEREOF, I have set my hand.

16

17

18        _____

19    _____

20    James Lonergan

21    Production Manager

22    THOMPSON COURT REPORTERS INC

23

24

**1**

16  4:7

**2**

2022  4:8

**3**

3  3:3 4:2
37%  3:6

**4**

4  3:21
44%  3:7

**5**

5  3:5 4:14

**A**

about  5:2
acknowledged  3:18
  4:2
action  3:2 7:12
add  5:22
additional  5:11
address  2:5
Advantage  3:6
affects  5:6
after  2:16,20 5:3
against  3:17 5:8
ahead  4:8
all  5:7
alleging  3:9
allies  5:16,23 6:1
already  4:2
also  2:18
alter  6:8
am  7:9
America  2:2,9,11
an  4:24
and  2:4,7,14,15 3:6,
  22,24 4:16,22 5:2,4,
  5,6,7,9,12,21 6:2,4,
  9 7:6,7

Announcer  2:11
Antifa  6:4
any  4:5
approval  3:4
approved  3:7
are  2:22 3:4 4:1,5,6
  5:15
around  5:6
as  2:24 3:1,4,7
asking  2:8
associate  6:2
at  7:6
Atlanta  3:6
attorney  4:10 7:10,
  11
audit  2:23 3:13,20
authenticity  3:11

**B**

back  3:16
bad  4:18
ballots  3:11,12,22
be  4:14,23 5:12 6:9
before  4:5
Biden  5:22
big  3:21
biggest  6:3,4
Black  6:5
block  2:19
Brad  3:15
brews  2:24
Brian  2:23 3:3
business  6:2
but  2:20 3:17,21
  4:18
by  2:15 4:3 5:12,15,
  23

**C**

call  2:4,18 3:18
called  2:16 3:8 4:21
calls  3:1
campaign  4:9,10
canvassers  2:3,14
card  3:22

CERTIFICATE  7:1
certification  2:19
certified  4:5
certify  2:20,22 7:4,9
chairman  6:2
changed  5:5
charge  3:9
check  2:16
Chávez  5:16
claim  4:20
claiming  3:17
close  6:2
colleague  2:17 3:14
collusion  6:8
come  3:15
comes  3:7
coming  2:1 5:13
comments  2:6
company  4:21 5:14
  6:2
complaint  3:16
complete  7:6
conference  3:18
  5:19
confident  2:22
confirms  4:11
conspired  5:18
control  5:15
controlled  5:23
controversy  2:24
Coronavirus  2:5
corporations  5:8
correct  7:5
counsel  7:11
counting  5:4,14
country  5:6
COURT  7:22
courts  6:9
COVID  2:8
create  3:22
credit  4:1

**D**

days  5:13
Democrat  5:17 6:3,8

Democrats  2:15
Department  4:24
Despite  4:2
Details  2:9
dictators  5:8
directly  7:12
disapproved  3:7
discovered  3:12,19
do  4:18 6:5
Dominion  4:11 5:5,
  12,21
donor  6:3,4
doxxed  2:17
duress  2:21
during  3:12,19

**E**

earlier  2:19
election  2:24 3:9,23
  4:5 5:12,19 6:9
elections  3:5,16,17
  4:23
electoral  4:7
employee  7:10
enough  4:1
even  3:14
evening  2:12,13
everybody's  5:8
evidence  4:12,23
  5:11,20 6:8
except  5:9
existed  4:6

**F**

facility  4:21
family  2:17
far  3:11
fast  4:1
Federal  2:8
few  3:12
financially  7:11
finantial--  2:7
fire  3:15
follow  2:22
for  4:1,4

Force  2:5
foregoing  7:4
found  3:6,24
Fox  3:5
Frankfurt  4:21
fraud  3:9 4:12 5:1
from  2:6,11,18 3:5
  5:19,22
funds  2:9
FURTHER  7:4,9

**G**

George  6:3
Georgia  2:23 4:3
Georgia's  3:3,13,17,
  20
Germany  4:12,15
get  6:5
getting  4:1
Giuliani  5:14,17 6:1
give  6:6
given  7:6
globalist  5:7
going  6:9
good  2:13 4:18
goodness  6:5
got  4:18,19
governor  2:23 3:2,3,
  8 4:3
gradually  6:10
guys  4:18,19

