# Exhibit 9A

**Screenshot A**



Exhibit 9A, *Breaking News Live* (11/19/2020) at 00:55.

**Screenshot B**



Exhibit 9A, *Breaking News Live* (11/19/2020) at 05:18.