# Exhibit 10

TRANSCRIPT OF THE AUDIO RECORDING OF:

ONE AMERICA NEWS NETWORK

Real America with Dan Ball Excerpt

November 19, 2020

TRANSCRIBED BY: THOMPSON COURT REPORTERS INC.

1    Dan Ball:  --Next guest, let's check in with her. She
2    happens to be a New York City resident and, I want to get this
3    name right, it's Evi Kokalari-Angelakis. She is a very, very
4    outspoken, not only conservative columnist, and person kind of
5    with a big opinion in that city; also a very successful real
6    estate agent as well. And Evi, I want to welcome you to the
7    show and the main reason that I brought you to the show--not
8    only to talk about what's happening in New York City, where
9    you live, in the state of New York, and the draconian-style
10   lockdowns your governor is imposing--but your background. You
11   immigrated here, I believe I saw in your bio, twenty years ago
12   from Albania, and you're familiar with Communism and Socialism
13   and how it works and doesn't work versus Capitalism. You're
14   also familiar with a little company called Dominion software,
15   which is at the forefront of this election fraud. So first of
16   all, tell folks a little bit about your background, and how
17   you know that Dominion has been involved in some other corrupt
18   elections overseas in the past.
19        Evi Kokalari-Angelakis:  Well, thank you for having
20   me on, Dan, first of all. I was born eventually, in Albania
21   which is--was a Socialist country, so as far as me having any
22   freedom, we had zero. We didn't have freedom of speech, we
23   didn't have--forget about the Second Amendment because this is
24   the beauty of our Constitution. The Second Amendment is going

1  to save America during those tough times that we're going

2  through, this is the only thing that Democrats are scared of:

3  us having the rights to guns. So, let's go back a little bit

4  about the way that the voter fraud has happened over the past

5  even twenty years after the system in Albania changed, but

6  mostly in the Balkans. We've had voter fraud that has been

7  backed up constantly by the only person that is backing this

8  one up in America, and that is George Soros. The only beauty

9  of being in your channel is that we have the freedom and the

10 platform to talk about George Soros--something that apparently

11 you can't even do in Fox News, and you cannot do it in the

12 Balkans. My question when it comes to Dominion is one only,

13 how come this has been in Serbia for so long? Question number

14 one. And number two, I want to know if President Vucic, which

15 is the president of Serbia, was aware of this and this is very

16 important and here is why. Because, as you know, Ambassador

17 Grenell has worked for the past eighteen months on putting

18 together an agreement in between Kosovo and Serbia, and is one

19 of the reasons for the Nobel Prize that the President is

20 nominated. Now, while the President of Serbia has been so

21 friendly to the Trump administration, and he has been very

22 welcoming, as far as I understand, to Ambassador Grenell. Did

23 he know the whole time that Dominion was operating in his

24 backyard? And what was Dominion exactly going to do--that this

1   had to do something with voter fraud. Now, in Albania, we have
2   had voter fraud and people have been complaining for a very
3   long time. We have a prime minister that is extremely close to
4   George Soros, and I've been one of the few people outspoken
5   about this in Albania. And I've brought certain people that
6   have political influence in America, I brought them
7   indiscriminately so he can talk about George Soros. Because
8   the most important thing we need to do right now is tell
9   everybody that George Soros is the problem. He is the one that
10  has brought along the Clinton Foundation, the Obama
11  administration, and there is a lot of other things going
12  on--other foundations that are connected to George Soros. But
13  George Soros is behind it, has been in the Balkans and
14  in Europe for a very long time, and right now, we just got,
15  you know, got exposed in America. But I'm not--I'm sure that
16  you have heard that this has been going on in America for a
17  while as well.
18          Dan Ball:  Yeah, I've seen--and just to your point,
19  Evi, I want to--I want to point out I'm not seeing the hard
20  evidence yet connecting Soros to Dominion, but we have seen
21  the hard evidence connecting the Clinton Foundation and other
22  Democrats to Dominion. Plus some of their hierarchy and CEO
23  and whatnot have donated to the Democrat side, so we know
24  there's definitely connections there with Dominion. Now we, I

1  think, as Americans are, are slowly getting the information

2  about this tech company that we really had no idea of. I mean,

3  until this fraudulent election, this rigged election I didn't

4  know who Dominion was. I would think that probably ninety nine

5  percent of Americans had no clue who Dominion Software

6  Election Voting Services, whatever their official title is, we

7  didn't know.

