# Exhibit 10A

**Screenshot A**



Exhibit 10A, *Real America* (11/19/2020) at 00:16.

**Screenshot B**



Exhibit 10A, *Real America* (11/19/2020) at 04:41.