# Exhibit 11

https://www.oann.com/presidents-lawyers-say-communist-funded-election-software-responsible-for-alleged-voting-irregularities/   Go

33 captures
20 Nov 2020 - 14 Apr 2021

NOV  DEC  JAN
◄  **06**  ►
2019  20   About this capture



Now you can enjoy
**KlowdTV**
**FREE** through 2020!

FREE 2020

Just go to KlowdTV.com, sign up
and select the FREE2020 Package!

Includes OAN, AWE (A Wealth of Entertainment) and more!

No Credit Card
Required!

**TRENDING**   PRESIDENT TRUMP URGES REPUBLICAN VOTERS TO TURN OUT FOR

SEARCH ...

# President's Lawyers Say Communist-Funded Election Software Responsible For Alleged Voting Irregularities

Ad



https://www.oann.com/presidents-lawyers-say-communist-funded-election-software-responsible-for-alleged-voting-irregularities/   Go

33 captures
20 Nov 2020 - 14 Apr 2021

NOV   DEC   JAN
◄   06   ►
2019   20   About this capture



Sidney Powell, right, speaks next to former Mayor of New York Rudy Giuliani, as members of President Donald Trump's legal team, during a news conference at the Republican National Committee headquarters, Thursday Nov. 19, 2020, in Washington. (AP Photo/Jacquelyn Martin)

OAN Newsroom
UPDATED 11:01 AM PT – Friday, November 20, 2020

The President's lawyers are weighing in, once again, on election fraud during the 2020 White House race. While speaking in D.C. Thursday, they claimed votes were hacked and ballots were switched from President Trump to Joe Biden through technology that was developed in Venezuela.

Rudy Giuliani, President Trump's personal lawyer, said the company funding the technology has close ties to known communist leaders.

"The company counting our vote, with control over our vote, is owned by two Venezuelans who were allies of Chavez or present allies of Maduro," he stated. "With a company whose chairman is a close associate and business partner of George Soros."

Giuliani recently noted several whistleblowers have come forward to testify about so-called glitches in election software. On Thursday, he said hundreds more have signed affidavits detailing incidents with voting systems.

"Do you know how many affidavits we have in the Michigan case? Two hundred and twenty affidavits," he stated. "They're not all public, but eight of them are."

Most claims center around the Canadian-made Dominion Voting Systems and the Venezuelan-made Smartmatic systems.

A Rigged Election! **https://t.co/dAviFrkEP4**

Document title: President&#39;s lawyers say communist-funded election software responsible for alleged voting irregularities | One America News Network
Capture URL: https://web.archive.org/web/20201206233341/https://www.oann.com/presidents-lawyers-say-communist-funded-election-software-responsible-for-alleged-...
Capture timestamp (UTC): Mon, 25 Oct 2021 16:43:16 GMT                                                                                    Page 2 of 7

https://www.oann.com/presidents-lawyers-say-communist-funded-election-software-responsible-for-alleged-voting-irregularities/ | Go |

33 captures
20 Nov 2020 - 14 Apr 2021

NOV | **DEC** | JAN
◀ | **06** | ▶
2019 | 20 | About this capture

A Rigged Election! **https://t.co/dAviFrkEP4**

— Donald J. Trump (@realDonaldTrump) **November 20, 2020**

Sidney Powell, an attorney for the 2020 Trump campaign, said the same technology was used to secure a victory for Hugo Chavez in Venezuela and could have been used across the country.

"But one of its most characteristic features is its ability to flip votes," Powell explained "It can set and run an algorithm that probably ran all over the country to take a certain percentage of votes from President Trump and flip them."

The attorney added, the alleged error may not have been caught if not for the numerous amount of votes for the President.

Giuliani and Powell have taken the lead on pursuing any voting irregularities against the Trump administration. They are awaiting lawsuits in multiple states, including Georgia and Nevada.

