# Exhibit 12



Document title: One America News on Twitter: &quot;President's lawyers say communist-funded election software responsible for alleged voting irregularities - https://…
Capture URL: https://twitter.com/oann/status/1329862669269045248?lang=en
Capture timestamp (UTC): Mon, 25 Oct 2021 17:35:10 GMT

Tweet



Kamala Harris lied and accused me of being a gang rapist in the most vicious smear campaign against a nominee. I also served as an attorney for Bush in 2000.

Democrats attacked my faith and accused me of adopting black orphans ten years ago just for publicity and discussed taking them away from me. Oh, and Scalia was my mentor.

Joe Biden publically smeared me with lies and hired a prostitute to claim that I raped her just to try to block my nomination.

Shalaby

💬 2          🔁 3          ♡ 11          ⬆

**Rolland** @Roland_Jenkins · Nov 20, 2020          ...
Replying to @OANN
Is Rudy sweating?!

💬          🔁          ♡ 1          ⬆

This Tweet is from a suspended account. Learn more

**Maci Malanga** @MaciMalanga · Nov 21, 2020          ...
Sooo telling. United we stand no matter what direction the enemy comes from.

💬          🔁          ♡          ⬆

**Jason Polykoff** @JPolykoff · Nov 20, 2020          ...
Replying to @OANN
🙇

💬          🔁          ♡ 1          ⬆

**Bucky Gruntz** @BuckyGruntz · Nov 20, 2020          ...
Replying to @OANN
But they need to show proof if they have it!!

💬 10          🔁 1          ♡ 5          ⬆

**I'm wicked good** @DougzInBoston · Nov 20, 2020          ...
Yet they haven't shown any

💬 1          🔁          ♡ 2          ⬆

**Nanda** @NandaDrtNns · Nov 20, 2020          ...
Replying to @OANN
twitter.com/momotchiii/sta...

**Don't miss what's happening**
People on Twitter are the first to know.
Log in     Sign up

**Tweet**

Nanua @NanuaDrtivis · Nov 20, 2020
Replying to @OANN
twitter.com/momotchiii/sta...

This Tweet is from a suspended account. Learn more

💬          ⟲ 2          ♡ 4          ⬆

**The General Staff** @Thegenrlstaff · Nov 20, 2020          ...
Replying to @OANN
I feel like it'd be easier to wage the equal protection war to throw out the
unobserved ballots then use the power of the executive to pursue this...

💬 2          ⟲          ♡ 2          ⬆

**Ira Novaya** @NovayaIra · Nov 20, 2020          ...
Replying to @OANN
The *Elite Strike Force Team* 😂😂😂😂

💬          ⟲          ♡ 2          ⬆

**ElmXah.Mb** @zinzinplus · Nov 20, 2020          ...
Replying to @OANN
In God we trust



💬          ⟲ 1          ♡ 2          ⬆

**Susan Abbott** @colinsusan1 · Nov 20, 2020          ...
Replying to @OANN

**Don't miss what's happening**
People on Twitter are the first to know.

Log in          Sign up

Document title: One America News on Twitter: &quot;President's lawyers say communist-funded election software responsible for alleged voting irregularities - https://…
Capture URL: https://twitter.com/oann/status/1329862669269045248?lang=en
Capture timestamp (UTC): Mon, 25 Oct 2021 17:35:10 GMT



Don't miss what's happening

People on Twitter are the first to know.

Log in    Sign up



# Tweet

Show replies

**Penny** ⬭ @pennyarnie · Nov 20, 2020

Replying to @OANN

oh good lord, what next software that attached itself to the star ship enterprise and found its way to earth.

Breaking: Aliens from outer space interfere in Presidential Election 2020 signed: Rudy....

💬          ⟲ 1                    ♡ 3              ⬆

**Bo Gardiner** 🌐 @Bo_Gardiner · Nov 20, 2020

Replying to @OANN

People need to read this:

> ...more than a week, Powell has been all over conservative media with the following story: This election was stolen by a collection of international leftists who manipulated vote tabulating software in order to flip millions of votes from Donald Trump to Joe Biden. The other day on television, Powell said of Trump that when the fraud is finally uncovered, "I think we'll find he had at least 80 million votes." In other words, rigged software stole about seven million votes in this election.
>
> On Sunday night, "Tucker Carlson Tonight" texted her after watching one of her segments. What Powell was describing would amount to the single greatest crime in American history. Millions of votes stolen in a day, democracy destroyed, the end of our centuries-old system of self-government. Not a small thing...
>
> So we invited Sidney Powell on the show. We would have given her the whole hour. We would have given her the entire week, actually, and listened quietly the whole time at rapt attention.
>
> But she never sent us any evidence, despite a lot of polite requests. When we kept pressing, she got angry and told us to stop contacting her. When we checked with others

