# Exhibit 13



One America News Network

✔

@OneAmericaNewsNetwork · ⭐ 4.7 (10,579 reviews) ·
Broadcasting & Media Production Company

**Follow**

Home    Videos    Photos    Live    More ▾

👍 Like    💬 Message    🔍    •••

---

**One America News Network** ✔
November 20, 2020 · 🌐

The President's lawyers are weighing in, once again, on election fraud during the 2020 White House race.

ℹ

OANN.COM
**President's lawyers say communist-funded election software responsible for alleged voting irregularities | One America News...**
Breaking News, Latest News and Current News from OANN.com. Breaking news and video. Latest Current News: U.S., World, Entertainment, Health, Business, Technology, Politics, Sports.

👍 1.4K                                    390 Comments  89 Shares

👍 Like         💬 Comment         ↪ Share

All Comments ▾

✏ Write a comment...                    😊 📷 GIF 🎨

**Scott Baker**
Why is it when the democrats say an election was rigged with zero signed affidavits and zero people who will testify under oath, but rather just annymous unverifiable sources that the media tries to convict trump with, taking 2 years investigating nonsense and end up with nothing, yet we say a private group of respected lawyers have hundreds of legal



Why is it when the democrats say an election was rigged with zero signed affidavits and zero people who will testify under oath, but rather just annymous unverifiable sources that the media tries to convict trump with, taking 2 years investigating nonsense and end up with nothing, yet we say a private group of respected lawyers have hundreds of legal signed sworn affidavits and 8 peoples actual real names are released that we say there is no evidence and we need to move on after 14 days?

Like · Reply · 48w · Edited                                    40

**David Emery**
**Scott Baker** Because they are hypocritical liars!

Like · Reply · 48w                                              4

**Jalaine Fojut**
**Scott Baker** , Because , they are married to , or related to those in office , or they are hold overs from the obummer era .

Like · Reply · 48w                                              3

**Jalaine Fojut**
https://www.realclearpolitics.com/.../the_medias...#!

REALCLEARPOLITICS.COM
The Media's Democratic Ties | RealClearPolitics

Like · Reply · 48w

**Rob Goluck**
**Scott Baker**

YOU'RE IN
A CULT
2020

Like · Reply · 48w                                              4

**Ilene Harris**
Perhaps the Democrats have lawyers with actual EVIDENCE. Just throwing assertions does not work in a court of law. It only works at a Trump rally.

Like · Reply · 48w                                              2

**Zagnor Knight**
**Scott Baker** Take it to court scotty! Hahahaha! President Donald Trump's campaign and Republican officials have filed nearly two dozen lawsuits since Election Day in an effort to contest the results of the 2020 election.
The campaign filed lawsuits and motions to intervene in cases in swing states Arizona, Georgia, Michigan, Nevada, and Pennsylvania.
They've notched zero victories, 18 cases where they've withdrawn or lost, and have 4 cases pending

**One America News Network**

[🔵 Follow]  [👍 Like]  [💬 Message]  🔍  •••



They've notched zero victories, 18 cases where they've withdrawn or lost, and have 4 cases pending

😂😂😂

Like · Reply · 48w

Reply to Scott Baker...    😊 📷 GIF 🎁

**Toni Gittings English**
When are all of these high level lawyers going to put all of their evidence in front of a judge and get this over with? Time is running out and if they all have what they say the have, get on with it! 🇺🇸❤️🇺🇸

Like · Reply · 48w          👍 3

> **Ashley Renee**
> **Toni Gittings English** trumps EO from 2018 gives them 45 days from Election Day as long as international play is involved. Electoral college can vote and still get brought back.
>
> Like · Reply · 48w          👍 3

> **Kurt Sanwald**
> **Toni Gittings English** they have time. The said by end of next week they should be ready to reveal it all. Stay tuned 😎🇺🇸
>
> Like · Reply · 48w          👍 2

> **Nick Camilleri**
> **Toni Gittings English** I forgot big cases took 15 minutes to throw together 😀
>
> Like · Reply · 48w

> **Charles Stevens**
> **Toni Gittings English** they have....trump and his allies have lost 30 court cases so far. No evidence of fraud.
>
> Like · Reply · 48w

> Reply to Toni Gittings English...    😊 📷 GIF 🎁

**Liany Welch**
I heard the Dominion executives did not show up as scheduled this morning in Pennsylvania and employees are deleting their profiles and are leaving to who knows where

Like · Reply · 48w          👍😆 45

> **Joe Engeln**
> **Liany Welch** heard where? Or did you just lie???
>                                        👍 2
> Like · Reply · 48w

Document title: One America News Network - Posts | Facebook
Capture URL: https://www.facebook.com/OneAmericaNewsNetwork/posts/2329610910517345
Capture timestamp (UTC): Mon, 25 Oct 2021 17:51:05 GMT



One America News Network

**Follow**  |  **Like**  |  **Message**

**Joe Engeln**
Liany Welch heard where? Or did you just lie???
Like · Reply · 48w                      2

> **Martha Schmieg**
> Joe Engeln aww. Poor dear. It has been reported. Maybe not on your go to
> cnn, MSN and the newest member of the left wing media, fox
> Just because they don't report som doesn't mean it isn't true.
> Like · Reply · 48w                      4

> **Marlene Carlson**
> Joe Engeln https://thepostmillennial.com/breaking-dominion-backs-out...
>
> > THEPOSTMILLENNIAL.COM
> > BREAKING: Dominion backs out of hearing before
> > Penn. legislature
>
> Like · Reply · 48w                      1

> **Joe Engeln**
> Martha Schmieg also. Understand. Reporting doesn't make it true. Only courts
> can determine that And not all reporting is correct.
> Like · Reply · 48w · Edited

> Reply to Joe Engeln...

**Melissa Leier**
Liany Welch yes it's true. I watched the press conference.
Like · Reply · 48w                      10

> **Melissa Leier**
> Regi Mortimar well they said they were going to be there and then they
> decided to lawyer up.
> Like · Reply · 48w                      2

> **Rick Ponath**
> Regi Mortimar Why don't you worry about the country you live in?
> Like · Reply · 48w                      9

> **Brenda Sue Heath**
> Regi Mortimar bless your heart lol
> Like · Reply · 48w                      1

> **Marlene Carlson**
> Regi Mortimar Then try getting facts instead of making yourself look like an
> idiot. We are tired of the Russian hoax, etc.
> Like · Reply · 48w                      1

> **Marlene Carlson**
> Regi Mortimar Just because you weren't there doesn't mean it didn't happen.
> What a piece of BS you are.
> Like · Reply · 48w                      1

> Reply to Melissa Leier...







