# Exhibit 14

TRANSCRIPT OF THE AUDIO RECORDING OF:

One America News Network, News Room Excerpt

November 20, 2020, 12AM

TRANSCRIBED BY: THOMPSON COURT REPORTERS INC.

 1          SPEAKER 1:  Is true and is it related to them?

 2          SIDNEY POWELL (IN VIDEO CLIP):  That is true. It is

 3   somehow related to this, but I do not know whether good guys

 4   got it or bad guys got it.

 5          SPEAKER 2:  Reports claim U.S. military intelligence

 6   raided a Frankfurt facility of a company and, called Scytl,

 7   and seized a server with real results of this year's U.S.

 8   elections. That evidence is now speculated to be in possession

 9   of the Justice Department, which has an open investigation

10   into voter fraud.

11          SIDNEY POWELL (IN VIDEO CLIP):  They've got some

12   massive straight lines up in the vote tallies in the middle of

13   the night after they've supposedly stopped counting. And

14   that's when the Dominion operators went in and injected votes

15   and changed the whole system. And it affects votes around the

16   country, around the world and all kinds of massive interests

17   of globalist dictators, corporations. You name it, everybody's

18   against us except President Trump, and we the people of the

19   United States.

20          SPEAKER 2:  Powell says additional evidence of

21   election meddling will be released in coming days. The

22   President's team of lawyers reiterate their claims that

23   millions of votes were taken from the President through

24   rigging of the elections. Here's the latest.

1       SPEAKER 3:  The President's lawyers are weighing in
2  once again on election fraud during the 2020 White House race.
3  In DC Thursday, they claimed votes were hacked and ballots
4  were switched from President Trump to Joe Biden through
5  technology developed in Venezuela. President Trump's personal
6  lawyer Rudy Giuliani says the company funding the technology
7  has close ties to known communist leaders.
8       RUDY GIULIANI (IN VIDEO CLIP):  The company counting
9  our vote, with control over our vote, is owned by two
10 Venezuelans who are allies of Chávez, are present allies of
11 Maduro, with a company whose chairman is a close associate and
12 business partner of George Soros.
13      SPEAKER 3:  Giuliani has recently also said several
14 whistleblowers have come forward to testify about so-called
15 glitches in election software. And Thursday, he said hundreds
16 more have signed affidavits detailing incidents with voting
17 systems.
18      RUDY GIULIANI (IN VIDEO CLIP):  Do you know how many
19 affidavits we have in the Michigan case? 220 affidavits.
20 They're not all public, but eight of them are. Four affiants
21 here, those are people who give affidavits, report an incident
22 that under any other circumstances would have been on the
23 front page of all your newspapers, if it didn't involve the
24 hatred that you have, the irrational, pathological hatred that

1  you have for the President.
2          SPEAKER 3:  Most claims center around the
3  Canadian-made Dominion Voting Systems and the Venezuelan-made
4  Smartmatic Systems. Sidney Powell says the same technology was
5  used to secure a victory for Hugo Chávez in Venezuela and
6  could have been used across the country.
7          SIDNEY POWELL (IN VIDEO CLIP):  But one of its most
8  characteristic features its, is its ability to flip votes. It
9  can set and run an algorithm that probably ran all over the
10 country to take a certain percentage of votes from President
11 Trump.
12         SPEAKER 3:  Powell adds the alleged error may not
13 have been caught, if not for the numerous amount of votes for
14 the President.
15         SIDNEY POWELL (IN VIDEO CLIP):  Which we might never
16 have uncovered, had the votes for President Trump not been so
17 overwhelming in so many of these states that it broke the
18 algorithm that had been plugged into the system, and that's
19 what caused them to have to shut down in the states they shut
20 down in. That's when they came in the back door with all the
21 mail-in, mail-in ballots.
22         SPEAKER 3:  Giuliani and Powell have taken the lead
23 on pursuing any voting irregularities against the Trump
24 administration. Meantime, they await lawsuits in multiple

1  states including Georgia and Nevada.

1                  TRANSCRIBER'S CERTIFICATE

2

3  I hereby certify that the foregoing pages

4  are a true, accurate, and complete transcript of the

5  proceedings transcribed from a copy of the electronic

6  sound recording to the best of our knowledge and ability.

7

8       IN WITNESS WHEREOF, I have hereunto set my hand on

9            this 29th day of September, 2021.

