# Exhibit 14A

Screenshot A



Exhibit 14A, *News Room*, 12 AM (11/20/2020) at 01:11.

**Screenshot B**



Exhibit 14A, *News Room*, 12 AM (11/20/2020) at 01:53.

**Screenshot C**



Exhibit 14A, *News Room*, 12 AM (11/20/2020) at 03:18.