# Exhibit 15

1 TRANSCRIPT OF THE AUDIO RECORDING OF:

3 One America News Network, News Room Excerpt

5 November 20, 2020, 6 AM

24 TRANSCRIBED BY: THOMPSON COURT REPORTERS INC.

1

1  Keith Trippie:  We do the investigations, we dig into
2  it. One of the things I'd love to see Sidney and Rudy do is,
3  they need to talk to both at Dominion and over at Smartmatic.
4  Who were the product managers, who were the lead engineers, who
5  were the lead developers and who were the lead testers? Those
6  are all people directly involved in what software features are
7  made available and testing those features before they're out.
8  One of the things I would want to know is, can you change a
9  vote?  Whether it's inside the company on the software or out
10 at a state location where these machines are. No one is asking
11 those questions and I'd love to see Sidney and Rudy, as part
12 of their investigation, at least talk to those individuals.
13 Because I think it's going to be a more difficult road to be
14 able to identify if there were issues without talking to some
15 of the individuals directly involved in the code and making of
16 those voting machines.

2

CERTIFICATE OF TRANSCRIPTIONIST

   I FURTHER CERTIFY that the foregoing transcript of said matter is a true, correct, and complete transcript of the statement given at the time and place specified.

   I FURTHER CERTIFY that I am not a relative or employee or attorney or employee of such attorney or counsel, or financially interested directly or indirectly in this action.

   IN WITNESS WHEREOF, I have set my hand.


   _____
   James Lonergan
   Production Manager
   THOMPSON COURT REPORTERS

3

**A**
able 2:14
action 3:12
America 1:3
asking 2:10
attorney 3:10,11
AUDIO 1:1
available 2:7

**B**

**C**
CERTIFICATE 3:1
CERTIFY 3:4,9
change 2:8
code 2:15
company 2:9
complete 3:6
correct 3:5
counsel 3:11
COURT 1:24 3:22

**D**
developers 2:5
difficult 2:13
dig 2:1
directly 2:6,15 3:12
Dominion 2:3

**E**
employee 3:10,10
engineers 2:4
Excerpt 1:3

**F**
features 2:6,7
financially 3:11
foregoing 3:4
FURTHER 3:4,9

**G**
given 3:6

going 2:13

**H**
hand 3:15

**I**
identify 2:14
indirectly 3:12
individuals 2:12,15
inside 2:9
interested 3:12
investigation 2:12
investigations 2:1
involved 2:6,15
issues 2:14

**J**
James 3:20

**K**
Keith 2:1
know 2:8

**L**
lead 2:4,5,5
location 2:10
Lonergan 3:20
love 2:2,11

**M**
machines 2:10,16
making 2:15
Manager 3:21
managers 2:4
matter 3:5

**N**
need 2:3
Network 1:3
News 1:3,3
November 1:5

**O**

**P**
part 2:11
people 2:6
place 3:7
product 2:4
Production 3:21

**Q**
questions 2:11

**R**
RECORDING 1:1
relative 3:10
REPORTERS 1:24 3:22
road 2:13
Room 1:3
Rudy 2:2,11

**S**
see 2:2,11
set 3:15
Sidney 2:2,11
Smartmatic 2:3
software 2:6,9
specified 3:7
state 2:10
statement 3:6

**T**
talk 2:3,12
talking 2:14
testers 2:5
testing 2:7
things 2:2,8
think 2:13
THOMPSON 1:24 3:22
time 3:7
TRANSCRIBED 1:24
transcript 1:1 3:5,6
TRANSCRIPTIONI... 3:1

Trippie 2:1
true 3:5

**U**

**V**
vote 2:9
voting 2:16

**W**
want 2:8
WHEREOF 3:15
WITNESS 3:15

**X**

**Y**

**Z**

**0**

**1**

**2**
20 1:5
2020 1:5

**3**

**4**

**5**

**6**
6 1:5

**7**

**8**

**9**