# Exhibit 15A

Screenshot A



Exhibit 15A, *News Room*, 6 AM (11/20/2020) at 00:03.

**Screenshot B**



Exhibit 15A, *News Room*, 6 AM (11/20/2020) at 00:13.