# Exhibit 16

TRANSCRIPT OF THE AUDIO RECORDING OF:

One America News Network, News Room Excerpt

November 20, 2020, 3pm

TRANSCRIBED BY: THOMPSON COURT REPORTERS INC

1       OAN Reporter:  In the meantime, a reporter who has

2  firsthand knowledge of the problems with Dominion Voting

3  Machines is speaking out about rigged elections from socialist

4  countries like Venezuela. One America's John Hines has more on

5  this from Washington.

6       John Hines:  Allan Santos, a journalist with Terça Livre,

7  which is a Brazilian media company, conservative media

8  company. Thank you for joining us on One American News.

9       Allan Santos:  Thank you so much, Mr. Hines. It's my

10 honor to be here.

11      John Hines:  Mr. Santos, I know you're a reporter

12 with Terça Livre in Brazil, and you have come across some

13 evidence that has a bearing on the counting in our US

14 elections. What have you discovered, sir?

15      Allan Santos:  So, in my experience in South America,

16 we are following lots of election fraud as the recent one in

17 Bolivia. And due to that we follow the Smartmatic company, who

18 is a company that count votes. It's like a voter machine used

19 to have in Venezuela, Brazil, Bolivia, Argentina, and so

20 forth. And we have lots of news in Brazil, even the outlet

21 media, slamming the Smartmatic company and the Smartmatic

22 company owner is the Lord Mark Malloch Brown, who's also a

23 board member of the Open Society Foundation. And one thing is

24 it's weird, it's when you open the Smartmatic official website

1  says they started in Florida, back 2000. But the problem is we
2  have story in Brazil, Brazilian BBC version, Portuguese saying
3  the Smartmatic started in Venezuela, not in Florida. And
4  not only this, the Smartmatic company also used to work with
5  Dominion, the company system that you are using here. But it's
6  weird how they operate, because it's the same pattern. In
7  Brazil back 2014, and also back 2018, one candidate was
8  leading, and then it stopped counting. And after an hour or
9  after 40 minutes, something like that, everything changed. And
10 I saw that here. And I can assure you communists love fraud
11 election. They love to do fraud, and I'm not pretty sure if
12 American people remember, but Trump tweeted back 2012, "It
13 doesn't matter who you vote for, it matters who is counting
14 the votes".
15          John Hines:  So what is the connection between the
16 Smartmatic machines and the Dominion machines do you suppose?
17          Allan Santos:  So they have a contract for using
18 softwares. And you can follow these on law.ucea.com. And you
19 can see how they operate together here in America. So it's
20 there in the website.
21          John Hines:  So the connection has to do with the
22 software that both of these companies use, these vote counting
23 services. Is that it?
24          Allan Santos:  Yes.

1          John Hines:  Do we know if George Soros is connected

2    with any of these vote counting software ideas or software

3    programs?

4          Allan Santos:  Yeah, somehow because the, the

5    Smartmatic owner, he is a board member of the Open Society

6    Foundation. Of course you, you're going to see some fact check

7    saying they are not connected. He's just a member of the

8    board. But come on, I mean, for us in Brazil, it's very clear.

9    So how George Soros is helping the Black Lives Matter, he has

10   Open Society Foundation and the member of the border

11   of Open Society Foundation, of the board sorry. The board

12   member of Open Society Foundation is the owner of this

13   Smartmatic and how can someone tell me they are not connected?

14   They are not doing anything together? Not for us in Brazil.

15         John Hines:  Alan Santos, a journalist, a Brazilian

16   journalist with Terça Livre, a Brazillian media company,

17   conservative media company media outlet. Thank you very much

18   for talking to us on One American News, sir.

19         Allan Santos:  Thank you so much. My pleasure.

20

21

22

23

24

CERTIFICATE OF TRANSCRIPTIONIST

I FURTHER CERTIFY that the foregoing transcript of said matter is a true, correct, and complete transcript of the statement given at the time and place specified.

I FURTHER CERTIFY that I am not a relative or employee or attorney or employee of such attorney or counsel, or financially interested directly or indirectly in this action.

IN WITNESS WHEREOF, I have set my hand.

