# Exhibit 16A

**Screenshot A**



Exhibit 16A, *News Room*, 3 PM (11/20/2020) at 00:19.

**Screenshot B**



Exhibit 16A, *News Room*, 3 PM (11/20/2020) at 01:06.

**Screenshot C**



Exhibit 16A, *News Room*, 3 PM (11/20/2020) at 03:53.