# Exhibit 17A

Screenshot A



Exhibit 17A, *In Focus* (11/20/2020) at 00:45.

**Screenshot B**



Exhibit 17A, *In Focus* (11/20/2020) at 02:54.

Screenshot C



Exhibit 17A, *In Focus* (11/20/2020) at 10:12.

**Screenshot D**



Exhibit 17A, *In Focus* (11/20/2020) at 10:19.