# Exhibit 18

TRANSCRIPT OF THE AUDIO RECORDING OF:

One America News Network, Tipping Point Excerpt

November 22, 2020

TRANSCRIBED BY: THOMPSON COURT REPORRTERS INC.

1        KYLE BECKER:  - - Developers from Serbia, a lot of
2   people from Serbia working with this company. So that's the
3   foreign connections. And, you know, when -- when the media for
4   three or four years, you know, cries foul about supposed
5   foreign interference in the election that Trump won, it's --
6   it's -- turnabout is fair play for them to actually show some
7   concern about the potential that Dominion has some foreign
8   ties, including redacted bids, that should show who their
9   donors are, and their stakeholders are in the company, and
10  they don't show them explicitly. So that raises some red flags
11  about the company.
12       KARA MCKINNEY:  It just so, you know, blows my mind.
13  It boggles the mind that, as you were saying, years and years
14  of Russia this, Russia that, foreign interference and foreign
15  hacking and meddling in our elections, and then here all these
16  bids go out to foreign-based companies, you know, Dominion, as
17  you were saying, it's a Canadian company. We hear about some
18  servers possibly overseas that some of this data is being
19  routed through, you know, you know, what's going on there?
20  It's so confusing.
21       KYLE BECKER:  It is confusing because, you know,
22  there are -- there are foreign companies that have stations in
23  the United States. So, you know, for example, there's, you
24  know, SGO Smartmatic has been involved in this and they're

1  from London, they have ties to Venezuela, they've been
2  participating in Venezuela. There are ties to -- just, you
3  know, Germany, in the server, election recording servers going
4  through -- through there. All of this is being denied, but
5  there's absolutely zero transparency. These source codes that
6  are used in these votes -- voting machines are secret and
7  proprietary and Democrats from Chuck Schumer, Zoe Lofgren,
8  Carolyn Mosley in New York, all of these Democrats have
9  pointed out these major problems with security and with
10 transparency with these voting systems companies, but they've
11 changed their tune since Biden shows the lead at the moment,
12 so they're not they're not so concerned about it at the
13 moment.
14         KARA MCKINNEY:  Seems to be what always happens, you
15 know, with changing their tunes. But thank you so much for
16 joining us tonight Kyle, and laying it all out for us.
17         KYLE BECKER:  Thanks Kara.
18         KARA MCKINNEY:  And coming up next - -
19
20
21
22
23
24

|    |                                                              |
|----|--------------------------------------------------------------|
| 1  | TRANSCRIBER'S CERTIFICATE                                    |
| 2  |                                                              |
| 3  | I hereby certify that the foregoing pages                    |
| 4  | are a true, accurate, and complete transcript of the         |
| 5  | proceedings transcribed from a copy of the electronic        |
| 6  | sound recording to the best of our knowledge and ability.    |
| 7  |                                                              |
| 8  | IN WITNESS WHEREOF, I have hereunto set my hand on           |
| 9  | this 12th day of October, 2021.                              |
| 10 |                                                              |
| 11 |                                                              |
| 12 | _____                                      |
| 13 | JAMES LONERGAN                                               |
| 14 |                                                              |
| 15 |                                                              |
| 16 |                                                              |
| 17 |                                                              |
| 18 |                                                              |
| 19 |                                                              |
| 20 |                                                              |
| 21 |                                                              |
| 22 |                                                              |
| 23 |                                                              |
| 24 | THOMPSON COURT REPORTERS INC.                                |

**1**

12th 4:9

**2**

2020 1:4
2021 4:9
22 1:4

**A**

ability 4:6
about 2:4,7,11,17 3:12
absolutely 3:5
accurate 4:4
actually 2:6
all 2:15 3:4,8,16
always 3:14
America 1:3
and 2:3,9,13,14,15,24 3:6,7,9,16,18 4:4,6
are 2:9,22 3:2,6 4:4
as 2:13,16
at 3:11,12
AUDIO 1:1

**B**

be 3:14
because 2:21
BECKER 2:1,21 3:17
been 2:24 3:1
being 2:18 3:4
best 4:6
Biden 3:11
bids 2:8,16
blows 2:12
boggles 2:13
but 3:4,10,15
BY 1:24

**C**

Canadian 2:17
Carolyn 3:8
CERTIFICATE 4:1
certify 4:3
changed 3:11
changing 3:15
Chuck 3:7
codes 3:5
coming 3:18
companies 2:16,22 3:10
company 2:2,9,11,17
complete 4:4
concern 2:7
concerned 3:12
confusing 2:20,21
connections 2:3
copy 4:5
COURT 1:24 4:24
cries 2:4

**D**

data 2:18
day 4:9
Democrats 3:7,8
denied 3:4
Developers 2:1
Dominion 2:7,16
don't 2:10
donors 2:9

