# Exhibit 18A

**Screenshot A**



Exhibit 18A, *Tipping Point* (11/22/2020) at 00:03.

**Screenshot B**



Exhibit 18A, *Tipping Point* (11/22/2020) at 01:29.