# Exhibit 19

TRANSCRIPT OF THE AUDIO RECORDING OF:

One America News Network

News Room Excerpt

November 22, 2020

TRANSCRIBED BY: THOMPSON COURT REPORTERS INC.

1    SAMANTHA LOMIBAO:  The Organization of American States
2 says an upcoming election in Venezuela will not be free and
3 fair. In a recent statement the OAS said the international
4 community must not recognize Venzualen elections, adding the
5 Maduro regime will manipulate the outcome of the vote. The
6 organization says Maduro officials seek to cement their
7 impunity and Co-optation [audio break] of state powers. This
8 after reports found Maduro allies were meddling in the latest
9 US election through a company called Smartmatic.
10   RUDY GIULIANI:  Smartmatic, which is the ultimate
11 software, had switched 6,000 votes. It switched 6,000 votes
12 from Trump to Biden. So the poor people in Michigan that went
13 in to vote for Trump ended up voting for Biden because the
14 machine and the software that originates you know, with
15 Venezuela, a dictatorship, changed their vote without their
16 ever knowing it.
17   SAMANTHA LOMIBAO:  The OAS says any election that
18 involves Maduro officials is a sham and must be not recognized
19 by any civilized country. Still ahead on this hour of One
20 American News David Perdue comments on the recent election
21 audit in his state. Why the senator says the recount was
22 pointless. Plus, Senator Kevin Cramer is defending the
23 President's election related legal battles across the country.
24 Why the Republican senator believes President Trump needs to

1  fight to the end, coming up.
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

```
 1                TRANSCRIBER'S CERTIFICATE

 2

 3   I hereby certify that the foregoing pages

 4   are a true, accurate, and complete transcript of the

 5   proceedings transcribed from a copy of the electronic

 6   sound recording to the best of our knowledge and ability.

 7

 8        IN WITNESS WHEREOF, I have hereunto set my hand on

 9             this 8th day of October, 2021.

10

11

12        _____

13             James Lonergan
               Production Manager
14             THOMPSON COURT REPORTERS

15

16

17

18

19

20

21

22

23

24             THOMPSON COURT REPORTERS INC.
```

## 6

**6,000** 2:11

## A

**across** 2:23
**adding** 2:4
**after** 2:8
**ahead** 2:19
**allies** 2:8
**American** 2:1,20
**an** 2:2
**and** 2:2,7,14,18
**any** 2:17,19
**audio** 2:7
**audit** 2:21

## B

**battles** 2:23
**be** 2:2,18
**because** 2:13
**believes** 2:24
**Biden** 2:12,13
**break** 2:7
**by** 2:19

## C

**called** 2:9
**cement** 2:6
**changed** 2:15
**civilized** 2:19
**Co-optation** 2:7
**coming** 3:1
**comments** 2:20
**community** 2:4
**company** 2:9
**country** 2:19,23
**Cramer** 2:22

## D

**David** 2:20
**defending** 2:22
**dictatorship** 2:15

## E

**election** 2:2,9,17,20, 23
**elections** 2:4
**end** 3:1
**ended** 2:13
**ever** 2:16

## F

**fair** 2:3
**fight** 3:1
**for** 2:13
**found** 2:8
**free** 2:2
**from** 2:12

## G

**GIULIANI** 2:10

## H

**had** 2:11
**his** 2:21
**hour** 2:19

## I

**impunity** 2:7
**in** 2:2,3,8,12,13,21
**international** 2:3
**involves** 2:18
**is** 2:10,18,22
**it** 2:11,16

## K

**Kevin** 2:22
**know** 2:14
**knowing** 2:16

## L

**latest** 2:8
**legal** 2:23
**LOMIBAO** 2:1,17

## M

**machine** 2:14
**Maduro** 2:5,6,8,18
**manipulate** 2:5
**meddling** 2:8
**Michigan** 2:12
**must** 2:4,18

## N

**needs** 2:24
**News** 2:20
**not** 2:2,4,18

## O

**OAS** 2:3,17
**of** 2:1,5,7,19
**officials** 2:6,18
**on** 2:19,20
**One** 2:19
**organization** 2:1,6
**originates** 2:14
**outcome** 2:5

## P

**people** 2:12
**Perdue** 2:20
**Plus** 2:22
**pointless** 2:22
**poor** 2:12
**powers** 2:7
**President** 2:24
**President's** 2:23

## R

**recent** 2:3,20
**recognize** 2:4
**recognized** 2:18
**recount** 2:21
**regime** 2:5
**related** 2:23
**reports** 2:8
**Republican** 2:24

**RUDY** 2:10

## S

**said** 2:3
**SAMANTHA** 2:1, 17
**says** 2:2,6,17,21
**seek** 2:6
**senator** 2:21,22,24
**sham** 2:18
**Smartmatic** 2:9,10
**So** 2:12
**software** 2:11,14
**state** 2:7,21
**statement** 2:3
**States** 2:1
**Still** 2:19
**switched** 2:11

## T

**that** 2:12,14,17
**the** 2:1,3,4,5,8,10, 12,13,14,17,20,21, 22,23,24 3:1
**their** 2:6,15
**this** 2:7,19
**through** 2:9
**to** 2:6,12,13,24 3:1
**Trump** 2:12,13,24

## U

**ultimate** 2:10
**up** 2:13 3:1
**upcoming** 2:2
**US** 2:9

## V

**Venezualen** 2:4
**Venezuela** 2:2,15
**vote** 2:5,13,15
**votes** 2:11
**voting** 2:13

## W

**was** 2:21
**went** 2:12
**were** 2:8
**which** 2:10
**Why** 2:21,24
**will** 2:2,5
**with** 2:14
**without** 2:15

## Y

**you** 2:14