# Exhibit 19A

**Screenshot A**



Exhibit 19A, *News Room*, 6 PM (11/22/2020) at 00:04.

**Screenshot B**



Exhibit 19A, *News Room*, 6 PM (11/22/2020) at 00:39.

**Screenshot C**



Exhibit 19A, *News Room*, 6 PM (11/22/2020) at 01:02.