# Exhibit 20

TRANSCRIPT OF THE AUDIO RECORDING OF:

One America News Network, Tipping Point Excerpt

November 23, 2020

TRANSCRIBED BY: THOMPSON COURT REPORTERS INC.

1      KARA MCKINNEY:  Our "Around the World Story," more

2  questions are emerging about Dominion Voting Machines. The

3  Dominion CEO admitted in previous testimony that their

4  machines rely on Chinese parts, from screen interface down to

5  the chip level--take a look.

6      JOHN POULOS:  We do have components in our products

7  that come from China, and I don't know the exact percentage, I

8  can certainly get that to the committee through my staff.

9  Happy to work with you on getting the exact number--

10     UNIDENTIFIED SPEAKER A:  What are the components that

11 you get from China?

12     JOHN POULOS:  So, for example, LCD components, the

13 actual glass screen on the interface, down to the chip

14 component level of capacitors and resistors. Several of those

15 components, to our knowledge, are not even--there's no option

16 for manufacturing of those in the United States.

17     KARA MCKINNEY:  Predictively, instead of asking the

18 tough questions, mainstream media outlets like CNN are doing

19 everything they can to carry water for Dominion--calling any

20 questions about their integrity kooky, conspiracy theories,

21 but even their own fact-check page ends up owning itself.

22 When they claim at the top of their article that Dominion has

23 no ties whatsoever to Venezuela or the Clinton Foundation, and

24 then just a few sentences later admit that there are ties. The

1  truth is, a new affidavit just filed by a former body guard to
2  Venezuelan dictator Hugo Chávez shows his ties to Smartmatic
3  and to Dominion. With me now to discuss is a senior analyst
4  for strategy at the Center for Security Policy, J. Michael
5  Waller, welcome back.
6              J. MICHAEL WALLER:  Hi, Kara.
7              KARA MCKINNEY:  Great, so when it comes to this
8  affidavit from the former Venezuelan bodyguard, what stood out
9  to you the most?
10             J. MICHAEL WALLER:  What stood out was we have an
11 eyewitness account of an individual who was a trusted
12 confidant of the then Cuban and Russian backed dictator of
13 Venezuela, who personally designed the parameters of a
14 software to--whose whole purpose was to manipulate votes to
15 ensure that he would win an election. This is crucial because
16 it's not just a foreign Banana Republic dictator, this is
17 someone who's backed by--with Cuban intelligence Secret
18 Service around him and Russian secret police around him, who's
19 designing this material that American voting tabulation
20 companies used.
21             KARA MCKINNEY:  And would it be accurate to describe
22 Smartmatic as a shell company? That there's a lot of
23 players--a lot of the waters here are muddy, so you can't
24 really necessarily get back to who owns what? Would that be

1    correct?

2           J. MICHAEL WALLER:  Right, yes, we do know that it's

3    owned by two Venezuelan nationals who were allied with the

4    Venezuelan dictatorship. We know that much, but the company is

5    hiding who else owns them, and there's no transparency at all.

6    Yet our own voting officials think it's just fine.

7           KARA MCKINNEY:  And then it just comes down to this

8    idea of Smartmatic and Dominion--I know they're trying to

9    distance from each other, for example, Dominion says, "we're

10   competitors in the marketplace, we have no ties whatsoever."

11   You go back to old interviews, for example, of the former

12   chairman for Smartmatic telling--in the Philippines, he was

13   being interviewed and he says, "that they work together with

14   software and share some details there." So what is the exact

15   relationship between the two?

16          J. MICHAEL WALLER:  Well, it's still really unclear,

17   but we do know that from the the evidence presented so

18   far--from this, this one affidavit that we've already seen,

19   that the current software for any Smartmatic compatible

20   machine, the DNA is based on this, this Smartmatic material

21   design in Venezuela. So that's the, that's the, that's the

22   backbone of the software for any Dominion or other machine in

23   the United States.

24          KARA MCKINNEY:  We've spent the last four years

1  crying about Russia and, you know, foreign interference in our

2  elections. Here you have Dominion, it's a Canadian firm, and

3  then you have Smartmatic which, you know, goes back to

4  Venezuela. And we, here, we're basically importing and

5  bringing them into about, what was it? Thirty or so states,

6  were using this type of software, what does that tell you?

