# Exhibit 20A

Screenshot A



Exhibit 20A, *Tipping Point* (11/23/2020) at 01:12.

Screenshot B



Exhibit 20A, *Tipping Point* (11/23/2020) at 01:34.