# Exhibit 21

HOME   ABOUT OAN   TV SCHEDULE   SHOWS   SHOP
CONTACT   CAREERS





TRENDING   FMR. U.S. ENVOY TO AFGHANISTAN: BIDEN WITHDRAWAL WAS

SEARCH …

# Former U.S. Attorney, Joe DiGenova, On The Growing Evidence Of Voter Fraud



0:00 / 11:02

Around the Web

revcontent

Document title: Former U.S. Attorney, Joe diGenova, On The Growing Evidence Of Voter Fraud | One America News Network
Capture URL: https://www.oann.com/coming-up-on-in-focus/
Capture timestamp (UTC): Mon, 25 Oct 2021 17:55:09 GMT

Page 1 of 3

## Around the Web



**This MD-approved Pain Relief Gummy Is Potent: 'You Only Need 1 a Day'**
Med News



**Dermatologist: Try This Tonight if You Have Nail Fungus (Watch)**
HealthScore



**Top Doctor: Do This Instead of Knee Replacement Surgery**
AmRelieve



**Millennials Don't Like These Brands Anymore & Now They're Disappearing**
MoneyWise.com



**Bone on Bone Knees? Try This Move Once a Day**
Prosper Wellness



**Here's Who Actually Makes Costco Kirkland Products (No.1 Will Surprise You)**
MoneyWise.com

**SHARE**    **TWEET**    **PIN**    **SHARE**



Fmr. U.S. Envoy to Afghanistan: Biden withdrawal was 'ugly' final phase



Terminated health care, education workers slam vaccine mandates

Document title: Former U.S. Attorney, Joe diGenova, On The Growing Evidence Of Voter Fraud | One America News Network
Capture URL: https://www.oann.com/coming-up-on-in-focus/
Capture timestamp (UTC): Mon, 25 Oct 2021 17:55:09 GMT



**Millennials Don't Like These Brands Anymore & Now They're Disappearing**
MoneyWise.com



**Bone on Bone Knees? Try This Move Once a Day**
Prosper Wellness



**Here's Who Actually Makes Costco Kirkland Products (No.1 Will Surprise You)**
MoneyWise.com



SHARE   TWEET   PIN   SHARE


Fmr. U.S. Envoy to Afghanistan: Biden withdrawal was 'ugly' final phase


Terminated health care, education workers slam vaccine mandates


Sen. King calls for filibuster reform, veers from Democrats on outright abolishing the Senate practice


Houston authorities investigating potential case of neglect, homicide after finding 3 children under age of 18, human remains in apartment


Mark Meadows: I would bet President Trump runs in 2024

© COPYRIGHT 2021 — HERRING NETWORKS, INC. ALL RIGHTS RESERVED.    CONTACT   WHERE TO WATCH   AFFILIATE RELATIONS   BRAND   CAREERS
TERMS   PRIVACY POLICY   COOKIE POLICY