# Exhibit 22





Attorney Sidney Powell speaks to the press about various lawsuits related to the 2020 election, inside the Republican National Committee headquarters on November 19, 2020 in Washington, DC. (Photo by Drew Angerer/Getty Images)

OAN Newsroom
UPDATED 12:00 PM PT – Friday, November 27, 2020

Attorney Sidney Powell released the Kraken. On Thursday, the former Trump administration lawyer filed two explosive election lawsuits in Georgia and Michigan.

The criminal complaints are a compilation of witness statements and affidavits that spell out specific instances of potential fraud in clear detail.

In both suits, Powell said the fraud mainly took place in the form of "old-fashioned ballot stuffing," which was rendered "virtually invisible" by Dominion and Smartmatic's computer software. According to the attorney, both programs were created and funded at the behest of foreign oligarchs, specifically to rig elections.

The strategy was first developed and used by Venezuelan Dictator Hugo Chavez to ensure he never lost an election. This was possible due to a core design in Smartmatic's software that allows it to hide any manipulations to votes during an audit.

> Sorry... lost my original thread. No matter.
>
> "In some counties, there was no actual "hand" recounting of the ballots during the Hand Recount, but rather, County Officials and their employees 30 simply conducted another machine count of the same ballots."
>
> — Justin Hart (@justin_hart) November 26, 2020

Document title: Sidney Powell launches election lawsuits in Mich. and Ga. | One America News Network
Capture URL: https://web.archive.org/web/20201210093931/https://www.oann.com/sidney-powell-launches-election-lawsuits-in-mich-and-ga/
Capture timestamp (UTC): Mon, 25 Oct 2021 18:02:19 GMT

— Justin Hart (@justin_hart) November 26, 2020

The brain of the system, called the "central accumulator," does not provide an audit log that shows the date and time stamps of all inputted data. This allows unauthorized users to add or modify any data stored in tabulation machines with no risk of getting caught.

Smartmatic CEO Antonio Mugica even admitted the software was prone to tampering after a similar incident in Venezuela back in 2017.

"It is therefore with the deepest regret that we have to report that the turnout numbers…for the constituent assembly in Venezuela were tampered with," Mugica stated of the occurrence. "It is important to highlight that similar manipulations are made in manual elections in many countries, but they go undetected."

In her lawsuit, Powell also noted "especially egregious conduct" in Forsyth, Paulding, Cherokee Hall and Barrow Counties.

Records from the Board of Elections found more than 96,000 absentee ballots were requested and counted, but were never returned to county clerks for certification, which made them invalid.

Another notable incident took place in Fulton County. Powell claimed poll workers were evacuated from a tabulation center at the State Farm Arena for several hours on November 3.

According to Powell's report, workers were told the evacuation was due to a water leak, which required the facility to close. However, city records show the arena's only water leak happened earlier in the day and it did not affect the area where votes were being counted.

> #kraken is released. Sidney Powell makes a pretty water tight case that Georgia votes need to be to tossed, one way or the other. Their whole election is irredeemably tainted. Just read all 104 pages. The most obvious corruption below: pic.twitter.com/OZYrdqOJ6A
>
> — Josh Young (@jfy) November 26, 2020

According to a poll official's affidavit, some employees were left unsupervised during the evacuation.

Meanwhile, witnesses in Michigan described incidences where they felt intimidated by poll officials. In some cases, voters were even coached on how to fill out their ballots.

In another affidavit, expert witness Russell James Ramsland Jr. claims he witnessed Dominion voting machines injecting or fabricating more than 200,000 votes for Joe Biden. According to his statement,

In another affidavit, expert witness Russell James Ramsland Jr. claims he witnessed Dominion voting machines injecting or fabricating more than 200,000 votes for Joe Biden. According to his statement, four different townships received over 290,000 more votes than they had constituents.

> Just saw the vote tabulations. There is NO WAY Biden got 80,000,000 votes!!! This was a 100% RIGGED ELECTION.
>
> — Donald J. Trump (@realDonaldTrump) November 26, 2020

Examples of potential vote switching and double voting were also observed. This included sworn testimony from whistleblowers who witnessed ineligible ballots counted, in some cases, twice.

> "In my expert judgment, the evidence is widespread and throughout all battleground states I have studied." pic.twitter.com/IxaYVXaUHW
>
> — The Panda Tribune (@PandaTribune) November 27, 2020

Meanwhile, Powell pointed to an instance where voters came to polling centers with completed mail-in ballots that were never submitted. The voters were still allowed to cast ballots in person.

RELATED: Attorney DiGenova Says Fraud, Deception In Pa. Election Is 'Truly Staggering'

SHARE    TWEET    PIN    SHARE

SUPPORT OAN ON FACEBOOK





 CNN denies voting fraud, despite own reports from 2006 warning it was 'national security risk'

 Ga. Secy. of State's office investigating group founded by Stacey Abrams

 Texas GOP Chairman expects more states to join SCOTUS election suit



Document title: Sidney Powell launches election lawsuits in Mich. and Ga. | One America News Network
Capture URL: https://web.archive.org/web/20201210093931/https://www.oann.com/sidney-powell-launches-election-lawsuits-in-mich-and-ga/
Capture timestamp (UTC): Mon, 25 Oct 2021 18:02:19 GMT

## TELEVISION

Schedule

Where to Watch

## COMPANY

About One America News Network

Affiliate Relations

Brand & ID

Press Kit

Careers

Contact

## TOPICS

2020 election  2020 Elections  2020 Presidential Election  Arizona ballot stuffing  California  Chanel Rion  China  Congress  coronavirus  coronavirus lockdown  coronavirus pandemic  coronavirus relief  coronavirus vaccine  COVID-19  Dominion  Dominion Voting Systems  Donald Trump  ECONOMY  election fraud  FDA  Georgia  GOP  Greta Wall  Joe Biden  John Hines  Lockdown  mainstream media  Michigan  Moderna  New York  pandemic  Pearson Sharp  Pennsylvania  Pfizer  President Trump  Rudy Giuliani  senate  Trump Administration  Trump campaign  Trump Legal Team  voter fraud  voting fraud  Wisconsin  'Stay At Home' order

© COPYRIGHT 2020 — HERRING NETWORKS, INC. ALL RIGHTS RESERVED.   CONTACT   ABOUT   WHERE TO WATCH   AFFILIATE RELATIONS   BRAND   PRESS KIT   CAREERS   SHOP   TERMS