# Exhibit 23

Tweet

**One America News** ✓
@OANN

Sidney Powell launches election lawsuits in Mich. and Ga. - oann.com/sidney-powell-... #OANN



8:04 PM · Nov 27, 2020 · Twitter Web App

**2,390** Retweets  **385** Quote Tweets  **14.7K** Likes

**Donald's Pandemic** @MustweSuffer · Nov 27, 2020
Replying to @OANN
BREAKING: Disgraced, one-term, impeached, US president (who twice lost the popular vote by substantial margins) misses another incredibly easy putt at his Virginia Golf Club on Friday. 417th day in office spent at his one of his properties and 306th day at a golf course losing.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in   Sign up

Document title: One America News on Twitter: &quot;Sidney Powell launches election lawsuits in Mich. and Ga. - https://t.co/hb54kh9Fe2 #OANN https://…
Capture URL: https://twitter.com/OANN/status/1332414914237923328
Capture timestamp (UTC): Tue, 26 Oct 2021 17:39:58 GMT

**Tweet**



1:08  3.8K views

💬 42          🔁 2          ♡ 53          ⬆️

This Tweet is from a suspended account. Learn more

This Tweet is from a suspended account. Learn more

**naomi** @naomi90920556 · Nov 27, 2020                     • • •
Then republicans should stop getting caught doing it...

💬 2          🔁          ♡ 2          ⬆️

**naomi** @naomi90920556 · Nov 27, 2020                     • • •
Sounds like you stand against reality also...but you do you..

💬 1          🔁          ♡          ⬆️

**naomi** @naomi90920556 · Nov 27, 2020                     • • •
Why? Pennsylvania just got thrown out for the second time for lack of
evidence. Really looking forward to judges comments on loony Sidney's
case TBF.....

💬 2          🔁          ♡          ⬆️

**Flex** @flexgirl9 · Nov 27, 2020                     • • •
Replying to @OANN
Link says 'forbidden'

💬 7          🔁          ♡ 36          ⬆️

**Richard A Harrison** @RAHarrisonPA · Nov 27, 2020                     • • •
Replying to @OANN
Link is blocked

💬 4          🔁          ♡ 31          ⬆️

This Tweet was deleted by the Tweet author. Learn more

**Don't miss what's happening**
People on Twitter are the first to know.                     Log in     Sign up

Document title: One America News on Twitter: &quot;Sidney Powell launches election lawsuits in Mich. and Ga. - https://t.co/hb54kh9Fe2 #OANN https://…
Capture URL: https://twitter.com/OANN/status/1332414914237923328
Capture timestamp (UTC): Tue, 26 Oct 2021 17:39:58 GMT





**Tweet**

Thierry "The Hulk" Turducken @the_magic_m · Nov 27, 2020
One person on a private network in Australia is not "the MSM" bro.

♡ 1          ⟲          ♡ 3          ⬆️

**Noor Khaled** @NoorKhaled21 · Nov 27, 2020
Replying to @OANN
Aren't you a little late? We already know that.

♡          ⟲          ♡ 1          ⬆️

**saidraber81@gmail.com** @saidraber81 · Nov 27, 2020
Replying to @OANN

تم

♡          ⟲          ♡ 1          ⬆️

**victor-hyer** @victor_hyer · Nov 27, 2020
Replying to @OANN
So?

♡          ⟲          ♡ 1          ⬆️

**Kirk Dickinson** @Kirkinsandiego · Nov 27, 2020
Replying to @OANN
Was she wearing the standard issue tinfoil hat?

♡ 2          ⟲          ♡ 8          ⬆️

**Timothy High** @bigokro · Nov 27, 2020
Replying to @OANN
Did she spell check them this time?

♡ 2          ⟲          ♡ 4          ⬆️

**عاشق البيتزا** @PizzaPassionate · Nov 27, 2020
Replying to @OANN
Sh!t is getting real.

♡          ⟲          ♡ 3          ⬆️

**🎨🍫🕺 #MuchLove** @GMACVHHH · Nov 27, 2020
Replying to @OANN
The LINK IS FORBIDDEN ‼️

♡ 1          ⟲          ♡ 1          ⬆️

**Anecdotes ≠ Data** @Bluenomatterwh4 · Nov 27, 2020
Nope. The site is down.

**Don't miss what's happening**
People on Twitter are the first to know.

[ Log in ]   [ Sign up ]

**Tweet**





Don't miss what's happening
People on Twitter are the first to know.

Log in     Sign up



Tweet

This Tweet was deleted by the Tweet author. Learn more

**Mark C. Thomas** @MarkCThomas7 · Nov 27, 2020
No they didn't
♡ 1

**I Know What A Fugazi Is.** 🇪🇺🏴󠁧󠁢󠁥󠁮󠁧󠁿💛🖤 @IFugayzi · Nov 27, 2020
Replying to @OANN
How much will this charade cost the American people?
💬 55     🔁 3     ♡ 33

**Heather Joss** @he4ther78 · Nov 27, 2020
Replying to @OANN
Link won't work. Shocking! Lol
♡ 1

**Meenamoo** @MeenaKShah · Nov 27, 2020
Replying to @OANN
🙏
♡ 2

This Tweet was deleted by the Tweet author. Learn more

**Mark C. Thomas** @MarkCThomas7 · Nov 27, 2020
Twitter has nothing to do with it. Try opening in a browser, they are locked out of the server.
♡ 4

**Stefan Huhne** @HuhneStefan · Nov 27, 2020
Replying to @OANN
Relax. It's only prOpAgaNda...
💬 1     ♡ 4

**Trump Base HQ** 🏢 @trumpbasehq · Nov 27, 2020
Replying to @OANN
Count every legal vote!
♡ 2

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up



## Tweet

Count every legal vote!

