# Exhibit 24



**One America News Network**
November 27, 2020 · 🌐

Attorney Sidney Powell released the Kraken. On Thursday, the former Trump administration lawyer filed two explosive election lawsuits in Georgia and Michigan. https://www.oann.com/sidney-powell-launches-election.../

👍❤️ 17K          1.4K Comments  1.7K Shares

👍 Like          💬 Comment          ➤ Share

All Comments ▾

**Sherry Turner**
Won't do any good. Our judges are just as corrupt as our senators and house. They don't rule by law but who pays them and their opinions. If a federal judge is democratic. watch his rulings and you'll see for yourself. Never has our country been so corrupted by greed and power. Trump just opened eyes. it's been going on a long time for it to be this bad.
Like · Reply · 47w                    👍 1

**Desiree Jackson**
Americans deserve justice and true

Write a comment...          😊 📷 🖼️ 🎁






pays them and their opinions. If a federal judge is democratic, watch his rulings and you'll see for yourself. Never has our country been so corrupted by greed and power. Trump just opened eyes, it's been going on a long time for it to be this bad.

Like · Reply · 47w

 **Desiree Jackson**
Americans deserve justice and true democracy with integrity in the voting system. Pray for protection of Sidney Powell while she continues to expose the fraud and cheating.

Like · Reply · 47w

 **Adam AndMichelle McKean**
Fraud vitiates everything US vs Throckmorton 1878



 Write a comment… 

Document title: Facebook
Capture URL: https://www.facebook.com/OneAmericaNewsNetwork/photos/attorney-sidney-powell-released-the-kraken-on-thursday-the-former-trump-…
Capture timestamp (UTC): Tue, 26 Oct 2021 18:56:24 GMT








the facts of the Democrat's election crime spree across the country to legally prove fraud, at the end of the day, all that matters is that "fraud vitiates everything". Everything else is a distraction.

In other words, once any or all those intentional frauds have been proven in court, whether by judge or jury, the so-called Biden victory will be vacated for all time. Once the Democrat's nationwide criminal enterprise has been established via successful lawsuits — even by ONE litigation — Donald Trump inexactably wins the 2020 POTUS election.

Like · Reply · 47w                     ♥💙 209

∧ Hide 22 Replies

**Carol Morado**
1878? LOL     👍😆💙 3
Like · Reply · 47w
↳ 14 Replies

**Robert Henderson**
??????? SO WHERE IS THE PROOF?
Like · Reply · 47w     😆👍💙 11
↳ 20 Replies

**Doughnut Joe**
Carol Morado, this law stands as it has not been changed or dismissed. This is just as valid as The Constitution itself and must

Write a comment...     ☺ 📷 GIF 🎁





Robert Henderson
??????? SO WHERE IS THE PROOF?

Like · Reply · 47w                                          11

↳ 20 Replies

Doughnut Joe
Carol Morado, this law stands as it has not been changed or dismissed. This is just as valid as The Constitution itself.and must be followed as Constitutional.

Like · Reply · 47w                                          30

Doughnut Joe
Trust this. Trump will be victorious and will be president elect by Christmas. Merry Christmas America. NOW RISE.

Like · Reply · 47w                                          63

Brian So
Doughnut Joe I agree but maybe not before Christmas but before Jan 20.

Like · Reply · 47w

Steve Johnson
Adam AndMichelle McKean the people that think this is funny

Write a comment...









Brian So
**Doughnut Joe** I agree but maybe not before Christmas but before Jan 20.

Like · Reply · 47w

Steve Johnson
Adam AndMichelle McKean the people that think this is funny astound me. Idiots

Like · Reply · 47w · Edited    👍 2

AK Andy
**Adam AndMichelle McKean**
You probably want to read what you post first.
In U.S. v. Throckmorton, the Supreme Court agreed with the lower court that already tossed out the fraud case, reasoning that the "fatal defect in the [appeal] is the absence of a...
**See More**

Like · Reply · 47w    👍 2

Sandy Kus
**Adam AndMichelle McKean**
Listen to
this:https://51b8ehvlkaq7-u8jmcqi772t-

Write a comment...    😊 📷 🖼 🎁









out the fraud case, reasoning that the "fatal defect in the [appeal] is the absence of a... See More

Like · Reply · 47w 👍 2

Sandy Kus
Adam AndMichelle McKean
Listen to this:https://51b8ehvlkaq7-u8jmcqi772t-7.hop.clickbank.net/

TAKEOVERUSA.COM
Takeover USA

Like · Reply · 47w

Doughnut Joe
People that laugh and mock about this situation on voting,fraud,and criminal activity,tells me one thing. They know nothing about the laws or how to decipher laws,and they themselves are as ignorant as laws that don't exist. If one were to pick up the ... See More

Like · Reply · 47w 👍 15

Write a comment...



People that laugh and mock about this situation on voting,fraud,and criminal activity,tells me one thing. They know nothing about the laws or how to decipher laws,and they themselves are as ignorant as laws that don't exist. If one were to pick up the ... See More

Like · Reply · 47w                    ⬤ 15

**Vicki Jones**
You would have had to watch the hearing with Pennsylvania Senate to see the proof as it legally can't be given to the media. None of the far left news channels would show the hearing because they don't want their viewers to see it. Left media stations ... See More

Like · Reply · 47w · Edited        ⬤ 16

↳ 9 Replies

**Liz Schuller**
So ONE man stood up and tried to get America on the right track, and yet you called him racist. ( He did not build the cages, Obama did!. He and his supporters did not go out

Write a comment...         

Document title: Facebook
Capture URL: https://www.facebook.com/OneAmericaNewsNetwork/photos/attorney-sidney-powell-released-the-kraken-on-thursday-the-former-trump-…
Capture timestamp (UTC): Tue, 26 Oct 2021 18:56:24 GMT

Page 7 of 105







**Liz Schuller**
So ONE man stood up and tried to get America on the right track, and yet you called him racist. ( He did not build the cages, Obama did!. He and his supporters did not go out looting and burning cities, You who oppose him did and you justified it b... See More

Like · Reply · 47w

12

**Liz Schuller**
you can all clearly see how uncomfortable the girls were, but go ahead and dismiss that. SMH!!
https://www.youtube.com/watch?v=V4PLSPvJ9BY

YOUTUBE.COM
Biden touching gir...

Like · Reply · 47w

4

Andres Bordoni

Write a comment...

  




https://www.youtube.com/watch?v=V4PLSPvJ9BY

YOUTUBE.COM
Biden touching gir...

Like · Reply · 47w                                    4

**Andres Bordoni**
You DO understand that if SCOTUS were to apply that logic, it would indicate the ENTIRE electoral system (and the people who named all of its officials) are corrupt and therefore liable, right?

That includes Trump and half of his party, genius... at ... See More

Like · Reply · 47w · Edited

**Cory Atkinson-Dalton**
One thing that was put on display was METADATA analysis conclusions. Sorry Dems, you're out of luck trying to prove the election was fair and legal. Metadata is completely unbiased as it comes from

Write a comment...

   





More

Like · Reply · 47w · Edited

**Cory Atkinson-Dalton**
One thing that was put on display was METADATA analysis conclusions. Sorry Dems, you're out of luck trying to prove the election was fair and legal. Metadata is completely unbiased as it comes from multiple properly vetted sources. If the metadata sho...
See More

Like · Reply · 47w · Edited            👍 1

**Cory Atkinson-Dalton**
Otis Stockstill actually I do know exactly how Metadata works. Go troll someone else a**hole! 🤬

Like · Reply · 47w            👍 3

**Ekeoma Eme**
Adam AndMichelle McKean Dodoh Okafor

Like · Reply · 47w

**Kimberly Post-Noreiga**
#otisisabasementdweller. Otis, are you cranky because your mommy hasn't brought down

Write a comment...            ☺ 📷 🖼 🎁

  




Like · Reply · 47w

Ekeoma Eme
Adam AndMichelle McKean
Dodoh Okafor

Like · Reply · 47w

Kimberly Post-Noreiga
#otisisabasementdweller. Otis,
are you cranky because your
mommy hasn't brought down
your hot pockets yet? Is that
why you're lashing out and
calling people "dumb" and
"stupid?" Poor Otis, you don't
even have enough strength to
use capital letters. Yel... See
More

Like · Reply · 47w

Mike Davis
Most of my family are much
happier today, since yesterday I
patiently & carefully explained
to them that OUR President had
indeed won the election with a
huge landslide, but we had to
go through this slow process so
he could keep his promise that
elect... See More

Write a comment...



Mike Davis
Most of my family are much happier today, since yesterday I patiently & carefully explained to them that OUR President had indeed won the election with a huge landslide, but we had to go through this slow process so he could keep his promise that elect... See More



Like · Reply · 47w                    👍 5

Liz Schuller
Biden is a disgusting little girl loving man. You that voted for him have no back bone

Like · Reply · 47w

Wilwin Tobe
**Adam AndMichelle McKean** I agree 100% . It's like a clean drinking in a glass. When just a tiny dirt dropped inside the glass, the water is considered polluted. It's not considered clean anymore. Must be thrown

Write a comment...



loving man. You that voted for him have no back bone

Like · Reply · 47w

**Wilwin Tobe**
Adam AndMichelle McKean I agree 100% . It's like a clean drinking in a glass. When just a tiny dirt dropped inside the glass, the water is considered polluted. It's not considered clean anymore. Must be thrown away..

Like · Reply · 47w

**Gary Sheehan**
Otis Stockstill "no proof of anything as of yet other than nearly half of the total 330 million people in the U.S. voted." actually there is no proof that "nearly half of 330 million people in the US voted! "That is the point of contesting the results ... See More

Like · Reply · 47w                    👍 1

**Gary Sheehan**
Carol Morado "Americans don't trash democracy." You very obviously have not being paying attention. The Democrats and

Write a comment...

