# Exhibit 25

TRANSCRIPT OF THE AUDIO RECORDING OF:

One American News Network, Tipping Point Excerpt

November 28, 2020

TRANSCRIBED BY: THOMPSON COURT REPORTERS INC.

```
1            KARA MCKINNEY:  Our "State of the US Story." It's
2   something you don't often say, but President Trump has been
3   awfully quiet lately. As the fight against the stolen election
4   plays out, the President has let his lawyers take the
5   spotlight. But President Trump is now planning to take center
6   stage, holding a rally in Georgia a week from Saturday in
7   support of the Republican candidates for Senate. This is good,
8   it's important that Republicans keep the Senate, especially in
9   the event that Biden becomes president. But, if it were up to
10  me, the President would be holding more rallies in other
11  states to keep the pressure on to stop the steal in the first
12  place and avoid Biden altogether. That's the number one
13  priority right now and, hopefully, so we can see more footage
14  of the President putting corrupt journalists in their place
15  like this.
16           PRESIDENT DONALD TRUMP:  No, I can't say that at all.
17  I think it's a, it's a possibility. They're trying to--look,
18  between you people don't ask--don't talk to me that way.
19           UNIDENTIFIED SPEAKER A:  Sorry, Sir--
20           PRESIDENT DONALD TRUMP:  You're just a, you're just a
21  lightweight. Don't talk to me that, don't talk to--I'm the
22  President of the United States. Don't ever talk to the
23  President that way.
24           UNIDENTIFIED SPEAKER A:  Sir, I was just asking a
```

1  question--

2          PRESIDENT DONALD TRUMP:  I'm gonna go with another

3  question, go ahead.

4          KARA MCKINNEY:  I love that, but with me now to

5  discuss is the co-founder and leader of the National Tea Party

6  movement, Michael Johns. Welcome back, Michael.

7          MICHAEL JOHNS:  Hey, welcome. Good to be with you,

8  Kara, thank you.

9          KARA MCKINNEY:  Great, so holding rallies in

10 battleground states is something President Trump and his

11 support--or President Trump's supporters have been wanting him

12 to do for several weeks now. Is this how we should keep the

13 pressure up?

14         MICHAEL JOHNS:  Look, the one singular lesson I take

15 away as a co-founder of our Tea Party movement was things

16 looked incredibly bleak in 2009, and no one felt we'd a

17 realistic chance of coming back but we mobilized the people.

18 The people rallied behind justice and sensibility, took back

19 the House, took back the Senate, laid the groundwork in a lot

20 of ways for the populist campaign of Donald Trump in 2016. And

21 I absolutely, absolutely believe we cannot simultaneously say

22 that the future of representative democracy is on the line and

23 that has been credibly compromised, as I believe it has been,

24 in this election and go about business as usual. This is the

1  wake up call to every American across this country, and to the
2  President who might be getting contradictory advice on this,
3  that his engagement in such rallies would be divisive or
4  counterproductive--just the opposite. His singular greatest
5  obligation, right now, is to ensure that our electoral system
6  and processes are free, fair, and secure. There is every piece
7  of emerging evidence that suggests this one was not. It was
8  not in a systematic and organized way, and it was not in a,
9  likely, election outcome determining way. So, I would
10 absolutely share that view, that he would provide an
11 enormously constructive service by getting out and, and
12 alerting the American people to what precisely we have found.
13 And this filing yesterday, you know, so for all of these, you
14 know, Democrats and mainstream media who have said there's no
15 evidence, there's no evidence, there's no evidence--there's
16 never any evidence in a criminal allegation until evidence is
17 presented and accepted by the Court and considered. But a one
18 hundred and four page complaint issued yesterday by Sidney
19 Powell, a very credible attorney with a long record of
20 history; to me, having read it now, is filled with affidavits,
21 acclamations of fact, and, in the case of the Georgia
22 complaint, you see just about every conceivable act of
23 election--of illegal election manipulation was utilized in
24 support of Biden at the President's expense. It is

1  inconceivable to me that the American people will stand by

2  knowing those facts and allow that election result to stand,

3  we cannot do it.

