# Exhibit 25A

Screenshot A



Exhibit 25A, *Tipping Point* (11/28/2020) at 03:15.

Screenshot B



Exhibit 25A, *Tipping Point* (11/28/2020) at 04:23.