# Exhibit 26

TRANSCRIPT OF THE AUDIO RECORDING OF:

One America News Network. Breaking News

Live with Patrick Hussion Excerpt

December 1, 2020

TRANSCRIBED BY: THOMPSON COURT REPORTERS INC.

1               Patrick Hussion:  From Lansing, Michigan, with a
2    hearing underway about election integrity in the state of
3    Michigan. Today's hearing includes, and included members, many
4    members of the Trump campaign legal team and the state
5    legislature, and witnesses who claimed to have evidence of
6    voter fraud. Now all of this comes after similar hearings were
7    held in both Arizona and Pennsylvania to ensure accuracy in
8    the 2020 election results. We're going to continue to bring
9    you live coverage of these hearings as they happen from each
10   of the states. And again, One America News is the only one
11   going wall to wall on this coverage, and the President is
12   noticing on Twitter, if you want to go check that out. So we
13   do have some headlines this evening. We appreciate you tuning
14   in. The Trump campaign is taking a new election lawsuit in
15   Wisconsin straight to the state Supreme Court. The legal
16   action filed today asked the court to nullify the governor's
17   certification of election results and toss 221,000 illegal
18   ballots in Milwaukee and Dane counties. Now this includes
19   altered ballots by poll workers, in-person absentee ballots
20   without written applications, and incomplete absentee ballots.
21   The lawsuit also seeks to throw out ballots from absentee
22   voters who claimed that they were indefinitely confined due to
23   COVID, as well as ballots collected at a local park event.
24   President Trump's campaign raises $170 million for its

1  election defense fund. Reports today say a majority of the
2  funds were raised in the first week following the election.
3  Seventy five percent of the every contribution-- 75% of every
4  single contribution will now be directed to a new political
5  action committee called Save America. The other 25% will go to
6  the Republican National Committee. This comes as the
7  President's legal team continues its fight against voter fraud
8  and irregularities in the 2020 election. All right. In an
9  exclusive interview, Judicial Watch president Tom Fitton tells
10 One America's John Hines that the President and his lawyers
11 have raised significant issues about the election, but that
12 the courts don't want to grapple with the implications of that
13 evidence. Take a look.
14           John Hines:  Mr. Fitton, I know that you have written
15 a book, A Republic Under Assault, and it seems somehow that
16 this election that we're seeing now may dovetail with that
17 theme a little bit. Recently, the President was quoted as
18 saying, regarding these election irregularities, "We're trying
19 to put the evidence in, and the judges won't allow us to do
20 it. We have so much evidence, they stuffed the ballot boxes,
21 everyone knows it." What do you make of that statement, sir,
22 from the President?
23           Tom Fitton:  Well, you know, the President and his
24 legal team and others have raised significant issues about the

1  administration of the elections. They call into question how

2  ballots were counted, and the courts don't want to grapple

3  with the consequences of that. To me, it's the courts kind of

4  hiding from the consequences of an election that went off the

5  rails as a result of this radical scheme, to have tens of

6  millions of Americans vote by mail with adequate-- without

7  adequate checks in place. And the rules were changed, that

8  undermine the confidence in the elections, in a way, in my

9  view, that violate the Constitution and the civil rights of

10 tens of millions of Americans. And the consequences are that--

11 of that are something that courts don't really want to grapple

12 with-- which is, that in the state of Pennsylvania, for

13 instance, they may have to change who the electors are

14 appointed to support, meaning Donald Trump.

15            John Hines:  Well, in Pennsylvania, of course, part

16 of the goal, I think, is for the President's legal team to get

17 some of these cases up to the Supreme Court. And do we know

18 where that is, or how that may be proceeding at this point,

19 sir?

