# Exhibit 26A

# Exhibit 26A

**Screenshot A**



Exhibit 26A, *Breaking News Live* (12/1/2020) at 02:08.

**Screenshot B**



Exhibit 26A, *Breaking News Live* (12/1/2020) at 02:24.