# Exhibit 27

TRANSCRIPT OF THE AUDIO RECORDING OF:

ONE AMERICA NEWS NETWORK

Tipping Point Excerpt

December 1, 2020

TRANSCRIBED BY: THOMPSON COURT REPORTERS INC.

1         Kara McKinney:  It's time for Tipping Point. Tonight,
2    is there anyone left to defend this constitutional republic?
3    That's the question I think we're all asking ourselves after
4    the Attorney General caves to Democrats on election fraud.
5    Plus left wing and viral wackos are now trying to use the
6    Coronavirus precedent to shut down the global economy to save
7    Mother Earth. And finally, homicides are up in Seattle. But
8    that's not stopping efforts to defund the police. Because, as
9    the commies say, you can't make an omelet without cracking a
10   few eggs. I'm your host, Kara McKinney, and this is Tipping
11   Point.
12        Kara McKinney:  Another big day of explosive
13   testimony, whether it be today's hearing in Michigan, Monday
14   in Arizona, or last week in Pennsylvania, the one inescapable
15   point for Democrats is that even if you want to chalk up all
16   of the glitches, the ballot errors and other irregularities to
17   simple mistakes, then why do they only go one way? Can anyone
18   name a single time in which these mistakes help President
19   Trump? It's a simple question that has been raised time and
20   again in the month since Election Day without any good answers
21   from Democrats. However, looking at records from the Federal
22   Election Commission may explain at least part of the reason
23   for this code of silence. What we find is that 95% of all
24   political contributions made by employees at Dominion Voting

1  Systems between 2014 and 2020 went for Democrats. It's the
2  same story at Smartmatic, 86% of their employee contributions
3  went to democrat candidates, specifically to Joe Biden,
4  Senator Elizabeth Warren, Pete Buttigieg, and even to Adam
5  Schiff. Now, this comes despite Smartmatic's own website
6  declaring, quote, "Smartmatic's founders and employees adhere
7  to a strict ethics code that, among other things, prohibits
8  them from making political donations." So here you have
9  Dominion, which is a foreign-owned company and uses computer
10 chips made in China, and Smartmatic, which has ties to Soros
11 and the Castro regime in Venezuela, involved in US elections.
12 At this point, many people are wondering where the Justice
13 Department or the FBI is, after days and days of credible
14 testimony. Well, I'll tell you where the DOJ is, just like
15 Dominion and Smartmatic, over 85% of their employees'
16 political contributions during this last election cycle went
17 to Joe Biden. Attorney General Bill Barr telling reporters
18 today that his department has found no evidence of widespread
19 fraud that would have changed the outcome of the presidential
20 election. Now my question for Barr would be, is this the same
21 department that also lied about Russian collusion for four
22 years, and then sat on his high horse in court for years
23 against General Michael Flynn, claiming that it turned over
24 every piece of exculpatory evidence, only to find out that

1  they were sitting on documents showing how the general was
2  entrapped by the FBI as a way to, quote, "Get Trump,"
3  according to those same handwritten FBI notes, because if so,
4  then I don't want to hear it. Since we're not going to get
5  help from the top, it's up to us as American patriots to hold
6  this constitutional republic together. To that point, a
7  Dominion contractor from the TCF ballot counting center in
8  Detroit came forward to testify today before the Michigan
9  Senate, State Senate Oversight Committee, and here's what she
10 had to say.
11           Dominion Contractor (Recording):  What I witnessed at
12 the TCF center was complete fraud. The whole 27 hours I was
13 there, there was batches of ballots being ran through the
14 tabulating machines numerous times, being counted eight to 10
15 times. Also the adjudication process, I witnessed numerous
16 people walking up, claiming they were both Democrats, saying
17 they were going, they were sitting together judging ballots
18 all night together, all day together. I witnessed it all. I
19 was on the main stage with all of the city officials, Daniel
20 Baxter was in on the whole thing, and I am under the
21 impression 100% that at least 90% of those workers were all in
22 on this. There was not a single ballot the whole night, the
23 whole 27 hours I was there, that I saw that was for Donald
24 Trump, not one, not a single ballot. That is, that is scary.

1      Kara McKinney:  Her testimony corroborates that of

2  another witness, who claims that she observed ballots were all

3  -- that were all for Biden and appear to be photocopies of

4  each other. She claims many of these ballots were not cast by

5  registered voters so election staff manually inputted fake

6  birthdays to override the system to have them counted anyway.

7      Witness 1 (Recording):  Not one of the military

8  ballots was a registered voter. And the ballots look like they

9  were all exactly the same Xerox copies of the ballot. They

10 were all for Biden, across the board. There wasn't a single

11 Trump vote, and none of the voters are registered, they had to

12 manually enter the names and addresses and a birth date of one

13 one twenty twenty which would override the system and allow

14 them to enter non-registered voters of which I saw several

15 that day. Throughout the day that's how they would override

16 voters that were neither in the electronic poll book or the

17 supplemental updated poll book.

18      Speaker (Recording):  Thank you.

19      Kara McKinney:  A third witness then described how

20 these massive dumps of ballots arrived at the center in the

21 first place, with trucks dumping them off at four in the

22 morning, after many of the Republican poll watchers had gone

23 home or been kicked out. Should also be noted that many of

24 these Dominion voting machines were reportedly connected to

1  the internet as well. Take a look at what that means.

