# Exhibit 27A

**Screenshot A**



Exhibit 27A, *Tipping Point* (12/1/2020) at 01:21.

**Screenshot B**



Exhibit 27A, *Tipping Point* (12/1/2020) at 02:29.

**Screenshot C**



Exhibit 27A, *Tipping Point* (12/1/2020) at 06:28.