# Exhibit 28

TRANSCRIPT OF THE AUDIO RECORDING OF:

One America News Network

In Focus with Stephanie Hamill Excerpt

December 3, 2020

TRANSCRIBED BY: THOMPSON COURT REPORRTERS INC.

1          PRESIDENT TRUMP (RECORDING):  - - President I have no

2    higher duty than to defend the laws and the Constitution of

3    the United States. That is why I am determined to protect our

4    election system, which is now under coordinated assault and

5    seige. For months leading up to the presidential election, we

6    were warned that we should not declare a premature victory. We

7    were told repeatedly that it would take weeks if not months,

8    to determine the winner, to count the absentee ballots and to

9    verify the results. My opponent was told to stay away from the

10   election. Don't campaign. We don't need you, we've got it.

11   This election is done. In fact, they were acting like they

12   already knew what the outcome was going to be. They had it

13   covered, and perhaps they did very sadly for our country.

14          STEPHANIE HAMILL:  Hello, everyone, I'm Stephanie

15   Hamill. Welcome to In Focus. President Trump is pressing

16   forward with his fight contesting the results of the 2020

17   presidential election. In a 45 minute address to the nation,

18   the President laid out allegations of widespread voter fraud

19   and voting irregularities reported from coast to coast. He's

20   also promising to present the evidence of mass fraud in court.

21   Meantime in Michigan, President Trump's attorney, former New

22   York City Mayor Rudy Giuliani, testified before the Michigan

23   House Oversight Committee. He also called on several witnesses

24   who gave their personal accounts on what they experienced on

1   election night. Keep in mind, these folks signed affidavits
2   and swore to the truth under the threat of penalty for
3   perjury.
4             SPEAKER 1:  Around 4:30am we had an announcement that
5   a new shipment of ballots were arriving. Each box I
6   approximate 600 ballots. And it was like a full -- what you
7   have to know is that these tables, there's about seven tables,
8   they were 10 foot tables each. Every table was full of boxes
9   of ballots. It's not 10's of thousands or 20 thousands. I
10  approximate 50,000 ballots were brought in. Now were all of
11  those ballots brought in from the rear entrance of the TCF
12  center? I don't know. They were brought in from the TCF
13  center. But they were -- there was a lot more than just the
14  ones that were brought in from the -- the rear entrance of the
15  TCF center. And I'm talking, this is the 6am, this is when
16  we're starting at 6am to 4:30 - 5am. It was a 50,000 ballots
17  on the table.
18            SPEAKER 2:  I know for a fact there was illegal
19  activity going on there. People have pictures of people
20  carrying ballots out of that place. There is pictures of vans
21  full of ballots coming out of that place.
22            SPEAKER 3:  Most of that time you will see a ballot
23  has been already sent to that voter. But when they come to you
24  they -- they said I never requested a ballot. I never received

1   any ballot. I never requested for a ballot. Can I vote now?

2   I'm here I want to vote now. I said, "Of course, I mean, I can

3   spoil the ballot. Then you can -- I can issue another ballot

4   and you can vote." So I have done that many times. But for the

5   titles, I was instructed to do like that -- that.

6          STEPHANIE HAMILL:  There are now hundreds of

7   affidavits sworn under penalty of perjury, detailing

8   widespread voter fraud. Those who get their news from the

9   mainstream media have no idea. Joining me now from Washington

10  DC, President of Judicial Watch, Tom Fitton, Tom, thanks for

11  joining us to run these hearings where there's so much damning

12  information in these witnesses who are so brave to come

13  forward, explaining what they witnessed on election night. And

14  One America News basically is one of the - -

15         TOM FITTON:  - - We're pushing this angle, would be

16  for, you know, morning to night coverage on all networks.

