# Exhibit 28A

Screenshot A



Exhibit 28A, *In Focus* (12/3/2020) at 01:33.

**Screenshot B**



Exhibit 28A, *In Focus* (12/3/2020) at 03:46.

**Screenshot C**



Exhibit 28A, *In Focus* (12/3/2020) at 05:51.