# Exhibit 29A

**Screenshot A**



Exhibit 29A, *News Room*, 9 AM (12/5/2020) at 01:55.

**Screenshot B**



Exhibit 29A, *News Room*, 9 AM (12/5/2020) at 02:14.

**Screenshot C**



Exhibit 29A, *News Room*, 9 AM (12/5/2020) at 02:33.

**Screenshot D**



Exhibit 29A, *News Room*, 9 AM (12/5/2020) at 03:20.

**Screenshot E**



Exhibit 29A, *News Room*, 9 AM (12/5/2020) at 03:33.

**Screenshot F**



Exhibit 29A, *News Room*, 9 AM (12/5/2020) at 04:57.