# Exhibit 30





    

# Chairman Of Smartmatic's Parent Company To Become President Of George Soros's 'Open Society Foundations'

Ad





FILE – In this June 21, 2019 file photo, George Soros, founder and chairman of the Open Society Foundations, looks before the Joseph A. Schumpeter award ceremony in Vienna, Austria. (AP Photo/Ronald Zak, File)

OAN Newsroom
UPDATED 7:14 AM PT – Monday, December 7, 2020

Billionaire George Soros has appointed the chairman of **Smartmatic** voting system's parent company as president of his far-left global organization.

Over the weekend, **Open Society Foundations** announced Lord Mark Malloch-Brown is set to take over the position next month.

> I applaud Patrick Gaspard's leadership of the Open Society Foundations in a world beset by illiberalism. Mark Malloch-Brown will be Open Society's new president. He is deeply familiar with its work and shares my vision of philanthropy. https://t.co/DdJk1z3Cq2
>
> — George Soros (@georgesoros) December 4, 2020

The move comes after Smartmatic sold voting technology to foreign-owned Dominion, which is the controversial software used to count votes in 24 U.S. states for the 2020 election.

Meanwhile, Smartmatic-tied Dominion voting service is facing backlash over what President Trump has described as instances of fraud in the 2020 elections.

"In one Michigan County as an example, that used Dominion Systems, they found that nearly 6,000 votes had been wrongly switched from Trump to Biden," stated the President. "And this is just the tip of the iceberg, this is what we caught."

Smartmatic has faced controversy in the past with allegations of rigging the 2013 election in Venezuela to favor socialist President Nicolas Maduro.

**RELATED:** Trump legal team to probe Mich. Dominion voting machines



Document title: Chairman of Smartmatic's parent company to become president of George Soros's 'Open Society Foundations' | One America New…
Capture URL: https://web.archive.org/web/20201207151700/https://www.oann.com/chairman-of-smartmatics-parent-company-to-become-president-of-george-soross-…
Capture timestamp (UTC): Wed, 27 Oct 2021 16:07:00 GMT
Page 2 of 6







Sports

Entertainment

## STORE

Shop

## TELEVISION

Schedule

Where to Watch

## COMPANY

About One America News Network

Affiliate Relations

Brand & ID

Press Kit

Careers

Contact

## TOPICS

2020 election  2020 Elections  2020 Presidential Election  Arizona  ballot stuffing
California  Chanel Rion  China  Congress  coronavirus  coronavirus lockdown  coronavirus pandemic
coronavirus relief  coronavirus vaccine  COVID-19  Dominion  Dominion Voting Systems  Donald Trump  ECONOMY

## TELEVISION

Schedule

Where to Watch

## COMPANY

About One America News Network

Affiliate Relations

Brand & ID

Press Kit

Careers

Contact

## TOPICS

2020 election  2020 Elections  2020 Presidential Election  Arizona ballot stuffing  California  Chanel Rion  China  Congress  coronavirus  coronavirus lockdown  coronavirus pandemic  coronavirus relief  coronavirus vaccine  COVID-19  Dominion  Dominion Voting Systems  Donald Trump  ECONOMY  election fraud  FDA  Georgia  GOP  Greta Wall  Jenna Ellis  Joe Biden  John Hines  mainstream media  Michigan  Moderna  New York  pandemic  Pearson Sharp  Pennsylvania  Pfizer  President Trump  Rudy Giuliani  senate  Trump Administration  Trump campaign  Trump Legal Team  voter fraud  voting fraud  Wisconsin  'Stay At Home' order

Document title: Chairman of Smartmatic's parent company to become president of George Soros's 'Open Society Foundations' | One America New…
Capture URL: https://web.archive.org/web/20201207151700/https://www.oann.com/chairman-of-smartmatics-parent-company-to-become-president-of-george-soross-…
Capture timestamp (UTC): Wed, 27 Oct 2021 16:07:00 GMT
Page 6 of 6