# Exhibit 31



Tweet

**One America News** ✔
@OANN

Chairman of Smartmatic's parent company to become president of George Soros's 'Open Society Foundations' - oann.com/chairman-of-sm... #OANN

3:16 PM · Dec 7, 2020 · Twitter Web App

**760** Retweets   **241** Quote Tweets   **1,941** Likes

**KEYBOARD-WARRIOR! MacLeod+Texan Apache. XR...** · Dec 7, 2020
Replying to @OANN
ugh

♡ 2

**Make free speech again.** @JoarceMiguel · Dec 7, 2020
Replying to @OANN
They don't even bother to hide anything anymore. Crooks.

1   ⟲ 1   ♡ 40

**al jones** @aljones1818 · Dec 7, 2020
Replying to @OANN
Nothing to see hear. Def not worth the @fbi to do their fn job.

♡ 8

**Don't hate, bake!** @BakeUGreatAgain · Dec 7, 2020
Replying to @OANN
#BAKINGNEWS Washington can't but WE 🇺🇸can...."We can Pecan Pie"
@Allrecipes
#BakeAmericaGreatAgain
#FLAKENEWS
3 eggs
1 cup dark corn syrup
1 cup sugar
2 tbl flour
1 tsp vanilla extract
1 ½ cups pecans
1 (9 inch) deep dish pie crust. 🥧See my main feed for full recipe

1   ⟲   ♡ 3

**Don't miss what's happening**
People on Twitter are the first to know.

Log in   Sign up



**Tweet**

♡ 1 ♥ 3

**Love Cornwall** 💙 @LelasMs · Dec 7, 2020
Yum yum 😋

💬 🔁 ♡ 1 ↥

**Dr. RGST** 🏴 @CulturalHistory · Dec 7, 2020
Replying to @OANN

youtube.com
OAN: Last Week Tonight with John Oliver (HBO)
One America News, or OAN, is a far-right news
network being embraced by President Trump at his...

💬 2 🔁 ♡ 1 ↥

**dao** @3nliven · Dec 7, 2020
Sooo, this story is TRUE but J.O. doesn't like OAN because they won't get in
the "bash Trump bandwagon" ... got it

👌🤡

💬 1 🔁 1 ♡ 2 ↥

**Haider Hussain P.Eng. TRUMP@2020** @HaiderH1838... · Dec 7, 2020
Replying to @OANN
A gang of criminals control America.

💬 4 🔁 ♡ 7 ↥

**Liberty** @GraysonLiberty · Dec 7, 2020
Replying to @OANN
Positioning for a global dictatorship system?
We are closer to this reality than not.

💬 🔁 ♡ 7 ↥

**Ready, Steady...** @5_4_3_GO · Dec 7, 2020
Replying to @OANN
Face of the Emperor of the First Order... Where's a Jedi when ya need one?

💬 1 🔁 ♡ 3 ↥

**AntonyThothlightworker** @Tonycmyk · Dec 7, 2020
Replying to @OANN
Nothing to see here omg

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up



Tweet

You got to make somebody the boogeyman so why not George!

**Álvaro S.Rosa** 🟢🟢 🇵🇭🇺🇸🇨🇱🇮🇱 ● @alvarosrgioro... · Dec 7, 2020
Replying to @OANN
#UrgentOperationStorm

**JM** @finalfor3wire · Dec 7, 2020
Replying to @OANN



**Daniel Dickie** @DanielDickie6 · Dec 7, 2020
Replying to @OANN
Why hasn't soros been arrested for being involved in all these countries
rigged elections?

💬 5     ↻ 3     ♡ 18

**johnny Ryall** @johnnyRyall11 · Dec 7, 2020
Because they have nothing. It's all smoke and mirrors like Hillary, Comey,
McCabe, etc. etc... Republicans like to push false facts or unprovable facts
just like liberals.

