# Exhibit 32







## One America News Network ✓

@OneAmericaNewsNetwork · ⭐ 4.7 (10,579 reviews) ·
Broadcasting & Media Production Company

📌 Follow

Home   Videos   Photos   Live   More ▾            👍 Like    💬 Message   🔍   •••



One America News Network ✓
December 7, 2020 · 🌐

Chairman of Smartmatic's parent company to become president of George Soros's 'Open Society Foundations' - https://www.oann.com/chairman-of-smartmatics-parent.../ #OANN

OANN.COM






**One America News Network**

OANN.COM

**Chairman of Smartmatic's parent company to become president of George Soros's 'Open Society Foundations' | One America News Network**

😡😮👍 3.8K                    1K Comments  1.2K Shares

👍 Like          💬 Comment          ↗ Share

All Comments ▾

Write a comment...

**Susan Leonard**
And does no one see the connection here? WTH is going on? Soros needs to be put in jail and all his "followers" too!! POS

Like · Reply · 46w                                    💙 169

**Karen Adkins Lopez**
Susan Leonard Your sooo right. Isn't election meddling against the law?

Like · Reply · 46w                                    💙 8

**Jeff Stanton**
Karen Adkins Lopez Yes, it is. There's zero proof. too. LMAO You were actually OUTVOTED. LMAO



Like · Reply · 46w                                    💙😆 6

**Jeff Stanton**
Chandler Schultz

Like · Reply · 46w

**Jeff Stanton**

**One America News Network**   Follow   Like   Message



Like · Reply · 46w

**Jeff Stanton**
Chandler Schultz I know the difference between your and you're. LMAO

Like · Reply · 46w

**Cyndee Trainor**
Jeff Stanton Democrats are in on election fraud. Only a crackhead can't see that. They won't get away with it- ultimate voice will be Supreme Court of the United States- not liberal state supreme court activists.

Like · Reply · 46w                                                     2

**Jeff Stanton**
Chandler Schultz Yeah, don't take any blame. Kinda like Trump. LMAO

Like · Reply · 45w

Reply to Karen Adkins Lopez...

**Prudence Valvo Halbeisen**
Susan Leonard so true... had no doubt he's involved it Dominion and Smartmatic along with many others!

Like · Reply · 46w                                                     7

**Jeff Stanton**
Susan Leonard

I GOT RE-ELECTED     ME TOO

SO DID I

Like · Reply · 46w                                                     2

**Sarah Montana**
                                                     1
Like · Reply · 46w

**Nancy Steger**
Susan Leonard Soros started buying up secretaries of state and attorneys general all over the country after the Florida secretary of state called the 2000 Presidential election for Bush instead of Gore.

Like · Reply · 46w · Edited                                           1

**Carlene Clynes**
Susan Leonard theirs pictures of his kids with Hillary

Like · Reply · 46w                                                     1

**Jeff Stanton**
Carlene Clynes *There's Take an English class. LOL

Like · Reply · 46w

Document title: (1) One America News Network - Posts | Facebook
Capture URL: https://www.facebook.com/220198801458577/posts/chairman-of-smartmatics-parent-company-to-become-president-of-george-soross-…




**OAN** One America News Network    🚩 Follow    👍 Like    💬 Message    🔍 ...

Jeff Stanton
**Carlene Clynes** *There's Take an English class. LOL
Like · Reply · 46w

Carlene Clynes
**Jeff Stanton**
Like · Reply · 46w

Reply to Carlene Clynes...    😊 📷 GIF 🎟️

Tj Rome
**Susan Leonard** how do you kill a snake, cut it's head off. Then watch them panic and scatter like roaches.
Like · Reply · 46w

Reply to Susan Leonard...    😊 📷 GIF 🎟️

Lisa Duhn Lehman
Soros had to get something for the millions and millions of dollars he's put into the Democrat party, BLM and Antifa. He was rewarded with a man on the inside. This actual Nazi has a man in the US government.
Like · Reply · 46w    👍😮👎 28

Carmen Flurie
**Lisa Duhn Lehman** He has thousands. Politicians, bureaucrats, judges, DA's, you name it.
Like · Reply · 46w    👍 4

Lisa Duhn Lehman
**Carmen Flurie** true
Like · Reply · 46w

Andrew Brymer
**Lisa Duhn Lehman** he owns the swamp
Like · Reply · 46w    👍 6

Reply to Lisa Duhn Lehman...    😊 📷 GIF 🎟️

Terri Swanson
No trail to the election fraud there. . . News should just tell us what Joe Biden fed his dogs for breakfast
Like · Reply · 46w    👍😂 23

Lorraine Rudd
**Terri Swanson** I'm too torn to laugh, but that was a good one.
Like · Reply · 46w

Jeff Stanton
**Lorraine Rudd** Here's a good laugh. LMAO



✏️



**One America News Network**

Follow · Like · Message

---

Jeff Stanton
**Terri Swanson**

Like · Reply · 46w

**Terri Swanson** Jeff Stanton Did they all commit fraud too?

Like · Reply · 46w

**Benson Wills**
Terri Swanson hello Terri Your comments is very meaningful but I don't think we are friends here on Facebook. I actually sent you a request but eventually it didn't go through..
Please if you don't mind sending me a request so we can be friends .thanks ,looking forward for your friend request thanks .

Like · Reply · 46w

Reply to Terri Swanson...

**Colleen Walsh**
Hand in hand to steal an election. Globalist agenda.

Like · Reply · 46w    18

**Lorraine Rudd**
Colleen Walsh I don't think he has an agenda. He's a straight-up psychopath. He has no remorse and will never stop. He is comfortable sowing chaos. He can't build a thing, only tear things down. This must be tough for someone like our President who builds actual towers to live and work in, not towers of Babel like this old devil.

Like · Reply · 46w    1

Reply to Colleen Walsh...

**Patty Waugh Dunn**
This man needs to be booted out of our country, for good!!

33






One America News Network

**Follow**  **Like**  **Message**

**Patty Waugh Dunn**
This man needs to be booted out of our country, for good!!

Like · Reply · 46w                    👍 33

**Martin Verstraeten**
**Patty Waugh Dunn** 9 countries already did that

Like · Reply · 46w                    👍 2

**Marlene Holzberger**
**Martin Verstraeten** Well lets make it 10!

Like · Reply · 46w                    👍 4

**Jeff Stanton**
**Mark Harrison** You lost. Cry. LMAO



Like · Reply · 46w

**Jeff Stanton**
**Marlene Holzberger** When Trumpettes speak. LMAO

Like · Reply · 46w

**Jeff Stanton**
**Mark Harrison** You voted for Trump, so.....LMAO But I'M the pedophile? Here's THREE pedophiles.





Document title: (1) One America News Network - Posts | Facebook
Capture URL: https://www.facebook.com/220198801458577/posts/chairman-of-smartmatics-parent-company-to-become-president-of-george-soross-…
Capture timestamp (UTC): Tue, 26 Oct 2021 20:01:28 GMT






**One America News Network**

Follow · Like · Message



#Laff

Like · Reply · 46w

**Pa Ogilvy**
**Jeff Stanton** Yawn, you're just not very good at this troll thing are ya little jeffrey, now go back to soros troll school and pay attention to your instructors this time instead of playing with yourself...so boring jeffrey

GIF

Tenor

Like · Reply · 46w

Reply to Pa Ogilvy...

**Jeff Stanton**
**Steve Young** What I hear when Trump supporters cry...LMAO

SOROS

GIF

Tenor

Like · Reply · 46w                                    1



Document title: (1) One America News Network - Posts | Facebook
Capture URL: https://www.facebook.com/220198801458577/posts/chairman-of-smartmatics-parent-company-to-become-president-of-george-soross-…
Capture timestamp (UTC): Tue, 26 Oct 2021 20:01:28 GMT




One America News Network

Follow    Like    Message

Like · Reply · 46w

**Jeff Stanton**
Pa Ogilvy



Like · Reply · 46w

**Jeff Stanton**
Pa Ogilvy

Document title: (1) One America News Network - Posts | Facebook
Capture URL: https://www.facebook.com/220198801458577/posts/chairman-of-smartmatics-parent-company-to-become-president-of-george-soross-…
Capture timestamp (UTC): Tue, 26 Oct 2021 20:01:28 GMT



**One America News Network**

🔖 Follow      👍 Like      💬 Message



# You lost the game.

Tenor

Like · Reply · 46w

**Pa Ogilvy**
**Jeff Stanton** Poor little jeffrey, the little paid soros troll train that couldn't...it's good to see soros taking off the leash and employing the mentally challenged for troll duty, it keeps them from burning, looting, murdering, and tearing down mean inanimate statues, now run along little guy, your mom says your hot pockets are ready, and she's proud of her little keyboard warrior man

media.tenor.co

Like · Reply · 46w

**Jeff Stanton**
**Pa Ogilvy** Aw, Merry Christmas to you, too. You get a new President. Aren't you excited? LMAO

Like · Reply · 46w

Reply to Pa Ogilvy...          😊 📷 🖼 🎁

Reply to Steve Young...          😊 📷 🖼 🎁

**Sharon Lorentz Swanson Johnson**
This is tied to the Dominion machines!

Like · Reply · 46w    👍 1

**Jeff Stanton**
**Sharon Lorentz Swanson Johnson**

Document title: (1) One America News Network - Posts | Facebook
Capture URL: https://www.facebook.com/220198801458577/posts/chairman-of-smartmatics-parent-company-to-become-president-of-george-soross-…
Capture timestamp (UTC): Tue, 26 Oct 2021 20:01:28 GMT



Document title: (1) One America News Network - Posts | Facebook
Capture URL: https://www.facebook.com/220198801458577/posts/chairman-of-smartmatics-parent-company-to-become-president-of-george-soross-…
Capture timestamp (UTC): Tue, 26 Oct 2021 20:01:28 GMT



**Bonnie Ditto**
They destroyed a compound in Waco Texas because the people there believed differently but no one will touch Soros and his level of evil from destroying the whole country. Of course Germany thought Hitler was a great man too.

