# Exhibit 33

TRANSCRIPT OF THE AUDIO RECORDING OF:

ONE AMERICA NEWS NETWORK

TIPPING POINT EXCERPT

DECEMBER 7, 2020

TRANSCRIBED BY: THOMPSON COURT REPORTERS INC.

1      Kara McKinney:  So, we have the Smartmatic chairman
2 moving to the Open Society Foundation, and the current head of
3 the Soros Foundation may be eyeing a spot in Biden's potential
4 administration. What do you make of this reshuffling?
5      Michael Johns:  Look, I think we have to look at the
6 Dominion and Smartmatic issues as almost a national crisis. We
7 have evidence that is both suggestive and some that is
8 indisputable. Affidavits that have been signed as it relates
9 to the technology and its vulnerability. All sorts of
10 enormously troubling international ties. And the deeper, you
11 know, we begin to look into this, the more that's being
12 revealed that's hugely suggestive of the technical
13 vulnerabilities and also the issue of its ownership
14 status, which I think is a predominant consideration right now
15 with $400 million put into the holding company of Dominion by
16 Chinese Communist Party and other officials. I mean, so this
17 is like literally the definition of what you would not want to
18 see in American voting system. And yet, apparently, which is
19 troubling to me, we had 28 states and 2000 jurisdictions in
20 this country, who looked at all of the available options, and
21 mysteriously concluded that this system was the best option
22 available to them, when there was abundant information
23 available, including multiple reports issued by the state of
24 Texas, regarding its susceptibility to manipulation, and

1  remote and in person vote manipulation. Why? So you see, the

2  question right now, I think, and the challenge right now, is

3  where, you know, what were the considerations that went into

4  the acquisition of this equipment? And I'm saying that

5  simultaneously, obviously, all the legal challenges, because

6  it does appear to be that there-- those are credible, but also

7  what were the-- how would they-- how do we get 2000 individual

8  jurisdictional decisions to utilize this, this notoriously

9  flawed and troublingly affiliated company, for the purposes of

10 the most important thing in our freedom, which is our vote.

11         Kara McKinney:  And a lot of people are wondering,

12 where are Republicans? Is there a crisis in leadership here

13 almost, that we're only hearing about this now, after the

14 election, you know, weeks after the election? Shouldn't we

15 have been worrying about Dominion and addressing the issue

16 before the election, before November 3rd?

17         Michael Johns:  Yeah, I think this is a real big

18 distinction between, say, how a private sector entity might

19 function and how American politics function, in that we get

20 into this really dangerous habit of just somehow apologizing,

21 excusing and constantly pointing the finger at the other side.

22 And clearly, let's acknowledge it was, you know, there's acts

23 of criminality, alleged criminality here that are enormously

24 troubling. But we're not victims, and we can't present

1  ourselves as victims. The position has to be that the
2  Republican Party took in $1.4 billion. I'm not even talking
3  about the Trump campaign. I'm talking about the Republican
4  Party, the GOP, the RNC, and it's two house and senate
5  equivalents have $1.4 billion dollars. Where was the
6  leadership of the Republican National Committee while these
7  decisions were being made to acquire this enormously troubling
8  and foreign owned technology? It seems to me, they could not
9  find, you know, a handful of competent employees to be
10 monitoring these issues? Because like, once you have that part
11 of the campaign structure flawed, as we clearly did in 2020,
12 but you know, literally everything else doesn't matter. The
13 messaging doesn't matter. The advertising doesn't matter. The
14 campaign brochures don't matter. The candidates themselves
15 don't matter. What they say doesn't matter. And it seems-- I
16 think we've had a failure of leadership of the Republican
17 Party. This won't be the first time that I'm sort of out front
18 leading on these issues. But that's kind of what I think is
19 needed in this political moment, and that is to say, we need
20 accountability, and we were failed by the Republican Party on
21 this. And no one's asking them the tough questions--where have
22 they been while all of these things were happening?
23
24

1    CERTIFICATE OF TRANSCRIPTIONIST

2

3

4        I FURTHER CERTIFY that the foregoing

5    transcript of said matter is a true, correct,

6    and complete transcript of the statement given at

7    the time and place specified.

8

9        I FURTHER CERTIFY that I am not a

10    relative or employee or attorney or employee of

11    such attorney or counsel, or financially

12    interested directly or indirectly in this action.

