# Exhibit 33A

**Screenshot A**



Exhibit 33A, *Tipping Point* (12/7/2020) at 00:12.

**Screenshot B**



Exhibit 33A, *Tipping Point* (12/7/2020) at 02:47.