# Exhibit 34

TRANSCRIPT OF THE AUDIO RECORDING OF:

One America News Network, News Room Excerpt

December 21, 2020

TRANSCRIBED BY: THOMPSON COURT REPORRTERS INC.

1           JENNIFER FRANCO:  Thanks for joining us, I'm Jennifer
2    Franco. Treasury Secretary Steven Mnuchin says Americans
3    should start receiving their stimulus checks as early as next
4    week. Now his prediction comes after the White House and
5    Congress came to an agreement on a $900 billion relief bill
6    Sunday. Direct payments were a main sticking point for a deal.
7    Mnuchin says direct payments are the fastest way of getting
8    money back into the economy. He also points out checks will be
9    coming faster this time around, as Americans did not receive
10   the last round of stimulus checks until almost a month after
11   they were approved. Here's a closer look at what's inside the
12   stimulus deal.
13           SPEAKER 2:  Lawmakers on Capitol Hill make headway in
14   providing much needed relief to the American people. On
15   Sunday, Congress reached a final agreement on a $900 billion
16   Coronavirus bill. Senate Majority Leader Mitch McConnell
17   celebrated the move, saying the package will provide relief to
18   citizens as we approach the final stretch of the pandemic.
19           MITCH MCCONNELL:  It is packed with targeted policies
20   that help struggling Americans who've already waited entirely
21   too long. For workers at the hardest hit small businesses,
22   there will be a targeted second draw of the Paycheck
23   Protection Program. We've not worked so hard to save as many
24   jobs as possible all these months, only to fumble the ball

1   with vaccinations already underway.

2           SPEAKER 2:  This includes $325 billion in business

3   relief, with 280 billion going towards the Paycheck Protection

4   Program. For those who lost their jobs as a result of the

5   global health crisis, $300 will be added to unemployment

6   benefits through March 14th. Congress has also agreed to $25

7   billion for emergency assistance to tenants who are behind on

8   rent, while a federal moratorium on evictions is set to be

9   extended for another month. But perhaps the question most

10  Americans are asking is, will there be another round of

11  stimulus checks?

12          MITCH MCCONNELL:  So at the particular request and

13  emphasis of President Trump and his administration, our

14  agreement will provide another round of direct impact payments

15  to help households make ends meet and continue our economic

16  recovery.

17          SPEAKER 2:  In a last minute decision, Congress has

18  agreed to a one time direct payment of $600 to those making

19  less than 75,000 a year, or 150,000 as a couple. With this

20  round, children under the age of 16 will also be getting $600.

21  However, similar to last time, many college students will not

22  be getting a check, as dependents over the age of 16 do not

23  qualify. Missouri Senator Josh Hawley criticized his

24  colleagues, saying the proposal is not enough.

```
 1            JOSH HAWLEY:  It is a step, a step, in the right
 2   direction. But it is only a step. Wall Street, capital, the
 3   financial markets, they're not the foundation of this economy.
 4   The working people of this nation, the working people of
 5   Missouri, the working people of our other states, they are the
 6   foundation of this economy.
 7            SPEAKER 2:  This comes as the Republican lawmaker,
 8   along with Vermont Senator Bernie Sanders, is calling for
 9   $1200 be delivered to the American people. The senators have
10   indicated they will force a vote on the proposal before
11   Congress adjourns. Meantime, Congress is likely to vote on the
12   stimulus package today.
13            JENNIFER FRANCO:  Georgia senators Kelly Loeffler and
14   David Perdue tout the new Coronavirus relief bill. The two
15   Republicans released a joint statement today, saying that
16   they're delivering nearly a trillion dollars in additional
17   relief to the American people, and vowing to continue to take
18   action. They also took aim at Democrats, asserting House
19   Speaker Nancy Pelosi and Senate Minority Leader Chuck Schumer
20   have purposely held up relief, which could have been delivered
21   months ago. Loeffler and Perdue, saying that their Democratic
22   runoff opponents wouldn't stop this dysfunction, as they
23   called it, and they'd be a rubber stamp for Schumer's radical
24   agenda. Ivanka Trump is visiting Georgia to rally support for
```

