# Exhibit 34A

Screenshot A



Exhibit 34A, *News Room* , 3 PM (12/21/2020) at 05:41.

**Screenshot B**



Exhibit 34A, *News Room* , 3 PM (12/21/2020) at 05:52.