# Exhibit 35A

**Screenshot A**



Exhibit 35A, *Absolute Proof* (2/5/2021) at 12:48.

**Screenshot B**



Exhibit 35A, *Absolute Proof* (2/5/2021) at 50:20.

**Screenshot C**



Exhibit 35A, *Absolute Proof* (2/5/2021) at 1:04:14.

**Screenshot D**



Exhibit 35A, *Absolute Proof* (2/5/2021) at 1:10:35.

**Screenshot E**



Exhibit 35A, *Absolute Proof* (2/5/2021) at 1:36:27.

**Screenshot F**

| ID SOURCE | IP TARGET | STATE TARGET | TARGET ENTRY POINT / OWNER | ID TARGET | METHOD INTRUSION | SUCCESS | LOG TRACE | VOTES CHANGED |
|---|---|---|---|---|---|---|---|---|
| 86:05:4:cc6:3d:24 | 66.129.42.43 | MICHIGAN | EMMET COUNTY | 04:cf:6f:5c:8b:aa | * | Y | Y | TRUMP: 3477 |
| 3d:39:24:38:26:xc | 159.233.2.2 | ARIZONA | PIMA COUNTY ELECTION | 10:2e:49:35:68:fa | CREDENTIALS | | Y | TRUMP: DOWN 33066 |
| b2:0f:47:dc:56:fd | 74.174.32.228 | GEORGIA | GWINNETT COUNTY ELECTION | ea:87:b2:68:81:53 | * | Y | Y | TRUMP: DOWN 10433 |
| 9b:9b:36:dc:b6:85 | 207.38.72.55 | GEORGIA | EFFINGHAM COUNTY ELECTION | 84:60:04:6f:50:f1 | FIREWALL | Y | | TRUMP: DOWN 1116 |
| f6:5c:8e:18:b7:94 | 67.192.61.135 | MICHIGAN | HOUGHTON COUNTY | 5b:f9:5b:9d:a5:fa | FIREWALL | Y | Y | TRUMP: DOWN 1143 |
| a9:ad:28:a0:79:fa | 216.245.224.78 | MICHIGAN | ANTRIM COUNTY | d8:c7:22:d5:34:ce | BOTH | | Y | TRUMP: DOWN 1201 |
| 45:e5:8a:ca:71:fd | 104.16.0.195 | GEORGIA | COBB COUNTY ELECTION | 37:a2:23:d8:ef:d1 | FIREWALL | Y | Y | TRUMP: DOWN 13044 |
| 15:2a:55:ec:03:1a | 66.96.149.31 | GEORGIA | CALHOUN COUNTY ELECTION | 08:f0:bd:cd:08:f0 | BOTH | | | TRUMP: DOWN 13244 |
| c2:a9:3b:65:25:a3 | 34.192.0.65 | MICHIGAN | OAKLAND COUNTY | 26:3d:af:6b:03:1e | CREDENTIALS | Y | Y | TRUMP: DOWN 13449 |
| 47:92:4:ca3:ad:91 | 172.217.18.19 | WISCONSIN | ADAMS COUNTY | 6b:bf:df:e8:59:65 | FIREWALL | | N | TRUMP: DOWN 17044 |
| ce:29:ee:c3:0a:fc | 50.62.172.113 | GEORGIA | ROCKDALE COUNTY ELECTION | 28:8a:59:5c:69:b9 | FIREWALL | Y | Y | TRUMP: DOWN 17175 |
| 26:76:72:72:56:54 | 205.213.0.76 | WISCONSIN | WINNEBAGO COUNTY | 02:8e:82:65:6d:16 | BOTH | Y | N | TRUMP: DOWN 17833 |
| 8cb8:f9:37:c6:12 | 99.83.180.235 | NEVADA | CLARK COUNTY | 91:26:91:5d:e2:79 | BOTH | Y | Y | TRUMP: DOWN 18044 |
| f0.8c:f2:8d:1b:4c | 205.213.0.202 | WISCONSIN | WAUKESHA COUNTY | ce:79:f4:18:12:10 | CREDENTIALS | Y | | TRUMP: DOWN 18106 |
