# Exhibit 36

TRANSCRIPT OF THE AUDIO RECORDING OF:

Real America with Dan Ball

One America News Network

February 8, 2021

TRANSCRIBED BY: THOMPSON COURT REPORTERS INC.

1        DAN BALL:  Welcome back time now to Get Real. It's a
2   Friday once again, we're gonna change things up by inviting
3   somebody on to help me out and in this Get Real we're gonna get
4   real about the term election fraud. Because if you say it now,
5   the election is over. People attack you. Twitter, Facebook,
6   Instagram bans you, your friends, your maybe your friends
7   strangers who knows co workers will dox you, right. You can't
8   say the phrase. So if you've been watching OAN, and right
9   before this program you saw a special documentary that was
10  produced by the CEO of MyPillow, Mike Lindell. He put a lot
11  of money thought and time into this. He went around the nation
12  collecting evidence that he believes proves there was voter
13  fraud and election fraud, whether you believe it or not. And
14  we know what the left's gonna say, oh, you're inciting
15  violence by even saying the phrase! No, I think in America,
16  you still have free speech. So anybody to the left that says
17  that OAN shouldn't be airing this, or that we shouldn't even
18  use the phrase or term election fraud. Sorry. It's called free
19  speech. So joining me now the CEO, of MyPillow Michael
20  Lindell, to wrap our show up today. Mike, we're going to be
21  airing this Absolute Proof two hour documentary it just aired
22  before this program. It's going to air all weekend long. You
23  paid for this. These aren't the views we're expressing on this
24  network. But my opinion is my personal ones. Dan Ball, the

1  host because I can have an opinion. It's called free speech.
2  Is that yeah, there was election and voter fraud. The major
3  networks even said there was they just said not enough to
4  overturn it. But that's the question. We don't know if there's
5  enough because they've never let us investigate and see the
6  servers and see the machines and see the ballots and the
7  envelopes. So tell folks that if they didn't view it yet. What
8  they're going to see in this two hour documentary that you
9  produced.
10            MIKE LINDELL:  What they're going to see is something
11 they've never heard before, never seen and that's cyber
12 forensics footprints. They're gonna, they're gonna see in
13 there, but which country it came from; the ID of the computer,
14 the IP address. Where it came over here, they have IP address
15 of their computer broke into here, the actual ID number of the
16 computer, and then how many votes were flipped, whether they
17 got in or not, it's a cyber footprint it's what the government
18 uses. When they if you did an investigation, this is what
19 you'd be looking for. For that night. We have them from
20 November 1 all the way through the election, and shows them a
21 massive attack on our country by China and other country.
22 China did 60% of this. It was all done through Dominion
23 machines and and Smartmatic machines. That was the tool they
24 used. And you know, you said it before there right at the top

1  of the show here. Since I launched his today, YouTube took it

2  down, Vimeo took it down, Google put out this story. This,

3  this hog story about inventing a pillow or something coming up

4  with a pillow just suppress all the if you search my Lindell

5  recut or Michael J. Lindell.com, where we put up the site,

6  what they do is they push that down so you don't see it. But I

7  just bought their. I just bought their AdWords. I mean, we're

8  putting new stuff up, you can't suppress it. Ten million

9  people so far have watched this documentary around the world.

10 They're telling me off over in Australia and stuff. They're even

11 trying to take it down there. What that's kind of strange, huh?

12        DAN BALL:  Yeah.

13        MIKE LINDELL:  You know, but you watch

14 this. And you oh, by that you watch this, you will see, you

15 will see the experts that were there. The government insiders

16 that were there. Generals, colonels, these guys are all there.

17 These were this evidence came out very late. Okay, I got it. I

18 got it January 9. You know, January 9, that's why they're

19 going well, why did this come out late? Because we all know

20 the election was stole. It's just that they kept this down.

21 And boy, you mentioned machine. It's like what? And I've told

22 Dominion sue me. You know, now it's too late. It's everybody

23 knows about it now.

24        DAN BALL:  Well, yeah, they just sued Fox for Fox

1  and some of their hosts like that do what I do talk shows for

2  2.7 billion yesterday, coming

3             MIKE LINDELL:  Yeah.

4             DAN BALL:  from Smartmatic. Right. And Dominion

5  because they're they're pissed off.

