# Exhibit 36A

**Screenshot A**



Exhibit 36A, *Real America* (2/8/2021) at 00:51.

**Screenshot B**



Exhibit 36A, *Real America* (2/8/2021) at 01:46.

**Screenshot C**



Exhibit 36A, *Real America* (2/8/2021) at 01:55.