# Exhibit 37

TRANSCRIPT OF THE AUDIO RECORDING OF:


One America News Network

February 11, 2021

Vol. 1












TRANSCRIBED BY: THOMPSON COURT REPORTERS INC.

1      STEVE BANNON:  Welcome. Hey, tonight, it's Stephen K.

2  Bannon, we're going to have Mike Lindell, this is the film

3  Absolute Proof. We're going to kind of deconstruct it tonight

4  like, like NFL or college, a game film, go through, it's the

5  most controversial film in the world, it's being suppressed by

6  the social media giants, the big tech giants, and also the

7  mainstream media. So Mike Lindell, he's agreed that tonight

8  we're gonna go through, I'm gonna ask the tough questions. And

9  we're gonna see exactly what this film is, and the evidence

10  that backs it up. The movie is Absolute Proof. Mike Lindell,

11  Mike, it took you a while to kind of get here, you came on the

12  scene back in 2016 and then you had some other involvement

13  with President Trump that you actually saw what happened, when

14  anybody gets involved on a national political stage, what's

15  happened. So I think we've got a couple of pictures and clips,

16  we want to show at the very beginning, I'd like you to respond

17  to those so then we can kind of get into the film, and people

18  can understand, this, really this beatdown you're getting from

19  the mainstream media, and the beatdown you're getting from the

20  big tech oligarchs. Can we play, show the first, can we show

21  the first picture?

22      MIKE LINDELL:  Yeah, now this picture here. You got,

23  everyone's got to realize I knew nothing. Can we, I'm sorry,

24  start that over. I'll just keep, should I just keep talking?

1    Okay. So, So what you're, so what you're seeing here is a

2    picture of, of the president before he was president. This is

3    the summer of 2016. I had never met Donald Trump. I was an

4    ex-addict, ex-crack-addict, you know, God freed me of that

5    January 16, 2009. So I had never, I didn't really pay

6    attention to politics, I didn't know much about him. And he

7    reached out to me, we had that private meeting, for about a

8    half hour. He said, Mike, you, you do your manufacturing here,

9    I want to bring the jobs back. And, and we talked about, yeah,

10   I was an ex-addict and I said, I'm going to have this Recovery

11   Network, it's going to help millions. He says, I'm going to

12   stop the jobs, or I mean, the drugs pouring in. And we had

13   these amazing back and forth conversation. But when I left

14   there, I'm going wow, he said, he has no agenda other than to

15   help this country and he actually listened to a business man

16   of, you know, took his input. And I walked out of there, he's

17   gonna be the greatest president ever. But I went and talked to

18   his employees and each one of them said the same thing, great

19   boss, great guy, had done something for them personally. So I

20   did my due diligence to make sure what I just seen was, you

21   know, was amazing, and I got back to Minnesota, and this is

22   very key. I couldn't wait to tell the media and to tell

23   everyone what I just experienced there and how, you know, you

24   got to get behind this guy is going to be the best. And, and I

```
 1  ended up doing a press release against my board's advice, they
 2  said, don't do that, we're going to get, you know, you're
 3  going to lose half our customers, I said, and I actually
 4  walked out of the boardroom and one of my, one of the gals
 5  came out, she says, we didn't get this, all this way by you
 6  not listening to God. And I went back in there, and I said,
 7  we're going to do this press release. And I did it. And I, it
 8  was crickets, and then it happened. I was attacked in social
 9  media, I was called a racist, I was called stuff I can't even
10  say here by these pots and bots and trolls, but I thought they
11  were real people. I thought they were real people and it just
12  hurt me, I'm going, what did I do? You know, I just, I didn't
13  even say what we had talked about. So, but I did find out, you
14  know, I found out, wow, they're not real people, you know, and
15  they were just these robots that they do an attack. But I
16  didn't know that at the time, it was very, very a learning
17  experience. And, and it's still, you know, some of them were
18  real, because they would jump on the bandwagon. But, but that
19  was my first experience. And then, then because I have four
20  now, this is the fourth one. The second one was last spring,
21  which I, we had, I spoke at the Rose Garden. And I think we
22  have that clip.
23          MIKE LINDELL (IN VIDEO CLIP):  God gave us grace on
24  November 8th, 2016 to change the course we were on. God had
```

1   been taken out of our schools and lives, a nation had turned

2   its back on God. And I encourage you to use this time at home

3   to get, to home to get back in the word, read our Bibles and

4   spend time with our families. Our president gave us so much

5   hope, where just a few short months ago, we had the best

6   economy, the lowest unemployment and wages going up. It was

7   amazing. With our great President, Vice President and this

8   administration, and all the great people in this country

9   praying daily, we will get through this and get back to a

10  place that's stronger and safer than ever.

11        STEVE BANNON:  So Mike, tell us what happened after

12  that, after you read some Bible verse and talked from your

13  heart in the Rose Garden, how intense was the blowback then?

14        MIKE LINDELL:  It was, it was beyond belief.

15  Everyone, nighttime talk show hosts, people on CNN, Mike

16  Lindell talked about the Bible from the, talked about spending

17  time with our families, talked about getting in the word. You

18  would think I killed somebody. They just attacked me

19  relentlessly. I did 109 interviews in five days. Now granted,

20  there was all the people over here that, you know, everyone's

21  going you know, it was like almost like one over here they'd

22  stick up for me but that once again was bots and trolls, there

23  were even real people, the news media, the mainstream media,

24  they were the biggest attackers there and the nighttime talk

1   show hosts, they all just piled on like it was the worst thing

2   you could ever do. And I thought, okay well what did I do? Is

3   that so bad reading our Bibles, getting a nation that turned

4   its back on God and spending time with our families. And so

5   that was my second thing. And then the third time was this

6   summer and this, where I had, a guy who called me up and he

7   had a, he had a [inaudible] that would help the, everyone was

8   call me for everything to help this vaccine, or I mean the

9   virus, and masks, I got so much involved with this, with this

10  virus and here this guy came to me says hey, this stuff works.

11  And so I went on CNN, because it had leaked, it had leaked to

12  them and I thought it was just gonna be a friendly three

13  minute, four minute interview and here's what happened.

14          ANDERSON COOPER (IN VIDEO CLIP):  How are you

15  different than a snake oil salesman?

16          MIKE LINDELL (IN VIDEO CLIP):  Now these were

17  testimony - -

18          ANDERSON COOPER (IN VIDEO CLIP):  You're willing to

19  promote anything, I don't even know who you are, you really

20  are like a snake oil salesman - -

21          MIKE LINDELL (IN VIDEO CLIP):  I don't think that,

22  this saved their lives if I didn't believe in this product - -

23          ANDERSON COOPER (IN VIDEO CLIP):  You don't have a

24  great reputation. You don't have a great reputation.

1          MIKE LINDELL (IN VIDEO CLIP):  Oh really? You're in

2    my prayers Anderson --

3          ANDERSON COOPER (IN VIDEO CLIP):  Oh sir.

4          MIKE LINDELL (IN VIDEO CLIP):  -- to lower me from an

5    A+ to an F - -

6          ANDERSON COOPER (IN VIDEO CLIP):  -- just sad, that's

7    sad.

8          MIKE LINDELL (IN VIDEO CLIP):  It is sad. Like that

9    out there, that they --

10          ANDERSON COOPER (IN VIDEO CLIP):  For a man who

11    professes his faith, for you to lie like this is really

12    extraordinary. To me --

13          MIKE LINDELL (IN VIDEO CLIP):  The FDA, the FDA has

14    all these studies.

15          ANDERSON COOPER (IN VIDEO CLIP):  -- that is just a

16    complete lie, that is a bold-faced lie --

17          MIKE LINDELL (IN VIDEO CLIP):  -- all solutions.

18          ANDERSON COOPER (IN VIDEO CLIP):  -- because you're,

19    you're a snake oil salesmen telling people take this product,

20    --

21          MIKE LINDELL (IN VIDEO CLIP):  Well you're calling

22    me, you know you're calling me names. When did you come to

23    take anything? I, I, know I don't, you know that's why --

24          ANDERSON COOPER (IN VIDEO CLIP):  -- you're

1  desperate, you're desperate. It's kind of morally bankrupt.

2  You know how to sell something you know how to promote a

3  product, I guarantee you I would not be taking medical advice

4  from you, sir. I can promise you that. Nothing you can say - -

5        MIKE LINDELL (IN VIDEO CLIP):  -- and I will say let

6  me finish my answer.

7        ANDERSON COOPER (IN VIDEO CLIP):  I just think it's

8  shameful what you're doing. You know you make money

9  manufacturing masks, right?

10       MIKE LINDELL:  No, I gave away $4 million dollars out

11 of my own pocket, that's a fallacy.

12       ANDERSON COOPER (IN VIDEO CLIP):  Well that's nice.

13       MIKE LINDELL:  4 million dollars, 4 million dollars

14 and you can check those facts. Four million dollars out of

15 Mike Lindell's pocket donated. I'm praying that, for you,

16 Anderson that you have me back on your show.

17       STEVE BANNON:  So Mike, that's a pretty intense,

18 that's what we call a pretty tough interview. But that's, it

19 really even with that intensity, that, that's nothing for

20 what's happened to you over the last couple of weeks - -

21       MIKE LINDELL:  Yeah and you know, and back then what

22 was so bad I had, back then, you know, he's attacking me for

23 the myoleander.com, he's attacking me for something. All these

24 things I was doing, was just good things. What was wrong with

1    that? And now, you take all three of those times, multiply it

2    by 10. And then times it again by 10. This is what's happening

3    right now to me, to my company, to my family, to my, to my,

4    you name it. To me personally, they're going after my

5    reputation, they're boycotting. I mean, it's just across the

6    board. Social media has, I mean, Twitter, Twitter's taken me

7    down and my company. Google suppressed my AdWords, I can't

8    even buy my own name to buy an AdWord, they, after spending

9    20,000 dollars last Friday, when this Absolute Proof came out,

10   I was kept bidding on my own name against nobody. Finally it

11   got up to a dollar a click if somebody wanted to find it. And

12   they shut it down said no, because they're probably going, you

13   know - -

14          STEVE BANNON:  Mike, I want to get into the film. But

15   here's a question at the start of it, we're going to ask some

16   tough questions, ask you to share some more evidence. But

17   here's what people want to know, are you going to back off? Is

18   Mike Lindell, you're being attacked non-stop, they're

19   attacking your company, they're attacking your Recovery

20   Network, your family, your vendors, your employees. Is, to

21   start this film off, what people want to know, are you going

22   to back down one inch about trying to get the truths out

23   there?

24          MIKE LINDELL:  Never. Absolutely never. This isn't

1  about, I don't care if you're a Democrat or Republican. This

2  was an attack on our country, these Dominion machines and

3  Smartmatic, these machines that were, that are, that were

4  this, that were the tools of this attack, and we will never

5  have another fair election if we don't, if we don't stop that,

6  so I will never back down.

7        STEVE BANNON:  Okay, so you're not gonna back down.

8  Let's start the film, we're going to come in at different

9  breaks in the film, explain what happened, talk about more

10  evidence, ask you a few tough questions. So let's get into it.

11        MIKE LINDELL (IN VIDEO CLIP):  Hello everyone, this

12  is Mike Lindell, the CEO of MyPillow. As you all know, I have

13  been attacked the last month, relentlessly on social media, by

14  newspapers, by TV shows, by you name it, I've been attacked,

15  in myself, not just myself, but my company. The boycotts that

16  are going on, box stores are dropping me. Social media, they

17  cancel my Twitter. Today, they cancel MyPillow's Twitter

18  account, my company's Twitter account. Well, before I was

19  going to get erased completely, we put together this show. And

20  what you're going to see today is what they don't want you to

21  see, why they're trying to erase me. And what I've told

22  everyone out there is, you know, what, I seen evidence. I've

23  been trying since November 4th, to prove, you know, to show

24  what's out there. Why, why are these deviations that happened

1   on election night? It nothing, none of it made any sense. So I

2   dove all in with everything I had, resources, anytime I heard

3   something that maybe was relevant, I went and said, you know,

4   looked into it, did my own due diligence, had my, even my own

5   investigations. Well, on one day, I think it was like January

6   9th, all of a sudden, these people, they brought me some, a

7   piece of evidence, that's 100% proved. It's like a print of

8   inside the machine of the timestamp that showed another

9   country, other countries attacking us, hacking into our

10  election through these machines, and it shows a vote's

11  flipped. And I'm going wow, I got to get this out there. And

12  from that point on, I started putting it out there and that's

13  when they just started attacking me. Well, they obviously, are

14  hiding something, and tonight, you're going to see what

15  they're hiding, you're going to see on this show. We have,

16  we're going to have cyber forensic experts, we're going to

17  have 100%, you're going to see all this evidence that by the

18  time you're done seeing it you're going to go wow, 100%, it

19  proves exactly what happened, that these machines were used to

20  steal our election by other countries, including China. But I

21  do want to tell you, before we get into all that, I want to

22  tell you what I consider why I'm so happy today, about two

23  miracles that happened these last couple months. The first

24  miracle was on election night. And on election night, 11:15 at

1   night, the, the algorithms of these machines broke, basically

2   broke, and all like this will be explained during this show.

3   But they broke. What that means is Donald Trump got so many

4   more millions of votes that they didn't expect that they had,

5   they're going to have to go recalibrate, right? So that's why

6   all these states shut down, all of a sudden, they all shut

7   down. And we're all going what, that's weird. This has never

8   happened in any other election. And then we're going okay, and

9   then they as the days went on going, what? Another, another

10   week that it takes, you know, like Arizona to count 1% of

11   their vote and, and you see these big spikes, like in Michigan

12   and all these big, you know, votes that were poured in. Nobody

13   understood it, right? We're like living in this kind of

14   Twilight Zone during that time. Well, that is one miracle

15   there. Because think of that wouldn't have happened, think if

16   they would have estimated right and what would have happened

17   is, it would have been just like a normal election at three in

18   the morning, they would have said, "Oh, Biden won, he won by a

19   little bit," and we would have said, "Oh, better luck next

20   time." But because he got so many votes, it broke that and set

21   off this series of events of these deviations. If that

22   wouldn't have happened, we would have never been here talking

23   about biggest attack in history, the biggest cyber attack

24   ever. And this is, you know, the American dream would be gone

1   forever because we would have never known and it would just
2   you know, using machines that would have took us over forever.
3   Here comes the second, the second miracle. And with this one,
4   I gotta show you here on the, on the on the chart. I'm going
5   to go through these and I'm going to tell you why this is a
6   miracle. Okay, what we're going to do here, we're going to go
7   state by state and we're going to show you what else happened.
8   So here's Arizona, okay, the margin of victory was 10,000
9   votes that, that Biden, they say Biden won. Now if we look at
10  this, let's go down the chart here. Mail-in ballots requiring
11  adjudication, almost 300,000. But these mean, these are votes
12  that they put through and you're gonna learn that, you're
13  gonna learn all about that during this show too and
14  adjudication, how that works, but let's just go to the next
15  one. Illegal aliens voting, 36,400 illegal aliens voted. You
16  see that? He only lost by 10,000. Boy, of course they can't
17  vote. Okay, Donald Trump wins Arizona, right? We'll just keep
18  going. Voters registered to a vacant lot, 2,000. Completed
19  mail-in ballots received the day before the ballots were even
20  mailed. They got 20, or 22,000 ballots back in Arizona before
21  they had even mailed the ballots out. What? That's kind of
22  bizarre, right? Okay, keep going. Down here, Maricopa County
23  electronic adjudicated ballots, 103,000 votes loaded before
24  opening of polls. So the votes were even loaded. They were

1   already in there before the polls even opened, 50,000. Okay,

2   let's just, you see all that. Let's go to the next state here.

3   I'm going to skip Georgia and come back to it. Scroll to

4   Michigan, Michigan dead voters 17,367. And this is so,

5   Michigan is kind of its own, we're going to talk about

6   Michigan. It's very different than the other states, what went

7   on there. So it's all grouped together, 615,000 votes that are

8   just in question, and we're going to skip that part, okay.

9   Let's go the next one here, Nevada. Okay, here's Nevada.

10  Illegal aliens have voted in this election, 4,000. Mail-in or

11  absentee ballots for voters that were known to have voted in

12  other states, 15,000. Clark County use signature verification,

13  one out the image quality that was suggested by the

14  manufacturer and to check the mail-in ballot signatures,

15  130,000. We'll just skip through that. Raffle tickets that

16  they were incentivized, 500. Here we go, here's a big one,

17  dead people who voted, 1,506. Non-Nevadans who voted in

18  Nevada, they don't even live in Nevada, 19,218. Voters who

19  double voted, 42,284. Okay, as you can see, they add up to

20  over 200,000. Donald Trump lost by 34,000 votes. Okay, let's

21  go to the next one, Pennsylvania. Mail in votes are counted

22  without a Republican observer. We all heard that stuff, that's

23  well over 600,000. Mail-in ballots, 68. Here's another one

24  too. We could almost come, we're gonna, you're gonna hear a

1   lot about this during this thing. But let's go down, poll

2   workers that voted with various errors in the bins. This is

3   the one where you heard the fake ballots that were driven from

4   New York to Pennsylvania. You'll hear a little about that in

5   the show too. But this is, we're going to go peg Pennsylvania,

6   you can all see it adds up to 866,000. Donald Trump lost by

7   68,000. And there'll be a point to all this I'm getting to.

8   Okay, here's Wisconsin. Wisconsin, surge of by identity

9   combined voters in 2020. That's, it's, that would take a while

10  to explain but there was 130,000. US Postal Service backdated

11  ballots 100,000. Okay, that's incredible if you actually look

12  into it. The mail-in ballots entering the tabulation

13  price under the guise of absentee ballots in clear

14  violation of state law, 170,000. Okay, Wisconsin, the margin

15  of victory for Biden was 20,000 votes. Now we're gonna go to,

16  back to Georgia. Okay, everyone knows the president called the

17  Secretary of State in Georgia. And on that call, he said, he

18  was listing these to the Secretary of State. He said, okay,

19  you have felons with incomplete sentences that voted and cast

20  their vote, 2,560. Underage children that registered to vote

21  and illegally voted, 66,247. Unregistered voted, voters who

22  voted, 2,423. Registered voters who voted in another state

23  after their Georgia registration date, 4,926. Voters who voted

24  in Georgia and also voted in another state, 395. Voters who

1  voted in Georgia but changed their address before the election
2  to do it, 15,700. People who failed to pre-register to vote in
3  their county in time after moving from one county to another,
4  40,279. Voters who illegally claimed a post office box as
5  their resident, 1,043. Voters who registered too late to vote
6  in the election, 98. People who died prior to the election,
7  they didn't, they were already dead, 10,315. Okay, ballots
8  with no chain of custody, we'll probably talk a little bit
9  about that in this show too, 600,000. And here's what the
10  President said to the Secretary of State in Georgia. Can you
11  just give us, why don't you just give us your, it's only 10,
12  he only lost by 11,730 votes, he said, how about you just give
13  us your underage that voted or your dead people and we win. It
14  didn't make sense. You say how about this? This, this line
15  here? This people who have failed to register, 40,000. Can you
16  just give us them? He said just get, what, he named the
17  columns. And you know what the Secretary of State of Georgia
18  said, those numbers are wrong. And, and the President said,
19  well, where, what, who gave us the numbers, he asked his guy
20  and that guy said we got them from the Secretary of State's
21  office. And the President said to the Secretary of State,
22  well, when can we get the right numbers? And the other guy
23  said, sir, we've been trying to get them from the Secretary of
24  State for almost two months. And the point being here, now

1 here comes the point I'm making, here's, this is all the

2 second miracle of the election. Every one of these states

3 should have been, and two plus two is four, right? You should

4 say, okay, you can't count dead people, you can't count

5 underage people. Every one of these states, Donald Trump wins

6 if the electors would have done their job, the legislators, if

7 the, if the governors wouldn't have said, you know, hey it's

8 good. All these things that happened, all these anomalies that

9 happened that would've never happened before, but, but much

10 less one state, they all say that, that, hey, we're going to

11 go ahead and use this stuff and we're going to declare Joe

12 Biden the winner. But here's the big thing, the big miracle,

13 if they would have done that, if they would have done that,

14 and said, you know what? If we can't count these, Mr. Trump

15 wins, Donald Trump wins, okay, then we wouldn't be where we're

16 at right now. Because the biggest thing against humanity, and

17 our country is this attack through these machines, they got

18 this opened up, this revealed, the, the machines to where

19 we're at right now. So what you're going to watch during this

20 show, is 100% proof that the big thing was the theft by these

21 other countries that came in to attack our country, through

22 these machines that are made to steal elections. Every

23 election going forward in history, if these things would have

24 happened, these two, and we wouldn't have, we would have never

1   known, every single vote you would have ever made wouldn't

2   have mattered. Somebody else would have made that vote. And

3   we've all seen in this past month, you think it was a

4   communist coming in and taking us over, with people here, this

5   is an attack not only on other, those other countries with

6   communism, but they had domestic traitors right here in our

7   country. Whatever's going on right now we're seeing it.

8   They're suppressing cancel culture. They're trying to cancel

9   us all out. I just seen churches, the Christian churches,

10  they're being attacked right now. People on social media,

11  anyone that speaks up, they're going, you can't say that,

12  you're gone. It's like they're, right now they're doing

13  whack-a-mole because they know, they knew they were so close,

14  so close that we would never know in history, what happened.

15  But guess what, now we do know it, and you're all gonna know.

16  And when you watch this, and you get through it, at the end,

17  I'm going to tell you what you can all do. And we're going to

18  start our show right now and you guys are going to be

19  absolutely amazed.

20        STEVE BANNON:  Okay, there was a lot to go through

21  there, Mike. But before we get to the numbers, because

22  remember, Congressman Eric Swalwell, in the, in the well of

23  the Senate on the opening day of the prosecution said that all

24  these numbers are lies. Donald Trump lied about all these

1    numbers, that all this stuff about voter fraud, and, you know,

2    illegal aliens voting and underage people voting and people

3    dead people voting, it's all made up, it's all nonsense. So

4    you talk about two miracles in the section, explain that, why

5    that's so important., then I want to ask you about the math.

6         MIKE LINDELL (IN VIDEO CLIP):  Okay. Well, first, I

7    want to say all the numbers I have came from the Secretary of

8    States, these were validated numbers. But what I want to

9    talk about, the, the two miracles that I brought up here is

10   the first miracle was the night of the election. At 11:15. it

11   broke the algorithms in the machine because they didn't expect

12   Donald Trump would get millions more votes than what they

13   predicted. By doing that they didn't have enough track left to

14   to do the steal, because he would have won anyway. Now, if

15   that happens, if they predicted right, at three in the

16   morning, all the states would have been in, everybody went to

17   bed and say, oh boy, we made it close, better luck next time.

18   But by them breaking that, everybody had to go into

19   reactionary mode. So you see these big deviations, this big

20   spike in Michigan and Arizona taking a week to count the last

21   1% and Georgia taking who knows how long, these were all

22   deviations. But we would, if, so that 's miracle number one.

23   If that didn't happen, we would have never known about the

24   machines. Now the second miracle is this, all these stats you

1   see of the dead people and all these on the board here. If,

2   let's just say that they're 100% accurate. Donald Trump would

3   win and it would, and he would have been put back into place

4   as the rightful winner. But I'm saying that I'm glad he

5   didn't, because if he did, we would have never known the big

6   gorilla in the room is the machines that would have stoled our

7   elections forever. We wouldn't, we wouldn't be where we're at

8   right now. So by everybody not doing their jobs, the

9   legislators, the governors, the Secretary of State, that's a

10  miracle that they all did the same thing and did nothing. They

11  did nothing, because that's why we're here tonight to show you

12  that the big theft is the machines and an attack on our

13  country. That's the miracle, if that all wouldn't happen, and

14  I know that's a twisted way to look at it, but it's true.

15          STEVE BANNON:  But, but on January 6th, they're

16  making the scene that they impeach President Trump. If you go

17  back and you look at your numbers, whether it's Wisconsin at

18  20,000 votes, Georgia, I think at 12,500, Arizona at around

19  8,300. There's enough, there's enough just in the low-hanging

20  fruit, just in the traditional voter fraud, you would agree

21  that if you press the case here, leave the machines aside,

22  you're right, the machines are an issue you want to deal with,

23  because you got to get them out of there for future elections.

24  But just with the math you have, if you can prove that Eric

1   Swalwell is wrong and these numbers are right, Donald Trump

2   would be President of the United States, you agree with that?

3        MIKE LINDELL:  100% I mean he did it in Georgia when

4   he talked to Brad Rutherford or whatever his name,

5   Raffensperger. I mean that was, everyone, the whole country

6   heard that and we're going, the President's going, just give

7   us you're, how about your dead people and your minors that

8   voted.

9        STEVE BANNON:  But, but Mike you got to answer for

10  the audience I think why is Raffensperger and these election

11  officials in Arizona, in Georgia, why are they not stepping up

12  and agreeing with you and MAGA and myself and others, say yes,

13  there is traditional voter fraud of such an extensive thing

14  like underage voting, illegal alien voting. Why are they not,

15  why are elected Republican officials, why don't they agree

16  with Mike Lindell?

17        MIKE LINDELL:  Well, you know what, I'm glad they

18  don't because if they did their job Donald Trump would, we

19  wouldn't be here talking and then the world would have been

20  over because no election would be safe ever again because what

21  you're gonna see here tonight. I don't know why they're did

22  it, I can only, I'm telling here tonight to tell the facts.

23  And I could be, I could, oh believe me, I could, I could give

24  you all kinds of opinions on Brian Kemp and Doug Ducey and all

1  these Republicans and these, and these Secretaries of State.

2  But I'm not here, I want you to see tonight is 100% fact and

3  that's what I'm going to put out there. But whatever reason

4  they did it, that will all come out, that's, that's a, you

5  know that's all going to come out. Why did you do this to the

6  American people? Why did these people, and you're going to

7  find out with watching our show tonight, this attack by China

8  and this coming into our country but there were people here in

9  the United States that were their partners and I don't know

10  who's whose partner whatever, that's not from, my, my thing is

11  to get, to 100% show you that this attack happened came

12  through the machines and there was a massive flip and you will

13  never have an election again if you use these machines.

14       STEVE BANNON:  Okay, Mike now we're gonna get into

15  the cyber warfare, the cyber attack part of this film with

16  Colonel Waldron and others. Let's go to, let's let's go to

17  the, let's go back to the film, Absolute Proof with Mike

18  Lindell, you're gonna see Colonel Waldron right now.

19       MIKE LINDELL:  And now we have with us Colonel Phil

20  Waldron.

21       COLONEL PHIL WALDRON:  Yeah, so my, my background in

22  the military is with influence operations, information

23  operations, information warfare, if you will.

24       MIKE LINDELL:  You know, what we're talking about

1  here today is specific, these machines that were used to, to

2  hack into our election and, and by foreign countries,

3  including China, and what, what did you, kind of bring us up

4  through the election for yourself and what, and then how

5  you've gotten so involved right now.

6         COLONEL PHIL WALDRON:  Yeah, we began looking, working

7  with our partners in Dallas, at Allied Security Operations

8  Group with doing some analysis on the data that they had,

9  looking at not only Dominion, but ES&S and Hart, several of

10 the other electronic voting management systems. And we saw a

11 lot of similarities and vulnerabilities in the systems that

12 would be easily influenceable or easily interdicted. And

13 again, as a, as a information warfare officer that's what I

14 did. I looked for vulnerabilities and ways to attack systems

15 to create a strategic advantage for US friendly forces. And so

16 when we started seeing the vulnerabilities, and all the

17 different ways that you could interdict this, these electronic

18 voting systems, it became apparent that we had a problem for

19 the November 3rd election. And that prompted us to spend a lot

20 of time working with Russ Ramsland, getting a lot of the

21 historical data, the knowledge, and we started working on our

22 own, really doing a lot of connecting the money exercises,

23 doing, doing basic investigative research. And then I brought

24 in our our local DHS team here in Texas, both the intelligence

1  and assessments division, which collects, it collects

2  intelligence for, for the Department of Homeland Security and

3  the CISA, our local CISA rep. And we spent quite a bit of time

4  giving them an introduction to what, what we saw and the

5  vulnerabilities and the ways that these systems could be

6  interdicted to change election outcomes at you know, the, the

7  machine level, the server level, fraud at the local level,

8  which you know, is required to induce the the illegitimate

9  ballots. Then you got the machine level, which is kind of what

10 you were talking about, the algorithms that are directly input

11 into the tabulators. And we have evidence of that in, in Ware

12 County, Georgia, that, you know, X amount of ballots went

13 through, and they basically stole 13% of the vote from

14 President Trump and put that 13% of the vote into the category

15 for former Vice President Biden, which made a 26% shift in the

16 vote. And so when you look at the machine level, the machine

17 for Dominion or ES&S, there are so many vulnerabilities in the

18 systems, there are so many fundamental cybersecurity practices

19 that are not enabled, that it basically allows anybody who has

20 some technical ability, and the, the want-to to go and

21 influence our elections. And sort of that strategic level is

22 foreign intelligence, foreign intelligence services. And we've

23 got pretty much document, documented Chinese, Communist

24 Chinese Party ownership of the private equity firm, whose

1  board controls Dominion. We've got Chinese communists, the

2  president of the Chinese Communist bank, who is a board, board

3  of directors member of the private equity firm that, that owns

4  Dominion.

5           MIKE LINDELL:  Wow.

6           COLONEL PHIL WALDRON:  And if you, the testing company,

7  the only company that has code, the access to the code, and

8  the testing for Dominion is in Shenzhen, China. It's a

9  Communist Chinese Party company. The US government, the state

10 governments, the county governments, they don't have access to

11 Dominion code. But I think it's kind of, kind of unique that a

12 Chinese company that's run by the CCP does have access to the

13 code. And that's why we started seeing that that strategic

14 level, that third tier of election manipulation, a lot of

15 movements of votes, directly, direct access to Pennsylvania

16 voting precincts, county tabulation centers, Wisconsin,

17 Michigan, Nevada, Arizona, Georgia, all of that coming in

18 directly from foreign countries, China being the predominant

19 one, and through, through Pakistani ISI proxies.

20          MIKE LINDELL:  Did you find it very frustrating not

21 being able to get, get all this information out to the public?

22          COLONEL PHIL WALDRON:  Yeah, it's, it's very frustrating.

23 The fact that, you know, everyone says, well, there was all

24 these court cases, and all the court cases were lost. Well,

1  that's a lie. And when we get statistics on how many court

2  cases are open, how many were dismissed for, you know, for

3  standing or procedural, but there's only to my knowledge, two

4  cases, one in Michigan and one in Georgia, where evidence has

5  been heard. And those cases are progressing forward. The

6  Senate in Arizona has heard and seen preliminary evidence, and

7  they've issued subpoena, and they're pressing forward with a

8  full forensic audit in Arizona, and that, that could be

9  forthcoming as early as you know, this, this coming week. So

10 it's, it's, it is complex, and it's hard for people to

11 understand and if it's hard to understand, people just dismiss

12 it as, you know, conspiracy theory, where it's cyber warfare

13 and unconventional asymmetric warfare conducted by a peer

14 threat nation-state, against the United States government

15 critical infrastructure.

16        MIKE LINDELL:  The whole country seen when they, you

17 know, when they shut everything down at night that that was a

18 deviation, you probably expected this right?

19        COLONEL PHIL WALDRON:  We were watching, we found the

20 foreign servers in Barcelona, in the UK, and in Frankfurt.

21 We'd seen several, you know, the one in Toronto, obviously,

22 with Dominion.

23        MIKE LINDELL:  So, you know, 100% proof, that the

24 servers are overseas in other people's countries for our

1   election?

2          COLONEL PHIL WALDRON:  Yes, we were mapping out the

3   servers before the elections. We identified the Scytl server

4   in Frankfurt, down to the street address. Frankfurt has, I

5   think it's, it's either the largest or one of the world's

6   largest server nodes, you know, a cyber node, a communications

7   node, it's called DE, DE for Germany, nics DENICs. And there

8   were several folks watching the, the traffic and the volume of

9   traffic that night, and they noticed a significant spike in

10  traffic that night just due to you know, the volume of

11  information going through. And one of the reasons that they

12  said that the the traffic was going up was due to the US

13  elections.

14         MIKE LINDELL:  In your opinion, this is an attack by

15  other countries, of foreign, of foreign countries is what

16  you're saying then.

17         COLONEL PHIL WALDRON:  I believe from what I've seen

18  in the, the witnesses that I've talked to, that this is a coup

19  that, it definitely involved elements inside our own country

20  and inside our own federal government. Definitely, definitely

21  part of a coup that was aided and abetted by a foreign threat,

22  nation-state a peer, enemy nation-state - -

23         MIKE LINDELL:  - - Right.

24         COLONEL PHIL WALDRON:  China.

1          MIKE LINDELL:  Do you believe that this attack from

2     other countries could not have happened without people here,

3     domestic people, domestic traitors, basically?

4          COLONEL PHIL WALDRON:  Yeah, I believe that. Again,

5     we have affidavits of CIA and State Department personnel out

6     of the Italian embassy participating in this coup. We have a

7     name, email and phone number of a senior DOJ official from a,

8     from a US attorney that said that this individual was shutting

9     down any DOJ or FBI investigation into any election, any

10    election related investigation, and they're trying to shut

11    down judicial cases, court cases. So from inside our own DOJ,

12    people were shutting down active investigations. You wonder

13    why, you know, Mr. Barr didn't find or see any evidence of

14    widespread election fraud, it's because the FBI never did

15    anything other than to impede investigations into election

16    fraud. The FBI went to question the truck drivers who deliver

17    ballots and created affidavits. They were harassing, you know,

18    the the Americans, you know, the patriotic Americans who were,

19    who were whistleblowers and prosecuting them. Mike, you

20    mentioned something earlier is the machines, the ES&S and

21    Dominion machines. If you look at, you know, military planning

22    factors, there are critical capabilities. A capability is what

23    you have to have to execute your mission, or the enemy has to

24    have to execute its mission successfully. So a critical

1  capability for any of this to happen are the inherent

2  vulnerabilities that were built into ES&S and Dominion

3  software, which is, you know, again, we've proven through,

4  through our work that this is all related directly back to the

5  soft, Smartmatic, Smartmatic, SGO Smartmatic software core.

6  And they definitely had financial gains to, financial reasons,

7  based on some of the other investments that they've made.

8  Especially they, you know, looking down the road, if they make

9  billions and billions of dollars, the board of SGO Smartmatic,

10 because they own a, an air purification company. So just think

11 about it, if you get to pick an administration that is

12 favorable to your company, say if they past the Green New

13 Deal, and you're going to make billions and billions of

14 dollars off of government-mandated air purification systems

15 and public buildings and apartment buildings and industrial

16 complexes, you know, you would spend quite a bit of money on

17 the frontside to make sure the election was done. The same

18 thing with China, if China could avoid the US coming to

19 Taiwan's defense, and we've seen indications of that already.

20 And if China could avoid having to fight a campaign to protect

21 their manmade islands to extend their territorial waters into

22 international navigable waterways, if they could invest a

23 billion dollars to do that versus fighting a war. Well,

24 they've made a pretty good investment, and all the money that

1  they've made into the Biden family, all the money that they've

2  made, invested into US universities and US businesses, buying

3  up our medical and our technical intellectual property,

4  stealing a lot more than they bought. They are, they are

5  fighting a war, people just don't realize that we're under

6  attack.

7       STEVE BANNON:  Look, Colonel Waldron is a cyber

8  warfare expert. Many people know him from, he's testified all

9  over the country in these testimonies that Rudy Giuliani went

10  with. I think he had a particularly big role in Phoenix,

11  Arizona, where I think his first time he kind of came on the

12  stage, but he was very impressive. He's a cyber warfare

13  expert, but I've got to ask you. I've got to ask you, Mike.

14  You've got Chris Krebs, who ran the infrastructure, election

15  infrastructure piece for DHS, they reported up to Chad Wolf.

16  Both these guys Chris Krebs and Chad Wolf, I think were, were

17  Trump appointees, appointed by President Trump, selected by

18  President Trump. Krebs said, Mike, that this was the safest

19  election in US history. And he also I think, quoted in a

20  statement he put out that not one vote was changed, there was

21  no problem with any voting systems, there was no votes that

22  went around and got changed, flipped or otherwise. And that's

23  a quote from the, a virtual quote from this statement they put

24  out by Chris Krebs, who's in charge of it, reported to Chad

1  Wolf, Chad Wolf never counted that, and I believe told the

2  president and told the public consistently that nothing

3  happened here. So I know you've got, you've got experts.

4  They've made a lot of assertions. I'm sure people are looking

5  for maybe some backup evidence and put some other stuff online

6  to back up what, what Colonel Waldron said. But how do you

7  respond to Chris Krebs? And he's the guy in charge for the US

8  government. He said, hey, look, safest election in American

9  history. Most secure, no cyber attacks, no problems. What do

10 you say Mike Lindell?

11        MIKE LINDELL:  He's either lying or he's naive. One

12 of the two. It's only one of the two. People asked me earlier

13 today they said, well, Mike, you got a person over here that

14 says this and you say this, and someone says, you say this

15 over here. There's only one truth, is you know, you can all

16 have an argument but there's only one truth. What you're gonna

17 see in some of this, some of this evidence in his, you know,

18 in his defense, just came out, you know I only recently heard

19 about on January 9th. So, but all this other stuff, if he's

20 talking about all the, the charts I showed earlier, I mean

21 give me a break, those numbers came from the Secretaries of

22 State's office.

23        STEVE BANNON:  Mike he made, Mike he made that

24 statement on November 12th, so this would have come after the

1   activity that, that Colonel Waldron alleges so you know, this

2   encompasses the evening of November 3rd and all the other

3   ballots, etc. So it came out, I think was November 12th, so it

4   was at least a week afterwards, where Krebs set up, and I

5   think Krebs quit, I mean, he's adamant, he's gone on 60

6   Minutes, he's gone everywhere. He's adamant, Wolf has been

7   adamant, nothing went on here, safest in U.S. history. Another

8   thing I just want to bring up before we go to the next

9   segment, Colonel Waldron talked about bandwidth and all this

10  bandwidth that's moving back and forth and they can monitor, I

11  just want to bring up, and we'll get to this later, the

12  Dominion CEO, I think in sworn testimony, actually said that,

13  and he put out a statement afterwards that they don't have any

14  servers anywhere outside the country. They don't send ballots,

15  or these, or the electronic facsimiles of ballots that you

16  talked about, they don't send them anywhere, these things

17  don't transfer around, they absolutely do not move. And so all

18  this bandwidth discussion about going overseas, the Dominion,

19  we'll get into later, he says it just doesn't happen, because

20  that's not the way the system works. So you got both the

21  Department of Homeland Security, who's in charge of, they're

22  Trump guys, and you've got the CEO, Poulos, from Dominion

23  says, hey, it can't be a bandwidth thing that Waldron and

24  these guys are tracking, so it doesn't happen. What would you

1    tell the audience and then how are you going to back up these

2    assertions by Colonel Waldron, the cyber warfare expert?

3           MIKE LINDELL:  Well, I'll tell you, if you're caught

4    cheating at a poker game, what do you do? Of course, you start

5    lying. And they're all liars there. They're lying, they're

6    bold-faced lying. I mean, the easier part about it not going

7    online if you're Dominion or Smartmatic, I mean, that's been

8    proven 10 times over. So if you lie a little bit, usually

9    you're lying a lot. And this is all going to come out. When

10   you asked me about that other guy, we, you know, that remains

11   to be seen. Is he, does he really, is he really that naive

12   that he doesn't know what happened? Or is he lying? And then

13   you know, what, what do you lie for? You usually lie to cover

14   something up. You know, I have went out here with everything I

15   have, because I'm 100%, 100% that we have all the proof,

16   that's why it's called Absolute Proof. 100%. And we will show

17   - -

18          STEVE BANNON:  Mike, we're, we got to go to the next

19   segment, because I want to get through, through this within

20   the three hour timeframe. But you're committed to put

21   additional information online to back up some of these

22   assertions as you get closer to some of these court cases,

23   particularly the Supreme Court?

24          MIKE LINDELL:  Well, you know, this is the whole

1  thing we're here tonight for, we need the Supreme Court to

2  accept what you're going to see here tonight, because there's

3  all kinds of, what you're gonna see here tonight, multiply

4  that by 100, is what we, is what we have, is what's out there.

5  Everybody came to me, you've got to realize, they go, how did

6  you get that, Mike? Everybody came to me because nobody could

7  get the word out. You couldn't get it out. You just got

8  squished, you know, someone raise their hand they go, hey, I

9  seen this machine and it does this and I looked at it, we did

10  this. You know, I said, hey, I seen this. So you know, they

11  had to come to me, because they knew I wasn't going to back

12  down and I have the platform, even my platform, that's why

13  they're trying to smash it. But they're having a hard time.

14       STEVE BANNON:  Yeah. Let's, I tell you what, we got

15  Russ Ramsland now from the Allied Security Operations Group.

16  Let's, let's hear the segment here. Mike Lindell and I will

17  join you right after this segment.

18       MIKE LINDELL (IN VIDEO CLIP):  So now we have with us

19  Russel Ramsland. He's a founding member of Allied Security

20  Operational Group. They're based in Dallas, Texas, and they do

21  cyber forensics and security. Russell, how are you, how were

22  you involved with all this election fraud?

23       RUSSELL RAMSLAND (IN VIDEO CLIP):  Well, it was

24  interesting, Mike. It's been a long road for us, about two

1  years ago we had some logs from the Dallas general election

2  brought to us from the central tabulation server. And people

3  ask, what do these logs mean? It was about 1,100 pages, and we

4  got looking at them and we were horrified at what we found.

5  Because what we found was that people were getting into the

6  system, and they were changing the votes. They were erasing

7  databases, they were reloading them. And it was coming from

8  remote locations and our guys are going this can't be.

9         MIKE LINDELL (IN VIDEO CLIP):  Now this was back,

10  this is in 2018 when they, so these guys came to you with

11  these, and these were, these were voting machines, and were

12  they Dominion machines?

13         RUSSELL RAMSLAND (IN VIDEO CLIP):  No, no, no, we use

14  ES&S in Dallas, not Dominion.

15         MIKE LINDELL (IN VIDEO CLIP):  So are they, are they,

16  are they similar, similar machines?

17         RUSSELL RAMSLAND (IN VIDEO CLIP):  Yes, yeah, it's,

18  it's very similar stuff. Most of these voting companies all

19  have similar DNA in their [inaudible].

20         MIKE LINDELL (IN VIDEO CLIP):  But what you've seen

21  was, was very, it horrified you?

22         RUSSELL RAMSLAND (IN VIDEO CLIP):  Yeah, it did.

23  Because clearly somebody was playing with the election.

24         MIKE LINDELL (IN VIDEO CLIP):  Wow.

1          RUSSELL RAMSLAND (IN VIDEO CLIP):  So we tried to get

2     the authorities alerted. We brought in a DOJ prosecutor that

3     ran the cyber group in North Texas. And she was horrified at

4     what we showed her. And she asked us to put it together and

5     eventually submitted it to the FBI. And we did that and they

6     did nothing. So we continued to investigate and the more we

7     found, the more horrifying it got. Now, this all was still

8     coming out of Dallas. We tried to get senators to look at

9     this, and we tried to get state officials to look at this, but

10    we continued to work on it on our own, we had no client at

11    all. And eventually, we did get seven members of the Freedom

12    Caucus this last July to take a two hour briefing without

13    staff. And what they saw was absolute proof that this

14    electronic voting system that we have is completely

15    compromised. It can be completely manipulated. And they were

16    horrified.

17          MIKE LINDELL (IN VIDEO CLIP):  We've all heard that

18    Texas denied these machines.

19          RUSSELL RAMSLAND (IN VIDEO CLIP):  Well, Texas denied

20    Dominion, but Texas uses other voting machines. We use Hart,

21    and we use ES&S in Texas.

22          MIKE LINDELL (IN VIDEO CLIP):  Right. So why, so why

23    would Texas, they denied these Dominion ones, and in your

24    opinion, so they must have looked at them and said there's

1  something there we don't like, but then they, over here, with

2  Smartmatic and these other ones, they were okay with that?

3  What would be your opinion of why, why one, they would deny

4  one machine that, because they're afraid of election fraud,

5  and, and over here, they accepted that one?

6      RUSSELL RAMSLAND (IN VIDEO CLIP):  I think that it

7  sometimes has more to do with politics and influence, who gets

8  through and who doesn't not necessarily for the machines.

9      MIKE LINDELL (IN VIDEO CLIP):  Okay.

10      RUSSELL RAMSLAND (IN VIDEO CLIP):  So we finally

11  ended up with some investigators, with Ron Johnson's

12  Department of Homeland Security oversight group. And they were

13  horrified at what we showed them. And they tried to get CISA,

14  which is the Cyber Intelligence Security Administration inside

15  the DHS, they tried to get CISA to take a look. CISA would not

16  take the briefing, they couldn't be less interested. So we

17  didn't quite know what to do. We were beginning to find some

18  media people who wanted to start talking about this, and they

19  became appalled. But the break really came in early August

20  when we got some DHS people in Austin with the I&A division,

21  the intelligence and analysis division down there, to take a

22  look at what we had. And that's the division that used to have

23  voter integrity before it was handed to CISA. So they looked

24  at it and they were horrified and they sent a whole team to

1  our shop, we spent 11 hours with them. They asked us if we

2  would give them their, our data, we said of course. And so we

3  gave them all our data. They took it back to Austin and

4  unknown to us, they gave it to three private cyber groups that

5  they use, and said, hey, are these guys crazy? I mean, is this

6  nuts or is this, is there something here? Well, all three

7  groups looked at it and all three groups came back, not only

8  is it right, it's horrifying.

9       MIKE LINDELL (IN VIDEO CLIP):  Okay, I want to ask

10  you there when you say horrify, can you explain to everybody

11  watching this right now, what, what horrified you, was that

12  the fact they could go online?

13       RUSSELL RAMSLAND (IN VIDEO CLIP):  Well, there's no

14  effective security at all for your votes. Your votes are

15  stored overseas, where they can be easily - -

16       MIKE LINDELL (IN VIDEO CLIP):  - - They're stored

17  overseas?

18       RUSSELL RAMSLAND (IN VIDEO CLIP):  Yes, yeah. Yeah.

19       MIKE LINDELL (IN VIDEO CLIP):  Wow.

20       RUSSELL RAMSLAND (IN VIDEO CLIP):  27 states use

21  what's called Clarity Scytl Election Night Reporting and those

22  servers are overseas, they have what are called s3 bucket

23  vulnerabilities. And people can get in and change the votes

24  there. And then they can load them all the way back down to

1   the county level here in this country because Scytl gets all

2   their credentials from every single county server here. And so

3   they can get into every single county server and change the

4   votes here from overseas. It's crazy.

5           MIKE LINDELL (IN VIDEO CLIP):  Wow. So everything

6   that everybody has been talking about all through, that

7   they've tried to suppress and that they, we heard that

8   machines weren't even online, and you're saying that 27 states

9   use this and the servers are overseas. So these can go over

10  there and they can change the vote to anything they want and

11  send it back cyberly, by cyber.

12          RUSSELL RAMSLAND (IN VIDEO CLIP):  Correct.

13          MIKE LINDELL (IN VIDEO CLIP):  Wow.

14          RUSSELL RAMSLAND (IN VIDEO CLIP):  So they became,

15  the DHS people in Austin realize what we're telling them was

16  correct, they became horrified. And they began to try to have

17  a series of classified briefings within their own group in

18  order to push this up, up the chain. And they got about one or

19  two levels up, and then they met a solid wall of resistance

20  that basically said, leave it alone, don't pursue it.

21          MIKE LINDELL (IN VIDEO CLIP):  Wow. And what do you,

22  what do you think being now, we're telling the facts on the

23  show here. But in your mind, why would they do that? What,

24  this is just subjectively, why would they, why would you, why

1  would they do that in your mind?

2        RUSSELL RAMSLAND (IN VIDEO CLIP):  I don't know,

3  Mike.

4        MIKE LINDELL (IN VIDEO CLIP):  You can't explain it.

5  I mean, this is, okay. So, so then, so take us from there. So

6  this is like, what, what, approximately, when was this

7  happening when it kind of, when it got stopped?

8        RUSSELL RAMSLAND (IN VIDEO CLIP):  That was

9  September.

10        MIKE LINDELL (IN VIDEO CLIP):  Wow. Close to the

11  election. Okay.

12        RUSSELL RAMSLAND (IN VIDEO CLIP):  Well, it's the

13  election. So what actually happened in this election, this

14  stolen election, we already knew was going to happen. We

15  already had seen it. We knew it was all possible. We knew it

16  was all out there. Now, we didn't know how many foreign

17  servers. You know, before, we weren't seen very many foreign

18  servers come in and change votes. But in this election, of

19  course, we saw thousands from all over the world.

20        MIKE LINDELL (IN VIDEO CLIP):  And you're seeing,

21  you've seen thousands. Alright, you've seen all these these

22  hacks, have you actually seen that with your own eyes?

23        RUSSELL RAMSLAND (IN VIDEO CLIP):  We have seen the

24  data that is I supposedly representative of that.

1        MIKE LINDELL (IN VIDEO CLIP):  So this, the election

2   goes down, you knew what was going to happen? Is it exactly

3   what you thought was going to happen?

4        RUSSELL RAMSLAND (IN VIDEO CLIP):  Yeah, we thought

5   it was going to happen on three levels, we thought there would

6   be massive local cheating, we thought there would be cheating

7   through the actual voting companies themselves, whether it's

8   them or someone else manipulating them and we thought that

9   there would be cheating from votes being injected from

10  overseas. And that's exactly what we saw happen. And we

11  developed huge tons of absolute proof on this, but no court

12  case was ever allowed, ever allowed it to be presented. So

13  that sort of gave fodder to this media myth that it didn't

14  exist, but it does exist. It's out there. It's unbelievable.

15  It's massive.

16        MIKE LINDELL (IN VIDEO CLIP):  Wow. Did everybody

17  hear that? What he, what Russell's saying here? This is what

18  everyone says. Well, there was no evidence. So you're saying

19  no judges would look at the evidence, is that correct?

20        RUSSELL RAMSLAND (IN VIDEO CLIP):  That's correct.

21        MIKE LINDELL (IN VIDEO CLIP):  Okay. And now we don't

22  know why. We don't know why. I mean, it wasn't because there

23  wasn't evidence. They didn't even want to look at it. Is that

24  correct?

1            RUSSELL RAMSLAND (IN VIDEO CLIP):  That is correct.

2            MIKE LINDELL (IN VIDEO CLIP):  Okay, now we've heard

3    about, we've all heard, in fact on this show, the Antrim

4    County in Michigan. Were you guys ever, were you guys, I,

5    weren't you guys contacted to look into that?

6            RUSSELL RAMSLAND (IN VIDEO CLIP):  That was our work,

7    yes.

8            MIKE LINDELL (IN VIDEO CLIP):  Oh wow. Okay.

9            RUSSELL RAMSLAND (IN VIDEO CLIP):  I actually signed

10   the forensic audit report. And cuz our guys did all that, our,

11   part of our team. And that came about because there was a down

12   ballot race. And the judge allowed some limited discovery.

13   What came out of that was appalling enough that he allowed

14   further discovery. And then of course, that report went

15   national, because what we found was so horrifying.

16           MIKE LINDELL (IN VIDEO CLIP):  Right, for everybody

17   out there, what we've all heard, this Antrim County, in

18   Michigan, and in this show here, we've, you know, you've,

19   you've seen it, we've had, we've, this is a, this is the

20   reason it was talked about so much, because this is a small

21   county, and it was like 15,000-some people voted and it was

22   7,000-some votes flipped. I mean, so it was so obvious. You

23   know, we had 65% Republican and 35% Democrat normally, and it

24   was completely flipped. So everybody in town knew it was a

1   deviation that didn't make sense. And so, so Russell, this

2   case is still open is that, that's correct, right?

3          RUSSELL RAMSLAND (IN VIDEO CLIP):  That is, that is

4   correct.

5          MIKE LINDELL (IN VIDEO CLIP):  Okay, can I, can I ask

6   you this? So what you've seen there is exactly what you knew

7   was going to happen. And now were you able to look at other

8   places? What was different about Antrim County now that, what

9   we all heard was you were able to get into the, you know, the

10  forensics of it and see all this. Were you able, have you been

11  able to do that in any other places in the United States since

12  then, or, you know, since this election ended on, in November?

13         RUSSELL RAMSLAND (IN VIDEO CLIP):  Actually, on a

14  limited basis, we have been able to go in two other counties.

15  We have not published that information yet. And there are

16  reasons why we aren't publishing that information right now.

17  But both of them have not only confirmed, they have confirmed

18  that it's even worse than in Antrim.

19         MIKE LINDELL (IN VIDEO CLIP):  Did everybody hear

20  that? What we have here, and Russell can't disclose this

21  because what, every time something pops up, it gets buried out

22  there, things happen. I don't, I, you know, this is, this is

23  the most attack on our country, and I'm telling you, ever. I

24  mean, this is, and, if that's right, you know, it's getting

1   suppressed every, everywhere. So what he's saying, two other

2   places now, is this breaking news right now? You're saying

3   right now, you have two other places, and what you're seeing

4   is even worse than you could ever imagine?

5           RUSSELL RAMSLAND (IN VIDEO CLIP):  Well, it's, it's,

6   it's just like Antrim only it's worse in many ways. You know,

7   in Antrim, what people need to understand, real simple, Mike,

8   when people vote and they scan their ballot in, it either goes

9   into the regular sort of bucket and gets voted, or else it

10  goes into what's called an adjudication bucket. If it goes

11  into the adjudication bucket, then whoever's running the

12  voting system gets to vote that vote however they want. Well,

13  in, in Antrim we found ballot rejection rates of 82%, 82%. 82%

14  of the ballots were going to adjudication - -

15          MIKE LINDELL (IN VIDEO CLIP):  What is, what is this,

16  what's the normal number? I mean, is there a normal number for

17  a, for an election that would be, what percentage, and, and

18  what would be it on the high end?

19          RUSSELL RAMSLAND (IN VIDEO CLIP):  Well, certainly

20  less than 1% would be, should ever go to adjudication - -

21          MIKE LINDELL (IN VIDEO CLIP):  - - Less than 1%,

22  everybody, and this was 85%.

23          RUSSELL RAMSLAND (IN VIDEO CLIP):  Yeah and Fulton

24  County, they, the Fulton County people themselves admitted to

1  a 93.6% adjudication rate in some cases, that means the entire

2  election was decided by the people that ran the system, not by

3  the voters.

4       MIKE LINDELL (IN VIDEO CLIP):  And now what you're

5  talking about there is it, this is one of the way these

6  machines, can, you can, that you can cheat through the fraud,

7  or cheat there. But this does not count what you're talking

8  about earlier, the cyber forensics, where that goes overseas

9  to these servers that are all based over there, correct?

10      RUSSELL RAMSLAND (IN VIDEO CLIP):  That does not,

11  that's a different issue altogether.

12      MIKE LINDELL (IN VIDEO CLIP):  Right, so both of them

13  involved the machines, everybody. One we've talked about in

14  this show is here. But then the cyber one is what you just

15  heard from Russell, which he said earlier, this is all the

16  attack by the other countries that hacked in which we're going

17  to show you that proof now that Russell doesn't even know that

18  we have that's going to show who did it, the time they did it,

19  the computer they did it off it, everything.

20      STEVE BANNON:  Okay, Mike, here's what I don't

21  understand. The State of Texas prides itself right now on

22  running the best election overall, I guess with Florida. Okay.

23  They had the report that we've referred to and you have that

24  says they didn't pick Dominion Systems. They go through all

1    the problems with Dominion. I think they picked ES&S. And I

2    don't know, and I've talked to a lot of officials down in

3    Texas, of how proud they are, how they ran the elections. This

4    is the first time I'm hearing that there's some big voter

5    fraud problem in Dallas as Ramsland is saying. So how do you

6    square that or what other information can Russell Ramsland put

7    forward to actually show that these ESS machines are bad, and

8    you've got a problem in Dallas and maybe some other places

9    too?

10          MIKE LINDELL:  Well, you'll see that later in the

11   show. But right, but the point of that, of bringing up the

12   Texas thing is ESS, Smartmatic, and Dominion, you can

13   interchange the names, they all are the same. The cyber

14   phonetics we show it goes through all these machine, they're

15   all the same. This is why whole point, you can never use any

16   machine for any election ever. And that's, that's, and I'm not

17   stopping till that happens. We have to, we lose everything.

18   And so you're going to find out, and it will come out, I'll

19   show you. I will put, you know the stuff I end up putting up

20   on the website will show you how I did. It didn't just happen

21   in these swing states, you got to realize, it was every state.

22          STEVE BANNON:  Fine, let's go, let's, I want to

23   continue playing this, but I just want to re-emphasize, you're

24   saying you're not picking on any one company, you're picking

1   on the whole industry. You want all the machines to go, and go

2   back to a system that somehow we can do this manually. I just

3   want to make sure that you're saying, I don't care if it's ESS

4   or even other companies you haven't heard of, I, my focus is

5   to get rid of these machines and get back to some sense of

6   where you get human involvement in here and human involvement

7   in counting these and that'll take any questions away about

8   whether cyber attacks or they're changing votes by cyber.

9   Let's go to the second part of Russ Ramsland's interview with

10  Mike Lindell in Absolute Proof.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1                    TRANSCRIBER'S CERTIFICATE

2

3    I hereby certify that the foregoing pages

4    are a true, accurate, and complete transcript of the

5    proceedings transcribed from a copy of the electronic

6    sound recording to the best of our knowledge and ability.

7

8         IN WITNESS WHEREOF, I have hereunto set my hand on

9              this 25th day of October, 2021.

10

11

12              _____

13                    JAMES LONERGAN

14

15

16

17

18

19

20

21

22

23

24              THOMPSON COURT REPORTERS INC.

**$**

**$4** 8:10

**1**

**1%** 12:10 19:21
44:20,21
**1,043** 16:5
**1,100** 35:3
**1,506** 14:17
**10** 9:2 16:11 33:8
**10,000** 13:8,16
**10,315** 16:7
**100** 34:4
**100%** 11:7,17,18
17:20 20:2 21:3
22:2,11 26:23
33:15,16
**100,000** 15:11
**103,000** 13:23
**109** 5:19
**11** 38:1
**11,730** 16:12
**11:15** 11:24 19:10
**12,500** 20:18
**12th** 31:24 32:3
**13%** 24:13,14
**130,000** 14:15 15:10
**15,000** 14:12
**15,000-some** 42:21
**15,700** 16:2
**16** 3:5
**17,367** 14:4
**170,000** 15:14
**19,218** 14:18

**2**

**2,000** 13:18
**2,423** 15:22
**2,560** 15:20
**20** 13:20
**20,000** 9:9 15:15
20:18
**200,000** 14:20
**2009** 3:5

**2016** 2:12 3:3 4:24
**2018** 35:10
**2020** 15:9
**22,000** 13:20
**26%** 24:15
**27** 38:20 39:8

**3**

**300,000** 13:11
**34,000** 14:20
**35%** 42:23
**36,400** 13:15
**395** 15:24
**3rd** 23:19 32:2

**4**

**4** 8:13
**4,000** 14:10
**4,926** 15:23
**40,000** 16:15
**40,279** 16:4
**42,284** 14:19
**4th** 10:23

**5**

**50,000** 14:1
**500** 14:16

**6**

**60** 32:5
**600,000** 14:23 16:9
**615,000** 14:7
**65%** 42:23
**66,247** 15:21
**68** 14:23
**68,000** 15:7
**6th** 20:15

**7**

**7,000-some** 42:22

**8**

**8,300** 20:19

**82%** 44:13
**85%** 44:22
**866,000** 15:6
**8th** 4:24

**9**

**93.6%** 45:1
**98** 16:6
**9th** 11:6 31:19

**A**

**A+** 7:5
**abetted** 27:21
**ability** 24:20
**able** 25:21 43:7,9,
10,11,14
**about** 3:6,7,9 4:13
5:16,17 9:22 10:1,9
11:22 12:23 13:13
14:5 15:1,4 16:9,12,
14 18:24 19:1,4,5,9,
23 21:7 22:24 24:10
29:11 31:19,20
32:9,16,18 33:6,10
34:24 35:3 37:18
39:6,18 42:3,11,20
43:8 45:5,8,13 47:7
**absentee** 14:11
15:13
**absolute** 2:3,10 9:9
22:17 33:16 36:13
41:11 47:10
**absolutely** 9:24
18:19 32:17
**accept** 34:2
**accepted** 37:5
**access** 25:7,10,12,15
**account** 10:18
**accurate** 20:2
**across** 9:5
**active** 28:12
**activity** 32:1
**actual** 41:7
**actually** 2:13 3:15
4:3 15:11 32:12
40:13,22 42:9 43:13
46:7

**adamant** 32:5,6,7
**add** 14:19
**additional** 33:21
**address** 16:1 27:4
**adds** 15:6
**adjudicated** 13:23
**adjudication** 13:11,
14 44:10,11,14,20
45:1
**administration** 5:8
29:11 37:14
**admitted** 44:24
**advantage** 23:15
**advice** 4:1 8:3
**Adword** 9:8
**Adwords** 9:7
**affidavits** 28:5,17
**afraid** 37:4
**after** 5:11,12 9:4,8
15:23 16:3 31:24
34:17
**afterwards** 32:4,13
**again** 5:22 9:2 21:20
22:13 23:13 28:4
29:3
**against** 4:1 9:10
17:16 26:14
**agenda** 3:14
**ago** 5:5 35:1
**agree** 20:20 21:2,15
**agreed** 2:7
**agreeing** 21:12
**ahead** 17:11
**aided** 27:21
**air** 29:10,14
**alerted** 36:2
**algorithms** 12:1
19:11 24:10
**alien** 21:14
**aliens** 13:15 14:10
19:2
**all** 4:5 5:8,20 6:1
7:14,17 8:23 9:1
10:12 11:2,6,17,21
12:2,6,7,12 13:13
14:2,7,22 15:6,7
17:1,8,10 18:3,9,15,
17,23,24 19:1,3,7,
16,21,24 20:1,10,13

**21:24** 22:4,5 23:16
25:17,23,24 29:4,24
30:1,8 31:15,19,20
32:2,9,17 33:5,9,15
34:3,22 35:18 36:7,
11,17 38:3,6,7,14,
24 39:1,6 40:15,16,
19,21 42:3,10,17
43:9,10 45:9,15,24
46:13,14,15 47:1
**alleges** 32:1
**Allied** 23:7 34:15,19
**allowed** 41:12
42:12,13
**allows** 24:19
**almost** 5:21 13:11
14:24 16:24
**alone** 39:20
**already** 14:1 16:7
29:19 40:14,15
**Alright** 40:21
**also** 2:6 15:24 30:19
**altogether** 45:11
**amazed** 18:19
**amazing** 3:13,21 5:7
**American** 12:24
22:6 31:8
**Americans** 28:18
**amount** 24:12
**an** 3:3,10 4:15 7:4,5
9:8 10:2 18:5 20:12,
22 21:13 22:13 24:4
27:14 29:10,11
31:16 44:10,17
**analysis** 23:8 37:21
**and** 2:6,8,9,12,15,
17,19 3:6,9,10,12,
13,15,16,17,18,21,
22,23,24 4:3,4,6,7,
8,10,11,14,17,19,21
5:1,2,3,6,7,8,9,10,
12,22,24 6:2,4,5,6,
9,10,11,12,13 8:5,
14,21 9:1,2,7,11
10:2,4,19,21 11:3,
10,11,12,14,24
12:2,7,8,11,12,16,
19,20,24 13:1,3,5,7,
12,13 14:3,4,8,14
15:7,17,19,21,24
16:9,13,17,18,20,
21,22,24 17:3,11,

14,16,24 18:2,4,15,
16,17,18 19:1,2,17,
20,21 20:1,3,10,12,
13,17 21:1,6,7,10,
12,19,23,24 22:1,2,
6,8,9,12,16,19 23:2,
3,4,9,10,11,12,14,
15,16,19,21,23
24:1,2,3,4,5,11,13,
14,16,20,21,22
25:6,7,13,19,24
26:1,4,5,6,7,8,10,
11,13,20 27:7,8,9,
11,20,21 28:5,7,10,
17,19,20 29:2,6,9,
13,15,19,20,24
30:2,3,16,19,22
31:1,2,5,7,14 32:2,
4,9,10,11,13,17,22,
23 33:1,5,9,12,16
34:9,12,16,20,21
35:2,3,4,6,7,8,11
36:3,4,5,6,9,11,13,
15,21,23,24 37:2,5,
7,8,12,13,18,21,22,
24 38:2,3,5,7,21,23,
24 39:2,3,7,8,9,10,
16,18,19,21 40:18,
20 41:8,10,21
42:10,11,12,14,18,
21,23 43:1,7,10,15,
20,23,24 44:3,8,9,
17,22,23 45:4,23
46:1,2,7,8,12,16,18
47:1,5,6,7

**Anderson** 6:14,18,
23 7:2,3,6,10,15,18,
24 8:7,12,16

**anomalies** 17:8

**another** 10:5 11:8
12:9 14:23 15:22,24
16:3 32:7

**answer** 8:6 21:9

**Antrim** 42:3,17
43:8,18 44:6,7,13

**any** 11:1 12:8 28:9,
13 29:1 30:21 32:13
43:11 46:15,16,24
47:7

**anybody** 2:14 24:19

**anyone** 18:11

**anything** 6:19 7:23
28:15 39:10

**anytime** 11:2

**anyway** 19:14

**anywhere** 32:14,16

**apartment** 29:15

**appalled** 37:19

**appalling** 42:13

**apparent** 23:18

**appointed** 30:17

**appointees** 30:17

**approximately** 40:6

**are** 6:14,19,20 9:17,
21 10:3,16,24 11:13
13:11 14:7,21 16:18
17:22 18:18,24
20:22 21:1,11,14,15
24:10,17,18,19
26:2,5,24 28:22
29:1 30:4 31:4
32:24 33:1 34:21
35:8,15,16 38:5,14,
22 39:9 43:15 45:9
46:3,7,13

**aren't** 43:16

**argument** 31:16

**Arizona** 12:10 13:8,
17,20 19:20 20:18
21:11 25:17 26:6,8
30:11

**around** 20:18 30:22
32:17

**as** 10:12 12:9 14:19
16:4 20:4 23:13
26:9,12 33:22 46:5

**aside** 20:21

**ask** 2:8 9:15,16
10:10 19:5 30:13
35:3 38:9 43:5

**asked** 16:19 31:12
33:10 36:4 38:1

**assertions** 31:4 33:2,
22

**assessments** 24:1

**asymmetric** 26:13

**at** 2:16 4:16,21 5:2
9:15 10:8 11:24
12:17 13:9 17:16,19
18:16 19:10,15
20:7,14,17,18 23:7,
9 24:6,7,16 26:17
28:21 32:4 33:4
34:9 35:4 36:3,8,9,

10,24 37:13,22,24
38:7,14 41:19,23
43:7

**attack** 4:15 10:2,4
12:23 17:17,21 18:5
20:12 22:7,11,15
23:14 27:14 28:1
30:6 43:23 45:16

**attacked** 4:8 5:18
9:18 10:13,14 18:10

**attackers** 5:24

**attacking** 8:22,23
9:19 11:9,13

**attacks** 31:9 47:8

**attention** 3:6

**attorney** 28:8

**audience** 21:10 33:1

**audit** 26:8 42:10

**August** 37:19

**Austin** 37:20 38:3
39:15

**authorities** 36:2

**avoid** 29:18,20

**away** 8:10 47:7

---

**B**

**back** 2:12 3:9,13,21
4:6 5:2,3,9 6:4 8:16,
21,22 9:17,22 10:6,
7 13:20 14:3 15:16
20:3,17 22:17 29:4
31:6 32:10 33:1,21
34:11 35:9 38:3,7,
24 39:11 47:2,5

**backdated** 15:10

**background** 22:21

**backs** 2:10

**backup** 31:5

**bad** 6:3 8:22 46:7

**ballot** 14:14 42:12
44:8,13

**ballots** 13:10,19,20,
21,23 14:11,23
15:3,11,12,13 16:7
24:9,12 28:17 32:3,
14,15 44:14

**bandwagon** 4:18

**bandwidth** 32:9,10,
18,23

**bank** 25:2

**bankrupt** 8:1

**Bannon** 2:1,2 5:11
8:17 9:14 10:7
18:20 20:15 21:9
22:14 30:7 31:23
33:18 34:14 45:20
46:22

**Barcelona** 26:20

**Barr** 28:13

**based** 29:7 34:20
45:9

**basic** 23:23

**basically** 12:1 24:13,
19 28:3 39:20

**basis** 43:14

**be** 3:17,24 6:12 8:3
12:2,24 15:7 17:15
18:18 20:7 21:2,19,
20,23 23:12 24:5
26:8 32:23 33:11
35:8 36:15 37:3,16
38:15 41:6,9,12
44:17,18,20

**beatdown** 2:18,19

**became** 23:18 37:19
39:14,16

**because** 4:18,19
6:11 7:18 9:12
12:15,20 13:1 17:16
18:13,21 19:11,14
20:5,11,23 21:18,20
28:14 29:10 32:19
33:15,19 34:2,6,11
35:5,23 37:4 39:1
41:22 42:11,15,20
43:21

**bed** 19:17

**been** 5:1 10:13,14,
23 12:17,22 16:23
17:3 19:16 20:3
21:19 26:5 32:6
33:7 34:24 39:6
43:10,14

**before** 3:2 10:18
11:21 13:19,20,23
14:1 16:1 17:9
18:21 27:3 32:8
37:23 40:17

**began** 23:6 39:16

**beginning** 2:16
37:17

**behind** 3:24

**being** 2:5 9:18 16:24
18:10 25:18,21
39:22 41:9

**belief** 5:14

**believe** 6:22 21:23
27:17 28:1,4 31:1

**best** 3:24 5:5 45:22

**better** 12:19 19:17

**beyond** 5:14

**Bible** 5:12,16

**Bibles** 5:3 6:3

**bidding** 9:10

**Biden** 12:18 13:9
15:15 17:12 24:15
30:1

**big** 2:6,20 12:11,12
14:16 17:12,20
19:19 20:5,12 30:10
46:4

**biggest** 5:24 12:23
17:16

**billion** 29:23

**billions** 29:9,13

**bins** 15:2

**bit** 12:19 16:8 24:3
29:16 33:8

**bizarre** 13:22

**blowback** 5:13

**board** 9:6 20:1 25:1,
2 29:9

**board's** 4:1

**boardroom** 4:4

**bold-faced** 7:16
33:6

**boss** 3:19

**both** 23:24 30:16
32:20 43:17 45:12

**bots** 4:10 5:22

**bought** 30:4

**box** 10:16 16:4

**boy** 13:16 19:17

**boycotting** 9:5

**boycotts** 10:15

**Brad** 21:4

**break** 31:21 37:19

**breaking** 19:18 44:2

**breaks** 10:9

**Brian** 21:24

**briefing** 36:12 37:16

**briefings** 39:17

**bring** 3:9 23:3 32:8, 11

**bringing** 46:11

**broke** 12:1,2,3,20 19:11

**brought** 11:6 19:9 23:23 35:2 36:2

**bucket** 38:22 44:9, 10,11

**buildings** 29:15

**built** 29:2

**buried** 43:21

**business** 3:15

**businesses** 30:2

**but** 3:13,17 4:10,13, 15,18 5:22 8:18 9:14,16 10:15 11:20 12:3,20 13:11,14 15:1,5,10 16:1 17:9, 12 18:6,15,21 19:8, 18,22 20:4,14,15,24 21:9 22:2,3,8 23:9 25:11 26:3 30:12,13 31:6,16,19 33:20 34:13 35:20 36:9,20 37:1,19 39:23 40:18 41:11,14 43:17 45:7,14 46:11,23

**buy** 9:8

**buying** 30:2

**by** 2:5 4:5,10 9:2 10:13,14 11:17,20 12:18 13:7,16 14:13,20 15:6,8 16:12 17:20 19:13, 18 20:8 22:7 23:2 25:12 26:13 27:14, 21 30:17,24 33:2 34:4 39:11 45:2,16 47:8

---

**C**

**call** 6:8 8:18 15:17

**called** 4:9 6:6 15:16 27:7 33:16 38:21,22 44:10

**calling** 7:21,22

**came** 2:11 4:5 6:10 9:9 17:21 19:7 22:11 30:11 31:18, 21 32:3 34:5,6 35:10 37:19 38:7 42:11,13

**campaign** 29:20

**can** 2:17,18,20,23 8:4,14 14:19 15:6 16:10,15,22 18:17 20:24 21:22 31:15 32:10 36:15 38:10, 15,23,24 39:3,9,10 43:5 45:6 46:6,12, 15 47:2

**can't** 4:9 9:7 13:16 17:4,14 18:11 32:23 35:8 40:4 43:20

**cancel** 10:17 18:8

**capabilities** 28:22

**capability** 28:22 29:1

**care** 10:1 47:3

**case** 20:21 41:12 43:2

**cases** 25:24 26:2,4,5 28:11 33:22 45:1

**cast** 15:19

**category** 24:14

**Caucus** 36:12

**caught** 33:3

**CCP** 25:12

**centers** 25:16

**central** 35:2

**CEO** 10:12 32:12,22

**certainly** 44:19

**Chad** 30:15,16,24 31:1

**chain** 16:8 39:18

**change** 4:24 24:6 38:23 39:3,10 40:18

**changed** 16:1 30:20, 22

**changing** 35:6 47:8

**charge** 30:24 31:7 32:21

**chart** 13:4,10

**charts** 31:20

**cheat** 45:6,7

**cheating** 33:4 41:6,9

**check** 8:14 14:14

**children** 15:20

**China** 11:20 22:7 23:3 25:8,18 27:24 29:18,20

**Chinese** 24:23,24 25:1,2,9,12

**Chris** 30:14,16,24 31:7

**Christian** 18:9

**churches** 18:9

**CIA** 28:5

**CISA** 24:3 37:13,15, 23

**claimed** 16:4

**Clarity** 38:21

**Clark** 14:12

**classified** 39:17

**clear** 15:13

**clearly** 35:23

**click** 9:11

**client** 36:10

**clip** 4:22,23 6:14,16, 18,21,23 7:1,3,4,6, 8,10,13,15,17,18, 21,24 8:5,7,12 10:11 19:6 34:18,23 35:9,13,15,17,20, 22,24 36:1,17,19,22 37:6,9,10 38:9,13, 16,18,19,20 39:5, 12,13,14,21 40:2,4, 8,10,12,20,23 41:1, 4,16,20,21 42:1,2,6, 8,9,16 43:3,5,13,19 44:5,15,19,21,23 45:4,10,12

**clips** 2:15

**close** 18:13,14 19:17 40:10

**closer** 33:22

**CNN** 5:15 6:11

**code** 25:7,11,13

**collects** 24:1

**college** 2:4

**Colonel** 22:16,18, 19,21 23:6 25:6,22 26:19 27:2,17,24 28:4 30:7 31:6 32:1,

**9** 33:2

**columns** 16:17

**combined** 15:9

**come** 7:22 10:8 14:3,24 22:4,5 31:24 33:9 34:11 40:18 46:18

**comes** 13:3 17:1

**coming** 18:4 22:8 25:17 26:9 29:18 35:7 36:8

**committed** 33:20

**communications** 27:6

**communism** 18:6

**communist** 18:4 24:23 25:2,9

**communists** 25:1

**companies** 35:18 41:7 47:4

**company** 9:3,7,19 10:15 25:6,7,9,12 29:10,12 46:20

**company's** 10:18

**complete** 7:16

**Completed** 13:18

**completely** 10:19 36:14,15 42:24

**complex** 26:10

**complexes** 29:16

**compromised** 36:15

**computer** 45:19

**conducted** 26:13

**confirmed** 43:17

**Congressman** 18:22

**connecting** 23:22

**consider** 11:22

**consistently** 31:2

**conspiracy** 26:12

**contacted** 42:5

**continue** 46:23

**continued** 36:6,10

**controls** 25:1

**controversial** 2:5

**conversation** 3:13

**COOPER** 6:14,18, 23 7:3,6,10,15,18, 24 8:7,12

**core** 29:5

**correct** 39:12,16 41:19,20,24 42:1 43:2,4 45:9

**could** 6:2 14:24 21:23 23:17 24:5 26:8 28:2 29:18,20, 22 34:6 38:12 44:4

**couldn't** 3:22 34:7 37:16

**count** 12:10 17:4,14 19:20 45:7

**counted** 14:21 31:1

**counties** 43:14

**counting** 47:7

**countries** 11:9,20 17:21 18:5 23:2 25:18 26:24 27:15 28:2 45:16

**country** 3:15 5:8 10:2 11:9 17:17,21 18:7 20:13 21:5 22:8 26:16 27:19 30:9 32:14 39:1 43:23

**county** 13:22 14:12 16:3 24:12 25:10,16 39:1,2,3 42:4,17,21 43:8 44:24

**coup** 27:18,21 28:6

**couple** 2:15 8:20 11:23

**course** 4:24 13:16 33:4 38:2 40:19 42:14

**court** 25:24 26:1 28:11 33:22,23 34:1 41:11

**cover** 33:13

**crazy** 38:5 39:4

**create** 23:15

**created** 28:17

**credentials** 39:2

**crickets** 4:8

**critical** 26:15 28:22, 24

**culture** 18:8

**custody** 16:8

**customers** 4:3

**cuz** 42:10

**cyber** 11:16 12:23
22:15 26:12 27:6
30:7,12 31:9 33:2
34:21 36:3 37:14
38:4 39:11 45:8,14
46:13 47:8

**cyberly** 39:11

**cybersecurity** 24:18

———————

**D**

**daily** 5:9

**Dallas** 23:7 34:20
35:1,14 36:8 46:5,8

**data** 23:8,21 38:2,3
40:24

**databases** 35:7

**date** 15:23

**day** 11:5 13:19
18:23

**days** 5:19 12:9

**DE** 27:7

**dead** 14:4,17 16:7,
13 17:4 19:3 20:1
21:7

**deal** 20:22 29:13

**decided** 45:2

**declare** 17:11

**deconstruct** 2:3

**defense** 29:19 31:18

**definitely** 27:19,20
29:6

**deliver** 28:16

**Democrat** 10:1
42:23

**DENICS** 27:7

**denied** 36:18,19,23

**deny** 37:3

**Department** 24:2
28:5 32:21 37:12

**desperate** 8:1

**developed** 41:11

**deviation** 26:18 43:1

**deviations** 10:24
12:21 19:19,22

**DHS** 23:24 30:15
37:15,20 39:15

**did** 3:20 4:7,12,13
5:19 6:2 7:22 11:4
20:5,10,11 21:3,18,
21 22:4,5,6 23:3,14
25:20 28:14 34:5,9
35:22 36:5,6,11
41:16 42:10 43:19
45:18,19 46:20

**didn't** 3:5,6 4:5,12,
16 6:22 12:4 16:7,
14 19:11,13,23 20:5
28:13 37:17 40:16
41:13,23 43:1 45:24
46:20

**died** 16:6

**different** 6:15 10:8
14:6 23:17 43:8
45:11

**diligence** 3:20 11:4

**direct** 25:15

**directly** 24:10
25:15,18 29:4

**directors** 25:3

**disclose** 43:20

**discovery** 42:12,14

**discussion** 32:18

**dismiss** 26:11

**dismissed** 26:2

**division** 24:1 37:20,
21,22

**DNA** 35:19

**do** 3:8 4:2,7,12,15
6:2 11:21 13:6 16:2
18:15,17 19:14 22:5
28:1 29:23 31:6,9
32:17 33:4,13 34:20
35:3 37:7,17 39:21,
22,23 40:1 43:11
46:5 47:2

**document** 24:23

**documented** 24:23

**does** 25:12 33:11
34:9 41:14 45:7,10

**doesn't** 32:19,24
33:12 37:8 45:17

**doing** 4:1 8:8,24
18:12 19:13 20:8
23:8,22,23

**DOJ** 28:7,9,11 36:2

**dollar** 9:11

**dollars** 8:10,13,14
9:9 29:9,14,23

**domestic** 18:6 28:3

**Dominion** 10:2 23:9
24:17 25:1,4,8,11
26:22 28:21 29:2
32:12,18,22 33:7
35:12,14 36:20,23
45:24 46:1,12

**don't** 4:2 6:19,21,
23,24 7:23 10:1,5,
20 14:18 16:11
21:15,18,21 22:9
25:10 30:5 32:13,
14,16,17 37:1 39:20
40:2 41:21,22 43:22
45:20 46:2 47:3

**Donald** 3:3 12:3
13:17 14:20 15:6
17:5,15 18:24 19:12
20:2 21:1,18

**donated** 8:15

**done** 3:19 11:18
17:6,13 29:17

**double** 14:19

**Doug** 21:24

**dove** 11:2

**down** 9:7,12,22
10:6,7 12:6,7 13:10,
22 15:1 26:17 27:4
28:9,11,12 29:8
34:12 37:21 38:24
41:2 42:11 46:2

**dream** 12:24

**driven** 15:3

**drivers** 28:16

**dropping** 10:16

**drugs** 3:12

**Ducey** 21:24

**due** 3:20 11:4 27:10,
12

**during** 12:2,14
13:13 15:1 17:19

———————

**E**

**each** 3:18

**earlier** 28:20 31:12,
20 45:8,15

**early** 26:9 37:19

**easier** 33:6

**easily** 23:12 38:15

**economy** 5:6

**effective** 38:14

**either** 27:5 31:11
44:8

**elected** 21:15

**election** 10:5 11:1,
10,20,24 12:8,17
14:10 16:1,6 17:2,
23 19:10 21:10,20
22:13 23:2,4,19
24:6 25:14 27:1
28:9,10,14,15 29:17
30:14,19 31:8 34:22
35:1,23 37:4 38:21
40:11,13,14,18 41:1
43:12 44:17 45:2,22
46:16

**elections** 17:22 20:7,
23 24:21 27:3,13
46:3

**electors** 17:6

**electronic** 13:23
23:10,17 32:15
36:14

**elements** 27:19

**else** 13:7 18:2 41:8
44:9

**email** 28:7

**embassy** 28:6

**employees** 3:18 9:20

**enabled** 24:19

**encompasses** 32:2

**encourage** 5:2

**end** 18:16 44:18
46:19

**ended** 4:1 37:11
43:12

**enemy** 27:22 28:23

**enough** 19:13 20:19
42:13

**entering** 15:12

**entire** 45:1

**equity** 24:24 25:3

**erase** 10:21

**erased** 10:19

**erasing** 35:6

**Eric** 18:22 20:24

**errors** 15:2

**ES&S** 23:9 24:17
28:20 29:2 35:14
36:21 46:1

**Especially** 29:8

**ESS** 46:7,12 47:3

**estimated** 12:16

**etc** 32:3

**even** 4:9,13 5:23
6:19 8:19 9:8 11:4
13:19,21,24 14:1,18
34:12 39:8 41:23
43:18 44:4 45:17
47:4

**evening** 32:2

**events** 12:21

**eventually** 36:5,11

**ever** 3:17 5:10 6:2
12:24 18:1 21:20
41:12 42:4 43:23
44:4,20 46:16

**every** 17:2,5,22 18:1
39:2,3 43:21 44:1
46:21

**everybody** 19:16,18
20:8 34:5,6 38:10
39:6 41:16 42:16,24
43:19 44:22 45:13

**everyone** 3:23 5:15
6:7 10:11,22 15:16
21:5 25:23 41:18

**everyone's** 2:23
5:20

**everything** 6:8 11:2
26:17 33:14 39:5
45:19 46:17

**everywhere** 32:6
44:1

**evidence** 2:9 9:16
10:10,22 11:7,17
24:11 26:4,6 28:13
31:5,17 41:18,19,23

**ex-addict** 3:4,10

**ex-crack-addict** 3:4

**exactly** 11:19
41:2,10 43:6

**execute** 28:23,24

**exercises** 23:22

**exist** 41:14

**expect** 12:4 19:11

expected 26:18
experience 4:17,19
experienced 3:23
expert 30:8,13 33:2
experts 11:16 31:3
explain 10:9 15:10 19:4 38:10 40:4
explained 12:2
extend 29:21
extensive 21:13
extraordinary 7:12
eyes 40:22

**F**

facsimiles 32:15
fact 22:2 25:23 38:12 42:3
factors 28:22
facts 8:14 21:22 39:22
failed 16:2,15
fair 10:5
faith 7:11
fake 15:3
fallacy 8:11
families 5:4,17 6:4
family 9:3,20 30:1
favorable 29:12
FBI 28:9,14,16 36:5
FDA 7:13
federal 27:20
felons 15:19
few 5:5 10:10
fight 29:20
fighting 29:23 30:5
film 2:2,4,5,9,17 9:14,21 10:8,9 22:15,17
finally 9:10 37:10
financial 29:6
find 4:13 9:11 22:7 25:20 28:13 37:17 46:18
Fine 46:22
finish 8:6
firm 24:24 25:3

first 2:20,21 4:19 11:23 19:6,10 30:11 46:4
five 5:19
flip 22:12
flipped 11:11 30:22 42:22,24
Florida 45:22
focus 47:4
fodder 41:13
folks 27:8
for 3:7,19 5:22 6:8 7:10,11 8:15,19,22, 23 14:11 15:15 16:24 20:23 21:9 23:4,14,15,18 24:2, 15,17 25:8 26:2,10, 24 27:7 29:1 30:15 31:5,7 33:13 34:1, 24 37:8 38:14 42:16 44:16,17 46:16
forces 23:15
foreign 23:2 24:22 25:18 26:20 27:15, 21 40:16,17
forensic 11:16 26:8 42:10
forensics 34:21 43:10 45:8
forever 13:1,2 20:7
former 24:15
forth 3:13 32:10
forthcoming 26:9
forward 17:23 26:5, 7 46:7
found 4:14 26:19 35:4,5 36:7 42:15 44:13
founding 34:19
four 4:19 6:13 8:14 17:3
fourth 4:20
Frankfurt 26:20 27:4
fraud 19:1 20:20 21:13 24:7 28:14,16 34:22 37:4 45:6 46:5
freed 3:4

Freedom 36:11
Friday 9:9
friendly 6:12 23:15
from 2:18,19 5:12, 16 7:4 8:4 11:12 15:3 16:3,20,23 19:7 22:10 24:13 25:18 27:17 28:1,7, 8,11 30:8,23 31:21 32:22 34:15 35:1,2, 7 39:2,4 40:5,19 41:9 45:15
frontside 29:17
fruit 20:20
frustrating 25:20,22
full 26:8
Fulton 44:23,24
fundamental 24:18
further 42:14
future 20:23

**G**

gains 29:6
gals 4:4
game 2:4 33:4
Garden 4:21 5:13
gave 4:23 5:4 8:10 16:19 38:3,4 41:13
general 35:1
Georgia 14:3 15:16, 17,23,24 16:1,10,17 19:21 20:18 21:3,11 24:12 25:17 26:4
Germany 27:7
get 2:11,17 3:24 4:2, 5 5:3,9 9:14,22 10:10,19 11:11,21 16:16,22,23 18:16, 21 19:12 20:23 22:11,14 25:21 26:1 29:11 32:11,19 33:19,22 34:6,7 36:1,8,9,11 37:13, 15 38:23 39:3 43:9 47:5,6
get all 25:21
gets 2:14 37:7 39:1 43:21 44:9,12
getting 2:18,19 5:17

6:3 15:7 23:20 35:5 43:24
giants 2:6
Giuliani 30:9
give 16:11,12,16 21:6,23 31:21 38:2
giving 24:4
glad 20:4 21:17
go 2:4,8 11:18 12:5 13:5,6,10,14 14:2,9, 16,21 15:1,5,15 17:11 18:20 19:18 20:16 22:16,17 24:20 32:8 33:18 34:5,8 38:12 39:9 43:14 44:20 45:24 46:22 47:1,9
God 3:4 4:6,23,24 5:2 6:4
goes 41:2 44:8,10 45:8 46:14
going 2:2,3 3:10,11, 14,24 4:2,3,7,12 5:6,21 9:4,12,15,17, 21 10:8,16,19,20 11:11,14,15,16,17, 18 12:5,7,8,9 13:4, 5,6,7,18,22 14:3,5,8 15:5 17:10,11,19,23 18:7,11,17,18 21:6 22:3,5,6 27:11,12 29:13 32:18 33:1,6, 9 34:2,11 35:8 40:14 41:2,3,5 43:7 44:14 45:16,18 46:18
gone 12:24 18:12 32:5,6
gonna 2:8,9 3:17 6:12 10:7 13:12,13 14:24 15:15 18:15 21:21 22:14,18 31:16 34:3
good 8:24 17:8 29:24
Google 9:7
gorilla 20:6
got 2:15,22,23 3:21, 24 6:9 9:11 11:11 12:3,20 13:20 16:20 17:17 20:23 21:9 24:9,23 25:1 30:13,

14,22 31:3,13 32:20,22 33:18 34:5,7,14 35:4 36:7 37:20 39:18 40:7 46:8,21
gotta 13:4
gotten 23:5
government 25:9 26:14 27:20 31:8
government-mandated 29:14
governments 25:10
governors 17:7 20:9
grace 4:23
granted 5:19
great 3:18,19 5:7,8 6:24
greatest 3:17
Green 29:12
group 23:8 34:15,20 36:3 37:12 39:17
grouped 14:7
groups 38:4,7
guarantee 8:3
guess 18:15 45:22
guise 15:13
guy 3:19,24 6:6,10 16:19,20,22 31:7 33:10
guys 18:18 30:16 32:22,24 35:8,10 38:5 42:4,5,10

**H**

hack 23:2
hacked 45:16
hacking 11:9
hacks 40:22
had 2:12 3:3,5,7,12, 19 4:13,21,24 5:1,5 6:6,7,11 8:22 11:2,4 12:4 13:21 18:6 19:18 23:8,18 29:6 30:10 34:11 35:1 36:10 37:22 40:15 42:19,23 45:23
half 3:8 4:3
hand 34:8

**handed** 37:23

**happen** 19:23 20:13
29:1 32:19,24 40:14
41:2,3,5,10 43:7,22
46:20

**happened** 2:13,15
4:8 5:11 6:13 8:20
10:9,24 11:19,23
12:8,15,16,22 13:7
17:8,9,24 18:14
22:11 28:2 31:3
33:12 40:13

**happening** 9:2 40:7

**happens** 19:15
46:17

**happy** 11:22

**harassing** 28:17

**hard** 26:10,11 34:13

**Hart** 23:9 36:20

**has** 3:14 7:13 9:6
12:7 24:19 25:7
26:4,6 27:4 28:23
32:6 37:7 39:6

**have** 2:2 3:10 4:19,
22 6:23,24 8:16
10:5,12 11:15,16,17
12:5,15,16,17,18,
19,22 13:1,2 14:10,
11 15:19 16:15
17:3,6,7,13,23,24
18:1,2 19:7,13,14,
16,23 20:3,5,6,24
21:19 22:13,19
24:11 25:10,12
28:2,5,6,23,24
31:16,24 32:13
33:14,15 34:4,12,18
35:19 36:14,24
37:22 38:22 39:16
40:22,23 43:10,14,
15,17,20 44:3
45:18,23 46:17

**haven't** 47:4

**having** 29:20 34:13

**he** 3:2,6,8,11,14,15
6:6,7 12:18,20
13:16 15:17,18
16:12,16,19 19:14
20:3,4,5 21:3,4
30:10,11,12,19,20
31:8,23 32:13,19
33:11,12 41:17
42:13 45:15

**he's** 2:7 3:16 8:22,
23 30:8,12 31:7,11,
19 32:5,6 34:19
44:1

**hear** 14:24 15:4
34:16 41:17 43:19

**heard** 11:2 14:22
15:3 21:6 26:5,6
31:18 36:17 39:7
42:2,3,17 43:9
45:15 47:4

**hearing** 46:4

**heart** 5:13

**Hello** 10:11

**help** 3:11,15 6:7,8

**her** 36:4

**here** 2:11,22 3:1,8
4:10 5:20,21 6:10
12:22 13:3,4,6,10,
22 14:2,9,16 16:15,
24 17:1 18:4,6 19:9
20:1,11,21 21:19,
21,22 22:2,8 23:1,
24 28:2 31:3,13,15
32:7 33:14 34:1,2,3,
16 37:1,5 38:6 39:1,
2,4,23 41:17 42:18
43:20 45:14 47:6

**here's** 6:13 9:15,17
13:8 14:9,16,23
15:8 16:9 17:1,12
45:20

**hey** 2:1 6:10 17:7,10
31:8 32:23 34:8,10
38:5

**hiding** 11:14,15

**high** 44:18

**him** 3:6 30:8

**his** 3:16,18 7:11
16:19 21:4 30:11
31:17,18

**historical** 23:21

**history** 12:23 17:23
18:14 30:19 31:9
32:7

**home** 5:2,3

**Homeland** 24:2
32:21 37:12

**hope** 5:5

**horrified** 35:4,21
36:3,16 37:13,24

38:11 39:16

**horrify** 38:10

**horrifying** 36:7 38:8
42:15

**hosts** 5:15 6:1

**hour** 3:8 33:20
36:12

**hours** 38:1

**how** 3:23 5:13 6:14
8:2 13:14 16:12,14
19:21 21:7 23:4
26:1,2 31:6 33:1
34:5,21 40:16 46:3,
5,20

**however** 44:12

**huge** 41:11

**human** 47:6

**humanity** 17:16

**hurt** 4:12

---

**I**

**I&a** 37:20

**I'D** 2:16

**I'LL** 2:24 33:3
46:18

**I'M** 2:8,23 3:10,11,
14 4:12 8:15 11:11,
22 13:4,5 14:3 15:7
17:1 18:17 20:4
21:17,22 22:2,3
31:4 33:15 43:23
46:4,16

**I'VE** 10:14,21,22
27:17,18 30:13 46:2

**identified** 27:3

**identity** 15:8

**if** 6:22 9:11 10:1,5
12:15,21 13:9 15:11
17:6,7,13,14,23
19:14,15,22,23
20:1,5,13,16,21,24
21:18 22:13,23 25:6
26:11 28:21 29:8,
11,12,18,20,22
31:19 33:3,7,8 38:1
43:24 44:10 47:3

**illegal** 13:15 14:10
19:2 21:14

**illegally** 15:21 16:4

**illegitimate** 24:8

**image** 14:13

**imagine** 44:4

**impeach** 20:16

**impede** 28:15

**important** 19:5

**impressive** 30:12

**in** 2:5,12 3:12 4:6,8,
23 5:3,8,13,17,19
6:14,16,18,21,22,23
7:1,3,4,6,8,10,13,
15,17,18,21,24 8:5,
7,12 10:8,9,11,15
11:2 12:8,11,12,13,
17,23 13:20 14:1,8,
10,11,17,18,21
15:2,4,9,13,17,22,
24 16:1,2,3,6,9,10
17:21,23 18:3,4,6,
14,22 19:4,6,11,15,
16,20 20:6,19,20
21:3,11 22:8,21
23:7,11,24 24:11,
15,17 25:8,17 26:4,
6,8,20,21,24 27:4,9,
14,18 28:6 30:9,10,
19,24 31:7,8,17,18
32:7,12,21 34:18,
20,23 35:9,10,13,
14,15,17,19,20,22,
24 36:1,2,3,17,19,
21,22,23 37:6,9,10,
19,20 38:9,13,16,
18,19,20,23 39:1,5,
12,13,14,15,17,21,
23 40:1,2,4,8,10,12,
13,18,20,21 41:1,4,
16,20,21 42:1,2,3,4,
6,8,9,16,17,18,24
43:3,5,11,12,13,14,
18,19 44:5,6,7,8,13,
15,19,21,23 45:1,4,
10,12,13,16 46:2,5,
8,10,21 47:6,7,10

**inaudible** 6:7 35:19

**incentivized** 14:16

**inch** 9:22

**including** 11:20
23:3

**incomplete** 15:19

**incredible** 15:11

**indications** 29:19

**illegitimate** 24:8

**individual** 28:8

**induce** 24:8

**industrial** 29:15

**industry** 47:1

**influence** 22:22
24:21 37:7

**influenceable** 23:12

**information** 22:22,
23 23:13 25:21
27:11 33:21 43:15,
16 46:6

**infrastructure**
26:15 30:14,15

**inherent** 29:1

**injected** 41:9

**input** 3:16 24:10

**inside** 11:8 27:19,20
28:11 37:14

**integrity** 37:23

**intellectual** 30:3

**intelligence** 23:24
24:2,22 37:14,21

**intense** 5:13 8:17

**intensity** 8:19

**interchange** 46:13

**interdict** 23:17

**interdicted** 23:12
24:6

**interested** 37:16

**interesting** 34:24

**international** 29:22

**interview** 6:13 8:18
47:9

**interviews** 5:19

**into** 2:17 9:14 10:10
11:4,9,21 15:12
19:18 20:3 22:8,14
23:2 24:11,14 28:9,
15 29:2,21 30:1,2
32:19 35:5 39:3
42:5 43:9 44:9,10,
11

**introduction** 24:4

**invest** 29:22

**invested** 30:2

**investigate** 36:6

**investigation** 28:9,
10

**investigations** 11:5 28:12,15

**investigative** 23:23

**investigators** 37:11

**investment** 29:24

**investments** 29:7

**involved** 2:14 6:9 23:5 27:19 34:22 45:13

**involvement** 2:12 47:6

**is** 2:2,9,10 3:1,2,21, 24 4:20 6:2 7:8,11, 15,16 9:2,17,20 10:12,20,22 12:3, 14,17,24 13:5 14:4, 5 15:2,5 17:1,3,17, 20 18:5 19:9,24 20:6,12 21:1,10,13 22:2,10,22 23:1 24:8,9,21 25:2,8 26:10 27:14,15,18 28:20,22 29:3,4,11 30:7 31:15 33:9,11, 12,24 34:4 35:10 36:14 37:14 38:5,6, 8 39:24 40:5,6,24 41:2,17,19,23 42:1, 19,20 43:2,3,6,22, 24 44:2,4,15,16 45:5,14,15 46:4,5, 12,15 47:4

**ISI** 25:19

**islands** 29:21

**isn't** 9:24

**issue** 20:22 45:11

**issued** 26:7

**it** 2:3,10,11 4:7,8,11, 16 5:6,14,21 6:1,11, 12 7:8 8:18 9:1,2,4, 10,11,12,15 10:10, 14 11:1,4,5,10,12, 18 12:10,13,17,20 13:1 14:3 15:6,12 16:2,13 18:3,7,15, 16 19:10,17 20:3,14 21:3,22 22:4 23:18 24:1,19 25:20 26:10,12 27:19 29:11 30:24 32:3, 19,23,24 33:6 34:7, 9,13,23 35:3,7,21, 22 36:4,5,7,10,15

37:6,23,24 38:3,4,7, 8 39:11,20 40:4,7, 15 41:2,5,12,13,14, 22,23 42:19,20,21, 22,23,24 43:10,21 44:8,9,10,18 45:5, 18,19 46:14,18,20, 21

**it's** 2:1,4,5 3:11 4:17 8:1,7 9:5 11:7 14:6, 7 15:9 16:11 17:7 18:12 19:3 20:14,17 25:8,11,22 26:10, 11,12 27:5,7 28:14 31:12 33:16 34:24 35:17,18 38:8 39:4 40:12 41:7,14,15 43:18,24 44:5,6 47:3

**Italian** 28:6

**its** 5:2 6:4 14:5 28:24

**itself** 45:21

---
**J**
---

**January** 3:5 11:5 20:15 31:19

**job** 17:6 21:18

**jobs** 3:9,12 20:8

**Joe** 17:11

**Johnson's** 37:11

**join** 34:17

**judge** 42:12

**judges** 41:19

**judicial** 28:11

**July** 36:12

**jump** 4:18

**just** 2:24 3:20,23 4:11,12,15 5:5,18 6:1,12 7:6,15 8:7,24 9:5 10:15 11:13 12:17 13:1,14,17 14:2,8,15 16:11,12, 16 18:9 20:2,19,20, 24 21:6 26:11 27:10 29:10 30:5 31:18 32:8,11,19 34:7 39:24 44:6 45:14 46:20,23 47:2

---
**K**
---

**keep** 2:24 13:17,22

**Kemp** 21:24

**kept** 9:10

**key** 3:22

**killed** 5:18

**kind** 2:3,11,17 8:1 12:13 13:21 14:5 23:3 24:9 25:11 30:11 40:7

**kinds** 21:24 34:3

**knew** 2:23 18:13 34:11 40:14,15 41:2 42:24 43:6

**know** 3:4,6,16,21,23 4:2,12,14,16,17 5:20,21 6:19 7:22, 23 8:2,8,21,22 9:13, 17,21 10:12,22,23 11:3 12:10,12,24 13:2 16:17 17:7,14 18:13,14,15 19:1 20:14 21:17,21 22:5,9,24 24:6,8,12 25:23 26:2,9,12,17, 21,23 27:6,10 28:13,17,18,21 29:3,8,16 30:8 31:3, 15,17,18 32:1 33:10,12,13,14,24 34:8,10 37:17 40:2, 16,17 41:22 42:18, 23 43:9,12,22,24 44:6 45:17 46:2,19

**knowledge** 23:21 26:3

**known** 13:1 14:11 18:1 19:23 20:5

**knows** 15:16 19:21

**Krebs** 30:14,16,18, 24 31:7 32:4,5

---
**L**
---

**largest** 27:5,6

**last** 4:20 8:20 9:9 10:13 11:23 19:20 36:12

**late** 16:5

**later** 32:11,19 46:10

**law** 15:14

**leaked** 6:11

**learn** 13:12,13

**learning** 4:16

**least** 32:4

**leave** 20:21 39:20

**left** 3:13 19:13

**legislators** 17:6 20:9

**less** 17:10 37:16 44:20,21

**let** 8:5

**let's** 10:8,10 13:10, 14 14:2,9,20 15:1 20:22 22:16,17 34:14,16 46:22 47:9

**level** 24:7,9,16,21 25:14 39:1

**levels** 39:19 41:5

**liars** 33:5

**lie** 7:11,16 26:1 33:8,13

**lied** 18:24

**lies** 18:24

**like** 2:4,16 5:21 6:1, 20 7:8,11 11:5,7 12:2,10,11,13,17 18:12 21:14 37:1 40:6 42:21 44:6

**limited** 42:12 43:14

**Lindell** 2:2,7,10,22 4:23 5:14,16 6:16, 21 7:1,4,8,13,17,21 8:5,10,13,21 9:18, 24 10:11,12 19:6 21:3,16,17 22:18, 19,24 25:5,20 26:16,23 27:14,23 28:1 31:10,11 33:3, 24 34:16,18 35:9, 15,20,24 36:17,22 37:9 38:9,16,19 39:5,13,21 40:4,10, 20 41:1,16,21 42:2, 8,16 43:5,19 44:15, 21 45:4,12 46:10 47:10

**Lindell's** 8:15

**line** 16:14

**listened** 3:15

**listening** 4:6

**listing** 15:18

**little** 12:19 15:4 16:8 33:8

**live** 14:18

**lives** 5:1 6:22

**living** 12:13

**load** 38:24

**loaded** 13:23,24

**local** 23:24 24:3,7 41:6

**locations** 35:8

**logs** 35:1,3

**long** 19:21 34:24

**look** 13:9 15:11 20:14,17 24:16 28:21 30:7 31:8 36:8,9 37:15,22 41:19,23 42:5 43:7

**looked** 11:4 23:14 34:9 36:24 37:23 38:7

**looking** 23:6,9 29:8 31:4 35:4

**lose** 4:3 46:17

**lost** 13:16 14:20 15:6 16:12 25:24

**lot** 13:18 15:1 18:20 23:11,19,20,22 25:14 30:4 31:4 33:9 46:2

**low-hanging** 20:19

**lower** 7:4

**lowest** 5:6

**luck** 12:19 19:17

**lying** 31:11 33:5,6,9, 12

---
**M**
---

**machine** 11:8 19:11 24:7,9,16 34:9 37:4 46:14,16

**machines** 10:2,3 11:10,19 12:1 13:2 17:17,18,22 19:24 20:6,12,21,22 22:12,13 23:1 28:20,21 35:11,12, 16 36:18,20 37:8

**39**:8 45:6,13 46:7 47:1,5
**made** 11:1 17:22 18:1,2 19:3,17 24:15 29:7,24 30:1,2 31:4,23
**MAGA** 21:12
**Mail** 14:21
**mail-in** 13:10,19 14:10,14,23 15:12
**mailed** 13:20,21
**mainstream** 2:7,19 5:23
**make** 3:20 8:8 16:14 29:8,13,17 43:1 47:3
**making** 17:1 20:16
**man** 3:15 7:10
**management** 23:10
**manipulated** 36:15
**manipulating** 41:8
**manipulation** 25:14
**manmade** 29:21
**manually** 47:2
**manufacturer** 14:14
**manufacturing** 3:8 8:9
**many** 12:3,20 24:17, 18 26:1,2 30:8 40:16,17 44:6
**mapping** 27:2
**margin** 13:8 15:14
**Maricopa** 13:22
**masks** 6:9 8:9
**massive** 22:12 41:6, 15
**math** 19:5 20:24
**mattered** 18:2
**maybe** 11:3 31:5 46:8
**me** 3:4,7 4:12 5:18, 22 6:6,8,10 7:4,12, 22 8:6,16,22,23 9:3, 4,6 10:16,21 11:6, 13 21:23 31:12,21 33:10 34:5,6,11
**mean** 3:12 6:8 9:5,6 13:11 21:3,5 31:20 32:5 33:6,7 35:3

**38**:5 40:5 41:22 42:22 43:24 44:16
**means** 12:3 45:1
**media** 2:6,7,19 3:22 4:9 5:23 9:6 10:13, 16 18:10 37:18 41:13
**medical** 8:3 30:3
**meeting** 3:7
**member** 25:3 34:19
**members** 36:11
**mentioned** 28:20
**met** 3:3 39:19
**Michigan** 12:11 14:4,5,6 19:20 25:17 26:4 42:14,18
**Mike** 2:2,7,10,11,22 3:8 4:23 5:11,14,15 6:16,21 7:1,4,8,13, 17,21 8:5,10,13,15, 17,21 9:14,18,24 10:11,12 18:21 19:6 21:3,9,16,17 22:14, 17,19,24 25:5,20 26:16,23 27:14,23 28:1,19 30:13,18 31:10,11,13,23 33:3,18,24 34:6,16, 18,24 35:9,15,20,24 36:17,22 37:9 38:9, 16,19 39:5,13,21 40:3,4,10,20 41:1, 16,21 42:13,16 43:5,19 44:7,15,21 45:4,12,20 46:10 47:10
**military** 22:22 28:21
**million** 8:10,13,14
**millions** 3:11 12:4 19:12
**mind** 39:23 40:1
**Minnesota** 3:21
**minors** 21:7
**minute** 6:13
**Minutes** 32:6
**miracle** 11:24 12:14 13:3,6 17:2,12 19:10,22,24 20:10, 13
**miracles** 11:23 19:4, 9

**mission** 28:23,24
**mode** 19:19
**money** 8:8 23:22 29:16,24 30:1
**monitor** 32:10
**month** 10:13 18:3
**months** 5:5 11:23 16:24
**morally** 8:1
**more** 9:16 10:9 12:4 19:12 30:4 36:6,7 37:7
**morning** 12:18 19:16
**most** 2:5 31:9 35:18 43:23
**move** 32:17
**movements** 25:15
**movie** 2:10
**moving** 16:3 32:10
**Mr** 17:14 28:13
**much** 3:6 5:4 6:9 17:9 24:23 42:20
**multiply** 9:1 34:3
**must** 36:24
**my** 3:20 4:1,4,19 6:5 7:2 8:6,11 9:3,4,7,8, 10 10:15,17,18 11:4 22:10,21 26:3 34:12 47:4
**myoleander.com** 8:23
**Mypillow** 10:12
**Mypillow's** 10:17
**myself** 10:15 21:12
**myth** 41:13

**N**

**naive** 31:11 33:11
**name** 9:4,8,10 10:14 21:4 28:7
**named** 16:16
**names** 7:22 46:13
**nation** 5:1 6:3
**nation-state** 26:14 27:22
**national** 2:14 42:15

**navigable** 29:22
**necessarily** 37:8
**need** 34:1 44:7
**Network** 3:11 9:20
**Nevada** 14:9,18 25:17
**never** 3:3,5 9:24 10:4,6 12:7,22 13:1 17:9,24 18:14 19:23 20:5 22:13 28:14 31:1 46:15
**New** 15:4 29:12
**news** 5:23 44:2
**newspapers** 10:14
**next** 12:19 13:14 14:2,9,21 19:17 32:8 33:18
**NFL** 2:4
**nice** 8:12
**nics** 27:7
**night** 11:1,24 12:1 19:10 26:17 27:9,10 38:21
**nighttime** 5:15,24
**no** 3:14 8:10 9:12 16:8 21:20 30:21 31:9 35:13 36:10 38:13 41:11,18,19
**nobody** 9:10 12:12 34:6
**node** 27:6,7
**nodes** 27:6
**Non-nevadans** 14:17
**non-stop** 9:18
**none** 11:1
**nonsense** 19:3
**normal** 12:17 44:16
**normally** 42:23
**North** 36:3
**not** 4:6,14 8:3 10:7, 15 18:5 20:8 21:11, 14 22:2,10 23:9 24:19 25:20 28:2 30:20 32:17,20 33:6 35:14 37:8,15 38:7 43:15,17 45:2,7,10 46:16,24
**nothing** 2:23 8:4,19 11:1 20:10,11 31:2

32:17 36:6
**noticed** 27:9
**November** 4:24 10:23 23:19 31:24 32:2,3 43:12
**now** 2:22 4:20 5:19 6:16 9:1,3 13:9 15:15 16:24 17:16, 19 18:7,10,12,15,18 19:14,24 20:8 22:14,18,19 23:5 34:15,18 35:9 36:7 38:11 39:22 40:16 41:21 42:2 43:7,8, 16 44:2,3 45:4,17, 21
**number** 19:22 28:7 44:16
**numbers** 16:18,19, 22 18:21,24 19:1,7, 8 20:17 21:1 31:21
**nuts** 38:6

**O**

**observer** 14:22
**obvious** 42:22
**obviously** 11:13 26:21
**of** 2:3,11,15,17 3:2, 3,4,16,18 4:4,17 5:1 8:1,11,14,20 9:1,15 10:4,12 11:1,6,7,8 12:1,4,6,10,13,15, 21 13:8,16,21,24 14:5 15:8,13,14,15, 17,18 16:8,10,17, 20,21,23 17:2,5 18:22,23 19:7,10 20:1,9,23 21:2,13, 24 22:1,15 23:3,9, 11,20,22 24:2,3,9, 11,12,13,14,21,24 25:2,3,11,14,15,17 27:5,8,10,11,15,21 28:5,6,7,13 29:1,7, 9,13,14,16,19 30:11,24 31:4,12, 17,21 32:2,15,21 33:4,21,22 34:3,19 35:18 36:8,11 37:3, 4,12 38:2 39:17,19 40:7,18,24 41:11,13

42:11,13,14 43:10,
17 44:9,13,14 45:5,
12,21 46:2,3,11
47:4,5,9
**off** 9:17,21 12:21
29:14 45:19
**office** 16:4,21 31:22
**officer** 23:13
**official** 28:7
**officials** 21:11,15
36:9 46:2
**oh** 7:1,3 12:18,19
19:17 21:23 42:8
**oil** 6:15,20 7:19
**okay** 3:1 6:2 10:7
12:8 13:6,8,17,22
14:1,8,9,19,20 15:8,
11,14,16,18 16:7
17:4,15 18:20 19:6
22:14 37:2,9 38:9
40:5,11 41:21 42:2,
8 43:5 45:20,22
**oligarchs** 2:20
**on** 2:11,14 4:18,23,
24 5:2,15 6:1,4,11
8:16 9:10 10:2,13,
16 11:1,5,12,15,24
12:9 13:4 14:7
15:17 18:5,7,10,23
20:1,12,15 21:24
23:8,21 26:1 29:7,
16 30:11 31:19,24
32:5,7 36:10 39:22
41:5,11 42:3 43:12,
13,23 44:18 45:21
46:20,24 47:1
**once** 5:22
**one** 3:18 4:4,20 5:21
9:22 11:5 12:14
13:3,15 14:9,13,16,
21,23 15:3 16:3
17:2,5,10 19:22
25:19 26:4,21 27:5,
11 30:20 31:11,12,
15,16 37:3,4,5
39:18 45:5,13,14
46:24
**ones** 36:23 37:2
**online** 31:5 33:7,21
38:12 39:8
**only** 13:16 16:11,12
18:5 21:22 23:9

25:7 26:3 31:12,15,
16,18 38:7 43:17
44:6
**open** 26:2 43:2
**opened** 14:1 17:18
**opening** 13:24 18:23
**Operational** 34:20
**operations** 22:22,23
23:7 34:15
**opinion** 27:14 36:24
37:3
**opinions** 21:24
**or** 2:4 3:12 6:8 10:1
13:20 14:10 16:13
21:4 23:12 24:17
26:3 27:5 28:9,13,
23 30:22 31:11
32:15 33:7,12 38:6
39:18 41:8 43:12
44:9 45:7 46:6 47:4,
8
**order** 39:18
**other** 2:12 3:14
11:9,20 12:8 14:6,
12 16:22 17:21 18:5
23:10 26:24 27:15
28:2,15 29:7 31:5,
19 32:2 33:10 36:20
37:2 43:7,11,14
44:1,3 45:16 46:6,8
47:4
**others** 21:12 22:16
**otherwise** 30:22
**our** 4:3 5:1,3,4,7,17
6:3,4 10:2 11:9,20
17:17,21 18:6,18
20:6,12 22:7,8 23:2,
7,21,24 24:3,21
26:24 27:19,20
28:11 29:4 30:3
35:8 36:10 38:1,2,3
42:6,10,11 43:23
**out** 3:7,16 4:4,5,13,
14 5:1 7:9 8:10,14
9:9,22 10:22,24
11:11,12 13:21
14:13 18:9 20:23
22:3,4,5,7 25:21
27:2 28:5 30:20,24
31:18 32:3,13 33:9,
14 34:4,7 36:8
40:16 41:14 42:13,

17 43:21 46:18
**outcomes** 24:6
**outside** 32:14
**over** 2:24 5:20,21
8:20 13:2 14:20,23
18:4 21:20 30:9
31:13,15 33:8 37:1,
5 39:9 40:19 45:9
**overall** 45:22
**overseas** 26:24
32:18 38:15,17,22
39:4,9 41:10 45:8
**oversight** 37:12
**own** 8:11 9:8,10
11:4 14:5 23:22
27:19,20 28:11
29:10 36:10 39:17
40:22
**ownership** 24:24
**owns** 25:3

---

## P

**pages** 35:3
**Pakistani** 25:19
**part** 14:8 22:15
27:21 33:6 42:11
47:9
**participating** 28:6
**particularly** 30:10
33:23
**partner** 22:10
**partners** 22:9 23:7
**Party** 24:24 25:9
**past** 18:3 29:12
**patriotic** 28:18
**pay** 3:5
**peer** 26:13 27:22
**peg** 15:5
**Pennsylvania** 14:21
15:4,5 25:15
**people** 2:17 4:11,14
5:8,15,20,23 7:19
9:17,21 11:6 14:17
16:2,6,13,15 17:4,5
18:4,10 19:2,3 20:1
21:7 22:6,8 26:10,
11 28:2,3,12 30:5,8
31:4,12 35:2,5
37:18,20 38:23

39:15 42:21 44:7,8,
24 45:2
**people's** 26:24
**percentage** 44:17
**person** 31:13
**personally** 3:19 9:4
**personnel** 28:5
**Phil** 22:19,21 23:6
25:6,22 26:19 27:2,
17,24 28:4
**Phoenix** 30:10
**phone** 28:7
**phonetics** 46:14
**pick** 29:11 45:24
**picked** 46:1
**picking** 46:24
**picture** 2:21,22 3:2
**pictures** 2:15
**piece** 11:7 30:15
**piled** 6:1
**place** 5:10 20:3
**places** 43:8,11 44:2,
3 46:8
**planning** 28:21
**platform** 34:12
**play** 2:20
**playing** 35:23 46:23
**plus** 17:3
**pocket** 8:11,15
**point** 11:12 15:7
16:24 17:1 46:11,15
**poker** 33:4
**political** 2:14
**politics** 3:6 37:7
**poll** 15:1
**polls** 13:24 14:1
**pops** 43:21
**possible** 40:15
**post** 16:4
**Postal** 15:10
**pots** 4:10
**Poulos** 32:22
**poured** 12:12
**pouring** 3:12
**practices** 24:18
**prayers** 7:2

**praying** 5:9 8:15
**pre-register** 16:2
**precincts** 25:16
**predicted** 19:13,15
**predominant** 25:18
**preliminary** 26:6
**presented** 41:12
**president** 2:13 3:2,
17 5:4,7 15:16
16:10,18,21 20:16
21:2 24:14,15 25:2
30:17,18 31:22
**President's** 21:6
**press** 4:1,7 20:21
**pressing** 26:7
**pretty** 8:17,18 24:23
29:24
**price** 15:13
**prides** 45:21
**print** 11:7
**prior** 16:6
**private** 3:7 24:24
25:3 38:4
**probably** 9:12 16:8
26:18
**problem** 23:18
30:21 46:5,8
**problems** 31:9 46:1
**procedural** 26:3
**product** 6:22 7:19
8:3
**professes** 7:11
**progressing** 26:5
**promise** 8:4
**promote** 6:19 8:2
**prompted** 23:19
**proof** 2:3,10 9:9
17:20 22:17 26:23
33:15,16 36:13
41:11 45:17 47:10
**property** 30:3
**prosecuting** 28:19
**prosecution** 18:23
**prosecutor** 36:2
**protect** 29:20
**proud** 46:3
**prove** 10:23 20:24

proved 11:7
proven 29:3 33:8
proves 11:19
proxies 25:19
public 25:21 29:15 31:2
published 43:15
publishing 43:16
purification 29:10, 14
pursue 39:20
push 39:18
put 10:19 13:12 20:3 22:3 24:14 30:20,23 31:5 32:13 33:20 36:4 46:6,19
putting 11:12 46:19

**Q**

quality 14:13
question 9:15 14:8 28:16
questions 2:8 9:16 10:10 47:7
quit 32:5
quite 24:3 29:16 37:17
quote 30:23
quoted 30:19

**R**

race 42:12
racist 4:9
Raffensperger 21:5, 10
Raffle 14:15
raise 34:8
Ramsland 23:20 34:15,19,23 35:13, 17,22 36:1,19 37:6, 10 38:13,18,20 39:12,14 40:2,8,12, 23 41:4,20 42:1,6,9 43:3,13 44:5,19,23 45:10 46:5,6
Ramsland's 47:9
ran 30:14 36:3 45:2 46:3

rate 45:1
rates 44:13
re-emphasize 46:23
reached 3:7
reactionary 19:19
read 5:3,12
reading 6:3
real 4:11,14,18 5:23 44:7
realize 2:23 30:5 34:5 39:15 46:21
really 2:18 3:5 6:19 7:1,11 8:19 23:22 33:11 37:19
reason 22:3 42:20
reasons 27:11 29:6 43:16
recalibrate 12:5
received 13:19
recently 31:18
Recovery 3:10 9:19
referred 45:23
register 16:15
registered 13:18 15:20,22 16:5
registration 15:23
regular 44:9
rejection 44:13
related 28:10 29:4
release 4:1,7
relentlessly 5:19 10:13
relevant 11:3
reloading 35:7
remains 33:10
remember 18:22
remote 35:8
rep 24:3
report 42:10,14 45:23
reported 30:15,24
Reporting 38:21
representative 40:24
Republican 10:1 14:22 21:15 42:23
Republicans 22:1

reputation 6:24 9:5
required 24:8
requiring 13:10
research 23:23
resident 16:5
resistance 39:19
resources 11:2
respond 2:16 31:7
revealed 17:18
rid 47:5
right 8:9 9:3 12:5, 13,16 13:17,22 16:22 17:3,16,19 18:6,7,10,12,18 19:15 20:8,22 21:1 22:18 23:5 26:18 27:23 34:17 36:22 38:8,11 42:16 43:2, 16,24 44:2,3 45:12, 21 46:11
rightful 20:4
road 29:8 34:24
robots 4:15
role 30:10
Ron 37:11
room 20:6
Rose 4:21 5:13
Rudy 30:9
run 25:12
running 44:11 45:22
Russ 23:20 34:15 47:9
Russel 34:19
Russell 34:21,23 35:13,17,22 36:1,19 37:6,10 38:13,18,20 39:12,14 40:2,8,12, 23 41:4,20 42:1,6,9 43:1,3,13,20 44:5, 19,23 45:10,15,17 46:6
Russell's 41:17
Rutherford 21:4

**S**

s3 38:22
sad 7:6,7,8
safe 21:20

safer 5:10
safest 30:18 31:8 32:7
said 3:8,10,14,18 4:2,3,6 9:12 11:3 12:18,19 15:17,18 16:10,12,16,18,20, 21,23 17:7,14 18:23 27:12 28:8 30:18 31:6,8,13 32:12 34:10 36:24 38:2,5 39:20 45:15
salesman 6:15,20
salesmen 7:19
same 3:18 20:10 29:17 46:13,15
saved 6:22
saw 2:13 23:10 24:4 36:13 40:19 41:10
say 4:10,13 8:4,5 13:9 16:14 17:4,10 18:11 19:7,17 20:2 21:12 29:12 31:10, 14 38:10
saying 20:4 27:16 39:8 41:17,18 44:1, 2 46:5,24 47:3
says 3:11 4:5 6:10 25:23 31:14 32:19, 23 41:18 45:24
scan 44:8
scene 2:12 20:16
schools 5:1
Scroll 14:3
Scytl 27:3 38:21 39:1
second 4:20 6:5 13:3 17:2 19:24 47:9
Secretaries 22:1 31:21
Secretary 15:17,18 16:10,17,20,21,23 19:7 20:9
section 19:4
secure 31:9
security 23:7 24:2 32:21 34:15,19,21 37:12,14 38:14
see 2:9 10:20,21 11:14,15,17 12:11 13:16 14:2,19 15:6

19:19 20:1 21:21 22:2,18 28:13 31:17 34:2,3 43:10 46:10
seeing 3:1 11:18 18:7 23:16 25:13 40:20 44:3
seen 3:20 10:22 18:3,9 26:6,16,21 27:17 29:19 33:11 34:9,10 35:20 40:15,17,21,22,23 42:19 43:6
segment 32:9 33:19 34:16,17
selected 30:17
sell 8:2
Senate 18:23 26:6
senators 36:8
send 32:14,16 39:11
senior 28:7
sense 11:1 16:14 43:1 47:5
sent 37:24
sentences 15:19
September 40:9
series 12:21 39:17
server 24:7 27:3,6 35:2 39:2,3
servers 26:20,24 27:3 32:14 38:22 39:9 40:17,18 45:9
Service 15:10
services 24:22
set 12:20 32:4
seven 36:11
several 23:9 26:21 27:8
SGO 29:5,9
shameful 8:8
share 9:16
she 4:5 36:3,4
Shenzhen 25:8
shift 24:15
shop 38:1
short 5:5
should 2:24 17:3 44:20
show 2:16,20 5:15 6:1 8:16 10:19,23

11:15 12:2 13:4,7,
13 15:5 16:9 17:20
18:18 20:11 22:7,11
33:16 39:23 42:3,18
45:14,17,18 46:7,
11,14,19,20

**showed**  11:8 31:20
36:4 37:13

**shows**  10:14 11:10

**shut**  9:12 12:6 26:17
28:10

**shutting**  28:8,12

**signature**  14:12

**signatures**  14:14

**signed**  42:9

**significant**  27:9

**similar**  35:16,18,19

**similarities**  23:11

**simple**  44:7

**since**  10:23 43:11,12

**single**  18:1 39:2,3

**sir**  7:3 8:4 16:23

**skip**  14:3,8,15

**small**  42:20

**Smartmatic**  10:3
29:5,9 33:7 37:2
46:12

**smash**  34:13

**snake**  6:15,20 7:19

**so**  2:7,15,17 3:1,5,19
4:13 5:4,11 6:3,4,9,
11 8:17,22 10:6,7,
10 11:1,22 12:3,5,
20 13:8,24 14:4,7
17:19 18:13,14
19:3,5,19,22 20:8
22:21 23:5,15
24:16,17,18 26:9,23
28:11,24 29:10
31:3,19,24 32:1,3,
17,20,24 33:8
34:10,18 35:10,15
36:1,6,22,24 37:10,
16,23 38:2 39:2,5,9,
14 40:5,13 41:1,12,
18 42:15,20,22,24
43:1,6 44:1 45:12
46:5,18

**social**  2:6 4:8 9:6
10:13,16 18:10

**soft**  29:5

**software**  29:3,5

**solid**  39:19

**solutions**  7:17

**some**  2:12 4:17 5:12
9:15,16 11:6 23:8
24:20 29:7 31:5,17
33:21,22 35:1
37:11,17,20 42:12
45:1 46:4,8 47:5

**somebody**  5:18 9:11
18:2 35:23

**somehow**  47:2

**someone**  31:14 34:8
41:8

**something**  3:19 8:2,
23 11:3,14 28:20
33:14 37:1 38:6
43:21

**sometimes**  37:7

**sorry**  2:23

**sort**  24:21 41:13
44:9

**speaks**  18:11

**specific**  23:1

**spend**  5:4 23:19
29:16

**spending**  5:16 6:4
9:8

**spent**  24:3 38:1

**spike**  19:20 27:9

**spikes**  12:11

**spoke**  4:21

**spring**  4:20

**square**  46:6

**squished**  34:8

**staff**  36:13

**stage**  2:14 30:12

**standing**  26:3

**start**  2:24 9:15,21
10:8 18:18 33:4
37:18

**started**  11:12,13
23:16,21 25:13

**state**  13:7 14:2
15:14,17,18,22,24
16:10,17,21,24
17:10 20:9 22:1
25:9 28:5 36:9

45:21 46:21

**State's**  16:20 31:22

**statement**  30:20,23
31:24 32:13

**states**  12:6 14:6,12
17:2,5 19:8,16 21:2
22:9 26:14 38:20
39:8 43:11 46:21

**statistics**  26:1

**stats**  19:24

**steal**  11:20 17:22
19:14

**stealing**  30:4

**Stephen**  2:1

**stepping**  21:11

**STEVE**  2:1 5:11
8:17 9:14 10:7
18:20 20:15 21:9
22:14 30:7 31:23
33:18 34:14 45:20
46:22

**stick**  5:22

**still**  4:17 36:7 43:2

**stole**  24:13

**stoled**  20:6

**stolen**  40:14

**stop**  3:12 10:5

**stopped**  40:7

**stopping**  46:17

**stored**  38:15,16

**stores**  10:16

**strategic**  23:15
24:21 25:13

**street**  27:4

**stronger**  5:10

**studies**  7:14

**stuff**  4:9 6:10 14:22
17:11 19:1 31:5,19
35:18 46:19

**subjectively**  39:24

**submitted**  36:5

**subpoena**  26:7

**successfully**  28:24

**such**  21:13

**sudden**  11:6 12:6

**suggested**  14:13

**summer**  3:3 6:6

**supposedly**  40:24

**suppress**  39:7

**suppressed**  2:5 9:7
44:1

**suppressing**  18:8

**Supreme**  33:23 34:1

**sure**  3:20 29:17 31:4
47:3

**surge**  15:8

**Swalwell**  18:22 21:1

**swing**  46:21

**sworn**  32:12

**system**  32:20 35:6
36:14 44:12 45:2
47:2

**systems**  23:10,11,
14,18 24:5,18 29:14
30:21 45:24

**T**

**tabulation**  15:12
25:16 35:2

**tabulators**  24:11

**Taiwan's**  29:19

**take**  7:19,23 9:1
15:9 36:12 37:15,
16,21 40:5 47:7

**taken**  5:1 9:6

**takes**  12:10

**taking**  8:3 18:4
19:20,21

**talk**  5:15,24 10:9
14:5 16:8 19:4,9

**talked**  3:9,17 4:13
5:12,16,17 21:4
27:18 32:9,16 42:20
45:13 46:2

**talking**  2:24 12:22
21:19 22:24 24:10
31:20 37:18 39:6
45:5,7

**team**  23:24 37:24
42:11

**tech**  2:6,20

**technical**  24:20 30:3

**tell**  3:22 5:11 11:21,
22 13:5 18:17 21:22
33:1,3 34:14

**telling**  7:19 21:22
39:15,22 43:23

**territorial**  29:21

**testified**  30:8

**testimonies**  30:9

**testimony**  6:17
32:12

**testing**  25:6,8

**Texas**  23:24 34:20
36:3,18,19,20,21,23
45:21 46:3,12

**than**  3:14 5:10 6:15
14:6 19:12 28:15
30:4 43:18 44:4,20,
21

**that**  2:7,10,13,24
3:4,7 4:2,15,16,18,
22 5:12,20,22 6:3,5,
7,21 7:8,9,15,16
8:4,15,16,19 9:1
10:3,4,5,15,24 11:3,
8,12,17,19,21,23
12:3,4,10,12,14,15,
20,21 13:2,9,12,13,
14,16 14:2,7,8,11,
13,15,22 15:2,3,4,9,
17,19,20 16:9,13,20
17:8,9,10,13,20,21,
22 18:2,11,14,23
19:1,4,9,13,15,18,
22,23 20:2,4,6,10,
12,13,16,21,24
21:2,5,6,7 22:4,9,11
23:1,8,11,17,18,19
24:5,10,11,12,14,
19,21 25:3,7,11,13,
14,17,23 26:8,17,23
27:9,10,11,12,18,
19,21 28:1,4,8 29:2,
4,7,11,19,23,24
30:1,5,9,18,20,21
31:1,2,13,23 32:1,
12,13,15,23 33:10,
11,12,15 34:4,6
35:5 36:2,5,13,14,
17 37:2,4,5,6,22
38:4,11 39:6,7,8,20,
23 40:1,8,22,24
41:8,13,17,19,23
42:1,5,6,10,11,13,
14 43:1,2,3,8,11,15,
16,18,20 44:12,17
45:1,2,6,8,9,10,16,
17,23 46:4,6,7,10,
11,17 47:2,3

**that'll** 47:7

**that's** 5:10 7:6,23
8:11,12,17,18,19
11:7,12 12:5,7
13:21 14:22 15:9,11
19:5 20:9,11,13,14
22:3,4,5,10 23:13
25:12,13 26:1 30:22
32:10,20 33:7,16
34:12 37:22 41:10,
20 43:2,24 45:11,18
46:16

**the** 2:2,4,5,6,8,9,10,
11,16,17,19,20,21
3:2,3,9,12,17,18,22,
24 4:4,16,18,20,21,
24 5:3,5,6,8,13,16,
17,20,23,24 6:1,5,7,
8 7:13 8:20,23 9:5,
14,15,22 10:4,8,9,
12,13,15 11:8,17,23
12:1,9,18,23,24
13:3,4,8,10,14,19,
21,24 14:1,2,6,9,13,
14,21 15:2,3,5,12,
13,14,16,18 16:1,6,
9,10,16,17,18,19,
20,21,22,23,24
17:1,2,6,7,12,16,18,
20 18:9,16,21,22,23
19:4,5,7,9,10,11,14,
15,16,20,23,24
20:1,4,5,6,8,9,10,
12,13,16,19,20,21,
22,24 21:2,5,6,10,
19,22 22:5,9,12,15,
17,22 23:4,8,10,11,
16,19,20,21,22,24
24:2,3,4,5,6,7,8,9,
10,11,13,14,15,16,
17,20,24 25:1,2,3,6,
7,8,9,10,12,18,21,
23,24 26:5,14,16,
19,20,21,23 27:2,3,
4,5,8,10,11,12,18
28:6,14,16,18,20,23
29:1,4,7,8,9,12,17,
18,24 30:1,9,11,14,
18,23 31:1,2,7,12,
20,21,24 32:2,8,11,
14,15,18,20,22
33:1,2,6,15,18,20,
23,24 34:1,7,12,15,
16 35:1,2,5,6,23
36:2,3,5,6,7,11

37:8,14,15,16,19,
20,21,22 38:12,13,
24 39:1,3,9,10,15,
18,22 40:10,12,19,
23 41:1,7,19 42:3,
10,12,19 43:9,11,23
44:9,11,14,16,18,24
45:1,2,3,5,6,8,13,
14,15,16,18,19,21,
22,23 46:1,3,4,10,
11,13,15,19,20
47:1,9

**theft** 17:20 20:12

**their** 6:22 12:11
15:20,23 16:1,3,5
17:6 20:8 21:18
22:9 29:21 34:8
35:19 38:2 39:2,17
44:8

**them** 3:18,19 4:17
6:12 16:16,20,23
19:18 20:23 24:4
28:19 32:16 35:4,7
36:24 37:13 38:1,2,
3,24 39:15 41:8
43:17 45:12

**themselves** 41:7
44:24

**then** 2:12,17 4:8,19
5:13 6:5 8:21,22 9:2
12:8,9 17:15 19:5
21:19 23:4,23 24:9
27:16 33:1,12 37:1
38:24 39:19 40:5
42:14 43:12 44:11
45:14

**theory** 26:12

**there** 3:14,16,23 4:6
5:20,22,24 7:9 9:23
10:22,24 11:11,12
12:15 14:1,7 15:10
18:20,21 20:23
21:13 22:3,8,12
24:17,18 25:23 27:7
28:22 30:20,21 33:5
34:4 37:1,21 38:6,
10,24 39:10 40:5,16
41:5,6,9,14,18,22
42:11,17 43:6,15,22
44:16 45:5,7,9

**there'll** 15:7

**there's** 20:19 26:3
31:15,16 34:2 36:24

38:13 46:4

**these** 3:13 4:10,15
6:16 7:14 8:23 10:2,
3,24 11:6,10,19,23
12:1,6,11,12,21
13:5,11 15:18 17:2,
5,8,14,17,20,22,23,
24 18:24 19:8,19,
21,24 20:1 21:1,10
22:1,6,13 23:1,17
24:5 25:24 30:9,16
32:15,16,24 33:1,
21,22 35:3,10,11,18
36:18,23 37:2 38:5
39:9 40:21 45:5,9
46:7,14,21 47:5,7

**they** 4:1,10,11,15,18
5:18,24 6:1 7:9 9:8,
12 10:16,17,20
11:6,13 12:3,4,6,9,
16,18 13:9,12,16,
20,21,24 14:16,18,
19 16:7 17:10,13,17
18:6,13 19:11,12,
13,15 20:10,16
21:11,14,15,17,18
22:4 23:8 24:13
25:10 26:16,17
27:9,11 28:17 29:6,
8,10,12,22 30:4,15,
23 31:13 32:10,13,
14,16,17 34:5,8,10,
11,20 35:6,7,12,
15,16 36:5,13,15,
23,24 37:1,2,3,5,12,
13,15,16,18,23,24
38:1,3,4,5,12,15,22,
24 39:3,7,10,14,16,
18,19,23,24 40:1
41:23 43:17 44:8,
12,24 45:18,19,23,
24 46:1,3,13

**they'd** 5:21

**they're** 4:14 9:4,5,
12,18,19 10:21
11:15 12:5 18:8,10,
11,12 20:2,15 21:21
26:7 28:10 32:21
33:5 34:13,20 37:4
38:16 46:14 47:8

**they've** 26:7 29:7,24
30:1 31:4 39:7

**thing** 3:18 6:1,5
15:1 17:12,16,20

20:10 21:13 22:10
29:18 32:8,23 34:1
46:12

**things** 8:24 17:8,23
32:16 43:22

**think** 2:15 4:21 5:18
6:21 8:7 11:5 12:15
18:3 20:18 21:10
25:11 27:5 29:10
30:10,11,16,19
32:3,5,12 37:6
39:22 46:1

**third** 6:5 25:14

**this** 2:2,9,18,22 3:2,
10,15,21,24 4:5,7,
20 5:2,7,8,9 6:5,6,8,
9,10,22 7:11,19 9:2,
9,21,24 10:1,4,11,
19 11:1,15,17
12:2,7,13,21,24
13:3,5,10,13 14:4,
10 15:1,2,5,7 16:9,
14,15 17:1,11,17,
18,19 18:3,4,16
19:1,19,24 22:5,7,8,
11,15 23:17 25:21
26:9,18 27:14,18
28:1,6,8 29:1,4
30:18,23 31:14,17,
19,24 32:1,9,11,18
33:9,19,24 34:9,10,
17,22 35:8,9,10
36:7,9,12,13 37:18
38:5,6,11 39:1,9,18,
24 40:5,6,13,18
41:1,11,13,17 42:3,
17,18,19,20 43:1,6,
10,12,20,22,24
44:2,15,22 45:5,7,
14,15 46:3,15,23
47:2

**those** 2:17 8:14 9:1
16:18 18:5 26:5
31:21 38:21

**thought** 4:10,11 6:2,
12 41:3,4,5,6,8

**thousands** 40:19,21

**threat** 26:14 27:21

**three** 6:12 9:1 12:17
19:15 33:20 38:4,6,
7 41:5

**through** 2:4,8 5:9
11:10 13:5,12 14:15

20:10 21:13 22:10
29:18 32:8,23 34:1
46:12

17:17,21 18:16,20
22:12 23:4 24:13
25:19 27:11 29:3,4
35:19 37:8 39:6
41:7 45:6,24 46:14

**tickets** 14:15

**tier** 25:14

**till** 46:17

**time** 4:16 5:2,4,17
6:4,5 11:18 12:14,
20 16:3 19:17 23:20
24:3 30:11 34:13
43:21 45:18 46:4

**timeframe** 33:20

**times** 9:1,2 33:8

**timestamp** 11:8

**to** 2:2,3,11,16,17,23
3:6,7,9,10,11,14,15,
17,20,21,22,24 4:2,
3,6,7,24 5:2,3,9 6:8,
10,11,18 7:4,5,11,
12,22 8:2,20 9:3,4,
8,11,14,15,16,17,
20,21,22 10:8,19,
20,21,23 11:11,14,
15,16,17,18,19,21
12:5,10 13:5,6,7,14,
18 14:2,3,5,8,11,14,
19,21 15:4,5,6,7,10,
15,16,18,20 16:2,3,
5,6,10,15,21,23
17:10,11,18,19,21,
22 18:8,17,18,20,21
19:5,7,8,13,14,16,
18,20 20:11,14,22,
23 21:4,9,22 22:2,3,
5,6,11,16,17 23:1,
14,15,19 24:4,6,8,
20 25:7,10,12,15,21
26:3,10,11 27:4,10,
12,18 28:10,15,16,
23,24 29:1,4,6,11,
12,13,18,19,20,
21,22 34:1,2,5,6,11,
13 35:2,10 36:1,4,5,
6,8,9,10,12 37:7,13,
15,17,18,21,22,23,
24 38:3,4,9,10,24
39:7,10,16,18
40:10,14 41:2,3,5,
12,13,23 42:5 43:7,

9,11,14 44:7,12,14,
20,24 45:9,17,18,23
46:2,7,17,18,21,22,
23 47:1,2,3,5,9

**today** 10:17,20
11:22 23:1 31:13

**together** 10:19 14:7
36:4

**told** 10:21 31:1,2

**tonight** 2:1,3,7
11:14 20:11 21:21,
22 22:2,7 34:1,2,3

**tons** 41:11

**too** 13:13 14:24 15:5
16:5,9 46:9

**took** 2:11 3:16 13:2
38:3

**tools** 10:4

**Toronto** 26:21

**tough** 2:8 8:18 9:16
10:10

**town** 42:24

**track** 19:13

**tracking** 32:24

**traditional** 20:20
21:13

**traffic** 27:8,9,10,12

**traitors** 18:6 28:3

**transfer** 32:17

**tried** 36:1,8,9 37:13,
15 39:7

**trolls** 4:10 5:22

**truck** 28:16

**true** 20:14

**Trump** 2:13 3:3
12:3 13:17 14:20
15:6 17:5,14,15
18:24 19:12 20:2,16
21:1,18 24:14
30:17,18 32:22

**truth** 31:15,16

**truths** 9:22

**try** 39:16

**trying** 9:22 10:21,23
16:23 18:8 28:10
34:13

**turned** 5:1 6:3

**TV** 10:14

**Twilight** 12:14

**twisted** 20:14

**Twitter** 9:6 10:17,18

**Twitter's** 9:6

**two** 11:22 16:24
17:3,24 19:4,9 26:3
31:12 34:24 36:12
39:19 43:14 44:1,3

---

**U**

**U.S.** 32:7

**UK** 26:20

**unbelievable** 41:14

**unconventional**
26:13

**under** 15:13 30:5

**underage** 15:20
16:13 17:5 19:2
21:14

**understand** 2:18
26:11 44:7 45:21

**understood** 12:13

**unemployment** 5:6

**unique** 25:11

**United** 21:2 22:9
26:14 43:11

**universities** 30:2

**unknown** 38:4

**Unregistered** 15:21

**up** 2:10 4:1 5:6,22
6:6 9:11 14:19 15:6
17:18 18:11 19:3,9
21:11 23:3 27:12
30:3,15 31:6 32:4,8,
11 33:1,14,21 37:11
39:18,19 43:21
46:11,19

**us** 4:23 5:4,11 11:9
13:2 15:10 16:11,
13,16,19 18:4,9
21:7 22:19 23:3,15,
19 25:9 27:12 28:8
29:18 30:2,19 31:7
34:18,24 35:2 36:4
38:1,4 40:5

**use** 5:2 14:12 17:11
22:13 35:13 36:20,
21 38:5,20 39:9
46:15

**used** 11:19 23:1
37:22

**uses** 36:20

**using** 13:2

**usually** 33:8,13

---

**V**

**vacant** 13:18

**vaccine** 6:8

**validated** 19:8

**various** 15:2

**vendors** 9:20

**verification** 14:12

**verse** 5:12

**versus** 29:23

**very** 2:16 3:22 4:16
14:6 25:20,22 30:12
35:18,21 40:17

**Vice** 5:7 24:15

**victory** 13:8 15:15

**VIDEO** 4:23 6:14,
16,18,21,23 7:1,3,4,
6,8,10,13,15,17,18,
21,24 8:5,7,12
10:11 19:6 34:18,23
35:9,13,15,17,20,
22,24 36:1,17,19,22
37:6,9,10 38:9,13,
16,18,19,20 39:5,
12,13,14,21 40:2,4,
8,10,12,20,23 41:1,
4,16,20,21 42:1,2,6,
8,9,16 43:3,5,13,19
44:5,15,19,21,23
45:4,10,12

**violation** 15:14

**virtual** 30:23

**virus** 6:9,10

**volume** 27:8,10

**vote** 12:11 13:17
15:20 16:2,5 18:1,2
24:13,14,16 30:20
39:10 44:8,12

**vote's** 11:10

**voted** 13:15 14:10,
11,17,19 15:2,19,
21,22,23,24 16:1,13
21:8 42:21 44:9

**voter** 19:1 20:20
21:13 37:23 46:4

**voters** 13:18 14:4,

11,18 15:9,21,22,
23,24 16:4,5 45:3

**votes** 12:4,12,20
13:9,11,23,24 14:7,
20,21 15:15 16:12
19:12 20:18 25:15
30:21 35:6 38:14,23
39:4 40:18 41:9
42:22 47:8

**voting** 13:15 19:2,3
21:14 23:10,18
25:16 30:21 35:11,
18 36:14,20 41:7
44:12

**vulnerabilities**
23:11,14,16 24:5,17
29:2 38:23

---

**W**

**wages** 5:6

**wait** 3:22

**Waldron** 22:16,18,
20,21 23:6 25:6,22
26:19 27:2,17,24
28:4 30:7 31:6 32:1,
9,23 33:2

**walked** 3:16 4:4

**wall** 39:19

**want** 2:16 3:9 9:14,
17,21 10:20 11:21
19:5,7,8 20:22 22:2
32:8,11 33:19 38:9
39:10 41:23 44:12
46:22,23 47:1,3

**want-to** 24:20

**wanted** 9:11 37:18

**war** 29:23 30:5

**Ware** 24:11

**warfare** 22:15,23
23:13 26:12,13
30:8,12 33:2

**was** 3:2,3,10,20,21
4:8,9,16,19,20 5:6,
13,14,20,21,22 6:1,
5,7,12 8:22,24 9:10
10:2,18 11:3,5,24
13:8 14:13 15:10,
15,18 17:20 18:3,20
19:10 21:5 22:12
25:23 26:17 27:12,
21 28:8 29:17

30:12,18,20,21
32:3,4 34:23 35:3,5,
7,9,21,23 36:3,7,13
37:23 38:11 39:15
40:6,8,14,15,16
41:2,3,5,12,18 42:6,
11,13,15,20,21,22,
24 43:7,8,9 44:22
45:2 46:21

**wasn't** 34:11 41:22,
23

**watch** 17:19 18:16

**watching** 22:7 26:19
27:8 38:11

**waters** 29:21

**waterways** 29:22

**way** 4:5 20:14 32:20
38:24 45:5

**ways** 23:14,17 24:5
44:6

**we** 2:16,17,20,23
3:7,9,12 4:5,13,21,
24 5:5,9 8:18 10:4,
5,19 11:15,21
12:19,22 13:1,9
14:16,22,24 16:13,
20,22 17:14,15,24
18:14,15,21 19:17,
22,23 20:5,7 21:18
22:19 23:6,10,16,
18,21 24:3,4,11
25:13 26:1,19 27:2,
3 28:5,6 32:8 33:10,
15,16,18 34:1,4,9,
14,18 35:1,3,4,5,13
36:1,2,4,5,6,8,9,10,
11,14,20,21 37:1,
10,13,16,17,20,22
38:1,2 39:7 40:14,
15,16,17,19,23
41:4,5,6,8,10,21,22
42:15,23 43:9,14,
15,16,20 44:13
45:18 46:14,17 47:2

**We'd** 26:21

**we'll** 13:17 14:15
16:8 32:11,19

**we're** 2:2,3,8,9 4:2,7
9:15 10:8 11:16
12:7,8,13 13:6,7
14:5,8,24 15:5,15
17:10,11,15,19
18:7,17 20:7,11

21:6 22:14,24 30:5
33:18 34:1 39:15,22
45:16

**we've** 2:15 16:23
18:3 24:22 25:1
29:3,19 36:17 42:2,
3,17,18,19 45:13,23

**website** 46:20

**week** 12:10 19:20
26:9 32:4

**weeks** 8:20

**weird** 12:7

**Welcome** 2:1

**well** 6:2 7:21 8:12
10:18 11:5,13 12:14
14:23 16:19,22
18:22 19:6 21:17
25:23,24 29:23
31:13 33:3,24 34:23
36:19 38:6,13 40:12
41:18 44:5,12,19
46:10

**went** 3:17 4:6 6:11
11:3 12:9 14:6
19:16 24:12 28:16
30:9,22 32:7 33:14
42:14

**were** 4:11,15,17,24
5:23,24 6:16 10:3,4
11:19 12:12 13:19,
24 14:11,16 15:3
16:7 18:13 19:8,21
22:8,9 23:1 24:10
25:24 26:2,19 27:2,
8 28:12,17,18,19
29:2 30:16 34:21
35:4,5,6,7,11 36:15
37:2,12,17,24 42:4
43:7,9,10 44:14

**weren't** 39:8 40:17
42:5

**whack-a-mole** 18:13

**what** 2:9,13 3:1,20,
23 4:12,13 5:11 6:2,
13 8:8,18,21,24
9:17,21 10:9,20,21,
22 11:14,19,22
12:3,7,9,16 13:6,7,
21 14:6 16:9,16,17,
19 17:14,19 18:14,
15,17 19:8,12
21:17,20 22:3,24
23:3,4,13 24:4,9

27:15,17 28:22
31:6,9,16 32:24
33:4,12,13 34:2,3,4,
14 35:3,4,5,20 36:4,
13 37:3,13,17,22
38:11,22 39:15,21,
22,23 40:6,13 41:2,
3,10,17 42:13,15,17
43:6,8,20,21 44:1,3,
7,15,17,18 45:4,7,
14,20 46:6

**what's** 2:14 8:20 9:2
10:24 34:4 38:21
44:10,16

**whatever** 21:4 22:3,
10

**Whatever's** 18:7

**when** 2:13 3:13 7:22
9:9 11:13 16:22
18:16 21:3 23:16
24:16 26:1,16,17
33:9 35:10 37:20
38:10 40:6,7 44:8

**where** 5:5 6:6 15:3
16:19 17:15,18 20:7
26:4,12 30:11 32:4
38:15 45:8 47:6

**whether** 20:17 41:7
47:8

**which** 4:21 24:1,8,9,
15 29:3 37:14
45:15,16

**while** 2:11 15:9

**whistleblowers**
28:19

**who** 6:6,19 7:10
14:17,18 15:21,22,
23,24 16:2,4,5,6,15,
19 19:21 24:19 25:2
28:16,18,19 30:14
37:7,8,18 45:18

**who's** 22:10 30:24
32:21

**whoever's** 44:11

**whole** 21:5 26:16
33:24 37:24 46:15
47:1

**whose** 22:10 24:24

**why** 7:23 10:21,24
11:22 12:5 13:5
16:11 19:4 20:11
21:10,11,14,15,21

22:5,6 25:13 28:13
33:16 34:12 36:22
37:3 39:23,24 41:22
43:16 46:15

**widespread** 28:14

**will** 5:9 8:5 10:4,6
12:2 22:4,12,23
33:16 34:16 46:18,
19,20

**willing** 6:18

**win** 16:13 20:3

**winner** 17:12 20:4

**wins** 13:17 17:5,15

**Wisconsin** 15:8,14
20:17 25:16

**with** 2:13 5:4,7,17
6:4,9 8:19,24 11:2
13:3 15:2,19 16:8
18:4,5 20:22,24
21:2,12,16 22:7,15,
17,19,22 23:7,8,20
26:7,22 29:18
30:10,21 33:14
34:18,22 35:10,23
37:1,2,7,11,20 38:1
40:22 45:22 46:1
47:9

**within** 33:19 39:17

**without** 14:22 28:2
36:12

**witnesses** 27:18

**Wolf** 30:15,16 31:1
32:6

**won** 12:18 13:9
19:14

**wonder** 28:12

**word** 5:3,17 34:7

**work** 29:4 36:10
42:6

**workers** 15:2

**working** 23:6,20,21

**works** 6:10 13:14
32:20

**world** 2:5 21:19
40:19

**world's** 27:5

**worse** 43:18 44:4,6

**worst** 6:1

**would** 4:18 5:18 6:7
8:3 12:16,17,18,19,

22,24 13:1,2 15:9
17:6,13,23,24 18:1,
2,14 19:12,14,16,
22,23 20:2,3,5,6,20
21:2,18,19,20 23:12
29:16 31:24 32:24
36:23 37:3,15 38:2
39:23,24 40:1 41:5,
6,9,19 44:17,18,20

**would've** 17:9

**wouldn't** 12:15,22
17:7,15,24 18:1
20:7,13 21:19

**wow** 3:14 4:14
11:11,18 25:5 35:24
38:19 39:5,13,21
40:10 41:16 42:8

**wrong** 8:24 16:18
21:1

---

**Y**

**yeah** 2:22 3:9 8:21
22:21 23:6 25:22
28:4 34:14 35:17,22
38:18 41:4 44:23

**years** 35:1

**yes** 21:12 27:2 35:17
38:18 42:7

**yet** 43:15

**York** 15:4

**you** 2:11,12,13,16,
22 3:4,8,16,20,23
4:2,5,12,13,14,17
5:2,12,17,20,21 6:2,
14,19,23,24 7:11,
22,23 8:2,3,4,8,14,
15,16,20,21,22 9:1,
4,12,16,17,21
10:10,12,14,20,22,
23 11:3,21,22
12:10,11,12,24
13:2,4,5,7,15 14:2,
19 15:3,6,11,19
16:10,11,12,14,15,
17 17:3,4,7,14 18:1,
3,11,16,17,18 19:1,
4,5,19,24 20:11,16,
17,20,21,22,23,24
21:2,9,12,17,24
22:2,4,5,11,12,13,
23,24 23:3,17 24:6,
8,9,10,12,16 25:6,

20,23 26:2,9,12,16,
18,21,23 27:6,10
28:1,12,13,17,18,
19,21,23 29:3,8,11,
16 30:13 31:6,10,
13,14,15,17,18
32:1,15,20,24 33:1,
3,4,8,10,13,14,22,
24 34:6,7,8,10,14,
17,21,22 35:10,21
38:10,11 39:21,22,
24 40:4,17,22 41:2,
3 42:4,5,18,22 43:6,
7,9,10,12,22,23,24
44:3,4,6 45:6,14,17,
23 46:5,12,15,19,
20,21 47:1,4,6

**you'll** 15:4 46:10

**you're** 2:18,19 3:1
4:2 6:18 7:1,18,19,
21,22,24 8:1,8 9:18
10:1,7,20 11:14,15,
17,18 13:12 14:24
17:19 18:12,15
20:22 21:7,21 22:6,
18 27:16 29:13
31:16 33:3,7,9,20
34:2,3 39:8 40:20
41:18 44:2,3 45:4,7
46:18,23,24 47:3

**you've** 23:5 30:14
31:3 32:22 34:5
35:20 40:21 42:18,
19 43:6 46:8

**your** 3:8 5:12 8:16
9:19,20 16:11,13
20:17 21:7 27:14
28:23 29:12 36:23
37:3 38:14 39:23
40:1,22

**yourself** 23:4

---

**Z**

**Zone** 12:14

TRANSCRIPT OF THE AUDIO RECORDING OF:


One America News Network

February 11, 2021

Vol. 2

TRANSCRIBED BY: THOMPSON COURT REPORTERS INC.

1          MIKE LINDELL (IN VIDEO CLIP):  If we would have never

2    found out, or this would never have gotten, what we're going

3    to get to now. What in, what would the future have looked like

4    in elections?

5          RUSSELL RAMSLAND (IN VIDEO CLIP):  Well, I mean,

6    we're basically approaching Venezuela, where it doesn't matter

7    who's voted.

8          MIKE LINDELL (IN VIDEO CLIP):  Doesn't matter. Right.

9    Somebody else picks our people for him so why vote, right? I

10   mean, that's the way, that's the way it would have been.

11   Machines that go online, like, and it's not, now you said

12   earlier, it's not just Dominion, it's all the, all the

13   machines that were used in this election. What, is that what

14   you would say?

15         RUSSELL RAMSLAND (IN VIDEO CLIP):  Yes, that's

16   absolutely a fair statement. And look, let me, let me tell you

17   a little bit about that. You know, for these people that say

18   it's not online, we have videos of workers with pollbooks, who

19   are swiping left on their pollbook and bringing up Netflix and

20   getting a movie and watching it on their pollbook. How does

21   that happen if it's not connected to the internet?

22         MIKE LINDELL (IN VIDEO CLIP):  Right, right.

23         RUSSELL RAMSLAND (IN VIDEO CLIP):  We have affidavits

24   of a election judge who showed up at her precinct, found to

1  her horror, they had loaded the wrong precinct in her

2  equipment, called her voting company and her voting company

3  put her on hold and the self, the help desk from another state

4  called in and in 10 minutes somehow reloaded her pollbooks

5  from another state with the correct precinct. How does that

6  happen if it's not connected to the internet?

7          MIKE LINDELL (IN VIDEO CLIP):  I know they were all

8  online, but they, but is it illegal for them to be online?

9          RUSSELL RAMSLAND (IN VIDEO CLIP):  Well, it depends,

10 some places yes, some places no. I mean, the assurance is that

11 you can trust the voting system because they're not online,

12 but they are most clearly online.

13         MIKE LINDELL (IN VIDEO CLIP):  I gotcha. I gotcha.

14         RUSSELL RAMSLAND (IN VIDEO CLIP):  Now here's one you

15 don't know. We ran this, a different group here, a little

16 operation in Dallas during this last election. And let me

17 describe the operation, so you'll understand the magnitude of what

18 I'm telling you. What we did is every day, we just took the

19 information on the voter records of the people who voted that day

20 in Dallas, Dallas posts them online. So you get a big, big long

21 record of this voter, you don't see how he voted but you see

22 everything else, name, where he lives, when he asked for a ballot,

23 where he voted, his residence address, on and on and on. And all

24 of those, as you know, are comprised of zeros and ones. That's

1  how computers work. So all we did is we would add up all the

2  zeros and ones in that voter record, and store it. And then we

3  would watch what would happen to that voter record as we

4  worked our way through early voting. Mike, we saw 57,000 votes

5  get their voter records changed during early election alone in

6  Dallas, Texas.

7          MIKE LINDELL (IN VIDEO CLIP):  Wow.

8          RUSSELL RAMSLAND (IN VIDEO CLIP):  We saw a 10 block

9  long street in Dallas, Texas, get every single vote wiped out,

10  and then subsequently replaced one at a time with clearly

11  something changed because the the hash, in other words, it's,

12  it's a, a record of the zeros and ones, had been changed. And

13  so we know it was tampered with.

14          MIKE LINDELL (IN VIDEO CLIP):  Wow.

15          RUSSELL RAMSLAND (IN VIDEO CLIP):  I mean it's

16  unbelievable.

17          MIKE LINDELL (IN VIDEO CLIP):  Was it nationwide that

18  this happened?

19          RUSSELL RAMSLAND (IN VIDEO CLIP):  Yes.

20          MIKE LINDELL (IN VIDEO CLIP):  Okay. And you've seen

21  the cyber, the cyber forensics that show that, we will show

22  that too. But I just want to ask you, why, if you're, if

23  there's, you know, why did they, why did they set these

24  machines down to win Texas too? I mean, or do you, you know,

1   what would be your opinion on that, of why they didn't set

2   them high enough to win Texas too?

3            RUSSELL RAMSLAND (IN VIDEO CLIP):  Well, there had

4   been a certain amount of concern raised in, in Texas as a

5   result of our 2018 work. You know, Pete Sessions actually

6   filed a complaint in Texas, and published a paper on it,

7   because his race got stolen. And so they were very well aware

8   that Texas was going to come under some scrutiny that other

9   places probably were not. And there was also a huge operation

10  down in Houston, where a vote scamming scheme for over 700,000

11  votes was exposed. And so there was a lot going on in Texas,

12  and I think it made him a little skittish to operate as

13  brazenly here as they - -

14           MIKE LINDELL (IN VIDEO CLIP):  They might, they might

15  have backed off a little. But you just said something there.

16  So you're telling me that they controlled all the downtickets

17  too if they decided that they wanted to flip a senator or a

18  congressman or whatever, is that correct?

19           RUSSELL RAMSLAND (IN VIDEO CLIP):  No doubt.

20  Absolutely.

21           MIKE LINDELL (IN VIDEO CLIP):  So Russell, could you

22  speak specifically to the malware?

23           RUSSELL RAMSLAND (IN VIDEO CLIP):  Sure. There is a

24  company out of Barcelona, Spain call Scytl and it owns a

1  company called Clarity Election Night Reporting. And Hart

2  reports to them and Dominion reports to them, ES&S reports to

3  them, all these companies report the votes to them. And then

4  election night reporting supposedly just passes the votes

5  along to the media. But using standard white hat tools, we can

6  look and see what is is on their server over in Frankfurt,

7  Germany. And there is a, an area on their server on a

8  particular kind of equipment, there is a piece of malware

9  called QSnatch. QSnatch actually watches all the information

10 that comes in, and it grabs the login credentials of every

11 single county in the country that reports to it so that once

12 it has all those credentials, it can then look back into that

13 county and it can access the county database from overseas or

14 wherever else it wants to, if you want to inject changed

15 votes, either to the adjudication system or just plain flat

16 replace the database. So it's, it's, a, it's a massive,

17 massive, massive security vulnerability. And it is there, it

18 is working and they have all the login ability they need to

19 get into any county that reports to them.

20       MIKE LINDELL (IN VIDEO CLIP):  Wow so, so basically,

21 what you said earlier, all the, all the servers are over

22 there, they can take all of our counties in our country, look

23 at them, and then decide what they want to do with that

24 information and what they can do in the county, what they need

1  to flip. So, you know, we all heard this, we all heard about

2  this Italy thing and that it went to Italy and Germany where

3  they had to on the, I guess this would be in the middle of the

4  night on November 4th. Is this something, I, would you know

5  anything about that? I mean, to, I mean, so the, what we've

6  all heard out there is it went over there, some guy even

7  admitted he did it, which we're going to have his affidavits

8  up here, but what do you, what's your opinion on that?

9           RUSSELL RAMSLAND (IN VIDEO CLIP):  Well, our opinion

10  on that was that it should have been investigated. Because it

11  is very consistent with what we do see happening. But it was

12  not investigated. Apparently, the Department of Justice did

13  not investigate. You know, you got the usual, "Oh, it's been

14  debunked." Well, who debunked it? "Uhhh." When did they debunk

15  it? How did they debunk it? "Uhhh." There was no investigation

16  by anyone of that information. And there should have been

17  because it is entirely consistent. I don't know if it's true.

18  But it's entirely consistent with everything we have seen in

19  terms of capabilities.

20           MIKE LINDELL (IN VIDEO CLIP):  Bill Barr comes out

21  and said, there's no evidence. I mean, what would be your

22  opinion why people would keep pushing this down and not

23  wanting to know, I don't care what side of political lines

24  you're on. Why would you not want to know if it the truth?

1          RUSSELL RAMSLAND (IN VIDEO CLIP):  That has been a

2    constant, haunting question to everyone on our team. I think

3    it's a combination of things. I think some people are truly,

4    completely, totally corrupt. I suspect that at the bottom of

5    this, you might find that our government has been changing

6    votes in other countries for years, and they don't really want

7    it revealed, certain parts of our government. I think that

8    there are people that don't want to look, they're afraid to

9    look. I think there are probably people who are compromised

10   and they've been told to stay out of it. I think it's a

11   variety. It's not one simple little reason.

12          MIKE LINDELL (IN VIDEO CLIP):  Right and that's what

13   I wanted people to hear, because I hear it all the time.

14   People are going, you know what, this, you know, Bill Barr

15   said this and the all, there's no, none of the judges accepted

16   it, and you hear all this. And we can't explain all that,

17   because it's probably multiple things like Russell says there

18   and that's my opinion, too. It could be anywhere up to a dozen

19   things, who knows. But it doesn't matter. All that doesn't

20   matter because now the truth is told today and it's all coming

21   out. And, and everybody you know, I really believe what's

22   going to happen once everybody sees now this is finally you're

23   going to have people that aren't afraid to speak out, because

24   it'll be, it's too late to close the gate, the cows are out of

1  the barn. Everybody's gonna know about it, and they're gonna

2  want to know more and more. So...

3          RUSSELL RAMSLAND (IN VIDEO CLIP):  You know, Mike,

4  the real thing is, I think pretty soon the question's gonna

5  start to turn around and people are going to go, wait a

6  minute, what is everyone so afraid of? Why are they going to

7  such incredible lengths to say there's nothing here when there

8  clearly is something here? Well you know, this is almost like,

9  you and I remember Enron, this is almost like Enron. Would we

10  all be saying, "Oh, no, we don't want to investigate Enron. No

11  one should look into Enron. No, no, Enron shouldn't have to

12  tell you how they spend your money. You just keep giving them

13  your 401k money." No. That's not how it works. And that's not

14  how our voting system should work either.

15          STEVE BANNON:  Now look, Mike, I don't know what

16  Venezuela or Venezuela has to do with the United States in

17  the, in the 2020 presidential election. But I think for the

18  audience, and for people that just want to get to the facts,

19  are you prepared, Russ put some statements out there, made

20  some assertions, are you prepared to bring eyewitnesses from

21  Venezuela or people that can actually talk the specifics about

22  this? And somehow you'll put it up online or augment this film

23  somehow, so people can actually hear eyewitness testimony, are

24  you prepared to do that?

1       MIKE LINDELL:  Oh, absolutely. And I, my, as part of

2   my due diligence, that's been all this week. I wanted to go

3   back to where this all started. And Venezuela, it all started

4   in Venezuela with Smartmatic, not Dominion or the other one,

5   it was with Smartmatic. And I have, we're going to have the

6   gal, all this out, I'll throw it all, that evidence I will put

7   up on my MichaelJLindell.com website, you're gonna see all

8   that stuff we're adding, but it was very interesting, her

9   story, she got attacked and put down just like what's

10  happening to me here, because she knew, she knew she had the

11  evidence. She had the evidence you're gonna see tonight, she

12  had it, and they just, but she didn't have this big platform.

13  So you're gonna, yeah you're gonna see that and you'll see all

14  that, anything you, you know to back up, when you talk about

15  Russ Ramsland and his company, they are the best in the world

16  at these machines, getting inside them and, and you know,

17  getting the footprints and doing that, these guys are amazing.

18  You know - -

19      STEVE BANNON:  But I just want to make, I want to

20  make sure we're clear, to particularly everybody on the left

21  and all the media that's attacking you, you're prepared to

22  have her on tape, you're prepared to put all this stuff about

23  this whole situation in Venezuela, and with Russ Ramsland's

24  company, Colonel Waldron, you're prepared to put up additional

1  information online so people can check more the hard evidence

2  of this. This is a commitment you're making?

3        MIKE LINDELL:  Right, and if it, yes, absolutely. And

4  I want to say this, though, what Russ is saying, is what I'm

5  telling you all. Look, in Venezuela, it happened in a very

6  short period of time, where the socialists, were they got in

7  there and their country was gone. And how did they do it? They

8  did it through the use of these machines. When you can pick

9  who you vote for, who go you know, this is what we're all

10  talking about tonight, it's very important. What Russ is

11  saying there, this, if we don't get rid of the machines, we

12  will, they're coming in now, this election, this is what

13  happened, this selection. So it's very serious stuff and yes.

14        STEVE BANNON:  Let's go, we're going to, you're going

15  to next meet one of the smartest guys in the country, Dr.

16  Shiva from MIT, just an extraordinary individual. His

17  interview with Mike Lindell in Absolute Proof is next.

18        MIKE LINDELL (IN VIDEO CLIP):  So now we have with

19  us, Dr. Shiva. He has four MIT degrees. He's an expert at

20  system science and pattern analysis and I met him four weeks

21  ago, because I don't want anyone out there going, "Well, Mike,

22  why didn't you bring this to us before?" Well, I just met Dr.

23  Shiva four weeks ago, and he's gonna tell you, he actually ran

24  for Senate. And he knows all about these machines now and

1  we're going to hear some of the stuff that I found out went

2  wow, this is a, absolutely validates this election fraud with

3  these machines. So...

4         DR. SHIVA AYYADURAI (IN VIDEO CLIP):  Thanks, Mike.

5  I'm glad we connected.

6         MIKE LINDELL (IN VIDEO CLIP):  Yeah.

7         DR. SHIVA AYYADURAI (IN VIDEO CLIP):  You know, it's

8  an interesting opportunity for me, Mike, because it's rare

9  that a guy who's a scientist, an engineer, an MIT guy even

10  runs for office.

11         MIKE LINDELL (IN VIDEO CLIP):  Right.

12         DR. SHIVA AYYADURAI (IN VIDEO CLIP):  And then it's

13  even more rare that you come across something you never thinks

14  occurs in the United States. You know, I grew up in India and

15  third world countries. We talk about election fraud. When I

16  was running in Massachusetts in 2020 we had 3,000 volunteers

17  on the ground, you know, 20,000 bumper stickers, 10,000 lawn

18  signs, billboard ads, radio, TV, network, we were everywhere.

19  The GOP establishment, who doesn't want a bottoms-up guy like

20  me, who hated Trump, ran a no-name out there who, no real lawn

21  signs, no bumper stickers, no organization, nothing. And we

22  knew on election night, which was the Republican primary

23  September 1st, 2020, the word landslide is what we heard

24  everywhere. We knew we - -

1          MIKE LINDELL (IN VIDEO CLIP):  But you were gonna win

2    by a landslide.

3          DR. SHIVA AYYADURAI (IN VIDEO CLIP):  Oh, yeah, yeah.

4    I mean, it was obvious. I mean, we worked. I mean - -

5          MIKE LINDELL (IN VIDEO CLIP):  I think you said

6    unless there was election fraud, but you probably thought, but

7    I just, you know, maybe someone put on two ballots.

8          DR. SHIVA AYYADURAI (IN VIDEO CLIP):  Yeah, one of my

9    close friends said, "Shiva, we're gonna win this unless

10   there's election fraud." And I just thought this is just some

11   fringe stuff, right?

12         MIKE LINDELL (IN VIDEO CLIP):  Right but you weren't

13   thinking about machines?

14         DR. SHIVA AYYADURAI (IN VIDEO CLIP):  I wasn't

15   thinking about machines, because I didn't know that, you know,

16   you know, from creating email and all these systems, I know

17   the power of machines - -

18         MIKE LINDELL (IN VIDEO CLIP):  Oh, by the way, yeah,

19   he created emails, right?

20         DR. SHIVA AYYADURAI (IN VIDEO CLIP):  I did, I

21   created email as a - -

22         MIKE LINDELL (IN VIDEO CLIP):  Creator of email. I

23   just want to tell you, the guy's a genius. So what you're

24   going to hear here, this is what I did my due diligence on. I,

1   you know, this is just one guy going okay. You know, is this

2   real or is this not? And it, believe me, it's real.

3            DR. SHIVA AYYADURAI (IN VIDEO CLIP):  Yeah, I mean,

4   you know, so I have a lot of history, not only pattern

5   analysis and systems science but I build large-scale computer

6   systems and stuff I've used has been used by the Senate, has

7   been used by the largest fortune 1000 companies in the world.

8   So I know how you move from paper-based systems and electronic

9   systems. And I know the power of electronic systems. When you

10  put some process that's in electronic form, a single

11  individual has immense amounts of power. So that's the

12  background. But on September 1st, 2020, what we saw was, we

13  knew we'd won on a landslide. And there we are, with our big

14  party set up, and we see the results coming in. Now

15  Massachusetts, we saw in Franklin County, which is 80 to 90%,

16  hand-counted paper ballots, no machines, I win by 10%. And in

17  every other County, Mike, 60/40, 60/40, 60/40 - -

18            MIKE LINDELL (IN VIDEO CLIP):  That you lost by?

19            DR. SHIVA AYYADURAI (IN VIDEO CLIP):  I lost by.

20            MIKE LINDELL (IN VIDEO CLIP):  The exact percentage.

21            DR. SHIVA AYYADURAI (IN VIDEO CLIP):  Exact

22  percentage, by a guy who was, in a black county this guy wins,

23  in a white county wins, and in a Hispanic county the guy was

24  nowhere - -

1        MIKE LINDELL (IN VIDEO CLIP):  By the same

2   percentage.

3        DR. SHIVA AYYADURAI (IN VIDEO CLIP):  By the same

4   percentages.

5        MIKE LINDELL (IN VIDEO CLIP):  That's not only a

6   deviation, but it's an anomaly.

7        DR. SHIVA AYYADURAI (IN VIDEO CLIP):  It's an

8   anomaly.

9        MIKE LINDELL (IN VIDEO CLIP):  Do you think that's

10  impossible, or you're like me - -

11        DR. SHIVA AYYADURAI (IN VIDEO CLIP):  Well, it's

12  highly, I mean to be from a scientific standpoint, you would

13  say it's highly unlikely. And that began my journey to start

14  really saying, wow, election fraud could take place in

15  America. So I started reading up everything I could, by

16  September 9th, eight days later. I found out something

17  interesting, I found out that these electronic voting

18  machines, remember, there's two ways you can vote. One is you

19  vote, you give a paper ballot, and the paper ballot is counted

20  by human beings, two people, that's what occurred in Franklin

21  County. But in those other counties, they take that paper

22  ballot when you vote electronically - -

23        MIKE LINDELL (IN VIDEO CLIP):  Into a machine.

24        DR. SHIVA AYYADURAI (IN VIDEO CLIP):  It goes into a

1   machine. And what happens in that machine? The paper ballot is

2   converted to an image called a ballot image, no different than

3   you taking a phone, a picture with your iPhone. Now so what is

4   actually counted? The paper ballot gets put aside, the

5   machine, the electronic quote unquote AI on the machine,

6   actually tries to figure out where the circles are. And the

7   machine is counting the ballot image. So at that stamp, at

8   that point I realized, oh my god, the ballot image is the

9   ballot, the images are the ballot. So I - -

10        MIKE LINDELL (IN VIDEO CLIP):  You were gonna get to

11  the bottom of this no matter what.

12        DR. SHIVA AYYADURAI (IN VIDEO CLIP):  No, I am,

13  because I like to solve problems.

14        MIKE LINDELL (IN VIDEO CLIP):  Because you're like

15  me. I want to say something. One thing about Dr. Shiva, when I

16  met him, I'm going wow, he's just like me. I look at

17  deviations every day, if I see a TV station that normally does

18  10,000, because I track them all individually, it does 10,000

19  and all of a sudden, one day it did only 2,000. I'll tell you

20  what, what I do is spend the rest of the day or a week or a

21  month, I'm going to find out how that happened. Because the

22  only way things change is what a different input.

23        DR. SHIVA AYYADURAI (IN VIDEO CLIP):  Exactly.

24        MIKE LINDELL (IN VIDEO CLIP):  A different input. So

1  you've got this anomaly, you've got it, you've got this

2  deviation. And not just because you are running, a person, you

3  know, it's not like you were just biased going, you know, I

4  won, I know I won. Now you're digging in to find out how

5  these, how this weird mathematically - -

6          DR. SHIVA AYYADURAI (IN VIDEO CLIP):  - - Exactly, I

7  mean the scientist-engineer kicked in, right?

8          MIKE LINDELL (IN VIDEO CLIP):  Right.

9          DR. SHIVA AYYADURAI (IN VIDEO CLIP):  I mean, just

10 like you're a scientist and engineer in a very, from a

11 marketing standpoint. But I think we both sort of pursued the

12 same aims. But here, what we found out was that the first

13 thing that gave me a big insight is that A, ballot images are

14 being created. And I also found out by federal law, in 1974,

15 they passed a law for federal elections, those ballot images

16 must be saved. So that was one piece of the puzzle. Okay? The

17 other piece of the puzzle was, I found out that the voting

18 machines, as early as 2002, have a feature in there called a

19 weighted race feature, where it's embedded into the system

20 where you can multiply candidates votes by a percentage. All

21 right, so what that means is you get 1,000 votes, I get 1,000

22 votes, I can multiply your votes by two, my votes by point

23 five. And if everyone, anyone doesn't believe this, go look up

24 the Diebold voting manual, go to page two dash 126 in the

1  manual in the 2002 version, and you'll see it in there.

2      MIKE LINDELL (IN VIDEO CLIP):  So did, were you able

3  to prove that yours, that your lecture was stole by the

4  machines? Did you mathematically do you prove, did you prove

5  100% that this could only be recreated by a machine to do

6  that, 60/40, that's it?

7      DR. SHIVA AYYADURAI (IN VIDEO CLIP):  Yeah. So what

8  we proved, Mike, was, first of all, we showed that the state

9  had deleted the ballot images, which means that if they had

10  the ballot image, they could have found the algorithm. So they

11  came upon me to use all that 40, 50, or 40 years of experience

12  that I'd learned from 14 all the way at MIT, I had to bring

13  all that rocket science to actually look at the data. And what

14  I found out in the data was a very interesting anomaly. Which

15  in, as you said a deviation, in one of the counties called

16  Suffolk County, which is typically highly Democrat. So we were

17  able to see these interesting numbers up, down, up, down, up

18  down. Essentially, imagine going to a casino, every time you

19  roll twice the number of odd as you get even, okay, it's

20  unlikely, should be 50/50. And in fact, when we did the

21  numbers, that pattern could only occur one in 100,000. We

22  apply, we, you know, sued the state on this. And the judge did

23  not dismiss our case.

24      MIKE LINDELL (IN VIDEO CLIP):  It's still open.

1         DR. SHIVA AYYADURAI (IN VIDEO CLIP):  It's still, not

2    only it's open, but we survived dismissal. And the other thing

3    was, we also showed that when I put this out on Twitter, and

4    said, look, the Secretary of State deleted ballot images,

5    Twitter didn't do anything to me, but the Secretary of State

6    contacted Twitter to shut me down along with the National

7    Association of State Election Directors that came out.

8         MIKE LINDELL (IN VIDEO CLIP):  Wow. Well, let me stop

9    you right there. Because I want to say something.

10        DR. SHIVA AYYADURAI (IN VIDEO CLIP):  Yeah.

11        MIKE LINDELL (IN VIDEO CLIP):  Did you hear the

12   Twitter thing? All of you in this country and the world know

13   my Twitter was taken down. You know why it was taken down the

14   first time 20 some days ago, is because I put up the new

15   evidence, which Dr. Shiva here, I'm going to tell him in a

16   second, this new evidence that came out shows the timestamp in

17   space of where you, you know, where the, who did it, what

18   country did it, like China.

19        DR. SHIVA AYYADURAI (IN VIDEO CLIP):  Well, remember,

20   we have two cases. First, we show we basically went into court

21   saying the Secretary of State contacted Twitter, that means

22   Twitter takes orders from the government. This is what we

23   showed, Twitter takes orders from the crew.

24        MIKE LINDELL (IN VIDEO CLIP):  And that's true,

1  that's 100%.

2        DR. SHIVA AYYADURAI (IN VIDEO CLIP):  Yes. Three

3  hours of testimony - -

4        MIKE LINDELL (IN VIDEO CLIP):  100% [inaudible] Jack

5  Dorsey - -

6        DR. SHIVA AYYADURAI (IN VIDEO CLIP):  - - took orders

7  from the Secretary of State of Massachusetts. This is what

8  happens in countries like China, the government tells the

9  corporations what to do. And in, in the United States, what

10  came out in our three hours of testimony where I represented

11  myself, no one wanted to take the swamp on a Massachusetts. So

12  what came out was we have the Secretary of State's, the

13  election director, and the communications officer saying they

14  contacted Twitter to shut me down - -

15        MIKE LINDELL (IN VIDEO CLIP):  Is that still open? Is

16  that still open?

17        DR. SHIVA AYYADURAI (IN VIDEO CLIP):  Not only is it

18  open, the judge gave me the restraining order and the case is

19  open. And my other case to decertify, they tried to apply a

20  100, 200 page motion to dismiss and the judge denied their

21  motion. And that means look, MIT, MIT is in Massachusetts,

22  right? There's a lot of computer people there. No one has

23  rebutted my mathematical explanation showing that they

24  multiplied my, my votes by point 666.

1          MIKE LINDELL (IN VIDEO CLIP):  So 666, they multiply.

2          DR. SHIVA AYYADURAI (IN VIDEO CLIP):  Exactly. And

3  the other guys by one point two.

4          MIKE LINDELL (IN VIDEO CLIP):  You hear that?

5          DR. SHIVA AYYADURAI (IN VIDEO CLIP):  Well, I think

6  one of the things that public needs to understand is federal

7  laws, the Department of Justice is supposed to enforce them.

8  You know, when we found out the ballot images were deleted, we

9  inform the, what's the name Barr, right, and the local US

10 attorney, and they've done nothing. So basically, this is what

11 happens in third world countries where they have laws but

12 nothing's followed. And if that's where we've gotten into it's

13 a serious problem for this country, because the law - -

14         MIKE LINDELL (IN VIDEO CLIP):  - - It's a serious

15 problem, you mentioned Barr, I mean, he comes out and says

16 there was no election fraud. You know, and here we have right

17 here. You told him of some right?

18         DR. SHIVA AYYADURAI (IN VIDEO CLIP):  I told him of

19 some, I was - -

20         MIKE LINDELL (IN VIDEO CLIP):  And was this before

21 the election even?

22         DR. SHIVA AYYADURAI (IN VIDEO CLIP):  Before, but

23 this is in October.

24         MIKE LINDELL (IN VIDEO CLIP):  October?

1          DR. SHIVA AYYADURAI (IN VIDEO CLIP):  I walked, so

2    this is, yeah.

3          MIKE LINDELL (IN VIDEO CLIP):  Bill Barr if you're

4    watching, I mean, I mean, why would you say something like

5    that when, yes, this is, this wasn't just election fraud. This

6    was a historical election fraud. This was coming from a

7    lecture from machines, from these machines, of biblical

8    proportions, of historical proportions. And now this is, it's

9    all going to get exposed. And I want all these, I want the

10   senators, the congressmen, the government, the governors, the

11   legislators, everybody needs to watch this show. And when you

12   do, you know a lot of you could go wow, I never knew, I never

13   knew. And that will be a lot of excuse for a lot of them

14   because of our mainstream media and all the people. I can't

15   believe the money spent to suppress this, you know, to

16   suppress it. Though when you pop anything that popped up, boy,

17   they were right on it, let's destroy him, let's destroy him.

18   Like who was the last thing to pop up? Me. When I see this I

19   popped up and how you destroy my platform, because everybody

20   knows I'm out there. They've done everything they could from,

21   from bots and trolls, to go after my integrity, Twitter. I

22   mean, it's just been a massive attack. But then you know,

23   you're right over target, right.

24         DR. SHIVA AYYADURAI (IN VIDEO CLIP):  It wasn't

1    Twitter acted alone. We found the government contacting

2    Twitter. Now this is a fundamental violation of the First

3    Amendment. Political speech, government speech cannot

4    supercede political speech. So I bet you you'll find out that

5    some government official may have likely been involved in

6    contacting Twitter.

7            MIKE LINDELL (IN VIDEO CLIP):  Oh, they're big. Oh,

8    yeah. I know jack Dorsey who is involved. Jack, if you're out

9    there, I mean, you did this to my movie a couple years ago

10   with Unplanned where they shut Twitter down, Twitter shut that

11   down for two hours when it, when it launched. I mean, you look

12   at now we're getting into a whole segment there, where you're

13   talking about how we all know, the social media, what they've

14   done, you know, from Mark, from Mark Zuckerberg and, and Jack

15   Dorsey. These platforms, the power they have along with the

16   mainstream media, you know, what did they do when they took

17   over, you talk about third world country, in Nazi Germany,

18   they took over, you know, all your, any, in any country like

19   that they'll take over your communications, you know, how are

20   we going to communicate? You're hear one sec. You know, and,

21   and this is where we're at, but we're going to get this out

22   there, this show is going to be, this is what everybody's been

23   waiting for. And, you know, if I, I encourage a newscast out

24   there, if you're, all these journalists, and all the, and all

1  you guys that have been calling me, all for three weeks now,

2  you never called me before, your, from your CNN's, to your New

3  York Times, your Washington Post. All you guys have been

4  calling non-stop every day, because you think you got some

5  kind of, making up some dirt or something. Because Dominion,

6  you're saying things about Dominion. I encourage you all, you,

7  why don't you be a real journalist and take this story, and

8  run with it. Be the first one to go, wow, this is real. You'd

9  bet, maybe you'd be, it'd become the biggest outlet in the

10  country by doing that.

11      DR. SHIVA AYYADURAI (IN VIDEO CLIP):  Because the

12  real crime scene in America is these computer algorithms.

13      MIKE LINDELL (IN VIDEO CLIP):  And I'm going to tell

14  you, that is the crime scene. And I'm going to tell you, this

15  is their game too that these machine guys played, it's, like

16  dominion. They went out there and a lot of these places I

17  couldn't even go on the media and talk about these machines

18  because they were threatened. I go on, I go on a news talk

19  show and they go, we can't talk about that. I was just on one

20  last night. You can't talk about that. Why not?

21      STEVE BANNON:  Look, Mike, you know, Dr. Shiva, I

22  think he's got, what, four degrees from MIT, this guy's, this

23  guy's the proverbial man with two brains. He came up, he

24  actually found out about this weighted race part of it, but

1    also this whole thing with Twitter and the TRO, walk us

2    through exactly what he was talking about.

3           MIKE LINDELL:  Well, it's very interesting because

4    he's a guy that went back down, he knew he got cheated in his

5    race and he did, he dug into the machines and he found the

6    weighted race feature on the machines and he kept digging, and

7    then he got it to brought it before a judge. Well, then

8    the Secretary of State, when he put the evidence up, just like

9    I did, you know, the evidence got taken down, his Twitter got

10   taken down. So then he dug into it and sure enough, the

11   Secretary of State did it. So the judge gave, ruled in his

12   favor, gave the Secretary of State a restraining order. And

13   what he's saying there, the government got involved in order,

14   that's [inaudible], ordered a private company or company to do

15   this. For all I know, you know, maybe that's what happened

16   when they took mine down. Maybe somebody ordered Jack Dorsey

17   to do it, I don't know. But all I know is that the, if you

18   watch this here, you know, you've got people like Dr. Shiva, a

19   great patriot, he's not going to give up. Now he's putting his

20   whole life into this. It's not, it's not, you know, he lost,

21   he's got a lot of better things to do but he realized the

22   importance of this country. And with this weighted race

23   feature on these machines, he knows it came through the

24   machines and look at the suppression, look at, the government

1  tried to stop them by, by going to a social media platform and

2  telling them to take it down. I mean, you can't get any more

3  than that. I mean, how, and this didn't get big press. That's

4  why when I talked to Dr. Shiva, this didn't make big news. Not

5  many people know about it. I mean, it's one of, it's one of

6  the cases open in the United States, and it keeps getting to

7  the next level. That's pretty amazing.

8       STEVE BANNON:  Yeah I think the reason, yeah I think

9  it's the reason, the great thing of the film, you're bringing

10  that up, and Dr. Shiva's a smart guy, he's relentless. But

11  let's go to where the action is, that's in Michigan. Michigan

12  is one of the most controversial states in this entire

13  election. We're now going to go to Patrick Colbeck and Melissa

14  Carone. Melissa Carone became a national hero at the hearing

15  and also when Saturday Night Live mocked her during, about the

16  Rudy Giuliani hearing. So let's go to Michigan, hear these two

17  and then we'll come back after that, have Mike Lindell

18  comment.

19       MIKE LINDELL (IN VIDEO CLIP):  Okay, now we have

20  Patrick Colbeck and he was a former state senator in Michigan.

21  And Patrick, how are you involved with, what brought you here

22  today?

23       PATRICK COLBECK (IN VIDEO CLIP):  Yeah, well, I came

24  from, as a result of my decision to be a pole challenger out

1  of the Detroit AV counting board, I did a marathon 25 hour

2  shift from, starting on election night around five o'clock,

3  all the way through the next day. So we witnessed all the fun

4  - -

5          MIKE LINDELL (IN VIDEO CLIP):  This was in Michigan.

6          PATRICK COLBECK (IN VIDEO CLIP):  Yeah.

7          MIKE LINDELL (IN VIDEO CLIP):  Where in Michigan,

8  what county?

9          PATRICK COLBECK (IN VIDEO CLIP):  At the Detroit AV

10 counting board in Wayne County. A little background on me. I

11 mean, I was former, when I was a state senator, I was actually

12 the vice chair of the elections government, Elections and

13 Government Reform Committee in the Michigan State Senate. And

14 in addition to that background, my background as a Microsoft

15 small business specialist and, and I did cabling design on the

16 space station. So in other words, I'm familiar with election

17 processes. And I'm familiar with network configurations. So my

18 focus when I came at the Detroit AV counting board was, I

19 wanted to understand specifically the handoff of vote tally

20 information throughout the system. We did see evidence that it

21 was connected to the internet - -

22         MIKE LINDELL (IN VIDEO CLIP):  What was that

23 evidence?

24         PATRICK COLBECK (IN VIDEO CLIP):  Well, that, that

1  control center, they've already been, they've already admitted
2  to the fact that that control center had computers that were
3  connected to the internet. And we saw the actual cable routed
4  from the wall of the, of the TCF center to the control center.
5  And we have election officials that admitted that there were
6  computers, in the control center that were connected to the
7  Internet, and anybody with, worth their salt in IT land
8  understands that if one computer is connected to the internet,
9  they're all connected to the internet. You may say that it's
10  air-gapped, you may say you have a firewall. There are people
11  that eat firewalls for breakfast.

12      MIKE LINDELL (IN VIDEO CLIP):  So what you're saying,
13  you knowing that, so if it's connected to the internet,
14  somebody out there could have hacked in and did the flipping
15  of the votes.

16      PATRICK COLBECK (IN VIDEO CLIP):  Yep. When you get
17  into a case where you've got the same devices that are
18  supposed to be capturing that vote tally, connected to the
19  internet, or frankly, even connected to a large local area
20  network, and you can't witness that handoff of vote tallies,
21  you don't have that seal. So you may be thinking you're
22  passing that information from point A to point B. But there's
23  nothing to prevent it from going to point C and the internet,
24  it's called a man in the middle attack.

1        MIKE LINDELL (IN VIDEO CLIP):  Right. So that, so if

2  you're on, if you're online, I mean that anybody could get in

3  there and do that because they're intercepting that, it's

4  interception. That's why you don't have, machines aren't

5  supposed to be online in election, right?

6        PATRICK COLBECK (IN VIDEO CLIP):  Yes, it's called

7  man in the middle. And you wouldn't accept that if it was a

8  traditional precinct. And you got that, you get that, that

9  precinct results and it wasn't sealed, you'd be raising your

10  hand saying something's rotten here.

11        MIKE LINDELL (IN VIDEO CLIP):  Absolutely. I want to

12  ask this though, because if you were there, did it slow down

13  in the middle of the night when you were there?

14  Like at 2 in the morning.

15        PATRICK COLBECK (IN VIDEO CLIP):  Absolutely, yeah.

16        MIKE LINDELL (IN VIDEO CLIP):  So it slowed down to a

17  trickle.

18        PATRICK COLBECK (IN VIDEO CLIP):  It was almost dead

19  as the night. Yeah and that's when some ballots came in in the

20  back door.

21        MIKE LINDELL (IN VIDEO CLIP):  Well, now we're here

22  with Melissa Carone. And you were actually hired by Dominion

23  for November 3rd and 4th, just for two days. Right?

24        MELISSA CARONE (IN VIDEO CLIP):  Right.

1  MIKE LINDELL (IN VIDEO CLIP):  And they found you online,

2  right? You had a resume online, you have an IT background?

3          MELISSA CARONE (IN VIDEO CLIP):  Yeah.

4          MIKE LINDELL (IN VIDEO CLIP):  Okay. So why don't you

5  tell us, you know, tell us what happened.

6          MELISSA CARONE (IN VIDEO CLIP):  So I was there to

7  assist with IT work for Dominion. So what I was doing was just

8  walking up and down the rows of the - -

9          MIKE LINDELL (IN VIDEO CLIP):  By the machines. Okay,

10 so there's, it's a tabulating machine.

11         MELISSA CARONE (IN VIDEO CLIP):  Yeah. So I could get

12 very close to these machines.

13         MIKE LINDELL (IN VIDEO CLIP):  Okay, so then, so what

14 about the, was, was that the only kind of machine?

15         MELISSA CARONE (IN VIDEO CLIP):  No, there was, so

16 the, on the stage there was adjudication machines in the front

17 and the back and then on the sides there was the adjudicator,

18 I'm sorry, the tabulating machines.

19         MIKE LINDELL (IN VIDEO CLIP):  Right, both Dominion

20 machines, correct?

21         MELISSA CARONE (IN VIDEO CLIP):  Both Dominion

22 machines.

23         MIKE LINDELL (IN VIDEO CLIP):  Alright so you got to

24 see what thousands of votes?

1          MELISSA CARONE (IN VIDEO CLIP):  Thousands.

2          MIKE LINDELL (IN VIDEO CLIP):  Thousands upon

3   thousands of votes. Okay. What was on every vote?

4          MELISSA CARONE (IN VIDEO CLIP):  Every vote that I

5   saw was for Joe Biden.

6          MIKE LINDELL (IN VIDEO CLIP):  For Joe Biden. When I

7   heard this and I want to say, the, you seen, you worked how

8   many hours? 20 - -

9          MELISSA CARONE (IN VIDEO CLIP):  22 straight hours -

10  -

11         MIKE LINDELL (IN VIDEO CLIP):  And then you came back

12  for four hours?

13         MELISSA CARONE (IN VIDEO CLIP):  Correct.

14         MIKE LINDELL (IN VIDEO CLIP):  Out of all that time,

15  did you ever see one Trump vote?

16         MELISSA CARONE (IN VIDEO CLIP):  I never saw a single

17  Trump vote. So when the ballots got to the tabulating

18  machines, they would just put them through, put them, it's

19  kind of like a printer, you would look at it kind of like a

20  printer where the paper would come out normally, that's where

21  they were put in. And it would end up as they were tabulated

22  on the top of the machine. So these would jam constantly,

23  constantly jam. And because these are mail-in ballots,

24  creases, anything in them would jam this.

1        MIKE LINDELL (IN VIDEO CLIP):  And when they jammed,

2   what happened? This is very interesting.

3        MELISSA CARONE (IN VIDEO CLIP):  When they jammed

4   they would take the ballots on the computer, there was a

5   computer in front of each person. It would say ballot number,

6   you know, 20 jammed - -

7        MIKE LINDELL (IN VIDEO CLIP):  Out of a group of 50.

8   So the 20th ballot jammed, then what?

9        MELISSA CARONE (IN VIDEO CLIP):  So it would say

10  discard or rescan and the way they were supposed to do it is

11  discard them and then rescan them, but they were not

12  discarding these.

13       MIKE LINDELL (IN VIDEO CLIP):  they use the same,

14  let's say 30 went through it got stuck on the 30th. One,

15  they'd put that number 30 at the top of the same 50 pack and

16  run them through again.

17       MELISSA CARONE (IN VIDEO CLIP):  Yeah.

18       MIKE LINDELL (IN VIDEO CLIP):  so you're telling me

19  that tabulator had no way to know it's just counting the

20  number of like counting a deck of cards.

21       MELISSA CARONE (IN VIDEO CLIP):  That's exactly what

22  it is.

23       MIKE LINDELL (IN VIDEO CLIP):  It's not, you can sit

24  there run the same deck of cards through this tabulator over

1   and over and over and over again. Is that right? - -

2          MELISSA CARONE (IN VIDEO CLIP):  - - Yeah, so one

3   time through the night I approached my manager and I said

4   this, this machine has a count of over 400 on it. I said

5   what's going on here? And he, I said this is not right.

6   There's, they should not go above 50. They shouldn't, because

7   the batches are only 50.

8          MIKE LINDELL (IN VIDEO CLIP):  Only 50.

9          MELISSA CARONE (IN VIDEO CLIP):  And I said we have a

10  huge problem here. And he said I don't, he pulled me aside and

11  he said I don't want to hear that we have a problem. He said

12  we are here to assist with IT work.

13         MIKE LINDELL (IN VIDEO CLIP):  Now was this a

14  Dominion guy?

15         MELISSA CARONE (IN VIDEO CLIP):  He's actually a

16  part-owner of Dominion.

17         MIKE LINDELL (IN VIDEO CLIP):  Wow. Okay. Well, what,

18  so 26 hours of watching ballot after ballot, Biden walking up

19  and down these tabulating machines, not one ballot was for

20  Donald Trump.

21         STEVE BANNON:  Okay, Mike, look, Patrick Colbeck, the

22  former state senator and Melissa Carone, the former employee

23  of these two, they assert, you know, Colbeck says, hey, it was

24  on the internet plus you got these vans coming in the middle

1  of night. And I know that Gateway Pundit, I think, put up some

2  additional video the other day, but people there are saying

3  that it didn't happen. Okay. And I think Dominion has been

4  adamant they're not connected to the internet and Colbeck says

5  they are. Also Melissa Carone, I think she says in 26 hours,

6  she didn't see one vote for Trump. There are other people that

7  just sit there and say she wasn't trained, she doesn't know

8  what she's talking about and it didn't happen. What are you

9  going to do to give additional evidence, backed up, about what

10  the assertions of these two people are?

11        MIKE LINDELL:  Well, I have all kinds of that and I

12  can put it up on the website from both of these two. But the

13  reason I wanted to put them in there was a couple of reasons.

14  One is just to show you they were plugged in, and there's all

15  kinds of evidence that he has as state senator. But with

16  Melissa, it was, it was interesting to me, because she was

17  hired by Dominion. So she was hired by Dominion and she was

18  actually, when Michigan had that huge spike, which I've always

19  wondered about, you know, this huge spike. One of the big

20  fallacies of this whole election was that the mail-in votes

21  were, were counted last. No, they were counted first. In

22  Michigan, they were counted first. So everybody thought, the

23  middle of the night, well, of course all these votes came in

24  from the, you know, they were mail-in votes, they're for

1   Biden. No, that those votes came, one of the thing Melissa was

2   allowed to do because she was a Dominion employee, there was

3   only two of them there that were hired. They didn't get, they

4   only gave them an hour training and all they were supposed to

5   do is walk up and down the machines. So they could get close

6   to the machines, where pole watchers couldn't, they had to

7   stay six feet away. So she had, she had, it was interesting to

8   me anyway, that she had access to see every single thing and

9   she never seen one Trump vote because this was where they had

10  to, They had to do the big spike you seen. So you know, and

11  you know what, and I'm going to put up - -

12          STEVE BANNON:  But, but you're, you're, you're

13  committed to put up additional information that backs up what

14  Melissa and former State Senator Colbeck are saying, right?

15  You're committed to do that?

16          MIKE LINDELL:  Right and see, I'm not here to prove

17  all the, all that kind of fraud. I'm here to show you about

18  machines. This shows just one other thing of what they did

19  with the machines. And yes, I'm going to show all that

20  evidence, I'll put it up on my website. But what they did,

21  they filled up these fobs and they went down and they did a

22  dump. They did a hundred and some thousand dump, boom, just

23  put into the machines. You got, you do that online, you guys.

24  I mean, if boom, that was just another way you can cheat with

1   these machine. So that's very important. But I will put all

2   that stuff up on the website, we just, because I want to focus

3   this show on the machine fraud, but I just wanted to put that

4   in there because some of these things that were unexplainable,

5   you're all going to know how they happened.

6        STEVE BANNON:  Okay, I want to get to Matt DePerno, I

7   think he's the Jimmy Stewart figure in this movie. Very

8   powerful testimony. We're going to break into a couple of

9   pieces, Matt DePerno, we're gonna stay in Michigan. Mike

10  Lindell return with Matt DePerno in a second.

11       MIKE LINDELL (IN VIDEO CLIP):  Okay, now we're here

12  with Matt DePerno a friend and he's the lawyer that we all

13  heard about this Antrim County. How did you get this county

14  that you hear about and how do you even get involved in this?

15       MATT DEPERNO (IN VIDEO CLIP):  Sure. Well, I know

16  some people who live up in Antrim county and Antrim county is

17  a small county up in northern Michigan, it historically votes

18  roughly 65% Republican 35% Democrat. And in this case, it

19  completely flipped on election night. Roughly 65% of the vote

20  went to Joe Biden and 35% to Donald Trump. So people who lived

21  up there knew that there was a problem, they knew that the

22  results were not correct. And on the morning of November 4th,

23  they actually contacted the Antrim county clerk and requested

24  that she look into the results because they knew what had been

1    posted on the website could not be true. And through a series

2    of events, people I knew up there, and a person named Bill

3    Bailey, who's a patriot who lives up in Antrim County, and who

4    knew there was a problem and wanted to challenge the results.

5    They ended up connecting him to me and I filed a lawsuit. But

6    what's important is in filing this lawsuit, we weren't seeking

7    publicity. We weren't seeking fame. We just wanted to get

8    results. We filed the name, in the name of a patriot named

9    Bill Bailey and we challenged down-ballot school board

10   elections. That's what he was most interested in, in learning

11   about school board elections. Of course, he was obviously also

12   interested in other aspects of the election, what happened in

13   the presidential election and how did things flip, but

14   primarily the case centered on local politics. If you look at

15   certain townships like Chestonia township. Joe Biden got 197

16   votes on November 3rd. In reality, he only got 93.

17           MIKE LINDELL (IN VIDEO CLIP):  How do we know that,

18   that he only got 93?

19           MATT DEPERNO (IN VIDEO CLIP):  There's since been a

20   hand recount.

21           MIKE LINDELL (IN VIDEO CLIP):  A hand recount. So

22   when did they do that?

23           MATT DEPERNO (IN VIDEO CLIP):  They did a hand

24   recount on November 21st and then again on December 17.

1          MIKE LINDELL (IN VIDEO CLIP):  Right, right.

2          MATT DEPERNO (IN VIDEO CLIP):  On December 17th

3    actually, they told us they were going to do a full audit of

4    the county, the Secretary of State did, but in in reality,

5    they only did a hand recount again.

6          MIKE LINDELL (IN VIDEO CLIP):  Okay. So on the

7    recounts, we had 197. And then over here, Donald Trump had

8    three, so that when, the real numbers were 93, and 197, is

9    that correct?

10         MATT DEPERNO (IN VIDEO CLIP):  That's correct. So you

11   can see Joe Biden on election night got 197? He got Donald

12   Trump's 197.

13         MIKE LINDELL (IN VIDEO CLIP):  Right. Right.

14         MATT DEPERNO (IN VIDEO CLIP):  So we can know, we

15   know that that was a - -

16         MIKE LINDELL (IN VIDEO CLIP):  This is 100% fact

17   here.

18         MATT DEPERNO (IN VIDEO CLIP):  100% facts here.

19         MIKE LINDELL (IN VIDEO CLIP):  Now what we're showing

20   here, you guys, so everyone knows, these are all precincts. I

21   don't know if you can see this here. These are all precincts.

22   So let's just do this precinct, 392, this is done through the

23   machines and Donald Trump got eight. What?! So here is the 392

24   to eight. But the real number was 198 to 392.

1          MATT DEPERNO (IN VIDEO CLIP):  And if you see here,

2   Elk Township, Joe Biden got 392 in the election. In reality,

3   those are Donald Trump's votes. Those were the 392.

4          MIKE LINDELL (IN VIDEO CLIP):  Right they were just

5   flipped. In order for that to be off, you do the conclusion

6   which I would right now, 100%, how could that be off? It would

7   be something wrong with what?

8          MATT DEPERNO (IN VIDEO CLIP):  The machines.

9          MIKE LINDELL (IN VIDEO CLIP):  The machines, the

10  machines. And what we're showing here right now, what you're

11  going to see, all this what we've been talking about, this

12  massive machine election fraud that went on, where countries

13  hacked into our election. And nationwide, this is one little

14  county in northern Michigan, and these machines would do it

15  right down to the precinct. Okay, what you're gonna see, this

16  is the example we have that were, that was hand counted. And

17  that, you know, the rest of the country, you know, didn't get

18  to do that, they didn't have the luxury of being able to do

19  that, you know. And so what I want to tell you all is this is

20  the perfect example, just so you know, right down to the

21  precinct level, what went on with these machine. I want to see

22  one more here. So - -

23         MATT DEPERNO (IN VIDEO CLIP):  So you can look at

24  like, Kearney Township, Joe Biden got 744 on election night.

1   Those were Donald Trump's votes, he actually recorded 16 on

2   election night.

3          MIKE LINDELL (IN VIDEO CLIP):  So here's this county

4   that traditionally, always is like, 65%, Republican 35%

5   Democrat, correct?

6          MATT DEPERNO (IN VIDEO CLIP):  That's correct.

7          MIKE LINDELL (IN VIDEO CLIP):  Okay. So everyone in

8   the county knew when these numbers came in on November 4th,

9   they're going there's something wrong with the machines,

10  everyone, everyone would think that, it wouldn't matter if

11  you're Democrat or Republican. You're going, wow. And it's not

12  like what, and they couldn't use the deviation and say, well,

13  it was because of mail-in voting, because this is a, there's

14  no huge cities in there like Detroit, correct?

15         MATT DEPERNO (IN VIDEO CLIP):  That's correct.

16         MIKE LINDELL (IN VIDEO CLIP):  Right. So I just want

17  everyone out there to know this before you get into town. This

18  is just a small county, Northern Michigan, and they ended up

19  flipping, we had 15,718 votes.

20         MATT DEPERNO (IN VIDEO CLIP):  15,718 votes.

21         MIKE LINDELL (IN VIDEO CLIP):  Votes. And 7,060 were

22  flipped from Trump to Biden, is that correct?

23         MATT DEPERNO (IN VIDEO CLIP):  And what's more even,

24  it's even more - -

1          MIKE LINDELL (IN VIDEO CLIP):  By machines right? It

2     had to be done by the machines.

3          MATT DEPERNO (IN VIDEO CLIP):  Absolutely by

4     machines.

5          MIKE LINDELL (IN VIDEO CLIP):  Okay.

6          MATT DEPERNO (IN VIDEO CLIP):  If you look at the

7     original vote count, 7,769 for Joe Biden and 4,509 for Donald

8     Trump. That actually totals 12,278 votes by machine on

9     November 3rd, that's the vote tally. That wasn't correct.

10    Because if you look at the hand recount, it was actually 5959

11    for Joe Biden, and 9759. For Donald Trump, which gets us to

12    15,718 votes. So the question is, where did, where were the

13    3,200 votes on election night. Why weren't they recorded?

14         MIKE LINDELL (IN VIDEO CLIP):  Yeah, right. And that,

15    but, but even, even with that, and we don't know why, we don't

16    know why on that. We're, I'm here to show everyone out the

17    facts and evidence that I've seen 100%. Here's 100%, this

18    little county in northern Michigan, that look what the

19    difference was, it was a net of 5,250 votes is that correct?

20         MATT DEPERNO (IN VIDEO CLIP):  That's a net for

21    Donald Trump.

22         MIKE LINDELL (IN VIDEO CLIP):  That's a net for

23    Donald Trump. There was 7,000, that's where you get the 7,060

24    votes.

1        MATT DEPERNO (IN VIDEO CLIP):  So what I want to show

2   you here in the next slide is actually the number of

3   registered voters, this is what you're getting to, the number

4   of registered voters in the county is 22,082 votes and this is

5   the total number of votes cast by machine on November 3rd,

6   16,047. Now, of course, not everyone votes for the president,

7   that's why there's gonna be some disparity. But you see what

8   happened in Antrim County. On November 3rd, there were 16,047

9   votes cast. And then on November 5th when they did a recount,

10  somehow they gain 2,000 more votes. And we haven't got an

11  explanation as to why that happened.

12       MIKE LINDELL (IN VIDEO CLIP):  But we do have, but we

13  do know that there was 7,000. If you were, if you were to say

14  right now, and go, you know what we do know that 7,060, Donald

15  Trump had 7,060 more votes net out of this county?

16       MATT DEPERNO (IN VIDEO CLIP):  That's correct.

17       MIKE LINDELL (IN VIDEO CLIP):  That's 100% fact.

18       MATT DEPERNO (IN VIDEO CLIP):  100% fact.

19       MIKE LINDELL (IN VIDEO CLIP):  100% fact.

20       STEVE BANNON:  Look, Mike, you talk about

21  providential, here you've got an attorney up in a small county

22  up in northern Michigan, that really has a guy come and

23  complain about a school board seat. This isn't even about the

24  presidential election, but those folks knew something was so

1   extraordinary, this is a 65-35 county, and they know their

2   neighbors. This is rural, you know, Northern Michigan, right?

3   So they knew something was up right away but the authorities

4   didn't want to deal with it. But he got a school, a guy just

5   wanted to check the school board, right, because he couldn't

6   figure out what went wrong. And that's why, remember, this is

7   why I say Matt DePerno is a Jimmy Stewart figure, because he's

8   the only attorney in the country that's really gotten in

9   court, gotten a judge to issue an order to let him go in and

10  do an actual forensic audit on the machines. What do you got

11  to say about that, Mike?

12        MIKE LINDELL:  Well, and that's, I've talked to Matt

13  in depth and I said, you know, that's a little miracle that

14  that happened. Otherwise, none of the machines would have got

15  into, they were, judges all across the country didn't want to

16  be the first one. They were blocked, they were going, somebody

17  would get to them, talking about procedure. So everyone says,

18  well, there was no evidence looked at. Yes, there was. In this

19  county, and it's just like you said, here's a county, that's

20  traditionally, all the way back, I looked all the way back,

21  65% red, 35% blue, and all of a sudden, you got 15,000 voters

22  in the county, you know, and 7,700, seven, over 7,000 votes

23  got flipped, and you lose the, it's flipped on you and you go,

24  you're talking to your guys in the coffee shop, go, how could

1    this happen? We're going who did you vote for? They could

2    almost go around the county and say who they voted for. But

3    here was, they were all wondering that. But the big difference

4    was this school board election, all of a sudden, there's only

5    supposed to be a couple people voting and I mean a couple, I

6    think it was two, and 500 or 300 and some people voted in

7    that. So they're talking to each other going, there's

8    something wrong. So here they come in and [inaudbile] this

9    judge under the radar because they weren't talking about the

10   presidential election. Otherwise, I guarantee you, the

11   Secretary of State of Michigan, or somebody would have stopped

12   this from even looking at it. Wonder why, we'll find out

13   tonight. But I'll tell you what, Matt comes in there and they

14   start digging into it and they're going, wow, you know, we

15   want to be, do a forensic audit of the machines. So you had

16   the great that, you know, Russ Ramsland, his, his company

17   comes up there, they're the best, and they tried to even block

18   that. But they were able to get what they needed out of that

19   machine, the forensic prints of the machine, everything that

20   happened that night. And here's an interesting fact, that flip

21   of over 7,000 votes, now, I think I, I'm not going to be exact

22   here, but it was like, probably the end results were 85 to 90%

23   Donald Trump and 10 to 15% Biden. But the interesting thing

24   is, what you're going to see at the end of this show, the last

1  half hour, you're going to see the cyber footprints we have

2  now from the spyware matches what that was in that machines

3  identical. And that is so key that they, and so now you take

4  that machine and the interesting fact I want everybody to

5  know, everyone says they, they did everything they could to

6  discredit that county because they were afraid. Because if you

7  take that county, and if it's wrong there in that machine,

8  that blatantly wrong, which is in their report, the report

9  that Matt DePerno, that they did and that Russ Ramsland, that

10  came out of there, that I think they still have it under

11  wraps. That, that is 100%, they should have looked at other

12  machines, and they did.

13       STEVE BANNON:  Okay, Mike, let's go, I think the next

14  part is one of the most important parts of the film. I just

15  want to say to tee it up, we're gonna go back to Michigan and

16  Matt DePerno and Mike Lindell, about the forensic audit went

17  on. Remember a couple of days after the election, what they

18  said is that a clerk, I think, made a problem with the

19  software, the way it was installed, or hit the wrong button.

20  But this was all a clerical error, and that it could easily be

21  unwound and oops, you know, we really know, knew we made it.

22  But I think it's very important, this forensic audit by

23  Ramsland's team up in Michigan, in Northern Michigan is very

24  important. We have DePerno explaining it to Mike Lindell next,

1  we'll be back in a few minutes.

2        MATT DEPERNO (IN VIDEO CLIP):  So after we filed the

3  lawsuit, we, we at the same time, we filed the lawsuit, we

4  also filed a motion with the court, asking the judge to allow

5  us to take forensic images of the Dominion system, the

6  Dominion voting system, and he granted that. And we then went

7  in, and I believe it was December 6, and with a team of

8  forensic scientists and data collection scientists, we, we

9  captured the forensic images of the Dominion voting system,

10 the master tabulator is what we call it, sitting in the county

11 building, along with all of the CF cards, which are the

12 program cards that run the actual software, along with the

13 actual data cards or thumb drives that collect and tally the

14 results in each precinct. We captured the forensic images of

15 all of those items.

16        MIKE LINDELL (IN VIDEO CLIP):  Okay, I want to I want

17 to say something there. So the people, did you hire these

18 people to do that?

19        MATT DEPERNO (IN VIDEO CLIP):  Correct.

20        MIKE LINDELL (IN VIDEO CLIP):  Okay and you didn't

21 know them before this right?

22        MATT DEPERNO (IN VIDEO CLIP):  We didn't know them

23 before but people got us in contact with them.

24        MIKE LINDELL (IN VIDEO CLIP):  Contact with forensic

1   experts on these particular machines.

2          MATT DEPERNO (IN VIDEO CLIP):  That's correct.

3          MIKE LINDELL (IN VIDEO CLIP):  So, so that's, I just

4   want everyone to know that this wasn't just some, you know,

5   hey, let's grab somebody from the county and look at these

6   machines. These were experts..

7          MATT DEPERNO (IN VIDEO CLIP):  These are people with

8   real experience analyzing forensic software images. It can't

9   be overstated enough, that these, these scientists, were also

10  data collection experts. And that's important because what we

11  saw in Antrim County, is the failure to properly follow

12  procedures in securing the election machines, the tabulation

13  machines, and securely transferring the votes, the chain of

14  custody in this situation was completely tampered with. What

15  we know for certain is that in the Dominion system manual, the

16  manual tells us exactly how to connect the machines to the

17  internet. The manual tells you how to do it.

18         MIKE LINDELL (IN VIDEO CLIP):  Is it easy?

19         MATT DEPERNO (IN VIDEO CLIP):  It's very easy.

20         MIKE LINDELL (IN VIDEO CLIP):  Could a guy like me

21  plug it in?

22         MATT DEPERNO (IN VIDEO CLIP):  I'm certain you could

23  probably figure it out. You can, the manual tells you how to

24  connect the machine to the internet. In our case what we found

1   through the forensic study that was conducted was that on

2   November 4th, at 11:03pm, system files, adjudication files,

3   and other source system files were deleted from the Dominion

4   system in Antrim county. We know that for a fact. They were

5   removed, we don't know who removed them or how they gained

6   access to remove them.

7       MIKE LINDELL (IN VIDEO CLIP):  Okay, hold on, hold

8   on. We do now. You'll see that later in the show.

9       MATT DEPERNO (IN VIDEO CLIP):  What we know in our

10  case, but we in our case, we don't know precisely because

11  Antrim county and the Secretary of State have not given us

12  that information. But we do know that those files were removed

13  on November 4th at 11:03pm - -

14      MIKE LINDELL (IN VIDEO CLIP):  What's the

15  significance of that, that they're removed? What does that do

16  to you as as trying to investigate this? What did that do?

17      MATT DEPERNO (IN VIDEO CLIP):  Well, number one, I

18  presume. And we've asked the Antrim, county prosecutor to

19  investigate whether that was a crime to remove voting

20  information from the system prior to the expiration of 22

21  month period, which the items are required to be maintained.

22      MIKE LINDELL (IN VIDEO CLIP):  When that's removed

23  what, that means it was hard for you to do your audit?

24      MATT DEPERNO (IN VIDEO CLIP):  That's hard for us to

1  review the forensic images to conclusively understand whether

2  the machine connected to the internet because in Michigan, at

3  least 38 other counties use the Dominion software. So if this

4  is happening in Antrim County, and it was exposed in Antrim

5  County because of the disparity, because there were only

6  15,718 votes cast - -

7          MIKE LINDELL (IN VIDEO CLIP):  You wouldn't notice

8  this in a bigger city if it was that low a number.

9          MATT DEPERNO (IN VIDEO CLIP):  Correct, if you were

10  in Wayne County, the 7,060 votes flipped, you wouldn't notice

11  it. My team of forensic scientists work tirelessly after

12  December 6th, after we collected the forensic images for about

13  a week, they worked very hard to review those images and put

14  together a report. And because of a protective order that was

15  in place in this case, I had to file a motion with the court

16  asking the judge to allow us to release the report that we had

17  prepared. And we did that, we did that on December 14th, the

18  judge granted our request and allowed us to release what's

19  called the Allied Security Operations Group. Preliminary

20  summary version two, dated December 13th 2020.

21          MIKE LINDELL (IN VIDEO CLIP):  Now is that public? Is

22  that public?

23          MATT DEPERNO (IN VIDEO CLIP):  It is public.

24          MIKE LINDELL (IN VIDEO CLIP):  Right so, so this is

1    stuff that got put out there. And I guarantee you, it was

2    probably put out there, somebody probably put it on their

3    Twitter and I'll bet you it was gone. You know they've

4    probably tried to spread - that's just my opinion, I had to

5    throw that in there.

6          MATT DEPERNO (IN VIDEO CLIP):  Well, I can tell you,

7    it's been on my website at depernolaw.com, since December

8    14th, and it has constantly been suppressed. For people who

9    try to share the link on Facebook, or Google or through social

10   media, it gets suppressed. And people are not allowed to share

11   it. In some cases, they try to share it and a screen comes up

12   that says that, that this information is not accurate.

13         MIKE LINDELL (IN VIDEO CLIP):  Here you had a perfect

14   report. I mean, that even the judge said you could put it out

15   there, correct?

16         MATT DEPERNO (IN VIDEO CLIP):  Everything we've done

17   in this case has been permitted by the court in terms of the

18   ability to release information. But what it is actually, it's

19   information that if revealed, would show that the CEO of

20   Dominion software, when he testified in front of the Michigan

21   Senate, this information would show that he was not telling

22   the truth about how the Dominion system works.

23         MIKE LINDELL (IN VIDEO CLIP):  Wow.

24         MATT DEPERNO (IN VIDEO CLIP):  And here's what we

1  concluded when we released the report. This is what it states,

2  we conclude that the Dominion voting system is intentionally

3  and purposely designed with inherent errors to create systemic

4  fraud and influence election results. Now, that's not my

5  words. That's the words of the forensic team that looked at

6  the forensic images and came to a conclusion about what they

7  saw. That's what's in the report.

8       MIKE LINDELL (IN VIDEO CLIP):  They concluded that

9  the only reason you would have a machine like this is if you

10  wanted it to steal an election.

11       MATT DEPERNO (IN VIDEO CLIP):  Correct, because what

12  they also found is that this machine in Antrim County,

13  generates errors at the rate of 68% based on ballots that you

14  put in the machine. Remember this, when you take a piece of

15  paper, and you vote on it, you think when you're voting that

16  you're tallying your vote, and then you put that machine, that

17  piece of paper into the Dominion tabulation machine, you know

18  how that process works. And you think you voted, but you

19  haven't voted yet, you haven't voted. And then until that

20  machine actually tabulates your result in the system. When you

21  put the paper in the tabulator, the tabulator takes that

22  paper, converts it to data, and data can be manipulated. In

23  the case of the way the Dominion system works, as I understand

24  it, based on information given to me by my forensic team, when

1  you insert that paper ballot in the machine and when an error

2  is tabulated and remember this machine tabulates them at 68%

3  error rate those ballots, those error ballots, go to what's

4  called adjudication. Adjudication is a process where someone

5  else other than the voter, is able to look at that ballot on a

6  screen and determine the voters intent and vote that ballot

7  for the voter. And with adjudication in the way the Dominion

8  system works. You can accumulate over the night, a number of

9  ballots, but what I can tell you what's interesting is the

10  2020 system log files are missing. But they are present for

11  2018 and 2016. This happened at 11:03 pm on November 4th, what

12  happened on November 4, the day after the election is at least

13  in Michigan, this story broke across the state that Antrim

14  County had flipped in this manner.

15        MIKE LINDELL (IN VIDEO CLIP):  Okay, so it was such a

16  deviation, everybody here, that's why we all heard about

17  Antrim County. It was such a big deviation. It would be like,

18  you know, the whole time you know, for decades or years,

19  whatever you're going to hear 65% Republican and 35% and you

20  flip. The whole townspeople probably having coffee going, what

21  did you do? They probably did a recount just themselves at the

22  coffee shops, you know. So now that makes sense. That's why it

23  made big national news. We all heard about it.

24

1                    TRANSCRIBER'S CERTIFICATE

2

3     I hereby certify that the foregoing pages

4     are a true, accurate, and complete transcript of the

5     proceedings transcribed from a copy of the electronic

6     sound recording to the best of our knowledge and ability.

7

8          IN WITNESS WHEREOF, I have hereunto set my hand on

9               this 11th day of October, 2021.

10

11

12     _____

13          James Lonergan
           Production Manager
14          THOMPSON COURT REPORTERS

15

16

17

18

19

20

21

22

23

24          THOMPSON COURT REPORTERS INC.

**1**

**1,000**  17:21
**10**  3:4 4:8 44:23
**10%**  14:16
**10,000**  12:17 16:18
**100**  20:20
**100%**  18:5 20:1,4
  38:16,18 39:6 41:17
  42:17,18,19 45:11
**100,000**  18:21
**1000**  14:7
**11:03**  52:11
**11:03pm**  48:2,13
**12,278**  41:8
**126**  17:24
**13th**  49:20
**14**  18:12
**14th**  49:17 50:8
**15%**  44:23
**15,000**  43:21
**15,718**  40:19,20
  41:12 49:6
**16**  40:1
**16,047**  42:6,8
**17**  37:24
**17th**  38:2
**197**  37:15 38:7,8,11,
  12
**1974**  17:14
**198**  38:24
**1st**  12:23 14:12

**2**

**2**  29:14
**2,000**  16:19 42:10
**20**  19:14 31:8 32:6
**20,000**  12:17
**200**  20:20
**2002**  17:18 18:1
**2016**  52:11
**2018**  5:5 52:11
**2020**  9:17 12:16,23
  14:12 49:20 52:10
**20th**  32:8

**21st**  37:24
**22**  31:9 48:20
**22,082**  42:4
**25**  27:1
**26**  33:18 34:5

**3**

**3,000**  12:16
**3,200**  41:13
**30**  32:14,15
**300**  44:6
**30th**  32:14
**35%**  36:18,20 40:4
  43:21 52:19
**38**  49:3
**392**  38:22,23,24
  39:2,3
**3rd**  29:23 37:16
  41:9 42:5,8

**4**

**4**  52:12
**4,509**  41:7
**40**  18:11
**400**  33:4
**401k**  9:13
**4th**  7:4 29:23 36:22
  40:8 48:2,13 52:11

**5**

**5,250**  41:19
**50**  18:11 32:7,15
  33:6,7,8
**50/50**  18:20
**500**  44:6
**57,000**  4:4
**5959**  41:10
**5th**  42:9

**6**

**6**  46:7
**60/40**  14:17 18:6
**65%**  36:18,19 40:4
  43:21 52:19

**65-35**  43:1
**666**  20:24 21:1
**68%**  51:13 52:2
**6th**  49:12

**7**

**7,000**  41:23 42:13
  43:22 44:21
**7,060**  40:21 41:23
  42:14,15 49:10
**7,700**  43:22
**7,769**  41:7
**700,000**  5:10
**744**  39:24

**8**

**80**  14:15
**85**  44:22

**9**

**90%**  14:15 44:22
**93**  37:16,18 38:8
**9759**  41:11
**9th**  15:16

**A**

**ability**  6:18 50:18
**able**  18:2,17 39:18
  44:18 52:5
**about**  2:17 7:1,5 9:1,
  21 10:14,22 11:10,
  24 12:15 13:13,15
  16:15 23:13,17
  24:6,17,19,20,24
  25:2 26:5,15 30:14
  34:8,9,19 35:17
  36:13,14 37:11
  39:11 42:20,23
  43:11,17 44:9 45:16
  49:12 50:22 51:6
  52:16,23
**above**  33:6
**Absolute**  11:17
**absolutely**  2:16 5:20
  10:1 11:3 12:2
  29:11,15 41:3

**accept**  29:7
**accepted**  8:15
**access**  6:13 35:8
  48:6
**accumulate**  52:8
**accurate**  50:12
**across**  12:13 43:15
  52:13
**acted**  23:1
**action**  26:11
**actual**  28:3 43:10
  46:12,13
**actually**  5:5 6:9
  9:21,23 11:23 16:4,
  6 18:13 24:24 27:11
  29:22 33:15 34:18
  36:23 38:3 40:1
  41:8,10 42:2 50:18
  51:20
**adamant**  34:4
**add**  4:1
**adding**  10:8
**addition**  27:14
**additional**  10:24
  34:2,9 35:13
**address**  3:23
**adjudication**  6:15
  30:16 48:2 52:4,7
**adjudicator**  30:17
**admitted**  7:7 28:1,5
**ads**  12:18
**affidavits**  2:23 7:7
**afraid**  8:8,23 9:6
  45:6
**after**  22:21 26:17
  33:18 45:17 46:2
  49:11,12 52:12
**again**  32:16 33:1
  37:24 38:5
**ago**  11:21,23 19:14
  23:9
**AI**  16:5
**aims**  17:12
**air-gapped**  28:10
**algorithm**  18:10
**algorithms**  24:12
**all**  2:12 3:7,23 4:1
  5:16 6:3,9,12,18,21,
  22 7:1,6 8:13,15,16,

  19,20 9:10 10:2,3,6,
  7,13,21,22 11:5,9,
  24 13:16 16:18,19
  17:20 18:8,11,12,13
  19:12 22:9,14
  23:13,18,24 24:1,3,
  6 25:15,17 27:3
  28:9 31:14 34:11,
  14,23 35:4,17,19
  36:1,5,12 38:20,21
  39:11,19 43:15,20,
  21 44:3,4 45:20
  46:11,15 52:16,23
**Allied**  49:19
**allow**  46:4 49:16
**allowed**  35:2 49:18
  50:10
**almost**  9:8,9 29:18
  44:2
**alone**  4:5 23:1
**along**  6:5 19:6 23:15
  46:11,12
**already**  28:1
**Alright**  30:23
**also**  5:9 17:14 19:3
  25:1 26:15 34:5
  37:11 46:4 47:9
  51:12
**always**  34:18 40:4
**am**  16:12
**amazing**  10:17 26:7
**Amendment**  23:3
**America**  15:15
  24:12
**amount**  5:4
**amounts**  14:11
**an**  6:7 11:16,19
  12:8,9 15:6,7 16:2
  30:2 35:4 42:10,21
  43:9,10 44:20 51:10
  52:1
**analysis**  11:20 14:5
**analyzing**  47:8
**and**  2:11,16,19,20
  3:2,3,4,16,23,24
  4:2,10,12,20 5:6,7,
  9,11,12,24 6:1,2,3,
  6,7,10,13,17,18,23,
  24 7:2,16,21,22 8:6,
  10,12,15,16,18,20,
  21 9:1,2,5,9,13,18,

22 10:1,3,5,9,12,13,
15,16,17,21,23
11:3,7,13,20,23,24
12:12,14,21 13:10,
16 14:2,5,6,8,9,13,
14,16,23 15:13,19
16:1,6,19 17:2,10,
14,23 18:1,13,20,22
19:2,3,12,24 20:9,
13,18,19,20,21
21:2,9,10,12,15,16,
20 22:8,9,11,13,14,
19,21 23:14,20,21,
23,24 24:7,13,14,
16,17,19 25:1,5,6,
10,12,22,24 26:1,3,
6,10,13,15,17,20,21
27:12,13,15,17
28:3,5,7,14,20,23
29:3,7,8,9,19,22,23
30:1,8,17 31:7,11,
21,23 32:1,10,11,15
33:1,3,5,9,10,19,22
34:1,3,4,7,8,11,14,
17 35:4,5,8,10,11,
14,16,19,21,22
36:12,14,16,18,20,
22,23 37:1,2,3,4,5,
9,13,24 38:7,8,23
39:1,10,13,14,16,19
40:11,12,18,21,23
41:7,11,14,15,17
42:4,9,10,14,22
43:1,6,9,12,13,19,
21,22,23 44:2,5,6,8,
13,14,17,20,23
45:3,4,7,9,12,15,16,
20,21 46:6,7,8,13,
20 47:5,10,13 48:3,
11,18 49:4,13,14,
17,18 50:1,3,8,10,
11,24 51:3,4,6,15,
16,18,19,22 52:1,2,
6,7,11,19
**anomaly** 15:6,8 17:1
18:14
**another** 3:3,5 35:24
**Antrim** 36:13,16,23
37:3 42:8 47:11
48:4,11,18 49:4
51:12 52:13,17
**any** 6:19 23:18 26:2
**anybody** 28:7 29:2

**anyone** 7:16 11:21
17:23
**anything** 7:5 10:14
19:5 22:16 31:24
**anyway** 35:8
**anywhere** 8:18
**Apparently** 7:12
**apply** 18:22 20:19
**approached** 33:3
**approaching** 2:6
**are** 2:19 3:12,24
6:21 8:3,8,9,14,24
9:5,6,19,20,23
10:15,17 14:13
16:6,9 17:2,13
23:19 26:21 28:10,
17 31:23 33:7,12
34:2,5,6,8,10 35:14
38:20,21 39:3 46:11
47:7 48:21 50:10
52:10
**area** 6:7 28:19
**aren't** 8:23 29:4
**around** 9:5 27:2
44:2
**as** 3:24 4:3 5:4,12,13
10:1 13:21 17:18
18:15,19 26:24
27:14 29:19 31:21
34:15 42:11 48:16
51:23
**aside** 16:4 33:10
**ask** 4:22 29:12
**asked** 3:22 48:18
**asking** 46:4 49:16
**aspects** 37:12
**assert** 33:23
**assertions** 9:20
34:10
**assist** 30:7 33:12
**Association** 19:7
**assurance** 3:10
**at** 2:24 4:10 6:23 8:4
10:16 11:19 16:7,16
18:12,13 23:12,21
25:24 26:14 27:9,18
29:14 31:19 32:15
37:14 39:23 41:6,10
43:18 44:12,24
45:11 46:3 47:5
48:2,13 49:2 50:7

51:5,13 52:2,5,11,
12,21
**attack** 22:22 28:24
**attacked** 10:9
**attacking** 10:21
**attorney** 21:10
42:21 43:8
**audience** 9:18
**audit** 38:3 43:10
44:15 45:16,22
48:23
**augment** 9:22
**authorities** 43:3
**AV** 27:1,9,18
**aware** 5:7
**away** 35:7 43:3
**AYYADURAI** 12:4,
7,12 13:3,8,14,20
14:3,19,21 15:3,7,
11,24 16:12,23
17:6,9 18:7 19:1,10,
19 20:2,6,17 21:2,5,
18,22 22:1,24 24:11

---

**B**

**back** 6:12 10:3,14
25:4 26:17 29:20
30:17 31:11 43:20
45:15 46:1
**backed** 5:15 34:9
**background** 14:12
27:10,14 30:2
**backs** 35:13
**Bailey** 37:3,9
**ballot** 3:22 15:19,22
16:1,2,4,7,8,9
17:13,15 18:9,10
19:4 21:8 32:5,8
33:18,19 52:1,5,6
**ballots** 13:7 14:16
29:19 31:17,23 32:4
51:13 52:3,9
**BANNON** 9:15
10:19 11:14 24:21
26:8 33:21 35:12
36:6 42:20 45:13
**Barcelona** 5:24
**barn** 9:1
**Barr** 7:20 8:14 21:9,

15 22:3
**based** 51:13,24
**basically** 2:6 6:20
19:20 21:10
**batches** 33:7
**be** 3:8 5:1 7:3,21
8:18,24 9:10 15:12
17:16 18:5,20 22:13
23:22 24:7,8,9
26:24 28:18,21
29:5,9 37:1 39:5,6,7
41:2 42:7 43:16
44:5,15,21 45:20
46:1 47:9 48:21
51:22 52:17
**became** 26:14
**because** 3:11 4:11
5:7 7:10,17 8:13,17,
20,23 10:10 11:21
12:8 13:15 16:13,
14,18,21 17:2 19:9,
14 21:13 22:14,19
24:4,5,11,18 25:3
29:3,12 31:23 33:6
34:16 35:2,9 36:2,4,
24 40:13 41:10
43:5,7 44:9 45:6
47:10 48:10 49:2,5,
14 51:11
**become** 24:9
**been** 2:10 4:12 5:4
7:10,13,16 8:1,5,10
10:2 14:6,7 22:22
23:5,22 24:1,3 28:1
34:3 36:24 37:19
39:11 50:7,8,17
**before** 11:22 21:20,
22 24:2 25:7 40:17
46:21,23
**began** 15:13
**being** 17:14 39:18
**beings** 15:20
**believe** 8:21 14:2
17:23 22:15 46:7
**best** 10:15 44:17
**bet** 23:4 24:9 50:3
**better** 25:21
**biased** 17:3
**biblical** 22:7
**Biden** 31:5,6 33:18
35:1 36:20 37:15

15 22:3
**big** 3:20 10:12 14:13
17:13 23:7 26:3,4
34:19 35:10 44:3
52:17,23
**bigger** 49:8
**biggest** 24:9
**Bill** 7:20 8:14 22:3
37:2,9
**billboard** 12:18
**bit** 2:17
**black** 14:22
**blatantly** 45:8
**block** 4:8 44:17
**blocked** 43:16
**blue** 43:21
**board** 27:1,10,18
37:9,11 42:23 43:5
44:4
**boom** 35:22,24
**both** 17:11 30:19,21
34:12
**bots** 22:21
**bottom** 8:4 16:11
**bottoms-up** 12:19
**boy** 22:16
**brains** 24:23
**brazenly** 5:13
**break** 36:8
**breakfast** 28:11
**bring** 9:20 11:22
18:12
**bringing** 2:19 26:9
**broke** 52:13
**brought** 25:7 26:21
**build** 14:5
**building** 46:11
**bumper** 12:17,21
**business** 27:15
**but** 3:8,12,21 4:22
5:15 6:5 7:8,11,18
8:19 9:17 10:8,12,
19 13:1,6,12 14:5,
12 15:6,21 17:11,12
19:2,5 21:11,22
22:22 23:21 24:24
25:17,21 26:10
28:22 32:11 34:2,

12,15 35:12,20
36:1,3 37:5,13 38:4,
24 41:15 42:7,12,24
43:3,4 44:2,3,13,18,
22,23 45:20,22
46:23 48:10,12
50:18 51:18 52:9,10

**button** 45:19

**by** 7:16 13:2,18
14:6,7,16,18,19,22
15:1,3,15,20 17:14,
20,22 18:3,5 20:24
21:3 24:10 26:1
29:22 30:9 34:17
41:1,2,3,8 42:5
45:22 50:17 51:24

**C**

**cable** 28:3

**cabling** 27:15

**call** 5:24 46:10

**called** 3:2,4 6:1,9
16:2 17:18 18:15
24:2 28:24 29:6
49:19 52:4

**calling** 24:1,4

**came** 18:11 19:7,16
20:10,12 24:23
25:23 26:23 27:18
29:19 31:11 34:23
35:1 40:8 45:10
51:6

**can** 3:11 6:5,12,13,
22,24 9:21,23 11:1,
8 15:18 17:20,22
32:23 34:12 35:24
38:11,14,21 39:23
47:23 50:6 51:22
52:8,9

**can't** 8:16 22:14
24:19,20 26:2 28:20
47:8

**candidates** 17:20

**cannot** 23:3

**capabilities** 7:19

**captured** 46:9,14

**capturing** 28:18

**cards** 32:20,24
46:11,12,13

**care** 7:23

**Carone** 26:14 29:22,
24 30:3,6,11,15,21
31:1,4,9,13,16 32:3,
9,17,21 33:2,9,15,
22 34:5

**case** 18:23 20:18,19
28:17 36:18 37:14
47:24 48:10 49:15
50:17 51:23

**cases** 19:20 26:6
50:11

**casino** 18:18

**cast** 42:5,9 49:6

**center** 28:1,2,4,6

**centered** 37:14

**CEO** 50:19

**certain** 5:4 8:7
37:15 47:15,22

**CF** 46:11

**chain** 47:13

**chair** 27:12

**challenge** 37:4

**challenged** 37:9

**challenger** 26:24

**change** 16:22

**changed** 4:5,11,12
6:14

**changing** 8:5

**cheat** 35:24

**cheated** 25:4

**check** 11:1 43:5

**Chestonia** 37:15

**China** 19:18 20:8

**circles** 16:6

**cities** 40:14

**city** 49:8

**Clarity** 6:1

**clear** 10:20

**clearly** 3:12 4:10 9:8

**clerical** 45:20

**clerk** 36:23 45:18

**CLIP** 2:1,5,8,15,22,
23 3:7,9,13,14 4:7,
8,14,15,17,19,20
5:3,14,19,21,23
6:20 7:9,20 8:1,12
9:3 11:18 12:4,6,7,
11,12 13:1,3,5,8,12,
14,18,20,22 14:3,

18,19,20,21 15:1,3,
5,7,9,11,23,24
16:10,12,14,23,24
17:6,8,9 18:2,7,24
19:1,8,10,11,19,24
20:2,4,6,15,17 21:1,
2,4,5,14,18,20,22,
24 22:1,3,24 23:7
24:11,13 26:19,23
27:5,6,7,9,22,24
28:12,16 29:1,6,11,
15,16,18,21,24
30:1,3,4,6,9,11,13,
15,19,21,23 31:1,2,
4,6,9,11,13,14,16
32:1,3,7,9,13,17,18,
21,23 33:2,8,9,13,
15,17 36:11,15
37:17,19,21,23
38:1,2,6,10,13,14,
16,18,19 39:1,4,8,9,
23 40:3,6,7,15,16,
20,21,23 41:1,3,5,6,
14,20,22 42:1,12,
16,17,18,19 46:2,
16,19,20,22,24
47:2,3,7,18,19,20,
22 48:7,9,14,17,22,
24 49:7,9,21,23,24
50:6,13,16,23,24
51:8,11 52:15

**close** 8:24 13:9
30:12 35:5

**CNN's** 24:2

**coffee** 43:24 52:20,
22

**Colbeck** 26:13,20,23
27:6,9,24 28:16
29:6,15,18 33:21,23
34:4 35:14

**collect** 46:13

**collected** 49:12

**collection** 46:8
47:10

**Colonel** 10:24

**combination** 8:3

**come** 5:8 12:13
26:17 31:20 42:22
44:8

**comes** 6:10 7:20
21:15 44:13,17
50:11

**coming** 8:20 11:12
14:14 22:6 33:24

**comment** 26:18

**commitment** 11:2

**committed** 35:13,15

**Committee** 27:13

**communicate** 23:20

**communications**
20:13 23:19

**companies** 6:3 14:7

**company** 3:2 5:24
6:1 10:15,24 25:14
44:16

**complain** 42:23

**complaint** 5:6

**completely** 8:4
36:19 47:14

**comprised** 3:24

**compromised** 8:9

**computer** 14:5
20:22 24:12 28:8
32:4,5

**computers** 4:1 28:2,
6

**concern** 5:4

**conclude** 51:2

**concluded** 51:1,8

**conclusion** 39:5
51:6

**conclusively** 49:1

**conducted** 48:1

**configurations**
27:17

**congressman** 5:18

**congressmen** 22:10

**connect** 47:16,24

**connected** 2:21 3:6
12:5 27:21 28:3,6,8,
9,13,18,19 34:4
49:2

**connecting** 37:5

**consistent** 7:11,17,
18

**constant** 8:2

**constantly** 31:22,23
50:8

**contact** 46:23,24

**contacted** 19:6,21
20:14 36:23

**contacting** 23:1,6

**control** 28:1,2,4,6

**controlled** 5:16

**controversial** 26:12

**converted** 16:2

**converts** 51:22

**corporations** 20:9

**correct** 3:5 5:18
30:20 31:13 36:22
38:9,10 40:5,6,14,
15,22 41:9,19 42:16
46:19 47:2 49:9
50:15 51:11

**corrupt** 8:4

**could** 5:21 8:18
15:14,15 18:5,10,21
22:12,20 28:14 29:2
30:11 35:5 37:1
39:6 43:24 44:1
45:5,20 47:20,22
50:14

**couldn't** 24:17 35:6
40:12 43:5

**count** 33:4 41:7

**counted** 15:19 16:4
34:21,22 39:16

**counties** 6:22 15:21
18:15 49:3

**counting** 16:7 27:1,
10,18 32:19,20

**countries** 8:6 12:15
20:8 21:11 39:12

**country** 6:11,22
11:7,15 19:12,18
21:13 23:17,18
24:10 25:22 39:17
43:8,15

**county** 6:11,13,19,
24 14:15,17,22,23
15:21 18:16 27:8,10
36:13,16,17,23 37:3
38:4 39:14 40:3,8,
18 41:18 42:4,8,15,
21 43:1,19,22 44:2
45:6,7 46:10 47:5,
11 48:4,11,18 49:4,
5,10 51:12 52:14,17

**couple** 23:9 34:13
36:8 44:5 45:17

**course** 34:23 37:11
42:6

**court** 19:20 43:9
46:4 49:15 50:17
**cows** 8:24
**creases** 31:24
**create** 51:3
**created** 13:19,21
17:14
**creating** 13:16
**Creator** 13:22
**credentials** 6:10,12
**crew** 19:23
**crime** 24:12,14
48:19
**custody** 47:14
**cyber** 4:21 45:1

**D**

**Dallas** 3:16,20 4:6,9
**dash** 17:24
**data** 18:13,14 46:8,
13 47:10 51:22
**database** 6:13,16
**dated** 49:20
**day** 3:18,19 16:17,
19,20 24:4 27:3
34:2 52:12
**days** 15:16 19:14
29:23 45:17
**dead** 29:18
**deal** 43:4
**debunk** 7:14,15
**debunked** 7:14
**decades** 52:18
**December** 37:24
38:2 46:7 49:12,17,
20 50:7
**decertify** 20:19
**decide** 6:23
**decided** 5:17
**decision** 26:24
**deck** 32:20,24
**degrees** 11:19 24:22
**deleted** 18:9 19:4
21:8 48:3
**Democrat** 18:16
36:18 40:5,11
**denied** 20:20

**Department** 7:12
21:7
**depends** 3:9
**Deperno** 36:6,9,10,
12,15 37:19,23
38:2,10,14,18 39:1,
8,23 40:6,15,20,23
41:3,6,20 42:1,16,
18 43:7 45:9,16,24
46:2,19,22 47:2,7,
10,12,15,17,22,24
49:9,23 50:6,16,24
51:11
**depernolaw.com**
50:7
**depth** 43:13
**describe** 3:17
**design** 27:15
**designed** 51:3
**desk** 3:3
**destroy** 22:17,19
**determine** 52:6
**Detroit** 27:1,9,18
40:14
**deviation** 15:6 17:2
18:15 40:12 52:16,
17
**deviations** 16:17
**devices** 28:17
**did** 3:18 4:1,23 7:7,
12,14,15 11:7,8
13:20,24 16:19
18:2,4,20,22 19:11,
17,18 23:9,16 25:5,
9,11 27:1,15,20
28:14 29:12 31:15
35:18,20,21,22
36:13 37:13,22,23
38:4,5 41:12 42:9
44:1 45:5,9,12
46:17 48:16 49:17
52:21
**didn't** 5:1 10:12
11:22 13:15 19:5
26:3,4 34:3,6,8 35:3
39:17,18 43:4,15
46:20,22
**Diebold** 17:24
**difference** 41:19
44:3
**different** 3:15 16:2,

22,24
**digging** 17:4 25:6
44:14
**diligence** 10:2 13:24
**director** 20:13
**Directors** 19:7
**dirt** 24:5
**discard** 32:10,11
**discarding** 32:12
**discredit** 45:6
**dismiss** 18:23 20:20
**dismissal** 19:2
**disparity** 42:7 49:5
**do** 4:24 6:23,24 7:8,
11 9:16,24 11:7
15:9 16:20 18:4,5
19:5 20:9 22:12
23:16 25:14,17,21
29:3 32:10 34:9
35:2,5,10,15,23
36:14 37:17,22
38:3,22 39:5,14,18
42:12,13,14 43:10
44:15 46:18 47:17
48:8,12,15,16,23
52:21
**does** 2:20 3:5 16:17,
18 48:15
**doesn't** 2:6,8 8:19
12:19 17:23 34:7
**doing** 10:17 24:10
30:7
**dominion** 2:12 6:2
10:4 24:5,6,16
29:22 30:7,19,21
33:14,16 34:3,17
35:2 46:5,6,9 47:15
48:3 49:3 50:20,22
51:2,17,23 52:7
**don't** 3:15,21 7:17,
23 8:6,8 9:10,15
11:11,21 24:7 25:17
28:21 29:4 30:4
33:10,11 38:21
41:15 48:5,10
**Donald** 33:20 36:20
38:7,11,23 39:3
40:1 41:7,11,21,23
42:14 44:23
**done** 21:10 22:20
23:14 38:22 41:2

50:16
**door** 29:20
**Dorsey** 20:5 23:8,15
25:16
**doubt** 5:19
**down** 4:24 5:10 7:22
10:9 18:17,18 19:6,
13 20:14 23:10,11
25:4,9,10,16 26:2
29:12,16 30:8 33:19
35:5,21 39:15,20
**down-ballot** 37:9
**downtickets** 5:16
**dozen** 8:18
**Dr** 11:15,19,22 12:4,
7,12 13:3,8,14,20
14:3,19,21 15:3,7,
11,24 16:12,15,23
17:6,9 18:7 19:1,10,
15,19 20:2,6,17
21:2,5,18,22 22:1,
24 24:11,21 25:18
26:4,10
**drives** 46:13
**due** 10:2 13:24
**dug** 25:5,10
**dump** 35:22
**during** 3:16 4:5
26:15

**E**

**each** 32:5 44:7 46:14
**earlier** 2:12 6:21
**early** 4:4,5 17:18
**easily** 45:20
**easy** 47:18,19
**eat** 28:11
**eight** 15:16 38:23,24
**either** 6:15 9:14
**election** 2:13,24
3:16 4:5 6:1,4 9:17
11:12 12:2,15,22
13:6,10 15:14 19:7
20:13 21:16,21
22:5,6 26:13 27:2,
16 28:5 29:5 34:20
36:19 37:12,13
38:11 39:2,12,13,24
40:2 41:13 42:24
44:4,10 45:17 47:12

51:4,10 52:12
**elections** 2:4 17:15
27:12 37:10,11
**electronic** 14:8,9,10
15:17 16:5
**electronically** 15:22
**Elk** 39:2
**else** 2:9 3:22 6:14
52:5
**email** 13:16,21,22
**emails** 13:19
**embedded** 17:19
**employee** 33:22
35:2
**encourage** 23:23
24:6
**end** 31:21 44:22,24
**ended** 37:5 40:18
**enforce** 21:7
**engineer** 12:9 17:10
**enough** 5:2 25:10
47:9
**Enron** 9:9,10,11
**entire** 26:12
**entirely** 7:17,18
**equipment** 3:2 6:8
**error** 45:20 52:1,3
**errors** 51:3,13
**ES&S** 6:2
**Essentially** 18:18
**establishment** 12:19
**even** 7:6 12:9,13
18:19 21:21 24:17
28:19 36:14 40:23,
24 41:15 42:23
44:12,17 50:14
**events** 37:2
**ever** 31:15
**every** 3:18 4:9 6:10
14:17 16:17 18:18
24:4 31:3,4 35:8
**everybody** 8:21,22
10:20 22:11,19
34:22 45:4 52:16
**everybody's** 9:1
23:22
**everyone** 8:2 9:6
17:23 38:20 40:7,
10,17 41:16 42:6

everything 3:22
7:18 15:15 22:20
44:19 45:5 50:16

everywhere 12:18,
24

evidence 7:21 10:6,
11 11:1 19:15,16
25:8,9 27:20,23
34:9,15 35:20 41:17
43:18

exact 14:20,21 44:21

exactly 16:23 17:6
21:2 25:2 32:21
47:16

example 39:16,20

excuse 22:13

experience 18:11
47:8

expert 11:19

experts 47:1,6,10

expiration 48:20

explain 8:16

explaining 45:24

explanation 20:23
42:11

exposed 5:11 22:9
49:4

extraordinary 11:16
43:1

eyewitness 9:23

eyewitnesses 9:20

F

Facebook 50:9

fact 18:20 28:2
38:16 42:17,18,19
44:20 45:4 48:4

facts 9:18 38:18
41:17

failure 47:11

fair 2:16

fallacies 34:20

fame 37:7

familiar 27:16,17

favor 25:12

feature 17:18,19
25:6,23

federal 17:14,15
21:6

feet 35:7

few 46:1

figure 16:6 36:7
43:6,7 47:23

file 49:15

filed 5:6 37:5,8 46:2,
3,4

files 48:2,3,12 52:10

filing 37:6

filled 35:21

film 9:22 26:9 45:14

finally 8:22

find 8:5 16:21 17:4
23:4 44:12

firewall 28:10

firewalls 28:11

first 17:12 18:8
19:14,20 23:2 24:8
34:21,22 43:16

five 17:23 27:2

flat 6:15

flip 5:17 7:1 37:13
44:20 52:20

flipped 36:19 39:5
40:22 43:23 49:10
52:14

flipping 28:14 40:19

fobs 35:21

focus 27:18 36:2

folks 42:24

follow 47:11

followed 21:12

footprints 10:17
45:1

for 2:9,17 3:8,22
5:10 8:6 9:17,18
11:9,24 12:8,10
17:15 21:13 22:13
23:11,23 24:1 25:15
28:11 29:23 30:7
31:5,6,12 33:19
34:6,24 39:5 41:7,
11,20,22 42:6 44:1,
2 47:15 48:4,23,24
49:12 50:8 52:7,10,
18

forensic 43:10
44:15,19 45:16,22

46:5,8,9,14,24 47:8
48:1 49:1,11,12
51:5,6,24

forensics 4:21

form 14:10

former 26:20 27:11
33:22 35:14

fortune 14:7

found 2:2,24 12:1
15:16,17 17:12,14,
17 18:10,14 21:8
23:1 24:24 25:5
30:1 47:24 51:12

four 11:19,20,23
24:22 31:12

Frankfurt 6:6

Franklin 14:15
15:20

frankly 28:19

fraud 12:2,15 13:6,
10 15:14 21:16
22:5,6 35:17 36:3
39:12 51:4

friend 36:12

friends 13:9

fringe 13:11

from 3:3,5 6:13 9:20
11:16 13:16 14:8
15:12 17:10 18:12
19:22,23 20:7 22:6,
7,20,21 23:14 24:2,
22 26:24 27:2 28:4,
22,23 34:12,24
40:22 44:12 45:2
47:5 48:3,20

front 30:16 32:5
50:20

full 38:3

fun 27:3

fundamental 23:2

future 2:3

G

gain 42:10

gained 48:5

gal 10:6

game 24:15

gate 8:24

Gateway 34:1

gave 17:13 20:18
25:11,12 35:4

generates 51:13

genius 13:23

Germany 6:7 7:2
23:17

get 2:3 3:20 4:5,9
6:19 9:18 11:11
16:10 17:21 18:19
22:9 23:21 26:2,3
28:16 29:2,8 30:11
35:3,5 36:6,13,14
37:7 39:17 40:17
41:23 43:17 44:18

gets 16:4 41:11
50:10

getting 2:20 10:16,
17 23:12 26:6 42:3

Giuliani 26:16

give 15:19 25:19
34:9

given 48:11 51:24

giving 9:12

glad 12:5

go 2:11 9:5 10:2
11:9,14 17:23,24
22:12,21 24:8,17,
18,19 26:11,13,16
33:6 42:14 43:9,23,
24 44:2 45:13,15
52:3

god 16:8

goes 15:24

going 2:2 5:8,11 7:7
8:14,22,23 9:5,6
10:5 11:14,21 12:1
13:24 14:1 16:16,21
17:3 18:18 19:15
22:9 23:20,21,22
24:13,14 25:19
26:1,13 28:23 33:5
34:9 35:11,19 36:5,
8 38:3 39:11 40:9,
11 43:16 44:1,7,14,
21,24 45:1 52:19,20

gone 11:7 50:3

gonna 9:1,4 10:7,11,
13 11:23 13:1,9
16:10 36:9 39:15
42:7 45:15

Google 50:9

GOP 12:19

got 5:7 7:13 10:9
11:6 17:1 24:4,22
25:4,7,9,13,18,21
28:17 29:8 30:23
31:17 32:14 33:24
35:23 37:15,16,18
38:11,23 39:2,24
42:10,21 43:4,10,
14,21,23 46:23 50:1

gotcha 3:13

gotten 2:2 21:12
43:8,9

government 8:5,7
19:22 20:8 22:10
23:1,3,5 25:13,24
27:12,13

governors 22:10

grab 47:5

grabs 6:10

granted 46:6 49:18

great 25:19 26:9
44:16

grew 12:14

ground 12:17

group 3:15 32:7
49:19

guarantee 44:10
50:1

guess 7:3

guy 7:6 12:9,19
14:1,22,23 25:4
26:10 33:14 42:22
43:4 47:20

guy's 13:23 24:22,
23

guys 10:17 11:15
21:3 24:1,3,15
35:23 38:20 43:24

H

hacked 28:14 39:13

had 3:1 4:12 5:3 7:3
10:10,11,12 12:16
18:9,12 28:2 30:2
32:19 34:18 35:6,7,
8,9,10 36:24 38:7
40:19 41:2 42:15
44:15 49:15,16

50:4,13 52:14
**half** 45:1
**hand** 29:10 37:20, 21,23 38:5 39:16 41:10
**hand-counted** 14:16
**handoff** 27:19 28:20
**happen** 2:21 3:6 4:3 8:22 34:3,8 44:1
**happened** 4:18 11:5, 13 16:21 25:15 30:5 32:2 36:5 37:12 42:8,11 43:14 44:20 52:11,12
**happening** 7:11 10:10 49:4
**happens** 16:1 20:8 21:11
**hard** 11:1 48:23,24 49:13
**Hart** 6:1
**has** 6:12 8:1,5 9:16 11:19 14:6,11 20:22 33:4 34:3,15 42:22 50:8,17
**hash** 4:11
**hat** 6:5
**hated** 12:20
**haunting** 8:2
**have** 2:1,2,3,10,18, 23 5:15 6:18 7:7,10, 16,18 8:23 9:11 10:5,12,22 11:18 14:4 17:18 18:10 19:20 20:12 21:11, 16 23:5,15 24:1,3 26:17,19 28:5,10, 14,21 29:4 30:2 33:9,11 34:11 39:16,18 42:12 43:14 44:11 45:1, 10,11,24 48:11 51:9
**haven't** 42:10 51:19
**having** 52:20
**he** 3:21,22,23 7:7 11:19,23,24 13:19 21:15 24:23 25:2,4, 5,6,7,8,10,20,21,23 26:20 33:5,10,11 34:15 37:10,11,16, 18 38:11 40:1 43:4,

5 46:6 50:20,21
**he's** 11:19,23 16:16 24:22 25:4,13,19,21 26:10 33:15 36:7,12 43:7
**hear** 8:13,16 9:23 12:1 13:24 19:11 21:4 23:20 26:16 33:11 36:14 52:19
**heard** 7:1,6 12:23 31:7 36:13 52:16,23
**hearing** 26:14,16
**help** 3:3
**her** 2:24 3:1,2,3,4 10:8,22 26:15
**here** 3:15 5:13 7:8 9:7,8 10:10 13:24 17:12 19:15 21:16, 17 25:18 26:21 29:10,21 33:5,10,12 35:16,17 36:11 38:7,17,18,20,21,23 39:1,10,22 41:16 42:2,21 44:3,8,22 50:13 52:16
**here's** 3:14 40:3 41:17 43:19 44:20 50:24
**hero** 26:14
**hey** 33:23 47:5
**high** 5:2
**highly** 15:12,13 18:16
**him** 2:9 5:12 11:20 16:16 19:15 21:17, 18 22:17 37:5 43:9
**hire** 46:17
**hired** 29:22 34:17 35:3
**his** 3:23 5:7 7:7 10:15 11:16 25:4,9, 11,19 44:16
**Hispanic** 14:23
**historical** 22:6,8
**historically** 36:17
**history** 14:4
**hit** 45:19
**hold** 3:3 48:7
**horror** 3:1
**hour** 27:1 35:4 45:1

**hours** 20:3,10 23:11 31:8,9,12 33:18 34:5
**Houston** 5:10
**how** 2:20 3:5,21 4:1 7:15 9:12,13,14 11:7 14:8 16:21 17:4,5 22:19 23:13, 19 26:3,21 31:7 36:5,13,14 37:13,17 39:6 43:24 47:16, 17,23 48:5 50:22 51:18
**huge** 5:9 33:10 34:18,19 40:14
**human** 15:20
**hundred** 35:22

**I**

**I'D** 18:12
**I'LL** 10:6 16:19 35:20 44:13 50:3
**I'M** 3:18 11:4 12:5 16:16,21 19:15 22:20 24:13,14 27:16,17 30:18 35:11,16,17,19 41:16 44:21 47:22
**I'VE** 14:6 34:18 41:17 43:12
**identical** 45:3
**if** 2:1,21 3:6 4:22 5:17 6:14 7:17,24 11:3,11 16:17 17:23 18:9 21:12 23:3 23:8,23,24 25:17 28:8,13 29:1,2,7,12 35:24 37:14 38:21 39:1 40:10 41:6,10 42:13 45:6,7 49:3,8, 9 50:19 51:9
**illegal** 3:8
**image** 16:2,7,8 18:10
**images** 16:9 17:13, 15 18:9 19:4 21:8 46:5,9,14 47:8 49:1, 12,13 51:6
**imagine** 18:18
**immense** 14:11

**importance** 25:22
**important** 11:10 36:1 37:6 45:14,22, 24 47:10
**impossible** 15:10
**in** 2:1,3,4,5,8,13,15, 22,23 3:1,4,7,9,13, 14,16,20 4:2,5,7,8, 9,11,14,15,17,19,20 5:3,4,6,10,11,14,19, 21,23 6:6,10,11,20, 22,24 7:3,9,18,20 8:1,6,12 9:3,16,17 10:4,15,23 11:5,6, 12,15,17,18 12:4,6, 7,11,12,14,16 13:1, 3,5,8,12,14,18,20, 22 14:3,7,10,14,15, 16,18,19,20,21,22, 23 15:1,3,5,7,9,11, 14,20,21,23,24 16:1,10,12,14,23,24 17:4,6,7,8,9,10,14, 18,24 18:1,2,7,14, 15,20,21,24 19:1,8, 10,11,12,15,16,19, 24 20:2,4,6,8,9,10, 15,17,21 21:1,2,4,5, 11,14,18,20,22,23, 24 22:1,3,24 23:5,7, 17,18 24:9,11,12,13 25:4,11,13 26:6,11, 12,19,20,23 27:5,6, 7,9,10,13,14,16,22, 24 28:6,7,12,14,16, 24 29:1,2,5,6,7,11, 13,14,15,16,18,19, 21,24 30:1,3,4,6,9, 11,13,15,16,19,21, 23 31:1,2,4,6,9,11, 13,14,16,21,24 32:1,3,5,7,9,13,17, 18,21,23 33:2,8,9, 13,15,17,24 34:5, 13,14,21,23 36:4,7, 9,10,11,14,15,16, 17,18 37:3,6,8,10, 12,16,17,19,21,23 38:1,2,4,6,10,13,14, 16,18,19 39:1,2,4,5, 8,9,14,23 40:3,6,7, 8,14,15,16,20,21,23 41:1,3,5,6,14,18,20, 22 42:1,2,4,8,12,16, 17,18,19,21,22

43:8,9,13,18,22,24 44:6,8,13 45:2,7,8, 23 46:1,2,7,10,14, 16,19,20,22,23,24 47:2,3,7,11,12,14, 15,18,19,20,21,22, 24 48:4,7,8,9,10,14, 17,22,24 49:2,4,7,8, 9,10,15,21,23,24 50:5,6,11,13,16,17, 20,23,24 51:7,8,11, 12,14,20,21,22 52:1,7,13,14,15
**inaudbile** 44:8
**inaudible** 20:4 25:14
**incredible** 9:7
**India** 12:14
**individual** 11:16 14:11
**individually** 16:18
**influence** 51:4
**inform** 21:9
**information** 3:19 6:9,24 7:16 11:1 27:20 28:22 35:13 48:12,20 50:12,18, 19,21 51:24
**inherent** 51:3
**inject** 6:14
**input** 16:22,24
**insert** 52:1
**inside** 10:16
**insight** 17:13
**installed** 45:19
**integrity** 22:21
**intent** 52:6
**intentionally** 51:2
**intercepting** 29:3
**interception** 29:4
**interested** 37:10,12
**interesting** 10:8 12:8 15:17 18:14,17 25:3 32:2 34:16 35:7 44:20,23 45:4 52:9
**internet** 2:21 3:6 27:21 28:3,7,8,9,13, 19,23 33:24 34:4 47:17,24 49:2

**interview** 11:17

**into** 6:12,19 9:11
15:23,24 17:19
19:20 21:12 23:12
25:5,10,20 28:17
35:23 36:8,24 39:13
40:17 43:15 44:14
51:17

**investigate** 7:13
9:10 48:16,19

**investigated** 7:10,12

**investigation** 7:15

**involved** 23:5,8
25:13 26:21 36:14

**iphone** 16:3

**is** 2:13 3:8,10,18 4:1
5:18,23 6:6,7,8,17,
18 7:4,6,11,17 8:20,
22 9:4,6,8,9 11:2,4,
9,10,12,17 12:2,23
13:10,24 14:1,2,15
15:18,19 16:1,3,7,8,
20,22 17:13,21
18:16 19:14,22
20:7,15,17,18,21
21:6,7,10,23 22:2,5,
8 23:2,8,21,22 24:8,
12,14,15 25:17
26:11,12 28:8 32:2,
10,22 33:1,5 34:14
35:5 36:16 37:6
38:8,16,22,23
39:13,16,19 40:4,
13,18,22 41:12,19
42:2,3,4 43:1,2,6,7
44:24 45:3,8,11,14,
18,23 46:10 47:11,
15,18 49:4,21,23,24
50:12,18 51:1,2,9,
12 52:2,4,5,9,12

**isn't** 42:23

**issue** 43:9

**it** 2:6,10,20 3:8,9
4:2,13,17 5:6,12,24
6:10,11,12,13,14,17
7:2,6,7,10,11,14,15,
17,24 8:7,10,13,16,
18,19 9:1,13,22
10:3,5,6,8,12 11:3,
5,7,8 13:4 14:2
15:24 16:18,19 17:1
18:1,6 19:13,17,18
20:17 22:16,17,24

**it'd** 24:9

**it'll** 8:24

**it's** 2:11,12,18,21
3:6 4:11,12,15 6:16
7:13,17,18 8:3,10,
11,17,20,24 11:10,
13 12:7,8,12 14:2
15:6,7,11,13 17:3,
19 18:19,24 19:1,2
21:12,14 22:8,22
24:15 25:3,20 26:5,
9 28:9,13,24 29:3,6
30:10 31:18 32:19,
23 40:11,24 43:19,
23 45:7,22 47:19
50:7,18

**Italy** 7:2

**items** 46:15 48:21

## J

**jack** 20:4 23:8,14
25:16

**jam** 31:22,23,24

**jammed** 32:1,3,6,8

**Jimmy** 36:7 43:7

**Joe** 31:5,6 36:20
37:15 38:11 39:2,24
41:7,11

**journalist** 24:7

**journalists** 23:24

**journey** 15:13

**judge** 2:24 18:22
20:18,20 25:7,11

23:11 24:8,24 25:7,
6 27:20 28:7,23
29:7,9,12,16,18
30:2,7 31:19,21
32:5,9,10,14,22
33:4,12,23 34:3,8,
12,16 35:7,20
36:17,18 39:6,14
40:10,13 41:1,10,19
43:4 44:6,12,14,22
45:10,15,19,20,21,
24 46:7,10 47:8,17,
18,21,23 48:23
49:4,8,11,23 50:1,2,
3,8,10,11,14,18
51:1,10,15,22,24
52:15,17,22,23

## K

**Kearney** 39:24

**keep** 7:22 9:12

**keeps** 26:6

**kept** 25:6

**key** 45:3

**kicked** 17:7

**kind** 6:8 24:5 30:14
31:19 35:17

**kinds** 34:11,15

**knew** 10:10 12:22,
24 14:13 22:12,13
25:4 36:21,24 37:2,
4 40:8 42:24 43:3
45:21

**know** 2:17 3:7,15,24
4:13,23,24 5:5 7:1,
4,13,17,23,24 8:14,
21 9:1,2,3,8,15
10:14,16,18 11:9
12:7,14,17 13:7,15,
16 14:1,4,8,9 17:3,4
18:22 19:12,13,17
21:8,16 22:12,15,22
23:8,13,14,16,18,
19,20,23 24:21
25:9,15,17,18,20
26:5 30:5 32:6,19
33:23 34:1,7,19,24
35:10,11 36:5,15
37:17 38:14,15,21
39:17,19,20 40:17
41:15,16 42:13,14
43:1,2,13,22 44:14,
16 45:5,21 46:21,22

43:9 44:9 46:4
49:16,18 50:14

**judges** 8:15 43:15

**just** 2:12 3:18 4:22
5:15 6:4,15 9:12,18
10:9,12,19 11:16,22
13:7,10,23 14:1
16:16 17:2,3,9 22:5,
22 24:19 25:8 29:23
30:7 31:18 32:19
34:7,14 35:18,22,24
36:2,3 37:7 38:22
39:4,20 40:16,18
43:4,19 45:14 47:3,
4 50:4 52:21

**Justice** 7:12 21:7

## L

**land** 28:7

**landslide** 12:23 13:2
14:13

**large** 28:19

**large-scale** 14:5

**largest** 14:7

**last** 3:16 22:18
24:20 34:21 44:24

**late** 8:24

**later** 15:16 48:8

**launched** 23:11

**law** 17:14,15 21:13

**lawn** 12:17,20

**laws** 21:7,11

**lawsuit** 37:5,6 46:3

**lawyer** 36:12

**learned** 18:12

**learning** 37:10

**least** 49:3 52:12

**lecture** 18:3 22:7

**left** 2:19 10:20

**legislators** 22:11

**lengths** 9:7

**let** 2:16 3:16 19:8
43:9

**let's** 11:14 22:17
26:11,16 32:14
38:22 45:13 47:5

**level** 26:7 39:21

**life** 25:20

**like** 2:3,11 8:17 9:8,
9 10:9 12:19 15:10
16:13,14,16 17:3,10
19:18 20:8 22:4,18
23:18 24:15 25:8,18
29:14 31:19 32:20
37:15 39:24 40:4,
12,14 43:19 44:22
47:20 51:9 52:17

**likely** 23:5

47:4,15 48:4,5,9,10,
12 50:3 51:17
52:18,22

**knowing** 28:13

**knows** 8:19 11:24
22:20 25:23 38:20

## L

**Lindell** 2:1,8,22 3:7,
13 4:7,14,17,20
5:14,21 6:20 7:20
8:12 10:1 11:3,17,
18 12:6,11 13:1,5,
12,18,22 14:18,20
15:1,5,9,23 16:10,
14,24 17:8 18:2,24
19:8,11,24 20:4,15
21:1,4,14,20,24
22:3 23:7 24:13
25:3 26:17,19 27:5,
7,22 28:12 29:1,11,
16,21 30:1,4,9,13,
19,23 31:2,6,11,14
32:1,7,13,18,23
33:8,13,17 34:11
35:16 36:10,11
37:17,21 38:1,6,13,
16,19 39:4,9 40:3,7,
16,21 41:1,5,14,22
42:12,17,19 43:12
45:16,24 46:16,20,
24 47:3,18,20 48:7,
14,22 49:7,21,24
50:13,23 51:8 52:15

**lines** 7:23

**link** 50:9

**little** 2:17 3:15 5:12,
15 8:11 27:10 39:13
41:18 43:13

**live** 26:15 36:16

**lived** 36:20

**lives** 3:22 37:3

**loaded** 3:1

**local** 21:9 28:19
37:14

**log** 52:10

**login** 6:10,18

**long** 3:20 4:9

**look** 2:16 6:6,12,22
8:8,9 9:11,15 11:5
16:16 17:23 18:13
19:4 20:21 23:11
24:21 25:24 31:19
33:21 36:24 37:14
39:23 41:6,10,18
42:20 47:5 52:5

**looked** 2:3 43:18,20
45:11 51:5

**looking** 44:12

**lose** 43:23

lost 14:18,19 25:20
lot 5:11 14:4 20:22 22:12,13 24:16 25:21
low 49:8
luxury 39:18

---

**M**

machine 15:23 16:1, 5,7 18:5 24:15 30:10,14 31:22 33:4 36:1,3 39:12,21 41:8 42:5 44:19 45:4,7 47:24 49:2 51:9,12,14,16,17,20 52:1,2
machines 2:11,13 4:24 10:16 11:8,11, 24 12:3 13:13,15,17 14:16 15:18 17:18 18:4 22:7 24:17 25:5,6,23,24 29:4 30:9,12,16,18,20,22 31:18 33:19 35:5,6, 18,19,23 38:23 39:8,9,10,14 40:9 41:1,2,4 43:10,14 44:15 45:2,12 47:1, 6,12,13,16
made 5:12 9:19 45:18,21 52:23
magnitude 3:17
mail-in 31:23 34:20, 24 40:13
mainstream 22:14 23:16
maintained 48:21
make 10:19,20 26:4
makes 52:22
making 11:2 24:5
malware 5:22 6:8
man 24:23 28:24 29:7
manager 33:3
manipulated 51:22
manner 52:14
manual 17:24 18:1 47:15,16,17,23
many 26:5 31:8

marathon 27:1
Mark 23:14
marketing 17:11
Massachusetts 12:16 14:15 20:7, 11,21
massive 6:16,17 22:22 39:12
master 46:10
matches 45:2
mathematical 20:23
mathematically 17:5 18:4
Matt 36:6,9,10,12, 15 37:19,23 38:2, 10,14,18 39:1,8,23 40:6,15,20,23 41:3, 6,20 42:1,16,18 43:7,12 44:13 45:9, 16 46:2,19,22 47:2, 7,19,22 48:9,17,24 49:9,23 50:6,16,24 51:11
matter 2:6,8 8:19,20 16:11 40:10
may 23:5 28:9,10,21
maybe 13:7 24:9 25:15,16
me 2:16 3:16 5:16 10:10 12:8,20 14:2 15:10 16:15,16 17:13 18:11 19:5,6, 8 20:14,18 22:18 24:1,2 27:10 32:18 33:10 34:16 35:8 37:5 47:20 51:24
mean 2:5,10 3:10 4:15,24 7:5,21 13:4 14:3 15:12 17:7,9 21:15 22:4,22 23:9, 11 26:2,3,5 27:11 29:2 35:24 44:5 50:14
means 17:21 18:9 19:21 20:21 48:23
media 6:5 10:21 22:14 23:13,16 24:17 26:1 50:10
meet 11:15
Melissa 26:13,14 29:22,24 30:3,6,11, 15,21 31:1,4,9,13,

16 32:3,9,17,21 33:2,9,15,22 34:5, 16 35:1,14
mentioned 21:15
met 11:20,22 16:16
Michaeljlindell.com 10:7
Michigan 26:11,16, 20 27:5,7,13 34:18, 22 36:9,17 39:14 40:18 41:18 42:22 43:2 44:11 45:15,23 49:2 50:20 52:13
Microsoft 27:14
middle 7:3 28:24 29:7,13 33:24 34:23
might 5:14 8:5
Mike 2:1,8,22 3:7,13 4:4,7,14,17,20 5:14, 21 6:20 7:20 8:12 9:3,15 10:1 11:3,17, 18,21 12:4,6,8,11 13:1,5,12,18,22 14:17,18,20 15:1,5, 9,23 16:10,14,24 17:8 18:2,8,24 19:8, 11,24 20:4,15 21:1, 4,14,20,24 22:3 23:7 24:13,21 25:3 26:17,19 27:5,7,22 28:12 29:1,11,16,21 30:1,4,9,13,19,23 31:2,6,11,14 32:1,7, 13,18,23 33:8,13, 17,21 34:11 35:16 36:9,11 37:17,21 38:1,6,13,16,19 39:4,9 40:3,5,7,16,21 41:1,5,14,22 42:12, 17,19,20 43:11,12 45:13,16,24 46:16, 20,24 47:3,18,20 48:7,14,22 49:7,21, 24 50:13,23 51:8 52:15
mine 25:16
minute 9:6
minutes 3:4 46:1
miracle 43:13
missing 52:10
MIT 11:16,19 12:9 18:12 20:21 24:22

mocked 26:15
money 9:12,13 22:15
month 16:21 48:21
more 9:2 11:1 12:13 26:2 39:22 40:23,24 42:10,15
morning 29:14 36:22
most 3:12 26:12 37:10 45:14
motion 20:20,21 46:4 49:15
move 14:8
movie 2:20 23:9 36:7
multiple 8:17
multiplied 20:24
multiply 17:20,22 21:1
must 17:16
my 8:18 10:1,2,7 13:8,24 15:13 16:8 17:22 19:13 20:19, 23,24 22:19,21 23:9 26:24 27:14,17 33:3 35:20 49:11 50:4,7 51:4,24
myself 20:11

---

**N**

name 3:22 21:9 37:8
named 37:2,8
national 19:6 26:14 52:23
nationwide 4:17 39:13
Nazi 23:17
need 6:18,24
needed 44:18
needs 21:6 22:11
neighbors 43:2
net 41:19,20,22 42:15
Netflix 2:19
network 12:18 27:17 28:20
never 2:1,2 12:13 22:12 24:2 31:16

35:9
new 19:14,16 24:2
news 24:18 26:4 52:23
newscast 23:23
next 11:15,17 26:7 27:3 42:2 45:13,24
night 6:1,4 7:4 12:22 24:20 26:15 27:2 29:13,19 33:3 34:1,23 36:19 38:11 39:24 40:2 41:13 44:20 52:8
no 3:10 5:19 7:15,21 8:15 9:10,11,13 12:20,21 14:16 16:2,11,12 20:11,22 21:16 30:15 32:19 34:21 35:1 40:14 43:18
no-name 12:20
non-stop 24:4
none 8:15 43:14
normally 16:17 31:20
northern 36:17 39:14 40:18 41:18 42:22 43:2 45:23
not 2:11,12,18,21 3:6,11 5:9 7:12,13, 22,24 8:11 9:13 10:4 14:2,4 15:5 17:2,3 18:23 19:1 20:17 24:20 25:19, 20 26:4 32:11,23 33:5,6,19 34:4 35:16 36:22 37:1 40:11 42:6 44:21 48:11 50:10,12,21 51:4
nothing 9:7 12:21 21:10 28:23
nothing's 21:12
notice 49:7,10
November 7:4 29:23 36:22 37:16,24 40:8 41:9 42:5,8,9 48:2, 13 52:11,12
now 2:3,11 3:14 8:20,22 9:15 11:12, 18,24 14:14 16:3 17:4 22:8 23:2,12

24:1 25:19 26:13,19
29:21 33:13 36:11
38:19 39:6,10 42:6,
14 44:21 45:2,3
48:8 49:21 51:4
52:22
**nowhere** 14:24
**number** 18:19 32:5,
15,20 38:24 42:2,3,
5 48:17 49:8 52:8
**numbers** 18:17,21
38:8 40:8

————————

**O**

**o'clock** 27:2
**obvious** 13:4
**obviously** 37:11
**occur** 18:21
**occurred** 15:20
**occurs** 12:14
**October** 21:23,24
**odd** 18:19
**of** 2:18,24 3:17,19,
21,24 4:12 5:1,4,5,
24 6:8,10,22 7:3,12,
16,19,23 8:3,4,7,10,
15,24 9:6 10:1 11:2,
6,8,11,15 12:1 13:8,
17,22 14:4,9,11
16:11,19,20 17:11,
16,17 18:8,11,15,19
19:4,5,7,12,17,21
20:3,7,10,12,22
21:6,7,17,18 22:7,8,
12,13,14 23:2 24:5,
16,24 25:8,11,12,
21,22 26:5,9,12,24
27:1,12,19 28:4,15,
20 29:13 30:8,14,24
31:3,14,19,22 32:5,
7,15,20,24 33:4,16,
18,23 34:1,10,11,
12,13,15,19,20,23
35:1,3,17,18 36:4,8,
19,22 37:2,8,11,12
38:3,4 39:17,18
40:13 41:19 42:2,4,
5,6,15 43:14,21
44:4,11,15,18,19,
21,24 45:10,14,17
46:5,7,9,11,14,15
47:13 48:11,15,20

**off** 5:15 39:5,6
**office** 12:10
**officer** 20:13
**official** 23:5
**officials** 28:5
**oh** 7:13 9:10 10:1
13:3,18 16:8 23:7
**okay** 4:20 14:1
17:16 18:19 26:19
30:4,9,13 31:3
33:17,21 34:3 36:6,
11 38:6 39:15 40:7
41:5 45:13 46:16,20
48:7 52:15
**on** 2:19,20 3:3,19,23
5:1,6,11 6:6,7 7:3,4,
8,10,24 8:2 10:7,20,
22 12:17,22 13:7,24
14:12,13 16:5 18:22
19:3 20:11 22:17
24:17,18,19 25:6,23
27:2,10,15 29:2
30:16,17 31:3,22
32:4,14 33:4,5,24
34:12 35:20 36:2,3,
19,22 37:1,14,16,24
38:2,6,11 39:12,21,
24 40:1,8 41:8,13,
16 42:5,8,9 43:10,
23 45:17 47:1 48:1,
7,8,13 49:17 50:2,7,
9 51:13,15,24 52:5,
11,12
**once** 6:11 8:22
**one** 3:14 4:10 8:11
9:11 10:4 11:15
13:8 14:1 15:18
16:15,19 17:16
18:15,21 20:11,22
21:3,6 23:20 24:8,
19 26:5,12 28:8
31:15 32:14 33:2,19
34:6,14,19 35:1,9,
18 39:13,22 43:16
45:14 48:17
**ones** 3:24 4:2,12
**online** 2:11,18 3:8,
11,12,20 9:22 11:1
29:2,5 30:1,2 35:23

**only** 14:4 15:5
16:19,22 18:5,21
19:2 20:17 30:14
33:7,8 35:3,4 37:16,
18 38:5 43:8 44:4
49:5 51:9
**oops** 45:21
**open** 18:24 19:2
20:15,16,18,19 26:6
**operate** 5:12
**operation** 3:16,17
5:9
**Operations** 49:19
**opinion** 5:1 7:8,9,22
8:18 50:4
**opportunity** 12:8
**or** 2:2 4:24 5:17,18
6:13,15 9:16,21,22
10:4 14:2 15:10
16:20 18:11 24:5
25:14 28:19 32:10
40:11 44:6,11 45:19
46:13 48:5 50:9
52:18
**order** 20:18 25:12,
13 39:5 43:9 49:14
**ordered** 25:14,16
**orders** 19:22,23
20:6
**organization** 12:21
**original** 41:7
**other** 4:11 5:8 8:6
10:4 14:17 15:21
17:17 19:2 20:19
21:3 27:16 34:2,6
35:18 37:12 44:7
45:11 48:3 49:3
52:5
**Otherwise** 43:14
44:10
**our** 2:9 4:4 5:5 6:22
7:9 8:2,5,7 9:14
14:13 18:23 20:10
22:14 39:13 47:24
48:9,10 49:18
**out** 2:2 4:9 5:24 7:6,
20 8:10,21,23,24
9:19 10:6 11:21
12:1,20 15:16,17
16:6,21 17:4,12,14,
17 18:14 19:3,7,16
20:10,12 21:8,15

**22:20 23:4,8,21,23
24:16,24 26:24
28:14 31:14,20 32:7
40:17 41:16 42:15
43:6 44:12,18 45:10
47:23 50:1,2,14
**outlet** 24:9
**over** 5:10 6:6,21 7:6
22:23 23:17,18,19
32:24 33:1,4 38:7
43:22 44:21 52:8
**overseas** 6:13
**overstated** 47:9
**owns** 5:24

————————

**P**

**pack** 32:15
**page** 17:24 20:20
**paper** 5:6 14:16
15:19,21 16:1,4
31:20 51:15,17,21,
22 52:1
**paper-based** 14:8
**part** 10:1 24:24
45:14
**part-owner** 33:16
**particular** 6:8 47:1
**particularly** 10:20
**parts** 8:7 45:14
**party** 14:14
**passed** 17:15
**passes** 6:4
**passing** 28:22
**Patrick** 26:13,20,21,
23 27:6,9,24 28:16
29:6,15,18 33:21
**patriot** 25:19 37:3,8
**pattern** 11:20 14:4
18:21
**people** 2:9,17 3:19
7:22 8:3,8,9,13,14,
23 9:5,18,21,23
11:1 15:20 20:22
22:14 25:18 26:5
28:10 34:2,6,10
36:16,20 37:2 44:5,
6 46:17,18,23 47:7
50:8,10
**percentage** 14:20,22

15:2 17:20
**percentages** 15:4
**perfect** 39:20 50:13
**period** 11:6 48:21
**permitted** 50:17
**person** 17:2 32:5
37:2
**Pete** 5:5
**phone** 16:3
**pick** 11:8
**picks** 2:9
**picture** 16:3
**piece** 6:8 17:16,17
51:14,17
**pieces** 36:9
**place** 15:14 49:15
**places** 3:10 5:9
24:16
**plain** 6:15
**platform** 10:12
22:19 26:1
**platforms** 23:15
**played** 24:15
**plug** 47:21
**plugged** 34:14
**plus** 33:24
**pm** 52:11
**point** 16:8 17:22
20:24 21:3 28:22,23
**pole** 26:24 35:6
**political** 7:23 23:3,4
**politics** 37:14
**pollbook** 2:19,20
**pollbooks** 21:8 3:4
**pop** 22:16,18
**popped** 22:16,19
**Post** 24:3
**posted** 37:1
**posts** 3:20
**power** 13:17 14:9,11
23:15
**powerful** 36:8
**precinct** 2:24 3:1,5
29:8,9 38:22 39:15,
21 46:14
**precincts** 38:20,21
**precisely** 48:10

**Preliminary** 49:19

**prepared** 9:19,20,24
10:21,22,24 49:17

**present** 52:10

**president** 42:6

**presidential** 9:17
37:13 42:24 44:10

**press** 26:3

**presume** 48:18

**pretty** 9:4 26:7

**prevent** 28:23

**primarily** 37:14

**primary** 12:22

**printer** 31:19,20

**prints** 44:19

**prior** 48:20

**private** 25:14

**probably** 5:9 8:9,17
13:6 44:22 47:23
50:2,4 52:20,21

**problem** 21:13,15
33:10,11 36:21 37:4
45:18

**problems** 16:13

**procedure** 43:17

**procedures** 47:12

**process** 14:10 51:18
52:4

**processes** 27:17

**program** 46:12

**Proof** 11:17

**properly** 47:11

**proportions** 22:8

**prosecutor** 48:18

**protective** 49:14

**prove** 18:3,4 35:16

**proved** 18:8

**proverbial** 24:23

**providential** 42:21

**public** 21:6 49:21,
22,23

**publicity** 37:7

**published** 5:6

**pulled** 33:10

**Pundit** 34:1

**purposely** 51:3

**pursued** 17:11

**pushing** 7:22

**put** 3:3 9:19,22 10:6,
9,22,24 13:7 14:10
16:4 19:3,14 25:8
31:18,21 32:15
34:1,12,13 35:11,
13,20,23 36:1,3
49:13 50:1,2,14
51:14,16,21

**putting** 25:19

**puzzle** 17:16,17

**Q**

**QSNATCH** 6:9

**question** 8:2 41:12

**question's** 9:4

**quote** 16:5

**R**

**race** 5:7 17:19 24:24
25:5,6,22

**radar** 44:9

**radio** 12:18

**raised** 5:4

**raising** 29:9

**Ramsland** 2:5,15,23
3:9,14 4:8,15,19
5:3,19,23 7:9 8:1
9:3 10:15 44:16
45:9

**Ramsland's** 10:23
45:23

**ran** 3:15 11:23
12:20

**rare** 12:8,13

**rate** 51:13 52:3

**reading** 15:15

**real** 9:4 12:20 14:2
24:7,8,12 38:8,24
47:8

**reality** 37:16 38:4
39:2

**realized** 16:8 25:21

**really** 8:6,21 15:14
42:22 43:8 45:21

**reason** 8:11 26:8,9
34:13 51:9

**reasons** 34:13

**rebutted** 20:23

**record** 3:21 4:2,3,12

**recorded** 40:1 41:13

**records** 3:19 4:5

**recount** 37:20,21,24
38:5 41:10 42:9
52:21

**recounts** 38:7

**recreated** 18:5

**red** 43:21

**Reform** 27:13

**registered** 42:3,4

**release** 49:16,18
50:18

**released** 51:1

**relentless** 26:10

**reloaded** 3:4

**remember** 9:9 15:18
19:19 43:6 45:17
51:14 52:2

**remove** 48:6,19

**removed** 48:5,12,15,
22

**replace** 6:16

**replaced** 4:10

**report** 6:3 45:8
49:14,16 50:14
51:1,7

**reporting** 6:1,4

**reports** 6:2,11,19

**represented** 20:10

**Republican** 12:22
36:18 40:4,11 52:19

**request** 49:18

**requested** 36:23

**required** 48:21

**rescan** 32:10,11

**residence** 3:23

**rest** 16:20 39:17

**restraining** 20:18
25:12

**result** 5:5 26:24
51:20

**results** 14:14 29:9
36:22,24 37:4,8
44:22 46:14 51:4

**resume** 30:2

**return** 36:10

**revealed** 8:7 50:19

**review** 49:1,13

**rid** 11:11

**right** 2:8,9,22 8:12
11:3 12:11 13:11,
12,19 17:7,8,21
19:9 20:22 21:9,16,
17 22:17,23 29:1,5,
23,24 30:2,19 33:1,
5 35:14,16 38:1,13
39:4,6,10,15,20
40:16 41:1,14 42:14
43:2,3,5 46:21
49:24

**rocket** 18:13

**roll** 18:19

**rotten** 29:10

**roughly** 36:18,19

**routed** 28:3

**rows** 30:8

**Rudy** 26:16

**ruled** 25:11

**run** 24:8 32:16,24
46:12

**running** 12:16 17:2

**runs** 12:10

**rural** 43:2

**Russ** 9:19 10:15,23
11:4,10 44:16 45:9

**Russell** 2:5,15,23
3:9,14 4:8,15,19
5:3,19,21,23 7:9
8:1,17 9:3

**S**

**said** 2:11 5:15 6:21
7:21 8:15 13:5,9
18:15 19:4 33:3,4,5,
9,10,11 43:13,19
45:18 50:14

**salt** 28:7

**same** 15:1,3 17:12
28:17 32:13,15,24
46:3

**Saturday** 26:15

**saved** 17:16

**saw** 4:4,8 14:12,15
28:3 31:5,16 47:11
51:7

**say** 2:14,17 9:7 11:4
15:13 16:15 19:9
22:4 28:9,10 31:7
32:5,9,14 34:7
40:12 42:13 43:7,11
44:2 45:15 46:17

**saying** 9:10 11:4,11
15:14 19:21 20:13
24:6 25:13 28:12
29:10 34:2 35:14

**says** 8:17 21:15
33:23 34:4,5 43:17
45:5 50:12

**scamming** 5:10

**scene** 24:12,14

**scheme** 5:10

**school** 37:9,11 42:23
43:4,5 44:4

**science** 11:20 14:5
18:13

**scientific** 15:12

**scientist** 12:9 17:10

**scientist-engineer**
17:7

**scientists** 46:8 47:9
49:11

**screen** 50:11 52:6

**scrutiny** 5:8

**Scytl** 5:24

**seal** 28:21

**sealed** 29:9

**seat** 42:23

**sec** 23:20

**second** 19:16 36:10

**Secretary** 19:4,5,21
20:7,12 25:8,11,12
38:4 44:11 48:11

**securely** 47:13

**securing** 47:12

**security** 6:17 49:19

**see** 3:21 6:6 7:11
10:7,11,13 14:14
16:17 18:1,17 22:18
27:20 30:24 31:15
34:6 35:8,16 38:11,
21 39:1,11,15,21
42:7 44:24 45:1
48:8

**seeking** 37:6,7

**seen** 4:20 7:18 31:7 35:9,10 41:17

**sees** 8:22

**segment** 23:12

**selection** 11:13

**self** 3:3

**Senate** 11:24 14:6 27:13 50:21

**senator** 5:17 26:20 27:11 33:22 34:15 35:14

**senators** 22:10

**sense** 52:22

**September** 12:23 14:12 15:16

**series** 37:1

**serious** 11:13 21:13, 14

**server** 6:6,7

**servers** 6:21

**Sessions** 5:5

**set** 4:23 5:1 14:14

**seven** 43:22

**share** 50:9,10,11

**she** 10:9,10,11,12 34:5,6,7,16,17 35:2, 7,8,9 36:24

**she's** 34:8

**shift** 27:2

**Shiva** 11:16,19,23 12:4,7,12 13:3,8,9, 14,20 14:3,19,21 15:3,7,11,24 16:12, 15,23 17:6,9 18:7 19:1,10,15,19 20:2, 6,17 21:2,5,18,22 22:1,24 24:11,21 25:18 26:4

**Shiva's** 26:10

**shop** 43:24

**shops** 52:22

**short** 11:6

**should** 7:10,16 9:11, 14 18:20 33:6 45:11

**shouldn't** 9:11 33:6

**show** 4:21 19:20 22:11 23:22 24:19 34:14 35:17,19 36:3 41:16 42:1 44:24

**showed** 2:24 18:8 19:3,23

**showing** 20:23 38:19 39:10

**shows** 19:16 35:18

**shut** 19:6 20:14 23:10

**side** 7:23

**sides** 30:17

**significance** 48:15

**signs** 12:18,21

**simple** 8:11

**since** 37:19 50:7

**single** 4:9 6:11 14:10 31:16 35:8

**sit** 32:23 34:7

**sitting** 46:10

**situation** 10:23 47:14

**six** 35:7

**skittish** 5:12

**slide** 42:2

**slow** 29:12

**slowed** 29:16

**small** 27:15 36:17 40:18 42:21

**smart** 26:10

**smartest** 11:15

**Smartmatic** 10:4,5

**so** 2:9 3:17,20 4:1,13 5:7,11,16,21 6:11, 16,20 7:1,5 9:2,6,23 10:13 11:1,13,18 12:3 13:23 14:4,8, 11 15:15 16:3,7,9, 24 17:16,21 18:2,7, 10,16 20:11 21:1,10 22:1 23:4 25:10,11 26:16 27:3,16,17 28:12,13,21 29:1,16 30:4,6,7,10,11,13, 15,23 31:17,22 32:8,9,18 33:2,18 34:17,22 35:5,7,10 36:1,20 37:21 38:6, 8,10,14,20,22,23 39:19,20,22,23 40:3,7,16 41:12 42:1,24 43:3,17

48:8 50:19,21

**showed** 2:24 18:8 19:3,23

**social** 23:13 26:1 50:9

**socialists** 11:6

**software** 45:19 46:12 47:8 49:3 50:20

**solve** 16:13

**some** 3:10 5:8 7:6 8:3 9:19,20 12:1 13:10 14:10 19:14 21:17,19 23:5 24:4, 5 29:19 34:1 35:22 36:4,16 42:7 44:6 47:4 50:11

**somebody** 2:9 25:16 28:14 43:16 44:11 47:5 50:2

**somehow** 3:4 9:22, 23 42:10

**someone** 13:7 52:4

**something** 4:11 5:15 7:4 9:8 12:13 15:16 16:15 19:9 22:4 24:5 39:7 40:9 42:24 43:3 44:8 46:17

**something's** 29:10

**soon** 9:4

**sorry** 30:18

**sort** 17:11

**source** 48:3

**space** 19:17 27:16

**Spain** 5:24

**speak** 5:22 8:23

**specialist** 27:15

**specifically** 5:22 27:19

**specifics** 9:21

**speech** 23:3,4

**spend** 9:12 16:20

**spent** 22:15

**spike** 34:18,19 35:10

**spread** 50:4

**spyware** 45:2

**stage** 30:16

**stamp** 16:7

**standard** 6:5

**standpoint** 15:12 17:11

**start** 9:5 15:13 44:14

**started** 10:3 15:15

**starting** 27:2

**state** 3:3,5 18:8,22 19:4,5,7,21 20:7 25:8,11,12 26:20 27:11,13 33:22 34:15 35:14 38:4 44:11 48:11 52:13

**State's** 20:12

**statement** 2:16

**statements** 9:19

**states** 9:16 12:14 20:9 26:6,12 51:1

**station** 16:17 27:16

**stay** 8:10 35:7 36:9

**steal** 51:10

**STEVE** 9:15 10:19 11:14 24:21 26:8 33:21 35:12 36:6 42:20 45:13

**Stewart** 36:7 43:7

**stickers** 12:17,21

**still** 18:24 19:1 20:15,16 45:10

**stole** 18:3

**stolen** 5:7

**stop** 19:8 26:1

**stopped** 44:11

**store** 4:2

**story** 10:9 24:7 52:13

**straight** 31:9

**street** 4:9

**stuck** 32:14

**study** 48:1

**stuff** 10:8,22 11:13 12:1 13:11 14:6 36:2 50:1

**subsequently** 4:10

**such** 9:7 52:15,17

**sudden** 16:19 43:21 44:4

**sued** 18:22

**Suffolk** 18:16

**summary** 49:20

**supercede** 23:4

**supposed** 21:7 28:18 29:5 32:10 35:4 44:5

**supposedly** 6:4

**suppress** 22:15,16

**suppressed** 50:8,10

**suppression** 25:24

**sure** 5:23 10:20 25:10 36:15

**survived** 19:2

**suspect** 8:4

**swamp** 20:11

**swiping** 2:19

**system** 3:11 6:15 9:14 11:20 17:19 27:20 46:5,6,9 47:15 48:2,3,4,20 50:22 51:2,20,23 52:8,10

**systemic** 51:3

**systems** 13:16 14:5, 6,8,9

---

**T**

**tabulated** 31:21 52:2

**tabulates** 51:20 52:2

**tabulating** 30:10,18 31:17 33:19

**tabulation** 47:12 51:17

**tabulator** 32:19,24 46:10 51:21

**take** 6:22 15:14,21 20:11 23:19 24:7 26:2 32:4 45:3,7 46:5 51:14

**taken** 19:13 25:9,10

**takes** 19:22,23 51:21

**taking** 16:3

**talk** 9:21 10:14 12:15 23:17 24:17, 18,19,20 42:20

**talked** 26:4 43:12

**talking** 11:10 23:13 25:2 34:8 39:11

43:17,24 44:7,9

**tallies** 28:20

**tally** 27:19 28:18
41:9 46:13

**tallying** 51:16

**tampered** 4:13
47:14

**tape** 10:22

**target** 22:23

**TCF** 28:4

**team** 8:2 45:23 46:7
49:11 51:5,24

**tee** 45:15

**tell** 2:16 9:12 11:23
13:23 16:19 19:15
24:13,14 30:5 39:19
44:13 50:6 52:9

**telling** 3:18 5:16
11:5 26:2 32:18
50:21

**tells** 20:8 47:16,17,
23

**terms** 7:19 50:17

**testified** 50:20

**testimony** 9:23 20:3,
10 36:8

**Texas** 4:6,9,24 5:2,
4,6,8,11

**than** 16:2 26:3 52:5

**Thanks** 12:4

**that** 2:11,13,17,21
3:5,10,19 4:2,3,17,
21,22 5:1,8,16,17,
18 6:10,11,12,19,23
7:2,5,8,10,16 8:1,4,
5,7,8,16,19,23 9:18,
21,24 10:6,8,13,14,
17 12:1,9,13 13:15
14:18 15:13,17,21
16:1,7,8,17,21
17:12,13,16,17,21
18:3,5,6,8,9,11,12,
13,21 19:3,7,16,21
20:15,16,21,23
21:4,6 22:5,13,16
23:4,10,19 24:1,10,
14,15,19,20 25:4,17
26:3,10,17 27:14,
20,22,24 28:2,5,6,8,
9,11,13,17,18,20,
21,22 29:1,2,3,7,8

30:14 31:4,14
32:15,19 33:1,11
34:1,3,6,11,15,18,
20 35:1,3,8,13,15,
17,19,23,24 36:2,3,
4,12,14,21,24
37:17,18,22 38:8,9,
15 39:5,6,12,16,17,
18,19 40:4,10,22
41:8,9,14,15,16,17,
18,19 42:11,13,14,
22 43:11,13,14
44:3,7,16,18,19,20
45:2,3,4,6,7,8,9,10,
11,18,20 46:6,12,
13,18 47:4,9,15
48:1,4,8,12,15,16,
19,23 49:8,14,16,
17,21,22 50:1,5,12,
14,19,21 51:2,5,8,
12,13,15,16,18,19,
21 52:1,5,6,13,22

**that's** 2:10,15 3:24
8:12,18 9:13 10:2,
21 14:10,11 15:5,9,
20 18:6 19:24 20:1
21:12 25:14,15
26:3,7,11 29:4,19
31:20 32:21 36:1
37:10 38:10 40:6,15
41:9,20,22,23 42:7,
16,17 43:6,8,12,13,
19 47:2,3,10 48:22,
24 50:4 51:4,5,7
52:16,22

**the** 2:3,10,12,21 3:1,
3,5,6,10,11,17,18,
19 4:1,11,12,21
5:16,22 6:3,4,5,9,
10,11,13,15,16,18,
21,24 7:3,5,12,13,
24 8:4,13,15,20,24
9:1,4,16,17,18,21
10:4,5,10,11,15,17,
20,21 11:1,6,8,11,
15 12:1,4,9,11,19,
22,23 13:17,18,23
14:6,7,9,11,14,20,
23 15:1,3,19 16:1,4,
5,6,7,8,9,11,20,21
17:7,11,12,16,17,
19,24 18:1,3,8,9,10,
12,13,14,15,19,20,
22 19:2,4,5,6,11,12,
13,14,16,17,21,22,

23 20:7,8,9,11,12,
13,18,20 21:3,6,7,8,
9,13,21 22:9,10,14,
15,18 23:1,2,13,15,
24 24:8,9,11,14,17,
23 25:1,5,6,8,9,10,
11,12,13,17,21,23,
24 26:6,7,8,9,11,12,
14,15 27:1,3,9,12,
13,15,18,19,20,21
28:2,3,4,6,8,9,13,
14,15,17,18,23,24
29:7,13,14,19 30:8,
9,14,16,17,18 31:7,
17,20,22 32:4,8,10,
13,14,15,19,24
33:3,7,21,22,24
34:2,4,10,12,19,20,
22,23,24 35:1,5,6,
10,17,19,23 36:2,3,
7,12,19,21,22,23,24
37:1,4,8,12,13,14
38:4,6,8,22,23,24
39:2,3,5,8,9,15,16,
17,18,20 40:8,9,12
41:2,6,9,10,12,16,
18,23 42:2,3,4,5,6,
23 43:3,5,8,10,14,
15,16,20,22,23,24
44:2,3,9,10,15,16,
17,19,22,23,24
45:1,2,4,8,13,14,16,
17,18,19 46:2,3,4,5,
9,10,11,12,13,14,17
47:5,11,12,13,15,
16,17,23,24 48:1,3,
8,11,14,18,20,21
49:1,2,3,5,10,12,15,
16,17,19 50:9,14,
17,19,20,22 51:1,2,
5,6,7,9,13,14,17,20,
21,23 52:1,5,6,7,8,
9,12,13,18,20,21

**their** 2:19,20 4:5
6:6,7 11:7 20:20
24:15 28:7 43:1
45:8 50:2

**them** 3:8,20 5:2 6:2,
3,19,23 9:12 10:16
16:18 21:7 22:13
26:1,2 31:18,24
32:11,16 34:13
35:3,4 43:17 46:21,
22,23 48:5,6 52:2

**themselves** 52:21

**then** 4:2,10 6:3,12,
23 12:12 22:22
25:7,10 26:17
30:13,17 31:11
32:8,11 37:24 38:7
42:9 46:6 51:16,19

**there** 5:3,9,11,15,23
6:7,8,17,22 7:6,15,
16 8:8,9,17 9:7,19
11:7,11,21 12:20
13:6 14:13 17:18
18:1 19:9 20:22
21:16 22:20 23:9,
12,22,24 24:16
25:13 28:5,10,14
29:3,12,13 30:6,15,
16,17 32:4,24 34:2,
6,7,13 35:2,3 36:4,
21 37:2,4 40:14,17
41:23 42:8,13 43:18
44:13,17 45:7,10
46:17 49:5 50:1,2,5,
15

**there's** 4:23 7:21
8:15 9:7 13:10
15:18 20:22 28:22
30:10 33:6 34:14
37:19 40:9,13 42:7
44:4,7

**these** 2:17 4:23 6:3
10:16,17 11:8,24
12:3 13:16 15:7
17:5 18:17 22:7,9
23:15,24 24:12,15,
16,17 25:23 26:16
30:12 31:22,23
32:12 33:19,23,24
34:10,12,23 35:21
36:1,4 38:20,21
39:14,21 40:8 46:17
47:1,5,6,7,9

**they** 3:1,7,8,12 4:23
5:1,7,13,14,16,17
6:18,22,23,24 7:3,
14,15 8:6 9:6,12
10:12,15 11:6,7
15:21 17:15 18:9,10
20:13,19,23 21:1,11
22:17,20 23:10,15,
16,18 24:16,18,19
25:16 30:1 31:18,21
32:1,3,4,10,11,13
33:6,23 34:5,14,21,

22,24 35:3,4,5,6,9,
10,18,20,21,22
36:5,21,23,24 37:5,
22,23 38:3,5 39:4,
18 40:12,18 41:13
42:9,10 43:1,3,15,
16 44:1,2,3,8,9,13,
17,18 45:3,5,6,9,10,
11,12,17 48:4,5
49:13 50:11 51:6,8,
12 52:10,21

**they'd** 32:15

**they'll** 23:19

**they're** 3:11 8:8 9:1
11:12 23:7 28:9
29:3 34:4,24 40:9
44:7,14,17 48:15

**they've** 8:10 21:10
22:20 23:13 28:1
50:3

**thing** 7:2 9:4 16:15
17:13 19:2,12 22:18
25:1 26:9 35:1,8,18
44:23

**things** 8:3,17,19
16:22 21:6 24:6
25:21 36:4 37:13

**think** 5:12 8:2,3,7,9,
10 9:4,17 13:5 15:9
17:11 21:5 24:4,22
26:8 34:1,3,5 36:7
40:10 44:6,21
45:10,13,18,22
51:15,18

**thinking** 13:13,15
28:21

**thinks** 12:13

**third** 12:15 21:11
23:17

**this** 2:2,13 3:15,16,
21 4:18 7:1,2,3,4,22
8:5,14,15,16,22 9:8,
9,22 10:2,3,6,12,22,
23 11:2,4,9,11,12,
13,22 12:2 13:9,10,
24 14:1,2,22 16:11
17:1,5,23 18:5,22
19:3,12,16,22 20:7
21:10,13,20,23
22:2,5,6,8,11,15,18
23:2,9,21,22 24:7,8,
14,22,24 25:1,15,
18,20,22 26:3,4,12

27:5 29:12 31:7,24
32:2,24 33:4,5,13
34:19,20 35:9,18
36:3,7,13,14,18
37:6 38:16,21,22
39:11,13,15,19
40:3,13,17 41:17
42:3,4,15,23 43:1,2,
6,18 44:1,4,8,12,24
45:20,22 46:21
47:4,14 48:16 49:3,
8,15,24 50:12,17,21
51:1,9,12,14 52:2,
11,13,14

**those** 3:24 6:12
15:21 17:15 35:1
39:3 40:1 42:24
46:15 48:12 49:13
52:3

**though** 11:4 22:16
29:12

**thought** 13:6,10
34:22

**thousand** 35:22

**thousands** 30:24
31:1,2,3

**threatened** 24:18

**three** 20:2,10 24:1
38:8

**through** 4:4 11:8
25:2,23 27:3 31:18
32:14,16,24 33:3
37:1 38:22 48:1
50:9

**throughout** 27:20

**throw** 10:6 50:5

**thumb** 46:13

**time** 4:10 8:13 11:6
18:18 19:14 31:14
33:3 46:3 52:18

**Times** 24:3

**timestamp** 19:16

**tirelessly** 49:11

**to** 2:3,21,24 3:6,8
4:3,22,24 5:2,8,12,
17,22 6:2,3,5,11,14,
15,18,19,23 7:1,2,3,
5,7,23,24 8:2,8,10,
13,18,22,23,24 9:2,
5,6,7,10,11,16,18,
20,24 10:2,3,5,10,
14,19,20,21,22,24

11:4,14,15,22 12:1
13:23,24 14:15
15:12,13 16:2,6,10,
13,15,21 17:4,24
18:3,5,11,12,13,17,
18 19:5,6,9,15 20:9,
11,14,19,20 21:6,7
22:9,11,15,18,21
23:9,20,21,22 24:2,
8,13,14 25:7,14,17,
19,21 26:1,2,4,6,11,
13,16,24 27:14,19,
21 28:2,3,4,6,8,9,
13,18,19,22,23
29:5,11,16 30:6,12,
23 31:7,17 32:10,19
33:11,12 34:4,9,13,
14,16 35:2,4,6,7,8,
10,11,13,15,16,17,
19 36:2,3,5,6,8,20
37:4,5,7 38:3,24
39:5,11,15,18,19,
20,21 40:17,22
41:2,11,16 42:1,3,
11,13 43:4,5,9,11,
12,15,17,24 44:5,7,
15,17,18,21,22,23,
24 45:1,4,5,15,24
46:4,5,16,17,18
47:4,11,16,17,23,24
48:6,16,18,19,20,
21,23,24 49:1,2,13,
15,16,18 50:4,9,10,
11,18 51:3,6,10,22,
24 52:3,5,19

**today** 8:20 26:22

**together** 49:14

**told** 8:10,20 21:17,
18 38:3

**tonight** 10:11 11:10
44:13

**too** 4:22,24 5:2,17
8:18,24 24:15

**took** 3:18 20:6
23:16,18 25:16

**tools** 6:5

**top** 31:22 32:15

**total** 42:5

**totally** 8:4

**totals** 41:8

**town** 40:17

**township** 37:15
39:2,24

**townships** 37:15

**townspeople** 52:20

**track** 16:18

**traditional** 29:8

**traditionally** 40:4
43:20

**trained** 34:7

**training** 35:4

**transferring** 47:13

**trickle** 29:17

**tried** 20:19 26:1
44:17 50:4

**tries** 16:6

**TRO** 25:1

**trolls** 22:21

**true** 7:17 19:24 37:1

**truly** 8:3

**Trump** 12:20 31:15,
17 33:20 34:6 35:9
36:20 38:7,23 40:22
41:8,11,21,23 42:15
44:23

**Trump's** 38:12 39:3
40:1

**trust** 3:11

**truth** 7:24 8:20
50:22

**try** 50:9,11

**trying** 48:16

**turn** 9:5

**TV** 12:18 16:17

**twice** 18:19

**Twitter** 19:3,5,6,12,
13,21,22,23 20:14
22:21 23:1,2,6,10
25:1,9 50:3

**two** 13:7 15:18,20
17:22,24 19:20 21:3
23:11 24:23 26:16
29:23 33:23 34:10,
12 35:3 44:6 49:20

**typically** 18:16

**understand** 3:17
21:6 27:19 49:1
51:23

**understands** 28:8

**unexplainable** 36:4

**United** 9:16 12:14
20:9 26:6

**unless** 13:6,9

**unlikely** 15:13 18:20

**Unplanned** 23:10

**unquote** 16:5

**until** 51:19

**unwound** 45:21

**up** 2:19,24 4:1 7:8
8:18 9:22 10:7,14,
24 12:14 14:14
15:15 17:23 18:17
19:14 22:16,18,19
24:5,23 25:8,19
26:10 30:8 31:21
33:18 34:1,9,12
35:5,11,23,20,21
36:2,16,17,21 37:2,
3,5 40:18 42:21,22
43:3 44:17 45:15,23
50:11

**upon** 18:11 31:2

**us** 11:19,22 21:9
25:1 30:5 38:3
41:11 46:5,23 47:16
48:11,24 49:16,18

**use** 11:8 18:11 32:13
40:12 49:3

**used** 2:13 14:6,7

**using** 6:5

**usual** 7:13

_____

**V**

**validates** 12:2

**vans** 33:24

**variety** 8:11

**Venezuela** 2:6 9:16,
21 10:3,4,23 11:5

**version** 18:1 49:20

**very** 5:7 7:11 10:8
11:5,10,13 17:10
18:14 25:3 30:12
32:2 36:1,7 45:22,
23 47:19 49:13

**vice** 27:12

**video** 2:1,5,8,15,22,
23 3:7,9,13,14 4:7,
8,14,15,17,19,20
5:3,14,19,21,23
6:20 7:9,20 8:1,12
9:3 11:18 12:4,6,7,
11,12 13:1,3,5,8,12,
14,18,20,22 14:3,
18,19,20,21 15:1,3,
5,7,9,11,23,24
16:10,12,14,23,24
17:6,8,9 18:2,7,24
19:1,8,10,11,19,24
20:2,4,6,15,17 21:1,
2,4,5,14,18,20,22,
24 22:1,3,24 23:7
24:11,13 26:19,23
27:5,6,7,9,22,24
28:12,16 29:1,6,11,
15,16,18,21,24
30:1,3,4,6,9,11,13,
15,19,21,23 31:1,2,
4,6,9,11,13,14,16
32:1,3,7,9,13,17,18,
21,23 33:2,8,9,13,
15,17 34:2 36:11,15
37:17,19,21,23
38:1,2,6,10,13,14,
16,18,19 39:1,4,8,9,
23 40:3,6,7,15,16,
20,21,23 41:1,3,5,6,
14,20,22 42:1,12,
16,17,18,19 46:2,
16,19,20,22,24
47:2,3,7,18,19,20,
22 48:7,9,14,17,22,
24 49:7,9,21,23,24
50:6,13,16,23,24
51:8,11 52:15

**videos** 2:18

**violation** 23:2

**volunteers** 12:16

**vote** 2:9 4:9 5:10
11:9 15:18,19,22
27:19 28:18,20
31:3,4,15,17 34:6
35:9 36:19 41:7,9
44:1 51:15,16 52:6

**voted** 2:7 3:19,21,23
44:2,6 51:18,19

**voter** 3:19,21 4:2,3,5
52:5,7

**U**

**Uhhh** 7:14,15

**unbelievable** 4:16

**under** 5:8 44:9
45:10

**voters** 42:3,4 43:21
52:6

**votes** 4:4 5:11 6:3,4,
15 8:6 17:20,21,22
20:24 28:15 30:24
31:3 34:20,23,24
35:1 36:17 37:16
39:3 40:1,19,20,21
41:8,12,13,19,24
42:4,5,6,9,10,15
43:22 44:21 47:13
49:6,10

**voting** 3:2,11 4:4
9:14 15:17 17:17,24
40:13 44:5 46:6,9
48:19 51:2,15

**vulnerability** 6:17

---

**W**

**wait** 9:5

**waiting** 23:23

**Waldron** 10:24

**walk** 25:1 35:5

**walked** 22:1

**walking** 30:8 33:18

**wall** 28:4

**want** 4:22 6:14,23
7:24 8:6,8 9:2,10,18
10:19 11:4,21 12:19
13:23 16:15 19:9
22:9 29:11 31:7
33:11 36:2,6 39:19,
21 40:16 42:1 43:4,
15 44:15 45:4,15
46:16 47:4

**wanted** 5:17 8:13
10:2 20:11 27:19
34:13 36:3 37:4,7
43:5 51:10

**wanting** 7:23

**wants** 6:14

**was** 4:13,17 5:8,9,11
7:10,11,15 10:5,8
11:7 12:16,22 13:4,
6 14:12,22,23
17:12,16,17 18:3,8,
14 19:3,13 20:12
21:16,19,20 22:6,18
24:19 25:2 26:20
27:5,11,18,21,22
29:7,18 30:6,7,14,

15,16,17 31:3,5
32:4 33:13,19,23
34:13,16,17,20
35:1,2,7,9,24 36:21
37:4,10,11 38:15,24
39:16 40:13 41:10,
19,23 42:13,24
43:3,18 44:3,4,6,22
45:2,19,20 46:7
47:14 48:1,19,23
49:4,8,14 50:1,3,21
52:15,17

**Washington** 24:3

**wasn't** 13:14 22:5,
24 29:9 34:7 41:9
47:4

**watch** 4:3 22:11
25:18

**watchers** 35:6

**watches** 6:9

**watching** 2:20 22:4
33:18

**way** 2:10 4:4 13:18
16:22 18:12 27:3
32:10,19 35:24
43:20 45:19 51:23
52:7

**Wayne** 27:10 49:10

**ways** 15:18

**we** 2:1,18,23 3:15,18
4:1,2,3,4,8,13,21
6:5 7:1,11,18 8:16
9:9,10 11:11,18
12:5,15,16,18,21,
23,24 13:4 14:12,
13,14,15 17:11,12
18:8,16,20,21,22
19:2,3,20,22 20:12
21:8,16 23:1,13,20
24:19 26:19 27:3,20
28:3,5 33:9,11,12
36:2,12 37:6,7,8,9,
17 38:7,14 39:16
40:19 41:15 42:10,
12,14 44:14 45:1,
21,24 46:2,3,6,8,10,
14,22 47:10,15,24
48:4,5,8,9,10,12
49:12,16,17 50:24
51:1,2 52:16,23

**we'd** 14:13

**we'll** 26:17 44:12
46:1

**we're** 2:2,6 7:7 10:5,
8,20 11:9,14 12:1
13:9 23:12,21 26:13
29:21 36:8,9,11
38:19 39:10 41:16
44:1 45:15

**we've** 7:5 21:12
39:11 48:18 50:16

**website** 10:7 34:12
35:20 36:2 37:1
50:7

**week** 10:2 16:20
49:13

**weeks** 11:20,23 24:1

**weighted** 17:19
24:24 25:6,22

**weird** 17:5

**well** 2:5 3:9 5:3,7
7:9,14 9:8 11:21,22
15:11 19:8,19 21:5
25:3,7 26:23 27:24
29:21 33:17 34:11,
23 36:15 40:12
43:12,18 48:17 50:6

**went** 7:2,6 12:1
19:20 24:16 25:4
32:14 35:21 36:20
39:12,21 43:6 45:16
46:6

**were** 2:13 3:7 5:7,9
11:6 12:18 13:1
16:10 17:3 18:2,16
21:8 22:17 24:18
28:2,5,6 29:12,13,
22 31:21 32:10,11
34:14,21,22,24
35:3,4 36:4,22 38:3,
8 39:3,4,16 40:1,21
41:12 42:8,13
43:15,16 44:3,18,22
45:6 47:6,9 48:3,4,
12 49:5,9

**weren't** 13:12 37:6,
7 41:13 44:9

**what** 2:2,3,13 3:17,
18 4:3 5:1 6:6,21,
23,24 7:5,8,11,21,
23 8:12,14 9:6,15
11:4,9,10,12 12:23
13:23,24 14:12
15:20 16:1,3,11,20,
22 17:12,21 18:7,13
19:17,22 20:7,9,12

21:10 23:13,16,22
24:22 25:2,13,15
26:21 27:8,22 28:12
30:5,7,13,24 31:3
32:2,8,21 33:17
34:8,9 35:11,13,18,
20 36:24 37:10,12
38:19,23 39:7,10,
11,15,19,21 40:12
41:18 42:1,3,7,14
43:6,10 44:13,18,24
45:2,17 46:10
47:10,14,24 48:9,
15,16,23 50:18,24
51:1,6,11 52:9,11,
20

**what's** 7:8 8:21 10:9
21:9 33:5 37:6
40:23 48:14 49:18
51:7 52:3,9

**whatever** 5:18 52:19

**when** 3:22 7:14 9:7
10:14 11:8 12:15
14:9 15:22 16:15
18:20 19:3 21:8
22:5,11,16,18
23:11,16 25:8,16
26:4,15 27:11,18
28:16 29:13,19
31:6,17 32:1,3
34:18 37:22 38:8
40:8 42:9 48:22
50:20 51:1,14,15,
20,24 52:1

**where** 2:6 3:22,23
5:10 7:2 10:3 11:6
16:6 17:19,20 19:17
20:10 21:11,12
23:10,12,21 26:11
27:7 28:17 31:20
35:6,9 39:12 41:12,
23 52:4

**wherever** 6:14

**whether** 48:19 49:1

**which** 7:7 12:22
14:15 18:9,14,16
19:15 34:18 39:6
41:11 45:8 46:11
48:21

**white** 6:5 14:23

**who** 2:18,24 3:19
7:14 8:9,19 11:9
12:19,20 14:22

19:17 22:18 23:8
36:16,20 37:3 44:1,
2 48:5 50:8

**who's** 2:7 12:9 37:3

**whole** 10:23 23:12
25:1,20 34:20
52:18,20

**why** 2:9 4:22,23 5:1
7:22,24 9:6 11:22
19:13 22:4 24:7,20
26:4 29:4 30:4
41:13,15,16 42:7,11
43:6,7 44:12 52:16,
22

**will** 4:21 10:6 11:12
22:13 36:1

**win** 4:24 5:2 13:1,9
14:16

**wins** 14:22,23

**wiped** 4:9

**with** 2:18 3:5 4:10,
13 6:23 7:11,18
9:16 10:4,5,23
11:17,18 12:2 14:13
16:3 19:6 23:10,15
24:8,23 25:1,22
26:21 27:16,17 28:7
29:22 30:7 33:12
34:15 35:19,24
36:10,12 39:7,21
40:9 41:15 43:4
45:18 46:4,7,11,12,
23,24 47:7,14 49:15
51:3 52:7

**witness** 28:20

**witnessed** 27:3

**won** 14:13 17:4

**Wonder** 44:12

**wondered** 34:19

**wondering** 44:3

**word** 12:23

**words** 4:11 27:16
51:5

**work** 4:1 5:5 9:14
30:7 33:12 49:11

**worked** 4:4 13:4
31:7 49:13

**workers** 2:18

**working** 6:18

**works** 9:13 50:22
51:18,23 52:8

**world** 10:15 12:15
14:7 19:12 21:11
23:17

**worth** 28:7

**would** 2:1,2,3,10,14
4:1,3 5:1 7:3,4,21,
22,24 9:9 15:12
22:4 31:18,19,20,
21,22,24 32:4,5,9
39:6,14 40:10
43:14,17 44:11
50:19,21 51:9 52:17

**wouldn't** 29:7 40:10
49:7,10

**wow** 4:7,14 6:20
12:2 15:14 16:16
19:8 22:12 24:8
33:17 40:11 44:14
50:23

**wraps** 45:11

**wrong** 3:1 39:7 40:9
43:6 44:8 45:7,8,19

---

**Y**

**yeah** 10:13 12:6
13:3,8,18 14:3 18:7
19:10 22:2 23:8
26:8,23 27:6 29:15,
19 30:3,11 32:17
33:2 41:14

**years** 8:6 18:11 23:9
52:18

**Yep** 28:16

**yes** 2:15 3:10 4:19
11:3,13 20:2 22:5
29:6 35:19 43:18

**yet** 51:19

**York** 24:3

**you** 2:11,14,16,17
3:11,14,18,20,21,24
4:22,23,24 5:5,15,
21 6:14,21 7:1,4,8,
13,24 8:5,14,16,21
9:3,8,9,12,19,20,24
10:14,16,18,21
11:5,8,9,22,23 12:7,
13,14,17 13:1,5,6,7,
12,15,16,23 14:1,4,
8,9,18 15:9,12,18,
19,22 16:3,10,19
17:2,3,20,21 18:2,4,
15,18,19,22 19:9,

11,12,13,17 21:4,8,
15,16,17 22:4,11,
12,15,16,19,22
23:4,9,11,14,16,17,
18,19,20,23 24:1,2,
3,4,6,7,14,20,21
25:9,15,17,18,20
26:2,21 28:9,10,13,
16,20,21 29:4,7,8,
12,13,22 30:1,2,4,5,
23 31:7,11,15,19
32:6,23 33:23,24
34:8,14,19,24
35:10,11,17,23,24
36:13,14 37:14
38:10,20,21 39:1,5,
17,19,20,23 40:17
41:6,10,23 42:2,7,
13,14,20 43:2,10,
13,19,21,22,23
44:1,10,13,14,15,16
45:3,6,21 46:17,20
47:4,17,22,23
48:16,23 49:7,9,10
50:1,3,6,13,14 51:9,
13,14,15,16,17,18,
19,20 52:1,8,9,18,
19,21,22

**you'd** 24:8,9 29:9

**you'll** 3:17 9:22
10:13 18:1 23:4
48:8

**you're** 4:22 5:16
7:24 8:22 10:7,11,
13,21,22,24 11:2,14
13:23 15:10 16:14
17:4,10 22:3,23
23:8,12,20,24 24:6
26:9 28:12,21 29:2
32:18 35:12,15 36:5
39:10,15 40:11 42:3
43:24 44:24 45:1
51:15,16 52:19

**you've** 4:20 17:1
25:18 28:17 42:21

**your** 5:1 7:8,21
9:12,13 16:3 17:22
18:3 23:18,19 24:2,
3 29:9 43:24 48:23
51:16,20

**yours** 18:3

---

**Z**

**zeros** 3:24 4:2,12

**Zuckerberg** 23:14

TRANSCRIPT OF THE AUDIO RECORDING OF:


One America News Network

February 11, 2021

Vol. 3


TRANSCRIBED BY: THOMPSON COURT REPORTERS INC.

1          STEVE BANNON:  Look in this small county in, in

2    northern Michigan, it's kind of this gets to the heart of what

3    the problem is here. First off, you've got the, you've got

4    this 68% situation where it's, you know, it's the overcount of

5    68%, or they're off by 68%. You've also got the situation

6    where, you know, Allied is saying in the manual, that they

7    show the manual, you've shown it that they're actually connect

8    to the internet. Mike, is that where you guys believe that you

9    caught Dominion and a bald faced lie? Because they say, hey,

10   there's no possibility this thing could be hooked up to the

11   internet. And yet here in the manual, you found there was

12   caught, it can be connected to the internet?

13          MIKE LINDELL:  Oh, no, it's just that's just one of

14   many. I mean, it's just one lie after another with these

15   people. I mean, I cad to connect to the internet, their

16   servers overseas, it just goes on and on. But you know, when

17   you talk about this case, in particular, you just heard, you

18   know, they're trying to, you know, they but right in the right

19   in the thing based on our study, we further conclude that the

20   results from Antrim county should not have been certified. I

21   mean, this is right here that, you know, in their report, and

22   instead of, and not only that, they should have just went to

23   every other county, then. I mean, this is the most, if this

24   doesn't show the whole country here, you know, here you had

1  evidence, you know, the one machine you got to open up and

2  then everyone says, well, we're not gonna open up anymore. And

3  by the way, they weren't online. Well, here it is, right here.

4  They were online. I mean, they're not only online, but we've

5  got, you know, they were used and he says it right here, when

6  they went in there to check the cyber footprints or the to

7  check these machines. They seen all that. They see that you

8  couldn't have done, the things that couldn't be done. You had

9  to be online. This is stuff that I asked I did my own due

10 diligence I asked Russ, you know, Russ, I said, and his team,

11 I said, so these machines would have to be online in order for

12 what you see in there to be done. Absolutely. 100%.

13         STEVE BANNON:  Okay, the other thing I want to get to

14 is their report is, is it ever going to be fully put out? And

15 here's the reason there are people on the left the people the

16 mainstream media, the push back on the credentials of Russ. I

17 think there were also some calculation mistakes done in

18 Michigan by adding certain on some of the stuff I think some

19 of the in the court filings, they had some mathematical

20 mistakes, including some some districts in Minnesota. And so

21 people have question Allied. But in their report, and I don't

22 think this could be more brutal and more stark that says, and

23 I quote, "we conclude that the Dominion Voting System is

24 intentionally and purposely designed with inherent errors to

1  create systematic fraud and influence election results." Now in

2  the state of Texas did their assessment when they decided not

3  to choose Dominion Systems, they weren't this harsh. They were

4  pretty tough on Dominion is that they had all these types of

5  flaws, and they felt in their system that they just weren't

6  tight enough. That's the way they are selected for the state

7  of Texas here. They say they're designed to have these flaws.

8  Now. Do you believe this? Is this one of the things that

9  you're you're depending upon this Allied Securities analysis

10 of Atrium County. Is this one of the things that you depended

11 upon when you make these assertions that Dominion Systems is

12 purposely purposely designed to actually have flaws so that

13 you can actually flip votes? Of which they adamantly say,

14 never happened, the system is not designed to do that. In

15 fact, they say it's actually impossible to do that.

16      MIKE LINDELL:  You know, you're right, Steve, it

17 didn't. I wasn't 100% then. I could look there. I didn't see

18 you know, I didn't see him plugged in with my own eyes. So I

19 could be very subjective and gay. It says in a manual, you can

20 go online, and you have thousands and thousands of affidavits

21 from people that said they were online. You had people that

22 ran them that said they were online. But that wasn't what I

23 did my thing. What you're coming up here in this show, is what

24 what I knew that they were online, and even being online. I

1  for me, I'm going okay, even if they were online, you know,

2  did people to date steal our election? That would be my

3  question. I'm going okay, you proved they were online. We all

4  know that. But does that prove that they actually that they

5  stole votes from servers overseas? No. But what you're gonna

6  see here tonight is yes, they did. And this is when I went I

7  kept getting Steve, I went like this with me. I kept getting

8  here and more things I would dig into it. Like, you know, with

9  the Rus Ramsland group I dug into them probably a month and a

10 half before I ever got that piece of evidence on January

11 ninth. So I'm digging into them, I'm going and then all of a

12 sudden they find all this stuff in Antrim County, and I'm

13 going wow, we got it. They showed the machines. All you got to

14 do is just open up the machines in this country. And you're

15 going to find all the these votes that were flipped and

16 flipped, but you know what

17      STEVE BANNON:  Your look, look, you're a tough

18 business guy. You run your business people don't maybe not

19 know this, but it's not just making pillows. It's the math and

20 back that the math of sales

21      MIKE LINDELL:  Right.

22      STEVE BANNON:  and marketing. You're very detailed

23 oriented when it comes to numbers. You're very detail oriented

24 about getting to the bottom of when numbers change. Are you

1  confident that you've done the due diligence on Allied?

2  Because I gotta tell you their report, and I think the

3  audience needs to know, when is the full report coming out?

4  Because I don't think the full report's out I think some parts

5  are held back about this.

6          MIKE LINDELL:  Yeah no

7          STEVE BANNON:  People need to see this report, they

8  need to read the report in DePerno, I think needs to become

9  even a bigger public figure about this, because to me, this is

10  one of the hearts of the cases.

11          MIKE LINDELL:  Right. Well, you know, he was at, you

12  know, his a small town lawyer guy that came in there to help a

13  school board thing, and he's dealt with sudden thrown into the

14  public eye. And you know, what, there is a report that stuff

15  that came out their stuff, they held it, this court case is

16  still going on, they can't put stuff out there, like you're

17  all seeing. And the media used that to say all there's,

18  there's this and this and this, the bottom line is they showed

19  straight out that there were 7300 votes flipped, or whatever

20  it was. I want to tell you this, too, you know, maybe I'm just

21  seeing something,

22          STEVE BANNON:  By the way, you don't believe I hang

23  on, you don't believe what they're thing was it it was a, it was

24  a clerk or as a software situation, and the clerk didn't

1   install the right software. It didn't flip it, you don't

2   believe what they came out and said, the official party line,

3   you checked that out, and you don't believe that?

4        MIKE LINDELL:  100% I checked that out. Because when

5   the report came back, I talked to them guys, I said, you know,

6   this is what what do you mean, they say they're saying this,

7   and this, these machines, they have a feature in them the

8   weighted race feature. So you just set them now or you set them

9   in you can and you can hack into them. But what I want to say is

10   this, I'm gonna I'm gonna, I'm going to go a step further

11   here, there might be a third miracle in here, because head,

12   the Antrim County, let's just say that they would have said,

13   okay, let's open up the machines in this country. Every single

14   state would have been flipped, you'd have seen all the votes

15   that were flipped, but you might not have seen who did it, and

16   where all they came from the servers overseas. So this

17   evidence that came out a little later. And when I got ahold of

18   on January 9, when people reached out to me that, you know,

19   that could be the third miracle. It all leads up to these

20   machines getting found out, it's an attack on our country, and

21   it's coming up here, but you know what Matt's doing right now

22   the case is still open. And it's that, you know, all this

23   stuff can be attached to that, and we can go out from there.

24   This is what I want to tell the public. You know, that's kind

1   of that, you know, you got all these things out there. They

2   say, well, where's our hope? Where's that? You know, what the,

3   the hope is that you get this video that you get this

4   documentary out to everyone so that everybody that the media

5   can't suppress what we have here. We have good ongoing cases.

6   Antrim County is still going on there that that was just the

7   media telling we don't want to open up any more, you know, any

8   more machines.

9           STEVE BANNON:  Yeah, what I want to do Mike is go to the next

10  section, because here's going to see Matt DePerno. You know, a

11  small town lawyer, is going up against the entire system in

12  these in the system is trying to disbar everybody that's

13  contesting this. So let's, let's see the next section of the

14  film, and then we'll come back and talk about it.

15          Okay.

16          MATT DEPERNO:  Antrim County was not

17  certifiable based on what the machine spit out on election

18  night. And what we've requested is a full audit of the county.

19  But we want all of the machines tested. We'd like to see all

20  the machines tested across the state.

21          MIKE LINDELL:  Right.

22          MATT DEPERNO:  We'd like to see audits across the

23  state of Michigan.

24          MIKE LINDELL:  Right.

1          MATT DEPERNO:  This is from the actual

2   Dominion manual.

3          MIKE LINDELL:  This the Dominion manual, yeah yeah.

4          MATT DEPERNO:  This tells you know how to connect

5   the machine to guess what?

6          MIKE LINDELL:  The internet?

7          MATT DEPERNO:  Yes.

8          MIKE LINDELL:  Did everybody hear that?

9          MATT DEPERNO:  This is another slide.

10          MIKE LINDELL:  But you have to be on the internet in

11   order to do this. So we're going to show you here, I thought

12   these machines didn't go on there. That's what we were told as

13   the public.

14          MATT DEPERNO:  It's what we are told.

15          ERIC COOMER:  If it's configured to print

16   automatically, it'll print anywhere from one to, you know, 5, 10

17   copies, however many are needed in the jurisdiction as well.

18   This device can transmit directly. So that's all part of that

19   closed polls process. You hit that button once it prints out

20   the tapes, when it's done putting out the tapes, it will

21   automatically transmit the results as well.

22          UNIDENTIFIED SPEAKER D:  What is the vehicle for the

23   transmission from the ICP? Is it cellular modem versus VPN?

24          ERIC COOMER:  It is a cellular modem that

1   can be configured in a VPN. Right? And we are currently in

2   Chicago Cook County, we worked with Verizon to secure that

3   network. So we would have the same capabilities here.

4          UNIDENTIFIED SPEAKER D:  Lucky. What wireless chipset

5   slash modem does the hardware have?

6          ERIC COOMER:  Uh we support a variety. So

7   it's really up to the jurisdictions what technology they want

8   to use what's compatible with their their networks.

9          UNIDENTIFIED SPEAKER E:  Currently, in some

10  jurisdictions, we're using basically a modem that is a 3g

11  modem GSM but we can support multiple varieties of models.

12         ERIC COOMER:  Including including latest 4G

13  standards as well.

14         UNIDENTIFIED SPEAKER D:  So the answers the next

15  question is it 3g or 4g? Verizon AT&T or Sprint? I am assuming

16  all?

17         ERIC COOMER:  Yeah, all networks. Yeah, I

18  mean, we actually transmit from the ICP in Mongolia as well.

19  So we're not limited in networks

20         UNIDENTIFIED SPEAKER E:  Out in Puerto Rico, there's

21  three vendors, because the island is not covered by any by any

22  of the vendors completely. So we use three different cellular

23  vendors for some ICPs. With these vendor, Claro, AT&T and

24  T-Mobile, I think, in the different parts of the island.

1          UNIDENTIFIED SPEAKER D:  Everything gets complicated.

2          MATT DEPERNO:  This is another slide from

3          MIKE LINDELL:  Right.

4          MATT DEPERNO:  the Dominion Software

5  manual,

6          MIKE LINDELL:  Right.

7          MATT DEPERNO:  That tells you exactly how

8  to set up your system to connect to the internet. Those are

9  important slides to see. And again, another slide from

10 Dominion Voting Imagecast Central, which tells you as you can

11 see, in the bottom corner here, it says number box number one,

12 ensure that the workstation is connected to the network switch

13 with an ethernet cable.

14         MIKE LINDELL:  Wow.

15         MATT DEPERNO:  What does an ethernet cable

16 get you? To the internet.

17         MIKE LINDELL:  To the internet.

18         MATT DEPERNO:  These are this is all

19 information that we've been able to look at,

20         MIKE LINDELL:  Right.

21         MATT DEPERNO:  from the actual manual.

22         MIKE LINDELL:  So what do we got here that looks like

23 it was manipulated? What?

24         MATT DEPERNO:  Well that these spikes these

1 blue spikes throughout this show you where Joe Biden got a

2 what we call injections

3          MIKE LINDELL:  Right.

4          MATT DEPERNO:  of votes at very specific

5 times.

6          MIKE LINDELL:  Right.

7          MATT DEPERNO:  These these big ones on the

8 left are November 3. So I'd be curious to see if your data

9 that you have

10          MIKE LINDELL:  It will.

11          MATT DEPERNO:  Correlate to those.

12          MIKE LINDELL:  Just so everybody knows what you're

13 gonna see, when you see this spike, you're going to see a

14 forensic footprint how that happened. And who did it, China?

15 Yes. If you're on the internet, the bottom line is you can get

16 you can cheat, you can do all kinds of things. And that's

17 because otherwise you can't explain any of these numbers.

18 Right?

19          MATT DEPERNO:  That's correct. That's

20 correct. The machine results don't match up with the hand

21 tabulations.

22          MIKE LINDELL:  To the real ballots, and once again,

23 the you know, the purpose of this whole show, obviously,

24 is to show everyone in the world that these

1  machines that this was the biggest fraud and the biggest crime

2  I believe against humanity. I this is a crime against

3  humanity. If we wouldn't be all talking about this now and

4  this is all the truth is going to be revealed.

5         MATT DEPERNO:  Michigan is under siege.

6  Because this is what I'm dealing with. Right now. Dana Nessel

7  is the Attorney General in the state of Michigan. She sent

8  this tweet out not too long ago, and it says fun fact, lawyers

9  who practice in Michigan are required to take an oath to

10  support the Michigan and US constitutions, not to file unjust

11  and or frivolous actions, or mislead the court. The spate of

12  Trump lawsuits in our state violates each of these tenants, it

13  demeans our profession.

14         MIKE LINDELL:  Wow.

15         MATT DEPERNO:  What she's calling for, and

16  she said this publicly, she's calling for attorneys in

17  Michigan, to be disbarred who file lawsuits in Michigan,

18  challenging

19         MIKE LINDELL:  This election.

20         MATT DEPERNO:  the results of the election.

21         MIKE LINDELL:  It got could you guys all hear this?

22  This is what we're up against this Dominion these machines is

23  the biggest fraud in election. They stole this. But now the

24  truth is all going to be revealed. People like this lady, then

```
 1   what's her name? Denny?

 2          MATT DEPERNO:  Dana Nessel.

 3          MIKE LINDELL:  Dana Nessel. And Dana Nessel how dare

 4   you put this out, you're supposed to protect Michigan in the

 5   US, this is what I'm doing. This is why I'm getting attacked

 6   this way. Everybody's getting attack. So anybody you know,

 7   here you are the attorney of that one of the few open cases

 8   where we have 100% proof. First, they try and suppress the

 9   actual report from it right here, right. And now they're

10   saying now they're trying to just get rid of you.

11          MATT DEPERNO:  That's true. So we have

12   Michigan executive officials, who are now using the power of

13   government to threaten those with whom they disagree with

14   sanctions. They're threatening me and others with disbarment.

15          MIKE LINDELL:  Wow.

16          MATT DEPERNO:  So bringing forth evidence

17   now, in our country, not only gets you the mockery of the

18   mainstream media

19          MIKE LINDELL:  I've been there.

20          MATT DEPERNO:  Who refused to actually

21   report on it, or the truth, but it now gets you ethics

22   complaints filed against you if you are a lawyer.

23          MIKE LINDELL:  Wow.

24          MATT DEPERNO:  So what do we do about that?
```

1  When the Michigan Attorney General who is the chief law

2  enforcement person in the state threatens those with whom she

3  disagrees. You know what that is? That's tyranny.

4          MIKE LINDELL:  Yeah.

5          MATT DEPERNO:  That, you know, that is

6  totalitarianism. So in our election system, and it's been

7  going on for years after every election, people challenge

8  elections,

9          MIKE LINDELL:  Right.

10          MATT DEPERNO:  That happens on a regular

11  basis.

12          MIKE LINDELL:  Yeah yup.

13          MATT DEPERNO:  And that's part of our

14  republic. That's part of public discourse. We're an eight were

15  enabled to go in and have those discussions through the court

16  system to challenge elections. And what Dana Nessel is saying

17  is that you can't do that anymore.

18          MIKE LINDELL:  Right.

19          MATT DEPERNO:  Because if you try to do it,

20  she will threaten you, she will try to take your license, and

21  she will try to silence you.

22          MIKE LINDELL:  Wow.

23          MATT DEPERNO:  So her statements. This is

24  no longer part of public discourse. This is chilling.

1          MIKE LINDELL:  You think she's talking about all the

2     lawyers? She's talking about you.

3          MATT DEPERNO:  Well, we've talked about, I

4     totally agree with you. She is talking about me.

5          MIKE LINDELL:  Right.

6          MATT DEPERNO:  And we've talked about the

7     importance of public discourse.

8          MIKE LINDELL:  Right?

9          MATT DEPERNO:  Her tweet, as I've said,

10     chills public discourse.

11          MIKE LINDELL:  Yeah.

12          MATT DEPERNO:  What it does, is it asks a

13     lawyer to put their fear above the representation of their

14     client in legitimate litigation,

15          MIKE LINDELL:  Right.

16          MATT DEPERNO:  That is tyranny.

17          MIKE LINDELL:  Right.

18          MATT DEPERNO:  That's totalitarianism. That

19     is fascism.

20          MIKE LINDELL:  She wants to scare you into doing

21     nothing.

22          MATT DEPERNO:  But it gets worse.

23          MIKE LINDELL:  Right.

24          MATT DEPERNO:  Around November 20, Dana

1    Nessel did an interview with The Washington Post. And in that

2    interview, she threatened every Michigan legislator. And she

3    said that any Michigan legislator with whom she disagreed

4    with, any of them who challenged these election results, she

5    would investigate them and seek criminal sanctions against

6    them.

7            MIKE LINDELL:  Wow.

8            MATT DEPERNO:  That is saying to these

9    Michigan legislatures, that if

10           MIKE LINDELL:  Stay silent.

11           MATT DEPERNO:  they, if they do anything,

12   to bring forth the word of their constituents, to challenge

13   election results, they could be charged criminally. It's

14   asking elected officials, again, to put their fear above the

15   word and the choice of their constituents.

16           MIKE LINDELL:  Wow.

17           MATT DEPERNO:  And you ask yourself, why

18   did so many elected officials in Michigan refuse to look at

19   the evidence that was presented there?

20           MIKE LINDELL:  They did it out of fear.

21           MATT DEPERNO:  Or time and time again, say

22   that they haven't seen any evidence

23           MIKE LINDELL:  Right.

24           MATT DEPERNO:  of voter fraud,

 1        MIKE LINDELL:  Right.

 2        MATT DEPERNO:  or vote interference.

 3        MIKE LINDELL:  Right.

 4        MATT DEPERNO:  And you combine that with

 5  what we've now learned about the interview Dana Nessel

 6        MIKE LINDELL:  Right.

 7        MATT DEPERNO:  gave on November 21, telling

 8  elected officials they'd be charged criminally

 9        MIKE LINDELL:  Right.

10        MATT DEPERNO:  And I say this right now.

11  Everything that Dana Nessel has done in terms of threatening

12  me and threatening state legislatures violates the Michigan

13  rules of professional conduct, and she should resign

14  immediately. It demonstrates that she's not fit for office.

15        MIKE LINDELL:  Well, there's many like her. We know

16  that this is going to reveal all the evil in our country. All

17  the criminals in the country, all the ones that tried to

18  suppress this, and that's just from social media like Jack

19  Dorsey, like Mark Zuckerberg.

20        STEVE BANNON:  Okay, Mike, I want to bring a couple

21  things Eric Loomer, the the executive that works for Dominion,

22  I believe he's actually suing people. I think he's brought

23  some suits. But you say in here you actually I guess catch him

24  on the video talking about the internet. And this is once

1   again gets back to the internet. Our Dominion machines set up

2   to be on the internet where they attach the internet.

3          MIKE LINDELL:  Right.

4          STEVE BANNON:  I think that company adamantly opposes

5   to talk, to talk to us about Eric Loomers. Is he even I don't know if

6   you've been sued yet or not. You keep telling guys that hey,

7   I've got the evidence so go ahead and sue me has Loomer

8   contacted you has Loomer said that he's going to sue you with

9   all the outbursts you've had about Dominion Voting Systems?

10          MIKE LINDELL:  No. Dominion sends me letters like you

11   have been warned. You know what I've told him to sue me, Eric,

12   come on, please sue me

13          STEVE BANNON:  Coomer.

14          MIKE LINDELL:  Smartmatic all of you guys, because

15   they won't. And you know, when they do go out and they do

16   these fake lawsuits that they go in, they're suing someone

17   they're trying to do that the only reason they're doing that

18   is so that networks news networks, and everybody's afraid of

19   talking about it. So they ended up oh we're going to get sued.

20   If anybody talks about voter fraud and election fraud. Are you

21   kidding? You know, this is I would love it. Come on, Eric.

22          STEVE BANNON:  So by the way, it's Eric Coomer, I had

23   a little typo there in the notes. Now I want to talk about

24   Dana Nessel, the Attorney General. The pressure she's putting

1   on lawyers like DePerno. And also state legislators. I think

2   they're, they're trying to disbar guys, they bring cases

3   they're also threatening criminal sanctions. What is going on?

4   Mike? Why are the elected officials in the state of Michigan,

5   so afraid to drill down and to find out what's going on with

6   these machines? In Antrim County? I don't understand. Explain

7   that to the audience.

8          MIKE LINDELL:  It's not explainable. I mean, I mean,

9   you're trying to stop a court case from moving forward, that

10  could affect every single person for the rest of our time here

11  on Earth? I mean, this is crazy, that why would they do that?

12  They're either trying to hide something. That's the only

13  reason that can be the only reason. And it's not just

14  Michigan, it's across this country and all these states that

15  they do, but I'll tell you what she does that Dana Nessel to

16  threaten this guy, this, you know, this guy that was a

17  hometown lawyer that went in to help a school board election,

18  because he knew that town knew that town came to him, they

19  said, there's something wrong here. And and they trace it all

20  right to the machines. And it's, you know, here it is, but the

21  case is still open. So they are very threatened by it. It's

22  really hard for them to keep that out of the news. So what

23  does she do? Dana, Nessel sticks up these things on on her

24  Twitter and stuff and saying, hey, we will suppress any

1   lawyer, we will suppress anybody that talks about it. And you

2   know, I had a long talk with Matt about that. And I said,

3   Matt, I said it's people like you and I, that are brave, that

4   just keep going and forge ahead in spite of all that, because

5   you know what? We have the Absolute Proof, but we will get

6   that we will get to the Absolute Truth.

7          STEVE BANNON:  Okay. Okay. So Mike, I got to ask you

8   this, you say that the film is Absolute Proof. You're

9   absolutely certain you're savvy business guy, you've gone

10  through this. You've done your due diligence.

11         MIKE LINDELL:  Yup.

12         STEVE BANNON:  One of the questions people have is

13  that the state of Michigan did, certainly I think they're 28

14  other counties in Michigan, that use the Dominion Voting

15  System, the state certified this and then the Republican Party

16  controls, I believe the house in the Senate, they didn't fight

17  it. In fact, they had this big fiasco down in Wayne County,

18  they just let it all pass through. The votes did get

19  certified, they got certified in a Republican house and state,

20  as you know, and the senate just kind of stepped aside, let it

21  be certified. So So tell the audience, how are they supposed

22  to think of that one, this is a Republican legislature. Many

23  of these counties are Republican, particularly a bunch of them

24  are in rural areas, they all certified this. So

1          MIKE LINDELL:  well, they're either they're either

2          STEVE BANNON:  was Antrim County just a software

3    problem, and how did that

4          MIKE LINDELL:  Steve

5          STEVE BANNON:  make the audience understand? How did

6    everybody how did everybody certify?

7          MIKE LINDELL:  Well, they're either scared, crooked,

8    or are there we don't know. This is the big thing in this

9    country we don't know. That's why when you come into town, you

10   plan an attack on a country and you're China, and you're

11   planning this attack and you've had five years or how many

12   years to plan it, you got you got things figured out. What you

13   know, just like a backup plan when they had when they had to

14   get all those votes and all those deviations we see. The part

15   that's unexplainable is just that. None of the legislatures

16   did their job. But you know what, they use this that's what

17   they use with this China virus they also use that that's a

18   whole nother conversation. You know, they had things like last

19   summer when I brought that before Anderson Cooper the

20   MyOleander.com, they had the hydroxide clerga, all these

21   things that could have maybe opened up our country or all

22   these governors that are suppressing people. And in doing

23   this, they use that for this election. They also use that I

24   mean that but it sound explainable. There's a lot of

1  unexplainable things, but what do we say the we got the

2  Absolute Proof and then the Absolute Truth will come out. That

3  truth also will include a lot of people are going to sit

4  before people and go, you know, courts or whatever and go, why

5  did you do that? How, why would you certify something? Now I

6  will give you no, I will give one thing because you know this,

7  they suppress that machine vote and this or the machine so

8  much that like I say it's just coming out now I heard about on

9  January 9 where I had 100% proof. Now they have 100% proof in

10  Antrim County. So what did they do it you know, whoever tried

11  to stop it. I'm just saying that that's one of the things we

12  will find out too because it's very unexplainable how they

13  could all do that to the

14         STEVE BANNON:  Okay.

15         MIKE LINDELL:  American people. They did it to the

16  American people, they did it to their own families, their

17  neighbors and everybody there everybody played a role in this

18  in some way. When the when you talk to these politicians that

19  dropped the ball.

20         STEVE BANNON:  Okay, well, that's something that's

21  got to be resolved because this issue about the certification

22  is still out there. You talk about the Chinese Communist Party

23  the next. The next section is quite explosive. We're gonna get

24  to Mary Fanning. She's an investigative reporter. I'm very

1   proud. This section talks about the Chinese Communist Party

2   and their involvement. I'm very proud of being I think the

3   first civilian that's ever been sanctioned by the Chinese

4   Communist Party and happened four minutes into the Biden

5   administration. When Mike Pompeo, Matt Pottenger for the

6   National Security Council, Peter Navarro, and myself and

7   others about 24 others were personally sanctioned by the

8   Chinese Communist Party for our activities to confront and

9   take down the Chinese Communist Party. Mary Fanning, a very

10  well known investigative reporter joins Mike Lindell next for

11  some pretty shocking revelations.

12        MIKE LINDELL:  Well, everyone, this is the moment

13  you've all been waiting for. What you're going to see now is

14  100% proof that we had upon our country, the biggest cyber

15  attack in history. And I'm gonna bring on Mary Fanning to

16  explain how it all happened. And that show you the 100% proof,

17  Mary, thanks for coming on.

18        MARY FANNING:  Thanks, Mike. Today, we've been

19  watching cybersecurity experts. And they've explained some of

20  the things that happened in the election, some of the election

21  fraud. But what we're seeing here is, if you look at this

22  chart, is that there were cybersecurity experts who began

23  collecting information on November 1. And b, so this was

24  before, during and after the election, that they were

1    collecting documentation. In fact, they collected terabytes of

2    information that document the election fraud before an

3    intrusion into our election. This was collected as in 2,995

4    counties in the United States. This was collected in real

5    time. Alright, so if you go to the chart, what you will see is

6    a documentation of foreign interference in the election. The

7    first column, if you look at the chart that shows that on

8    11/5/2020, ay 7:43 and 38 seconds, we had a foreign intrusion,

9    and it shows the IP address the Internet Protocol address,

10   that is the number of that protocol address of the hacker that

11   entered into our election. The second column is the owner or

12   source of that IP address. That shows the China net in Beijing

13   province entered the election, it shows an ID that is a unique

14   address of a computer. That shows the exact computer, using

15   that IP source, that entered into our election. The next is

16   the target that's the IP target. That's the Internet Protocol

17   address of the target. All right, then the next is the target

18   state. In this case, it shows that it's Michigan. Where in

19   Michigan? That's the next column. It shows that it's in Emmet

20   County, Michigan. Then the ID target, that is a unique address

21   of another computer in the United States that the hacker has

22   gone into. And then it shows the method of intrusion. Now on

23   some cases, you're going to see that they use credentials,

24   that means that they have fake credentials, because there were

1  administrators that have been placed on the Secretary of

2  State's computers. For false administrators, and other cases,

3  it shows that they broke through the firewall. In some cases,

4  they did both. Now, and the next time it shows whether it was

5  successful, you'll see a Y. That shows that yes, it was

6  successful. Now oftentimes, they're not successful, and they

7  have to go back and try for another intrusion. And then it

8  shows whether that's in fact, successful as well. Then in the

9  final column, what you're seeing are votes changed. Now, in

10  this particular case, when they went into Emmet County,

11  Michigan, the votes that were changed was they stole 3,477

12  votes from Donald Trump. That's what you're looking at. Now,

13  as you go through this document, and you look at all the

14  multiple intrusions into our election, what what you'll notice

15  that over 60% of these intrusions come from China. So that is

16  over 66% is what the number is. Over 66% of the intrusions

17  into our election came from China. Why is this important?

18  Well, some things were set in place, including some of the

19  changes that took place in this country, particularly when we

20  had the Wuhan virus or the COVID-19 virus hit this country.

21  And we have a video well first Mike, do you have any questions

22  about this chart and what it is showing?

23        MIKE LINDELL:  Yeah, so what so what you have here is

24  what each one of these is its own timestamp. That is 100%

1  proof because you have that not only where it came from, you

2  had here it's basically you have their identification. You

3  have that you know who they were attacking, their

4  identification. This is what everybody would want. If you ever

5  looked in and did an audit or wanted to look into a computer

6  and look when it went on in cyberspace. This is what you'd be

7  looking for. Correct?

8       MARY FANNING:  This is forensic evidence of foreign

9  footprints as I entered our election in a cyber warfare attack

10  on our election, and then I chose exactly what they, you know,

11  where did they come from? Which computer exactly, exactly the

12  timestamp, exactly which computer they entered into, in what

13  state which county, the the ID, the unique ID of the computer

14  they entered into. And then it shows how they entered using

15  false credentials or breaking through the firewall, or both.

16       MIKE LINDELL:  Wow.

17       MARY FANNING:  Were they successful the first time?

18  The second time? And then it shows the votes that they stole

19  from Donald Trump.

20       MIKE LINDELL:  Right.

21       MARY FANNING:  This is proof positive. This is

22  documentation of a cyber attack. But it also is documentation

23  of the footprints of those who entered our election.

24       MIKE LINDELL:  Right. Right. And look at if everybody

1  notices here, every one. You don't think this was all put
2  together in one big attack? Everyone with taught Donald Trump
3  down, down down. This wasn't another country that wanted it
4  the other way. This was the biggest attack in history. And you
5  have and Mary you have we have pages and pages, right?
6  Thousands of these pages have every every county right of
7  every state or every single attack?
8        MARY FANNING:  There are thousands of pages of the
9  document and footprints, the foreign intrusion into our
10 elections. We see this is coming from China, in many cases
11 from Huawei, from Alibaba.
12       MIKE LINDELL:  Right.
13       MARY FANNING:  Cloud service from China Unicom, from
14 YouCloud from China Mobile Tietong. You know, this also came
15 in from Iran as well.
16       MIKE LINDELL:  Right.
17       MARY FANNING:  There, this is a foreign intrusion.
18 This is the theft of our vote. But it also is documenting
19 exactly the votes, the vote totals that were stolen from
20 Donald Trump.
21       MIKE LINDELL:  Right and this is
22       MARY FANNING:  What we have heard,
23       MIKE LINDELL:  Well, this is what I've been telling
24 everyone. This is where you got if you add these numbers up,

1   when I when I said and I actually told the President, when I

2   met with him, I said, you know, you actually won this election

3   by almost 80 million votes for you, for Donald Trump to about

4   68 million for Biden. And that's not counting all the other

5   kinds of theft we talked about earlier in the show. This is

6   the these are the real numbers that were taken off, and that

7   were flipped. I mean, this is incredible everybody this is

8   this is historical proof too. We not only have this is what

9   we've all been waiting for. And Mary, you said there's a video

10  too, we want to show.

11          MARY FANNING:  Yeah, this is a documentation, the

12  proof positive by cyber expert from in this country that began

13  documenting the theft of our election.

14          MIKE LINDELL:  Wow.

15          MARY FANNING:  They put together the full

16  documentation of every vote, beginning on November 1. So

17  again, from before, during and after the election, they

18  documented the footprints of the foreign intrusion into our

19  election. That means that foreign adversaries really because

20  this was an act of war to come in and steal the election from

21  the American people and decide who our foreign adversaries

22  were going to put in the White House to rule or to be the

23  president of this country.

24          MIKE LINDELL:  Right right right.

1        MARY FANNING:  Now, there's a video and so that will

2   show and if you are looking at the video, Mike?

3        MIKE LINDELL:  Yeah, we're pulling we're gonna pull

4   up the video here, Mary. Okay, here we go. We're just pulling,

5   we just pulled up the video. Wow, what's going on here with

6   all these lines?

7        MARY FANNING:  Well, you're the video what you're

8   watching is the surveillance system. In fact, this is the very

9   surveillance system that was built by people inside this

10  country within the cybersecurity battlespace that built some

11  of this document, built some of these tools that were built to

12  keep this country safe. But what you're watching is that every

13  line on that drawing all those moving lines, they represent

14  the IP addresses of what I just showed you on the chart. So so

15  when you understand the hackers' IP address, and the IP

16  address of the target and the votes that were stolen, every

17  one of those lines that you're watching move across the chart,

18  and showing whether they were successful and and how many

19  votes they stole. That documents that. Every red line as they

20  turn red, as they finish stealing the vote basically, the red

21  lines are all China. So what you're seeing are the actual

22  files being received and sent that that's a documentation of

23  the real time theft of our elections.

24        MIKE LINDELL:  Wow.

1          MARY FANNING:  So every every line on the map,

2     there's a corresponding line on the sheet. And the color and

3     the line types represent the severity of the attack. Now red

4     has been the most severe attacks, those lines are all coming

5     out of China. Those are the most severe attacks on our

6     election system.

7          MIKE LINDELL:  Wow.

8          MARY FANNING:  Now this is this exact information,

9     the same exact type of information I should say, was presented

10    to FBI Director, former FBI Director James Comey by a

11    whistleblower in 2015. They knew, in fact that our election

12    machines were open for hacking, it's important to understand

13    that there are prismatic scoring algorithms, that they knew

14    about, that entered the election, and they steal the vote, at

15    the transfer points. So at the point where the election, the

16    vote is leaving the Secretary of State's office and these

17    machines, that is the point at which the vote is stolen at the

18    transfer points. That's what you're watching those packets

19    moving is is is that real-time documentation of the theft of

20    the vote from inside this country. And then the numbers the

21    last column, those document exactly the numbers of votes, it

22    shows, and some of the cases Antrim County where the vote was

23    stolen. And exactly the votes stolen at the exact timestamp of

24    when they were stolen.

1        MIKE LINDELL:  Right.

2        MARY FANNING:  And the number stolen at that point.

3        MIKE LINDELL:  So Mary, so what you're saying, how is

4   it this is what what I already know. But I actually am

5   learning a lot here as we go. What you're saying every one of

6   these lines, let's say we did take Antrim County. And we took

7   that. We could pull out the timestamps for that county. And we

8   could show the lines the country that did it, we could show a

9   line for every single hack or attack that we had in this

10  election.

11       MARY FANNING:  That's right.

12       MIKE LINDELL:  Wow.

13       MARY FANNING:  You're watching as those objects

14  moving are the actual files

15       MIKE LINDELL:  Right.

16       MARY FANNING:  that are being received and sent.

17       MIKE LINDELL:  These are box these are the squares

18       MARY FANNING:  Every one of those

19       MIKE LINDELL:  here that are that are being sent. So

20  everybody out there, what you're looking at. I mean, this is

21  the proof. So if any, if like Antrim County, that case still

22  open, you just go here you go. Now you know who did it, how

23  many votes flipped, when they did it, what time they did it,

24  the computer came from, the country that attacked us. I mean,

1   this is, this is what I have been excited about. And I only

2   seen one, you know, Mary, I only seen one little line of that

3   would show the IP address that you know all that stuff that

4   you're showing us. When I found out

5           MARY FANNING:  Right.

6           MIKE LINDELL:  that you had it forever, or that we

7   had it or all these people had this for every single vote

8   though every single attack. And whether it was successful or

9   not. Look at right now we got up on the screen, Georgia is

10  just getting attacked. It was just getting attacked up here at

11  that moment in time. And I suppose, you know, they know what

12  they're doing. They did the biggest attack right here. Look at

13  everybody, Georgia and Michigan getting bombarded. There's

14  I've My guess is that was probably like three or four in the

15  morning, when they really needed them votes to be flipped.

16  Mary, this is incredible.

17          MARY FANNING:  Yes, because there is proof positive,

18  there's documentation of all the foreign interference into our

19  election, showing exactly who stole the vote, how they stole

20  the vote, from which computers accessed, to our election to

21  which computers they went into. So understand that

22  cybersecurity experts that work for this country, put all this

23  in place before the election even started to make sure that

24  they caught all of this information, so that foreign

1   adversaries were not deciding our elections.

2          MIKE LINDELL:  Absolutely. And what a blessing that

3   they were there for us to catch all this and to get all this

4   put together. And even to have these, you know, to be

5   proactive, they were proactive, everybody and this what a

6   blessing this is. Because we came this close to never knowing.

7   And this is actually a miracle that we have all this Mary, and

8   this is amazing.

9          STEVE BANNON:  Okay, Mike, here, you're essentially

10  saying because this is a basically a declaration of war, this

11  would be the Chinese Communist Party coming directly to change

12  the outcome of a presidential election. There can be nothing

13  more serious than this. Now I want to go to what Mary Fanning

14  put up. The chart looks nice as she's explaining it, but I

15  don't know if people even home can follow because it's quite

16  complicated. You know, given that the charges here are so

17  severe, particularly against a foreign government now, and

18  Mary Fanning is very well known investigative reporter but

19  it's a very severe charge. Also, you have Dominion, I just

20  want to, once again, they're adamant in every statement they

21  make, they don't have servers in Germany, they don't have

22  servers in Spain. None of their none of their data, or none of

23  the, you know, the facsimile ballots, no ballots goes

24  overseas. In fact, they say the balance, electronic balance

1   don't even cross county lines. They're that adamant about it.

2   So let's go back to Fanning, that first chart. Are you do you

3   have backup evidence because really still it's still an

4   assertion of her's. When we see the we see the diagram but we

5   see the chart but how are people and other professionals are

6   you going to put the real material online so that outside

7   groups can look at this and see if she's delivering the goods?

8        MIKE LINDELL:  Well first of all that first thing

9   with all those lines going back and forth that's not a

10  computer simulated. That was that we took that or they took

11  that and squished in a five day period and squished it in to

12  that so you can see all that you know. When it takes up here

13  from China and goes to Fulton County those are those are all

14  real, inside the spyware thing that they that we that we that

15  these guys have.

16       STEVE BANNON:  Okay but are you okay fine fine that's

17  they're putting that forward. Are you prepared to have like

18  had Allied came and did the forensic audit in Atrim County of

19  the Dominion machines what this is so explosive.

20       MIKE LINDELL:  Now let me. Steve I'm going to have to

21  exlplain.

22       STEVE BANNON:  You're accusing you're accusing

23  Dominion of being a tool of a foreign government that has

24  essentially done I believe in information warfare, an act of

1  war against United States of America. And remember, I think

2  the Chinese Communist Party would do anything to destroy

3  America. However, this is so explosive. What are you going to

4  do with Mary Fanning or other people to put forth out there

5  that independent experts can check this out?

6          MIKE LINDELL:  Right well here's why. First of all,

7  let's now well let's go to the charts I just told you that

8  thing inside the spyware. Okay, that that was switched

9          STEVE BANNON:  Right.

10         MIKE LINDELL:  The charts that go across these

11  charts, the ones that actually come out of the spyware, the

12  machine or software whatever it is, I haven't seen it, whether

13  these kinks come out they're in they're in a language it's a

14  footprint in time. And what we what they did is they took that

15  exact the exact stuff that's on there so you know, it's from a

16  computer from the spyware that the government has and then we

17  put it into these things and when you see up there that Mary

18  went through and said IP address, computer ID. Now what we've

19  done or what these guys had did another group has went over

20  and we went and validated all these computers that are in

21  there. Not all of them but enough we're going wow this is

22  real. That was something I wanted done. I wanted to done I

23  wanted to see

24         STEVE BANNON:  Okay hang on. Hey, but hang on. That's

1 not clear that's not clear from thing I'm

2        MIKE LINDELL:  I'm getting there I'm getting there

3        STEVE BANNON:  If you had another group valid

4        MIKE LINDELL:  I'm getting I'm getting there

5        STEVE BANNON:  Okay fine go ahead.

6        MIKE LINDELL:  I'm telling you what I did for my due

7 diligence. So these computers --

8        STEVE BANNON:  Okay.

9        MIKE LINDEL:  -- all match up they're going and yeah

10 you could have went around the world I guess and went and looked

11 at computer ID, and you could have looked up an IP address and

12 did that. What what the the things that back these up once

13 they get before the court that the once with this would get to

14 the Supreme Court then you're going to get the actual prints

15 that have a timestamp on it, that have a government stamp on

16 there, and these there's three or four people, actually three,

17 that are whistleblowers. These are government intel people

18 that work there. A couple of them still work there and they're

19 not going to come out and say it right now and put it all up

20 and say then they're going to know who did it these people

21 these people are exposing everything. So when this gets before

22 the courts

23        STEVE BANNON:  Okay.

24        MIKE LINDELL:  That's when it comes out I can't put

1           STEVE BANNON:  Okay.

2           MIKE LINDELL:  this stuff up with

3           STEVE BANNON:  Let's let's okay

4           MIKE LINDELL:  this stuff up there.

5           STEVE BANNON:  Let's okay but okay what happens if it

6    doesn't for a host of reasons look so far the track record of

7    the courts taking this up, is that they're not taking this up

8    for whatever reason they don't want to get involved they want

9    to look the other way that's for people to make a decision why

10   they're not. If this does not get into the courts, I think the

11   next ruling's on the 22nd, are you prepared to put your

12   independent the independent guys you had to take a look at

13   this, can you start to get this information out here Mike?

14   Because Mary Fanning claims this is the greatest cyber attack

15   in world history

16           MIKE LINDELL:  No no no this

17           STEVE BANNON:  The greatest cyber attack in world

18   history. So are you going to somehow try to get some

19   additional information out there?

20           MIKE LINDELL:  No, I'm claiming it's the greatest

21   cyber attack and then you're gonna see people coming to write

22   up this a general is going to validate us. He's going to val

23   he's coming on right now where he's going to show you tell you

24   what you just seen. But I will tell you this. I will say if

1  this doesn't get out no matter what. I will get it out there
2  so the public can see it and I will tell you this, I will get
3  it to demean a Dominion, Smartmatic I even if I have to
4  go sue them, so that so this evidence gets has to get pulled
5  out so that we save our country and save save by this was the
6  biggest crime against humanity and and the world really.
7  Everybody's watching this. So you can either save for me I can
8  tell everyone out there. I went all in. There's not even a
9  little sliver of wiggle room for anybody to discredit what I
10 know and what we have.
11         STEVE BANNON:  Yeah.
12         MIKE LINDELL:  And I will say this, I will tell you
13 this. There's a reason all the media there's a reason that
14 they're crickets. There's a reason when I you know you put
15 this out there that it gets suppressed. There's a reason they
16 don't let us look at any more machines other than the one in
17 Antrim County. There's a reason for that. This isn't about
18 Democrats and Republicans anymore. This is about our country.
19 What I have just shown you I have done my due diligence on
20 and you know what, all of you yeah if you if it doesn't get
21 through the courts and stuff somewhere in there but you
22 wouldn't know if you wouldn't know it but government sheet
23 like this came out. The government people know that the guy
24 that's coming on next can tell you exactly what this is. And

1   this general he can tell you exactly what you just seen.

2        STEVE BANNON:  Let me let me just do other things

3   before I go to the next section. Colonel Waldron said very

4   early on that the debt Dominion's, the private equity firm

5   that owns Dominion has been bought by the Chinese. Will you

6   also put all that information, allow Colonel Waldron put all

7   the information out about the private equity firm? Because I

8   think Dominion denies that too. Can you put out all the

9   information, Colonel Waldron and said about the private equity

10  firm? And one other thing is that Director of National

11  Intelligence oh by by executive order, owed the president a

12  full response from an executive order signed, I think in 2018,

13  a full report of any foreign intervention in the last

14  election. It was delayed. I think it came out in the last days

15  of the administration and the CIA, you know, kind of held it

16  back. But when DNI came out and said that China did intrude

17  into the 2020 election, people were led to believe that that

18  might have been the Wumao 50 Cent Army is some social media,

19  not a cyber attack at this level to change the election. The

20  DNI was, Congressman Ratcliffe is very close to President

21  Trump. Don't you feel kind of squeamish when the Director of

22  National Intelligence at least hasn't backed up that yes,

23  there was Chinese involvement. But he certainly doesn't say

24  that there was Chinese involvement on a cyber attack, as you

1  say, the greatest cyber attack in world history. Mike Lindell,

2  what do you say?

3        MIKE LINDELL:  I say that they, this is what this

4  whole document or documentary is for. And what they had back

5  down there, he said this, he probably didn't know how big this

6  really was, you know, he probably didn't know. This is a this

7  is everything we stand for the American dream, every single

8  thing from here 'til eternity is right now, if we don't make a

9  stand right now, because everything you've seen, and that

10  through the way you just seen, this was the biggest cyber

11  attack. And now people should know

12        STEVE BANNON:  You're thinking that our intel, you're

13  saying our intelligence services, you don't believe have the

14  investigative apparatus, or even Mary says she's getting some

15  of this from people inside the system.

16        MARY FANNING:  Yeah.

17        STEVE BANNON:  that they don't understand what Mary

18  Fanning and her other investigators are talking about. They

19  haven't got this information, or they're suppressing it?

20        MIKE LINDELL:  Oh, there's it's absolutely they've

21  suppressed it. I mean, I mean, come on, just look at with all

22  the stuff we've seen here tonight. I mean, they're

23  suppressive. Why do you think they're trying to suppress me? I

24  mean, it would be very easy to say, come on, Mike, we'll open

1  up a machine and show you. Come on, Mike. None of your stuff

2  is any good. Do you know when we put we put up Absolute Proof

3  Facebook changed it from completely false to partially false?

4  What that means is partially true. And I'll tell you what, if

5  you got to think about that, everybody, if it's so bad, why

6  wouldn't the news out there instead of saying for three weeks,

7  Mike Lindell has no evidence he's a he's back on crap, blah,

8  blah, blah. Instead all of a sudden it's crickets? It's

9  crickets?

10       STEVE BANNON:  Yeah.

11       MIKE LINDELL:  On Friday, because you know what? And

12  every one of yous got to get this out there cuz everything you

13  seen there is 100% proof. And you know, what if you could say,

14  well, Mike, show us more, show us more it'll all come out. I'm

15  just telling you, this is real. These, you know, all this

16  stuff will come out. But it's got to get to a court. And if it

17  doesn't,

18       STEVE BANNON:  Okay.

19       MIKE LINDELL:  trust me, it will come out in the

20  proof will come out and then the truth will come out. And

21  we'll finally find out why were the questions you're asked and

22  see, how come our own intel? How can the FBI, how can the DEA,

23  you know, the Department of Justice? Why didn't anybody do

24  anything? Right? You know, somebody put out the other day, why

1  did this MyPillow guy have to come up with all this? I did my

2  own due diligence, but people came to me because I have the

3  only voice left because everybody else got suppressed. That's

4  it.

5        STEVE BANNON:  Okay, we got an American hero coming

6  on General McInerney. Let's hear what General McInerney has to

7  say, to backup Mike Lindell. General McInerney.

8        MIKE LINDELL:  And now we have with us General

9  McInerney . Who is going to give us a perspectus on what we

10 just seen. General. Thanks for coming on.

11       THOMAS MCINERNEY:  Well, thank you, Mike, and thanks

12 for what you're doing for this great nation. This is vitally

13 important. You have just seen the most massive cyber warfare

14 attack in the history of mankind. Now the founding fathers did

15 not know anything about cyber warfare. But we do. And that's

16 the important thing, you have seen just how it was

17 orchestrated against our election system. And I took an oath

18 of office 60 some years ago, as a plebe on the plains of West

19 Point to support and defend the Constitution of the United

20 States against all enemies, foreign and domestic. We now are

21 seeing the largest domestic enemy we have in our history. And

22 people must understand that. What happened? You spelled that

23 out, it was driven by China. And they used the system that we

24 have had because only that system could modulate and

 1   coordinate the many simultaneous attacks that they used

 2   against us. And why this is so important is because our

 3   military, which I spent 35 years in the Air Force and ended up

 4   as a number three Man In The Air Staff, as well as heading up

 5   Vice President Gore's reinventing government for the entire

 6   Department of Defense, those two jobs simultaneously. We now

 7   are faced with something our military has never seen before,

 8   nor have the American people. We are going against globalists

 9   who are not interested in America. They are interested in us

10   becoming a socialist communist state. They talk about

11   progressiveness and, but progressivism is just the front door

12   to communism. They want a global communist world. And you must

13   understand that, America, it's so important. And it's so

14   important that President Trump, who won 79 million votes in

15   the election to 68 million for Biden, because we have and

16   you've seen those exact numbers, he dominated, it was an

17   awesome victory. And yet they turned it around. Foreigners.

18   And we have not had one audit. This is the closest thing to an

19   audit that has been conducted in America on this important

20   election. The American people must understand what we are

21   facing today. And that's why all of us here that you're seeing

22   in this program are so focused. I could not understand was

23   that the legislatures the judicial and the executive, meaning

24   the FBI, the Department of Justice, the intelligence

1   community, have failed us with deep staters. They did not

2   report this. This was the most massive cyber warfare attack.

3   So did Cyber Command? Did the National Security Agency? Did

4   the CIA? Did Department of Justice the FBI report this? No.

5           MIKE LINDELL:  Well, General to put this in

6   perspective then, you're 100% that this was the biggest cyber

7   attack in the world in world history, correct?

8           THOMAS MCINERNEY:  That's correct.

9           MIKE LINDELL: Wow. Well, thank you. And we're gonna see,

10  it's gonna, I was telling everyone, General, when this thought

11  wins, when this is all revealed, we're going to be, it's going

12  to be a great uniter of all people in our country. And we're

13  going to be in the greatest revival ever to bring our country

14  back to one nation under God. Thank you.

15          THOMAS MCINERNEY:  God bless you for what you're doing

16  Mike.  Thank you very much.

17          MIKE LINDELL:  Thank you, General.

18          STEVE BANNON:  So Mike, this is very scary. The

19  general is such a renowned guy, he talks about domestic

20  enemies had to somehow work on this. People want to know,

21  where is your investigation going to go from here?

22          MIKE LINDELL:  Well, I'm glad that a general that was

23  in charge of all the nuclear weapons for the Pentagon is

24  telling everyone exactly what I've been telling. This was the

1   biggest attack ever in history on our country, and you had to

2   have a lot of domestic enemies here, that'll all be found out.

3   What we need to go for from here is we need to reach out and

4   get this out far and wide. Get the news out there. The real

5   news, once everybody knows this, then we can you know. The

6   Supreme Court, I've said throughout this film, the Supreme

7   Court, they need, there's nine of them, they're all watching

8   this at home. That's the last line of defense to protect our

9   country. We need. This was an attack on our country. And we're

10  right in the middle of it right now. So everybody has to just

11  get it out there first. And then we they get the Absolute

12  Proof out there. And then the Absolute Truth will be told. And

13  now we have with us Terry Turchie. He's the former Deputy

14  Assistant Director of Counterterrorism Division of the FBI.

15  And you know, Terry, welcome to the show.

16         TERRY TURCHIE:  Thanks, Mike.

17         MIKE LINDELL:  And we've, we've just shown everybody

18  in the world 100% evidence that this was an attack on our

19  country and is still under attack by China and other countries

20  through the use of these machines used in our election. I want

21  to ask you, you know, where was the FBI? We have people out

22  there. Where's the FBI or the DOJ during this whole time these

23  last few months?

24         TERRY TURCHIE:  Sure. Well, you know, a lot of former

1  FBI agents are asking that too, as well, Mike. They're asking

2  where's the FBI been? They're responsible and accountable for

3  trying to protect the country. That's what our

4  counterintelligence money is all about. That's what our

5  counterintelligence division is all about. And yet the

6  question of where were they and where are they, I think

7  probably could best be explained like this: the FBI is most

8  likely been as compromised as the Democratic Party and the

9  rest of the government. They simply didn't do the job, if they

10 had done the job, all that you just showed in this program

11 would have unfolded inside of a courtroom. And that's exactly

12 what we should be doing right now we should be talking about

13 the penetration of the United States government and government

14 agencies

15      MIKE LINDELL:  We've shown here too, is this is all

16 people. This has been you know, what we shown today, this is

17 another country, taking our country. I don't care if you're a

18 Democrat, or a Republican, we are one nation under God, and to

19 see what's I mean, I guess I'm very happy now that it's all

20 going to get out to the country, and everything is going to

21 get out. And like I said before, during the show, there's been

22 nine supreme court justices out there now, watching this show

23 and saying, wow, 100%, this was an attack, and we are still

24 under attack by other countries, including China leading the

1  way. And they are they, you know, they've fraudulently stoled

2  our election. And we have to, and, and then to see that how

3  this could happen with the FBI and the DOJ, these people that

4  were supposed to protect our country, including the Supreme

5  Court, if you were still in the FBI, I guess what would you?

6  What would you be doing right now when you just see all this

7  100% proof here that this happened? In the FBI now what do you

8  know, if they're out there? Shouldn't they be doing something

9  now that this is all out in the open?

10      TERRY TURCHIE:  We will be launching a major

11  investigation of cyber activities.

12      MIKE LINDELL:  These attacks, The people that you

13  know, from China, and on down that who did it, they're very

14  good at trying to bury everything to bury these deviations

15  that came up, and then everything opened up, where everybody

16  knows that this was stole, but now we know how and why. So.

17      TERRY TURCHIE:  Well, certainly, and the purpose of

18  an intelligence operation of this magnitude, whether it's this

19  magnitude or even smaller is to is to conceal itself, and to

20  be so hard to figure out that by the time you get to the

21  conclusion, it's too late.

22      MIKE LINDELL:  Right.

23      TERRY TURCHIE:  And that's why it's very concerning,

24  that the FBI that already knows and has the foundation of the

1    China threat, well, in its grasp, would try to write off or

2    just not seem to understand

3              MIKE LINDELL:  Right.

4              TERRY TURCHIE:  how this would have been the next

5    next logical step for them.

6              MIKE LINDELL:  Right. Well, they weren't, they

7    weren't proactive, but at least now we're, you know, we got

8    we're gonna be reactive, and, and we got to be reactive first.

9    And then we got to be proactive for the future. That when this

10   all manifests out. I've said it before, that this is going to

11   manifest into the greatest revival ever is going to unite our

12   country, not divide us is going to be the great uniting, and

13   we will once again be one nation under God. Thanks, Terry, for

14   coming on. And God bless her and thanks for all you've done in

15   what you continue to do for our country.

16             TERRY TURCHIE:  You too, Mike, thanks for having me.

17             MIKE LINDELL:  Thank you. Now you've all seen

18   Absolute Proof of the biggest cyber attack in history. We

19   right now, it's a takeover of our country, we all see it

20   happening. And now you see the proof of where it came from and

21   what happened. We all need to go out now each and every one of

22   you and tell your friends, family, people, your social media,

23   spread this out everywhere, and to show that they all need to

24   watch this. And they all need to know the truth. And pretty

1  soon everyone's gonna see this, including nine supreme court

2  justices. You're all there watching all nine of you. And you

3  know what, I don't know what you can do. But I know you're

4  there to protect our country. And everything has a precedence,

5  everything going on. Well, this happened then. So we're better

6  base on that. This is the precedent. What's going on now?

7  What's going to happen now is going to change the course of

8  our world and our country forever. I've been getting calls

9  from world leaders, you know, they're looking at us what's

10 going to happen over here? Ronald Reagan once said, America is

11 the shining city on the hill, whose beacon like guides

12 freedom, loving people everywhere. If the lights go out here,

13 the lights go out everywhere. I want to say that God has had

14 his hand in all of this. This has been on God's timing. And

15 when we get through all this, we will once again be one nation

16 under God.

17

18

19

20

21

22

23

24

1                       TRANSCRIBER'S CERTIFICATE

2

3    I hereby certify that the foregoing pages

4    are a true, accurate, and complete transcript of the

5    proceedings transcribed from a copy of the electronic

6    sound recording to the best of our knowledge and ability.

7

8           IN WITNESS WHEREOF, I have hereunto set my hand on

9                  this 8th day of October, 2021.

10

11

12    _____

13           James Lonergan
             Production Manager
14           THOMPSON COURT REPORTERS

15

16

17

18

19

20

21

22

23

24                THOMPSON COURT REPORTERS INC.

## 1

**1** 24:23 29:16
**10** 9:16
**100%** 3:12 4:17 7:4
  14:8 23:9 24:14,16
  26:24 42:13 45:6
  46:18 47:23 48:7
**11/5/2020** 25:8

## 2

**2,995** 25:3
**20** 16:24
**2015** 31:11
**2018** 40:12
**2020** 40:17
**21** 18:7
**22nd** 38:11
**24** 24:7
**28** 21:13

## 3

**3** 12:8
**3,477** 26:11
**35** 44:3
**38** 25:8
**3g** 10:10,15

## 4

**4g** 10:12,15

## 5

**5** 9:16
**50** 40:18

## 6

**60** 43:18
**60%** 26:15
**66%** 26:16
**68** 29:4 44:15
**68%** 2:4,5

## 7

**7300** 6:19
**79** 44:14
**7:43** 25:8

## 8

**80** 29:3

## 9

**9** 7:18 23:9

## A

**able** 11:19
**about** 2:17 5:24 6:5,
  9 8:14 13:3 14:24
  16:1,2,3,4,6 18:5,24
  19:5,9,19,20,23
  21:1,2 23:8,21,22
  24:1,7 26:22 29:3,5
  31:14 33:1 35:1
  39:17,18 40:7,9
  41:18 42:5 43:15
  44:10 45:19 47:4,5,
  12
**above** 16:13 17:14
**Absolute** 21:5,6,8
  23:2 42:2 46:11,12
  49:18
**absolutely** 3:12 21:9
  34:2 41:20
**accessed** 33:20
**accountable** 47:2
**accusing** 35:22
**across** 8:20,22 20:14
  30:17 36:10
**act** 29:20 35:24
**actions** 13:11
**activities** 24:8 48:11
**actual** 9:1 11:21
  14:9 30:21 32:14
  37:14
**actually** 2:7 4:12,13,
  15 5:4 10:18 14:20
  18:22,23 29:1,2
  32:4 34:7 36:11
  37:16

**adamant** 34:20 35:1
**adamantly** 4:13
  19:4
**add** 28:24
**adding** 3:18
**additional** 38:19
**address** 25:9,10,12,
  14,17,20 30:15,16
  33:3 36:18 37:11
**addresses** 30:14
**administration** 24:5
  40:15
**administrators**
  26:1,2
**adversaries** 29:19,
  21 34:1
**affect** 20:10
**affidavits** 4:20
**afraid** 19:18 20:5
**after** 2:14 15:7
  24:24 29:17
**again** 11:9 12:22
  17:14,21 19:1 29:17
  34:20 49:13 50:15
**against** 8:11 13:2,22
  14:22 17:5 34:17
  36:1 39:6 43:17,20
  44:2,8
**agencies** 47:14
**Agency** 45:3
**agents** 47:1
**ago** 13:8 43:18
**agree** 16:4
**ahead** 19:7 21:4
  37:5
**ahold** 7:17
**Air** 44:3,4
**algorithms** 31:13
**Alibaba** 28:11
**all** 3:7 4:4 5:3,11,12,
  13,15 6:17 7:14,16,
  19,22 8:1,19 9:18
  10:16,17 11:18
  12:16 13:3,4,21,24
  16:1 18:16,17 19:9,
  14 20:14,19 21:4,
  18,24 22:14,20,21
  23:13 24:13,16
  25:17 26:13 28:1
  29:4,9 30:6,13,21

**31:4** 33:3,7,18,22,
  24 34:3,7 35:8,9,12,
  13 36:6,20,21 37:9,
  19 39:8,13,20 40:6,
  8 41:21 42:8,14,15
  43:1,20 44:21
  45:11,12,23 46:2,7
  47:4,5,10,15,19
  48:6,9 49:10,14,17,
  19,21,23,24 50:2,
  14,15
**Allied** 2:6 3:21 4:9
  6:1 35:18
**allow** 40:6
**almost** 29:3
**already** 32:4 48:24
**Alright** 25:5
**also** 2:5 3:17 20:1,3
  22:17,23 23:3 27:22
  28:14,18 34:19 40:6
**am** 10:15 32:4
**amazing** 34:8
**America** 36:1,3
  44:9,13,19 50:10
**American** 23:15,16
  29:21 41:7 43:5
  44:8,20
**an** 7:20 11:13,15
  13:9 15:14 17:1
  22:10 23:24 25:2,13
  27:5 29:20 35:3,24
  37:11 40:12 43:5,17
  44:16,18 46:9,18
  47:23 48:18
**analysis** 4:9
**and** 2:9,11,16,21,22
  3:1,2,5,10,14,20,21,
  22,24 4:1,5,19,20,
  24 5:6,8,9,11,12,14,
  15,19,22 6:2,13,14,
  17,18,24 7:2,3,7,9,
  15,17,20,22,23
  8:14,18 10:1,23
  11:9 12:14,16,22
  13:1,3,8,10,11,15
  14:3,8,9,14 15:6,13,
  15,16,20 16:6 17:1,
  2,5,15,17,21 18:4,
  10,12,13,18,24
  19:7,15,18,20 20:1,
  5,13,14,19,20,24
  21:1,2,3,4,15,19,20
  22:3,10,11,14,22

**23**:2,4,7,17 24:2,4,
  6,8,15,16,19,23,24
  25:8,9,22 26:2,4,6,
  7,13,21,22 27:5,6,
  10,14,18,24 28:4,5,
  9,21 29:1,4,6,9,17,
  20,21 30:1,2,15,16,
  18,22 31:2,14,16,
  20,22,23 32:2,6,7,
  16 33:1,8,11,13
  34:2,3,4,5,7,17
  35:5,7,9,11,13,18
  36:1,14,16,17,18,20
  37:9,10,11,16,18,
  19,20 38:21 39:2,5,
  6,10,12,18,20,21,24
  40:9,10,15,16 41:4,
  9,11,18 42:1,4,11,
  13,16,20,21 43:8,
  11,15,17,19,20,21,
  23,24 44:2,3,11,12,
  13,15,17,18,21,23
  45:9,12 46:1,3,4,9,
  11,12,15,17,19
  47:2,5,6,8,11,13,18,
  20,21,23 48:1,2,3,
  13,15,16,17,19,23,
  24 49:8,9,12,14,20,
  21,22,23,24 50:2,4,
  8,14
**Anderson** 22:19
**another** 2:14 9:9
  11:2,9 25:21 26:7
  28:3 36:19 37:3
  47:17
**answers** 10:14
**Antrim** 2:20 5:12
  7:12 8:6,16 20:6
  22:2 23:10 31:22
  32:6,21 39:17
**any** 8:7 10:21 12:17
  17:3,4,22 20:24
  26:21 32:21 39:16
  40:13 42:2
**anybody** 14:6 19:20
  21:1 39:9 42:23
**anymore** 3:2 15:17
  39:18
**anything** 17:11 36:2
  42:24 43:15
**anywhere** 9:16
**apparatus** 41:14

**are** 3:15 4:6 5:24 6:5
9:14,17 10:1 11:8,
18 12:8 13:9 14:7,
12,22 19:20 20:4,21
21:3,21,23,24 22:8,
22 23:3 26:9 28:8
29:6 30:2,21 31:4,5,
13 32:14,16,17,19
34:16 35:2,5,13,16,
17 36:3,20 37:17,21
38:11,18 41:18
43:20 44:7,8,9,20,
22 47:1,6,18,23
48:1
**areas** 21:24
**Army** 40:18
**around** 16:24 37:10
44:17
**as** 6:24 9:12,17,21
10:13,18 11:10 16:9
21:20 25:3 26:8,13
27:9 28:15 30:19,20
32:5,13 34:14 40:24
43:18 44:4 47:1,8
**aside** 21:20
**ask** 17:17 21:7 46:21
**asked** 3:9,10 42:21
**asking** 17:14 47:1
**asks** 16:12
**assertion** 35:4
**assertions** 4:11
**assessment** 4:2
**Assistant** 46:14
**assuming** 10:15
**at** 6:11 11:19 12:4
17:18 24:21 25:7
26:12,13 27:24 30:2
31:14,15,17,23
32:2,20 33:9,10,12
35:7 37:11 38:12
39:16 40:19,22
41:21 46:8 48:14
49:7 50:9
**AT&T** 10:15,23
**Atrim** 35:18
**Atrium** 4:10
**attach** 19:2
**attached** 7:23
**attack** 7:20 14:6
22:10,11 24:15
27:9,22 28:2,4,7

31:3 32:9 33:8,12
38:14,17,21 40:19,
24 41:1,11 43:14
45:2,7 46:1,9,18,19
47:23,24 49:18
**attacked** 14:5 32:24
33:10
**attacking** 27:3
**attacks** 31:4,5 44:1
48:12
**attorney** 13:7 14:7
15:1 19:24
**attorneys** 13:16
**audience** 6:3 20:7
21:21 22:5
**audit** 8:18 27:5
35:18 44:18,19
**audits** 8:22
**automatically** 9:16,
21
**awesome** 44:17
**ay** 25:8

**B**

**back** 3:16 5:20 6:5
7:5 8:14 19:1 26:7
35:2,9 37:12 40:16
41:4 42:7 45:14
**backed** 40:22
**backup** 22:13 35:3
43:7
**bad** 42:5
**balance** 34:24
**bald** 2:9
**ball** 23:19
**ballots** 12:22 34:23
**BANNON** 2:1 3:13
5:17,22 6:7,22 8:9
18:20 19:4,13,22
21:7,12 22:2,5
23:14,20 34:9
35:16,22 36:9,24
37:3,5,8,23 38:1,3,
5,17 39:11 40:2
41:12,17 42:10,18
43:5 45:18
**base** 50:6
**based** 2:19 8:17
**basically** 10:10 27:2

30:20 34:10
**basis** 15:11
**battlespace** 30:10
**be** 2:10,12 3:8,9,11,
12,14,22 4:19 5:2
7:11,19,23 9:10
10:1 12:8 13:3,4,17,
24 17:13 18:8 19:2
20:13 21:21 23:21
27:6 29:22 33:15
34:4,11,12 41:24
45:11,12,13 46:2,12
47:7,12 48:6,8,10,
20 49:8,9,12,13
50:15
**beacon** 50:11
**because** 2:9 6:2,4,9
7:4,11 8:10 10:21
12:17 13:6 15:19
19:14 20:18 21:4
23:6,12,21 25:24
27:1 29:19 33:17
34:6,10,15 35:3
38:14 40:7 41:9
42:11 43:2,3,24
44:2,15
**become** 6:8
**becoming** 44:10
**been** 2:20 7:14
11:19 14:19 15:6
19:6,11 24:3,13,18
26:1 28:23 29:9
31:4 33:1 40:5,18
44:19 45:24 47:2,8,
16,21 49:4 50:8,14
**before** 5:10 22:19
23:4 24:24 25:2
29:17 33:21 37:13,
21 40:3 44:7 47:21
49:10
**began** 24:22 29:12
**beginning** 29:16
**Beijing** 25:12
**being** 4:24 24:2
30:22 32:16,19
35:23
**believe** 2:8 4:8 6:22,
23 7:2,3 13:2 18:22
21:16 35:24 40:17
41:13
**best** 47:7

**better** 50:5
**Biden** 12:1 24:4
29:4 44:15
**big** 12:7 21:17 22:8
28:2 41:5
**bigger** 6:9
**biggest** 13:1,23
24:14 28:4 33:12
39:6 41:10 45:6
46:1 49:18
**blah** 42:7,8
**bless** 45:15 49:14
**blessing** 34:2,6
**blue** 12:1
**board** 6:13 20:17
**bombarded** 33:13
**both** 26:4 27:15
**bottom** 5:24 6:18
11:11 12:15
**bought** 40:5
**box** 11:11 32:17
**brave** 21:3
**breaking** 27:15
**bring** 17:12 18:20
20:2 24:15 45:13
**bringing** 14:16
**broke** 26:3
**brought** 18:22 22:19
**brutal** 3:22
**built** 30:9,10,11
**bunch** 21:23
**bury** 48:14
**business** 5:18 21:9
**but** 2:16,18 3:4,21
4:22 5:4,5,16,19
7:9,15,21 8:19 9:10
10:11 13:23 14:21
16:22 18:23 20:15,
20 21:5 22:16,24
23:1 24:21 27:22
28:18 30:12 32:4
34:14,18 35:4,5,16
36:21,24 38:5,24
39:21,22 40:16,23
42:16 43:2,15 44:11
48:16 49:7 50:3
**button** 9:19
**by** 2:5 3:3,18 6:22
10:21 19:22 20:21

24:3,7 29:3,12 30:9
31:10 39:5 40:5,11
43:23 46:19 47:24
48:20

**C**

**cable** 11:13,15
**cad** 2:15
**calculation** 3:17
**call** 12:2
**calling** 13:15,16
**calls** 50:8
**came** 6:12,15 7:2,5,
16,17 20:18 26:17
27:1 28:14 32:24
34:6 35:18 39:23
40:14,16 43:2 48:15
49:20
**can** 2:12 4:13,19
7:9,23 9:18 10:1,11
11:10 12:15,16
20:13 34:12,15
35:7,12 36:5 38:13
39:2,7,24 40:1,8
42:22 46:5 50:3
**can't** 6:16 8:5 12:17
15:17 37:24
**capabilities** 10:3
**care** 47:17
**case** 2:17 6:15 7:22
20:9,21 25:18 26:10
32:21
**cases** 6:10 8:5 14:7
20:2 25:23 26:2,3
28:10 31:22
**catch** 18:23 34:3
**caught** 2:9,12 33:24
**cellular** 9:23,24
10:22
**Cent** 40:18
**Central** 11:10
**certain** 3:18 21:9
**certainly** 21:13
40:23 48:17
**certifiable** 8:17
**certification** 23:21
**certified** 2:20 21:15,
19,21,24
**certify** 22:6 23:5

challenge 15:7,16
17:12
challenged 17:4
challenging 13:18
change 5:24 34:11
40:19 50:7
changed 26:9,11
42:3
changes 26:19
charge 34:19 45:23
charged 17:13 18:8
charges 34:16
chart 24:22 25:5,7
26:22 30:14,17
34:14 35:2,5
charts 36:7,10,11
cheat 12:16
check 3:6,7 36:5
checked 7:3,4
Chicago 10:2
chief 15:1
chilling 15:24
chills 16:10
China 12:14 22:10,
17 25:12 26:15,17
28:10,13,14 30:21
31:5 35:13 40:16
43:23 46:19 47:24
48:13 49:1
Chinese 23:22 24:1,
3,8,9 34:11 36:2
40:5,23,24
chipset 10:4
choice 17:15
choose 4:3
chose 27:10
CIA 40:15 45:4
city 50:11
civilian 24:3
claiming 38:20
claims 38:14
Claro 10:23
clear 37:1
clerga 22:20
clerk 6:24
client 16:14
close 34:6 40:20

closed 9:19
closest 44:18
Cloud 28:13
collected 25:1,3,4
collecting 24:23
25:1
Colonel 40:3,6,9
color 31:2
column 25:7,11,19
26:9 31:21
combine 18:4
come 8:14 19:12,21
22:9 23:2 26:15
27:11 29:20 36:11,
13 37:19 41:21,24
42:1,14,16,19,20,22
43:1
comes 5:23 37:24
Comey 31:10
coming 4:23 6:3
7:21 23:8 24:17
28:10 31:4 34:11
38:21,23 39:24
43:5,10 49:14
Command 45:3
communism 44:12
communist 23:22
24:1,4,8,9 34:11
36:2 44:10,12
community 45:1
company 19:4
compatible 10:8
complaints 14:22
completely 10:22
42:3
complicated 11:1
34:16
compromised 47:8
computer 25:14,21
27:5,11,12,13 32:24
35:10 36:16,18
37:11
computers 26:2
33:20,21 36:20 37:7
conceal 48:19
concerning 48:23
conclude 2:19 3:23
conclusion 48:21
conduct 18:13

conducted 44:19
confident 6:1
configured 9:15
10:1
confront 24:8
Congressman 40:20
connect 2:7,15 9:4
11:8
connected 2:12
11:12
constituents 17:12,
15
Constitution 43:19
constitutions 13:10
contacted 19:8
contesting 8:13
continue 49:15
controls 21:16
conversation 22:18
Cook 10:2
Coomer 9:15,24
10:6,12,17 19:13,22
Cooper 22:19
coordinate 44:1
copies 9:17
corner 11:11
correct 12:19,20
27:7 45:7,8
Correlate 12:11
corresponding 31:2
could 2:10 3:22
4:17,19 7:19 13:21
17:13 20:10 22:21
23:13 32:7,8 37:10,
11 42:13 43:24
44:22 47:7 48:3
couldn't 3:8
Council 24:6
counterintelligence
47:4,5
Counterterrorism
46:14
counties 21:14,23
25:4
counting 29:4
countries 46:19
47:24
country 2:24 5:14
7:13,20 14:17

18:16,17 20:14
22:9,10,21 24:14
26:19,20 28:3
29:12,23 30:10,12
31:20 32:8,24 33:22
39:5,18 45:12,13
46:1,9,19 47:3,17,
20 48:4 49:12,15,19
50:4,8
county 2:1,20,23
4:10 5:12 7:12 8:6,
16,18 10:2 20:6
21:17 22:2 23:10
25:20 26:10 27:13
28:6 31:22 32:6,7,
21 35:1,13,18 39:17
couple 18:20 37:18
course 50:7
court 3:19 6:15
13:11 15:15 20:9
37:13,14 42:16
46:6,7 47:22 48:5
50:1
courtroom 47:11
courts 23:4 37:22
38:7,10 39:21
covered 10:21
COVID-19 26:20
crap 42:7
crazy 20:11
create 4:1
credentials 3:16
25:23,24 27:15
crickets 39:14 42:8,
9
crime 13:1,2 39:6
criminal 17:5 20:3
criminally 17:13
18:8
criminals 18:17
crooked 22:7
cross 35:1
curious 12:8
currently 10:1,9
cuz 42:12
cyber 3:6 24:14
27:9,22 29:12
38:14,17,21 40:19,
24 41:1,10 43:13,15
45:2,3,6 48:11
49:18

cybersecurity
24:19,22 30:10
33:22
cyberspace 27:6

**D**

Dana 13:6 14:2,3
15:16 16:24 18:5,11
19:24 20:15,23
dare 14:3
data 12:8 34:22
date 5:2
day 35:11 42:24
days 40:14
DEA 42:22
dealing 13:6
dealt 6:13
debt 40:4
decide 29:21
decided 4:2
deciding 34:1
decision 38:9
declaration 34:10
deep 45:1
defend 43:19
defense 44:6 46:8
delayed 40:14
delivering 35:7
demean 39:3
demeans 13:13
Democrat 47:18
Democratic 47:8
Democrats 39:18
demonstrates 18:14
denies 40:8
Denny 14:1
Department 42:23
44:6,24 45:4
depended 4:10
depending 4:9
Deperno 6:8 8:10,
16,22 9:1,4,7,9,14
11:2,4,7,15,18,21,
24 12:4,7,11,19
13:5,15,20 14:2,11,
16,20,24 15:5,10,
13,19,23 16:3,6,9,

12,16,18,22,24
17:8,11,17,21,24
18:2,4,7,10 20:1
**Deputy** 46:13
**designed** 3:24 4:7,
12,14
**destroy** 36:2
**detail** 5:23
**detailed** 5:22
**deviations** 22:14
48:14
**device** 9:18
**diagram** 35:4
**did** 3:9 4:2,23 5:2,6
7:15 9:8 12:14 17:1,
18,20 21:13,18
22:3,5,6,16 23:5,10,
15,16 26:4 27:5,11
32:6,8,22,23 33:12
35:18 36:14,19
37:6,12,20 40:16
43:1,14 45:1,3,4
48:13
**didn't** 4:17,18 6:24
7:1 9:12 21:16 41:5,
6 42:23 47:9
**different** 10:22,24
**dig** 5:8
**digging** 5:11
**diligence** 3:10 6:1
21:10 37:7 39:19
43:2
**directly** 9:18 34:11
**Director** 31:10
40:10,21 46:14
**disagree** 14:13
**disagreed** 17:3
**disagrees** 15:3
**disbar** 8:12 20:2
**disbarment** 14:14
**disbarred** 13:17
**discourse** 15:14,24
16:7,10
**discredit** 39:9
**discussions** 15:15
**districts** 3:20
**divide** 49:12
**division** 46:14 47:5
**DNI** 40:16,20

**do** 4:8,14,15 5:14
7:6 8:9 9:11 11:22
12:16 14:24 15:17,
19 17:11 19:15,17
20:11,15,23 23:1,5,
10,13 26:21 35:2
36:2,4 40:2 41:2,23
42:2,23 43:15 47:9
48:7 49:15 50:3
**document** 25:2
26:13 28:9 30:11
31:21 41:4
**documentary** 8:4
41:4
**documentation**
25:1,6 27:22 29:11,
16 30:22 31:19
33:18
**documented** 29:18
**documenting** 28:18
29:13
**documents** 30:19
**does** 5:4 10:5 11:15
16:12 20:15,23
38:10
**doesn't** 2:24 38:6
39:1,20 40:23 42:17
**doing** 7:21 14:5
16:20 19:17 22:22
33:12 43:12 45:15
47:12 48:6,8
**DOJ** 46:22 48:3
**domestic** 43:20,21
45:19 46:2
**dominated** 44:16
**Dominion** 2:9 3:23
4:3,4,11 9:2,3 11:4,
10 13:22 18:21
19:1,9,10 21:14
34:19 35:19,23 39:3
40:5,8
**Dominion's** 40:4
**don't** 3:21 5:18 6:4,
22,23 7:1,3 8:7
12:20 19:5 20:6
22:8,9 28:1 34:15,
21 35:1 38:8 39:16
40:21 41:8,13,17
47:17 50:3
**Donald** 26:12 27:19
28:2,20 29:3

**done** 3:8,12,17 6:1
9:20 18:11 21:10
35:24 36:19,22
39:19 47:10 49:14
**door** 44:11
**Dorsey** 18:19
**down** 20:5 21:17
24:9 28:3 41:5
48:13
**drawing** 30:13
**dream** 41:7
**drill** 20:5
**driven** 43:23
**dropped** 23:19
**due** 3:9 6:1 21:10
37:6 39:19 43:2
**dug** 5:9
**during** 24:24 29:17
46:22 47:21

---

### E

**each** 13:12 26:24
49:21
**earlier** 29:5
**early** 40:4
**Earth** 20:11
**easy** 41:24
**eight** 15:14
**either** 20:12 22:1,7
39:7
**elected** 17:14,18
18:8 20:4
**election** 4:1 5:2 8:17
13:19,20,23 15:6,7
17:4,13 19:20 20:17
22:23 24:20,24
25:2,3,6,11,13,15
26:14,17 27:9,10,23
29:2,13,17,19,20
31:6,11,14,15 32:10
33:19,20,23 34:12
40:14,17,19 43:17
44:15,20 46:20 48:2
**elections** 15:8,16
28:10 30:23 34:1
**electronic** 34:24
**else** 43:3
**Emmet** 25:19 26:10

**enabled** 15:15
**ended** 19:19 44:3
**enemies** 43:20 45:20
46:2
**enemy** 43:21
**enforcement** 15:2
**enough** 4:6 36:21
**ensure** 11:12
**entered** 25:11,13,15
27:9,12,14,23 31:14
**entire** 8:11 44:5
**equity** 40:4,7,9
**Eric** 9:15,24 10:6,
12,17 18:21 19:5,
11,21,22
**errors** 3:24
**essentially** 34:9
35:24
**eternity** 41:8
**ethernet** 11:13,15
**ethics** 14:21
**even** 4:24 5:1 6:9
19:5 33:23 34:4,15
35:1 39:3,8 41:14
48:19
**ever** 3:14 5:10 24:3
27:4 45:13 46:1
49:11
**every** 2:23 7:13 15:7
17:2 20:10 28:1,6,7
29:16 30:12,16,19
31:1 32:5,9,18 33:7,
8 34:20 41:7 42:12
49:21
**everybody** 8:4,12
9:8 12:12 22:6
23:17 27:4,24 29:7
32:20 33:13 34:5
42:5 43:3 46:5,10,
17 48:15
**everybody's** 14:6
19:18 39:7
**everyone** 3:2 8:4
12:24 24:12 28:2,24
39:8 45:10,24
**everyone's** 50:1
**everything** 11:1
18:11 37:21 41:7,9
42:12 47:20 48:14,
15 50:4,5

**everywhere** 49:23
50:12,13
**evidence** 3:1 5:10
7:17 14:16 17:19,22
19:7 27:8 35:3 39:4
42:7 46:18
**evil** 18:16
**exact** 25:14 31:8,9,
23 36:15 44:16
**exactly** 11:7 27:10,
11,12 28:19 31:21,
23 33:19 39:24 40:1
45:24 47:11
**excited** 33:1
**executive** 14:12
18:21 40:11,12
44:23
**exlplain** 35:21
**expert** 29:12
**experts** 24:19,22
33:22 36:5
**explain** 12:17 20:6
24:16
**explainable** 20:8
22:24
**explained** 24:19
47:7
**explaining** 34:14
**explosive** 23:23
35:19 36:3
**exposing** 37:21
**eye** 6:14
**eyes** 4:18

---

### F

**Facebook** 42:3
**faced** 2:9 44:7
**facing** 44:21
**facsimile** 34:23
**fact** 4:15 13:8 21:17
25:1 26:8 30:8
31:11 34:24
**failed** 45:1
**fake** 19:16 25:24
**false** 26:2 27:15 42:3
**families** 23:16
**family** 49:22
**Fanning** 23:24 24:9,

15,18 27:8,17,21
28:8,13,17,22
29:11,15 30:1,7
31:1,8 32:2,11,13,
16,18 33:5,17
34:13,18 35:2 36:4
38:14 41:16,18

**far** 38:6 46:4

**fascism** 16:19

**fathers** 43:14

**FBI** 31:10 42:22
44:24 45:4 46:14,
21,22 47:1,2,7 48:3,
5,7,24

**fear** 16:13 17:14,20

**feature** 7:7,8

**feel** 40:21

**felt** 4:5

**few** 14:7 46:23

**fiasco** 21:17

**fight** 21:16

**figure** 6:9 48:20

**figured** 22:12

**file** 13:10,17

**filed** 14:22

**files** 30:22 32:14

**filings** 3:19

**film** 8:14 21:8 46:6

**final** 26:9

**finally** 42:21

**find** 5:12,15 20:5
23:12 42:21

**fine** 35:16 37:5

**finish** 30:20

**firewall** 26:3 27:15

**firm** 40:4,7,10

**first** 2:3 14:8 24:3
25:7 26:21 27:17
35:2,8 36:6 46:11
49:8

**fit** 18:14

**five** 22:11 35:11

**flaws** 4:5,7,12

**flip** 4:13 7:1

**flipped** 5:15,16 6:19
7:14,15 29:7 32:23
33:15

**focused** 44:22

**follow** 34:15

**footprint** 12:14
36:14

**footprints** 3:6 27:9,
23 28:9 29:18

**for** 3:11 4:6 5:1 9:22
10:23 13:15,16 15:7
18:14,21 20:10,22
22:23 24:5,8,10,13,
17 26:2,7 27:7 29:3,
4,9 31:12 32:7,9
33:7,22 34:3 37:6
38:6,8,9 39:7,9,17
41:4,7 42:6 43:10,
12 44:5,15 45:15,23
46:3 47:2 49:5,9,13,
14,15,16

**Force** 44:3

**foreign** 25:6,8 27:8
28:9,17 29:18,19,21
33:18,24 34:17
35:23 40:13 43:20

**Foreigners** 44:17

**forensic** 12:14 27:8
35:18

**forever** 33:6 50:8

**forge** 21:4

**former** 31:10 46:13,
24

**forth** 14:16 17:12
35:9 36:4

**forward** 20:9 35:17

**found** 2:11 7:20
33:4 46:2

**foundation** 48:24

**founding** 43:14

**four** 24:4 33:14
37:16

**fraud** 4:1 13:1,23
17:24 19:20 24:21
25:2

**fraudulently** 48:1

**freedom** 50:12

**Friday** 42:11

**friends** 49:22

**frivolous** 13:11

**from** 2:20 4:21 5:5
7:16,23 9:1,16,23
10:18 11:2,9,21
14:9 18:18 20:9
26:12,15,17 27:1,

11,19 28:10,11,13,
14,15,19 29:12,17,
20 31:20 32:24
33:20 35:13 36:15,
16 37:1 40:12 41:8,
15 42:3 45:21 46:3
48:13 49:20 50:9

**front** 44:11

**full** 6:3,4 8:18 29:15
40:12,13

**fully** 3:14

**Fulton** 35:13

**fun** 13:8

**further** 2:19 7:10

**future** 49:9

---

## G

**gave** 18:7

**gay** 4:19

**general** 13:7 15:1
19:24 38:22 40:1
43:6,7,8,10 45:5,10,
17,19,22

**Georgia** 33:9,13

**Germany** 34:21

**get** 3:13 8:3 11:16
12:15 14:10 19:19
21:5,6,18 23:23
37:13,14 38:8,10,
13,18 39:1,2,4,20
42:12,16 46:4,11
47:20,21 48:20
50:15

**get all** 22:14 34:3

**gets** 2:2 11:1 14:17,
21 16:22 19:1 37:21
39:4,15

**getting** 5:7,24 7:20
14:5,6 33:10,13
37:2,4 41:14 50:8

**give** 23:6 43:9

**given** 34:16

**glad** 45:22

**global** 44:12

**globalists** 44:8

**go** 4:20 7:10,23 8:9
9:12 15:15 19:7,15,
16 23:4 25:5 26:7,
13 30:4 32:5,22
34:13 35:2 36:7,10

37:5 39:4 40:3
45:21 46:3 49:21
50:12,13

**God** 45:14,15 47:18
49:13,14 50:13,16

**God's** 50:14

**goes** 2:16 34:23
35:13

**going** 3:14 5:1,3,11,
13,15 6:16 7:10 8:6,
10,11 9:11 12:13
13:4,24 15:7 18:16
19:8,19 20:3,5 21:4
23:3 24:13 25:23
29:22 30:5 35:6,9,
20 36:3,21 37:9,14,
19,20 38:18,22,23
43:9 44:8 45:11,13,
21 47:20 49:10,11,
12 50:5,6,7,10

**gone** 21:9 25:22

**gonna** 3:2 5:5 7:10
12:13 23:23 24:15
30:3 38:21 45:9,10
49:8 50:1

**good** 8:5 42:2 48:14

**goods** 35:7

**Gore's** 44:5

**got** 2:3,5 3:1,5 5:10,
13 7:17 8:1 11:22
12:1 13:21 19:7
21:7,19 22:12 23:1,
21 28:24 33:9 41:19
42:5,12,16 43:3,5
49:7,8,9

**gotta** 6:2

**government** 14:13
34:17 35:23 36:16
37:15,17 39:22,23
44:5 47:9,13

**governors** 22:22

**grasp** 49:1

**great** 43:12 45:12
49:12

**greatest** 38:14,17,20
41:1 45:13 49:11

**group** 5:9 36:19
37:3

**groups** 35:7

**GSM** 10:11

**guess** 9:5 18:23

33:14 37:10 47:19
48:5

**guides** 50:11

**guy** 5:18 6:12 20:16
21:9 39:23 43:1
45:19

**guys** 2:8 7:5 13:21
19:6,14 20:2 35:15
36:19 38:12

---

## H

**hack** 7:9 32:9

**hacker** 25:10,21

**hackers'** 30:15

**hacking** 31:12

**had** 2:24 3:8,19 4:4,
21 19:9,22 21:2,17
22:11,13,18,20 23:9
24:14 25:8 26:20
27:2 32:9 33:6,7
35:18 36:19 37:3
38:12 41:4 43:24
44:18 45:20 46:1
47:10 50:13

**half** 5:10

**hand** 12:20 50:14

**hang** 6:22 36:24

**happen** 48:3 50:7,10

**happened** 4:14
12:14 24:4,16,20
43:22 48:7 49:21
50:5

**happening** 49:20

**happens** 15:10 38:5

**happy** 47:19

**hard** 20:22 48:20

**hardware** 10:5

**harsh** 4:3

**has** 18:11 19:7,8
25:21 31:4 35:23
36:16,19 39:4 40:5
42:7 43:6 44:7,19
46:10 47:16 48:24
50:4,13,14

**hasn't** 40:22

**have** 2:20,22 3:8,11,
21 4:7,12,20 7:7,12,
14,15 8:5 9:10 10:3,
5 12:9 14:8,11
15:15 19:11 21:5,12

22:21 23:9 25:24
26:1,7,21,23 27:1,2,
3 28:5,6,22 29:8
33:1 34:4,7,19,21
35:3,15,17,20
37:10,11,15 39:3,
10,19 40:18 41:13
43:1,2,8,13,16,21,
24 44:8,15,18 45:1
46:2,13,21 47:11
48:2 49:4

**haven't** 17:22 36:12
41:19

**having** 49:16

**he** 3:5 6:11 19:5
20:18 40:1,23 41:5,
6 44:16 45:19

**he's** 6:13 18:22 19:8
38:22,23 42:7 46:13

**head** 7:11

**heading** 44:4

**hear** 9:8 13:21 43:6

**heard** 2:17 23:8
28:22

**heart** 2:2

**hearts** 6:10

**held** 6:5,15 40:15

**help** 6:12 20:17

**her** 14:1 15:23 16:9
18:15 20:23 41:18
49:14

**her's** 35:4

**here** 2:3,11,21,24
3:3,5 4:7,23 5:6,8
7:11,21 8:5 9:11
10:3 11:11,22 14:7,
9 18:23 20:10,19,20
24:21 26:23 27:2
28:1 30:4,5 32:5,19,
22 33:10,12 34:9,16
35:12 38:13 41:8,22
44:21 45:21 46:2,3
47:15 48:7 50:10,12

**here's** 3:15 8:10
36:6

**hero** 43:5

**hey** 2:9 19:6 20:24
36:24

**hide** 20:12

**hill** 50:11

**him** 4:18 18:23
19:11 20:18 29:2

**his** 3:10 6:12 50:14

**historical** 29:8

**history** 24:15 28:4
38:15,18 41:1
43:14,21 45:7 46:1
49:18

**hit** 9:19 26:20

**home** 34:15 46:8

**hometown** 20:17

**hooked** 2:10

**hope** 8:2,3

**host** 38:6

**house** 21:16,19
29:22

**how** 9:4 11:7 12:14
14:3 21:21 22:3,5,6,
11 23:5,12 24:16
27:14 30:18 32:3,22
33:19 35:5 41:5
42:22 43:16 48:2,16
49:4

**however** 9:17 36:3

**Huawei** 28:11

**humanity** 13:2,3
39:6

**hydroxide** 22:20

---

**I**

**I'D** 12:8

**I'LL** 20:15 42:4

**I'M** 5:1,3,11,12 6:20
7:10 13:6 14:5
23:11,24 24:2,15
35:20 37:1,2,4,6
38:20 42:14 45:22
47:19

**I'VE** 14:19 16:9
19:7,11 28:23 33:14
45:24 46:6 49:10
50:8

**ICP** 9:23 10:18

**ICPS** 10:23

**ID** 25:13,20 27:13
36:18 37:11

**identification** 27:2,4

**if** 2:23 5:1 9:15 12:8,
15 13:3 14:22 15:19

17:9,11 19:5,20
24:21 25:5,7 27:4,
24 28:24 30:2 32:21
34:15 35:7 37:3
38:5,10,24 39:3,20,
22 41:8 42:4,5,13,
16 47:9,17 48:5,8
50:12

**Imagecast** 11:10

**immediately** 18:14

**importance** 16:7

**important** 11:9
26:17 31:12 43:13,
16 44:2,13,14,19

**impossible** 4:15

**in** 2:1,6,11,17,18,19,
21 3:6,11,12,17,19,
20,21 4:1,5,14,18,
19,23 5:12,14 6:8,
12 7:7,9,11,13 8:11,
12 9:10,17 10:1,9,
18,19,20,24 11:11
12:24 13:7,9,12,16,
17,23 14:4,17 15:2,
6,15 16:14 17:1,18
18:11,16,17,23
19:16,23 20:4,6,17
21:4,14,16,17,19,24
22:8,22 23:9,17,18
24:15,20 25:1,3,4,6,
12,18,19,21 26:3,8,
9,18,19 27:5,6,9,12
28:2,4,10,15 29:5,
12,20,22 30:8 31:11
32:9 33:11,14,23
34:20,21,22,24
35:11,18,24 36:13,
14,20 38:15,17
39:8,16,21 40:12,
13,14 41:1 42:19
43:14,21 44:3,4,9,
14,19,22 45:5,7,12,
13,23 46:1,10,18,20
47:10 48:5,7,9 49:1,
14,18 50:14

**include** 23:3

**including** 3:20
10:12 26:18 47:24
48:4 50:1

**incredible** 29:7
33:16

**independent** 36:5
38:12

**influence** 4:1

**information** 11:19
24:23 25:2 31:8,9
33:24 35:24 38:13,
19 40:6,7,9 41:19

**inherent** 3:24

**injections** 12:2

**inside** 30:9 31:20
35:14 36:8 41:15
47:11

**install** 7:1

**instead** 2:22 42:6,8

**intel** 37:17 41:12
42:22

**intelligence** 40:11,
22 41:13 44:24
48:18

**intentionally** 3:24

**interested** 44:9

**interference** 18:2
25:6 33:18

**internet** 2:8,11,12,
15 9:6,10 11:8,16,
17 12:15 18:24
19:1,2 25:9,16

**intervention** 40:13

**interview** 17:1,2
18:5

**into** 5:8,9,11 6:13
7:9 16:20 22:9 24:4
25:3,11,15,22
26:10,14,17 27:5,
12,14 28:9 29:18
33:18,21 36:17
38:10 40:17 49:11

**intrude** 40:16

**intrusion** 25:3,8,22
26:7 28:9,17 29:18

**intrusions** 26:14,15,
16

**investigate** 17:5

**investigation** 45:21
48:11

**investigative** 23:24
24:10 34:18 41:14

**investigators** 41:18

**involved** 38:8

**involvement** 24:2
40:23,24

**IP** 25:9,12,15,16
30:14,15 33:3 36:18
37:11

**Iran** 28:15

**is** 2:3,6,8,21,23 3:3,
9,14,23 4:4,8,10,11,
14,23 5:6,14 6:3,9,
14,15,18 7:6,9,22,
24 8:3,6,9,11,12,18
9:1,9,22,23,24
10:10,15,21 11:2,
12,18 12:15,24
13:2,4,5,6,7,22,24
14:5 15:1,3,5,16,17,
23,24 16:4,12,16,19
17:8 18:16,24 19:5,
18,21 20:3,11,20,21
21:8,12,22 22:8,15
23:22,23 24:12,13,
21,22 25:5,10,11,
13,15,17,20 26:15,
16,17,22,23,24
27:4,6,8,21,22
28:10,17,18,21,23,
24 29:5,7,8,11 30:8,
12 31:8,16,17,19
32:3,4,20 33:1,9,14,
16,17 34:6,7,8,10,
18 35:19 36:3,12,
14,21 38:7,14,22
39:18,24 40:10,18,
20 41:3,4,6,7,8
42:2,4,13,15 43:9,
12 44:2,11,18
45:11,18,19,21,23
46:3,19 47:4,5,7,15,
16,20 48:9,19
49:10,11,12 50:6,7,
10

**island** 10:21,24

**isn't** 39:17

**issue** 23:21

**it** 2:7,12,16 3:3,5,14
4:16,19 5:8,13,23
6:15,20,23 7:1,15,
19 8:14 9:19,20,23,
24 10:15 11:11,23
12:10,14 13:8,12,21
14:9,21 15:19
16:12,22 17:20
18:14 19:19,21
20:19,20,21 21:1,
17,18,20 22:12,24
23:10,11,15,16

24:16 25:9,13,18,
19,22 26:3,4,5,7,22
27:1,6,14,18,22
28:3,18 31:21 32:4,
8,22,23 33:6,7,8,10
34:14 35:1,11,12
36:12,17 37:15,19,
20,24 38:5 39:1,2,3,
15,20,22 40:14,15
41:19,21,24 42:3,
16,19 43:4,16,23
44:16,17 46:10,11
48:13 49:10,19,20

**it'll** 9:16 42:14

**it's** 2:2,4,13,14 4:15
5:19 7:20,21,22
9:14,15,20 10:7
15:6 17:13 19:22
20:8,13,14,20,21
21:3 23:8,12 25:18,
19 27:2 31:12
34:15,19 35:3
36:13,15 38:20
41:20 42:5,8,16
44:13 45:10,11
47:19 48:18,21,23
49:19

**its** 26:24 49:1

**itself** 48:19

---

## J

**Jack** 18:18

**James** 31:10

**January** 5:10 7:18
23:9

**job** 22:16 47:9,10

**jobs** 44:6

**Joe** 12:1

**joins** 24:10

**judicial** 44:23

**jurisdiction** 9:17

**jurisdictions** 10:7,
10

**just** 2:13,14,16,17,
22 4:5 5:14,19 6:20
7:8,12 8:6 12:12
14:10 18:18 20:13
21:4,18,20 22:2,13,
15 23:8,11 30:4,5,
14 32:22 33:10
34:19 36:7 38:24

39:19 40:1,2 41:10,
21 42:15 43:10,13,
16 44:11 46:10,17
47:10 48:6 49:2

**Justice** 42:23 44:24
45:4

**justices** 47:22 50:2

---

## K

**keep** 19:6 20:22
21:4 30:12

**kept** 5:7

**kidding** 19:21

**kind** 2:2 7:24 21:20
40:15,21

**kinds** 12:16 29:5

**kinks** 36:13

**knew** 4:24 20:18
31:11,13

**know** 2:4,6,16,18,
21,24 3:1,5,10 4:16,
18 5:1,4,8,16,19
6:3,11,12,14,20 7:5,
18,21,22,24 8:1,2,7,
10 9:4,16 12:23
14:6 15:3,5 18:15
19:5,11,15,21
20:16,20 21:2,5,20
22:8,9,13,16,18
23:4,6,10 27:3,10
28:14 29:2 32:4,22
33:2,3,11 34:4,15,
16,23 35:12 36:15
37:20 39:10,14,20,
22,23 40:15 41:5,6,
11 42:2,11,13,15,
23,24 43:15 45:20
46:5,15,21,24 47:16
48:1,8,13,16 49:7,
24 50:3,9

**knowing** 34:6

**known** 24:10 34:18

**knows** 12:12 46:5
48:16,24

---

## L

**lady** 13:24

**language** 36:13

**largest** 43:21

**last** 22:18 31:21
40:13,14 46:8,23

**late** 48:21

**later** 7:17

**latest** 10:12

**launching** 48:10

**law** 15:1

**lawsuits** 13:12,17
19:16

**lawyer** 6:12 8:11
14:22 16:13 20:17
21:1

**lawyers** 13:8 16:2
20:1

**leaders** 50:9

**leading** 47:24

**leads** 7:19

**learned** 18:5

**learning** 32:5

**least** 40:22 49:7

**leaving** 31:16

**led** 40:17

**left** 3:15 12:8 43:3

**legislator** 17:2,3

**legislators** 20:1

**legislature** 21:22

**legislatures** 17:9
18:12 22:15 44:23

**legitimate** 16:14

**let** 21:18,20 35:20
39:16 40:2

**let's** 7:12,13 8:13
32:6 35:2 36:7 38:3,
5 43:6

**letters** 19:10

**level** 40:19

**license** 15:20

**lie** 2:9,14

**lights** 50:12,13

**like** 5:7,8 6:16 8:19,
22 11:22 13:24
18:15,18,19 19:10
20:1 21:3 22:13,18
23:8 32:21 33:14
35:17 39:23 47:7,21
50:11

**likely** 47:8

**limited** 10:19

**LINDEL** 37:9

**Lindell** 2:13 4:16
5:21 6:6,11 7:4
8:21,24 9:3,6,8,10
11:3,6,14,17,20,22
12:3,6,10,12,22
13:14,19,21 14:3,
15,19,23 15:4,9,12,
18,22 16:1,5,8,11,
15,17,20,23 17:7,
10,16,20,23 18:1,3,
6,9,15 19:3,10,14
20:8 21:11 22:1,4,7
23:15 24:10,12
26:23 27:16,20,24
28:12,16,21,23
29:14,24 30:3,24
31:7 32:1,3,12,15,
17,19 33:6 34:2
35:8,20 36:6,10
37:2,4,6,24 38:2,4,
16,20 39:12 41:1,3,
20 42:7,11,19 43:7,
8 45:5,9,17,22
46:17 47:15 48:12,
22 49:3,6,17

**line** 6:18 7:2 12:15
30:13,19 31:1,2,3
32:9 33:2 46:8

**lines** 30:6,13,17,21
31:4 32:6,8 35:1,9

**litigation** 16:14

**little** 7:17 19:23 33:2
39:9

**logical** 49:5

**long** 13:8 21:2

**longer** 15:24

**look** 2:1 4:17 5:17
11:19 17:18 24:21
25:7 26:13 27:5,6,
24 33:9,12 35:7
38:6,9,12 39:16
41:21

**looked** 27:5 37:10,
11

**looking** 26:12 27:7
30:2 32:20 50:9

**looks** 11:22 34:14

**Loomer** 18:21 19:7,
8

**Loomers** 19:5

**lot** 22:24 23:3 32:5

46:2,24

**love** 19:21

**loving** 50:12

**Lucky** 10:4

---

## M

**machine** 3:1 8:17
9:5 12:20 23:7
36:12 42:1

**machines** 3:7,11
5:13,14 7:7,13,20
8:8,19,20 9:12 13:1,
22 19:1 20:6,20
31:12,17 35:19
39:16 46:20

**magnitude** 48:18,19

**mainstream** 3:16
14:18

**major** 48:10

**make** 4:11 22:5
33:23 34:21 38:9
41:8

**making** 5:19

**Man** 44:4

**manifest** 49:11

**manifests** 49:10

**manipulated** 11:23

**mankind** 43:14

**manual** 2:6,7,11
4:19 9:2,3 11:5,21

**many** 2:14 9:17
17:18 18:15 21:22
22:11 28:10 30:18
32:23 44:1

**map** 31:1

**Mark** 18:19

**marketing** 5:22

**Mary** 23:24 24:9,15,
17,18 27:8,17,21
28:5,8,13,17,22
29:9,11,15 30:1,4,7
31:1,8 32:2,3,11,13,
16,18 33:2,5,16,17
34:7,13,18 36:4,17
38:14 41:14,16,17

**massive** 43:13 45:2

**match** 12:20 37:9

**material** 35:6

math 5:19,20
mathematical 3:19
Matt 8:10,16,22 9:1,
4,7,9,14 11:2,4,7,
15,18,21,24 12:4,7,
11,19 13:5,15,20
14:2,11,16,20,24
15:5,10,13,19,23
16:3,6,9,12,16,18,
22,24 17:8,11,17,
21,24 18:2,4,7,10
21:2,3 24:5
Matt's 7:21
matter 39:1
maybe 5:18 6:20
22:21
Mcinerney 43:6,7,9,
11 45:8,15
me 5:1,7 6:9 7:18
14:14 16:4 18:12
19:7,10,11,12 35:20
39:7 40:2 41:23
42:19 43:2 49:16
mean 2:14,15,21,23
3:4 7:6 10:18 20:8,
11 22:24 29:7
32:20,24 41:21,22,
24 47:19
meaning 44:23
means 25:24 29:19
42:4
media 3:16 6:17 8:4,
7 14:18 18:18 39:13
40:18 49:22
met 29:2
method 25:22
Michigan 2:2 3:18
8:23 13:5,7,9,10,17
14:4,12 15:1 17:2,3,
9,18 18:12 20:4,14
21:13,14 25:18,19,
20 26:11 33:13
middle 46:10
might 7:11,15 40:18
Mike 2:8,13 4:16
5:21 6:6,11 7:4 8:9,
21,24 9:3,6,8,10
11:3,6,14,17,20,22
12:3,6,10,12,22
13:14,19,21 14:3,
15,19,23 15:4,9,12,
18,22 16:1,5,8,11,

15,17,20,23 17:7,
10,16,20,23 18:1,3,
6,9,15,20 19:3,10,
14 20:4,8 21:7,11
22:1,4,7 23:15 24:5,
10,12,18 26:21,23
27:16,20,24 28:12,
16,21,23 29:14,24
30:2,3,24 31:7 32:1,
3,12,15,17,19 33:6
34:2,9 35:8,20 36:6,
10 37:2,4,6,9,24
38:2,4,13,16,20
39:12 41:1,3,20,24
42:1,7,11,14,19
43:7,8,11 45:5,9,16,
17,18,22 46:16,17
47:1,15 48:12,22
49:3,6,16,17
military 44:3,7
million 29:3,4
44:14,15
Minnesota 3:20
minutes 24:4
miracle 7:11,19 34:7
mislead 13:11
mistakes 3:17,20
Mobile 28:14
mockery 14:17
models 10:11
modem 9:23,24
10:5,10,11
modulate 43:24
moment 24:12
33:11
money 47:4
Mongolia 10:18
month 5:9
months 46:23
more 3:22 5:8 8:7,8
34:13 39:16 42:14
morning 33:15
most 2:23 31:4,5
43:13 45:2 47:7
move 30:17
moving 20:9 30:13
31:19 32:14
much 23:8 45:16
multiple 10:11
26:14

must 43:22 44:12,20
my 3:9 4:18,23 5:2
33:14 37:6 39:19
43:1
Myoleander.com
22:20
Mypillow 43:1
myself 24:6

———

N

name 14:1
nation 43:12 45:14
47:18 49:13 50:15
National 24:6 40:10,
22 45:3
Navarro 24:6
need 6:7,8 46:3,7,9
49:21,23,24
needed 9:17 33:15
needs 6:3,8
neighbors 23:17
Nessel 13:6 14:2,3
15:16 17:1 18:5,11
19:24 20:15,23
net 25:12
network 10:3 11:12
networks 10:8,17,19
19:18
never 4:14 34:6 44:7
news 19:18 20:22
42:6 46:4,5
next 8:9,13 10:14
23:23 24:10 25:15,
17,19 26:4 38:11
39:24 40:3 49:4,5
nice 34:14
night 8:18
nine 46:7 47:22
50:1,2
ninth 5:11
no 2:10,13 5:5 6:6
15:24 19:10 23:6
34:23 38:16,20 39:1
42:7 45:4
none 22:15 34:22
42:1
nor 44:8
northern 2:2

not 2:20,22 3:2,4
4:2,14 5:18,19 7:15
8:16 10:19,21 13:8,
10 14:17 18:14 19:6
20:8,13 26:6 27:1
29:4,8 33:9 34:1
35:9 36:21 37:1,19
38:7,10 39:8 40:19
43:15 44:9,18,22
45:1 49:2,12
notes 19:23
nother 22:18
nothing 16:21 34:12
notice 26:14
notices 28:1
November 12:8
16:24 18:7 24:23
29:16
now 4:1,8 7:8,21
13:3,6,23 14:9,10,
12,17,21 18:5,10
19:23 23:5,8,9
24:13 25:22 26:4,6,
9,12 30:1 31:3,8
32:22 33:9 34:13,17
35:20 36:7,18 37:19
38:23 41:8,9,11
43:8,14,20 44:6
46:10,13 47:12,19,
22 48:6,7,9,16 49:7,
17,19,20,21 50:6,7
nuclear 45:23
number 11:11 25:10
26:16 32:2 44:4
numbers 5:23,24
12:17 28:24 29:6
31:20,21 44:16

———

O

oath 13:9 43:17
objects 32:13
obviously 12:23
of 2:2,4,13,22 3:16,
18,19 4:2,4,7,8,10,
13,20 5:10,11,20,24
6:10 7:17 8:1,13,18,
19,23 9:18 10:11,
22,24 12:4,16,17,23
13:7,11,12,20 14:7,
10,12,17 15:13,14,
24 16:7,13 17:4,12,

15,20,24 18:11,13
19:14,18 20:4,10,22
21:4,12,13,20,22,23
22:15,24 23:3,11
24:2,19,20 25:1,6,
10,12,14,17,21,22
26:1,5,15,16,18,24
27:8,13,22,23 28:6,
8,18 29:5,13,16,18,
20,23 30:11,14,16,
17,22,23 31:3,5,9,
16,19,21,22,23
32:5,18 33:2,18,24
34:10,12,22 35:4,8,
18,23,24 36:1,6,11,
21 37:18 38:6 39:9,
20 40:10,13,15,21
41:15 42:1,6,8,12,
23 43:14,18,19
44:6,21,24 45:4,12,
23 46:2,7,8,10,14,
20,24 47:6,9,11,13
48:11,17,18,24
49:18,19,20,21
50:2,7,14
off 2:3,5 29:6 49:1
office 18:14 31:16
43:18
official 7:2
officials 14:12
17:14,18 18:8 20:4
oftentimes 26:6
oh 2:13 19:19 40:11
41:20
okay 3:13 5:1,3 7:13
8:15 18:20 21:7
23:14,20 30:4 34:9
35:16 36:8,24 37:5,
8,23 38:1,3,5 42:18
43:5
on 2:16,19 3:15,16,
18 4:4 5:10 6:1,16,
23 7:18,20 8:6,17
9:10,12 12:7,15
14:21 15:7,10 18:7,
24 19:2,12,21 20:1,
3,5,11,23 22:10
23:8 24:15,17,23
25:7,22 26:1 27:6,
10 29:16 30:5,13,14
31:1,2,5 33:9 36:15,
24 37:15 38:11,23
39:19,24 40:4,24
41:21,24 42:1,7,11

43:6,9,10,18 44:19
45:20 46:1,9,18
48:13 49:14 50:5,6,
11,14

**once** 9:19 12:22
18:24 34:20 37:12,
13 46:5 49:13
50:10,15

**one** 2:13,14 3:1 4:8,
10 6:10 9:16 11:11
14:7 21:12,22 23:6,
11 26:24 28:1,2
30:17 32:5,18 33:2
39:16 40:10 42:12
44:18 45:14 47:18
49:13,21 50:15

**ones** 12:7 18:17
36:11

**ongoing** 8:5

**online** 3:3,4,9,11
4:20,21,22,24 5:1,3
35:6

**only** 2:22 3:4 14:17
19:17 20:12,13 27:1
29:8 33:1,2 43:3,24

**open** 3:1,2 5:14
7:13,22 8:7 14:7
20:21 31:12 32:22
41:24 48:9

**opened** 22:21 48:15

**operation** 48:18

**opposes** 19:4

**or** 2:5 3:6 6:19,24
7:8 10:15 13:11
14:21 17:21 18:2
19:6 22:8,11,21
23:4,7 25:11 26:20
27:5,15 28:7 29:22
32:9 33:6,7,8,14
34:22 35:10 36:4,
12,19 37:16 41:4,
14,19 46:22 47:18
48:19 49:1

**orchestrated** 43:17

**order** 3:11 9:11
40:11,12

**oriented** 5:23

**other** 2:23 3:13
21:14 26:2 28:4
29:4 35:5 36:4 38:9
39:16 40:2,10 41:18
42:24 46:19 47:24

**others** 14:14 24:7

**otherwise** 12:17

**our** 2:19 5:2 7:20
8:2 13:12,13 14:17
15:6,13 18:16 19:1
20:10 22:21 24:8,14
25:3,11,15 26:14,17
27:9,10,23 28:9,18
29:13,18,21 30:23
31:5,11 33:18,20
34:1 39:5,18 41:12,
13 42:22 43:17,21
44:2,7 45:12,13
46:1,8,9,18,20 47:3,
4,17 48:2,4 49:11,
15,19 50:4,8

**out** 3:14 6:3,4,15,16,
19 7:2,3,4,17,18,20,
23 8:1,4,17 9:19,20
10:20 13:8 14:4
17:20 19:15 20:5,22
22:12 23:2,8,12,22
31:5 32:7,20 33:4
36:4,5,11,13 37:19,
24 38:13,19 39:1,5,
8,15,23 40:7,8,14,
16 42:6,12,14,16,
19,20,21,24 43:23
46:2,3,4,11,12,21
47:20,21,22 48:8,9,
20 49:10,21,23
50:12,13

**outbursts** 19:9

**outcome** 34:12

**outside** 35:6

**over** 26:15,16 36:19
50:10

**overcount** 2:4

**overseas** 2:16 5:5
7:16 34:24

**owed** 40:11

**own** 3:9 4:18 23:16
26:24 42:22 43:2

**owner** 25:11

**owns** 40:5

---

**P**

**packets** 31:18

**pages** 28:5,6,8

**part** 9:18 15:13,14,
24 22:14

**partially** 42:3,4

**particular** 2:17
26:10

**particularly** 21:23
26:19 34:17

**parts** 6:4 10:24

**party** 7:2 21:15
23:22 24:1,4,8,9
34:11 36:2 47:8

**pass** 21:18

**penetration** 47:13

**Pentagon** 45:23

**people** 2:15 3:15,21
4:21 5:2,18 6:7 7:18
13:24 15:7 18:22
21:3,12 22:22 23:3,
4,15,16 29:21 30:9
33:7 34:15 35:5
36:4 37:16,17,20,21
38:9,21 39:23 40:17
41:11,15 43:2,22
44:8,20 45:12,20
46:21 47:16 48:3,12
49:22 50:12

**period** 35:11

**person** 15:2 20:10

**personally** 24:7

**perspective** 45:6

**perspectus** 43:9

**Peter** 24:6

**piece** 5:10

**pillows** 5:19

**place** 26:18,19 33:23

**placed** 26:1

**plains** 43:18

**plan** 22:10,12,13

**planning** 22:11

**played** 23:17

**please** 19:12

**plebe** 43:18

**plugged** 4:18

**point** 31:15,17 32:2
43:19

**points** 31:15,18

**politicians** 23:18

**polls** 9:19

**Pompeo** 24:5

**positive** 27:21 29:12
33:17

**possibility** 2:10

**Post** 17:1

**Pottenger** 24:5

**power** 14:12

**practice** 13:9

**precedence** 50:4

**precedent** 50:6

**prepared** 35:17
38:11

**presented** 17:19
31:9

**president** 29:1,23
40:11,20 44:5,14

**presidential** 34:12

**pressure** 19:24

**pretty** 4:4 24:11
49:24

**print** 9:15,16

**prints** 9:19 37:14

**prismatic** 31:13

**private** 40:4,7,9

**proactive** 34:5 49:7,
9

**probably** 5:9 33:14
41:5,6 47:7

**problem** 2:3 22:3

**process** 9:19

**profession** 13:13

**professional** 18:13

**professionals** 35:5

**program** 44:22
47:10

**progressiveness**
44:11

**progressivism** 44:11

**proof** 14:8 21:5,8
23:2,9 24:14,16
27:1,21 29:8,12
32:21 33:17 42:2,
13,20 46:12 48:7
49:18,20

**protect** 14:4 46:8
47:3 48:4 50:4

**protocol** 25:9,10,16

**proud** 24:1,2

**prove** 5:4

**proved** 5:3

**province** 25:13

**public** 6:9,14 7:24
9:13 15:14,24 16:7,
10 39:2

**publicly** 13:16

**Puerto** 10:20

**pull** 30:3 32:7

**pulled** 30:5 39:4

**pulling** 30:3,4

**purpose** 12:23 48:17

**purposely** 3:24 4:12

**push** 3:16

**put** 3:14 6:16 14:4
16:13 17:14 28:1
29:15,22 33:22
34:4,14 35:6 36:4,
17 37:19,24 38:11
39:14 40:6,8 42:2,
24 45:5

**putting** 9:20 19:24
35:17

---

**Q**

**question** 3:21 5:3
10:15 47:6

**questions** 21:12
26:21 42:21

**quite** 23:23 34:15

**quote** 3:23

---

**R**

**race** 7:8

**Ramsland** 5:9

**ran** 4:22

**Ratcliffe** 40:20

**reach** 46:3

**reached** 7:18

**reactive** 49:8

**read** 6:8

**Reagan** 50:10

**real** 12:22 25:4 29:6
30:23 35:6,14 36:22
42:15 46:4

**real-time** 31:19

**really** 10:7 20:22
29:19 33:15 35:3
39:6 41:6

**reason** 3:15 19:17
20:13 38:8 39:13,

14,15,17

**reasons** 38:6
**received** 30:22
32:16
**record** 38:6
**red** 30:19,20 31:3
**refuse** 17:18
**refused** 14:20
**regular** 15:10
**reinventing** 44:5
**remember** 36:1
**renowned** 45:19
**report** 2:21 3:14,21
6:2,3,7,8,14 7:5
14:9,21 40:13 45:2,
4
**report's** 6:4
**reporter** 23:24
24:10 34:18
**represent** 30:13
31:3
**representation**
16:13
**republic** 15:14
**Republican** 21:15,
19,22,23 47:18
**Republicans** 39:18
**requested** 8:18
**required** 13:9
**resign** 18:13
**resolved** 23:21
**response** 40:12
**responsible** 47:2
**rest** 20:10 47:9
**results** 2:20 4:1 9:21
12:20 13:20 17:4,13
**reveal** 18:16
**revealed** 13:4,24
45:11
**revelations** 24:11
**revival** 45:13 49:11
**Rico** 10:20
**rid** 14:10
**right** 2:18,21 3:3,5
4:16 5:21 6:11 7:1,
21 8:21,24 10:1
11:3,6,20 12:3,6,18
13:6 14:9 15:9,18

16:5,8,15,17,23
17:23 18:1,3,6,9,10
19:3 20:20 25:17
27:20,24 28:5,6,12,
16,21 29:24 32:1,
11,15 33:5,9,12
36:6,9 37:19 38:23
41:8,9 42:24 46:10
47:12 48:6,22 49:3,
6,19
**role** 23:17
**Ronald** 50:10
**room** 39:9
**rule** 29:22
**rules** 18:13
**ruling's** 38:11
**run** 5:18
**rural** 21:24
**Rus** 5:9
**Russ** 3:10,16

———————
**S**

**safe** 30:12
**said** 3:10,11 4:21,22
7:2,5,12 13:16 16:9
17:3 19:8 20:19
21:2,3 29:1,2,9
36:18 40:3,9,16
41:5 46:6 47:21
49:10 50:10
**sales** 5:20
**same** 10:3 31:9
**sanctioned** 24:3,7
**sanctions** 14:14 17:5
20:3
**save** 39:5,7
**savvy** 21:9
**say** 2:9 4:7,13,15
6:17 7:6,9,12 8:2
17:21 18:10,23 21:8
23:1,8 31:9 32:6
34:24 37:19,20
38:24 39:12 40:23
41:1,2,3,24 42:13
43:7 50:13
**saying** 2:6 7:6 14:10
15:16 17:8 20:24
23:11 32:3,5 34:10
41:13 42:6 47:23

**says** 3:2,5,22 4:19
11:11 13:8 41:14
**scare** 16:20
**scared** 22:7
**scary** 45:18
**school** 6:13 20:17
**scoring** 31:13
**screen** 33:9
**second** 25:11 27:18
**seconds** 25:8
**Secretary** 26:1
31:16
**section** 8:10,13
23:23 24:1 40:3
**secure** 10:2
**Securities** 4:9
**Security** 24:6 45:3
**see** 3:7,12 4:17,18
5:6 6:7 8:10,13,19,
22 11:9,11 12:8,13
22:14 24:13 25:5,23
26:5 28:10 35:4,5,7,
12 36:17,23 38:21
39:2 42:22 45:9
47:19 48:2,6 49:19,
20 50:1
**seeing** 6:17,21 24:21
26:9 30:21 43:21
44:21
**seek** 17:5
**seem** 49:2
**seen** 3:7 7:14,15
17:22 33:2 36:12
38:24 40:1 41:9,10,
22 42:13 43:10,13,
16 44:7,16 49:17
**selected** 4:6
**senate** 21:16,20
**sends** 19:10
**sent** 13:7 30:22
32:16,19
**serious** 34:13
**servers** 2:16 5:5
7:16 34:21,22
**service** 28:13
**services** 41:13
**set** 7:8 11:8 19:1
26:18
**severe** 31:4,5 34:17,

19

**severity** 31:3
**she** 13:7,16 15:2,20,
21 16:4,20 17:2,3,4
18:13 20:15,23
**she's** 13:15,16 16:1,
18:14 19:24 23:24
34:14 35:7 41:14
**sheet** 31:2 39:22
**shining** 50:11
**shocking** 24:11
**should** 2:20,22
18:13 31:9 41:11
47:12
**Shouldn't** 48:8
**show** 2:7,24 4:23
9:11 12:1,23,24
24:16 29:5,10 30:2
32:8 33:3 38:23
42:1,14 46:15
47:21,22 49:23
**showed** 5:13 6:18
30:14 47:10
**showing** 26:22
30:18 33:4,19
**shown** 2:7 39:19
46:17 47:15,16
**shows** 25:7,9,12,13,
14,18,19,22 26:3,4,
5,8 27:14,18 31:22
**siege** 13:5
**signed** 40:12
**silence** 15:21
**silent** 17:10
**simply** 47:9
**simulated** 35:10
**simultaneous** 44:1
**simultaneously** 44:6
**single** 7:13 20:10
28:7 32:9 33:7,8
41:7
**sit** 23:3
**situation** 2:4,5 6:24
**slash** 10:5
**slide** 9:9 11:2,9
**slides** 11:9
**sliver** 39:9
**small** 2:1 6:12 8:11

**smaller** 48:19
**Smartmatic** 19:14
39:3
**so** 3:11,20 4:12,18
5:11 7:8,16 8:4,13
9:11,18 10:3,6,14,
19,22 11:22 12:8,12
14:6,11,16,24 15:6,
23 17:18 19:7,18,
19,22 20:5,21,22
21:7,21,24 23:7,10
24:23 25:5 26:15,23
29:16 30:1,14,21
31:1,15 32:3,19,21
33:21,24 34:16
35:2,6,12,19 36:3,
15 37:7,21 38:6,18
39:2,4,5,7 42:5
44:2,13,22 45:3,18
46:10 48:16,20 50:5
**social** 18:18 40:18
49:22
**socialist** 44:10
**software** 6:24 7:1
11:4 22:2 36:12
**some** 3:17,18,19,20
6:4 10:9,23 18:23
23:18 24:11,19,20
25:23 26:3,18
30:10,11 31:22
38:18 40:18 41:14
43:18
**somebody** 42:24
**somehow** 38:18
45:20
**someone** 19:16
**something** 6:21
20:12,19 23:5,20
36:22 44:7 48:8
**somewhere** 39:21
**soon** 50:1
**sound** 22:24
**source** 25:12,15
**Spain** 34:22
**spate** 13:11
**SPEAKER** 9:22
10:4,9,14,20 11:12
**specific** 12:4
**spelled** 43:22
**spent** 44:3

**spike** 12:13

**spikes** 11:24 12:1

**spit** 8:17

**spite** 21:4

**spread** 49:23

**Sprint** 10:15

**spyware** 35:14 36:8, 11,16

**squares** 32:17

**squeamish** 40:21

**squished** 35:11

**Staff** 44:4

**stamp** 37:15

**stand** 41:7,9

**standards** 10:13

**stark** 3:22

**start** 38:13

**started** 33:23

**state** 4:2,6 7:14 8:20,23 13:7,12 15:2 18:12 20:1,4 21:13,15,19 25:18 27:13 28:7 44:10

**State's** 26:2 31:16

**statement** 34:20

**statements** 15:23

**staters** 45:1

**states** 20:14 25:4,21 36:1 43:20 47:13

**Stay** 17:10

**steal** 5:2 29:20 31:14

**stealing** 30:20

**step** 7:10 49:5

**stepped** 21:20

**Steve** 2:1 3:13 4:16 5:7,17,22 6:7,22 8:9 18:20 19:4,13,22 21:7,12 22:2,4,5 23:14,20 34:9 35:16,20,22 36:9,24 37:3,5,8,23 38:1,3, 5,17 39:11 40:2 41:12,17 42:10,18 43:5 45:18

**sticks** 20:23

**still** 6:16 7:22 8:6 20:21 23:22 32:21 35:3 37:18 46:19 47:23 48:5

**stole** 5:5 13:23 26:11 27:18 30:19 33:19 48:16

**stoled** 48:1

**stolen** 28:19 30:16 31:17,23,24 32:2

**stop** 20:9 23:11

**straight** 6:19

**study** 2:19

**stuff** 3:9,18 5:12 6:14,15,16 7:23 20:24 33:3 36:15 38:2,4 39:21 41:22 42:1,16

**subjective** 4:19

**successful** 26:5,6,8 27:17 30:18 33:8

**such** 45:19

**sudden** 5:12 6:13 42:8

**sue** 19:7,8,11,12 39:4

**sued** 19:6,19

**suing** 18:22 19:16

**suits** 18:23

**summer** 22:19

**support** 10:6,11 13:10 43:19

**suppose** 33:11

**supposed** 14:4 21:21 48:4

**suppress** 8:5 14:8 18:18 20:24 21:1 23:7 41:23

**suppressed** 39:15 41:21 43:3

**suppressing** 22:22 41:19

**suppressive** 41:23

**supreme** 37:14 46:6 47:22 48:4 50:1

**sure** 33:23 46:24

**surveillance** 30:8,9

**switch** 11:12

**switched** 36:8

**system** 3:23 4:5,14 8:11,12 11:8 15:6, 16 21:15 30:8,9 31:6 41:15 43:17,

23,24

**systematic** 4:1

**Systems** 4:3,11 19:9

---

**T**

**T-MOBILE** 10:24

**tabulations** 12:21

**take** 13:9 15:20 24:9 32:6 38:12

**taken** 29:6

**takeover** 49:19

**takes** 35:12

**taking** 38:7 47:17

**talk** 2:17 8:14 19:5, 23 21:2 23:18,22 44:10

**talked** 7:5 16:3,6 29:5

**talking** 13:3 16:1,2, 4 18:24 19:19 41:18 47:12

**talks** 19:20 21:1 24:1 45:19

**tapes** 9:20

**target** 25:16,17,20 30:16

**taught** 28:2

**team** 3:10

**technology** 10:7

**tell** 6:2,20 7:24 20:15 21:21 38:23, 24 39:2,8,12,24 40:1 42:4 49:22

**telling** 8:7 18:7 19:6 28:23 37:6 42:15 45:10,24

**tells** 9:4 11:7,10

**tenants** 13:12

**terabytes** 25:1

**terms** 18:11

**Terry** 46:13,15,16, 24 48:10,17,23 49:4,13,16

**tested** 8:19,20

**Texas** 4:2,7

**than** 34:13 39:16

**thank** 43:11 45:9, 14,16,17 49:17

**thanks** 24:17,18 43:10,11 46:16 49:13,14,16

**that** 2:6,7,8,19,21,22 3:7,8,9,22,23 4:4,5, 8,10,11,12,14,15, 21,22,24 5:2,4,10, 15,20 6:1,12,14,15, 17,19 7:3,4,12,15, 17,18,19,22,23 8:1, 2,3,4,6 9:8,18,19,24 10:2,10 11:7,12,19, 22,24 12:9,14,24 13:1 14:7,24 15:3,5, 10,17 16:16,18 17:1,3,8,9,19,22 18:4,11,14,16,17,21 19:4,6,8,16,17,18 20:7,9,11,13,14,15, 16,17,18,22 21:1,2, 3,4,6,8,13,14,22 22:3,15,17,19,21, 22,23,24 23:2,5,7,8, 11,13,18 24:14,16, 20,22,24 25:2,7,10, 12,13,14,15,18,19, 20,21,23,24 26:1,3, 5,11,15,19,24 27:1, 3,18 28:3,19 29:6, 12,19 30:1,9,10,11, 12,13,16,17,19,22 31:11,13,14,17,19 32:2,7,8,9,16,19,21, 24 33:2,3,6,11,14, 21,22,23,24 34:2,7, 16 35:1,2,6,8,10,11, 12,14,17,23 36:5,7, 8,10,11,14,16,17, 20,22 37:12,13,15, 17,18 38:7 39:4,5, 13,15,17,23 40:4,5, 6,8,10,16,17,22,24 41:3,9,12,17 42:4,5 43:22,23,24 44:1, 13,14,19,21,23 45:6,22 46:18 47:1, 10,19 48:2,3,7,9,12, 13,15,16,20,24 49:9,10,23 50:6,13

**that'll** 46:2

**that's** 2:13 4:6 7:24 8:12 9:12,18 12:16, 19 14:11 15:3,13,14 16:18 18:18 20:12 22:9,15,16,17

23:11,20 24:3 25:16,19 26:8,12 29:4 30:22 31:18 32:11 35:9,16 36:15,24 37:1,24 38:9 39:24 43:3,15 44:21 45:8 46:8 47:3,4,11 48:23

**the** 2:2,3,4,5,6,7,8, 10,11,12,15,18,19, 23,24 3:1,3,6,8,13, 15,16,18,19,23 4:2, 6,8,10,14 5:9,13,14, 15,19,20,24 6:1,2,3, 4,8,10,13,17,18,22, 24 7:1,2,5,7,12,13, 14,16,19,22,24 8:2, 3,4,6,9,11,12,13,17, 18,19,20,22 9:1,3,5, 6,10,13,17,20,21, 22,23 10:3,5,7,14, 18,21,22,24 11:4,8, 11,12,16,17,21 12:7,15,20,22,23,24 13:1,4,7,10,11,20, 23 14:4,7,8,12,17, 21 15:1,2,15 16:1,6, 13 17:1,12,14,15,19 18:5,12,16,17,21,24 19:1,2,7,9,17,22,23, 24 20:4,7,10,12,13, 20,22 21:5,6,8,12, 13,14,15,16,18,20, 21 22:5,8,14,15,19, 20 23:1,2,7,11,13, 15,18,19,21,22,23 24:1,2,3,4,5,7,9,12, 14,16,20,24 25:2,4, 5,6,7,9,10,11,12,13, 14,15,16,17,19,20, 21,22 26:1,3,4,8,11, 13,16,18,20 27:11, 13,15,17,18,23 28:4,8,9,18,19 29:1, 4,5,6,11,13,15,17, 18,20,21,22 30:2,4, 5,7,8,10,14,15,16, 17,20,21,23 31:1,2, 3,4,5,9,14,15,16,17, 19,20,21,22,23 32:2,7,8,14,17,21, 24 33:3,9,12,14,18, 19,20,23 34:11,12, 14,16,23,24 35:4,5, 6,7,14,18,19 36:2,7,

8,10,11,15,16
37:10,12,13,14,22
38:6,7,9,10,11,12,
14,17,20 39:2,5,6,
13,16,21,23 40:3,4,
5,7,8,9,11,13,14,15,
17,18,19,21 41:1,7,
10,13,15,22 42:6,
19,20,21,22,23,24
43:2,13,14,16,18,
19,21,23 44:1,3,4,5,
8,11,15,18,20,23,24
45:2,3,4,6,7,13,18,
23,24 46:4,5,6,8,10,
11,12,13,14,15,18,
20,21,22 47:2,3,5,7,
8,9,10,13,20,21,24
48:3,4,5,7,9,11,12,
20,24 49:4,9,11,12,
18,20,24 50:6,7,11,
12,13

**theft** 28:18 29:5,13
30:23 31:19

**their** 2:15,21 3:14,
21 4:2,5 6:2,15 10:8
16:13 17:12,14,15
22:16 23:16 24:2
27:2,3 34:22

**them** 4:22 5:9,11
7:5,7,8,9 17:4,5,6
20:22 21:23 33:15
36:21 37:18 39:4
46:7 49:5

**then** 2:23 3:2 4:17
5:11 8:14 13:24
21:15 23:2 25:17,
20,22 26:7,8 27:10,
14,18 31:20 36:16
37:14,20 38:21
42:20 45:6 46:5,11,
12 48:2,15 49:9
50:5

**there** 2:11 3:6,12,15,
17 4:17 6:12,14,16,
19 7:11,23 8:1,6
9:12 14:19 17:19
19:23 22:8 23:17,22
24:22 25:24 28:8,17
31:13 32:20 33:17
34:3,12 36:4,15,17,
21 37:2,4,16,18
38:4,19 39:1,8,15,
21 40:23,24 41:5
42:6,12,13 46:4,11,

12,22 47:22 48:8
50:2,4

**there's** 2:10 6:17,18
10:20 18:15 20:19
22:24 29:9 30:1
31:2 33:13,18 37:16
39:8,13,14,15,17
41:20 46:7 47:21

**these** 2:14 3:7,11
4:4,7,11 5:15 7:7,19
8:1,12 9:12 10:23
11:18,24 12:7,17,24
13:12,22 17:4,8
19:16 20:6,14,23
21:23 22:20,22
23:18 26:15,24
28:6,24 29:6 30:6,
11 31:16 32:6,17
33:7 34:4 35:15
36:10,13,17,19,20
37:7,12,16,17,20,21
42:15 46:20,22
48:3,12,14

**they** 2:6,9,18,22 3:3,
4,5,6,7,19 4:2,3,4,5,
6,7,13,15,21,22,24
5:1,3,4,6,11,13 6:7,
15,16,18 7:2,6,7,12,
16 8:1 10:7 13:23
14:8,13 17:11,13,
20,22 19:2,15,16,19
20:2,11,15,18,19,21
21:16,17,18,19,21,
24 22:13,16,17,18,
20,23 23:7,9,10,12,
15,16 24:24 25:1,
23,24 26:3,4,6,10,
11 27:3,10,11,12,
14,17,18 29:15,17
30:13,18,19,20
31:11,13,14,24
32:23 33:11,12,15,
19,21,24 34:3,5,20,
21,24 35:10,14
36:14 37:13 38:8
39:15 41:3,4,17,18
43:23 44:1,9,10,12,
17 45:1 46:7,11
47:6,9 48:1,8 49:6,
23,24

**they'd** 18:8

**they're** 2:5,7,18 3:4
4:7 6:23 7:6 14:9,
10,14 19:16,17

20:2,3,12 21:13
22:1,7 26:6 33:12
34:20 35:1,17 36:13
37:9,18,20 38:7,10
39:14 41:19,22,23
46:7 47:1,2 48:8,13
50:9

**they've** 24:19 41:20
48:1

**thing** 2:10,19 3:13
4:23 6:13,23 22:8
23:6 35:8,14 36:8
37:1 40:10 41:8
43:16 44:18

**things** 3:8 4:8,10 5:8
8:1 12:16 18:21
20:23 22:12,18,21
23:1,11 24:20 26:18
36:17 37:12 40:2

**think** 3:17,18,22
6:2,4,8 10:24 16:1
18:22 19:4 20:1
21:13,22 24:2 28:1
36:1 38:10 40:8,12,
14 41:23 42:5 47:6

**thinking** 41:12

**third** 7:11,19

**this** 2:1,2,4,10,17,
21,23 3:9,22 4:3,8,
9,10,23 5:6,7,12,14,
19 6:5,7,9,15,18,20
7:6,7,10,13,16,22,
24 8:3,13 9:1,3,4,9,
11,18 11:2,18 12:1,
13,23 13:1,2,3,4,6,
8,16,19,21,22,23,24
14:4,5,6 15:23,24
18:10,16,18,24
19:21 20:11,14,16
21:8,10,15,17,22,24
22:8,11,16,17,23
23:6,7,17,21 24:1,
12,21,23 25:3,4,18
26:10,13,17,19,20,
22 27:4,6,8,21 28:1,
3,4,10,14,17,18,21,
23,24 29:2,5,7,8,11,
12,20,23 30:4,9,
20 33:1,7,16,22,24
34:3,5,6,7,8,10,13
35:7,19 36:3,5,21
37:13,21 38:2,4,7,
10,13,14,16,22,24

39:1,2,4,5,7,12,13,
15,17,18,23,24
40:1,19 41:3,5,6,10,
15,19 42:12,15
43:1,12 44:2,18,19,
22 45:2,4,5,6,10,11,
18,20,24 46:4,5,6,8,
9,18,22 47:7,10,15,
16,22,23 48:3,6,7,9,
16,18 49:4,9,10,23,
24 50:1,5,6,14,15

**THOMAS** 43:11
45:8,15

**those** 11:8 12:11
14:13 15:2,15 22:14
27:23 30:13,17
31:4,5,18,21 32:13,
18 35:9,13 44:6,16

**though** 33:8

**thought** 9:11 45:10

**thousands** 4:20
28:6,8

**threat** 49:1

**threaten** 14:13
15:20 20:16

**threatened** 17:2
20:21

**threatening** 14:14
18:11,12 20:3

**threatens** 15:2

**three** 10:21,22 33:14
37:16 42:6 44:4

**through** 15:15
21:10,18 26:3,13
27:15 36:18 39:21
41:10 46:20 50:15

**throughout** 12:1
46:6

**thrown** 6:13

**Tietong** 28:14

**tight** 4:6

**til** 41:8

**time** 17:21 20:10
25:5 26:4 27:17,18
30:23 32:23 33:11
36:14 46:22 48:20

**times** 12:5

**timestamp** 26:24
27:12 31:23 37:15

**timestamps** 32:7

**timing** 50:14

**to** 2:2,8,10,12,15,18,
22 3:1,6,9,11,12,13,
14,24 4:3,7,12,14,
15 5:2,13,15,23,24
6:3,7,8,9,12,17,20
7:5,9,10,18,19,23,
24 8:4,7,9,10,12,19,
22 9:4,5,10,11,15,
16 10:2,7,8 11:8,9,
12,16,17,19 12:8,
11,13,22,24 13:4,9,
10,17,24 14:4,10,
13,20 15:15,16,19,
20,21 16:13,20
17:8,12,14,18
18:16,17,20 19:1,2,
5,8,11,17,19,23
20:2,5,7,9,12,15,17,
18,20,22 21:6,7,22
22:12,13 23:3,11,
13,15,16,18,21,24
24:8,13,15 25:5,23
26:7 27:5 29:3,10,
20,22 30:11 31:10,
12 33:15,20,23
34:3,4,6,11,13,20
35:2,6,11,13,17,20
36:2,3,4,7,22,23
37:13,14,19,20
38:8,9,11,12,13,18,
21,22,23 39:3,4,9
40:3,17,19,20
41:23,24 42:3,5,12,
16 43:1,2,6,7,9,19
44:12,15,18 45:5,
11,12,13,14,20,21
46:1,3,8,10,15,21
47:3,18,20 48:2,4,
14,19,20 49:1,2,8,9,
10,11,12,15,21,23,
24 50:4,7,10,13

**today** 24:18 44:21
47:16

**together** 28:2 29:15
34:4

**told** 9:12,14 19:11
29:1 36:7 46:12

**tonight** 5:6 41:22

**too** 6:20 13:8 23:12
29:8,10 40:8 47:1,
15 48:21 49:16

**took** 26:19 32:6
35:10 36:14 43:17

tool 35:23
tools 30:11
totalitarianism 15:6
  16:18
totally 16:4
totals 28:19
tough 4:4 5:17
town 6:12 8:11
  20:18 22:9
trace 20:19
track 38:6
transfer 31:15,18
transmission 9:23
transmit 9:18,21
  10:18
tried 18:17 23:10
true 14:11 42:4
Trump 13:12 26:12
  27:19 28:2,20 29:3
  40:21 44:14
trust 42:19
truth 13:4,24 14:21
  21:6 23:2,3 42:20
  46:12 49:24
try 14:8 15:19,20,21
  26:7 38:18 49:1
trying 2:18 8:12
  14:10 19:17 20:2,9
  12 41:23 47:3 48:14
Turchie 46:13,16,24
  48:10,17,23 49:4,16
turn 30:20
turned 44:17
tweet 13:8 16:9
Twitter 20:24
two 44:6
type 31:9
types 4:4 31:3
typo 19:23
tyranny 15:3 16:16

            U

Uh 10:6
under 13:5 45:14
  46:19 47:18,24
  49:13 50:16
understand 20:6
  22:5 30:15 31:12

33:21 41:17 43:22
  44:13,20,22 49:2
unexplainable 22:15
  23:1,12
unfolded 47:11
Unicom 28:13
UNIDENTIFIED
  9:22 10:4,9,14,20
  11:1
unique 25:13,20
  27:13
unite 49:11
United 25:4,21 36:1
  43:19 47:13
uniter 45:12
uniting 49:12
unjust 13:10
up 2:10 3:1,2 4:23
  5:14 7:13,19,21 8:7,
  11 10:7 11:8 12:20
  13:22 19:1,19 20:23
  22:21 28:24 30:4,5
  33:9,10 34:14 35:12
  36:17 37:9,11,12,19
  38:2,4,7,22 40:22
  42:1,2 43:1 44:3,4
  48:15
upon 4:9,11 24:14
us 13:10 14:5 19:5
  32:24 33:4 34:3
  38:22 39:16 42:14
  43:8,9 44:2,9,21
  45:1 46:13 49:12
  50:9
use 10:8,22 21:14
  22:16,17,23 25:23
  46:20
used 3:5 6:17 43:23
  44:1 46:20
using 10:10 14:12
  25:14 27:14

            V

val 38:22
valid 37:3
validate 38:22
validated 36:20
varieties 10:11
variety 10:6

vehicle 9:22
vendor 10:23
vendors 10:21,22,23
Verizon 10:2,15
versus 9:23
very 4:19 5:22,23
  12:4 20:21 23:12,24
  24:2,9 30:8 34:18,
  19 40:3,20 41:24
  45:16,18 47:19
  48:13,23
Vice 44:5
victory 44:17
video 8:3 18:24
  26:21 29:9 30:1,2,4,
  5,7
violates 13:12 18:12
virus 22:17 26:20
vitally 43:12
voice 43:3
vote 18:2 23:7
  28:18,19 29:16
  30:20 31:14,16,17,
  20,22 33:7,19,20
voter 17:24 19:20
votes 4:13 5:5,15
  6:19 7:14 12:4
  21:18 22:14 26:9,
  11,12 27:18 28:19
  29:3 30:16,19
  31:21,23 32:23
  33:15 44:14
Voting 3:23 11:10
  19:9 21:14
VPN 9:23 10:1

            W

waiting 24:13 29:9
Waldron 40:3,6,9
want 3:13 6:20 7:9,
  24 8:7,9,19 10:7
  18:20 19:23 27:4
  29:10 34:13,20 38:8
  44:12 45:20 46:20
  50:13
wanted 27:5 28:3
  36:22,23
wants 16:20
war 29:20 34:10

36:1
warfare 27:9 35:24
  43:13,15 45:2
warned 19:11
was 2:11 6:11,20,23
  8:6,16 11:23 13:1
  17:19 20:16 22:2
  24:23 25:3,4 26:4,5,
  11 28:1,4 29:20
  30:9 31:9,22 33:8,
  10,14 35:10 36:8,22
  39:5 40:14,20,23,24
  41:6,10 43:16,23
  44:16,22 45:2,6,10,
  22,24 46:9,18,21
  47:23 48:16
Washington 17:1
wasn't 4:17,22 28:3
watch 49:24
watching 24:19
  30:8,12,17 31:18
  32:13 39:7 46:7
  47:22 50:2
way 3:3 4:6 6:22
  14:6 19:22 23:18
  28:4 38:9 41:10
  48:1
Wayne 21:17
we 2:19 3:23 5:3,13
  7:23 8:5,7,19 9:12,
  14 10:1,2,3,6,11,18,
  22 11:22 12:2 13:3
  14:8,11,24 18:15
  20:24 21:1,5,6 22:8,
  9,14 23:1,11 24:14
  25:8 26:19,21 28:5,
  10,22 29:5,8,10
  30:4,5 32:5,6,7,8,9
  33:6,9 34:6,7 35:4,
  10,14 36:14,16,20
  39:5,10 41:7,8 42:2
  43:5,8,9,15,20,21,
  23 44:6,8,15,18,20
  46:3,5,9,11,13,21
  47:12,16,18,23
  48:2,10,16 49:7,8,9,
  13,18,19,21 50:15
We'd 8:19,22
we'll 8:14 41:24
  42:21
we're 3:2 9:11
  10:10,19 13:22
  15:14 19:19 23:23

24:21 30:3,4 36:21
  45:9,11,12 46:9
  49:7,8 50:5
we've 3:4 8:18 11:19
  16:3,6 18:5 24:18
  29:9 36:18 41:22
  46:17 47:15
weapons 45:23
weeks 42:6
weighted 7:8
welcome 46:15
well 3:2,3 6:11 8:2
  9:17,21 10:13,18
  11:24 16:3 18:15
  22:1,7 23:20 24:10,
  12 26:8,18,21
  28:15,23 30:7 34:18
  35:8 36:6,7 42:14
  43:11 44:4 45:5,9,
  22 46:24 47:1 48:17
  49:1,6 50:5
went 2:22 3:6 5:6,7
  20:17 26:10 27:6
  33:21 36:18,19,20
  37:10 39:8
were 3:4,5,17 4:3,
  21,22,24 5:1,3,15
  6:19 7:15 9:12
  15:14 24:7,22,24
  25:24 26:11,18
  27:3,17 28:19 29:6,
  7,22 30:11,16,18
  31:12,24 34:1,3,5
  40:17 42:21 47:6
  48:4,5
weren't 3:3 4:3,5
  49:6,7
West 43:18
what 2:2 3:12 4:22,
  23,24 5:5,16 6:14,
  23 7:2,6,9,21,24
  8:2,5,9,17,18 9:5,
  12,14,22 10:4,7
  11:15,22,23 12:2,12
  13:6,15,22 14:5,24
  15:3,16 16:12 18:5
  19:11 20:3,15,22
  21:5 22:12,16 23:1,
  10 24:13,21 25:5
  26:9,12,14,16,22,
  23,24 27:4,6,10,12
  28:22,23 29:8 30:7,
  12,14,21 31:18

32:3,4,5,20,23 33:1,
11 34:2,5,13 35:19
36:3,14,18,19 37:6,
12 38:5,24 39:1,9,
10,19,20,24 40:1
41:2,3,4,17 42:4,11,
13 43:6,9,12,22
44:20 45:15,24 46:3
47:3,4,12,16 48:5,6,
7 49:15,21 50:3

**what's** 10:8 14:1
20:5 30:5 47:19
50:6,7,9

**whatever** 6:19 23:4
36:12 38:8

**when** 2:16 3:5 4:2,
11 5:6,23,24 6:3
7:4,17,18 9:20
12:13 15:1 19:15
22:9,13,19 23:18
24:5 26:10,19 27:6
29:1 30:15 31:24
32:23 33:4,15 35:4,
12 36:17 37:21,24
39:14 40:16,21 42:2
45:10,11 48:6 49:9
50:15

**where** 2:4,6,8 7:16
12:1 14:8 19:2 23:9
25:18 27:1,11 28:24
31:15,22 38:23
45:21 46:21 47:6
48:15 49:20

**where's** 8:2 46:22
47:2

**whether** 26:4,8
30:18 33:8 36:12
48:18

**which** 4:13 11:10
27:11,12,13 31:17
33:20,21 44:3

**whistleblower** 31:11

**whistleblowers**
37:17

**White** 29:22

**who** 7:15 12:14
13:9,17 14:12,20
15:1 17:4 24:22
27:3,23 29:21 32:22
33:19 37:20 43:9
44:9,14 48:13

**whoever** 23:10

**whole** 2:24 12:23
22:18 41:4 46:22

**whom** 14:13 15:2
17:3

**whose** 50:11

**why** 14:5 17:17
20:4,11 22:9 23:4,5
26:17 36:6 38:9
41:23 42:5,21,23,24
44:2,21 48:16,23

**wide** 46:4

**wiggle** 39:9

**will** 9:20 12:10
15:20,21 20:24
21:1,5,6 23:2,3,6,12
25:5 30:1 38:24
39:1,2,12 40:5
42:16,19,20 46:12
48:10 49:13 50:15

**wins** 45:11

**wireless** 10:4

**with** 2:14 3:24 4:18
5:7,8 6:13 10:2,8,23
11:13 12:20 13:6
14:13,14 15:2 16:4
17:1,3,4 18:4 19:8
20:5 21:2 22:17
28:2 29:2 30:5 35:9
36:4 37:13 38:2
41:21 43:1,8 44:7
45:1 46:13 48:3

**within** 30:10

**won** 29:2 44:14

**won't** 19:15

**word** 17:12,15

**work** 33:22 37:18
45:20

**worked** 10:2

**works** 18:21

**workstation** 11:12

**world** 12:24 37:10
38:15,17 39:6 41:1
44:12 45:7 46:18
50:8,9

**worse** 16:22

**would** 3:11 5:2,8
7:12,14 10:3 17:5
19:21 20:11 23:5
27:4 33:3 34:11
36:2 37:13 41:24
47:11 48:5,6 49:1,4

**wouldn't** 13:3 39:22
42:6

**wow** 5:13 11:14
13:14 14:15,23
15:22 17:7,16 27:16
29:14 30:5,24 31:7
32:12 36:21 45:9
47:23

**write** 38:21 49:1

**wrong** 20:19

**Wuhan** 26:20

**Wumao** 40:18

---

**Y**

**yeah** 6:6 8:9 9:3
10:17 15:4,12 16:11
26:23 29:11 30:3
37:9 39:11,20 41:16
42:10

**years** 15:7 22:11,12
43:18 44:3

**yes** 5:6 9:7 12:15
26:5 33:17 40:22

**yet** 2:11 19:6 44:17
47:5

**you** 2:4,6,8,11,16,
17,18,21,24 3:1,5,7,
8,10,12 4:8,10,11,
13,16,18,19,20,21
5:1,3,8,13,16,18,24
6:2,11,14,20,22,23
7:1,3,5,6,8,9,15,18,
21,22,24 8:1,2,3,7,
10 9:4,10,11,16,19
11:7,10,16 12:1,9,
13,15,16,17,23
13:21 14:4,6,7,10,
17,21,22 15:3,5,17,
19,20,21 16:1,2,4,
20 17:17 18:4,23
19:6,8,10,11,14,15,
20,21 20:15,16,20
21:1,3,5,7,8,20
22:9,12,16,18 23:4,
5,6,10,18,22 24:16,
21 25:5,7 26:13,21,
23 27:1,2,3,4,10
28:1,4,5,14,24 29:2,
3,9 30:2,14,15
32:22 33:2,3,6,11
34:4,16,19,23 35:2,
6,12,16,17 36:3,7,

15,17 37:3,6,10,11
38:11,12,13,18,23,
24 39:2,7,12,14,19,
20,21,22,24 40:1,5,
8,15,21,24 41:2,6,
10,13,23 42:1,2,4,5,
11,12,13,15,23,24
43:11,13,16,22
44:12 45:9,14,15,
16,17 46:1,5,15,21,
24 47:10,16 48:1,5,
6,7,12,20 49:7,15,
16,17,20,22 50:2,3,
9

**you'd** 7:14 27:6

**you'll** 26:5,14

**you're** 4:9,16,23
5:5,14,17,22,23
6:16 12:12,13,15
14:4 20:9 21:8,9
22:10 24:13 25:23
26:9,12 30:7,12,17,
21 31:18 32:3,5,13,
20 33:4 34:9 35:22
37:14 38:21 41:12
42:21 43:12 44:21
45:6,15 47:17 50:2,
3

**you've** 2:3,5,7 6:1
19:6,9 21:9,10
22:11 24:13 41:9
44:16 49:14,17

**Youcloud** 28:14

**your** 5:17,18 11:8
12:8 15:20 21:10
38:11 42:1 45:21
49:22

**yourself** 17:17

**yous** 42:12

**yup** 15:12 21:11

---

**Z**

**Zuckerberg** 18:19