# Exhibit 37A

**Screenshot A**



Exhibit 37A, *A Screening and Conversation of Absolute Proof* (2/11/2021) at 00:01.

**Screenshot B**



Exhibit 37A, *A Screening and Conversation of Absolute Proof* (2/11/2021) at 00:28.

**Screenshot C**



Exhibit 37A, *A Screening and Conversation of Absolute Proof* (2/11/2021) at 07:27.

**Screenshot D**



Exhibit 37A, *A Screening and Conversation of Absolute Proof* (2/11/2021) at.44:47.

**Screenshot E**



Exhibit 37A, *A Screening and Conversation of Absolute Proof* (2/11/2021) at 1:03:51.

**Screenshot F**



Exhibit 37A, *A Screening and Conversation of Absolute Proof* (2/11/2021) at 1:22:06.

**Screenshot G**



Exhibit 37A, *A Screening and Conversation of Absolute Proof* (2/11/2021) at 2:11:45.

**Screenshot H**



Exhibit 37A, *A Screening and Conversation of Absolute Proof* (2/11/2021) at 2:54:30.