# Exhibit 42

TRANSCRIPT OF THE AUDIO RECORDING OF:

One America News Network, Tipping Point Excerpt

November 19, 2020

TRANSCRIBED BY: THOMPSON COURT REPORTERS INC.

1        KARA MCKINNEY:  You're watching One America News
2   Network. It's time for Tipping Point. Tonight President
3   Trump's legal team is holding nothing back so they can prove
4   in court that he won by a landslide, which has since been
5   stolen by Democrats. Plus big tech is upping the ante and
6   throttling conservatives as this election comes down to the
7   wire. And finally we discuss how you can protect your rights
8   against an ever expanding government, as global elites look to
9   enact their great reset during this pandemic. I'm your host,
10  Kara McKinney, and this is Tipping Point.
11           Just because Democrats in the mainstream media
12  continue to give Joe Biden his meds and whisper reassurances
13  in his ear that he is the President-elect doesn't make it so.
14  Trump attorney Sidney Powell speaking at today's press
15  conference, declaring President Trump won re-election by a
16  landslide. And she says she has the evidence to prove it.
17       SIDNEY POWELL:  This is stunning, heartbreaking,
18  infuriating, and the most unpatriotic acts I can even imagine
19  for people in this country to have participated in in any way
20  shape or form. And I want the American public to know right
21  now that we will not be intimidated. American patriots are fed
22  up with the corruption from the local level, to the highest
23  level of our government and we are going to take this country
24  back. We are not going to be intimidated. We are not going to

1  back down. We are going to clean this mess up now. President
2  Trump won by a landslide. We are going to prove it. And we are
3  going to reclaim the United States of America for those people
4  who vote for freedom.
5              KARA MCKINNEY:  She's right, American patriots are
6  fed up. That's why President Trump's legal team is withdrawing
7  its lawsuit in Michigan today after getting what it requested.
8  Because two patriots in Wayne County are saying enough is
9  enough. And they're standing up against the mob. Last night we
10 discussed how the state's most populous county voted to
11 prematurely certify the election results in favor of Joe
12 Biden, after the two Republican holdouts were smeared as
13 racist and threats are made to dox their children. However, we
14 are now learning that those two Republican officials are now
15 rescinding their votes to certify, arguing that in addition to
16 being intimidated, they were also falsely told that they had
17 no legal standing to hold up the process. They're now
18 receiving pushback from the Secretary of State's office, who
19 says they can't change their votes this late in the game. But
20 despite this, the reversal inspired election officials in the
21 nearby state of Wisconsin to also pump the brakes on
22 certifying their own results in favor of Joe Biden until all
23 of their election irregularities can be fully investigated. To
24 this point, Trump attorney Rudy Giuliani says Wayne County is

1  just one of many examples in Michigan and Wisconsin, which

2  massive over-voting took place in crucial precincts, to the

3  tune of two to three times the amount of people even eligible

4  to vote in the first place. No wonder Democrats are trying to

5  move so quickly here. Because if you take even just a passing

6  glance at these massive vote dumps that took place at three

7  and sometimes four in the morning, that went overwhelmingly

8  for Biden and erasing President Trump's leads, something

9  obviously doesn't seem right. That graph showed what happened

10 in Wisconsin. Now listen to how that same type of ballot dump

11 reportedly happened in Detroit, Michigan.

12           RUDY GIULIANI:  Four affiants here, those are people

13 give affadavits, report an incident that under any other

14 circumstances would have been on the front page of all your

15 newspapers, if it didn't involve the hatred that you have, the

16 irrational, pathological hatred that you have, for the

17 President. What they swear to is that at 4:30 in the morning,

18 a truck pulled up to the Detroit center when they were

19 counting ballots. The people thought it was food. So they all

20 ran to the truck. Wasn't food. It was thousands and thousands

21 of ballots. And the ballots were in garbage cans. They were in

22 paper bags, they were in cardboard boxes, and they were taken

23 into the center. They were put on a number of tables. At that

24 time, they thought all the Republican inspectors had left. All

1  but two had, and an employee of Dominion. And here's what they

2  jointly swear to. That every ballot that they could see every

3  thing they could hear. These were ballots for Biden, when they

4  saw a ballot, these were ballots only for Biden, meaning there

5  was no down ticket, just Biden. Many of them didn't have

6  anything on the outer envelope. Because these ballots were

7  produced very quickly, very swiftly. And they're estimated to

8  be minimum of 60,000, maximum of 100,000. Many of them were

9  triple counted, which means they were put into the counting

10 machine this way, once, twice, three times.

11           KARA MCKINNEY:  Giuliani also cited affidavits

12 claiming 15,000 voters in just Pittsburgh alone were forced to

13 cast provisional ballots after poll workers told them they

14 already voted by mail, meaning someone else may have cast

15 ballots under their name. He also discussed ballot curing and

16 some poll workers claiming that they were coached to recount

17 Biden ballots while getting rid of Trump votes altogether. Then

18 we get to Dominion Voting Systems. Giuliani says his team

19 already has enough evidence even without the Dominion

20 allegations to reverse the course of this election. Sidney

21 Powell took over the podium from there, telling reporters that

22 the real issue is the massive influence of communist money

23 through Venezuela, Cuba, and perhaps even China. She cites how

24 in the past Democrat senators warned how Dominion Voting

1  Systems could be used to change votes, and even give weighted

2  values to each ballot cast, meaning a vote for President Trump

3  could count as just .75 of the whole and a vote for Biden as

4  1.25 instead of just one ballot equaling one vote.

