# Exhibit 43

TRANSCRIPT OF THE AUDIO RECORDING OF:


One America News Network, Tipping Point Excerpt

November 20, 2020

TRANSCRIBED BY: THOMPSON COURT REPORTERS INC.

1          KARA MCKINNEY:  It's time for Tipping Point. Tonight,

2    Dominion executives are retreating into the darkness, as one

3    Pennsylvania official puts it, while President Trump's legal

4    team are standing tall in the public eye. Guess which one the

5    media wants you to believe? Plus the victims of the terror

6    attacks on 9/11 may have to wait even longer for justice due

7    to pandemic restrictions on the courtroom. And finally, he

8    Atlantic is pushing eugenics against those with down syndrome.

9    I'm your host Kara McKinney and this is Tipping Point.

10          Well, Dominion voting systems is pulling a

11    Hunter Biden today. No, they aren't hiding out from paying

12    child support to their stripper baby mama, but they are hiding

13    out from tough questions. Remember back before the election

14    two weeks ago, when Hunter Biden joined his dad in the

15    basement metaphorically speaking. It wasn't because he thought

16    the allegations against him of money laundering, selling

17    access to his father's office, and even accusations of being

18    inappropriate with an underage relative, were completely

19    unsubstantiated. Just the opposite. So isn't it suspicious

20    that Dominion is now following the same exact playbook, lay

21    low until Joe Biden gets into the Oval Office in January,

22    either by hook or by crook, and then all your sins can be

23    forgiven by a friendly administration? That isn't what people

24    who are wrongly smeared or maligned do, they stand tall and

1    defend their honor. But of course it only works if you have

2    any honor left to defend. Company reps from Dominion Voting

3    Systems were supposed to attend a fact-finding hearing today

4    with the Pennsylvania House state government committee. The

5    committee chair, Seth Grove, said he was initially impressed

6    with the company's willingness to appear and dispel concerns

7    about their voting systems being involved in any election

8    irregularities. Now I hate to told you, tell you I told you so

9    Seth, but how in the world did you ever trust a foreign-owned

10   company, with ties to Soros and the Clinton Foundation, to

11   handle our elections in the first place? Not only did Dominion

12   abruptly back out of today's hearings at the last minute, but

13   they're now lawyering up.

14          SETH GROVE:  Instead of running towards the light of

15   honesty and integrity, Dominion Voting Systems retreated to

16   the darkness. Why? Why would a vendor of public goods fear

17   discussing their products sold to the public for the public

18   good. If Dominion's products were successful, and operate as

19   they were supposed to, why wouldn't Dominion take the

20   opportunity to publicly review its success? How hard is it to

21   say our ballot machines worked exactly as promised, and they

22   are 100% accurate? Why, after weeks of accusations, has

23   Dominion Voting Systems not released any analysis of the

24   success of their voting machines to the public in order to

1  stop their accusers in their tracks? They have nothing to

2  hide, why are they hiding from us? Today, I'm saddened to

3  report to the taxpayers of Pennsylvania, the 1.3 million

4  voters who trusted Dominion voting systems with their ballots,

5  that Dominion Voting Systems has hung you out to dry and

6  slapped you in your faces. Not only are Pennsylvanians more

7  skeptical, but the actions of Dominion Voting Systems last

8  night have led credibility to their accusers' accusations.

9        KARA MCKINNEY:  Grab your popcorn because this is

10  getting good. Just hours before Dominion executives called

11  last night to back out of the hearing in Pennsylvania, Trump

12  attorney, Sidney Powell, revealed they had also moved out of

13  their offices in Toronto, which was shared of course, with a

14  Soros entity. That's what we would call circumstantial

15  evidence of wrongdoing. It really grates on my nerves that at

16  this critical juncture in our nation's history, in which we

17  need to stand together as patriots, we're doing a better job

18  of tearing each other down than the left is. For those who say

19  that President Trump's attorneys haven't given any evidence of

20  their claims, let's go through, through some of that together.

