# Exhibit 44

TRANSCRIPT OF THE VIDEO RECORDING OF:


One America News Network, News Room Excerpt


November 24, 2020


TRANSCRIBED BY: THOMPSON COURT REPORTERS INC.

1          Mike Dinow:  Well a new poll finds the mainstream

2    media bias have greatly affected the purported outcome of

3    this year's elections. According to the Media Research Center

4    on Tuesday, 82% of Biden voters were unaware of at least one

5    scandal surrounding the former Vice President. 45% of Biden

6    voters were unaware of Hunter Biden's corruption schemes in

7    Ukraine. 35% did not know Joe Biden was accused of sexual

8    misconduct. A total of 17% of Biden voters say they would have

9    voted for President Trump if they had known of these things.

10               The MRC says mainstream media may have shifted

11   elections in six key states by under-reporting on Biden

12   issues. In the meantime, CNN continues denying the possibility

13   of voting fraud in the 2020 election. However, footage from

14   their own reporting reveals they previously considered voting

15   fraud a national security issue. Here's One America's Pearson

16   Sharp.

17          Pearson Sharp:  The 2020 election is yet to be

18   decided, and the biggest problem hinges over voting fraud.

19   Does it exist, or doesn't it? Well, if you listen to the

20   mainstream media today, you'd swear voting fraud is nothing

21   more than a right-wing conspiracy theory. No credible

22   journalist would ever be caught suggesting it could possibly

23   happen, or would they? Well, this is CNN we're talking about,

24   so obviously, there's no credibility to start. But let's

1  ignore that for a moment and let CNN demonstrate for

2  themselves exactly what hypocrisy in the media looks like.

3  Take a look at these clips, some from today, after the 2020

4  election, and others from back in 2006 when Democrats and the

5  left-wing media actually claimed that voting fraud was a

6  national security issue. See for yourselves.

7         Rudy Giuliani:  You couldn't possibly believe that

8  the company counting our vote with control over our vote is

9  owned by two Venezuelans, who are allies of Chávez, are

10 present allies of Maduro, with a company whose chairman is a

11 close associate and business partner of George Soros: the

12 biggest donor to the Democrat Party, the biggest donor to

13 Antifa, and the biggest donor to Black Lives Matter.

14        Don Lemon:  Well, let me tell you something, none of

15 that is true. It's a QAnon conspiracy edition of choose your

16 own adventure. Dominion has absolutely no corporate ties with

17 George Soros or Venezuela. But that's not stopping Trump

18 campaign attorney Sidney Powell from making a wild and totally

19 unfounded claim that Dominion is somehow tied to Hugo Chávez.

20        Sidney Powell:  The Dominion Voting Systems, the

21 Smartmatic technology software, and the software that goes in

22 other computerized voting systems here as well, not just

23 Dominion, were created in Venezuela, at the direction of Hugo

24 Chávez to make sure he never lost an election.

1        Chris Cuomo:  They let Sidney Powell, ah the woman

2   who was working with Rudy Giuliani, you saw at the press

3   conference. She says, the most obnoxious, baseless things.

4   They then say, Well, she's not part of the team - -

5        CNN Male Contributor:  Agreed ( Background )

6        Chris Cuomo:  - - She's freelancing. They never say

7   that what she was saying was baseless or obnoxious. It's an

8   obvious play from you know, dirty politics 1-0-1.

9        CNN Male Contributor:  I mean, Hugo Chávez, really,

10  that's what we're gonna talk about?--

11       Chris Cuomo:  Yeah that's right.

12       CNN Male Contributor:  --That was the most ridiculous

13  statement--

14       Chris Cuomo:  Yes.

15       CNN Male Contributor:  We were in the realm of

16  ridiculousness there.

17       Female 1 CNN:  The US company that makes the machine,

18  Sequoia, was bought in 2005 by Smartmatic, a private company

19  primarily owned by Venezuelan businessmen. When Chicago had

20  problems with the machines, a dozen Venezuelan employees were

21  there to help with the election. Chicago officials are

22  outraged.

