# Exhibit 45

TRANSCRIPT OF THE AUDIO RECORDING OF:

One America News Network, Weekly Briefing Excerpt

December 26, 2020

TRANSCRIBED BY: THOMPSON COURT REPORTERS INC.

1      CHRISTINA BOBB:  Welcome back. Calls for student loan
2  forgiveness are resurging again with Joe Biden proposing the
3  immediate cancellation of up to $10,000 in student debt as
4  part of the next COVID relief package. Senators Elizabeth
5  Warren and Chuck Schumer have called for an even greater
6  cancellation of up to $50,000. What would this mean for the
7  economy? I will start with Melik. What do you think?
8      MELIK ABDUL:  Well, I'm not actually opposed to the
9  idea of loan forgiveness. The problem is, is that someone has
10 to pay for it. And we don't know. And usually what happens is
11 that they want the people who are wealthy, people who make
12 more money to actually pay for things like this. If there is
13 any type of bill that's dealing with the actual funding, I
14 actually think that what should happen, it should be income
15 based, there's no reason that people who make six figures
16 should get their loans forgiven, forgiven. So if they do it at
17 all, it should definitely be income based. But I do not agree
18 that it should be attached to a COVID relief bill, because we
19 just had that conversation.
20     CHRISTINA BOBB:  Right. Dr. Shea, what do you think
21 about this being attached to COVID relief? And is it actually
22 somehow relieving COVID?
23     SHEA GARRISON:  It doesn't relieve COVID. There are
24 people that need help with tuition. Tuition is very expensive,

1  I will say that. But you know what, one of the reasons is, is

2  because of loan forgiveness. I'm thinking also what about the

3  people that struggle for years and years to pay off their

4  university loans? What does this say also to the generation

5  coming forward? And the thing is, like Melik said, somebody's

6  got to pay for it. It's not just forgiveness, somebody pays

7  for it. And what actually happens is the brunt of that falls

8  to the middle and the lower class to pay for through taxes.

9           CHRISTINA BOBB:  And it seems like most Americans

10 don't want to pay for other people's education. But yet this

11 keeps coming up. And somehow these very socialist ideas are

12 now making a play. And it's actually something that we're

13 we're looking at trying to slam down, Chris, how do you think

14 that's happening?

15          CHRIS FARRELL:  There will eventually become an

16 entitlement, right? This is the drug dealers way of

17 influencing elections and future voters. So you keep getting

18 free stuff, you keep buying votes with these sorts of things.

19 And it becomes generational. And now young voters will

20 anticipate, well of course it's free because so and so gave it

21 to me in this election or that election, anybody taking it

22 away is mean. And that's the worst thing you can possibly be

23 called is mean.

24          CHRISTINA BOBB:  You've never been called mean have

1  you?

2          CHRIS FARRELL:  Never, I've never been called mean in
3  my life.

4          SHEA GARRISON:  Except this morning five times.

5          CHRISTINA BOBB:  And he has never lied. Newsmax has
6  started to issue notes on its network intended to clarify its
7  recent coverage on Smartmatic and Dominion Voting Systems,
8  saying that no evidence has been offered that Dominion or
9  Smartmatic used software or reprogramed software that
10 manipulated votes in the 2020 election. Here's one of their
11 statements.

12         JOHN TABACCO:  Newsmax would like to clarify its
13 news coverage and note, that it has not reported as true
14 certain claims made about these companies. There are several
15 facts our viewers and readers should be aware of. Newsmax has
16 found no evidence that either Dominion or Smartmatic owns the
17 other, or has any business association with each other. We
18 have no evidence that Dominion uses Smartmatic software or
19 vice versa. No evidence has been offered that Dominion or
20 Smartmatic used software or reprogramed software that
21 manipulated votes in the 2020 election.

