# Exhibit 45A

Screenshot A



Exhibit 45A, *Weekly Briefing* (12/26/2020) at 03:10.

**Screenshot B**



Exhibit 45A, *Weekly Briefing* (12/26/2020) at 04:23.