# Exhibit 58



Document title: Voting Systems Map
Capture URL: https://michigan.maps.arcgis.com/apps/webappviewer/index.html?id=f3d6f6232f4f4ae3b0c74e661b599c2f
Capture timestamp (UTC): Mon, 01 Feb 2021 21:54:11 GMT