# Exhibit 59

Michigan.gov

SOS HOME | FAQS | ONLINE SERVICES | CONTACT THE SECRETARY OF STATE | SEARCH

**The Office of Secretary of State Jocelyn Benson**

ELECTIONS | DRIVER'S LICENSE AND STATE ID | VEHICLES | BUSINESS SERVICES | ABOUT

SOS / ELECTIONS / ELECTION ADMINISTRATOR INFORMATION / VOTING SYSTEM PURCHASE

# Voting System Purchase

## VOTING SYSTEM PURCHASE RESOURCES AND INSTRUCTIONS FOR MICHIGAN'S ELECTION OFFICIALS

In 2017 and 2018, Michigan's counties, cities and townships will gradually replace voting systems statewide. On January 24, 2017, the State Administrative Board approved three vendor systems to proceed with statewide contracts:

- Dominion Voting Systems, Inc. - (http://dominionvoting.com/)
- Election Systems and Software (ES&S) – (http://www.essvote.com/)
- Hart Intercivic, Inc.  – (http://www.hartintercivic.com/)

Selection of the specific system to be used in each county will be coordinated by the County Clerk. Information on this page is provided to assist election officials in evaluating the various system and to coordinate the eventual purchase process; this information will be updated continuously as additional information and resources become available. Please bookmark this page and continue to use it to find all pertinent information related to the replacement of your current system and the purchase process for your new voting system.

As always, questions may be directed to the Bureau of Elections via email at elections@michigan.gov; or by phone at 800-292-5973.

**Click each category heading below to display additional information.**

| Communications | ⌄ |
|---|---|

| Vendor Selection / Purchase Process | ⌄ |
|---|---|

# VOTING SYSTEM PURCHASE RESOURCES AND INSTRUCTIONS FOR MICHIGAN'S ELECTION OFFICIALS

In 2017 and 2018, Michigan's counties, cities and townships will gradually replace voting systems statewide. On January 24, 2017, the State Administrative Board approved three vendor systems to proceed with statewide contracts:

- Dominion Voting Systems, Inc. - (http://dominionvoting.com/)
- Election Systems and Software (ES&S) – (http://www.essvote.com/)
- Hart Intercivic, Inc. – (http://www.hartintercivic.com/)

Selection of the specific system to be used in each county will be coordinated by the County Clerk. Information on this page is provided to assist election officials in evaluating the various system and to coordinate the eventual purchase process; this information will be updated continuously as additional information and resources become available. Please bookmark this page and continue to use it to find all pertinent information related to the replacement of your current system and the purchase process for your new voting system.

As always, questions may be directed to the Bureau of Elections via email at elections@michigan.gov; or by phone at 800-292-5973.

**Click each category heading below to display additional information.**

Communications

Vendor Selection / Purchase Process

Michigan.gov

SOS Home
FAQ
Online Services
Forms
Contact the Secretary of State
FOIA

MICHIGAN.GOV HOME
ADA
MICHIGAN NEWS
POLICIES

COPYRIGHT 2021 STATE OF MICHIGAN

Document title: SOS - Voting System Purchase
Capture URL: https://www.michigan.gov/sos/0,4670,7-127-1633_11976_78903---,00.html
Capture timestamp (UTC): Mon, 01 Feb 2021 20:39:24 GMT

Page 2 of 2