# Exhibit 61

OFFICIAL WEBSITE OF MICHIGAN.GOV

The Office of
# Secretary of State Jocelyn Benson

SOS / ABOUT

# Michigan's election was secure and fair, and the results are accurate

**JANUARY 5, 2021**



*Members of Congress are expected to make false claims in partisan attempt to discredit election*

Michigan's election was conducted fairly and securely, and the results accurately reflect the will of Michigan voters, the majority of whom cast ballots for President elect Joe Biden.

"This was the most successful election in our state's history, in which a record setting 5.5 million citizens cast ballots, and clerks and election workers processed every vote meticulously, fairly and efficiently, despite the challenges of the pandemic," said Secretary of State Jocelyn Benson.

There is no evidence of widespread election misconduct, as has been confirmed by President Trump's former U.S. Attorney General William Barr, the FBI, the Cybersecurity and Infrastructure Security Agency, as well as numerous election officials of both political parties, and state and federal judges and justices. Additionally, state and local election officials have conducted more than 100 post-election audits, all of which have demonstrated the integrity of Michigan's election.

Yet members of Congress are expected to parrot previously debunked false claims of election fraud on Wednesday in a partisan attempt to discredit Michigan's election.

"By making false claims that undermine voters' faith in our election, these elected officials demonstrate their shameless willingness to prioritize personal and partisan politics over the good of our country," said Benson. "They dishonor every citizen who voted and the thousands of public servant election clerks and volunteer election workers who carried out this successful election."

Voters should be wary of the disinformation that is shared on Wednesday. They can find accurate election information at **Michigan.gov/SOSFactCheck**, on Michigan Department of State social media accounts, and with their local and county election clerks.

### #

For media questions, contact
Tracy Wimmer at 517-281-1876.

We welcome questions and comments at the **Contact the Secretary of State page**.

Customers may call the Department of State Information Center to speak to a customer-service representative at 888-SOS-MICH (767-6424).



**SOS Home**
**FAQ**
**Online Services**
**Forms**
**Contact the Secretary of State**
**FOIA**

**MICHIGAN.GOV HOME**
**ADA**
**MICHIGAN NEWS**
**POLICIES**

**COPYRIGHT 2021 STATE OF MICHIGAN**