# Exhibit 68













Document title: (20) Doug Ducey on Twitter: "I've been pretty outspoken about Arizona's election system, and bragged about it quite a bit, including in the Oval…
Capture URL: https://twitter.com/dougducey/status/1333603735855976450
Capture timestamp (UTC): Mon, 01 Feb 2021 22:46:10 GMT
Page 6 of 7

