# Exhibit 72





Document title: Nevada Secretary of State : Voting System
Capture URL: https://www.nvsos.gov/sos/elections/election-resources/voting-system
Capture timestamp (UTC): Mon, 01 Feb 2021 19:36:30 GMT