# Exhibit 73

 

NV.gov Nevada Governor Steve Sisolak

# Governor Sisolak issues statement on President Trump's comments on the election

LAS VEGAS, NV - November 05, 2020

Today, Nevada Governor Steve Sisolak issued the following statement in response to President Donald Trump's message to the American people on the election.

"President Trump's comments to the American people tonight on the election were misleading, dangerous, and - most concerningly - false.

It was clear that the intent of his message was to undermine the public's confidence in the integrity of our election processes and system, which in turn undermines one of the core pillars of our democracy.

Nevada is widely recognized as being a leader in election administration, and I continue to have the utmost confidence in the abilities of Nevada's local election officials and Secretary of State Barbara Cegavske to accurately count every eligible vote cast in the Silver State.

Our election administration officials are required to keep counting under state law and that is exactly what they'll do until every vote is counted. Despite national pressure, our election officials and public servants continue to prioritize accuracy and fairness in this process. That should make all Nevadans proud.

I ask all Nevadans to support our election workers, trust this process and respect the results when they are certified as final."

###

## Contact

Meghin Delaney
Communications Director
press@gov.nv.gov

**Executive**
Governor
Lt. Governor
Secretary of State
Attorney General
State Treasurer
State Controller

**Legislature**
Legislature Website
NELIS
Legislature Meetings
Find Your Legislator
Nevada State Senate
Nevada State Assembly

**Alerts**

Document title: Governor Sisolak issues statement on President Trump's comments on the election
Capture URL: https://gov.nv.gov/News/Press/2020/Governor_Sisolak_issues_statement_on_President_Trump%E2%80%99s_comments_on_the_election/
Capture timestamp (UTC): Mon, 01 Feb 2021 22:54:34 GMT

Page 1 of 2

exactly what they'll do until every vote is counted. Despite national pressure, our election officials and public servants continue to prioritize accuracy and fairness in this process. That should make all Nevadans proud.

I ask all Nevadans to support our election workers, trust this process and respect the results when they are certified as final."

###

Executive
Governor
Lt. Governor
Secretary of State
Attorney General
State Treasurer
State Controller
Legislature
Legislature Website
NELIS
Legislature Meetings
Find Your Legislator
Nevada State Senate
Nevada State Assembly
Alerts
Amber Alerts
Consumer Affairs
Weather Alerts
211- Service Information
511 - Road Conditions
911 - Emergency Help
Select Language
Has Met Section 508 WCAG 2.0 ADA Compliance
The Official State of Nevada Website | Copyright ©2019 State of Nevada - All Rights Reserved | Privacy Policy
ADA Technology Accessibility Guidelines | Web Style Standards | ADA Assistance | State ADA Website
Version 3.0.007

Document title: Governor Sisolak issues statement on President Trump's comments on the election
Capture URL: https://gov.nv.gov/News/Press/2020/Governor_Sisolak_issues_statement_on_President_Trump%E2%80%99s_comments_on_the_election/
Capture timestamp (UTC): Mon, 01 Feb 2021 22:54:34 GMT
Page 2 of 2