# Exhibit 75

SMARTMATIC

SMARTMATIC

WEB  BOOKS  VIDEO  AUDIO  SOFTWARE  IMAGES

SCLEE4748  UPLOAD

ABOUT    BLOG    PROJECTS    HELP    DONATE ♥    CONTACT    JOBS    VOLUNTEER    PEOPLE

HOME (HTTP://WEB.ARCHIVE.ORG/WEB/20201114015540MP_/HTTPS://WWW.SMARTMATIC.COM/US/)  >  SMARTMATIC FACT-CHECKED
(HTTP://WEB.ARCHIVE.ORG/WEB/20201114015540MP_/HTTPS://WWW.SMARTMATIC.COM/US/SMARTMATIC-FACT-CHECKED/)

# Smartmatic Fact-checked

## About Smartmatic

### Who owns Smartmatic?
Smartmatic was founded in Boca Raton, Florida in 2000. Two of the founders, Antonio Mugica and Roger Piñate, continue to run the company as CEO and
President, respectively. The majority of shares (83%) are held by SGO, a company owned by the Mugica and Piñate families. The remaining shares are held by
employees (10%) and angel investors (7%).

### Is Smartmatic a Venezuelan company?
No. Smartmatic was founded and incorporated in the US. It is now headquartered in London, UK.

### Does George Soros have any involvement in Smartmatic?
No. George Soros has never had any ownership stake in, or involvement with, Smartmatic. This fact was confirmed again by The New York Times
(http://web.archive.org/web/20201114015540mp_/https://www.nytimes.com/live/2020/2020-election-misinformation-distortions) on November 3, 2020.

### Does Mark Malloch-Brown work for George Soros?
No. Lord Mark Malloch-Brown sits on the Board of Directors of more than a dozen organizations, including SGO, the parent company of Smartmatic. Malloch-
Brown is also on the board of Open Society Foundations, a philanthropic organization founded by Soros that supports democracy and human rights in more
than 100 countries.

### Does Smartmatic own any other voting machine company?
No.

### Has Smartmatic owned any voting machine company in the USA?
Smartmatic owned Sequoia Voting systems and sold it in 2007.

### What happened with Sequoia after Smartmatic sold it?
Four years after Smartmatic sold Sequoia, all of Sequoia's assets, including its US contracts, were acquired by Dominion Voting Systems of Canada.

### Does Smartmatic have any ties to Indra Sistemas?
No.

### Is Smartmatic's software used in other company's voting machines?
No. Smartmatic's software is not licensed or otherwise used by other companies.

### Were Smartmatic voting machines used in the 2020 US general election?
Yes, ballot marking devices manufactured by Smartmatic were built according to designs specified by Los Angeles County and used exclusively in Los Angeles
County. They were not used in any other state or any other jurisdiction in California or anywhere else in the US. (See additional info below.)

### Is Smartmatic allied with any political parties?
No. Smartmatic has no ties to political parties or groups in any country. Smartmatic's employees are required to adhere to a strict ethics code that, among
other things, prohibits them from making political donations.

## Smartmatic Technology in Los Angeles County

### Where was the work performed in Los Angeles?
Smartmatic established an office in Santa Monica, California where as many as 75 employees were employed. All software development and testing were
performed in Santa Monica. The software was installed onto the voting machines in a secure facility operated by LA County.

### How secure is Smartmatic's VSAP development process?
All of the software was developed in the United States. Every person working on the software or with access to the County's system-related intellectual
property has been rigorously vetted by law enforcement agencies, including a fingerprint background check. There were stringent security protocols on system
access and strict controls on access to both the County facilities housing the VSAP devices and Smartmatic's Santa Monica office.

Smartmatic is an approved vendor to the US Department of Defense and a founding member of the US Department of Homeland Security (DHS) Election
Infrastructure Sector Coordinating Council. Smartmatic is also an approved supplier to the UK Ministry of Defense.

### Where are the servers for the voting machines?
The County's server site for the devices is in a separate location from the voting centers. It is access controlled. Only a small number of top County managers
have access to the data center control room. Once the election period begins, Smartmatic does not have access to the data center.

(HTTP://WEB.ARCHIVE.ORG/WEB/20201114015540MP_/HTTPS://WWW.TWITTER.COM/SMARTMATIC)

(HTTP://WEB.ARCHIVE.ORG/WEB/20201114015540MP_/HTTPS://WWW.LINKEDIN.COM/COMPANY/SMARTMATIC)

(HTTP://WEB.ARCHIVE.ORG/WEB/20201114015540MP_/HTTPS://WWW.YOUTUBE.COM/USER/SMARTMATICGROUP)

(HTTP://WEB.ARCHIVE.ORG/WEB/20201114015540MP_/HTTPS://WWW.INSTAGRAM.COM/SMARTMATICTECHNOLOGY/)

ENGLISH (HTTP://WEB.ARCHIVE.ORG/WEB/20201114015540MP_/HTTPS://WWW.SMARTMATIC.COM/SMARTMATIC-FACTCHECKED/)
ESPAÑOL (HTTP://WEB.ARCHIVE.ORG/WEB/20201114015540MP_/HTTPS://WWW.SMARTMATIC.COM/ES/SMARTMATIC-FACTCHECKED/)
FRANÇAIS (HTTP://WEB.ARCHIVE.ORG/WEB/20201114015540MP_/HTTPS://WWW.SMARTMATIC.COM/FR/SMARTMATIC-FACTCHECKED/)
PORTUGUÊS (HTTP://WEB.ARCHIVE.ORG/WEB/20201114015540MP_/HTTPS://WWW.SMARTMATIC.COM/PT/SMARTMATIC-FACTCHECKED/)

© 2020 Smartmatic

Sitemap (http://web.archive.org/web/20201114015540mp_/https://www.smartmatic.com/us/sitemap/)
Terms of use (http://web.archive.org/web/20201114015540mp_/https://www.smartmatic.com/us/terms-of-use/)
Cookie policy (http://web.archive.org/web/20201114015540mp_/https://www.smartmatic.com/us/cookie-policy/)
Privacy policy (http://web.archive.org/web/20201114015540mp_/https://www.smartmatic.com/us/privacy-policy/)
Modern Slavery Act Statement (http://web.archive.org/web/20201114015540mp_/https://www.smartmatic.com/uploads/Slavery_and_Human_Trafficking_Statement_-_Smartmatic_and_SGO.pdf)

