# Exhibit 79

https://www.dominionvoting.com/about/   Go

**183 captures**
23 Sep 2020 - 30 Jan 2021

SEP **NOV** DEC
◀ **01** ▶
2019 **2020** 2021

About this capture



Menu

# THE DOMINION DIFFERENCE - WE DELIVER!

Founded in 2003, Dominion Voting Systems is a leading supplier of election technology across the U.S., Canada and globally.

https://www.dominionvoting.com/about/    Go    SEP **NOV** DEC
**183 captures**    ◀ **01** ▶
23 Sep 2020 - 30 Jan 2021    2019 **2020** 2021    ▼ About this capture



# OUR PEOPLE

Dominion is driven by our commitment to superior customer service. With decades of collective industry-leading experience in training, support and implementation, our team of professionals strives for delivery excellence to meet today's election challenges in system implementation and project management. We aim to provide transparency and accountability in all that we do – on every level, for every election.

**JOIN THE DOMINION TEAM**

https://www.dominionvoting.com/about/   Go

About Dominion Voting

183 captures
23 Sep 2020 - 30 Jan 2021

SEP NOV DEC
◀ 01 ▶
2019 2020 2021

About this capture

COMMERCIAL
OFF-THE-SHELF
HARDWARE

Merging best-in-class COTS
(Commercial "Off-The-Shelf")
hardware with state of
the art election software

## OUR TECHNOLOGY

We are constantly investing in the development of technology that continues to set our products apart from the competition. Dominion's core technology focuses on the two key aspects of the electoral process - accuracy and transparency, while remaining nimble enough to meet the needs of any-sized election.

EXPLORE DOMINION PRODUCTS

https://www.dominionvoting.com/about/ — Go

183 captures
23 Sep 2020 - 30 Jan 2021

SEP NOV DEC
◀ 01 ▶
2019 2020 2021

About this capture



## OUR SERVICES

Recognized by Deloitte as one of the fastest-growing tech firms in North America, Dominion provides the highest level of election support services available. From initial project implementation through election set-up, ballot layout, multiple language audio, machine set-up and system testing, we deliver. We also provide testing, Election Day support, training, preventative maintenance, project management and ongoing election consulting.

CUSTOMER SERVICE

https://www.dominionvoting.com/about/    Go

183 captures
23 Sep 2020 - 30 Jan 2021

SEP **NOV** DEC
◀ **01** ▶
2019 **2020** 2021

About this capture



Partnering with more than 1,300 jurisdictions, including 9 of the largest 20 Counties in the USA

## OUR PARTNERSHIPS

We believe that by listening to our customers and putting them first we build relationships that are strengthened by trust and bonded by loyalty.  Working together we build voting solutions that are efficient, scalable, flexible, transparent and sustainable.  We are determined and committed to meet our customer's every challenge.  This is who we are.  This is the "Power of Partnership."

VIEW CUSTOMER FOOTPRINT

https://www.dominionvoting.com/about/   Go   SEP NOV DEC
183 captures
23 Sep 2020 - 30 Jan 2021   2019 2020 2021   About this capture

**Continual certification efforts with 13 EAC certified versions and 26 State Certifications**

## OUR INNOVATION

Continual certification efforts and complete commitment to customer satisfaction drives Dominion's innovation goals. Our latest updates and certifications deploy quickly to meet the challenges of complex election scenarios. We are always ready to create the tools needed to administer successful, transparent and secure elections.

## ARE YOU READY TO EXPERIENCE THE DOMINION DIFFERENCE IN YOUR NEXT ELECTION?

With company locations positioned across four U.S. time zones, we are able to support our vibrant and growing customer base!

https://www.dominionvoting com/about/    Go

183 captures
23 Sep 2020 - 30 Jan 2021

SEP **NOV** DEC
◀ **01** ▶
2019 **2020** 2021

About this capture

**SERVING MORE THAN 40%
OF U.S. VOTERS & GROWING**





https://www.dominionvoting.com/about/    Go

183 captures
23 Sep 2020 - 30 Jan 2021

SEP  NOV  DEC
◀ 01 ▶
2019  2020  2021

About this capture





**DOMINION IS READY TO MAKE A DIFFERENCE IN YOUR NEXT ELECTION**

https://www.dominionvoting.com/about/    Go

About - Dominion Voting

SEP   **NOV**   DEC

◀ **01** ▶

183 captures
23 Sep 2020 - 30 Jan 2021

2019   **2020**   2021

About this capture

scalable election technology that can be customized for any jurisdiction.

REQUEST INFO



## PRODUCTS

EMS ENGINE
Democracy Suite®

IN-PERSON AND ACCESSIBLE VOTING
ImageCast® X

CENTRAL TABULATION
ImageCast® Central

COMBINATION VOTING AND TABULATION
ImageCast® Precinct
ImageCast® Evolution

Optional Solutions

Founded in 2003, Dominion Voting Systems is a leading industry supplier of election technology across the U.S., Canada and globally.

## ABOUT

Dominion Difference
Dominion Secure
Careers

## INFO

Customer Support

1-866-654-VOTE (8683)

https://www.dominionvoting.com/about/ 　Go　SEP NOV DEC

◀ 01 ▶

183 captures
23 Sep 2020 - 30 Jan 2021 　　　　2019 2020 2021　▼ About this capture

CANADA: Toronto, ON

Privacy Policy　Terms of Use　Site Map

Copyright © 2020 Dominion Voting Systems Corp.
All Rights Reserved.

Could not connect to the reCAPTCHA service. Please check your internet connection
and reload to get a reCAPTCHA challenge.