# Exhibit 92



Fox News Digital Network

  Fox News
   Fox Business
   uReport
   Fox News Radio
   Fox News Latino
   Fox Nation
   Fox News Insider

- Login

👤 Account

You're logged in as Account

- Edit Profile
- Logout

**Search Site**

[                                                ] [Search]

On Air Now ›

On Air Personalities ›

- 

- Home
- Video
- Politics
- U S
- Opinion
- Entertainment
- Tech

2/3/2021

FOXNews.com - Voting Machine Cos.: No Ties to Chavez - Politics | Republican Party | Democratic Party | Political Spectrum

Case 1:21-cv-02900-CJN-MAU Document 1-122 Filed 11/03/21 Page 3 of 11

- Science
- Health
- Travel
- Lifestyle
- World
- Sports
- On Air

Previous Slide Next Slide

# Politics

- Politics Home
  - FOX Polls
  - America's Election HQ
  - Supreme Court
  - Special Report
  - Fox News Sunday
  - Executive Branch
  - U.S. Senate
  - House of Representatives
  - State & Local Government
  - U S  Military
  - NEWS ARCHIVE
  - 
  - SECTION MAP

SEE MORE

FOXNEWS.COM HOME > POLITICS

## Voting Machine Cos.: No Ties to Chavez

Monday, October 30, 2006

**By HOPE YEN, Associated Press Writer**

2/3/2021 FOXNews.com - Voting Machine U.S. No Ties to Chavez - Politics | Republican Party | Democratic Party | Political Spectrum

Case 1:21-cv-02900-CJN-MAU Document 1-122 Filed 11/03/21 Page 4 of 11

E MAIL STORY | RINTER FRIENDLY VERSION

WASHINGTON — A U.S. company that makes touch-screen voting machines said it requested a federal investigation to dispel what it called baseless rumors of ties to Venezuelan President Hugo Chavez.

Sequoia Voting Systems Inc. said it asked the Committee on Foreign Investment in the United States, or CFIUS, to investigate it and its parent software company, the Smartmatic Corp. The request comes after news articles suggested improper ties.

"Sequoia and Smartmatic are not connected, owned or controlled by the Venezuelan government whatsoever," Jeff Bialos, a Washington attorney representing the two companies, said in a telephone interview.

The focus is on last year's acquisition of Sequoia by Smartmatic _ a Boca Raton, Fla. company owned by three Venezuelans _ and whether Chavez's leftist government wields influence over their operations.

Chavez is a longtime foe of the Bush administration. Last month, he called President Bush "the devil" in a speech at the United Nation, drawing prompt criticism from lawmakers from both U.S. parties.

CFIUS has been in contact with Smartmatic, said Brookly McLaughlin, a spokeswoman for the Treasury Department, which oversees the foreign investment committee. She declined to say whether there was a formal investigation.

*(Story continues below)*

Advertise Here The probe's disclosure by the companies comes days before the November congressional elections, and amid growing concern about the reliability of electronic voting machines.
*Advertisements*
A report released earlier this month by The Century Foundation found problems with malfunctioning voting machines in 10 states it sampled. Activists, meanwhile, have filed lawsuits in at least nine states contending the new electronic voting machines are not secure.

The inquiry also comes after the political furor earlier this year over a buyout that put a Dubai company in control of some operations at six American ports. The outcry led the Dubai company, DP World, to promise it would sell the U.S. operations to an American company.

Rep. Carolyn Maloney, D-N.Y., said Sunday she welcomed the formal review after she asked the government in May to examine the takeover of Sequoia, based in Oakland, Calif.

"Having a foreign government investing or owning a company in this country that makes voting machines could raise a question about the integrity of the elections," she said.

According to Smartmatic, the company is owned primarily by three individuals and their families: Antonio Mugica, a dual-Spanish-Venezuelan national who is the chief executive officer (78.8 percent); Alfredo Anzola (3.9 percent); and Roger Pinate (8.5 percent). Investor Jorge Massa as well as Smartmatic employees and other friends own the remainder.

"No foreign government or entity _ including Venezuela _ has ever held an ownership stake in Smartmatic," Mugica said in a statement.

2/3/2021, FOXNews.com - Voting Machine U.S. No Ties to Chavez - Politics | Republican Party | Democrat Party | Political Spectrum

Case 1:21-cv-02900-CJN-MAU Document 1-122 Filed 11/03/21 Page 5 of 11

Sequoia has operated since the late 1800s and began providing electronic voting equipment in the 1980s. It currently supplies electronic voting machines to 16 states and the District of Columbia.

"Sequoia is very confident our equipment will perform as well as it has over the course of history,"Sequoia spokeswoman Michelle Shafer said.

The investigation by CFIUS was first reported Saturday by The Miami Herald. Questions about company ownership were first raised last spring.

Separately, activist Patricia Axelrod of Reno, Nev., sued Sequoia on Wednesday, claiming her vote in the 2004 general election was not counted because of a defective machine.

Shafer said Sunday she had not seen the suit and could not comment on it.

