# Exhibit 94



# Detail by Entity Name

Foreign Profit Corporation

SMARTMATIC USA CORP.

**Filing Information**

| | |
|---|---|
| **Document Number** | F12000002926 |
| **FEI/EIN Number** | 45-4736528 |
| **Date Filed** | 07/13/2012 |
| **State** | DE |
| **Status** | ACTIVE |

**Principal Address**

1001 BROKEN SOUND PARKWAY, SUITE D
BOCA RATON, FL 33487

**Mailing Address**

1001 BROKEN SOUND PARKWAY, SUITE D
BOCA RATON, FL 33487

**Registered Agent Name & Address**

Cook, Robert Harvey
1001 BROKEN SOUND PARKWAY, SUITE D
BOCA RATON, FL 33487

Name Changed: 02/06/2019

**Officer/Director Detail**

**Name & Address**

Title Director, Chairman

Neffenger, Petter
1001 BROKEN SOUND PARKWAY, SUITE D
BOCA RATON, FL 33487

Title Director, President, Secretary, Treasurer

Cook, Robert Harvey
1001 BROKEN SOUND PARKWAY, SUITE D
BOCA RATON, FL 33487

Title Director

Hillman, Gracia

1001 BROKEN SOUND PARKWAY, SUITE D
BOCA RATON, FL 33487

Title Director

DeGregorio, Paul
1001 BROKEN SOUND PARKWAY, SUITE D
BOCA RATON, FL 33487

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 2018 | 02/27/2018 |
| 2019 | 02/06/2019 |
| 2020 | 03/30/2020 |

### Document Images

| | |
|---|---|
| 03/30/2020 -- ANNUAL REPORT | View image in PDF format |
| 02/06/2019 -- ANNUAL REPORT | View image in PDF format |
| 02/27/2018 -- ANNUAL REPORT | View image in PDF format |
| 04/06/2017 -- ANNUAL REPORT | View image in PDF format |
| 03/07/2016 -- ANNUAL REPORT | View image in PDF format |
| 02/20/2015 -- ANNUAL REPORT | View image in PDF format |
| 02/28/2014 -- ANNUAL REPORT | View image in PDF format |
| 01/25/2013 -- ANNUAL REPORT | View image in PDF format |
| 07/13/2012 -- Foreign Profit | View image in PDF format |

Florida Department of State, Division of Corporations



## Detail by Entity Name

Foreign Profit Corporation
SMARTMATIC CORPORATION

**Filing Information**

| | |
|---|---|
| **Document Number** | F00000005069 |
| **FEI/EIN Number** | 52-2243719 |
| **Date Filed** | 09/11/2000 |
| **State** | DE |
| **Status** | INACTIVE |
| **Last Event** | WITHDRAWAL |
| **Event Date Filed** | 07/09/2012 |
| **Event Effective Date** | NONE |

**Principal Address**

1001 BROKEN SOUND PARKWAY NW
STE D
BOCA RATON, FL 33487

Changed: 06/30/2005

**Mailing Address**

1001 BROKEN SOUND PARKWAY NW
STE D
BOCA RATON, FL 33487

Changed: 06/30/2005

**Registered Agent Name & Address**

NONE

**Officer/Director Detail**

**Name & Address**

Title D

ZORRILLA E, DGAR
1001 BROKEN SOUND PARKWAY NW, STE D
BOCA RATON, FL 33487

Title DS/T

COOK, JASON

1001 BROKEN SOUND PARKWAY NW, STE D
BOCA RATON, FL 33487

Title D

MUGICA P, EDRO P
1001 BROKEN SOUND PARKWAY NW, STE D
BOCA RATON, FL 33487

Title DP

STRINGFELLOW, KEITH
1001 BROKEN SOUND PARKWAY NW, STE D
BOCA RATON, FL 33487

## Annual Reports

| Report Year | Filed Date |
|-------------|------------|
| 2010 | 02/10/2010 |
| 2011 | 06/14/2011 |
| 2012 | 03/20/2012 |

## Document Images

| | |
|---|---|
| 07/09/2012 -- Withdrawal | View image in PDF format |
| 03/20/2012 -- ANNUAL REPORT | View image in PDF format |
| 06/14/2011 -- ANNUAL REPORT | View image in PDF format |
| 02/10/2010 -- ANNUAL REPORT | View image in PDF format |
| 02/20/2009 -- ANNUAL REPORT | View image in PDF format |
| 07/09/2008 -- ANNUAL REPORT | View image in PDF format |
| 07/26/2007 -- ANNUAL REPORT | View image in PDF format |
| 07/06/2006 -- ANNUAL REPORT | View image in PDF format |
| 06/30/2005 -- ANNUAL REPORT | View image in PDF format |
| 02/17/2004 -- ANNUAL REPORT | View image in PDF format |
| 01/27/2003 -- ANNUAL REPORT | View image in PDF format |
| 03/27/2002 -- ANNUAL REPORT | View image in PDF format |
| 04/03/2001 -- ANNUAL REPORT | View image in PDF format |
| 09/11/2000 -- Foreign Profit | View image in PDF format |

Florida Department of State, Division of Corporations