# Exhibit 96



HOME    PEOPLE OF SMARTMATIC    VISIT OUR WEBSITE    ESPAÑOL

Carter: "The electoral system in Venezuela is the best in the world"



Source: The Carter Center

Last week, during the Annual Conversations held at the Carter Center, former US President Jimmy Carter said that "the voting system in Venezuela is the best in the world".

Carter commended Smartmatic's e voting technology for allowing an easy verification of the results, basing his opinion on the 92 elections the institution has observed around the world

According to Mr. Carter, besides using touch-screen voting machines that store votes electronically, Smartmatic´s technology implements a printed paper receipt for each vote, which gives the system a great added value and makes the verification of results an uncomplicated task.

Source

## Look on for previous posts

Search 

## Safe Elections Illustrations. Free to Use.

Click image, then right click to "Save as"

  

  

  

## Related Posts


**A Thanksgiving Story**


**Why Efficient Election Results Reporting Matters**


**What is Electronic Voting and its Advantages?**


**Best way to celebrate Democracy Day? Promote tech...**


**Aggressively Act Now to Modernize Voting Technolog...**

Tagged on: e voting | electronic voting | electronic voting system | jimmy carter | smartmatic | technology | venezuela | voting technologies

09/26/2012

E-voting news, Electronic voting, Smartmatic

No Comments

Older | Newer

## Leave a Reply

Your email address will not be published. Required fields are marked *

Comment

## Our Experience @ Youtube


California Is Trying t...

## Stay updated

    

 smartmatictechnology

   
   

Síguenos en Instagram

## Smartmatic on Twitter!

Name *

Email *

Website

☐ Save my name, email, and website in this browser for the next time I comment.

Post Comment



Archive

Select Month



Our vision & mission

Our vision
The future of democracy is digital.

Smartmatic Case Studies

Los Angeles County—Voting Solutions for All People

Latest articles

Steady Funding Essential for Election Integrity

The Drumbeat of Facts

Stay updated

**Our mission**

Smartmatic's mission is to increase integrity in the democratic process.

We increase citizen engagement and trust, enabling better societies and better governments.

Belgian elections 2012 - 2019: Customized voting solution for a pioneer in electronic voting

Estonian elections 2014 -2019: Solution for the world's leader in online voting

7 US Election Facts You Probably Don't Know

Copyright © 2021 Smartmatic. Powered by WordPress. Theme: Spacious by ThemeGrill.