# Exhibit 98



Log In  Sign Up



# Smartmatic Announces Cease of Operations in Venezuela

March 06, 2018 07:00 AM Eastern Standard Time

LONDON--(BUSINESS WIRE)--After 15 years of service and 14 elections assisted providing a secure and auditable voting system, Smartmatic closed its offices and ceased operations in Venezuela.

.@Smartmatic announces cease of operations in Venezuela

Tweet this

The reasons for the closure are widely known. In August of 2017, after the elections to the National Constituency Assembly, Smartmatic publicly stated that the National Elections Council had announced results that were different from those reflected by the voting system. This episode led to an immediate rupture of the client-provider relationship.

Smartmatic did not participate in the last two elections (Regional Elections of October 15, 2017 and Municipal Elections of December 10, 2017), a fact that was timely informed. Since the company was not involved in these processes, and given the fact that the company's products are not under warranty and were not certified for those elections, Smartmatic cannot guarantee the integrity of the system, nor can it attest to the accuracy of the results.

Smartmatic is currently operating in some 40 countries around the world, partnering with governments, election commissions and citizens seeking to conduct secure, clean and transparent elections.

**About Smartmatic**

Smartmatic is the world's leading elections and voting technology company. Since forming in 2000, it has developed and implemented technology solutions that help authorities run efficient and transparent elections.

Today, Smartmatic offers a comprehensive portfolio of unique and innovative technologies and services to improve every stage of the electoral process. Its technology has processed over 3.7 billion votes in election projects on five continents.

Smartmatic is headquartered in the UK and serves its customers through an organisation of more than 600 employees working in 16 offices around the world.

www.smartmatic.com

**Contacts**

Smartmatic
Mrs. Samira Saba, +1-561-862-0747
Integrated Communications Director
Communications@smartmatic.com

SMARTMATIC

Integrated Communications Director
Communications@smartmatic.com

SMARTMATIC

**Tweets** by @smartmatic


Voters & politicians trust #elections when their party wins and distrust them when they lose. It's a phenomenon called "winner-loser gaps in perceived institutional legitimacy." The only way to minimize its impact is with unimpeachable election integrity bit.ly/3pnS8cg

9h


Restoring trust in #elections will require education, not just on technological enhancements, but on how our system of technology certifications & vote tally checks-and-balances provide valid outcomes. Read our new blog post bit.ly/3pnS8cg



Jan 27, 2021


Read the interview with #election expert @ElectionBabe




