# Exhibit 108

# 2020 FOREIGN PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# F12000002926

**Entity Name:** SMARTMATIC USA CORP.

**FILED**
**Mar 30, 2020**
**Secretary of State**
**4821552812CC**

**Current Principal Place of Business:**

1001 BROKEN SOUND PARKWAY, SUITE D
BOCA RATON, FL 33487

**Current Mailing Address:**

1001 BROKEN SOUND PARKWAY, SUITE D
BOCA RATON, FL 33487

**FEI Number:** 45-4736528

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

COOK, ROBERT HARVEY
1001 BROKEN SOUND PARKWAY, SUITE D
BOCA RATON, FL 33487 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: ROBERT HARVEY COOK                                                                                       03/30/2020

Electronic Signature of Registered Agent                                                                                          Date

**Officer/Director Detail :**

| | | | | |
|---|---|---|---|---|
| Title | DIRECTOR, CHAIRMAN | | Title | DIRECTOR, PRESIDENT, SECRETARY, TREASURER |
| Name | NEFFENGER, PETTER | | Name | COOK, ROBERT HARVEY |
| Address | 1001 BROKEN SOUND PARKWAY, SUITE D | | Address | 1001 BROKEN SOUND PARKWAY, SUITE D |
| City-State-Zip: | BOCA RATON FL 33487 | | City-State-Zip: | BOCA RATON FL 33487 |
| Title | DIRECTOR | | Title | DIRECTOR |
| Name | HILLMAN, GRACIA | | Name | DEGREGORIO, PAUL |
| Address | 1001 BROKEN SOUND PARKWAY, SUITE D | | Address | 1001 BROKEN SOUND PARKWAY, SUITE D |
| City-State-Zip: | BOCA RATON FL 33487 | | City-State-Zip: | BOCA RATON FL 33487 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: ROBERT H. COOK                                     PRESIDENT                                      03/30/2020

Electronic Signature of Signing Officer/Director Detail                                                                                Date