# Exhibit 113

**REGISTER FOR THE 2021 NASED VIRTUAL CONFERENCE!**

**CLICK HERE** FOR NASED'S COVID-19 RESOURCES

✕



NATIONAL ASSOCIATION of
STATE ELECTION DIRECTORS

About   Who we are ⌄   Conferences   News   Resources ⌄   Contact

# Joint NASED and NASS 2020 Post-Election Day Statement

NOVEMBER 4, 2020 · 2020, PROTECT2020, COVID19, JOINT, NASS



NATIONAL ASSOCIATION of
STATE ELECTION DIRECTORS



NASS
National Association
of Secretaries of State

Joint NASED and NASS 2020 Post-Election Day Statement

**For Immediate Release**
November 4, 2020

**Washington, D.C.** – Post-Election Day joint statement from the National Association of State Election Directors (NASED) and the National Association of Secretaries of State (NASS):

"We would first like to thank local election officials, the millions of voters and the thousands of election workers for their participation throughout the 2020 general election. Our nation's democracy functions best when its citizens come together to support free and fair elections.

Over the course of the election, more than 100 million ballots were safely and securely cast, both in-person and by mail. Election offices nationwide are now diligently counting every eligible ballot cast. While the media has already called many races, it is important to remember these results are unofficial and numbers will continue to change until they have been reviewed and certified by election officials. Please know, this is standard for each election.

If you have questions about post-election processes, always turn to your state and local election officials as the trusted sources of accurate information. By doing so, you can avoid falling victim to misinformation from unverified sources. You can find links to state election offices on NASS's nonpartisan website canivote.org."

###

**NASED Media Contact:**
Amy Cohen, Executive Director
acohen@nased.org | 240-801-6029 | www.nased.org

**NASS Media Contact:**
Maria Benson, Director of Communications

**NASED Media Contact:**
Amy Cohen, Executive Director
acohen@nased.org | 240-801-6029 | www.nased.org

**NASS Media Contact:**
Maria Benson, Director of Communications
mbenson@sso.org | 202-624-3528 | www.nass.org

## ABOUT NASED

NASED is a nonpartisan professional organization for state election directors in all 50 states, the District of Columbia, and the five US territories. In each of their states, election directors are responsible for implementing election laws and policies, maintaining the voter registration databases, working with local election officials to ensure a successful voting experience for all voters, and more. NASED facilitates the distribution of election administration best practices and information across the states and territories.

## ABOUT NASS

Founded in 1904, NASS is the oldest, nonpartisan professional organization of public officials in the U.S. Membership is open to the 50 states and all U.S. territories. NASS serves as a medium for the exchange of information between states and fosters cooperation in the development of public policy.



**PREVIOUS**
Joint Statement from Elections Infrastructure Government Coordinating Council and Sector Coordinating Council Executive Committees

**NEXT**
NASED and NASS 2020 Election Preparations and Reminders



home | about | who we are | conferences | news | resources | contact

*NASED is a nonpartisan 501 (c)(3) professional organization that disseminates election administration best practices and information across the states.*

240-801-6029 | info@nased.org
1200 G Street NW, Suite 800
Washington, DC 20005