# Exhibit 116

ADVERTISEMENT


CALIFORNIA

# L.A.'s $300-million voting system gets high marks as votes trickle in across California



L.A. County voters waiting in line on election day at a voting center in Norwalk. (Frederic J. Brown / AFP)



Sections | Los Angeles Times | LOG IN

L.A. County voters waiting in line on election day at a voting center in Norwalk. (Frederic J. Brown / AFP)

By MATT STILES | STAFF WRITER

NOV. 10, 2020 6:55 PM PT



Los Angeles County's $300-million election system is receiving high marks for performing without any serious problems during the recent election, a sharp turnaround from the March primary, when the newly unveiled infrastructure created long lines and significant delays at the polls.

Speaking to the Board of Supervisors on Tuesday, Registrar-Recorder Dean Logan, the county's top elections official, pronounced the new system a "success" and earned praise from the same panel that grilled him in March about the problems during the primary.

Logan told the supervisors that his office had worked diligently to fix problems since conducting a review of the technology breakdowns in the primary. He said voter behavior also helped, with many voters opting to vote by mail or vote early at the polls, which relieved the strain on new electronic poll books that caused major delays in March.

"Our long-term investment and hard work in L.A. County was worth it," he said. "The execution of this election was successful."





| | |
|---|---|
| Loan term | 15-Year Fixed |
| Credit score | Excellent |

**Calculate Payment ▶**

Terms & Conditions apply. NMLS#1136

Meanwhile across the state, mail ballots are still trickling in as election officials in other counties continue counting millions of votes. This has delayed a final nationwide popular vote tally in the presidential contest and delayed the results in two key Southern California congressional races.

The latest count, released Tuesday evening by the California secretary of state, showed that roughly 1.5 million ballots — including 1.1 million cast by mail — remain uncounted by counties, which tally and report their results at varying paces to the state. The final tally isn't expected until Dec. 3.

 Check this page for live L.A. County election results

Voters in L.A. County heeded warnings about in-person voting complications and delays that they experienced in March, and they decided to cast the majority of their ballots by mail — a first for Los Angeles County.

While ballots are still trickling in and the tallying continues, about 3.4 million voters in Los Angeles County — roughly 80% — cast vote-by-mail ballots either through the postal service of drop boxes. That's more than double the rate of the 2016 presidential election.

Perhaps just as important, more than half of the 850,000 voters who did cast their ballots at voting centers did so early. The final turnout figure stood at about 72% as of Tuesday evening, with at least 142,000 ballots left to count.

Supervisor Janice Hahn, who was a vocal critic in March and urged Logan to review

ballots at voting centers did so early. The final turnout figure stood at about 72% as of Tuesday evening, with at least 142,000 ballots left to count.

Supervisor Janice Hahn, who was a vocal critic in March and urged Logan to review issues that sparked long lines and anger from voters, said she agreed with his assessment. She said voters had a "good experience" this time.

"I'm hopeful that March was just a hiccup and that our elections going forward will be as smooth as this one," she said.

The pandemic was a major factor in changing voter behavior this year.

It prompted officials to mail ballots to all the state's registered voters, not just those who requested them. And ballots received by Nov. 20 can still be counted so long as they were postmarked by election day. Officials are also allowing voters extra time to fix any deficiencies in their mail ballots, such as mismatched or missing signatures.

In addition, voters were allowed to register on election day, leading to hundreds of thousands of conditional votes statewide.

 Did your neighborhood vote for Trump or Biden? Check this map

The extra time to count the votes has clouded the results in three closely watched and undecided congressional elections in California, including two in Southern California. Still, the vast majority of votes — precisely how many is unknown — have most likely already been cast, experts say.

"I would be very surprised if many more ballots come in at this point," said Mindy Romero, who directs the Center for Inclusive Democracy at USC whose team has studied the L.A. County vote closely. "We've got a lot of ballots still out there. I think, though, that the picture will become clearer in the next couple of days."

Romero, who directs the Center for Inclusive Democracy at USC whose team has studied the L.A. County vote closely. "We've got a lot of ballots still out there. I think, though, that the picture will become clearer in the next couple of days."

In the race for the 39th Congressional District in Orange County, Young Kim, the Republican, held a narrow lead over the incumbent, U.S. Rep. Gil Cisneros, a Democrat. And Democratic Assemblywoman Christie Smith maintained a narrow advantage in the race for the 25th Congressional District, in northern Los Angeles County, over the incumbent, U.S. Rep. Mike Garcia, a Republican.

Election experts said the county's voting system in Los Angeles appears to have met its high expectations, even while changing long-held routines and habits developed around election night.

"The big thing is, you don't really know how a new electoral system is going to play until you test in practice," said Kevin Wallsten, professor of political science at Cal State Long Beach. "It seems like L.A. County, in particular, performed pretty well."

CALIFORNIA   POLITICS   CALIFORNIA LAW & POLITICS

## The stories shaping California

Get up to speed with our Essential California newsletter, sent six days a week.

Enter Email Address     SIGN ME UP

You may occasionally receive promotional content from the Los Angeles Times.



