# Exhibit 123




EVERYTHINGNEWS  NOVEMBER 16, 2020 / 2:37 PM / UPDATED 2 MONTHS AGO

# Fact check: The U.S. military has not seized election servers in Germany

By Reuters Staff    7 MIN READ

Correction November 18, 2020: Correcting Gohmert's quote in paragraph three that was incorrectly transcribed.



Reuters Fact Check. REUTERS

Reuters Fact Check. REUTERS

Social media users have been sharing posts which allege that the U.S. military raided the offices of electronic voting company Scytl in Germany to seize their servers for evidence of manipulation in the 2020 U.S. elections. However, Scytl said in a statement that the U.S. army has not seized anything from them and they do not have offices in Germany.

An article (here), called "INTEL: US Military Raided Scytl Servers in Germany For Evidence After Vote Switching Scandal", was published by GreatGameIndia, and shared on social media here , here and here . The article claims, "According to intelligence sources US Military raided voting machine company Scytl servers in Germany for evidence of manipulation in 2020 US Elections [...] The votes cast by Americans in 2020 US election were counted by a bankrupt Spanish company Scytl in Spain."

As supposed proof, the article references comments made without supporting evidence by Representative of Texas first congressional district Louie Gohmert's on Newsmax (here), and also allegedly on a video call shared widely on social media (here , youtu.be/GbgZzA_mSpE , here). Gohmert said, "I don't know the truth. I know that there was a German tweet in German saying that on Monday, U.S. army forces went into Scytl and grabbed their server." He claimed Scytl had information that could show how many votes had allegedly been switched from Republican to Democrat.











The Election Infrastructure Government Coordinating Council Executive Committee and the Election Infrastructure Sector Coordinating Council said in a statement that election security officials have no evidence that ballots were changed, deleted or lost by voting systems in the Nov. 3 U.S. elections, and that this election "was the most secure in American history." Republican President Donald Trump has repeatedly made unsubstantiated claims of electoral fraud (here).

The Election Infrastructure Government Coordinating Council Executive Committee and the Election Infrastructure Sector Coordinating Council said in a statement that election security officials have no evidence that ballots were changed, deleted or lost by voting systems in the Nov. 3 U.S. elections, and that this election "was the most secure in American history." Republican President Donald Trump has repeatedly made unsubstantiated claims of electoral fraud (here).

Scytl (here), headquartered in Barcelona, delivers election modernisation projects for the US elections, including but not limited to online election worker training, electronic ballot delivery for remote voters and real time online visualisation of electoral results (here). The Scytl website shows that the company has eight offices around the world but none in Germany (www.scytl.com/en/contact/).

Scytl published a statement on its website (here) refuting all of the claims made in the article and social media posts: "Following several erroneous statements that have been published in digital and social media, Scytl would like to clarify the following [...] The technologies implemented by Scytl in the US are both hosted and managed within the US, by a local subsidiary, SOE Software, based in Tampa, Florida; We do not tabulate, tally or count votes in the US; We do not have servers or offices in Frankfurt; The US army has not seized anything from Scytl in Barcelona, Frankfurt or anywhere else."

The U.S. army was not immediately available for comment.

The article shared on social media also cites a tweet (here) by George Papadopoulos, the former Trump campaign adviser who was sentenced to 14 days in prison for lying to the FBI about his contacts with Russian officials, (here) which says, "Breaking: Congressman Louie Ghomert has stated that The U.S. Army has seized servers for Dominion in Germany", referencing Dominion Voting Systems, a company that supplies election technology (www.dominionvoting.com/about/). This tweet and this claim are also being shared on Facebook (here , here).

ADVERTISEMENT




**George Papadopoulos** ✓
@GeorgePapa19

Breaking: Congressman Louie Ghomert has stated that The U.S. Army has seized servers for Dominion in Germany.



Ghomert was talking about Scytl, not Dominion, when speaking on Newsmax and in the video conference shared on social media. Scytl said in the statement that they are not tied to Dominion.

Reuters has recently debunked other false claims related to Dominion and alleged voter fraud (here , here , here , here).

## VERDICT

False. Scytl confirmed in a statement that they have not been raided by the U.S. army and do not have offices in Germany, and that it is not linked to Dominion Voting Systems.

This article was produced by the Reuters Fact Check team. Read more about our fact-checking work here .

Our Standards: The Thomson Reuters Trust Principles.

