# Exhibit 125


# AP FACT CHECK: Trump legal team's batch of false vote claims

By ALI SWENSON    November 19, 2020



Despite a lack of evidence of widespread irregularities or fraud, President Donald Trump's legal team used a Thursday press conference to go through a laundry list of far-fetched, thoroughly debunked claims on the 2020 election.

Trump attorney Sidney Powell spun fictional tales of election systems flipping votes, German servers storing U.S. voting information and election software created in Venezuela "at the direction of Hugo Chavez" — the late Venezuelan president who died in 2013. She also said Trump beat Democrat Joe Biden "by a landslide," which he decidedly didn't — Biden was the clear winner.

Document title: AP FACT CHECK: Trump legal team&#39;s batch of false vote claims
Capture URL: https://apnews.com/article/fact-check-trump-legal-team-false-claims-5abd64917ef8be9e9e2078180973e8b3
Capture timestamp (UTC): Mon, 01 Feb 2021 23:02:34 GMT
Page 1 of 12

  **AP FACT CHECK: Trump legal tea...**   Top Stories   Topics   Video   Listen

Trump attorney Sidney Powell spun fictional tales of election systems flipping votes, German servers storing U.S. voting information and election software created in Venezuela "at the direction of Hugo Chavez" — the late Venezuelan president who died in 2013. She also said Trump beat Democrat Joe Biden "by a landslide," which he decidedly didn't — Biden was the clear winner.

A look at the claims and reality:

ADVERTISEMENT

Fire Sale on Unsold 2020 SUVs
Seniors are now getting these leftover 2020 SUVs for under $19K
Cars Genius
Open

POWELL: "The Dominion Voting Systems, the Smartmatic technology software, and the software that goes in other computerized voting systems here as well, not just Dominion, were created in Venezuela at the direction of Hugo Chavez to make sure he never lost an election after one constitutional referendum came out the way he did not want it to come out."

THE FACTS: No, Dominion does not have any ties to Venezuela, nor does it have a partnership with Smartmatic, according to Eddie Perez, a voting technology expert at the OSET Institute, a nonpartisan election technology research and development nonprofit.

Smartmatic is an international company incorporated in Florida by Venezuelan founders. The company states on its website that it's not associated with governments or political parties of any country.

**Full Coverage:** AP Fact Check

___

POWELL: "One of (the software's) most characteristic features is its ability to flip votes. It can set and run an algorithm that probably ran all over the country to take a certain percentage of votes from President Trump and flip them to President Biden."

THE FACTS: That didn't happen. There's no evidence that any of Dominion's systems switched votes for Trump to count as votes for Biden. A statement released by the Cybersecurity & Infrastructure Security Agency, a federal agency that oversees U.S. election security, says there's no truth to claims that votes cast for Trump were switched to count for Biden or deleted.

___

POWELL, on reports that a U.S. voting server is in Germany: "That is true, it's somehow related to this but I do not know whether good guys got it or bad guys got it."

THE FACTS: No, it's not true. Powell is referencing a fictitious story that a server hosting evidence of voting irregularities in the Nov. 3 U.S. election was in Germany.

ADVERTISEMENT

Document title: AP FACT CHECK: Trump legal team&#39;s batch of false vote claims
Capture URL: https://apnews.com/article/fact-check-trump-legal-team-false-claims-5abd64917ef8be9e9e2078180973e8b3
Capture timestamp (UTC): Mon, 01 Feb 2021 23:02:34 GMT


THE FACTS: No, it's not true. Powell is referencing a fictitious story that a server hosting evidence of voting irregularities in the Nov. 3 U.S. election was in Germany.


ADVERTISEMENT
GET YOUR BIOMEDICAL EQUIPMENT.
Patient monitors, Infusion & Syringe pumps and Defibrillators.
Contact us today | www.auxomedical.com 804-233-4424
auxoMEDICAL

Republican Rep. Louie Gohmert of Texas claimed last week that "U.S. Army forces" seized a server from a Frankfurt office. An Army spokesman described allegations that the Army had recovered servers in Germany as false.

Two voting software companies that conspiracy theorists said were linked to the German server — Scytl and Dominion — have both released statements denying those claims.

___

POWELL: "President Trump won by a landslide."

THE FACTS: That's false. Biden has an Electoral College lead of 306 to 232 after The Associated Press on Thursday declared him the winner in Georgia. That's the same margin Trump had in 2016. Back then, Trump described it as a "landslide." Biden also leads the popular vote by nearly 6 million votes.

