# Exhibit 126

2/3/2021

Case 1:21-cv-02900-CJN-MAU   Document 1-156   Filed 11/03/21   Page 2 of 4

**The New York Times**

# *Trump Campaign Lawyers Step Up but Are Swiftly Knocked Down*

The race to file lawsuits challenging the election results has forced lawyers into mistakes and uncomfortable court appearances.

**By Zach Montague and Alan Feuer**

Published Nov  0,  020  Updated Nov    , 20  0

In a chaotic effort to overturn the election results, President Trump and lawyers representing his campaign have spent weeks claiming without convincing proof that rampant voter fraud corrupted vote tallie  in many battleground  tate

But their law  uit  challenging the outcome have repeatedly broken down becau e of defective filing  ,  loppy paperwork, dubiou  claim  by witne  e  and lawyer  who have admitted in court that they were not alleging fraud.

Here are  ome of the more embarra   ing moment

### Arizona

Day  after the election, lawyer  for the Trump campaign brought a law  uit in Maricopa County claiming, in part, that  ome number of Republican voter  u ed Sharpie  to mark their ballots, rendering them unreadable by voting machines and leading to uncounted votes.

The complaint also included affidavits from several voters and poll watchers who said that poll workers had capitalized on the confusion to nullify votes for Mr. Trump.

But in a hearing on Nov 12, Kory Langhofer, a lawyer for the Trump campaign, conceded that the complaint wa  not ba ed on evidence of voter fraud but rather on a "limited number of cases" of "good-faith errors" in the count.

"Thi  i  not a fraud ca  e," Mr Langhofer  aid "We are not alleging fraud  We are not  aying anyone i  trying to  teal the election "

Under que tioning, witne  e  repeatedly  tated that they did not have any rea  on to believe that their ballot  or those of other voter  were not counted

Later in the hearing, Daniel Arellano, the Arizona Democratic Party's counsel, directed questions to Zack Alcyone, one of the witnesses, who admitted that he was a business partner of Mr Langhofer'

A  ked if he wa  being paid to te tify in the ca  e, Mr Alcyone  aid he wa  uncertain

"Um, not that I know of, I haven't discussed it," he said.

"But you may be?" Mr Arellano a ked

"It' po  ible, I gue  , I'm not  ure," Mr Alcyone  aid

### Georgia

A federal law  uit brought by the con ervative lawyer L  Lin Wood Jr  ought to halt the  tatewide certification of the vote in Georgia, claiming that  y temic i  ue  with the election process had marred the state's results.

Ru  ell J  Ram land Jr , a cyber  ecurity worker and an expert witne   in the ca  e, filed an affidavit on Wedne  day claiming that hi  company had uncovered evidence of inconsistencies in electronic voting machines. But the inconsistencies he claimed to identify were in districts in Michigan, not Georgia.

https://www.nytimes.com/2020/11/20/us/politics/trump-election-lawsuits.html                                    1/3

The affidavit also listed a number of towns and counties in which Mr. Ramsland's analysis ostensibly showed that the number of votes cast exceeded the number of eligible voters. But most, if not all, of the places Mr. Ramsland listed appeared to be townships and counties in Minnesota, not Michigan.

In a hearing on Thursday, the Trump-appointed judge, Steven D. Grimberg, pushed back against claims of voter fraud.

"I understand that's your argument, but what's your evidence?" he asked after listening to Ray S. Smith III, a lawyer for Mr. Wood.

"To halt the certification at literally the 11th hour would breed confusion and disenfranchisement that I find have no basis in fact and law," Judge Grimberg said.

He rejected the challenge.

**Michigan**

In an opinion issued on Nov. 13, a state court judge in Michigan methodically dismantled testimony from six witnesses who claimed to have observed irregularities in the vote-counting process in Detroit.

Casting doubt on their credibility and knowledge of the electoral process, Judge Timothy M. Kenny noted that the witnesses had skipped an information session that may have answered many of the questions they raised.

"Perhaps if plaintiffs' election challenger affiants had attended the Oct. 29, 2020, walk-through of the TCF Center ballot-counting location, questions and concerns could have been answered in advance of Election Day," he wrote. "Regrettably, they did not and, therefore, plaintiffs' affiants did not have a full understanding" of the absentee ballot tabulation process.

In a separate case targeting absentee ballots in Michigan, a lawyer for the Trump campaign appeared to have initially filed the lawsuit in error in a federal claims court in Washington, D.C., that lacked the authority to hear it.

"The complaint is captioned as though it were filed in the United States District Court for the Western District of Michigan," Judge Elaine D. Kaplan wrote in an order transferring the case to the proper court. "Instead, however, it was filed with this court, presumably by accident."

**Pennsylvania**

Anticipating that Pennsylvania would be the tipping point in the election, lawyers for the Trump campaign prepared for legal challenges contesting votes in several parts of the state.

In recent weeks, however, the lawyers have repeatedly acknowledged when pressed by judges that no evidence of election fraud materialized.

In Federal District Court in Williamsport, Pa., the president's lead lawyer, Rudolph W. Giuliani, broke with his comments outside the courtroom backing the president's claims of widespread fraud.

"This is not a fraud case," he told Judge Matthew W. Brann.

In oral arguments in a case in Montgomery County on Nov. 10, Jonathan Goldstein, a lawyer for the Trump campaign, stated repeatedly that he also had not seen evidence of voter fraud in the vote that was contested there:

2/3/2021

Case 1:21-cv-02900-CJN-MAU   Document 1-56   Filed 11/03/21   Page 4 of 4
Trump Campaign Lawyers Step Up but Are Swiftly Knocked Down | The New York Times

**THE COURT:** In your petition, which is right before me — and I read it several times — you don't claim that any electors or the Board of the County were guilty of fraud, correct? That' correct?

**MR. GOLDSTEIN:** Your honor, accusing people of fraud is a pretty big step. And it is rare that I call somebody a liar, and I am not calling the board of the D.N.C. or anybody el e involved in thi  a liar  Everybody i  coming to thi  with good faith  The D N C i  coming with good faith  We're all ju t trying to get an election done  We think the e were a mistake, but we think they are a fatal mistake, and these ballots ought not be counted.

**THE COURT:** I under tand  I am a king you a  pecific que tion, and I am looking for a  pecific an wer  Are you claiming that there i  any fraud in connection with the e 592 disputed ballots?

**MR. GOLDSTEIN:** To my knowledge at pre ent, no

**THE COURT:** Are you claiming that there is any undue or improper influence upon the elector with respect to these 592 ballots?

**MR. GOLDSTEIN:** To my knowledge at pre ent, no

Lawyers representing the Trump campaign in Bucks County signed court documents on Wednesday informing a judge that there was no evidence of fraud in relation to ballots they were conte ting there

The campaign had filed  uit in the county'  Court of Common Plea  challenging more than 2,200 ballot  a  invalid  But in a joint  tipulation of fact  with lawyer  for the Democratic Party, the Trump campaign's lawyers admitted, "Petitioners do not allege, and there is no evidence of, fraud in connection with the challenged ballots."

The lawyer  al o  tated there wa  no evidence of any "mi conduct" or "impropriety" in the election