# Exhibit 127



**Jenna Ellis** ✓
@JennaEllisEsq

10:23 PM · Nov 22, 2020 · Twitter for iPhone

**3,983** Retweets   **6,362** Quote Tweets

**20.9K** Likes





- November 22, 2020 -

# Trump Campaign Statement on Legal Team

"Sidney Powell is practicing law on her own. She is not a member of the Trump Legal Team. She is also not a lawyer for the President in his personal capacity."

- Rudy Giuliani, Attorney for President Trump, and Jenna Ellis, Trump Campaign Senior Legal Adviser and Attorney for President Trump





**Bobby West...** · Nov 22, 2020
Replying to @JennaEllisEsq
I cannot understand, for the life of me, why millions of Americans think you guys are playing some sort of sophisticated 4D chess when it's so transparently obvious that none of you has any notion of what your end game is.

♡ 102    ⇄ 44    ♡ 1.1K

**SJ** @SusanW... · Nov 22, 2020
Replying to @JennaEllisEsq
Perhaps as simply a American Citizen, not a Trump Team Member she will have more pull with the Courts. She knows what she is doing.

♡ 35    ⇄ 3    ♡ 127

**Blake Hughes** · Nov 22, 2020
Replying to @JennaEllisEsq
What?
An hour ago Ms.Powell was our Lion- does this mean she is now not even at the table? Why what happened?

♡ 52    ⇄ 1    ♡ 31

**Obliblada ~...** · Nov 23, 2020
Replying to @JennaEllisEsq
Which one is Jenna?

GIF

♡ 2    ⇄     ♡ 11

**Twardow** @t... · Nov 23, 2020
Replying to @JennaEllisEsq
U all need 2stand by Sidney Powell!!! Don't be weak!!! U need 2stand by her!!She's right about Kemp &his RINO buddies!!! We need a strong, no nonsense team that will NEVER back down to media pressure!!!If UR not 1 of them, if U don't have the guts, get the hell out of the way!!!

♡ 2    ⇄     ♡ 2

**Antifa Hom...** · Nov 23, 2020
Replying to @JennaEllisEsq
Then how did she get on the stage w your team?

♡ 2    ⇄     ♡ 2

💬 19.9K    ⇄ 10.3K    ♡ 20.9K

Document title: (20) Jenna Ellis on Twitter: &quot;https://t.co/3QDNLjBrmf&quot; / Twitter
Capture URL: https://twitter.com/JennaEllisEsq/status/1330638034619035655/photo/1
Capture timestamp (UTC): Wed, 03 Feb 2021 20:18:34 GMT

Page 1 of 6



**Jenna Ellis** ✓
@JennaEllisEsq

10:23 PM · Nov 22, 2020 · Twitter for iPhone

**3,983** Retweets  **6,362** Quote Tweets  **20.9K** Likes



# TRUMP PENCE
## MAKE AMERICA GREAT AGAIN!
### 2020

---

## – November 22, 2020 –

# Trump Campaign Statement on Legal Team

"Sidney Powell is practicing law on her own. She is not a member of the Trump Legal Team. She is also not a lawyer for the President in his personal capacity."

- Rudy Giuliani, Attorney for President Trump, and Jenna Ellis, Trump Campaign Senior Legal Adviser and Attorney for President Trump



19.9K     10.3K     20.9K



**Bobby West...** · Nov 22, 2020
Replying to @JennaEllisEsq
I cannot understand, for the life of me, why millions of Americans think you guys are playing some sort of sophisticated 4D chess when it's so transparently obvious that none of you has any notion of what your end game is.

102    44    1.1K

**SJ** @SusanW... · Nov 22, 2020
Replying to @JennaEllisEsq
Perhaps as simply a American Citizen, not a Trump Team Member she will have more pull with the Courts. She knows what she is doing.

35    3    127

**Blake Hughes** · Nov 22, 2020
Replying to @JennaEllisEsq
What?
An hour ago Ms.Powell was our Lion- does this mean she is now not even at the table? Why what happened?

52    1    31

**Obliblada ~...** · Nov 23, 2020
Replying to @JennaEllisEsq
Which one is Jenna?

2    11

**Twardow** @t... · Nov 23, 2020
Replying to @JennaEllisEsq
U all need 2stand by Sidney Powell!!! Don't be weak!!! U need 2stand by her!!She's right about Kemp &his RINO buddies!!! We need a strong, no nonsense team that will NEVER back down to media pressure!!!If UR not 1 of them, if U don't have the guts, get the hell out of the way!!!

