# Exhibit 136

Election Outlook: More about Identification Requirements for Voting | What's on the Ballot? | Am I Registered to Vote? | Find My Polling Place | Election Results | Voter Information | Voting Issues for Texas Evacuees Due to Natural Disasters | Texas Election Security Update

Case 1:21-cv-02900-CJN-MAU   Document 1-166   Filed 11/03/21   Page 2 of 3



Home | About the Office | Press Releases | Site Index | Help | Contacts | En Español

Search [ Go ]

Elections | Business Services | Notary, Apostilles & Authentications | Rules & Open Meetings | International Relations | Forms & Other Services

**COVID-19** - As recommended precautions continue to increase for COVID-19, the James E. Rudder Building will be closed to visitors and customers beginning Wednesday, March 18, 2020. The Office of the Secretary of State is committed to continuing to provide services to ensure business and public filings remain available 24/7 through our online business service, **SOSDirect** or use the new **SOSUpload**. Thank you in advance for your patience during this difficult time. **Information on Testing Sites is now available.**



- Current Election Information
- Voter Registration Resources
- Conducting Elections
- Candidate Information
- Officials and Officeholders
- Election Results
- Voter Education & Seminar Information
- Help America Vote Act (HAVA) Funding
- Election Funds Management
- Forms, Resources and Legal Library
- Voting Systems
- Frequently Asked Questions (FAQs)
- Contact Us

## Voting System Examination(s) and Status for Dominion

Click under Exam Date for examiner reports.
Click under Status for certification and/or other available document.

| Description | Voting System Component | Version | Exam Date | Status |
|---|---|---|---|---|
| Dominion Voting Systems Democracy Suite 5.5-A | EMS – Election Management System | 5.5.12.1 | 10/2-3, 2019 | Denied 1/24/2020 (PDF) |
| | ADJ – Adjudication | 5.5.8.1 | | |
| | ICC – ImageCast Central | 5.5.3.0002 | | |
| | ICX – ImageCast X BMD (Ballot Marking Device) | 5.5.10.30 | | |
| | ICP – ImageCast Precinct | 5.5.3-0002 | | |
| Dominion Voting Systems Democracy Suite 5.5 | EMS – Election Management System | 5.5.12.1 | 1/16-17, 2019 | Denied 6/20/2019 (PDF) |
| | ADJ – Adjudication | 5.5.8.1 | | |
| | ICC – ImageCast Central | 5.5.3.0002 | | |
| | ICX – ImageCast X BMD (Ballot Marking Device) | 5.5.10.25 | | |
| | ICX – ImageCast X DRE w/ VVPAT (Direct Recording Electronic w/ Voter Verified Paper Audit Trail) | 5.5.10.25 | | |
| | ICP – ImageCast Precinct | 5.5.3.0002 | | |
| | ICX – ImageCast X BMD Classic 15" | 5.5.10.25 | | |
| | ICX – ImageCast X BMD Classic 21" | 5.5.10.25 | | |
| Dominion Voting Systems Assure 1.3 | GEMS | 1.21.6 | 8/22-23, 2012 | Denied 3/12/2013 (PDF) |
| | AccuVote-OS (Precinct Count) | 1.96.14 | | |

- Forms, Resources and Legal Library
- Voting Systems
- Frequently Asked Questions (FAQs)
- Contact Us

| System | Component | Version | Examination Date | Status |
|---|---|---|---|---|
| | ICX – ImageCast X BMD (Ballot Marking Device) | | | |
| | ICP – ImageCast Precinct | 5.5.3-0002 | | |
| Dominion Voting Systems Democracy Suite 5.5 | EMS – Election Management System | 5.5.12.1 | 1/16-17, 2019 | Denied 6/20/2019 (PDF) |
| | ADJ – Adjudication | 5.5.8.1 | | |
| | ICC – ImageCast Central | 5.5.3.0002 | | |
| | ICX – ImageCast X BMD (Ballot Marking Device) | 5.5.10.25 | | |
| | ICX – ImageCast X DRE w/ VVPAT (Direct Recording Electronic w/ Voter Verified Paper Audit Trail) | 5.5.10.25 | | |
| | ICP – ImageCast Precinct | 5.5.3.0002 | | |
| | ICX – ImageCast X BMD Classic 15" | 5.5.10.25 | | |
| | ICX – ImageCast X BMD Classic 21" | 5.5.10.25 | | |
| Dominion Voting Systems Assure 1.3 | GEMS | 1.21.6 | 8/22-23, 2012 | Denied 3/12/2013 (PDF) |
| | AccuVote-OS (Precinct Count) | 1.96.14 | | |
| | AccuVote-OS (Central Count) | 2.0.15 | | |
| | AccuVote-TSX/TS Ballot Station | 4.7.10 | | |
| | TSX WinCE | 410.3.10 | | |
| | TS WinCE | 300.3.5 | | |
| | TSX/TS Bootloader | 1.3.11 | | |
| | Key Card Tool | 4.7.8 | | |
| | ABasic | 2.2.5 | | |
| | Voter Card Encoder | 1.3.3 | | |
| | VC Programmer | 4.7.8 | | |
| | Cardwriter | 1.1.6 | | |
| | PCS Central Count | 2.2.5 | | |
| | Assure Security Manager | 1.2.5 | | |

- SOSDirect - Business Filings
- Business Copies and Certificates
- Uniform Commercial Code
- Texas Businesses Against Trafficking
- Texas.gov
- VoteTexas.gov - Voter Information
- Register to Vote & Voter I.D.
- Website Policies
- Open Records
- Contacts
- Statewide Search
- Texas Homeland Security
- Where the Money Goes
- Fraud Reporting
- Texas Veterans Portal



Document title: Voting System Examination(s) And Status For Dominion
Capture URL: https://www.sos.texas.gov/elections/laws/dominion.shtml
Capture timestamp (UTC): Mon, 01 Feb 2021 23:40:21 GMT
Page 2 of 2