# Exhibit 137

## One America News Network Prepares for Launch
### New Cable Network to offer a Credible Source of National News

**Washington, D.C. – March 14, 2013** – Herring Broadcasting Company, Inc, (HBC) announced today it is preparing for the launch of a new 24/7 high-definition news channel called One America News Network. Scheduled to launch on July 4th, 2013, the new network will fill a void by providing a credible source of national and international news around the clock along with a number of signature political talk shows.

According to Robert Herring, CEO of HBC, "Americans are starved for a credible source of news delivering substance based on facts. One America News Network will prove to be a trustworthy destination for national and international news. In addition, the network's political talk shows will tackle a number of subjects that are being ignored by media today."

One America News Network will also air political talk shows that offer substantive contrarian viewpoints to a plethora of left-leaning shouting-style political news programs. The network's studio talk programs will debate the role of government, protection of civil liberties, fiscal responsibility, along with highlighting political corruption and government waste.

HBC is already established in the national cable programming industry. Back in 2004, HBC launched one of the first themed 24/7 national high-definition cable networks, WealthTV, which it continues to own and operate. While building a credible 24/7 news service is a major challenge, HBC has plenty of experience already: it has been producing national and international news since 2004, which currently airs three times a day on WealthTV.

In 2012, HBC began preparing for One America News Networks' launch by upgrading its production facilities to accommodate an additional channel.

"We've completed a major multi-million dollar modernization of our uplink and master-control facilities, giving us the latest uplink technologies from Motorola to launch One America News Network in high definition. Test feeds are currently active," stated company president, Charles Herring. "Our production teams have been busy shooting pilots for what we anticipate to be signature prime-time political talk shows."

Additional build-out of production studios is underway in San Diego and Washington, D.C. for One America News Network. The new network has leased production studio and office space within The Washington Times headquarters, giving One America News Network immediate presence in the nation's capital.

"We're extremely pleased to have developed a working relationship with The Washington Times that provides access to staff and content," Charles Herring said.

For more information on One America News Network please visit www.OneAmericaNews.com.

**For more information, contact:**
Sarah Nunez – Press Coordinator
Herring Broadcasting Company, Inc.

## One America News Cable News Network Announces Debut in Collaboration with The Washington Times

**Washington** – Herring Broadcasting, the owners of the WealthTV network, and The Washington Times announced Thursday a partnership to create a new national cable news network called One America News that will debut nationwide this summer.

"One America News Network will provide Americans a new, credible source for national and international news and investigative reporting as well as talk shows designed to foster an independent, cutting-edge debate about the policies, issues and solutions facing the country," said Robert Herring, the CEO of Herring Broadcasting.

**Washington** – Herring Broadcasting, the owners of the WealthTV network, and The Washington Times announced Thursday a partnership to create a new national cable news network called One America News that will debut nationwide this summer.

"One America News Network will provide Americans a new, credible source for national and international news and investigative reporting as well as talk shows designed to foster an independent, cutting-edge debate about the policies, issues and solutions facing the country," said Robert Herring, the CEO of Herring Broadcasting.

The network, which is wholly owned by Herring Broadcasting, will rely on The Washington Times as a key source of news and analysis from the nation's capital and is building a state-of-the-art TV studio inside the 31-year-old newspaper's newsroom.

"The Times is an authoritative voice on policy, politics and national security news in Washington, and it provides our network a powerful reporting and analytical capability to help our viewers make sense of developments in an increasingly complex, and polarized capital city," said Charles Herring, president of One America News Network.

"We're excited to have reporters, editors and commentators from Ralph Hallow to Emily Miller who can whisk into the studio from the Times' newsroom and provide real-time, trusted reporting and credible analysis on the pressing issues of the day."

Larry Beasley, the president and chief executive officer of The Washington Times, said the partnership with One America News fits perfectly into the newspaper's efforts to extend its expertise and coverage. "We have been hard at work transforming our company to be a digital-first news organization and our partnership with One America News furthers that goal and our potential reach to millions of new American TV viewers," Beasley said.

"We're excited to be a key Washington news source for a network that will appeal to Americans concerned about political accountability, smaller government spending and taxation, the protection of liberties and a strong national security capability in America," Beasley added. Among the projects that the two companies have in the works is a daily television show featuring well-known Washington Times radio host Andy Parks and award-winning news columnist Emily Miller.

"We're extremely pleased to have developed a working relationship with The Washington Times that provides access to staff and content," Charles Herring said.

Herring Broadcasting, a family owned and operated TV company based in San Diego, launched one of the first all high definition 24/7 national cable channels in June 2004. The company has been producing an extensive amount of content over the years, including national and international news, which airs three times a day on WealthTV.

