# Exhibit 138

Sections ☰ The Washington Post
Democracy Dies in Darkness

Case 1:21-cv-02900-CJN-MAU

Filed 11/03/21

Sign In

Get one year for $40



Don't Tread On Me / Tea Party 1 Oz
Silver Rounds
**$26.77**
Shop Now



Pre-1965 WALKING LIBERTY HALF
DOLLARS - 90% Silver (.715 Oz of...
**$22.79**
Shop Now



2021 Type 2 Silver American Eagle -
1 Troy Ounce, .999 Pure
**$32.43**
Shop Now



1/4 oz Donald Trump Gold Rounds,
.9999 Pure
**$620.33**
Shop Now



Share
💬 1.0K






Style

# An inside look at One America News, the insurgent TV network taking 'pro-Trump' to new heights

By **Marc Fisher**
July 5, 2017



(Marcos Ramos Celis for The Washington Post)

One America News is an obscure TV channel struggling to emerge from the cellar of the cable ratings, but it is nonetheless one of President Trump's favorite media outlets. It's not hard to see why: On One America newscasts, the Trump administration is a juggernaut of progress, a shining success with a daily drumbeat of achievements.

One America — a tiny father-and-sons operation that often delivers four times as many stories per hour as its competitors — promises "straight



FOR THE LOVE OF
building a better tomorrow.
for the love of progress

At Citi, we make it our business to invest in initiatives that can help everyone have a brighter future.

Learn More    citi

This collection of Washington Post content has been selected by **Citi**

Content from The Washington Post

1  Baseball is confronting a decline in African American players. The...

2  James Beard Awards will now require chefs to show a social justice...

3  Housing in Alaska can't survive climate change. This group is trying a...

citi

success with a daily drumbeat of achievements.

One America — a tiny father-and-sons operation that often delivers four times as many stories per hour as its competitors — promises "straight news, no opinion," promoting itself as the antidote to the Big Three cable news networks' focus on punditry and the one big story of the moment.

But since its inception in 2013, and especially since Trump began his march to the White House, One America's owner, Robert Herring Sr., a millionaire who made his money printing circuit boards, has directed his channel to push Trump's candidacy, scuttle stories about police shootings, encourage antiabortion stories, minimize coverage of Russian aggression, and steer away from the new president's troubles, according to more than a dozen current and former producers, writers and anchors, as well as internal emails from Herring and his top news executives.



ROLEX PARTNERSHIP CONTENT  ⓘ

**Peru's protector of the seas**

Learn about conservation biologist Kerstin Forsberg in the Planet Visionaries podcast.

OAN, based in San Diego, made its first splash in the opening weeks of the Trump campaign, when the channel became the first to carry Trump's campaign speeches live and in full — a decision followed quickly by the owner's directive that other candidates' rallies not be given the same treatment, according to internal emails.

Since then, OAN has become a reliably sympathetic voice of the administration's goals and actions. Trump's former campaign manager, Corey Lewandowski, has a deal to appear regularly on the channel. The network's White House reporter, Trey Yingst, has become an administration favorite who was called on at the daily news briefings 27 times in Trump's first 100 days in office. On Friday, OAN won a seat in the White House briefing room, albeit in the back row and shared with the BBC.



**Most Read Lifestyle**

**1** Perspective
Carolyn Hax: He has female friends, but he's not okay with her male ones


**2** Their interracial romance ended painfully after college. They reunited 42 years later — and now live together.


**3** Perspective
Ask Amy: Distanced family visit causes heartache


**4** Curb appeal: How to pick the right color and style for your front door


**5** What do all these stories of vaccine denial deaths do to our sense of empathy?


BBC.



The One America Network has just gained a coveted seat in the White House briefing room. (Jabin Botsford/The Washington Post)

In a volatile TV news landscape where the longtime ratings leader, Fox News, is suffering through a period of internal turmoil, One America has tried to elbow itself into the big leagues, publicly wooing former Fox star Bill O'Reilly to join OAN. Although O'Reilly didn't take the bait and the channel is available in only about 30 million homes, a far cry from Fox News's 90 million, One America is growing — in viewer numbers, in influence in Republican circles, and as a potential alternative for conservatives and libertarians who believe Fox's commitment to a right-wing perspective is weakening.

"We're a no-fluff, very fast-paced live news service meant to inform," said Charles Herring, Robert's son and president of Herring Broadcasting, which owns One America. "News anchors are not allowed to express opinions. They simply deliver the news and we leave it up to the viewers to decide. It's not our family's mission to determine the news."

Nonetheless, Robert Herring has repeatedly shaped the news on OAN. During the campaign, for example, he banned stories about polls that showed anyone other than Trump in the lead, according to emails and interviews with OAN journalists.

