# Exhibit 139



# One America News Network Has Strong Ratings Going Into The 2020 Presidential Elections

**SAN DIEGO, CA,** May 22, 2019 – **One America News Network** ("OAN") announced today continued strong ratings as the 2020 Presidential Election season begins to reach top-of-mind awareness with television viewers. In a relatively short period, One America News Network, which launched its 24/7 cable news network on July 4, 2013, has established itself as a reliable source of national and international news with viewers across our nation. Network founder and CEO, Robert Herring, Sr. released the following statement:

Herring Networks, Inc. relies on a custom Comscore measurement solution powered by TV viewing from one MVPD partner across 70 U.S. markets. We have been working with Comscore since 2009 and believe its data is the most accurate in our industry, as it uses set-top box data, not sampling. In March 2019, Comscore data shows that of the networks categorized exclusively as Cable, News/ Business/ Info networks, OAN ranked as the fourth-highest service in that genre, behind Fox News Channel, MSNBC, and CNN. OAN outperformed CNN Headline News, Fox Business Channel, CNBC, BBC World News, Fusion, Bloomberg and others, per the same March 2019 data. Also, for the March 2019 period, OAN outranked SyFy, Animal Planet, Nat Geo, Travel, and other well-established channels. Excluding all Broadcast channels, OAN ranked as the 40th national cable channel in March 2019 for the one MVPD included in the custom measurement. These custom rankings will vary from Comscore's syndicated TV Essentials rankings, which covers Comscore's full set-top box measurement in over 30MM households and 210 local markets.

Early this month, One America News also premiered a late-night comedy program called "*Headlines Tonight with Drew Berquist*", which debuted on May 4th. The new comedy series has earned a regular

Document title: One America News Network Has Strong Ratings Going into the 2020 Presidential Elections | One America News Network
Capture URL: https://web.archive.org/web/20201111073525/https://www.oann.com/one-america-news-network-has-strong-ratings-going-into-the-2020-presidential-…
Capture timestamp (UTC): Tue, 26 Oct 2021 20:11:57 GMT
Page 1 of 6

Early this month, One America News also premiered a late-night comedy program called "*Headlines Tonight with Drew Berquist*", which debuted on May 4th. The new comedy series has earned a regular Saturday night time slot at 10 pm ET with encore presentations at midnight ET.

"Sometimes even the hardest core news viewer needs a break and a laugh. *Headlines Tonight with Drew Berquist* delivers exactly that," stated Robert Herring Sr., CEO of One America News Network. "Its smart comedy done right. We're thrilled to bring this news-centric comedy program to OAN viewers."

The debut episode can be watched in its entirety at: https://www.oann.com/headlinestonight

About *Headlines Tonight with Drew Berquist*

*Headlines Tonight with Drew Berquist* is a late night comedy program airing exclusively on One America News Network. Join Drew Berquist for the laughs as he reviews the latest news headlines with his own witty twists. The *Headlines Tonight* cast delivers comical sketches and amusing parody of the leading headlines and newsmakers. When you need a break from the real news, *Headlines Tonight with Drew Berquist* delivers.

About *One America News Network*

*One America News Network* is a dependable, reliable source for credible live news reporting 24/7. It also provides two one-hour political talk shows, namely *The Daily Ledger* and *Tipping Point with Liz Wheeler*. While other established cable news networks offer just several hours of live news coverage, only OAN can claim to consistently provide 21 hours of live coverage Monday through Friday with extensive weekend coverage. In addition to external news-gathering sources, the network operates news bureaus in Washington, D.C., New York and California. One America News Network is available in 35 million homes on leading national cable providers, including AT&T U-verse, Buckeye Communications, CenturyLink PRISM TV, DirecTV, DirecTV NOW, Frontier Communications, GCI Communications, Service Electric, Verizon FiOS TV, and numerous regional video providers across the nation. For more information on *One America News Network*, please visit www.OANN.com.

Press Contact:

Krista Pendleton – Press Relations
Herring Networks, Inc.
Phone: 858-270-6900 x 105
krista.pendleton@oann.com



SUPPORT OAN ON FACEBOOK









STORE

Shop

TELEVISION

Schedule

Where to Watch

COMPANY

About One America News Network

Affiliate Relations

Brand & ID

Press Kit

Careers

Contact

TOPICS

2020 election  2020 Elections  2020 Presidential Election  Amy Coney Barrett  Caitlin Sinclair  California  Chanel Rion  China  Christina Bobb  coronavirus  COVID-19  Democrat Party  Election Day  Elections 2020  Florida  Gavin Newsom  Georgia  GOP  Greta Wall  Hunter Biden  Jack Posobiec  Jennifer Franco  Jenn Pellegrino  Joe Biden  John Hines  mail-in  Michigan  Mike Pompeo  Nancy Pelosi  New York  North Carolina  OAN's Wall to Wall  Pearson Sharp  Pennsylvania  President Trump  Rachel Acenas  Rudy Giuliani  Shane Althaus  Stephanie Myers  Supreme Court  Trump Administration  Trump campaign  voter fraud  VOTING  Wisconsin

## TELEVISION

Schedule

Where to Watch

## COMPANY

About One America News Network

Affiliate Relations

Brand & ID

Press Kit

Careers

Contact

## TOPICS

**2020 election** 2020 Elections **2020 Presidential Election** Amy Coney Barrett Caitlin Sinclair California Chanel Rion China Christina Bobb coronavirus COVID-19 Democrat Party Election Day Elections 2020 Florida Gavin Newsom Georgia GOP Greta Wall Hunter Biden Jack Posobiec Jennifer Franco Jenn Pellegrino Joe Biden John Hines mail-in Michigan Mike Pompeo Nancy Pelosi New York North Carolina OAN's Wall to Wall Pearson Sharp Pennsylvania **President Trump** Rachel Acenas Rudy Giuliani Shane Althaus Stephanie Myers Supreme Court Trump Administration Trump campaign voter fraud VOTING Wisconsin

© COPYRIGHT 2020 — HERRING NETWORKS, INC. ALL RIGHTS RESERVED.   CONTACT   ABOUT   WHERE TO WATCH   AFFILIATE RELATIONS   BRAND   PRESS KIT   CAREERS   SHOP   TERMS