# Exhibit 141





Tweet

**Free Radical** 🐎🚫🐌 @freeradical_aus · Nov 7, 2020
Replying to @CISAKrebs
I'm disappointed, but thank you for clarifying.

💬 1          ↻          ♡ 4          ⬆️

This Tweet was deleted by the Tweet author. Learn more

**GRRRR** @twitgrr · Nov 7, 2020
The nut jobs and assholes are out now. 🤡🤡

💬          ↻          ♡          ⬆️

**Huntsman** @Huntsman_News · Nov 7, 2020
Replying to @CISAKrebs
Guess we will find out in court

💬 11          ↻ 1          ♡ 28          ⬆️

**Huntsman** @Huntsman_News · Nov 7, 2020
No word on Dominion?

💬 1          ↻          ♡ 7          ⬆️

**kind2know1** 💙 @conscious_sis · Nov 9, 2020
Ask Turtle McConnell. readsludge.com/2019/06/10/as-...

Several of the lobbyists working for
ES&S and Dominion Voting Systems
have recently made contributions to
McConnell's campaign and joint
fundraising committee.

💬          ↻          ♡ 1          ⬆️

This Tweet was deleted by the Tweet author. Learn more

**Don't miss what's happening**
People on Twitter are the first to know.

Log in          Sign up

Tweet

This Tweet was deleted by the Tweet author. Learn more

💯 NEVER Trump 💯 @__NeverTrump_ · Nov 7, 2020



♡ 1          ⟲ 1          ♡ 6          ⬆

**Mary** @mma718 · Nov 7, 2020
Replying to @CISAKrebs
If the auditing hasn't been done how can you be so sure there was no data manipulation?

♡ 12          ⟲ 4          ♡ 52          ⬆

This Tweet was deleted by the Tweet author. Learn more

**LolaSumafi** @LolaSumafi · Nov 9, 2020
You don't have to hack into it all these companies around the world that makes these types of computers always always have a back door

♡ 1          ⟲          ♡          ⬆

**supernovagirl** @supernovagirlie · Nov 9, 2020
Trump was winning those. So you are saying he was cheating? Wouldn't shock me.

♡          ⟲          ♡          ⬆

This Tweet was deleted by the Tweet author. Learn more

**Mary** @mma718 · Nov 9, 2020
I hope they have proof of this.

**Don't miss what's happening**
People on Twitter are the first to know.

[ Log in ]   [ Sign up ]

Document title: Chris Krebs #Protect2020 on Twitter: &quot;To be crystal clear on □  , I'm specifically referring to the Hammer and Scorecard nonsense. It's just that -…
Capture URL: https://twitter.com/CISAKrebs/status/1325188644966117376
Capture timestamp (UTC): Wed, 27 Oct 2021 14:00:25 GMT



Tweet

**Mary** @mmu/15 · Nov 5, 2020
I hope they have proof of this.

♡ 1          ♡          ♡          ⬆

**supernovagirl** @supernovagirlie · Nov 9, 2020          ···
This guy is full of crap. He has no clue what he's talking about.

♡          ♡          ♡          ⬆

💗**J.Mo • Vax. Mask. Period.** @JDotMo · Nov 7, 2020          ···
Replying to @CISAKrebs
Hey @GeorgePapa19 this is for you.

♡          ♡          ♡ 4          ⬆

**Bridget** 🦋🌸🍂🍁🌍🌀👍💕🐶🌎🐌 @deflep977 · Nov 7, 2020          ···
Replying to @CISAKrebs
George P should have spent more for than 14 days in prison. Just sayin'.

♡          ♡ 2          ♡ 86          ⬆

**Downtowne** @BrowneDowntowne · Nov 8, 2020          ···
Replying to @CISAKrebs
✍ Part of the cover-up ✍

♡          ♡          ♡ 9          ⬆

**mODrmODZ**🐻 @mODrmODZ · Nov 8, 2020          ···
Replying to @CISAKrebs
NEVER Trust the narrative! Government always has a hidden agenda ! A
President as Disruptive as President Donald Trump has to go in their eyes by
all means necessary Numbers Tell a Story! #VOTERFRAUD if it walks like a
🦆 acts like a 🦆 it's probably a 🦆youtube.com/watch?v=rOec7w...

♡ 11          ♡          ♡ 8          ⬆

**United We Stand** @unitedweare23 · Nov 9, 2020          ···
You do know Bannon was indicted for defrauding Maga's yet you still follow
him

♡ 1          ♡          ♡ 2          ⬆

**90** @Q90ceo · Nov 8, 2020          ···
Replying to @CISAKrebs
Intersting, when you search about #Hammer and #Scorecard Michael
Flynn's name shows up. His lawyer brought it on Fox. More searching brings
back more democratic swamp creatures (Comey, Brennan, Clapper, Mueller)
Edward Snowden's like includes HAMR

ⓘ This claim about election fraud is disputed

**Don't miss what's happening**                    Log in     Sign up
People on Twitter are the first to know.



Edward Snowden's like includes HAMR

(!) This claim about election fraud is disputed

theamericanreport.org
THE HAMMER IS THE KEY TO THE COUP - The Ame...
THE HAMMER, Brennan and Clapper's super
surveillance system, is the "key to the coup"

💬 14          ⟲ 16          ♡ 39          ⬆

**Donna O'Halloran** @SedonaPsychic · Nov 8, 2020          ...
Yes.  There's a lot to this.  There's more I found also.

on their unraveling darkness before us.

It is our commitment to future generations
of Americans.

Remain "One Nation Under God."

#FightBack

#StopTheSteal

💬          ⟲          ♡ 3          ⬆

**90** @Q90ceo · Nov 8, 2020          ...
Replying to @CISAKrebs

THE HAMMER
theamericanreport.org
THE REAL WHISTLEBLOWER STORY: DENNIS MONT...
Obama's top intelligence officials spied on America
for the purpose of blackmail and leverage with a ...

💬 2          ⟲ 2          ♡ 3          ⬆

**Robert Navarro** @damarafaka · Nov 8, 2020          ...
Replying to @CISAKrebs and @thegrugq
To be crystal clear, are you not in favor of securing a fair and legitimate
election process?

**Don't miss what's happening**          Log in          Sign up
People on Twitter are the first to know.



To be crystal clear, are you not in favor of securing a fair and legitimate election process?
Looking the other way?
Why?

♡ 1          ↻ 2          ♡ 5          ⬆

**Trish** @patvel18 · Nov 11, 2020          ...
What MAGA circles are pushing is exactly what gop did in 2016 and what senate races did in 2020. They project and I hope they get caught

♡          ↻          ♡ 1          ⬆

**90** @Q90ceo · Nov 8, 2020          ...
Replying to @CISAKrebs
#HAMR #HAMMER connections to Wiki Leaks —>
wikileaks.org/ciav7p1/cms/pa...

♡          ↻ 3          ♡ 9          ⬆

**90** @Q90ceo · Nov 8, 2020          ...
Replying to @CISAKrebs
Can anyone fact check this ? m.youtube.com/watch?v=ficae6...

♡ 1          ↻          ♡ 1          ⬆

**Donna O'Halloran** @SedonaPsychic · Nov 8, 2020          ...
Replying to @CISAKrebs
Please tell that to former General Flynn.  He is still stirring the pot and it looks like he's encouraging and feeding the rumors to his "digital soldiers". Please look.

#DigitalSoldiers keep shining a strong light on their unraveling darkness before us.

It is our commitment to future generations of Americans.

Remain "One Nation Under God."

