# Exhibit 143



Document title: Donald J. Trump on Twitter: &quot;Hope everybody is watching @OANN right now. Other media afraid to show. People are coming forward like never…
Capture URL: https://web.archive.org/web/20201201215155/https://twitter.com/realdonaldtrump/status/1333856259662077954
Capture timestamp (UTC): Wed, 27 Oct 2021 14:06:19 GMT