# Exhibit 145

