# Exhibit 149

