# Exhibit 150



Document title: One America News on Twitter: &quot;Growing evidence of election fraud reveals that the presidency of the United States has been stolen from the…
Capture URL: https://twitter.com/OANN/status/1357535145574559746?ref_src=twsrc%5Etfw%7Ctwcamp%5Etweetembed%7Ctwterm…
Capture timestamp (UTC): Wed, 27 Oct 2021 14:22:16 GMT
Page 1 of 2



Document title: One America News on Twitter: &quot;Growing evidence of election fraud reveals that the presidency of the United States has been stolen from the…
Capture URL: https://twitter.com/OANN/status/1357535145574559746?ref_src=twsrc%5Etfw%7Ctwcamp%5Etweetembed%7Ctwterm…
Capture timestamp (UTC): Wed, 27 Oct 2021 14:22:16 GMT