**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )  Case No. _____ |
| v. | ) |
| HERRING NETWORKS, INC., d/b/a ONE AMERICA NEWS NETWORK, | )<br>)<br>) |
| Defendant. | )<br>) |

**<u>CERTIFICATE REQUIRED BY LCVR 26.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA</u>**

I, the undersigned counsel of record for Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited, which have any outstanding securities in the hands of the public.

- None

These representations are made in order that the judges of this Court may determine the need for recusal.

Dated: November 3, 2021

*/s/ Emily Newhouse Dillingham*
J. Erik Connolly (*pro hac vice forthcoming*)
Illinois ARDC No. 6269558
Email: econnolly@beneschlaw.com
Nicole E. Wrigley (*pro hac vice forthcoming*)
   Illinois ARDC No. 6278749
   Email: nwrigley@beneschlaw.com
Lauren C. Tortorella (*pro hac vice forthcoming*)
   Illinois ARDC No. 6324761
   Email: ltortorella@beneschlaw.com

Emily Newhouse Dillingham
   DC Bar No. IL0043
   Email: edillingham@beneschlaw.com

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312.212.4949

*Attorneys for the Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*