**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED, | ) ) ) ) ) |
| Plaintiffs, | ) ) Case No. 21-cv-02900-CJN |
| v. | ) ) |
| HERRING NETWORKS, INC., d/b/a ONE AMERICA NEWS NETWORK, | ) ) ) |
| Defendant. | ) ) ) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY NICOLE E. WRIGLEY**

Upon consideration of Plaintiffs' Motion for Admission *Pro Hac Vice* of Attorney Nicole E. Wrigley in the above-captioned matter and the Declaration of Nicole E. Wrigley in support thereof, and  it appearing that there is good cause to grant the motion, it is hereby

**ORDERED** that Plaintiffs' Motion for Admission *Pro Hac Vic*e of Attorney Nicole E. Wrigley is, **GRANTED**; and

**FURTHER ORDERED**, that Nicole E. Wrigley be allowed to appear *pro hac vice* in court proceedings in the above-captioned matter.

**SO ORDERED** this_____day of_____2021.

Dated: _____

_____
CARL J. NICHOLS
United States District Judge