# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>HERRING NETWORKS, INC., d/b/a ONE AMERICA NEWS NETWORK,<br><br>Defendant. | Case No. 21-cv-02900-CJN |

## PLAINTIFFS' MOTION FOR
## ADMISSION PRO HAC VICE OF ATTORNEY LAUREN C. TORTORELLA

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited ("Smartmatic") move for the admission and appearance of attorney Lauren C. Tortorella *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Lauren C. Tortorella, filed herewith. As set forth in Ms. Tortorella's declaration, she is admitted and in good standing with the Bar of the State of Illinois. Ms. Tortorella is also admitted to practice in the United States District Court for the Northern District of Illinois, the United States District Court for the Central District of Illinois, and the United States District Court for the Eastern District of Michigan.

This motion is supported and signed by Emily N. Dillingham, an active and sponsoring member of the Bar of this Court.

Dated: November 8, 2021

Respectfully submitted,

*/s/ Emily Newhouse Dillingham*
Emily Newhouse Dillingham
   DC Bar No. IL0043
   Email: edillingham@beneschlaw.com

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312.212.4949

*Attorneys for Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document will be filed with the Clerk of Court using the CM/ECF system on November 8, 2021, which will send notification of such filing to the following:

                                       */s/ Emily Newhouse Dillingham*
                                       Emily Newhouse Dillingham