IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>HERRING NETWORKS, INC., d/b/a ONE AMERICA NEWS NETWORK,<br><br>Defendant. | Case No. 21-cv-02900-CJN |

**DECLARATION OF LAUREN C. TORTORELLA**
**IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Civil Rule 83.2(d) of the United Sates District for the District of Columbia, I, Lauren C. Tortorella, hereby declare:

1. My full name is Lauren C. Tortorella. I serve as counsel for Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited.

2. I am an attorney practicing with the law firm of Benesch, Friedlander, Coplan & Aronoff LLP located at 71 S. Wacker Drive, 16th Floor, Chicago, IL 60606. My telephone number is (312) 212-4949.

3. I am admitted to and am a member in good standing with the State Bar of Illinois. I am also admitted to practice before the United States District Courts for the Northern and Central Districts of Illinois and the United States District Court for the Eastern District of Michigan.

4. I certify that there are no pending disciplinary proceedings against me before any bar, and I have not been disciplined by any bar in the past.

5. I have not previously been admitted *pro hac vice* in this Court.

6.     I do not practice law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 8, 2021.

*Lauren C. Tortorella*
Lauren C. Tortorella