# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>HERRING NETWORKS, INC., d/b/a ONE AMERICA NEWS NETWORK,<br><br>Defendant. | Case No. 21-cv-02900-CJN |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY LAUREN C. TORTORELLA

Upon consideration of Plaintiffs' Motion for Admission *Pro Hac Vice* of Attorney Lauren C. Tortorella in the above-captioned matter and the Declaration of Lauren C. Tortorella in support thereof, and it appearing that there is good cause to grant the motion, it is hereby

**ORDERED** that Plaintiffs' Motion for Admission *Pro Hac Vic*e of Attorney Lauren C. Tortorella is, **GRANTED**; and

**FURTHER ORDERED**, that Lauren C. Tortorella be allowed to appear *pro hac vice* in court proceedings in the above-captioned matter.

**SO ORDERED** this _____ day of _____ 2021.

Dated: _____

_____
CARL J. NICHOLS
United States District Judge