AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Smartmatic USA Corp., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 21-cv-02900-CJN |
| Herring Networks, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited          .

Date:    11/17/2021                                                        /s/ Nicole E. Wrigley
                                                                          *Attorney's signature*

                                                          Nicole E. Wrigley (Illinois 6278749)
                                                              *Printed name and bar number*

                                                    Benesch, Friedlander, Coplan & Aronoff LLP
                                                         71 S. Wacker Drive, Suite 1600
                                                            Chicago, Illinois 60606

                                                                    *Address*

                                                             nwrigley@beneschlaw.com
                                                                 *E-mail address*

                                                                  (312) 212-4949
                                                                *Telephone number*

                                                                  (312) 767-9192
                                                                   *FAX number*