AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| SMARTMATIC USA CORP., et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:21-cv-02900-CJN |
| HERRING NETWORKS, INC., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Herring Networks, Inc.             .

Date:    12/20/2021                                        /s/ Blaine C. Kimrey
                                                           *Attorney's signature*

                                                           Blaine C. Kimrey, Bar No. IL0091
                                                           *Printed name and bar number*

                                                           VEDDER PRICE P.C.
                                                           222 North LaSalle Street
                                                           Chicago, IL 60601

                                                           *Address*

                                                           bkimrey@vedderprice.com
                                                           *E-mail address*

                                                           (312) 609-7500
                                                           *Telephone number*

                                                           (312) 609-5005
                                                           *FAX number*