# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>  Plaintiffs,<br><br>  v.<br><br>MY PILLOW, INC., and MICHAEL J. LINDELL,<br><br>  Defendants. | Case No. 1:21-cv-00445-CJN |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY STEPHEN E. MORRISSEY

Upon consideration of Plaintiffs' Motion for Admission *Pro Hac Vice* of Attorney Stephen E. Morrissey in the above-captioned matter and the Declaration of Stephen E. Morrissey in support thereof, and it appearing that there is good cause to grant the motion, it is hereby

**ORDERED**, that Plaintiffs' Motion for Admission *Pro Hac Vice* of Attorney Stephen E. Morrissey be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED**, that Stephen E. Morrissey be allowed to appear *pro hac vice* in court proceedings in the above-captioned matter.

**SO ORDERED** this _____ day of _____ 2021.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE