**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:21-cv-00445-CJN |
| MY PILLOW, INC., and MICHAEL J. LINDELL, | ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFFS' MOTION FOR**
**ADMISSION *PRO HAC VICE* OF ATTORNEY ELISHA BARRON**

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, Plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation move for the admission and appearance of attorney Elisha Barron *pro hac vice* in the above-entitled action.  This motion is supported by the Declaration of Elisha Barron, filed herewith.  As set forth in Ms. Barron's declaration, she is admitted and in good standing in the following bars and courts: State Bar of New York and all New York State Courts; the United States District Courts for the Southern District of New York, Eastern District of New York, and Eastern District of Texas; and the United States Courts of Appeals for the Federal Circuit, Second Circuit, and Eighth Circuit.

This motion is supported and signed by Thomas A. Clare, P.C., an active and sponsoring member of the Bar of this Court.

Dated: March 26, 2021                     Respectfully submitted,

                                          */s/ Thomas A. Clare, P.C.*
                                          Thomas A. Clare, P.C. (D.C. Bar No. 461964)
                                          Megan L. Meier (D.C. Bar No. 985553)
                                          Dustin A. Pusch (D.C. Bar No. 1015069)
                                          CLARE LOCKE LLP
                                          10 Prince Street
                                          Alexandria, VA 22314
                                          Telephone: (202) 628-7400
                                          tom@clarelocke.com
                                          megan@clarelocke.com
                                          dustin@clarelocke.com

                                          Justin A. Nelson (D.C. Bar No. 490347)
                                          SUSMAN GODFREY L.L.P.
                                          1000 Louisiana Street, Suite 5100
                                          Houston, TX 77002
                                          Telephone: (713) 653-7895
                                          Facsimile:  (713) 654-6666
                                          jnelson@susmangodfrey.com

                                          *Counsel for Plaintiffs*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing document will be filed with the Clerk of Court using the CM/ECF system and sent via email on March 26, 2021 to the following:

Douglas A. Daniels, Esq.
Daniels & Tredennick PLLC
6363 Woodway Drive, Suite 700
Houston, TX 77057
Email: doug.daniels@dtlawyers.com

*Counsel for Defendant Michael J. Lindell*

Andrew Parker, Esq.
Parker Daniel Kibort
888 Colwell Building
123 Third Street North
Minneapolis, Minnesota 5401
Email: parker@parkerdk.com

*Counsel for Defendant My Pillow, Inc.*

*/s/ Thomas A. Clare, P.C.*
Thomas A. Clare, P.C.