IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>    Plaintiffs,<br><br>        v.<br><br>MY PILLOW, INC., and MICHAEL J. LINDELL,<br><br>    Defendants. | Case No. 1:21-cv-00445-CJN |

**DECLARATION OF EMILY CRONIN
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, I, Emily Cronin, hereby declare:

1. My full name is Emily Cronin. I serve as counsel for plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation.

2. I am an attorney practicing with the law firm of Susman Godfrey L.L.P. located at 1900 Avenue of the Stars, Suite 1400, Los Angeles, CA 90067. My telephone number is (310) 789-3100.

3. I am a member in good standing of the State Bar of California and am admitted to practice in all California State Courts.

4. I certify that there are no pending disciplinary proceedings against me before any bar, and I have not been disciplined by any bar in the past.

5. I have not previously been admitted *pro hac vice* in this Court.

6. I do not practice law from an office located in the District of Columbia.

2

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 26, 2021.

              [NEED WET SIGNATURE]
Emily Cronin

2