## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:21-cv-00445-CJN |
| MY PILLOW, INC., and MICHAEL J. LINDELL, | ) ) ) | |
| Defendants. | ) ) | |

## DECLARATION OF BRITTANY FOWLER
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, I, Brittany Fowler, hereby declare:

1.      My full name is Brittany Fowler.  I serve as counsel for plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation.

2.      I am an attorney practicing with the law firm of Susman Godfrey L.L.P. located at 1900 Avenue of the Stars, Suite 1400, Los Angeles, CA 90067.  My telephone number is (310) 789-3100.

3.      I am a member in good standing of the State Bars of California and Texas.  I am also admitted to practice before the following courts:

All California and Texas State Courts; the United States District Courts for the Central and Northern Districts of California; the United States District Court for the Southern District of Texas; and the United States Court of Appeals for the Ninth Circuit.

4.      I certify that there are no pending disciplinary proceedings against me before any bar, and I have not been disciplined by any bar in the past.

5.      I have not previously been admitted *pro hac vice* in this Court.

6.      I do not practice law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on March 26, 2021.

_____
Brittany Fowler