IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., *et al.*,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>HERRING NETWORKS, INC.,<br><br>　　　　　　Defendant. | No. 1:21-cv-02900-CJN<br><br>Judge Carl J. Nichols |

## **INDEX OF EXHIBITS**

The following exhibits in support of Smartmatic's Opposition to Defendant's Motion to Dismiss or Transfer are attached to the supporting declaration of Lauren C. Tortorella:

1. Brief of One America News Network as Amicus Curiae Opposing Plaintiffs' Motions for a Temporary Restraining Order and Preliminary Injunction, filed in *Cable News Network, Inc., et al. v. Donald J. Trump, et al.*, Case No. 18-cv-02610-TJK (D.D.C.), at ECF No. 18-1, dated November 15, 2018.

2. OANN, Press Release, *Newly Organized National White House Correspondents Association Launches, Offers Counterpoint to 117-Year-Old White House Correspondents' Association*, dated August 20, 2020.

3. Complaint and Demand for Jury Trial, filed in *Herring Networks, Inc. v. AT&T Services, Inc., et al.*, Case No. CV 16-1636 (C.D. Cal.), at ECF No. 1, dated March 9, 2016.

4. Out of Home Advertising Association of America, *2021 Nielson DMA Rankings* (2021).

5. U.S. Census Bureau, *District of Columbia Geography Profile*, https://data.census.gov/cedsci/profile?g=0400000US11 (last visited Apr. 13, 2022).

6. Complaint and Demand for Jury Trial, filed in *Herring Networks, Inc. v. AT&T, Inc., et al.*, Case No. 37-2022-00008623-CU-BC-CTL (Super. Ct. Cal., San Diego Cty.), dated March 7, 2022.

7. OANN, Press Release, *One America News Network Appoints Chanel Rion to Lead White House Coverage*, dated January 13, 2020.

1

8. OANN, Press Release, *One America News Hires Christina Bobb for DC and Administration News Coverage*, dated June 10, 2020.

9. OANN, Press Release, *"One America News Investigates—The Ukraine Hoax: Impeachment, Biden Cash, And Mass Murder with Michael Caputo" To Air This Saturday And Sunday At 10 Pm ET, 7 Pm PT*, dated January 21, 2020.

10. OANN, Press Release, *One America News To Debut Special Featuring Exclusive Interviews With Former Ukrainian Officials And Rudy Giuliani, Debunking Schiff's Impeachment Narrative*, dated February 7, 2020.