IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., *et al.*, | |
| Plaintiffs, | No. 1:21-cv-02900-CJN |
| v. | |
| HERRING NETWORKS, INC., | Judge Carl J. Nichols |
| Defendant. | |

**DECLARATION OF LAUREN C. TORTORELLA IN SUPPORT OF SMARTMATIC'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR TRANSFER**

I, Lauren C. Tortorella, make this declaration pursuant to 28 U.S.C. § 1746. I hereby declare under penalty of perjury that the following is true and correct:

1.  I am an attorney at Benesch, Friedlander, Coplan & Aronoff LLP and counsel for Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation (collectively, "Smartmatic") in this action. As such, I am fully familiar with the facts and circumstances of the matters stated in this declaration.

2.  Attached as **Exhibit 1** is a true and correct highlighted copy of the Brief of One America News Network as Amicus Curiae Opposing Plaintiffs' Motions for a Temporary Restraining Order and Preliminary Injunction, filed in *Cable News Network, Inc., et al. v. Donald J. Trump, et al.*, Case No. 18-cv-02610-TJK (D.D.C.), at ECF No. 18-1, dated November 15, 2018. Pursuant to the Court's Standing Order § 8(b), highlighting has been added to direct the Court's attention to the most relevant material.

3.  Attached as **Exhibit 2** is a true and correct highlighted copy of a press release issued by OANN titled "Newly Organized National White House Correspondents Association Launches, Offers Counterpoint to 117-Year-Old White House Correspondents' Association," dated August

1

20, 2020. I printed a copy of the article to PDF using the software program Adobe Acrobat from the website URL https://www.oann.com/newly-organized-national-white-house-correspondents-association-launches-offers-counterpoint-to-117-year-old-white-house-correspondents-association/, on April 13, 2022. I did not alter or change any material part of the content appearing at the above URL in the process of generating the document labeled as Exhibit 2. Pursuant to the Court's Standing Order § 8(b), highlighting has been added to direct the Court's attention to the most relevant material.

4. Attached as **Exhibit 3** is a true and correct highlighted copy of the Complaint and Demand for Jury Trial, filed in *Herring Networks, Inc. v. AT&T Services, Inc., et al.*, Case No. CV 16-1636 (C.D. Cal.), at ECF No. 1, dated March 9, 2016. Pursuant to the Court's Standing Order § 8(b), highlighting has been added to direct the Court's attention to the most relevant material.

5. Attached as **Exhibit 4** is a true and correct copy of the *2021 Nielsen DMA Rankings* published by Out of Home Advertising Association of America. I downloaded the document labeled as Exhibit 4 from the website URL https://oaaa.org/Portals/0/Public%20PDFs/OAAA%202021%20NIELSEN%20DMA%20Rankings%20Report.pdf, on April 13, 2022. I did not alter or change any material part of the content appearing at the above URL in the process of generating the document labeled as Exhibit 4.

6. Attached as **Exhibit 5** is a true and correct highlighted copy of *District of Columbia Geography Profile* published by the United States Census Bureau. I directed my colleague, Steven Delaney, to print a copy of the webpage to PDF using the software program PageVault from the website URL https://data.census.gov/cedsci/profile?g=0400000US11, on April 13, 2022. Mr. Delaney, at my direction, did not alter or change any material part of the content appearing at the above URL in the process of generating the document labeled as Exhibit 5. Pursuant to the Court's

Standing Order § 8(b), highlighting has been added to direct the Court's attention to the most relevant material.

7. Attached as **Exhibit 6** is a true and correct highlighted copy of the Complaint and Demand for Jury Trial, filed in *Herring Networks, Inc. v. AT&T, Inc., et al.*, Case No. 37-2022-00008623-CU-BC-CTL (Super. Ct. Cal., San Diego Cty.), dated March 7, 2022. Pursuant to the Court's Standing Order § 8(b), highlighting has been added to direct the Court's attention to the most relevant material.

8. Attached as **Exhibit 7** is a true and correct copy of a press release issued by OANN titled "One America News Network Appoints Chanel Rion to Lead White House Coverage," dated January 13, 2020. I printed a copy of the article to PDF using the software program Adobe Acrobat from the website URL https://www.oann.com/one-america-news-network-appoints-chanel-rion-to-lead-white-house-coverage/, on April 13, 2022. I did not alter or change any material part of the content appearing at the above URL in the process of generating the document labeled as Exhibit 7.

9. Attached as **Exhibit 8** is a true and correct copy of a press release issued by OANN titled "One America News Hires Christina Bobb for DC and Administration News Coverage," dated June 10, 2020. I printed a copy of the article to PDF using the software program Adobe Acrobat from the website URL https://www.oann.com/one-america-news-hires-christina-bobb-for-dc-and-administration-news-coverage/, on April 13, 2022. I did not alter or change any material part of the content appearing at the above URL in the process of generating the document labeled as Exhibit 8.

10. Attached as **Exhibit 9** is a true and correct copy of a press release issued by OANN titled "'One America News Investigates—The Ukraine Hoax: Impeachment, Biden Cash, And

Mass Murder with Michael Caputo' To Air This Saturday And Sunday At 10 Pm ET, 7 Pm PT," dated January 21, 2020. I printed a copy of the article to PDF using the software program Adobe Acrobat from the website URL https://www.oann.com/one-america-news-investigates-the-ukraine-hoax-impeachment-biden-cash-and-mass-murder-with-michael-caputo-to-air-this-saturday-and-sunday-at-10-pm-et-7-pm-pt/, on April 13, 2022. I did not alter or change any material part of the content appearing at the above URL in the process of generating the document labeled as Exhibit 9.

11. Attached as **Exhibit 10** is a true and correct copy of a press release issued by OANN titled "One America News To Debut Special Featuring Exclusive Interviews With Former Ukrainian Officials And Rudy Giuliani, Debunking Schiff's Impeachment Narrative," dated February 7, 2020. I printed a copy of the article to PDF using the software program Adobe Acrobat from the website URL https://www.oann.com/one-america-news-to-debut-special-featuring-exclusive-interviews-with-former-ukrainian-officials-and-rudy-giuliani-debunking-schiffs-impeachment-narrative/, on April 13, 2022. I did not alter or change any material part of the content appearing at the above URL in the process of generating the document labeled as Exhibit 10.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 15, 2022
Executed at Chicago, Illinois

Respectfully submitted,

*Lauren C Tortorella*

_____
Lauren C. Tortorella

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of April 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system.

*/s/ J. Erik Connolly*
J. Erik Connolly
