# Exhibit 2

HOME    ABOUT OAN    SHOWS    SHOP    CONTACT

CAREERS



TOP NEWS | FROM DC | VIDEO | SHOP | TV SCHEDULE | LIVE     Wednesday, April 13th

TRENDING    SECY. OF STATE BLINKEN: WE HAVE SEEN AN ALARMING     SEARCH …

# Newly Organized National White House Correspondents Association Launches, Offers Counterpoint To 117-Year-Old White House Correspondents' Association

August 20, 2020



OAN launches FreeTalk45: Freedom of Speech Online -- Join Today!



**Newly Organized National White House Correspondents Association Launches, Offers Counterpoint to 117-Year-Old White House Correspondents' Association**

**Founder Calls Existing Organization "Exclusionary" An "Old Boys' Club" of "Press Bullies" Operating Rent Free on White House Grounds, Without Legal Standing**



Democrats in favor of Title 42 now worried about border being slammed

Chanel Rion, Chief White House Correspondent for One America News Network (OAN), announced today, the

formal launch of the National White House Correspondents Association (NWHCA). Rion's newly formed correspondents' organization has begun accepting applications by invitation only.

NWHCA's first phase mission aims to accomplish the following: – Bring more balance and diverse questions in the White House briefing room – Foster meaningful discussion and debate at the White House – Restore free and open press coverage in the briefing room and coverage of the White House

The NWHCA seeks to restore balance and diversity of viewpoints in White House news coverage. The American public is served best when all voices are heard and the President's message is unfiltered. According to Rion the WHCA has maneuvered almost all balance and diversity out of the White House correspondents' pool and briefing room demonstrating daily that they consider America's free press the exclusive property of the "progressive" reformers of Washington. This is not representative of a free and balanced press.

NWHCA's presence at the White House will create a healthier atmosphere for our nation. Our republic thrives best when all viewpoints are considered and discussed.

Rion founded the NWHCA on her own initiative in Delaware, April 2020, after her experience with the White House Correspondents' Association (WHCA) included their vote to expel Rion from the WHCA— a club of which she had never even been a member.
Moving forward, Rion's NWHCA is seeking shared control of the White House briefing room and all other delegated press functions with the 117-year-old WHCA in order to restore balance to White House reporting which at present, largely amounts to a confederation of journalists with long socialist agendas and deep links to the Democrat Party.
Rion has volunteered to serve without remuneration throughout what she says will be the organizational



**Miss. bolsters election security with new law**



**Secy. of State Blinken: We have seen an alarming recession of democracy**



**Biden blames Russia for intensifying inflation**

Advertisement

period of sixty months including all of the second Trump administration. Part of that organizational period will include the NWHCA's expectation to set up legal networks, state by state, to defend the First Amendment and press rights in the courts.

BACKGROUND: Rion became nationally controversial after traveling to Ukraine with Rudy Giuliani, President Trump's personal attorney, to film money laundering and bribery testimony related to Joe and Hunter Biden. In 2019, Rion interviewed high profile witnesses in Ukraine that Adam Schiff had concealed from the American public in the Trump impeachment hearings. Thereafter Rion became a target of WHCA members' orchestrated smear campaigns.

Nonetheless, President Trump recognized, often, OAN's efforts to deliver real news to the American public. After the WHCA failed in its attempt to evict Rion from the White House Briefing Room, Rion returned daily as a guest of the White House by permission of Press Secretaries Stephanie Grisham and Kayleigh McEnany. WHCA relegated Rion to stand in the back of the room, segregated and roped off from the rest of the press pool. Rion was defended and protected by thousands of supporters after WHCA members attempted to smear her by concocting stories they invented and fed to the tabloid Daily Mail. WHCA members claimed Rion no longer deserved any presence in the White House nor in the Brady Briefing Room.

Rion, who graduated from Harvard University in 2015 after five years in Cambridge, says she had no aspirations in broadcasting and was not specifically trained in journalism beyond several journalism courses and intensive writing as an honors graduate in International Relations and Religion with film production training.

As a stalwart defender of the First Amendment, she soon found herself recruited by Charles and Robert Herring of the OAN Network in 2019 where she found her lifetime of dedication to constitutional and conservative causes perfectly suited.



She looks forward to a future where NWHCA will contribute to balance and accuracy in White House reportage.

For more information: **www.nwhca.press**

   SHARE        TWEET         PIN         SHARE

© COPYRIGHT 2022 — HERRING NETWORKS, INC. ALL RIGHTS RESERVED.   CONTACT   |   WHERE TO WATCH   |   AFFILIATE RELATIONS   |   BRAND   |   CAREERS   |   TERMS   |   PRIVACY POLICY   |   COOKIE POLICY