# Exhibit 4



# 2021 NIELSEN DMA RANKINGS

| DMA Name | 2021 Rank | 2020 Rank | Rank Position Change | Total Homes 2021 | Total Homes 2020 |
|---|---|---|---|---|---|
| New York | 1 | 1 | 0 | 7,452,620 | 6,824,120 |
| Los Angeles | 2 | 2 | 0 | 5,735,230 | 5,145,350 |
| Chicago | 3 | 3 | 0 | 3,471,560 | 3,256,400 |
| Philadelphia | 4 | 4 | 0 | 2,997,360 | 2,758,330 |
| Dallas-Ft. Worth | 5 | 5 | 0 | 2,962,520 | 2,563,320 |
| San Francisco-Oak-San Jose | 6 | 6 | 0 | 2,653,270 | 2,364,740 |
| Atlanta | 7 | 10 | 3 | 2,648,970 | 2,269,270 |
| Houston | 8 | 8 | 0 | 2,569,900 | 2,330,180 |
| Washington, DC (Hagrstwn) | 9 | 7 | -2 | 2,565,580 | 2,351,930 |
| Boston (Manchester) | 10 | 9 | -1 | 2,489,620 | 2,302,680 |
| Phoenix (Prescott) | 11 | 11 | 0 | 2,158,240 | 1,879,780 |
| Seattle-Tacoma | 12 | 13 | 1 | 2,098,800 | 1,764,680 |
| Tampa-St. Pete (Sarasota) | 13 | 12 | -1 | 2,035,250 | 1,800,600 |
| Minneapolis-St. Paul | 14 | 15 | 1 | 1,887,390 | 1,697,370 |
| Detroit | 15 | 14 | -1 | 1,862,620 | 1,737,170 |
| Denver | 16 | 17 | 1 | 1,798,440 | 1,532,320 |
| Orlando-Daytona Bch-Melbrn | 17 | 18 | 1 | 1,731,360 | 1,492,640 |
| Miami-Ft. Lauderdale | 18 | 16 | -2 | 1,693,450 | 1,642,220 |
| Cleveland-Akron (Canton) | 19 | 19 | 0 | 1,511,970 | 1,366,110 |
| Sacramnto-Stkton-Modesto | 20 | 20 | 0 | 1,459,260 | 1,317,500 |
| Portland,OR | 21 | 22 | 1 | 1,315,470 | 1,112,500 |
| Charlotte | 22 | 21 | -1 | 1,290,660 | 1,125,970 |
| St. Louis | 23 | 23 | 0 | 1,239,210 | 1,099,590 |
| Raleigh-Durham (Fayetvlle) | 24 | 27 | 3 | 1,237,230 | 1,025,320 |
| Indianapolis | 25 | 25 | 0 | 1,182,500 | 1,053,830 |
| Pittsburgh | 26 | 24 | -2 | 1,166,130 | 1,079,900 |
| San Diego | 27 | 29 | 2 | 1,132,300 | 981,650 |
| Baltimore | 28 | 26 | -2 | 1,129,830 | 1,039,490 |
| Nashville | 29 | 28 | -1 | 1,102,340 | 983,180 |
| Salt Lake City | 30 | 30 | 0 | 1,100,260 | 952,470 |
| San Antonio | 31 | 31 | 0 | 1,031,180 | 916,970 |
| Hartford & New Haven | 32 | 33 | 1 | 1,002,710 | 885,890 |
| Columbus, OH | 33 | 34 | 1 | 999,300 | 877,490 |
| Kansas City | 34 | 32 | -2 | 986,160 | 896,850 |

| DMA Name | 2021 Rank | 2020 Rank | Rank Position Change | Total Homes 2021 | Total Homes 2020 |
|---|---|---|---|---|---|
| Greenvll-Spart-Ashevll-And | 35 | 38 | 3 | 940,000 | 787,930 |
| Cincinnati | 36 | 37 | 1 | 925,900 | 828,250 |
| Milwaukee | 37 | 35 | -2 | 921,920 | 837,300 |
| Austin | 38 | 40 | 2 | 912,400 | 736,770 |
| West Palm Beach-Ft. Pierce | 39 | 36 | -3 | 870,720 | 828,980 |
