# Exhibit 5

An official website of the United States government   Here's how you know ⌄

United States®
Census Bureau

All    Tables    Maps    Pages                                              Microdata    Help    FAQ    Feedback

District of Columbia

# District of Columbia

State in United States



District of Columbia has a land area of 61.1 square miles and a water area of 7.2 square miles. It is the 51st largest state by area. District of Columbia is bordered by Maryland and Virginia.

| Total Population | Median Household Income | Bachelor's Degree or Higher | Employment Rate | Total Housing Units | Without Health Care Coverage | Total Employer Establishments | Total Households |
|---|---|---|---|---|---|---|---|
| 689,545 | $90,842 | 59.8% | 65.2% | 350,364 | 3.7% | 23,993 | 288,307 |

Hispanic or Latino (of any race)
77,652

## Populations and People

### Age and Sex

34.1 +/- 0.1
Median Age in District of Columbia

38.2 +/- 0.1

### Population by Age Range in District of Columbia                    VIEW OPTIONS ⌄

Under 5 years - 6.4%

Under 18 years - 18.0%

An official website of the United States government  Here's how you know  ˅

United States®
Census
Bureau

| All | Tables | Maps | Pages | | Microdata | Help | FAQ | Feedback |

**District of Columbia**

Populations and People

Income and Poverty

Education

Employment

Housing

Health

Business and Economy

Families and Living Arrangemen

Government

Race and Ethnicity

Nearby States

**38.2** +/- 0.1
Median Age in United States

Table:
S0101

Table Survey/Program:
2020 American Community Survey 5-Year Estimates

Under 18 years - 18.0%

18 years and over - 82.0%

65 years and over - 12.2%

0%    10%    20%    30%    40%    50%    60%    70%    80%    90%

Chart Survey/Program: 2020 ACS 5-Year Estimates Data Profiles

**Ancestry**

**4.0%** +/- 0.2%
Italian Ancestry in District of Columbia

**5.1%** +/- 0.1%
Italian Ancestry in United States

Table:
DP02

Table Survey/Program:
2020 American Community Survey 5-Year Estimates

**Ancestry in District of Columbia**

| VIEW OPTIONS ˅ |

English - 5.6%

French (except Basque) - 1.6%

German - 7.3%

Irish - 7.1%

Italian - 4.0%

Norwegian - 0.6%

Polish - 2.2%

Scottish - 1.3%

Subsaharan African - 3.2%

0%    1%    2%    3%    4%    5%    6%    7%    8%



An official website of the United States government   Here's how you know

**Census**
United States®

All    Tables    Maps    Pages

Microdata    Help    FAQ    Feedback

**District of Columbia**

Populations and People

Income and Poverty

Education

Employment

Housing

Health

Business and Economy

Families and Living Arrangement

Government

Race and Ethnicity

Nearby States

S1601

Table Survey/Program:
2020 American Community Survey 5-Year Estimates

Other languages - 2.0%

0%    10%    20%    30%    40%    50%    60%    70%    80%    90%

Chart Survey/Program: 2020 ACS 5-Year Estimates Data Profiles

### Native and Foreign Born

**13.4** +/- 0.4
Foreign Born population in District of Columbia

**13.5** +/- 0.1
Foreign Born population in United States

Table:
DP02
Table Survey/Program:
2020 American Community Survey 5-Year Estimates

### Foreign Born Population in District of Columbia

VIEW OPTIONS ⌄

Naturalized U.S. citizen - 45.6%

Not a U.S. citizen - 54.4%

0%    5%    10%    15%    20%    25%    30%    35%    40%    45%    50%    55%

Chart Survey/Program: 2020 ACS 5-Year Estimates Data Profiles

### Older Population

**12.2%** +/- 0.1%
65 Years and Older in District of Columbia

**16.0%** +/- 0.1%
65 Years and Older in United States

Table:
DP05

### Older Population by Age in District of Columbia

VIEW OPTIONS ⌄

65 to 74 years - 7.0%

75 to 84 years - 3.6%

An official website of the United States government  Here's how you know ⌄

United States®
Census
Bureau

All    Tables    Maps    Pages

Microdata    Help    FAQ    Feedback

**District of Columbia**

Populations and People

Income and Poverty

Education

Employment

Housing

Health

Business and Economy

Families and Living Arrangemen

Government

Race and Ethnicity

Nearby States

Table:
DP05
Table Survey/Program:
2020 American Community Survey 5-Year Estimates

