# Exhibit 7



HOME | ABOUT OAN | SHOWS | SHOP | CONTACT

CAREERS

TOP NEWS | FROM DC | VIDEO | SHOP | TV SCHEDULE | LIVE

Wednesday, April 13th

TRENDING    REP. BRADY SAYS LOOMING TAX HIKES STILL OUT

SEARCH …

# One America News Network Appoints Chanel Rion To Lead White House Coverage

FOR IMMEDIATE RELEASE

Source: Herring Networks, Inc., dba One America News Network



OAN launches FreeTalk45: Freedom of Speech Online -- Join Today!



*One America News Network Appoints Chanel Rion to Lead White House Coverage*

*Chanel Rion Appointed as Chief White House Correspondent for One America News Network*

**WASHINGTON, D.C.**, January 13, 2020 – *One America News Network*, (*"OAN")* announced today that Chanel Rion will lead OAN's White House coverage as the network's Chief White House Correspondent.

"We're delighted to have Chanel lead our White House coverage. She's fully engaged in the news cycle and not



Democrats in favor of Title 42 now worried about border being slammed

afraid to ask the tough questions," stated Robert Herring, Sr., CEO of One America News Network. "Chanel has garnered a large following amongst OAN viewers," Herring added.

Ms. Rion has been instrumental in *One America News* coverage of President Trump's re-election campaign, the White House, and US National Security. She has taken her reporting and investigative efforts globally; reporting from the North/South Korean border, Kyiv, Ukraine, Budapest and Hungary.

Ms. Rion most recently led and produced the *One America News Investigates* three-part series featuring investigations centered in Ukraine with special guest Rudy Giuliani. The *One America News Investigates* programs exposed Hunter Biden's corruption and money laundering activities and former US Ambassador Marie Yovanovitch's perjury before Congress and the American people. Most recently, via Twitter, Ms. Rion is believed to be the first journalist to report Ukrainian Flight 752 over Iran was shot down by Iranian forces despite the Iranian government's initial claims of mechanical issues.

On Sunday, October 27, 2019, Ms. Rion provided coverage of President Trump's address to the world announcing that US Forces eliminated ISIS Leadership. Ms. Rion asked the President if the pull out of US troops in Syria the prior month was strategically tied to the raid on ISIS leadership. The President's response included, "It's a great question and you're doing a great job."

Chanel Rion is a graduate of Harvard University with a degree in International Relations.

**About** *Herring Networks, Inc.*

*One America News Network* is a dependable source for credible live news reporting 24/7. The network also features three one-hour political talk shows, namely *The*



**Miss. bolsters election security with new law**



**Secy. of State Blinken: We have seen an alarming recession of democracy**



**Biden blames Russia for intensifying inflation**

Advertisement

*Daily Ledger with Graham Ledger, Tipping Point with Liz Wheeler,* and *After Hours with Alex Salvi.* While other established cable news networks' offer several hours of live news coverage, only *OAN* can claim to consistently provide 21 hours of live coverage Monday through Friday with extensive weekend coverage. In addition to external news-gathering sources, the network operates news bureaus in Washington, D.C., New York and California. *One America News Network* is available on leading national cable providers, including CenturyLink PRISM TV, Frontier Communications, Verizon FiOS TV, and numerous regional video providers across the nation. For more information on *One America News Network,* please visit **www.OANN.com**.

**FOR MORE INFORMATION:**

**press@oann.com**
Herring Networks, Inc.
Phone: 858 270 6900 x 105



 SHARE      TWEET      PIN      SHARE

© COPYRIGHT 2022 — HERRING NETWORKS, INC. ALL RIGHTS RESERVED.   CONTACT  |  WHERE TO WATCH  |  AFFILIATE RELATIONS  |  BRAND  |  CAREERS  |  TERMS  |  PRIVACY POLICY  |  COOKIE POLICY