# Exhibit 8

4/13/22, 2:35 PM  One America News Hires Christina Bobb For DC and Administration News Coverage - One America News Network

Case 1:21-cv-02900-CJN Document 22-10 Filed 04/15/22 Page 2 of 4

| HOME | ABOUT OAN | SHOWS | SHOP | CONTACT |

CAREERS



| TOP NEWS | FROM DC | VIDEO | SHOP | TV SCHEDULE | LIVE | Wednesday, April 13th |

TRENDING    SECY. OF STATE BLINKEN: WE HAVE SEEN AN ALARMING

SEARCH …

# One America News Hires Christina Bobb For DC And Administration News Coverage

FOR IMMEDIATE RELEASE

Source: Herring Networks, Inc., dba One America News Network and AWE

**Washington, D.C.**     June 10, 2020, Herring Networks, Inc., parent company of national cable news channel *One America News Network* ("*OAN*") is pleased to announce the recent hiring of Christina Bobb.  Ms. Bobb will cover breaking news from the Administration for the network.

"We're pleased to have Christina join our DC reporting staff.  It's an exciting time for One America News, which has seen explosive growth in ratings performance over the last year," stated Robert Herring, CEO and Founder of Herring Networks, Inc.

Prior to joining OAN, Ms. Bobb was the Executive Secretary for the Department of Homeland Security. Christina oversaw the management of written communication intended for, and originated by, the

Case 1:21-cv-02900-CJN   Document 22-10   Filed 04/15/22   Page 3 of 4

Secretary and Deputy Secretary of Homeland Security. Under her leadership, the Office of the Executive Secretary (ESEC) governs the Department wide processes for responding to correspondence and preparing the Secretary's briefing book, congressional authorization reports, hearing testimony, and questions for the record (QFR) related to congressional authorizing committees.

Christina served in the United States Marine Corps as a Judge Advocate. During her time on active duty, she was as an operational law attorney in Helmand Province, Afghanistan, assisting the Command in all legal matters relating to operations and intelligence. While stationed in Quantico, Virginia, Christina worked as a defense counsel, representing marines and sailors in courts-martial and administrative separation hearings. Christina also mobilized to Marine Corps Forces Europe and Africa in Stuttgart, Germany as an operations officer. In this role, she was responsible for briefing the senior leadership on current operations in both Europe and Africa on a daily basis.

In addition to her military service, Christina spent several years as a civil litigation attorney, representing clients in all stages of trial, negotiations, mediations, and arbitration at the law firm Higgs, Fletcher, & Mack LLP in San Diego, California. Most recently, Christina clerked at the Office of Legal Counsel for the White House Office of National Drug Control Policy.

Christina holds a B.A. from Arizona State University, an M.B.A. from San Diego State University, a J.D. from California Western School of Law, and an L.L.M. in National Security Law from Georgetown University Law Center.

**About** *Herring Networks, Inc.*

*One America News Network* is a dependable, reliable source for credible live news reporting 24/7. The network also provides three one-hour political talk shows, namely

4/13/22, 2:35 PM
One America News hires Christina Bobb for DC and Administration News Coverage - One America News Network

Case 1:21-cv-02900-CJN Document 22-10 Filed 04/15/22 Page 4 of 4

*The Daily Ledger with Graham Ledger, Tipping Point with Liz Wheeler,* and *After Hours with Alex Salvi.*. While other established cable news networks offer just several hours of live news coverage, only *OAN* can claim to consistently provide 20 hours of live coverage Monday through Friday with extensive weekend coverage. In addition to external news-gathering sources, the network operates news bureaus in Washington, D.C., New York and California. *One America News Network* is available on leading national cable providers, including AT&T U-verse, CenturyLink PRISM TV, Frontier Communications, Verizon FiOS TV, and numerous regional video providers across the nation. For more information on *One America News Network,* please visit www.OANN.com.

Media contact:

**press@oann.com**
Herring Networks, Inc.
Phone: 858-270-6900 x 105

SHARE       TWEET       PIN       SHARE

© COPYRIGHT 2022 — HERRING NETWORKS, INC. ALL RIGHTS RESERVED.   CONTACT  |  WHERE TO WATCH  |  AFFILIATE RELATIONS  |  BRAND  |  CAREERS  |  TERMS  |  PRIVACY POLICY  |  COOKIE POLICY