# Exhibit 9

Case 1:21-cv-02900-CJN Document 22-11 Filed 04/15/22 Page 2 of 6



# "One America News Investigates – The Ukraine Hoax: Impeachment, Biden Cash, And Mass Murder With Michael Caputo" To Air This Saturday And Sunday At 10 Pm ET, 7 Pm PT

**WASHINGTON, D.C.**, January 21, 2020 – *One America News Network* announced today that its investigative series *"One America News Investigates"* will debut "*The Ukraine Hoax: Impeachment, Biden Cash, and Mass Murder with guest host Michael Caputo*" on Saturday, January 25, at 10 pm ET, 7 pm PT, with an encore presentation on Sunday night at 10 pm ET, 7 pm PT.

With an impressive and long list of exclusive one-on-one interviews, Michael Caputo reports that America's Ukraine problem didn't start with a telephone call between President Donald Trump and Ukrainian President Volodymyr Zelensky. In fact, it started years

4/13/22, 2:34 PM    One America News Investigates – The Ukraine Hoax: Impeachment, Biden Cash, and Mass Murder with Michael Caputo" to air t…

Case 1:21-cv-02900-CJN Document 22-11 Filed 04/15/22 Page 3 of 6

before when America meddled in Ukraine's elections,130 people were assassinated    and Ukraine then interfered in our presidential elections.

### "One America News Investigates    The Ukraine Hoax: Impeachment, Biden Cash, and Mass Murder with Michael Caputo" to air this Saturday and Sunday at 10 pm ET, 7 pm PT

Prominently featured in the special is the Maidan Massacre, which led to the overthrow of former President Viktor Yanukovych in 2014    a mass murder still unsolved in Kyiv. Caputo reports that Western and Russian diplomats fueled that bloody coup, from which former Vice President Joe Biden emerged as the American viceroy of Ukraine. As a result, his son Hunter became fabulously wealthy from the nation's corrupt gas company, Burisma Holdings.

Ukrainian political leaders interviewed in the program insist the Biden-Burisma gambit was a get-rich-quick scheme that the Ukrainian people find transparently corrupt.

Hear from Andrii Telizhenko, a former diplomat at the Ukrainian Embassy in the United States, as he explains how the Obama administration coaxed the government of then-President Petro Poroshenko into interfering in America's 2016 elections, with meddling by a Ukrainian member of parliament and their Ambassador to the US all on the instruction of Poroshenko.

"Michael's in  depth investigative work with extensive, exclusive interviews to reveal the real story is exactly what our *One America News Investigates* series is all

Case 1:21-cv-02900-CJN Document 22-11 Filed 04/15/22 Page 4 of 6

about," said Robert Herring, Sr., CEO of *One America News Network*. "The series shines light on facts that have been suppressed to fit favored political narratives and coverup wrong-doing."

Caputo's "*The Ukraine Hoax: Impeachment, Biden Cash, and Mass Murder"* follows OAN's thee part series, "Ukrainian Witnesses Destroy Schiff's Case with Rudy Giuliani". Part 4 of the series is in post-production with an airtime soon to be announced.

Caputo has authored a deeply detailed book on the topic, set for publication by Bombardier Books on March 1, 2020: "**The Ukraine Hoax: How Decades of Corruption in the Former Soviet Republic Led to Trump's Phony Impeachment**." A regional specialist with family and history in Ukraine, Caputo served as an advisor on the 2016 Trump campaign and was swept up in the resulting Russia investigations by the US Congress and Special Counsel Robert Mueller. He was never accused of a crime, nor called as a witness in related criminal trials.

## About *Herring Networks, Inc.*

*One America News Network* is a dependable, reliable source for credible live news reporting 24/7. The network also provides three one hour political talk shows, namely *The Daily Ledger* and *Tipping Point with Liz Wheeler*. While other established cable news networks offer just several hours of live news coverage, only *OAN* can claim to consistently provide 19 hours of live coverage Monday through Friday with extensive weekend coverage. In addition to external news-gathering sources, the network operates news bureaus in Washington, D.C., New York and California. *One America News Network* is available on leading national cable providers, including AT&T U-verse, CenturyLink PRISM TV, Frontier Communications, Verizon FiOS TV, and numerous regional video providers across the nation. For more information on *One America News Network,* please visit www.OANN.com.

**FOR MORE INFORMATION:**

**press@oann.com**
Herring Networks, Inc.
Phone: 858-270-6900 x 105

f  SHARE          TWEET          P  PIN          SHARE

5        TRACKBACKS & PINGBACKS

🔗  Joe Biden admits Ukraine dealings 'look bad' | One

America News Network

🔗  Joe Biden admits Ukraine dealings 'look bad'     Live

President Donald Trump Popularity Polls

🔗  Joe Biden admits Ukraine dealings 'look bad' | The

Latest Breaking News Alerts

🔗  Joe Biden admits Ukraine dealings 'look bad' | Great

Today News

🔗  Joe Biden admits Ukraine dealings 'look bad' | Daily

News Max

Comments are closed.

© COPYRIGHT 2022 — HERRING NETWORKS, INC. ALL RIGHTS RESERVED.  CONTACT    |    WHERE TO WATCH    |    AFFILIATE RELATIONS    |    BRAND
|    CAREERS    |    TERMS    |    PRIVACY POLICY    |    COOKIE POLICY

Case 1:21-cv-02900-CJN Document 22-11 Filed 04/15/22 Page 6 of 6