# Exhibit 10

4/13/22, 2:31 PM    One America News to Debut Special Featuring Exclusive Interviews with Former Ukrainian Officials and Rudy Giuliani, Debunking…

Case 1:21-cv-02900-CJN   Document 22-12   Filed 04/15/22   Page 2 of 4

| HOME | ABOUT OAN | SHOWS | SHOP | CONTACT |
| --- | --- | --- | --- | --- |

CAREERS



| TOP NEWS | FROM DC | VIDEO | SHOP | TV SCHEDULE | LIVE | Wednesday, April 13th |
| --- | --- | --- | --- | --- | --- | --- |

TRENDING      BIDEN BLAMES RUSSIA FOR INTENSIFYING INFLATION            SEARCH …

# One America News To Debut Special Featuring Exclusive Interviews With Former Ukrainian Officials And Rudy Giuliani, Debunking Schiff's Impeachment Narrative

*OAN's "Ukrainian Witnesses Destroy Schiff's Case Part 4 with Rudy Giuliani" to air this Weekend at 10 pm ET*

**WASHINGTON, D.C.**, February 7, 2020 – *One America News Network* ("*OAN*")  announced today that it will be premiering the investigative special, "*Ukrainian Witnesses Destroy Schiff's Case – Exclusive with Rudy Giuliani Part 4 by Chanel Rion*" this Saturday at 10 pm Eastern with an encore presentation on Sunday evening at 10 pm Eastern.

Part 4 features exclusive interviews with Andrii Derkash (photo, right), acting Member of Parliament, Rudy Giuliani, personal attorney to the President, and Viktor Shokin, former Prosecutor General, Ukraine.

4/13/22, 2:31 PM
Case 1:21-cv-02900-CJN Document 22-12 Filed 04/15/22 Page 3 of 4
One America News to Debut Special Featuring Exclusive Interviews with Former Ukrainian Officials and Rudy Giuliani, Debunking…

**Andrii Derkash, acting Member of Ukrainian Parliament**

Chanel Rion, OAN's Chief White House Correspondent, hosts the program. Armed with the knowledge of exclusive interviews with key former Ukrainian officials, stacks of never seen before documents, along with the insights from Rudy Giuliani, Ms. Rion is able to piece the puzzle together to provide a clear picture of Biden corruption in Ukraine.

Rudy Giuliani explains why Hunter Biden was paid five to eight million dollars by Burisma. Mykola Zlochevsky needed protection for his corrupt company Burisma. Joe Biden, as the United States point man for Ukraine, was just the person who could provide it. Giuliani states that there's "overwhelming evidence that he (Joe Biden) was involved in two bribes, the he… …was bribed by Zlochevsky to protect Zlochevsky's company. That's the reason for the Hunter Biden payments."

"We're delighted to deliver this informative and insightful program to our viewers," stated Robert Herring, Sr., CEO of *One America News Network*. "Voices have been squelched. We are doing what the American people have asked, namely the investigative work to ensure that the real story is pieced together with the facts."

A trailer to a thirty second promotional video of the program is available at:
**https://www.youtube.com/watch?v=pFRl_lnBrwI**

**About *Herring Networks, Inc.***

4/13/22, 2:31 PM                    One America News to Debut Special Featuring Exclusive Interviews with Former Ukrainian Officials and Rudy Giuliani, Debunking…

Case 1:21-cv-02900-CJN   Document 22-12   Filed 04/15/22   Page 4 of 4

*One America News Network* is a dependable, reliable source for credible live news reporting 24/7. OAN also delivers three one hour political talk shows, namely *The Daily Ledger, Tipping Point with Liz Wheeler,* and *After Hours with Alex Salvi.*. While other established cable news networks offer just several hours of live news coverage, only *OAN* can claim to consistently provide 21 hours of live coverage Monday through Friday with extensive weekend coverage. In addition to external news-gathering sources, the network operates news bureaus in Washington, D.C., New York and California. *One America News Network* is available on leading national cable providers, including AT&T U-verse, CenturyLink PRISM TV, Frontier Communications, Verizon FiOS TV, and numerous regional video providers across the nation. For more information on *One America News Network,* please visit www.OANN.com.

**FOR MORE INFORMATION:**

**press@oann.com**
Herring Networks, Inc.
Phone: 858  270  6900 x 105

SHARE        TWEET        PIN        SHARE

© COPYRIGHT 2022 — HERRING NETWORKS, INC. ALL RIGHTS RESERVED.   CONTACT  |  WHERE TO WATCH  |  AFFILIATE RELATIONS  |  BRAND  |  CAREERS  |  TERMS  |  PRIVACY POLICY  |  COOKIE POLICY