IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SMARTMATIC USA CORP., *et al.*,

        Plaintiffs,

v.

HERRING NETWORKS, INC.,

        Defendant.

No. 1:21-cv-02900-CJN

Judge Carl J. Nichols

## [PROPOSED] ORDER

Having considered Defendant's Motion to Dismiss or Transfer (ECF No. 21) it is hereby ORDERED that the motion is DENIED.

Signed this _____ day of _____, 2022.

                              HONORABLE CARL J. NICHOLS
                              United States District Judge