UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SMARTMATIC USA CORP., *et al.*,

    *Plaintiffs*,

v.

HERRING NETWORKS, INC.,

    *Defendant*.

Civil Action No. 1:21-cv-02900 (CJN)

## ORDER

As set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that OAN's Motion to Dismiss, ECF No. 21, is DENIED.

It is SO ORDERED.

CARL J. NICHOLS
United States District Judge

DATE: June 21, 2022

1