AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Distric of Columbia

<table>
<tr><td>US Dominion, Inc. et al</td><td>)</td><td rowspan="5">Case No.    1:21-cv-00445-CJN</td></tr>
<tr><td><i>Plaintiff</i></td><td>)</td></tr>
<tr><td>v.</td><td>)</td></tr>
<tr><td>My Pillow, Inc. et al.</td><td>)</td></tr>
<tr><td><i>Defendant</i></td><td>)</td></tr>
</table>

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

My Pillow, Inc.                                                                                                  .

Date:      04/15/2021                                          /s/ Nathan Lewin
                                                                      *Attorney's signature*

                                                                  Nathan Lewin (38299)
                                                                  *Printed name and bar number*
                                                                  888 17th Street NW
                                                                  4th Floor
                                                                  Washington, DC 20006

                                                                      *Address*

                                                                  nat@lewinlewin.com
                                                                      *E-mail address*

                                                                  (202) 828-1000
                                                                  *Telephone number*

                                                                  (202) 828-0909
                                                                      *FAX number*