IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HERRING NETWORKS, INC., <br><br> Defendant. | No. 1:21-cv-02900-CJN <br><br> Judge Carl J. Nichols |

### [PROPOSED] ORDER

On considering Defendant's Unopposed Motion to Enlarge Time to Answer and the entire record herein, the Court finds that Defendant's Motion is well taken. For the foregoing reasons, it is hereby ordered that Defendant's Motion is **GRANTED** and Defendant's deadline to file an answer is extended to August 5, 2022.

**SO ORDERED.**

Dated: June __, 2022

_____
U.S. District Judge Carl J. Nichols