# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION<br>c/o Cogency Global<br>1025 Vermont Ave., NW, Suite 1130<br>Washington, DC  20005,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MY PILLOW, INC. and<br>MICHAEL J. LINDELL<br>343 E 82nd Street #102<br>Chaska, MN  55318,<br><br>　　　　　Defendants. | Case No. 1:21-cv-00445-CJN |

## NOTICE OF ENTRY OF APPEARANCE

Joseph A. Pull, an attorney with the law firm of Parker Daniels Kibort LLC, admitted and in good standing with the Bar of this Court, hereby enters his appearance as counsel for Defendant My Pillow, Inc. ("My Pillow") in the above-captioned action pursuant to Local Civil Rule 83.6, subdivision (a).

Dated: April 16, 2021  **PARKER DANIELS KIBORT LLC**

By <u>*/s/ Joseph A. Pull*</u>
Andrew D. Parker (MN Bar No. 195042)
Elizabeth S. Wright (MN Bar No. 184111)
Joseph A. Pull (DC Bar No. 982468)
Abraham S. Kaplan (MN Bar No. 399507)
888 Coldwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
Facsimile: (612) 355-4101
parker@parkerdk.com
wright@parkerdk.com
pull@parkerdk.com
kaplan@parkerdk.com

**ATTORNEYS FOR DEFENDANT MY PILLOW, INC.**