IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>HERRING NETWORKS, INC.,<br><br>       Defendant. | No. 1:21-cv-02900-CJN<br><br>Judge Carl J. Nichols |

### UNOPPOSED MOTION TO ENLARGE TIME TO ANSWER

Pursuant to Fed. R. Civ. P. 6(b), D.C. District Court Local Rule 7, and Paragraph 9 of this Court's Standing Order (ECF 5), defendant Herring Networks, Inc. ("Herring") moves to extend the deadline for Herring to file its answer to the Complaint to August 26, 2022. In support of this Motion, Herring states as follows:

1. Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (collectively "Smartmatic") filed the Complaint on November 3, 2021. (ECF 1).

2. Herring filed its Motion to Dismiss or Transfer on February 18, 2022 (ECF 21), and that Motion was fully briefed as of May 19, 2022. (ECF 23).

3. On June 21, 2022, the Court issued its Memorandum Opinion and Order denying Herring's Motion to Dismiss or Transfer. (ECF 24-25).

4. On June 29, 2022, Herring moved to extend its deadline to file an answer to August 5, 2022. (ECF 26). That motion was granted on July 1, 2022.

5. On July 25, 2022, Herring moved for a second time to extend its deadline to file an answer to August 19, 2022. (ECF 31). That motion was granted on July 25, 2022.

6. Pursuant to Paragraph 9(b)(ii) of this Court's Standing Order and as reflected above, Herring has twice previously requested an extension of time to file its answer after the denial of Herring's Motion to Dismiss or Transfer.

7. Pursuant to Paragraph 9(b)(iii) of the Court's Standing Order, the requested extension is supported by the following good cause. One of the attorneys for Herring, Bryan Clark, had a medical emergency in his family that disrupted his schedule (and he then suffered medical issues himself last week week). He and his family are now fine, but that has delayed Herring's progress on answering the complaint, which covers 193 pages and includes exhibits spanning 3,326 pages.

8. Pursuant to Paragraph 9(b)(iv)-(v) of the Court's Standing Order, the requested relief would not affect any other deadlines in this matter because no other deadlines are currently set and no scheduling order has been entered.

9. In accordance with Local Rule 7(m) and Paragraph 9(b)(vi) of this Court's Standing Order, Herring's lead counsel Blaine Kimrey conferred with Smartmatic counsel Michael Bloom on August 12, 2022, and Smartmatic does not oppose the relief requested herein.

10. The extended briefing schedule is not sought for the purpose of improper delay or any other vexatious purpose.

WHEREFORE, the parties respectfully request that the Court enter an Order extending the deadline for Herring to answer the Complaint to **August 26, 2022**.

-3-

Dated: August 15, 2022                                   Respectfully submitted,

/s/ Blaine Kimrey
Blaine Kimrey, Bar No. IL0091
bkimrey@vedderprice.com
Jeanah Park, Bar No. IL0094
jpark@vedderprice.com
Bryan Clark, Bar No. IL0090
bclark@vedderprice.com
Brian Ledebuhr, Bar No. IL0093
bledebuhr@vedderprice.com
VEDDER PRICE P.C.
222 North LaSalle Street
Chicago, IL 60601
T: +1 312 609 7500
F: +1 312 609 5005

Brian K. McCalmon, Bar No. 461196
bmccalmon@vedderprice.com
VEDDER PRICE P.C.
1401 New York Avenue, Suite 500
Washington, DC 20005
T: +1 202 312 3320
F: +1 202 312 3322

*Counsel for Herring Networks, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of August 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

/s/ Blaine Kimrey
Blaine Kimrey