IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.* | )<br>)<br>) |
| Plaintiffs, | ) Case No. 1:21-cv-00445-CJN<br>) |
| v. | )<br>) |
| MY PILLOW, INC. *et al.* | )<br>) |
| Defendants. | )<br>) |

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*
OF ABRAHAM KAPLAN**

Having read the Motion for Admission Pro Hac Vice, it is hereby ordered that the court permit and enter the appearances of Abraham Kaplan *pro hac vice* in this matter. IT IS SO ORDERED.

DATED: _____

Hon. Carl J. Nichols
District Court Judge