IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION<br>c/o Cogency Global<br>1025 Vermont Ave., NW, Suite 1130<br>Washington, DC 20005,<br><br>    Plaintiffs,<br><br> v.<br><br>MY PILLOW, INC. and<br>MICHAEL J. LINDELL<br>343 E 82nd Street #102<br>Chaska, MN 55318,<br><br>    Defendants. | Case No. 1:21-cv-00445-CJN<br>Judge Carl J. Nichols |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ELIZABETH S. WRIGHT

Nathan Lewin moves for the admission of Elizabeth S. Wright of the law firm of Parker Daniels Kibort LLC, *pro hac vice* pursuant to Local Civil Rule 83.2, subdivisions (c) and (d), as counsel for My Pillow in the above-captioned action. This motion is accompanied by the declaration of Ms. Wright, which certifies and establishes the following:

  1. Ms. Wright has read and is familiar with the Local Rules of this Court.

  2. Pursuant to Local Civil Rule 7, subdivision (m), on March 26, 2021, Mr. Parker exchanged email communications with Thomas Clare, counsel for Plaintiffs. Mr. Parker informed Mr. Clare that Defendant My Pillow, Inc. would be filing a motion for admission *pro hac vice*. Mr. Clare stated that Plaintiffs will not oppose such a motion.

  3. Accordingly, Nathan Lewin, as a sponsoring member of the Bar of this Court, respectfully requests the Court permit, Elizabeth S. Wright to appear *pro hac vice* in this

matter.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED:  April 22, 2021 | **LEWIN & LEWIN, LLP** |

  By   Nathan Lewin                             
Nathan Lewin (D.C. Bar No. 38299)
888 17th Street NW
Fourth Floor
Washington, DC 20006
Telephone: (202) 828-1000
nat@lewinlewin.com

*Counsel for Defendant My Pillow, Inc.*

**PARKER DANIELS KIBORT LLC**

  By *s/ Elizabeth S. Wright*                   
Andrew D. Parker (MN Bar No. 195042)
Elizabeth S. Wright (MN Bar No. 184111)
Joseph A. Pull (D.C. Bar No. 982468)
Gregory N. Arenson (MN Bar No. 398276)
Abraham S. Kaplan (MN Bar No. 399507)
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
Facsimile: (612) 355-4101
parker@parkerdk.com
wright@parkerdk.com
pull@parkerdk.com
arenson@parkerdk.com
kaplan@parkerdk.com

*Counsel for Defendant My Pillow, Inc.*

1