## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION<br>c/o Cogency Global<br>1025 Vermont Ave, NW, Ste. 1130<br>Washington, DC 20005,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MY PILLOW, INC. and<br>MICHAEL J. LINDELL<br>343 E 82nd Str #102<br>Chaska, MN 55318,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 1:21-cv-00445-CJN<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

On consideration of Defendant Michael J. Lindell's motion to dismiss (ECF#___), the plaintiffs' opposition thereto (ECF#____), and Defendant's reply in support thereof, and the entire record herein, including the arguments of counsel, the Court holds that Defendant's motion is well taken. For the foregoing reasons, it is hereby

**ORDERED** that Defendant Michael J. Lindell's motion to dismiss (ECF#____) is GRANTED.

**SO ORDERED**.

Dated: _____, 2021.

_____
UNITED STATES DISTRICT JUDGE