IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>HERRING NETWORKS, INC., d/b/a ONE AMERICA NEWS NETWORK,<br><br>Defendant. | Case No. 21-cv-02900-CJN |

**PLAINTIFFS' MOTION FOR ORDER REQUIRING THE PARTIES TO MEET AND CONFER REGARDING THE MATTERS SET FORTH IN LOCAL RULE 16.3(C)**

Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (collectively "Smartmatic") respectfully move this Court for an Order requiring the parties to meet and confer to discuss each of the matters set forth in Local Civil Rule 16.3(c) and to file a Joint Meet and Confer Report addressing all topics listed in Local Civil Rule 16.3(c). In support of this motion, Smartmatic states as follows:

1. On November 3, 2021, Smartmatic filed its Complaint against Defendant Herring Networks, Inc., d/b/a One America News Network ("OANN"). (ECF No. 1.)

2. On February 18, 2022, OANN moved to dismiss Smartmatic's Complaint pursuant to Rules 12(b)(2) and 12(b)(3) of the Federal Rules of Civil Procedure. (ECF No. 21.)

3. On June 21, 2022, the Court denied OANN's motion to dismiss. (ECF No. 25.)

4. On August 26, 2022, OANN filed its answer and affirmative defenses to Smartmatic's Complaint. (ECF No. 34.)

5.  Under Rule 6 of the Court's Standing Order, after a defendant files an answer, the Court will order the Parties to meet and confer to discuss each of the matters set forth in Local Civil Rule 16.3(c) and to file a Joint Meet and Confer Report addressing all topics listed in Local Civil Rule 16.3(c).

6.  The Court has not entered such an Order to this point, and OANN has indicated that it will not meet and confer until the Court does so.

7.  Smartmatic, therefore, respectfully requests that the Court enter an Order requiring the parties to meet and confer to discuss each of the matters set forth in Local Civil Rule 16.3(c) and to file a Joint Meet and Confer Report addressing all topics listed in Local Civil Rule 16.3(c).

WHEREFORE, Smartmatic respectfully requests that the Court enter an Order:

(a) Requiring the parties to meet and confer to discuss each of the matters set forth in Local Civil Rule 16.3(c); and

(b) Requiring the parties to file a Joint Meet and Confer Report addressing all topics listed in Local Civil Rule 16.3(c).

Dated: September 14, 2022

Respectfully submitted,

*/s/ Michael E. Bloom*
J. Erik Connolly (D.C. Bar No. IL0099)
Nicole E. Wrigley (D.C. Bar No. IL0101)
Lauren C. Tortorella (D.C. Bar No. IL0102)
Michael E. Bloom (Illinois Bar No. 6302422)
Kate Watson Moss (Illinois Bar No. 6321176)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312.212.4949
econnolly@beneschlaw.com
nwrigley@beneschlaw.com
ltortorella@beneschlaw.com
mbloom@beneschlaw.com

kwatsonmoss@beneschlaw.com

*Attorneys for Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document will be filed with the Clerk of Court using the CM/ECF system on September 14, 2022, which I understand to have served counsel for the parties.

*/s/ Michael E. Bloom*
Michael E. Bloom