**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION | )<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| MY PILLOW, INC. and MICHAEL J. LINDELL | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

Case No. 1:21-cv-00445-CJN
Judge Carl J. Nichols

**[PROPOSED] ORDER**

Upon consideration of Defendant My Pillow, Inc.'s Response to Plaintiffs' Unopposed Motion to Extend Time, it is hereby ORDERED, that Defendant's Reply Memorandum is due 21 days after Plaintiffs' Response is filed.

SO ORDERED this ___day of _____ 2021.

_____
Carl J. Nichols,
United States District Court Judge