### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION<br>c/o Cogency Global<br>1025 Vermont Ave., NW, Suite 1130<br>Washington, DC  20005,<br><br>            Plaintiffs,<br><br>      v.<br><br>MY PILLOW, INC. and<br>MICHAEL J. LINDELL<br>343 E 82nd Street #102<br>Chaska, MN  55318,<br><br>            Defendants. | Case No. 1:21-cv-00445-CJN<br>Judge Carl J. Nichols |

## NOTICE OF ENTRY OF APPEARANCE

**TO:    THE CLERK OF COURT AND ALL PARTIES OF RECORD**

Andrew D. Parker of Parker Daniels Kibort LLC hereby enters an appearance as counsel for Defendant My Pillow, Inc. ("MyPillow") in the above-captioned action pursuant to Local Civil Rule 83.6, subdivision (a).

DATED:  April 29, 2021       **LEWIN & LEWIN, LLP**

By */s/ Nathan Lewin*
  Nathan Lewin (D.C. Bar No. 38299)
  888 17th Street NW
  Fourth Floor
  Washington, DC 20006
  Telephone: (202) 828-1000
  nat@lewinlewin.com

*Counsel for Defendant My Pillow, Inc.*

**PARKER DANIELS KIBORT LLC**

By */s/ Andrew D. Parker*
  Andrew D. Parker (MN Bar No. 195042)
  Elizabeth S. Wright (MN Bar No. 184111)
  Joseph A. Pull (D.C. Bar No. 982468)
  Gregory N. Arenson (MN Bar No. 398276)
  Abraham S. Kaplan (MN Bar No. 399507)
  888 Colwell Building
  123 N. Third Street
  Minneapolis, MN 55401
  Telephone: (612) 355-4100
  Facsimile: (612) 355-4101
  parker@parkerdk.com
  wright@parkerdk.com
  pull@parkerdk.com
  arenson@parkerdk.com
  kaplan@parkerdk.com

*Counsel for Defendant My Pillow, Inc.*

By */s/ Alan Dershowitz*
  Alan Dershowitz (MA Bar No. 121200)
  1575 Massachusetts Avenue
  Cambridge, MA 02138

*Of Counsel for Defendant My Pillow, Inc.*