IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HERRING NETWORKS, INC., <br><br> Defendant. | No. 1:21-cv-02900-CJN <br><br> Judge Carl J. Nichols |

### [THE PARTIES' PROPOSED] SCHEDULING ORDER

Upon review of the Parties' Joint Meet and Confer Statement, the Court enters the following schedule to govern discovery:

1. Deadline to Exchange Initial Disclosures Under Fed R. Civ. P. 26(a)(1): **November 3, 2022**

2. Deadline to Join Additional Parties or Amend Pleadings: **January 27, 2023**[1]

3. Deadline to Serve Document Requests under Fed. R. Civ. P. 34: **May 31, 2023**

4. Deadline for Completion of Fact Discovery: **December 8, 2023**

5. Deadline for Proponents to Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2): **January 19, 2024**

6. Deadline for Opponents to Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2): **February 23, 2024**

7. Deadline for Proponents to Produce Responsive Expert Reports: **March 22, 2024**

8. Deadline for Expert Depositions: **May 3, 2024**

9. Deadline to File Dispositive Motions: **June 7, 2024**

10. Deadline to File Oppositions to Dispositive Motions: **July 22, 2024**

---

[1] This deadline is subject to the Parties' reservation of rights to seek to add parties or amend the pleadings as provided for under the Federal Rules of Civil Procedure.

11. Deadline to File Replies in Support of Dispositive Motions: **August 21, 2024**

12. Date for Final Pretrial Conference: **TO BE DETERMINED BY THE COURT**

13. Date for Trial: **TO BE DETERMINED BY THE COURT**

So ordered.

Dated: _____, 2022.

_____
CARL J. NICHOLS
United States District Judge