IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HERRING NETWORKS, INC., <br><br> Defendant. | No. 1:21-cv-02900-CJN <br><br> Judge Carl J. Nichols |

**SCHEDULING ORDER**

Upon review of the Parties' Joint Meet and Confer Statement, the Court enters the following schedule to govern discovery:

1. Deadline to Exchange Initial Disclosures Under Fed R. Civ. P. 26(a)(1): **November 3, 2022**

2. Deadline to Move to Join Additional Parties or Amend Pleadings: **January 27, 2023**[1]

3. Deadline to Serve Document Requests under Fed. R. Civ. P. 34: **May 31, 2023**

4. Deadline for Completion of Fact Discovery: **December 8, 2023**

5. Deadline for Proponents to Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2): **January 19, 2024**

6. Deadline for Opponents to Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2): **February 23, 2024**

7. Deadline for Proponents to Produce Responsive Expert Reports: **March 22, 2024**

8. Deadline for Expert Depositions:  **May 3, 2024**

9. Status Conference:  **In-person on May 15, 2024 at 10:00 AM.**

10. Deadline to File Dispositive Motions: **June 7, 2024**

11. Deadline to File Oppositions to Dispositive Motions: **July 22, 2024**

---

[1] This deadline is subject to the Parties' reservation of rights to seek to add parties or amend the pleadings as provided for under the Federal Rules of Civil Procedure.

11.   Deadline to File Replies in Support of Dispositive Motions: **August 21, 2024**

The Court intends to discuss a potential date for the final pretrial conference and potential trial dates at the status conference scheduled for May 15, 2024 at 10:00 AM.

So **ORDERED**.

Dated:  October 11, 2022.

_____
CARL J. NICHOLS
United States District Judge