## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION<br>c/o Cogency Global<br>1025 Vermont Ave, NW, Ste. 1130<br>Washington, DC 20005,<br><br>    Plaintiffs,<br><br>    v.<br><br>MY PILLOW, INC. and MICHAEL J. LINDELL<br>343 E 82nd Str #102<br>Chaska, MN 55318,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:21-cv-00445-CJN<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Heath A. Novosad of Daniels & Tredennick, PLLC does hereby appear as an attorney-of-record on behalf of Defendant Michael J. Lindell in the above-captioned action pursuant to Local Civil Rule 83.6, subdivision (a). Please record this appearance on the Court's docket and direct a copy of all future filings and correspondence to the following address:

Heath A. Novosad
DANIELS & TREDENNICK PLLC
6363 Woodway Dr., Suite 700
Houston, TX 77057-1759
(713) 917-0024 Telephone
(713) 917-0026 Facsimile
heath.novosad@dtlawyers.com

1

If you have any questions related to this Notice, please contact undersigned counsel at the number listed below.

        Respectfully submitted,

        */s/ Heath A. Novosad*
        Douglas A. Daniels
        D.C. Bar ID: TX0205
        Heath A. Novosad
        D.C. Bar ID: TX0207
        DANIELS & TREDENNICK PLLC
        6363 Woodway Dr., Suite 700
        Houston, TX 77057-1759
        (713) 917-0024 Telephone
        (713) 917-0026 Facsimile
        Email: doug.daniels@dtlawyers.com
        Email: heath.novosad@dtlawyers.com

        Earl N. "Trey" Mayfield, III (D.C. Bar No. 459998)
        JURIS DAY, PLLC
        10521 Judicial Drive, Suite 200
        Fairfax, Virginia 22030
        Telephone: (703) 268-5600
        tmayfield@jurisday.com

        *Counsel for Defendant Michael J. Lindell*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served upon all parties of record through the Court's CM ECF system on May 4, 2021.

        */s/ Heath A. Novosad*
        Heath A. Novosad