# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION<br>c/o Cogency Global<br>1025 Vermont Ave, NW, Ste. 1130<br>Washington, DC 20005,<br><br>    Plaintiffs,<br><br>        v.<br><br>MY PILLOW, INC. and<br>MICHAEL J. LINDELL<br>343 E 82nd Str #102<br>Chaska, MN 55318,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Case No. 1:21-cv-00445-CJN<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING MOTION FOR LEAVE TO FILE HOME ADDRESS UNDER SEAL AND *EX PARTE*

Upon consideration of Defendant Michael J. Lindell's Unopposed Motion for Leave to File his Home Address Under Seal and *Ex Parte* ("Motion"), and arguments of counsel, if any, the court **ORDERS** that Defendant Lindell's Motion is hereby **GRANTED.**

**SO ORDERED.**

Dated: _____, 2021

_____
Carl J. Nichols
UNITED STATES DISTRICT JUDGE

1