IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., *et al.*, <br><br> Plaintiffs, <br> v. <br><br> HERRING NETWORKS, INC., d/b/a ONE AMERICA NEWS NETWORK <br><br> Defendant. | No. 1:21-cv-02900-CJN <br><br> Judge Carl J. Nichols |

## STIPULATION FOR ESI PROTOCOL

Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation, and defendant Herring Networks, Inc. d/b/a One America News Network, stipulate to and request entry of an ESI protocol pursuant to the terms provided in the attached proposed order.

Dated: December 28, 2022

By: */s/ Blaine Kimrey*
Blaine Kimrey, Bar No. IL0091
bkimrey@vedderprice.com
Jeanah Park, Bar No. IL0094
jpark@vedderprice.com
Bryan Clark, Bar No. IL0090
bclark@vedderprice.com
Brian Ledebuhr, Bar No. IL0093
bledebuhr@vedderprice.com
**VEDDER PRICE P.C.**
222 North LaSalle Street
Chicago, IL 60601
T: +1 312 609 7500
F: +1 312 609 5005

Brian K. McCalmon, Bar No. 461196
bmccalmon@vedderprice.com
**VEDDER PRICE P.C.**
1401 New York Avenue, Suite 500
Washington, DC 20005
T: +1 202 312 3320

By: */s/ Michael E. Bloom*
J. Erik Connolly
DC Bar No. IL0099
econnolly@beneschlaw.com
Nicole E. Wrigley
DC Bar No. IL0101
nwrigley@beneschlaw.com
Michael E. Bloom (admitted *pro hac vice*)
Illinois Bar No. 6302422
mbloom@beneschlaw.com
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 S. Wacker Drive, Suite 1600
Chicago, IL 60606
(312) 212-4949

James R. Bedell (admitted *pro hac vice*)
Ohio Bar No. 97921
jbedell@beneschlaw.com
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

F: +1 202 312 3322

*Counsel for Herring Networks, Inc.*

200 Public Square, Suite 2300
Cleveland, OH 44113
(216) 363-4500

*Counsel for Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 28, 2022, I caused the foregoing to be filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.


*/s/ Michael E. Bloom*
Michael E. Bloom