# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ) | |
| ) | |
| SMARTMATIC USA CORP., SMARTMATIC ) | |
| INTERNATIONAL HOLDING B.V., and SGO ) | |
| CORPORATION LIMITED, ) | |
| ) | |
| Plaintiffs, ) | Case No. 21-cv-02900-CJN |
| ) | |
| v. ) | |
| ) | |
| HERRING NETWORKS, INC., d/b/a ONE ) | |
| AMERICA NEWS NETWORK, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY OLIVIA E. SULLIVAN

Upon consideration of Plaintiffs' Motion for Admission *Pro Hac Vice* of Attorney Olivia

E. Sullivan in the above-captioned matter and the Declaration of Olivia E. Sullivan in support

thereof, and it appearing that there is good cause to grant the motion, it is hereby

**ORDERED** that Plaintiffs' Motion for Admission *Pro Hac Vic*e of Attorney Olivia E.

Sullivan is, **GRANTED**; and

**FURTHER ORDERED**, that Olivia E. Sullivan be allowed to appear *pro hac vice* in court

proceedings in the above-captioned matter.

**SO ORDERED** this _____ day of _____ 2023.

Dated: _____

_____
CARL J. NICHOLS
United States District Judge