# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., *et al.*, | |
| Plaintiffs, | No. 1:21-cv-02900-CJN |
| v. | |
| HERRING NETWORKS, INC., | Judge Carl J. Nichols |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Civil Rule 83.6(b), counsel Julia L. Koechley respectfully withdraws her appearance as counsel for the Defendant in this action.

Defendant consents to the withdrawal of this appearance. Defendant will continue to be represented by Brian McCalmon, Blaine C. Kimrey, Jeanah Park, Bryan Clark, and Brian Ledebuhr of Vedder Price P.C.

Respectfully submitted this 10th day of April, 2023.

> */s/ Julia L. Koechley*
> Julia L. Koechley
> **VEDDER PRICE P.C.**
> 222 North LaSalle Street
> Chicago, IL 60601
> Phone: (312) 609-7500
> jkoechley@vedderprice.com
>
> ***Counsel for Defendant***

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends e-mail notification of such filing to all attorneys of record.

This 10th day of April, 2023.

/s/ *Julia L. Koechley*