AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Smartmatic USA Corp., et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-02900-CJN |
| Herring Networks, Inc. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited.

Date: 04/28/2023

/s/ Olivia E. Sullivan
*Attorney's signature*

Olivia Sullivan (Illinois 6330520)
*Printed name and bar number*
71 S. Wacker, Suite 1600
Chicago, IL 60606

*Address*

osullivan@beneschlaw.com
*E-mail address*

(312) 624-6415
*Telephone number*

(312) 767-9192
*FAX number*