IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., *et al.*,<br><br>        Plaintiffs,<br>v.<br><br>HERRING NETWORKS, INC.,<br><br>        Defendant. | No. 1:21-cv-02900-CJN<br><br>Magistrate Judge Moxila A. Upadhyaya |

### MOTION FOR EXTENSION OF TIME TO SERVE DOCUMENT REQUESTS

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7, Plaintiffs Smartmatic USA Corp., Smartmatic International Holdings B.V., and SGO Corporation Limited (collectively, "Smartmatic") hereby move to extend the deadline for the parties to serve supplemental document requests under Fed. R. Civ. P. 34 from May 31, 2023 to July 31, 2023. In support of this motion, Smartmatic states the following:

    1.    Smartmatic filed its Complaint on November 3, 2021. (ECF 1.)

    2.    On October 11, 2022, the Court entered a scheduling order setting the deadline for service of documents requests under Fed. R. Civ. P. 34 for May 31, 2023.

    3.    On October 21, 2022, Smartmatic served its first set of Requests for Production and Interrogatories.

    4.    On October 24, 2022, Herring Networks, Inc. ("OANN") served its First Set of Requests for Production, Interrogatories, and Requests for Admission.

    5.    On May 5, 2023, the parties submitted to the Honorable Carl J. Nichols (via email) a Joint Notice of Discovery Disputes. That Notice outlined, among other issues, that the parties

were still engaged in negotiation of custodians and search terms, and that document production in response to the parties' initial sets of document requests had only just commenced.

6. On May 23, Smartmatic contacted Judge Nichols's chambers regarding future availability for a telephonic conference to discuss the discovery disputes outlined in the May 5 Joint Notice. In that email, Smartmatic asked the Court whether it preferred a motion to extend the May 31 deadline for supplemental discovery requests, given that OANN did not object to extending that deadline. Although Smartmatic believes that this issue is already properly and timely before the Court, given the May 23 email and the May 5 Joint Notice, it files this Motion in an abundance of caution.

7. Smartmatic has not previously requested an extension of time to serve document requests, and the requested extension is supported by good cause. There are open discovery disputes as outlined in the parties' Joint Notice of Discovery Disputes, and the resolution of those disputes will influence Smartmatic's approach to discovery and the additional document requests it will serve. Moreover, as of May 23, 2023, OANN had produced only 97 documents, rendering it impossible for Smartmatic to determine what additional document requests would be necessary. On May 24, OANN produced 186,214 documents. Smartmatic has yet to complete review of those documents and therefore cannot yet identify what additional documents it will need to request during the discovery process.

8. In accordance with Local Rule 7(m), Smartmatic asked OANN if it would agree to an extension of this deadline, and OANN stated that it would not oppose the motion. Smartmatic then sent OANN a copy of the draft motion and asked OANN either to join the motion or to confirm that OANN would not oppose the motion. At that point, OANN informed Smartmatic that

it has new lead counsel in this matter. Smartmatic then reached out to OANN's new counsel to confirm that OANN would not oppose the motion, but Smartmatic has not received a response.

9. The requested relief will not affect any other deadlines in this matter. Smartmatic is not seeking an extension as to any other deadlines in the current Scheduling Order. Moreover, the extended deadline is not sought for the purpose of improper delay or any other vexatious purpose.

WHEREFORE, Smartmatic respectfully requests that the Court enter an Order extending the deadline for the parties to serve document requests under Fed. R. Civ. P. 34 to July 31, 2023.

Date: May 31, 2023

/s/ Emily N. Dillingham

Emily N. Dillingham, D.C. Bar No. IL00043
Benesch, Friedlander, Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
312.212.4949

*Attorney for Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of May 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

/s/ Emily N. Dillingham
Emily N. Dillingham