IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., *et al.*, <br><br> Plaintiffs, <br> v. <br><br> HERRING NETWORKS, INC., <br><br> Defendant. | No. 1:21-cv-02900-CJN <br><br> Magistrate Judge Moxila A. Upadhyaya |

### **[PROPOSED] ORDER**

Upon consideration of Smartmatic's Motion for Extension of Time to Serve Document Requests, and it appearing that there is good cause to grant the Motion, it is hereby ORDERED that the Motion is GRANTED, and that the parties shall have until July 31, 2023 to serve document requests under Fed. R. Civ. P. 34.

Signed this _____ day of _____, 2023.

_____
HONORABLE MOXILA A. UPADHYAYA
United States Magistrate Judge