AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Smartmatic USA Corp. et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-2900-CJN-MAU |
| Herring Networks, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Herring Networks, Inc.                                                                     .

Date:   06/02/2023                                              /s/ R. Trent McCotter
                                                                      *Attorney's signature*

                                                           R. Trent McCotter (DC# 1011329)
                                                             *Printed name and bar number*
                                                            Boyden Gray & Associates PLLC
                                                              801 17th St. NW, Suite 350
                                                                Washington, DC 20006

                                                                       *Address*

                                                         mccotter@boydengrayassociates.com
                                                                    *E-mail address*

                                                                    (202) 706-5488
                                                                 *Telephone number*

                                                                    (202) 955-0621
                                                                     *FAX number*