IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>*Plaintiffs,*<br><br>v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK.<br><br>*Defendant.* | No. 21-cv-02900-CJN-MAU |

### DEFENDANT'S MOTION FOR ADMISSION PRO HAC VICE OF ATTORNEY CARL C. BUTZER

Pursuant to Local Civil Rule 83.2(c) of the United States District Court for the District of Columbia, R. Trent McCotter, an attorney admitted to the Bar of this Court and counsel for Defendant Herring Networks, Inc., hereby moves for the admission and appearance of attorney Carl C. Butzer pro hac vice in the above-entitled action. This motion is supported by the Declaration of Carl C. Butzer, filed herewith.

In support of this motion, Movant states as follows:

1. Mr. Butzer is admitted and in good standing with the Bar of the State of Texas. Mr. Butzer is also admitted to practice in the United States Court of Appeals, Fifth Circuit; and the United States District Courts for the Northern District of Texas, Eastern District of Texas, Southern District of Texas, Western District of Texas, and Eastern District of Michigan.

2. Mr. Butzer is not currently and has never previously been the subject of any disciplinary action by any state or federal bar association or administrative agency.

2

3. Movant is satisfied that Mr. Butzer possesses the character and skills required of a member of the Bar of this Court.

WHEREFORE, Movant requests admission of Carl C. Butzer as representative of Defendant Herring Networks, Inc., in this proceeding.

Dated: June 2, 2023

Respectfully submitted,

/s/ R. Trent McCotter
R. TRENT MCCOTTER (D.C. BAR NO. 1011329)
Boyden Gray & Associates
801 17th St NW, #350
Washington, DC 20006
(202) 706-5488
mccotter@boydengrayassociates.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document will be filed with the Clerk of Court using the CM/ECF system on June 2, 2023, which I understand to have served counsel for the parties.

/s/ R. Trent McCotter
R. TRENT MCCOTTER