**H**

hand  7:15
handling  3:15
harassed  2:15
hardware  4:15
Hartman  2:17
has  3:8,13,15,16
  4:13,24
have  2:3,6 3:22 5:20
  6:5 7:15
he  3:4 4:4,8
headquarters  2:11
her  2:16,17

**Here's**  3:1 4:12

**his**  2:3 3:14,15,18
4:8

**hour**  2:1

**House**  2:7

**Hussion**  2:1,12,13
4:10,20 5:11,17 6:7

**I**

**important**  3:12

**in**  2:14 3:10,17 4:1,
3,6,12,15,23 5:3,5,
12,19 7:12,15

**INC**  7:22

**indirectly**  7:12

**initially**  2:18

**injected**  5:5

**Insider**  3:6

**intelligence**  4:21

**interested**  7:12

**interests**  5:7

**into**  3:23 5:1

**investigation**  4:24

**irregularities**  4:6

**is**  2:8,12 3:24 4:8,15,
16,17,23 5:15,23
6:2,9 7:5

**issue**  3:14

**issues**  3:24 4:2

**it**  3:21 4:16,17,18,19
5:6,8

**J**

**James**  7:20

**Joe**  5:22

**judgments**  4:5

**Justice**  4:24

**K**

**Kemp**  2:23 3:7,13
4:4,7

**Kemp's**  3:3

**kinds**  5:7

**know**  4:18

**L**

**led**  2:3

**legal**  5:20 6:7

**lines**  5:2

**Live**  2:11

**Lives**  6:5

**Lonergan**  7:20

**M**

**Maduro**  5:23 6:1

**making**  4:5

**management**  3:23

**Manager**  7:21

**managerial**  3:21

**mass**  3:9

**massive**  5:2,7

**matter**  6:5 7:5

**Meantime**  3:13

**meddling**  5:12

**Michigan**  2:2,14

**middle**  5:3

**Mike**  2:4

**military**  4:20

**Mnuchin**  2:7

**Monica**  2:15

**more**  2:3,6 3:1,12

**moved**  2:20

**must**  4:7

**my**  6:5 7:15

**N**

**name**  5:8

**nation**  2:5

**neutral**  4:8

**news**  2:2,9,11,12
5:19

**night**  5:3

**not**  2:22 3:13,22 4:1,
18 7:9

**note**  2:3

**now**  2:10,21 4:23

**O**

**OAN**  2:12

**occurred**  3:10

**of**  2:1,6,15,23 3:5,6,
7,9,11,14,15,19,24
4:8,12,21,22,24 5:3,
7,9,11,16,23 6:1,3,8
7:1,5,6,10

**off**  4:7

**office**  3:18

**officially**  4:6

**officials**  2:15 4:3

**on**  2:1,3,5,6,9,16,23
3:1,4,8,11,13 4:5,7

**Once**  4:6

**one**  2:1,9,11,15 3:24

**only**  3:6

**open**  4:24

**operators**  5:5

**or**  2:7 4:18 7:10,11,
12

**other**  3:24

**our**  5:14,15 6:6

**out**  2:2,14

**outcome**  6:8

**over**  2:24 3:15 5:15

**overseas**  5:18

**owned**  5:15

**P**

**pair**  2:18

**Palmer**  2:16,17

**partner**  6:3

**Party**  5:18 6:4

**Patrick**  2:1,12,13
4:10,20 5:11,17 6:7

**Pence**  2:4

**people**  3:24 5:9 6:6

**picked**  4:15

**place**  7:7

**plans**  2:9 4:4

**plummeting**  3:4

**poll**  3:5

**possession**  4:23

**Powell**  4:11,17 5:2,

11

**Present**  6:1

**President**  2:2,4,13,
16,18 3:1,8,10 5:9,
19,22

**President's**  5:20 6:7

**presidential**  2:19
3:5

**probably**  4:15

**problem**  3:21

**procedure**  3:20

**process**  3:9

**Production**  7:21

**public**  6:10

**publicly**  3:13

**pushed**  3:16

**put**  3:23

**R**

**Raffensperger**  3:15,
16