8          Evi Kokalari-Angelakis:  Yeah, well, this--they have

9  been around since 2004, at least in Serbia. Dominion and the

10 Clinton Foundation, they have a project together called the

11 Delian Project, which apparently raises money to help voter

12 fairness in countries like, I don't know, maybe Albania or

13 countries that are not--don't have a strong economy or they're

14 not too strong. Meanwhile, they are doing the opposite, so,

15 you know, when you see weak states like those, this is the

16 perfect playground for George Soros because, believe it or

17 not, George Soros' son is constantly in Albania. Albanians are

18 friends of Hillary Clinton and the Clinton Foundation, but,

19 remember this: in 2016, right before the election in 2016,

20 Hillary Clinton was so sure she was going to win. The only

21 reason she was sure she was gonna win, is because they knew

22 Dominion and the software, Smartech--Smartmatic was in

23 existence, and that's how they were going to get the election.

24 They just didn't expect--they didn't realize how many

1  Americans were going to vote for Donald Trump, and that's how
2  they probably lost that election.
3           Dan Ball:  Yeah, what we've seen from the information
4  coming out, and we heard a little bit from Rudy Giuliani
5  today, is that obviously these security folks at Dominion that
6  set up the systems in the individual states, they can just do
7  a little tweak here, a little tweak there to the program. It
8  can make it so minor to flip votes, but enough to make your
9  guy win that hopefully it's not noticeable. And to your point
10 in '16, I've seen this in several articles, they didn't tweak
11 it quite enough. They didn't expect that many millions of
12 people to vote for--
13          Evi Kokalari-Angelakis:  Exactly.
14          Dan Ball:  --President Donald J. Trump. Really
15 interesting insight, Evi, I really appreciate you coming on
16 and talking about this. We here at One America will continue
17 to look into the Soros connection, but, again, we do know
18 there are ties directly to the Clinton Foundation and other
19 Democrats with this Dominion Software Company and their
20 hierarchy that run it. We all know, we have seen there's been
21 voter fraud--voter interference or, pardon me, election fraud
22 and election interference in those countries. Like whether it be
23 Serbia, Albania, lots of third world countries where they act
24 like they're having a fair and free election; it's usually

1  rigged in the back.
2          Evi Kokalari-Angelakis:  Exactly, absolutely.
3          Dan Ball:  Yeah, thanks for coming on and giving us
4  that information, we really appreciate it, and I would say to
5  you stay safe.
6          Evi Kokalari-Angelakis:  Thank you, I will.
7          Dan Ball:  When you speak like that, you've got to
8  stay safe.
9          Evi Kokalari-Angelakis:  I have to speak up, thank
10 you so much.
11         Dan Ball:  Yep, thank you, we'll be right back in
12 two, don't go away.
13
14
15
16
17
18
19
20
21
22
23
24

1  CERTIFICATE OF TRANSCRIPTIONIST

2

3

4       I FURTHER CERTIFY that the foregoing
5  transcript of said matter is a true, correct,
6  and complete transcript of the statement given at
7  the time and place specified.

8

9       I FURTHER CERTIFY that I am not a
10  relative or employee or attorney or employee of
11  such attorney or counsel, or financially
12  interested directly or indirectly in this action.