RELATED: **Rudy Giuliani discusses systemic fraud throughout election**



**Around the Web**

revcontent

**Dermatologist: Try This Tonight if You Have Nail Fungus (Watch)**

HealthScore

**How to Stop Nagging Knee Pain Without Surgery**

AmRelieve

**Millennials Don't Like These Brands Anymore & Now They're Disappearing**

MoneyWise.com

https://www.oann.com/presidents-lawyers-say-communist-funded-election-software-responsible-for-alleged-voting-irregularities/

33 captures
20 Nov 2020 - 14 Apr 2021

NOV   DEC   JAN
06
2019   20   About this capture



### Here's Who Actually Makes Costco Kirkland Products (No.1 Will Surprise You)
MoneyWise.com

### Plant-based Foods Are Set to Devour a Potential $85b Industry - Learn More
marketnewsreportstoday.com

### California in a Frenzy : Cannabis Gummies Discovery Leaves Doctors Speechless
Top Expert Reviews

f SHARE

🐦 TWEET

📌 PIN

⮆ SHARE

## SUPPORT OAN ON FACEBOOK

BECOME AN OAN SUPPORTER

Become an OAN Supporter on Facebook to Watch Credible News 24/7 Anywhere

Case 1:21-cv-02900-CJN-MAU Document 1-20 Filed 11/03/21 Page 6 of 8

https://www.oann.com/presidents-lawyers-say-communist-funded-election-software-responsible-for-alleged-voting-irregularities/

Go    NOV   DEC   JAN

33 captures
20 Nov 2020 - 14 Apr 2021

2019   06

About this capture



Wall to Wall: Stephen Moore on November Jobs Report Part 2

Wall to Wall: Stephen Moore on November Jobs Report Part 1

Sen. Bill Cassidy says relief bill is not a stimulus package

Calif. father arrested in death investigation of two kids

NEWS

Top News

World

Business

Document title: President&#39;s lawyers say communist-funded election software responsible for alleged voting irregularities | One America News Network
Capture URL: https://web.archive.org/web/20201206233341/https://www.oann.com/presidents-lawyers-say-communist-funded-election-software-responsible-for-alleged-…
Capture timestamp (UTC): Mon, 25 Oct 2021 16:43:16 GMT                                                                                              Page 5 of 7



Business

Money

Tech

Sports

Entertainment

## STORE

Shop

## TELEVISION

Schedule

Where to Watch

## COMPANY

About One America News Network

Affiliate Relations

Brand & ID

Press Kit

Careers

Contact

## TOPICS

https://www.oann.com/presidents-lawyers-say-communist-funded-election-software-responsible-for-alleged-voting-irregularities/   Go   NOV   DEC   JAN

33 captures
20 Nov 2020 - 14 Apr 2021

2019   06   2020

## TELEVISION

Schedule

Where to Watch

## COMPANY

About One America News Network

Affiliate Relations

Brand & ID

Press Kit

Careers

Contact

## TOPICS

2020 election   2020 Elections   2020 Presidential Election   Arizona ballot stuffing
California   Chanel Rion   China   Congress   coronavirus   coronavirus lockdown   coronavirus pandemic
coronavirus vaccine   COVID-19   Dominion   Dominion Voting Systems   Donald Trump   ECONOMY   election fraud   FDA
Georgia   GOP   Greta Wall   Joe Biden   John Hines   mainstream media   Michigan   Middle East   Moderna   New York   pandemic
Pearson Sharp   Pennsylvania   Pfizer   President Trump   recount   Rudy Giuliani   senate   Trump
Administration   Trump campaign   Trump Legal Team   voter fraud   voting fraud   Wisconsin   'Stay At Home'
order

© COPYRIGHT 2020 — HERRING NETWORKS, INC. ALL RIGHTS RESERVED.   CONTACT   ABOUT   WHERE TO WATCH   AFFILIATE RELATIONS   BRAND
PRESS KIT   CAREERS   SHOP   TERMS