💬 14          ⟲ 4                    ♡ 4              ⬆

Show replies

---

This Tweet was deleted by the Tweet author. Learn more

Show replies

---

This Tweet is from a suspended account. Learn more

**Kyame Hashepsut** @MACDGoblin · Nov 20, 2020

🔴 **Tom Elliott** @tomselliott · Nov 19, 2020

Biden: "I'm going to — we're going to impose the — we're going to enforce the — excuse me, employ the defense, reconstruct the act, to be

---

## Don't miss what's happening
People on Twitter are the first to know.

[ Log in ]   [ Sign up ]

Document title: One America News on Twitter: &quot;President's lawyers say communist-funded election software responsible for alleged voting irregularities - https://…
Capture URL: https://twitter.com/oann/status/1329862669269045248?lang=en
Capture timestamp (UTC): Mon, 25 Oct 2021 17:35:10 GMT



**Tweet**

Biden: "I'm going to — we're going to impose the — we're going to enforce the — excuse me, employ the defense, reconstruct the act, to be able to go out there and dictate companies build and do following things."

Show this thread

This Tweet was deleted by the Tweet author. Learn more

This Tweet is from a suspended account. Learn more

Show replies

**Ten-nine** @ScobieSr · Nov 20, 2020
Replying to @OANN
Remember the EO from last year? 🤔

This Tweet was deleted by the Tweet author. Learn more

Show replies

**Taffy Fowler** @TaffyFowler · Nov 20, 2020
Replying to @OANN
So what they are saying is the Republican president and the Republican lead election board allowed this to happen since they were in charge this time around.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up

# Tweet

around.

💬          ⟲          ♡          ⬆️

**GavinMCLELLAND.Ξsquire (△, △)** @gavinmclelland · Nov 20, 2020          •••

Replying to @OANN

Alameda county has an interesting connection with Marxist
Eurocommunism, politics and tech!#Love to hear some reporting on that!

💬          ⟲          ♡ 3          ⬆️

This Tweet was deleted by the Tweet author. Learn more

**paul-e-d** @pedavi · Nov 20, 2020          •••

You're losing your mind

💬 1          ⟲          ♡          ⬆️

**Pro Democracy** 🌀 @rudedog224 · Nov 20, 2020          •••

Replying to @OANN

Is this the Kraken?

💬 1          ⟲          ♡          ⬆️

**paul-e-d** @pedavi · Nov 20, 2020          •••

Replying to @OANN

Naturally, the machines are secretly run by communist Venezuela to help
put Joe Biden in office. Who supported regan,
Against... wait for it.... Communism!

💬 1          ⟲          ♡ 2          ⬆️

**Gary Shawn** @GaryGtheduke007 · Nov 20, 2020          •••

Replying to @OANN

The Devil saw us with our head down and thought he'd won until we said
Amen!!! 👍🤣

💬          ⟲          ♡ 4          ⬆️

**artyhodo** @CoolHan42261747 · Nov 20, 2020          •••

Replying to @OANN



**Don't miss what's happening**
People on Twitter are the first to know.

Log in     Sign up



Document title: One America News on Twitter: &quot;President's lawyers say communist-funded election software responsible for alleged voting irregularities - https://…
Capture URL: https://twitter.com/oann/status/1329862669269045248?lang=en
Capture timestamp (UTC): Mon, 25 Oct 2021 17:35:10 GMT                                                          Page 8 of 37



**Trouble needs me!** @DianeBollig · Nov 20, 2020
Replying to @OANN
You misspelled two crazy people

**Lonesome Rhodes** @rhodes_lonesome · Nov 20, 2020
Replying to @OANN
Coo coo for Cocoa Puffs!

**mberg04** @julesanddanny02 · Nov 20, 2020
Replying to @OANN
Wow this is pathetic..

**DR Miller** @drmiller166 · Nov 20, 2020
Replying to @OANN

0:32   1 view

**Sam** @5893sam · Nov 20, 2020
Replying to @OANN
When are you guys doing a late show?

**Snoopy** @connie14898058 · Nov 20, 2020
Replying to @OANN
CAN WE PROVE IT??

**Don't miss what's happening**
People on Twitter are the first to know.

Log in     Sign up

Tweet

Replying to @OANN
CAN WE PROVE IT??