One America News Network · Follow · Like · Message



YOUTUBE.COM
Pennsylvania Vote Fraud: Beginning of video vs. end -
19,958 votes switch from Trump to Biden

Like · Reply · 48w · 😂 2

Mary Smiley Dowd

"We are gathering SO much evidence (of
MASSIVE amounts of Voter Fraud) that it
feels like it's coming in through a FIRE
HOSE."

- 🖐 Sydney Powell 🖐

Like · Reply · 48w · 😆😂 7

Denise Spencer
**Mary Smiley Dowd**
Even tucker Carlson called out your Powell traitor little one.

If one supports a party that takes the rights of others.... like republicans voter
suppression, or rights to serve, or lgbt worker rights, or women's rights, why
should they expect others to respect their rights.... At what point is one
complicit in treason.

Like · Reply · 48w · 👍❤️😂 3

Denise Spencer
Biden's first announced executive orders are great. Let's hope he continues in
this direction.
1 Rejoin Paris Accord
2 Rejoin the WHO
3 Reverse the Muslim ban
4 Protect Dreamers
5 Reverse military and school ban on trans Americans.
Keep it up Joe.

Like · Reply · 48w · 👍😂 5

Mary Smiley Dowd
Denise Spencer no, he was pissed she didn't come his show. No lawyer should
let incriminating evidence out to public before a trial. Tucker was being a jerk,
and I don't watch him. Means nothing in the scope of overwhelming evidence.
The courts will ultimately decide on the evidence, when it's presented to them
in full. This won't be tried in the corrupt media.

Like · Reply · 48w · Edited · 👍😂 3

Mary Smiley Dowd
**Denise Spencer** I'm confused by your rant. It's all over the place.

Like · Reply · 48w · 👍😂 3

Mary Smiley Dowd
**Denise Spencer** election fraud. Plain and simple. It's not going to end well for
Dems. Just keep watching.

Like · Reply · 48w · 👍😂 3

Scott L Shakespeare
**Mary Smiley Dowd**

One America News Network

Follow · Like · Message

Like · Reply · 48w

**Scott L Shakespeare**
**Mary Smiley Dowd**



CONSPIRACY THEORIES
MAKE STUPID
PEOPLE FEEL SMART.

Like · Reply · 48w

**Mary Smiley Dowd**
**Dag Hammarskjöld**

When you tell people to stay home

But then get caught at a Birthday party

Like · Reply · 48w

**Mary Smiley Dowd**
**Dag Hammarskjöld** lol. Especially when they are proven correct. 😉😘

Like · Reply · 48w

**Stephen Dill**
**Denise Spencer** Your so full of SH_T you smell !!!

Like · Reply · 48w

**Scott Davis**
**Mary**, this is who you're trusting for this shite about voter fraud?

**Paul Brittain** @
@PaulBrittain3

An absolutely epic, unrivaled one-month
run for this king. Breathtaking. #Rudy

Like · Reply · 48w



One America News Network    **Follow**    👍 **Like**    💬 **Message**

Like · Reply · 48w

**Mary Smiley Dowd**
Scott Davis you mean the guy that took down the mafia? Yes. I'm completely trusting him. And if you're smart, you will too. Let's see what happens.

Like · Reply · 48w    2

**Scott Davis**
Mary,

**Me: Biden won by over 4 million votes, 77 electoral college votes, and there is zero evidence of any significant voter fraud**

**MAGA:**

SO YOU'RE TELLING ME THERE'S A CHANCE

Like · Reply · 48w

**Scott Davis**

FROM THE
YOU CAN'T MAKE THIS SHIT UP FILE...

AFTER MISTAKING THE FOUR SEASONS TOTAL LANDSCAPING FOR THE FOUR SEASONS PLUSH HOTEL, RUDY BROUGHT OUT POLL WATCHER DARYL BROOKS AS HIS KEY WITNESS TO THE DIRTY DEEDS OF DEMOCRATS. DARYL HAS A STERLING REPUTATION AMONG REPUBLICANS. DARYL IS A REGISTERED SEX OFFENDER WHO DID 3 YEARS IN PRISON FOR EXPOSING HIMSELF TO A 7 AND 11 YEAR OLD. IT'S OK THOUGH, HE WAS SET UP.

Like · Reply · 48w

**Scott Davis**

Worried about Trump stealing the election?
**FACT: Biden leads by over**
148,000 votes in MI
47,000 votes in PA
36,000 votes in NV
20,000 votes in WI
14,700 votes in AZ
12,500 votes in GA
Recounts or nonsense litigation don't change win margins this big.
Let's put our friends at ease: Trump lost. We WON. Period.

Like · Reply · 48w    😂 1

**Scott Davis**

Document title: One America News Network - Posts | Facebook
Capture URL: https://www.facebook.com/OneAmericaNewsNetwork/posts/2329610910517345
Capture timestamp (UTC): Mon, 25 Oct 2021 17:51:05 GMT



One America News Network

Follow    Like    Message

Like · Reply · 48w

Scott Davis

Joke all you want, but Rudy's prepared to fight this all the way to the Supreme Courtyard by Marriott.

Like · Reply · 48w

Scott Davis

Brian Tyler Cohen @
@briantylercohen

Don't worry Trumpworld, the guys who confused Four Seasons Total Landscaping for the Four Seasons Hotel are going to mastermind a way to subvert the Electoral College and keep Donald Trump in office.

Like · Reply · 48w

Scott Davis

Trump witnessing thousands of people outside of the White House celebrating his loss

Like · Reply · 48w

Mary Smiley Dowd
Scott Davis keep laughing. It's completely irrelevant to me what you believe. The Supreme Court will decide.

Like · Reply · 48w

Scott Davis
Cheers luv.
Those maga tears are so sweet.