10

11

12

         _____
13       James Lonergan
         Production Manager
14       Thompson Court Reporters, Inc.

15

16

17

18

19

20

21

22

23

24             THOMPSON COURT REPORTERS INC.

**1**

**1**  2:1
**12AM**  1:4

**2**

**2**  2:5,20
**20**  1:4
**2020**  1:4 3:2
**2021**  6:9
**220**  3:19
**29th**  6:9

**3**

**3**  3:1,13 4:2,12,22

**A**

**ability**  4:8 6:6
**about**  3:14
**accurate**  6:4
**across**  4:6
**additional**  2:20
**adds**  4:12
**administration**  4:24
**affects**  2:15
**affiants**  3:20
**affidavits**  3:16,19,21
**after**  2:13
**again**  3:2
**against**  2:18 4:23
**algorithm**  4:9,18
**all**  2:16 3:20,23 4:9, 20
**alleged**  4:12
**allies**  3:10
**also**  3:13
**America**  1:3
**amount**  4:13
**an**  2:9 3:21 4:9
**and**  2:1,6,7,13,14, 15,16,18 3:3,11,15 4:3,5,9,18,22 5:1 6:4,6
**any**  3:22 4:23

**are**  3:1,10,20,21 6:4
**around**  2:15,16 4:2
**associate**  3:11
**AUDIO**  1:1
**await**  4:24

**B**

**back**  4:20
**bad**  2:4
**ballots**  3:3 4:21
**be**  2:8,21
**been**  3:22 4:6,13,16, 18
**best**  6:6
**Biden**  3:4
**broke**  4:17
**business**  3:12
**but**  2:3 3:20 4:7
**by**  1:24 3:9

**C**

**called**  2:6
**came**  4:20
**can**  4:9
**Canadian-made**  4:3
**case**  3:19
**caught**  4:13
**caused**  4:19
**center**  4:2
**certain**  4:10
**CERTIFICATE**  6:1
**certify**  6:3
**chairman**  3:11
**changed**  2:15
**characteristic**  4:8
**Chávez**  3:10 4:5
**circumstances**  3:22
**claim**  2:5
**claimed**  3:3
**claims**  2:22 4:2
**CLIP**  2:2,11 3:8,18 4:7,15
**close**  3:7,11
**come**  3:14
**coming**  2:21

**communist**  3:7
**company**  2:6 3:6,8, 11
**complete**  6:4
**control**  3:9
**copy**  6:5
**corporations**  2:17
**could**  4:6
**counting**  2:13 3:8
**country**  2:16 4:6,10
**Court**  1:24 6:14,24

**D**

**day**  6:9
**days**  2:21
**DC**  3:3
**Department**  2:9
**detailing**  3:16
**developed**  3:5
**dictators**  2:17
**didn't**  3:23
**do**  2:3 3:18
**Dominion**  2:14 4:3
**door**  4:20
**down**  4:19,20
**during**  3:2

**E**

**eight**  3:20
**election**  2:21 3:2,15
**elections**  2:8,24
**electronic**  6:5
**error**  4:12
**everybody's**  2:17
**evidence**  2:8,20
**except**  2:18
**Excerpt**  1:3

**F**

**facility**  2:6
**features**  4:8
**flip**  4:8
**for**  4:1,5,13,16
**foregoing**  6:3

**forward**  3:14
**Four**  3:20
**Frankfurt**  2:6
**fraud**  2:10 3:2
**from**  2:23 3:4 4:10 6:5
**front**  3:23
**funding**  3:6

**G**

**George**  3:12
**Georgia**  5:1
**Giuliani**  3:6,8,13,18 4:22
**give**  3:21
**glitches**  3:15
**globalist**  2:17
**good**  2:3
**got**  2:4,11
**guys**  2:3,4

**H**

**hacked**  3:3
**had**  4:16,18
**hand**  6:8
**has**  2:9 3:7,13
**hatred**  3:24
**have**  3:14,16,19,22, 24 4:1,6,13,16,19, 22 6:8
**he**  3:15
**here**  3:21
**Here's**  2:24
**hereby**  6:3
**hereunto**  6:8
**House**  3:2
**how**  3:18
**Hugo**  4:5
**hundreds**  3:15

**I**

**if**  3:23 4:13
**in**  2:2,8,11,12,14,21 3:1,3,5,8,15,18,19 4:5,7,15,17,19,20, 24 6:8

**Inc**  1:24 6:14,24
**incident**  3:21
**incidents**  3:16
**including**  5:1
**injected**  2:14
**intelligence**  2:5
**interests**  2:16
**into**  2:10 4:18
**investigation**  2:9
**involve**  3:23
**irrational**  3:24
**irregularities**  4:23
**is**  2:1,2,8 3:9,11 4:8
**it**  2:1,2,4,15,17 3:23 4:8,17
**its**  4:7,8

**J**

**James**  6:13
**Joe**  3:4
**Justice**  2:9

**K**

**kinds**  2:16
**know**  2:3 3:18
**knowledge**  6:6
**known**  3:7

**L**

**latest**  2:24
**lawsuits**  4:24
**lawyer**  3:6
**lawyers**  2:22 3:1
**lead**  4:22
**leaders**  3:7
**lines**  2:12
**Lonergan**  6:13

**M**

**Maduro**  3:11
**mail-in**  4:21
**Manager**  6:13
**many**  3:18 4:17
**massive**  2:12,16

**may** 4:12
**Meantime** 4:24
**meddling** 2:21
**Michigan** 3:19
**middle** 2:12
**might** 4:15
**military** 2:5
**millions** 2:23
**more** 3:16
**most** 4:2,7
**multiple** 4:24
**my** 6:8