_____

James Lonergan

Production Manager

THOMPSON COURT REPORTERS

| 2 | B | counting 2:13 3:8, 13,22 4:2 | given 5:6 | K |
|---|---|---|---|---|
| 20 1:5 | back 3:1,7,12 | countries 2:4 | going 4:6 | know 2:11 4:1 |
| 2000 3:1 | BBC 3:2 | course 4:6 | H | knowledge 2:2 |
| 2012 3:12 | be 2:10 | COURT 1:24 5:20 | hand 5:15 | L |
| 2014 3:7 | bearing 2:13 | D | has 2:1,4,13 3:21 4:9 | law.ucea.com. 3:18 |
| 2018 3:7 | because 3:6 4:4 | directly 5:12 | have 2:12,14,19,20 3:2,17 5:15 | leading 3:8 |
| 2020 1:5 | between 3:15 | discovered 2:14 | he 4:5,9 | like 2:4,18 3:9 |
| 3 | Black 4:9 | do 3:11,16,21 4:1 | He's 4:7 | Lives 4:9 |
| 3pm 1:5 | board 2:23 4:5,8,11 | doesn't 3:13 | helping 4:9 | Livre 2:6,12 4:16 |
| 4 | Bolivia 2:17,19 | doing 4:14 | here 2:10 3:5,10,19 | Lonergan 5:18 |
| 40 3:9 | border 4:10 | Dominion 2:2 3:5,16 | Hines 2:4,6,9,11 3:15,21 4:1,15 | Lord 2:22 |
| A | both 3:22 | due 2:17 | honor 2:10 | lots 2:16,20 |
| about 2:3 | Brazil 2:12,19,20 3:2,7 4:8,14 | E | hour 3:8 | love 3:10,11 |
| across 2:12 | Brazilian 2:7 3:2 4:15 | election 2:16 3:11 | how 3:6,19 4:9,13 | M |
| action 5:12 | Brazillian 4:16 | elections 2:3,14 | I | machine 2:18 |
| after 3:8,9 | Brown 2:22 | employee 5:10 | I'M 3:11 | machines 2:3 3:16 |
| Alan 4:15 | but 3:1,5,12 4:8 | even 2:20 | ideas 4:2 | Malloch 2:22 |
| Allan 2:6,9,15 3:17,24 4:4,19 | BY 1:24 | everything 3:9 | if 3:11 4:1 | Manager 5:19 |
| also 2:22 3:4,7 | C | evidence 2:13 | in 2:1,12,13,15,16, 19,20 3:1,2,3,6,19, 20 4:8,14 5:12,15 | Mark 2:22 |
| am 5:9 | can 3:10,18,19 4:13 | Excerpt 1:3 | INC 1:24 | matter 3:13 4:9 5:5 |
| America 1:3 2:15 3:19 | candidate 3:7 | experience 2:15 | indirectly 5:12 | matters 3:13 |
| America's 2:4 | CERTIFICATE 5:1 | F | interested 5:12 | me 4:13 |
| American 2:8 3:12 4:18 | CERTIFY 5:4,9 | fact 4:6 | is 2:3,7,18,22,23 3:1, 13,15,23 4:1,5,9,12 5:5 | mean 4:8 |
| an 3:8 | changed 3:9 | financially 5:11 | it 3:8,12,13,23 | meantime 2:1 |
| and 2:12,17,19,20, 21,23 3:3,7,8,9,10, 11,16,18 4:10,13 5:6,7 | check 4:6 | firsthand 2:2 | it's 2:9,18,24 3:5,6, 19 4:8 | media 2:7,21 4:16, 17 |
| any 4:2 | clear 4:8 | Florida 3:1,3 | J | member 2:23 4:5,7, 10,12 |
| anything 4:14 | come 2:12 4:8 | follow 2:17 3:18 | James 5:18 | minutes 3:9 |
| are 2:16 3:5 4:7,13, 14 | communists 3:10 | following 2:16 | John 2:4,6,11 3:15, 21 4:1,15 | more 2:4 |
| Argentina 2:19 | companies 3:22 | for 2:8 3:13,17 4:8, 14,18 | joining 2:8 | Mr 2:9,11 |
| as 2:16 | company 2:7,8,17, 18,21,22 3:4,5 4:16, 17 | foregoing 5:4 | journalist 2:6 4:15, 16 | much 2:9 4:17,19 |
| assure 3:10 | complete 5:6 | forth 2:20 | just 4:7 | my 2:9,15 4:19 5:15 |
| at 5:6 | connected 4:1,7,13 | Foundation 2:23 4:6,10,11,12 | | N |
| attorney 5:10,11 | connection 3:15,21 | fraud 2:16 3:10,11 | | Network 1:3 |
| AUDIO 1:1 | conservative 2:7 4:17 | from 2:3,5 | | news 1:3 2:8,20 4:18 |
| | contract 3:17 | FURTHER 5:4,9 | | not 3:3,4,11 4:7,13, 14 5:9 |
| | correct 5:5 | G | | November 1:5 |
| | counsel 5:11 | George 4:1,9 | | |
| | count 2:18 | | | |