**E**

election 2:5 3:3
elections 2:15
electronic 4:5
example 2:23
Excerpt 1:3
explicitly 2:10

**F**

fair 2:6
flags 2:10
for 2:3,6,23 3:15,16
foregoing 4:3

foreign 2:3,5,7,14,22
foreign-based 2:16
foul 2:4
four 2:4
from 2:1,2 3:1,7 4:5

**G**

Germany 3:3
go 2:16
going 2:19 3:3

**H**

hacking 2:15
hand 4:8
happens 3:14
has 2:7,24
have 2:22 3:1,8 4:8
hear 2:17
here 2:15
hereby 4:3
hereunto 4:8

**I**

in 2:5,9,15,22,24 3:2,3,6,8 4:8
INC 1:24 4:24
including 2:8
interference 2:5,14
involved 2:24
is 2:6,18,21 3:4
it 2:12,13,21 3:12,16
it's 2:5,6,17,20

**J**

JAMES 4:13
joining 3:16
just 2:12 3:2

**K**

Kara 2:12 3:14,17,18
know 2:3,4,12,16,19,21,23,24 3:3,15

knowledge 4:6
Kyle 2:1,21 3:16,17

**L**

laying 3:16
lead 3:11
Lofgren 3:7
London 3:1
LONERGAN 4:13
lot 2:1

**M**

machines 3:6
major 3:9
MCKINNEY 2:12 3:14,18
meddling 2:15
media 2:3
mind 2:12,13
moment 3:11,13
Mosley 3:8
much 3:15
my 2:12 4:8

**N**

Network 1:3
New 3:8
News 1:3
next 3:18
not 3:12
November 1:4

**O**

October 4:9
of 1:1 2:1,14,18 3:4,8 4:4,5,6,9
on 2:19 4:8
One 1:3
or 2:4
our 2:15 4:6
out 2:16 3:9,16
overseas 2:18

**P**

pages 4:3
participating 3:2
people 2:2
play 2:6
Point 1:3
pointed 3:9
possibly 2:18
potential 2:7
problems 3:9
proceedings 4:5
proprietary 3:7

**R**

raises 2:10
recording 1:1 3:3 4:6
red 2:10
redacted 2:8
REPORRTERS 1:24
REPORTERS 4:24
routed 2:19
Russia 2:14

**S**

saying 2:13,17
Schumer 3:7
secret 3:6
security 3:9
Seems 3:14
Serbia 2:1,2
server 3:3
servers 2:18 3:3
set 4:8
SGO 2:24
should 2:8
show 2:6,8,10
shows 3:11
since 3:11
Smartmatic 2:24
so 2:2,10,12,20,23 3:12,15

**some**  2:6,7,10,17,18
**sound**  4:6
**source**  3:5
**stakeholders**  2:9
**States**  2:23
**stations**  2:22
**supposed**  2:4
**systems**  3:10

---
### T

**thank**  3:15
**Thanks**  3:17
**that**  2:5,7,8,10,13, 14,18,22 3:5 4:3
**that's**  2:2
**the**  1:1 2:2,3,5,7,9, 11,13,23 3:3,11,12 4:3,4,5,6
**their**  2:8,9 3:11,15
**them**  2:6,10
**then**  2:15
**there**  2:19,22 3:2,4
**there's**  2:23 3:5
**these**  2:15 3:5,6,8,9, 10
**they**  2:10 3:1
**they're**  2:24 3:12
**they've**  3:1,10
**this**  2:2,14,18,24 3:4 4:9
**THOMPSON**  1:24 4:24
**three**  2:4
**through**  2:19 3:4
**ties**  2:8 3:1,2
**Tipping**  1:3
**to**  2:6,16 3:1,2,14 4:6
**tonight**  3:16
**transcribed**  1:24 4:5
**TRANSCRIBER'S**  4:1
**transcript**  1:1 4:4
**transparency**  3:5,10
**true**  4:4
**Trump**  2:5

**tune**  3:11
**tunes**  3:15
**turnabout**  2:6

---
### U

**United**  2:23
**up**  3:18
**us**  3:16
**used**  3:6

---
### V

**Venezuela**  3:1,2
**votes**  3:6
**voting**  3:6,10

---
### W

**We**  2:17
**were**  2:13,17
**what**  3:14
**what's**  2:19
**when**  2:3
**WHEREOF**  4:8
**who**  2:8
**with**  2:2 3:9,10,15
**WITNESS**  4:8
**won**  2:5
**working**  2:2

---
### Y

**years**  2:4,13
**York**  3:8
**you**  2:3,4,12,13,16, 17,19,21,23 3:2,14, 15

---
### Z

**zero**  3:5
**Zoe**  3:7