7           J. MICHAEL WALLER:  It tells us a lot of people are

8  asleep at the switch, both Democrats and Republicans, and I

9  think there's a lot more to it than that. Because this is the

10 type of thing that the FBI's job is to defend our Democracy

11 against foreign interference. That's a counterintelligence

12 issue because when you have the security apparatus of the

13 Venezuelan regime, which is really the security apparatus of

14 the Cuban Communist regime, which itself was created by the

15 Russian KGB. You have that software being used to tabulate

16 American votes? This is a counterintelligence issue, and when

17 this became public in 2017, who was head of

18 counterintelligence in the FBI? Peter Strzok.

19           KARA MCKINNEY:  And why do you think--

20           J. MICHAEL WALLER:  The one who was--

21           KARA MCKINNEY:  Exactly, was he sitting on

22 information, do you believe, Peter Strzok?

23           J. MICHAEL WALLER:  Who knows? But this was his job

24 and instead of, instead of looking at ways to make sure that

1  our Democratic system is not corrupted by foreign intelligence

2  services or regimes, he's out there spreading this Russia

3  collusion narrative, which has been discredited, yet he's

4  still doing it. He banned me from Twitter the other day for

5  pointing it out.

6          KARA MCKINNEY:  And that's how you know you're onto

7  something when he--when, you know, you get the block because

8  you're onto something. If you were just, you know, a troll,

9  for example, online that he thought, "oh, you know, you have

10 nothing there," he would have just ignored you. But since he

11 went out of his way to block you and try and shut you down,

12 there's questions he doesn't want to have asked toward him.

13 But we've seen Trump--we've seen attorney now, Sidney Powell,

14 some are trying to say the Trump campaign, the Trump legal

15 teams, were trying to distance themselves from her with their

16 statement on Sunday night. I don't necessarily take it that

17 way because she never claimed to be representing the President

18 in this case. We've seen her on the Thursday press conference,

19 for example, she said that, "she believes there's Communist

20 influence, Communist money here from Venezuela, Cuba, and

21 perhaps even from China." We know when it comes down to this,

22 the Smartmatic and Dominion, for example, their chips are even

23 made in China. Does that present as a national security threat

24 in your opinion?

1        J. MICHAEL WALLER:  Oh, it's a huge threat because

2   our own intelligence services don't allow chips made in China

3   in their own technologies, yet our voting systems do, so

4   there's a terrible problem there. The, Sidney Powell's, the

5   whole so-called split with the, with the President's legal

6   team--that she was never part of it in the first place, as you

7   said, but there are a few clues out there. No one is really

8   criticizing her from the President's own legal team. And in

9   fact, Jenna Ellis, who was a key member of the team, tweeted

10  out Sidney Powell's comments in the Wall Street Journal today,

11  as if to give the thumbs-up that everything's fine.

12       KARA MCKINNEY:  When our State Department looks out

13  at the world and we see there's corrupt elections that take

14  place, you know, all over the world--Ukraine or, you know, in

15  South America, as we were discussing these different nations.

16  If you were to turn the the State Department's own guidelines

17  back on the US, seeing everything we saw with the flood of

18  mail-in ballots, that you can't tell which ones are

19  legitimate, which ones are fraudulent, you see opposition poll

20  workers being kicked out of the ballot counting process. When

21  you see all this taken in its totality, would we even pass the

22  bar for our own State Department's guidelines? Or would we be

23  red flagged as having a rigged election or at least something

24  there?

1      J. MICHAEL WALLER:  Right, there would be at least a

2 lot of yellow flags that there was some dirty playing in our

3 elections, if the State Department was monitoring us for

4 another country. And you might even have certain kinds of

5 sanctions or other penalties put against that nation for

6 having a fake Democratic process. Even Jimmy Carter, with his

7 Carter Center, who's--one of its main jobs around the world is

8 to certify electoral and voting processes in other countries.

9 If you go to the Carter Foundation's website, or Carter

10 Center's website, our whole process this year violated so many

11 of Jimmy Carter's own rules that if you apply them to Biden

12 standards, then Biden has completely defrauded the country.