💬          🔁          ♡ 2          ⬆️

**Juan Julio** @juanjulio1942 · Nov 27, 2020          · · ·
Replying to @OANN
When the dark turns to light it will be splendid.  I can wait.  Popcorn on standby.

💬          🔁          ♡ 7          ⬆️

This Tweet was deleted by the Tweet author. Learn more

**Nicole** @noregretskys · Nov 27, 2020          · · ·

**Relax, we're making America Great Again**

💬          🔁          ♡ 2          ⬆️

**jimmyofflagstaf** @jimmyofflagstaf · Nov 27, 2020          · · ·
Replying to @OANN
Trump will continue his meritless voter litigation so he can fleece his gullible supporters of their money donated for the cause.  He preys on the poorly educated !
He is aggressively requesting donations &
will use the money to pay off his debts while hinting at a 2024 run.

💬 30          🔁 7          ♡ 45          ⬆️

This Tweet is from a suspended account. Learn more

**meegra** @meegra2 · Nov 27, 2020          · · ·
Republicans counted the votes. Republican legislators made the state election laws, and republican judges are throwing these cases out of the

**Don't miss what's happening**
People on Twitter are the first to know.

[ Log in ]          [ Sign up ]

Republicans counted the votes. Republican legislators made the state election laws, and republican judges are throwing these cases out of the court.

💬 11      ↻ 2      ♡ 24      ⬆

**Formerly MTfromCC** @TMtfromcc · Nov 27, 2020      ⋯
Replying to @OANN
On whose behalf? Individual voters? They lost standing cases on that everywhere else. The Trump Campaign? I thought she was disassociated with the Campaign. So what is this? Forum shopping for some Trump appointees?

💬 11      ↻ 1      ♡ 16      ⬆

**Maga Tears** @GucciferQ · Nov 27, 2020      ⋯
Replying to @OANN
I have a new lawyer for the team!



💬 2      ↻      ♡ 4      ⬆

**Mark C. Thomas** @MarkCThomas7 · Nov 27, 2020      ⋯
Replying to @OANN
OANN locked out of the server.. couldn't happen to a nicer propaganda site.

💬 2      ↻      ♡ 7      ⬆

**stoopcat** 🌝 @hiyawathathecat · Nov 27, 2020      ⋯
Replying to @OANN
"I can't spell 'District' but I will convince SCOTUS that this epic fraud (which has been laughed out of every other court) is real" 🙄

💬 1      ↻      ♡ 4      ⬆

**Barton Hall** @brtnbll77 · Nov 27, 2020      ⋯

**Don't miss what's happening**
People on Twitter are the first to know.
Log in      Sign up



Tweet

**Barton Hall** @brtnhll77 · Nov 27, 2020

Replying to @OANN

She wants you to make out your check directly to her, OAN viewer.
Remember the grift industry depends on gullible rubes.  Give generously!

> dailymail.co.uk
> Fired Trump conspiracy theorist lawyer Sidney Pow...
> Sidney Powell founded a 'legal defense fund' to cash
> in on her new-found fame ' under the Internal ...

♡ 1          ⟲          ♡ 5          ⬆

**Nocaster** @Nocaster3 · Nov 27, 2020

Replying to @OANN

I read a bit of a tweet listing her "evidence" and, unfortunately, there was no
evidence there. Unless, that is, they are interested in anecdotal evidence as
comprising "probable cause" to investigate further. But I thought Powell was
supposed to have actual proof of something.

♡ 12         ⟲          ♡ 5          ⬆

**Američan Alex** 🇺🇸 @AtillaH10288943 · Nov 27, 2020

Perhaps you could have watched CSPAN( yes boring gov. TV station on
thursday) > plenty of evidence there. Go see, PA hearing is there in its
entirety.
Oh yeah, check out @PatrickByrne and his #DeepCapture , perhaps you will
open your eyes.
Btw: i am neither for Dems or Reps.

♡ 1          ⟲          ♡ 1          ⬆

**George Fully Vaccinated Jackson** @GeorgeJ20262901 · Nov 27, 2020

The pa press conference, not a hearing presented thoroughly debunked
evidence.  It was a money raising scheme.  Remeber Rudy's appeal just got
tossed for lack of evidence.

♡ 1          ⟲          ♡          ⬆

**Nocaster** @Nocaster3 · Nov 28, 2020

"Debunked" is code for "CNN said so".

♡ 1          ⟲ 1         ♡ 2          ⬆

**George Fully Vaccinated Jackson** @GeorgeJ20262901 · Nov 28, 2020

Debunked as in debunked.   #diaperdon lost bigly.