  




"nearly half of 330 million people in the US voted! "That is the point of contesting the results ... See More

Like · Reply · 47w 👍 1

**Gary Sheehan**
Carol Morado "Americans don't trash democracy." You very obviously have not being paying attention. The Democrats and their leftie mates are ALL ABOUT trashing democracy. Take the Club of Rome who number amongst their members Al Gore, Bill Clinton, Geo... See More

Like · Reply · 47w 👍 3

**Rachel Kodner**
**Gary Sheehan** 100 percent

Like · Reply · 47w

**Otis Osborne**
Well its actually a republic but do go on.

Like · Reply · 47w

**Monika Guillory**
**Adam AndMichelle McKean**
Exactly no Biden

Like · Reply · 47w

Write a comment... 😊 📷 GIF 🎁





Like · Reply · 47w

**Otis Osborne**
Well its actually a republic but
do go on.

Like · Reply · 47w

**Monika Guillory**
**Adam AndMichelle McKean**
Exactly no Biden

Like · Reply · 47w

Reply to Adam ...

**Jim Escalle**
Whether people agree or not with
what Sydney has filed, the media and
Big Tech have no right to censor it. It's
called the Bill of Rights, freedom of
speech. We still live in a free country.

Like · Reply · 47w                          349

**Joe Engeln**
**Jim Escalle** wrong. The Bill of
rights apply to the government.
The media and big tech are not
bound by it!!! Please. Read the
constitution!!

Like · Reply · 47w                          4

↳ View 1 more reply

Write a comment...








Like · Reply · 47w          349

Joe Engeln
Jim Escalle wrong. The Bill of
rights apply to the government.
The media and big tech are not
bound by it!!! Please. Read the
constitution!!

Like · Reply · 47w          4

↳ View 1 more reply

Larry Hathaway
Joe Engeln ....That is true
but there are other
avenues that can be
pursued like the
revocation of Section 230
where companies like
Facebook, Twitter and
Google can be held
accountable for what they
publish.

Like · Reply · 47w          18

Tony Tierno
Jim Escalle we have to allow
crazy people to say what they
want, but no one has to provide
a bullhorn or platform. No
"right" to that.

Like · Reply · 47w

Write a comment...

Document title: Facebook
Capture URL: https://www.facebook.com/OneAmericaNewsNetwork/photos/attorney-sidney-powell-released-the-kraken-on-thursday-the-former-trump-…








accountable for what they
publish.

Like · Reply · 47w          👍 18

Tony Tierno
**Jim Escalle** we have to allow
crazy people to say what they
want. but no one has to provide
a bullhorn or platform. No
"right" to that.

Like · Reply · 47w

Susan Tkachuk Smock
**Jim Escalle** it is really pretty
scary. It is just a legal document.

Like · Reply · 47w          👍 2

AK Andy
**Jim Escalle**
It's on the court docket as a
publicly-available document. I've
read the whole complaint with
exhibits and you can too. What
censorship? What you wrote is
pure gibberish.

Like · Reply · 47w

↳ View 2 more replies

K.A. Stearns
**AK Andy** why are you
afraid?

Write a comment...          😊 📷 📁 😀

Document title: Facebook
Capture URL: https://www.facebook.com/OneAmericaNewsNetwork/photos/attorney-sidney-powell-released-the-kraken-on-thursday-the-former-trump-…
Capture timestamp (UTC): Tue, 26 Oct 2021 18:56:24 GMT

 



read the whole complaint with exhibits and you can too. What censorship? What you wrote is pure gibberish.

Like · Reply · 47w

↳ View 2 more replies

K.A. Stearns
AK Andy why are you afraid?

Like · Reply · 47w        👍 1

Michael Scheid
Jim Escalle do we ?

Like · Reply · 47w

Stephen Blyth
Jim Escalle "Fired" Trump lawyer Sidney Powell claims Iran and China used Venezuelan voting machine software to rig election in favor of Biden and says 96,000 absentee ballots in Georgia were NOT recorded - in typo-ridden lawsuits with flimsy 'expert' evidence 🤣



Write a comment…

Document title: Facebook
Capture URL: https://www.facebook.com/OneAmericaNewsNetwork/photos/attorney-sidney-powell-released-the-kraken-on-thursday-the-former-trump-…
Capture timestamp (UTC): Tue, 26 Oct 2021 18:56:24 GMT









...hina used Venezuelan voting
machine software to rig election
in favor of Biden and says
96,000 absentee ballots in
Georgia were NOT recorded - in
typo-ridden lawsuits with flimsy
'expert' evidence 🤣

Tenor

Like · Reply · 47w

**Mike Davis**
Most of my family are much
happier today, since yesterday I
patiently & carefully explained
to them that OUR President had
indeed won the election with a
huge landslide, but we had to
go through this slow process so

 Write a comment... 

Document title: Facebook
Capture URL: https://www.facebook.com/OneAmericaNewsNetwork/photos/attorney-sidney-powell-released-the-kraken-on-thursday-the-former-trump-…
Capture timestamp (UTC): Tue, 26 Oct 2021 18:56:24 GMT





Mike Davis
Most of my family are much happier today, since yesterday I patiently & carefully explained to them that OUR President had indeed won the election with a huge landslide, but we had to go through this slow process so he could keep his promise that elect... See More

Like · Reply · 47w

5

Vern Lazaroff
Jim Escalle
.
TRUMP JUDGE RULES AGAINST TRUMP... See More

Like · Reply · 47w

Chris Guilbault
Jim Escalle , They are censoring it because they don't want

Write a comment...

Document title: Facebook
Capture URL: https://www.facebook.com/OneAmericaNewsNetwork/photos/attorney-sidney-powell-released-the-kraken-on-thursday-the-former-trump-...
Capture timestamp (UTC): Tue, 26 Oct 2021 18:56:24 GMT








Vern Lazaroff
Jim Escalle
.
TRUMP JUDGE RULES AGAINST
TRUMP... See More

Like · Reply · 47w

Chris Guilbault
Jim Escalle , They are censoring
it because they don't want
people to know the truth.

Like · Reply · 47w    👍 1

Jeffrey Knight
Jim Escalle

Like · Reply · 47w

Reply to Jim Esc...    😊 📷 🖼️ 🎁

Write a comment...    😊 📷 🖼️ 🎁

Document title: Facebook
Capture URL: https://www.facebook.com/OneAmericaNewsNetwork/photos/attorney-sidney-powell-released-the-kraken-on-thursday-the-former-trump-...
Capture timestamp (UTC): Tue, 26 Oct 2021 18:56:24 GMT








And nobody knows more
about rigging than me!

Like · Reply · 47w

Reply to Jim Esc...

**Bekah Trask**
This is what I get when I try to access
your link through Facebook.
Censoring? I can access in my browser
just fine.

Like · Reply · 47w                    38

⌃ Hide 20 Replies

Write a comment...








Like · Reply · 47w          38

∧ Hide 20 Replies

Janie Michaels-Beausoleil
Bekah Trask same
Like · Reply · 47w          1

Anita Easley Barnwell
same
Like · Reply · 47w          1

Robert Paulson
Same
Like · Reply · 47w          1

⊕ Top Fan
Chris Romero
Bekah Trask The general site is
down even when searching on
DuckDuckGo
Like · Reply · 47w

Autumn Rae Schilb Reed

Write a comment...





Robert Pearson
Same    👍 1

Like · Reply · 47w

🔝 Top Fan
**Chris Romero**
**Bekah Trask** The general site is
down even when searching on
DuckDuckGo

Like · Reply · 47w

**Autumn Rae Schilb Reed**
**Bekah Trask** Same for me!

Like · Reply · 47w    👍 1

**Mike Singleton**
**Bekah Trask** is working for me.
https://www.oann.com/sidney-
powell-launches-election.../...

OANN.COM    ⓘ
**403 Forbidden**

Like · Reply · 47w    👍❤ 3

**Betty Jean Smith**
**Bekah Trask** try now it works.

Like · Reply · 47w

**Michael Chauvin**
https://m.facebook.com/story.p
hp...

Like · Reply · 47w    👍 1

Write a comment...    😊 📷 🖼 🎁








Like · Reply · 47w                                        3

**Betty Jean Smith**
**Bekah Trask** try now it works.

Like · Reply · 47w

**Michael Chauvin**
https://m.facebook.com/story.p
hp...

Like · Reply · 47w                                        1

**Mary Rita Allen**
https://www.oann.com/sidney-
powell-launches-election.../...

OANN.COM
Sidney Powell
launches...

Like · Reply · 47w                                        2

**Linh Hoang**
**Bekah Trask** all tech companies
try to block the news.. they are
corruption , I am the same could
not get in the page

Like · Reply · 47w

**Susan Salmon**
Fb is censoring it. Just shows
how they are involved in the

Write a comment...









Like · Reply · 47w

**Linh Hoang**
**Bekah Trask** all tech companies try to block the news.. they are corruption , I am the same could not get in the page

Like · Reply · 47w

**Susan Salmon**
Fb is censoring it. Just shows how they are involved in the voter fraud.

Like · Reply · 47w    👍 2

↳ View 1 more reply

**Cherody**
**Susan Salmon** fb wasn't censoring this time....oann doesn't have a big enough server to handle all of the millions of new followers so when too many people try to get on a site all at the same time and that sites server can't handle all the traffic then... **See More**

Like · Reply · 47w

**RS Lovelady**
**Bekah Trask** , yep.

Write a comment...