4         KARA MCKINNEY:  And then would you, would you

5  support, for example, the appointment of a special counsel to

6  investigate these claims of fraud?

7         MICHAEL JOHNS:  I think that's where I'm at because

8  we're not getting cooperation in the litigation process from

9  the types of people who typically need to be subpoenaed,

10 placed under oath. The vast amount of investigation and when

11 you're talking about probably easily, you know, maybe close to

12 ten different means through which this election was

13 fraudulently manipulated. The most complicated, of course, of

14 which is the Dominion and Smartmatic systems, which I would

15 defy anyone anywhere who believes that there was not fraud

16 related to these systems, which clearly we haven't

17 demonstrated that yet. I'm going to be fair about that, but

18 can you point to any election anywhere in the world where

19 these systems were utilized--or even in the United States, in

20 Chicago, where they were, where there were fraudulent issues,

21 where it has not been a factor in systematic electoral fraud?

22 These are enormous, this is an enormous, enormous troubling

23 system. One of the things we can do right now to

24 establish greater credibility on this, I believe most of the

1  Dominion and Smartmatic systems were were utilized in
2  predominantly Democrat constituencies and jurisdictions. But,
3  you know, to the extent any Republican Secretary of State
4  charged with overseeing elections--where any election official
5  made the decision to acquire this particular system, I cannot
6  understand why they would even be in their jobs today. This was
7  this the singular biggest obligation they had and they had
8  that obligation at the time, as you'll recall, when Democrats
9  were warning us of the fear of foreign intervention. So it
10 wasn't simply a partisan issue, there was bipartisan concern
11 about electoral fraud, and to go out and acquire this system,
12 knowing its history, knowing its attachment association with
13 the dictatorship in Venezuela, and the use that it played in
14 the Argentina manipulations in the Philippines and elsewhere,
15 including in Chicago, is an inexcusable decision. And I think
16 it also boasts--it elevates the credibility of the legal
17 complaint, if we show that we take seriously this issue,
18 regardless of how this plays out in the Courts. But having, if
19 you--one of the questions the American people are asking right
20 now is they're out there and they're saying, "we don't feel,
21 we feel uneasy about this outcome." Some of it is they just
22 feel that, you know, it's difficult to fathom eighty million
23 people voting for a guy who did do--has fourty seven years
24 without it, without any accomplishments who didn't really

1  campaign for the job, didn't really seem to even want the job.
2  But the message has got to be that this is not settled, this
3  is open, and that a number of credible people, and I put
4  myself in this camp--I mean, I'm lending my credibility to
5  this, if I--if having reviewed this evidence in detail, having
6  spoken with the people who I have spoken with who have reviewed
7  affidavits, if there was not a credible case to be made here
8  that warranted major national engagement, I'd be the first to
9  acknowledge that we had a very unfortunate electoral outcome
10 and I would move on. That is not the case.  All fire alarms are
11 going off as to how this was orchestrated and run. Sadly, we
12 continue to have a Department of Justice and FBI that acts
13 very slowly, and, in the eyes of some, in partisan fashion.
14 So, that is the case for the special counsel. I think we need
15 a special counsel, that's got special, you know, technical
16 skill sets since--because of the Dominion Smartmatic
17 component, and also, you know, someone who's really going to
18 take this enormously seriously, and not be compromised or
19 dragging their feet on it. Because, you know, however this
20 plays out as we move forward, we get to January twentieth and
21 beyond. You're looking at a disruptive set of circumstances
22 where you would have to remove Biden from that office, if he
23 obtained it illegally. I don't see any constitutional
24 alternative, and I would prefer to see this resolved before

1  January twentieth. But even if it's not, the relentlessness

2  needs to continue and the persistency to continue to unearth

3  every one of these facts so the American people can feel

4  positive about the outcome.