20            Tom Fitton:  The President's legal team wanted the

21 ability to amend its complaint, and the courts wouldn't let

22 them do that, either at the district court or the appellate

23 court level. And whether that's a fight that the Supreme Court

24 wants to get into, I don't know. You know, in my view, the

1  bigger issue is, why it is the President can't get his day in
2  court, to make the allegation and prove his case. To me, the
3  bigger question is, why hundreds of thousands of votes in
4  Pennsylvania were counted contrary to law, Pennsylvania law
5  and frankly, constitutional protections that make it clear
6  that you can't count votes in a dishonest fashion, or in a
7  fashion that you can't guarantee with any reasonable
8  a--certitude that they were counted fairly and without fraud.
9           John Hines:  Some interesting information has come up
10 with regard to the computerization-- the computer software
11 used in these voting machines. Did you happen to catch any of
12 the hearing in Arizona, sir?
13          Tom Fitton:  I did. I did. I did watch it a little
14 bit. You know, look. I think there's strong evidence that
15 something went on in Venezuela with the Smartmatic computer
16 system that was used to conduct the election there that Chávez
17 obviously stole. And it's a fair question to ask whether the--
18 something similar is able to be done in the United States
19 using similar systems, whether it be Smartmatic, or the
20 Dominion version of electronic computer software. We're
21 hearing witness after witness highlight the security
22 weaknesses of these systems. And so there's nothing wrong with
23 asking questions about it. Now, of course, we have to figure
24 out whether anything was done improperly. But the numbers

1  popping up in unusual ways, in Pennsylvania and Michigan,
2  where you get these huge spikes in numbers occurring in the
3  middle of the night. You know, that, to me, at least ought to
4  ask-- warrant a serious investigation before electoral college
5  votes are certified later this month. I don't understand why
6  these legislatures across the land have-- specifically in the
7  states, are kind of putting their fingers in their ears and
8  refusing to listen to the concerns about the way these
9  elections were conducted. Nothing like this has ever happened
10 before, where you had tens of-- millions of mail-in ballots
11 come in, counted for days afterwards, in a helter skelter
12 fashion, that undermine confidence not only in the outcome,
13 but whether or not there was fraud in counting those ballots.
14          John Hines:  Tom Fitton, president of Judicial Watch,
15 and author of A Republic Under Assault. Thank you for joining
16 us on One America News, sir. Good to catch up with you.
17          Tom Fitton:  You're welcome. Thank you.
18
19
20
21
22
23
24

1        CERTIFICATE OF TRANSCRIPTIONIST

2

3

4        I FURTHER CERTIFY that the foregoing

5   transcript of said matter is a true, correct,

6   and complete transcript of the statement given at

7   the time and place specified.

8

9        I FURTHER CERTIFY that I am not a

10   relative or employee or attorney or employee of

11   such attorney or counsel, or financially

12   interested directly or indirectly in this action.