2          Witness 2 (Recording):  So two of the main

3  observations that I witnessed at the TCF center on both the

4  third and the fourth when I was there. When I, when I got down

5  there on the morning of the fourth, I went back for an

6  additional day because I witnessed so many irregularities when

7  I was there on election day on the third. Immediately upon

8  walking in, I ran into Randy Bishop, and Randy owns radio

9  stations, he's very IT savvy. He said, "Brian, I was here all

10 night. What's going on here is unbelievable. He said, let me

11 show you something right now before I leave." So he walked me

12 over to the high speed scanners and tabulators and he said,

13 "See all these Ethernet lines running out of the tabulators?

14 They're all bundled together as they accumulate, and then

15 they're all connected to these routers and then they all go to

16 the main computer." He said, "These are all hooked into the

17 internet and that is illegal and it should not be happening

18 because it opens them up to hacking." So I was aware of that

19 immediately.

20         Kara McKinney:  Joining me now to discuss is

21 independent journalist Kyle Becker. Welcome back, Kyle.

22         Kyle Becker:  Good to see you again, Kara.

23         Kara McKinney:  Great, so a lot to get to tonight.

24 First, I want to get your take on these voting systems

1  reportedly being hooked up to the internet. Does this indeed

2  open the door to hacking and vote data being possibly

3  manipulated?

4          Kyle Becker:  Well, numerous experts from around the

5  country have tested Dominion Voting Systems for breachable

6  connections to the servers through the internet, Harri Hursti

7  being one, Jonathan Alderman up at the University of Michigan.

8  So we knew prior to the election that this was the case, the

9  mainstream media has been covering it up. So these revelations

10 aren't new to me, but they may be new to a lot of the US

11 public.

12         Kara McKinney:  When it comes to Michigan, one thing

13 a lot of people were concerned about that was brought up at

14 the hearings was that some of these numbers that were coming

15 out on election night, were in decimals, were in fractions.

16 And all people were concerned if one vote, you know, if one

17 ballot equals one vote, then how are we getting decimals? And

18 on Monday in Arizona, we saw Dr. Shiva, he believes that --

19 the -- that means that Dominion Voting Systems may have been

20 using weighted algorithm -- algorithms, meaning that perhaps

21 Biden may have been getting every ballot for him may have been

22 1.3 votes. And perhaps for President Trump, his ballots may

23 have been counted as seven tenths. What do you make of those

24 concerns?

1       Kyle Becker:  Well, I would like to see a lot more

2  evidence before I would know that that is exactly how Dominion

3  software itself was flipping votes. Really what -- what

4  concerns me and what is demonstratively true is that the

5  reporting is done in decimal format, you can see this in the

6  New York Times database reporting, you can see this with

7  Dominion Voting Systems reporting. So this opens up the

8  ability for hackers to potentially get into, or malicious

9  actors who have admin rights, to get in and manipulate the

10 votes through rounding errors in the reportage and other --

11 other types of malfeasance. So it doesn't necessarily have to

12 be Dominion Voting System itself. They can be the trojan

13 horses that are just allowing ballots to be manipulated by

14 administrators that have access to the system.

15      Kara McKinney:  And FEC filings show that when it

16 comes to Dominion, for example, a lot of their employees, I

17 believe it's over 85% or so donate politically to Biden, or at

18 least when it comes to political donations, about 85% or more

19 go toward Biden or Democrats in general. Do you think that

20 that's a conflict of interests?

21      Kyle Becker:  Yeah, absolutely. The Smartmatic, for

22 example, has a policy not to allow employees to make political

23 donations at all, and Dominion Voting Systems also makes 95%

24 around donations to Democrats through its employees. And so

1  one thing that I would like to point out is that just simply
2  in the United States government as a whole, this is tracked
3  very consistently with what we see with bureau -- numerous
4  bureaucracies, with unions. So it all seems to be a
5  monolithic, sort of block of, of united interests, that is
6  very concerning to me. So when you have voting systems that
7  are engaging in or at least have questionable security
8  policies that allow Democrats to potentially breach our
9  election security, and it's very opaque and we -- and us
10 voters have no way of tracking it, then we have to raise
11 questions about if there's some sort of, you know, you know,
12 shared interest in -- in all of these, these organizations and
13 companies together just as a bloc, trying to make sure that
14 Democrats have some kind of unfair advantage.
15         Kara McKinney:  And we also heard from today in
16 Michigan, a woman who worked as a contractor -- or worked as a
17 Dominion contractor on election night with the whole ballot
18 counting process. And we heard from her, you know, her
19 testimony, and she claims that she saw some ballots were being
20 recounted eight to ten times. What did you make of her
21 testimony?
22         Kyle Becker:  Well, Melissa Caruso was actually very,
23 you know, very outgoing and passionate about what she saw. And
24 it does, she's not out on -- by herself saying that ballots

1  were rerun through the tabulators over and over again. Now, if
2  she says it was eight to ten times, that's -- that's really
3  high. Obviously, it's very concerning. But just the fact that
4  these vote dumps that have been coming in, you know, Wayne
5  County being one of them, in the early mornings of, you know,
6  140,000, with Trump voters getting almost nothing, this syncs
7  with what they're saying about not seeing any Trump ballots,
8  like she -- she says, he said, not one. But others have said,
9  you know, only saw two, was another witness that said that. So
10 these kinds of rates just do not sync with the political
11 landscape. Even in inner cities, where we saw with Trump he
12 had more minority support this election by four points for
13 Latinos and also black Americans is higher than it was. So
14 these kind of rates shouldn't -- are inordinately high and
15 raise red flags.
16         Kara McKinney:  When it comes to these ballot dumps.
17 In Michigan alone, I believe there's over six different
18 counties that were reporting voter turnout at over 100%,
19 which, of course is impossible, so meaning more ballots were
20 coming in than there were registered voters eligible to vote
21 that day. What do you make of that?
22         Kyle Becker:  Well, I think that the fact that these
23 mail-in ballots, once the signatures are separated from -- on
24 the signed ballots are separated from the mail-in votes, then