17  They'd have a select committee at a Congress. And as you point

18  out, this is information the big media, as I call it, doesn't

19  want the American people to see. Which is, and I think the

20  President is fundamentally right on this, we had this attack,

21  and they broke the rules. They broke the law, the evidence

22  suggests, in a way that puts the alleged result that Joe Biden

23  won these battleground states into - -

24         STEPHANIE HAMILL:  - - The narrative is that there

1  was no voter fraud, nothing to see here. In fact, we were told
2  this is like one of the safest elections ever, which is kind
3  of hard to believe, but I don't know how much more evidence
4  that they want. I mean, we have the statistic lying. And so
5  these are just regular, everyday Americans who do have a lot
6  to lose and they know what happens to people who come forward
7  and speak out, whether it's people in the Trump orbit or even
8  some of the restaurants and business - -
9           TOM FITTON:  - - Well that's a good point, Steph,
10 they -- it doesn't matter what the leftist media narrative is,
11 if you're, if you have a dissenting point of view, if you have
12 facts and evidence, no matter how well founded, they'll
13 suppress it and falsely label it and censor it. So this is a
14 major, this is a big hill, the President has to climb even --
15 even with the powers of the presidency and the platform he
16 has, thankfully, these state legislators and state
17 legislatures, are at least are investigating this because they
18 have an independent constitutional obligation to make sure
19 these elections were -- were good enough in terms of
20 ascertaining what the will of the state was in terms of the
21 voters. And we don't have - -
22               - - I'm sure you've been keeping a close eye on
23 these hearings. They've been hours long for the past few days.
24 What has stood out to you the most?

1                    The kind of -- the -- the arrogance of the local

2    machine politicians and officials, who thought they could just

3    do whatever they want. And it didn't matter. Because it seemed

4    to me -- thankfully, we've got concerned citizens, 'cause

5    people who are involved in the process directly who didn't

6    have an axe to grind one way or another, who've come forward

7    to say this is a mess. This was a mess and we can't be

8    confident that these ballots were handled -- handled

9    appropriately.

10              STEPHANIE HAMILL:  Yeah, President Trump, in his

11   45-minute speech, highlighted his concern for the Dominion

12   Voting Syst -- yeah.

13              TOM FITTON:  Well, we've always had this kind of

14   hybrid mix between paper and machine counting. And there's a

15   difference between machine counting, and having a networked

16   computer election system that could be potentially suspect to

17   nefarious activities, either internally or from external

18   factors. And I'm not at all confident that our election

19   security is secure enough, in terms of someone on the inside,

20   being able to manipulate the systems. What I think -- thought

21   what was very interesting about being reporting, before the

22   election, that Chavez had manipulated the election results

23   using electronic computer systems, named -- namely Smartmatic,

24   in Venezuela. And it's a fair question to ask whether those

1  results, whether results using similar systems could be

2  similarly manipulated. It's not to say it happened. But we're

3  not even allowed to ask the question. Of course the - -

4           STEPHANIE HAMILL:  - - Yeah, we played a video here

5  on the show yesterday of CNN asking questions about Smartmatic

6  and Dominion. And then also, we had Democrats like Senator

7  Elizabeth Warren, who was questioning it before, other folks,

8  the media, even comedians kind of making jokes about it

9  before, but now all of a sudden, you can't like ask about it.

10 They want to write you off as a conspiracy theorist. You're

11 just not allowed to do it. I want to get your -- I don't know

12 if you personally know Lin Wood, the Trump attorney. Some are

13 questioning his motives, suggesting that he's like, supported

14 Democrats in the past. And they were upset that he was calling

15 on Republicans to - -

16          TOM FITTON:  - - Vote for or against any candidate as

17 head of Judicial Watch. People are going to say what they're

18 going to say. My view is that Georgia should fix its system,

19 do its best to limit vote by mail, because we know it's more

20 susceptible to fraud, you're more likely to have your vote

21 intercepted, miscounted, thrown out. And it's a bad policy,

22 and we should have less of it rather than more of it. And I'm

23 hoping that this new election in January, is an opportunity

24 for election officials in Georgia to clean it up a bit. People

1   should be encouraged to vote in person. Vote by mail is a

2   menace to free and fair elections.

3           STEPHANIE HAMILL:  Yeah.

4           TOM FITTON:  We're seeing that all over the country

5   now [inaudible] -- is sufficiently kept out of the process

6   when you vote by mail. And anyone who tells you otherwise, is

7   lying about the expert opinion on vote by mail, because

8   [inaudible] -- was more susceptible to fraud, was virtually

9   unchecked in terms of being able to figure out who was voting

10  and under what circumstances they were voting. - - Certainly

11  kept out of the process when you vote by mail, and anyone who

12  tells you otherwise, is lying about the expert opinion on vote

13  by mail, because prior to it being politically convenient by

14  the left, every election expert knew vote by mail was more

15  susceptible to fraud, was virtually unchecked in terms of

16  being able to figure out who was voting and under what

17  circumstances they were voting. It's an awful process that we

18  should be, we should throw it out the window.

19          STEPHANIE HAMILL:  Yeah. And just to be clear that

20  was Breitbart who did the report on Lin Wood, suggesting that

21  he had voted for Democrats and donated to their campaigns for

22  decades. I have not reached out to Lin Wood so I don't know

23  what his voting past or donating past - -

24          TOM FITTON:  - - Look when you have people who vote

1  for Democrats and then vote for Republicans, I don't know.