💬 2     ↻     ♡ 1

**NoobieTradez** @N00bieSkillz · Dec 7, 2020
It's not just the election. This man is implicated in so much shit. He funds
destabilization where ever it emerges. A literal sociopath. Worked with the
nazis against his OWN people and then bragged about it like it makes him a
survivor

**Don't miss what's happening**
People on Twitter are the first to know.

Log in     Sign up



**Tweet**

nazis against his own people and then bragged about it like it makes him a survivor

**Eric B. Fuller** @EricBFuller · Dec 7, 2020
Replying to @OANN
We need to close all that shit down

**Betsy** 🇺🇸 @Littleone619 · Dec 7, 2020
Replying to @OANN
Soros always pays back his gangsters!

♡ 2    ♡ 4

**Carla** @CMD366 · Dec 7, 2020
Replying to @OANN
"Radical leftist" George Soros was one of 400 b/millionaires to sign a letter to congress ASKING them to NOT lower taxes for the rich". Predator Trump gave him a tax cut that made him more wealthy!

♡ 1

**BIDEN LOST** @MikeWil59709865 · Dec 7, 2020
Replying to @OANN
That's for a job well done.

**Charles Floyd** @Charles98340956 · Dec 7, 2020
Replying to @OANN
Shocker they will all reap what they sow

♡ 1

**katinka** @katinka12542233 · Dec 7, 2020
Replying to @OANN
They need Biden to enter "Reset-Lumen-4th Revolution" to proceed with plans of global control which must have a "King"

♡ 1

**David Jakubowski** @dave_jako · Dec 7, 2020
Replying to @OANN
And what does tgec'Open Society Foundation' do? Who are the major contributors?

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up

Tweet

contributors:

**Rose Hyde** @RoseHyd16575908 · Dec 7, 2020
Replying to @OANN
All other networks are even afraid to mention Soros' name! What gives?

💬 1          ↻          ♡ 2          ⬆

**Leah Maxton** @LeahMaxton · Dec 7, 2020
Because it's a fake news conspiracy theory. These people don't tell real news

💬          ↻          ♡          ⬆

**Micky Dasenbrock** @DasenbrockMicky · Dec 7, 2020
Replying to @OANN
Anyone surprised?  Even better check where the last head of Open Society is headed.

💬          ↻          ♡          ⬆

**Elizabeth Archer** @LizCSR · Dec 7, 2020
Replying to @OANN
He's a deadbeat. Never paid me for my protesting 😂🤣😂🤣

💬          ↻          ♡          ⬆

**Diana Franklin** @YeshuamyMessiah · Dec 7, 2020
Replying to @OANN
Beloved, it's far beyond what we see! The Democratic Party & The Beast...
"Then I stood on the sand of the sea. And I saw a beast rising up out of the sea, having seven heads and ten horns, and on his horns ten crowns, and on his heads a blasphemous name. " Revelation 13:1

💬          ↻ 1          ♡ 3          ⬆

**Czabán Márton** @mczaban78 · Dec 7, 2020
Replying to @OANN
Oh, this fantastic ... fck

💬          ↻          ♡          ⬆

**风潇潇兮归途人（川普之泪滴）** @abc9861238 · Dec 7, 2020
Replying to @OANN
今天，川普各地起诉从县至洲到联邦最高法院提出的起诉程序，这过程如腐败汪洋中的小舟,人们的人性道德忠诚与腐败在小舟面前都是自动现形，将人性的善良与邪恶腐败的Barr人群区分。这是来自上帝的杰作"摩西分海Crossing the Red Sea"指引着人们走向勇敢善良正直。支持上帝选中的人川普，让美国再次伟大🇺🇸



**Don't miss what's happening**
People on Twitter are the first to know.

Log in     Sign up



## Tweet

Crossing the Red Sea"指引着人们走向勇敢善良正直。支持上帝选中的人川普，让美国再次伟大🇺🇸

💬          ♻          ♡ 3          ⬆

**I See You** @DivineComity · Dec 7, 2020          •••
Replying to @OANN
To them, the end justifies the means.

💬          ♻          ♡          ⬆

**Joe Foster** @joedfoster1 · Dec 7, 2020          •••
Replying to @OANN
Shocker

💬          ♻          ♡          ⬆

**Sabre** @Sabre31686865 · Dec 7, 2020          •••
Replying to @OANN
Is George Soros appt of Smartmatic's Malloch-Brown as the president of his Open Foundation,part of the start-up of the "Great Reset?" As we are being soothed & brainwashed by woke phrases such as "build back better", Patriots will "push back harder"against the woke &"Great Reset"