Like · Reply · 46w

**Tmont Smith**
Why does this old half dead communist keep trying to ruin America. Someone must have insulted him in his younger years so now he wants revenge. Has to have a hatred for America to keep trying for so long.

Like · Reply · 46w

**Jr Roadlander**
Why are people like this allowed to live in or do business in America when they're openly against us.
If he was in some other countries promoting a different way of life he'd be shot for it. Why are socialist even allowed in American government. Imagine AMERICA pushing there constitution in a Islamic country. This is AMERICA a enough is enough.
If we offend you get the hell out and don't let the door smack where the good Lord cracked you

Like · Reply · 46w                                                                        👍 5

**Jeff Baker**
thats because the guy who was running the society for Soros, resigned so he could be part of the Biden administration (labor sec).. They don't even hide things any longer since no one holds them accountable... sad..

Like · Reply · 46w                                                                        👍😮 26

**Jeff Stanton**
**Jeff Baker**

SO I TOLD THE COPS—DONT BE SO NICE!

Document title: (1) One America News Network - Posts | Facebook
Capture URL: https://www.facebook.com/220198801458577/posts/chairman-of-smartmatics-parent-company-to-become-president-of-george-soross-…
Capture timestamp (UTC): Tue, 26 Oct 2021 20:01:28 GMT




One America News Network

Follow   Like   Message



**Jeff Stanton**
**Jeff Baker**

Like · Reply · 46w

**Jeff Stanton**
**Jeff Baker** When you speak. LMAO

Like · Reply · 46w

**Bruce Chim**
**Jeff Baker** So much corruption, all for power and money! So many people with no morals or integrity.

Like · Reply · 46w                                          👍 1

**Jeff Stanton**
**Bruce Chim** You just described Trump perfectly. LOL

Like · Reply · 45w

**Jeff Stanton**
**Jeff Baker**

Document title: (1) One America News Network - Posts | Facebook
Capture URL: https://www.facebook.com/220198801458577/posts/chairman-of-smartmatics-parent-company-to-become-president-of-george-soross-…
Capture timestamp (UTC): Tue, 26 Oct 2021 20:01:28 GMT



**One America News Network**

Follow · Like · Message

Like · Reply · 45w

**Jeff Baker**
**Jeff Stanton** interesting. Seems to me this has been the reverse for guys like you the last 4 years since Trump won....

Like · Reply · 45w

Reply to Jeff Baker...

**Barbara L. Rodowsky**
Many in swamp are in bed with this evil old fart! Wouldnt you think our Justice Dept. would go after him? ASK YOURSELF WHY THEY HAVENT!

Like · Reply · 46w                                                101

**Doc Zwiggle**
so what exactly has he done to make you say that? Provide a link so we can all see.

Like · Reply · 46w

**Bill Toohey**
**Drew Walter** Troll! 10

Like · Reply · 46w

**Becky Ashby Craft**
He is evil and needs to be dealt with!

Like · Reply · 46w                          3

**Barbara L. Rodowsky**
**Drew Walter** Anyone with eyes to see and ears to hear knows this! It's not rocket science! Plenty of info out there if you want to know the truth. Some dont, but just follow blindly.

Like · Reply · 46w                                                3

**Kathy Sharp**
**Drew Walter** look it up! he is behind illegals in caravans swarming our borders ! and anything that is going to hurt Americans prosperity he is behind it ! including the dominion voting machines !

Like · Reply · 46w                                                6

**Jeff Stanton**
**Kathy Sharp**







Document title: (1) One America News Network - Posts | Facebook
Capture URL: https://www.facebook.com/220198801458577/posts/chairman-of-smartmatics-parent-company-to-become-president-of-george-soross-…
Capture timestamp (UTC): Tue, 26 Oct 2021 20:01:28 GMT



Document title: (1) One America News Network - Posts | Facebook
Capture URL: https://www.facebook.com/220198801458577/posts/chairman-of-smartmatics-parent-company-to-become-president-of-george-soross-…
Capture timestamp (UTC): Tue, 26 Oct 2021 20:01:28 GMT







**One America News Network**      📁 Follow      👍 Like      💬 Message      🔍      •••



Like · Reply · 46w · Edited                                        ▶ 3

**Jeff Stanton**
**Sandy Randall**

GIF

Tenor

Like · Reply · 46w

**Sarah Setcavage**
**Sandy Randall** deep state runs deep. 👀. I continue to hope Trump is
somehow doing something about all of this because enough is enough. 🙏

Like · Reply · 46w

Reply to Sandy Randall...                    😊 📷 GIF 🎁

**Lana Thore**
true

Like · Reply · 46w

**Jeff Stanton**
**Sarah Setcavage**

Like · Reply · 46w

**Ruthmary Hunt**
**Sarah Setcavage** WTF??? 👩🙍

Like · Reply · 46w

**Sarah Setcavage**
**Ruthmary Hunt** 🥴 Where does your confusion lie?? It was reported in the
news that Biden plans on hiring the outgoing president of Soros "foundation".
I'm not sure WTF you are confused about. 🙍





**One America News Network**

🔵 Follow    👍 Like    💬 Message    🔍    ···

**ELECTION RESULTS**
**TRUMP SUPPORTERS**

Like · Reply · 45w

💬 Reply to Vicki Nelson...    😊 📷 GIF 🎨

**Colleen Whalan Rowe**
He's not allowed in Hungary. If he returns he will face charges for crimes he's committed against the people. He is evil incarnate. Satans right hand man.

Like · Reply · 46w                                             ❤ 45

**Jeff Stanton**
**Colleen Whalan Rowe**



Like · Reply · 46w

**Colleen Whalan Rowe**
Jeff Stanton what a stupid cartoon. Doesn't even make sense.

Like · Reply · 46w                                             👍❤ 3

**Lana Thore**
true. he is not allowed in a few counties. people should do some homework on this man. the truth will come out, but will be too late for usa, as it not be here.

Like · Reply · 46w                                             👍 3

**Dan Verdick**
Colleen Whalan Rowe you understand he's not in Hungary anymore because the university he founded was too Western-freedom-based than the far-right govt wanted right?

Like · Reply · 46w                                             👍 1

**Colleen Whalan Rowe**
Dan Verdick I understand he is in New York. He is an evil Nazi sympathizer, had done a lot of damage to the Jews in WWII. Had no problem doing Hitlers work in eliminating the Jews. Even though he was born a Jew, fled his native country and hid his history. The son of Satan is not allowed in Hungary and if he returns he will be arrested, charged with his crimes and hopefully executed.

Like · Reply · 46w                                             👍 3

**Dan Verdick**

Document title: (1) One America News Network - Posts | Facebook
Capture URL: https://www.facebook.com/220198801458577/posts/chairman-of-smartmatics-parent-company-to-become-president-of-george-soross-…
Capture timestamp (UTC): Tue, 26 Oct 2021 20:01:28 GMT







One America News Network    **Follow**    👍 **Like**    💬 **Message**

reaps and reaps. He is the grim reaper.

Like · Reply · 46w                                              👍 3

**Colleen Greenling**
Donny Norton yep send the piece of crap packing

Like · Reply · 46w                                   👍😆 3

**Jeff Stanton**
Colleen Greenling Cry. Do it NOW. LMAO



**Colleen Greenling**
Jeff Stanton 🙌🙌🙌

Like · Reply · 46w

**Colleen Greenling**
Jeff Stanton you are part of the problem sheep

Like · Reply · 46w                                   ❤️ 1

**Colleen Greenling**
Jeff Stanton your also a bully like the rest of your loser party.

Like · Reply · 46w

**Jeff Stanton**
Colleen Greenling Happy to be your problem, too. You forgot a comma after problem. You can try to outvote us in 4 years. Better get used to us. We're going to be running the show for QUITE some time to come. 4 years of your mad fascist cult leader was MORE than enough. You should be thanking me.

Like · Reply · 46w

**Colleen Greenling**
Jeff Stanton yah talk about mob cult leader Pelosi ring a bell. I'm sure Your so proud. Your dem congress is repulsive and antiamerican. Just wait you got your wish. Now watch us get destroyed. But problem is. Trump is not going away even if he's not president. Kinda like the Obama Hillary show. But better. Boom

Like · Reply · 45w

Reply to Colleen Greenling...                    😊 📷 🎬 🎁

Jeff Stanton








One America News Network

Like · Reply · 46w

**Lucille McCoy**
**Jeff Stanton** what ever you say,

Like · Reply · 46w      😊❤️ 2

**Jeff Stanton**
**Lucille McCoy** Nice comeback. You have a new President. Try again in 4 years. LMAO

Like · Reply · 46w

Reply to Lucille McCoy...

**Jett Fletcher**
**Donny Norton**



Like · Reply · 46w      😠 1

Reply to Donny Norton...

**Edward Thomas**
now the paybacks begins. watch the Democratic party go full corruption because the voters for the dems do as there told. Sick

Like · Reply · 46w

**Deanna Mayhew**
Imagine if you will an "Open Society Foundation" that has to RIG and STEAL a presidential election in America in order to win...oops...I mean overthrow America...ha You and your minions WILL fail miserably!

Like · Reply · 46w      👍 4

**Jeff Stanton**



OAN  One America News Network

Follow    Like    Message



millions WILL fall miserably.

Like · Reply · 46w                                                          4

Jeff Stanton
Deanna Mayhew

ELECTION RESULTS
TRUMP SUPPORTERS

Like · Reply · 45w

Reply to Deanna Mayhew...

Nicole Hamrick
This man is pure evil. How has he been allowed so much control!