13

14

15        IN WITNESS WHEREOF, I have set my hand.

16

17

18    *[signature: James Lonergan]*

19

20    _____

21    James Lonergan

22    Production Manager

23    THOMPSON COURT REPORTERS

24

**$**

**$1.4**  4:2,5
**$400**  2:15

**2**

**2000**  2:19 3:7
**2020**  4:11
**28**  2:19

**3**

**3rd**  3:16

**A**

**about**  3:13,15 4:3
**abundant**  2:22
**accountability**  4:20
**acknowledge**  3:22
**acquire**  4:7
**acquisition**  3:4
**acts**  3:22
**addressing**  3:15
**administration**  2:4
**advertising**  4:13
**Affidavits**  2:8
**affiliated**  3:9
**after**  3:13,14
**all**  2:9,20 3:5 4:22
**alleged**  3:23
**almost**  2:6 3:13
**also**  2:13 3:6
**American**  2:18 3:19
**and**  2:2,6,7,9,10,13, 16,18,19,20,24 3:1, 2,4,9,11,15,19,21, 22,24 4:4,8,15,19, 20,21
**apologizing**  3:20
**apparently**  2:18
**appear**  3:6
**are**  3:6,11,12,23
**as**  2:6,8 4:1,11
**asking**  4:21
**at**  2:5,20 3:21

**available**  2:20,22,23

**B**

**be**  2:3 3:6 4:1,9,17
**because**  3:5 4:10
**been**  2:8 3:15 4:22
**before**  3:16
**begin**  2:11
**being**  2:11 4:7
**best**  2:21
**between**  3:18
**Biden's**  2:3
**big**  3:17
**billion**  4:2,5
**both**  2:7
**brochures**  4:14
**but**  3:6,24 4:12,18
**by**  2:15,23 4:20

**C**

**campaign**  4:3,11,14
**can't**  3:24
**candidates**  4:14
**chairman**  2:1
**challenge**  3:2
**challenges**  3:5
**Chinese**  2:16
**clearly**  3:22 4:11
**Committee**  4:6
**Communist**  2:16
**company**  2:15 3:9
**competent**  4:9
**concluded**  2:21
**consideration**  2:14
**considerations**  3:3
**constantly**  3:21
**could**  4:8
**country**  2:20
**credible**  3:6
**criminality**  3:23
**crisis**  2:6 3:12
**current**  2:2

**D**

**dangerous**  3:20
**decisions**  3:8 4:7
**deeper**  2:10
**definition**  2:17
**did**  4:11
**distinction**  3:18
**do**  2:4 3:7
**does**  3:6
**doesn't**  4:12,13,15
**dollars**  4:5
**Dominion**  2:6,15 3:15
**don't**  4:14,15

**E**

**election**  3:14,16
**else**  4:12
**employees**  4:9
**enormously**  2:10 3:23 4:7
**entity**  3:18
**equipment**  3:4
**equivalents**  4:5
**even**  4:2
**everything**  4:12
**evidence**  2:7
**excusing**  3:21
**eyeing**  2:3

**F**

**failed**  4:20
**failure**  4:16
**find**  4:9
**finger**  3:21
**first**  4:17
**flawed**  3:9 4:11
**for**  3:9
**foreign**  4:8
**Foundation**  2:2,3
**freedom**  3:10
**front**  4:17
**function**  3:19

**G**

**get**  3:7,19
**GOP**  4:4

**H**

**habit**  3:20
**had**  2:19 4:16
**handful**  4:9
**happening**  4:22
**has**  4:1
**have**  2:1,5,7,8 3:15 4:5,10,21
**head**  2:2
**hearing**  3:13
**here**  3:12,23
**holding**  2:15
**house**  4:4
**how**  3:7,18,19
**hugely**  2:12

**I**

**I'M**  3:4 4:2,3,17
**important**  3:10
**in**  2:3,18,19 3:1,10, 12,19 4:2,11,19
**including**  2:23
**indisputable**  2:8
**individual**  3:7
**information**  2:22
**international**  2:10
**into**  2:11,15 3:3,20
**is**  2:7,14,17,18 3:2, 10,12,17 4:18,19
**issue**  2:13 3:15
**issued**  2:23
**issues**  2:6 4:10,18
**it**  2:8 3:6,22 4:8,15
**it's**  4:4
**its**  2:9,13,24

**J**

**Johns**  2:5 3:17
**jurisdictional**  3:8

**jurisdictions**  2:19
**just**  3:20

**K**

**Kara**  2:1 3:11
**kind**  4:18
**know**  2:11 3:3,14,22 4:9,12

**L**

**leadership**  3:12 4:6, 16
**leading**  4:18
**legal**  3:5
**let's**  3:22
**like**  2:17 4:10
**literally**  2:17 4:12
**look**  2:5,11
**looked**  2:20
**lot**  3:11