1  Republican candidates there ahead of the state's January

2  runoffs. First daughter, and advisor to the President, will be

3  in Fulton County today. She's going to be holding an early

4  vote rally for Republican Senators Kelly Loeffler and David

5  Perdue. Now, Ivanka was supposed to attend two more events on

6  behalf of the senators, but those events have been postponed

7  because of the vote of COVID roll-- on COVID relief, that is,

8  in Congress today. Early voting is underway in the state's

9  January 5th runoffs, which will determine the majority in the

10 Senate. Stay tuned, OAN will have live coverage of the rally,

11 in its entirety, when it kicks off. President Trump's once

12 again calling out Georgia Governor Brian Kemp for failing to

13 enact voter signature verification. In a tweet today, the

14 President said Kemp, his puppet Lieutenant Governor, and

15 Georgia Secretary of State are very slow on signature

16 verification. He added that they won't allow Fulton County to

17 be examined, going on to ask, what are these rhinos hiding?

18 The President said that he will easily win the presidential

19 race, adding Kelly Loeffler and David Perdue will not be able

20 to win on January 5th unless these people allow signature

21 verification. One America's John Hines has been following the

22 possible paths that President Trump may have toward a second

23 term. Now, he recently spoke with Clay Clark, winner of the

24 Entrepreneur of the Year Award, who's been in contact with Lin

1  Wood to get more on the President's future. Take a look.

2  JOHN HINES:  You were speaking out, and you were
3  speaking out about something that I think that a lot of
4  Americans, right now, is on their minds. And it has to do with
5  some of these electors, which have voted-- have voted for Mr.
6  Biden to be President-elect. What seems to be going on sir?

7  CLAY CLARK:  Well, how I would look at the 2020
8  voting experience for the average American is this. We all
9  went in and voted on hard-- using hardware, the hardware that
10 we voted on was called Dominion, the Canadian owned hardware
11 company, that tabulates your votes, has Chinese parts on it.
12 Step two, the software, known as Smartmatic or Sequoia, that
13 software was originally coded out by Communist Venezuelans.
14 Step three, for added integrity, your votes were shipped to
15 Frankfurt, Germany, where your votes were stored on Amazon
16 servers. And then step four, in Barcelona, Spain, the votes
17 were somehow tabulated there, and there was a little feature
18 on the software that allows people to switch votes. And so on
19 our podcast, we've interviewed the founder of overstock.com,
20 we've had the head of Eb-- eBay's fraud protection on our
21 show. We've had countless experts, and everybody has shown
22 there's irrefutable proof of voter fraud. And so the question
23 I would ask you, and I'd ask the listeners out there, is what
24 kind of people would want to allow outside countries and

1  Communists and people that don't love America, to switch your
2  votes, effectively killing your voice and your ability to
3  vote? What kind of people would be in favor of that? And
4  that's a-- really a disturbing question.
5         JOHN HINES:  Well, it seems like, these are our
6  elected officials, who, many of them have who've casted these
7  votes for electors, shouldn't they-- shouldn't they have, in
8  mind, the best for their constituents, wanting to represent
9  their constituents as honestly as they possibly can? And in
10 representing their constituents and voting for the electors
11 for President, sir?
12        CLAY CLARK:  Well, let's pick on Governor Kemp, who's
13 a Republican from Georgia. I happen to be a conservative, I
14 happen to be a Republican, but let's pick on him, so it'll be
15 pretty objective. It's a Republican picking on a Republican.
16 Why would Governor Kemp choose to use a Communist controlled
17 software for his elections? And why would Governor Kemp refuse
18 to call for a special session to open up and verify the
19 signatures of these votes? Why would he do that? Well, to me,
20 if you're doing that, that is a crime against one's country, a
21 betrayal of one's country, and something that you might call
22 treason. And I was born in 1980, so I don't have a lot of
23 documented evidence that I've seen throughout my life of where
24 elected officials have been tried with treason. But I think

1  we're headed-- headed into a territory right now where we

2  don't have a lot of legal precedent. We're talking about

3  governors and elected officials who are betraying their own

4  country. And that's what I call treason.

5          JOHN HINES:  So what would you say, I mean, if you

6  could advise the President, theoretically, if you could advise

7  the President, what course of action would you advise him to

8  pursue at this juncture?

9          CLAY CLARK:  I had a thoughtful conversation with

10 with Lin Wood, I have not spoken to Sidney Powell about this.