| b7:06:4a:c6:e4:76 | 13.82.40.73 | GEORGIA | FULTON COUNTY ELECTION | 6a:f3:a0:59:f4:71 | CREDENTIALS | Y | N | TRUMP: DOWN 18409 |
| 52:b1:f4:46:cd:e2 | 23.185.0.1 | GEORGIA | DEKALB COUNTY ELECTION | 49:d8:c9:d1:67:09 | * | N | N | TRUMP: DOWN 18445 |
| de:8f:cd:de:bf:58 | 104.16.0.1 | GEORGIA | COBB COUNTY ELECTION | d0:98:3a:88:e6:c4 | CREDENTIALS | | Y | TRUMP: DOWN 18904 |
| 3b:4d:09:3d:be:56 | 2.16.186.47 | WISCONSIN | RACINE COUNTY | 07:59:bb:8c:3b:11 | BOTH | Y | | TRUMP: DOWN 19011 |
| ad:ef:e1:f9:76:5d | 13.64.0.146 | PENNSYLVANIA | DELAWARE COUNTY | 1:cd3:b4:d3:8:ccd | CREDENTIALS | Y | | TRUMP: DOWN 19359 |
| ec:b8:18:31:93:de | 208.90.188.132 | PENNSYLVANIA | MONTGOMERY COUNTY | 63:0f:47:a0:9d:5a | BOTH | | | TRUMP: DOWN 22033 |
| a9:03:e5:e6:41:f7 | 204.194.248.251 | WISCONSIN | MILWAUKEE COUNTY | 4f:3e:00:26:83:a9 | * | Y | N | TRUMP: DOWN 22215 |
| e3:a5:5f:15:dd:5c | 13.64.0.219 | GEORGIA | FULTON COUNTY ELECTION | f1:01:f9:71:99:d4 | CREDENTIALS | Y | Y | TRUMP: DOWN 22519 |
| c2:34:50:93:78:0c | 75.98.160.227 | MICHIGAN | MACKINAC COUNTY | bf:2a:69:8d:8c:8d | FIREWALL | Y | N | TRUMP: DOWN 22765 |
| eb:8c:ef:6b:dc:e9 | 68.185.163.98 | WISCONSIN | CLARK COUNTY | 52:39:48:5f:4c:35 | FIREWALL | Y | N | TRUMP: DOWN 23909 |
| f9:e2:a2:92:3d:fd | 199.250.192.30 | MICHIGAN | KALAMAZOO COUNTY | d9:71:cf:e9:aa:f9 | * | Y | Y | TRUMP: DOWN 24311 |
| 09:b6:b3:34:a6:fd | 72.32.104.194 | GEORGIA | FAYETTE COUNTY ELECTION | c7:9a:a9:53:0d:c8 | CREDENTIALS | U | N | TRUMP: DOWN 27011 |
| 07:e1:e9:f6:d9:6f | 35.227.207.237 | ARIZONA | COCHISE COUNTY ELECTION | 8b:d8:a2:38:3d:a4 | FIREWALL | Y | | TRUMP: DOWN 27115 |
| e2:f9:11:17:21:f6 | 3.231.123.127 | MICHIGAN | CALHOUN COUNTY | e7:02:73:db:33:e3 | CREDENTIALS | Y | | TRUMP: DOWN 27909 |
| df:20:68:fe:74:e3 | 199.224.16.136 | PENNSYLVANIA | ALLEGHENY COUNTY | a7:44:87:0f:c0:c4 | * | Y | N | TRUMP: DOWN 28106 |
| 2a:2d:50:18:76:21 | 104.18.14.72 | PENNSYLVANIA | LUZERNE COUNTY ELECTION | ba:b9:fe:d7:78:00 | BOTH | Y | N | TRUMP: DOWN 28444 |
| b8:1f:d2:a3:3c:36 | 50.239.65.95 | MICHIGAN | WAYNE COUNTY | 8d:0b:24:1d:ba:4e | FIREWALL | Y | | TRUMP: DOWN 29008 |
| bb:70:d4:4f:91:x8 | 66.18.16.8 | WISCONSIN | BROWN COUNTY | 48:00:0e:32:48:18 | CREDENTIALS | Y | N | TRUMP: DOWN 29044 |

Exhibit 35A, *Absolute Proof* (2/5/2021) at 1:39:19.

**Screenshot G**



Exhibit 35A, *Absolute Proof* (2/5/2021) at 1:44:09.