6             MIKE LINDELL:  No, no, no, no, that's fake. That's fake.

7  I guarantee you. They didn't sue them that it's all smoke and

8  mirrors. That's to scare other people not to talk about

9  Dominion and Smartmatic. Did you see the lawsuit? Did anybody

10 see it? You know, everybody that I've Dominion hasn't sued me.

11 They go oh, Mike. They're suing ya. No, they don't. Yesterday,

12 Dominion sent me a letter. And it said, now if you're going to

13 have these people in your documentary, these have all been

14 discredited. Not one person is in my documentary that was on

15 that list. So anybody out there this is real evidence. 100%

16 proof. I wouldn't be doing all this if I if I thought it

17 wasn't 100%. It's 100%.

18            DAN BALL:  Yeah.

19            MIKE LINDELL:  Go watch the watch it on your show.

20 Watch it on OAN.

21            DAN BALL:  So Mike all we did too. And we ran a promo

22 today just saying it was going to be on our air and they

23            MIKE LINDELL:  Right.

24            DAN BALL:  they suspended our Twitter account for 12

1  hours. I think it's back up now. But down for 12 hours but

2  just because we put an ad saying that you bought time, you're

3  running this documentary, it's all you, and we put it on

4  Twitter and bang we got suspended and they said because it

5  could incite violence. That was their excuse we could incite

6  violence. I got to end with this. You briefly touched on it

7  right there. David Hogg. I'm not gonna say anything about this

8  young man that is negative because he was at the school when

9  the shooting happened in Parkland, but he has become a big

10 activist, a big anti-gun guy, there's a picture of him, and

11 you just mentioned it. He now all of a sudden yesterday said

12 he's gonna start a pillow company

13         MIKE LINDELL:  No, guys guys.

14         DAN BALL:  to combat your pillow companies.

15         MIKE LINDELL:  No don't even give them air time that's not him.

16 They're doing this to suppress the truth

17         DAN BALL:  Right. That's what I want you to get out there

18 that it's fake.

19         MIKE LINDELL:  They're doing it's fake. He's not doing that.

20 I'm not even giving it time I haven't even responded nobody

21 should it's fake. He's that's just so they push down the big

22 story is guess what? 100% we have the election fraud. Watch my

23 watch my video, watch my documentary. And you too will go

24 what? And what is what are people going to do about it?

1  Because this is you there's no statute of limitations on

2  something about a crime against humanity. That's what this

3  was. The whole world's watching?

4          DAN BALL:  Yep. All right, it is Absolute Proof. It's going

5  to air several times on the OAN network again, Mike Lindell,

6  produced it solely put it out there. And like I said, Mike,

7  the reason I invited you on I'm not going to read some

8  statement like Newsmax did or get up and walk off because I

9  don't agree with you, because that's a bunch of crap. If you

10 can't stand the heat, get out of the kitchen, Mr. Sellers. I

11 commend you for pushing forward and with your right to free

12 speech. So I'm gonna watch this weekend and we'll chat next

13 week as well. Mike, you take care and have a good weekend,

14 okay.

15         MIKE LINDELL:  Yep. Thank you. Thanks, guys. God

16 bless. Thanks.

17         DAN BALL:  All right. And there you go. Let's keep it

18 real and Get Real, right. Get Real. There was voter and

19 election fraud. How much? Was it enough to change the

20 election? Watch the documentary, you decide. That's what we're

21 about here at OAN. Free speech and free thought. Unlike those

22 other mainstream media, corporate lapdogs. You have a great

23 weekend. Relax, take it easy. We're back here Monday. See at

24 5pm 8pm Pacific until then, folks remember. Be proud be safe

1  and God bless.
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

1            TRANSCRIBER'S CERTIFICATE

2

3   I hereby certify that the foregoing pages

4   are a true, accurate, and complete transcript of the

5   proceedings transcribed from a copy of the electronic

6   sound recording to the best of our knowledge and ability.

7

8        IN WITNESS WHEREOF, I have hereunto set my hand on

9             this 29th day of September, 2021.

10

11

12                    _____

13                    James Lonergan
                      Production Manager
14                    Thompson Court Reporters, Inc.

15

16

17

18

19

20

21

22

23

24              THOMPSON COURT REPORTERS INC.