5           SIDNEY POWELL:  Notably the Dominion executives

6  are nowhere to be found, now. They are moving their offices

7  overnight, to different places, their office in Toronto was

8  shared with one of the Soros-entities. One of the leaders of

9  the Dominion project in overall is Lord Malloch-Brown. Mr.

10 Soros' number two person in the UK.

11          KARA MCKINNEY:  I think every American deserves to

12 know why foreign companies were allowed to handle our

13 elections in the first place. It sent sensitive voting

14 information to oversee servers. And according to Powell, these

15 machines may have been compromised, compromising the votes in

16 more than just the swing states.

17          SIDNEY POWELL:  It can set and run an algorithm that

18 probably ran all over the country to take a certain percentage

19 of votes from President Trump and flip them to President

20 Biden, which we might never have uncovered. Had the votes for

21 President Trump not been so overwhelming in so many of these

22 states that it broke the algorithm that had been plugged into

23 the system, and that's what caused them to have to shut down

24 in the states they shut down in. That's when they came in the

1   back door with all the mail-in mail-in ballots, many of which

2   they had actually fabricated somewhere on pristine paper with

3   identically matching, perfect circle dots for Mr. Biden.

4           KARA MCKINNEY:  Joining me now to discuss these major

5   allegations is Julie Kelly, a senior contributor for American

6   Greatness and the author of Disloyal Opposition. Welcome back,

7   Julie, a lot to get to tonight.

8           JULIE KELLY:  Wow Kara.  You know what I'm really

9   struck by?  And I've watched Sidney Powell, all of us have for a

10  while. The emotion in her voice, and I mean, this is a tough

11  lawyer, she has seen it all.  She took Andrew Weissman on

12  head-on and N the Enron case. She's seen all the tricks of the

13  trade as she's litigated the Michael Flynn case, but to hear

14  her voice shaking, the emotion that she expressed,

15  understanding what's going on here and trying to make the

16  media and the American public aware of really what is looking

17  more and more like a stolen election. I think that's what

18  struck me the most is really, the facts are there, the details

19  are there. It's explosive bombshell allegations, but for her

20  to be so emotional, I think really put some weight behind what

21  she said.

22          KARA MCKINNEY:  Exactly. And she's someone who's seen

23  a lot. We've seen what she's done with the General Michael

24  Flynn case and how she's, you know, been able to turn that

1   around in a positive way get so much exculpatory evidence that
2   the DOJ was hiding and sitting on for many, many years. So we
3   do know that she knows her stuff. This is you know, her field
4   of expertise. When it comes down to it, especially when she
5   was talking about the Dominion Voting Systems. How Dominion is
6   a Canadian-based company, they have servers around the world.
7   There are some ties, perhaps to Smartmatic a comp, or a
8   software company that may have some ties also to Venezuela. A
9   lot of stuff there. And after so many years of Russia, Russia,
10  Russia, why did we allow foreign entities to have any kind of
11  say, or oversight on our elections?
12          JULIE KELLY:  You know, here we are with the server
13  issue. Once again, we have the very same group of people who
14  were convinced that the Russians hacked the DNC email server
15  without any proof. The FBI admitted they never saw the system.
16  We took the word of a DNC-connected cybersecurity firm, and
17  they ran with that the collusion hoaxsters for years now all
18  of a sudden there's no interest at all, in how foreign
19  interest might have corrupted our election, how foreign
20  companies are trying to sabotage this. And they've lost the
21  media and the Democrats and the Never Trump Republicans
22  suddenly lost interest now in any kind of server. But look
23  their rub is that this was not widespread. They're trying to
24  find the one person. You know, you saw somebody asked I think

1  today if Joe Biden was aware of it, you know, they want just
2  like one smoking gun. Well, there's not one. I mean, there are
3  hundreds, if not thousands of them. The Democrats are very
4  savvy, they know how this is done. They know the media will
5  cover for them. And they thought that this was a no-brainer.
6  And there's a lot more to this. If you look at, for example,
7  they were talking about the ballots for Joe Biden, in the
8  state of Pennsylvania, there was a drop off about 300,000
9  votes between Joe Biden and two statewide elected officials,
10 both of whom won. The Republicans, one who defeated a sitting
11 Democrat incumbent state treasurer in Pennsylvania. Now how
12 does that happen? All of a sudden, 300,000 voters just decide
13 they're going to vote for Joe Biden, but not the rest of the
14 statewide elected officials? So many things do not add up. And
15 this is what I think Rudy Giuliani, the Trump legal team, and
16 those of us in legitimate conservative press are trying to put
17 together for people
18         KARA MCKINNEY:  When it comes down to it Democrats, I
19 think, have gotten so brazen, to perhaps even try and outright
20 steal an election because they've gotten away with so much
21 before in the past. And they know that not only is the media
22 covering up for them, because again, they're just saying, Oh,
23 these are just base look at, baseless accusations. Even Fox
24 News is doing that right now, not giving any kind of