21  But first, I want to preface this by reminding the naysayers

22  at Fox, among others, that Powell took on General Michael

23  Flynn's case when it seemed hopeless to do so as well. He had

24  already pleaded guilty, and the DOJ was adamant that it had

1   turned over all of the exculpatory evidence that it had to
2   Flynn's defense. For years, Powell pushed through claims that
3   she was a conspiracy theorist on the hunt for documents that
4   didn't exist. Just imagine if during those years, conservative
5   pundants had also jumped down her throat, saying she had no
6   evidence to substantiate her claims that Flynn was innocent
7   and the victim of a weaponized FBI. An innocent man would be
8   in prison right now. But now there's more than just one life
9   at stake. Our entire constitutional republic is hanging in the
10  balance if we cannot restore faith in our electoral process.
11  So first off, let's start off with claims that Dominion Voting
12  Systems switched votes. Well, we know for sure that it did
13  happen in counties in Michigan where thousands of Trump votes
14  were wrongly awarded to Biden and called glitches. Also these
15  accusations of Dominion switching votes were made by Democrats
16  Senators Elizabeth Warren, Amy Klobuchar and Ron Wyden just
17  last year, back when they were saying Russia might try to
18  steal this election. Isn't it likely that whatever evidence
19  these Democrat senators were looking at last year, Powell now
20  has? In fact, Dominion's own user guide admits that its
21  software suffers from a medium to high risk of having its
22  voting data changed. And how about that letter from Democratic
23  Congresswoman Carolyn Maloney from 2006 where she highlights
24  concerns about Smartmatic in its history of being used by the

1  Chávez-lead Venezuelan government in their corrupt elections.

2  Does she make that claim without evidence too or only Powell?

3  And for those who buy into CNN's argument, that Powell's

4  wrong about Smartmatic's being tied to Dominion, here's the

5  former Smartmatic's Chairman Lord Malloch Brown, a friend and

6  advisor to George Soros, saying the opposite during an old

7  interview.

8          LORD MARK MALLOCH BROWN (IN VIDEO CLIP):  Well, look,

9  I think that's competitors who say that. You know, the fact

10  is, yes, part of our technology is licensed from Dominion.

11          KARA MCKINNEY:  And there's still so much more to get

12  to tonight. So in order to do that, I want to welcome on my

13  first guest, Michael Johns, the cofounder and leader of the

14  National Tea Party movement. Welcome back, Michael.

15          MICHAEL JOHNS:  Thank you.

16          KARA MCKINNEY:  So lots of updates here. What have

17  you learned since we last spoke?

18          MICHAEL JOHNS:  Well, if you were going to look at

19  this and say, is the evidence building or is it diminishing of

20  the role that Dominion played in a possible major electoral

21  fraud, you have to say it's building. And let me just start

22  out because I don't think this is properly being presented in

23  much of media with the fact that the two leading attorneys on

24  this case, who have you know, are barred, have ethical

1  obligations, are officers of the court, and are two

2  unbelievably extraordinary Americans of impeccable integrity.

3  Sidney Powell, maybe not known to most Americans, but was a,

4  you know, a leading U.S. attorney early in her career at two

5  different jurisdictions, she led hundreds of appellate cases,

6  I think she was admitted to law school at the age of 19. An

7  incredibly bright, successful attorney who has no basis

8  reason, and every reason not to be misleading the American

9  public. Rudy Giuliani will go down in history as one of the

10 greatest icons of our lifetimes, all the way back to breaking

11 up the five, five crime families of New York City, to becoming

12 the mayor, greatest mayor of America's greatest city, and

13 through, you know, an incredible navigation of a political,

14 public policy, legal career. And so when these two individuals

15 stand before the world, and say that this election was

16 fraudulently manipulated, the burden of proof shifts to

17 proving that it wasn't. Additionally we'd like, we look at

18 the, we're having this depiction, there is no fraud, there has

19 been no fraud. We've now had court affirmations that there

20 have been fraud. So I'm astonished to read mainstream media

21 coverage that continues to put adjectives before voter fraud,

22 as in baseless, unproven, irresponsible, dangerous. The

23 dangerous component of this moment, which I believe, to be

24 clear, is a historic moment.