23       Edward Burke:  I think that American elections ought

24  to be run by American companies and ought to be run by

1  American citizens, not Venezuelan nationals.

2        Jake Tapper:  It's frankly, it's this crazy stuff,

3  tinfoil hat stuff. But the idea is that because of the

4  software, somebody is able to go in and change the results. If

5  somebody even wanted to do that, could they do that? I mean,

6  isn't there just a huge paper trail and, dozens if not

7  hundreds and thousands of - hundreds or thousands of people

8  watching?

9        Female 1 CNN:  You really can't miss it. The yellow

10  button at the back of the Sequoia voting machine. Tens of

11  thusands of machines used in 16 states and Washington DC. That

12  button puts the machine in manual mode, so anyone can vote and

13  repeatedly cast as many votes as they want.

14        Male 1 CNN:  Rudy Giuliani on Fox Sunday spinning his

15  latest false conspiracy theory about an American voting

16  machine company, a bizarre take involving George Soros, votes

17  being counted in Spain, and dead strong man Hugo Chávez.

18        Rudy Giulian:  A company that has close close ties

19  with Venezuela and therefore China.

20        Male 1 CNN:  False. Truth, facts, they don't seem to

21  matter to Giuliani.

22        Female 1 CNN:  Fewer than a dozen Smartmatic

23  employees work in Florida. The majority of the workers are

24  based in Venezuela. Watchdog groups question why US voting

1   machines would be under the control of citizens of another

2   country, especially a country whose own election process is

3   highly suspect.

4          Joan Krawitz:  We believe this is a national security

5   issue. There is no way that companies belonging to non-US

6   corporations should have access to our elections.

7          Pearson Sharp:  This is why the mainstream media

8   can't be trusted and why if you're listening to them, you're

9   intentionally being misled. In 2005 Smartmatic purchased

10  Sequoia Voting Systems, a company that manufactured voting

11  machines and also had deep ties to the Venezuelan government.

12  Back then, the media and even Democrats were outraged over the

13  connection between America's democracy and election integrity,

14  and the corrupt communism of Venezuela's de facto

15  dictatorship. Today though, as you've seen, the left-wing

16  media has no problem painting all these concerns as nothing

17  more than Republican tinfoil hat theories. However, One

18  American News believes the American people have a right to

19  know what's actually happening because the fate of an election

20  and an entire country hangs in the balance. For One American

21  News, I'm Pearson Sharp.

22

23

24

1                 CERTIFICATE OF TRANSCRIPTIONIST

2

3

4          I FURTHER CERTIFY that the foregoing

5    transcript of said matter is a true, correct,

6    and complete transcript of the statement given at

7    the time and place specified.

8

9          I FURTHER CERTIFY that I am not a

10    relative or employee or attorney or employee of

11    such attorney or counsel, or financially

12    interested directly or indirectly in this action.

13

14

15          IN WITNESS WHEREOF, I have set my hand.

16

17

18                _____

19

20          _____

21          James Lonergan

22          Production Manager

23          THOMPSON COURT REPORTERS

24

---

**--that** 4:12

---

**1**

**1** 4:17 5:9,14,20,22
**1-0-1** 4:8
**16** 5:11
**17%** 2:8

---

**2**

**2005** 4:18 6:9
**2006** 3:4
**2020** 1:5 2:13,17 3:3
**24** 1:5

---

**3**

**35%** 2:7

---

**4**

**45%** 2:5

---

**8**

**82%** 2:4

---

**A**

**able** 5:4
**about** 2:23 5:15
**about?--** 4:10
**absolutely** 3:16
**access** 6:6
**According** 2:3
**accused** 2:7
**action** 7:12
**actually** 3:5 6:19
**adventure** 3:16
**affected** 2:2
**after** 3:3
**Agreed** 4:5
**ah** 4:1
**all** 6:16
**allies** 3:9,10