22         CHRISTINA BOBB:  This is astonishing. Cory they share
23 an address in the Bahamas, but yet they have nothing to do
24 with each other. What do you think about Newsmax succumbing to

```
 1  this statement?
 2          CORY MILLS:  Well, let me tell you the more personal
 3  aspect of this. I literally was the next guest after John
 4  Tabacco had to read this statement on the Bachman Now Show.
 5  You can go back and actually find interviews from the owner of
 6  Smartmatic who talks about utilizing licensing from Dominion
 7  in the past for certain international areas. There is a clear
 8  link together. I don't think Newsmax had to retract or correct
 9  their statement. I think that the onus should be on the owner
10  to demonstrate and to prove that there is no further links
11  between Smartmatic and Dominion, and I don't think that he can
12  be able to do that today.
13          CHRIS FARRELL:  It looks like a threatening letter
14  from some attorney.
15          CORY MILLS:  They look like a hostage.
16          CHRISTINA BOBB:  That's exactly what happened.
17          CHRIS FARRELL:  This is the reaction from a
18  litigation threat letter.
19          CHRISTINA BOBB:  They're bullying them through
20  litigation.
21          CHRIS FARRELL:  And with the answer in response to
22  that is, great, we look forward to taking discovery. We'll
23  depose you, --
24          CHRISTINA BOBB:  My thoughts exactly.
```

```
 1            CHRIS FARRELL:  -- we'll depose you and your board of
 2   directors, and we'll look at your financials.
 3            CHRISTINA BOBB:  Yeah.
 4            CHRIS FARRELL:  And that's the counterpoint to this.
 5            CHRISTINA BOBB:  Yeah nobody wants litigation of
 6   course.
 7            CHRIS FARRELL:  But they got spooked, they got
 8   spooked.
 9            CORY MILLS:  John is blinking SOS in the background,
10   I can assure you. It's like a hostage letter when you're
11   actually seeing him read this.
12
13
14
15
16
17
18
19
20
21
22
23
24
```

1  TRANSCRIBER'S CERTIFICATE

2

3  I hereby certify that the foregoing pages

4  are a true, accurate, and complete transcript of the

5  proceedings transcribed from a copy of the electronic

6  sound recording to the best of our knowledge and ability.

7

8       IN WITNESS WHEREOF, I have hereunto set my hand on

9            this 8th day of October, 2021.

10

11

12  _____

13           James Lonergan
             Production Manager
14           THOMPSON COURT REPORTERS

15

16

17

18

19

20

21

22

23

24           THOMPSON COURT REPORTERS INC.

| **$** | **B** | |
|---|---|---|
| **$10,000** 2:3 | **Bachman** 5:4 | |
| **$50,000** 2:6 | **back** 2:1 5:5 | |

**2**

**2020** 4:10,21

**A**

**ABDUL** 2:8
**able** 5:12
**about** 2:21 3:2 4:14, 24 5:6
**actual** 2:13
**actually** 2:8,12,14, 21 3:7,12 5:5 6:11
**address** 4:23
**after** 5:3
**again** 2:2
**agree** 2:17
**all** 2:17
**also** 3:2,4
**Americans** 3:9
**an** 2:5 3:15 4:23
**and** 2:5,10,21 3:3,5, 7,8,9,11,12,17,19, 20,22 4:5,7,13,15 5:5,10,11,21 6:1,2,4
**answer** 5:21
**anticipate** 3:20
**any** 2:13 4:17
**anybody** 3:21
**are** 2:2,11,23 3:11 4:14
**areas** 5:7
**as** 2:3 4:13
**aspect** 5:3
**association** 4:17
**assure** 6:10
**astonishing** 4:22
**at** 2:16 3:13 6:2
**attached** 2:18,21
**attorney** 5:14
**aware** 4:15
**away** 3:22

**B**

**Bachman** 5:4
**back** 2:1 5:5
**background** 6:9
**Bahamas** 4:23
**based** 2:15,17
**be** 2:14,17,18 3:22 4:15 5:9,12
**because** 2:18 3:2,20
**become** 3:15
**becomes** 3:19
**been** 3:24 4:2,8,19
**being** 2:21
**between** 5:11
**Biden** 2:2
**bill** 2:13,18
**blinking** 6:9
**board** 6:1
**BOBB** 2:1,20 3:9,24 4:5,22 5:16,19,24 6:3,5
**brunt** 3:7
**bullying** 5:19
**business** 4:17
**but** 2:17 3:1,10 4:23 6:7
**buying** 3:18

**C**

**called** 2:5 3:23,24 4:2
**Calls** 2:1
**can** 3:22 5:5,11 6:10
**cancellation** 2:3,6
**certain** 4:14 5:7
**Chris** 3:13,15 4:2 5:13,17,21 6:1,4,7
**CHRISTINA** 2:1,20 3:9,24 4:5,22 5:16, 19,24 6:3,5
**Chuck** 2:5
**claims** 4:14
**clarify** 4:6,12
**class** 3:8
**clear** 5:7