___

On the Net:

Sequoia Voting Systems:<http://www.sequoiavote.com/>

Smartmatic Corp.:<http://www.smartmatic.com/>

Treasury Department:<http://www.ustreas.gov/>

*Copyright 2006 The Associated Press. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.*

E-MAIL STORY | PRINTER FRIENDLY VERSION

# FOX NEWS VIDEOS

## TOP VIDEOS

2/3/2021, FOXNews.com - Voting Machine U.S. No Ties to Chavez - Politics | Republican Party | Democratic Party | Political Spectrum

Case 1:21-cv-02900-CJN-MAU Document 1-122 Filed 11/03/21 Page 6 of 11



# [Federal corruption case goes to the jury](#)



# [Biden attacks Romney's economic policies](#)



# [Proposal introduced by Sen. Sessions](#)

# Politics

- [Plan to boost spending a hard sell](#)
- [Peter Johnson, Jr. weighs in](#)
- [Woody Johnson on 'Fox & Friends'](#)
- [Jobs: key to Walker recall victory?](#)

*ADVERTISEMENT*

# [most active](#)

- Most Read
- Most Emailed

- [1](#)

2/3/2021 FOXNews.com - Voting Machine U.S. No Ties to Chavez - Politics | Republican Party | Democratic Party | Political Spectrum

Case 1:21-cv-02900-CJN-MAU Document 1-122 Filed 11/03/21 Page 7 of 11

Convicted Fort Hood killer Hasan forcibly shaved in prison

»

- 2

  Family reportedly ejected from Universal Studios due to father's police shirt

  »

- 3

  Corey Feldman slammed for calling criticism of lingerie birthday party 'bullying'

  »

- 4

  Rubio blasts $9M ObamaCare advertising campaign

  »

- 5

  Friends allegedly dump Georgia woman's body after she suffers asthma attack

  »

- 6

  Syria military strike faces first test vote in Congress

  »

- 7

  New info on Johnny Cash will 'shock and surprise,' documentary director says

  »

- 8

  Allstate names D.C. drivers the worst in America

2/3/2021, FOXNews.com - Voting Machine U.S. No Ties to Chavez - Politics | Republican Party | Democratic Party | Political Spectrum

Case 1:21-cv-02900-CJN-MAU Document 1-122 Filed 11/03/21 Page 8 of 11

- »

- 9

  N.C. pastor asks that 'only white people' greet congregation at church doors

  »

- 10

  8 rulers of ancient Egypt: Most precise timeline revealed

  »

- More News

ADVERTISEMENT

# ONLY ON FOX

- 

## Supreme Court Scorecard

A summary of the high court's decisions on 70 cases presented during the 2007-2008 term

- 

## 2008 Primary Schedule

A handy list of who voted when

2/3/2021
FOXNews.com - Voting Machine U.S. No Ties to Chavez - Politics | Republican Party | Democratic Party | Political Spectrum
Case 1:21-cv-02900-CJN-MAU Document 1-122 Filed 11/03/21 Page 9 of 11

- 

# [Leaving Congress: The Changing Face of the 110th](#)

Click here to see the updated list of lawmakers not returning to their seats after the 2008 elections

# Sections

- [Home](#)
- [Video](#)
- [Politics](#)
- [U.S.](#)
- [Opinion](#)
- [Entertainment](#)
- [Tech](#)
- [Science](#)
- [Health](#)
- [Travel](#)
- [Lifestyle](#)
- [World](#)
- [Sports](#)
- [Weather](#)

# Shows

- [America Live](#)
- [America's News HQ](#)
- [America's Newsroom](#)
- [Cavuto](#)
- [Fox News Sunday](#)
- [Fox & Friends First](#)
- [Fox & Friends](#)
- [Fox & Friends Weekend](#)
- [Fox News Watch](#)
- [Fox Report](#)

2/3/2021                                                                     FOXNews.com - Voting Machines Get No Disclaimer - Politics | Republican Party | Democratic Party | Political Spectrum

Case 1:21-cv-02900-CJN-MAU Document 1-122 Filed 11/03/21 Page 10 of 11

- Geraldo at Large
- Greta
- Hannity

- Happening Now
- Huckabee
- Justice with Judge Jeanine
- Red Eye w/ Gutfeld
- Special Report
- Specials
- Studio B
- The Cost of Freedom
- The Five
- The Journal Editorial Report
- The O' Reilly Factor
- War Stories

# Tools

- Trending
- uReport
- Newsletters & Alerts
- Blogs
- Mobile
- Podcasts
- Radio
- Fox News Store
- Apps & Downloads

# About

- Careers
- Internships - FNCU
- Fox Around the World
- Advertise With Us
- Terms of Use

2/3/2021 FOX News.com - Voting Machines Get No Do-Over Vote - Politics | Republican Party/ Democratic Party, Political Spectrum

Case 1:21-cv-02900-CJN-MAU Document 1-122 Filed 11/03/21 Page 11 of 11

- Privacy Policy
- Ad Choices
- Contact Us
- Email Newsroom
- FAQ
- Media Relations

# Follow

- Facebook
- Twitter
- Google+
- LinkedIn
- RSS
- Newsletters
- 

- This material may not be published, broadcast, rewritten, or redistributed. ©2012 FOX News Network, LLC. All rights reserved. All market data delayed 20 minutes.