Matt Stiles

Twitter   Instagram   Email   Facebook

Matt Stiles is a California correspondent for the Los Angeles Times who combines traditional reporting with computer programming, data analysis and data

  Los Angeles Times

Sections | LOG IN

Twitter   Instagram   Email   Facebook

Matt Stiles is a California correspondent for the Los Angeles Times who combines traditional reporting with computer programming, data analysis and data visualization to find and tell compelling stories about the state. Contact him confidentially using the Signal smartphone app: (202) 670-8742.



Latest in California

Can a common antidepressant help in the fight against COVID-19?

READ MORE

---

**SUBSCRIBERS ARE READING**



CALIFORNIA

Los Angeles schools to remain in hard shutdown for near future, Beutner says



CALIFORNIA

Newsom approval plummeting with a third of voters support recall amid COVID-19 criticism, poll finds



ENTERTAINMENT & ARTS

Marilyn Manson denies abuse allegations as actors rally behind Evan Rachel Wood



RAMS

Exclusive: Jared Goff unsure why he became wrong for Rams, but 'the feeling's mutual'

Document title: L.A.&#39;s voting system is praised as votes trickle in statewide - Los Angeles Times
Capture URL: https://www.latimes.com/california/story/2020-11-10/la-county-vote-system-gets-high-marks-votes-trickle-in
Capture timestamp (UTC): Wed, 03 Feb 2021 20:37:09 GMT
Page 6 of 10

Sections | Los Angeles Times | LOG IN

**ENTERTAINMENT & ARTS**



Marilyn Manson denies abuse allegations as actors rally behind Evan Rachel Wood

**RAMS**



Exclusive: Jared Goff unsure why he became wrong for Rams, but 'the feeling's mutual'

## Around the Web

Ads by Revcontent



Tinnitus? when the Ringing Won't Stop, Do This (It's Genius)
NEWHEALTHYLIFE



Employees Reveal Ikea Secrets
BLOGLINES



Top Plastic Surgeon: if You Have Wrinkles, Do This Before Bed
THE TODAY JOURNAL



Illinois Launches New Policy for Cars Used Less Than 50 Miles Per Day
EXPERTS IN MONEY



Anyone with Ringing in the Ears Should Watch This (They Hide This from You)
HEALTH BENEFITS



Federal Program Will Pay Off Your Home If You Live In Northbrook
MORTGAGE BENEFITS

**CORONAVIRUS AND PANDEMIC** ›

Column: Employers fight 'hero pay' as local officials come to workers' defense

Document title: L.A.&#39;s voting system is praised as votes trickle in statewide - Los Angeles Times
Capture URL: https://www.latimes.com/california/story/2020-11-10/la-county-vote-system-gets-high-marks-votes-trickle-in
Capture timestamp (UTC): Wed, 03 Feb 2021 20:37:09 GMT
Page 7 of 10

Sections | Los Angeles Times | LOG IN

CORONAVIRUS AND PANDEMIC ›

Column: Employers fight 'hero pay' as local officials come to workers' defense

San Francisco, amid school renaming flap, sues its school district to reopen during pandemic

Schools can reopen before teachers are vaccinated, CDC chief says

Dr. Fauci warns against Super Bowl parties: 'Enjoy the game' with household only ▶

Tracking ICU capacity in California

Cases statewide »

**3,336,581** confirmed        **41,906** deaths

As of February 3, 10:08 a.m. Pacific

ADVERTISEMENT



Refinance Calculator
TODAY'S RATE
1.90% APR
Calculate how much you could save

Loan amount
$400,000

Document title: L.A.&#39;s voting system is praised as votes trickle in statewide - Los Angeles Times
Capture URL: https://www.latimes.com/california/story/2020-11-10/la-county-vote-system-gets-high-marks-votes-trickle-in
Capture timestamp (UTC): Wed, 03 Feb 2021 20:37:09 GMT

Page 8 of 10



## LATEST CALIFORNIA >

**CALIFORNIA**
5 Freeway collision leaves three injured, four lanes closed in Sun Valley
2 hours ago

**CALIFORNIA**
Will the grocery worker 'hero pay' battle close more supermarkets? What you need to know
Feb. 3, 2021

**CALIFORNIA**
Two new COVID-19 vaccine centers being established in California
Feb. 3, 2021

**CALIFORNIA**
L.A. County sheriff claimed protesters tried to derail a train. Footage suggests otherwise
Feb. 3, 2021

**POLITICS**
Pope Francis is a Biden fan, but some U.S. Catholic leaders give president a frosty reception
2 hours ago



≡ Sections    Los Angeles Times    LOG IN  🔍

Feb. 3, 2021

CALIFORNIA
L.A. County sheriff claimed protesters tried to derail a train. Footage suggests otherwise
Feb. 3, 2021

POLITICS
Pope Francis is a Biden fan, but some U.S. Catholic leaders give president a frosty reception
2 hours ago

ADVERTISEMENT



Learn more



A *California Times* Publication

eNewspaper          Crossword
Coupons             Sudoku
Find/Post Jobs      Obituaries

Subscribe for unlimited access

Place an Ad         Podcasts

Follow Us

Media Kit: Why the L. A. Times?    Recipes

🐦 📷 ▶ f

Bestcovery          Wine Club

Copyright © 2021, Los Angeles Times | Terms of Service | Privacy Policy | CA Notice of Collection | Do Not Sell My Personal Information