**MORE FROM REUTERS**















Earn Up To $700 cash with required activities. Member FDIC >
Citi Checking Offers

Earn 15,000 Bonus Points after qualifying purchases.
Citi Rewards+℠ Card

Legend Who Bought Amazon at $48 Says Buy TaaS Now
Empire Financial Research

**MORE FROM REUTERS**


Exclusive: Dozens of former Bush officials leave Republican Party...
01 Feb


Myanmar leader Aung San Suu Kyi detained, ruling party spokesman says
31 Jan


Silver prices, miners surge as retail buyers pile in
31 Jan


Wall Street gears up for second bout against Reddit traders
31 Jan


Robinhood narrows trade limitations to 8 companies from 50- Blog
31 Jan

**PAID PROMOTIONAL LINKS**   Promoted by Dianomi

Get a 0% Intro APR on Purchases for 15 Months
Sponsored by Citi Rewards+℠ Card

Do You Have Enough To Retire?
Sponsored by Personal Capital

Open new eligible accounts with required activities. Member FDIC >
Sponsored by Earn Up to $700 With Citi

Motley Fool Issues Rare "All In" Buy Alert
Sponsored by The Motley Fool

Man Who Called March 2020 Crash Has New Prediction
Sponsored by Empire Financial Research

Learn how to buy stocks
Sponsored by NerdWallet

Open new eligible accounts with required activities. Member FDIC
Sponsored by Earn Up to $700 With Citi

Motley Fool Issues Rare "All In" Buy Alert

**Man Who Called March 2020 Crash Has New Prediction**
Sponsored by Empire Financial Research

**Learn how to buy stocks**
Sponsored by NerdWallet



RIAs: help clients avoid these habits that can derail investment plans
Sponsored by E*TRADE Advisor Services



4 Unbelievable Cards Charging 0% Interest Until 2022
Sponsored by CompareCards



This is a slam dunk if you want a one-card wallet
Sponsored by The Ascent



7 Mistakes You'll Make When Hiring a Financial Advisor
Sponsored by smartasset



10 Lessons to Take From Millionaires Who Are Really Good With Money
Sponsored by The Penny Hoarder

**MORE FROM REUTERS**



Analysis: Cancel your weekends! Bitcoin doesn't rest, and...



U.S. voting rights activist Stacey Abrams nominated for Nobel Peace...


Analysis: Cancel your weekends! Bitcoin doesn't rest, and...
11 Jan


U.S. voting rights activist Stacey Abrams nominated for Nobel Peace...
01 Feb


Kushner, Berkowitz nominated for Nobel Peace Prize for Israel deals
01 Feb


Trump names lawyers to lead his impeachment defense team
31 Jan


Fact check: Photo does not show a diesel generator charging an...
22 Dec

PAID PROMOTIONAL LINKS                                   Promoted by Dianomi


Motley Fool Issues Rare "All In" Buy Alert
The Motley Fool


How to open an online brokerage account
NerdWallet


The Man Who Bought Amazon at $48 Says Buy TaaS Now
Empire Financial Research


7 Mistakes You'll Make When Hiring a Financial Advisor
smartasset


Conquer your money goals with this top credit card
The Ascent

Document title: Fact check: The U.S. military has not seized election servers in Germany | Reuters
Capture URL: https://www.reuters.com/article/uk-factcheck-election-syctl-military/fact-check-the-u-s-military-has-not-seized-election-servers-in-germany-...
Capture timestamp (UTC): Mon, 01 Feb 2021 23:01:36 GMT                                                                                    Page 10 of 11


Kushner, Berkowitz nominated for Nobel Peace Prize for Israel deals
01 Feb


Trump names lawyers to lead his impeachment defense team
31 Jan


Fact check: Photo does not show a diesel generator charging an...
22 Dec

PAID PROMOTIONAL LINKS                           Promoted by Dianomi


Motley Fool Issues Rare "All In" Buy Alert
The Motley Fool


How to open an online brokerage account
NerdWallet


The Man Who Bought Amazon at $48 Says Buy TaaS Now
Empire Financial Research


7 Mistakes You'll Make When Hiring a Financial Advisor
smartasset


Conquer your money goals with this top credit card
The Ascent

Apps   Newsletters   Advertise with Us   Advertising Guidelines   Cookies   Terms of Use   Privacy


All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

© 2021 Reuters. All Rights Reserved.