READ MORE FACT CHECKS:
- NOT REAL NEWS: A look at what didn't happen this week
- AP FACT CHECK: Trump conclusively lost, denies the evidence
- AP FACT CHECK: Trump's bogus claims about Biden win, vaccine

___

Associated Press writers Jude Joffe-Block in Phoenix and Amanda Seitz in Chicago contributed to this report.

___

EDITOR'S NOTE — A look at the veracity of claims by political figures.

___

Find AP Fact Checks at http://apnews.com/APFactCheck

Follow @APFactCheck on Twitter: https://twitter.com/APFactCheck

Taboola Feed

Checked by reality, some QAnon supporters seek a way out



AP FACT CHECK: Trump legal tea... Top Stories Topics Video Listen

Tabo0la Feed

### Checked by reality, some QAnon supporters seek a way out

PROVIDENCE, R.I. (AP) — Ceally Smith spent a year down the rabbit hole of QAnon, devoting more and more time to ...

 January 29, 2021



## Ad Content

**Why You Should Stop Drinking $10 Grocery Store Wine**
Promoted: Naked Wines



**Our 5 Stock Picks To Retire Early**
Promoted: The Motley Fool



**Melissa McCarthy Casually Flaunting Her Beautiful Figure**
Promoted: Loan Insurance Wealth



**This Is Why Lily From The AT&T Ads Is Causing A Stir**
Promoted: Total Past



### NOT REAL NEWS: A look at what didn't happen this week

A roundup of some of the most popular but completely untrue stories and visuals of the week. None of these are legit, even ...

 January 29, 2021



 

A roundup of some of the most popular but completely untrue stories and visuals of the week. None of these are legit, even ...

AP January 29, 2021



### Official: California deputy fabricated ambush by gunman

MORGAN HILL, Calif. (AP) — A San Francisco Bay Area deputy who said a gunman ambushed him last year and his body camer...

AP  January 30, 2021



## Ad Content



**Michael Oher Tells A Whole Different Story About 'The Blind Side'**
Promoted: Gameday News



**Studio 54 Photos That Are No Longer Socially Acceptable**
Promoted: Crafthought



**Totally Fake: The 35 Most Fake Reality Shows On TV**
Promoted: Definition

### Angelina Jolie sells painting Churchill gave as gift to FDR

LONDON (AP) — A painting by Winston Churchill that is a piece of both political and Hollywood history is coming up for auction...

AP  today






AP FACT CHECK: Trump legal tea...   Top Stories   Topics   Video   Listen

of both political and Hollywood history is coming up for auction...

today



### 33-year-old Bucks exec. Alex Lasry gets COVID vaccine early

MADISON, Wis. (AP) — Alex Lasry, a 33-year-old Milwaukee Bucks executive and son of a billionaire, received the coronaviru...

  January 29, 2021



## Ad Content

**Plastic Surgery Outcomes That Changed Careers**
Promoted: Post Fun



**A US Submarine Vanished With 80 Sailors And Now Experts Know Why**
Promoted: Scientific Mirror



**Walmart Photos That Never Should Have Been Captured**
Promoted: Post Fun



**The Most Famous Movie Filmed In Every U.S. State**
Promoted: Definition



### South Carolina GOP censures Rep. Rice for impeachment vote



Document title: AP FACT CHECK: Trump legal team&#39;s batch of false vote claims
Capture URL: https://apnews.com/article/fact-check-trump-legal-team-false-claims-5abd64917ef8be9e9e2078180973e8b3
Capture timestamp (UTC): Mon, 01 Feb 2021 23:02:34 GMT

Page 6 of 12

AP FACT CHECK: Trump legal tea...

Top Stories   Topics   Video   Listen

### South Carolina GOP censures Rep. Rice for impeachment vote

COLUMBIA, S.C. (AP) — South Carolina Republicans on Saturday issued a formal censure to U.S. Rep. Tom Rice to show ...

January 30, 2021



### Kansas governor: Medical pot should fund Medicaid expansion

OVERLAND PARK, Kan. (AP) — Democratic Gov. Laura Kelly proposed Monday that Kansas should legalize marijuana for ...

today



## Ad Content



**Fake Reality Shows That People Believed Were Real**
Promoted: Definition



**25 Unsettling Wild West Photos You Can't Unsee**
Promoted: Trendy Matter



**Why Anderson Cooper Didn't Inherit His Mother's Spectacular Mansion And More**
Promoted: Factable

### China blasts Pompeo over accusation of genocide in Xinjiang

BEIJING (AP) — An official from China's far west Xinjiang...