2    2

**Antifa Hom...** · Nov 23, 2020
Replying to @JennaEllisEsq
Then how did she get on the stage w your team?

2    2





**Jenna Ellis** ✓
@JennaEllisEsq

10:23 PM · Nov 22, 2020 · Twitter for iPhone

**3,983** Retweets    **6,362** Quote Tweets

**20.9K** Likes



- November 22, 2020 -

# Trump Campaign Statement on Legal Team

"Sidney Powell is practicing law on her own. She is not a member of the Trump Legal Team. She is also not a lawyer for the President in his personal capacity."

- Rudy Giuliani, Attorney for President Trump, and Jenna Ellis, Trump Campaign Senior Legal Adviser and Attorney for President Trump



💬 19.9K    🔁 10.3K    ♡ 20.9K    ⬆️

---

**Bobby West...** · Nov 22, 2020    ···
Replying to @JennaEllisEsq
I cannot understand, for the life of me, why millions of Americans think you guys are playing some sort of sophisticated 4D chess when it's so transparently obvious that none of you has any notion of what your end game is.

♡ 102    🔁 44    ♡ 1.1K    ⬆️

**SJ** @SusanW... · Nov 22, 2020    ···
Replying to @JennaEllisEsq
Perhaps as simply a American Citizen, not a Trump Team Member she will have more pull with the Courts. She knows what she is doing.

♡ 35    🔁 3    ♡ 127    ⬆️

**Blake Hughes** ⓘ · Nov 22, 2020    ···
Replying to @JennaEllisEsq
What?
An hour ago Ms.Powell was our Lion- does this mean she is now not even at the table? Why what happened?

♡ 52    🔁 1    ♡ 31    ⬆️

**Obliblada ~...** · Nov 23, 2020    ···
Replying to @JennaEllisEsq
Which one is Jenna?



♡ 2    🔁    ♡ 11    ⬆️

**Twardow** @t... · Nov 23, 2020    ···
Replying to @JennaEllisEsq
U all need 2stand by Sidney Powell!!! Don't be weak!!! U need 2stand by her!!She's right about Kemp &his RINO buddies!!! We need a strong, no nonsense team that will NEVER back down to media pressure!!!If UR not 1 of them, if U don't have the guts, get the hell out of the way!!!

♡ 2    🔁    ♡ 2    ⬆️

**Antifa Hom...** · Nov 23, 2020    ···
Replying to @JennaEllisEsq
Then how did she get on the stage w your team?

♡ 2    🔁    ♡ 2    ⬆️

---





Jenna Ellis ✓
@JennaEllisEsq

10:23 PM · Nov 22, 2020 · Twitter for iPhone

**3,983** Retweets   **6,362** Quote Tweets

**20.9K** Likes



## Trump Campaign Statement on Legal Team

"Sidney Powell is practicing law on her own. She is not a member of the Trump Legal Team. She is also not a lawyer for the President in his personal capacity."

- Rudy Giuliani, Attorney for President Trump, and Jenna Ellis, Trump Campaign Senior Legal Adviser and Attorney for President Trump





**Bobby West...** · Nov 22, 2020
Replying to @JennaEllisEsq
I cannot understand, for the life of me, why millions of Americans think you guys are playing some sort of sophisticated 4D chess when it's so transparently obvious that none of you has any notion of what your end game is.

💬 102   ⟲ 44   ♡ 1.1K

**SJ** @SusanW... · Nov 22, 2020
Replying to @JennaEllisEsq
Perhaps as simply a American Citizen, not a Trump Team Member she will have more pull with the Courts. She knows what she is doing.

💬 35   ⟲ 3   ♡ 127

**Blake Hughes** · Nov 22, 2020
Replying to @JennaEllisEsq
What?
An hour ago Ms.Powell was our Lion- does this mean she is now not even at the table? Why what happened?

💬 52   ⟲ 1   ♡ 31

**Obliblada ~...** · Nov 23, 2020
Replying to @JennaEllisEsq
Which one is Jenna?

💬 2   ⟲   ♡ 11

**Twardow** @t... · Nov 23, 2020
Replying to @JennaEllisEsq
U all need 2stand by Sidney Powell!!! Don't be weak!!! U need 2stand by her!!She's right about Kemp &his RINO buddies!!! We need a strong, no nonsense team that will NEVER back down to media pressure!!!If UR not 1 of them, if U don't have the guts, get the hell out of the way!!!

💬 2   ⟲   ♡ 2

**Antifa Hom...** · Nov 23, 2020
Replying to @JennaEllisEsq
Then how did she get on the stage w your team?

💬 2   ⟲   ♡ 2



**Jenna Ellis** ✓
@JennaEllisEsq

10:23 PM · Nov 22, 2020 · Twitter for iPhone

**3,983** Retweets    **6,362** Quote Tweets

**20.9K** Likes

💬          ⟲          ♡          ⬆





- November 22, 2020 -

# Trump Campaign Statement on Legal Team

"Sidney Powell is practicing law on her own. She is not a member of the Trump Legal Team. She is also not a lawyer for the President in his personal capacity."