Robert Herring said he decided to launch One America News Network to give viewers a credible source of news and provide a platform for independent, libertarian, and conservative voices, which are too often ignored in today's media, preventing healthy debates and a chance to find common ground.

"Fox News has done a commendable job serving the center-right and independent audiences, yet those who consider themselves liberal have a dozen or more choices on a typical cable programming lineup. We strongly believe it's time for another platform offering healthy debates representing independent, Libertarian and conservative ideologies to have more programming options for the issues we care most about."

The announcement of the network comes on the day that CPAC (Conservative Political Action Conference), the largest gathering of conservatives in Washington each spring, launched its 40th annual conference. One America News and The Washington Times are anchor sponsors for the event and will be discussing the new network with attendees over the next three days. The Times is also the sponsor of the CPAC straw poll that will provide a gauge of conservatives' preferences and positions heading into the 2013-14 election cycle. The results of the poll will be released Saturday afternoon.

One America News will showcase talent from both coasts, including:

- Well-known TV anchor Graham Ledger, whose Daily Ledger show will look at stories through a constitutional prism.
- Radio talk show host Rick Amato, whose new TV show aims to expose the gap between mainstream America and Washington's political elite.

Document title: July 2013 - Herring Broadcasting Launches One America News Network
Capture URL: http://www.p2016.org/media/oneamerica2013pr.html
Capture timestamp (UTC): Tue, 26 Oct 2021 20:10:08 GMT

Page 2 of 3

The announcement of the network comes on the day that CPAC (Conservative Political Action Conference) opens. CPAC is meeting at the Gaylord National Resort in Washington for its 40th annual conference. One America News and The Washington Times are anchor sponsors for the event and will be discussing the new network with attendees over the next three days. The Times is also the sponsor of the CPAC straw poll that will provide a gauge of conservatives' preferences and positions heading into the 2013-14 election cycle. The results of the poll will be released Saturday afternoon.

One America News will showcase talent from both coasts, including:

Well-known TV anchor Graham Ledger, whose Daily Ledger show will look at stories through a constitutional prism.
Radio talk show host Rick Amato, whose new TV show aims to expose the gap between mainstream America and Washington's political elite.
Washington's well-known radio personality Andy Parks and rising star Emily Miller, whose studio-based political news show will discuss what's happening in Washington, D.C. and beyond.

The Washington Times, LLC is a newspaper and multimedia company with headquarters in Washington, D.C. It publishes The Washington Times, The Washington Times National Weekly and washingtontimes.com, and reaches about 225,000 readers every week in print and 10 million online every month.

The newspaper has gained a reputation for thorough news coverage, hard-hitting investigative reporting and stimulating commentary. The company provides radio programming to Washington, D.C. with the "Andy Parks … Live from The Washington Times" program, heard locally on WTNT and nationally on www.washingtontimes.com.

For more information, please contact: Press Relations Department
3600 New York Ave NE
Washington D.C. 20002

## One America News Network Relocates Washington, D.C. Bureau

**Washington, D.C. – June 6, 2014** – National cable news channel, One America News Network ("OANN"), is pleased to announce that it's relocating its Washington, D.C. bureau to 101 Constitution Avenue, NW, at the foot of Capitol Hill. One America News Network is completing build-out of its new production studios and is expected to have its new Washington, D.C. facilities fully online by the end of July 2014.

"101 Constitution is a newsmaker's dream. It's the closest commercial office building to the U.S. Capitol, not to mention it's drop-dead gorgeous," stated Robert Herring, Sr., CEO for One America News Network. "The rooftop deck has an incredible, unobstructed view of the Capitol, which we've secured usage of as a backdrop for live reports."

David Gilson, tenant representative with Guild Partners, LLC, represented One America News Network in the transaction. "One America News Network was looking for it all – a prestige building, walking distance to the Capitol and public transportation, wide column spacing and high ceilings, atypical in DC, along with roof top access for filming. It was a tall order, but 101 Constitution met all the needs."

### About Herring Networks, Inc.

Herring Networks, Inc., based in San Diego, CA, owns and operates two linear cable networks, One America News Network ("OANN") and A Wealth of Entertainment ("AWE"). Launched on July 4, 2013, One America News Network ("OANN") provides an independent source of credible national and international news 24/7. The network operates news bureaus in Washington, D.C. and California. OANN is currently available nationally on Verizon FiOS TV (channel 116 and 616 in HD) and AT&T U-Verse TV (channel 208 and 1208 in HD), along with regional cable providers. For more information on One America News Network, please visit www.OANN.com.

**For more information, contact:**

Charles Herring
Herring Networks, Inc.

Copyright © 2013 Eric M. Appleman/Democracy in Action. All rights reserved.

DEMOCRACY IN ACTION