Document title: An inside look at One America News, the insurgent TV network taking 'pro-Trump' to new heights - The Washington Post
Capture URL: https://www.washingtonpost.com/lifestyle/style/an-inside-look-at-one-america-news-the-insurgent-tv-network-taking-pro-trump-to-new-…
Capture timestamp (UTC): Fri, 08 Oct 2021 14:45:43 GMT

decide. It's not our family's opinion to change it, it's the news."

Nonetheless, Robert Herring has repeatedly shaped the news on OAN. During the campaign, for example, he banned stories about polls that showed anyone other than Trump in the lead, according to emails and interviews with OAN journalists.

Early one morning in March 2016, Herring emailed producers with a directive, two hours before former GOP presidential nominee Mitt Romney was to denounce Trump as "very, very not smart": "Do not carry the Romney speech live," Herring wrote. "Romney has no standing. . . . He is a loser. We will let the people decide."






Robert Herring did not respond to several requests for an interview. Charles Herring spoke to The Washington Post, but would not allow a reporter to visit OAN's newsroom and would not make news executives available. "Senior staff personal opinions are irrelevant," Herring said in an email to The Post. More than a dozen current and former OAN anchors, writers and producers spoke about their experiences at the channel, in many cases on condition of anonymity because they had signed nondisclosure agreements.

OAN's journalists include conservatives, moderates and liberals, but employees across the political spectrum said they often chafed at the restrictions that came down from "Mr. H," as they called Robert Herring.

"The owner of the company became the de facto news director," said a former OAN producer who quit because the coverage of Trump had become "too slanted." "He has a ton of influence over every aspect of the newscast. He has stories written on his whim."

**Sign up for A Better Week newsletter**

A course that will help you conquer your calendar, get more done and find time for the things you care about.

E-mail address      Add

**washingtonpost.com**
© 1996-2021 The Washington Post
Help
Policies and Standards
Terms of Service
Privacy Policy
Cookie Settings
Print Products Terms of Sale
Digital Products Terms of Sale

© 1996-2021 The Washington Post
Policies and Standards
Terms of Service
Privacy Policy
Cookie Settings
Print Products Terms of Sale
Digital Products Terms of Sale
Submissions and Discussion Policy
RSS Terms of Service
Ad Choices
Contact Us


Share


1.0K





"We started out with the premise of news straight down the middle," said Cassie Leuffen, an anchor at OAN from its birth through the 2016 election. "But the bias does reveal itself in the story selection. The owner really felt this was what was needed. He saw the popularity of Trump before almost anybody, and Trump became our bread and butter."

Christopher Wood, one of OAN's first news writers, recalled, "We'd have staff meetings on Wednesdays, and Mr. H. would say he wanted more stories from Breitbart, the Drudge Report and other conservative sites. It was his way or no way."

In 2000, Robert Herring Sr., who is 76, sold the family's business, Herco Technology, for $122 million. He retired and met a woman in Russia who became his third wife. An insomniac, Herring spent much of his nights watching TV. After a while, he decided to dive into the business himself.

In 2004, he launched Wealth TV, a cable channel now known as AWE (A Wealth of Entertainment), featuring shows such as "Dream Cruises," "Private Islands" and "Marijuana Miracle Cure." Charles Herring called Wealth TV "a vicarious living channel," and the bulk of its fare focuses on luxury travel. But Robert Herring also used his channel as something of a soapbox. In 2004, Wealth TV ran a two-hour special on the right-to-die case of Terri Schiavo, the Florida woman who had spent half her life in a vegetative state. On the show, Herring offered $1 million to Schiavo's husband if he would halt his effort to remove her from life support. (Schiavo died in 2005 after her feeding tube was removed.)


Document title: An inside look at One America News, the insurgent TV network taking 'pro-Trump' to new heights - The Washington Post
Capture URL: https://www.washingtonpost.com/lifestyle/style/an-inside-look-at-one-america-news-the-insurgent-tv-network-taking-pro-trump-to-new-…
Capture timestamp (UTC): Fri, 08 Oct 2021 14:45:43 GMT
Page 5 of 18




Allbirds Men's Wool Runners, grey, Size...

allbirds

luxury travel. But Robert Herring also used his channel as something of a soapbox. Wealth TV aired a two-hour special on the right-to-die case of Terri Schiavo, the Florida woman who had spent half her life in a vegetative state. On the show, Herring offered $1 million to Schiavo's husband if he would halt his effort to remove her from life support. (Schiavo died in 2005 after her feeding tube was removed.)