#FightBack

#StopTheSteal

♡ 12          ↻ 8          ♡ 24          ⬆

**tanva cook** @Tanvacook56Cook · Nov 8. 2020          ...

**Don't miss what's happening**
People on Twitter are the first to know.

Log in          Sign up



Tweet

**tanya cook** @Tanyacook56Cook · Nov 8, 2020
Replying to @CISAKrebs and @govtrack
It is real they omitted it !! Watch fox

♡ 30          ⟲ 1          ♡ 7

**Crystal** @CrystalSiegel · Nov 8, 2020
Watch Fox? Hahahaha

♡          ⟲ 2          ♡ 91

**Samantha** @agentcurieuse · Nov 8, 2020
Replying to @CISAKrebs
@SidneyPowell1 ought to be disbarred for actively undermining democracy.

Period.

♡ 8          ⟲ 3          ♡ 81

**Lucy Barrett** @Lucybpalermo · Nov 12, 2020
And Powell is not the only one. There's a long list who should be reported
and investigated for violating their oaths as attorneys and officers of the
court.
Then their respective time bar assn's can determine what sanctions to apply
.. disbarment I would hope for some.

♡ 1          ⟲          ♡ 1

**sunskyearthlife** @sunskyearthlife · Nov 8, 2020
Replying to @CISAKrebs
The "glitch"

♡          ⟲          ♡

**Victoria Merdes** @VictoriaMerdes · Nov 9, 2020
Replying to @CISAKrebs
A full digital audit will clear it up so we can be confident.

♡ 27          ⟲ 3          ♡ 66

**LolaSumafi** @LolaSumafi · Nov 9, 2020
Replying to @CISAKrebs
Actually I just have to leave this last reply.
The CIA have been meddling in elections in other countries for over 50 years
.......but for some reason when it comes to us .....'oh my God they would
never dare do that.'!

Talk about needing a reality check.

**Don't miss what's happening**
People on Twitter are the first to know.          Log in          Sign up



Tweet

never dare do that."

Talk about needing a reality check.

💬 14          🔁 4          ♡ 62          ⬆️

**TwinsMom** @velezks · Nov 9, 2020
Crying crocodile tears over people demanding to defund the police but spitting on the legacy and the service of the American FBI. Now that's patriotic.

💬 4          🔁          ♡ 14          ⬆️

**LolaSumafi** @LolaSumafi · Nov 9, 2020
The legacy of America itself is a bloody one.

💬 1          🔁          ♡          ⬆️

**TwinsMom** @velezks · Nov 9, 2020
Aaaahhh.... The good old "everybody sucks now because I'm upset". That certainly is a valid reason to trash talk one of our most important service branches. What a deplorable attitude.

💬 3          🔁          ♡          ⬆️

**LolaSumafi** @LolaSumafi · Nov 9, 2020
Upset about what? I didn't vote?

I just wish I had some popcorn while I watched the shit show....lol

Go ahead throw another one at me this is hilarious

💬 1          🔁          ♡ 1          ⬆️

**TwinsMom** @velezks · Nov 9, 2020
Then why yapping about federal branches in the beginning of it doesn't bother you? Hot air. Typical for your kind.

💬 1          🔁          ♡          ⬆️

This Tweet is from a suspended account. Learn more

**Chuck Masked Up**🇺🇸🌩️ @OCDODGERBLU22 · Nov 9, 2020

**Don't miss what's happening**
People on Twitter are the first to know.                    [Log in]  [Sign up]

Tweet



Alex the Humanoid @AlextheHumanoid · Nov 9, 2020
Replying to @CISAKrebs
Hmmm....maybe someone should tell POTUS and his kids that??

1          19

Tony Barnett @tbarnett500 · Nov 9, 2020
Replying to @CISAKrebs

youtube.com
Desi Lydic Foxsplains: The Vote Count | The Daily S...
Count the Vote? Stop the Count? Desi Lydic's been
watching Fox News nonstop and here's what's up. ...

This Tweet was deleted by the Tweet author. Learn more

Scoutjake24 @scoutjake24 · Nov 9, 2020
What a stupid comment and if they were going to steal an election Graham
and McConnell would have lost their jobs.  You have a math problem not a
conspiracy

1          2

Carol Robinson @uniformlady1 · Nov 9, 2020
Exactly. Thank you.

This Tweet was deleted by the Tweet author. Learn more

Don't miss what's happening          Log in          Sign up
People on Twitter are the first to know.

Tweet

This Tweet was deleted by the Tweet author. Learn more

**TC Green** @tc_green · Nov 9, 2020
And by "retribution" you mean getting laughed at for believing ridiculous nonsense? Because that is all that is going to happen.

💬          ⟲          ♡ 11          ⬆

This Tweet was deleted by the Tweet author. Learn more

**Hel'en Highwater says wear a mask & get vaxx'd PLZ** · Nov 9, 2020
That dude is just out to promote his own business. There's no official Antifa org "led" by anyone even if he "claims" to. Their tactics are NOT right bcuz it keeps sewing division. Am I anti-fascist? Yes, but I don't endorse the antifa idealism & nor their tactics. I am for peace

💬          ⟲          ♡          ⬆

**Greg Foan** @Gregoire1960 · Nov 9, 2020
Replying to @CISAKrebs



thedailybeast.com
Infamous 'Hoax' Artist Behind Trumpworld's New Voter Fraud Claim
He tricked the Bush administration into thinking he could detect terrorist signals in al Jazeera broadcasts. Now Dennis Montgomery has...

💬          ⟲          ♡ 1          ⬆

This Tweet was deleted by the Tweet author. Learn more

**Don't miss what's happening**
People on Twitter are the first to know.

[ Log in ]    [ Sign up ]

**Tweet**

This Tweet was deleted by the Tweet author. Learn more

**CannotEven** @Nope77466216 · Nov 9, 2020    ...

Seriously, they have to be dumb, or nuts. All I can think is, do Q supporters not tell their kids not to talk to strangers, not to take candy from them, bc the kids don't know them and so shouldn't trust them.? Yet some internet random tells them Dems are eating babies, and it's:



GIF

HASHTAG TOTES

💬          🔁          ♡ 2          ⬆

This Tweet is from a suspended account. Learn more

**Nautigirl77** @kleighfree77_k · Nov 9, 2020    ...

Is there anybody you WOULD believe besides trump himself saying this? He's in the damn administration. You people are seriously mindfucked.

💬 2        🔁 1        ♡ 21        ⬆

This Tweet is from a suspended account. Learn more

**Stephanie** @StephanieSueF · Nov 9, 2020    ...

Thats great but please put the kool-aid down first and actually not just read the narrative that supports the delusion.

💬 2        🔁          ♡ 2          ⬆

**Red_Moon_Revival** @bishopsofsophia · Nov 9, 2020    ...

Replying to @CISAKrebs

Sydney Powell is a first rate grifter, hitching herself to any issue that she thinks will get her tv time, and Fox talks to her because her stories bring ratings. I thought this was the media savvy bunch?

**Don't miss what's happening**
People on Twitter are the first to know.

Log in          Sign up



Tweet

thinks will get her tv time, and Fox talks to her because her stories bring ratings. I thought this was the media savvy bunch?

💬 1          ↻ 3          ♡ 57          ⬆️

**Vincent** @DoctorBongPhD · Nov 9, 2020                    ···
Replying to @CISAKrebs
Except the vote counts have not been certified. Just announced on the TV

💬          ↻          ♡          ⬆️

**sgr** @BlahBytes · Nov 9, 2020                    ···
Replying to @CISAKrebs
Maybe do something about it instead of tweeting

💬          ↻          ♡          ⬆️

❤️ 🤍 💙 **MardiParker** 🇺🇸🐸✌️❄️ @LifeLongWanderR · Nov 9, 2020     ···
Replying to @CISAKrebs
"Think" before sharing? FFS they don't even bother reading it before sharing. 🙄

💬 1          ↻ 1          ♡ 95          ⬆️

**Wendy Hamilton** @WendyHamilton10 · Nov 12, 2020                    ···
A lot of people share things and barely even read them or dig into them to see if their conspiracy theories

💬 2          ↻          ♡ 5          ⬆️

**Kal Of The Rathi** @KalOfTheRathi · Nov 13, 2020                    ···
Re: your profile pic, who are you looking at and why are your lips on their (his?) hand closed?