| Las Vegas | 40 | 39 | -1 | 833,510 | 743,220 |
| Grand Rapids-Kalmzoo-B.Crk | 41 | 45 | 4 | 781,080 | 653,100 |
| Harrisburg-Lncstr-Leb-York | 42 | 47 | 5 | 772,810 | 641,660 |
| Jacksonville | 43 | 41 | -2 | 756,960 | 690,400 |
| Oklahoma City | 44 | 43 | -1 | 755,340 | 666,690 |
| Birmingham (Ann and Tusc) | 45 | 44 | -1 | 730,440 | 666,170 |
| Norfolk-Portsmth-Newpt Nws | 46 | 42 | -4 | 725,580 | 684,310 |
| Greensboro-H.Point-W.Salem | 47 | 49 | 2 | 717,110 | 635,580 |
| Albuquerque-Santa Fe | 48 | 46 | -2 | 716,800 | 648,350 |
| Louisville | 49 | 48 | -1 | 696,070 | 636,150 |
| New Orleans | 50 | 50 | 0 | 663,520 | 615,480 |
| Memphis | 51 | 51 | 0 | 619,610 | 580,600 |
| Providence-New Bedford | 52 | 56 | 4 | 619,140 | 543,430 |
| Buffalo | 53 | 52 | -1 | 612,780 | 576,710 |
| Ft. Myers-Naples | 54 | 53 | -1 | 608,640 | 564,250 |
| Fresno-Visalia | 55 | 55 | 0 | 607,200 | 550,860 |
| Richmond-Petersburg | 56 | 54 | -2 | 585,030 | 555,630 |
| Mobile-Pensacola (Ft Walt) | 57 | 57 | 0 | 584,290 | 518,740 |
| Wilkes Barre-Scranton-Hztn | 58 | 60 | 2 | 571,470 | 497,830 |
| Little Rock-Pine Bluff | 59 | 62 | 3 | 562,060 | 472,560 |
| Albany-Schenectady-Troy | 60 | 59 | -1 | 556,730 | 500,400 |
| Tulsa | 61 | 58 | -3 | 552,980 | 509,560 |
| Knoxville | 62 | 61 | -1 | 535,230 | 491,810 |
| Lexington | 63 | 64 | 1 | 499,880 | 425,890 |
| Tucson (Sierra Vista) | 64 | 65 | 1 | 479,780 | 421,820 |
| Dayton | 65 | 63 | -2 | 476,790 | 445,240 |
| Spokane | 66 | 70 | 4 | 470,210 | 381,590 |
| Honolulu | 67 | 66 | -1 | 464,090 | 414,130 |
| Des Moines-Ames | 68 | 68 | 0 | 457,040 | 393,470 |
| Green Bay-Appleton | 69 | 67 | -2 | 455,560 | 394,210 |
| Wichita-Hutchinson Plus | 70 | 72 | 2 | 447,710 | 378,930 |
| Roanoke-Lynchburg | 71 | 69 | -2 | 446,270 | 384,120 |
| Omaha | 72 | 71 | -1 | 439,530 | 380,630 |
| Flint-Saginaw-Bay City | 73 | 77 | 4 | 439,380 | 360,530 |
| Springfield, MO | 74 | 73 | -1 | 432,370 | 373,700 |
| Charleston-Huntington | 75 | 74 | -1 | 426,980 | 367,290 |

| DMA Name | 2021 Rank | 2020 Rank | Rank Position Change | Total Homes 2021 | Total Homes 2020 |
|---|---|---|---|---|---|
| Columbia, SC | 76 | 75 | -1 | 421,760 | 365,850 |
| Rochester, NY | 77 | 76 | -1 | 412,190 | 361,750 |
| Portland-Auburn | 78 | 79 | 1 | 409,560 | 349,470 |
| Huntsville-Decatur (Flor) | 79 | 78 | -1 | 409,200 | 351,610 |
| Toledo | 80 | 80 | 0 | 408,590 | 347,480 |
| Madison | 81 | 81 | 0 | 408,570 | 343,350 |