85 years and over - 1.6%

| 0% | 0.5% | 1% | 1.5% | 2% | 2.5% | 3% | 3.5% | 4% | 4.5% | 5% | 5.5% | 6% | 6.5% | 7% |

Chart Survey/Program: 2020 ACS 5-Year Estimates Data Profiles

---

**Residential Mobility**

**8.2%** +/- 0.4%
Moved From a Different State in the Last Year in District of Columbia

**2.3%** +/- 0.1%
Moved From a Different State in the Last Year in United States

Table:
S0701
Table Survey/Program:
2020 American Community Survey 5-Year Estimates

**Residential Mobility in the Last Year in District of Columbia**    VIEW OPTIONS ⌄

Moved within the Same County - 9.7%

Moved from a Different County, Same State - 0.0%

Moved from a Different State - 8.2%

Moved from Abroad - 1.5%

| 0% | 1% | 2% | 3% | 4% | 5% | 6% | 7% | 8% | 9% | 10% |

Chart Survey/Program: 2020 ACS 5-Year Estimates Subject Tables

---

**Veterans**

**4.5%** +/- 0.2%
Veterans in District of Columbia

**7.1%** +/- 0.1%

**Veterans by Sex in District of Columbia**    VIEW OPTIONS ⌄

Male - 88.6%

---

An official website of the United States government   Here's how you know ∨

United States®
Census Bureau

| All | Tables | Maps | Pages | | | | Microdata | Help | FAQ | Feedback |

**District of Columbia**

Populations and People

Income and Poverty

Education

Employment

Housing

Health

Business and Economy

Families and Living Arrangement

Government

Race and Ethnicity

Nearby States

**7.1%** +/- 0.1%
Veterans in United States

Table:
S2101
Table Survey/Program:
2020 American Community Survey 5-Year Estimates

Male - 88.6%

Female - 11.4%

| 0% | 10% | 20% | 30% | 40% | 50% | 60% | 70% | 80% | 90% |

Chart Survey/Program: 2020 ACS 5-Year Estimates Subject Tables

## Income and Poverty

### Income and Earnings

**$90,842** +/- $1,580
Median Household Income in District of Columbia

**$64,994** +/- $128
Median Household Income in United States

Table:
S1901
Table Survey/Program:
2020 American Community Survey 5-Year Estimates