**raided**  4:21

**ratings**  3:4

**reached**  2:14

**reaches**  2:2

**real**  4:22

**received**  2:18

**recent**  3:5

**reelection**  4:9

**regime**  5:24

**regimes**  5:18

**related**  4:16,17

**relative**  7:10

**released**  5:12 6:10

**relief**  2:8

**remain**  4:8

**remained**  4:3

**remains**  2:24 3:4

**REPORTERS**  7:22

**reports**  4:11,14,20

**Republican**  3:2,8,14

**rescind**  2:21

**Reserve**  2:8

**respondents**  3:6

**results**  3:1 4:4,6,22

**return**  2:8

**Rudy**  5:14,17 6:1

**S**

**said**  2:16 3:10 4:4
5:20 7:5

**say**  4:13

**saying**  4:11

**says**  2:17 5:11,17
6:7

**scanned**  3:22

**Scytl**  4:22 5:12

**Secretary**  2:7 3:14

**Secretary's**  2:9

**secure**  3:17

**seized**  4:12,22

**server**  4:11,15,22

**set**  7:15

**severity**  3:19

**she**  4:12

**show**  2:3

**sidelines**  3:4

**Sidney**  4:10,17 5:2

**sign**  4:7

**signatures**  3:11

**silent**  2:24 4:3

**since**  2:22

**Smartmatic**  5:21

**socialist**  5:18

**software**  5:21

**some**  4:7 5:2

**somehow**  4:17

**Soros**  6:3

**Speaker**  3:3,21 4:2,
14

**specified**  7:7

**speculate**  4:8

**speculated**  4:23

**spoken**  3:13

**spokesperson**  4:4

**starts**  2:10

**state**  2:22 3:10,14

**state's**  2:24 4:7

**statement**  7:6

**States**  5:10

**status**  2:5

steal  5:18
Steve  2:7
stopped  5:4
straight  5:2
such  7:11
support  2:3
supposedly  5:4
switch  5:22
system  3:24 5:6
Systems  5:21

**T**

tabular  3:23
take  3:2,8
tallies  5:3
Task  2:5
team  5:20 6:7
technology  5:23
than  3:12
that  2:4 3:22,24
  4:14,15,17,23 5:20
  7:4,9
that's  5:4
the  2:4,5,6,7,8,9,12,
  16,18,19,20,22,23,
  24 3:1,4,5,8,9,10,
  11,12,13,16,18,19,
  23,24 4:1,3,4,6,7,
  11,14,24 5:3,4,5,6,
  7,9,13,14,17,19,21,
  23 6:3,4,6,7,8,9,10
  7:4,6,7
their  2:6,21
there  3:23 4:14
There's  4:14
these  4:2
they  2:21,22 5:20,22
they've  5:4
this  2:1,12,20 3:7
  4:16,18,22 5:18 6:9
  7:12
THOMPSON  7:22
those  2:15 3:22
thousand  3:12
thousands  3:19
threatened  2:14
threats  2:20

through  2:23
Thursday  3:10
time  7:7
to  2:2,3,4,8,14,16,
  19,20,21 3:2,8,21,
  22,23 4:4,8,13,16,
  18,23 5:18,22 6:3,4,
  5,6,8,9,10
today  2:5
transcript  7:5,6
TRANSCRIPTIONI
ST  7:1
Treasury  2:7
true  4:16,17 7:5
Trump  2:2,13 3:1,8
  4:10 5:9,22
truth  6:6
trying  4:8
tweet  3:10
two  2:2,14 5:15

**U**

uncounted  3:19
under  2:21 3:15
United  5:9
until  4:4
unused  2:8
up  2:1,3 4:15 5:3
us  4:20,22 5:8
used  5:21

**V**

vaccines  2:6
Venezuela's  5:23
Venezuelans  5:15
verifying  3:11
Vice  2:4
violent  2:20
vote  2:19,21 5:3,14,
  15
voted  2:19
voter  3:9 4:12 5:1
votes  2:21 3:19 4:7
  5:5,6,22
voting  4:1 5:21

**W**

wait  4:4
want  2:21
was  2:17 3:11,21,23
  4:12
we  3:24 5:9 6:5
We'll  2:3,6
Wednesday  3:18
week  2:20
went  5:5
were  2:14 3:17 5:21
what  2:3 4:12 6:5
when  5:4
WHEREOF  7:15
whether  4:5,18
which  3:16 4:24
while  3:7,14
White  2:6
who  5:15
whole  5:6
whose  6:2
will  2:22 5:12 6:9
William  2:17
with  2:12 4:11,22
  5:14,18 6:1
WITNESS  7:15
world  5:7
would  4:14

**Y**

year's  4:22 5:19 6:9
you  5:8 6:6