13

14       IN WITNESS WHEREOF, I have set my hand.

15

16

17

18

19  _____

20  James Lonergan
    Production Manager
21

22

23

24

```
          -              any  2:21              can  4:7 6:6,8        directly  6:18         folks  2:16 6:5
                         apparently  3:10       can't  3:11           do  3:11 4:1,8 6:6,17  for  2:19 3:13,17,19
--next  2:1                 5:11                cannot  3:11          do--that  3:24           4:2,14,16 5:16 6:1
--president  6:14        appreciate  6:15 7:4   Capitalism  2:13      doesn't  2:13            7:3
                         are  3:2 4:12 5:1,13,  CEO  4:22             doing  5:14            for--  6:12
          1                 14,17 6:18          certain  4:5          Dominion  2:14,17      forefront  2:15
                         around  5:9            changed  3:5             3:12,23,24 4:20,22, Foundation  4:10,21
16  6:10                 articles  6:10         channel  3:9             24 5:4,5,9,22 6:5,19    5:10,18 6:18
                         as  2:6,21 3:16,22     check  2:1            don't  5:12 7:12       foundations  4:12
          2                 4:17 5:1            city  2:2,5,8         Donald  6:1,14         Fox  3:11
                         at  2:15 5:9 6:5,16    Clinton  4:10,21      donated  4:23          fraud  2:15 3:4,6 4:1,
2004  5:9                aware  3:15               5:10,18,20 6:18    draconian-style  2:9      2 6:21
2016  5:19               away  7:12             close  4:3            during  3:1            fraud--voter  6:21
                                                clue  5:5                                    fraudulent  5:3
                                  B             columnist  2:4                 E             free  6:24
          A                                     come  3:13                                   freedom  2:22 3:9
                         back  3:3 7:1,11       comes  3:12           economy  5:13          friendly  3:21
about  2:8,16,23 3:4,    backed  3:7            coming  6:4,15 7:3    eighteen  3:17         friends  5:18
   10 4:5,7 5:2 6:16     background  2:10,16    Communism  2:12       election  2:15 5:3,6,  from  2:12 6:3,4
absolutely  7:2          backing  3:7           company  2:14 5:2        19,23 6:2,21,22,24
act  6:23                backyard  3:24            6:19              elections  2:18                  G
administration  3:21     Balkans  3:6,12 4:13   complaining  4:2      enough  6:8,11
   4:11                  Ball  2:1 4:18 6:3,14  connected  4:12       estate  2:6            George  3:8,10 4:4,7,
after  3:5                  7:3,7,11            connecting  4:20,21   Europe  4:14              9,12,13 5:16,17
again  6:17              be  2:2 6:22 7:11      connection  6:17      even  3:5,11            get  2:2 5:23
agent  2:6               beauty  2:24 3:8       connections  4:24     eventually  2:20        getting  5:1
ago  2:11                because  2:23 3:16     conservative  2:4     everybody  4:9         Giuliani  6:4
agreement  3:18             4:7 5:16,21         constantly  3:7 5:17  Evi  2:3,6,19 4:19 5:8 giving  7:3
Albania  2:12,20 3:5     been  2:17 3:6,13,20,  Constitution  2:24       6:13,15 7:2,6,9     go  3:3 7:12
   4:1,5 5:12,17 6:23       21 4:2,4,13,16 5:9  continue  6:16        evidence  4:20,21      going  2:24 3:1,24
Albanians  5:17             6:20                corrupt  2:17         exactly  3:24 6:13        4:11,16 5:20,23 6:1
all  2:16,20 6:20        before  5:19           countries  5:12,13       7:2                 gonna  5:21
along  4:10              behind  4:13              6:22,23            existence  5:23        got  4:14,15 7:7
also  2:5,14             being  3:9             country  2:21         expect  6:11           governor  2:10
Ambassador  3:16,        believe  2:11 5:16                           expect--they  5:24     Grenell  3:17,22
   22                    between  3:18                   D            exposed  4:15          guest  2:1
Amendment  2:23,         big  2:5                                     extremely  4:3         guns  3:3
   24                    bio  2:11              Dan  2:1,20 4:18 6:3,                        guy  6:9
America  3:1,8 4:6,      bit  2:16 3:3 6:4         14 7:3,7,11                 F
   15,16 6:16            born  2:20             definitely  4:24                                      H
Americans  5:1,5 6:1     brought  2:7 4:5,6,10  Delian  5:11          fair  6:24
an  3:18                 but  3:5 4:12,15,20    Democrat  4:23        fairness  5:12         had  2:22 3:6 4:1,2
and  2:2,4,6,7,9,12,        5:18 6:8,17         Democrats  3:2 4:22   familiar  2:12,14         5:2,5
   13,16 3:8,9,11,14,    by  3:7                   6:19               far  2:21 3:22         happened  3:4
   15,16,18,21,24 4:2,                          Did  3:22             few  4:4               happening  2:8
   4,5,11,13,14,21,22,            C             didn't  2:22,23 5:3,7,first  2:15,20         happens  2:2
   23 5:9,18,22,23 6:1,                            24 6:10,11         flip  6:8              hard  4:19,21
   4,9,16,18,19,22,24    called  2:14 5:10                                                   has  2:17 3:4,6,13,17,
   7:3,4
```

20,21 4:10,13,16
**have**  2:22 3:9 4:1,2,
  3,6,16,20,23 5:8,10,
  13 6:20 7:9
**have--forget**  2:23
**having**  2:19,21 3:3
  6:24
**he**  3:21,23 4:7,9
**heard**  4:16 6:4
**help**  5:11
**her**  2:1
**here**  2:11 3:16 6:7,
  16
**hierarchy**  4:22 6:20
**Hillary**  5:18,20
**his**  3:23
**hopefully**  6:9
**how**  2:13,16 3:13
  5:23,24 6:1