**Lori Santalla** @lcsinla · Nov 20, 2020
Replying to @OANN
Oh come on😍😍😍

**me** @LouCynt · Nov 20, 2020
Replying to @OANN
Only in which state?

**Micheal Dundee** @DundeeMicheal · Nov 20, 2020
Replying to @OANN
Impressive speech!

**Rich** @Richsaitta · Nov 20, 2020
Replying to @OANN
Magic mushrooms at work

**paul-e-d** @pedavi · Nov 20, 2020
Replying to @OANN
Didn't you say the media doesn't decide elections?

**Wayne** @WCM012 · Nov 20, 2020
Replying to @OANN
😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂
😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂

**F-ck Around** @ndFindOut · Nov 20, 2020
Replying to @OANN



**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up

Tweet



Document title: One America News on Twitter: &quot;President's lawyers say communist-funded election software responsible for alleged voting irregularities - https://…
Capture URL: https://twitter.com/oann/status/1329862669269045248?lang=en
Capture timestamp (UTC): Mon, 25 Oct 2021 17:35:10 GMT
Page 11 of 37



Document title: One America News on Twitter: &quot;President's lawyers say communist-funded election software responsible for alleged voting irregularities - https://…
Capture URL: https://twitter.com/oann/status/1329862669269045248?lang=en
Capture timestamp (UTC): Mon, 25 Oct 2021 17:35:10 GMT



Tweet

**fmogadget** @fmogadget · Nov 20, 2020
Replying to @OANN
What bs.  The only communist interference was from russia  in 2016 for trump.

**风潇潇兮归途人（川普之泪滴）** @abc9861238 · Nov 21, 2020
Replying to @OANN
世上没有英雄，只有迎"难"而上挺身而出的凡人💪，这是人性良知使然。没有邪恶CCP白左的疯狂黑暗何来川普的耀目夺眼，只要川普有足够的坚强我们愿意陪战斗到底2020年即使民主党拜登欺诈作败选票成功我仍然相信川普必胜。支持川普因为他悍卫人类道德良知让公义民主自由与人类普世价值与公义得以伸张🇺🇸 🇺🇸

○ 1          ↻          ♡ 2          ⬆

Show replies

**Biden is a thief** @sunny45976233 · Nov 21, 2020
Replying to @OANN
support Trump

**jastiti** @SaveforestVi · Nov 21, 2020
Replying to @OANN
This is a coup by Dems and Media.
Pls defeat them 👊✨

**Palace** @Palace35992152 · Nov 21, 2020
Replying to @OANN
Communist funded software? You mean Trump's buddy Putin rigged the software the wrong way? lol

**Don't miss what's happening**
People on Twitter are the first to know.

Log in          Sign up



Eric Schwaab @BugsyUX · Nov 21, 2020
Replying to @OANN
what planet are you from?

DarkmatterDave @darkmattereffe1 · Nov 21, 2020
Replying to @OANN
THIS HEADLINE IS SO FAKE IT'S LAUGHABLE.

Judybaker0205 @judybaker0205 · Nov 21, 2020
Replying to @OANN
Do something about it please

David P. Hunt @Dave64P · Nov 20, 2020
Replying to @OANN
.@OANN
WRONG. There are only accusation but, no evidence have been presented by Sidney Powell.

The following media includes potentially sensitive content.
Change settings

View

♡ 1

David P. Hunt @Dave64P · Nov 20, 2020
Replying to @OANN
.@OANN
So, when did Venezuela acquire advanced cyber capability to breach every single state's voter data bases, introduced the changes & were not caught by @DHSgov & @NSAGov.
Why hadn't @ODNIgov make an announcement about a cyber attack? Why were people fired?

♡ 1

Just a guy @someguysname · Nov 20, 2020
Replying to @OANN
Delusional folks.

Elizabeth伊丽莎白 @elizabethshen6 · Nov 21, 2020

**Don't miss what's happening**
People on Twitter are the first to know.

Log in     Sign up





Tweet

Bat shit crazy

💬 1          ⟲          ♡ 1          ⬆

**Stefan Baumann** 🏳️‍🌈 🌍 🎬 @Stefan_Baumann_ · Nov 20, 2020          ···
Trump is Pathetic and so are the Republicans  Every day since losing the election, Trump reminds us that he didn't deserve to lose the election. He deserved to be impeached.