MAGA MARTINI

 

One America News Network        🔵 Follow        👍 Like        💬 Message        🔍   •••

Those maga tears are so sweet.



Like · Reply · 48w

 **Mary Smiley Dowd**
**Scott Davis** lol. If you believe that, you're really special.

Like · Reply · 48w

 **Scott Davis**
**Mary**, if you think Trump's won then you really are a retardican.

Biden's current lead over Trump:

Georgia - 10,621 votes
Arizona - 17,131 votes
Wisconsin - 20,539
Nevada - 36,186 votes
Pennsylvania - 45,063 votes
Michigan - 147,896

Bush's 2000 lead over Gore in
Florida: 537 votes

1:53 PM · 11/9/20 · Twitter for iPhone

Like · Reply · 48w

 **Mary Smiley Dowd**
**Scott Davis** it's going to be such a let down for you. Keep laughing while you
still can. It's pretty funny.

Like · Reply · 48w

 **Scott Davis**
**Mary**, all Trump's is doing.
He lost and he knows it.





One America News Network

Follow

Like

Message



Tenor

Like · Reply · 48w

**Mary Smiley Dowd**
Scott Davis you do realize that for every dumb meme you post I can do the same. It's silly though. And irrelevant. Like I said. Let's see what happens. It won't end like you think it will. 😊😊

Like · Reply · 48w

**Scott Davis**
Mary, at least one trumper knows he lost.

Like · Reply · 48w

**Mary Smiley Dowd**
Scott Davis he won in a landslide, that will be proven. Stay tuned.

Like · Reply · 48w                                    😂 1

**Scott Davis**
Mary, pretty sure it will end with Trump's loss.
So sure in fact I'll put up an entire 2 week paycheck to your pay for 2 weeks of work.
Are you confident now?

Like · Reply · 48w                                                            😂 1



**One America News Network**  Follow  Like  Message

Like · Reply · 48w  😆 1

**Martha Schmieg**
**Denise Spencer** you are so wrong and don't even know it.

Like · Reply · 48w

**Scott Davis**
**Mary**, so you're not confident enough to take the bet? Should be easy money for you if you really think trump won.

Like · Reply · 48w  😆 1

**Mary Smiley Dowd**
**Scott Davis** lol. I'm sure I make way more than you. So no deal. Lol. I wouldn't be winning much, and I'd feel bad taking your money. You'll need it.

Like · Reply · 48w

**Mary Smiley Dowd**
**Scott Davis** easy money? How much are we talking about?

Like · Reply · 48w

**Scott Davis**
**Mary**, if you think it will be proven and Trump won then what's the harm in taking the bet? If you're refusing it's because deep down you know Trump lost and won't remain president after January when Biden is sworn in.

Like · Reply · 48w  😆 1

**Martha Schmieg**
**Scott Davis** so you lefties actually believe biden got more votes than Obama ever got? You people are scary. Are you staying inside your home masked, too?

Like · Reply · 48w  ❤️ 1

**Mary Smiley Dowd**
**Scott Davis** lol. I know that Trump will. I notice you refused to say what I'd be winning. so what kind of deal is that? Silly dem.

Like · Reply · 48w

**Scott Davis**
**Mary**, 2 weeks of my pay versus how much you make in 2 weeks. Paycheck versus paycheck.
You game?

Like · Reply · 48w  😆 1

**Mary Smiley Dowd**
**Scott Davis** I've already replied. No one would take that bet without knowing the stakes. You're silly.

Like · Reply · 48w  😆 1

**Mary Smiley Dowd**
**Scott Davis** you never told me how much money that is. Lol.

Like · Reply · 48w  😆 1

**Scott Davis**
**Mary**, 3,000 dollars. Is that clear enough for you?

Like · Reply · 48w

One America News Network                    Follow        Like        Message

**Scott Davis**
**Mary**, 3,000 dollars. Is that clear enough for you?

Like · Reply · 48w

**Scott Davis**
**Mary**, 3000 dollars.
Good think cashapp and PayPal exists so you can pay me.

Like · Reply · 48w

**Mary Smiley Dowd**
**Scott Davis** lol. Listen to me. You need that money more than I do. And I would never take it from a young guy like you, even though I know without a shadow of a doubt that trump will be the victor. I'd feel horrible. I'm sure that's your rent money. To me it's two pair of shoes. So no, I won't take that bet. But I'll screen shot this, and tell you that you were right f Biden actually steps foot in the Oval Office. Best I can do.

Like · Reply · 48w                                                            😂 1

**Scott Davis**
**Mary**, translation : you're to much of a coward and know Trump lost but won't take the bet.

Like · Reply · 48w                                                            😂 1

**Mary Smiley Dowd**
**Scott Davis** I cant make it any clearer. So, whatever you say. I'll screen shot this. And then you can say I was right.

Like · Reply · 48w

**Scott Davis**
**Mary**, if you really had the confidence Trump won then you'd take the bet.

Like · Reply · 48w                                                            😂 1

**Mary Smiley Dowd**
**Scott Davis** so I would win your rent money? That would make me a dick. Sorry. Be glad I said no.

Like · Reply · 48w                                                            😂 1

**Scott Davis**
**Mary**, 2 pairs of shoes shouldn't be a big deal for you.
I see how it is. Once actually money is on the table, you are just like Trump, a loser and a coward.
Trump lost, his lawsuits are being thrown out.
I look forward to my 3000 dollars.



Like · Reply · 48w                                                            😂 1

One America News Network  ·  Follow  ·  Like  ·  Message



Like · Reply · 48w

**Mary Smiley Dowd**
Scott Davis his lawsuits aren't being thrown out. Quite contrary. The states are recinding the certifications. That means they aren't believing that there wasn't voter fraud. You're not knowledgeable on any of this. I'd be taking candy from a baby. Can't do it.

Like · Reply · 48w

**Scott Davis**
Mary, you're either a lair or just insane. There is no real news page reflecting any of the lies you said
I guess your husband won't let let you make the bet.
Funny how as soon as actual dollar amounts are brought out, you start trying to chicken out.
Just like loser Trump, you're afraid so go hide on palar in your safespace.