**N**

**name** 2:17
**Network** 1:3
**Nevada** 5:1
**never** 4:15
**News** 1:3
**newspapers** 3:23
**night** 2:13
**not** 2:3 3:20 4:12,13,16
**November** 1:4
**now** 2:8
**numerous** 4:13

**O**

**of** 1:1 2:6,7,9,12,16,17,18,20,22,23,24 3:10,12,20,23 4:7,10,13,17 6:4,5,6,9
**on** 3:2,22 4:23 6:8
**once** 3:2
**one** 1:3 4:7
**open** 2:9
**operators** 2:14
**or** 2:4
**other** 3:22
**our** 3:9 6:6
**over** 3:9 4:9
**overwhelming** 4:17
**owned** 3:9

**P**

**page** 3:23
**pages** 6:3
**partner** 3:12
**pathological** 3:24
**people** 2:18 3:21
**percentage** 4:10
**personal** 3:5
**plugged** 4:18
**possession** 2:8
**Powell** 2:2,11,20 4:4,7,12,15,22
**present** 3:10
**President** 2:18,23 3:4,5 4:1,10,14,16
**President's** 2:22 3:1
**probably** 4:9
**proceedings** 6:5
**Production** 6:13
**public** 3:20
**pursuing** 4:23

**R**

**race** 3:2
**raided** 2:6
**ran** 4:9
**real** 2:7
**recently** 3:13
**recording** 1:1 6:6
**reiterate** 2:22
**related** 2:1,3
**released** 2:21
**report** 3:21
**Reporters** 1:24 6:14,24
**Reports** 2:5
**results** 2:7
**rigging** 2:24
**Room** 1:3
**Rudy** 3:6,8,18
**run** 4:9

**S**

**said** 3:13,15

**same** 4:4
**says** 2:20 3:6 4:4
**Scytl** 2:6
**secure** 4:5
**seized** 2:7
**September** 6:9
**server** 2:7
**set** 4:9 6:8
**several** 3:13
**shut** 4:19
**Sidney** 2:2,11 4:4,7,15
**signed** 3:16
**Smartmatic** 4:4
**so** 4:16,17
**so-called** 3:14
**software** 3:15
**some** 2:11
**somehow** 2:3
**Soros** 3:12
**sound** 6:6
**SPEAKER** 2:1,5,20 3:1,13 4:2,12,22
**speculated** 2:8
**states** 2:19 4:17,19 5:1
**stopped** 2:13
**straight** 2:12
**supposedly** 2:13
**switched** 3:4
**system** 2:15 4:18
**systems** 3:17 4:3,4

**T**

**take** 4:10
**taken** 2:23 4:22
**tallies** 2:12
**team** 2:22
**technology** 3:5,6 4:4
**testify** 3:14
**that** 2:2,8,22 3:22,24 4:9,17,18 6:3
**that's** 2:14 4:18,20
**the** 1:1 2:9,12,13,14,15,16,18,21,23,24 3:1,2,6,8,19,22,23,24 4:1,2,3,4,6,9,12,13,14,16,17,18,19,20,22,23 6:3,4,5,6
**their** 2:22
**them** 2:1 3:20 4:19
**these** 4:17
**they** 3:3 4:19,20,24
**They're** 3:20
**they've** 2:11,13
**this** 2:3,7 6:9
**Thompson** 1:24 6:14,24
**those** 3:21
**through** 2:23 3:4
**Thursday** 3:3,15
**ties** 3:7
**to** 2:1,3,8 3:4,7,14 4:5,8,10,19 6:6
**transcribed** 1:24 6:5
**TRANSCRIBER'S** 6:1
**transcript** 1:1 6:4
**true** 2:1,2 6:4
**Trump** 2:18 3:4 4:11,16,23
**Trump's** 3:5
**two** 3:9

**U**

**U.S.** 2:5,7
**uncovered** 4:16
**under** 3:22
**United** 2:19
**up** 2:12
**us** 2:18
**used** 4:5,6

**V**

**Venezuela** 3:5 4:5
**Venezuelan-made** 4:3
**Venezuelans** 3:10
**victory** 4:5
**VIDEO** 2:2,11 3:8,18 4:7,15
**vote** 2:12 3:9
**voter** 2:10

**votes** 2:14,15,23 3:3 4:8,10,13,16
**voting** 3:16 4:3,23

**W**

**was** 4:4
**we** 2:18 3:19 4:15
**weighing** 3:1
**went** 2:14
**were** 2:23 3:3,4
**what** 4:19
**when** 2:14 4:20
**WHEREOF** 6:8
**whether** 2:3
**which** 2:9 4:15
**whistleblowers** 3:14
**White** 3:2
**who** 3:10,21
**whole** 2:15
**whose** 3:11
**will** 2:21
**with** 2:7 3:9,11,16 4:20
**WITNESS** 6:8
**world** 2:16
**would** 3:22

**Y**

**year's** 2:7
**you** 2:17 3:18,24 4:1
**your** 3:23