### O

**OAN** 2:1
**of** 1:1 2:2,16,20,23 3:22 4:2,5,6,7,10, 11,12 5:1,5,6,10
**official** 2:24
**on** 2:4,8,13 3:18 4:8, 18
**one** 1:3 2:4,8,16,23 3:7 4:18
**only** 3:4
**open** 2:23,24 4:5,10, 11,12
**operate** 3:6,19
**or** 3:8 4:2 5:10,11,12
**our** 2:13
**out** 2:3
**outlet** 2:20 4:17
**owner** 2:22 4:5,12

### P

**pattern** 3:6
**people** 3:12
**place** 5:7
**pleasure** 4:19
**Portuguese** 3:2
**pretty** 3:11
**problem** 3:1
**problems** 2:2
**Production** 5:19
**programs** 4:3

### R

**recent** 2:16
**RECORDING** 1:1
**relative** 5:10
**remember** 3:12
**reporter** 2:1,11
**REPORTERS** 1:24 5:20
**rigged** 2:3
**Room** 1:3

### S

**said** 5:5
**same** 3:6
**Santos** 2:6,9,11,15 3:17,24 4:4,15,19
**saw** 3:10
**saying** 3:2 4:7
**says** 3:1
**see** 3:19 4:6
**services** 3:23
**set** 5:15
**sir** 2:14 4:18
**slamming** 2:21
**Smartmatic** 2:17, 21,24 3:3,4,16 4:5, 13
**so** 2:9,15,19 3:15,17, 19,21 4:9,19
**socialist** 2:3
**Society** 2:23 4:5,10, 11,12
**software** 3:22 4:2
**softwares** 3:18
**some** 2:12 4:6
**somehow** 4:4
**someone** 4:13
**something** 3:9
**Soros** 4:1,9
**sorry** 4:11
**South** 2:15
**speaking** 2:3
**specified** 5:7
**started** 3:1,3
**statement** 5:6
**stopped** 3:8
**story** 3:2
**such** 5:11
**suppose** 3:16
**sure** 3:11
**system** 3:5

### T

**talking** 4:18
**tell** 4:13
**Terça** 2:6,12 4:16
**Thank** 2:8,9 4:17,19
**that** 2:13,17,18 3:5, 9,10,22,23 5:4,9
**the** 1:1 2:1,2,13,16, 17,20,21,22,23,24 3:1,3,4,5,6,14,15, 16,20,21 4:4,5,7,9, 10,11,12 5:4,6,7
**then** 3:8
**there** 3:20
**these** 3:18,22 4:2
**they** 3:1,6,11,17,19 4:7,13,14
**thing** 2:23
**this** 2:5 3:4 4:12 5:12
**THOMPSON** 1:24 5:20
**time** 5:7
**to** 2:10,17,19 3:4,11, 21 4:6,18
**together** 3:19 4:14
**TRANSCRIBED** 1:24
**transcript** 1:1 5:5,6
**TRANSCRIPTIONIST** 5:1
**true** 5:5
**Trump** 3:12
**tweeted** 3:12

### U

**us** 2:8,13 4:8,14,18
**use** 3:22
**used** 2:18 3:4
**using** 3:5,17

### V

**Venezuela** 2:4,19 3:3
**version** 3:2
**very** 4:8,17
**vote** 3:13,22 4:2
**voter** 2:18
**votes** 2:18 3:14
**Voting** 2:2

### W

**was** 3:7
**Washington** 2:5
**we** 2:16,17,20 3:1 4:1
**website** 2:24 3:20
**weird** 2:24 3:6
**what** 2:14 3:15
**when** 2:24
**WHEREOF** 5:15
**which** 2:7
**who** 2:1,17 3:13
**who's** 2:22
**with** 2:2,6,12 3:4,21 4:2,16
**WITNESS** 5:15
**work** 3:4

### Y

**Yeah** 4:4
**Yes** 3:24
**you** 2:8,9,12,14,24 3:5,10,13,16,18 4:6, 17,19
**you're** 2:11 4:6