13      KARA MCKINNEY:  It's just, to me, it just speaks of

14 this is all intentional that these are, you know, I can

15 understand having one mistake here, you know, some different

16 irregularities that crop up when--but when the entire thing is

17 this rigged looking, it's just, to me, it just screams this is

18 intentional, this was planned. And so, you know, I really do

19 hope that Sidney Powell is able to, you know, take these next

20 few weeks, months, or however long that she needs to fully

21 flesh out this case because I do think she has her finger on

22 something that is critical, that is major, that is--affects

23 our national security. So I do wish her all the best, and

24 thank you so much for joining us tonight, J. Michael Waller.

1            J. MICHAEL WALLER:  Anytime, it's great being with
2   you.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

1            TRANSCRIBER'S CERTIFICATE

2

3  I hereby certify that the foregoing pages

4  are a true, accurate, and complete transcript of the

5  proceedings transcribed from a copy of the electronic

6  sound recording to the best of our knowledge and ability.

7

8         IN WITNESS WHEREOF, I have hereunto set my hand on

9                this 4th day of October, 2021.

10

11

12                    *[signature: James Lonergan]*

13                    _____
                      James Lonergan
                      Production Manager
14                    Thompson Court Reporters, Inc.

15

16

17

18

19

20

21

22

23

24              THOMPSON COURT REPORTERS INC.

**2**

**2017**  5:17

**A**

**able**  8:19
**about**  2:2,20 5:1,5
**account**  3:11
**accurate**  3:21
**actual**  2:13
**admit**  2:24
**admitted**  2:3
**affidavit**  3:1,8 4:18
**against**  5:11 8:5
**all**  4:5 7:14,21 8:14,23
**allied**  4:3
**allow**  7:2
**already**  4:18
**America**  7:15
**American**  3:19 5:16
**an**  3:10,11,15
**analyst**  3:3
**and**  2:7,14,23 3:3,12,18,21 4:5,7,8,13,14 5:1,2,4,8,16,19,24 6:6,11,20,22 7:8,13 8:4,8,18,23
**another**  8:4
**any**  2:19 4:19,22
**Anytime**  9:1
**apparatus**  5:12,13
**apply**  8:11
**are**  2:2,10,15,18,24 3:23 5:7 6:14,22 7:7,18,19 8:14
**around**  2:1 3:18 8:7
**article**  2:22
**as**  3:22 6:23 7:6,11,15,23
**asked**  6:12
**asking**  2:17
**asleep**  5:8
**at**  2:22 3:4 4:5 5:8,24 7:13,23 8:1
**attorney**  6:13

**B**

**back**  3:5,24 4:11 5:3 7:17
**backbone**  4:22
**backed**  3:12,17
**ballot**  7:20
**ballots**  7:18
**Banana**  3:16
**banned**  6:4
**bar**  7:22
**based**  4:20
**basically**  5:4
**be**  3:21,24 6:17 7:22 8:1
**became**  5:17
**because**  3:15 5:9,12 6:7,17 7:1 8:21
**been**  6:3
**being**  4:13 5:15 7:20 9:1
**believe**  5:22
**believes**  6:19
**best**  8:23
**between**  4:15
**Biden**  8:11,12
**block**  6:7,11
**body**  3:1
**bodyguard**  3:8
**both**  5:8
**bringing**  5:5
**but**  2:21 4:4,17 5:23 6:10,13 7:7
**by**  3:1 4:3 5:14 6:1
**by--with**  3:17

**C**

**campaign**  6:14
**can**  2:8,19 8:14
**can't**  3:23 7:18
**Canadian**  5:2
**capacitors**  2:14
**carry**  2:19
**Carter**  8:6,7,9
**Carter's**  8:11