**Don't miss what's happening**
People on Twitter are the first to know.

[ Log in ]   [ Sign up ]



**Tweet**

Debunked as in debunked.   #diaperdon lost bigly.

| Party | Returned Ballots | Freq. Distribution | Requested Ballots | Return Rate |
|---|---|---|---|---|
| Democrats | 1,702,623 | 64.8 | 1,941,436 | 87.7 |
| Republicans | 623,098 | 23.7 | 785,083 | 79.4 |
| Minor | 20,090 | 0.8 | 25,369 | 79.2 |
| No Party Affiliation | 283,372 | 10.8 | 336,235 | 84.3 |
| TOTAL | 2,629,183 | 100.0 | 3,088,123 | 85.1 |

Mail Ballot Return Rates

**Bear**🫎⬇️🇺🇸🎃☀️ @MilitarySkeptic · Nov 27, 2020
Replying to @OANN
Cool, more losses coming!

**Trump四月** @Ag5tW38lSlcJw66 · Nov 27, 2020
Replying to @OANN
👍

This Tweet is from a suspended account. Learn more

**Haywood Jublome** @RokitSauce · Nov 27, 2020
Whatever helps you sleep at night Slappy! 🤡

**KΔROLΔ ®** @caroalpo · Nov 27, 2020
Replying to @OANN

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up

Document title: One America News on Twitter: &quot;Sidney Powell launches election lawsuits in Mich. and Ga. - https://t.co/hb54kh9Fe2 #OANN https://…
Capture URL: https://twitter.com/OANN/status/1332414914237923328
Capture timestamp (UTC): Tue, 26 Oct 2021 17:39:58 GMT



Tweet

GIF

Bravo

**Roc Krill** @RockKrill2 · Nov 27, 2020

Replying to @OANN

Don't get to exited this time an groan wiv pleasure

**Fools! Said I** @FoolsSaid · Nov 27, 2020

Replying to @OANN

Why did Rudy and Tucker ghost her?

This Tweet was deleted by the Tweet author. Learn more

**Boss** @cbrownlandscape · Nov 27, 2020

Fake Votes. I saw dead people voting. I demand a recount.

**Threads** @ThreadstoTwelve · Nov 27, 2020

Replying to @OANN

Says forbiden

**Gaspar Vivo** @GasparVivo · Nov 27, 2020

Replying to @OANN

@cuquemar por sí fuera de su interés.

This Tweet is from a suspended account. Learn more

**Michael Scully** @mmscully11 · Nov 28, 2020

Great news! Makes the Supreme Court quicker now .

**Don't miss what's happening**
People on Twitter are the first to know.

Log in     Sign up



Document title: One America News on Twitter: &quot;Sidney Powell launches election lawsuits in Mich. and Ga. - https://t.co/hb54kh9Fe2 #OANN https://…
Capture URL: https://twitter.com/OANN/status/1332414914237923328
Capture timestamp (UTC): Tue, 26 Oct 2021 17:39:58 GMT
Page 13 of 47

Tweet



GIF

---

**Kerrie** 🏴 @KerrieKindOne · Nov 27, 2020    ···
Replying to @OANN
Your website is down.

♡ 1

---

**Sheri Bodell** @sheribodell · Nov 27, 2020    ···
Replying to @OANN
Site is blocked

♡

---

**Daniel David Rause** @NavDan87 · Nov 27, 2020    ···
Replying to @OANN
*403 Forbidden*

♡

---

**Martin W. Cohen** @leftyATL · Nov 27, 2020    ···
Replying to @OANN
She used to be a serious lawyer with execellent credentials. What happened
to her? When did she turn into a conspiracy lover. Hard to believe she has
come to this after such a solid public and private career.

♡ 1

---

**altheboss** @AITheBoss03 · Nov 27, 2020    ···
Replying to @OANN

---

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up

---

Document title: One America News on Twitter: &quot;Sidney Powell launches election lawsuits in Mich. and Ga. - https://t.co/hb54kh9Fe2 #OANN https://…
Capture URL: https://twitter.com/OANN/status/1332414914237923328
Capture timestamp (UTC): Tue, 26 Oct 2021 17:39:58 GMT





Only on Newsmax, OANN, and Breitbart

♡ 1

**RN Playing Cards** @McBanio · Nov 27, 2020
Replying to @OANN
What a $#/÷ show. She will embarrass the country again.

♡ 2

**Sarcasm Police** @Sarcasm_Police · Nov 27, 2020
Replying to @OANN
Someone sure likes losing.

♡ 2

**Haywood Jublome** @RokitSauce · Nov 27, 2020
Replying to @OANN
CENSORSHIP! YOU CAN READ ON DUCK DUCKGO!
oann.com/sidney-powell-...

♡ 3

**Lia'sGrandma** @SusanHaine · Nov 27, 2020
Replying to @OANN
How's the spelling on these latest "lawsuits"?

If you're filing of in District Court it's always good to spell "DISTRICT" correctly.  Use spell check or maybe just get a couple interns.

♡ 1                    ♡ 7

**Frank Grimes Jr.** @FrankGrimes_Jr · Nov 27, 2020
Replying to @OANN
🪣🏴‍☠️🥴

♡ 5

**Namid the Rogue Stallion** @NamidTheHung · Nov 27, 2020
Replying to @OANN
More lies...

♡ 1

**Don't miss what's happening**
People on Twitter are the first to know.

[ Log in ]   [ Sign up ]



Tweet

More lies...