Document title: Facebook
Capture URL: https://www.facebook.com/OneAmericaNewsNetwork/photos/attorney-sidney-powell-released-the-kraken-on-thursday-the-former-trump-...
Capture timestamp (UTC): Tue, 26 Oct 2021 18:56:24 GMT






all of the millions of new
followers so when too
many people try to get on
a site all at the same time
and that sites server can't
handle all the traffic
then... See More

Like · Reply · 47w

 RS Lovelady
Bekah Trask , yep.

Like · Reply · 47w

 Shenia Pellum
Bekah Trask I was able to read it
just fine

Like · Reply · 47w

 Courtney Craig
Bekah Trask yup me too!!

Like · Reply · 47w

 Jerry Haar
Bekah Trask keep trying.. I
finally got thru. I think it's just to
many trying at the same time or
they put a limit on how many at
a time to view

Like · Reply · 47w

Elaine Huff
Bekah Trask same here

Write a comment...   





Jerry Haar
**Bekah Trask** keep trying.. I
finally got thru. I think it's just to
many trying at the same time or
they put a limit on how many at
a time to view

Like · Reply · 47w

Elaine Huff
**Bekah Trask** same here

Like · Reply · 47w

Michelle Koerner Kendle
**Bekah Trask**
https://defendingtherepublic.or
g/

DEFENDINGTHEREPUBLIC.ORG
Defending the
Republic –...

Like · Reply · 47w

Terri Stewart
**Bekah Trask**
https://www.oann.com/sidney-
powell-launches-election-.../...

OANN.COM

Write a comment...








Detending the
Republic –...

Like · Reply · 47w

Terri Stewart
Bekah Trask
https://www.oann.com/sidney-
powell-launches-election.../...

OANN.COM
Sidney Powell
launches...

Like · Reply · 47w

Steven Olson
Same

Like · Reply · 47w

Paul Carusi
Bekah Trask same

Like · Reply · 47w

Reply to Bekah T... 😊 📷 🎬 🎁

Stephanie Ann
I had already sent the Kraken to my
email because I knew this would
happen - I read it in its entirety and
the evidence is strong - I don't think

Write a comment... 😊 📷 🎬 🎁



Paul Gersel
**Bekah Trask** same

Like · Reply · 47w

Reply to Bekah T... 😊 📷 🖼️ 🎁

**Stephanie Ann**
I had already sent the Kraken to my
email because I knew this would
happen - I read it in its entirety and
the evidence is strong - I don't think
there is anything you don't already
know - there is going to be way more
to the Kraken - she's just gettin... **See
More**

Like · Reply · 47w                    😊❤️ 57

**Linda M Robertson**
Forget fscebook. try OAN

Like · Reply · 47w              👍 2

↪ View 1 more reply

**Janice Bradford**
**Linda M Robertson** also
Newsmax!

Like · Reply · 47w

**Gaileh Barrow**
**Stephanie Ann** you are
right...much more crime to
expose...non election related as

Write a comment...          😊 📷 🖼️ 🎁





↰ View 1 more reply

Janice Bradford
Linda M Robertson also Newsmax!

Like · Reply · 47w

Gaileh Barrow
Stephanie Ann you are right...much more crime to expose...non election related as well

Like · Reply · 47w                                    👍 1

Richard Cochrane
Stephanie Ann 🙏🇺🇸🇺🇸🙏

Like · Reply · 47w

Janice Bradford
Stephanie Ann Amen to that! Pray and keep your faith, we will not give up

Like · Reply · 47w

Reply to Stepha...      😊 📷 GIF 🙂

Frances Leigh

Write a comment...      😊 📷 GIF 🙂



not give up

Like · Reply · 47w

Reply to Stepha... 😊 📷 🎬 🎁

**Frances Leigh**



Like · Reply · 47w  😊❤️😆 39

**Arthur Bowling**
**Frances Leigh** I love this!

Like · Reply · 47w  👍 1

**Wendy Range**
**Frances Leigh**
Great! Two crazies trying to
overturn the election. Not
gonna happen!! You people are
delusional!

Like · Reply · 47w

Write a comment... 😊 📷 🎬 🎁





Arthur Bowling
**Frances Leigh** I love this!
Like · Reply · 47w

Wendy Range
**Frances Leigh** Great! Two crazies trying to overturn the election. Not gonna happen!! You people are delusional!

Like · Reply · 47w

Reply to Frances...



Diane Liebegott
The Vatican is considering Biden for sainthood, due to the massive numbers of dead people he raised from the grave to vote this election.

Like · Reply · 47w          44

Eric Finkel
**Phyllis Diane Liebegott** hope you don't mind if we talk

Like · Reply · 47w

Craig Glaves
Wow..... Do ANY of you morons have a single speck of originality????? Saw this SAME comment so many times from different Trump cultists. You

Write a comment...




**Eric Finkel**
**Phyllis Diane Liebegott** hope you don't mind if we talk

Like · Reply · 47w

**Craig Glaves**
Wow..... Do ANY of you morons have a single speck of originality????? Saw this SAME comment so many times from different Trump cultists... You guys are frickin' HILARIOUS!!! 😂😂😂

Like · Reply · 47w

**Linda Calderon**
**Phyllis Diane Liebegott** LOL

Like · Reply · 47w

Reply to Diane L...  ☺ 📷 GIF 🎁

**Mary Jacoby**
Can you recap in a post? Comrade Zuckerberg is up to his censoring tricks!

Like · Reply · 47w          👍 30

**Vaughn Terpack**
Youtube's censoring them, too. No videos that are less than three days old. Can you imagine

Write a comment...  ☺ 📷 GIF 🎁

Document title: Facebook
Capture URL: https://www.facebook.com/OneAmericaNewsNetwork/photos/attorney-sidney-powell-released-the-kraken-on-thursday-the-former-trump-…





Mary Jacoby
Can you recap in a post? Comrade Zuckerberg is up to his censoring tricks!

Like · Reply · 47w     30

Vaughn Terpack
Youtube's censoring them, too. No videos that are less than three days old. Can you imagine that for a news source? That automatically puts them way behind.

Like · Reply · 47w     5

Mary Jacoby
Vaughn Terpack It has become like the novel 1984. There is a Ministry of Information that allows only what they want heard or they change the narrative to fit their agenda. And unfortunately there are many people who follow blindly just as Orwell predicted.

Like · Reply · 47w     6

Write a comment...



of Information that allows only what they want heard or they change the narrative to fit their agenda. And unfortunately there are many people who follow blindly just as Orwell predicted.

Like · Reply · 47w      6

**Amber Brooks**
**Mary Jacoby** I call him suckleburg 🤣🤣🤣

Like · Reply · 47w      1

Reply to Mary Ja...

**Richard A. Rivera**
But the swamp is so deep they will ignore the facts and the media will hide them. We are doomed.

Like · Reply · 47w      23

**Christii Spriggs**
**Richard A. Rivera** That's what they thought when the Red Sea was in front of them and the Egyptians behind them, but guess what.....GOD parted the Red Sea.

Write a comment...








ignore the facts and the media will hide them. We are doomed.

Like · Reply · 47w          23

Christii Spriggs
Richard A. Rivera That's what they thought when the Red Sea was in front of them and the Egyptians behind them, but guess what.....GOD parted the Red Sea.

Like · Reply · 47w          8

Claudia Taormina
Richard A. Rivera #DiaperDon
🤣😂😍

Like · Reply · 47w

Tony Sciandra
Claudia Taormina , grow up.

Like · Reply · 47w

John R Erskine
only you are richard..so watch

Write a comment...

Document title: Facebook
Capture URL: https://www.facebook.com/OneAmericaNewsNetwork/photos/attorney-sidney-powell-released-the-kraken-on-thursday-the-former-trump-...
Capture timestamp (UTC): Tue, 26 Oct 2021 18:56:24 GMT



Richard A. Rivera #DiaperDon
😂😅😍
Like · Reply · 47w

Tony Sciandra
Claudia Taormina . grow up.
Like · Reply · 47w

John R Erskine
only you are richard..so watch the rest of us fight
Like · Reply · 47w

Vern Lazaroff
Richard A. Rivera
.
TRUMP JUDGE RULES AGAINST TRUMP... See More
Like · Reply · 47w                    👍 1

Joshua Long
Richard A. Rivera Including the Trump appointed Judge that just laughed Sidney out of the courtroom. Wait, wait, wait, please I'm starting a collection of Trump cult tears.

Write a comment...





Joshua Long
**Richard A. Rivera** Including the Trump appointed Judge that just laughed Sidney out of the courtroom. Wait, wait, wait, please I'm starting a collection of Trump cult tears.

TEARS OF TRUMP SUPPORTERS

Like · Reply · 47w                    👍 1

↳ View 2 more replies

David Badar
**Joshua Long** we know you probably cried when Trump won in 2016 and you are coming from a place of rage 🤣🤣🤣

Like · Reply · 47w

Write a comment...



View 2 more replies

David Badar
**Joshua Long** we know you probably cried when Trump won in 2016 and you are coming from a place of rage 🤣🤣🤣

Like · Reply · 47w

Brenda Gale Bodnar
**Richard A. Rivera** don't sucker up here!

Like · Reply · 47w

Reply to Richard...

Honzino Sousedik Wenzel



Write a comment...