5        KARA MCKINNEY:  It's a rough road ahead. The

6  President when he was speaking, yesterday, he was saying that

7  the evidence is on his side, but one thing he worries about is

8  that time may not be on his side. You know, that's the big

9  concern there, we know the electors are meeting soon, they're

10 meeting in mid December. So, that is a concern, we're still

11 hoping that the Trump legal team--that they will be able to

12 pull this off. But again, they're going against the clock now

13 at this point because, you know, as you were just discussing,

14 you know, it just--the fraud goes off in so many different

15 directions. There's a lot of variables at play, it's

16 hard to keep them all straight. But thank you so much for

17 joining us tonight, Michael Johns, and for trying to

18 keep--yeah, thank you.

19

20

21

22

23

24

1                TRANSCRIBER'S CERTIFICATE

2

3  I hereby certify that the foregoing pages

4  are a true, accurate, and complete transcript of the

5  proceedings transcribed from a copy of the electronic

6  sound recording to the best of our knowledge and ability.

7

8        IN WITNESS WHEREOF, I have hereunto set my hand on

9              this 4th day of October, 2021.

10

11

12                    *[signature: James Lonergan]*

13                    _____
                      James Lonergan
                      Production Manager
14                    Thompson Court Reporters, Inc.

15

16

17

18

19

20

21

22

23

24              THOMPSON COURT REPORTERS INC.

**2**

**2009** 3:16
**2016** 3:20

**A**

**able** 8:11
**about** 3:24 4:22 5:11,17 6:11,21 8:4,7
**absolutely** 3:21 4:10
**accepted** 4:17
**acclamations** 4:21
**accomplishments** 6:24
**acknowledge** 7:9
**acquire** 6:5,11
**across** 4:1
**act** 4:22
**acts** 7:12
**advice** 4:2
**affidavits** 4:20 7:7
**again** 8:12
**against** 2:3 8:12
**ahead** 3:3 8:5
**alarms** 7:10
**alerting** 4:12
**all** 2:16 4:13 7:10 8:16
**allegation** 4:16
**allow** 5:2
**also** 6:16 7:17
**alternative** 7:24
**altogether** 2:12
**American** 4:1,12 5:1 6:19 8:3
**amount** 5:10
**an** 4:10 5:22 6:15
**and** 2:12,13 3:5,10, 16,18,20,22,24 4:1, 6,8,11,13,14,17,18, 21 5:2,4,10,14 6:1, 2,7,11,13,14,15,20 7:3,10,11,12,13,17, 18,20,24 8:2,17
**another** 3:2

**any** 4:16 5:18 6:3,4, 24 7:23
**anyone** 5:15
**anywhere** 5:15,18
**appointment** 5:5
**are** 4:6 5:22 6:19 7:10 8:9
**Argentina** 6:14
**as** 2:3 3:15,23,24 6:8 7:11,20 8:13
**ask--don't** 2:18
**asking** 2:24 6:19
**association** 6:12
**at** 2:16 4:24 5:7 6:8 7:21 8:13,15
**attachment** 6:12
**attorney** 4:19
**avoid** 2:12
**away** 3:15
**awfully** 2:3

**B**

**back** 3:6,17,18,19
**battleground** 3:10
**be** 2:10 3:7 4:2,3 5:9,17 6:6 7:2,7,8, 18 8:8,11
**because** 5:7 7:19 8:13
**becomes** 2:9
**been** 2:2 3:11,23 5:21
**before** 7:24
**behind** 3:18
**believe** 3:21,23 5:24
**believes** 5:15
**between** 2:18
**beyond** 7:21
**Biden** 2:9,12 4:24 7:22
**big** 8:8
**biggest** 6:7
**bipartisan** 6:10
**bleak** 3:16
**boasts--it** 6:16
**business** 3:24