13

14

15        IN WITNESS WHEREOF, I have set my hand.

16

17

18

19

20   _____

21   James Lonergan

22   Production Manager

23   THOMPSON COURT REPORTERS

24

| $ | | | | |
|---|---|---|---|---|
| $170  2:24 | and  2:3,4,5,7,10,11, 17,18,20 3:8,10,15, 19,23,24 4:2,7,9,10, 17,21,23 5:2,5,8,17, 22 6:1,7,15 | cases  4:17 | coverage  2:9,11 | F |
| | | catch  5:11 6:16 | COVID  2:23 | |
| **1** | | certification  2:17 | | fair  5:17 |
| 1  1:6 | | certified  6:5 | **D** | fairly  5:8 |
| | | change  4:13 | | fashion  5:6,7 6:12 |
| **2** | any  5:7,11 | changed  4:7 | Dane  2:18 | fight  3:7 4:23 |
| | anything  5:24 | check  2:12 | day  5:1 | figure  5:23 |
| 2020  1:6 2:8 3:8 | appellate  4:22 | checks  4:7 | days  6:11 | filed  2:16 |
| 221,000  2:17 | applications  2:20 | Chávez  5:16 | December  1:6 | fingers  6:7 |
| 25%  3:5 | appointed  4:14 | civil  4:9 | defense  3:1 | first  3:2 |
| | appreciate  2:13 | claimed  2:5,22 | did  5:11,13 | Fitton  3:9,14,23 4:20 5:13 6:14,17 |
| **7** | are  4:10,11,13 6:5,7 | clear  5:5 | directed  3:4 | |
| | Arizona  2:7 5:12 | collected  2:23 | dishonest  5:6 | five  3:3 |
| 75%  3:3 | as  2:9,23 3:6,17 4:5 | college  6:4 | district  4:22 | following  3:2 |
| | ask  5:17 | come  5:9 6:11 | do  2:13 3:19,21 4:17,22 | for  2:24 4:12,16 6:11,15 |
| **A** | ask--  6:4 | comes  2:6 3:6 | | |
| | asked  2:16 | committee  3:5,6 | Dominion  5:20 | frankly  5:5 |
| a--certitude  5:8 | asking  5:23 | complaint  4:21 | don't  3:12 4:2,11,24 6:5 | fraud  2:6 3:7 5:8 6:13 |
| ability  4:21 | Assault  3:15 6:15 | computer  5:10,15, 20 | | |
| able  5:18 | at  2:23 4:18,22 6:3 | | Donald  4:14 | from  2:1,9,21 3:22 4:4 |
| about  2:2 3:11,24 5:23 6:8 | AUDIO  1:1 | computerization-- 5:10 | done  5:18,24 | |
| | author  6:15 | concerns  6:8 | dovetail  3:16 | fund  3:1 |
| absentee  2:19,20,21 | | conduct  5:16 | due  2:22 | funds  3:2 |
| accuracy  2:7 | **B** | conducted  6:9 | | |
| across  6:6 | | confidence  4:8 6:12 | **E** | **G** |
| action  2:16 3:5 | ballot  3:20 | confined  2:22 | each  2:9 | get  4:16,24 5:1 6:2 |
| adequate  4:7 | ballots  2:18,19,20, 21,23 4:2 6:10,13 | consequences  4:3,4, 10 | ears  6:7 | go  2:12 3:5 |
| adequate--  4:6 | be  3:4 4:18 5:18,19 | | either  4:22 | goal  4:16 |
| administration  4:1 | before  6:4,10 | Constitution  4:9 | election  2:2,8,14,17 3:1,2,8,11,16,18 4:4 5:16 | going  2:8,11 |
| after  2:6 5:21 | bigger  5:1,3 | constitutional  5:5 | | Good  6:16 |
| afterwards  6:11 | bit  3:17 5:14 | continue  2:8 | | governor's  2:16 |
| again  2:10 | book  3:15 | continues  3:7 | elections  4:1,8 6:9 | grapple  3:12 4:2,11 |
| against  3:7 | both  2:7 | contrary  5:4 | electoral  6:4 | guarantee  5:7 |
| all  2:6 3:8 | boxes  3:20 | contribution  3:4 | electors  4:13 | |
| allegation  5:2 | Breaking  1:3 | contribution--  3:3 | electronic  5:20 | **H** |
| allow  3:19 | bring  2:8 | count  5:6 | ensure  2:7 | |
| also  2:21 | but  3:11 5:24 6:13 | counted  4:2 5:4,8 6:11 | evening  2:13 | had  6:10 |
| altered  2:19 | by  1:24 2:19 4:6 | | event  2:23 | happen  2:9 5:11 |
| amend  4:21 | | counties  2:18 | ever  6:9 | happened  6:9 |
| America  1:3 2:10 3:5 6:16 | **C** | counting  6:13 | every  3:3 | has  5:9 6:9 |
| | | course  4:15 5:23 | everyone  3:21 | have  2:5,13 3:11,14, 20,24 4:5,13 5:23 |
| America's  3:10 | call  4:1 | court  1:24 2:15,16 4:17,22,23 5:2 | evidence  2:5 3:13, 19,20 5:14 | |
| Americans  4:6,10 | called  3:5 | | | have--  6:6 |
| an  3:8 4:4 | campaign  2:4,14,24 | courts  3:12 4:2,3,11, 21 | Excerpt  1:4 | headlines  2:13 |
| | can't  5:1,6,7 | | exclusive  3:9 | hearing  2:2,3 5:12, 21 |
| | case  5:2 | | | |

Case 1:21-cv-02900-CJN-MAU   Document 1-43   Filed 11/03/21   Page 10 of 11

Page 9

hearings  2:6,9
held  2:7
helter  6:11
hiding  4:4
highlight  5:21
Hines  3:10,14 4:15 5:9 6:14
his  3:10,23 5:1,2
how  4:1,18
huge  6:2
hundreds  5:3
Hussion  1:4 2:1