1  we have no way of knowing like how much -- how many of these
2  votes are able -- you cannot track them at all and even the
3  New York Times admitted this. So William Barr, several months
4  ago, he pointed out that we are playing with fire with these
5  mail-in ballots. So these turnout rates that are inordinately
6  high and even impossibly high in some, some precincts, in some
7  districts, really just correspond to his warning, which he
8  seems to have been reversing himself today and saying, like
9  he, "Nothing to see here, move along." And that's in the
10 middle of all these public hearings with very concerning
11 testimony that people should see for themselves, because these
12 are just regular Americans with strong testimony. And also
13 these court cases that are going on in Wisconsin, Michigan,
14 Georgia, Arizona, it's not really proper for William Barr to
15 talk about widespread fraud when actually the conversations
16 revolving around micro-targeted fraud possibility in Democrat
17 strongholds in swing states. And that's really what the
18 conversation is about. So we shouldn't be distracted by Barr's
19 sort of bait and switch on the conversation, feeding into the
20 progressive narrative that we're arguing about widespread
21 fraud, when really nobody sensible, and really looking into
22 this is talking about that. We're talking about micro-targeted
23 fraud, that's multifaceted, hard -- hard for legal action to
24 be taken against, because it's just numerous layers of the

1  mail-in ballots and double counts, but some of these lawsuits

2  that the Trump -- Trump team is bringing is addressing this

3  multifaceted aspect of what we're seeing with the election

4  irregularities.

5        Kara McKinney:  And it's amazing to me that this --

6  this interview that Attorney General Bill Barr gave to the

7  Associated Press in which he says that he saw no evidence

8  whatsoever of widespread election fraud, that could have

9  changed the outcome of the 2020 election. And then that drops

10 today, where as we've been discussing, Michigan, you know,

11 witness after witness after witness coming forward and giving

12 expert testimony about what they saw. And I don't know if the

13 DOJ spoke to any of these, you know, wonderful folk. On Monday

14 we saw in Arizona as well, witness after witness after

15 witness. Go back a week to Pennsylvania, same thing there. And

16 to say that there was, you know, nothing to see here. I smell

17 a rat. That's very strange to me. You know, thank you so much

18 for coming on tonight, Kyle and breaking it all down for us.

19       Kyle Becker:  Thank you Kara, appreciate - -

20       Kara McKinney:  And coming up next, the devil went

21 down to Georgia because he was looking for a vote to steal.

22 We'll discuss the latest on election fraud in this pivotal

23 state after the break.

24

1        CERTIFICATE OF TRANSCRIPTIONIST

2

3

4        I FURTHER CERTIFY that the foregoing

5   transcript of said matter is a true, correct,

6   and complete transcript of the statement given at

7   the time and place specified.

8

9        I FURTHER CERTIFY that I am not a

10   relative or employee or attorney or employee of

11   such attorney or counsel, or financially

12   interested directly or indirectly in this action.

13

14        IN WITNESS WHEREOF, I have set my hand.

15

16

17

18

19   _____

20        James Lonergan
          Production Manager
21

22

23

24

## 1

**1** 1:7 5:7
**1.3** 7:22
**10** 4:14
**100%** 4:21 10:18
**140,000** 10:6

## 2

**2** 6:2
**2014** 3:1
**2020** 1:7 3:1 12:9
**27** 4:12,23

## 8

**85%** 3:15 8:17,18
**86%** 3:2

## 9

**90%** 4:21
**95%** 2:23 8:23

## A

**ability** 8:8
**able** 11:2
**about** 3:21 7:13 8:18 9:11,23 10:7 11:15, 18,20,22 12:12
**absolutely** 8:21
**access** 8:14
**according** 4:3
**accumulate** 6:14
**across** 5:10
**action** 11:23
**actors** 8:9
**actually** 9:22 11:15
**Adam** 3:4
**additional** 6:6
**addresses** 5:12
**addressing** 12:2
**adhere** 3:6
**adjudication** 4:15
**admin** 8:9
**administrators** 8:14
**admitted** 11:3
**advantage** 9:14
**after** 2:3 3:13 5:22 12:11,14,23
**again** 2:20 6:22 10:1
**against** 3:23 11:24
**ago** 11:4
**Alderman** 7:7
**algorithm** 7:20
**algorithms** 7:20
**all** 2:3,15,23 4:18, 19,21 5:2,3,9,10 6:9,13,14,15,16 7:16 8:23 9:4,12 11:2,10 12:18
**allow** 5:13 8:22 9:8
**allowing** 8:13
**almost** 10:6
**alone** 10:17
**along** 11:9
**also** 3:21 4:15 5:23 8:23 9:15 10:13 11:12
**am** 4:20
**amazing** 12:5
**AMERICA** 1:3
**American** 4:5
**Americans** 10:13 11:12
**among** 3:7
**an** 2:9 6:5
**and** 2:5,7,10,16,19 3:1,4,6,9,10,11,13, 15,22 4:9,20 5:3,8, 11,12,13 6:4,8,12, 14,15,17 7:2,16,17, 22 8:4,9,10,15,23, 24 9:9,12,15,18,19, 23 10:1,13,14 11:2, 6,8,9,12,17,19,21 12:1,5,9,11,12,15, 18,20
**another** 2:12 5:2 10:9
**answers** 2:20
**any** 2:20 10:7 12:13
**anyone** 2:2,17
**anyway** 5:6
**appear** 5:3
**appreciate** 12:19
**are** 2:5,7 3:12 5:11 6:16 7:17 8:13 9:7 10:14,23,24 11:2,4, 5,12,13
**aren't** 7:10
**arguing** 11:20
**Arizona** 2:14 7:18 11:14 12:14
**around** 7:4 8:24 11:16
**arrived** 5:20
**as** 2:8 4:2,5 6:1,14 7:23 9:2,13,16 12:10,14
**asking** 2:3
**aspect** 12:3
**Associated** 12:7
**at** 2:21,22,24 3:2,12 4:11,21 5:20,21 6:1, 3 7:7,13 8:17,23 9:7 10:18 11:2
**Attorney** 2:4 3:17 12:6
**AUDIO** 1:1
**aware** 6:18