2          STEPHANIE HAMILL:  Yeah. Either way, I see where he's

3  coming from - -

4          TOM FITTON:  - - I'm more concerned his concern about

5  his legal claims and his political outlook.

6          STEPHANIE HAMILL:  Yeah. And I see where he's coming

7  from is that in Georgia, they have to make sure that there is

8  a free and fair election. And there was a lot of question on

9  what happened on November 3rd there. And so they're suggesting

10 that it needs to be fixed, not suggesting, they're demanding

11 it be fixed before this next election. And at the end of the

12 day, I just I don't think that Republicans should stay home.

13 Republicans need to go and vote and all hands on deck for this

14 for these races. It's so critical for our country.

15         TOM FITTON:  Well, certainly, it's going to be very

16 interesting to see what happens in the Senate next year, no

17 matter who becomes president in January of next year, because

18 the left has a big agenda. And they think they need the full

19 Senate to or -- if they have the full Senate will be more

20 easily obtainable. On the other hand, if President Trump

21 remains the president, it, it could change the equation quite

22 dramatically, no matter what happens in the Senate.

23         STEPHANIE HAMILL:  Yeah. I want to shift gears here

24 really quickly and get your reaction to this, according to the

1  AP, Barr appointed a special counsel on the Russia probe
2  investigation. Is this like a day late and a dollar short?
3         TOM FITTON:  You know, I'm just so disappointed with
4  the way the Barr Justice Department and Mr. Durham have
5  handled these corruption investigations. I don't see any
6  evidence he's investigating anyone of a senior nature. I'm
7  happy to be proven wrong. I guess this appointing him as
8  special counsel to a degree, it gives us anything, it probably
9  ge- almost guarantees we'll get a report. But no -- a report
10 isn't going to put anyone in jail.
11        STEPHANIE HAMILL:  Yeah, it's kind of weird, like a
12 weird announcement. And like I said, it's a little bit late,
13 and - -
14        TOM FITTON:  - - Well he announced it -- he appointed
15 him as special counsel in October. And that information has
16 been withheld from the American people for a month. I mean,
17 it's interesting how all these decisions by the Justice
18 Department tend to go one way. And it is -- it isn't in favor
19 of President Trump's rights and full justice for the American
20 people.
21        STEPHANIE HAMILL:  Yeah, it's certainly unfortunate.
22 Well, Tom, we're gonna leave it here. Thank you.
23        TOM FITTON:  You're welcome, thanks Steph.
24        STEPHANIE HAMILL:  Coming up next shady politics in

1  the Peach State ahead of the critical Georgia Senate runoffs.

2          SPEAKER 4 (RECORDING): - - Loeffler and David Perdue

3  do not do it. They have not earned your vote. Don't you give

4  it to them.

1  TRANSCRIBER'S CERTIFICATE

2

3  I hereby certify that the foregoing pages

4  are a true, accurate, and complete transcript of the

5  proceedings transcribed from a copy of the electronic

6  sound recording to the best of our knowledge and ability.

7

8       IN WITNESS WHEREOF, I have hereunto set my hand on

9              this 12th day of October, 2021.