💬 1        ♻ 1        ♡ 5        ⬆

**Leah Maxton** @LeahMaxton · Dec 7, 2020          •••
You guys and your conspiracy theories are ridiculous, grow up!

💬          ♻          ♡          ⬆

**DelcoGal** @DelcoGal · Dec 7, 2020          •••
Replying to @OANN
Obviously a reward for a job well done. #StopTheSteal

💬          ♻          ♡ 1          ⬆

**fud** @14qmwoodyc · Dec 7, 2020          •••
Replying to @OANN
This is his reward for the job he did

💬          ♻          ♡          ⬆

**Jaroslaw "Jerry" Waszczuk** @Vashchook1980 · Dec 7, 2020          •••
Replying to @OANN and @__Sassafras_
Soro's business is going on  as usual for last 50 years .

💬          ♻          ♡          ⬆

**Ann Natale** @AnnNatale2 · Dec 7, 2020          •••

**Don't miss what's happening**
People on Twitter are the first to know.

Log in          Sign up



Tweet

**Ann Natale** @AnnNatale2 · Dec 7, 2020
Replying to @OANN
Figures

**Hard Core American** @Truepatriot81 · Dec 7, 2020
Replying to @OANN
Nice

**Tom Power** @TomPower3 · Dec 7, 2020
Replying to @OANN
He got caught

**V99** @V9947757005 · Dec 7, 2020
Replying to @OANN
This guy would already be arrested if we had a real DOJ, FBI.

**New York F🦊x in Fl🌞r🌴da** @NYFoxinFlorida · Dec 7, 2020
Replying to @OANN
Did George catch the 305 on time ?

**sarcasm is delicious** @SarcasmTasty · Dec 7, 2020
Replying to @OANN
Arrogant and flashy move. They're gloating.

**Will** @uwillsee73 · Dec 7, 2020
Replying to @OANN
Reward for the steal

**FAMWorldwide** @fam_worldwide · Dec 7, 2020
Replying to @OANN
That man looks like the devil

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up

Document title: One America News on Twitter: &quot;Chairman of Smartmatic's parent company to become president of George Soros's 'Open Society Foundations' -…
Capture URL: https://twitter.com/OANN/status/1335966457046257664
Capture timestamp (UTC): Tue, 26 Oct 2021 19:15:52 GMT

Tweet



**Brown Street James** @Brown_St_33 · Dec 7, 2020
Replying to @OANN
Must be his prize

This Tweet was deleted by the Tweet author. Learn more

**Leah Maxton** @LeahMaxton · Dec 7, 2020
Hahaha. There is no cheating, only fundraising.

**S&P 500 Past & Future 10yr** @Dark_Ages_2020 · Dec 7, 2020
Replying to @OANN

> 🌋 **S&P 500 Past & Future 10yr** @Dark_Ages_2020 · Dec 7, 2020
> Incredible ❗
> Most mailed ballots in Democratic strongholds of swing states were from Democratic voters ❗
> Trump hired DeJoy to destroy machines & change work rules to SLOW mail. USPS DEFIED court orders to deliver ballots ‼️
> Now trump says it's proof votes were rigged ‼️ That's TRUE
> twitter.com/realDonaldTrum...

**JD Brooks** @JDBrook43231195 · Dec 7, 2020
Replying to @OANN
Not a tin foil hat kinda guy, but the name of the dude? Spelling isn't the same, but they do love their symbolism.

**Some unlawful assembly required** @GJackKing1 · Dec 7, 2020
Replying to @OANN
It still amazes me that you all report stories that no one else ever reports.