Like · Reply · 46w                                      9

Andrew Brymer
Nicole Hamrick ...MONEY

Like · Reply · 46w        2

Nicole Hamrick
Andrew Brymer yes I am aware that was my point p

Like · Reply · 46w

Lorraine Rudd
Money ... like billgates

Like · Reply · 46w        1

Nicole Hamrick
Lorraine Rudd yes I am aware that was my point

Like · Reply · 46w        1

Darlene Owen
Nicole Hamrick . hamrick money honey money. People sell there souls for money.

Like · Reply · 46w                                      2

Nicole Hamrick
Darlene Owen yes I am aware that was my point

Like · Reply · 46w

Reply to Nicole Hamrick...

Linda Paine
This is the face of evil. Hillary looks just like him!!!

Like · Reply · 46w        17

Lorraine Rudd
Linda Paine Hah! They do make that same pose





Document title: (1) One America News Network - Posts | Facebook
Capture URL: https://www.facebook.com/220198801458577/posts/chairman-of-smartmatics-parent-company-to-become-president-of-george-soross-…
Capture timestamp (UTC): Tue, 26 Oct 2021 20:01:28 GMT

right! 🤣🥺😊   ❤️❤️😡 10

Like · Reply · 46w

**Jeff Stanton**
**Nola Huckins McCauley** The only questionable thing is all the right-wing insane conspiracy theories. You folks are hilarious. LMAO



Like · Reply · 46w

**Jeff Stanton**
**Nola Huckins McCauley**

Like · Reply · 45w

**Nola Huckins McCauley**
**Jeff Stanton** find a different hobby. I have a right to my opinion so maybe grow up

Like · Reply · 45w



**One America News Network**

Follow   Like   Message

**Ann Bates** Spot on Ann!!

For the "Love of Money" is the Root of all Evil.

Like · Reply · 46w    1

**Doc Zwiggle**

Ann Bates so what exactly has he done to make you say that? Provide a link so we can all see.

Like · Reply · 46w

**Missie Barlow Samples**

Drew Walter do your own research, Drew..that's the only way for you to believe it for yourself

Like · Reply · 46w

**Ann Bates**

Drew Walter do your own research... spoon fed ignorance is the problem.

Like · Reply · 46w

Reply to Doc Zwiggle...

**Jeff Stanton**

Ann Bates You'll see this in Hell.



Tenor

Like · Reply · 46w

**Ann Bates**

Jeff Stanton Im soooo scared!!!!

Like · Reply · 46w






One America News Network    📅 Follow    👍 Like    💬 Message    🔍    ⋯



Donna Rowe-Berkeley

Like · Reply · 46w

Reply to Donna Rowe-Berkeley...

**Danny Drane**
Put them all in a prison so deep even daylight does not get to them
Like · Reply · 46w                                                    👍 1

**Gunter Stormer**
Uh Huh. There you have it! Smartmatic's machines Part of the Election Steal! Chairman getting rewarded for his part of Taking Down America!! Barb
Like · Reply · 46w                                          👍❤️😡 13

**Gerry Lamb**
Soon Soros will make his one and only contribution to America as he decomposes into a fossil fuel 🔋
Like · Reply · 46w                                                    👍 5

   **Jeff Stanton**
   Gerry Lamb Trump's bloated carcass will make more. Starting today, hopefully. LOL
   Like · Reply · 46w

   Reply to Gerry Lamb...

**Gary Martell**
I guess nobody in the FBI can see the coup that's taking place in the United States.
Like · Reply · 46w                                          👍😡😂 16

   **Lydia Michelle**
   Gary Martell. They can. I'm sure they're in on it!
   Like · Reply · 46w                                            👍 5

   **Geri Leonard**
   Gary Martell Money talks.
   Like · Reply · 46w                               👍 2

   **Lorraine Rudd**
   Gary Martell There's a small, committed core high up in the FBI that are in so deep they can't stop. But I think generally the agents are decent. This must make them sick.
   Like · Reply · 46w                                            👍 1

      **Donnie Gibbons**

Document title: (1) One America News Network - Posts | Facebook
Capture URL: https://www.facebook.com/220198801458577/posts/chairman-of-smartmatics-parent-company-to-become-president-of-george-soross-…
Capture timestamp (UTC): Tue, 26 Oct 2021 20:01:28 GMT



## One America News Network

[Follow]  [Like]  [Message]

sick.

Like · Reply · 46w                                                  👍 1

**Donnie Gibbons**
What Lorraine Rudd said.

Just like our False Prophet News Media, they have been Hijacked!

Otherwise, who else would cover up Hunters Hard drive for 8 months!?

Like · Reply · 46w · Edited                                         👍 1

**Jeff Stanton**
Gary Martell A coup? You mean you were crushed in a landslide. Now you're all caught up. LMAO

Like · Reply · 46w

**Gary Martell**
Jeff Stanton i sometimes wonder how someone could be as old as you and be so ignorant yet still be alive 🙄.

Like · Reply · 46w

**June Bug**
Gary Martell ...
F...f-cking
B...brainless
I.....idiots

Like · Reply · 46w

Reply to Gary Martell...                                  😊 📷 GIF 🎁

**Kay Barcelon**
Soros, a self-proclaimed god, has been trying to rewrite the bible for years. Now paying evangelicals to say that the great reset is a will of god, meaning him. don't be fooled. he will wipe you out like he did other countries.

Like · Reply · 46w                                                  👍 6

**Doc Zwiggle**
Kay Barcelon so what exactly has he done to make you say that? Provide a link so we can all see.

Like · Reply · 46w

**Jeff Stanton**
Kay Barcelon When Trumpettes speak....LMAO





OAN One America News Network    Follow    Like    Message

**Kay Barcelon**
Greetings from the Philippines! My vote doesn't count 🇵🇭
Like · Reply · 46w

Reply to Kay Barcelon...

**Jacqueline Wissink**
I challenge you to read this....shows where and how the fraudulent votes in America happened...Smartmatic sold to Dominion....you all know the results....big time fraud!!!
Like · Reply · 46w                                                    28

**Jeff Stanton**
Jacqueline Wissink



Like · Reply · 46w

Reply to Jacqueline Wissink...

**Debbie McGuire Zukas**
R we really surprised by this! He uses his wealth to obtain power. Open your eyes America
Like · Reply · 46w                                                    3

**CB Sewell**
Is it still a conspiracy theory when it's true?
Like · Reply · 46w                                                    17

**Detron Phillips**
CB Sewell until proven, YES! sadly they made "conspiracy theory" a negative phrase when it should not be one. it is no different than a hypothesis.
Conspiracy theorist is just a free thinker, or researcher.
Like · Reply · 46w                                                    4

**Sarah Setcavage**
The term conspiracy theory originated with the FBI trying to divert people's attention from Operation Mockingbird. Anytime the government or media is throwing the term conspiracy theory out there they are trying to hide something
Like · Reply · 46w                                                    2

Jeff Stanton



Document title: (1) One America News Network - Posts | Facebook
Capture URL: https://www.facebook.com/220198801458577/posts/chairman-of-smartmatics-parent-company-to-become-president-of-george-soross-...
Capture timestamp (UTC): Tue, 26 Oct 2021 20:01:28 GMT



**One America News Network**   Follow   Like   Message

Like · Reply · 46w

**Jack Ham**
**Russ Mcdonald**



Like · Reply · 46w

**Kim Rich**
**Russ Mcdonald** one that I know of in Arizona. Voter fraud an IT guy.

Like · Reply · 46w

Reply to Russ Mcdonald...

**Katie Houser**
Why isn't Soros in prison?

Like · Reply · 46w   5

**Doc Zwiggle**
**Katie Houser** so what exactly has he done to make you say that? Provide a link so we can all see.

Like · Reply · 46w

**Cyndee Trainor**
Drew Walter Start with paying attention to what's going on in this country, including who owns the media and who in media are married to top Democrats.

Like · Reply · 46w · Edited   2

**Paul Jonjevic**
Drew Walter because he meddles in countries affairs via his Open Society org. Just read the websites missions and you will see..... he funnels Money into democratic campaigns..... also meddling..... not illegal, but he is a foreign individual trying to force change in our country

Like · Reply · 46w · Edited

Reply to Doc Zwiggle...

Reply to Katie Houser...

**Joe Blanc**
Now there is an obituary I will enjoy reading...

Like · Reply · 46w   12

**Doc Zwiggle**
**Joe Blanc** so what exactly has he done to make you say that? Provide a link so we can all see.

Document title: (1) One America News Network - Posts | Facebook
Capture URL: https://www.facebook.com/220198801458577/posts/chairman-of-smartmatics-parent-company-to-become-president-of-george-soross-…
Capture timestamp (UTC): Tue, 26 Oct 2021 20:01:28 GMT

**OAN** One America News Network  [ Follow ]  [ 👍 Like ]  [ 💬 Message ]

Doc Zwiggle
**Joe Blanc** so what exactly has he done to make you say that? Provide a link so we can all see.

Like · Reply · 46w

Jeff Stanton
**Joe Blanc** Trump's for me. Hopefully today. His stripper wife would be a bonus. LOL

Like · Reply · 46w

Reply to Joe Blanc...  😊 📷 🖼 🎁

Billy Joe
I see. His gift for helping rig the election.

Like · **Reply** · 46w     👍 9

Jeff Stanton
**Bill Seymour**



Like · Reply · 45w

Reply to Billy Joe...  😊 📷 🖼 🎁

JC Weis
How is this dude not dead?
He's gotta be around 650yrs old now...

Like · **Reply** · 46w     👍 3

Donnie Gibbons
**JC Weis** some Q reports claim he died in July....but his evil policies still march on...along with his body doubles

Like · Reply · 46w     👍 1

JC Weis
**Donnie** - and his $$$ too.

Like · Reply · 46w     👍 1

Donnie Gibbons
**JC** yes unfortunately.

Let's hope the executive order written in 2018 about "foreign interference" in an election leads to great asset forfeiture!!!