**M**

**made**  4:7
**make**  2:4
**manipulation**  2:24 3:1
**matter**  4:12,13,14, 15
**may**  2:3
**Mckinney**  2:1 3:11
**me**  2:19 4:8
**mean**  2:16
**messaging**  4:13
**Michael**  2:5 3:17
**might**  3:18
**million**  2:15
**moment**  4:19
**monitoring**  4:10
**more**  2:11
**most**  3:10
**moving**  2:2
**multiple**  2:23
**mysteriously**  2:21

**N**

national 2:6 4:6
need 4:19
needed 4:19
no 4:21
not 2:17 3:24 4:2,8
notoriously 3:8
November 3:16
now 2:14 3:2,13

**O**

obviously 3:5
of 2:2,4,9,12,13,15, 17,20,23 3:4,9,11, 20,23 4:6,9,11,16, 17,18,22
officials 2:16
on 4:18,20
once 4:10
one's 4:21
only 3:13
Open 2:2
option 2:21
options 2:20
other 2:16 3:21
our 3:10
ourselves 4:1
out 4:17
owned 4:8
ownership 2:13

**P**

part 4:10
Party 2:16 4:2,4,17, 20
people 3:11
person 3:1
pointing 3:21
political 4:19
politics 3:19
position 4:1
potential 2:3
predominant 2:14
present 3:24

private 3:18
purposes 3:9
put 2:15

**Q**

question 3:2
questions--where 4:21

**R**

real 3:17
really 3:20
regarding 2:24
relates 2:8
remote 3:1
reports 2:23
Republican 4:2,3,6, 16,20
Republicans 3:12
reshuffling 2:4
revealed 2:12
right 2:14 3:2
RNC 4:4

**S**

say 3:18 4:15,19
saying 3:4
sector 3:18
see 2:18 3:1
seems 4:8
seems-- 4:15
senate 4:4
Shouldn't 3:14
side 3:21
signed 2:8
simultaneously 3:5
Smartmatic 2:1,6
so 2:1,16 3:1
Society 2:2
some 2:7
somehow 3:20
Soros 2:3
sort 4:17
sorts 2:9

spot 2:3
state 2:23
states 2:19
status 2:14
structure 4:11
suggestive 2:7,12
susceptibility 2:24
system 2:18,21

**T**

talking 4:2,3
technical 2:12
technology 2:9 4:8
Texas 2:24
that 2:7,8,21 3:3,4,6, 13,19,23 4:1,10,17, 19
that's 2:11,12 4:18
the 2:1,2,3,5,9,10, 11,12,13,15,17,20, 21,23 3:1,2,3,4,5,9, 10,13,14,15,16,21 4:1,3,4,5,6,11,12, 13,14,16,17,20,21
the-- 3:7
them 2:22 4:21
themselves 4:14
there 2:22 3:12
there's 3:22
there-- 3:6
these 4:6,10,18,22
they 4:8,15,22
they-- 3:7
thing 3:10
things 4:22
think 2:5,14 3:2,17 4:16,18
this 2:4,11,16,20,21 3:4,8,13,17,20 4:7, 17,19,21
those 3:6
ties 2:10
time 4:17
to 2:2,5,9,11,17,19, 22,24 3:6,8 4:1,7,8, 9,19
took 4:2

tough 4:21
troubling 2:10,19 3:24 4:7
troublingly 3:9
Trump 4:3
two 4:4

**U**

utilize 3:8

**V**

victims 3:24 4:1
vote 3:1,10
voting 2:18
vulnerabilities 2:13
vulnerability 2:9

**W**

want 2:17
was 2:21,22 3:22 4:5
we 2:1,5,6,11,19 3:7, 14,19,24 4:11,19,20
we're 3:13,24
we've 4:16
weeks 3:14
went 3:3
were 3:3,7 4:7,20,22
what 2:4,17 3:3,7 4:15,18
when 2:22
where 3:3,12 4:5
which 2:14,18 3:10
while 4:6,22
who 2:20
Why 3:1
with 2:15
won't 4:17
wondering 3:11
worrying 3:15
would 2:17 3:7

**Y**

Yeah 3:17
yet 2:18

you 2:4,10,17 3:1,3, 14,22 4:9,10,12