11 But Lin was articulating, there are multiple paths to victory.

12 And I would just say, as a business owner, one thing you have

13 to do is you have to reach out to advisors that know more than

14 you, who have your best interests in mind. And I can think of

15 no two better people than Lin Wood and Sidney Powell. I'd pick

16 up the phone, I'd call these people, they're not connected to

17 the deep state, and I would begin implementing their plan

18 because they have articulated a very simple and succinct

19 plant-- path to victory.

20         JOHN HINES:  Clay Clark, the host of the Thrivetime

21 podcast, businessman in Oklahoma, and the recipient of the SBA

22 Entrepreneur of the Year award. Thank you for talking to us on

23 One America News, sir.

24         CLAY CLARK:  Thank you.

1      JENNIFER FRANCO:  Still ahead this hour, Pennsylvania
2 police are searching for a suspect that fled custody after
3 shooting an officer. We've got the latest on the incident.
4 Plus Senators approved one of President Trump's picks to serve
5 as a district judge in California. We're on the move, coming
6 up.

1                TRANSCRIBER'S CERTIFICATE

2

3    I hereby certify that the foregoing pages

4    are a true, accurate, and complete transcript of the

5    proceedings transcribed from a copy of the electronic

6    sound recording to the best of our knowledge and ability.

7

8         IN WITNESS WHEREOF, I have hereunto set my hand on

9              this 12th day of October, 2021.

10

11

12         _____

13                JAMES LONERGAN

14

15

16

17

18

19

20

21

22

23

24              THOMPSON COURT REPORTERS INC.

Case 1:21-cv-02900-CJN-MAU   Document 1-56   Filed 11/03/21   Page 12 of 15

Page 11

**$**

**$1200**  4:9
**$25**  3:6
**$300**  3:5
**$325**  3:2
**$600**  3:18,20
**$900**  2:5,15

**1**

**12th**  10:9
**14th**  3:6
**150,000**  3:19
**16**  3:20,22
**1980**  7:22

**2**

**2**  2:13 3:2,17 4:7
**2020**  1:4 6:7
**2021**  10:9
**21**  1:4
**280**  3:3

**5**

**5th**  5:9,20

**7**

**75,000**  3:19

**A**

**a--**  7:4
**ability**  7:2 10:6
**able**  5:19
**about**  6:3 8:2,10
**accurate**  10:4
**action**  4:18 8:7
**added**  3:5 5:16 6:14
**adding**  5:19
**additional**  4:16
**adjourns**  4:11
**administration**  3:13
**advise**  8:6,7

**advisor**  5:2
**advisors**  8:13
**after**  2:4,10 9:2
**again**  5:12
**against**  7:20
**age**  3:20,22
**agenda**  4:24
**ago**  4:21
**agreed**  3:6,18
**agreement**  2:5,15 3:14
**ahead**  5:1 9:1
**aim**  4:18
**all**  2:24 6:8
**allow**  5:16,20 6:24
**allows**  6:18
**almost**  2:10
**along**  4:8
**already**  2:20 3:1
**also**  2:8 3:6,20 4:18
**Amazon**  6:15
**America**  1:3 7:1 8:23
**America's**  5:21
**American**  2:14 4:9, 17 6:8
**Americans**  2:2,9,20 3:10 6:4
**an**  2:5 5:3 9:3
**and**  2:4 3:12,13,15 4:13,17,19,21,23 5:2,4,14,19 6:2,4,9, 16,17,18,21,22,23, 24 7:1,2,3,9,10,17, 18,21,22 8:3,4,12, 14,15,17,18,21 10:4,6
**another**  3:9,10,14
**approach**  2:18
**approved**  2:11 9:4
**are**  2:7 3:7,10 4:5 5:15,17 7:5 8:3,11 9:2 10:4
**around**  2:9
**articulated**  8:18
**articulating**  8:11
**as**  2:3,9,18,23,24 3:4,19,22 4:7,22

6:12 7:9 8:12 9:5
**ask**  5:17 6:23
**asking**  3:10
**asserting**  4:18
**assistance**  3:7
**at**  2:11,21 3:12 4:18 6:7 8:8
**attend**  5:5
**AUDIO**  1:1
**average**  6:8
**award**  5:24 8:22