1   credibility or weight to the words of Powell, or Giuliani or

2   Jenna Ellis. But even when it comes to the DOJ, for example,

3   Attorney General Bill Barr a few weeks ago, he said that he

4   was going to have his prosecutors look into credible

5   allegations of voter fraud. We haven't heard much on that

6   front. And when you look at the DOJ as a whole, I believe it's

7   somewhere around 85% of all the political contributions given

8   by Department employees this past election cycle, 85% went to

9   Biden.

10          JULIE KELLY:  Right. So this has been a problem

11  throughout the Trump era. He has so much against him, it's

12  amazing that the man is still standing to be honest. But look,

13  it's very disappointing. Our own Justice Department, after

14  promises to get to the bottom of Obamagate, Russiagate,

15  Fizagate, whatever you want to call it, we've had no action

16  whatsoever. The department's interference now, in what would

17  be election interference in our own election, by covering up

18  what happened with the Biden family and their foreign

19  interest, their foreign connections in business dealings. So

20  now we have proof, a lot of proof. Proof that we're seeing

21  every hour actually, of missing votes of newly counted votes,

22  of duplicate votes, of states breaking the rules, of states

23  changing the rules a few days before the election. Then you

24  saw Wisconsin last night, they tried to change the rules after

1  the fact. So it's really disappointing to see the Justice

2  Department completely MIA on this, so that's why you have

3  people like Rudy Giuliani and Sidney Powell step up. Because

4  you also have lawyers who are getting doxxed and threatened

5  and bullied and having to step away. So these are tough, as

6  you said, patriots, fighters, warriors, they are fearless. And

7  we should have their back until all of the facts, all the

8  court cases, all of this makes it through the process. But

9  today's press conference, I think was pretty explosive and

10 convincing.

11            KARA MCKINNEY:  Definitely. And then when we look

12 ahead to 2024, you see a lot of Republicans, a lot of the more

13 RINOS, the wishy-washy, the spineless type of Republicans are

14 saying, you know, just let this election be let Biden claim

15 his mantle as president, and we'll just we'll just go get him

16 again in 2024. However, I'm just looking back at this through

17 everything we went through with Obamagate, the weaponization

18 even under President Obama, with the IRS with the DHS,

19 everything that happened there, Obamagate. Then we saw the

20 impeachment sham, and now we see this outright stealing of an

21 election, I just believe that the corruption will be so

22 entrenched by 2024 that no honest America-first conservative

23 Republican would ever be able to win again.

24            JULIE KELLY:  Well, and here's what they really want

1  Kara. They want Republicans to lose faith in the electoral

2  process. This is what the left wants, they want us to lose

3  faith in our institutions, in the rule of law, in the

4  Constitution. And so if this does not, you know, if all of

5  these allegations are just sort of ignored, or the court

6  continues to reject them, Democrats will get what they want,

7  not just in 2024 and 2022, as well. Because you're going to

8  have millions of Americans, Republicans who think what is the

9  point, even if I go vote, no matter how hard I work, my vote

10 is not going to be counted. It's going to be disqualified, and

11 the Democrats are going to steal run with it. So that's why I

12 think Trump and his legal team recognize the importance of

13 getting this done now. And any conservative or Republican,

14 especially a lawmaker who suggests that we should just let

15 this go, just let Joe take the you know, it'll be fine. We

16 have the Senate, whatever. Anybody who says that should be

17 automatically disqualified from running for office in the

18 Republican Party.

19       KARA MCKINNEY:  Yeah, and when it comes down to the

20 Senate, I know a lot of people are saying, well, at least we

21 still have the Senate. So even if we lose, lose the White

22 House silver lining there, however, I mean, just look at how

23 Obama governed when he was president. He said all he needed

24 was a paper, pen, and a phone, you know, his executive orders.

1  And that's how he got things done. And so I would just imagine
2  a, you know, a hypothetical President Biden would just act the
3  same way and bypass Congress altogether. So that's my concerns
4  there. But thank you so much for joining us tonight. Julie.
5          JULIE KELLY:  Thank you.
6          KARA MCKINNEY:  And up next, now's the time to stand
7  up for what you believe in. We'll talk to one conservative
8  activist who's doing just that. Right after the break.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

1  TRANSCRIBER'S CERTIFICATE

2

3  I hereby certify that the foregoing pages

4  are a true, accurate, and complete transcript of the

5  proceedings transcribed from a copy of the electronic

6  sound recording to the best of our knowledge and ability.

7

8  IN WITNESS WHEREOF, I have hereunto set my hand on

9  this 4th day of October, 2021.

10

11

12  *[signature: James Lonergan]*

13  James Lonergan
    Production Manager
14  Thompson Court Reporters, Inc.

15

16

17

18

19

20

21

22

23

24  THOMPSON COURT REPORTERS INC.