1              The 35 years of public policy, I don't believe

2    I've ever, you know, there's been three or four moments that I

3    think have been undeniably historic. This is one of them. We

4    absolutely cannot get to January 20 and inaugurate a

5    president, who was elected on the basis of some, of some

6    fraudulent intervention. Which to be clear, may not even have

7    been the Biden campaign. I mean, there's every reason to be

8    equally suspicious of foreign sources, of China, of other

9    institutions, companies, business, unethical people. But one

10   of the major issues right now is what do we do next? I think

11   is a question that every American at home needs to pause and

12   ponder and my guidances on legal strategy, number one, any

13   group of entities, bold enough to attempt to rig a U.S.

14   presidential election are probably capable of just about

15   anything. So the preservation of evidence on this is crucially

16   important. And we sort of commented that, on that originally,

17   but I think at this point, it's sorted out there, that has to

18   be priority one from a legal strategy standpoint. Number two,

19   is that this is going to require all hands on deck and it's

20   going to be a like, you know, it's not going to go on

21   indefinitely, but we're going to go, you know, through the end

22   of the year, we're going to begin to learn more and more, and

23   I believe the American people likely are going to be affirmed

24   in the thesis presented by these two very credible and and

 1  prestigious attorneys who have investigated and reviewed

 2  affidavits and indisputable evidence that there has been a

 3  malicious and hugely threatening degree of conflict in our

 4  electoral process and in representative democracy. So this is

 5  not about Donald Trump. It's not even about who's going to

 6  govern the country over the next four years. It's about an

 7  extraordinary decision in 2,000 jurisdictions in 30 states,

 8  roughly a third of the total electorate, where election

 9  officials and state secretaries of state, had to look around

10  the world and assess and select an electoral voting system and

11  chose this particular system. As you correctly noted, and as

12  has been, was broadly noted, both by Democrat politicians in

13  extensive media outlets by the state of Texas which three

14  times issued public reports on this, not just rejecting their

15  bid to sell the system into Texas, but warning the American

16  people about the extraordinarily easily manipulated software

17  and the danger that it presented to free and fair elections.

18  Louisiana, same thing, city of Philadelphia, same thing. So

19  this is not partisan, this is not Trump. But this is an

20  incredibly valid issue and we are at a moment where I believe

21  leadership on this is lacking. I'm not, we, this is the moment

22  that you, we should be at full stop and remember, individuals

23  are saying, are stopping and saying, let's get to the bottom

24  of this, not attempting to discredit testimony and evidence

1   that they haven't even personally reviewed.

2          KARA MCKINNEY:  Exactly. And one thing that really

3   gets to me that I'm not hearing much focus on is where is

4   Dominion in all of this? If we're going to believe that

5   they're victims in all this and their company's being wrongly

6   smeareed and tarnished, why aren't they holding their own

7   press conferences, like how Powell and Giuliani and Jenna

8   Ellis are? Why aren't they having their executives go out to

9   that Pennsylvania State Government committee that wants to

10  speak to them? Why aren't they going out there laying out

11  their case and saying, here's our numbers, everything lines

12  up, we did everything, you know, we dotted all of our i's, we

13  crossed all of our t's, we did everything by the book. Instead

14  they're hightailing it out of here. They're running as fast as

15  they can. They're hiding out under every rock and behind every

16  bush. It reminds me of like how Hunter Biden did, when the

17  Hunter Biden laptop scandal broke out he went into hiding too,

18  as well. His father's campaign just released some, you know,

19  basic statements of denial, but they never really came out and

20  addressed anything at any great length. And to me, that's what

21  Dominion's, how they're acting right now, that's what it

22  reminds me of, very, very guilty.