**also** 6:11
**am** 7:9
**America** 1:3
**America's** 2:15 6:13
**American** 4:23,24
  5:1,15 6:18,20
**an** 3:24 4:7 5:15
  6:19,20
**and** 2:18 3:1,4,11,
  13,18,21 4:24 5:4,6,
  7,11,12,17,19 6:8,
  11,12,13,14,20 7:6,
  7
**another** 6:1
**Antifa** 3:13
**anyone** 5:12
**are** 3:9 4:21 5:23
**as** 3:22 5:13 6:15,16
**associate** 3:11
**at** 2:4 3:3,23 4:2
  5:10 7:6
**attorney** 3:18 7:10,
  11

---

**B**

**back** 3:4 5:10 6:12
**Background** 4:5
**balance** 6:20
**based** 5:24
**baseless** 4:3,7
**be** 2:17,22 4:24 6:1,
  8
**because** 5:3 6:19
**being** 5:17 6:9
**believe** 3:7 6:4
**believes** 6:18
**belonging** 6:5
**between** 6:13
**bias** 2:2
**Biden** 2:4,5,7,8,11
**Biden's** 2:6
**biggest** 2:18 3:12,13
**bizarre** 5:16
**Black** 3:13
**bought** 4:18
**Burke** 4:23

**business** 3:11
**businessmen** 4:19
**But** 2:24 3:17 5:3
**button** 5:10,12
**by** 1:24 2:11 3:9
  4:18,19,24

---

**C**

**campaign** 3:18
**can** 5:12
**can't** 5:9 6:8
**cast** 5:13
**caught** 2:22
**Center** 2:3
**CERTIFICATE** 7:1
**CERTIFY** 7:4,9
**chairman** 3:10
**change** 5:4
**Chicago** 4:19,21
**China** 5:19
**choose** 3:15
**Chris** 4:1,6,11,14
**Chávez** 3:9,19,24
  4:9 5:17
**citizens** 5:1 6:1
**claim** 3:19
**claimed** 3:5
**clips** 3:3
**close** 3:11 5:18
**CNN** 2:12,23 3:1
  4:5,9,12,15,17 5:9,
  14,20,22
**communism** 6:14
**companies** 4:24 6:5
**company** 3:8,10
  4:17,18 5:16,18
  6:10
**complete** 7:6
**computerized** 3:22
**concerns** 6:16
**conference** 4:3
**connection** 6:13
**considered** 2:14
**conspiracy** 2:21
  3:15 5:15
**continues** 2:12

**Contributor** 4:5,9,
  12,15
**control** 3:8 6:1
**corporate** 3:16
**corporations** 6:6
**correct** 7:5
**corrupt** 6:14
**corruption** 2:6
**could** 2:22 5:5
**couldn't** 3:7
**counsel** 7:11
**counted** 5:17
**counting** 3:8
**country** 6:2,20
**COURT** 1:24 7:23
**crazy** 5:2
**created** 3:23
**credibility** 2:24
**credible** 2:21
**Cuomo** 4:1,6,11,14

---

**D**

**DC** 5:11
**de** 6:14
**dead** 5:17
**decided** 2:18
**deep** 6:11
**democracy** 6:13
**Democrat** 3:12
**Democrats** 3:4 6:12
**demonstrate** 3:1
**denying** 2:12
**dictatorship** 6:15
**did** 2:7
**Dinow** 2:1
**direction** 3:23
**directly** 7:12
**dirty** 4:8
**do** 5:5
**Does** 2:19
**doesn't** 2:19
**Dominion** 3:16,19,
  20,23
**Don** 3:14
**don't** 5:20