**coming** 3:5,11
**companies** 4:14
**conversation** 2:19
**correct** 5:8
**Cory** 4:22 5:2,15 6:9
**counterpoint** 6:4
**course** 3:20 6:6
**coverage** 4:7,13
**COVID** 2:4,18,21, 22,23

**D**

**dealers** 3:16
**dealing** 2:13
**debt** 2:3
**definitely** 2:17
**demonstrate** 5:10
**depose** 5:23 6:1
**directors** 6:2
**discovery** 5:22
**do** 2:7,16,17,20 3:13 4:23,24 5:12
**does** 3:4
**doesn't** 2:23
**Dominion** 4:7,8,16, 18,19 5:6,11
**don't** 2:10 3:10 5:8, 11
**down** 3:13
**Dr** 2:20
**drug** 3:16

**E**

**each** 4:17,24
**economy** 2:7
**education** 3:10
**either** 4:16
**election** 3:21 4:10, 21
**elections** 3:17
**Elizabeth** 2:4
**entitlement** 3:16
**even** 2:5
**eventually** 3:15
**evidence** 4:8,16,18, 19

**exactly** 5:16,24
**Except** 4:4
**expensive** 2:24

**F**

**facts** 4:15
**falls** 3:7
**FARRELL** 3:15 4:2 5:13,17,21 6:1,4,7
**figures** 2:15
**financials** 6:2
**find** 5:5
**five** 4:4
**for** 2:1,5,6,10,12 3:3,6,7,8,10 5:7
**forgiven** 2:16
**forgiveness** 2:2,9 3:2,6
**forward** 3:5 5:22
**found** 4:16
**free** 3:18,20
**from** 5:5,6,14,17
**funding** 2:13
**further** 5:10
**future** 3:17

**G**

**GARRISON** 2:23 4:4
**gave** 3:20
**generation** 3:4
**generational** 3:19
**get** 2:16
**getting** 3:17
**go** 5:5
**got** 3:6 6:7
**great** 5:22
**greater** 2:5
**guest** 5:3

**H**

**had** 2:19 5:4,8
**happen** 2:14
**happened** 5:16
**happening** 3:14

**happens** 2:10 3:7
**has** 2:9 4:5,8,13,15, 17,19
**have** 2:5 3:24 4:18, 23
**he** 4:5 5:11
**help** 2:24
**Here's** 4:10
**him** 6:11
**hostage** 5:15 6:10
**how** 3:13

**I**

**I'M** 2:8 3:2
**I'VE** 4:2
**idea** 2:9
**ideas** 3:11
**if** 2:12,16
**immediate** 2:3
**in** 2:3 3:21 4:2,10, 21,23 5:7,21 6:9
**income** 2:14,17
**influencing** 3:17
**intended** 4:6
**international** 5:7
**interviews** 5:5
**is** 2:9,10,12,21,24 3:1,5,7,16,22,23 4:22 5:7,10,17,22 6:9
**issue** 4:6
**it** 2:10,14,16,17,18, 21,23 3:6,7,9,19,20, 21 4:13 5:13
**it's** 3:6,12,20 6:10
**its** 4:6,12

**J**

**Joe** 2:2
**John** 4:12 5:3 6:9
**just** 2:19 3:6

**K**

**keep** 3:17,18
**keeps** 3:11

know  2:10 3:1

### L

let  5:2
letter  5:13,18 6:10
licensing  5:6
lied  4:5
life  4:3
like  2:12 3:5,9 4:12 5:13,15 6:10
link  5:8
links  5:10
literally  5:3
litigation  5:18,20 6:5
loan  2:1,9 3:2
loans  2:16 3:4
look  5:15,22 6:2
looking  3:13
looks  5:13
lower  3:8

### M

made  4:14
make  2:11,15
making  3:12
manipulated  4:10, 21
me  3:21 5:2
mean  2:6 3:22,23,24 4:2
Melik  2:7,8 3:5
middle  3:8
MILLS  5:2,15 6:9
money  2:12
more  2:12 5:2
morning  4:4
most  3:9
my  4:3 5:24

### N

need  2:24
network  4:6
never  3:24 4:2,5
news  4:13

Newsmax  4:5,12,15, 24 5:8
next  2:4 5:3
no  2:15 4:8,16,18,19 5:10
nobody  6:5
not  2:8,17 3:6 4:13
note  4:13
notes  4:6
nothing  4:23
now  3:12,19 5:4