Document title: AP FACT CHECK: Trump legal team&#39;s batch of false vote claims
Capture URL: https://apnews.com/article/fact-check-trump-legal-team-false-claims-5abd64917ef8be9e9e2078180973e8b3
Capture timestamp (UTC): Mon, 01 Feb 2021 23:02:34 GMT
Page 7 of 12



Promoted: Factable

### China blasts Pompeo over accusation of genocide in Xinjiang

BEIJING (AP) — An official from China's far west Xinjiang region accused former U.S. Secretary of State Mike Pompeo on ...

AP  today



### Anti-vaccine protesters temporarily shut LA inoculation site

LOS ANGELES (AP) — California officials decried anti-vaccination protesters who forced the temporary shutdown of t...

AP  yesterday



## Ad Content

**Secret Car Features Most Don't Realize Their Car Is Hiding**
Promoted: thedelite.com



**Deepest Hole On Earth Permanently Sealed After Finding 2 Billion Year Old...**
Promoted: maternityweek.com



**55 Things That Were Built That Deserve A Facepalm**
Promoted: Daily Funny



**The Ingenious Reason You See Red Balls on Power Lines**
Promoted: maternityweek.com




AP

AP FACT CHECK: Trump legal tea...
Top Stories  Topics  Video  Listen

### GOP Rep Kinzinger starts PAC to resist party's Trump embrace

WASHINGTON (AP) — Rep. Adam Kinzinger, one of 10 Republicans who voted to impeach Donald Trump, is launching ...

 yesterday



### Virginia Sen. Amanda Chase sues over being censured

RICHMOND, Va. (AP) — A firebrand conservative Virginia state senator seeking the Republican nomination for governor filed a ...

 today



## Ad Content



**Randy Jackson: This 3 Minute Routine Transformed My Health**
Promoted: Unify Health Labs Multi-GI 5 Supplement



**Ranked: The 31 Greatest Rock Bands of All-Time**
Promoted: Definition



**20 Iconic '90s Cars That Are Now Dirt Cheap**
Promoted: Brake For It





**Randy Jackson: This 3 Minute Routine Transformed My Health**
Promoted: Unify Health Labs Multi-GI 5 Supplement

**Ranked: The 31 Greatest Rock Bands of All-Time**
Promoted: Definition

**20 Iconic '90s Cars That Are Now Dirt Cheap**
Promoted: Brake For It

### Famous private eye Jack Palladino gravely injured in robbery

SAN FRANCISCO (AP) — Jack Palladino, the private investigator who worked on high-profile cases ranging from the Jonestown …

 January 30, 2021



### Impeachment fever hits Kentucky with efforts to oust leaders

FRANKFORT, Ky. (AP) — Impeachment fever has struck Kentucky, where grievances over coronavirus restrictions and t…

 yesterday



## Ad Content

**At 33, This Is What Ray Rice Is Left With**
Promoted: FinanceChatter



**This Is A Big Innovation In Diabetes Management**
Promoted: Dexcom




Most Wine Drinkers In The US Don't Know These 5 Simple Do's And Don'ts


Not Many People Know The Real Reason John Wayne Didn't Serve In WWII



# AP FACT CHECK: Trump legal tea...

Top Stories  Topics  Video  Listen

### Most Wine Drinkers In The US Don't Know These 5 Simple Do's And Don'ts
Promoted: Naked Wines



### Not Many People Know The Real Reason John Wayne Didn't Serve In WWII
Promoted: Magellan Times



### Trump loyalists in South Dakota turn on home state senator

PIERRE, S.D. (AP) — Longtime South Dakota Republican voter Jim Thompson is ready to leave the GOP, hoping that an exodus...

 yesterday



### Buoyed by Keystone XL, pipeline opponents want Biden to act

MINNEAPOLIS (AP) — After President Joe Biden revoked Keystone XL's presidential permit and shut down construction ...

 yesterday



## Ad Content








### People Who Just Realized They're Dating An Idiot
Promoted: Taco Relish



### 22 Historical Films That Are Actually True To History
Promoted: StandardNews



### Forbidden Places You Can Never Visit
Promoted: Definition

### Wrangle over valuable art uncovered in Cypriot ghost town

NICOSIA, Cyprus (AP) — The abstract figures of naked women gyrating to the rhythms of a five-piece band had shocked many …

 yesterday



### California governor and unions clash over school openings

SAN FRANCISCO (AP) — An effort to reopen California schools is foundering, stoking frustrations across America's most …

 today



## Ad Content

### Only Some People Can See The Real Picture In These Magic Eye Images
Promoted: Scientific Mirror



### 40 years After Her Son Vanished, Somebody Tips Police To Look In A Very…
Promoted: People Today