- Rudy Giuliani, Attorney for President Trump, and Jenna Ellis, Trump Campaign Senior Legal Adviser and Attorney for President Trump

💬 19.9K          ⟲ 10.3K          ♡ 20.9K          ⬆



**Bobby West...** · Nov 22, 2020          ···
Replying to @JennaEllisEsq
I cannot understand, for the life of me, why millions of Americans think you guys are playing some sort of sophisticated 4D chess when it's so transparently obvious that none of you has any notion of what your end game is.

💬 102          ⟲ 44          ♡ 1.1K          ⬆

**SJ** @SusanW... · Nov 22, 2020          ···
Replying to @JennaEllisEsq
Perhaps as simply a American Citizen, not a Trump Team Member she will have more pull with the Courts. She knows what she is doing.

💬 35          ⟲ 3          ♡ 127          ⬆

**Blake Hughes** ⊩ · Nov 22, 2020          ···
Replying to @JennaEllisEsq
What?
An hour ago Ms.Powell was our Lion- does this mean she is now not even at the table? Why what happened?

💬 52          ⟲ 1          ♡ 31          ⬆

**Obliblada ~...** · Nov 23, 2020          ···
Replying to @JennaEllisEsq
Which one is Jenna?

· GIF

💬 2          ⟲          ♡ 11          ⬆

**Twardow** @t... · Nov 23, 2020          ···
Replying to @JennaEllisEsq
U all need 2stand by Sidney Powell!!! Don't be weak!!! U need 2stand by her!!She's right about Kemp &his RINO buddies!!! We need a strong, no nonsense team that will NEVER back down to media pressure!!!If UR not 1 of them, if U don't have the guts, get the hell out of the way!!!

💬 2          ⟲          ♡ 2          ⬆

**Antifa Hom...** · Nov 23, 2020          ···
Replying to @JennaEllisEsq
Then how did she get on the stage w your team?

💬 2          ⟲          ♡ 2          ⬆





- November 22, 2020 -

# Trump Campaign Statement on Legal Team

"Sidney Powell is practicing law on her own. She is not a member of the Trump Legal Team. She is also not a lawyer for the President in his personal capacity."

- Rudy Giuliani, Attorney for President Trump, and Jenna Ellis, Trump Campaign Senior Legal Adviser and Attorney for President Trump



💬 19.9K      ⟲ 10.3K      ♡ 20.9K      ⬆

 **Jenna Ellis** ✓
@JennaEllisEsq

10:23 PM · Nov 22, 2020 · Twitter for iPhone

**3,983** Retweets   **6,362** Quote Tweets

**20.9K** Likes

💬      ⟲      ♡      ⬆

 **Bobby West...** · Nov 22, 2020 ···
Replying to @JennaEllisEsq
I cannot understand, for the life of me, why millions of Americans think you guys are playing some sort of sophisticated 4D chess when it's so transparently obvious that none of you has any notion of what your end game is.

💬 102   ⟲ 44   ♡ 1.1K   ⬆

 **SJ** @SusanW... · Nov 22, 2020 ···
Replying to @JennaEllisEsq
Perhaps as simply a American Citizen, not a Trump Team Member she will have more pull with the Courts. She knows what she is doing.

💬 35   ⟲ 3   ♡ 127   ⬆

 **Blake Hughes** ᵢ · Nov 22, 2020 ···
Replying to @JennaEllisEsq
What?
An hour ago Ms.Powell was our Lion- does this mean she is now not even at the table? Why what happened?

💬 52   ⟲ 1   ♡ 31   ⬆

 **Obliblada ~...** · Nov 23, 2020 ···
Replying to @JennaEllisEsq
Which one is Jenna?


GIF

💬 2   ⟲      ♡ 11   ⬆

 **Twardow** @t... · Nov 23, 2020 ···
Replying to @JennaEllisEsq
U all need 2stand by Sidney Powell!!! Don't be weak!!! U need 2stand by her!!She's right about Kemp &his RINO buddies!!! We need a strong, no nonsense team that will NEVER back down to media pressure!!!If UR not 1 of them, if U don't have the guts, get the hell out of the way!!!

💬 2   ⟲      ♡ 2   ⬆

 **Antifa Hom...** · Nov 23, 2020 ···
Replying to @JennaEllisEsq
Then how did she get on the stage w your team?

💬 2   ⟲      ♡ 2   ⬆