Along with the travel shows, Wealth TV aired a few short newscasts. "My father is a news junkie, and we saw that the 30-minute newscasts we had on Wealth TV were actually generating an audience," Charles said. "We looked at MSNBC and Fox and I kept thinking that Rachel Maddow and Bill O'Reilly had the same format — one person spending an hour beating three or four subjects to death. CNN was moving in the same direction, away from hard news. There was a lane for us to hit the news down the center and lean right."



(One America News Network)

In 2013, the family created its second channel, One America News. Robert Herring's idea was to provide something that had gone missing from the cable news landscape — a basic headline service covering national and international news. Herring, long an active donor to political campaigns, had no journalism experience.

The channel he created is a rapid-fire cavalcade of headlines. Most stories run well under a minute. Almost all of the reports are read by the anchors over video footage provided by the Reuters, Associated Press and Euronews services, as well as by RT, the Kremlin-funded news outlet that a U.S. intelligence report calls "Russia's state-run propaganda machine."

OAN has only four correspondents of its own, based mainly in Washington. Earlier this month, in 16 consecutive stories, those reporters interviewed only conservative lawmakers and experts — a sharp contrast

Document title: An inside look at One America News, the insurgent TV network taking 'pro-Trump' to new heights - The Washington Post
Capture URL: https://www.washingtonpost.com/lifestyle/style/an-inside-look-at-one-america-news-the-insurgent-tv-network-taking-pro-trump-to-new-...
Capture timestamp (UTC): Fri, 08 Oct 2021 14:45:43 GMT

Page 6 of 18

Euronews services, as well as by RT, the Kremlin-funded news outlet that a U.S. intelligence report calls "Russia's state-run propaganda machine."

OAN has only four correspondents of its own, based mainly in Washington. Earlier this month, in 16 consecutive stories, those reporters interviewed only conservative lawmakers and experts — a sharp contrast from Fox and MSNBC, which, despite their overt political leanings, routinely include the other side in their reports.

OAN breaks its cycle of half-hour newscasts only for two hours of evening opinion shows — The Daily Ledger with Graham Ledger and Tipping Point with Liz Wheeler — both of which are guns-blazing nightly tributes to Trump. Ledger is a tough guy who takes no prisoners. Talking about people coming into the country from majority-Muslim countries, he says, "If they won't take a bite out of a pulled pork sandwich, we probably won't let them in the country." Wheeler leans more on clever snark and verbal eyerolls: "How many innocent people have Islamophobes killed this week? Yeah, that's what I thought."


Share


1.0K





Charles Herring said the shows are the only part of OAN that "leans right," a direction he said is based not on his family's political views, but on "survey data."


Donald Trump celebrating a primary election victory with his daughter Ivanka and son-in-law Jared Kushner; the One America Network took off with Trump's candidacy for president. (Jabin


Allbirds Women's Wool Pipers, red, Size 5

Allbirds Men's Tree Runners, black|…

Allbirds Men's Wool Runner Mizzles,…

Allbirds Men's Wool Runners, grey, Size…

Allbirds
Allbirds

Document title: An inside look at One America News, the insurgent TV network taking 'pro-Trump' to new heights - The Washington Post
Capture URL: https://www.washingtonpost.com/lifestyle/style/an-inside-look-at-one-america-news-the-insurgent-tv-network-taking-pro-trump-to-new-…
Capture timestamp (UTC): Fri, 08 Oct 2021 14:45:43 GMT

Page 7 of 18



Donald Trump celebrating a primary election victory with his daughter Ivanka and son-in-law
Jared Kushner; the One America Network took off with Trump's candidacy for president. (Jabin
Botsford/The Washington Post)

The Herrings have a history of donating to conservative politicians, but
they have given to Democrats, too, even to Hillary Clinton's 2008
presidential bid, according to campaign finance records. Both Charles and
Robert Sr. have said they voted for Barack Obama for president in 2008.

For the past several years, OAN has been a corporate sponsor of CPAC, the
Conservative Political Action Conference, one of the nation's premier
gatherings of right-wing politicians and supporters. "One America News
has your back," OAN anchor Patrick Hussion told CPAC in a 2015 speech.
Charles Herring said OAN sponsored CPAC "to get our name known in the
Washington, D.C. area to get better guests. I don't think we'll be doing that
in the future."



Allbirds Women's Wool Pipers, red, Size 5

Allbirds Men's Tree Runners, black|…

Allbirds Men's Wool Runner Mizzles,…

Allbirds Men's Wool Runners, grey, Size…

Allbirds
Allbirds

OAN newscasts often couch the day's events in language that reflects the
owner's point of view. One night last month, anchorman Mike Dinow
introduced a story about health care like this: "In another sure sign
Obamacare is on the way out . . . ." A few minutes later, Dinow started a
story with this line: "The president keeps another promise, slashing
regulations to a historic low."