Thought provoking, I like that.

💬          ↻          ♡          ⬆️

**Aubrey Plaza's Good Twin** @remain_inlight_ · Nov 9, 2020     ···
Replying to @CISAKrebs
The #disinfo is coming from inside the house

💬 1          ↻ 1          ♡ 21          ⬆️

🇺🇸 **Anti-Facist, so that makes me...Anti-fa**🇺🇸 @SNog... · Nov 9, 2020     ···

**Don't miss what's happening**
People on Twitter are the first to know.

[ Log in ]   [ Sign up ]

Document title: Chris Krebs #Protect2020 on Twitter: &quot;To be crystal clear on ☐ , I'm specifically referring to the Hammer and Scorecard nonsense. It's just that ...
Capture URL: https://twitter.com/CISAKrebs/status/1325188644966117376
Capture timestamp (UTC): Wed, 27 Oct 2021 14:00:25 GMT

**Tweet**



GIF

This Tweet was deleted by the Tweet author. Learn more

**Reply Here** @ReplyHere1 · Nov 9, 2020
This is nothing like that. This is closer to the counts in 2016 only HRC
graciously conceded then headed off to the woods for a year.

Class vs Ass

♡ 4

**Rambling Photon** @ramblingphoton · Nov 9, 2020
Replying to @CISAKrebs
People aren't claiming that it was without detection.

People are claiming to have detected it.

♡ 4            ♡ 5

**owain** @owain_wn14 · Nov 9, 2020
Then why is there no evidence lmao 😂

♡ 4            ♡ 6

This Tweet was deleted by the Tweet author. Learn more

**owain** @owain_wn14 · Nov 9, 2020
In 2 weeks I'm told

♡            ♡ 1

This Tweet was deleted by the Tweet author. Learn more

**owain** @owain_wn14 · Nov 9, 2020
No. Q will tell us that "2 weeks" is a code word for child trafficking

**Don't miss what's happening**
People on Twitter are the first to know.

Log in       Sign up

← **Tweet**

**owain** @owain_wn14 · Nov 9, 2020
No, Q will tell us that "2 weeks" is a code word for child trafficking

💬          🔁          ♡ 2          ⬆️

**Auchtomonkey** @Watertankkitty · Nov 9, 2020
Replying to @CISAKrebs
This re-shares are all over Twitter right now.
Trump disciples are wetting themselves over this Item.
Some have seen the ruse & are asking for source code, which is not
forthcoming.
Those sharing are linking to YouTube.

💬 1          🔁          ♡ 6          ⬆️

**Kal Of The Rathi** @KalOfTheRathi · Nov 13, 2020
Source code?
To a super secret supercomputer?

Clearly they know nothing about supercomputers.

💬          🔁          ♡          ⬆️

**Cadima** @cadima_1 · Nov 9, 2020
Replying to @CISAKrebs
Omg people so dumb



💬          🔁 1          ♡ 11          ⬆️

**luckylady** @Heather30347136 · Nov 9, 2020
Replying to @CISAKrebs and @jaketapper
Are they so confident that this happened now in 2020 because its exactly
what happened in 2016?? Is that how they know how effective this is?? Or
could be? If so, 2016 now makes sense. And if they figured this out and were

**Don't miss what's happening**
People on Twitter are the first to know.

Log in          Sign up

Tweet



Are they so confident that this happened now in 2020 because its exactly what happened in 2016? Is that how they know how effective this is?? Or could be? If so, 2016 now makes sense. And if they figured this out and were able to stop it, makes sense Biden won so big in2020.

♡ 1          ↻ 1          ♡ 4          ↥

**The man in the moon** @Rodsplace · Nov 9, 2020                    ···
Replying to @CISAKrebs

for the abusers playbook.

Requests for unity and forgiveness without any apology or acknowledgment of harms caused. Followed by blaming anyone who doesn't want to make nice with those who've

♡ 1          ↻ 1          ♡ 3          ↥

This Tweet is from a suspended account. Learn more

**The man in the moon** @Rodsplace · Nov 12, 2020                    ···
Not me, that is an honest assessment. These people CAUSED DEATH TO INNOCENT AMERICANS. FVCK THEM AND ANYONE WHO DOESN'T TAKE IT SERIOUSLY

♡ 1          ↻          ♡ 1          ↥

**The man in the moon** @Rodsplace · Nov 12, 2020                    ···
And the future is everyone

♡          ↻          ♡          ↥

**The man in the moon** @Rodsplace · Nov 9, 2020                    ···
Replying to @CISAKrebs

against them and I am a nice person. But I believe Hitler is doing great

**Don't miss what's happening**
People on Twitter are the first to know.

Log in          Sign up



nice person. But I believe
**Hitler is doing great
things for the economy
even though I don't
condone everything he**

💬 4          🔁 27          ♡ 87          ⬆️

**Dale Hayes, Engaged Expatriate** @DiegoUK · Nov 9, 2020          ···
Actually, they sound MUCH worse! I'm not kidding, they're calling for our
deaths (while trying to convince themselves we want them all dead, go
figure) and for the overthrow of the government.

See townhall.com or freerepublic.com or the like.

They are insane.

| | |
|---|---|
| 📄 | townhall.com<br>Townhall: Conservative News, Cartoons, Top Stories...<br>Townhall is the leading source for conservative news,<br>political cartoons, breaking stories, election analysi... |

💬 1          🔁 1          ♡ 7          ⬆️

**The man in the moon** @Rodsplace · Nov 12, 2020          ···

side of that which
you are guilty!"
~ Joseph Goebbels,
Reich Minister
of Propaganda of

💬          🔁          ♡          ⬆️

**Don't miss what's happening**
People on Twitter are the first to know.          Log in          Sign up



Tweet

**Al O'ween** @Al_roar · Nov 9, 2020
Replying to @CISAKrebs
Difficult to disentangle, given that it's *all* nonsense.

♡ 1

**Jimmy L Crim** @crim_l · Nov 9, 2020
Replying to @CISAKrebs
THE WHISTLEBLOWER TAPES,confidential audio recordings released by U.S.District Judge G. Murray Snow's courtroom in November 2015

**Out running somewhere... possibly knitting** @Krugg... · Nov 9, 2020
Replying to @CISAKrebs
This is picking and choosing the pollsters for the argument that fits the narrative. It's safe to say that polling wasn't nearly as spot on as we like to believe and for the 2nd time they couldn't achieve reliable results. I don't know a Dem that believes this hacking storyline.

♡ 1      ♡ 2

**(((Kdubs)))** @tellallyour · Nov 9, 2020
If there was hacking or suppression it hurt Biden. Not trump.

♡ 2      ♡ 7

**Out running somewhere... possibly knitting** @Krugg... · Nov 9, 2020
👍👍👍 agreed!

♡ 3

**Jimmy L Crim** @crim_l · Nov 9, 2020
Replying to @CISAKrebs
Everyone the media can't call on the election. They can only make a prediction on who they think will win.

♡ 9      ♡ 1      ♡ 1

**bobd** @anuska299 · Nov 9, 2020
That's what it is when the media calls an election, a prediction. If you notice they usually say X candidate (the call) is the projected winner. It's on their banner as well.

They've been doing it this way for over 50 years.