| Colorado Springs-Pueblo | 82 | 85 | 3 | 386,620 | 327,530 |
| Waco-Temple-Bryan | 83 | 82 | -1 | 383,820 | 333,300 |
| Paducah-Cape Girard-Harsbg | 84 | 84 | 0 | 382,300 | 330,920 |
| Harlingen-Wslco-Brnsvl-McA | 85 | 83 | -2 | 380,530 | 331,520 |
| Shreveport | 86 | 86 | 0 | 375,420 | 321,190 |
| Syracuse | 87 | 87 | 0 | 373,320 | 320,830 |
| Chattanooga | 88 | 92 | 4 | 373,120 | 305,340 |
| Charleston, SC | 89 | 91 | 2 | 369,800 | 309,250 |
| Champaign&Sprngfld-Decatur | 90 | 88 | -2 | 365,240 | 315,780 |
| Savannah | 91 | 89 | -2 | 364,630 | 315,400 |
| Cedar Rapids-Wtrlo-IWC&Dub | 92 | 90 | -2 | 357,480 | 311,260 |
| El Paso (Las Cruces) | 93 | 93 | 0 | 343,530 | 295,070 |
| Baton Rouge | 94 | 94 | 0 | 335,670 | 293,610 |
| Ft. Smith-Fay-Sprngdl-Rgrs | 95 | 101 | 6 | 327,930 | 265,520 |
| Burlington-Plattsburgh | 96 | 96 | 0 | 326,000 | 283,080 |
| Jackson, MS | 97 | 95 | -2 | 323,800 | 284,110 |
| South Bend-Elkhart | 98 | 98 | 0 | 320,050 | 277,380 |
| Myrtle Beach-Florence | 99 | 97 | -2 | 314,030 | 277,560 |
| Tri-Cities, TN-VA | 100 | 99 | -1 | 312,560 | 273,310 |
| Boise | 101 | 102 | 1 | 311,270 | 261,140 |
| Greenville-N.Bern-Washngtn | 102 | 100 | -2 | 308,190 | 265,820 |
| Davenport-R.Island-Moline | 103 | 103 | 0 | 298,580 | 259,590 |
| Reno | 104 | 104 | 0 | 293,750 | 254,040 |
| Lincoln & Hastings-Krny | 105 | 107 | 2 | 287,510 | 248,550 |
| Evansville | 106 | 105 | -1 | 285,880 | 250,120 |
| Johnstown-Altoona-St Colge | 107 | 106 | -1 | 282,430 | 248,880 |
| Tallahassee-Thomasville | 108 | 109 | 1 | 281,680 | 239,650 |
| Sioux Falls (Mitchell) | 109 | 113 | 4 | 277,210 | 229,420 |
| Tyler-Longview(Lfkn&Ncgd) | 110 | 114 | 4 | 276,520 | 223,590 |
| Ft. Wayne | 111 | 110 | -1 | 273,680 | 238,610 |
| Augusta-Aiken | 112 | 108 | -4 | 271,640 | 240,270 |
| Eugene | 113 | 117 | 4 | 263,100 | 218,200 |
| Fargo | 114 | 116 | 2 | 262,440 | 218,360 |
| Lansing | 115 | 112 | -3 | 262,310 | 230,640 |
| Springfield-Holyoke | 116 | 111 | -5 | 257,110 | 231,600 |

| DMA Name | 2021 Rank | 2020 Rank | Rank Position Change | Total Homes 2021 | Total Homes 2020 |
|---|---|---|---|---|---|
| Yakima-Pasco-Rchlnd-Knnwck | 117 | 118 | 1 | 256,130 | 215,940 |
| Traverse City-Cadillac | 118 | 121 | 3 | 253,730 | 209,210 |
| Youngstown | 119 | 115 | -4 | 249,300 | 220,670 |
| Macon | 120 | 119 | -1 | 243,340 | 211,110 |
| SantaBarbra-SanMar-SanLuOb | 121 | 126 | 5 | 242,220 | 195,870 |
| Lafayette, LA | 122 | 123 | 1 | 237,720 | 203,470 |