**Median Income by Types of Families in District of Columbia**     VIEW OPTIONS ∨

Families - $120,337

Married-couple families - $187,153

Nonfamily households - $75,477

| $0 | $20K | $40K | $60K | $80K | $100K | $120K | $140K | $160K | $180K | $200K |

Chart Survey/Program: 2020 ACS 5-Year Estimates Subject Tables

### Poverty

15.5%

**Poverty by Age in District of Columbia**     VIEW OPTIONS ∨

United States Census

| All | Tables | Maps | Pages | | Microdata | Help | FAQ | Feedback |

**District of Columbia**

Populations and People

Income and Poverty

Education

Employment

Housing

Health

Business and Economy

Families and Living Arrangements

Government

Race and Ethnicity

Nearby States

**Poverty**

**Poverty by Age in District of Columbia**

VIEW OPTIONS ▾

15.5% +/- 0.5%

Poverty, All people in District of Columbia

12.8% +/- 0.1%

Poverty, All people in United States

Table:
S1701

Table Survey/Program:
2020 American Community Survey 5-Year Estimates

Under 18 years - 22.8%

18 to 64 years - 13.8%

65 years and over - 13.7%

0%  2%  4%  6%  8%  10%  12%  14%  16%  18%  20%  22%  24%

Chart Survey/Program: 2020 ACS 5-Year Estimates Data Profiles

**Education**

**Educational Attainment**

**Education Attainment (Population 25 Years and Older) in District of Columbia**

VIEW OPTIONS ▾

59.8% +/- 0.6%

Bachelor's Degree or Higher in District of Columbia

32.9% +/- 0.1%

Bachelor's Degree or Higher in United States

Table:
S1501

Table Survey/Program:
2020 American Community Survey 5-Year Estimates

High School or equivalent degree - 16.6%

Some college, no degree - 12.6%

Associate's degree - 2.9%

Bachelor's degree - 25.3%

Graduate or professional degree - 34.5%

0%  5%  10%  15%  20%  25%  30%  35%

Chart Survey/Program: 2020 ACS 5-Year Estimates Data Profiles

Advertisement

An official website of the United States government  Here's how you know

United States Census

| All | Tables | Maps | Pages | | Microdata | Help | FAQ | Feedback |

**District of Columbia**

Populations and People

Income and Poverty

Education

Employment

Housing

Health

Business and Economy

Families and Living Arrangements

Government

Race and Ethnicity

Nearby States

Chart Survey/Program: 2020 ACS 5-Year Estimates Data Profiles

## School Enrollment

**48.4%** +/- 0.7%
School Enrolled Population Enrolled in Kindergarten to 12th Grade in District of Columbia

**66.3%** +/- 0.1%
School Enrolled Population Enrolled in Kindergarten to 12th Grade in United States

Table:
S1401

Table Survey/Program:
2020 American Community Survey 5-Year Estimates

### School Enrollment (Population 3 Years and Over Enrolled in School) in District of Columbia

[ VIEW OPTIONS ⌄ ]

Nursery school, preschool - 8.9%

Kindergarten to 12th grade - 48.4%

College, undergraduate - 27.7%

Graduate, professional school - 15.0%

0%   5%   10%   15%   20%   25%   30%   35%   40%   45%   50%

Chart Survey/Program: 2020 ACS 5-Year Estimates Subject Tables

## Employment

### Class of Worker

**24.8%** +/- 0.6%
Local, State, & Federal Government Workers in District of Columbia

**13.9%** +/- 0.1%
Local, State, & Federal Government Workers in United States

Table:
S2406

Table Survey/Program:
2020 American Community Survey 5-Year Estimates

### Class of Worker in District of Columbia

[ VIEW OPTIONS ⌄ ]

Employee of private company workers - 47.9%

Self-employed in own incorporated business workers - 3.2%

Private not-for-profit wage and salary workers - 19.7%

Local, state, and federal government workers - 24.8%

Self-employed in own not incorporated business workers and unpaid family workers - 4.5%

An official website of the United States government   Here's how you know ∨

United States®
Census
Bureau

| All | Tables | Maps | Pages | | Microdata | Help | FAQ | Feedback |

**District of Columbia**

Populations and People

Income and Poverty

Education

Employment

Housing

Health

Business and Economy

Families and Living Arrangements

Government

Race and Ethnicity

Nearby States

Table Survey/Program:
2020 American Community Survey 5-Year Estimates

Self-employed in own not incorporated business workers and unpaid family workers - 4.5%

| 0% | 5% | 10% | 15% | 20% | 25% | 30% | 35% | 40% | 45% | 50% |

Chart Survey/Program: 2020 ACS 5-Year Estimates Subject Tables

## Commuting

**30.9** +/- 0.2
Average travel time to work (in minutes) in District of Columbia

**26.9** +/- 0.1
Average travel time to work (in minutes) in United States

Table:
S0801
Table Survey/Program:
2020 American Community Survey 5-Year Estimates