---

**I**

**I'M**  4:15,19
**I'VE**  4:4,5,18 6:10
**idea**  5:2
**if**  3:14
**immigrated**  2:11
**important**  3:16 4:8
**imposing--but**  2:10
**in**  2:1,5,8,9,11,17,
  18,20 3:5,6,8,9,11,
  13,18,23 4:1,5,6,13,
  14,15,16 5:9,12,17,
  19,22 6:6,10,22 7:1,
  11
**indiscriminately**  4:7
**individual**  6:6
**influence**  4:6
**information**  5:1 6:3
  7:4
**insight**  6:15
**interesting**  6:15
**interference**  6:21,22
**into**  6:17
**involved**  2:17
**is**  2:3,10,15,23,24
  3:2,7,8,9,12,15,16,
  18,19 4:3,8,9,11,13
  5:6,15,17,21 6:5

**is--was**  2:21
**it**  2:13 3:11,12 4:13
  5:16 6:7,8,11,20,22
  7:4
**it's**  2:3 6:9,24

---

**J**

**just**  4:14,18 5:24 6:6

---

**K**

**kind**  2:4
**knew**  5:21
**know**  2:17 3:14,16,
  23 4:15,23 5:4,7,12,
  15 6:17,20
**Kokalari-angelakis**
  2:3,19 5:8 6:13 7:2,
  6,9
**Kosovo**  3:18

---

**L**

**least**  5:9
**let's**  2:1 3:3
**like**  5:12,15 6:22,24
  7:7
**little**  2:14,16 3:3 6:4,
  7
**live**  2:9
**lockdowns**  2:10
**long**  3:13 4:3,14
**look**  6:17
**lost**  6:2
**lot**  4:11
**lots**  6:23

---

**M**

**main**  2:7
**make**  6:8
**many**  5:24 6:11
**maybe**  5:12
**me**  2:20,21 6:21
**mean**  5:2
**Meanwhile**  5:14
**millions**  6:11
**minister**  4:3

**minor**  6:8
**money**  5:11
**months**  3:17
**most**  4:8
**mostly**  3:6
**much**  7:10
**My**  3:12

---

**N**

**name**  2:3
**need**  4:8
**New**  2:2,8,9
**News**  3:11
**nine**  5:4
**ninety**  5:4
**no**  5:2,5
**Nobel**  3:19
**nominated**  3:20
**not**  2:4 4:19 5:14,17
  6:9
**not--don't**  5:13
**not--i'm**  4:15
**noticeable**  6:9
**now**  3:20 4:1,8,14,
  24
**number**  3:13,14

---

**O**

**Obama**  4:10
**obviously**  6:5
**of**  2:4,9,15,20,22,24
  3:2,9,15,19,20 4:4,
  11,22 5:2,5,18 6:11,
  23
**official**  5:6
**on**  2:20 3:17 4:16
  6:15 7:3
**on--other**  4:12
**one**  3:8,12,14,18
  4:4,9 6:16
**only**  2:4,8 3:2,7,8,12
  5:20
**operating**  3:23
**opinion**  2:5
**opposite**  5:14
**or**  5:12,13,16 6:21

**other**  2:17 4:11,21
  6:18
**our**  2:24
**out**  4:19 6:4
**outspoken**  2:4 4:4
**over**  3:4
**overseas**  2:18

---

**P**

**pardon**  6:21
**past**  2:18 3:4,17
**people**  4:2,4,5 6:12
**percent**  5:5
**perfect**  5:16
**person**  2:4 3:7
**platform**  3:10
**playground**  5:16
**Plus**  4:22
**point**  4:18,19 6:9
**political**  4:6
**president**  3:14,15,
  19,20
**prime**  4:3
**Prize**  3:19
**probably**  5:4 6:2
**problem**  4:9
**program**  6:7
**project**  5:10,11
**putting**  3:17

---

**Q**

**question**  3:12,13
**quite**  6:11

---

**R**

**raises**  5:11
**real**  2:5
**realize**  5:24
**really**  5:2 6:14,15
  7:4
**reason**  2:7 5:21
**reasons**  3:19
**remember**  5:19
**resident**  2:2

**rigged**  5:3 7:1
**right**  2:3 4:8,14 5:19
  7:11
**rights**  3:3
**Rudy**  6:4
**run**  6:20

---

**S**

**safe**  7:5,8
**save**  3:1
**saw**  2:11
**say**  7:4
**scared**  3:2
**Second**  2:23,24
**security**  6:5
**see**  5:15
**seeing**  4:19
**seen**  4:20 6:3,10,20
**seen--and**  4:18
**Serbia**  3:13,15,18,
  20 5:9 6:23
**Services**  5:6
**set**  6:6
**several**  6:10
**she**  2:1,3 5:20,21
**show**  2:7
**show--not**  2:7
**side**  4:23
**since**  5:9
**slowly**  5:1
**Smartech--
  smartmatic**  5:22
**so**  2:15,21 3:3,13,20
  4:7,23 5:14,20 6:8
  7:10
**Socialism**  2:12
**Socialist**  2:21
**software**  2:14 5:5,22
  6:19
**some**  2:17 4:22
**something**  4:1
**son**  5:17
**Soros**  3:8 4:4,7,9,12,
  13,20 5:16 6:17
**Soros'**  5:17
**Soros--something**
  3:10