💬 1          ⟲          ♡          ⬆

**Arpolk** @WilliamCange · Nov 20, 2020          ···
Replying to @OANN

The following media includes potentially sensitive content.          View
Change settings

💬          ⟲          ♡ 1          ⬆

**Sez Me** @HoffmanHopes · Nov 20, 2020          ···
Replying to @OANN
WITH. NO. EVIDENCE.

💬 1          ⟲          ♡          ⬆

**Sith Ewok** @DecentralizedP6 · Nov 20, 2020          ···
Replying to @OANN

NO

GIF

💬          ⟲          ♡          ⬆

**GooDMorninG** @G00dMorning9 · Nov 20, 2020          ···
Replying to @OANN
Join us in this Broadcast bit.ly/2ITaX6D

💬          ⟲          ♡          ⬆

**Don't miss what's happening**          Log in     Sign up
People on Twitter are the first to know.



Document title: One America News on Twitter: &quot;President's lawyers say communist-funded election software responsible for alleged voting irregularities - https://…
Capture URL: https://twitter.com/oann/status/1329862669269045248?lang=en
Capture timestamp (UTC): Mon, 25 Oct 2021 17:35:10 GMT
Page 17 of 37



## THE WHITE HOUSE
### WASHINGTON

whitehouse.gov
The White House
Learn how the Biden-Harris Administration is tackling our nation's
challenges and building our country back better from this crisis.

**Randall Hunsaker** @HunsakerRandall · Nov 20, 2020
Replying to @OANN
To believe this, you'd have to believe that Communists would be interested
in helping far left progressive liberal anti-American Democrats. Hummmm
🤔

♡ 1

**Spooky Juno Maxwell** 🎃 @Goddess_Maxwell · Nov 20, 2020
Replying to @OANN
No surprise. Funny how the same lefties who whined about Russian
interference when Trump defeated Hillary on election night, ignore this
despite Biden NEEDING states to stop count on election night to add new
votes for him to win.

♡ 6

**Mr.Morrison** @MrMorri82561332 · Nov 20, 2020
Replying to @OANN
Rudy, looked & sounded like a got Damn Fool!  This is the best Trump has
💀💀💀 He even blow his nose & wiped his face with the same side of the
handkerchief f***king Disgusting! Trump is Terrified! of leaving office &
being prosecuted & convicted for tax & business fraud.

♡ 1

Show replies

**Charmol** @charmol520 · Nov 20, 2020
Replying to @OANN

## Don't miss what's happening
People on Twitter are the first to know.

Log in    Sign up

**the Dude** @southtampa_dude · Nov 20, 2020
Replying to @OANN
Wow. What a reach. How bout Russia helping Trump in 2016.

**PEACE, LOVE AND HAPPINESS!!!** @EndTheOligarch · Nov 20, 2020
Replying to @OANN
Like all the products at Walmart.

**Wm Scot Ellis** @wmscot · Nov 20, 2020
Replying to @OANN
Since your company is partially owned by the Putin regime, why should we believe anything that comes out of you

1

**Rich Kiernan** @Daedalus · Nov 20, 2020
Replying to @OANN



**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up

Document title: One America News on Twitter: &quot;President's lawyers say communist-funded election software responsible for alleged voting irregularities - https://…
Capture URL: https://twitter.com/oann/status/1329862669269045248?lang=en
Capture timestamp (UTC): Mon, 25 Oct 2021 17:35:10 GMT                                                                                    Page 19 of 37





**PARASITIC ANIMALS FEEDING OFF THE AMERICAN TAXPAYER, CONTRIBUTING NOTHING**

♡ 1

**Donald "Covid" Trump** @realDonaldCum · Nov 20, 2020
Replying to @OANN

GIF

**Donald "Covid" Trump** @realDonaldCum · Nov 20, 2020
Replying to @OANN

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up



**Tweet**

**Nicola Facciolini** @NikeSkywalker · Nov 20, 2020
Replying to @OANN
Twitter Facebook Sylicon Valley Deep State Big Media, real responsable, are not communist.