Things I've seen Parler called today:

Menspace
Reichbook
Y'all Qaeda
Fashbook
OnlyFash
HickTock
OnlyFam
OkStupid
KlansMenOnly
OnlyKlans
CrySpace
FlakeBook
Meindr
Howdy Arabia
4Klan
Plenty of Fash
KlansmenMingle

Like · Reply · 48w

**Scott Davis**

Like · Reply · 48w

**Mary Smiley Dowd**
Scott Davis you think I'm insane? You're the one that keeps thinking this is somehow about a bet. I'm not on Parler, and let me be very clear. You are not going to be happy when the Supreme Court decides that President Trump is in fact, still going to be your president for the next four years. Now kindly take your 3000 and go away. Silly boy.

Like · Reply · 48w

**Scott Davis**
Mary, yes you are insane if you think the Supreme Court will over turn anything.
The money doesn't matter to me, but it speaks volumes that for as confident as you claim to be you won't actually put up anything of value to back your

Document title: One America News Network - Posts | Facebook
Capture URL: https://www.facebook.com/OneAmericaNewsNetwork/posts/2329610910517345
Capture timestamp (UTC): Mon, 25 Oct 2021 17:51:05 GMT



One America News Network

**Follow**  **Like**  **Message**

anything.
The money doesn't matter to me, but it speaks volumes that for as confident as you claim to be you won't actually put up anything of value to back your claims.
Trump even lost Georgia, and that's been certified.
Enjoy Biden being president.

Like · Reply · 48w

**Scott Davis**
**Mary,** is this what would meant by Trump winning?

"Trump administration GSA Emily Murphy grants permission to begin the transition process to President-elect Joe Biden"
https://twitter.com/i/events/1331014582899339264?s=09

**TWITTER.COM**
Trump administration GSA Emily Murphy grants permission to begin the transition process to...

Like · Reply · 47w

Reply to Mary Smiley Dowd...

**Denise Spencer**
poor boo, yes a minority does not get to rule over the majority.... yes we know you fascist think your minority should rule, the people disagree. Loopholes won't save your nazi boy this time.

Like · Reply · 48w                                                          6

    **Mary Smiley Dowd**
    Denise Spencer let's see how this plays out. I'm sure of one thing. Biden will never be president.

    Like · Reply · 48w · Edited                                          7

    **Adalia D Berdonado**
    **Mary Smiley Dowd**
    Yes! I love that

    Like · Reply · 48w  1

    **Cory Atkinson-Dalton**
    **Denise Spencer** constantly using the terms nazi and fascist to get your point across tells us all we need to know about you. Time for you to slither back underneath whatever rock you came from... useless Troll. 🤢

Document title: One America News Network - Posts | Facebook
Capture URL: https://www.facebook.com/OneAmericaNewsNetwork/posts/2329610910517345
Capture timestamp (UTC): Mon, 25 Oct 2021 17:51:05 GMT





Document title: One America News Network - Posts | Facebook
Capture URL: https://www.facebook.com/OneAmericaNewsNetwork/posts/2329610910517345
Capture timestamp (UTC): Mon, 25 Oct 2021 17:51:05 GMT



One America News Network    **Follow**    **Like**    **Message**

**Lee Man**
Nancy and her gang spent 3 years every day 10 times a day telling lies calling our duly elected President a traitor, criminal a spy and right when the circus impeachment failed they conspired with China through Joe to release Corona virus so they could change election laws and rig and steal the election and get rid of alot of older voters who vote mostly Republican! Just look at the timeline and the way China closed travel to north and to south China but left open travel to the rest of the world! (LeeMan)

Like · Reply · 48w · Edited                                                              👍 6

    **Emily McDowell**
    That is some mad paranoia, dude. Also no proof for any of those corona allegations.

    Like · Reply · 48w

    **Lee Man**
    Emily Mcdowell ok lester holt . Too bad you would have to be blind and stupid to not see what has happened! You are a troll!

    Like · Reply · 48w · Edited                                                          👍 1

    Reply to Lee Man...                                                 😊 📷 GIF 🎬

**Emily McDowell**
Ok, OAN and Trump supporters, if the Democrats are such freaking idiots, then what makes you all think they were BRILLIANT enough to accomplish the "most sinister election fraud conspiracy hoax in our ENTIRE history"?! You are inadvertently giving the Democrats credit for having an insane amount of cleverness in supposedly being able to pull this off. Speaking as an Independent, I don't think EITHER party could get away with this massive a task. I believe the majority of Americans chose Biden. Let's accept it so we can move on.

Like · Reply · 48w · Edited

**LD Newman**
Raise your pathetic hand if you get paid to troll conservative pages, wow, a few just went up.....

Like · Reply · 48w                                                                       👍 5

    **Emily McDowell**
    I don't get paid. It's still my right as an American to have another point of view. But maybe OAN could go full North Korean, and just block all the dissenting opinions that go against their supreme leader.

    Like · Reply · 48w                                                               😆 1

    **LD Newman**
    You lefties need the re educating to study and pass the US Constitution knowledge tests. The Federal Papers too.

    Like · Reply · 48w

        **Emily McDowell**
        **LD Newman** FYI, it's Federalist, not Federal, and I am familiar with both sets of documents, so feel free to school me if you want, but even Americans who haven't studied them are familiar with the 1st Amendment right to free speech, for which I am grateful. I sincerely hope you also have many things in your life for which to feel grateful. Happy Thanksgiving.

        Like · Reply · 48w

    Reply to LD Newman...                                               😊 📷 GIF 🎬



One America News Network

Follow · Like · Message

Like · Reply · 48w

Reply to LD Newman...

**Lori Edkin**
What the freak ..... then maybe a legit revote since the corruption is unbelievable 😠😰😵 3

Like · Reply · 48w

**LD Newman**
Trump Won in many states , you leftists AKA, Communists have tried to steal the USA Election, hammer is falling and will smash your DNC machine to pieces 7

Like · Reply · 48w

**Marc Dale**
LD Newman Lighten up Francis.

Like · Reply · 48w

**Scott Davis**

Joe Biden 306   Donald Trump 232

Like · Reply · 48w

**LD Newman**
Scott Davis stealing by the left 😆 1

Like · Reply · 48w

**Scott Davis**
LD, you got voting confused with stealing. No surprise since you're a republican and can't count I'm sure big words confuse you also.