**case**  6:18 8:21
**Center**  3:4 8:7
**Center's**  8:10
**CEO**  2:3
**certain**  8:4
**certainly**  2:8
**certify**  8:8
**chairman**  4:12
**China**  2:7,11 6:21,23 7:2
**Chinese**  2:4
**chip**  2:5,13
**chips**  6:22 7:2
**Chávez**  3:2
**claim**  2:22
**claimed**  6:17
**Clinton**  2:23
**clues**  7:7
**CNN**  2:18
**collusion**  6:3
**come**  2:7
**comes**  3:7 4:7 6:21
**comments**  7:10
**committee**  2:8
**Communist**  5:14 6:19,20
**companies**  3:20
**company**  3:22 4:4
**compatible**  4:19
**competitors**  4:10
**completely**  8:12
**component**  2:14
**components**  2:6,10,12,15
**conference**  6:18
**confidant**  3:12
**conspiracy**  2:20
**correct**  4:1
**corrupt**  7:13
**corrupted**  6:1
**counterintelligence**  5:11,16,18
**counting**  7:20
**countries**  8:8
**country**  8:4,12
**created**  5:14

**critical**  8:22
**criticizing**  7:8
**crop**  8:16
**crucial**  3:15
**crying**  5:1
**Cuba**  6:20
**Cuban**  3:12,17 5:14
**current**  4:19

**D**

**day**  6:4
**defend**  5:10
**defrauded**  8:12
**Democracy**  5:10
**Democratic**  6:1 8:6
**Democrats**  5:8
**Department**  7:12 8:3
**Department's**  7:16,22
**describe**  3:21
**design**  4:21
**designed**  3:13
**designing**  3:19
**details**  4:14
**dictator**  3:2,12,16
**dictatorship**  4:4
**different**  7:15 8:15
**dirty**  8:2
**discredited**  6:3
**discuss**  3:3
**discussing**  7:15
**distance**  4:9 6:15
**DNA**  4:20
**do**  2:6 4:2,17 5:19,22 7:3 8:18,21,23
**does**  5:6 6:23
**doesn't**  6:12
**doing**  2:18 6:4
**Dominion**  2:2,3,22 3:3 4:9,22 5:2 6:22
**Dominion--calling**  2:19
**Dominion--i**  4:8
**don't**  2:7 6:16 7:2
**down**  2:4,13 4:7

6:11,21

**E**

**each**  4:9
**election**  3:15 7:23
**elections**  5:2 7:13 8:3
**electoral**  8:8
**Ellis**  7:9
**else**  4:5
**emerging**  2:2
**ends**  2:21
**ensure**  3:15
**entire**  8:16
**even**  2:21 6:21,22 7:21 8:4,6
**even--there's**  2:15
**everything**  2:19 7:17
**everything's**  7:11
**evidence**  4:17
**exact**  2:7,9 4:14
**Exactly**  5:21
**example**  2:12 4:9,11 6:9,19,22
**eyewitness**  3:11

**F**

**fact**  7:9
**fact-check**  2:21
**fake**  8:6
**far--from**  4:18
**FBI**  5:18
**FBI's**  5:10
**few**  2:24 7:7 8:20
**filed**  3:1
**fine**  4:6 7:11
**finger**  8:21
**firm**  5:2
**first**  7:6
**flagged**  7:23
**flags**  8:2
**flesh**  8:21
**flood**  7:17
**for**  2:12,16,19 3:4 4:9,11,12,19,22 6:4,

9,19,22 7:22 8:3,5,
  24
**foreign** 3:16 5:1,11
  6:1
**former** 3:1,8 4:11
**Foundation** 2:23
**Foundation's** 8:9
**four** 4:24
**fraudulent** 7:19
**from** 2:4,7,11 3:8
  4:9,17 6:4,15,20,21
  7:8
**fully** 8:20

———————

### G

**get** 2:8,11 3:24 6:7
**getting** 2:9
**give** 7:11
**glass** 2:13
**go** 4:11 8:9
**goes** 5:3
**great** 3:7 9:1
**guard** 3:1
**guidelines** 7:16,22

———————

### H

**Happy** 2:9
**has** 2:22 6:3 8:12,21
**have** 2:6 3:10 4:10
  5:2,3,12,15 6:9,10,
  12 8:4
**having** 7:23 8:6,15
**he** 3:15 4:12,13 5:21
  6:4,9,10,12
**he's** 6:2,3
**he--when** 6:7
**head** 5:17
**her** 6:15,18 7:8 8:21,
  23
**here** 3:23 5:2,4 6:20
  8:15
**Hi** 3:6
**hiding** 4:5
**him** 3:18 6:12
**his** 3:2 5:23 6:11 8:6
**hope** 8:19