💬 1            🔁            ♡            ⬆️

**Sound Convincer** @soundconvincer · Nov 27, 2020                    ⋯
Replying to @OANN
The nuts and bolts but without the bolts. I thought she was fired, wasn't she?

💬 1            🔁            ♡ 1          ⬆️

**Amy Marvin** @txclubmaker · Nov 27, 2020                    ⋯
Replying to @OANN
Go get em Sydney! Kick some legal butt! I know you are right!

💬 4            🔁            ♡ 7          ⬆️

**meegra** @meegra2 · Nov 27, 2020                    ⋯
What happens if the courts threw her "evidence" out like they've been doing for weeks? Would you admit that she's wrong or choose to believe that anyone who isn't with you is part of a large scale conspiracy?

💬 2            🔁            ♡ 5          ⬆️

**✨⭐𝓕𝓻𝓮𝔂𝓪 🌙✨** @HarmonyFreya · Nov 27, 2020                    ⋯
They will never admit to being wrong. Just like his own appointed judge stating this..

twitter.com/marceelias/sta...

They will never let it go, because all they have left are lies and endless propaganda.

This Tweet is unavailable.

💬 3            🔁            ♡ 3          ⬆️

**meegra** @meegra2 · Nov 27, 2020                    ⋯
It's why Fox is suddenly the devil. Now they're all like "if I don't like the news Imma say it's fake and only listen to sources that say things that sound good to me" which is ironically, the ultimate snowflake move.

💬 1            🔁            ♡ 4          ⬆️

**✨⭐𝓕𝓻𝓮𝔂𝓪 🌙✨** @HarmonyFreya · Nov 27, 2020                    ⋯
Exactly. They've all abandoned it for conspiracy theory ladened entertainment stations, that will tell them the lies they want to hear. An endless echo chamber of right-wing propaganda.
Imagine wanting to be lied to, because you cannot accept reality. It's

**Don't miss what's happening**
People on Twitter are the first to know.                    Log in      Sign up

Tweet

endless echo chamber of right-wing propaganda.
Imagine wanting to be lied to, because you cannot accept reality. It's confounding.

♡ 4

**CV Designs Online** @CVDesignsOnline · Nov 27, 2020
Replying to @OANN
Site is down.

**zoonation** @zoonation · Nov 27, 2020
Replying to @OANN
Lmao.

**Reverend Doctor Brun Brun, Bear** 🐻 @BrunTheBear · Nov 27, 2020
Replying to @OANN
so?

**JazJaz** @Pj37212778 · Nov 27, 2020
Replying to @OANN
Pls keep AMERICAN'S
INFORMED.
THANK YOUFOR YOUR DILLIGENTS!
🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸

**MAKA(Make America Kind Again)** @pfrpeppermint · Nov 27, 2020
Replying to @OANN
All these efforts on Trump's behalf were done because it was going to help Trump win but because it was going to help Trump cope with a loss. The president was not accepting defeat. That meant no Republican with career ambitions could accept it, either.



**Don't miss what's happening**
People on Twitter are the first to know.

Log in     Sign up

Tweet



politico.com
The Inside Story of Michigan's Fake Voter Fraud Scandal
How a state that was never in doubt became a "national
embarrassment" and a symbol of the Republican Party's fealty to Dona...

**MikeyFly10** @MikeyFly10 · Nov 27, 2020
Replying to @OANN and @debbiehager7
c'mon man, c'mon man, c'mon man!!!!

**SKLX** @SKLX8 · Nov 27, 2020
Replying to @OANN
Thank you!!!

**Mark Ebner** @RealMarkEbner · Nov 27, 2020
Replying to @OANN
lol. PA turned out well.

**John Massari** @johnmassari · Nov 27, 2020
Replying to @OANN



GIF

**Don't miss what's happening**
People on Twitter are the first to know.

Log in     Sign up



Don't miss what's happening
People on Twitter are the first to know.

Log in     Sign up



Tweet

**Darla the Darling** @DarlaTheDarling · Nov 27, 2020
Replying to @OANN
This circus gets funnier by the minute. And sadder.

  1                ♡ 3

**CJG** @lilbuck512 · Nov 27, 2020
Indeed

                ♡ 1

**Nicola Facciolini** @NikeSkywalker · Nov 27, 2020
Replying to @OANN
#SCOTUS

                ♡ 1

**Paragate Bodhi** @JNostrabor · Nov 27, 2020
Replying to @OANN
You use 'lawsuits' very freely. Read them. They are inane gibberish, badly
written, unpunctuated, and unedited.