Like · Reply · 47w  2

↳ 1 Reply

**Steven White**
Sidney Powell, way to go, We The People are so proud you are on our side. The other side has so many against us it seemed like climbing Mt. Everest without any Sherpas to help. Bring the truth and justice out in the open and expose all the election f...
See More

Like · Reply · 47w  64

**Linda Branch**
Praying for evil to be exposed. Praying for Justice. Praying that God will give those on the front lines supernatural strength, wisdom, and favor as they stand up against the the enemies of Truth and Righteousness

Write a comment...



bring the truth and justice out in the
open and expose all the election f...
See More

Like · Reply · 47w                    64

**Linda Branch**
Praying for evil to be exposed. Praying
for Justice. Praying that God will give
those on the front lines supernatural
strength, wisdom, and favor as they
stand up against the the enemies of
Truth and Righteousness.

Like · Reply · 47w

**Connie Kilburn**
I read the filing through. It was
amazing and thorough. The American
people deserve justice.

Like · Reply · 47w                    269

**Vern Lazaroff**
**Connie Kilburn**
.
TRUMP JUDGE RULES AGAINST
TRUMP... See More

Like · Reply · 47w                    3
↳ 6 Replies

**Cory Atkinson-Dalton**
Who here had the light all of a
sudden go on as soon as they
read the part where they have

Write a comment...





Connie Kilburn
.
TRUMP JUDGE RULES AGAINST
TRUMP... See More

Like · Reply · 47w          👍 3

↳ 6 Replies

Cory Atkinson-Dalton
Who here had the light all of a
sudden go on as soon as they
read the part where they have
indisputable evidence/proof of
widespread election interference
that's being provided by the
current US Special Forces
Military Intelligence Battalion?
Not forme... See More

Like · Reply · 47w · Edited     👍❤ 6

↳ 21 Replies

John Strickland
Connie Kilburn where can we
read it?

Like · Reply · 47w          👍 1

Cory Atkinson-Dalton
The 305th Military Intelligence
Battalion is located at Fort
Huachuka in Arizona. Take a wild
guess as to what their insignia
happens to be... yep, it's a

Write a comment...   😊 📷 🎬 🎁








John Strickland
**Connie Kilburn** where can we read it?

Like · Reply · 47w                    👍 1

Cory Atkinson-Dalton
The 305th Military Intelligence
Battalion is located at Fort
Huachuca in Arizona. Take a wild
guess as to what their insignia
happens to be... yep, it's a
KRAKEN!!! It's a division of the
111th Countntelligence and
Counter Insurgency Brigade
which is... **See More**

Like · Reply · 47w · Edited         👍❤ 10

Jeffrey Knight
**Connie Kilburn** after January
20th

Write a comment...          😊 📷 🎞️ 🎁

---

Document title: Facebook
Capture URL: https://www.facebook.com/OneAmericaNewsNetwork/photos/attorney-sidney-powell-released-the-kraken-on-thursday-the-former-trump-...
Capture timestamp (UTC): Tue, 26 Oct 2021 18:56:24 GMT





IF TRUMP PARDONS HIMSELF, WE ARE GOING TO BE FINE BECAUSE WE'RE READY. WE'VE ALREADY RESEARCHED THE LAW. I AND OTHER ATTORNEY GENERALS. WE. ARE. READY.

LETITIA JAMES
ATTORNEY GENERAL
OF NEW YORK

😂 1

Mariette Howe
**Connie Kilburn** I read the judge froze the reset and then an hour later reversed his own judgement.

Like · Reply · 47w

Reply to Connie ...  😊 📷 GIF 🎁

Susan Boren
Why do I get a message that says 403 forbidden when I try to open the link? I'm really tired of the lack of free speach allowed on here. Facebook you are violating our rights as citizens of the United States of America!

Like · Reply · 47w          👍 28

Write a comment...  😊 📷 GIF 🎁

  





Reply to Connie ...

**Susan Boren**
Why do I get a message that says 403 forbidden when I try to open the link? I'm really tired of the lack of free speach allowed on here. Facebook you are violating our rights as citizens of the United States of America!

Like · Reply · 47w                    👍 28

∧ Hide 11 Replies

**Mar Tin**
**Susan Boren** I think their whole website is down. I can't get any of their stuff on Google or duck duck go. Probably a cyber attack.

Like · Reply · 47w          😊👍 2

↪ View 1 more reply

**Mar Tin**
**Cherody** I'm happy to hear that! It's one of the few sources I trust. Seems others do, too.

Like · Reply · 47w

**Darla Alflen**
Me too

Write a comment...







same problem.

Like · Reply · 47w

**Brett Rains**
Whole site was taken down by
hackers

Like · Reply · 47w

**Cherody**
**Brett Rains** not taken
down by hackers oann has
just recently become this
popular and their server
isn't big enough to handle
all the people trying to
get on their site at the
same time which causes
their server to crash when
it gets overloaded

Like · Reply · 47w

**Brett Rains**
More suppression.

Like · Reply · 47w

**Jocelyn Lindsey**
Same here

Like · Reply · 47w

**Sissa Ihnen**
**Susan Boren** same for me!!

Like · Reply · 47w

Write a comment...

Document title: Facebook
Capture URL: https://www.facebook.com/OneAmericaNewsNetwork/photos/attorney-sidney-powell-released-the-kraken-on-thursday-the-former-trump-...
Capture timestamp (UTC): Tue, 26 Oct 2021 18:56:24 GMT





Brett Rains
More suppression. 👍 1
Like · Reply · 47w

Jocelyn Lindsey
Same here 👍 1
Like · Reply · 47w

Sissa Ihnen
Susan Boren same for me!!
Like · Reply · 47w 👍

John Colley
Same 👍 1
Like · Reply · 47w

Cindy Holland Fleshman
Someone needs to report this to
senator Hawley. He gave them
hell in the last hearing
Like · Reply · 47w
↳ View 2 more replies

Cherody
Cindy Holland Fleshman
yes I'm sure...I've been
around computers for
years
Like · Reply · 47w 👍 1

Cherody

Write a comment... 😊 📷 🖼️ 🎞️

Document title: Facebook
Capture URL: https://www.facebook.com/OneAmericaNewsNetwork/photos/attorney-sidney-powell-released-the-kraken-on-thursday-the-former-trump-...
Capture timestamp (UTC): Tue, 26 Oct 2021 18:56:24 GMT





View 2 more replies

**Cherody**
**Cindy Holland Fleshman**
yes I'm sure...I've been
around computers for
years

Like · Reply · 47w  1

**Cherody**
**Susan Boren** that means too
many people are trying to get
on a site at the same time...if a
site has a smaller server it will
crash the server because it's not
made for all that traffic. Oann
has just recently become very
popular they never had a
server... See More

Like · Reply · 47w  1

4 Replies

Reply to Susan ...

**Deborah Parkhurst**
You are a true patriot Sidney!! I am
hanging onto hope that you are going
to be able to shed light in the
darkness and that President Trump will
be our president for four more years

Write a comment...





Like · Reply · 47w

↳ 4 Replies

Reply to Susan ...

**Deborah Parkhurst**
You are a true patriot Sidney!! I am
hanging onto hope that you are going
to be able to shed light in the
darkness and that President Trump will
be our president for four more years,
God bless you and stay safe

Like · Reply · 47w                    261

∧ Hide 11 Replies

**Craig Obenauer-Motley**
Which DISTRCOICT (her spelling)
did she file in?

Like · Reply · 47w                    9

↳ View 2 more replies

Roy Otto
**Craig Obenauer-Motley**
so how did HUGO
CHAVEZ interfere in the
election

Like · Reply · 47w

**Craig Obenauer-Motley**
Cyndee legal filings are not 4th

Write a comment...







View 2 more replies

Roy Otto
Craig Obenauer-Motley
so how did HUGO CHAVEZ interfere in the election

Like · Reply · 47w

Craig Obenauer-Motley
Cyndee legal filings are not 4th grade book reports, any officer of the court who fails in such rudimentary ways is not showing the court the respect it deserves. Also keep on with your sad denial, even Trump is moving along DABDA into anger.

Like · Reply · 47w                          😆😡 5

Bry Johns
Craig Obenauer-Motley I work in the legal community, and it is NOT uncommon for there to be typos in a legal document. It's more common than not. The fact that you are focused on a TYPO demonstrates

Write a comment...





Bry Johns
**Craig Obenauer-Motley** I work in the legal community, and it is NOT uncommon for there to be typos in a legal document. It's more common than not. The fact that you are focused on a TYPO demonstrates that you have no real argument against the merits in... See More

Like · Reply · 47w                    ❤️💙 16

Craig Obenauer-Motley
Martha I can't tell if that is satire or not.

Like · Reply · 47w

Claudia Taormina
**Deborah Parkhurst** #DiaperDon

Like · Reply · 47w

Dale Eugene
https://www.foxnews.com/.../rush-limbaugh-knocks-trumps-

FOXNEWS.COM
Rush

Write a comment...



Claudia Taormina
**Deborah Parkhurst #DiaperDon**
Like · Reply · 47w

Dale Eugene
https://www.foxnews.com/.../rush-limbaugh-knocks-trumps...



FOXNEWS.COM
Rush
Limbaugh...

Like · Reply · 47w                    👍 1

**Craig Obenauer-Motley**
Bry, the fact you said you "work
in the legal community" without
saying your actual job leads me
to believe your are a coffee boy
at a law firm. As to the merits of
her case if it is anything like her
previous cases the judge will
viciously (in the poli... See More
Like · Reply · 47w · Edited        😆❤ 3

   **Mark Cohen**
   Craig Obenauer-Motley I
   think you should plan on
   staying there.
   Like · Reply · 47w          ❤❤ 3

Write a comment...            😊 📷 GIF 🎁








her case if it is anything like her previous cases the judge will viciously (in the poli... See More

Like · Reply · 47w · Edited 👍❤️ 3

Mark Cohen
Craig Obenauer-Motley I think you should plan on staying there.