**but** 2:2,5,9 3:4,17 4:17 5:17 6:2,18 7:2 8:1,7,12,16
**by** 4:11,17,18 5:1

**C**

**call** 4:1
**camp--i** 7:4
**campaign** 3:20 7:1
**can** 2:13 5:18,23 8:3
**can't** 2:16
**candidates** 2:7
**cannot** 3:21 5:3 6:5
**case** 4:21 7:7,10,14
**center** 2:5
**chance** 3:17
**charged** 6:4
**Chicago** 5:20 6:15
**circumstances** 7:21
**claims** 5:6
**clearly** 5:16
**clock** 8:12
**close** 5:11
**co-founder** 3:5,15
**coming** 3:17
**complaint** 4:18,22 6:17
**complicated** 5:13
**component** 7:17
**compromised** 3:23 7:18
**conceivable** 4:22
**concern** 6:10 8:9,10
**considered** 4:17
**constituencies** 6:2
**constitutional** 7:23
**constructive** 4:11
**continue** 7:12 8:2
**contradictory** 4:2
**cooperation** 5:8
**corrupt** 2:14
**counsel** 5:5 7:14,15
**counterproductive--just** 4:4
**country** 4:1
**course** 5:13

**Court** 4:17
**Courts** 6:18
**credibility** 5:24 6:16 7:4
**credible** 4:19 7:3,7
**credibly** 3:23
**criminal** 4:16

**D**

**December** 8:10
**decision** 6:5,15
**defy** 5:15
**democracy** 3:22
**Democrat** 6:2
**Democrats** 4:14 6:8
**demonstrated** 5:17
**Department** 7:12
**detail** 7:5
**determining** 4:9
**dictatorship** 6:13
**did** 6:23
**didn't** 6:24 7:1
**different** 5:12 8:14
**difficult** 6:22
**directions** 8:15
**discuss** 3:5
**discussing** 8:13
**disruptive** 7:21
**divisive** 4:3
**do** 3:12 5:3,23
**do--has** 6:23
**Dominion** 5:14 6:1 7:16
**don't** 2:2,18,21,22 6:20 7:23
**Donald** 2:16,20 3:2, 20
**dragging** 7:19

**E**

**easily** 5:11
**eighty** 6:22
**election** 2:3 3:24 4:9,23 5:2,12,18 6:4
**election--of** 4:23

**elections--where** 6:4
**electoral** 4:5 5:21 6:11 7:9
**electors** 8:9
**elevates** 6:16
**elsewhere** 6:14
**emerging** 4:7
**engagement** 4:3 7:8
**enormous** 5:22
**enormously** 4:11 7:18
**ensure** 4:5
**especially** 2:8
**establish** 5:24
**even** 5:19 6:6 7:1 8:1
**event** 2:9
**ever** 2:22
**every** 4:1,6,22 8:3
**evidence** 4:7,15,16 7:5 8:7
**evidence--there's** 4:15
**example** 5:5
**expense** 4:24
**extent** 6:3
**eyes** 7:13

**F**

**fact** 4:21
**factor** 5:21
**facts** 5:2 8:3
**fair** 4:6 5:17
**fashion** 7:13
**fathom** 6:22
**FBI** 7:12
**fear** 6:9
**feel** 6:20,21,22 8:3
**feet** 7:19
**felt** 3:16
**fight** 2:3
**filing** 4:13
**filled** 4:20
**fire** 7:10
**first** 2:11 7:8
**footage** 2:13

**for**  2:7 3:12,20 4:13 5:5 6:23 7:1,14 8:16,17
**foreign**  6:9
**forward**  7:20
**found**  4:12
**four**  4:18
**fourty**  6:23
**fraud**  5:6,15,21 6:11 8:14
**fraudulent**  5:20
**fraudulently**  5:13
**free**  4:6
**from**  2:6 5:8 7:22
**future**  3:22

**G**

**Georgia**  2:6 4:21
**get**  7:20
**getting**  4:2,11 5:8
**go**  3:2,3,24 6:11
**goes**  8:14
**going**  5:17 7:11,17 8:12
**gonna**  3:2
**good**  2:7 3:7
**got**  7:2,15
**Great**  3:9
**greater**  5:24
**greatest**  4:4
**groundwork**  3:19
**guy**  6:23