**I**

if  2:12
illegal  2:17
implications  3:12
improperly  5:24
in  2:2,7,14,18 3:2,8,19 4:7,8,12,15,24 5:1,3,6,11,12,15,18 6:1,2,6,7,11,12,13
in-person  2:19
INC  1:24
included  2:3
includes  2:3,18
incomplete  2:20
indefinitely  2:22
information  5:9
instance  4:13
integrity  2:2
interesting  5:9
interview  3:9
into  4:1,24
investigation  6:4
irregularities  3:8,18
is  2:10,11,14 4:12,16,18 5:1,3,18
issue  5:1
issues  3:11,24
it  3:15,20,21 5:1,5,13,19,23
it's  4:3 5:17
its  2:24 3:7 4:21

**J**

John  3:10,14 4:15 5:9 6:14
joining  6:15
judges  3:19
Judicial  3:9 6:14

**K**

kind  4:3 6:7
know  3:14,23 4:17,24 5:14 6:3
knows  3:21

**L**

land  6:6
Lansing  2:1
later  6:5
law  5:4
lawsuit  2:14,21
lawyers  3:10
least  6:3
legal  2:4,15 3:7,24 4:16,20
legislature  2:5
legislatures  6:6
let  4:21
level  4:23
like  6:9
listen  6:8
little  3:17 5:13
live  1:4 2:9
local  2:23
look  3:13 5:14

**M**

machines  5:11
mail  4:6
mail-in  6:10
majority  3:1
make  3:21 5:2,5
many  2:3
may  3:16 4:13,18
me  4:3 5:2 6:3

meaning  4:14
members  2:3,4
Michigan  2:1,3 6:1
middle  6:3
million  2:24
millions  4:6,10 6:10
Milwaukee  2:18
month  6:5
Mr  3:14
much  3:20
my  4:8,24

**N**

National  3:6
Network  1:3
new  2:14 3:4
News  1:3 2:10 6:16
night  6:3
not  6:12,13
nothing  5:22 6:9
noticing  2:12
now  2:6,18 3:4,16 5:23
nullify  2:16
numbers  5:24 6:2

**O**

obviously  5:17
occurring  6:2
of  1:1 2:2,4,5,6,9,10,17 3:1,3,12,21 4:1,3,4,5,6,9,10,11,12,15,16,17 5:3,11,20,22,23 6:3,7,10,14,15
of--  6:10
off  4:4
on  2:11,12 5:15 6:16
one  1:3 2:10 3:10 6:16
only  2:10 6:12
or  4:18,22 5:6,19 6:13
other  3:5
others  3:24
ought  6:3

out  2:12,21 5:24
outcome  6:12

**P**

park  2:23
part  4:15
Patrick  1:4 2:1
Pennsylvania  2:7 4:12,15 5:4 6:1
percent  3:3
place  4:7
point  4:18
political  3:4
poll  2:19
popping  6:1
president  2:11,24 3:9,10,17,22,23 5:1 6:14
President's  3:7 4:16,20
proceeding  4:18
protections  5:5
prove  5:2
put  3:19
putting  6:7

**Q**

question  4:1 5:3,17
questions  5:23
quoted  3:17

**R**

radical  4:5
rails  4:5
raised  3:2,11,24
raises  2:24
really  4:11
reasonable  5:7
Recently  3:17
RECORDING  1:1
refusing  6:8
regard  5:10
regarding  3:18
REPORTERS  1:24
Reports  3:1

Republic  3:15 6:15
Republican  3:6
result  4:5
results  2:8,17
right  3:8
rights  4:9
rules  4:7

**S**

Save  3:5
say  3:1
saying  3:18
scheme  4:5
security  5:21
seeing  3:16
seeks  2:21
seems  3:15
serious  6:4
Seventy  3:3
significant  3:11,24
similar  2:6 5:18,19
single  3:4
sir  3:21 4:19 5:12 6:16
skelter  6:11
Smartmatic  5:15,19
so  2:12 3:20 5:22
software  5:10,20
some  2:13 4:17 5:9
somehow  3:15
something  4:11 5:15,18
specifically  6:6
spikes  6:2
state  2:2,4,15 4:12
statement  3:21
states  2:10 5:18 6:7
stole  5:17
straight  2:15
strong  5:14
stuffed  3:20
support  4:14
Supreme  2:15 4:17,23
system  5:16