## B

**back** 6:5,21 12:15
**bait** 11:19
**ballot** 2:16 4:7,22,24 5:9 7:17,21 9:17 10:16
**ballots** 4:13,17 5:2, 4,8,20 7:22 8:13 9:19,24 10:7,19,23, 24 11:5 12:1
**Barr** 3:17,20 11:3, 14 12:6
**Barr's** 11:18
**batches** 4:13
**Baxter** 4:20
**be** 2:13 3:20 5:3,23 6:17 7:10 8:12,13 9:4 11:18,24
**because** 2:8 4:3 6:6, 18 11:11,24 12:21
**Becker** 6:21,22 7:4 8:1,21 9:22 10:22 12:19
**been** 2:19 5:23 7:9, 19,21,23 10:4 11:8 12:10
**before** 4:8 6:11 8:2
**being** 4:13,14 7:1,2, 7 9:19 10:5
**believe** 8:17 10:17
**believes** 7:18
**between** 3:1
**Biden** 3:3,17 5:3,10 7:21 8:17,19
**big** 2:12
**Bill** 3:17 12:6
**birth** 5:12
**birthdays** 5:6
**Bishop** 6:8
**black** 10:13
**bloc** 9:13
**block** 9:5
**board** 5:10
**book** 5:16,17
**both** 4:16 6:3
**breach** 9:8
**breachable** 7:5
**break** 12:23
**breaking** 12:18
**Brian** 6:9
**bringing** 12:2
**brought** 7:13
**bundled** 6:14
**bureau** 9:3
**bureaucracies** 9:4
**but** 2:7 7:10 10:3,8 12:1
**Buttigieg** 3:4
**by** 1:24 2:24 4:2 5:4 8:13 9:24 10:12 11:18

## C

**came** 4:8
**can** 2:17 8:5,6,12
**can't** 2:9
**candidates** 3:3
**cannot** 11:2
**Caruso** 9:22
**case** 7:8
**cases** 11:13
**cast** 5:4
**Castro** 3:11
**caves** 2:4
**center** 4:7,12 5:20 6:3
**chalk** 2:15
**changed** 3:19 12:9
**China** 3:10
**chips** 3:10
**cities** 10:11
**city** 4:19
**claiming** 3:23 4:16
**claims** 5:2,4 9:19
**code** 2:23 3:7
**collusion** 3:21
**comes** 3:5 7:12 8:16, 18 10:16
**coming** 7:14 10:4,20 12:11,18,20
**commies** 2:9
**Commission** 2:22
**Committee** 4:9
**companies** 9:13
**company** 3:9
**complete** 4:12
**computer** 3:9 6:16
**concerned** 7:13,16
**concerning** 9:6 10:3 11:10
**concerns** 7:24 8:4
**conflict** 8:20
**connected** 5:24 6:15
**connections** 7:6
**consistently** 9:3
**constitutional** 2:2 4:6
**contractor** 4:7,11 9:16,17
**contributions** 2:24 3:2,16
**conversation** 11:18, 19