10

11

12       _____

13              JAMES LONERGAN

14

15

16

17

18

19

20

21

22

23

24            THOMPSON COURT REPORTERS INC.

**1**

**1** 3:4
**10** 3:8
**10's** 3:9

**2**

**2** 3:18
**20** 3:9
**2020** 2:16

**3**

**3** 3:22
**3rd** 9:9

**4**

**4** 11:2
**45** 2:17
**45-minute** 6:11
**4:30** 3:16
**4:30am** 3:4

**5**

**50,000** 3:10,16
**5am** 3:16

**6**

**600** 3:6
**6am** 3:15,16

**A**

**able** 6:20 8:9,16
**about** 3:7 6:21 7:5,8,9 8:7,12 9:4
**absentee** 2:8
**according** 9:24
**accounts** 2:24
**acting** 2:11
**activities** 6:17
**activity** 3:19
**address** 2:17
**affidavits** 3:1 4:7
**against** 7:16
**agenda** 9:18
**ahead** 11:1
**all** 3:10 4:16 6:18 7:9 8:4 9:13 10:17
**allegations** 2:18
**alleged** 4:22
**allowed** 7:3,11
**almost** 10:9
**already** 2:12 3:23
**also** 2:20,23 7:6
**always** 6:13
**am** 2:3
**America** 4:14
**American** 4:19 10:16,19
**Americans** 5:5
**an** 3:4 5:18 6:6 7:23 8:17
**and** 2:2,4,8,13,19 3:2,6,15 4:4,13,17,19,21 5:4,6,7,8,12,13,15,16,21 6:2,3,7,14,15,18,24 7:6,14,21,22 8:2,6,10,11,16,19,21 9:1,5,6,8,9,11,13,18,24 10:2,4,12,13,15,18,19 11:2
**angle** 4:15
**announced** 10:14
**announcement** 3:4 10:12
**another** 4:3 6:6
**any** 4:1 7:16 10:5
**anyone** 8:6,11 10:6,10
**anything** 10:8
**AP** 10:1
**appointed** 10:1,14
**appointing** 10:7
**appropriately** 6:9
**approximate** 3:6,10
**are** 4:6,12 5:5,17 6:5 7:12,17
**Around** 3:4
**arriving** 3:5
**arrogance** 6:1
**as** 4:17,18 7:10,16 10:7,15
**ascertaining** 5:20
**ask** 6:24 7:3,9
**asking** 7:5
**assault** 2:4
**at** 3:16 4:17 5:17 6:18 9:11
**attack** 4:20
**attorney** 2:21 7:12
**away** 2:9
**awful** 8:17
**axe** 6:6

**B**

**bad** 7:21
**ballot** 3:22,24 4:1,3
**ballots** 2:8 3:5,6,9,10,11,16,20,21 6:8
**Barr** 10:1,4
**basically** 4:14
**battleground** 4:23
**be** 2:12 4:15 6:7,16 7:1 8:1,18,19 9:10,11,15,19 10:7
**because** 5:17 6:3 7:19 8:7,13 9:17
**becomes** 9:17
**been** 3:23 5:22,23 10:16
**before** 2:22 6:21 7:7,9 9:11
**being** 6:20,21 8:9,13,16
**believe** 5:3
**best** 7:19
**between** 6:14,15
**Biden** 4:22
**big** 4:18 5:14 9:18
**bit** 7:24 10:12
**box** 3:5
**boxes** 3:8
**brave** 4:12
**Breitbart** 8:20
**broke** 4:21
**brought** 3:10,11,12,14
**business** 5:8
**but** 3:13,23 4:4 5:3 7:2,9 10:9
**by** 7:19 8:1,6,7,11,13,14 10:17

**C**

**call** 4:18
**called** 2:23
**calling** 7:14
**campaign** 2:10
**campaigns** 8:21
**can** 4:1,2,3,4
**can't** 6:7 7:9
**candidate** 7:16
**carrying** 3:20
**cause** 6:4
**censor** 5:13
**center** 3:12,13,15
**certainly** 8:10 9:15 10:21
**change** 9:21
**Chavez** 6:22
**circumstances** 8:10,17
**citizens** 6:4
**City** 2:22
**claims** 9:5
**clean** 7:24
**clear** 8:19
**climb** 5:14
**close** 5:22
**CNN** 7:5
**coast** 2:19
**come** 3:23 4:12 5:6 6:6
**comedians** 7:8
**coming** 3:21 9:3,6 10:24
**committee** 2:23 4:17
**computer** 6:16,23
**concern** 6:11 9:4
**concerned** 6:4 9:4
**confident** 6:8,18
**Congress** 4:17
**conspiracy** 7:10
**Constitution** 2:2
**constitutional** 5:18
**contesting** 2:16
**convenient** 8:13
**coordinated** 2:4
**corruption** 10:5
**could** 6:2,16 7:1 9:21
**counsel** 10:1,8,15
**count** 2:8
**counting** 6:14,15
**country** 2:13 8:4 9:14
**course** 4:2 7:3
**court** 2:20
**coverage** 4:16
**covered** 2:13
**critical** 9:14 11:1

**D**

**damning** 4:11
**David** 11:2
**day** 9:12 10:2
**days** 5:23
**DC** 4:10
**decades** 8:22
**decisions** 10:17
**deck** 9:13
**declare** 2:6
**defend** 2:2
**degree** 10:8
**demanding** 9:10
**Democrats** 7:6,14 8:21 9:1
**Department** 10:4,18
**detailing** 4:7
**determine** 2:8
**determined** 2:3
**did** 2:13 8:20
**didn't** 6:3,5
**difference** 6:15
**directly** 6:5
**disappointed** 10:3
**dissenting** 5:11
**do** 4:5 5:5 6:3 7:11,19 11:3

**doesn't** 4:18 5:10
**dollar** 10:2
**Dominion** 6:11 7:6
**don't** 2:10 3:12 5:3, 21 7:11 8:22 9:1,12 10:5 11:3
**donated** 8:21
**donating** 8:23
**done** 2:11 4:4
**dramatically** 9:22
**Durham** 10:4
**duty** 2:2