**Monica BUITRAGO** @MonicaB58923768 · Dec 7, 2020
Replying to @OANN
Soros===!👿👿👿🐖🐖🐖🤡🤡🤡O.M.G🙏🙏🙏🙏

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up

Document title: One America News on Twitter: &quot;Chairman of Smartmatic's parent company to become president of George Soros's 'Open Society Foundations' -…
Capture URL: https://twitter.com/OANN/status/1335966457046257664
Capture timestamp (UTC): Tue, 26 Oct 2021 19:15:52 GMT

Tweet

Soros===!👿👿👿👿🌥🌥🌥🌥😱😱😱😱O.M.G🙏🙏🙏🙏🙏🙏

**Nico Nel** @NicoNel24 · Dec 7, 2020
Replying to @OANN
👹💥👎👎👎👹

**Dario** @Lacic79L · Dec 7, 2020
Replying to @OANN
Their goal has been to dissolve and "soften" sovereign countries & the pillars of their sovereignty & identity. To create divisions within them in order to replace national interests with the globalists' ones. In other words, it's a terrorist org. and must cease to exist as such.

**Joyace** @Joyace12438101 · Dec 7, 2020
Replying to @OANN
I he going to die or something?

**Miss Cellaneous** @Janice193832 · Dec 7, 2020
Replying to @OANN
Swamp creature

**Clay** @Clay08202198 · Dec 7, 2020
Replying to @OANN
Evil man

**Valentina Mihaylova President Elect II Cenerentolo** @.. · Dec 7, 2020
Replying to @OANN
High Treason.



**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up



Tweet

Bruce "the lil' guy" PNW Kind of Way 😄 @BruceWa... · Dec 7, 2020    ···
Replying to @OANN
Sounds like a conflict of interest

Jackie Miller Goggin @JMillerGoggin · Dec 7, 2020    ···
Replying to @OANN
Connected the
Dots to Treason !!

♡ 1

Mike Soubirous @MikeSoubirous · Dec 8, 2020    ···
Replying to @OANN
Amazing!

The Sportsman Llc @LlcSportsman · Dec 8, 2020    ···
Replying to @OANN
Yep

Tony Farelli @tofare · Dec 8, 2020    ···
Replying to @OANN
The Unraveling Begins.

youtube.com
The Unraveling Begins | Tim Sheets
Tim Sheets | Senior Pastor, Apostle, AuthorThe Oasis
Church, Middletown OhioWe appreciate your ...

Some unlawful assembly required @GJackKing1 · Dec 8, 2020    ···

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up



Tweet

**Some unlawful assembly required** @GJackKing1 · Dec 8, 2020
Replying to @OANN
This still hasn't happened.

**Helen Goodwin** @HelenGo711 · Dec 14, 2020
Replying to @OANN
This man needs to arrested!
♡ 1

**Baizuo....** @Paperbagguy · Dec 7, 2020
Replying to @OANN
#jobpromotion
♡ 1

**Madman1967** @Madman19672 · Dec 7, 2020
Replying to @OANN
Of course

## More Replies

**kdcnett** @kdcnett · Dec 7, 2020
Replying to @OANN
If we had a president, he'd be assisting in a smooth transition to his
successor, speaking about the honor of having served in our highest office,
denouncing any threats of violence, and telling people to wear masks and
behave responsibly in a pandemic.
But we have no president.
💬 10          ♡ 5

This Tweet is unavailable. Learn more

**kdcnett** @kdcnett · Dec 7, 2020
am a patriot hope you are to. Let's agree on this. All in for America,
Democracy and the Constitution. Any public servant that fails these tests
should be sacked

THEIR LIVES THEIR FORTUNES
AND THEIR SACRED HONOR.
IT WAS NO IDLE PLEDGE----

**Don't miss what's happening**
People on Twitter are the first to know.

Log in     Sign up



Tweet

AND THEIR SACRED HONOR.
IT WAS NO IDLE PLEDGE----
NINE SIGNERS DIED OF WOUNDS
DURING THE REVOLUTIONARY
WAR FIVE WERE CAPTURED OR
IMPRISONED, WIVES AND
CHILDREN WERE KILLED, JAILED,
MISTREATED OR LEFT PENNILESS.
TWELVE SIGNERS' HOUSES WERE
BURNED TO THE GROUND.
SEVENTEEN LOST EVERYTHING
THEY OWNED

♡ 1

**Cynthia Mattes** @MattesCynthia · Dec 7, 2020          · · ·
Replying to @OANN
They have no concern over displaying their obvious corruption.
I wonder why.