Like · Reply · 46w     👍 1

Reply to Donnie Gibbons...  😊 📷 🖼 🎁





**One America News Network**

Follow    Like    Message



Tenor

Like · Reply · 46w

Reply to Carl Douglas Christian...

**Arthur Lang**
Explains the Domenion Smartmatic "GLITCHES" and Massive FRAUD, SAD and Pathetic that the DNC had to Resort to such Low Life tactics in an attempt to get Elected

Like · Reply · 46w

**Shawnee Ryan**
How old is he? Because... I mean, things could get better soon.

Like · Reply · 46w

**Anthony Bishop**
Why is this man still alive? Can anyone give me a reasonable answer ?

Like · Reply · 46w

**Nancy Hiss**
Why is he untouchable?

Like · Reply · 46w

**Corinne Streeter**
Where does that POS live? Someone should stop by for a visit.

Like · Reply · 46w

**Amy Wax-Humphrey**
Always being rewarded for being corrupt. Who has the stones to take these monsters down?

Like · Reply · 46w

**Mazie Demers Middleton**
Where are all our snipers? Asking for a friend.

Like · Reply · 46w

**Thomas Osborne**
When is this Lizard looking sack of skin gonna pass. this dude is evil as $hi+

Like · Reply · 46w

**Native Alaskan**
How does this dude not die? Ahh that's right, he's the devil 😈

Like · Reply · 46w

 **One America News Network**       🔲 Follow    👍 Like    💬 Message    🔍    •••

**Native Alaskan**
How does this dude not die? Ahh that's right, he's the devil 😈

Like · Reply · 46w

**Chip Auger**
He does't look long for the physical world...at least... Go into the light George....

Like · Reply · 46w

**Anthony Conkright**
Can we bring back burning at the stake just for him        👍 1

Like · Reply · 46w

**Any Saint-Martin**
Didn't this Soros guy die in July?

Like · Reply · 46w · Edited

**Patricia Graziano**
and that should tell you all you need to know!

Like · Reply · 46w

**Karen Adkins Lopez**
Well this says all you need to know about Dominion voting machines and the SmartMatic software. Anyone working for Soros is no doubt a communist too.

Like · Reply · 46w                                    👍😆 2

   **Jeff Stanton**
   **Karen Adkins Lopez** He paid me and my operatives to vote thousands of times in swing states. Nothing you can do about it but cry. LMAO

   Like · Reply · 46w

   Reply to Karen Adkins Lopez...        😊 📷 GIF 🎃

**Chuck Kalin**
If we had a legit FBI or CIA. SOROS WOULD HAVE DISAPPEARED ALREADY. AS WELL AS CORRUPT GOVERNMENT DEMS AND REPUBLICANS.

Like · Reply · 46w                                    👍😆 13

   **Jeff Stanton**
   **Chuck Kalin** You lost. This crying is like winning twice. LMAO



   Like · Reply · 46w

**OAN** One America News Network     📅 Follow     👍 Like     💬 Message     🔍   ⋯

Tenor

Like · Reply · 46w

**Chuck Kalin**
Oh, he will become banned from this country too...soon

Like · Reply · 46w · Edited

Reply to Chuck Kalin...     ☺ 📷 🎞 🎁

**Rene Paez**
Bring Down The Evil Empire....Put The Whole Bunch In Jail!!!!

Like · Reply · 46w     👍😡 2

**Jeff Stanton**
Rene Paez The NYC attorney general will...with TRUMP. LMAO

Like · Reply · 46w     👍 1

Reply to Rene Paez...     ☺ 📷 🎞 🎁

**Missy Snider**
Wow are all these people ready for the grave that are running things?

Like · Reply · 46w

**Ron Wood**
Next up for the communists is hiring the Bidens for their China chapter.

Like · Reply · 46w

**Mike Branham**
Nothing to see here - just a man being rewarded for his hard work💪

Like · Reply · 46w     👍 3

**Suzzette Hill McCarley**
Why is this not surprising?

Like · Reply · 46w

**Sharon A. Whitehead Smith**
Evil old man! Paying for a job well done.

Like · Reply · 46w     👍 2

**Jeff Stanton**
Sharon A. Whitehead Smith



Like · Reply · 46w

Document title: (1) One America News Network - Posts | Facebook
Capture URL: https://www.facebook.com/220198801458577/posts/chairman-of-smartmatics-parent-company-to-become-president-of-george-soross-…
Capture timestamp (UTC): Tue, 26 Oct 2021 20:01:28 GMT





OAN One America News Network

**Follow**   **Like**   **Message**

SO DID I

Like · Reply · 46w

**Sharon A. Whitehead Smith**
Jeff Stanton Yep, they're all in Soros hip pocket except President Trump.

Like · Reply · 46w

Reply to Sharon A. Whitehead Smith...

**Elaine Toth**
Evil, evil man whose money and various organizationshave created such massive
corruption for years!!!

Like · Reply · 46w

**Deborah Mallette**
Wouldn't want to be you at the pearly gates.

Like · Reply · 46w

**Angelique Marie**
Is anybody (really) surprised?

Like · Reply · 46w

**James Qualls**
Russia threw him out of their country why are we accepting him ?

Like · Reply · 46w

**Anja Anderson**
This was probably the position he was promised to ensure Biden's win

Like · Reply · 46w

**Hassan Fergany**
الرأي العالمي يشير بأن مؤسسة جورج سوروس تحمل طابع الفتنة وتصنع الاضطرابات وعدم
الاستقرار بين الدول . الفتنة أشد من القتل ..!

Like · Reply · See Translation · 46w

**Dustin Cashwell**
Will this old terrorist die already?

Like · Reply · 46w   2

**Roweena McClannahan**
Payment for a job well done...stolen election.

Like · Reply · 46w

**Kay James**
Why hasn't this fick caught covid? Hmmm

Like · Reply · 45w

**Marcia Harding**
GET HIM OUT OF OUR COUNTRY AND SEND HIS COHORTS WITH HIM!

Like · Reply · 46w

**Nancy James**
Destroyer of mankind and countries! Such vile hate! Trying to bring myself to pray for
him....

Like · Reply · 46w

Document title: (1) One America News Network - Posts | Facebook
Capture URL: https://www.facebook.com/220198801458577/posts/chairman-of-smartmatics-parent-company-to-become-president-of-george-soross-…
Capture timestamp (UTC): Tue, 26 Oct 2021 20:01:28 GMT

 

**One America News Network**

[Follow] [Like] [Message]

him....

Like · Reply · 46w

**Patt Hatt**
This GUY IS SATAN HIMSELF ! Want AMERICA 🇺🇸 DESTRUCTION! WAR CRIMINALS

Like · Reply · 46w · Edited                                    👍 1

**Sheila Guin**
Being rewarded for rigging a US election.

Like · Reply · 46w

**Randy Rogers**
Any questions? You just got the double "middle-digit"!

Like · Reply · 46w

**Tina Leonard**
There is special place in HELL for this evil POS!! I hope it is soon.

Like · Reply · 46w                                           ❤️ 1

**Nancy Ewing Phillips**
Most evil man in all the world

Like · Reply · 46w                    👍 1

**Kathy Dare**
Maybe Space x can send him on the next flight. Preferably to Mars.

Like · Reply · 46w

**Lance Byrns**
Out in the open for all to see. Brazen!

Like · Reply · 46w                         😆 1

**Jeff Stanton**
**Lance Byrns**



Like · Reply · 46w

**Lance Byrns**
**Jeff Stanton** that's a good one.
Like · Reply · 46w

Reply to Lance Byrns...                          ☺️ 📷 🖼️ 🎁

**Sally Turley**
I,m sick of looking at this useless piece of humanity on my social page ,Soros contributes nothing to society.

👍 1

Document title: (1) One America News Network - Posts | Facebook
Capture URL: https://www.facebook.com/220198801458577/posts/chairman-of-smartmatics-parent-company-to-become-president-of-george-soross-…
Capture timestamp (UTC): Tue, 26 Oct 2021 20:01:28 GMT



**OAN** One America News Network    **Follow**    **Like**    **Message**



Sally Turley
I,m sick of looking at this useless piece of humanity on my social page ,Soros contributes nothing to society.

Like · Reply · 46w · Edited                                          👍 1

Jeff Stanton
**Sally Turley** More than you ever will. LMAO

SOROS

GIF

Tenor

Like · Reply · 46w

Jeff Stanton
**Sally Turley**

ELECTION RESULTS

TRUMP SUPPORTERS

Like · Reply · 45w

Reply to Sally Turley...

Lorraine Jowett
Sounds like a reward for doing a good job of switching the votes for the outcome soros wanted.

Like · Reply · 46w

Diane Elliott
Fancy that. Right after fraud in our elections on dominion voting machines.

Like · Reply · 46w

Robert Schmidt
Must reward his soldier for his successful destruction of our election.

Like · Reply · 45w

Stephanie A Carpenter



One America News Network

Follow    Like    Message

Like · Reply · 45w

**Stephanie A Carpenter**
Hmmm, seems Facebook won't load the article, sends an "error message" 😡 Facebook censorship strikes again!