**B**

**back**  2:8
**ball**  2:24
**Barcelona**  6:16
**be**  2:8,22 3:5,8,10, 20,22 4:9,23 5:2,3, 17,19 6:6 7:3,13,14
**because**  5:7 8:18
**been**  4:20 5:6,21,24 7:24
**before**  4:10
**begin**  8:17
**behalf**  5:6
**behind**  3:7
**benefits**  3:6
**Bernie**  4:8
**best**  7:8 8:14 10:6
**betrayal**  7:21
**betraying**  8:3
**better**  8:15
**Biden**  6:6
**bill**  2:5,16 4:14
**billion**  2:5,15 3:2,3,7
**born**  7:22
**Brian**  5:12
**business**  3:2 8:12
**businesses**  2:21
**businessman**  8:21
**but**  3:9 4:2 5:6 7:14, 24 8:11
**by**  1:24 6:13

**C**

**California**  9:5

**call**  7:18,21 8:4,16
**called**  4:23 6:10
**calling**  4:8 5:12
**came**  2:5
**can**  7:9 8:14
**Canadian**  6:10
**candidates**  5:1
**capital**  4:2
**Capitol**  2:13
**casted**  7:6
**celebrated**  2:17
**CERTIFICATE**  10:1
**certify**  10:3
**check**  3:22
**checks**  2:3,8,10 3:11
**children**  3:20
**Chinese**  6:11
**choose**  7:16
**Chuck**  4:19
**citizens**  2:18
**Clark**  5:23 6:7 7:12 8:9,20,24
**Clay**  5:23 6:7 7:12 8:9,20,24
**closer**  2:11
**coded**  6:13
**colleagues**  3:24
**college**  3:21
**comes**  2:4 4:7
**coming**  2:9 9:5
**Communist**  6:13 7:16
**Communists**  7:1
**company**  6:11
**complete**  10:4
**Congress**  2:5,15 3:6, 17 4:11 5:8
**connected**  8:16
**conservative**  7:13
**constituents**  7:8,9, 10
**contact**  5:24
**continue**  3:15 4:17
**controlled**  7:16
**conversation**  8:9

**copy**  10:5
**Coronavirus**  2:16 4:14
**could**  4:20 8:6
**countless**  6:21
**countries**  6:24
**country**  7:20,21 8:4
**County**  5:3,16
**couple**  3:19
**course**  8:7
**COURT**  1:24 10:24
**coverage**  5:10
**COVID**  5:7
**crime**  7:20
**crisis**  3:5
**criticized**  3:23
**custody**  9:2

**D**

**daughter**  5:2
**David**  4:14 5:4,19
**day**  10:9
**deal**  2:6,12
**December**  1:4
**decision**  3:17
**deep**  8:17
**delivered**  4:9,20
**delivering**  4:16
**Democratic**  4:21
**Democrats**  4:18
**dependents**  3:22
**determine**  5:9
**did**  2:9
**direct**  2:6,7 3:14,18
**direction**  4:2
**district**  9:5
**disturbing**  7:4
**do**  3:22 6:4 7:19 8:13
**documented**  7:23
**doing**  7:20
**dollars**  4:16
**Dominion**  6:10
**don't**  7:1,22 8:2
**draw**  2:22

Thompson Court Reporters, Inc.
thompsonreporters.com

Case 1:21-cv-02900-CJN-MAU   Document 1-56   Filed 11/03/21   Page 13 of 15

Page 12

**dysfunction** 4:22

___

**E**

**early** 2:3 5:3,8
**easily** 5:18
**Eb--** 6:20
**ebay's** 6:20
**economic** 3:15
**economy** 2:8 4:3,6
**effectively** 7:2
**elected** 7:6,24 8:3
**elections** 7:17
**electors** 6:5 7:7,10
**electronic** 10:5
**emergency** 3:7
**emphasis** 3:13
**enact** 5:13
**ends** 3:15
**enough** 3:24
**entirely** 2:20
**entirety** 5:11
**Entrepreneur** 5:24 8:22
**events** 5:5,6
**everybody** 6:21
**evictions** 3:8
**evidence** 7:23
**examined** 5:17
**Excerpt** 1:3
**experience** 6:8
**experts** 6:21
**extended** 3:9