23         MICHAEL JOHNS:  That's right, people who are guilty

24  run and hide, you know, and, you know, having managed

1   communications in our White House and [inaudible] government

2   function and also in Fortune 1000 companies, rule number one

3   is full disclosure. Especially when there's false allegations,

4   is the open books be accessible and report what you know, even

5   if it includes acknowledging some degree of wrongdoing, you

6   correctly point out individuals who run and hide in these

7   moments, as Hunter Biden has done, as the whole, the other

8   Biden family members have done, and as Dominion and its

9   subsidiaries are now doing. Do so because they are trying to

10   concoct some sort of story and are not prepared to confront

11   basic questions about the allegations that are now broadly

12   known. This is a defining moment for this country and we need

13   to engage as citizens too and unite and insist that our

14   representative democracy is defended, that that's ultimately

15   going to be a decision made, as it has to be made, by flawed

16   human beings, who have political considerations, who have

17   probably predisposed positions as it relates to the President,

18   and views on, on who's best suited to be the next president,

19   that all has to be suspended. Now, this is about rule of law,

20   it's about the U.S. Constitution. And this is about an

21   incredible story of the greatest country in the history of the

22   world and the first bullet from 1775 to now, that many

23   Americans have died and bled for, this right now runs the risk

24   of being stripped away from the American voter.

1        KARA MCKINNEY:  And quickly, before I let you go,

2   when we look ahead, what do you think is the President's

3   pathway to victory here?

4        MICHAEL JOHNS:  Well, certainly if there's been the

5   magnitude of technical manipulation, but you can almost take

6   all of these other state-based lawsuits and their outcome

7   might prove meaningless. There, there would probably be enough

8   right here if the Dominion issue is materialized.

9   Additionally, I think when you go through and look at the

10  still-ongoing state cases, that there's a pathway clearly

11  there too. And legitimate areas of, you know, denying poll

12  watchers access and ballot manipulation and affidavits and

13  broader fraud and the famous bag dump of 130,000 Biden votes

14  with no down-ballot voting. But there should be outrage, there

15  should be outrage in the American people and it's got to be a,

16  it's got to be a community almost effort, you know. And I

17  believe you've been covering it exceptionally well and we have

18  simply got to push on in presenting factual information, not

19  getting out ahead of facts, but continuing to say this is,

20  we're right now defining, we're either going to defend and

21  protect and unearth these facts and protect American democracy

22  and, and the votes of American citizens or we're going to

23  capitulate which has been a, an unfortunate dangerous trend

24  that would never really historically exist in this country but

1  certainly has been characteristic of the last decade or so.

2        KARA MCKINNEY:  And when it comes to those ballot

3  dumps, one thing that I try and point out that I don't see

4  many other people talking about is that while I was at work

5  here, you know, the word went out that all these battleground

6  states that they were stopping their vote counting for the

7  night, you know. And then I get home and look on Twitter, next

8  thing you know, they're saying 100,000 here, some more ballots

9  counted there. How are all these ballots that known were

10 brought in, you know, with the vehicle, some having

11 out-of-state licenses when it comes to Michigan, you know,

12 they were being brought in the back door late at night. But

13 this is when the voting, the vote counting was supposed to

14 have been ended, it was supposed to have been stopped. And yet

15 we're to believe that all of a sudden, these Biden ballots

16 just come pouring in and that's supposed to be perfectly

17 legitimate, nothing suspicious there. But as always, Michael

18 Johns, thank you so much for coming on tonight and helping us

19 to analyze this crazy scenario we're living in.

20        MICHAEL JOHNS:  Thank you very much.

21        KARA MCKINNEY:  And coming up next, not only was the

22 coronavirus pandemic used to destabilize our elections, but

23 it's also causing some victims of 9/11 to wait even longer for

24 justice. More on that story after the break.

1                    TRANSCRIBER'S CERTIFICATE

2

3    I hereby certify that the foregoing pages

4    are a true, accurate, and complete transcript of the

5    proceedings transcribed from a copy of the electronic

6    sound recording to the best of our knowledge and ability.

7

8         IN WITNESS WHEREOF, I have hereunto set my hand on

9              this 29th day of September, 2021.

10

11

12

13            _____
              James Lonergan
              Production Manager
14            Thompson Court Reporters, Inc.

15

16

17

18

19

20

21

22

23

24                 THOMPSON COURT REPORTERS INC.