**donor** 3:12,13
**dozen** 4:20 5:22
**dozens** 5:6

---

**E**

**edition** 3:15
**Edward** 4:23
**election** 2:13,17 3:4,
  24 4:21 6:2,13,19
**elections** 2:3,11 4:23
  6:6
**employee** 7:10
**employees** 4:20 5:23
**entire** 6:20
**especially** 6:2
**even** 5:5 6:12
**ever** 2:22
**exactly** 3:2
**Excerpt** 1:3
**exist** 2:19

---

**F**

**facto** 6:14
**facts** 5:20
**false** 5:15,20
**fate** 6:19
**Female** 4:17 5:9,22
**Fewer** 5:22
**financially** 7:11
**finds** 2:1
**Florida** 5:23
**footage** 2:13
**for** 2:9 3:1,6 6:20
**foregoing** 7:4
**former** 2:5
**Fox** 5:14
**frankly** 5:2
**fraud** 2:13,15,18,20
  3:5
**freelancing** 4:6
**from** 2:13 3:3,4,18
  4:8
**FURTHER** 7:4,9

---

**G**

**George** 3:11,17 5:16
**Giulian** 5:18
**Giuliani** 3:7 4:2 5:14,21
**given** 7:6
**go** 5:4
**goes** 3:21
**gonna** 4:10
**government** 6:11
**greatly** 2:2
**groups** 5:24

**H**

**had** 2:9 4:19 6:11
**hand** 7:15
**hangs** 6:20
**happen** 2:23
**happening** 6:19
**has** 3:16 5:18 6:16
**hat** 5:3 6:17
**have** 2:2,8,10 6:6,18 7:15
**he** 3:24
**help** 4:21
**here** 3:22
**Here's** 2:15
**highly** 6:3
**hinges** 2:18
**his** 5:14
**However** 2:13 6:17
**huge** 5:6
**Hugo** 3:19,23 4:9 5:17
**hundreds** 5:7
**Hunter** 2:6
**hypocrisy** 3:2

**I**

**I'M** 6:21
**idea** 5:3
**if** 2:9,19 5:4,6 6:8
**ignore** 3:1

**in** 2:6,11,12,13 3:2, 4,21,23 4:15,18 5:4, 11,12,17,23,24 6:9, 20 7:12,15
**INC** 1:24
**indirectly** 7:12
**integrity** 6:13
**intentionally** 6:9
**interested** 7:12
**involving** 5:16
**is** 2:17,20,23 3:8,10, 15,19 5:3,4 6:2,4,5, 7 7:5
**isn't** 5:6
**issue** 2:15 3:6 6:5
**issues** 2:12
**it** 2:19,22 5:9
**it's** 3:15 4:7 5:2

**J**

**Jake** 5:2
**James** 7:21
**Joan** 6:4
**Joe** 2:7
**journalist** 2:22
**just** 3:22 5:6

**K**

**key** 2:11
**know** 2:7 4:8 6:19
**known** 2:9
**Krawitz** 6:4

**L**

**latest** 5:15
**least** 2:4
**left-wing** 3:5 6:15
**Lemon** 3:14
**let** 3:1,14 4:1
**let's** 2:24
**like** 3:2
**listen** 2:19
**listening** 6:8
**Lives** 3:13
**Lonergan** 7:21

**look** 3:3
**looks** 3:2
**lost** 3:24

**M**

**machine** 4:17 5:10, 12,16
**machines** 4:20 5:11 6:1,11
**Maduro** 3:10
**mainstream** 2:1,10, 20 6:7
**majority** 5:23
**make** 3:24
**makes** 4:17
**making** 3:18
**Male** 4:5,9,12,15 5:14,20
**man** 5:17
**Manager** 7:22
**manual** 5:12
**manufactured** 6:10
**many** 5:13
**matter** 3:13 5:21 7:5
**may** 2:10
**me** 3:14
**mean** 4:9 5:5
**meantime** 2:12
**media** 2:2,3,10,20 3:2,5 6:7,12,16
**Mike** 2:1
**misconduct** 2:8
**misled** 6:9
**miss** 5:9
**mode** 5:12
**moment** 3:1
**more** 2:21 6:17
**most** 4:3,12
**MRC** 2:10
**my** 7:15