### O

of  2:3,4,6,9,13 3:1,2, 7,16,18,20 4:10,15 5:3,5 6:1,5
off  3:3
offered  4:8,19
on  4:6,7 5:4,9
one  3:1 4:10
onus  5:9
opposed  2:8
or  3:21 4:8,9,16,17, 18,19,20 5:8
other  3:10 4:17,24
our  4:15
owner  5:5,9
owns  4:16

### P

package  2:4
part  2:4
past  5:7
pay  2:10,12 3:3,6,8, 10
pays  3:6
people  2:11,15,24 3:3
people's  3:10
personal  5:2
play  3:12
possibly  3:22
problem  2:9
proposing  2:2
prove  5:10

### R

reaction  5:17
read  5:4 6:11
readers  4:15
reason  2:15
reasons  3:1
recent  4:7
relief  2:4,18,21
relieve  2:23
relieving  2:22
reported  4:13
reprogramed  4:9,20
response  5:21
resurging  2:2
retract  5:8
right  2:20 3:16

### S

said  3:5
say  3:1,4
saying  4:8
Schumer  2:5
seeing  6:11
seems  3:9
Senators  2:4
several  4:14
share  4:22
Shea  2:20,23 4:4
should  2:14,16,17, 18 4:15 5:9
Show  5:4
six  2:15
slam  3:13
Smartmatic  4:7,9, 16,18,20 5:6,11
so  2:16 3:17,20
socialist  3:11
software  4:9,18,20
some  5:14
somebody  3:6
somebody's  3:5
somehow  2:22 3:11
someone  2:9
something  3:12

sorts  3:18
SOS  6:9
spooked  6:7,8
start  2:7
started  4:6
statement  5:1,4,9
statements  4:11
struggle  3:3
student  2:1,3
stuff  3:18
succumbing  4:24
Systems  4:7

### T

Tabacco  4:12 5:4
taking  3:21 5:22
talks  5:6
taxes  3:8
tell  5:2
that  2:9,11,14,15,18, 19,24 3:1,3,7,12,21 4:8,9,13,16,18,19, 20 5:9,10,11,12,22
that's  2:13 3:14,22 5:16 6:4
the  2:2,4,6,8,9,11,13 3:1,2,4,5,7,8,16,22 4:10,16,21,23 5:2,3, 4,5,7,9,17,21 6:4,9
their  2:16 3:3 4:10 5:9
them  5:19
there  2:12,23 3:15 4:14 5:7,10
there's  2:15
these  3:11,18 4:14
they  2:11,16 4:22,23 5:15 6:7
They're  5:19
thing  3:5,22
things  2:12 3:18
think  2:7,14,20 3:13 4:24 5:8,9,11
thinking  3:2
this  2:6,12,21 3:4, 10,16,21 4:4,22 5:1, 3,4,17 6:4,11

thoughts  5:24
threat  5:18
threatening  5:13
through  3:8 5:19
times  4:4
to  2:3,6,8,10,12,18, 21 3:3,4,6,8,10,13, 21 4:6,12,23,24 5:4, 8,10,12,21,22 6:4
today  5:12
together  5:8
true  4:13
trying  3:13
tuition  2:24
type  2:13

### U

university  3:4
up  2:3,6 3:11
used  4:9,20
uses  4:18
usually  2:10
utilizing  5:6

### V

versa  4:19
very  2:24 3:11
vice  4:19
viewers  4:15
voters  3:17,19
votes  3:18 4:10,21
Voting  4:7

### W

want  2:11 3:10
wants  6:5
Warren  2:5
was  5:3
way  3:16
we  2:10,18 4:17 5:22
we'll  5:22 6:1,2
we're  3:12,13
wealthy  2:11
Welcome  2:1

**well**  2:8 3:20 5:2

**what**  2:6,7,10,14,20
 3:1,2,4,7 4:24 5:16

**when**  6:10

**who**  2:11,15 5:6

**will**  2:7 3:1,15,19

**with**  2:2,7,13,24
 3:18 4:17,24 5:21

**worst**  3:22

**would**  2:6 4:12

---

### Y

**Yeah**  6:3,5

**years**  3:3

**yet**  3:10 4:23

**you**  2:7,20 3:1,13,
 17,18,22 4:1,24 5:2,
 5,23 6:1,10

**you're**  6:10

**You've**  3:24

**young**  3:19

**your**  6:1,2