In addition to its newscasts, OAN airs occasional documentaries, mainly on
topics popular on Breitbart and other sites that specialize in right-wing
agitation. In the last weeks of the fall campaign, the channel ran a special
titled "Betrayal at Benghazi: The Cost of Hillary Clinton's Dereliction and
Greed."

"I thought that was very informative," Charles Herring said, "and people
could decide what they believe."

OAN was an exciting, attractive place for budding journalists right out of

Greed."

"I thought that was very informative," Charles Herring said, "and people could decide what they believe."

OAN was an exciting, attractive place for budding journalists right out of college. Here, they could skip the traditional first step of toiling in the hinterlands and move directly into work on big national stories.

Most One America employees were young and inexperienced. They worked hard for low pay. Four OAN writers and producers said they were paid as little as $12 an hour, or $25,000 a year, and three anchors said they were paid as little as $52,000, well below the scale at national networks, though more in line with what's paid at local TV news operations in smaller markets.

"When I started, I was making less than I did when I was 15 in a summer job," said one former anchor. But the experience was invaluable — at least until the owner started massaging the news.

Robert Herring often asked job candidates about their political views, according to seven current and former employees. "He'd flat out ask, 'Who did you vote for? Are you a Bernie supporter? Are you for abortion?'" one anchor said. "It's not like you wouldn't get hired if you were liberal. But when it came to decisions about what stories we did, he made it clear he wanted the conservative ones."

In the channel's first couple of years, OAN writers, producers and anchors said they were mostly left alone to determine the content of the newscasts. After Trump announced his candidacy, things changed.

"We should ALWAYS take the trump speeches live in their entirety," executive producer Lindsay Oakley wrote to her staff early in the campaign. "I don't want producers' personal feelings getting in the way of the news content we provide. Trump is being treated unfairly by the mainstream media and we need to provide the other side. . . . Not to mention we have loyal viewers that tune in specifically to see the Trump speeches live because no one else carries them. We also see some of our highest ratings during the Trump speeches."

Oakley did not respond to requests for comment. Her email warned producers that failing to put Trump speeches on the air "will result in a written warning/write-up from here on out."

OAN employees recounted receiving reprimands signed by Robert Herring or being called into his office to be dressed down for "insubordination" when they ran stories he disapproved of.

"Please please please avoid ferguson stories!!!" Oakley wrote after OAN



Allbirds Women's Wool Pipers, red, Size 5

Allbirds Men's Tree Runners, black|...

Allbirds Men's Wool Runner Mizzles,...

Allbirds Men's Wool Runners, grey, Size...

Allbirds
Allbirds

OAN employees recounted receiving reprimands signed by Robert Herring or being called into his office to be dressed down for "insubordination" when they ran stories he disapproved of.

"Please please please avoid ferguson stories!!!" Oakley wrote after OAN aired a report on Ferguson, Mo.'s battle with the Justice Department over reforms to the city's police and court systems following an officer's shooting of an unarmed black man. A story that aired three times on the channel "made police look bad and Mr. H. has told all of us not to do that. Please just avoid ferguson stories all together."



Demonstrators in St. Louis in November 2014 protest the death of 18-year-old Michael Brown in the suburb of Ferguson. One America News staff were explicitly instructed to avoid Ferguson stories. (Jewel Samad/AFP/Getty Images)

Early hire Christopher Wood said he was fired in October 2015 after he decided to lead off a newscast with excerpts from an interview that the family of Michael Brown, the victim in the Ferguson shooting, gave to another network. "That was my downfall," Wood said. "I got a very, very angry email from Mr. H. saying he wanted the story pulled and we weren't to run it again."

OAN staffers complained to Herring when the channel produced and aired a promotional spot that depicted a black police dispatcher refusing to send help to a white caller whose house was under attack. When employees called the spot racially incendiary, Herring agreed to take it off the air, but it remains on OAN's YouTube channel, where it has attracted more than a million viewings.

Herring pushed stories about Planned Parenthood's purported promotion of abortion that he'd seen on CNS News, a conservative site. He passed on to OAN producers a report that Hillary Clinton was ending her campaign because of "a brain tumor found during my recent colonoscopy," but Herring warned producers not to run the story "until you fact check twice."

Herring often said OAN's purpose was to give viewers the news they needed to make educated choices. But he increasingly directed the



Allbirds Women's Wool Pipers, red, Size 5

Allbirds Men's Tree Runners, black|…

Allbirds Men's Wool Runner Mizzles,…

Allbirds Men's Wool Runners, grey, Size…

Allbirds
Allbirds

because of "a brain tumor found during my recent colonoscopy," but Herring warned producers not to run the story "until you fact check twice."