♡ 1      ♡ 1

**Don't miss what's happening**
People on Twitter are the first to know.

Log in      Sign up

Tweet

They've been doing it this way for over 50 years.

🔍 1                ⟲               ♡ 1               ⬆

**DandyDuran** @DandyDuran · Nov 9, 2020                    ···
Replying to @CISAKrebs
Nothing will convince cult-members. Just like those who believe the world
will end every so often and then try to rationalize why it didn't.

🔍 2                ⟲ 5               ♡ 36              ⬆

**TRUMPCRIMES™** 😺 💥 ⚖️ ⚗️ @dmeneilley · Nov 12, 2020          ···
Yeah, 2012 was a big let-down when we didn't all perish …

🔍                ⟲               ♡ 6               ⬆

**Mary White** @BurrenMagic · Nov 9, 2020                    ···
Replying to @CISAKrebs
Chris, you need to come out on the airwaves and counter this lie. It's gaining
traction.

🔍                ⟲ 1               ♡ 9               ⬆

**KLG_Va** @kgillespie731 · Nov 9, 2020                     ···
Replying to @CISAKrebs
Are you able to speak to some of those spreading these falsehoods-
especially a few prominent Sens (@tedcruz @LindseyGrahamSC
@marcorubio) and DJT inner circle (esp @RudyGiuliani) as well as the folks
at Fox- and disabuse them of their crazy theories? This is harming the
nation.

🔍                ⟲ 2               ♡ 20              ⬆

**sebastian** @sebastianvasili · Nov 9, 2020                ···
Replying to @CISAKrebs
Tell them, @realDonaldTrump and family and friends!

🔍                ⟲               ♡ 1               ⬆

**leatherneck Joe...** @JoeLeatherneck · Nov 10, 2020       ···
Replying to @CISAKrebs
The best way to debunk a conspiracy theory is call it a conspiracy theory…

🔍 1                ⟲               ♡ 2               ⬆

**Jimmy L Crim** @crim_l · Nov 9, 2020                      ···
Replying to @CISAKrebs
But that kind of mind control only works on those who are sheep , cattle.

🔍                ⟲               ♡                 ⬆

**Don't miss what's happening**
People on Twitter are the first to know.

Log in          Sign up

Tweet

**We Will Never Forget** @toprealty · Nov 9, 2020
Replying to @CISAKrebs
This is just going to be another money making scheme

Prediction: T & mob will find a way to milk money AGAIN from Rep...
just like Bannon stole Wall Fund they will do the same....
this time in the 100's of Mil
#RepublicanThieves



GIF

**gimme shelter in place** @BernBabyBern5 · Nov 9, 2020
Replying to @CISAKrebs
Biden is Q

**Popcorn Guy** @All4thePopcorn · Nov 10, 2020
Replying to @CISAKrebs
Its real sad watching Trump supporters read a tweet from a guy Trump
appointed, trying to rationalize to themselves in real time why this guy is
wrong about something he is literally an expert in because it contradicts
conspiracy theories they read from random places on internet.

**Digiboy** @digiboy74 · Nov 11, 2020
Replying to @CISAKrebs

**FACEBOOK AND TWITTER FACT CHECKING**

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up

Tweet

FACEBOOK AND TWITTER
FACT CHECKING
POSTS,

THEN YOU SHOULD HAVE
NO PROBLEM WITH THE
UNITED STATES OF AMERICA
FACT CHECKING

♡ 1

**SelavyRrose** @SelavyRrose1 · Nov 11, 2020      ···
Replying to @CISAKrebs
Maybe you should offer the doubters some specific evidence of why this is a hoax...

♡ 1      ⟲ 1      ♡ 2

**Jordan 101** 👤 🟡 🔴 📁 👥 @JordanShhh · Nov 13, 2020      ···
Because Trump and his goons lie all the time.  That's it!  Full stop.

♡      ⟲      ♡

**But_Is_It_SUSTAINable?** @SustainableBut · Nov 11, 2020      ···
Replying to @CISAKrebs
Mr. Krebs, aren't Voting Machines and related tabulation automata more important to our nation than casino slot machines?  You can't sell a card shuffler to a Vegas blackjack table without providing the entire SOURCE CODE (and compiler toolchain) to the Nevada Gaming Commission.

♡      ⟲      ♡

**Wendy Sain** @WendySain1 · Nov 11, 2020      ···
Replying to @CISAKrebs and @MajorCBS
😭😭😭😭😭😭😭

♡      ⟲      ♡ 1

**klsparrow** @klsparrow2 · Nov 11, 2020      ···
Replying to @CISAKrebs
You have no idea how this program works do you. It is an Intel program that once a computer is connected to the internet they can go in and change the votes. The only way to chick this is to manually check computors and compaire totals

**Don't miss what's happening**
People on Twitter are the first to know.

[Log in]  [Sign up]



Tweet

votes. The only way to chick this is to manually check computors and compaire totals

**Boris de Pfizer Jubble-Dab** @FordDawe · Nov 12, 2020
Replying to @CISAKrebs
So "Attorney General William Barr Authorizes DOJ to Look into Voting Irregularities" is also a hoax?

2

2

**Martha was right** @DrMDunk · Nov 12, 2020
Replying to @CISAKrebs
I think you need to head over to Parler with this message.

1

7

**Hope E Ransom (HopeERinFL)** @SoulFlyTry · Nov 12, 2020
Replying to @CISAKrebs
Thank you for caring, for your hard work sir🙌
#Protect2020
💯
#ProtectTheVote

**David Keraton** 🦋 @DavidKeraton · Nov 12, 2020
Replying to @CISAKrebs
The same guy who Reuters is reporting that "he expects to be fired."

1

**Àlùbáríkà Bàbá Káúsárà** @Comrade_alBarka · Nov 12, 2020
Replying to @CISAKrebs
Hello!
Are you planning to organize an online class, test, exam or seminar?
You don't know how to go about it?
@thinkific or @teachable will give you a nice avenue to do this..
Kindly click the link below 👇 👇 for further discussion

> fiverr.com
> Causim_brainz: I will design your online course crea...
> For only $30, Causim_brainz will design your online course creation website and membership website. |...

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up

Tweet



Denise Wu @denisewu · Nov 13, 2020
Replying to @CISAKrebs
Thank you for protecting democracy

💬        🔁 1        ♡ 17        ⬆️

Grateful Grandma Michelle @MY19641 · Nov 13, 2020
Replying to @CISAKrebs
Bravo!

💬        🔁        ♡        ⬆️

Reamster @JeffreamJeff · Nov 13, 2020
Replying to @CISAKrebs
Hey @realDonaldTrump

**YOU'RE FIRED!**

GIF

💬        🔁        ♡        ⬆️

J AMonkey @steelbluepony · Nov 13, 2020
Replying to @CISAKrebs
Thank you for your great service. I hope you come back after crazy train
departs the station.

💬        🔁        ♡        ⬆️

Pavlovs Lore @eriatarrka · Nov 13, 2020
Replying to @CISAKrebs
not shocked:

**Don't miss what's happening**
People on Twitter are the first to know.

Log in        Sign up

← Tweet



politico.com
Top cyber official expecting to be fired as White House frustrations hit ...
Chris Krebs is in the White House's crosshairs in part because of a
website he created to debunk election-related misinformation.