| Peoria-Bloomington | 123 | 120 | -3 | 235,550 | 209,320 |
| Monterey-Salinas | 124 | 124 | 0 | 234,150 | 202,080 |
| Bakersfield | 125 | 125 | 0 | 232,010 | 200,460 |
| Montgomery-Selma | 126 | 122 | -4 | 228,760 | 207,020 |
| Columbus, GA (Opelika, AL) | 127 | 130 | 3 | 221,700 | 183,620 |
| Wilmington | 128 | 127 | -1 | 219,160 | 189,830 |
| La Crosse-Eau Claire | 129 | 129 | 0 | 217,880 | 185,920 |
| Corpus Christi | 130 | 128 | -2 | 210,160 | 188,210 |
| Amarillo | 131 | 132 | 1 | 190,340 | 162,010 |
| Chico-Redding | 132 | 131 | -1 | 189,580 | 171,710 |
| Columbus-Tupelo-West Point | 133 | 133 | 0 | 184,570 | 161,740 |
| Medford-Klamath Falls | 134 | 135 | 1 | 182,510 | 155,130 |
| Columbia-Jefferson City | 135 | 137 | 2 | 181,120 | 154,210 |
| Wausau-Rhinelander | 136 | 134 | -2 | 180,920 | 158,720 |
| Salisbury | 137 | 136 | -1 | 174,080 | 154,900 |
| Odessa-Midland | 138 | 145 | 7 | 173,210 | 141,600 |
| Rockford | 139 | 138 | -1 | 172,720 | 152,400 |
| Duluth-Superior | 140 | 139 | -1 | 171,400 | 150,930 |
| Minot-Bsmrck-Dcknsn(Wlstn) | 141 | 146 | 5 | 171,030 | 136,930 |
| Topeka | 142 | 144 | 2 | 170,640 | 142,240 |
| Monroe-El Dorado | 143 | 140 | -3 | 169,140 | 148,210 |
| Beaumont-Port Arthur | 144 | 143 | -1 | 168,210 | 143,130 |
| Lubbock | 145 | 142 | -3 | 167,660 | 143,380 |
| Palm Springs | 146 | 141 | -5 | 167,650 | 147,650 |
| Anchorage | 147 | 151 | 4 | 158,570 | 125,510 |
| Sioux City | 148 | 148 | 0 | 155,090 | 131,210 |
| Wichita Falls & Lawton | 149 | 147 | -2 | 153,870 | 132,830 |
| Rochestr-Mason City-Austin | 150 | 150 | 0 | 149,660 | 129,600 |
| Erie | 151 | 152 | 1 | 148,830 | 125,340 |
| Joplin-Pittsburg | 152 | 153 | 1 | 146,870 | 121,260 |
| Panama City | 153 | 149 | -4 | 145,260 | 130,350 |
| Albany, GA | 154 | 154 | 0 | 142,860 | 120,240 |
| Bangor | 155 | 159 | 4 | 141,120 | 111,070 |
| Terre Haute | 156 | 160 | 4 | 137,190 | 110,480 |
| Biloxi-Gulfport | 157 | 155 | -2 | 137,020 | 116,300 |

| DMA Name | 2021 Rank | 2020 Rank | Rank Position Change | Total Homes 2021 | Total Homes 2020 |
|---|---|---|---|---|---|
| Idaho Fals-Pocatllo(Jcksn) | 158 | 162 | 4 | 136,150 | 101,030 |
| Sherman-Ada | 159 | 158 | -1 | 135,390 | 112,160 |
| Gainesville | 160 | 156 | -4 | 135,120 | 114,400 |
| Missoula | 161 | 163 | 2 | 128,570 | 100,830 |
| Binghamton | 162 | 161 | -1 | 127,800 | 106,510 |
| Wheeling-Steubenville | 163 | 157 | -6 | 127,010 | 114,140 |
| Bluefield-Beckley-Oak Hill | 164 | 166 | 2 | 123,020 | 98,530 |