### Means of Transportation to Work (Workers 16 Years and Over) in District of Columbia    VIEW OPTIONS ∨

Drove alone - 32.1%

Carpool - 4.9%

Public transportation - 31.5%

Walked - 12.5%

Other means - 6.7%

Worked from home - 12.3%

| 0% | 5% | 10% | 15% | 20% | 25% | 30% | 35% |

Chart Survey/Program: 2020 ACS 5-Year Estimates Data Profiles

## Employment and Labor Force Status

**65.2%** +/- 0.5%
Employment Rate in District of Columbia

**59.6%** +/- 0.1%
Employment Rate in United States

Table:

### Employment Rate in District of Columbia    VIEW OPTIONS ∨

72%
70%
68%
66%
64%

61.8%   62.8%   63.4%   64.4%   65.1%   65.2%

All | Tables | Maps | Pages | Microdata | Help | FAQ | Feedback

**District of Columbia**

Populations and People

Income and Poverty

Education

Employment

Housing

Health

Business and Economy

Families and Living Arrangements

Government

Race and Ethnicity

Nearby States

Table:
DP03
Table Survey/Program:
2020 American Community Survey 5-Year Estimates

60.7%    61.8%    62.8%    63.4%

64%
62%
60%
58%
56%
54%
     2014    2015    2016    2017    2018    2019    2020

Chart Survey/Program: 2020 ACS 5-Year Estimates Data Profiles

### Industry

**61.1%** +/- 21.4%
Females in Agriculture, Forestry, Fishing and Hunting in District of Columbia

**18.0%** +/- 0.3%
Females in Agriculture, Forestry, Fishing and Hunting in United States

Table:
S2404
Table Survey/Program:
2020 American Community Survey 5-Year Estimates

**Industry for the Civilian Employed Population 16 Years and Over in District of Columbia**    [ VIEW OPTIONS ⌄ ]

Agriculture, forestry, fishing and hunting, and mining - 0.2%

Construction - 2.8%

Manufacturing - 1.1%

Wholesale trade - 0.6%

Retail trade - 4.6%

Transportation and warehousing, and utilities - 3.3%

Information - 3.6%

Finance and insurance, and real estate and rental and leasing - 6.4%

Professional, scientific, and management, and administrative and waste management services - 24.0%

Educational services, and health care and social assistance - 18.2%

Arts, entertainment, and recreation, and accommodation and food services - 9.0%

---

Document title: Census - Geography Profile
Capture URL: https://data.census.gov/cedsci/profile?g=0400000US11
Capture timestamp (UTC): Wed, 13 Apr 2022 18:09:34 GMT

United States®
Census
Bureau

| All | Tables | Maps | Pages | | Microdata | Help | FAQ | Feedback |

**District of Columbia**

Populations and People

Income and Poverty

Education

Employment

Housing

Health

Business and Economy

Families and Living Arrangements

Government

Race and Ethnicity

Nearby States

Arts, entertainment, and recreation, and accommodation and food services - 9.0%

Other services, except public administration - 9.5%

Public administration - 16.8%

0%   2%   4%   6%   8%   10%   12%   14%   16%   18%   20%   22%   24%

Chart Survey/Program: 2020 ACS 5-Year Estimates Data Profiles

---

**Occupation**

**40.2%** +/- 2.0%

Females in Computer, Engineering and Science Occupations in District of Columbia

**26.3%** +/- 0.1%

Females in Computer, Engineering and Science Occupations in United States

Table:
S2401

Table Survey/Program:
2020 American Community Survey 5-Year Estimates

**Occupation for the Civilian Employed Population 16 Years and Over in District of Columbia**    | VIEW OPTIONS ⌄ |

Management, business, science, and arts occupations - 250,232

Service occupations - 51,907

Sales and office occupations - 55,564

Natural resources, construction, and maintenance occupations - 10,168

Production, transportation, and material moving occupations - 14,237

0   20K   40K   60K   80K   100K   120K   140K   160K   180K   200K   220K   240K   260K

Chart Survey/Program: 2020 ACS 5-Year Estimates Subject Tables

---

**Work Experience**

**40.3** +/- 0.2

Mean Usual Hours Worked for Workers in District of Columbia

**Mean Usual Hours Worked for Workers by Sex in District of Columbia**    | VIEW OPTIONS ⌄ |

Male - 41.6%

Document title: Census - Geography Profile
Capture URL: https://data.census.gov/cedsci/profile?g=0400000US11
Capture timestamp (UTC): Wed, 13 Apr 2022 18:09:34 GMT