**speak**  7:7,9
**speech**  2:22
**state**  2:9
**states**  5:15 6:6
**stay**  7:5,8
**strong**  5:13,14
**successful**  2:5
**sure**  4:15 5:20,21
**system**  3:5
**systems**  6:6

---
**T**
---

**talk**  2:8 3:10 4:7
**talking**  6:16
**tech**  5:2
**tell**  2:16 4:8
**thank**  2:19 7:6,9,11
**thanks**  7:3
**that**  2:5,7,17 3:1,2,4,
  6,7,8,9,10,19,23
  4:3,5,9,12,15,16
  5:2,4,13 6:2,5,9,11,
  20 7:4,7
**that's**  5:23 6:1
**the**  2:6,7,9,15,18,23,
  24 3:2,3,4,5,6,7,8,9,
  11,15,17,19,20,21,
  23 4:4,8,9,10,13,19,
  21,23 5:1,9,10,14,
  15,18,19,20,22,23
  6:3,6,7,17,18 7:1
**their**  4:22 5:6 6:19
**them**  4:6
**there**  4:11,24 6:7,18
**there's**  4:24 6:20
**these**  6:5
**they**  5:10,14,21,23,
  24 6:2,6,10,11,23
**they're**  5:13 6:24
**thing**  3:2 4:8
**things**  4:11
**think**  5:1,4
**third**  6:23
**this**  2:2,15,23 3:2,7,
  13,15,24 4:5,16 5:2,
  3,15,19 6:10,16,19
**this--they**  5:8

**those**  3:1 5:15 6:22
**through**  3:2
**ties**  6:18
**time**  3:23 4:3,14
**times**  3:1
**title**  5:6
**to**  2:2,6,7,8 3:1,3,10,
  12,14,21,22,24 4:1,
  3,8,12,18,19,20,22,
  23 5:11,20,23 6:1,7,
  8,9,12,17,18 7:4,7,9
**to--i**  4:19
**today**  6:5
**together**  3:18 5:10
**too**  5:14
**tough**  3:1
**Trump**  3:21 6:1,14
**tweak**  6:7,10
**twenty**  2:11 3:5
**two**  3:14 7:12

---
**U**
---

**understand**  3:22
**until**  5:3
**up**  3:7,8 6:6 7:9
**us**  3:3 7:3
**usually**  6:24

---
**V**
---

**versus**  2:13
**very**  2:3,5 3:15,21
  4:2,14
**vote**  6:1,12
**voter**  3:4,6 4:1,2
  5:11 6:21
**votes**  6:8
**Voting**  5:6
**Vucic**  3:14

---
**W**
---

**want**  2:2,6 3:14 4:19
**was**  2:20 3:15,23,24
  5:4,20,21,22
**way**  3:4
**we**  2:22 3:9 4:1,3,8,
  14,20,23,24 5:2,6

  6:4,16,17,20 7:4
**we'll**  7:11
**we're**  3:1
**we've**  3:6 6:3
**weak**  5:15
**welcome**  2:6
**welcoming**  3:22
**well**  2:6,19 4:17 5:8
**were**  5:23 6:1
**what**  3:24 6:3
**what's**  2:8
**whatever**  5:6
**whatnot**  4:23
**when**  3:12 5:15 7:7
**where**  2:8 6:23
**whether**  6:22
**which**  2:15,21 3:14
  5:11
**while**  3:20 4:17
**who**  5:4,5
**whole**  3:23
**why**  3:16
**will**  6:16 7:6
**win**  5:20,21 6:9
**with**  2:1,5,12,14 4:1,
  24 6:19
**work**  2:13
**worked**  3:17
**works**  2:13
**world**  6:23
**would**  5:4 7:4

---
**Y**
---

**Yeah**  4:18 5:8 6:3
  7:3
**years**  2:11 3:5
**Yep**  7:11
**yet**  4:20
**York**  2:2,8,9
**you**  2:6,7,9,10,17,19
  3:11,16 4:15,16
  5:15 6:15 7:5,6,7,
  10,11
**you're**  2:12,13
**you've**  7:7
**your**  2:10,11,16 3:9
  4:18 6:8,9

---
**Z**
---

**zero**  2:22