1

**Ana Maria** @RomeroAmg · Nov 20, 2020
Replying to @OANN
Smartmatic owners are from Venezuela and live here in Boca Raton. They sold their own country with these machines to make sure Chavez won the last election. Mean while they are here living as billionaires and now selling these machines to Dems to take our freedom! #2020Elections

2

**DeadFerrets** 🏴󠁧󠁢󠁥󠁮󠁧󠁿🇬🇧🇺🇸 @kevbrett1 · Nov 21, 2020

**Don't miss what's happening**
People on Twitter are the first to know.

Log in   Sign up

Document title: One America News on Twitter: &quot;President's lawyers say communist-funded election software responsible for alleged voting irregularities - https://…
Capture URL: https://twitter.com/oann/status/1329862669269045248?lang=en
Capture timestamp (UTC): Mon, 25 Oct 2021 17:35:10 GMT

**⟵ Tweet**

ODERNA ANNOUNCES ITS EXPERIMENTAL COVID-19 VACCINE IS NEARLY 95 PERCE

**Christiaan van Mansfeld** @ChrvM19 · Nov 20, 2020

Replying to @OANN

Demolishing a democracy is that a criminal offense? It's unbelievable that people don't learn from history. Wars start because of this kind of people. Fake conspiracy. Creating fake enemies



💬 1                    🔁                    ♡                    ⬆

Show replies

**BurningItDown** @mylifemyway72 · Nov 21, 2020

Replying to @OANN

President's lawyers are kooks.

**robert** @robert74550925 · Nov 21, 2020

Replying to @OANN

we all know it was the Russians, the democrats said so

**Jim Kappus** @jim_kappus · Nov 21, 2020

Replying to @OANN

Republicans are no longer ashamed and have stopped pretending to care about our democracy.

Donald the election is over. Asking for donations to support the fight is just another way to make money off your supporters. Not being campaign funds you are pocketing 60% for yourself!

---

### Don't miss what's happening
People on Twitter are the first to know.

**Log in**    **Sign up**

---

Document title: One America News on Twitter: &quot;President's lawyers say communist-funded election software responsible for alleged voting irregularities - https://…
Capture URL: https://twitter.com/oann/status/1329862669269045248?lang=en
Capture timestamp (UTC): Mon, 25 Oct 2021 17:35:10 GMT                                    Page 23 of 37

**Tweet**

another way to make money off your supporters. Not being campaign funds you are pocketing 60% for yourself!

**DarkmatterDave** @darkmattereffe1 · Nov 21, 2020
Replying to @OANN
OANN has thrown their credibility out the window when they decided to attract the Trump crowd. It's impossible to report accurate news to a group of people that only believe what they want to hear. Destined to be Fake News just to survive.

**Highlander** @Highlan63620036 · Nov 22, 2020
Replying to @OANN
Completely agree and just like the Covid-19 pandemic spread around the world the communist bastards have people working in our Congress that have used computers to add at least 20 Million fraudulent votes in every State used to defeat Trump & Republicans in this election. FACT.

**glamourandlight** @glamourandlight · Nov 20, 2020
Replying to @OANN
Crackerjack legal minds at work here!!



**Patrick Rooney** @Patrick30677628 · Nov 20, 2020
Replying to @OANN
Why does everyone think that they need to see the evidence now? When they go to court what they have will be presented.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up

🐦 **Tweet**

🔍

⚙️

they go to court what they have will be presented.

💬          ⟲          ♡          ⬆️

**Andrew Zeig** @commodore997 · Nov 20, 2020        •••
Replying to @OANN
Hahaha! Rudy is such a loser.

💬          ⟲          ♡          ⬆️

**No vaccine, no sports.** @GimmeTatis · Nov 20, 2020        •••
Replying to @OANN
F'ing lizards continue to gain power...

💬          ⟲          ♡          ⬆️

**Hank** @VAJrood · Nov 20, 2020        •••
Replying to @OANN and @ronaldj100
Hey Ronnie, why do you look like a turtle that got stuck outside it's shell?

💬          ⟲          ♡          ⬆️

**E.S.L.** 🇺🇸 @ChievoVerona · Nov 20, 2020        •••
Replying to @OANN
What a bunch of clowns Trump managed to assemble.
I guess it's just a final metaphor for his 4yrs.

💬          ⟲          ♡          ⬆️

**Aspyn Noelle Dommer** @AspynDommer · Nov 20, 2020        •••
Replying to @OANN
Pedophile JoeMENTIA got away with stealing the 2020 Election & like always
the GOP sat back & twiddled their thumbs so as not2 make the Socialist
Party of Death angry VOTERS like myself have been S*IT on by the ball~less
GOP once again Say Goodbye 2America as we know it.