**DEMOCRATS 'STEALING' THE 2020 ELECTION**

Like · Reply · 48w

Reply to Scott Davis...

Reply to LD Newman

One America News Network  **Follow**  **Like**  **Message**

Reply to Scott Davis...

Reply to LD Newman...

**Bill Elliott**
Keep Digging, I'm all most 100% That it Will Led 2 China
Like · Reply · 48w                          15

> **Marc Dale**
> **Bill Elliott** It won't snowflake
> Like · Reply · 48w
>
> > **Bill Elliott**
> > **Marc Dale** your a Flake, How do u like Sitting on Bidens Lap 😂😂😂
> > Like · Reply · 48w                          2

Reply to Bill Elliott...

**Jeff Wyman**
in some ways i would like to see this proven and then in other ways it would break my faith in this country.i always felt i won the lottery by being born here and have always thought of my country as the best in the world and a corrupted election would ruin our reputation.....
Like · Reply · 48w

**Ann Marie Sanchez**
Just stop. Trump lost and he is losing all court cases. He lost. And this North Korean type nonsense network is brainwashing people. He lost. They are building Biden's inaugural stage. Trump is the big deceiver and lies all the time.
Like · Reply · 48w                          17

> **Xavier Peterson**
> **Ann Marie Sanchez** Hello there, nice to meet you on this platform, I was passing by and managed to glance through your profile and I have to say that it caught my attention and I would very much like to have someone as thoughtful and positive as you as a friend of mine here, I tried sending you a direct message and friend request but to no avail, I don't hope you mind sending me a message and friend request so we can be friends. I would be honored to have you on my friend list , have a wonderful and nice day today, thanks
> Like · Reply · 48w                          3
>
> > **Danny Drane**
> > **Xavier Peterson** dude you need friends but not her
> > Like · Reply · 48w                          3
>
> **Danny Drane**
> **Ann Marie Sanchez** Keep thinking this poor lady..........your mind is controlled by the left losers
> Like · Reply · 48w                          12
>
> **Rodney Jones**
> **Ann Marie Sanchez** he hasn't lost any court cases. You keep watching CNN. They are telling you this. Quit being dumb.
> Like · Reply · 48w                          2

Document title: One America News Network - Posts | Facebook
Capture URL: https://www.facebook.com/OneAmericaNewsNetwork/posts/2329610910517345
Capture timestamp (UTC): Mon, 25 Oct 2021 17:51:05 GMT



**OAN** One America News Network    📷 Follow    👍 Like    💬 Message   🔍   •••

Ann Marie Sanchez he hasn't lost any court cases. You keep watching CNN. They are telling you this. Quit being dumb.

Like · Reply · 48w    👍 2

**Diane J Lucas**
Ann Marie Sanchez woah you definitely watch CNN smh get a grip, it's not over lmao!

Like · Reply · 48w    👍 5

**Pro Deo**
Ann Marie Sanchez I'm sorry to say great shall be your disappointment.

Like · Reply · 48w    👍 2

**Marla Jeanette French**
Ann Marie Sanchez Then show me real in person people voting for Biden ?????????
You can not show me cause he only won with Fraudulent mail in harvested in verified ballots and Dominion a machines changing votes...Only a new election with in person with ID voting can stop the fraud ...and make 73 million respect the hideous Biden

Like · Reply · 48w    👍😆 3

> **Ann Marie Sanchez**
> Amber Skye French lol, I don't need to show you anything. I voted for Biden in person with hundreds of others that day. He's your president elect now.
>
> Like · Reply · 48w

> **Ann Marie Sanchez**
> Amber Skye French you believe conspiracy theories. You need help. You've fallen for the lies. Go read about Jim Jones. He had a cult following also.
>
> Like · Reply · 48w

> 👤 Reply to Marla Jeanette French...    😊 📷 GIF 😀

**Marc Dale**
oh my the red hat CULT is TRIGGERED!!!!!!!

Like · Reply · 48w

> **Martha Schmieg**
> Marc Dale no, true American patriots are mad. If you're a true American, this should upset you, also. Your vote will, eventually, not matter. You people may need someone to tell you how to feel, think and act, but most don't. Why are you for staying shuttered in your home, fined if you get out? Why are you for nazi like practices the left is employing?
>
> Like · Reply · 48w    👍 2

> **Marla Jeanette French**
> Marc Dale not asking very much .... Show the red hat Majority the real people in person with ID votes for Biden. You can not ... You want us to believe the man that loses the real
> people in person votes really won with mail in ballots...When he could not get 200 at a rally.
>
> Like · Reply · 48w

> **Ann Marie Sanchez**
> Marc Dale aren't they? Lol
>
> Like · Reply · 48w





One America News Network

**Follow** · **Like** · **Message**

**Marc Dale**
**Robert Pace** Lord God donny! I am a proud American too snowflake and Iraq evt. What have you done for our country?

Like · Reply · 48w

**Robert Pace**
**Marc Dale** Certainly not as much as Trump has done 😎🔫

Like · Reply · 48w

Reply to Marc Dale...

**Scott Davis**
Almost 2 weeks after the election, with 5 days to go before the votes are certified, and still no tangible evidence presented to the courts. If Donald could back up his claims, he would have done so by now.

Like · Reply · 48w

**Robert Pace**
**Scott Davis** Trump has little to do with the voting fraud evidence now...Its in the hands of his legal team, who has not presented evidence yet because it has not gone to the high court yet...votes can be certified in 5 days but doesn't mean much until the electorates decide on Dec 14th...The Supreme court and the house haven't been involved in the process yet...buckle up buttercup! #Trump2020LandslideVictory 🇺🇸🇺🇸🇺🇸🇺🇸

Like · Reply · 48w

**Scott Davis**
Robert, oh little Bobby. Time to join reality

| Joe Biden | Donald Trump |
| --- | --- |
| 🔵 306 | 232 🔴 |

Like · Reply · 48w

**Scott Davis**
Robert

Illinois rep Adam Kinsinger said republicans know trump lost but its going to take time .Trumps feelings are the number 1 issue .