**how** 6:6
**however** 8:20
**huge** 7:1
**Hugo** 3:2

———————

### I

**idea** 4:8
**if** 6:8 7:11,16 8:3,9,
  11
**ignored** 6:10
**importing** 5:4
**in** 2:3,6,16 4:10,21,
  22 5:1,17,18 6:18,
  23,24 7:2,3,6,8,10,
  14,21 8:2,8
**individual** 3:11
**influence** 6:20
**information** 5:22
**instead** 2:17 5:24
**integrity** 2:20
**intelligence** 3:17 6:1
  7:2
**intentional** 8:14,18
**interface** 2:4,13
**interference** 5:1,11
**interviewed** 4:13
**interviews** 4:11
**into** 5:5
**irregularities** 8:16
**is** 3:1,3,15,16 4:4,14,
  20 5:9,10,13,16 6:1
  7:7 8:7,14,16,17,19,
  22
**is--affects** 8:22
**issue** 5:12,16
**it** 3:7,21 4:7 5:5,7,9
  6:4,5,16,21 7:6
  8:13,17
**it's** 3:16 4:2,6,16 5:2
  7:1 8:13,17 9:1
**its** 7:21 8:7
**itself** 2:21 5:14

———————

### J

**Jenna** 7:9
**Jimmy** 8:6,11

**job** 5:10,23
**jobs** 8:7
**JOHN** 2:6,12
**joining** 8:24
**Journal** 7:10
**just** 2:24 3:1,16 4:6,
  7 6:8,10 8:13,17

———————

### K

**Kara** 2:1,17 3:6,7,21
  4:7,24 5:19,21 6:6
  7:12 8:13
**key** 7:9
**KGB** 5:15
**kicked** 7:20
**kinds** 8:4
**know** 2:7 4:2,4,8,17
  5:1,3 6:6,7,8,9,21
  7:14 8:14,15,18,19
**knowledge** 2:15
**knows** 5:23
**kooky** 2:20

———————

### L

**last** 4:24
**later** 2:24
**LCD** 2:12
**least** 7:23 8:1
**legal** 6:14 7:5,8
**legitimate** 7:19
**level** 2:14
**level--take** 2:5
**like** 2:18
**long** 8:20
**look** 2:5
**looking** 5:24 8:17
**looks** 7:12
**lot** 3:22,23 5:7,9 8:2

———————

### M

**machine** 4:20,22
**machines** 2:2,4
**made** 6:23 7:2
**mail-in** 7:18
**main** 8:7

**mainstream** 2:18
**major** 8:22
**make** 5:24
**manipulate** 3:14
**manufacturing** 2:16
**many** 8:10
**marketplace** 4:10
**material** 3:19 4:20
**MCKINNEY** 2:1,17
  3:7,21 4:7,24 5:19,
  21 6:6 7:12 8:13
**me** 3:3 6:4 8:13,17
**media** 2:18
**member** 7:9
**Michael** 3:4,6,10
  4:2,16 5:7,20,23 7:1
  8:1,24 9:1
**might** 8:4
**mistake** 8:15
**money** 6:20
**monitoring** 8:3
**months** 8:20
**more** 2:1 5:9
**most** 3:9
**much** 4:4 8:24
**muddy** 3:23
**my** 2:8

———————

### N

**narrative** 6:3
**nation** 8:5
**national** 6:23 8:23
**nationals** 4:3
**nations** 7:15
**necessarily** 3:24
  6:16
**needs** 8:20
**never** 6:17 7:6
**new** 3:1
**next** 8:19
**night** 6:16
**no** 2:15,23 4:5,10
  7:7
**not** 2:15 3:16 6:1
**nothing** 6:10
**now** 3:3 6:13