  5                ♡ 8

**patZ·· 😊 #VOTEBLUE** @YaaYaaWhat · Nov 27, 2020
Replying to @OANN
#FakeNews

                ♡ 2

**Laura** @fillthefear · Nov 27, 2020
Replying to @OANN
Braindead news for the cult of zombies

  1                ♡ 2

**Sandy, the Beach is Back🌀❄️** @BKiddo0725 · Nov 27, 2020
Replying to @OANN
#DiaperDon already released the *Krappen.



## Don't miss what's happening
People on Twitter are the first to know.

        Log in        Sign up

Tweet



🔍

⚙

💬 2          �nↄ 1                    ♡ 11                    ⬆

**Marshall Power Locke** @MarshallLocke · Nov 27, 2020          ···
Replying to @OANN

**HOW IT STARTED**

💬 1          �nↄ                    ♡ 16                    ⬆

**Enigma** @enigma1931 · Nov 27, 2020          ···
Replying to @OANN
The Dems fraud elect scandal is being exposed in many countries now.

| The following media includes potentially sensitive content. | View |
| Change settings | |

💬 1          �nↄ                    ♡ 1                    ⬆

**Michael Namikas** @Mikeaveli2682 · Nov 27, 2020          ···
Replying to @OANN
😄😄😄😄

💬          �nↄ                    ♡ 1                    ⬆

**Don't miss what's happening**          Log in          Sign up
People on Twitter are the first to know.



Tweet

😄😄😄

💬          ⟳          ♡ 1          ⬆

**Paul Thomas** @PaulTho13724590 · Nov 27, 2020          •••
Replying to @OANN
How is she doing with her spelling?

💬 1          ⟳          ♡ 1          ⬆

**Brobin4** ⚡ @brob0444 · Nov 27, 2020          •••
Replying to @OANN
And the entire 🌎 giggles.

💬 3          ⟳          ♡ 10          ⬆

**Quynh** @QuynhMontgomery · Nov 27, 2020          •••
Replying to @OANN
The Karen has been unleashed.

💬          ⟳          ♡ 7          ⬆

**WTF Seriously** @stopbeingaderp · Nov 27, 2020          •••
Replying to @OANN
38 lost election lawsuits so far. How many losses does it take before they
start to grasp reality?

💬          ⟳          ♡ 3          ⬆

**R. Rose** @RRose26260724 · Nov 27, 2020          •••
Replying to @OANN
'Voters, not lawyers, choose the president:' Federal appeals court rejects
Trump's last significant challenge to Pa. election

💬          ⟳          ♡          ⬆

**David Huxley** @DavidHuxley3 · Nov 27, 2020          •••
Replying to @OANN
@Pat_Stedman

💬          ⟳          ♡          ⬆

**surekha** @surekhakoppar · Nov 27, 2020          •••
Replying to @OANN
I wonder what language the source code is written.

💬          ⟳          ♡          ⬆

**John Smith -- Get the vaccine** @JohnSmithUCLA · Nov 27, 2020          •••
Replying to @OANN

### Don't miss what's happening
People on Twitter are the first to know.

Log in          Sign up

Tweet

John Smith -- Get the vaccine @JohnSmithUCLA · Nov 27, 2020 · · ·
Replying to @OANN



GIF

SayHey @c_wathers91 · Nov 27, 2020 · · ·
Replying to @OANN
Have you read them?  They're garbage.

Jeff M 🌊 @jbomb49 · Nov 27, 2020 · · ·
Replying to @OANN



**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up



Tweet

GIF

Gabriel Leete 🚫 @GabrielLeete · Nov 27, 2020
Replying to @OANN
lol. Is this real?

STATE @STATE821789155 · Nov 27, 2020
Replying to @OANN
Thank you Sydney Powell!! ❤️🙏🙏

Bill Allison @CoachA60 · Nov 27, 2020
Replying to @OANN
This outta be hilarious

THINK ABOUT IT™ 🤔 Denk mal ans Denkmal™ EU... · Nov 27, 2020
Replying to @OANN
Why bother voting in #Georgias for #Loeffler or #Perdue because the
election is rigged for Republicans anyway those are Trumps words.

So he says go vote and turns around says it's a fraud system.

No reason to vote in Georgia election for the two Republicans if it's rigged.

WTF Seriously @stopbeingaderp · Nov 27, 2020
Replying to @OANN

ELECT

**Don't miss what's happening**
People on Twitter are the first to know.

Log in       Sign up

Document title: One America News on Twitter: &quot;Sidney Powell launches election lawsuits in Mich. and Ga. - https://t.co/hb54kh9Fe2 #OANN https://...
Capture URL: https://twitter.com/OANN/status/1332414914237923328
Capture timestamp (UTC): Tue, 26 Oct 2021 17:39:58 GMT

Tweet



🔍

⚙️

Q 2        ⇄        ♡        ⬆️

**Captain Qwark** @Qwarktastic2 · Nov 27, 2020          ···
Replying to @OANN
Who does she work for?

Q          ⇄          ♡ 2          ⬆️

**Ram, Seaside** @Ram_Seaside · Nov 27, 2020          ···
Replying to @OANN
A complete waste of time and money. But it keeps the fairy tale alive for
those who can't accept reality.