Like · Reply · 47w 😮❤️ 3

Vern Lazaroff
Deborah Parkhurst
.
TRUMP JUDGE RULES AGAINST TRUMP... See More

Like · Reply · 47w

Craig Obenauer-Motley
Roy Otto, he used his abilities as a ghost to change votes?

Like · Reply · 47w

Craig Obenauer-Motley
Mark Cohen, I do plan on staying in my home office as much as possible. In case you have not noticed it is rather dangerous to go into public spaces at the moment.

Like · Reply · 47w

Write a comment...  ☺ 📷 GIF 🎞️








Like · Reply · 47w

**Craig Obenauer-Motley**
Mark Cohen. I do plan on staying in my home office as much as possible. In case you have not noticed it is rather dangerous to go into public spaces at the moment.

Like · Reply · 47w

**Kevin Lyle**
Deborah Parkhurst she's just another grifter. Don't get your hopes up.

Like · Reply · 47w

**Cory Atkinson-Dalton**
Oh really??? Heh heh heh... fair warning, this is going to hurt!👹 Listed in Powell's suit as expert witnesses on the Dominion question is the Army's 305th Military Counterintelligence Battalion. The 305 is tasked with identifying, tracking and compili... **See More**

Like · Reply · 47w · Edited

Reply to Debora...  ☺ 📷 GIF 🙂

Write a comment...  ☺ 📷 GIF 🙂

Listed in Powell's suit as expert witnesses on the Dominion question is the Army's 305th Military Counterintelligence Battalion. The 305 is tasked with identifying, tracking and compili... See More

Like · Reply · 47w · Edited

Reply to Debora...

**James Monroe Smith**
I pray all this happens and trump is installed but we must remember even the kraken was defeated. Pray hard sue hard

Like · Reply · 47w 61

↳ 11 Replies

**Ed Michael**
On January 20th, the secret service should walk Trump out of the White House and directly into a police van. Since the election, Trump has ignored the horrors of Covid-19, even though his own super spreader events contributed, in no small way, to the s... See More

Andrea Junker
@Strandjunker

Write a comment...



On January 20th, the secret service should walk Trump out of the White House and directly into a police van. Since the election, Trump has ignored the horrors of Covid-19, even though his own super spreader events contributed, in no small way, to the s...
See More

Andrea Junker *
@StrandJunker

Can we please all agree that having a dumb TV host and shady real estate developer with no government knowledge, 5 children from 3 marriages, 6 bankruptcies, 46 charges of sexual assault, and 5,800 lawsuits as president was the biggest mistake America ever made? #DiaperDon

Like · Reply · 47w                    😆 2

↳ 2 Replies

Vi Riis
does facebook really think they can stop info from getting out? It says I cannot see this, so I searched until I found a web sight that let me in. Most news places were saying is was stupid, but several did not. So facebook, you will lose, we are going... See More

Write a comment...



Vi Riis
does facebook really think they can
stop info from getting out? It says I
cannot see this, so I searched until I
found a web sight that let me in. Most
news places were saying is was stupid,
but several did not. So facebook, you
will lose, we are going... See More

Like · Reply · 47w                    31

↳ 4 Replies

Christii Spriggs
God has chosen to use you and your
expertise for such a time as this
Sydney. We pray for your victory and
for your safety.

Like · Reply · 47w                    195

↳ 35 Replies

Eric Michael Gardner
So much for reading the article. The
communists that run FB blocked the
link

Like · Reply · 47w                    41

↳ 12 Replies

Write a comment...

↳ 2 Replies

Document title: Facebook
Capture URL: https://www.facebook.com/OneAmericaNewsNetwork/photos/attorney-sidney-powell-released-the-kraken-on-thursday-the-former-trump-…
Capture timestamp (UTC): Tue, 26 Oct 2021 18:56:24 GMT



Like · Reply · 47w                    35 Replies

**Eric Michael Gardner**
So much for reading the article. The communists that run FB blocked the link

Like · Reply · 47w          41
↳ 12 Replies

**Christii Spriggs**
The American majority are behind you Sydney, Praying that God will lead you to final victory.

Like · Reply · 47w          105
↳ 16 Replies

**Kyle McCaskie**
I'm soooooooo Tired of Facebook censoring everything it's such b******* wake up America

Like · Reply · 47w          16
↳ 2 Replies

**Amber Swarbrick**
I have liked a lot of pages, and have never gotten a pop up message like this. Ever! Facebook is trying to scare people away from the truth! Smh just thought I'd share it for you to see if

Write a comment...

 



censoring everything it's such b******
wake up America

Like · Reply · 47w                              🔵 16

2 Replies

**Amber Swarbrick**
I have liked a lot of pages, and have
never gotten a pop up message like
this. Ever! Facebook is trying to scare
people away from the truth! Smh just
thought I'd share it for you to see if
you haven't already seen it.

Like · Reply · 47w · Edited        😮😆🔵 45

15 Replies

**Blake Hernandez**
Says it's blocked! Facebook is
censoring this.

Write a comment...        😊 📷 GIF 😀



45

Like · Reply · 47w · Edited

↳ 15 Replies

**Blake Hernandez**
Says it's blocked! Facebook is censoring this.

Like · Reply · 47w                    12

↳ 4 Replies

**Bart Learman**
I have been censored! Their silence speaks... VOLUMES



Like · Reply · 47w · Edited                25

↳ 8 Replies

Write a comment...



Like · Reply · 47w · Edited        25

↳ 8 Replies

**Mark Westcott**
Good to see there might just be some accountability for the bias & corruption between the media & the left in the USA 🇺🇸

Like · Reply · 47w        30

↳ 1 Reply

**Carol Morado**
LOL! Breaking news, Pennsylvania Third District Court dismissed latest ridiculous lawsuit filed by Trump team, NO MERIT, NO EVIDENCE.

Like · Reply · 47w        16

↳ 39 Replies

**Mike Voorhees**
Your site is down, and the Kraken is no

Write a comment...





**Carol Morado**
LOL! Breaking news, Pennsylvania Third District Court dismissed latest ridiculous lawsuit filed by Trump team, NO MERIT, NO EVIDENCE.

Like · Reply · 47w          16

↳ 39 Replies

**Mike Voorhees**
Your site is down, and the Kraken is no doubt another baseless lawsuit that will be laughed out of court like the rest of them.

Like · Reply · 47w · Edited          19

↳ 48 Replies

**Vaughn Terpack**
When is OAN going to interview Barnes and Baris? They have all the election fraud nailed down pretty tight, yet OAN continues to not report on it. Why is that?
https://www.youtube.com/watch?v=WiG2iW0d1Fw&t=5291s



YOUTUBE.COM
Barnes and Baris Post-Election...

Write a comment...



Centes and sellers. They have all the election fraud nailed down pretty tight, yet OAN continues to not report on it. Why is that?

https://www.youtube.com/watch?v=WiG2iW0d1Fw&t=5291s



YOUTUBE.COM
Barnes and Baris
Post-Election...

Like · Reply · 47w    👍 4

Dave MacDonald
I hope she has paperwork ready to file for January runoff, same machines, I believe the steal will be on for the 2 Senate seats. Mrs Ed is already boasting about 750k mail ins

Like · Reply · 47w    👍 4

Tammy Young
Go Sydney Go!! You and your team are in our hearts and prayers as you fight against corruption from the swamp!!

Like · Reply · 47w · Edited    👍❤️ 111

Jennifer Jones
I can not even open it on the internet...this is scaring me to death that they have this much control over

Write a comment...







**Tammy Young**
Go Sydney Go!! You and your team are in our hearts and prayers as you fight against corruption from the swamp!!
Like · Reply · 47w · Edited          111

**Jennifer Jones**
I can not even open it on the internet...this is scaring me to death that they have this much control over us!
Like · Reply · 47w          73
↳ 14 Replies

**Darin DiSabatino**
It's Time For All of you To Step Aside!! We The People Need To Fallow Our Constitutional oath Step up And Put an End To this Bullshit Before it's Too Late.
Like · Reply · 47w          7

**Chris Feller**


Write a comment...





Late.

Like · Reply · 47w          7

**Chris Feller**

TRYING TO FIGURE OUT HOW
BIDEN WON A RECORD LOW OF
ONLY 16.7% OF ALL U.S. COUNTIES

YET SUPPOSEDLY
WON THE ELECTION WITH
THE MOST VOTES IN HISTORY

Like · Reply · 47w          44

↳ 10 Replies

**Salisha Loewen**
Can Sydney go on newsmax and get
the message out there

Like · Reply · 47w          11

**Tracy Thorpe**
Filing lawsuits is not dropping the
hammer. Winning lawsuits is the
bottom line. I want to see bloody
heads role!

Like · Reply · 47w          7

Write a comment...



Can Sydney go on newsmax and get
the message out there

Like · Reply · 47w                    11

**Tracy Thorpe**
Filing lawsuits is not dropping the
hammer. Winning lawsuits is the
bottom line. I want to see bloody
heads role!

Like · Reply · 47w                    7

**Heidi Blaylock**
Yep shows how guilty they are
blocking the truth!

Like · Reply · 47w                    11

**Timothy Ronan**
54 Days until Biden's inauguration!

Like · Reply · 47w · Edited          18
↳ 10 Replies

**Andrea Favotto**
Georgia Will be the First state to be
Blown up. She said...
Go Sidney!!!

Like · Reply · 47w · Edited          61
↳ 2 Replies

**Desiree Kramedas**
That's ok go on Parler and you read
the whole thing

Write a comment...