**H**

**had**  6:7 7:9
**hard**  8:16
**has**  2:2,4 3:23 5:21 7:2
**have**  3:11 4:12,14 7:6,12,22
**haven't**  5:16
**having**  4:20 6:18 7:5
**he**  4:10 7:22 8:6,7
**here**  7:7
**Hey**  3:7

**him**  3:11
**his**  2:4 3:10 4:3,4 8:7,8
**history**  4:20 6:12
**holding**  2:6,10 3:9
**hopefully**  2:13
**hoping**  8:11
**House**  3:19
**how**  3:12 6:18 7:11
**however**  7:19
**hundred**  4:18

**I**

**I'D**  7:8
**I'M**  3:2 5:7,17 7:4
**I--IF**  7:5
**if**  2:9 6:17,18 7:5,7, 22 8:1
**illegal**  4:23
**illegally**  7:23
**important**  2:8
**in**  2:6,8,10,11,14 3:9,16,19,20,24 4:3, 8,16,21,23 5:8,18, 19,21 6:1,6,13,14, 15,18 7:4,5,13 8:10, 14
**including**  6:15
**inconceivable**  5:1
**incredibly**  3:16
**inexcusable**  6:15
**intervention**  6:9
**investigate**  5:6
**investigation**  5:10
**is**  2:5,7 3:5,10,12,22, 24 4:5,6,16,20,24 5:14,22 6:15,20,21 7:2,3,10,14 8:7,10
**issue**  6:10,17
**issued**  4:18
**issues**  5:20
**it**  2:9 3:23 4:7,8,20, 24 5:3,21 6:9,13,16, 21,24 7:19,23 8:14
**it's**  2:1,8,17 6:22 8:1,5,15
**its**  6:12

**J**

**January**  7:20 8:1
**job**  7:1
**jobs**  6:6
**Johns**  3:6,7,14 5:7 8:17
**joining**  8:17
**journalists**  2:14
**jurisdictions**  6:2
**just**  2:20,24 4:22 6:21 8:13
**just--the**  8:14
**justice**  3:18 7:12

**K**

**Kara**  2:1 3:4,8,9 5:4 8:5
**keep**  2:8,11 3:12 8:16
**keep--yeah**  8:18
**know**  4:13,14 5:11 6:3,22 7:15,17,19 8:8,9,13,14
**knowing**  5:2 6:12

**L**

**laid**  3:19
**lately**  2:3
**lawyers**  2:4
**leader**  3:5
**legal**  6:16 8:11
**lending**  7:4
**lesson**  3:14
**let**  2:4
**lightweight**  2:21
**like**  2:15
**likely**  4:9
**line**  3:22
**litigation**  5:8
**long**  4:19
**Look**  3:14
**looked**  3:16
**looking**  7:21
**lot**  3:19 8:15

**love**  3:4

**M**

**made**  6:5 7:7
**mainstream**  4:14
**major**  7:8
**manipulated**  5:13
**manipulation**  4:23
**manipulations**  6:14
**many**  8:14
**may**  8:8
**maybe**  5:11
**MCKINNEY**  2:1 3:4,9 5:4 8:5
**me**  2:10,18,21 3:4 4:20 5:1
**mean**  7:4
**means**  5:12
**media**  4:14
**meeting**  8:9,10
**message**  7:2
**Michael**  3:6,7,14 5:7 8:17
**mid**  8:10
**might**  4:2
**million**  6:22
**mobilized**  3:17
**more**  2:10,13
**most**  5:13,24
**move**  7:10,20
**movement**  3:6,15
**much**  8:16
**my**  7:4
**myself**  7:4

**N**

**national**  3:5 7:8
**need**  5:9 7:14
**needs**  8:2
**never**  4:16
**no**  2:16 3:16 4:14,15
**not**  4:7,8 5:8,15,21 7:2,7,10,18 8:1,8
**now**  2:5,13 3:4,12 4:5,20 5:23 6:20 8:12