Thompson Court Reporters, Inc.
thompsonreporters.com

**systems** 5:19,22

---

**T**

**Take** 3:13
**taking** 2:14
**team** 2:4 3:7,24 4:16,20
**tells** 3:9
**tens** 4:5,10 6:10
**Thank** 6:15,17
**that** 2:12,22 3:10,11, 12,14,15,16,21 4:3, 4,7,9,11,12,18,22, 23 5:5,6,7,8,14,16 6:3,12
**that's** 4:23
**that--** 4:10
**the** 1:1 2:2,4,8,10, 11,14,15,16,21 3:1, 2,3,5,6,8,10,11,12, 17,19,20,22,23,24 4:1,2,3,4,7,8,9,10, 12,13,16,17,20,21, 22,23,24 5:1,2,10, 12,15,16,18,19,21, 24 6:2,3,6,8,12
**the--** 5:17
**their** 6:7
**them** 4:22
**theme** 3:17
**there** 5:16 6:13
**there's** 5:14,22
**these** 2:9 3:18 4:17 5:11,22 6:2,6,8
**they** 2:9,22 3:20 4:1, 13 5:8
**think** 4:16 5:14
**this** 2:6,11,13,18 3:6,16 4:5,18 6:5,9
**THOMPSON** 1:24
**those** 6:13
**thousands** 5:3
**throw** 2:21
**to** 2:5,7,8,11,12,15, 16,21,22 3:4,5,12, 19 4:2,3,5,11,13,14, 16,17,21,24 5:2,4, 10,11,16,17,18,23 6:3,8,16

**today** 2:16 3:1
**Today's** 2:3
**Tom** 3:9,23 4:20 5:13 6:14,17
**toss** 2:17
**TRANSCRIBED** 1:24
**TRANSCRIPT** 1:1
**Trump** 2:4,14 4:14
**Trump's** 2:24
**trying** 3:18
**tuning** 2:13
**Twitter** 2:12

---

**U**

**Under** 3:15 6:15
**undermine** 4:8 6:12
**understand** 6:5
**underway** 2:2
**United** 5:18
**unusual** 6:1
**up** 4:17 5:9 6:1,16
**us** 3:19 6:16
**used** 5:11,16
**using** 5:19

---

**V**

**Venezuela** 5:15
**version** 5:20
**view** 4:9,24
**violate** 4:9
**vote** 4:6
**voter** 2:6 3:7
**voters** 2:22
**votes** 5:3,6 6:5
**voting** 5:11

---

**W**

**wall** 2:11
**want** 2:12 3:12 4:2, 11
**wanted** 4:20
**wants** 4:24
**warrant** 6:4

**was** 3:17 5:16,24 6:13
**watch** 3:9 5:13 6:14
**way** 4:8 6:8
**ways** 6:1
**we** 2:12,13 3:20 4:17 5:23
**we're** 2:8 3:16,18 5:20
**weaknesses** 5:22
**week** 3:2
**welcome** 6:17
**well** 2:23 3:23 4:15
**went** 4:4 5:15
**were** 2:6,22 3:2 4:2, 7 5:4,8 6:9
**What** 3:21
**where** 4:18 6:2,10
**whether** 4:23 5:17, 19,24 6:13
**which** 4:12
**who** 2:5,22 4:13
**why** 5:1,3 6:5
**will** 3:4,5
**Wisconsin** 2:15
**with** 1:4 2:1 3:12,16 4:3,6 5:7,10,15,22 6:16
**with--** 4:12
**without** 2:20 4:6 5:8
**witness** 5:21
**witnesses** 2:5
**won't** 3:19
**workers** 2:19
**wouldn't** 4:21
**written** 2:20 3:14
**wrong** 5:22

---

**Y**

**you** 2:9,12,13 3:14, 21,23 4:24 5:6,7,11, 14 6:2,3,10,15,16, 17
**You're** 6:17