| | | | | |
|---|---|---|---|---|
| conversations 11:15 | did 9:20 | eligible 10:20 | 6:5 7:5,21,22 8:8, 16,21 10:12 11:11, 14,23 12:18,21 | hard 11:23 |
| copies 5:9 | different 10:17 | Elizabeth 3:4 | | Harri 7:6 |
| Coronavirus 2:6 | discuss 6:20 12:22 | employee 3:2 | | has 2:19 3:10,18 7:9 8:22 |
| correspond 11:7 | discussing 12:10 | employees 2:24 3:6 8:16,22,24 | foreign-owned 3:9 | have 3:8,19 5:6 7:5, 19,21,23 8:9,11,14 9:6,7,10,14 10:4,8 11:1,8 12:8 |
| corroborates 5:1 | distracted 11:18 | employees' 3:15 | format 8:5 | |
| could 12:8 | districts 11:7 | engaging 9:7 | forward 4:8 12:11 | |
| counted 4:14 5:6 7:23 | do 2:17 7:23 8:19 10:10,21 | enter 5:12,14 | found 3:18 | |
| counties 10:18 | documents 4:1 | entrapped 4:2 | founders 3:6 | he 6:9,10,11,12,16 7:18 10:8,11 11:4,7, 9 12:7,21 |
| counting 4:7 9:18 | does 7:1 9:24 | equals 7:17 | four 3:21 5:21 10:12 | |
| country 7:5 | doesn't 8:11 | errors 2:16 8:10 | fourth 6:4,5 | he's 6:9 |
| counts 12:1 | DOJ 3:14 12:13 | Ethernet 6:13 | fractions 7:15 | hear 4:4 |
| County 10:5 | Dominion 2:24 3:9, 15 4:7,11 5:24 7:5, 19 8:2,7,12,16,23 9:17 | ethics 3:7 | fraud 2:4 3:19 4:12 11:15,16,21,23 12:8,22 | heard 9:15,18 |
| course 10:19 | | even 2:15 3:4 10:11 11:2,6 | | hearing 2:13 |
| court 1:24 3:22 11:13 | | every 3:24 7:21 | from 2:21 3:8 4:5,7 7:4 9:15,18 10:23, 24 | hearings 7:14 11:10 |
| covering 7:9 | | evidence 3:18,24 8:2 12:7 | | help 2:18 4:5 |
| cracking 2:9 | don't 4:4 12:12 | | | her 5:1 9:18,20 |
| credible 3:13 | Donald 4:23 | exactly 5:9 8:2 | | here 3:8 6:9,10 11:9 12:16 |
| cycle 3:16 | donate 8:17 | example 8:16,22 | **G** | |
| | donations 3:8 8:18, 23,24 | Excerpt 1:5 | gave 12:6 | here's 4:9 |
| **D** | | exculpatory 3:24 | general 2:4 3:17,23 4:1 8:19 12:6 | herself 9:24 |
| | done 8:5 | expert 12:12 | | high 3:22 6:12 10:3, 14 11:6 |
| Daniel 4:19 | door 7:2 | experts 7:4 | Georgia 11:14 12:21 | |
| data 7:2 | double 12:1 | explain 2:22 | get 4:2,4 6:23,24 8:8,9 | higher 10:13 |
| database 8:6 | down 2:6 6:4 12:18, 21 | explosive 2:12 | | him 7:21 |
| date 5:12 | | | getting 7:17,21 10:6 | himself 11:8 |
| day 2:12,20 4:18 5:15 6:6,7 10:21 | Dr 7:18 | **F** | giving 12:11 | his 3:18,22 7:22 11:7 |
| | drops 12:9 | | glitches 2:16 | |
| days 3:13 | dumping 5:21 | fact 10:3,22 | global 2:6 | hold 4:5 |
| December 1:7 | dumps 5:20 10:4,16 | fake 5:5 | go 2:17 6:15 8:19 12:15 | home 5:23 |
| decimal 8:5 | during 3:16 | FBI 3:13 4:2,3 | | homicides 2:7 |
| decimals 7:15,17 | | FEC 8:15 | going 4:4,17 6:10 11:13 | hooked 6:16 7:1 |
| declaring 3:6 | **E** | Federal 2:21 | | horse 3:22 |
| defend 2:2 | | feeding 11:19 | gone 5:22 | horses 8:13 |
| defund 2:8 | each 5:4 | few 2:10 | good 2:20 6:22 | host 2:10 |
| democrat 3:3 11:16 | early 10:5 | filings 8:15 | got 6:4 | hours 4:12,23 |
| Democrats 2:4,15, 21 3:1 4:16 8:19,24 9:8,14 | Earth 2:7 | finally 2:7 | government 9:2 | how 4:1 5:15,19 7:17 8:2 11:1 |
| | economy 2:6 | find 2:23 3:24 | Great 6:23 | |
| | efforts 2:8 | fire 11:4 | | However 2:21 |
| demonstratively 8:4 | eggs 2:10 | first 5:21 6:24 | **H** | Hursti 7:6 |
| department 3:13,18, 21 | eight 4:14 9:20 10:2 | flags 10:15 | hackers 8:8 | |
| | election 2:4,20,22 3:16,20 5:5 6:7 7:8, 15 9:9,17 10:12 12:3,8,9,22 | flipping 8:3 | hacking 6:18 7:2 | **I** |
| described 5:19 | | Flynn 3:23 | had 4:10 5:11,22 10:12 | |
| despite 3:5 | | folk 12:13 | | I'LL 3:14 |
| Detroit 4:8 | elections 3:11 | for 2:1,15,23 3:1,20, 21,22 4:23 5:3,10 | handwritten 4:3 | I'M 2:10 |
| devil 12:20 | electronic 5:16 | | happening 6:17 | if 2:15 4:3 7:16 9:11 10:1 12:12 |

illegal  6:17
immediately  6:7,19
impossible  10:19
impossibly  11:6
impression  4:21
in  2:7,13,14,18,20 3:10,11,22 4:7,20, 21 5:16,20,21 6:8 7:15,18 8:5,9,10,19 9:2,7,12,15 10:4,5, 11,17,20 11:6,9,13, 16,17 12:7,14,22
INC  1:24
indeed  7:1
independent  6:21
inescapable  2:14
inner  10:11
inordinately  10:14 11:5
inputted  5:5
interest  9:12
interests  8:20 9:5
internet  6:1,17 7:1,6
interview  12:6
into  6:8,16 8:8 11:19,21
involved  3:11
irregularities  2:16 6:6 12:4
is  2:2,10,15,23 3:9, 13,14,20 4:24 6:10, 17,20 8:2,4,5 9:1,2, 5 10:13,19 11:18,22 12:2
it  2:13 3:23 4:4,18 6:9,17,18 7:9,12 8:11,15,18 9:4,10, 24 10:2,13,16 12:18
it's  2:1,19 3:1 4:5 8:17 9:9 10:3 11:14, 24 12:5
its  8:24
itself  8:3,12