**E**

**each** 3:5,8
**earned** 11:3
**easily** 9:20
**either** 6:17 9:2
**election** 2:4,5,10,11, 17 3:1 4:13 6:16,18, 22 7:23,24 8:14 9:8, 11
**elections** 5:2,19 8:2
**electronic** 6:23
**Elizabeth** 7:7
**encouraged** 8:1
**end** 9:11
**enough** 5:19 6:19
**entrance** 3:11,14
**equation** 9:21
**even** 5:7,14,15 7:3,8
**ever** 5:2
**every** 3:8 8:14
**everyday** 5:5
**everyone** 2:14
**evidence** 2:20 4:21 5:3,12 10:6
**experienced** 2:24
**expert** 8:7,12,14
**explaining** 4:13
**external** 6:17
**eye** 5:22

**F**

**fact** 2:11 3:18 5:1

**factors** 6:18
**facts** 5:12
**fair** 6:24 8:2 9:8
**falsely** 5:13
**favor** 10:18
**few** 5:23
**fight** 2:16
**figure** 8:9,16
**Fitton** 4:10,15 5:9 6:13 7:16 8:4,24 9:4,15 10:3,14,23
**fix** 7:18
**fixed** 9:10,11
**Focus** 2:15
**folks** 3:1 7:7
**foot** 3:8
**for** 2:5,13 3:2,18 4:1,4,10,16 5:23 6:11 7:16,24 8:21 9:1,13,14 10:16,19
**former** 2:21
**forward** 2:16 4:13 5:6 6:6
**founded** 5:12
**fraud** 2:18,20 4:8 5:1 7:20 8:8,15
**free** 8:2 9:8
**from** 2:9,19 3:11,12, 14 4:8,9 6:17 9:3,7 10:16
**full** 3:6,8,21 9:18,19 10:19
**fundamentally** 4:20

**G**

**gave** 2:24
**ge-** 10:9
**gears** 9:23
**Georgia** 7:18,24 9:7 11:1
**get** 4:8 7:11 9:24 10:9
**Giuliani** 2:22
**give** 11:3
**gives** 10:8
**go** 9:13 10:18
**going** 2:12 3:19 7:17,18 9:15 10:10

**gonna** 10:22
**good** 5:9,19
**got** 2:10 6:4
**grind** 6:6
**guarantees** 10:9
**guess** 10:7

**H**

**had** 2:12 3:4 4:20 6:13,22 7:6 8:21
**Hamill** 2:14,15 4:6, 24 6:10 7:4 8:3,19 9:2,6,23 10:11,21, 24
**hand** 9:20
**handled** 6:8 10:5
**hands** 9:13
**happened** 7:2 9:9
**happens** 5:6 9:16,22
**happy** 10:7
**hard** 5:3
**has** 3:23 5:14,16,24 9:18 10:15
**have** 2:1 3:7,19 4:4, 9,17 5:4,5,11,18,21 6:6 7:20,22 8:22,24 9:7,19 10:4 11:3
**having** 6:15
**he** 2:23 5:15 7:14 8:21 10:14
**he's** 2:19 7:13 9:2,6 10:6
**head** 7:17
**hearings** 4:11 5:23
**Hello** 2:14
**here** 4:2 5:1 7:4 9:23 10:22
**higher** 2:2
**highlighted** 6:11
**hill** 5:14
**him** 10:7,15
**his** 2:16 6:10,11 7:13 8:23 9:4,5
**home** 9:12
**hoping** 7:23
**hours** 5:23
**House** 2:23

**how** 5:3,12 10:17
**hundreds** 4:6
**hybrid** 6:14

**I**

**I'M** 2:14 3:15 4:2 5:22 6:18 7:22 9:4 10:3,6
**idea** 4:9
**if** 2:7 5:11 7:12 9:19, 20
**illegal** 3:18
**in** 2:11,15,17,20,21 3:1,10,11,12,14 4:12,22 5:1,7,19,20 6:5,10,19,24 7:14, 23,24 8:1,9,15 9:7, 16,17,22 10:10,15, 18,24
**inaudible** 8:5,8
**independent** 5:18
**information** 4:12,18 10:15
**inside** 6:19
**instructed** 4:5
**intercepted** 7:21
**interesting** 6:21 9:16 10:17
**internally** 6:17
**into** 4:23
**investigating** 5:17 10:6
**investigation** 10:2
**investigations** 10:5
**involved** 6:5
**irregularities** 2:19
**is** 2:3,4,11,15 3:7,15, 20 4:14,18,19,20,24 5:2,10,13,14 6:7,19 7:18,23 8:1,5,6,12 9:7 10:2,18
**isn't** 10:10,18
**issue** 4:3
**it** 2:7,10,12 3:6,16 4:18 5:10,13 6:3 7:2,7,8,9,11,22,24 8:13,18 9:10,11,21 10:8,14,18,22 11:3, 4