♡ 2

**Dr. Imarq-IT4U** @ruthitruthi · Dec 7, 2020          · · ·
Replying to @OANN
Bonus for fixing the 2020 election. This SHIT must be prosecuted

**LastPlace** @LastPla29338632 · Dec 7, 2020          · · ·
Replying to @OANN
Same one on Biden's transition team?

**Vicky L Schmitt** @VickySchmitt · Dec 7, 2020          · · ·
Replying to @OANN
Birds of a feather! May they rot in hell!

**Harold Joe New, III** @wwindteacher · Dec 7, 2020          · · ·
Replying to @OANN
And yet news media doesn't see proof of collaboration between the leftist
liberal Democrats and 'so-called' election integrity.

**Fire Rider** @cbwp23 · Dec 7, 2020          · · ·
Replying to @OANN

**Don't miss what's happening**
People on Twitter are the first to know.

Log in     Sign up

Tweet



**Fire Rider** @cbwp23 · Dec 7, 2020
Replying to @OANN
Cozening with impunity - Biden/Harris cabinet.

**Pam ela Ty** @PamelaT05354730 · Dec 7, 2020
Replying to @OANN
Stop these criminals!

**Francine Giarrusso** @FrancineGiarru4 · Dec 7, 2020
Replying to @OANN
Any doubt now about the fraud

**John Hancock** @CaptAmerica1787 · Dec 7, 2020
Replying to @OANN
In real-time...liberal elites' use of quid pro quo to actually steal a U.S. election. #Soros

**Michael** 👾🇺🇸 @Michael42983673 · Dec 7, 2020
Replying to @OANN
The good old standby of the White Right...blame the Jewish conspiracy. 🙄

**David H.** @libertytrader17 · Dec 7, 2020
Replying to @OANN
Fraud society if they support using voting machines to change election outcomes illegally.

**katinka** @katinka12542233 · Dec 7, 2020
Replying to @OANN
Sure, hasn't it all been obvious for some time that there is a global conspiracy ??? It's going to be a big job for one world government to function ( vaccine to numb and submit ???) its a perfect solution for Bill Gates and Soros and others. Just be alert and trust none of them

**Bryce Lein** @LeinBryce · Dec 7, 2020
Replying to @OANN

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up

Tweet



**Bryce Lein** @LeinBryce · Dec 7, 2020
Replying to @OANN
Awesome!!!!

**Jason Evans** @WordIsTru · Dec 7, 2020
Replying to @OANN
Why am I not surprised.....

**david mccloy** @davidmc26935487 · Dec 7, 2020
Replying to @OANN
This should be enough to change Mr Barr's mind.!!

**Elizabeth Archer** @LizCSR · Dec 7, 2020
Replying to @OANN

FOX NEWS channel — IS FOX NEWS NO LONGER PROVIDING THE LIES YOU CRAVE SO MUCH?

OAN — TUNE IN TO ONE AMERICA NEWS FOR GUARANTEED LIES ON A PRESIDENTIAL SCALE.

**Elizabeth Archer** @LizCSR · Dec 7, 2020
Replying to @OANN

ACCIDENT? SOROS?

**Don't miss what's happening**
People on Twitter are the first to know.

Log in     Sign up

Tweet



*Don't throw in the towel!*

**Tubthumper** @TimCarruthers2 · Dec 7, 2020
Replying to @OANN
Rewarded for doing a good job

**All Knowing** @AKnowing · Dec 7, 2020
Replying to @OANN
Soro's isn't even trying to hide it anymore.

♡ 1

**Mike Grieco** @mikeysfunplace · Dec 7, 2020
Replying to @OANN
They all should be in jail for election interference

**George Bailey** @GeorgeB30343727 · Dec 7, 2020
Replying to @OANN
Soros is a disease that is plaguing the United States.

**Patrick Norton** @Tao4mind123 · Dec 7, 2020
Replying to @OANN
Not sure who George Soros really is but the United States military protects him from multiple foreign indictments on terrorism funding and genocides. Then Bill Gates and Clinton foundation along with US taxes funded Wuhan bioweapons lab



HAND's UP DON"T SHOOT

**Don't miss what's happening**
People on Twitter are the first to know.

[ Log in ]   [ Sign up ]

Tweet



**Trooper Jones** @TrooperJones5 · Dec 7, 2020

Replying to @OANN

Soros is a global criminal that our governments are either in bed with, or afraid to confront. Either way, this monster deserves to be locked up! He is a facilitator of evil on humanity.