Like · Reply · 46w

**Ken Howard**
Evil demon...no prison for him...just death!

Like · Reply · 46w

**Evie Edwards Scott**
Another evil clone has joined his war on freedom.

Like · Reply · 46w

**Esther Vigil Runion**
This pos evil demon needs to be put away. Removed from our country

Like · Reply · 46w

**Annette Maviglia Fuentes**
Firing squad for all of the treasonous bunch of them!

Like · Reply · 46w

**Sandra Jones**
Well that kinda says it all, doesn't it!! Evil!!

Like · Reply · 46w

**Deb Allard**
get this evil man out of america !

Like · Reply · 46w

**David Wedemeyer**
The evil protects their own

Like · Reply · 46w

**Mark Polidore**
George, not looking too good. Hope you are right with your maker.

Like · Reply · 46w

**Jacob Coplenas**
The man with power and lots of DeepState friends. #Followthemoney

Like · Reply · 46w

**Telfair Ryder**
Read Kamala's husband is also associated with Smartmatic

Like · Reply · 46w

**Quiana Bradshaw**
Throw his evil butt in prison or hang him!

Like · Reply · 46w

**Berny Granados**
Bad man ... Fight for truth americans 🇺🇸

Like · Reply · 46w

**Kathy Paesano**
He hates America! Trying to destroy us and everything we were founded on!!! 🇺🇸🇺🇸🇺🇸🇺🇸





**One America News Network**  📁 Follow  👍 Like  💬 Message

**Kathy Paesano**
He hates America!! Trying to destroy us and everything we were founded on!!! 🇺🇸🇺🇸🇺🇸
🇺🇸🇺🇸🇺🇸

Like · Reply · 46w

**Robert McDonough**
I'll bet he's as beautiful on the inside as he is on the outside.

Like · Reply · 46w

**Tania Gallucci**
This is the same guy that is behind covid!!

Like · Reply · 46w

**S.J. Briddon**
What an absolute shower.

Like · Reply · 46w

**Lois Lang**
Doug says. Jewish Nazi who turned in his own people to rob them and become rich.

Like · Reply · 46w

**Dee Lowe**
DEFUND the open society foundation.

Like · Reply · 46w

**Cathy Miller McGinness**
It's musical chairs the President of Soros' Open Society resigns to enter Biden's
administration and the Chairman of the cheating Voting machine company Smartmatic
moves into the president of Open Society Foundation. Biden is not a legitimate President!
They cheated and they must be prosecuted for everything that they did. That includes all
those cheating poll worker (women mostly) that did all the dirty work for Soros. Put them
all in jail for at least 20 years each!

Like · Reply · 46w · Edited

**Sharon Regan**
Payment for a job well done?

Like · Reply · 46w

**Ben Galbraith**
That is the face of EVIL

Like · Reply · 46w

**Chris Powers Higgins**
Not surprised at all

Like · Reply · 46w

**Paulette Piotrowski**
Only the good die young😢

Like · Reply · 46w

**Carlene Clynes**
Hillary and him know each other very well !! looked him up and seen pictures of her with
his kids.

Like · Reply · 46w





One America News Network

**Follow**    **Like**    **Message**



**Katherine DeBari**
Nothing to see here! Yeah, my a**.

Like · Reply · 46w

**Sally Turley**
Does anyone have Soros address ,asking for a friend ?I think they want to send him a Christmas card . 😊

Like · Reply · 46w · Edited

**Bruce Chim**
Get rid of anything to do with Soros!

Like · Reply · 46w

**Pisong Hopia**
The devil is making this man live longer.

Like · Reply · 46w

**Judi Angel**
Its so fucking blatant and spiteful...what theyre doing!!!

Like · Reply · 46w

**Daniel Staggers**
Makes sense to reward him, he did risk over 30 years in prison.

Like · Reply · 46w

**Dahl N Lanu Masiasomua**
That's the guarantee of the fraud machines

Like · Reply · 46w

**Zoltan Zolee Zee**
FIGHT FOR YOUR FREEDOM!!! REVOLUTION IS THE ANSWER!!! FCK THE $YSTEM

Like · Reply · 46w

**Marion Dimond**
Swamp headquarters.

Like · Reply · 46w

**Lori Otto**
This man is the devil incarnate...

Like · Reply · 46w

**Paula Wells Hinkson**
If there was ever anyone who NEEDED to die, it's him.

Like · Reply · 46w

**Wanda Turnbaugh**
That old man needs to go set in his chair and pet his dog and read a book

Like · Reply · 43w

**Frank Dangelo**
How is this man still walking The Earth The man is pure evil

Like · Reply · 46w                    👍 1

**Pi Guy**
How much more obvious can it get...

Like · Reply · 46w

Document title: (1) One America News Network - Posts | Facebook
Capture URL: https://www.facebook.com/220198801458577/posts/chairman-of-smartmatics-parent-company-to-become-president-of-george-soross-…
Capture timestamp (UTC): Tue, 26 Oct 2021 20:01:28 GMT                    Page 51 of 82

 **One America News Network**   **📅 Follow**   **👍 Like**   **💬 Message**



**Pi Guy**
How much more obvious can it get...

Like · Reply · 46w

**Mike Rohmann**
this @#$%wad needs to stopped...he's a evil and disgusting pig !!

Like · Reply · 46w

**Veronique Mendoza**
Why can he just go where he belongs???! And i dont mean up.

Like · Reply · 46w

**SumrNyte Di**
This filth needs to take a dirt nap.

Like · Reply · 46w

**Jay Vaughn**
Not hiding much anymore are they 😂

Like · Reply · 46w

**Gladys Marie**
"...and they all fall down..."

Like · Reply · 46w

**Tony-Barb Clark**
Now? Why would an owner of a business, NOT name his Son to take it over? UNLESS they cant! Giving up control of your own business is very personal. and diminishes. your control of what happens..

Like · Reply · 46w

**Christy Castillo**
Things that make you go hmmmmm.....

Like · Reply · 46w      👍 2

**Steve Cremers**
Take Soros to jail and hand his money out to the American people. Biggest stimulus ever.

Like · Reply · 46w      👍 1

**Tina Vilches**
Of course! The devil's Club.

Like · Reply · 46w

**Jason Scofield**
Nothing to see here. Lol

Like · Reply · 46w

**Denise Spencer**
Who controls our voting systems
ES&S, the nations largest voting system, was founded by Todd and Bob Urosevich, originally under the name Data Mark.
The Urosevich brothers obtained financing from the Ahmanson family, who took a 68 percent controlling interest. That was than sold to the Mcarthy group of Amerincan Information systems that Chuck Hagel a republican senator is chairman of. That's who controls our nations largest voting system.

Like · Reply · 46w      👍❤️😮 3

**Michael Benson**



**One America News Network**   Follow   Like   Message

**Michael Benson**
If you support George Soros, you might be a Nazi!

Like · Reply · 46w

**Peter Quinn**
They don't even hide the corruption anymore.

Like · Reply · 46w

**Betsy Coffey**
God is in control, his hand of justice is coming soon and it will be Biblical!

Like · Reply · 46w

**Lydia Michelle**
**Betsy Coffey.** I can't wait!! Praying and praying.

Like · Reply · 46w

Reply to Betsy Coffey...

**Armen Ghazarian**
One American news seems to be the only media outlet that has the balls to mention this scumbags name.

Like · Reply · 46w

**Doc Zwiggle**
**Armen Ghazarian** so what exactly has he done to make you say that? Provide a link so we can all see.

Like · Reply · 46w

Reply to Armen Ghazarian...

**Ron Tucker**
Wish this guy would choke on his own puke. The scumbag

Like · Reply · 45w

**Han Yu Ming**
George Soros - A member of the evil Club 300 Illuminati!

Like · Reply · 46w

**Shane Hamilton**
He is one brazen son of a bitch. Wish he didn't control Republicans too.

Like · Reply · 46w

**Theresa Dumont**
Adonijah will be thrown down

Like · Reply · 46w

**Deauxd Emuan**
George Soros promotes global fascism.

Like · Reply · 46w

**Kenny Wolford**
Croak already you old wind bag..!!!

Like · Reply · 46w


One America News Network    **Follow**    **Like**    **Message**

**Kenny Wolford**
Croak already you old wind bag..!!!

Like · Reply · 46w

**George Peterson**
Any doubts NOW?

Like · Reply · 46w

**Birgit Krumnack**
Es ist nicht nur Soros der hier falsch spielt dazu gehören auch Bill Gates, Sharp und
Rotschild, die Medien und Tec Unternehmen die haben in Davos mit Europa eine neue
Weltordnung beschlossen.Die ganze Pandemie ist geplant. Die machen big Deals und
wollen Trump stürzen. Holt euch Information über Prof Bagdhi, Dr Füllmich und andere
Experten
alleine Bill Gates will die Weltbevölkerung dezimieren. Der Coronatest ist falsch. Alles eine
grosse Lüge auf alles aufgebaut ist auch hier in Deutschland.Die nehmen unsere
Freiheit.Rotschild hat schon vor langer Zeit ein Patent für den Test
https://www.facebook.com/100002263182250/posts/3611336335618437/
Holt euch Information

Like · Reply · See Translation · 46w

**Greg Beima**
Hope he slips and falls like Joe did. Getting old you bad man.

Like · Reply · 46w

**Robert Whitchard**
That man has demons!

Like · Reply · 46w    👍 1

**Tony Larry**
Why is it these old, dusty cronies live so damn long?!

Like · Reply · 46w

**Jana Z Prahy**
Senator Palpatine strikes again ...


media1.tenor.co

Like · Reply · 46w    👍 1

**Harold Gretchen Stinnett**
The plague on this land since Hitler.

Like · Reply · 46w

**James Kirschhoffer**
We have a 2nd amendment ya know........

Like · Reply · 46w

**Pam Howell**
Mr Soros, one day You Will Meet Your Maker, the Final Righteous Judge and He will give



**OAN** One America News Network     Follow     Like     Message

Like · Reply · 46w

**Pam Howell**
Mr Soros, one day You Will Meet Your Maker, the Final Righteous Judge and He will give
You your final judgement!