___

**F**

**failing** 5:12
**faster** 2:9
**fastest** 2:7
**favor** 7:3
**feature** 6:17
**federal** 3:8
**final** 2:15,18
**financial** 4:3
**First** 5:2
**fled** 9:2
**following** 5:21

**for** 2:1,6,21 3:4,7,9 4:8,23,24 5:4,12 6:5,8,14 7:7,8,10, 11,17,18 8:22 9:2
**force** 4:10
**foregoing** 10:3
**foundation** 4:3,6
**founder** 6:19
**four** 6:16
**Franco** 2:1,2 4:13 9:1
**Frankfurt** 6:15
**fraud** 6:20,22
**from** 7:13 10:5
**Fulton** 5:3,16
**fumble** 2:24
**future** 6:1

___

**G**

**Georgia** 4:13,24 5:12,15 7:13
**Germany** 6:15
**get** 6:1
**getting** 2:7 3:20,22
**global** 3:5
**going** 3:3 5:3,17 6:6
**got** 9:3
**Governor** 5:12,14 7:12,16,17
**governors** 8:3

___

**H**

**had** 6:20,21 8:9
**hand** 10:8
**happen** 7:13,14
**hard** 2:23
**hard--** 6:9
**hardest** 2:21
**hardware** 6:9,10
**has** 3:6,17 5:21 6:4, 11,21
**have** 4:9,20 5:6,10, 22 6:5 7:6,7,22,24 8:2,10,12,13,14,18 10:8
**Hawley** 3:23 4:1

**he** 2:8 5:16,18,23 7:19
**head** 6:20
**headed** 8:1
**headed--** 8:1
**headway** 2:13
**health** 3:5
**held** 4:20
**help** 2:20 3:15
**Here's** 2:11
**hereby** 10:3
**hereunto** 10:8
**hiding** 5:17
**Hill** 2:13
**him** 7:14 8:7
**Hines** 5:21 6:2 7:5 8:5,20
**his** 2:4 3:13,23 5:14 7:17
**hit** 2:21
**holding** 5:3
**honestly** 7:9
**host** 8:20
**hour** 9:1
**House** 2:4 4:18
**households** 3:15
**how** 6:7
**However** 3:21

___

**I**

**I'D** 6:23 8:15,16
**I'M** 2:1
**I'VE** 7:23
**if** 7:20 8:5,6
**impact** 3:14
**implementing** 8:17
**in** 2:13 3:2,17 4:1,16 5:3,8,9,11,13,24 6:9,16 7:3,7,9,22 8:14,21 9:5 10:8
**INC** 1:24 10:24
**incident** 9:3
**includes** 3:2
**indicated** 4:10
**inside** 2:11
**integrity** 6:14

**interests** 8:14
**interviewed** 6:19
**into** 2:8 8:1
**irrefutable** 6:22
**is** 2:19 3:8,10,24 4:1, 2,8,11,24 5:7,8 6:4, 8,23 7:20 8:13
**it** 2:19 4:1,2,23 5:11 6:4,11 7:5
**it'll** 7:14
**It's** 7:15
**its** 5:11
**Ivanka** 4:24 5:5

___

**J**

**JAMES** 10:13
**January** 5:1,9,20
**Jennifer** 2:1 4:13 9:1
**jobs** 2:24 3:4
**John** 5:21 6:2 7:5 8:5,20
**joining** 2:1
**joint** 4:15
**Josh** 3:23 4:1
**judge** 9:5
**juncture** 8:8
**just** 8:12

___

**K**

**Kelly** 4:13 5:4,19
**Kemp** 5:12,14 7:12, 16,17
**kicks** 5:11
**killing** 7:2
**kind** 6:24 7:3
**know** 8:13
**knowledge** 10:6
**known** 6:12

___

**L**

**last** 2:10 3:17,21
**latest** 9:3
**lawmaker** 4:7
**Lawmakers** 2:13

**Leader** 2:16 4:19
**legal** 8:2
**less** 3:19
**let's** 7:12,14
**Lieutenant** 5:14
**life** 7:23
**like** 7:5
**likely** 4:11
**Lin** 5:24 8:10,11,15
**listeners** 6:23
**little** 6:17
**live** 5:10
**Loeffler** 4:13,21 5:4, 19
**LONERGAN** 10:13
**long** 2:21
**look** 2:11 6:1,7
**lost** 3:4
**lot** 6:3 7:22 8:2
**love** 7:1