**N**

**national** 2:15 3:6 6:4
**nationals** 5:1

**Network** 1:3
**never** 3:24 4:6
**new** 2:1
**News** 1:3 6:18,21
**no** 2:21,24 3:16 6:5, 16
**non-us** 6:5
**none** 3:14
**not** 2:7 3:17,22 4:4 5:1,6 7:9
**nothing** 2:20 6:16
**November** 1:5

**O**

**obnoxious** 4:3,7
**obvious** 4:8
**obviously** 2:24
**of** 1:1 2:2,4,5,6,7,8, 9,13 3:9,10,11,14, 15,23 4:4,15 5:3,7, 10,11,23 6:1,14,19 7:1,5,6,10
**officials** 4:21
**on** 2:4,11 5:14
**one** 1:3 2:4,15 6:17, 20
**or** 2:19,23 3:17 4:7 5:7 7:10,11,12
**other** 3:22
**others** 3:4
**ought** 4:23,24
**our** 3:8 6:6
**outcome** 2:2
**outraged** 4:22 6:12
**over** 2:18 3:8 6:12
**own** 2:14 3:16 6:2
**owned** 3:9 4:19

**P**

**painting** 6:16
**paper** 5:6
**part** 4:4
**partner** 3:11
**Party** 3:12
**Pearson** 2:15,17 6:7, 21

**people** 5:7 6:18
**place** 7:7
**play** 4:8
**politics** 4:8
**poll** 2:1
**possibility** 2:12
**possibly** 2:22 3:7
**Powell** 3:18,20 4:1
**present** 3:10
**President** 2:5,9
**press** 4:2
**previously** 2:14
**primarily** 4:19
**private** 4:18
**problem** 2:18 6:16
**problems** 4:20
**process** 6:2
**Production** 7:22
**purchased** 6:9
**purported** 2:2
**puts** 5:12

**Q**

**QANON** 3:15
**question** 5:24

**R**

**really** 4:9 5:9
**realm** 4:15
**RECORDING** 1:1
**relative** 7:10
**repeatedly** 5:13
**REPORTERS** 1:24 7:23
**reporting** 2:14
**Republican** 6:17
**Research** 2:3
**results** 5:4
**reveals** 2:14
**ridiculous** 4:12
**ridiculousness** 4:16
**right** 4:11 6:18
**right-wing** 2:21
**Room** 1:3
**Rudy** 3:7 4:2 5:14,

18
**run** 4:24

---

**S**

**said** 7:5
**saw** 4:2
**say** 2:8 4:4,6
**saying** 4:7
**says** 2:10 4:3
**scandal** 2:5
**schemes** 2:6
**security** 2:15 3:6 6:4
**See** 3:6
**seem** 5:20
**seen** 6:15
**Sequoia** 4:18 5:10 6:10
**set** 7:15
**sexual** 2:7
**Sharp** 2:16,17 6:7, 21
**she** 4:3,7
**she's** 4:4,6
**shifted** 2:10
**should** 6:6
**Sidney** 3:18,20 4:1
**six** 2:11
**Smartmatic** 3:21 4:18 5:22 6:9
**so** 2:24 5:12
**software** 3:21 5:4
**some** 3:3
**somebody** 5:4,5
**somehow** 3:19
**something** 3:14
**Soros** 3:11,17 5:16
**Spain** 5:17
**specified** 7:7
**spinning** 5:14
**start** 2:24
**statement** 7:6
**statement--** 4:13
**states** 2:11 5:11
**stopping** 3:17
**strong** 5:17

**stuff** 5:2,3
**such** 7:11
**suggesting** 2:22
**Sunday** 5:14
**sure** 3:24
**surrounding** 2:5
**suspect** 6:3
**swear** 2:20
**systems** 3:20,22 6:10