Herring often said OAN's purpose was to give viewers the news they needed to make educated choices. But he increasingly directed the newsroom to cover stories that reflected his personal views, employees said. For example, producers said, Herring ordered that OAN minimize coverage of Pope Francis's U.S. visit in 2015 because the pope had urged comprehensive action against climate change.

Toward the end of last fall's campaign, Herring grew more open about his political leanings. He tweeted a pro-Trump logo promoting OAN's Encore online service, which streamed Trump's speeches on demand. Producers said Herring repeatedly urged against running stories critical of Russia. (Herring's online streaming company, KlowdTV, features a package offering just Herring's own channels and RT. Another package adds Glenn Beck's The Blaze and Newsmax.)

"Wouldn't it be better if we started working with Russia, than to keep blaming them for everything," Herring tweeted in October. "Lift sanctions, no NATO on their borders."

Orders to cater to the owner's desires weighed heavily on many OAN journalists. Several said they left because of the channel's slant. In a parting email last year, producer Kyle Warnke said he was leaving because he was "disappointed in our bloated coverage of Donald Trump. It's obvious why we cling to him: He brings in eyeballs and he's clearly friendly to our station. But we're not treating him like we treat the other candidates in the 2016 race, even his Republican rivals."

Charles Herring won't say how much, if any, profit OAN makes. He said the family company has been in the black since 2009. "We don't make a lot of money, but we have a lot of fun," he said.

Herring said the family has invested "hundreds of millions" in One America, but its prime-time audience remains only about one-seventh that of Fox News, according to ComScore ratings. OAN airs few commercials; the Herrings are skeptical of advertising as a prime revenue source, relying instead on subscriber fees that cable systems pay content providers for their programming.

To observers on the right and left alike, OAN's chief goal seems to be to press the conservative cause. "Obviously, they're not in it for the money, because they're bleeding money," said Armstrong Williams, the conservative commentator and TV station owner, who gave the Herrings advice as they were launching OAN. "They're believers; they care about balancing the media. I saw them as good guys, a little green, without a full idea of what this was going to cost. It's amazing they're still up and



Allbirds Women's Wool Pipers, red, Size 5

Allbirds Men's Tree Runners, black|...

Allbirds Men's Wool Runner Mizzles,...

Allbirds Men's Wool Runners, grey, Size...

Allbirds
Allbirds

conservative commentator and TV station owner, who gave the Herrings advice as they were launching OAN. "They're believers; they care about balancing the media. I saw them as good guys, a little green, without a full idea of what this was going to cost. It's amazing they're still up and running."

Wood, one of the channel's first writers, said OAN is Robert Herring's "way to hobnob with political figures and maybe have some political influence. This is one man's hobby."

 **1089 Comments**



### Sign up for A Better Week newsletter

A course that will help you conquer your calendar, get more done and find time for the things you care about.

| E-mail address | **Sign up** |

By signing up you agree to our Terms of Use and Privacy Policy.



**Marc Fisher**
Marc Fisher, a senior editor, writes about most anything. He has been The Washington Post's enterprise editor, local columnist and Berlin bureau chief, and he has covered politics, education, pop culture and much else in three decades on the Metro, Style, National and Foreign desks. **Follow 🐦**

---

**The Post Recommends**

**Opinion**

## How dumb can a nation get and still survive?

We seem determined to find out.

11 hours ago

## Canada invited Chelsea Manning to visit — so that she might be deported

The former U.S. Army intelligence analyst is contesting a ban on her entrance to Canada, which immigration authorities have attributed to her conviction on espionage charges.

9 hours ago

## A man tried to scam the government out of \$543,000 in coronavirus relief funds. He faked his suicide to evade arrest



## A man tried to scam the government out of $543,000 in coronavirus relief funds. He faked his suicide to evade arrest.



Not everyone was convinced David Staveley was dead after he left suicide notes. People who knew him best told investigators they suspected it might be another scheme.

38 minutes ago

### PAID PROMOTED STORIES

Recommended by Outbrain



**Worst Way To Retire: Do Any Of These Things**
SmartAsset



**All Adults Over 50 Are Due A Large Aid This Month (Check If You Qualify)**
Finance Savings Plan



**The Israeli-made Face Mask Everyone Is Talking About In the US**
Sonovia



**5 Great Buys for Older Shoppers at Warehouse Clubs During the Pandemic**
AARP

**Illinois: Say Bye To Your Auto Insurance Bill If You Live In These Zip Codes**
Auto Insurance News



**Chicago, Illinois: Are You Aware Of This?**
InsuranceQuotes.com

### 1089 Comments

Discussion Policy

The comment section on this story is now closed. All comment sections close after 14 days.