**💯 NEVER Trump 💯** @__NeverTrump_ · Nov 7, 2020



💬 1          ⟲ 1          ♡ 6          ⬆

**Steverino** @CookieDuster · Nov 9, 2020
Because they have nothing but disinformation to peddle.

💬 1          ⟲          ♡ 75          ⬆

**Deb** @DebraPolicino · Nov 9, 2020
Because Trump isn't done fundraising.

💬 2          ⟲          ♡ 62          ⬆

**Don't miss what's happening**
People on Twitter are the first to know.                    Log in     Sign up



Tweet

💬 2                    ↻                    ♡ 62                    ⬆

**Heather (TX)** 🎃 🏒 🦇 @hka003 · Nov 9, 2020    ···
Let's see how that pans out. They've already lost 10 of the 10 lawsuits filed due to lack of evidence. It's over.

💬 2              ↻ 2              ♡ 35              ⬆

🇮🇹 **Queen Sheba** 👑 @SabaSmw · Nov 9, 2020    ···
All of a sudden it's not legit or okay 😒

💬              ↻              ♡ 7              ⬆

**Martin R.** @marty7619 · Nov 9, 2020    ···
Hope they don't use the same courier as Tucker Carlson. 😜

💬              ↻              ♡ 10              ⬆

**TC Green** @tc_green · Nov 9, 2020    ···
And by "retribution" you mean getting laughed at for believing ridiculous nonsense? Because that is all that is going to happen.

💬              ↻              ♡ 11              ⬆

**Steverino** @CookieDuster · Nov 9, 2020    ···
I'm right handed.

💬 1              ↻              ♡ 2              ⬆

**Chris Collier** @crcollier43 · Nov 13, 2020    ···
Replying to @CISAKrebs
When I google you, it says you're expected to be fired soon.  Is that True?

💬              ↻              ♡              ⬆

**Ed** @OrangedudeEd · Nov 13, 2020    ···
Replying to @CISAKrebs
Ty sir!  You are doing a great service to our nation.  Keep up the good work!

💬              ↻              ♡              ⬆

**Nyamalo, Granddaughter of Princess** @AfriDevMama · Nov 13, 2020    ···
Replying to @CISAKrebs
Cognitive Cancer has been spreading since 2008 in this country.
@realDonaldTrump is the innovator and purveyor of the same.

💬              ↻              ♡              ⬆

This Tweet was deleted by the Tweet author. Learn more

**Don't miss what's happening**
People on Twitter are the first to know.

Log in        Sign up

🐦 Tweet

🔍

⚙️

This Tweet was deleted by the Tweet author. Learn more

**Nyamalo, Granddaughter of Princess** @AfriDevMama · Dec 3, 2020    ⋯
Perfect description if @realDonaldTrump

♡          ⟲          ♡          ⬆️

**DesertGirl** @HotDesertGirl · Nov 13, 2020    ⋯
Replying to @CISAKrebs
Thanks for speaking truth even
though it may cost you your job.
If it does,you have your integrity
which is a lot more valuable than
the reputations these clowns are
left with which is nothing anyone
with any decency can ever trust.

♡  1        ⟲          ♡  2        ⬆️

**Mimi E Troy** @MimiETroy1 · Nov 18, 2020    ⋯
Glad you had the balls to stand up to this lying jerk!!! Come back after he's
gone

♡          ⟲          ♡  1        ⬆️

**Elise Thomas** @elisethoma5 · Nov 7, 2020    ⋯
Replying to @CISAKrebs
And it's emanating from this fellow and a couple of people with a book to
sell on Amazon

> **Elise Thomas** @elisethoma5 · Nov 4, 2020
> Disinfo/conspiracy going around around about Democrats using vote-
> changing CIA software called Hammer and Scorecard. The supposed
> 'whistleblower' Dennis Montgomery is actually a serial fraudster whose
> greatest hit was conning the CIA #Election2020
> theguardian.com/world/2009/dec...

♡  2        ⟲  1       ♡  12       ⬆️

**Carolyn Nilsson** @persiaa · Nov 7, 2020    ⋯
TY

♡          ⟲          ♡          ⬆️

**steve hill** @thehilligan · Nov 9, 2020    ⋯
Replying to @CISAKrebs and @jaketapper
CNN s 2016 election "call" was apparently okay & fraud free, obviously. I

**Don't miss what's happening**
People on Twitter are the first to know.          Log in          Sign up



Tweet

**Steve hill** @thehillgun · Nov 9, 2020
Replying to @CISAKrebs and @jaketapper
CNN s 2016 election "call" was apparently okay & fraud free, obviously. I know, I checked it earlier

💬          ↻          ♡ 3          ⬆

## More Replies

**R D McDonough** @Mcdonod53 · Nov 8, 2020          ···
Replying to @CISAKrebs and @MajorCBS
Regardless of anything you say the people of Texas believe the election was stolen.

💬 1          ↻ 1          ♡ 6          ⬆

**Al O'ween** @Al_roar · Nov 9, 2020          ···
the deranged satsuma won Texas though. Was it rigged?

💬          ↻          ♡          ⬆

**LolaSumafi** @LolaSumafi · Nov 9, 2020          ···
Replying to @CISAKrebs
Dennis Montgomery The whistleblower in 2015 against the CIA was the guy that created the hammer so how can you say it's not a real thing

💬 1          ↻          ♡ 1          ⬆

**johnny Jewster** @yessir1970 · Nov 9, 2020          ···
He cant if hes honest. He from the government and here to help.

💬 1          ↻          ♡          ⬆

**LolaSumafi** @LolaSumafi · Nov 9, 2020          ···
........from the government?
........ Here to help????

HA HA HA HA HA HA HA HA HA HA HA HA HA HA

💬          ↻          ♡ 1          ⬆

**R2Dizzy** @R_Mason79 · Nov 9, 2020          ···
Replying to @CISAKrebs and @jaketapper
Biden just doubled my rent? I thought he was for the working man?
The rich create jobs. Uh.... after the Biden lockdown no jobs.
Thank you Dems for tripling Gas prices and oh shhhh.... ur groceries will be atleast double now..
The rich pass on their cost.

💬 1          ↻          ♡          ⬆

**Don't miss what's happening**
People on Twitter are the first to know.

Log in          Sign up



← Tweet

🔍

⚙

♡ 1        ↻        ♡        ⬆

**Sid "" Beers** @SidBeers · Nov 9, 2020                            ···
I don't understand. Biden isn't president yet. He doubled your rent?

💬 1        ↻        ♡ 4        ⬆

**R2Dizzy** @R_Mason79 · Nov 9, 2020                            ···
When my lease is up next year guaranteed
Yep.
And the 34% property tax by Dems in Nashville

💬        ↻        ♡        ⬆

This Tweet was deleted by the Tweet author. Learn more

**R2Dizzy** @R_Mason79 · Nov 9, 2020                            ···
Uh have u seen his tax plans or his overall plans?... lol.
We will be fine good luck to you.

Rich people create jobs. Rich people will pass the increase tax on to
common folk.
We moved away from Cal. Now it's on for the whole country

💬 1        ↻        ♡        ⬆

This Tweet is from a suspended account. Learn more

**R2Dizzy** @R_Mason79 · Nov 9, 2020                            ···
You can remind me I'm black and who to vote for again in 4 years

💬        ↻        ♡        ⬆

This Tweet was deleted by the Tweet author. Learn more

**R2Dizzy** @R_Mason79 · Nov 9, 2020                            ···
Ahh it took about a year...
Since 2017 we've done almost triple irrigation installs/new landscaping

We just have pick up maybe 85-90 yards to keep staff....
Or just let them go and go small...
Depends on accountant

💬        ↻        ♡        ⬆

**Don't miss what's happening**
People on Twitter are the first to know.                    Log in    Sign up



Tweet

**RASPUTINtheREAL** @nthe_real · Nov 9, 2020

Replying to @CISAKrebs and @jaketapper

When Asked, Deny..

When It is Caught Live on CNN in a KY Race, Deny..

When Proven Deny, Deny, DENY!!