| Abilene-Sweetwater | 165 | 164 | -1 | 116,310 | 100,790 |
| Yuma-El Centro | 166 | 165 | -1 | 116,250 | 99,710 |
| Billings | 167 | 168 | 1 | 114,850 | 91,950 |
| Hattiesburg-Laurel | 168 | 167 | -1 | 108,610 | 96,000 |
| Rapid City | 169 | 169 | 0 | 105,510 | 86,610 |
| Clarksburg-Weston | 170 | 173 | 3 | 103,610 | 84,680 |
| Utica | 171 | 172 | 1 | 102,000 | 84,750 |
| Dothan | 172 | 171 | -1 | 100,840 | 85,140 |
| Lake Charles | 173 | 170 | -3 | 100,340 | 85,970 |
| Quincy-Hannibal-Keokuk | 174 | 174 | 0 | 99,840 | 84,040 |
| Jackson, TN | 175 | 176 | 1 | 97,320 | 78,940 |
| Harrisonburg | 176 | 175 | -1 | 97,020 | 84,030 |
| Charlottesville | 177 | 182 | 5 | 94,530 | 70,490 |
| Elmira (Corning) | 178 | 178 | 0 | 92,150 | 72,530 |
| Bowling Green | 179 | 177 | -2 | 87,660 | 72,620 |
| Watertown | 180 | 181 | 1 | 85,670 | 71,180 |
| Alexandria, LA | 181 | 178 | -3 | 85,620 | 72,530 |
| Jonesboro | 182 | 183 | 1 | 84,400 | 69,470 |
| Marquette | 183 | 180 | -3 | 84,030 | 71,920 |
| Bend, OR | 184 | 185 | 1 | 79,710 | 63,720 |
| Butte-Bozeman | 185 | 186 | 1 | 79,650 | 63,320 |
| Laredo | 186 | 184 | -2 | 77,640 | 65,330 |
| Grand Junction-Montrose | 187 | 188 | 1 | 74,740 | 61,390 |
| Lafayette, IN | 188 | 187 | -1 | 74,690 | 61,520 |
| Twin Falls | 189 | 191 | 2 | 69,610 | 55,050 |
| Lima | 190 | 189 | -1 | 67,390 | 56,850 |
| Meridian | 191 | 190 | -1 | 64,050 | 56,790 |
| Great Falls | 192 | 192 | 0 | 64,020 | 53,210 |
| Eureka | 193 | 197 | 4 | 61,330 | 47,550 |
| Parkersburg | 194 | 193 | -1 | 60,750 | 51,240 |
| Cheyenne-Scottsbluff | 195 | 196 | 1 | 60,470 | 48,930 |
| Greenwood-Greenville | 196 | 194 | -2 | 58,830 | 50,270 |
| San Angelo | 197 | 195 | -2 | 58,000 | 50,220 |
| Casper-Riverton | 198 | 199 | 1 | 55,770 | 43,760 |

| DMA Name | 2021 Rank | 2020 Rank | Rank Position Change | Total Homes 2021 | Total Homes 2020 |
|---|---|---|---|---|---|
| Mankato | 199 | 198 | -1 | 54,290 | 46,920 |
| Ottumwa-Kirksville | 200 | 201 | 1 | 46,870 | 37,440 |
| St. Joseph | 201 | 200 | -1 | 45,070 | 38,780 |
| Fairbanks | 202 | 203 | 1 | 36,800 | 27,970 |
| Zanesville | 203 | 204 | 1 | 33,580 | 27,650 |
| Victoria | 204 | 202 | -2 | 33,490 | 28,500 |
| Helena | 205 | 205 | 0 | 31,090 | 25,720 |
| Presque Isle | 206 | 206 | 0 | 27,140 | 22,340 |
| Juneau | 207 | 207 | 0 | 26,160 | 18,730 |
| Alpena | 208 | 208 | 0 | 16,450 | 14,280 |
| North Platte | 209 | 209 | 0 | 14,630 | 12,010 |
| Glendive | 210 | 210 | 0 | 3,900 | 3,630 |

*Source: The Nielsen Company*