All    Tables    Maps    Pages

Microdata    Help    FAQ    Feedback

**District of Columbia**

Populations and People

Income and Poverty

Education

Employment

Housing

Health

Business and Economy

Families and Living Arrangements

Government

Race and Ethnicity

Nearby States

Columbia

**38.8** +/- 0.1
Mean Usual Hours Worked for Workers in United States

Table:
S2303

Table Survey/Program:
2020 American Community Survey 5-Year Estimates

Male - 41.6%

Female - 39.1%

0%    5%    10%    15%    20%    25%    30%    35%    40%    45%

Chart Survey/Program: 2020 ACS 5-Year Estimates Subject Tables

## Housing

**Financial Characteristics**

**$1,607** +/- $24
Median Gross Rent in District of Columbia

**$1,096** +/- $1
Median Gross Rent in United States

Table:
DP04

Table Survey/Program:
2020 American Community Survey 5-Year Estimates

**Occupied Units Paying Rent in District of Columbia**

VIEW OPTIONS ⌄

Less than $500 - 10.1%

$500 to $999 - 12.2%

$1,000 to $1,499 - 23.2%

$1,500 to $1,999 - 21.1%

$2,000 to $2,499 - 14.6%

$2,500 to $2,999 - 8.6%

$3,000 or more - 10.3%

0%    2%    4%    6%    8%    10%    12%    14%    16%    18%    20%    22%    24%

Chart Survey/Program: 2020 ACS 5-Year Estimates Data Profiles



**District of Columbia**

Populations and People

Income and Poverty

Education

Employment

Housing

Health

Business and Economy

Families and Living Arrangement

Government

Race and Ethnicity

Nearby States

## Occupancy Characteristics

**312,448**

Occupied Housing Units in District of Columbia

**126,817,580**

Occupied Housing Units in United States

Table:
H1

Table Survey/Program:
2020 Decennial Census

## Occupied Housing Units by Types of Households in District of Columbia

VIEW OPTIONS ⌄

Married-couple family - 50,123

Male householder, no spouse present - 4,315

Female householder, no spouse present - 13,031

| 0 | 5K | 10K | 15K | 20K | 25K | 30K | 35K | 40K | 45K | 50K | 55K |

Chart Survey/Program: 2020 ACS 5-Year Estimates Subject Tables

## Owner/Renter (Householder) Characteri...

**6.8%** +/- 0.5%

Moved 2019 or Later Into Occupied Housing Unit in District of Columbia

**4.8%** +/- 0.1%

Moved 2019 or Later Into Occupied Housing Unit in United States

Table:
S2502

Table Survey/Program:
2020 American Community Survey 5-Year Estimates

## Moved 2019 or Later Into Occupied Housing Unit by Type of Units in District of Columbia

VIEW OPTIONS ⌄

Owner-occupied housing units - 3.7%

Renter-occupied housing units - 9.1%

| 0% | 1% | 2% | 3% | 4% | 5% | 6% | 7% | 8% | 9% | 10% |

Chart Survey/Program: 2020 ACS 5-Year Estimates Subject Tables

🇺🇸 An official website of the United States government  Here's how you know ⌄

United States® Census Bureau

| All | Tables | Maps | Pages | | Microdata | Help | FAQ | Feedback |

**District of Columbia**

- Populations and People
- Income and Poverty
- Education
- Employment
- Housing
- Health
- Business and Economy
- Families and Living Arrangements
- Government
- Race and Ethnicity
- Nearby States