**Don't miss what's happening**
People on Twitter are the first to know.          [ Log in ]    [ Sign up ]

Document title: One America News on Twitter: "President's lawyers say communist-funded election software responsible for alleged voting irregularities - https://…
Capture URL: https://twitter.com/oann/status/1329862669269045248?lang=en
Capture timestamp (UTC): Mon, 25 Oct 2021 17:35:10 GMT                                                                        Page 25 of 37



**Tweet**

Swampella @Swampella · Nov 20, 2020

Replying to @OANN

Come on now nobody takes Dripping the pedophile seriously

St Jack @realStJack · Nov 20, 2020

Replying to @OANN

communist-funded?
demonize to back the fraud claim or discredit it.

berhthugl@gmail.com @berhthugl · Nov 20, 2020

Replying to @OANN

May Justice be served to any or all culprits involved in tampering the election results. Looking more
GRAVE as time tells.

   Has definitely been a lot of ( BS ) , BIDEN & SNOWDEN WHERE EVER IT IS AT.

   NOT OVER YET.
GOOD ALWAYS PREVAILS OVER EVIL.
KEEP THE FAITH !

**DONALD TRUMP**

**PRESIDENT OF THE UNITED STATES**

U.S. President Donald Trump speaks to reporters during a news conference in the Brady Press Briefing Room at the White House in Washington, U.S., September 23, 2020.

F*CK TRUDEAU @TrumpVirusUS1 · Nov 20, 2020

Replying to @OANN

**Don't miss what's happening**
People on Twitter are the first to know.

Log in      Sign up

Document title: One America News on Twitter: &quot;President's lawyers say communist-funded election software responsible for alleged voting irregularities - https://…
Capture URL: https://twitter.com/oann/status/1329862669269045248?lang=en
Capture timestamp (UTC): Mon, 25 Oct 2021 17:35:10 GMT





Tweet

kdcnett @kdcnett · Nov 20, 2020
Replying to @OANN

yahoo.com
Tucker Carlson claims Trump's attorney 'got angry' ...
Carlson has invited Trump attorney Sidney Powell to
come on his show on numerous occasions to ...

3secondsapart @BlehDavid · Nov 20, 2020
Replying to @OANN
Communist = dumocrats

Highlander @Highlan63620036 · Nov 22, 2020
Replying to @OANN
These Communists are part of the Democratic party and work in our
Congress. We have No FBI left in this Country and until they are revived
there will be no uncovering communist insurgents.

Anthony @AnthonyFromLI · Nov 20, 2020
Replying to @OANN
Just called the office of @ThomTillis @SenMikeLee @LindseyGrahamSC all
on the judiciary committee. Told them to demand action of
@TheJusticeDept   look up their numbers and please call them patriots. We
can't allow the deep state to elect our leaders.

1                                      6

Antas81 @anthtas81 · Nov 20, 2020
Replying to @OANN
What type of election system will be used for the GA Jan 5 Senate run off??
Blockchain/ Digital Ledger Technology?? Can't imagine we will be doing this
again after the run off.

Charis @CharisPicante · Nov 20, 2020
Replying to @OANN
TRUMP'S TEAM IS RIGHT. It happened in Venezuela, Argentina and in

**Don't miss what's happening**
People on Twitter are the first to know.

Log in     Sign up



Charis @CharisPicante · Nov 20, 2020
Replying to @OANN
TRUMP'S TEAM IS RIGHT. It happened in Venezuela, Argentina and in Bolivia's 2019 elections the vote count suddenly stopped just like here in the US. When it resumed the next day, the losing candidate Evo Morales, was suddenly ahead. *CNN* reported on it 👇

cnnespanol.cnn.com
Empresa auditoria denuncia que proceso electoral en Bolivia fue vulner...
El gerente de la empresa auditora Ethical Hacking, contactada por el Tribunal Supremo Electoral de Bolivia (TSE) para realizar una auditoría ...

MikeS @trouta2 · Nov 20, 2020
Replying to @OANN
Might want to look into how much US taxpayer $ was used to build these tools as well.

Charis @CharisPicante · Nov 20, 2020
Replying to @OANN
The Organization of American States was asked to audit Bolivia's elections because the vote counting was paused too. They found fraud. (Morales of Bolivia & Chavez/Maduro of Venezuela, where Smartmatic was made, are BFFs). Same happened in Argentina. 👇

nodal.am
La OEA acusa al New York Times de mentir sobre la...
NODAL - Noticias de América Latina y el Caribe

**Don't miss what's happening**
People on Twitter are the first to know.

Log in     Sign up

Tweet

**Robin memes scalpes U2-street 💀 KayPee•• :LH...** · Nov 20, 2020   ···
Replying to @OANN
This gives also some kind of explanation, how highly unpopular politicians, here are voted
The one is, that she can count on here female centric ANTIIIFA network, getting all the votes from voters with (panEU) migration background, but also to push ANTIIIFA ideological candidates