Like · Reply · 48w

**Robert Pace**
**Scott Davis** Nice MSM map...

Like · Reply · 48w

**Robert Pace**
**Scott Davis** So a Democrat from Illinois says Trump lost...well, it must be true!



**One America News Network**   🔵 Follow   👍 Like   💬 Message   🔍   •••

**Robert Pace**
Scott Davis So a Democrat from Illinois says Trump lost...well, it must be true!
😂😂😂

Like · Reply · 48w

**Scott Davis**
Robert, he's a republican you smuck. One of the few in touch with reality.

Like · Reply · 48w

**Scott Davis**
Robert, hey kid. Here is one Trump supporter that knows he LOST. You can see it in his face.



Like · Reply · 48w

**Scott Davis**
Robert.

| Born | Adam Daniel Kinzinger February 27, 1978 (age 42) Kankakee, Illinois, U.S. |
| --- | --- |
| Political party | Republican |
| Spouse(s) | Sofia Boza-Holman (m. 2020) |
| Education | Illinois State University (BA) |

Like · Reply · 48w

**Robert Pace**
Scott Davis Bobby,smuck,kid...great name calling...the mantra of the uneducated...I guess you'll be as shocked as the rest of the minions when Supreme court reverses the States that attempted to steal the election and Trump is declared the legal candidate for reelection...it will happen regardless of the media,the corrupt Democrats or your prayers
#Trump2020LandslideVictory 🇺🇸🇺🇸🇺🇸🇺🇸                    👍 3

Like · Reply · 48w

**Scott Davis**
Robert, Supreme Court isn't even going to hear the case.
If name calling is the mantra of the uneducated, guess it's clear Trump is uneducated with all his name calling.
You think 2020 is going to be like 2000? So overturning the votes of millions of voters in at least 5 states?
Here's a dose of reality for you. Trump lost.



One America News Network

You think 2020 is going to be like 2000? So overturning the votes of millions of voters in at least 5 states?
Here's a dose of reality for you. Trump lost.

Biden's current lead over Trump:

Georgia - 10,621 votes
Arizona - 17,131 votes
Wisconsin - 20,539
Nevada - 36,186 votes
Pennsylvania - 45,063 votes
Michigan - 147,896

Bush's 2000 lead over Gore in Florida: 537 votes

1:53 PM, 11/6/20 - Twitter for iPhone

Like · Reply · 48w

**Frank DeWitt**
Scott Davis WAIT for it!

Like · Reply · 48w

**Scott Davis**
Frank, if by it you mean Trump's loss. I like watching him lose over and over

Like · Reply · 48w

**Robert Pace**
Frank DeWitt Don't blame this misguided soul...He doesn't realize that nobody has won or lost the election yet...Trumps legal team has suffered set backs in the contested States because that is where the fix is in...Democratic run polling stations backed by Democratic law makers and representatives...hundreds of sworn affidavits of wrong doing have already been submitted by poll workers(with the understanding that they were under oath and could face perjury charges, not to mention threats from the left)...tip of the iceberg...Trumps legal team has dirt on Dominion/smartmatic including the manual which shows how it can be used to manipulate voting, proof of tens to hundreds of thousands of shadow Biden votes counted illegally in the middle of the night without proper GOP oversight provided by our Constitution...over voting in several counties(more votes than registered voters)...the Dems,as usual, think they have us fooled but Patriots are woke and will not stand for this blatant corruption of our rights and Democracy any longer...the truth of this fraudulent election will continue to be exposed until we come to the ultimate truth...the Dems cheated and lied again because that's the only way they can attempt to achieve their goal of power and greed...We the people have risen up to their tactics and will not let it stand...justice will prevail #Trump2020LandslideVictory 🇺🇸🇺🇸🇺🇸🇺🇸

Like · Reply · 48w · Edited

**Frank DeWitt**
Scott Davis WAIT FOR IT

Like · Reply · 48w

**Scott Davis**
Frank, for more lawsuits being laughed out for having no evidence? Can't wait

Like · Reply · 48w

**Frank DeWitt**



One America News Network

**Follow** | **Like** | **Message**

Like · Reply · 48w

**Frank DeWitt**
Scott Davis WAIT FOR IT!

Like · Reply · 48w

**Scott Davis**
Frank, for what?

GIPHY

Like · Reply · 48w

Reply to Scott Davis...

**Robert Pace**
Keep believing in your MSM take on the election, which has absolutely nothing to do with reality...The Biden votes you posted are laughable and only contribute to the level of corruption in this election....Trump received the most votes of any sitting President with an increase of 4 million from the 2016 election...If you believe that senile Joe received more votes than that, more votes than Obama or Hillary received while campaigning from his basement, you are sadly mistaken...Trump won in a landslide when considering LEGAL votes...the truth will come out and, yes, the Supreme court and the House will have the final ruling...Get ready for 4 more years!!!!

Like · Reply · 48w                                                        3

**Sia Lamb**
Robert Pace

WHO WORE IT BEST?

Like · Reply · 48w

**Robert Pace**
Sia Lamb Thanks for your intellectual input...Rudy, I guess 😅

Like · Reply · 48w



One America News Network      Follow      Like      Message

Sia Lamb Thanks for your intellectual input...Rudy, I guess 😊

Like · Reply · 48w

Jayanna Jones
Robert Pace it's a legal court case. Sit back, get some 🍿 and watch it unfold.

Like · Reply · 48w

Jim Van Matre
Robert Pace why haven't they presented any evidence in court yet?

Like · Reply · 48w

Reply to Robert Pace...

Danny Drane
nothing alleged about it, there is physical evidence of the fraud and without it POTUS Trump won landslide victory....

Like · Reply · 48w      👍❤️😮 24

Cate Applegate
Danny Drane 80,000,000 votes of a landslide!

Like · Reply · 48w      👍 1

Douglas Wienke
People in Canada don't have rights? Bahhahahahabaha

Like · Reply · 48w

Reply to Danny Drane...

Bára Svansson
Pennsylvania is hiding something!

Like · Reply · 47w

Charlotte Box
Probably will not change the results, but thank you President Trump for forcing people to take note of all the corruption, which was worse than ever, in the election so it hopefully will never happen again.

Like · Reply · 48w      👍 2

Marc Dale
Charlotte Box Lloyd Where?

Like · Reply · 48w      👍 1

Martha Schmieg
Marc Dale go away, little troll.