**number--** 2:9

———————

### O

**of** 2:14,16,17,22
  3:11,12,13,22,23
  4:8,11,22 5:6,7,10,
  12,13,17,24 6:11
  7:6,9,17,20 8:2,4,7,
  11,13
**officials** 4:6
**oh** 6:9 7:1
**old** 4:11
**on** 2:4,9,13 4:20
  5:21 6:16,18 7:17
  8:21
**one** 4:18 5:20 7:7
  8:15
**ones** 7:18,19
**online** 6:9
**onto** 6:6,8
**opinion** 6:24
**opposition** 7:19
**option** 2:15
**or** 2:23 4:22 5:5 6:2
  7:14,22,23 8:5,9,20
**other** 4:9,22 6:4 8:5,
  8
**our** 2:1,6,15 4:6 5:1,
  10 6:1 7:2,3,12,22
  8:2,10,23
**out** 3:8,10 6:2,5,11
  7:7,10,12,20 8:21
**outlets** 2:18
**over** 7:14
**own** 2:21 4:6 7:2,3,
  8,16,22 8:11
**owned** 4:3
**owning** 2:21
**owns** 3:24 4:5

———————

### P

**page** 2:21
**parameters** 3:13
**part** 7:6
**parts** 2:4
**pass** 7:21
**penalties** 8:5

Case 1:21-cv-02900-CJN-MAU   Document 1-35   Filed 11/03/21   Page 14 of 15

Page 13

people 5:7
percentage 2:7
perhaps 6:21
personally 3:13
Peter 5:18,22
Philippines 4:12
place 7:6,14
planned 8:18
players--a 3:23
playing 8:2
pointing 6:5
police 3:18
Policy 3:4
poll 7:19
POULOS 2:6,12
Powell 6:13 8:19
Powell's 7:4,10
Predictively 2:17
present 6:23
presented 4:17
President 6:17
President's 7:5,8
press 6:18
previous 2:3
problem 7:4
process 7:20 8:6,10
processes 8:8
products 2:6
public 5:17
purpose 3:14
put 8:5

Q

questions 2:2,18,20 6:12

R

really 3:24 4:16 5:13 7:7 8:18
red 7:23
regime 5:13,14
regimes 6:2
relationship 4:15
rely 2:4
representing 6:17
Republic 3:16
Republicans 5:8
resistors 2:14
rigged 7:23 8:17
Right 4:2 8:1
rules 8:11
Russia 5:1 6:2
Russian 3:12,18 5:15

S

said 6:19 7:7
sanctions 8:5
saw 7:17
say 6:14
says 4:9,13
screams 8:17
screen 2:4,13
secret 3:17,18
security 3:4 5:12,13 6:23 8:23
see 7:13,19,21
seeing 7:17
seen 4:18 6:13,18
senior 3:3
sentences 2:24
Service 3:18
services 6:2 7:2
Several 2:14
share 4:14
she 6:17,19 7:6 8:20,21
shell 3:22
shows 3:2
shut 6:11
Sidney 6:13 7:4,10 8:19
since 6:10
sitting 5:21
Smartmatic 3:2,22 4:8,12,19,20 5:3 6:22
so 2:12 3:7,23 4:14, 17,21 5:5 7:3 8:10, 18,23,24
so-called 7:5
software 3:14 4:14, 19,22 5:6,15
some 4:14 6:14 8:2, 15
someone 3:17
something 6:7,8 7:23 8:22
South 7:15
SPEAKER 2:10
speaks 8:13
spent 4:24
split 7:5
spreading 6:2
staff 2:8
standards 8:12
State 7:12,16,22 8:3
statement 6:16
states 2:16 4:23 5:5
still 4:16 6:4
stood 3:8,10
Story 2:1
strategy 3:4
Street 7:10
Strzok 5:18,22
Sunday 6:16
sure 5:24
switch 5:8
system 6:1
systems 7:3