Q 3        ⇄        ♡ 6        ⬆️

**Christopher** @ChrisKaneNY · Nov 27, 2020          ···
Replying to @OANN
Sidney the KracKheAd KraKeN also launched a DONATE link 💸💸💸

Q 1        ⇄        ♡ 1        ⬆️

**John Giblin** @johngbln · Nov 27, 2020          ···
Replying to @OANN
evidence please

Q 1        ⇄        ♡        ⬆️

**GodisFaithful** @Veronic46661907 · Nov 27, 2020          ···
It will come be patient

Q 1        ⇄        ♡        ⬆️

**John Giblin** @johngbln · Nov 27, 2020          ···
no.. she accused people, dead for past 8 years

Q          ⇄          ♡          ⬆️

**Don't miss what's happening**          Log in     Sign up
People on Twitter are the first to know.

Document title: One America News on Twitter: &quot;Sidney Powell launches election lawsuits in Mich. and Ga. - https://t.co/hb54kh9Fe2 #OANN https://…
Capture URL: https://twitter.com/OANN/status/1332414914237923328
Capture timestamp (UTC): Tue, 26 Oct 2021 17:39:58 GMT





Tweet

Wonder if she spelled this one correctly

**Travis West** @TravisWest2018 · Nov 27, 2020

Replying to @OANN

Just glad she is not holding a spelling bee.

**_Country*First_** @xpatman · Nov 27, 2020

Replying to @OANN



GIF

**Michael Philip** @MPR1283 · Nov 27, 2020

Replying to @OANN

So these lawsuits will fail miserably based on a lack of evidence too, I'm guessing?

**America** @funnily22 · Nov 27, 2020

Replying to @OANN

She couldn't win a spelling bee

♡ 1

**ivog** @ivog75_27102 · Nov 27, 2020

Replying to @OANN

Dios acompañe la justicia 🙏 🇺🇸 👏 y el orden mundial 🙏🙏 Amén 🙏

↱ 3                    ♡ 3

**Risby** @Risby_GG · Nov 27, 2020

**Don't miss what's happening**
People on Twitter are the first to know.

Log in     Sign up

Tweet



**Risby** @Risby_GG · Nov 27, 2020
Replying to @OANN
Trump and his team disowned her. Don't believe anything OANN has to say.
It's all rubbish. They just want to become the new Fox News. At least Fox
finally gave in to the truth of Biden winning. OANN will lie much more and
desperately to you for your attention.

💬 1          ⟲          ♡ 2          ⬆️

**Elias Esmair** @alqudess57 · Nov 27, 2020
Replying to @OANN and @MillerStream
Isaiah 54:17
No weapon that is formed against thee shall prosper; and every tongue that
shall rise against thee in judgment thou shalt condemn. This is the heritage
of the servants of the LORD, and their righteousness is of me, saith the
LORD.

💬 1          ⟲          ♡ 11          ⬆️

**Carlos Amador** @charlove777 · Nov 27, 2020
Replying to @OANN and @Hjtorrespr

> 📄
> youtube.com
> LO ULTIMO: Viernes 27/11 Trump NO SE RINDE
> En esta oportunidad estaremos reaccionando a las
> noticias mas importantes de los ultimos 3 dias con ...

💬 1          ⟲          ♡          ⬆️

**mcgrammar** @mcgrammar6 · Nov 27, 2020
Replying to @OANN
Sweaty Sidney is the lamest American hero ever. After Rudy.

💬          ⟲          ♡ 1          ⬆️

**风潇潇兮归途人（川普之泪滴）** @abc9861238 · Nov 27, 2020
Replying to @OANN
知识是个工具，性格决定何种人生，命运从来掌控在每个自己的手裡。选择
对错凭良知而发，道德路上从不孤单。香港只有暴政，没有暴徒，香港人...加
油👊。为一己之功名，灭一族之文化，祸害幼童千万，恶习希特勒也。蒙古
人...加油👊。支持上帝选中的人川普，让美国再次伟大🇺🇸🇺🇸🇺🇸

💬          ⟲ 1          ♡ 6          ⬆️

**Judson Putney** @xdsunjox · Nov 27, 2020
Replying to @OANN

**Don't miss what's happening**
People on Twitter are the first to know.

Log in     Sign up



Document title: One America News on Twitter: &quot;Sidney Powell launches election lawsuits in Mich. and Ga. - https://t.co/hb54kh9Fe2 #OANN https://…
Capture URL: https://twitter.com/OANN/status/1332414914237923328
Capture timestamp (UTC): Tue, 26 Oct 2021 17:39:58 GMT                                                           Page 32 of 47

Tweet



Prisoner #44634 (Cell 14) @RhubarbVaselino · Nov 27, 2020
Replying to @OANN



GIF

AL @ACE0887 · Nov 27, 2020
Replying to @OANN
Lol...this is the "lawyer" who is no longer part of Trump's legal team, right?

Ann L. Crenshaw @anncrenshaw · Nov 27, 2020
Replying to @OANN
502 error. More censorship.

Raza de Bronce @rdebronce · Nov 27, 2020
Replying to @OANN

**Don't miss what's happening**
People on Twitter are the first to know.

Log in      Sign up

Tweet

**Raza de Bronce** @rdebronce · Nov 27, 2020
Replying to @OANN
The true is coming



SERIAN 337.000 VOTOS EN ESE PERIODO DE TIEMPO
LIVE
0:43 | 18 views
LIVE: PENNSYLVANIA STATE LEGISLATURE HOLDS HEARING ON ELECTION ISSUES & IRREGULARITIES

**Jeremy DeLong** @red5nose5 · Nov 27, 2020
Replying to @OANN
Link doesn't work I wonder why?

**wear a mask!** @mom_to_snoopdog · Nov 27, 2020
Replying to @OANN
the kraaken, or tiny baby squid? lol

**Amy Stern** @orange_snail · Nov 28, 2020
Replying to @OANN
🙄😂🤣😂😂🤣🤣🤣🙋



**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up



Tweet

**Chad Mullinax** @chadmullinax · Nov 28, 2020
Replying to @OANN
Let her waste her time and money. She'll fail like the other lawyers who've tried and failed.