**Andrea Favotto**
Georgia Will be the First state to be
Blown up. She said...
Go Sidney!!!

Like · Reply · 47w · Edited          61

↳ 2 Replies

**Desiree Kramedas**
That's ok go on Parler and you read
the whole thing

Like · Reply · 47w          9

**TravisandCharlene Middleton**
I tried to get on the Google is
sensoring any one from see it. Please
sue google

Like · Reply · 47w          12

↳ 3 Replies

**Jessi Schmeichel**
Something tells me there's more
Kraken

Like · Reply · 47w          10

**Dennis Dickman**
They facebook won't let you read it



Write a comment...

Document title: Facebook
Capture URL: https://www.facebook.com/OneAmericaNewsNetwork/photos/attorney-sidney-powell-released-the-kraken-on-thursday-the-former-trump-...
Capture timestamp (UTC): Tue, 26 Oct 2021 18:56:24 GMT



**Jessi Schmeichel**
Something tells me there's more
Kraken

Like · Reply · 47w                    👍 10

**Dennis Dickman**
They facebook won't let you read it

Like · Reply · 47w · Edited          😮😆😂 43

↳ 46 Replies

**Jason Becker**
I don't think it FB or Google blocking
it. I've tried to access Oanns page from
other sources and it seems like there is
a problem with the website itself.

Like · Reply · 47w                    👍 4

↳ 2 Replies

Write a comment...   😊 📷 🔳 🎁



↳ 46 Replies

**Jason Becker**
I don't think it FB or Google blocking it. I've tried to access Oanns page from other sources and it seems like there is a problem with the website itself.

Like · Reply · 47w                    👍 4

↳ 2 Replies

**Jill White**
Link broken

Like · Reply · 47w              😮👍😆 7

↳ 8 Replies

**John Joseph Varisco**
They removed my screenshot so now I know it's true

Write a comment...

Document title: Facebook
Capture URL: https://www.facebook.com/OneAmericaNewsNetwork/photos/attorney-sidney-powell-released-the-kraken-on-thursday-the-former-trump-…
Capture timestamp (UTC): Tue, 26 Oct 2021 18:56:24 GMT



John Joseph Varisco
They removed my screenshot so now I
know it's true
Like · Reply · 47w                    15

Steven Young
403 Forbidden Error. Must be good 😊
Like · Reply · 47w                    10
↳ 2 Replies

Dana Marie
I don't show anything...It says 403
forbidden...
Like · Reply · 47w                    8

Kimberli Patterson
403 Forbidden! Can't see it.
Like · Reply · 47w                    9
↳ 2 Replies

Nancy James
Those who have served and died for

Write a comment...








forbidden...

Like · Reply · 47w                        8

Kimberli Patterson
403 Forbidden! Can't see it.
Like · Reply · 47w              9
↳ 2 Replies

Nancy James
Those who have served and died for
our freedoms deserve the right to vote
is legal in all aspects!!!!
Like · Reply · 47w

Jessica Ashby
It's the same thing if you try to access
them through Google
Like · Reply · 47w              2

Cindy Dickson
I love her boldness and patrotic love
of our country and people. She's a
beast, don't stop Sydney Powell, your
the best.
Like · Reply · 47w

Celia Arce
She needs to go back from whatever
planet she's from. Nothing will come
of this.
Like · Reply · 47w · Edited      1

Write a comment...



I love her boldness and patrotic love of our country and people. She's a beast, don't stop Sydney Powell, your the best.

Like · Reply · 47w

**Celia Arce**
She needs to go back from whatever planet she's from. Nothing will come of this.

Like · Reply · 47w · Edited    😂 1

**Kim Raymond Kowalczyk**



It's showtime!

Like · Reply · 47w

**Rob Goluck**
Trump after leaving the WH in couple months

Write a comment...




It's showtime!

Like · Reply · 47w


**Rob Goluck**
Trump after leaving the WH in couple months



"...AND JUST WHEN YOU
THOUGHT TRUMP SUPPORTERS
COULDN'T SINK ANY LOWER..."

Like · Reply · 47w · Edited

 **Bev Sullivan**
Surprise dominon has done the magic act of disapearing just when the axe was going to go down, the offices are empty, even the employees bailed, this is what they do when caught, run & hide, & Sidney Powell is one of many with integrity & honor to ge... **See More**

Write a comment...   





Like · Reply · 47w · Edited

 **Bev Sullivan**
Surprise dominon has done the magic act of disapearing just when the axe was going to go down, the offices are empty, even the employees bailed, this is what they do when caught, run & hide, & Sidney Powell is one of many with integrity & honor to ge... See More

Like · Reply · 47w   👍 4

 **Tran Hnc**
One of the most fraudulent elections in US history. The pre- and post-election news and situations show that the election results have been fraudulent and fraudulent.

Like · Reply · 47w

 **Ashley Laura**
But what the hell is wrong w Pennsylvania????

Like · Reply · 47w   👍 1

 **Jaw Gee**
Yall been duped into believing the fraud cases. This is why they are being thrown out in court. Its like when he said Mexico was paying for a wall

 Write a comment...

Document title: Facebook
Capture URL: https://www.facebook.com/OneAmericaNewsNetwork/photos/attorney-sidney-powell-released-the-kraken-on-thursday-the-former-trump-...
Capture timestamp (UTC): Tue, 26 Oct 2021 18:56:24 GMT

   




**Ashley Laura**
But what the hell is wrong w Pennsylvania????

Like · Reply · 47w                                                    1

**Jaw Gee**
Yall been duped into believing the fraud cases. This is why they are being thrown out in court. Its like when he said Mexico was paying for a wall

Like · Reply · 47w · Edited

**Brian Arend**
You all that can't open it must have Apple fruit phones...sensorship to the max..get rid of those Chinese phones!!!

Like · Reply · 47w

**Mary Bockhorn**
What happened in Pennsylvania?

Like · Reply · 47w

**Sue Piton Faust**
Blocked because they don't want no one to know what the truth is!

Like · Reply · 47w                                                    3

↳ 6 Replies

**Kimberli Patterson**
Says forbidden already!

Write a comment...



What happened in Pennsylvania?

Like · Reply · 47w

**Sue Piton Faust**
Blocked because they don't want no one to know what the truth is!

Like · Reply · 47w                                3

↳ 6 Replies

**Kimberli Patterson**
Says forbidden already!

Like · Reply · 47w                                5

**Michael Smith**
It's going to take years to get the smell of stale big macs, that Trump left, out of the oval office

Like · Reply · 47w · Edited

↳ 1 Reply

**Luz Marina**
ATTN: OAN... Sidney Powell was never an officially, paid attorney. Therefore, was not part of Trump legal team.

Like · Reply · 47w · Edited

**Ken Hartley**
People are awful quick to call it censoring. There are a number of things that can cause a 403 error. I don't think this one is censoring since

Write a comment...

Document title: Facebook
Capture URL: https://www.facebook.com/OneAmericaNewsNetwork/photos/attorney-sidney-powell-released-the-kraken-on-thursday-the-former-trump-...
Capture timestamp (UTC): Tue, 26 Oct 2021 18:56:24 GMT



**Luz Marina**
ATTN: OAN... Sidney Powell was never an officially, paid attorney. Therefore, was not part of Trump legal team.

Like · Reply · 47w · Edited

**Ken Hartley**
People are awful quick to call it censoring. There are a number of things that can cause a 403 error. I don't think this one is censoring since it is now working fine at 1730 11/27.

Like · Reply · 47w    😂 2

↳ 3 Replies

**Ronnie Alfred**
Idk if they came out in order but there it is

Like · Reply · 47w

**Trina Farnham**
Go get them Sidney Powell. Thank you for standing up to the evil. God bless you.

Like · Reply · 47w    👍 2

**Jerry Shrewsbury**
A three judge panel of judges in the 3rd circuit court of Pennsylvania just threw out President Trump's case.

Write a comment...




Trina Farnham
Go get them Sidney Powell. Thank you for standing up to the evil. God bless you.

Like · Reply · 47w

Jerry Shrewsbury
A three judge panel of judges in the 3rd circuit court of Pennsylvania just threw out President Trump's case.

Like · Reply · 47w

Debbie Anderson Dougan
Why when I try to open this , do I get a blank screen that says "403 Forbidden"

Like · Reply · 47w

Natalie Pruitt
Where two or more are gathered in the name of the Lord it shall be done.

Like · Reply · 47w

Brandon J Bennett
What do they expect to happen ?

Like · Reply · 47w

Scarlettah Schaefer
You know the kraken is the villain in the story, right? And he loses....

Like · Reply · 47w

Write a comment...



the name of the Lord it shall be done.

Like · Reply · 47w


**Brandon J Bennett**
What do they expect to happen ?

Like · Reply · 47w


**Scarlettah Schaefer**
You know the kraken is the villain in the story, right? And he loses....

Like · Reply · 47w

**Jeffrey K. Taniguchi**
What about the smoking gun a d the evidence ?

Like · Reply · 47w


**Rebecca Horn**
How can we access this article?

Like · Reply · 47w
↳ 1 Reply


**Craig Obenauer-Motley**
God the amount of typos in her filing in Michigan makes me wonder if she is on the Bolivian marching powder.

Like · Reply · 47w

**Esther Vela Striker**
Prayers for you and your love ones while you take on this monstrous task


Write a comment...

Document title: Facebook
Capture URL: https://www.facebook.com/OneAmericaNewsNetwork/photos/attorney-sidney-powell-released-the-kraken-on-thursday-the-former-trump-…
Capture timestamp (UTC): Tue, 26 Oct 2021 18:56:24 GMT










**Craig Obenauer-Motley**
God the amount of typos in her filing in Michigan makes me wonder if she is on the Bolivian marching powder.