**number**  2:12 7:3

**O**

**oath**  5:10
**obligation**  4:5 6:7,8
**obtained**  7:23
**of**  2:1,7,14,22 3:5, 15,17,20,22 4:7,13, 19,21,22,24 5:5,6,9, 10,13,23,24 6:3,9, 16,18,19,21 7:3,12, 13,16,21 8:3,15
**off**  7:11 8:12,14
**office**  7:22
**official**  6:4
**often**  2:2
**on**  2:11 3:22 4:2 5:24 7:10,19 8:7,8
**one**  2:12 3:14,16 4:7,17 5:23 8:3,7
**open**  7:3
**opposite**  4:4
**or**  4:3 7:18
**orchestrated**  7:11
**organized**  4:8
**other**  2:10
**our**  2:1 3:15 4:5
**out**  2:4 4:11 6:11,18, 20 7:20
**outcome**  4:9 6:21 7:9 8:4
**overseeing**  6:4

**P**

**page**  4:18
**particular**  6:5
**partisan**  6:10 7:13
**Party**  3:5,15
**people**  2:18 3:17,18 4:12 5:1,9 6:19,23 7:3,6 8:3
**persistency**  8:2
**Philippines**  6:14
**piece**  4:6
**place**  2:12,14
**placed**  5:10

planning 2:5
play 8:15
played 6:13
plays 2:4 6:18 7:20
point 5:18 8:13
populist 3:20
positive 8:4
possibility 2:17
Powell 4:19
precisely 4:12
predominantly 6:2
prefer 7:24
presented 4:17
president 2:2,4,5,9,
  10,14,16,20,22,23
  3:2,10,11 4:2 8:6
President's 4:24
pressure 2:11 3:13
priority 2:13
probably 5:11
process 5:8
processes 4:6
provide 4:10
pull 8:12
put 7:3
putting 2:14

### Q

question 3:3
question-- 3:1
questions 6:19
quiet 2:3

### R

rallied 3:18
rallies 2:10 3:9 4:3
rally 2:6
read 4:20
realistic 3:17
really 6:24 7:1,17
recall 6:8
record 4:19
regardless 6:18
related 5:16
relentlessness 8:1

remove 7:22
representative 3:22
Republican 2:7 6:3
Republicans 2:8
resolved 7:24
result 5:2
reviewed 7:5,6
right 2:13 4:5 5:23
  6:19
road 8:5
rough 8:5
run 7:11

### S

Sadly 7:11
said 4:14
Saturday 2:6
say 2:2,16 3:21
saying 6:20 8:6
Secretary 6:3
secure 4:6
see 2:13 4:22 7:23,
  24
seem 7:1
Senate 2:7,8 3:19
sensibility 3:18
seriously 6:17 7:18
service 4:11
set 7:21
sets 7:16
settled 7:2
seven 6:23
several 3:12
share 4:10
should 3:12
show 6:17
side 8:7,8
Sidney 4:18
simply 6:10
simultaneously 3:21
since--because 7:16
singular 3:14 4:4
  6:7
Sir 2:24
Sir-- 2:19

skill 7:16
slowly 7:13
Smartmatic 5:14
  6:1 7:16
so 2:13 3:9 4:9,13
  6:9 7:14 8:3,10,14,
  16
some 6:21 7:13
someone 7:17
something 2:2 3:10
soon 8:9
Sorry 2:19
SPEAKER 2:19,24
speaking 8:6
special 5:5 7:14,15
spoken 7:6
spotlight 2:5
stage 2:6
stand 5:1,2
State 2:1 6:3
states 2:11,22 3:10
  5:19
steal 2:11
still 8:10
stolen 2:3
stop 2:11
Story 2:1
straight 8:16
subpoenaed 5:9
such 4:3
suggests 4:7
support 2:7 4:24 5:5
support--or 3:11
supporters 3:11
system 4:5 5:23 6:5,
  11
systematic 4:8 5:21
systems 5:14,16,19
  6:1