_____

J

Joe  3:3,17
Joining  6:20
Jonathan  7:7

journalist  6:21
judging  4:17
just  3:14 8:13 9:1,13 10:3,10 11:7,12,24
Justice  3:12

_____

K

Kara  2:1,10,12 5:1, 19 6:20,22,23 7:12 8:15 9:15 10:16 12:5,19,20
kicked  5:23
kind  9:14 10:14
kinds  10:10
knew  7:8
know  7:16 8:2 9:11, 18,23 10:4,5,9 12:10,12,13,16,17
knowing  11:1
Kyle  6:21,22 7:4 8:1,21 9:22 10:22 12:18,19

_____

L

landscape  10:11
last  2:14 3:16
latest  12:22
Latinos  10:13
lawsuits  12:1
layers  11:24
least  2:22 4:21 8:18 9:7
leave  6:11
left  2:2,5
legal  11:23
let  6:10
lied  3:21
like  3:14 5:8 8:1 9:1 10:8 11:1,8
lines  6:13
look  5:8 6:1
looking  2:21 11:21 12:21
lot  6:23 7:10,13 8:1, 16

_____

M

machines  4:14 5:24
made  2:24 3:10
mail-in  10:23,24 11:5 12:1
main  4:19 6:2,16
mainstream  7:9
make  2:9 7:23 8:22 9:13,20 10:21
makes  8:23
making  3:8
malfeasance  8:11
malicious  8:8
manipulate  8:9
manipulated  7:3 8:13
manually  5:5,12
many  3:12 5:4,22,23 6:6 11:1
massive  5:20
may  2:22 7:10,19, 21,22
Mckinney  2:1,10,12 5:1,19 6:20,23 7:12 8:15 9:15 10:16 12:5,20
me  6:10,11,20 7:10 8:4 9:6 12:5,17
meaning  7:20 10:19
means  6:1 7:19
media  7:9
Melissa  9:22
Michael  3:23
Michigan  2:13 4:8 7:7,12 9:16 10:17 11:13 12:10
micro-targeted  11:16,22
middle  11:10
military  5:7
minority  10:12
mistakes  2:17,18
Monday  2:13 7:18 12:13
monolithic  9:5
month  2:20

months  11:3
more  8:1,18 10:12, 19
morning  5:22 6:5
mornings  10:5
Mother  2:7
move  11:9
much  11:1 12:17
multifaceted  11:23 12:3
my  3:20

_____

N

name  2:18
names  5:12
narrative  11:20
necessarily  8:11
neither  5:16
NETWORK  1:3
new  7:10 8:6 11:3
NEWS  1:3
next  12:20
night  4:18,22 6:10 7:15 9:17
no  3:18 9:10 11:1 12:7
nobody  11:21
non-registered  5:14
none  5:11
not  2:8 4:4,22,24 5:4,7 6:17 8:22 9:24 10:7,8,10 11:14
noted  5:23
notes  4:3
nothing  10:6 11:9 12:16
now  2:5 3:5,20 6:11, 20 10:1
numbers  7:14
numerous  4:14,15 7:4 9:3 11:24

_____

O

observations  6:3
observed  5:2
Obviously  10:3

of  1:1 2:12,16,22,23 3:2,13,15,18,19,24 4:13,19,21 5:1,3,4, 7,9,11,12,14,20,22, 23 6:2,5,13,18 7:7, 10,13,14,23 8:11, 16,20 9:5,10,11,12, 14,20 10:5,10,14, 19,21 11:1,10,19,24 12:1,3,8,9,13
off  5:21
officials  4:19
omelet  2:9
on  2:4 3:22 4:1,19, 20,22 6:3,5,7,10,24 7:15,18 9:17,24 10:23 11:13,19 12:13,18,22
once  10:23
one  1:3 2:14,17 4:24 5:7,12,13 7:7,12,16, 17 9:1 10:5,8
only  2:17 3:24 10:9
opaque  9:9
open  7:2
opens  6:18 8:7
or  2:14 3:13 5:16,23 8:8,17,18,19 9:7,16
organizations  9:12
other  2:16 3:7 5:4 8:10,11
others  10:8
our  9:8
ourselves  2:3
out  3:24 5:23 6:13 7:15 9:1,24 11:4
outcome  3:19 12:9
outgoing  9:23
over  3:15,23 6:12 8:17 10:1,17,18
override  5:6,13,15
Oversight  4:9
own  3:5
owns  6:8

_____

P

part  2:22
passionate  9:23

**patriots** 4:5
**Pennsylvania** 2:14 12:15
**people** 3:12 4:16 7:13,16 11:11
**perhaps** 7:20,22
**Pete** 3:4
**photocopies** 5:3
**piece** 3:24
**pivotal** 12:22
**place** 5:21
**playing** 11:4
**Plus** 2:5
**point** 1:5 2:1,11,15 3:12 4:6 9:1
**pointed** 11:4
**points** 10:12
**police** 2:8
**policies** 9:8
**policy** 8:22
**political** 2:24 3:8,16 8:18,22 10:10
**politically** 8:17
**poll** 5:16,17,22
**possibility** 11:16
**possibly** 7:2
**potentially** 8:8 9:8
**precedent** 2:6
**precincts** 11:6
**President** 2:18 7:22
**presidential** 3:19
**Press** 12:7
**prior** 7:8
**process** 4:15 9:18
**progressive** 11:20
**prohibits** 3:7
**proper** 11:14
**public** 7:11 11:10