**it's** 3:9 5:7 6:24 7:2, 19,21 8:17 9:14,15 10:11,12,17,21
**its** 7:18,19

**J**

**jail** 10:10
**January** 7:23 9:17
**Joe** 4:22
**joining** 4:9,11
**jokes** 7:8
**Judicial** 4:10 7:17
**just** 3:13 5:5 6:2 7:11 8:19 9:12 10:3
**justice** 10:4,17,19

**K**

**Keep** 3:1
**keeping** 5:22
**kept** 8:5,11
**kind** 5:2 6:1,13 7:8 10:11
**knew** 2:12 8:14
**know** 3:7,12,18 4:16 5:3,6 7:11,12,19 8:22 9:1 10:3

**L**

**label** 5:13
**laid** 2:18
**late** 10:2,12
**law** 4:21
**laws** 2:2
**leading** 2:5
**least** 5:17
**leave** 10:22
**left** 8:14 9:18
**leftist** 5:10
**legal** 9:5
**legislators** 5:16
**legislatures** 5:17
**less** 7:22
**like** 2:11 3:6 4:5 5:2 7:6,9,13 10:2,11,12
**likely** 7:20

**limit**  7:19
**Lin**  7:12 8:20,22
**little**  10:12
**local**  6:1
**Loeffler**  11:2
**long**  5:23
**Look**  8:24
**lose**  5:6
**lot**  3:13 5:5 9:8
**lying**  5:4 8:7,12

**M**

**machine**  6:2,14,15
**mail**  7:19 8:1,6,7,11, 13,14
**mainstream**  4:9
**major**  5:14
**make**  5:18 9:7
**making**  7:8
**manipulate**  6:20
**manipulated**  6:22 7:2
**many**  4:4
**mass**  2:20
**matter**  5:10,12 6:3 9:17,22
**Mayor**  2:22
**me**  4:9 6:4
**mean**  4:2 5:4 10:16
**Meantime**  2:21
**media**  4:9,18 5:10 7:8
**menace**  8:2
**mess**  6:7
**Michigan**  2:21,22
**mind**  3:1
**minute**  2:17
**miscounted**  7:21
**mix**  6:14
**month**  10:16
**months**  2:5,7
**more**  3:13 5:3 7:19, 20,22 8:8,14 9:4,19
**morning**  4:16
**most**  3:22 5:24
**motives**  7:13

**Mr**  10:4
**much**  4:11 5:3
**My**  2:9 7:18

**N**

**named**  6:23
**namely**  6:23
**narrative**  4:24 5:10
**nation**  2:17
**nature**  10:6
**need**  2:10 9:13,18
**needs**  9:10
**nefarious**  6:17
**networked**  6:15
**networks**  4:16
**never**  3:24 4:1
**new**  2:21 3:5 7:23
**news**  4:8,14
**next**  9:11,16,17 10:24
**night**  3:1 4:13,16
**no**  2:1 4:9 5:1,12 9:16,22 10:9
**not**  2:6,7 3:9 6:18 7:2,3,11 8:22 9:10 11:3
**nothing**  5:1
**November**  9:9
**now**  2:4 3:10 4:1,2, 6,9 7:9 8:5

**O**

**obligation**  5:18
**obtainable**  9:20
**October**  10:15
**of**  2:2,16,18,20 3:2, 5,8,9,10,11,14,19, 20,21,22 4:2,6,7,10, 14 5:2,3,8,11,15,19, 20 6:1,13,19 7:3,5, 8,9,17,22 8:5,9,11, 15 9:8,11,17 10:6, 11,19 11:1
**off**  7:10
**officials**  6:2 7:24
**on**  2:23,24 3:17,19 4:13,16,20 5:22

6:19 7:5,15 8:7,12, 20 9:8,9,13,20 10:1
**one**  4:14 5:2 6:6 10:18
**ones**  3:14
**opinion**  8:7,12
**opponent**  2:9
**opportunity**  7:23
**or**  3:9 5:7 6:6,17 7:16 8:23 9:19
**orbit**  5:7
**other**  7:7 9:20
**otherwise**  8:6,12
**our**  2:3,13 6:18 9:14
**out**  2:18 3:20,21 4:18 5:7,24 7:21 8:5,9,11,16,18,22
**outcome**  2:12
**outlook**  9:5
**over**  8:4
**Oversight**  2:23