1

**Kevin Kelly** @KevinKe74615019 · Dec 7, 2020

He's the # 1 ringleader in destroying America and funding the following groups.
I approve of this video because I made it.
George Soros - "Puppet Master Of Evil And Destruction"
youtu.be/uZhBTvLfqwk via @YouTube

**Patrick Norton** @Tao4mind123 · Dec 7, 2020

Replying to @OANN

George Soros is over 90 years old and his son Alex makes the moves to destroy America and make a New World Order of peonage slaves. Funding of Antifa activists taking control of BLM movement to destroy small businesses so he can purchase for pennies

**Don't miss what's happening**
People on Twitter are the first to know.

Log in   Sign up

Tweet

destroy America and make a New World Order of peonage slaves. Funding of Antifa activists taking control of BLM movement to destroy small businesses so he can purchase for pennies



**Pooka Luck** @MuchLuck · Dec 7, 2020                                        ···
Replying to @OANN and @WinnaWinna2016
This guy would make America's top enemies list. Funny how the democrats work so well with and for him.

♡ 1

**Retired728** @retired728 · Dec 7, 2020                                        ···
Replying to @OANN
Soros the personification of criminality.

**Theodore Brayden** @BraydenTheodore · Dec 7, 2020                           ···
Replying to @OANN
George has worn out his welcome on this planet. Time to go.

**JOSE VIAL OCHAGAVIA** @PEPEVIAL · Dec 7, 2020                               ···
Replying to @OANN and @liexiou33
Este viejo es un demonio hijo de los mil CDSM  solo muerte y daño a traido al mundo
Financia en Chile Robolucion democratica de Jackson
Financia Antifas
Financio campaña de No en los 80

**Don't miss what's happening**    Log in    Sign up
People on Twitter are the first to know.

Tweet



Barbara Faciane @BarbaraFaciane · Dec 7, 2020
Replying to @OANN
I will pray for your soul!
♡ 1       ⟲       ♡       ⬆

Barbara Faciane @BarbaraFaciane · Dec 7, 2020
That is George Soros !
♡       ⟲       ♡       ⬆

Leah Maxton @LeahMaxton · Dec 7, 2020
Replying to @OANN
You guys are not responsible journalists. What I would call "flunkies."
♡       ⟲       ♡       ⬆

Laurie Brown @LaurieB40853021 · Dec 8, 2020
Replying to @OANN
PEOPLE
Are you paying attention
♡       ⟲       ♡       ⬆

Diana Steele @DLCSteele · Dec 8, 2020
Replying to @OANN
Send sorros to jail!
♡       ⟲       ♡       ⬆

Eleanor Faro @faro_eleanor · Dec 8, 2020
Replying to @OANN
Get out of our Country and America's Business.
♡       ⟲       ♡       ⬆

Eui @eui_says · Dec 8, 2020
Replying to @OANN
What happened to pledge of George Soros @georgesoros to invest a billion dollars into clean energy reported on news years ago? Do Soros think it was not profitable? And, why does Soros own Palantir stocks?

LBRDK    QQQ DHI

**Don't miss what's happening**
People on Twitter are the first to know.

Log in     Sign up



LisaMo @LisaMoMentor2 · Dec 7, 2020
Replying to @OANN
My Christmas wish is that George Soros spend his last days in a jail cell.

GregoryGoodBoy @GregoryGoodBoy · Dec 8, 2020
Replying to @OANN

motherjones.com
Perdue and Loeffler's well-timed stock trades give Georgia Democrats ...
"These are just bad people who you shouldn't be trusting."

**Don't miss what's happening**
People on Twitter are the first to know.

Log in       Sign up

Tweet



**GregoryGoodBoy** @GregoryGoodBoy · Dec 8, 2020
Replying to @OANN

motherjones.com
Perdue and Loeffler's well-timed stock trades give Georgia Democrats ...
"These are just bad people who you shouldn't be trusting."

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up