Like · Reply · 46w

**Beth Knuth**
I hope we get to pick the execution style for soros                          👍 1

Like · Reply · 46w

**Sissy Michelle**
They aren't even hiding it anymore

Like · Reply · 46w

**Bev Sullivan**
Somebody tell this dried up commie his tower will fall.

Like · Reply · 46w

**Larry Anderson**
satan is alive and well and hes found a human to live inside, drop dead you evil being

Like · Reply · 46w

**Kimmy Dunaway**
Stripped off his citizenship.

Like · Reply · 46w

**Awnair Mikhael**
Is that MF still alive ?

Like · Reply · 46w

**Mick Richter**
Tick tock Georgie.........time waits for no one.............



GIF

GIPHY

Like · Reply · 46w

**Cici Pop**
That old bastard is like an old timex....just keeps on ticking

Like · Reply · 46w

**Shaun Hawk**
Time to bring this man down!!

 **One America News Network**  Follow  Like  Message

**Shaun Hawk**
Time to bring this man down!!

Like · Reply · 46w

**Paula F. Carlson**
When is he going to a nursing home ?!

Like · Reply · 46w

**Merrilee Troy**
The only reason George Soros is still alive is because he has the devil in his back pocket. Well in all his pockets for that matter.

Like · Reply · 46w

**Keenan Camp**
Ah, the classic Soros Conspiracy. Y'all are bringing out the classic crazy hits.

Like · Reply · 46w

**Mike Combs**
The fact that Trump hasn't had the military arrest Soros and confiscate his assets is insane to me..

Like · Reply · 46w                                          👍 7

> **James Eccleston**
> **Mike Combs** hell the top military brass lied to trump about the troop numbers for 4 years. Hello.. anyone paying attention the past 4 years.
>
> Like · Reply · 46w                                    👍 1
>
> Reply to Mike Combs...                    😊 📷 GIF 🙂

**Paul Windham**
George Soros's made his money off the precious Jewels of the Jews before their death with the Nazis! FYI

Like · Reply · 46w

**Merrilee Troy**
Isn't there a old folks home waiting for him?

Like · Reply · 46w

**Sharon Thompson**
why hasn't this guy been put out of his misery yet?

Like · Reply · 46w

**Rich VanOrsdal**
Bring home our troops. They're needed at home.



Like · Reply · 46w

**Douglas Avnet**
Breaking News: Georgia officials said they would recertify the state's election results after a second recount confirmed Joe Biden's victory there.






OAN One America News Network    Follow    Like    Message

-Joe Biden

**Rob Bozine**
They spit and rub it in our faces !!! THIS IS WAR !!!

Like · Reply · 46w

**Jay Roberts**
What are the chances.....right in our face. The devil is right here for us to see.



2020 / 666 = 3.0330

*Text* VOTE
to 30330

BIDEN
HARRIS

Like · Reply · 46w

**Bianca Earp Jones**

WORLD IS WAKING UP

TO THE HORRORS OF GEORGE SOROS

Like · Reply · 46w

    **Doc Zwiggle**
    **Bianca Earp Jones** so what exactly has he done to make you say that? Provide a link
    so we can all see.

    Like · Reply · 46w

    Reply to Bianca Earp Jones...        😊 📷 🎨 🎁

**Steve Sneed**

FACE OF THE
DEMOCRAT PARTY

Like · Reply · 46w

    **Doc Zwiggle**
    **Steve Sneed** so what exactly has he done to make you say that? Provide a link so we
    can all see.

Document title: (1) One America News Network - Posts | Facebook
Capture URL: https://www.facebook.com/220198801458577/posts/chairman-of-smartmatics-parent-company-to-become-president-of-george-soross-…
Capture timestamp (UTC): Tue, 26 Oct 2021 20:01:28 GMT



 

One America News Network

Follow    Like    Message

Alexander Soros

Like · Reply · 46w

**David Ewing**
45 DAYS, trump loses AGAIN and AGAIN and AGAIN
https://www.nytimes.com/.../2020/12/07/us/joe-biden-trump...

NYTIMES.COM
Biden Transition Live Updates: Georgia to Re-Certify Its Results
After 2nd Recount Affirmed Biden's Victory

Like · Reply · 46w

**Chris Arnold**
Payment for awrvices rendered

Like · Reply · 46w

**Jim Hyde**
Remember too that Chelsea Clinton is married to soros nephew ,they're all in it together

Like · Reply · 46w

**Randy Wasniski**
If Trump was a real billionaire he would be just as influential as Soros.

Like · Reply · 46w

**Darlene Owen**
Soros. Malloch- Brown are Nazi's, terrorist, communist that work for the devil. Pure evil.

Like · Reply · 46w

**Linda M Robertson**
OPEN SOCIETY THATS A JOKE...COMMUNIST SOCIETY TRYING TO TAKE CONTROL OF
AMERICA.

Like · Reply · 46w

**Wendell Long**
Best to do is remove him and his son permanently.

Like · Reply · 46w

**Jack Ham**



Like · Reply · 46w

**Jack Ham**



**One America News Network**



Like · Reply · 46w

**Jack Ham**

Like · Reply · 46w

**Jack Ham**

Like · Reply · 46w

**Jack Ham**

Like · Reply · 46w

**Sherri Thomas**
Take him to the Gallo's and his son!!!

Like · Reply · 46w

**Laurel Wiltsey Martin**
Alan Fountain, so I've heard Soro's is dead and his kids are running the show, what have you got on that lately?

Like · Reply · 46w

**Colleen Greenling**
Who cares what's happening with that scumbag

Like · Reply · 46w

Document title: (1) One America News Network - Posts | Facebook
Capture URL: https://www.facebook.com/220198801458577/posts/chairman-of-smartmatics-parent-company-to-become-president-of-george-soross-…
Capture timestamp (UTC): Tue, 26 Oct 2021 20:01:28 GMT




One America News Network

[+ Follow]   [👍 Like]   [💬 Message]



**Colleen Greenling**
Who cares what's happening with that scumbag

Like · Reply · 46w

**Tee Jay**
Must take alot of adrenachrome ta keep that demon goin!

Like · Reply · 46w · Edited

**Terry Rawls**
When is this old fart going to die

Like · Reply · 46w

**Anne Charles**
Un être ecoeurant vil horrible a pendre

Like · Reply · See Translation · 46w

**Liam Moran**

2016: Lock Hillary up!
2020: Lock Biden up!
2021: We need pardons!

Like · Reply · 46w

**Jeff Dobbin**

FACEBOOK AND TWITTER ARE COMING UNDER FIRE FOR THEIR FAKE FACT CHECKS, BLOCKING AND REMOVING OF POSTS, AND INFORMATION DURING THE ELECTION. WE CREATED IDOBBINATE AS A PLATFORM FOR FREE SPEECH AND INFORMATION...CHECK US OUT
WWW.IDOBBINATE.COM

Like · Reply · 46w

**Donna Rn**
WELL HE GOT A NICE PAY OFF FOR HELPING SOROS STEAL OUR ELECTION ! . NOW DIDN'T HE !

Like · Reply · 46w · Edited

**Martin Verstraeten**
When this guy dies , it will become a celebration in history

Like · Reply · 46w                                    👍 1

**Billy Joe**
Martin Verstraeten We'll see how long andrenochrome can keep him alive just like all the other 90 something year old globalists.



**OAN** One America News Network    **Follow**    **Like**    **Message**



Billy Joe
**Martin Verstraeten** We'll see how long andrenochrome can keep him alive just like all the other 90 something year old globalists.

Like · Reply · 46w                                                                    3

Reply to Martin Verstraeten...

Darren Gappa
He's the money man behind everything bad happening in our country in the past year. He's an evil scumbag if there ever was one. https://humansarefree.com/.../america-is-under-attack-by...

HUMANSAREFREE.COM
America is Under Attack by 187 Groups Funded by George Soros - Humans Are Free

Like · Reply · 46w · Edited

Marc Dale
Poor red hat CULT is just butt hurt over Lord God donny losing

Like · Reply · 46w

Roger Coffman Jr
Adolf Hitler would be so proud of his little Nazi minion Soros!

Like · Reply · 46w

Brett Rains

Antifa looks like the random people Batman always beats up

Like · Reply · 46w

Brett Rains

"We put together I think the most extensive and inclusive voter fraud organization in the history of American politics."

-Joe Biden

 **One America News Network**   Follow   Like   Message

-Joe Biden

Like · Reply · 46w

**Brett Rains**



Like · Reply · 46w

**Sue Butts**
Why is Soros still walking around????

Like · Reply · 46w

**Anderson Lambert Cat**
SOON

Like · Reply · 46w

**Frank Perez**
https://noqreport.com/.../george-soros-names-smartmatics.../

NOQREPORT.COM
George Soros names Smartmatic's Lord Mark Malloch-Brown as President of Open Society

Like · Reply · 46w

**Jack Ham**

Document title: (1) One America News Network - Posts | Facebook
Capture URL: https://www.facebook.com/220198801458577/posts/chairman-of-smartmatics-parent-company-to-become-president-of-george-soross-…
Capture timestamp (UTC): Tue, 26 Oct 2021 20:01:28 GMT



Like · Reply · 46w

Jack Ham

Like · Reply · 46w

Jack Ham

Like · Reply · 46w

**Mike Combs**
The democrat leadership should be arrested by the military for treason, sedition, and committing and Act of War on America by election fraud.

Like · Reply · 46w          36

**Sandra Loftus Germann**
**Mike Combs** Including this evil, vile, wicked, corrupted cancer violating our very foundations his entire life.

Like · Reply · 46w          3

**Missie Barlow Samples**
Several are, republicans included. Trump is not a career politician.

Like · Reply · 46w

Reply to Mike Combs...

**B.j. Crawford**
Pure evil.

Like · Reply · 45w

**Mary DiFranco Coughlin**
I hope he dies and soon

Like · Reply · 45w

**Lesia Bennett**
Sick bastard



Document title: (1) One America News Network - Posts | Facebook
Capture URL: https://www.facebook.com/220198801458577/posts/chairman-of-smartmatics-parent-company-to-become-president-of-george-soross-…
Capture timestamp (UTC): Tue, 26 Oct 2021 20:01:28 GMT



One America News Network

**Follow**   **Like**   **Message**

Terrance Williamson
Surprise surprise

Like · Reply · 46w

Maggie Talany
What an evil man......