___

**M**

**main** 2:6
**majority** 2:16 5:9
**make** 2:13 3:15
**making** 3:18
**many** 2:23 3:21 7:6
**March** 3:6
**markets** 4:3
**may** 5:22
**Mcconnell** 2:16,19 3:12
**me** 7:19
**mean** 8:5
**Meantime** 4:11
**meet** 3:15
**might** 7:21
**mind** 7:8 8:14
**minds** 6:4
**Minority** 4:19
**minute** 3:17
**Missouri** 3:23 4:5
**Mitch** 2:16,19 3:12
**Mnuchin** 2:2,7
**money** 2:8

Thompson Court Reporters, Inc.
thompsonreporters.com

Case 1:21-cv-02900-CJN-MAU   Document 1-56   Filed 11/03/21   Page 14 of 15

Page 13

**month** 2:10 3:9
**months** 2:24 4:21
**moratorium** 3:8
**more** 5:5 6:1 8:13
**most** 3:9
**move** 2:17 9:5
**Mr** 6:5
**much** 2:14
**multiple** 8:11
**my** 7:23 10:8

_____

**N**

**Nancy** 4:19
**nation** 4:4
**nearly** 4:16
**needed** 2:14
**Network** 1:3
**new** 4:14
**News** 1:3 8:23
**next** 2:3
**no** 8:15
**not** 2:9,23 3:21,22,24 4:3 5:19 8:10,16
**now** 2:4 5:5,23 6:4 8:1

_____

**O**

**OAN** 5:10
**objective** 7:15
**October** 10:9
**of** 1:1 2:7,10,18,22 3:4,10,13,14,18,20,22 4:3,4,5,6 5:1,6,7,10,15,23,24 6:3,5,19,20,22,24 7:3,6,19,21,22,23 8:2,7,14,20,21,22 9:4 10:4,5,6,9
**off** 5:11
**officer** 9:3
**officials** 7:6,24 8:3
**Oklahoma** 8:21
**on** 2:5,13,14,15 3:7,8 4:10,11 5:5,7,15,17,20 6:1,4,6,9,10,11,15,18,20 7:12,14,15 8:22 9:3,5

10:8
**once** 5:11
**one** 1:3 3:18 5:21 8:12,23 9:4
**one's** 7:20,21
**only** 2:24 4:2
**open** 7:18
**opponents** 4:22
**or** 3:19 6:12
**originally** 6:13
**other** 4:5
**our** 3:13,15 4:5 6:19,20 7:5 10:6
**out** 2:8 5:12 6:2,3,13,23 8:13
**outside** 6:24
**over** 3:22
**overstock.com** 6:19
**own** 8:3
**owned** 6:10
**owner** 8:12

_____

**P**

**package** 2:17 4:12
**packed** 2:19
**pages** 10:3
**pandemic** 2:18
**particular** 3:12
**parts** 6:11
**path** 8:19
**paths** 5:22 8:11
**Paycheck** 2:22 3:3
**payment** 3:18
**payments** 2:6,7 3:14
**Pelosi** 4:19
**Pennsylvania** 9:1
**people** 2:14 4:4,5,9,17 5:20 6:18,24 7:1,3 8:15,16
**Perdue** 4:14,21 5:5,19
**perhaps** 3:9
**phone** 8:16
**pick** 7:12,14 8:15
**picking** 7:15
**picks** 9:4

**plan** 8:17
**plant--** 8:19
**Plus** 9:4
**podcast** 6:19 8:21
**point** 2:6
**points** 2:8
**police** 9:2
**policies** 2:19
**possible** 2:24 5:22
**possibly** 7:9
**postponed** 5:6
**Powell** 8:10,15
**precedent** 8:2
**prediction** 2:4
**President** 3:13 5:2,11,14,18,22 7:11 8:6,7 9:4
**President's** 6:1
**President-elect** 6:6
**presidential** 5:18
**pretty** 7:15
**proceedings** 10:5
**Program** 2:23 3:4
**proof** 6:22
**proposal** 3:24 4:10
**protection** 2:23 3:3 6:20
**provide** 2:17 3:14
**providing** 2:14
**puppet** 5:14
**purposely** 4:20
**pursue** 8:8