---

**T**

**take** 3:3 5:16
**talk** 4:10
**talking** 2:23
**Tapper** 5:2
**team** 4:4
**technology** 3:21
**tell** 3:14
**Tens** 5:10
**than** 2:21 5:22 6:17
**that** 3:1,5,7,15,19,21 4:7,17,23 5:3,5,11, 18 6:5,10 7:4,9
**that's** 3:17 4:10,11
**the** 1:1 2:1,2,3,5,10, 12,13,17,18,19 3:2, 3,4,8,11,12,13,20, 21,23 4:1,2,3,4,12, 15,17,20,21 5:3,4,9, 10,12,23 6:1,7,11, 12,14,15,18,19,20 7:4,6,7
**their** 2:14
**them** 6:8
**themselves** 3:2
**then** 4:4 6:12
**theories** 6:17
**theory** 2:21 5:15
**there** 4:16,21 5:6 6:5
**there's** 2:24
**therefore** 5:19
**these** 2:9 3:3 6:16
**they** 2:8,9,14,23 4:1, 4,6 5:5,13,20
**things** 2:9 4:3

**think** 4:23
**this** 2:3,23 5:2 6:4,7 7:12
**THOMPSON** 1:24 7:23
**though** 6:15
**thousands** 5:7
**thusands** 5:11
**tied** 3:19
**ties** 3:16 5:18 6:11
**time** 7:7
**tinfoil** 5:3 6:17
**to** 2:3,17,19,24 3:12, 13,19,24 4:21,24 5:4,5,20,21 6:5,6,8, 11,18
**today** 2:20 3:3 6:15
**total** 2:8
**totally** 3:18
**trail** 5:6
**TRANSCRIBED** 1:24
**transcript** 1:1 7:5,6
**TRANSCRIPTIONI ST** 7:1
**true** 3:15 7:5
**Trump** 2:9 3:17
**trusted** 6:8
**Truth** 5:20
**Tuesday** 2:4
**two** 3:9

---

**U**

**Ukraine** 2:7
**unaware** 2:4,6
**under** 6:1
**under-reporting** 2:11
**unfounded** 3:19
**US** 4:17 5:24
**used** 5:11

---

**V**

**Venezuela** 3:17,23 5:19,24
**Venezuela's** 6:14

**Venezuelan** 4:19,20 5:1 6:11
**Venezuelans** 3:9
**Vice** 2:5
**VIDEO** 1:1
**vote** 3:8 5:12
**voted** 2:9
**voters** 2:4,6,8
**votes** 5:13,16
**voting** 2:13,14,18,20 3:5,20,22 5:10,15, 24 6:10

---

**W**

**want** 5:13
**wanted** 5:5
**was** 2:7 3:5 4:2,7,12, 18
**Washington** 5:11
**Watchdog** 5:24
**watching** 5:8
**way** 6:5
**We** 4:15 6:4
**we're** 2:23 4:10
**well** 2:1,19,23 3:14, 22 4:4
**were** 2:4,6 3:23 4:15,20 6:12
**what** 3:2 4:7,10
**what's** 6:19
**when** 3:4 4:19
**WHEREOF** 7:15
**who** 3:9 4:2
**whose** 3:10 6:2
**why** 5:24 6:7,8
**wild** 3:18
**with** 3:8,10,16 4:2, 20,21 5:19
**WITNESS** 7:15
**woman** 4:1
**work** 5:23
**workers** 5:23
**working** 4:2
**would** 2:8,22,23 6:1

---

**Y**

**Yeah** 4:11
**year's** 2:3
**yellow** 5:9
**Yes** 4:14
**yet** 2:17
**you** 2:19 3:7,14 4:2, 8 5:9
**you'd** 2:20
**you're** 6:8
**you've** 6:15
**your** 3:15
**yourselves** 3:6