For more on how we manage comments and other feedback, please see our **discussion and submission guidelines ❯**

### All Comments

Newest First ▾

Pause live updates ❚❚



**William Dougherty**
7/13/2017 10:50 PM GMT+0000



Allbirds Women's Wool Pipers, red, Size 5

Allbirds Men's Tree Runners, black|…

Allbirds Men's Wool Runner Mizzles,…

Allbirds Men's Wool Runners, grey, Size…

Allbirds
Allbirds

## All Comments

Newest First ▼

Pause live updates ⏸

have endorsed BLM and their words. A=B, A=C then B=C ...Hillary endorses shooting police. And aborting black lives also or selling the little baby's legs or arms or heads...as she said to "pay for a Maserati."

Like  Share


**William Dougherty**
7/13/2017, 10:45 PM (GMT+000)

Thanks for the nice graphic of OANN's reporters. It will make a great background in LinkedIn for those of us who support OANN 100%. BTW, OANN comes to us from southern California. Oh yeah, the red state. The center of the republican majority. WRONG!

Like  Share


**William Dougherty**
7/13/2017, 10:34 PM GMT+000)

The far left has started a war. Calling out anyone who disagrees with them and blaming them with the same shameful words, lies, acts that they commit themselves IS....fascism. By definition. This is how they overthrow governments, destroy governments and start wars. They think they are elites and above the law. They think they are above God's laws. A war has been started by the left and will continue to attack the right until we have a civil war. Who will be the left's autocrat? the left's tyrant despot? Look to the DNC. There are already two at the top who are self acknowledged anti semitists. This goes without saying. All dictators have been against the Jews. And so will be the next leader of the far left. I am a Christian and like Paul I am first a Jew and second a Christian. There will be a war. A second civil war. The left is fueling this war. Stop your attacks on president Trump. Stop your attacks on OANN...they are NOT in Trumps pocket, they just happen to agree with him on things at times. Listen to Graham Ledger..he DOES criticize Trump. So this idea is untrue about OANN being Trumps channel. It is not owned by George Soros. The left is bringing the war to being. It will all be on the left. The left and Obama and Soros will destroy this country. I hope not but it is already boiling over. The plaintiff that had the Judge who put a stop on Trump's travel ban. He admitted in his plaintiff's paperwork that he works for an organization who established 300 Muslim Brotherhood mosques inside the U.S. These are the opponents of Trump. Look into the truth for once!

 ⚑ · 👍 Like  Share


**William Dougherty**
7/13/2017, 10:07 PM GMT+000)

Obviously no one here criticizing OANN has watched it. It is all factual news and the viewer decide based on the factual news. It includes "euronews" and other standards of world news reporting. ONE AMERICA NEWS WAS NEVER CONTACTED ONE TIME ABOUT THIS STORY FOR VERIFICATION AND BECAUSE OF THIS THERE ARE NO SOURCES WHEN THE AUTHOR STATES THAT THERE ARE SOURCES. THIS IS NOT FOX NEWS, THIS IS AS IMPARTIAL AS NEWS GETS. IT HAS BEEN PROVEN THAT THE COMPOST WRITES MANY ARTICLES THAT HAVE ZERO RESEARCH, THEY DON'T WANT ANY AS THEY ARE UNTRUE. "UNNAMED SOURCES." IS WHAT THEY CALL IT. WP IS A NOTHINGBURGER OF NEWS. IN THE CIA WE CALL IT THE COMPOST BECAUSE WE KNOW WHAT HAPPENED AND THEN WE SEE WHAT IS WRITTEN IN THE "COMPOST." ALL OF THE AGENTS I KNOW CALL IT THE COMPOST. THIS SHOULD TELL YOU SOMETHING. AN ATTACK ON ONE AMERICA NEWS DOES MAKE ME MAD. IF OUR COUNTRY HAS ANY HOPE WE NEED MORE NEWS JUST LIKE OANN THAT IS TELLING US TRUTH ABOUT OUR GOVERNMENT. NEWS LIKE CNN AND MSLSD AND THE COMPOST ARE ONLY OUT TO ATTACK AND RESIST THE



▷ ×

Allbirds Women's Wool Pipers, red, Size 5

Allbirds Men's Tree Runners, black|…

Allbirds Men's Wool Runner Mizzles,…

Allbirds Men's Wool Runners, grey, Size…


Allbirds
Allbirds



Sign In

Get one year for $40

Sections ≡

## All Comments

Newest First ▼                                    Pause live updates ❚❚

US TRUTH ABOUT OUR GOVERNMENT. NEWS LIKE CNN AND MSLSD
AND THE COMPOST ARE ONLY OUT TO ATTACK AND RESIST THE
PARTY OF THE REPUBLIC. THE PARTY OF REFORMING SLAVERY.
THE PARTY THAT HAD THE FIRST MEMBERS THAT WERE AFRICAN
AMERICAN WHEN THE DIMMS WERE THE PARTY OF WHITE ONLY.
WHITE RACISTS. TODAY THE DIMMS ONLY BRING UP RACE
CONSTANTLY. WHY? WE ARE ALL PEOPLE, ALL EQUAL. RACE NO

See More

 8 · 👍 Like  Share

 **ridgeview135**
7/11/2017 12:42 PM GMT+0000

One America means white,,racist, male and stupid. Yipee!!!