The Fraud Is Real whether a Glitch or Intentional Program, Fraud is Fraud and There is MOUNTAINOUS Evidence that not only is it Very Real but Very Widespread...

♡ 1

**Becky Calhoun** @beckylcalhoun · Nov 9, 2020

Very widespread but only where Trump lost.

♡ 1

**RASPUTINtheREAL** @nthe_real · Nov 9, 2020

Nope, there are Shenanigans in KY, NC in Certain Races For Senate and Governor... All Over the Nation.

This Tweet is unavailable. Learn more

This Tweet is from a suspended account. Learn more

This Tweet is unavailable. Learn more

**Lisa Green** @LisaGreenTXGal · Nov 7, 2020

Replying to @CISAKrebs

Five Words: Michigan and Dominion Voter Software

♡ 1   ♡ 7

**sandra paulley** ✝️ 🇺🇸 @slphouston · Nov 8, 2020

Replying to @CISAKrebs

How do you know this is nonsense?

♡ 1

**Tinka** @Tinka13030759 · Nov 8, 2020

Replying to @CISAKrebs

WRONG!

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up



Twitter

Replying to @CISAKrebs
WRONG!

**Tinka** @Tinka13030759 · Nov 8, 2020
Replying to @CISAKrebs
LIAR!

**JCToronto** @JCToronto1 · Nov 9, 2020
Replying to @CISAKrebs
Sorry pal..too late. VERY REAL and everyone knows about it.
Covering for the slime involved wont save Biden ass

**LolaSumafi** @LolaSumafi · Nov 9, 2020
Replying to @CISAKrebs
Oh....ok Chris.

well just because you said it's a nothing Burger well then I guess I should
just go ahead and believe you and forget all about it.

Meanwhile I'll just leave this here.....

EPISODE
31

LT. GEN. TOM
MCINERNEY
EXPLAINS HOW
DEMOCRATS ARE
TRYING TO STEAL
THE ELECTION

TWO MIKES

MICHAEL SCHEUER    COLONEL MIKE

noqreport.com
Lt. Gen. Tom McInerney exposes 'Scorecard,' the Democrats' voter frau...
Voter fraud is happening right now. We all know it; one would be hard
pressed to find a single American

**Chi - Plant trees • educate • save our planet!** @ChiPl... · Nov 9, 2020

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up

Tweet

**Chi - Plant trees • educate • save our planet!** @ChiPl... · Nov 9, 2020   •••
Replying to @CISAKrebs
The Republican lawyer who helped spearhead George W. Bush's legal strategy during the 2000 Florida recount, urges President Trump to respect the outcome of this election.

"Sir, you need to take a step back, look at the results. It is a democracy."

1:48   462.9K views

From 60 Minutes ✔

💬        ⟲        ♡ 4        ⬆

**#FauciLied** @ShillForHillary · Nov 9, 2020        •••
Replying to @CISAKrebs and @jaketapper

The following media includes potentially sensitive content.
Change settings                                           View

💬        ⟲ 1        ♡ 3        ⬆

**Greg Foan** @Gregoire1960 · Nov 9, 2020        •••
Replying to @CISAKrebs
I didn't realize what a tinfoil hat bunch of nutters MAGAs where until all this crap started circulating. I thought it was just the Q-Anon sect that were loonies but I guess not.

💬        ⟲        ♡ 6        ⬆

**Michael Sean O'Brien** @mttrailboss01 · Nov 9, 2020        •••
Replying to @CISAKrebs and @jaketapper
"The most (disliked) and (hated) man in America. and the World."   "Move Him Out ! !"   "Lock Him Up ! !"

💬        ⟲        ♡        ⬆

**Don't miss what's happening**
People on Twitter are the first to know.

Log in        Sign up



Tweet

Him Out ! !"   "Lock Him Up ! !"

**Jimmy L Crim** @crim_l · Nov 9, 2020
Replying to @CISAKrebs
The Hammer and Scorecard: Weapon of mass (vote) manipulation!!! Ok Hammer and Scorecard are CIA programs design to interfere in foreign elections now being used against US now.

ⓘ This claim about election fraud is disputed

**Jimmy L Crim** @crim_l · Nov 9, 2020
Replying to @CISAKrebs
In February 2009,the Obama administration commandeered a powerful supercomputer system known as THE HAMMER.

**Jimmy L Crim** @crim_l · Nov 9, 2020
Replying to @CISAKrebs
THE HAM.ER includes an exploit application known as SCORECARD,that is capable of hacking into election and stealing vote.

**Jimmy L Crim** @crim_l · Nov 9, 2020
Replying to @CISAKrebs
Which revealed that SCORECARD was deployed by Obama team against Florida election computers to steal the 2012 presidential election on behalf of President Obama and VP Biden

**Jimmy L Crim** @crim_l · Nov 9, 2020
Replying to @CISAKrebs
Also who was the Director of the CIA John Brennan and he is on record as hating Trump with a passion. Stated willingness to do anything so his chances of reelection

**Jimmy L Crim** @crim_l · Nov 9, 2020
Replying to @CISAKrebs
This time SCORECARD was used against Florida,Georgia,Texas,PA,Wisconsin, Michigan,Nevada,and Arizona,according to Montgomery

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up

Document title: Chris Krebs #Protect2020 on Twitter: &quot;To be crystal clear on □ , I'm specifically referring to the Hammer and Scorecard nonsense. It's just that ...
Capture URL: https://twitter.com/CISAKrebs/status/1325188644966117376
Capture timestamp (UTC): Wed, 27 Oct 2021 14:00:25 GMT



🐦 Tweet

This time SCORECARD was used against Florida,Georgia,Texas,PA,Wisconsin, Michigan,Nevada,and Arizona,according to Montgomery

💬 1          ⟲          ♡          ⬆️

**Jimmy L Crim** @crim_l · Nov 9, 2020

Replying to @CISAKrebs

So if you don't know , no states has called anything. That's what the fake news won't say. It was Fake Fox that started the first state call for Biden.

💬          ⟲          ♡ 1          ⬆️

**Jimmy L Crim** @crim_l · Nov 9, 2020

Replying to @CISAKrebs

What there thinking if they keep telling u.s. citizen the Biden won over and over. They believe we (us citizen) will start to believe it too

💬          ⟲          ♡ 1          ⬆️

**Marc Wilson** @MarcusWillieBoi · Nov 9, 2020

Replying to @CISAKrebs

parler.com/post/20ed6b906...

I'm going to believe this man over you 10x out of 10. #bot #sheep

💬          ⟲          ♡          ⬆️

**Carol in the 𝕹𝕮** @carol_NC66 · Nov 12, 2020

Replying to @CISAKrebs

Thank you for all you have done. I hope the Biden administration will try to get you back, we need people like you

💬          ⟲          ♡ 2          ⬆️

**#BritishWayOfLifeMatters** @wrysmile9 · Nov 13, 2020

Replying to @CISAKrebs

Election anomaly or what?
Just maybe there's an algorithm in play!
Election fraud by algorithm eruditely explained by Dr Shiva Ayyadurai @va_shiva, Phil Evans and Bennie Smith.
Well worth an unbiased hour, if you value democracy?

## Don't miss what's happening
People on Twitter are the first to know.

[ Log in ]    [ **Sign up** ]



pscp.tv
Dr.SHIVA LIVE: MIT PhD Analysis of Michigan Votes Reveals Unfortunate
Truth of U.S. Voting Systems.