Chart Survey/Program: 2020 ACS 5-Year Estimates Subject Tables

### Physical Characteristics

**12.9%** +/- 0.4%

Occupied Housing Units with Four or More Bedrooms in District of Columbia

**22.8%** +/- 0.1%

Occupied Housing Units with Four or More Bedrooms in United States

Table:
S2504

Table Survey/Program:
2020 American Community Survey 5-Year Estimates

### Bedrooms in Occupied Housing Units in District of Columbia

VIEW OPTIONS ⌄



Chart Survey/Program: 2020 ACS 5-Year Estimates Subject Tables

### Vacancy

**37,916**

Vacant Housing Units in District of Columbia

**13,681,156**

Vacant Housing Units in United States

Table:
H1

Table Survey/Program:
2020 Decennial Census

### Vacancy Rate in District of Columbia

VIEW OPTIONS ⌄

An official website of the United States government  Here's how you know  ⌄

United States®
**Census**
Bureau

| All | Tables | Maps | Pages | | Microdata | Help | FAQ | Feedback |

**District of Columbia**

Populations and People

Income and Poverty

Education

Employment

Housing

Health

Business and Economy

Families and Living Arrangements

Government

Race and Ethnicity

Nearby States

2%
0%
2014    2015    2016    2017    2018    2019    2020

Chart Survey/Program: 2020 ACS 5-Year Estimates Data Profiles

## Health

### Disability

**11.4%** +/- 0.3%
Disabled Population in District of Columbia

**12.7%** +/- 0.1%
Disabled Population in United States

Table:
S1810

Table Survey/Program:
2020 American Community Survey 5-Year Estimates

### Types of Disabilities in District of Columbia

VIEW OPTIONS ⌄

Hearing difficulty - 2.0%
Vision difficulty - 2.5%
Cognitive difficulty - 4.8%
Ambulatory difficulty - 6.2%
Self-care difficulty - 2.2%
Independent living difficulty - 4.9%

0%   0.5%   1%   1.5%   2%   2.5%   3%   3.5%   4%   4.5%   5%   5.5%   6%   6.5%

Chart Survey/Program: 2020 ACS 5-Year Estimates Subject Tables

### Fertility

**212,190** +/- 528
Women 15 to 50 years old in District of Columbia

**76,683,447** +/- 12,514
Women 15 to 50 years old in United States

Table:
S1301

### Women with Births in the Past 12 Months in District of Columbia

VIEW OPTIONS ⌄

15 to 19 years - 230

20 to 34 years - 5,220

An official website of the United States government  Here's how you know

**Census**
United States®
Census Bureau

| All | Tables | Maps | Pages | | Microdata | Help | FAQ | Feedback |

**District of Columbia**

Populations and People

Income and Poverty

Education

Employment

Housing

Health

Business and Economy

Families and Living Arrangements

Government

Race and Ethnicity

Nearby States

Table:
S1301
Table Survey/Program:
2020 American Community Survey 5-Year Estimates

35 to 50 years - 2,989

0   500   1K   1.5K   2K   2.5K   3K   3.5K   4K   4.5K   5K   5.5K

Chart Survey/Program: 2020 ACS 5-Year Estimates Subject Tables

## Health Insurance

**3.7%** +/- 0.3%
Without Health Care Coverage in District of Columbia

**8.7%** +/- 0.1%
Without Health Care Coverage in United States

Table:
S2701
Table Survey/Program:
2020 American Community Survey 5-Year Estimates

### Population Without Health Insurance Coverage in District of Columbia

VIEW OPTIONS ⌄



| | 6.4% | 5.8% | 5.2% | 4.7% | 4.0% | 3.7% | 3.7% |

2014   2015   2016   2017   2018   2019   2020

Chart Survey/Program: 2020 ACS 5-Year Estimates Data Profiles

## Business and Economy

### Annual Payroll for All Counties within District of Columbia

VIEW OPTIONS ⌄

An official website of the United States government   Here's how you know ⌄

United States® Census Bureau

| All | Tables | Maps | Pages | | Microdata | Help | FAQ | Feedback |

**District of Columbia**

Populations and People

Income and Poverty

Education

Employment

Housing

Health

Business and Economy

Families and Living Arrangements

Government

Race and Ethnicity

Nearby States



This content is currently unavailable

The content in this section can't be displayed right now.