**ConservativeCat** @Politically_Cat · Nov 20, 2020   ···
Replying to @OANN and @FiveRights
When is Sidney Powell filing a lawsuit? We need her to ASAP otherwise what she finds wont help Trump

**Angela** @AngMat12 · Nov 20, 2020   ···
Replying to @OANN
Yes his crack team of leaky head crazy and a qanon believer, so sure believe what those zeroes tell you

**MarQuita** @Skiiryne · Nov 20, 2020   ···
Replying to @OANN
🇺🇸

**The Bradley Files** @bradley_files · Nov 20, 2020   ···

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up



Tweet

**The Bradley Files** @bradley_files · Nov 20, 2020   ⋯
Replying to @OANN
This is such an intellectually lame argument.  If it is truly the best that can be mustered....we have lost.

**DadBrady-UgChump-GulagBound** @trumpgender · Nov 20, 2020   ⋯
Replying to @OANN
The people that ignored Bill Clinton as a rapist and visitor to Epstein Island (where children were kidnapped, raped, and vivisected) are the same people who want Biden to be president in spite of election interference by our enemies.

**nacky** @CryptoNacky · Nov 20, 2020   ⋯
Replying to @OANN

**nacky** @CryptoNacky · Nov 20, 2020
It's not who votes that counts.
It's who counts the votes.

Joseph Stalin  Perpetrator of up to 9 million deaths

**Maria_45WillAlwaysBeTheBest** @hilderbrand_j · Nov 20, 2020   ⋯
Replying to @OANN
Not alleged. There were clearly irregularities.

**Don't miss what's happening**
People on Twitter are the first to know.

[Log in]   [Sign up]

Document title: One America News on Twitter: &quot;President's lawyers say communist-funded election software responsible for alleged voting irregularities - https://…
Capture URL: https://twitter.com/oann/status/1329862669269045248?lang=en
Capture timestamp (UTC): Mon, 25 Oct 2021 17:35:10 GMT



Tweet

♡        ⟲        ♡        ⬆

**Joan Smith Wimberly** @jswimberly · Nov 20, 2020        · · ·
Replying to @OANN
Thank you for fighting this battle for the American people and for our great
@POTUS. God bless you...I'm praying for your safety and Divine guidance.
🇺🇸🙏

♡        ⟲        ♡        ⬆

**MS** @MelindaStephen · Nov 20, 2020        · · ·
Replying to @OANN
Text of a Notice on Continuation of the National Emergency With Respect To
Foreign Interference In or Undermining Public Confidence In U.S. Elections
FOREIGN POLICY
Issued on: September 10, 2020

♡        ⟲        ♡        ⬆

**Be American** @Chippy4Merica · Nov 20, 2020        · · ·
Replying to @OANN
Why hasn't the Senate dragged execs of Dominion in to answer Questions?
UNDER OATH? #DominionUnderOath

♡        ⟲        ♡        ⬆

**Zach Loescher** 🔵📱🏆💰⚡🟩🟩 @ZLoescher · Nov 20, 2020        · · ·
Replying to @OANN and @teokee
Why is Dominion registered as a "Foreign Corporation" and their
Headquarters in Denver is an apartment. Seems legit! #dominion
#elections2020 #biden #voterfraud #electionfraud

♡        ⟲        ♡        ⬆

**Freedom** @m196538410077 · Nov 20, 2020        · · ·

**Don't miss what's happening**        Log in        Sign up
People on Twitter are the first to know.

Tweet

**Freedom** @m196538410077 · Nov 20, 2020
Replying to @OANN
We must fight against this.

**ana cayeiro** @anacayeiro1 · Nov 20, 2020
Replying to @OANN
Very true

**JAX Report** @jjoyce_r · Nov 20, 2020
Replying to @OANN
..and it started during WWII and we just let it happen. I you read this book, you will understand how diabolical the DEMOCRAT party @CREWcrew @RBReich @lawfareblog
is. They care less for a Republic only Global domination...On Amazon and all fact checked. A must read.