Like · Reply · 48w

Reply to Charlotte Box...

Helen Hooper Wilson
Why is oan saying alleged....if they have signed statements ...do they not believe the people who signed or are they casting doubt on the lawyers words????

Like · Reply · 48w      👍 3

Lar Runn
Helen Hooper Wilson Words are just words. It's all baseless until proven in a court

Document title: One America News Network - Posts | Facebook
Capture URL: https://www.facebook.com/OneAmericaNewsNetwork/posts/2329610910517345
Capture timestamp (UTC): Mon, 25 Oct 2021 17:51:05 GMT

Page 28 of 49





**One America News Network**

Follow    Like    Message

**Jim Bertrand**
Charles Stevens dumb!

Like · Reply · 48w

Reply to Charles Stevens...

**Jeb Leggett**
Vote rigging programmer testified before Congress years ago- yes it exists and has been used
https://m.youtube.com/watch...

YOUTUBE.COM
Computer Programmer Testifies He Coded Computers To Rig Elections

Like · Reply · 48w    👍 3

**Kevin McBee**
It's weird that with all this "fraud" not one person has been arrested and charged. Not one. Millions of illegal ballots cast over 6 states...and not one charge. Doesnt that seem weird?

Like · Reply · 48w

**Jalaine Fojut**
They need to investigate pelosi , she's a lobbyist for dominion software , what did she get from them? She's been Bragging for at least 6 months , that Trump would lose.

Like · Reply · 48w    👍 11

**Douglas Wienke**
Because he's a buffoon who has mishandled a pandemic on an utterly astounding failure of leadership.

Like · Reply · 48w

**Jim Bertrand**
Douglas Wienke dumb!

Like · Reply · 48w

**Nancy Perno Farley**
Jalaine Fojut I think her husband has part ownership of it too

Like · Reply · 48w

Reply to Jalaine Fojut...

**Joe Berger**
"You've got to learn to survive a defeat. That's when you develop character. " - Richard Nixon

Like · Reply · 48w    👍😆 2

**Mark Copney**
Take it to the courts ASAP put up or shut up... what you say in the media doesn't mean s***!!

Like · Reply · 48w

**Marc Dale**











One America News Network

**Follow**   **Like**   **Message**

MUST GO!

Like · Reply · 48w

**Jaw Gee**
Kim S Terry oh ok. Good luck with that. Kool aid with extra sugar

Like · Reply · 48w

**Jaw Gee**
Kim S Terry

CBSNEWS.COM
**Biden to announce first Cabinet picks this week, Symone Sanders says**

Like · Reply · 48w

Reply to Kim S Terry...

Reply to Jaw Gee...

**Antonio Terry**
Happy Birthday President Joe Biden

November 20, 1942

Joseph Robinette Biden Jr. (/ˈbaɪdən/ BY-dən, born November 20, 1942) is an American politician and the President-elect of the United States. Having defeated incumbent Donald Trump in the 2020 United States presidential election, he will be inaugurated as the 46th president on January 20, 2021.

Joe Biden - Wikipedia

Like · Reply · 48w                                    🔴😆👍 10

**Tim Sanders**
Antonio Terry enjoy. Hillary said its your last one!

Like · Reply · 48w                    👍😆 2

**Antonio Terry**
Zachary Albin Y'all are soo funny 😆

Like · Reply · 48w                    😠 1

**Antonio Terry**
Tim Sanders Hilarious 😆

Like · Reply · 48w                    😠 1



One America News Network

**Follow**  **Like**  **Message**

**Tim Sanders** Hilarious 😖
Like · Reply · 48w  😠 1

**Tim Sanders**
Zachary Albin Ha! That sounds like something a 5th grader would respond with. Rookie!
Like · Reply · 48w  👍 1

**Antonio Terry**
**Tim Sanders** Well Thanks for the compliment.
Like · Reply · 48w  😠 1

Reply to Tim Sanders...

**Danny Drane**
you must be in his sick mind...............that is the ONLY place he will ever be in office
Like · Reply · 48w  😆 1

**Kathy Carpenter**
We can't have 2 Presidents at once. Jan 20th we will see!!!
Like · Reply · 48w  👍😆 2

**Xavier Peterson**
**Kathy Carpenter** Hello there, nice to meet you on this platform, I was passing by and managed to glance through your profile and I have to say that it caught my attention and I would very much like to have someone as thoughtful and positive as you as a friend of mine here, I tried sending you a direct message and friend request but to no avail, I don't hope you mind sending me a message and friend request so we can be friends, I would be honored to have you on my friend list , have a wonderful and nice day today, thanks
Like · Reply · 48w

**Antonio Terry**
**Kathy Carpenter.** Comedy 😄
Like · Reply · 48w

Reply to Kathy Carpenter...

**Stephen Hutchison**
**Antonio Terry** https://www.youtube.com/watch?v=r0xPzC44GnU

YOUTUBE.COM
Bad Decisions The Joe Biden Story

Like · Reply · 48w  😆 1

Reply to Antonio Terry...

**Marco Lee**
Democrats should've got into Hollywood because you all could act any characters as you wish~ 😖




**One America News Network**   🔵 Follow   👍 Like   💬 Message   🔍   •••



**Marco Lee**
Democrats should've got into Hollywood because you all could act any characters as you wish~ 😣

Like · Reply · 48w                              👍 2

**Adalia D Berdonado**
Marco Lee

Like · Reply · 48w                              👍 2

**Scott L Shakespeare**
Marco Lee

Like · Reply · 48w

**Marco Lee**
Dag Hammarskjöld, are you insane to death?

Like · Reply · 48w

Document title: One America News Network - Posts | Facebook
Capture URL: https://www.facebook.com/OneAmericaNewsNetwork/posts/2329610910517345
Capture timestamp (UTC): Mon, 25 Oct 2021 17:51:05 GMT



One America News Network    📅 Follow    👍 Like    💬 Message    🔍    ···

Dag Hammarskjöld, are you insane to death?