T

tabulate 5:15
tabulation 3:19
take 6:16 7:13 8:19
taken 7:21
team 7:8,9
team--that 7:6
teams 6:15
technologies 7:3
tell 5:6 7:18
telling--in 4:12
tells 5:7
terrible 7:4
testimony 2:3
than 5:9
thank 8:24
that 2:3,7,8,10,22,24 3:15,19,22,24 4:2,4, 13,17,18,19 5:6,9, 10,15,24 6:9,16,19, 23 7:11,13,18 8:2,5, 11,14,16,19,20,22
that's 4:21 5:11 6:6
the 2:1,2,5,7,8,9,10, 12,13,16,17,22,23, 24 3:4,8,9,12,13,23 4:3,4,10,11,12,14, 15,17,19,20,21,22, 23,24 5:8,9,10,12, 13,14,18,20 6:4,7, 14,17,18,22 7:4,5,6, 8,9,10,11,13,14,16, 17,20,21 8:3,7,9,12, 16,23
their 2:3,20,21,22 6:15,22 7:3
them 4:5 5:5 8:11
themselves 6:15
then 2:24 3:12 4:7 5:3 8:12
theories 2:20
there 2:24 4:14 6:2, 10 7:4,7,24 8:1,2
there's 3:22 4:5 5:9 6:12,19 7:4,13
these 7:15 8:14,19
they 2:19,22 4:13
they're 4:8
thing 5:10 8:16
think 4:6 5:9 8:21
think-- 5:19
Thirty 5:5
this 3:7,15,16,19 4:7,18,20 5:6,9,16, 17,23 6:2,18,21 7:21 8:10,14,17,18, 21
those 2:14,16
thought 6:9
threat 6:23 7:1
through 2:8
thumbs-up 7:11
Thursday 6:18
ties 2:23,24 3:2 4:10
to 2:4,8,9,13,15,19, 23 3:1,2,3,7,9,14, 21,24 4:7,8,11 5:3, 9,10,15,24 6:11,12, 14,15,17,21 7:11,16 8:8,9,11,13,17,19, 20
to--whose 3:14
today 7:10
together 4:13
tonight 8:24
top 2:22
totality 7:21
tough 2:18
toward 6:12
transparency 4:5
troll 6:8
Trump 6:14
Trump--we've 6:13
trusted 3:11
truth 3:1
try 6:11
trying 4:8 6:14,15
turn 7:16
tweeted 7:9
Twitter 6:4
two 4:3,15
type 5:6,10

U

unclear 4:16
understand 8:15
UNIDENTIFIED 2:10
United 2:16 4:23
up 2:21 8:16
us 5:7 7:17 8:3,24
used 3:20 5:15
using 5:6

V

Venezuela 2:23 3:13 4:21 5:4 6:20
Venezuelan 3:2,8 4:3,4 5:13
violated 8:10

Thompson Court Reporters, Inc.
thompsonreporters.com

**votes** 3:14 5:16
**voting** 2:2 3:19 4:6 7:3 8:8

---
**W**

**Wall** 7:10
**Waller** 3:5,6,10 4:2,16 5:7,20,23 7:1 8:1,24 9:1
**want** 6:12
**was** 3:10,11,14 4:12 5:5,14,17,21,23 7:6,9 8:2,3,18
**was--** 5:20
**water** 2:19
**waters** 3:23
**way** 6:11,17
**ways** 5:24
**we** 2:6 3:10 4:2,4,10,17 5:4 6:21 7:13,15,17,21,22
**we're** 4:9 5:4
**we've** 4:18,24 6:13,18
**website** 8:9,10
**weeks** 8:20
**welcome** 3:5
**Well** 4:16
**went** 6:11
**were** 4:3 5:6 6:8,15 7:15,16
**what** 2:10 3:8,10,24 4:14 5:5,6
**whatsoever** 2:23 4:10
**when** 2:22 3:7 5:12,16 6:7,21 7:12,20 8:16
**when--but** 8:16
**which** 5:3,13,14 6:3 7:18,19
**who** 3:11,13,24 4:3,5 5:17,20,23 7:9
**who's** 3:17,18
**who's--one** 8:7
**whole** 3:14 7:5 8:10
**why** 5:19

**win** 3:15
**wish** 8:23
**with** 2:9 3:3 4:3,13 6:15 7:5,17 8:6 9:1
**work** 2:9 4:13
**workers** 7:20
**world** 2:1 7:13 8:7
**world--ukraine** 7:14
**would** 3:15,21,24 6:10 7:21,22 8:1

---
**Y**

**year** 8:10
**years** 4:24
**yellow** 8:2
**yes** 4:2
**yet** 4:6 6:3 7:3
**you** 2:9,11 3:9,23 4:11 5:1,2,3,6,12, 15,19,22 6:6,7,8,9, 10,11 7:6,14,16,18, 19,21 8:4,9,11,14, 15,18,19,24 9:2
**you're** 6:6,8
**your** 6:24