💬 1          🔁          ♡          ᐃ

**lisapr66** @lisapr66 · Nov 28, 2020
Replying to @OANN
Such a hatred of democracy is truly frightening. I am actually starting to fear these folks will try to prevent our duly elected President from taking office.

💬          🔁          ♡ 4          ᐃ

**Wholesale Tequila** @wholsaletequila · Nov 28, 2020
Replying to @OANN
It's time to get Dominion voting system out of elections!!

💬          🔁 1          ♡ 2          ᐃ

**Daniel Newman** ✓ @DanielNewman · Nov 28, 2020
Replying to @OANN
TRUMP for SENATE RUNOFF!! All my REPUBLICANs!! Let's STAND with TRUMP!! Don't abandon him!!

Make sure you WRITE in his Name "TRUMP" on the GEORGIA #RUNOFFS Election!!! Don't abandon our Leader!! #MAGA #bidencheated

# TRUMP

### FOR GEORGIA SENATE !

★

## KEEP AMERICA GREAT!

Write-in "Donald J. Trump" on your ballots January 5th !

💬          🔁 3          ♡ 5          ᐃ

**Don't miss what's happening**
People on Twitter are the first to know.

Log in          Sign up



Tweet

♡ 3     ♡ 5     ↑

**rick bayne** @rickbayne1 · Nov 28, 2020
Replying to @OANN
And bound to lose again

♡     ♡     ♡ 2     ↑

**Kari Kile** @karikile · Nov 28, 2020
Replying to @OANN
Follow the money!

♡     ♡     ♡ 1     ↑

**timebandit** @timeban92799950 · Nov 28, 2020
Replying to @OANN
Thank you Sidney Powell you are a true warrior for the people

♡ 1     ♡     ♡ 2     ↑

**Mark** @Mark_UK73 · Nov 28, 2020
Replying to @OANN
If this is the "Kraken" then congratulations president-Elect Biden.  These error-strewn, Typo-riddled, and already totally debunked claims will be laughed out of court next week.

♡ 1     ♡ 1     ♡ 3     ↑

**David H.** @libertytrader17 · Nov 28, 2020
Replying to @OANN
There's more evidence than they have the court cases to handle so apparently she is taking on her own cases now.

♡     ♡     ♡ 1     ↑

**REPUBLICO ALCIDES CHACIN** @ALCIDESCHACIN · Nov 28, 2020
Replying to @OANN
En el nombre  Dios a todos los bendiga y los proteja  de todo lo malo amén amén señor 🙏🙏🙏🙏🙏🙏🙏🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸🇻🇪 🇻🇪🇻🇪🇻🇪🇻🇪

**Don't miss what's happening**
People on Twitter are the first to know.

Log in     Sign up

Document title: One America News on Twitter: &quot;Sidney Powell launches election lawsuits in Mich. and Ga. - https://t.co/hb54kh9Fe2 #OANN https://…
Capture URL: https://twitter.com/OANN/status/1332414914237923328
Capture timestamp (UTC): Tue, 26 Oct 2021 17:39:58 GMT





**Tweet**

David Howes @dhowes5 · Nov 28, 2020
Replying to @OANN
Did they get in contact with Chavez yet.

Art Glez @favorde1reforma · Nov 28, 2020
Replying to @OANN
This woman was maybe afected because Civid-19 upsets the mind.

Jean Lind @JeanLind8 · Nov 28, 2020
Replying to @OANN

**Brian Tyler Cohen** ✓
@briantylercohen

So the Trump campaign paid $3 million for a recount in Milwaukee and Madison. The Milwaukee recount just concluded... and Joe Biden's lead *grew* by 132 votes.

Jean Lind @JeanLind8 · Nov 28, 2020
Replying to @OANN

**Don't miss what's happening**
People on Twitter are the first to know.

Log in      Sign up

Tweet

**P-utin** @Putin19180958 · Nov 27, 2020

Replying to @OANN

YOU IGNORAMUS

**Blue Georgia** @BlueATLGeorgia · Nov 27, 2020

Replying to @OANN

Judge Bibas: "Charges require specific allegations and then proof. We have neither here."

**faith** @94REPUTATION · Nov 27, 2020

Replying to @OANN

stream



0:43   432 views

From **faith**

**Mule** @Lonely_mule · Nov 28, 2020

Replying to @OANN

**Don't miss what's happening**
People on Twitter are the first to know.

Log in   Sign up



**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up



Tweet



Dr lou @dr_picals · Nov 28, 2020
Replying to @OANN
Go Sidney

Mo J @sybil_moja247 · Nov 28, 2020
Replying to @OANN
Who cares they already certified the votes 🤦‍♀️

mike miller @mikemil49335284 · Nov 28, 2020
Replying to @OANN
Hero

Donna @DonnaResist · Nov 28, 2020
Replying to @OANN
OANN will soon be a forgotten source. Only reputable reporters will be allowed at White House Pressers soon. Outlets on the same level as The National Enquirer need not attend.