Like · Reply · 47w

**Esther Vela Striker**
Prayers for you and your love ones while you take on this monstrous task of exposing the mass corruptness from this election. Thank you from the bottom of our ❤️🙏🇺🇸🇺🇸 2

Like · Reply · 47w

↳ 1 Reply

**Trina Farnham**
GOOGLE won't let us open OAN on the search engine or app. Says forbidden.

Like · Reply · 47w

**Bob Lancaster**
anybody else get "403 Forbidden when trying for this? 1

Like · Reply · 47w

↳ 4 Replies

**Julissa Gutierrez**
Most definite . so much proof!

Write a comment...   

Document title: Facebook
Capture URL: https://www.facebook.com/OneAmericaNewsNetwork/photos/attorney-sidney-powell-released-the-kraken-on-thursday-the-former-trump-…

  


forbidden.

Like · Reply · 47w

**Bob Lancaster**
anybody else get "403 Forbidden when trying for this?

Like · Reply · 47w                    👍 1

↳ 4 Replies

**Julissa Gutierrez**
Most definite... so much proof!

💚 Alexandra 💚
@tinkerlou

Para los Hispanos que viven en Los Estados Unidos, vean esta fotito, y vayan a respirar...

5:28 · 30 sept. 20 · Twitter for iPhone

Like · Reply · 47w

↳ 1 Reply

**Nando Arci**
AMERICAN BROTHERS TRUMP MUST HAVE JUSTICE THE DEM OF BIDEN HAVE STOLEN VOTES FROM YOUR FAMILIES WE ITALIAN WE ARE WITH

Write a comment...       😊 📷 🖼️ 🎁

Document title: Facebook
Capture URL: https://www.facebook.com/OneAmericaNewsNetwork/photos/attorney-sidney-powell-released-the-kraken-on-thursday-the-former-trump-…
Capture timestamp (UTC): Tue, 26 Oct 2021 18:56:24 GMT

 





**Nando Arci**
AMERICAN BROTHERS TRUMP MUST
HAVE JUSTICE THE DEM OF BIDEN
HAVE STOLEN VOTES FROM YOUR
FAMILIES WE ITALIAN WE ARE WITH
YOU GOD BLESS YOU ... EVIL CANNOT
WIN

Like · Reply · 47w

**John Greenwald**
Sadly, can't read the article.
OANN.com is being blocked by
someone. The website is "403" to both
me and my brother. I live in Florida
and he lives in Colorado. Something
smells fishy.

OANN.COM
One America News
Network | Your...

Like · Reply · 47w
↳ 1 Reply

Write a comment...



and he lives in Colorado. Something
smells fishy.

OANN.COM
One America News
Network | Your...

Like · Reply · 47w
↳ 1 Reply

**Edie Lasfetto**
I can't go there as it the website is
"403 Forbidden".
Like · Reply · 47w · Edited

**Sofia Lombardi**
Go Sidney! We stand right behind you
Like · Reply · 47w                    👍 2

**Galaxie Man**
More Censorship from FAKEBOOK!
Can't read the article. What a joke.
TIME FOR EVERYONE TO LEAVE
FAKEBOOK FOR GOOD!!!!!!!!!
Like · Reply · 47w                    👍😆 20
↳ 3 Replies

**Lyn Pike**
Welcome to Michigan, we've been
praying for help!

Write a comment...   ☺ 📷 GIF 🎞








**Galaxie Man**
More Censorship from FAKEBOOK!
Can't read the article. What a joke.
TIME FOR EVERYONE TO LEAVE
FAKEBOOK FOR GOOD!!!!!!!!!!

Like · Reply · 47w          😮👿 20

↳ 3 Replies

**Lyn Pike**
Welcome to Michigan, we've been
praying for help!

Like · Reply · 47w          👍 1

**Das Chalf**
The Kraken is more than you think. It
has nothing to do with the movie
"Clash of the Titans". We are going to
see how far the corruption has spread,
even to the SCOTUS.

Like · Reply · 47w

**Patriots Rule**
OANN blocked on Google?

Like · Reply · 47w

↳ 1 Reply

**Helena Guerrero**
is this the right link? when I click it
says 403 Forbidden

Like · Reply · 47w          👍 5

Write a comment...            



**Patriots Rule**
OANN blocked on Google?
Like · Reply · 47w
↳ 1 Reply

**Helena Guerrero**
is this the right link? when I click it
says 403 Forbidden
Like · Reply · 47w          👍 5
↳ 6 Replies

**Sandra Mauney**
If they don't throw them out like other
leftist judges
Like · Reply · 47w          😢 1

**Ryan Olson Sr.**
Beijing Biden and the democrats are
fraudulent and corrupt snakes!!
Like · Reply · 47w

**Ashlee McGeisey**
Praying protection and favor for
Sidney!
Like · Reply · 47w

**Andres Bordoni**
Gotta love the parts where she cites
TWEETS as evidence (Page 64 of the
GA one), which show absolutely no

Write a comment...



**Ashlee McGeisey**
Praying protection and favor for Sidney!

Like · Reply · 47w

**Andres Bordoni**
Gotta love the parts where she cites TWEETS as evidence (Page 64 of the GA one), which show absolutely no source of what they say but she treats them as undisprovable truth (And goes back to base on them many other times in the text).

Not to mention ... See More

Like · Reply · 47w · Edited                     😍 1

**Kaitlin Elizabeth**
Fact checkers already blocked this. 😱

Like · Reply · 47w                            👍❤️ 4

↳ 1 Reply

**Yolanda Brouillard**
Thank you, Sidney for being strong and courageous. God is by your side. He will never leave you or forsake you.
🙏🙏🙏

Like · Reply · 47w

Write a comment...

 





Like · Reply · 47w                                 4
↳ 1 Reply

**Yolanda Brouillard**
Thank you, Sydney for being strong
and courageous. God is by your side.
He will never leave you or forsake you.
🙏🙏🙏
Like · Reply · 47w

**Sharon Patterson Guthrie**
I have so much respect for her, she is a
strong woman with integrity

Like · Reply · 47w

**Tkhen Tkhen**
Why are they after us?

Like · Reply · 47w

**Eric Fondren**
I hope people realize if this fraud is
found true, there will need to be
hangings for treason.
Like · Reply · 47w                                 1

**Stephen Brooke**
#Loser #CryBaby #ZeroEvidence
remember when Obama wouldn't let
Trump in the WH?
remember when Obama wouldn't start
the transition?... **See More**

Write a comment...

   



I hope people realize if this fraud is found true, there will need to be hangings for treason.

Like · Reply · 47w   1

**Stephen Brooke**
#Loser #CryBaby #ZeroEvidence remember when Obama wouldn't let Trump in the WH?
remember when Obama wouldn't start the transition?... See More

Like · Reply · 47w   1

**Gene Cowell**
Thank you Sidney, keep on doing what you are to make this country do the Right thing!! A.C.

Like · Reply · 47w

**Kathy McInnis**
Has your website (OAN) been taken down? I keep getting a message "403 Forbidden"

Like · Reply · 47w

↳ 1 Reply

**Vicky Fitch**
Check the names that come up with Dominion soft ware. What are they? I found them by looking up Google & doing some reading. Completely

Write a comment...   

Document title: Facebook
Capture URL: https://www.facebook.com/OneAmericaNewsNetwork/photos/attorney-sidney-powell-released-the-kraken-on-thursday-the-former-trump-...
Capture timestamp (UTC): Tue, 26 Oct 2021 18:56:24 GMT

   


down? I keep getting a message "403 Forbidden"

Like · Reply · 47w

↳ 1 Reply

**Vicky Fitch**
Check the names that come up with Dominion soft ware. What are they? I found them by looking up Google & doing some reading. Completely unethical for them to have anything to do with the software.

Like · Reply · 47w

**Bert Cameron**
**Morris Momii David Cameron Jim Sweeney Robert Cameron II**

Like · Reply · 47w

**Donna Blevins**
We. American patriots are standing with you and we thank you for what you are doing.

Like · Reply · 47w                    👍 1

**Jeff Pistana**
and all of trump's lawsuits were laughed out of court.

Like · Reply · 47w                              ●

**Ryan Majersky**

Write a comment...   



We, American patriots are standing with you and we thank you for what you are doing.

Like · Reply · 47w

**Jeff Pistana**
and all of trump's lawsuits were laughed out of court.

Like · Reply · 47w

**Ryan Majersky**
Praying for you, honeslty I feel at any time she will be killed or suicideded by the Clintons

Like · Reply · 47w

**Elizabeth Marleau**
I can't read the article! Censorship???
😡😡😡

Like · Reply · 47w

**Kathy Achterman**
Thank you for your constant support, Counselor Powell! You are so appreciated. 🙏

Like · Reply · 47w

**Corey Jamison**
Kraken or kitten? Pa didnt go so well today.

Like · Reply · 47w

Write a comment...

Document title: Facebook
Capture URL: https://www.facebook.com/OneAmericaNewsNetwork/photos/attorney-sidney-powell-released-the-kraken-on-thursday-the-former-trump-…
Capture timestamp (UTC): Tue, 26 Oct 2021 18:56:24 GMT



**Kathy Achterman**
Thank you for your constant support, Counselor Powell! You are so appreciated. 🙏
Like · Reply · 47w

**Corey Jamison**
Kraken or kitten? Pa didnt go so well today.
Like · Reply · 47w
↳ 2 Replies

**Richard Wood**
Interesting, not that flipping these states would make a difference, but still interesting.
Like · Reply · 46w

**Lee Shafer**
We are losing America.the deep state is deeper than we thought.Joe McCarthy was RIGHT!
Like · Reply · 47w · Edited

**Adriaan Gordon**
But she was never part of the trump administration...?
Like · Reply · 47w

**Robert Cameron II**
Wish her luck. But this is a very steep

Write a comment...