### T

take 2:4,5 3:14 6:17
  7:18
talk 2:18,21,22
talking 5:11
Tea 3:5,15

team--that 8:11
technical 7:15
ten 5:12
thank 3:8 8:16,18
that 2:8,9,16,18,21,
  23 3:4,22,23 4:3,5,
  7,10 5:1,2,15,17
  6:8,13,17,22 7:2,3,
  8,9,10,12,14,22 8:6,
  8,10,11
that's 2:12 5:7 7:15
  8:8
the 2:1,3,4,7,8,9,10,
  11,12,14,21,22 3:5,
  12,14,17,18,19,20,
  22,24 4:1,4,12,17,
  21,24 5:1,5,8,9,10,
  13,14,18,19,23,24
  6:3,5,7,8,9,13,14,
  16,18,19 7:1,2,6,8,
  10,13,14,16 8:1,2,3,
  4,5,7,8,9,11,12
their 2:14 6:6 7:19
them 8:16
then 5:4
there 4:6 5:15,20
  6:10,20 7:7 8:9
there's 4:14,15 8:15
these 4:13 5:6,16,19,
  22 8:3
they 5:20 6:6,7,21
  8:11
they're 2:17 6:20
  8:9,12
thing 8:7
things 3:15 5:23
think 2:17 5:7 6:15
  7:14
this 2:7,15 3:12,24
  4:1,2,7,13 5:12,22,
  24 6:5,6,7,11,17,18,
  21 7:2,4,5,11,18,19,
  24 8:12,13
those 5:2
through 5:12
time 6:8 8:8
to 2:5,9,11,18,21,22
  3:4,7,12 4:1,5,12,20
  5:1,2,5,9,11,16,17,
  18,23 6:3,5,11,22
  7:1,2,4,7,8,11,12,

17,20,22,24 8:2,11,
  16,17
to--i'm 2:21
to--look 2:17
today 6:6
tonight 8:17
took 3:18,19
troubling 5:22
Trump 2:2,5,16,20
  3:2,10,20 8:11
Trump's 3:11
trying 2:17 8:17
twentieth 7:20 8:1
types 5:9
typically 5:9

### U

under 5:10
understand 6:6
unearth 8:2
uneasy 6:21
unfortunate 7:9
UNIDENTIFIED
  2:19,24
United 2:22 5:19
until 4:16
up 2:9 3:13 4:1
us 2:1 6:9 8:17
use 6:13
usual 3:24
utilized 4:23 6:1
utilized--or 5:19

### V

variables 8:15
vast 5:10
Venezuela 6:13
very 4:19 7:9,13
view 4:10
voting 6:23

### W

wake 4:1
want 7:1

**wanting**  3:11

**warning**  6:9

**warranted**  7:8

**was**  2:24 3:15 4:7,8, 23 5:12,15 6:6,10 7:7,11 8:6

**wasn't**  6:10

**way**  2:18,23 4:8,9

**ways**  3:20

**we**  2:13 3:12,17,21 4:12 5:3,16,23 6:17, 20,21 7:9,11,14,20 8:9

**we'd**  3:16

**we're**  5:8 8:10

**week**  2:6

**weeks**  3:12

**welcome**  3:6,7

**were**  2:9 5:19,20 6:1,9 8:13

**what**  4:12

**when**  5:10 6:8 8:6

**where**  5:7,18,20,21 7:22

**which**  5:12,14,16

**who**  4:2,14 5:9,15 6:23,24 7:6

**who's**  7:17

**why**  6:6

**will**  5:1 8:11

**with**  3:2,4,7 4:19,20 6:4,12 7:6

**without**  6:24

**world**  5:18

**worries**  8:7

**would**  2:10 4:3,9,10 5:4,14 6:6 7:10,22, 24

———————

**Y**

———————

**years**  6:23

**yesterday**  4:13,18 8:6

**yet**  5:17

**you**  2:2,18 3:7,8 4:13,22 5:4,11,18 6:3,22 7:15,17,19, 22 8:8,13,14,16,18

**you'll**  6:8

**you're**  2:20 5:11 7:21

**you--one**  6:19