———

**Q**

**question** 2:3,19 3:20
**questionable** 9:7
**questions** 9:11
**quote** 3:6 4:2

———

**R**

**radio** 6:8
**raise** 9:10 10:15
**raised** 2:19
**ran** 4:13 6:8
**Randy** 6:8
**rat** 12:17
**rates** 10:10,14 11:5
**really** 8:3 10:2 11:7,14,17,21
**reason** 2:22
**Recording** 1:1 4:11 5:7,18 6:2
**records** 2:21
**recounted** 9:20
**red** 10:15
**regime** 3:11
**registered** 5:5,8,11 10:20
**regular** 11:12
**reportage** 8:10
**reportedly** 5:24 7:1
**reporters** 1:24 3:17
**reporting** 8:5,6,7 10:18
**republic** 2:2 4:6
**Republican** 5:22
**rerun** 10:1
**revelations** 7:9
**reversing** 11:8
**revolving** 11:16
**right** 6:11
**rights** 8:9
**rounding** 8:10
**routers** 6:15
**running** 6:13
**Russian** 3:21

———

**S**

**said** 6:9,10,12,16 10:8,9
**same** 3:2,20 4:3 5:9 12:15
**sat** 3:22

**save** 2:6
**savvy** 6:9
**saw** 4:23 5:14 7:18 9:19,23 10:9,11 12:7,12,14
**say** 2:9 4:10 12:16
**saying** 4:16 9:24 10:7 11:8
**says** 10:2,8 12:7
**scanners** 6:12
**scary** 4:24
**Schiff** 3:5
**Seattle** 2:7
**security** 9:7,9
**see** 6:13,22 8:1,5,6 9:3 11:9,11 12:16
**seeing** 10:7 12:3
**seems** 9:4 11:8
**Senate** 4:9
**Senator** 3:4
**sensible** 11:21
**separated** 10:23,24
**servers** 7:6
**seven** 7:23
**several** 5:14 11:3
**shared** 9:12
**she** 4:9 5:2,4 9:19,23 10:2,8
**she's** 9:24
**Shiva** 7:18
**should** 5:23 6:17 11:11
**shouldn't** 10:14 11:18
**show** 6:11 8:15
**showing** 4:1
**shut** 2:6
**signatures** 10:23
**signed** 10:24
**silence** 2:23
**simple** 2:17,19
**simply** 9:1
**since** 2:20 4:4
**single** 2:18 4:22,24 5:10
**sitting** 4:1,17
**six** 10:17

**Smartmatic** 3:2,10,15 8:21
**Smartmatic's** 3:5,6
**smell** 12:16
**so** 3:8 4:3 5:5 6:2,6,11,18,23 7:8,9 8:7,11,17,24 9:4,6 10:9,13,19 11:3,5,18 12:17
**software** 8:3
**some** 7:14 9:11,14,19 11:6 12:1
**something** 6:11
**Soros** 3:10
**sort** 9:5,11 11:19
**Speaker** 5:18
**specifically** 3:3
**speed** 6:12
**spoke** 12:13
**staff** 5:5
**stage** 4:19
**state** 4:9 12:23
**states** 9:2 11:17
**stations** 6:9
**steal** 12:21
**stopping** 2:8
**story** 3:2
**strange** 12:17
**strict** 3:7
**strong** 11:12
**strongholds** 11:17
**supplemental** 5:17
**support** 10:12
**sure** 9:13
**swing** 11:17
**switch** 11:19
**sync** 10:10
**syncs** 10:6
**system** 5:6,13 8:12,14
**systems** 3:1 6:24 7:5,19 8:7,23 9:6

———

**T**

**tabulating** 4:14
**tabulators** 6:12,13 10:1

**take** 6:1,24
**taken** 11:24
**talk** 11:15
**talking** 11:22
**TCF** 4:7,12 6:3
**team** 12:2
**tell** 3:14
**telling** 3:17
**ten** 9:20 10:2
**tenths** 7:23
**tested** 7:5
**testify** 4:8
**testimony** 2:13 3:14 5:1 9:19,21 11:11,12 12:12
**than** 10:13,20
**thank** 5:18 12:17,19
**that** 2:15,19,23 3:7,18,19,21,23,24 4:6,21,23,24 5:1,2,3,15,16,23 6:1,3,17,18 7:8,13,14,18,19,20 8:2,4,13,14,15,19 9:1,5,6,8,13,19,24 10:3,4,9,18,21,22 11:4,5,11,13,20,22 12:2,5,6,7,8,9,16
**that's** 2:3,8 5:15 8:20 10:2 11:9,17,23 12:17
**the** 1:1 2:3,4,5,6,8,9,14,16,20,21,22 3:1,11,12,13,14,19,20 4:1,2,5,7,8,12,13,15,19,20,22 5:6,7,8,9,10,11,12,13,15,16,20,21,22 6:1,2,3,4,5,7,12,13,16 7:1,2,4,6,7,8,10,14,19 8:4,5,7,9,10,12,14,21 9:2,17 10:1,3,5,10,22,23,24 11:2,9,15,17,19,24 12:2,3,6,9,12,20,22,23
**their** 3:2,15 8:16
**them** 3:8 5:6,14,21 6:18 10:5 11:2
**themselves** 11:11
**then** 2:17 3:22 4:4 5:19 6:14,15 7:17 9:10 10:24 12:9