**P**

**paper**  6:14
**past**  5:23 7:14 8:23
**Peach**  11:1
**penalty**  3:2 4:7
**people**  3:19 4:19 5:6,7 6:5 7:17,24 8:24 10:16,20
**Perdue**  11:2
**perhaps**  2:13
**perjury**  3:3 4:7
**person**  8:1
**personal**  2:24
**personally**  7:12
**pictures**  3:19,20
**place**  3:20,21
**platform**  5:15
**played**  7:4
**point**  4:17 5:9,11
**policy**  7:21
**political**  9:5
**politically**  8:13
**politicians**  6:2
**politics**  10:24

**potentially**  6:16
**powers**  5:15
**premature**  2:6
**present**  2:20
**presidency**  5:15
**president**  2:1,15,18, 21 4:10,20 5:14 6:10 9:17,20,21 10:19
**presidential**  2:5,17
**pressing**  2:15
**prior**  8:13
**probably**  10:8
**probe**  10:1
**process**  6:5 8:5,11, 17
**promising**  2:20
**protect**  2:3
**proven**  10:7
**pushing**  4:15
**put**  10:10
**puts**  4:22

**Q**

**question**  6:24 7:3 9:8
**questioning**  7:7,13
**questions**  7:5
**quickly**  9:24
**quite**  9:21

**R**

**races**  9:14
**rather**  7:22
**reached**  8:22
**reaction**  9:24
**really**  9:24
**rear**  3:11,14
**received**  3:24
**RECORDING**  2:1 11:2
**regular**  5:5
**remains**  9:21
**repeatedly**  2:7
**report**  8:20 10:9

**reported**  2:19
**reporting**  6:21
**Republicans**  7:15 9:1,12,13
**requested**  3:24 4:1
**restaurants**  5:8
**result**  4:22
**results**  2:9,16 6:22 7:1
**right**  4:20
**rights**  10:19
**Rudy**  2:22
**rules**  4:21
**run**  4:11
**runoffs**  11:1
**Russia**  10:1

**S**

**sadly**  2:13
**safest**  5:2
**said**  3:24 4:2 10:12
**say**  6:7 7:2,17,18
**secure**  6:19
**security**  6:19
**see**  3:22 4:19 5:1 9:2,6,16 10:5
**seeing**  8:4
**seemed**  6:3
**seige**  2:5
**select**  4:17
**Senate**  9:16,19,22 11:1
**Senator**  7:6
**senior**  10:6
**sent**  3:23
**seven**  3:7
**several**  2:23
**shady**  10:24
**shift**  9:23
**shipment**  3:5
**short**  10:2
**should**  2:6 7:18,22 8:1,18 9:12
**show**  7:5
**signed**  3:1
**similar**  7:1

similarly 7:2
Smartmatic 6:23 7:5
so 4:4,11,12 5:4,13 8:22 9:9,14 10:3
some 5:8 7:12
someone 6:19
speak 5:7
SPEAKER 3:4,18,22 11:2
special 10:1,8,15
speech 6:11
spoil 4:3
starting 3:16
state 5:16,20 11:1
states 2:3 4:23
statistic 5:4
stay 2:9 9:12
Steph 5:9 10:23
Stephanie 2:14 4:6,24 6:10 7:4 8:3,19 9:2,6,23 10:11,21,24
stood 5:24
sudden 7:9
sufficiently 8:5
suggesting 7:13 8:20 9:9,10
suggests 4:22
supported 7:13
suppress 5:13
sure 5:18,22 9:7
susceptible 7:20 8:8,15
suspect 6:16
swore 3:2
sworn 4:7
Syst 6:12
system 2:4 6:16 7:18
systems 6:20,23 7:1