Like · Reply · 46w

Christine Pep Conley
Evil evil! His day will come

Like · Reply · 46w

Jenny Marie
Pure evil.

Like · Reply · 46w

Devaniel Jay
Lol

Like · Reply · 46w

Trish OShaughnessy

GIF

Tenor    MONSTERS EXIST.

Like · Reply · 46w

Juliet Petrosyan
Satan    👍 1

Like · Reply · 46w

Bonnie Ineson Roach
Evil    👍 1

Like · Reply · 46w

Rita Rennert
Evil and ugly.    👍 1

Like · Reply · 46w

Michael Vathy



One America News Network

Follow · Like · Message

Like · Reply · 46w

**Louise Spheeris**
Payoff!

Like · Reply · 46w

**Cindy Severns**
For a job well done. I assume

Like · Reply · 46w

**Alona Nadroj**
R o t in hell 👍 1

Like · Reply · 46w

**Birgit Krumnack**
https://www.facebook.com/107315580620290/posts/391238405561338/

Like · Reply · 46w

**Chani Kuschuk Levine**
Face of Evil

Like · Reply · 46w

**Linda Filgate Gomez**
He got paid well for the treachery FBI – Federal Bureau of Investigation Hum 👍 1

Like · Reply · 46w

**Dan Haydu**
Part of DOMINION voting machines

Like · Reply · 46w

**Tracie Walston**
Demon

Like · Reply · 46w

**Jenita Terrill**
Of course!

Like · Reply · 46w

**Pamela Davis-Fadalla**
That Nazis bastard needs to be thrown out of this country.

Like · Reply · 46w







**One America News Network**

Follow    Like    Message

That Nazis bastard needs to be thrown out of this country.

Like · Reply · 46w

**Robert Houseman**
This idiot needs to be removed.

Like · Reply · 46w

**John Ketcherside**
part of the payoff

Like · Reply · 46w

**Arlene Krabbenhoft**
Wish he would drop dead

Like · Reply · 46w

**John Joseph Varisco**
Soros is EVIL

Like · Reply · 46w

**JC Plaisance**
https://www.thegatewaypundit.com/.../breaking-huge-major.../

> News    ⓘ
>
> THEGATEWAYPUNDIT.COM
> **BREAKING HUGE: Major National Security Issue Identified
> Related to China's Connection to Dominion Voting Machines**

Like · Reply · 46w

**Lisa Klebanski Farmer**
Surprise. Not

Like · Reply · 46w

**Rob Goluck**
Trump today



Like · Reply · 46w

**Kevin Turner**
Criminal

Like · Reply · 46w

**Mary Roberts**



**OAN** One America News Network    **Follow**    **Like**    **Message**

Criminal

**Mary Roberts**
HITLER the Second!!

Like · Reply · 46w

**Diana Bouchard**
POS

Like · Reply · 46w

**Thomas Celen**
Marshall Law

Like · Reply · 46w

**Nathan Aller**
This guy deserves death.

Like · Reply · 46w

**Linda M Robertson**
Disgusting          1

Like · Reply · 46w

**Kevin A Brown**

**Sue Callahan**
He will be shamed!

Like · Reply · 46w

**Mike Kruzich**
The PAY OFF!!

Like · Reply · 46w

**Chris Holmes**
Illiberalism. Sigh.

Like · Reply · 46w

**Tamara Field**
Yep. No fraud here. Lol.

Like · Reply · 46w

**Geri Harper**
How to steal elections.

Like · Reply · 46w

One America News Network   Follow   Like   Message

**Geri Harper**
How to steal elections.
Like · Reply · 46w

**Wanda Turnbaugh**
That guy needs to go !!!
Like · Reply · 46w

**Harry Menekse**
Adrenocrome keeps him going!!
Like · Reply · 46w

**Grant Perry**
he did such a good job.....
Like · Reply · 46w

**Randy Gipson**
How convenient
Like · Reply · 46w

**Deborah Lee**
Oh SNAP
Like · Reply · 46w

**Nadine White Smith**
Sick of this fricking dude !!!
Like · Reply · 46w

**Jo Tankersley**
Don't let evil take us over
Like · Reply · 46w

**Janet Hannah Stout**
well of course that is his reward
Like · Reply · 46w

**Sherry Holeman Sheffield**
Evil!!!
Like · Reply · 46w

**James Hastings**
In Somalia, U.S. Troop Withdrawal Is Seen as Badly Timed

Declan Walsh

Somali presidential elections are scheduled in just a few months, war is erupting in neighboring Ethiopia, and Shebab militants are still strong. The timing, Somalis say, could not be worse.

NAIROBI, Kenya — Somalis fear a U.S. decision to withdraw troops from their country will be seen as a victory for the Qaeda-linked militants who have wreaked havoc there for years, and sow the potential for further chaos at an especially delicate moment for Somalia and the region.

Somali presidential elections are scheduled in just two months, war is erupting in neighboring Ethiopia, and the militants, from the Shabab, are still strong despite years of American-led raids and drone strikes.

The timing of Friday's Pentagon announcement, some Somalis say, is terrible.

**One America News Network**

Follow   Like   Message

neighboring Ethiopia, and the militants, from the Shabab, are still strong despite years of American-led raids and drone strikes.

The timing of Friday's Pentagon announcement, some Somalis say, is terrible.

"The fight against global terrorism is still ongoing and we must still win the battle for peace and security to prevail," said Ayub Ismail Yusuf, a Somali senator, who called the U.S. decision "untimely" on Twitter. "We must not give up on our successes."

At Mogadishu University, Abdullahi, a 23-year-old political science student, said he feared the Shabab will now be able to "strike without fear" in the capital.

"Now, their leaders can move easily from place to place with little threat," he added, asking that his full name be withheld to protect against possible reprisals. He lives near the charred remains of an ice-cream parlor blitzed by a Shabab suicide bomber on Nov. 27, an attack that killed seven

The Pentagon says it will "reposition" some of the estimated 700 American troops in Somalia to other parts of East Africa — likely Kenya and Djibouti — and continue to carry out raids against the Shabab and a smaller cluster of Islamic State fighters in northern Somalia from bases in neighboring countries.

Drone strikes, which have killed numerous senior and midlevel Shabab commanders as well as dozens of civilians, will continue.

President Mohamed Abdullahi Mohamed of Somalia did not immediately react to the U.S. decision, announced late Friday as part of President Trump's drive to end what he calls America's endless wars before leaving office on Jan. 20. Whether fears over the withdrawal, which is expected by mid-January, are fully merited is not yet clear.

What seems certain, though, is that the brunt of the changes will be borne by Danab, an elite Somali force that the American military took under its wing

The Somalis were supposed to be standing on their own feet in the coming year. An international plan hashed out in 2017 called for Somali security forces to be operating independently by 2021. That will not happen.

Danab, the main counterterrorism strike force, still relies heavily on American support and has reached only about one-third of its planned size.

The American withdrawal "could have a pretty big impact" Mr. Mahmood said. "The American advisory role is invaluable for Danab. This raises concerns it can continue to develop."

Danab is not the main pillar of Somali security. The government relies heavily on a 19,000-strong force of African Union peacekeepers — although that, too, has been buffeted by uncertainty because of the erupting civil conflict in Ethiopia, which contributes about 4,000 troops.

The presidential election itself faces some uncertainty. The incumbent, Mr. Mohamed, has been at loggerheads with Somalia's regional leaders, and the opposition fears he may try to manipulate the vote.

Without the U.S. troops, the Somalis can still rely on other foreign allies like Qatar, which provides cash and humanitarian aid, and Turkey, which aims to train about 10,000 regular soldiers.

But for the Danab force, the American withdrawal will constitute a "wake-up call," said Colonel Sheikh, its former commander. "They realize they can't rely on outside help any more."

It may also leave the force more prone to political interference, not to mention the corruption that has blighted other Somali security units. And the U.S. departure may deal a blow to morale, raising questions about America's commitment to their fight.

"A bit of trust will be lost," Colonel Sheikh said. "And it will be really hard to get it back."

Hussein Mohamed contributed reporting from Mogadishu, Somalia.

   

**One America News Network**    Follow    Like    Message

blow to morale, raising questions about America's commitment to their fight.

"A bit of trust will be lost," Colonel Sheikh said. "And it will be really hard to get it back."

Hussein Mohamed contributed reporting from Mogadishu, Somalia.

The American pullout from Somalia may have been inevitable. President-elect Joseph R. Biden Jr. has also committed to withdrawing American troops from "forever wars" — open-ended counterterrorism missions that proliferated after 2001.

But Somalia experts warned that Mr. Trump's decision to pull the plug now, as Somalia faces parliamentary elections this month and a presidential vote in February, was a recipe for chaos and maximum damage.

"It's typical of the Trump administration's incoherent policy toward Somalia," said Matt Bryden, a strategic adviser at Sahan Research, a group that specializes in the Horn of Africa. "This is an incomprehensible decision at a time when governments are likely to change in both Somalia and the U.S. It would have made more sense to wait a few months."

Pentagon assurances that the U.S. will continue to hit the Shabab from bases outside the country, he said, "look like a brave attempt to put lipstick on a pig."

Other experts, though, said there is never a good time to leave a fragile country like Somalia.

"It's probably a good thing if the American relationship with Somalia is not predominantly about a few hundred soldiers," said Brittany Brown, a former Africa adviser at the National Security Council in the Obama and Trump administrations and now chief of staff for the International Crisis Group. "But like everything with Trump, it's been so poorly executed."

Somalia's turmoil will not be solved by drone strikes or military raids, she said. "It won't stop until Somalia has a government that can provide services to its people. Until then, Al Shabab will continue to be a threat."

after its formation in 2013. Since then, American soldiers have trained and armed the Somali commandos, whose numbers have grown to about 1,000, and have often accompanied them on raids against the Shabab.

Now, Danab will be largely on its own.