_____

**Q**

**qualify** 3:23
**question** 3:9 6:22 7:4

_____

**R**

**race** 5:19
**radical** 4:23
**rally** 4:24 5:4,10
**reach** 8:13
**reached** 2:15
**really** 7:4

**receive** 2:9
**receiving** 2:3
**recently** 5:23
**recipient** 8:21
**recording** 1:1 10:6
**recovery** 3:16
**refuse** 7:17
**released** 4:15
**relief** 2:5,14,17 3:3 4:14,17,20 5:7
**rent** 3:8
**REPORRTERS** 1:24
**REPORTERS** 10:24
**represent** 7:8
**representing** 7:10
**Republican** 4:7 5:1,4 7:13,14,15
**Republicans** 4:15
**request** 3:12
**result** 3:4
**rhinos** 5:17
**right** 4:1 6:4 8:1
**roll--** 5:7
**Room** 1:3
**round** 2:10 3:10,14,20
**rubber** 4:23
**runoff** 4:22
**runoffs** 5:2,9

_____

**S**

**said** 5:14,18
**Sanders** 4:8
**save** 2:23
**say** 8:5,12
**saying** 2:17 3:24 4:15,21
**says** 2:2,7
**SBA** 8:21
**Schumer** 4:19
**Schumer's** 4:23
**searching** 9:2
**second** 2:22 5:22
**Secretary** 2:2 5:15

**seems** 6:6 7:5
**seen** 7:23
**Senate** 2:16 4:19 5:10
**Senator** 3:23 4:8
**senators** 4:9,13 5:4,6 9:4
**Sequoia** 6:12
**serve** 9:4
**servers** 6:16
**session** 7:18
**set** 3:8 10:8
**She's** 5:3
**shipped** 6:14
**shooting** 9:3
**should** 2:3
**shouldn't** 7:7
**show** 6:21
**shown** 6:21
**Sidney** 8:10,15
**signature** 5:13,15,20
**signatures** 7:19
**similar** 3:21
**simple** 8:18
**sir** 6:6 7:11 8:23
**slow** 5:15
**small** 2:21
**Smartmatic** 6:12
**so** 2:23 3:12 6:18,22 7:14,22 8:5
**software** 6:12,13,18 7:17
**some** 6:5
**somehow** 6:17
**something** 6:3 7:21
**sound** 10:6
**Spain** 6:16
**Speaker** 2:13 3:2,17 4:7,19
**speaking** 6:2,3
**special** 7:18
**spoke** 5:23
**spoken** 8:10
**stamp** 4:23
**start** 2:3
**state** 5:15 8:17