5 · 👍 Like  Share

**Steven Torrey**
7/6/2017 9:41 PM GMT+0000

And these Trumpsterites DARE challenge the integrity of the Free Press--
calling it fake news, sham news--when they themselves operate in OAN
nothing but a bold faced propaganda machine supporting the Trumpster
without critical analysis! Joseph Goebbels redux! (Tucker Carlson of Fox
News,who also runs the WWW Daily Caller, is no better--just another
unabashed propagandist for right wing fascism ...)

 8 · 👍 Like  Share

> **OKTater**
> 7/16/2017 9:19 AM GMT+0000
>
> Typical left wing kool-aid drinker. Not only do you consider garbage
> like CNN and PMSNBC to be a free press with any integrity left but,
> you continue to watch it. As most liberals, you also believe that
> conservatives are fascists when, if you would study your history the
> Fascists were left wingers who fought on the same side as the left-
> wing communists in World War 2. Not only does that make you
> wrong about history but, ignorant about your politics.
>
> 1 · 👍 Like

**Maggie Steel**
7/6/2017 9:52 AM GMT+0000

Post readers are morons. They'll swallow anything. The Post is losing
readers left and right. They can't give away subscriptions.

 3 · 👍 Like  Share

>  **Xchekker**
> 7/6/2017 11:15 PM GMT+0000
>
> WaPo readers are morons? Compared to you, they're all members
> of MENSA. OAN is fake news and anyone that watches this tripe
> along with FOX and considers themselves "informed" is just kidding
> themselves. And for the record, Washington Post subscriptions
> have increased since Comrade President redecorated the Oval
> Office.
>
>  11 · 👍 Like

> > **Maggie Steel**
> > 7/9/2017 12:02 AM GMT+0000



Document title: An inside look at One America News, the insurgent TV network taking 'pro-Trump' to new heights - The Washington Post
Capture URL: https://www.washingtonpost.com/lifestyle/style/an-inside-look-at-one-america-news-the-insurgent-tv-network-taking-pro-trump-to-new-...
Capture timestamp (UTC): Fri, 08 Oct 2021 14:45:43 GMT

## All Comments

Newest First ▼                                                Pause live updates ‖

7/8/2017 12.52 AM GMT+0000

Hey Milk Toast, how about this... you've got another three
and a half years of Trump, so suck it up little man.

👍 Likes

**Mad King _____ the Unelected**
7/11/2017 12:30 PM GMT+0000

LOL.

👍 Like

**ridgeview135**
7/11/2017 12:41 PM GMT+0000

LOLOLOLOLOL

👍 Like

**Maggie Steel**
7/6/2017 9:48 AM GMT+0000

I love OAN. Truthful, unbiased and no opinions by the reporters. They let
the people decide. This article by the Washington Post, a contriving,
untruthful publication is a joke. They are the most slanted newspaper in
America.

👍 Like   Share

↗
Share

💬
1.0K

🏠

AA

🖨

**dkmoscatello**
7/6/2017 9:11 PM GMT+0000

Aren't you the good little Russian soldier for the Dumpster,
pretending that the Trump channel partisan propaganda is
"unbiased news".

👍 Like

**alamo2**
7/7/2017 8:46 AM GMT+0000

I started watching OAN early on, when I actually believed that the network
was non-biased. Boy, was I ever wrong. Its on air reporters are as much, if
not more biased than Fox or MSNBC. This station is pure garbage. A
lightweight station that does NOT let viewers decide. It makes sure that only
pro-Trump news appears, and has no illusions about being unbiased. What
a putrid station.

👍 Like   Share

**Jagindar**
7/7/2017 7:35 PM GMT+0000

Give credit to The President who is responsible for not allowing other
Countries to take American Jobs ,who is responsible for peace in the world,
and at the same time increasing his might defence to guard off the danger
Donot let astray by those who think they are more clever and intelligent
,who only to cover their own deficiencies to bring themselves as the best
persons morally, are in fact have slandering nature A Slandere r kills
thousands times without remorse, ARE THEY GOOD FOR THE NATION?
please contact old man with inheritence philosphy jagindarg@gmail.com

Like   Share

**Tim B.**



Allbirds Women's Wool Pipers, red, Size 5

Allbirds Men's Tree Runners, black|...