♡ 1        ⇄        ♡        ⬆

**#BritishWayOfLifeMatters** @wrysmile9 · Nov 13, 2020        ...
Worth a watch too, if a tad technical.
Election fraud exposed, as database is manipulated and stored by a
Barcelona, Spain based company on servers in Frankfurt.
You couldn't make it up!
Wake up American voters, you're being duped by nefarious "glitches"!

bitchute.com
Interview with Source on Electronic Vote Fraud | CDMedia
Host L Todd Wood reveals the mechanics behind the electronic vote
steal operation in an interview with powerful source. An interesting sid...

♡ 1        ⇄        ♡        ⬆

**#BritishWayOfLifeMatters** @wrysmile9 · Nov 13, 2020        ...
Trust it sinks in with @SCOTUS what has happened in many States.
Shameful @GOP, @DNC, @POTUS and pretender @JoeBiden.
World is watching, clean it up and prosecute one and all complicit in fraud
on the People.
No excuses, DEMOCRACY is a hard master and deserves respect!

♡        ⇄        ♡        ⬆

**Don't miss what's happening**
People on Twitter are the first to know.        Log in    Sign up

Tweet

No excuses, DEMOCRACY is a hard master and deserves respect!

**Victoria** @puzzlecrazy · Nov 17, 2020
Replying to @CISAKrebs
Who are you that you feel that you announce this is nonsense and you are
assuming you any valid argument to stand on. You really do believe people
are idiots. Well yes the democrats are gullible but not the Republicans.

**Larry Clark** @LarryCl75693702 · Nov 22, 2020
Replying to @CISAKrebs
For clarification, Chris, are you saying Hammer-Scorecard does not exist and
never existed? Or that it wasn't used for these purposes?

**Charles Ponder** @ChuckR55 · Apr 13
Replying to @CISAKrebs
This will be great MR.PILLOW  make them prove that they didn't even screw
up 1 vote FOR TRUMP OR BIDEN. POOR DOMINION IS GOING DOWN.

**Shirley Mcneil** @Shirley56723135 · May 31
Replying to @CISAKrebs
You'll never feed me your lies! I don't know anything about you, Chris Krebs,
but I'll tell you this, you are a minnow in a big body of water and one day a
fish is going to have you. Do you know Jesus Christ? I pray you do, He
certainly loves you. Get out while you can ❗ ❗ ❗

**Rabiddogg** @Rabiddogg · Nov 7, 2020
Replying to @CISAKrebs and @MajorCBS
unless of course the state board of elections is the one doing the interfering.
Leave nothing the left does out of the realm of possibility, they are power
mad

♡ 1

**ShirleyQ** @ShirleyQx3 · Nov 7, 2020
Replying to @CISAKrebs
CISA is real. The gig is up for the voting fraud you didn't get your way and
those involved are going upstream for at least 20 years federal prison this is
not a laughing matter. Please share

♡ 1          ♡ 3

**Don't miss what's happening**
People on Twitter are the first to know.

Log in     Sign up

🐦 Tweet

not a laughing matter. Please share

🔍          💬          �recycle 1          ♡ 3          ⬆️

⚙️   🔴 TRUMP WON   **President Trump WON**🇺🇸🇺🇸 @KernsNini · Nov 8, 2020          •••
          Replying to @CISAKrebs
          So did you pickup the data Dead voters voting?.. 27K in MI 🤔🤔🤔🤔 im
          starting  to question  U

          💬 1          �recycle          ♡ 1          ⬆️

          **Hunk Norris** @hunknorris · Nov 8, 2020          •••
          Replying to @CISAKrebs
          You're full of shit, and a typical DC bureaucrat! You have zero credibility!
          #StopTheSteal #HAMMERandSCORECARD #ExposeTheCoup #QAnon
          #QAnon2020 #Q

          ⓘ  This claim about election fraud is disputed

          💬          �recycle          ♡ 1          ⬆️

          **Jaxxx (WTF-ing my way through life)** @mxvet89 · Nov 8, 2020          •••
          Replying to @CISAKrebs

          ┌──────────────┬─────────────────────────────────────────┐
          │ ▶️ SC🔴ORT   │ youtube.com                             │
          │              │ The Hammer and Scorecard , Part II, How Hammer ... │
          │              │ Watch as before your very own eyes the vote count │
          │              │ decreases for Bevins as the vote increases for his ... │
          └──────────────┴─────────────────────────────────────────┘

          💬          �recycle          ♡ 1          ⬆️

          **Pam** @olystubbies44 · Nov 8, 2020          •••
          Replying to @CISAKrebs
          Then why is twitter freaking out over it like a k pop star. #VoteHammer

          ⓘ  This claim about election fraud is disputed

          💬 1          �recycle 1          ♡ 3          ⬆️

          **Pam** @olystubbies44 · Nov 8, 2020          •••
          Hhahhahhaaaaa

          💬          �recycle          ♡ 2          ⬆️

          **MASKY McMASKFACE** @nonusername · Nov 8, 2020          •••
          Replying to @CISAKrebs
          Twitter is sure soon to put a warning on almost ANY post that mentions

**Don't miss what's happening**          [ Log in ]   [ Sign up ]
People on Twitter are the first to know.

Tweet

**MASKY McMASKFACE** @nonusername · Nov 8, 2020
Replying to @CISAKrebs
Twitter is sure eager to put a waning on almost ANY post that mentions hammer, regardless of context. Any idea as to why that might be?

💬          ⟲          ♡ 2          ⬆️

**Pam** @olystubbies44 · Nov 8, 2020
Replying to @CISAKrebs
Nah, we don't believe you on this, twitter can't even abide the word hammer and vote in a sentence, we all know by now that means we are way over target.

💬          ⟲ 1          ♡ 1          ⬆️

**MSM Antibodies** @BorisClinton · Nov 8, 2020
Replying to @CISAKrebs
Lol..... crystal clear.... you people are so lost.

Vault 7 🔍 "HAMR"

💬          ⟲          ♡ 1          ⬆️

**E v e o l v e 🇷🇺🇺🇸 NO DM!!** @eveolve1121 · Nov 8, 2020
Replying to @CISAKrebs
Are you nervous?

💬          ⟲          ♡          ⬆️

**Chicago Conservative** @ChicagoConserv6 · Nov 8, 2020
Replying to @CISAKrebs
Not sure who you are but Sidney Powell has evidence so I would suggest you talk to her. For now I believe her because she is a credible source.

💬          ⟲          ♡ 1          ⬆️

**bob** @OpenedMyEye · Nov 8, 2020
Replying to @CISAKrebs
While from a personal standpoint you may wish to provide clarity and 'peace of mind', professionally are you really able to confirm or deny the existence of specific tools & measures?

Can you explain the CNN Bashear/Bevin 560 vote swap graphic quickly hidden by Cooper's face?

💬 2          ⟲ 1          ♡ 2          ⬆️

**bob** @OpenedMyEye · Nov 8, 2020
If we've learned anything from the 1 letter agency, it's that not all messages are meant for us, the regular citizen, and game theory is deliberately

**Don't miss what's happening**
People on Twitter are the first to know.

Log in          Sign up



Tweet

**bob** @OpenedMyEye · Nov 8, 2020

If we've learned anything from the 1 letter agency, it's that not all messages are meant for us, the regular citizen, and game theory is deliberately deceptive at times. 'All is fair in love and WAR." We are at war, and we know it as well as you do Sir.

♡ 1

**Lady Liza** @clarityx · Nov 8, 2020
Replying to @CISAKrebs
Of course you will say that.

@SidneyPowell1 says different.  I'm with her.

♡ 10

**Ditto** 🟠 🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸 @iamditto1 · Nov 8, 2020
Replying to @CISAKrebs
@SidneyPowell1 - What's your take on this from the CISA Director?