Source: 2016 ECNSVY Business Patterns County Business Patterns

$39,833,690                                                             $39,833,690

This content is currently unavailable

The content in this section can't be displayed right now.

### Selected Sales and Revenue Totals in District of Columbia

VIEW OPTIONS ⌄

Total accommodation and food services sales - $5,101,602

Total health care and social assistance receipts/revenue - $8,963,981

Total merchant wholesaler sales - $4,102,757

Total retail sales - $4,439,933

$0    $1M    $2M    $3M    $4M    $5M    $6M    $7M    $8M    $9M

Chart Survey/Program: 2012 ECN Core Statistics Summary Statistics for the U.S., States, and Selected Geographies: 2017

**Small Business**



**Small Business**

**23,993**
Total Employer Establishments in District of Columbia for Table default NAICS

**7,959,103**
Total Employer Establishments in United States for Table default NAICS

Table:
CB1900CBP

Table Survey/Program:
2019 Economic Surveys Business Patterns

## Families and Living Arrangements

**Children**

**18.0%** +/- 0.1%
Under 18 years old in District of Columbia

**22.4%** +/- 0.1%
Under 18 years old in United States

Table:
DP05

Table Survey/Program:
2020 American Community Survey 5-Year Estimates

**Children Under 18 by Age Range in District of Columbia**    VIEW OPTIONS ⌄

Under 5 years - 6.4%

5 to 14 years - 9.3%

15 to 17 years - 2.2%

0%    1%    2%    3%    4%    5%    6%    7%    8%    9%    10%

Chart Survey/Program: 2020 ACS 5-Year Estimates Subject Tables

---

**Families and Household Characteristics**

**Total Households by Type of Households in District of Columbia**    VIEW OPTIONS ⌄

Document title: Census - Geography Profile
Capture URL: https://data.census.gov/cedsci/profile?g=0400000US11
Capture timestamp (UTC): Wed, 13 Apr 2022 18:09:34 GMT

An official website of the United States government  Here's how you know ˅

**Census**
United States®
Census Bureau

| All | Tables | Maps | Pages |  | Microdata | Help | FAQ | Feedback |

**District of Columbia**

Populations and People

Income and Poverty

Education

Employment

Housing

Health

Business and Economy

Families and Living Arrangement

Government

Race and Ethnicity

Nearby States

## Families and Household Characteristics

**3.36** +/- 0.04
Average Family Size in District of Columbia

**3.21** +/- 0.01
Average Family Size in United States

Table:
S1101

Table Survey/Program:
2020 American Community Survey 5-Year Estimates

## Total Households by Type of Households in District of Columbia

VIEW OPTIONS ˅

Married-couple family household - 26.1%

Male householder, no spouse present, family household - 25.0%

Female householder, no spouse present, family household - 42.0%

0%   5%   10%   15%   20%   25%   30%   35%   40%   45%

Chart Survey/Program: 2020 ACS 5-Year Estimates Data Profiles

## Marital Status and Marital History

**57.0%** +/- 0.6%
Never Married in District of Columbia

**33.5%** +/- 0.1%
Never Married in United States

Table:
S1201

Table Survey/Program:
2020 American Community Survey 5-Year Estimates

## Marital Status in District of Columbia

VIEW OPTIONS ˅

Now Married (except separated) - 29.1%

Widowed - 3.8%

Divorced - 8.3%

Separated - 1.9%

Never Married - 57.0%

0%   5%   10%   15%   20%   25%   30%   35%   40%   45%   50%   55%   60%

Chart Survey/Program: 2020 ACS 5-Year Estimates Subject Tables



Chart Survey/Program: 2020 ACS 5-Year Estimates Subject Tables

## Government

### Redistricting

**689,545**
Total Population in District of Columbia

**331,449,281**
Total Population in United States

Table:
P1

Table Survey/Program:
2020 Decennial Census

This content is currently unavailable
The content in this section can't be displayed right now.