. @Rvogt1_cba · Nov 20, 2020
Replying to @OANN

> 🐢 **Byron York** ✓ @ByronYork · Nov 20, 2020
> If you watched Trump attorneys newser yesterday, you saw Sidney Powell say they had 'one very strong witness' who explained how the alleged Dominion-Smartmatic vote-changing operation worked. His 'stunning, detailed' affidavit was attached to Lin Wood lawsuit. From Powell: 1/6
> Show this thread

**Don't miss what's happening**
People on Twitter are the first to know.

Log in     Sign up



**Tweet**

Powell: 1/6

Show this thread

venezuela, Cuba, and likely China in the interference with our elections here in the United States. The Dominion voting systems, the Smartmatic technology software and the software that goes in other computerized voting systems here in as well, not just Dominion, were created in Venezuela at the direction of Hugo Chavez to make sure he never lost an election after one constitutional referendum came out the way he did not want it to come out. We have one very strong witness who has explained how it all works. His affidavit is attached to the pleadings of Lin Wood in the lawsuit he filed in Georgia. It is a stunning, detailed affidavit because he was with Hugo Chavez while … He was being briefed on how it worked, he was with Hugo Chavez when he saw it operate to make sure the election came out his way. That was the express purpose for creating this software. He has seen it operate and as soon as he saw the multiple

**Alex** @valda062 · Nov 20, 2020

Replying to @OANN

more lies. Trump lost. Now get over it snowflakes!

**CitizenofChi-Comerica** @RIPCOMMIEUSA · Nov 20, 2020

Replying to @OANN

What happened to your online link to the story?

oann.com/rudy-giuliani-...

**David Silver** @davidlsil1961 · Nov 20, 2020

Replying to @OANN

Finally. Real Russian collusion. Only this time the idiot dems don't want to believe it.  Can't fix stupid.

**Randy Buxton** @RandyBuxton · Nov 20, 2020

Replying to @OANN

Hmmm. I wonder why those same machines used in states that @realDonaldTrump won aren't be called into question? Or maybe its just that you all are just a bunch of not very smart liars.

NOQUARTER  @FO13848 · Nov 21, 2020

**Don't miss what's happening**
People on Twitter are the first to know.

Log in     Sign up



🐦 **Tweet**

🔍

⚙️

🇺🇸⚓ **NOQUARTER**⚓ 🧑‍💼 @EO13848 · Nov 21, 2020 · · ·
Replying to @OANN

exactly who they are

Goes in 🔴 and comes out 🔵

**DOMINION VOTING**

💬          ⮌          ♡          ⬆️

**Ram** @Ram95314168 · Nov 21, 2020 · · ·
Replying to @OANN
Yep

💬          ⮌          ♡          ⬆️

**melmel** @melreategui · Nov 21, 2020 · · ·
Replying to @OANN
@SkyNewsAust  hey! Get yourself a bit of the facts and real news why
Sleepy Joe Biden isn't the President and why he is never going to be! And
stop trying to cover up the sun with one finger. You are a disgrace for the
Journalism 😠

💬          ⮌          ♡ 1          ⬆️

**John Gault** @JohnGau41198779 · Nov 21, 2020 · · ·
Replying to @OANN
Happened in Venezuela too. Same company. Smartmatic.
smartmatic.com/media/article/...

💬          ⮌          ♡          ⬆️

**Fire Base** @Firebase301 · Nov 21, 2020 · · ·
Replying to @OANN
Can someone find out who has the servers please

💬          ⮌          ♡          ⬆️

**Don't miss what's happening**
People on Twitter are the first to know.          Log in          Sign up



Tweet

**Peggyann Zungolo** @PeggyZ824 · Nov 21, 2020
Replying to @OANN and @FiveRights
Scary that our Elections are not Honest!

**Travis West** @TravisWest2018 · Nov 21, 2020
Replying to @OANN
THEY WILL SAY ANYTHING AND THE FACT YOUR STATION IS WILLING TO
PROMOTE LIES AND CONSPIRACY THEORIES JUST PROVES WHAT A
DISGRACE YOU ARE TO THE MEDIA WORLD.  THE ALGAE AND BARNACLES
THAT GROW ON THE BOTTOM OF MY BOAT EACH MONTH HAVE MORE
RELEVANCE AND CLASS THAN YOUR CULT STATION

**Jared** 🇺🇸 @JaredSuarez33 · Nov 20, 2020
Replying to @OANN

THEY CAN DO IS JUST TAKE IT?

**RealMcCoyKs - Bejieng Biden Not My President** @... · Nov 20, 2020
Replying to @OANN
youtube.com/watch?v=MKnJFF...

**Don't miss what's happening**
People on Twitter are the first to know.

Log in     Sign up



**RealMcCoyKs - Bejieng Biden Not My President** @... · Nov 20, 2020
Replying to @OANN
youtube.com/watch?v=MKnJFF...

**Don't miss what's happening**
People on Twitter are the first to know.

Log in   Sign up