Like · Reply · 48w

Reply to Marco Lee...    😊 📷 GIF 🎁

Marjorie Porter Schaper

**Joe Biden refuses to Concede despite massive evidence of Election Fraud! Give Up Now Joe!**

Like · Reply · 48w                                                    👍 22

Joe Engeln
Marjorie Porter Fowle Schaper evidence only counts if it is found credible in court and a ruling is issued. No valid evidence yet

Like · Reply · 48w                                                    👍👎 3

Marjorie Porter Schaper
Joe Engeln plenty of valid evidence. Also have the server.

Like · Reply · 48w                                                    👍👎 4

Joe Engeln
Marjorie Porter Fowle Schaper that's speculation that it is evidence that will be accepted by a court. Until it is presented and accepted by the court, it is not legally considered evidence. That's the law Saying it is evidence is not enough to make it evidence so far as the law is considered. No rulings yet. Maybe next week

Like · Reply · 48w                                                    👍 1

Adalia D Berdonado
Marjorie Porter Fowle Schaper
Yes, and they are so blind and brainwashed by the radical leftist

Like · Reply · 48w

Adalia D Berdonado
Joe Engeln
Very well said 👍👍👍👍

Like · Reply · 48w

Marjorie Porter Schaper
Joe Engeln plenty of valid evidence. Uncounted ballots, videos, 234 sworn affidavits and the server for just a few.

Like · Reply · 48w                                                    ❤️ 1

Marjorie Porter Schaper
Joe Engeln sworn affidavits are not speculation. Neither are the affidavits, and the videos are as obvious as you can get.

Like · Reply · 48w                                                    ❤️ 1



Document title: One America News Network - Posts | Facebook
Capture URL: https://www.facebook.com/OneAmericaNewsNetwork/posts/2329610910517345
Capture timestamp (UTC): Mon, 25 Oct 2021 17:51:05 GMT

Page 38 of 49





**One America News Network**

Follow    Like    Message

AND YOU SEE HOW AGGRESSIVE THE SECURITY PAT DOWNS ARE GOING

Like · Reply · 48w                                                                    2

**Nanda Pires**
Lauri Taneri

"I never say anything I can't prove" —

Like · Reply · 48w

**Lauri Taneri**
Nanda Pires she's all talk just like Giuliani. We shall see.

Like · Reply · 48w

Reply to Brenda Sue Heath...

**Nanda Pires**
Lauri Taneri ya like 4 years of no proof Russia.

Like · Reply · 48w                                                                    1

Reply to Lauri Taneri...

**Rob Goluck**
Read the headline you morons Fake President frump official lost in Georgia !! Most of you cannot read at all!! 📄 Stupid Republicans

The Atlanta Journal-Constitution

CDC: Stay home for the holiday    Ga. recount confirms Biden win

'It makes me shake with anger'

Like · Reply · 48w · Edited                                                          😂 1





One America News Network

**Follow**  **Like**  **Message**

**Rob Goluck**
DE Blank You Republicans



Tenor  GIF

Like · Reply · 48w

Reply to DE Blank...

**Adalia D Berdonado**
**Rob Goluck**
Not yet radical leftist

Like · Reply · 48w

**Rob Goluck**
**Adalia D Berdonado**

YOU'RE IN A CULT
2020

Like · Reply · 48w

**Rob Goluck**
**Adalia D Berdonado**

GIF



Document title: One America News Network - Posts | Facebook
Capture URL: https://www.facebook.com/OneAmericaNewsNetwork/posts/2329610910517345
Capture timestamp (UTC): Mon, 25 Oct 2021 17:51:05 GMT

One America News Network  Follow  Like  Message

Warren Beyer



JANUARY 20, 2021

Like · Reply · 48w    👍❤️😂 15

Adalia D Berdonado
**Warren Beyer**
Yes! We are so excited

Like · Reply · 48w

Scott L Shakespeare
**Warren Beyer**

CAPTAIN FAILBOAT

Like · Reply · 48w

Danny Drane
yep

Like · Reply · 48w

Reply to Warren Beyer...    😊 📷 GIF 😀

Sia Lamb

JUST FOR MEN
BIG DRIPPER
STREAK THOSE CHEEKS
SWEAT ACTIVATED

Like · Reply · 48w    😠 1

Jeff Diamanti







One America News Network

Did you vote for Biden?

No        Yes

Joe Biden is your president

Like · Reply · 48w

Martin Corr

WHEN YOU'RE SO FULL OF SHIT

THAT YOU START TO LEAK

Like · Reply · 48w

Kevin McBee
Hahaha....what a freak show. Its embarrassing. Look at these two!

Like · Reply · 48w

Murphy James
https://m.youtube.com/watch?v=MA8a2g6tTp0

Joe Biden quote:
"My team has created 'the most extensive and inclusive Voter Fraud organization in the history of American politics.'
October 29, 2020

Like · Reply · 48w

Kim S Terry
Murphy James I remember him saying it.

Like · Reply · 48w

Reply to Murphy James...

Pat Cheek
OOZZY was really sweating it!

Rudy melts down, literally, in bizarre

Document title: One America News Network - Posts | Facebook
Capture URL: https://www.facebook.com/OneAmericaNewsNetwork/posts/2329610910517345
Capture timestamp (UTC): Mon, 25 Oct 2021 17:51:05 GMT



Document title: One America News Network - Posts | Facebook
Capture URL: https://www.facebook.com/OneAmericaNewsNetwork/posts/2329610910517345
Capture timestamp (UTC): Mon, 25 Oct 2021 17:51:05 GMT



One America News Network

**Follow**    **Like**    **Message**

Like · Reply · 48w    2

**DE Blank**
NBCl? There goes your credibility.



Like · Reply · 48w    1

**P.J. Jackson**
DE Blank is busy...

LEAVE ME ALONE....

I'M WATCHING FOX NEWS!

Like · Reply · 48w    1

**Adalia D Berdonado**
**P.J. Jackson**
That was the other day but fake news

Like · Reply · 48w    1

**P.J. Jackson**
**Adalia D Berdonado** is a great example of a person who is either a Russian pretending to be an American: or a Q-Anon crazy; or a severely mentally challenged person.
Let's face it, Republicans are no longer patriotic Americans. They are either traitors, white supremacists, fascists, or idiots trying to tear America apart and destroy our democracy.

Like · Reply · 48w

**Marc Dale**
Joe wins GA, again!

Like · Reply · 48w    1

Reply to P.J. Jackson...

Write a comment...