Marychristine @Marychr88488182 · Nov 28, 2020
Replying to @OANN
Where's the Kracken?

Cynoptimist @cynoptimist · Nov 28, 2020
Replying to @OANN

changed voter ID laws, vilified
mail-in voting, eliminated polling
and drop-off sites, and
decimated the US Postal Service,
now crying #BidenCheated.
The projection is at historic
levels.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in     Sign up

Document title: One America News on Twitter: &quot;Sidney Powell launches election lawsuits in Mich. and Ga. - https://t.co/hb54kh9Fe2 #OANN https://…
Capture URL: https://twitter.com/OANN/status/1332414914237923328
Capture timestamp (UTC): Tue, 26 Oct 2021 17:39:58 GMT



levels.
So is the corruption.

bernardi @bernard41128126 · Nov 28, 2020
Replying to @OANN
Thankyou Sidney, release the Kraken, as God stands with you

1          2

mike maruhashi @roundbridge · Nov 28, 2020
Replying to @OANN and @DaleneKurtis
No

REPTILIAN BROTHERHOOD @REPTILIANBROTH5 · Nov 28, 2020
Replying to @OANN

Th3EverDead @Th3Ever · Nov 29, 2020
Replying to @OANN
Keep on rockin the Truth Sidney. #StopTheSteal2020

jeff sanderson @jwsanderson82 · Nov 29, 2020
Replying to @OANN
Is that the Lawsuite against depends diaper? Cause it leaked 🤔 😂 🇺🇸

1

When nothing is going right, go LEFT #BLM @any... · Nov 29, 2020
Replying to @OANN
Is this the Kraken, or did I miss it?

D @Rydah_81 · Nov 29, 2020
Replying to @OANN
Thought she was fired recently??

Menote @Menote_ · Dec 1, 2020
Replying to @OANN

**Don't miss what's happening**
People on Twitter are the first to know.                    Log in          Sign up

Document title: One America News on Twitter: &quot;Sidney Powell launches election lawsuits in Mich. and Ga. - https://t.co/hb54kh9Fe2 #OANN https://…
Capture URL: https://twitter.com/OANN/status/1332414914237923328
Capture timestamp (UTC): Tue, 26 Oct 2021 17:39:58 GMT



Document title: One America News on Twitter: &quot;Sidney Powell launches election lawsuits in Mich. and Ga. - https://t.co/hb54kh9Fe2 #OANN https://…
Capture URL: https://twitter.com/OANN/status/1332414914237923328
Capture timestamp (UTC): Tue, 26 Oct 2021 17:39:58 GMT

**Tweet**

my fellow trump supporters wake up to that, the better. We need real lawyers not pretenders.

💬 1　　　⟲　　　♡　　　⬆

**Vacations57** @Passport571 · Nov 27, 2020 · · ·
Replying to @OANN
Believe it or not this is a pretty sharp lawyer ... she dug and dug and got the facts for General Flynn

💬 1　　　⟲　　　♡ 3　　　⬆

**Alan Roberts (Future Secretary of Health)** @TheMF... · Nov 27, 2020 · · ·
Replying to @OANN

💬 1　　　⟲ 1　　　♡ 3　　　⬆

**Andrew Gengler** @AndrewGengler1 · Nov 27, 2020 · · ·
Replying to @OANN
Election fraud? If you truly believe that the election system is corrupt then you should protest by not taking part in future elections.  You stood in line for nothing.  Un-register yourself as a voter!  Join the movement.  #rigged

💬 2　　　⟲　　　♡　　　⬆

**Charles Stewart** @Charles16373694 · Nov 27, 2020 · · ·
Replying to @OANN
Our communist nation is now at work. OANN News is now blocked on Google search and MSN search.

💬　　　⟲　　　♡ 1　　　⬆

**Charles Beck**🇺🇸⚓✖ @realCharlesBeck · Nov 27, 2020 · · ·
Replying to @OANN
Reason why Twitter should have it's Section 230 protection rescinded.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in　Sign up



**Tweet**

Charles Beck 🏅 ⓧ 🚁 @realCharlesBeck · Nov 27, 2020
Replying to @OANN
Reason why Twitter should have it's Section 230 protection rescinded.

**kaveh** @kaveh91899832 · Nov 27, 2020
Replying to @OANN
#Braveheart

**candace puls** @CandacePuls · Nov 27, 2020
Replying to @OANN
You go girl!!! Don't stop til u get enough!! And thank u!!😎❤️

**VIbam** @VIbam1 · Nov 27, 2020
Replying to @OANN
#GodBlessSydneyPowell

**Gemini v4.20** @gemini420 · Nov 27, 2020
Replying to @OANN
youtube.com/watch?v=VzFDYw...

**Don't miss what's happening**
People on Twitter are the first to know.

Log in     Sign up

Tweet



**Gemini v4.20** @gemini420 · Nov 27, 2020
Replying to @OANN
youtube.com/watch?v=VzFDYw...

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up