We are losing America the deep state
is deeper than we thought.Joe
McCarthy was RIGHT!

Like · Reply · 47w · Edited

**Adriaan Gordon**
But she was never part of the trump
administration...?

Like · Reply · 47w

**Robert Cameron II**
Wish her luck. But this is a very steep
mountain.

Like · Reply · 47w

**Donna Joiner**
Cannot access link.
Cannot access OAN. Says " forbidden"

Like · Reply · 47w

**Kristy Bahnick Patterson**
Every link I click on to any story gives
me this page. I've clicked on 6 so far.
😤



Write a comment...

Document title: Facebook
Capture URL: https://www.facebook.com/OneAmericaNewsNetwork/photos/attorney-sidney-powell-released-the-kraken-on-thursday-the-former-trump-…
Capture timestamp (UTC): Tue, 26 Oct 2021 18:56:24 GMT





Every link I click on to any story gives me this page. I've clicked on 6 so far.



Like · Reply · 47w

**Cory Hentgen**
Let's get to the bottom of this.

Like · Reply · 47w 👍 1

**Evie Edwards Scott**
Too bad FB won't let me see it!

Like · Reply · 47w

**Nay Nay Knowlton**
Grrr, it won't open.

Like · Reply · 47w

**Jane Yerkes Harter**
Sidney is one serious lady. Beware. She's got the patriots' back!

Write a comment...




Evie Edwards Scott
Too bad FB won't let me see it!

Like · Reply · 47w


Nay Nay Knowlton
Grrr, it won't open.

Like · Reply · 47w


Jane Yerkes Harter
Sidney is one serious lady. Beware.
She's got the patriots' back!

Like · Reply · 47w


Diane Liebegott
Zuckerberg's censorship is invoking
fear in people.
That is exactly how Hitler operated!

Like · Reply · 47w · Edited                    👍 1


Denise Spencer
her Kraken drowned as trumpy wumpy
lost in a landslide.....
Republicans are such victims all the
time when they don't get their way.....
The adults are back in charge.

Like · Reply · 47w               2


Vanessa Varieur
I wonder if the real Kraken was Flynn
given a full pardon.

Like · Reply · 47w

Write a comment...        😊 📷 🎬 🎁

Document title: Facebook
Capture URL: https://www.facebook.com/OneAmericaNewsNetwork/photos/attorney-sidney-powell-released-the-kraken-on-thursday-the-former-trump-…
Capture timestamp (UTC): Tue, 26 Oct 2021 18:56:24 GMT





lost in a landslide.....
Republicans are such victims all the
time when they don't get their way.....
The adults are back in charge.

Like · Reply · 47w                     2

 **Vanessa Varieur**
I wonder if the real Kraken was Flynn
given a full pardon.

Like · Reply · 47w

**James Nichols**
She's a joke. Even trump think so and
won't admit she was part of his legal
team

Like · Reply · 47w · Edited

 **Kelly Miller**
You can't pull it up via search on Bing
or Duck Duck Go. I think the site is
down.

Like · Reply · 47w

 **Joe Engeln**
Did not trump fire her for conspiracy
theories? Yes

Like · Reply · 47w                     1

↳ **4 Replies**

**Robin Tenaglia**
Wow! Censored!!!!!! Makes me sick

 Write a comment...          

Document title: Facebook
Capture URL: https://www.facebook.com/OneAmericaNewsNetwork/photos/attorney-sidney-powell-released-the-kraken-on-thursday-the-former-trump-…
Capture timestamp (UTC): Tue, 26 Oct 2021 18:56:24 GMT









Like · Reply · 47w

**Joe Engeln**
Did not trump fire her for conspiracy theories? Yes

Like · Reply · 47w 😂 1

↳ 4 Replies

**Robin Tenaglia**
Wow! Censored!!!!!! Makes me sick

Like · Reply · 47w

**Rose Crowley**
Thank you, Sydney!!!

Like · Reply · 47w 👍 1

**GladyAlicia RosasLuque**
Miss Attorney at Law SIDNEY POWELL IS A REMARKABLE AND OUTSTANDING REPUBLICAN PATRIOT, A GRAND EXAMPLE OF NATIONAL DIGNITY, COURAGE, HEROISM, LOVE FOR LIFE AND JUSTICE. GOD BLESS FOREVER. 😍😍😍😍😍😍😍😍

Like · Reply · 47w · Edited

↳ 2 Replies

**Billy Sonya Price**
It'll take 4 years to unravel this mess.

Write a comment...








A GRAND EXAMPLE OF NATIONAL
DIGNITY, COURAGE, HEROISM, LOVE
FOR LIFE AND JUSTICE. GOD BLESS
FOREVER. 😍😍😍😍😍😍😍😍😍😍
😍😍😍😍

Like · Reply · 47w · Edited

↳ 2 Replies

**Billy Sonya Price**
It'll take 4 years to unravel this mess.
It's over.

Like · Reply · 47w

**Paul Stertz**
She needs to do the same in PA.

Like · Reply · 47w

**Tkhen Tkhen**
They try Soo hard to suppress the
truth.

Like · Reply · 47w                    👍 1

**Bayly Johnson**
But I can read about Antifa and BLM....

Like · Reply · 47w

**Ken Fleck**
hope it's got fire in it's breath, light em
up Sidney

Like · Reply · 47w

Write a comment...    



Like · Reply · 47w                        👍 1

**Bayly Johnson**
But I can read about Antifa and BLM....

Like · Reply · 47w

**Ken Fleck**
hope it's got fire in it's breath, light em
up Sidney

Like · Reply · 47w

**Kevin Ó Dochartaigh**
"The Incredible Shrinking Con-Man."

Like · Reply · 47w

**Gigi Marie**
Now gone!

Write a comment...



Like · Reply · 47w

**Gigi Marie**
Now gone!

Like · Reply · 47w

**Bob Faris**
I have full confidence she will help turn this crime of the century around.

Like · Reply · 47w

**Henry Baffi**
LMFAO Riddled with errors and mistakes. She was more than likely drunker than Pelosi could ever think of being when she typed those briefs up.

Write a comment...



**Bob Faris**
I have full confidence she will help turn this crime of the century around.

Like · Reply · 47w

**Henry Baffi**
LMFAO Riddled with errors and mistakes. She was more than likely drunker than Pelosi could ever think of being when she typed those briefs up.

Like · Reply · 47w

**LindsayandCarolyn Horne**
What is happening now?

Like · Reply · 47w

**Sharon Flink**
I saw the Michigan one on Mark Levin's Facebook page this morning. I was able to open it from there

Like · Reply · 47w · Edited

**Jerry Shrewsbury**
A three judge panel (one Trump and two Bush appointies) of the 3rd circuit court in Pennsylvania just threw out President Trump's case there.

Like · Reply · 47w                    1

**Natasha Weyaus**
Wow within 1 min of being posted. It's

Write a comment...

 


was able to open it from there

Like · Reply · 47w · Edited

**Jerry Shrewsbury**
A three judge panel (one Trump and two Bush appointies) of the 3rd circuit court in Pennsylvania just threw out President Trump's case there.

Like · Reply · 47w 👍 1

**Natasha Weyaus**
Wow within 1 min of being posted. It's a forbidden link....

Like · Reply · 47w 👍 1

**Carole A. Gentile**
We're with you Sidney....Keep it going !

Like · Reply · 47w

**Janet Winkler**
Still Waiting 4 Her 2 Do Something..

Like · Reply · 47w

**Marilyn J Melville**
OANN THE LINK HAS BEEN BLOCKED ON FB when I try to open the link its comes up as FORBIDDEN....Interesting:

Like · Reply · 47w · Edited

**Rex S. Hays**
Google Sidney Powell and get the story

Write a comment...





Like · Reply · 47w

Marilyn J Melville
OANN THE LINK HAS BEEN BLOCKED
ON FB when I try to open the link its
comes up as FORBIDDEN....Interesting:

Like · Reply · 47w · Edited

Rex S. Hays
Google Sidney Powell and get the
story

Like · Reply · 47w

Fay Terry
Omg, how many times does tRump
want to lose??? 😂😂😂

Like · Reply · 47w

Cindy Marie
She's one tough lady! Love her!

Like · Reply · 47w

Rudy Kasteli
Now there's the face of a patriotic
woman. Next VP 💪💪👏👏

Like · Reply · 47w · Edited

Sheryl Gieselman-bouldry
You go Sidney!

Like · Reply · 47w

Christopher Grasso

Write a comment...

Document title: Facebook
Capture URL: https://www.facebook.com/OneAmericaNewsNetwork/photos/attorney-sidney-powell-released-the-kraken-on-thursday-the-former-trump-…
Capture timestamp (UTC): Tue, 26 Oct 2021 18:56:24 GMT



**Cindy Marie**
She's one tough lady! Love her!

Like · Reply · 47w

**Rudy Kasteli**
Now there's the face of a patriotic woman. Next VP 👏👏👍👍

Like · Reply · 47w · Edited

**Sheryl Gieselman-bouldry**
You go Sydney!

Like · Reply · 47w

**Christopher Grasso**
It amazes me that so many liberals are on the OAN network?? If Biden truly won why even bother commenting, what are you worried about? I'm not on the "lets spoon feed people what we want them to believe" CNN website making my case? why bother??

Like · Reply · 47w · Edited                    👍 1

**Trish OShaughnessy**
Media is doing their usual business. Make them look nutty.

Like · Reply · 47w
↳ 1 Reply

View more comments                              152 of 749

Write a comment...