**there** 2:2 4:13,22,23 5:10 6:4,5,7 10:20 12:15,16
**there's** 9:11 10:17
**these** 2:18 5:4,20,24 6:13,15,16,24 7:9,14 9:12 10:4,10,14,16,22 11:1,4,5,10,11,13 12:1,13
**they** 2:17 4:1,16,17 5:8,9,11,15 6:14,15 7:10 8:12 12:12
**they're** 6:14,15 10:7
**thing** 4:20 7:12 9:1 12:15
**things** 3:7
**think** 2:3 8:19 10:22
**third** 5:19 6:4,7
**this** 2:2,10,23 3:5,12,16,20 4:6,22 7:1,8 8:5,6,7 9:2 10:6,12 11:3,22 12:2,5,6,22
**THOMPSON** 1:24
**those** 4:3,21 7:23
**through** 4:13 7:6 8:10,24 10:1
**Throughout** 5:15
**ties** 3:10
**time** 2:1,18,19
**times** 4:14,15 8:6 9:20 10:2 11:3
**Tipping** 1:5 2:1,10
**to** 2:2,4,5,6,8,15,16 3:3,4,7,10,17,24 4:2,3,4,5,6,8,10,14 5:3,6,11,14,24 6:12,15,18,20,22,23,24 7:1,2,6,8,10,12 8:1,8,9,11,13,14,16,17,18,22,24 9:1,4,6,8,10,13,20 10:2,16,20 11:7,8,9,14,23 12:5,6,13,15,16,17,21
**today** 3:18 4:8 9:15 11:8 12:10
**today's** 2:13
**together** 4:6,17,18 6:14 9:13
**tonight** 2:1 6:23 12:18

**top** 4:5
**toward** 8:19
**track** 11:2
**tracked** 9:2
**tracking** 9:10
**TRANSCRIBED** 1:24
**TRANSCRIPT** 1:1
**trojan** 8:12
**trucks** 5:21
**true** 8:4
**Trump** 2:19 4:2,24 5:11 7:22 10:6,7,11 12:2
**trying** 2:5 9:13
**turned** 3:23
**turnout** 10:18 11:5
**twenty** 5:13
**two** 6:2 10:9
**types** 8:11

**U**

**unbelievable** 6:10
**under** 4:20
**unfair** 9:14
**unions** 9:4
**united** 9:2,5
**University** 7:7
**up** 2:7,15 4:5,16 6:18 7:1,7,9,13 8:7 12:20
**updated** 5:17
**upon** 6:7
**us** 3:11 4:5 7:10 9:9 12:18
**use** 2:5
**uses** 3:9
**using** 7:20

**V**

**Venezuela** 3:11
**very** 6:9 9:3,6,9,22,23 10:3 11:10 12:17
**viral** 2:5
**vote** 5:11 7:2,16,17 10:4,20 12:21

**voter** 5:8 10:18
**voters** 5:5,11,14,16 9:10 10:6,20
**votes** 7:22 8:3,10 10:24 11:2
**voting** 2:24 5:24 6:24 7:5,19 8:7,12,23 9:6

**W**

**wackos** 2:5
**walked** 6:11
**walking** 4:16 6:8
**want** 2:15 4:4 6:24
**warning** 11:7
**Warren** 3:4
**was** 4:1,12,13,19,20,22,23 5:8 6:4,7,9,18 7:8,13,14 8:3 9:22 10:2,9,13 12:16,21
**wasn't** 5:10
**watchers** 5:22
**way** 2:17 4:2 9:10 11:1
**Wayne** 10:4
**we** 2:23 7:8,17,18 9:3,9,10,15,18 10:11 11:1,4,18 12:14
**We'll** 12:22
**we're** 2:3 4:4 11:20,22 12:3
**we've** 12:10
**website** 3:5
**week** 2:14 12:15
**weighted** 7:20
**Welcome** 6:21
**well** 3:14 6:1 7:4 8:1 9:22 10:22 12:14
**went** 3:1,3,16 6:5 12:20
**were** 4:1,16,17,21 5:2,3,4,9,10,16,24 7:13,14,15,16 9:19 10:1,18,19,20
**what** 2:23 4:9,11 6:1 7:23 8:3,4 9:3,20,23 10:7,21 11:17 12:3,12

**What's** 6:10
**whatsoever** 12:8
**when** 6:4,6 7:12 8:15,18 9:6 10:16 11:15,21
**where** 3:12,14 10:11 12:10
**whether** 2:13
**which** 2:18 3:9,10 5:13,14 10:19 11:7 12:7
**who** 5:2 8:9 9:16
**whole** 4:12,20,22,23 9:2,17
**why** 2:17
**widespread** 3:18 11:15,20 12:8
**William** 11:3,14
**wing** 2:5
**Wisconsin** 11:13
**with** 4:19 5:21 8:6 9:3,4,17 10:6,7,10,11 11:4,10,12 12:3
**without** 2:9,20
**witness** 5:2,7,19 6:2 10:9 12:11,14,15
**witnessed** 4:11,15,18 6:3,6
**woman** 9:16
**wonderful** 12:13
**wondering** 3:12
**worked** 9:16
**workers** 4:21
**would** 3:19,20 5:13,15 8:1,2 9:1

**X**

**Xerox** 5:9

**Y**

**Yeah** 8:21
**years** 3:22
**York** 8:6 11:3
**you** 2:9,15 3:8,14 5:18 6:11,22 7:16,23 8:5,6,19 9:6,11,18,20,23 10:4,5,9,21 11:2 12:10,13,

16,17,19
**your** 2:10 6:24