T

table 3:8,17
tables 3:7,8
take 2:7
talking 3:15

TCF 3:11,12,15
tells 8:6,12
tend 10:18
terms 5:19,20 6:19 8:9,15
testified 2:22
than 2:2 3:13 7:22
Thank 10:22
thankfully 5:16 6:4
thanks 4:10 10:23
that 2:3,6,7 3:4,7,14,20,21,22,23 4:4,5,22,24 5:4 6:8,16,18,22 7:13,14,18,23 8:4,17,19,20 9:7,10,12 10:15
that's 5:9
the 2:2,3,5,8,9,12,16,17,18,20,22 3:2,11,12,13,14,15,17 4:3,4,8,14,18,19,21,22,24 5:2,4,7,8,10,14,15,20,23,24 6:1,5,11,19,20,21,22 7:3,5,8,12,14 8:4,5,7,11,12,14,18,20 9:11,16,18,19,20,21,22,24 10:1,4,16,17,19 11:1
their 2:24 4:8 8:21
them 11:4
then 4:3 7:6 9:1
theorist 7:10
there 3:13,18,19,20 4:6,24 9:7,8,9
there's 3:7 4:11 6:14
these 3:1,7 4:11,12,23 5:5,16,19,23 6:8 9:14 10:5,17
they 2:11,12,13,24 3:8,12,13,23,24 4:13,21 5:4,6,10,17 6:2,3 7:10,14 8:10,17 9:7,18,19 11:3
They'd 4:17
they'll 5:12
they're 7:17 9:9,10
They've 5:23
think 4:19 6:20 9:12,18

this 2:11 3:15 4:15,18,20 5:2,13,14,17 6:7,13 7:23 9:11,13,24 10:2,7
those 3:11 4:8 6:24
thought 6:2,20
thousands 3:9
threat 3:2
throw 8:18
thrown 7:21
time 3:22
times 4:4
titles 4:5
to 2:2,3,5,8,9,12,15,17,19,20 3:2,7,16,23 4:2,5,11,12,16,19 5:1,3,6,14,18,24 6:4,6,7,16,20,24 7:2,3,10,11,15,17,18,19,20,24 8:1,2,8,9,13,15,16,19,21,22 9:7,10,13,15,16,19,23,24 10:7,8,10,18 11:4
told 2:7,9 5:1
Tom 4:10,15 5:9 6:13 7:16 8:4,24 9:4,15 10:3,14,22,23
Trump 2:1,15 5:7 6:10 7:12 9:20
Trump's 2:21 10:19
truth 3:2

U

unchecked 8:9,15
under 2:4 3:2 4:7 8:10,16
unfortunate 10:21
United 2:3
up 2:5 7:24 10:24
upset 7:14
us 4:11 10:8
using 6:23 7:1

V

vans 3:20

Venezuela 6:24
verify 2:9
very 2:13 6:21 9:15
victory 2:6
video 7:4
view 5:11 7:18
virtually 8:8,15
vote 4:1,2,4 7:16,19,20 8:1,6,7,11,12,14,24 9:1,13 11:3
voted 8:21
voter 2:18 3:23 4:8 5:1
voters 5:21
voting 2:19 6:12 8:9,10,16,17,23

W

want 4:2,19 5:4 6:3 7:10,11 9:23
warned 2:6
Warren 7:7
was 2:9,12 3:6,8,13,16,18 4:5 5:1,20 6:7,21 7:7,14 8:8,9,14,15,16,20 9:8
Washington 4:9
Watch 4:10 7:17
way 4:22 6:6 9:2 10:4,18
we 2:5,6,10 3:4 4:20 5:1,4,21 6:7 7:4,6,19,22 8:17,18
we'll 10:9
we're 3:16 4:15 7:2 8:4 10:22
we've 2:10 6:4,13
weeks 2:7
weird 10:11,12
welcome 2:15 10:23
well 5:9,12 6:13 9:15 10:14,22
were 2:6,7,11 3:5,8,10,12,13,14 5:1,19 6:8 7:14 8:10,17
what 2:12,24 3:6 4:13 5:6,10,20,24 6:20,21 7:17 8:10,16,23 9:9,16,22
whatever 6:3
when 3:15,23 8:6,11,24
where 4:11 9:2,6
whether 5:7 6:24 7:1
which 2:4 4:19 5:2
who 2:24 4:8,12 5:5,6 6:2,5 7:7 8:6,9,11,16,20,24 9:17
who've 6:6
why 2:3
widespread 2:18 4:8
will 3:22 5:20 9:19
window 8:18
winner 2:8
with 2:16 5:15 10:3
withheld 10:16
witnessed 4:13
witnesses 2:23 4:12
won 4:23
Wood 7:12 8:20,22
would 2:7 4:15
write 7:10
wrong 10:7

Y

yeah 6:10,12 7:4 8:3,19 9:2,6,23 10:11,21
year 9:16,17
yesterday 7:5
York 2:22
you 2:10 3:6,22,23 4:3,4,16,17 5:11,24 7:9,10,12 8:6,11,12,24 10:3,22 11:3
you're 5:11 7:10,20 10:23
you've 5:22
your 7:11,20 9:24 11:3