Col. Ahmed Abdullahi Sheikh, who commanded Danab between 2016 and 2019, said he expected the United States to continue funding and arming the elite force. But the crucial U.S. "advise-and-assist" role — Americans helping Somali officers plan raids, and accompanying them into firefights — will not be easily replaced, he said.

The Interpreter: Original insights, commentary and discussions on the major news stories of the week.

"You can launch and stage operations from countries like Djibouti and Kenya, but it's not the same as being in the country," Colonel Sheikh said. "You can't train a force remotely."

Even with years of U.S. support, Somalia has been able to only partially blunt the Shabab's potency.

The group controls swaths of southern Somalia, where its fighters ambush and bomb Somalia soldiers and African Union peacekeepers. A recent U.S. government report noted that the Shabab was involved in 440 violent events in Somalia between July and September — the highest number in two years.

American and Somali pressure has succeeded, though, in stemming sophisticated, large-scale attacks in Mogadishu, said Omar Mahmood, a Somalia analyst at the International Crisis Group, a conflict research organization.

people.

Like · Reply · 46w

 

**One America News Network**    Follow    Like    Message

people.

Like · Reply · 46w

 **James Hastings**
Trump's legal losses come fast and furious

By

Matthew S. Schwartz

December 6, 2020

WHYY

Friday was a disastrous day for the Trump campaign, which has repeatedly tried and failed to overturn the presidential election results in key states. Within a span of hours, the legal teams of Trump and allied Republicans lost challenges in courts in six states.

With each defeat, Trump's options for challenging last month's election continued to dwindle. Sensing that the courts are a lost cause, Trump's lawyer Rudy Giuliani told Fox News the campaign is now focused on sidestepping the courts and making their case directly to state lawmakers.

"I saw what the courts were doing and I wanted to go around them so the facts could get out," Giuliani told Sean Hannity on Friday night. "The simple fact is, we don't need courts. The United States Constitution gives sole power to the state legislature to decide presidential elections."

Indeed, The Washington Post reports that on Saturday morning, Trump called Georgia Republican Gov. Brian Kemp to urge him to call a special legislative session to override the election results in that state and appoint electors that would vote for Trump. Kemp reportedly declined to do so.

Wisconsin

Though the judicial opinions were roundly critical of Republicans' ongoing attempts to overturn the election results, an opinion by Wisconsin Supreme Court Justice Brian Hagedorn stands out for its gobsmacked incredulity.

In a concurring opinion joined by three other justices, Hagedorn was aghast at the proposed remedy sought by the conservative Wisconsin Voters Alliance: invalidating the entire presidential election in Wisconsin, and installing new electors chosen by the legislature.

Such a move wouldn't just be "unprecedented in American history," Hagedorn wrote, but would also undermine voters' faith in the American system of free and fair elections.

"Judicial acquiescence to such entreaties built on so flimsy a foundation would do indelible damage to every future election," he wrote. "Once the door is opened to judicial invalidation of presidential election results, it will be awfully hard to close that door again. This is a dangerous path we are being asked to tread. The loss of public trust in our constitutional order resulting from the exercise of this kind of judicial power would be incalculable.

"I do not mean to suggest this court should look the other way no matter what," Hagedorn added. But the Republicans bringing the suit came "nowhere close" to offering any evidence that would warrant such a result, he said. "While the rough and tumble world of electoral politics may be the prism through which many view this litigation, it cannot be so for us. In these hallowed halls, the law must rule."

But three justices dissented. "It is critical that voting in Wisconsin elections not only be fair, but that the public also perceives voting as having been fairly conducted," wrote Chief Justice Patience Roggensack. "This is the third time that a majority of this court has turned its back on pleas from the public to address a matter of statewide concern that requires a declaration of what the statutes require for absentee voting."




One America News Network    Follow    Like    Message

Justice Patience Roggensack. "This is the third time that a majority of this court has turned its back on pleas from the public to address a matter of statewide concern that requires a declaration of what the statutes require for absentee voting."

Arizona

In Arizona, the state Republican Party alleged that its observers weren't granted sufficient access on election night, and that election officials over-counted mail-in ballots with signatures that didn't match the ones on file.

But Judge Randall Warner found that there was insufficient evidence of fraud, illegal votes, or an erroneous vote count. Although there were some mistakes, "there is no evidence that the inaccuracies were intentional or part of a fraudulent scheme," Warner wrote. Nor did such mistakes come close to impacting the election outcome, he said.

Kelli Ward, the chair of the state GOP, said she would appeal.

Nevada

In Nevada, would-be Republican electors had alleged multiple claims of voter fraud, including improperly cast provisional ballots, mismatched signatures, and improperly cast votes from deceased voters. The Republicans had sought to have the courts either declare Trump the winner in Nevada, or nullify the entire contest and have no electors from the state.

Judge James Russell rejected each allegation of fraud. The Republicans "did not prove under any standard of proof that illegal votes were cast and counted, or legal votes were not counted at all, due to voter fraud," Russell wrote.

Nevada Republicans plan to appeal.

Michigan

In Michigan, a state appeals court dismissed the Trump campaign's attempt to block the state's certification of the voting results. The campaign had been challenging the handling of absentee ballots in Detroit, among other issues. But in a 2-1 order, Judge Stephen Borrello said the challenge was moot.

"Michigan's election results have been certified," Borrello wrote. After results are certified, a candidate's only recourse is a recount, which the campaign didn't seek within the allotted time. Judge Patrick Meter dissented, saying the issues weren't moot because state electors haven't yet been seated and the Electoral College hasn't been assembled.

Minnesota

In Minnesota, the state's Supreme Court rejected a lawsuit brought by some state Republicans to stop the vote certification and to seek a statewide recount. The petition was filed late, and the remedy sought was untenable, Chief Justice Lorie Skjerven Gildea wrote, as reported by the Minnesota Star Tribune.

A full recount "would impose unacceptable burdens on voters and election officials alike," she wrote, adding that it would also "cast an unacceptable degree of uncertainty over the election, potentially leaving Minnesotans without adequate elected representation."

Georgia

In late November, a group of Republican electors sued Georgia's governor, alleging statistical anomalies in the vote count and vulnerabilities in the Dominion voting machines used in the state. The machines were scheduled to be recalibrated for upcoming runoff elections, but the electors asked a judge to block three counties from altering any information stored in any of the voting machines.

A lower court judge agreed to temporarily block the counties from making any changes to the machines. But, because the judge didn't also agree to hand over the machines to the electors so they could inspect them, the electors appealed. "If the machines were not tampered with, Appellees have nothing to fear from such an examination," they wrote in



Document title: (1) One America News Network - Posts | Facebook
Capture URL: https://www.facebook.com/220198801458577/posts/chairman-of-smartmatics-parent-company-to-become-president-of-george-soross-...
Capture timestamp (UTC): Tue, 26 Oct 2021 20:01:28 GMT




One America News Network

**Follow**   **Like**   **Message**

Who cares?

Like · Reply · 46w

**Albert Joseph Pruden**



GIF

Tenor

Like · Reply · 46w

**Gary Springer**
💀 💀 😂 💯

Like · Reply · 46w

**Stacey Retty**
Shocker

Like · Reply · 46w

**Jeff Stanton**

SOROS

GIF

Tenor

Like · Reply · 46w

**Steve Elaine Worley**
Deport those two  1

Like · Reply · 46w

**Kelly Olson**
Pig  1

Like · Reply · 46w



Document title: (1) One America News Network - Posts | Facebook
Capture URL: https://www.facebook.com/220198801458577/posts/chairman-of-smartmatics-parent-company-to-become-president-of-george-soross-...
Capture timestamp (UTC): Tue, 26 Oct 2021 20:01:28 GMT





One America News Network

Follow · Like · Message

Reply to Bud Marshall...

**Cheryl Danboise**
Stop this. Wake up people
Like · Reply · 46w

**Martino Trevino**
There he is: Satan himself
Like · Reply · 46w

**Terry Carr**



Like · Reply · 46w

**Vadim Danilov**
may they all burn in hell!
Like · Reply · 46w

**Jill Danner**
Who is surprised!
Like · Reply · 46w

**Lynda Diaz**
MF
Like · Reply · 46w

**Jennifer Nix Graham**
This man needs to GO
Like · Reply · 46w

**Leif Erikson**
👍#GeorgeSoros...The DemocRAT's & World Liberal's GOD 👍 👍#USSupremeCourt!!!👍





**One America News Network**

Like · Reply · 46w · Edited

**Лида Миллер**
He is an evil man! 👍 2
Like · Reply · 46w

**Madeline Bowers**
The enemy. 👍 1
Like · Reply · 46w

**Donna Boyce**
Just evil!!!
Like · Reply · 46w

**Jason Henson**
an enemy of all humanity 👍 1
Like · Reply · 46w

**Marilyn Young**
Evil, evil, evil ... everywhere! 👍 1
Like · Reply · 46w

**Susie Fazzoni Modany**
WAKE THE HELL UP AMERICA!!!!! 👍 2
Like · Reply · 46w

**Kate Adams**
No connection there, move along... 🤪
Like · Reply · 46w

**Debbie Hines-Wilkinson**
THE face of pure EVIL!!
👍 1
Like · Reply · 46w

**Joy Wesley Turner**
May this evil vile man meet with justice
👍 1
Like · Reply · 46w

**Heather Boise**
He will be in prison soon
Like · Reply · 46w

**Cynthia Westover**
POS
Like · Reply · 46w

**Andy Moore**
Grant?
Like · Reply · 46w

**Zoë Haddix**
Andy Moore, Curtis Pillonato
👍 1
Like · Reply · 46w

Write a comment...

Document title: (1) One America News Network - Posts | Facebook
Capture URL: https://www.facebook.com/220198801458577/posts/chairman-of-smartmatics-parent-company-to-become-president-of-george-soross-…
Capture timestamp (UTC): Tue, 26 Oct 2021 20:01:28 GMT