| | | | | |
|---|---|---|---|---|
| state's 5:1,8 | 23,24 6:1,7,8,9,10, 12,16,18,19,20,22, 23 7:8,10,18 8:6,7, 16,17,20,21,22 9:3, 5 10:3,4,5,6 | transcribed 1:24 10:5 | votes 6:11,14,15,16, 18 7:2,7,19 | worked 2:23 |
| statement 4:15 | | TRANSCRIBER'S 10:1 | voting 5:8 6:8 7:10 | workers 2:21 |
| states 4:5 | | | vowing 4:17 | working 4:4,5 |
| Stay 5:10 | | transcript 1:1 10:4 | | would 6:7,23,24 7:3, 16,17,19 8:5,7,12, 17 |
| step 4:1,2 6:12,14,16 | their 2:3 3:4 4:21 6:4 7:8,9,10 8:3,17 | treason 7:22,24 8:4 | **W** | |
| Steven 2:2 | | Treasury 2:2 | waited 2:20 | |
| sticking 2:6 | them 7:6 | tried 7:24 | Wall 4:2 | wouldn't 4:22 |
| Still 9:1 | then 6:16 | trillion 4:16 | want 6:24 | |
| stimulus 2:3,10,12 3:11 4:12 | theoretically 8:6 | true 10:4 | wanting 7:8 | **Y** |
| stop 4:22 | there 2:22 3:10 5:1 6:17,23 8:11 | Trump 3:13 4:24 5:22 | was 5:5 6:10,13,17 7:22 8:11 | year 3:19 5:24 8:22 |
| stored 6:15 | there's 6:22 | Trump's 5:11 9:4 | way 2:7 | you 6:2,23 7:21 8:5, 6,7,12,13,14,22,24 |
| Street 4:2 | these 2:24 5:17,20 6:5 7:5,6,19 8:16 | tuned 5:10 | we 2:18 6:8,10 8:1 | you're 7:20 |
| stretch 2:18 | | tweet 5:13 | we're 8:1,2 9:5 | your 6:11,14,15 7:1, 2 8:14 |
| struggling 2:20 | they 2:11 4:5,10,18, 22 5:16 7:7,9 8:18 | two 4:14 5:5 6:12 8:15 | we've 2:23 6:19,20, 21 9:3 | |
| students 3:21 | | | | |
| succinct 8:18 | they'd 4:23 | | week 2:4 | |
| Sunday 2:6,15 | they're 4:3,16 8:16 | **U** | Well 6:7 7:5,12,19 | |
| support 4:24 | they-- 7:7 | under 3:20 | went 6:9 | |
| supposed 5:5 | thing 8:12 | underway 3:1 5:8 | were 2:6,11 6:2,14, 15,17 | |
| suspect 9:2 | think 6:3 7:24 8:14 | unemployment 3:5 | what 5:17 6:6,23 7:3 8:4,5,7 | |
| switch 6:18 7:1 | this 2:9 3:2,19 4:3,4, 6,7,22 6:8 8:8,10 9:1 10:9 | unless 5:20 | | |
| | | until 2:10 | what's 2:11 | |
| **T** | | up 4:20 7:18 8:16 9:6 | when 5:11 | |
| | THOMPSON 1:24 10:24 | us 2:1 8:22 | where 6:15 7:23 8:1 | |
| tabulated 6:17 | those 3:4,18 5:6 | use 7:16 | WHEREOF 10:8 | |
| tabulates 6:11 | thoughtful 8:9 | using 6:9 | which 4:20 5:9 6:5 | |
| take 4:17 6:1 | three 6:14 | | while 3:8 | |
| talking 8:2,22 | Thrivetime 8:20 | **V** | White 2:4 | |
| targeted 2:19,22 | through 3:6 | | who 3:4,7 7:6 8:3,14 | |
| tenants 3:7 | throughout 7:23 | vaccinations 3:1 | who's 5:24 7:12 | |
| term 5:23 | time 2:9 3:18,21 | Venezuelans 6:13 | who've 2:20 7:6 | |
| territory 8:1 | to 2:5,14,17,23,24 3:5,6,7,8,15,18,21 4:9,11,17,24 5:2,3, 5,12,16,17,20 6:1,4, 6,14,18,24 7:1,2,8, 13,14,16,18,19 8:7, 10,11,13,16,19,22 9:4 10:6 | verification 5:13,16, 21 | why 7:16,17,19 | |
| than 3:19 8:13,15 | | verify 7:18 | will 2:8,17,22 3:5, 10,14,20,21 4:10 5:2,9,10,18,19 | |
| Thank 8:22,24 | | Vermont 4:8 | | |
| Thanks 2:1 | | very 5:15 8:18 | win 5:18,20 | |
| that 2:20 4:15,21 5:7,16,18,22 6:3,9, 11,12,18 7:1,3,19, 20,21,23 8:13 9:2 10:3 | | victory 8:11,19 | winner 5:23 | |
| | | visiting 4:24 | with 2:19 3:1,3,19 4:8 5:23,24 6:4 7:24 8:9,10 | |
| | today 4:12,15 5:3,8, 13 | voice 7:2 | | |
| | | vote 4:10,11 5:4,7 7:3 | | |
| that's 7:4 8:4 | too 2:21 | | WITNESS 10:8 | |
| the 1:1 2:4,7,8,10, 11,14,17,18,21,22, 24 3:3,4,9,12,20,22, 24 4:1,2,3,4,5,7,9, 10,11,14,17 5:1,2,6, 7,8,9,10,13,18,21, | took 4:18 | voted 6:5,9,10 | won't 5:16 | |
| | tout 4:14 | voted-- 6:5 | Wood 6:1 8:10,15 | |
| | toward 5:22 | voter 5:13 6:22 | | |
| | towards 3:3 | | | |