Allbirds Men's Wool Runner Mizzles,...

Allbirds Men's Wool Runners, grey, Size...

allbirds  Allbirds
Allbirds

## All Comments

Newest First ▾                    Pause live updates ⏸

**Tim B.**
7/7/2017 3:58 PM GMT+0000

Marc Fisher writes a hit piece on how another media outlet chooses to select their coverage... Featuring excerpts from disgruntled former employees (because, yeah, those would be reliable sources, not). Meanwhile, Washington Post owners do the same thing, except for the opposite political spectrum. Is it any wonder why the Post is a joke these days? Long gone are the days of Walter Cronkite, when we actually had real journalism.

Like   Share


**Captain Moregas**
7/7/2017 3:15 AM GMT+0000

Requirements to watch OAN:
1) be 70 years or older
2) be angry
3) be failure

33 · 👍 Like   Share

↗
Share

💬
1.0K

🏠

A𝘈

🖨

**Darn Wern**
7/7/2017 1:26 AM GMT+0000

This is hilarious. They attack the pro-Trump media which is like 10% of the media, but ignore the pro-Clinton media which includes them and 90% of the media.

2 · 👍 Like   Share

**Steven Torrey**
7/8/2017 3:45 PM GMT+0000

Trumpster represents a far right wing fascistic mentality (HINT-- NRA, KKK, Alt-Right, Breitbart, National Enquirer, etc) while Hillary represents Democratic progressive mentality! Deplorable Mentality (Trumpster) vs. Progressive Mentality (Clinton/Democrats). Get it?

1 · 👍 Like


**PJC in Oz**
7/7/2017 1:09 AM GMT+0000

"people [can] decide what they believe"... that says it all. Pushing the idea that we no longer share facts.

4 · 👍 Like   Share


**Xchekker**
7/6/2017 11:17 PM GMT+0000

Because they publish "alternative facts" or what most people call, LIES

2 · 👍 Like


**lumdor**
7/6/2017 10:44 PM GMT+0000

STOP the Trump/Pence Regime!

3 · 👍 Like   Share

**More**


ⓘ ✕

Allbirds Women's Wool Pipers, red, Size 5

Allbirds Men's Tree Runners, black|...

Allbirds Men's Wool Runner Mizzles,...

Allbirds Men's Wool Runners, grey, Size...

Allbirds
Allbirds

Document title: An inside look at One America News, the insurgent TV network taking 'pro-Trump' to new heights - The Washington Post
Capture URL: https://www.washingtonpost.com/lifestyle/style/an-inside-look-at-one-america-news-the-insurgent-tv-network-taking-pro-trump-to-new-...
Capture timestamp (UTC): Fri, 08 Oct 2021 14:45:43 GMT                    Page 17 of 18

opposite political spectrum. Is it any wonder why the Post is a joke these days? Long gone are the days of Walter Cronkite, when we actually had real journalism.

Like    Share



**Captain Moregas**
7/7/2017 2:15 AM GMT+0000

Requirements to watch OAN:
1) be 70 years or older
2) be angry
3) be failure

13 · 👍 Like    Share

**Darn Wern**
7/7/2017 1:26 AM GMT+0000

This is hilarious. They attack the pro-Trump media which is like 10% of the media, but ignore the pro-Clinton media which includes them and 90% of the media.

2 · 👍 Like    Share

**Steven Torrey**
7/6/2017 3:45 PM GMT+0000

Trumpster represents a far right wing fascistic mentality (HINT-- NRA, KKK, Alt-Right, Breitbart, National Enquirer, etc) while Hillary represents Democratic progressive mentality! Deplorable Mentality (Trumpster) vs. Progressive Mentality (Clinton/Democrats). Get it?

1 · 👍 Like

**PJC in Oz**
7/7/2017 1:09 AM GMT+0000

"people [can] decide what they believe"... that says it all. Pushing the idea that we no longer share facts.

4 · 👍 Like    Share

**Xchekker**
7/6/2017 11:17 PM GMT+0000

Because they publish "alternative facts" or what most people call, LIES

2 · 👍 Like

**lumdor**
7/6/2017 10:44 PM GMT+0000

STOP the Trump/Pence Regime!

3 · 👍 Like    Share

**More**



Allbirds Men's Tree Runners, black|…

Allbirds Men's Wool Runner Mizzles,…

Allbirds Men's Wool Runners, grey, Size…

Allbirds
Allbirds