♡ 1

**daniel22** @daniel280926805 · Nov 8, 2020
Replying to @CISAKrebs
You are either speaking out of ignorance or you are intellectually dishonest. 🔨 time.  @RealSheriffJoe #DennisMontgomery

♡ 1

**Ditto** 🟠 🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸 @iamditto1 · Nov 8, 2020
Replying to @CISAKrebs
@T_S_P_O_O_K_Y what do you make of this?

♡ 1

**Bullsh!t** @GOP_WH_News · Nov 8, 2020
Replying to @CISAKrebs
You keep peddling this "Have confidence in the system" bullshit.

It's a steaming pile.

youtu.be/ficae6x1Q5A

♡

**Jeff #Maga** @JeffMaga2020 · Nov 8, 2020
Replying to @CISAKrebs
Curious name, Rumor "Control"
Here's a free tip, if you want to dispel rumors then give us the facts on how the obvious fraud was perpetrated.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in     Sign up



Tweet

Curious name, Rumor Control

Here's a free tip, if you want to dispel rumors then give us the facts on how the obvious fraud was perpetrated.

**kathye nippert** @kathyenippert · Nov 8, 2020

Replying to @CISAKrebs

We have already had a " glitch" where trumps votes were changed to Biden. I believe Sydnie Powell that there is a problem. What say you on the "election" security ?

**Steph Hefna** @OMG_its_Steph32 · Nov 9, 2020

Replying to @CISAKrebs

You're full of sh!t

**Inquiring Mind** 🌸 @WLM87838735 · Nov 9, 2020

Replying to @CISAKrebs

So is @SidneyPowell1 being sent out to purposefully spread disinformation?? WTH is going on?!?!

**Kathryn George** @Kathryn02610560 · Nov 9, 2020

Replying to @CISAKrebs

Cruz and Graham are big assholes like trump to egg him on what is wrong with them they have children family is that the way they want their family see how they really act fakes liars crap stirred awful men that can't be looked up to come on help the cry baby grow up.

**Almost Normal** @93A4Jules · Nov 9, 2020

Replying to @CISAKrebs

MASK UP soy boy and go stand in the corner til we tell you that you can come out! 😊

**jascha rynek** @Jascha_Rynek · Nov 9, 2020

Replying to @CISAKrebs

DEmTaRDs R so sTupID that THEy MANAgEd TO PuLL Off The GREATESt ELEcTIoN FRaUd in HIsTOrY!!!!

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up

Tweet



💬          ⟲          ♡          ↥

**THUMP FOR ASTROS / Trumpism** @ThumpForTrump · Nov 9, 2020          •••
Replying to @CISAKrebs and @jaketapper
Texas has put its objections to the Dominion voting software online. This is
NOT some Trump conspiracy.

sos.texas.gov/elections/laws...

💬          ⟲          ♡          ↥

**Amanda harris** @Amandah25628004 · Nov 9, 2020          •••
Replying to @CISAKrebs and @jaketapper
This is crazy.  Are you saying votes can't be stolen?? That fraud in elections
can't happen?  That several people couldn't hatch a plan to do this?  Right
😂😂. You must think most of us are really naive.  That fact check is absurd!

💬          ⟲          ♡          ↥

**Girl Raised In The South** @grits116 · Nov 9, 2020          •••
Replying to @CISAKrebs and @jaketapper
I knew Joe had it in the bag by the size of crowds at his rallies and wow! He
will go down as the greatest orator this country has ever known. Lady Gaga
and Cher concerts? He was clearly America's choice, didn't need to do it, but
a nice touch. What a crowd pleaser.

💬 1          ⟲          ♡          ↥

**Girl Raised In The South** @grits116 · Nov 9, 2020          •••
You deserve the gov you're going to get.

💬          ⟲          ♡          ↥

**KBR** 🇺🇸 @Roberts175 · Nov 9, 2020          •••
Replying to @CISAKrebs and @jaketapper
If I made a software hack that changed votes, I would also plan tweets to
gaslight the populace if it worked. That would take an extra minute or two?

💬          ⟲ 1          ♡ 2          ↥

**BidenIsNotMyPresident** @deplorableluke · Nov 9, 2020          •••
Replying to @CISAKrebs
We know that Obama interfered in the Israeli election under his Presidency.
But God forbid, he would use it against 50% of American people.

💬          ⟲          ♡          ↥

**bob** @OpenedMyEye · Nov 9, 2020          •••
Replying to @CISAKrebs

---

**Don't miss what's happening**          Log in     Sign up
People on Twitter are the first to know.

Document title: Chris Krebs #Protect2020 on Twitter: &quot;To be crystal clear on ☐    , I'm specifically referring to the Hammer and Scorecard nonsense. It's just that -…
Capture URL: https://twitter.com/CISAKrebs/status/1325188644966117376
Capture timestamp (UTC): Wed, 27 Oct 2021 14:00:25 GMT





**Tweet**

LOL...

Opposite of Crystal Clear.

💬          🔁          ♡          ⬆️

**RC** @RhondaJunebug · Nov 9, 2020
Replying to @CISAKrebs
Sure

💬          🔁          ♡          ⬆️

**Nine Oneone America** @SmartmanAZ · Nov 10, 2020
Replying to @CISAKrebs
I think you're pontificating to a room that isn't listening. What you're saying about the election being more secure than ever isn't bearing out in the facts —seems to be illustrative evidence, but proves nothing.

Credible people are speaking out about hammer and scorecard.

(!)  This claim about election fraud is disputed

💬          🔁          ♡          ⬆️

**John Rudolph** @johnrudolph · Nov 10, 2020
Replying to @CISAKrebs
I think you're a fucking liar and you're trying to thwart from the truth.

💬          🔁          ♡          ⬆️

**anti-progressive** @antiprogressiv4 · Nov 10, 2020
Replying to @CISAKrebs
where is your evidence ?

💬          🔁          ♡          ⬆️

**WindsOfChange #BraceYourself** @2ndTimothyThree · Nov 10, 2020
Replying to @CISAKrebs
Being crystal clear.  Thou dost protest too much.

💬          🔁          ♡          ⬆️

**Juanonymous** @1_Decided_Voter · Nov 11, 2020
Replying to @CISAKrebs
Still standing by this statement?

💬 1          🔁 1          ♡ 1          ⬆️

**Juanonymous** @1_Decided_Voter · Nov 12, 2020

**Don't miss what's happening**
People on Twitter are the first to know.

[ Log in ]     [ Sign up ]



Tweet

🔍

⚙️

🇺🇸 **JANICE** 🇺🇸 @jdkitkat129 · Nov 13, 2020          · · ·
Replying to @CISAKrebs
So sad when the Deep state has you in their back pocket Chris Krebs. You
just sold your soul to the devil.
Vengeance is mine saith the Lord .
You will be repaid ror your lies and betrayal.

💬          ⇄          ♡          ⬆️

**Susan Jackson** @sjacksondirect · Nov 13, 2020          · · ·
Replying to @CISAKrebs
#Liar #LiesAfterLies #VoterFraudIsReal #Dominionsoftwareballothack

💬          ⇄          ♡          ⬆️

**Stephanie Tabor** @Stabor4Tabor · Nov 13, 2020          · · ·
Replying to @CISAKrebs
STOP LYING.

💬          ⇄          ♡          ⬆️

**AntiTyranny** @Thunderstruck04 · Nov 13, 2020          · · ·
Replying to @CISAKrebs
Your bio shows EXACTLY why nobody should trust any damned thing you
puke up.

💬          ⇄          ♡          ⬆️

**Don't miss what's happening**
People on Twitter are the first to know.

Log in     Sign up

← Tweet

**AntiTyranny** @Thunderstruck04 · Nov 13, 2020

Replying to @CISAKrebs

Your bio shows EXACTLY why nobody should trust any damned thing you puke up.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in     Sign up