### Race and Ethnicity

#### American Indian and Alaska Native

**3,193**
American Indian and Alaska Native alone in District of Columbia

**3,727,135**
American Indian and Alaska Native alone in United States

Table:
P1

Table Survey/Program:
2020 Decennial Census

American Indian and Alaska Native alone for All Counties within District of Columbia

VIEW OPTIONS ⌄

Source: 2020 DEC Redistricting Data (PL 94-171)



Document title: Census - Geography Profile
Capture URL: https://data.census.gov/cedsci/profile?g=0400000US11
Capture timestamp (UTC): Wed, 13 Apr 2022 18:09:34 GMT



**District of Columbia**

Populations and People

Income and Poverty

Education

Employment

Housing

Health

Business and Economy

Families and Living Arrangements

Government

Race and Ethnicity

Nearby States

**Hispanic or Latino**

**77,652**

Hispanic or Latino (of any race) in District of Columbia

**62,080,044**

Hispanic or Latino (of any race) in United States

Table:
P2

Table Survey/Program:
2020 Decennial Census

**Hispanic or Latino (of any race) for All Counties within District of Columbia**      VIEW OPTIONS ▾

**Native Hawaiian and Pacific Islander**

**432**

Native Hawaiian and Other Pacific Islander alone in District of Columbia

**689,966**

Native Hawaiian and Other Pacific Islander alone in United States

Table:

**Native Hawaiian and Other Pacific Islander alone for All Counties within District of Colum...**      VIEW OPTIONS ▾



Table:
P1

Table Survey/Program:
2020 Decennial Census

Source: 2020 DEC Redistricting Data (PL 94-171)

### Not Hispanic or Latino

**261,771**
White alone, not Hispanic or Latino in District of Columbia

**191,697,647**
White alone, not Hispanic or Latino in United States

Table:
P2

Table Survey/Program:
2020 Decennial Census

### White alone, not Hispanic or Latino for All Counties within District of Columbia

VIEW OPTIONS

Source: 2020 DEC Redistricting Data (PL 94-171)

### Some Other Race

**37,294**
Some Other Race alone in District of Columbia

**27,915,715**
Some Other Race alone in United States

### Some Other Race alone for All Counties within District of Columbia

VIEW OPTIONS



Document title: Census - Geography Profile
Capture URL: https://data.census.gov/cedsci/profile?g=0400000US11
Capture timestamp (UTC): Wed, 13 Apr 2022 18:09:34 GMT

An official website of the United States government   Here's how you know  ∨



| All | Tables | Maps | Pages | | Microdata | Help | FAQ | Feedback |

**District of Columbia**

Populations and People

Income and Poverty

Education

Employment

Housing

Health

Business and Economy

Families and Living Arrangements

Government

Race and Ethnicity

Nearby States

Table Survey/Program:
2020 Decennial Census

**White**

**273,194**
White alone in District of Columbia

**204,277,273**
White alone in United States

Table:
P1
Table Survey/Program:
2020 Decennial Census

**White alone for All Counties within District of Columbia**

VIEW OPTIONS ∨

Source: 2020 DEC Redistricting Data (PL 94-171)

273,194 ——————————————————— 273,194

**Nearby States**

Maryland                     Virginia

Accessibility | Information Quality | FOIA | Data Protection and Privacy Policy | U.S. Department of Commerce | Release Notes

Measuring America's People, Places and Economy