# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

Smartmatic USA Corp., et al.
_____
Plaintiff(s)

vs.

Herring Networks, Inc., et al.
_____
Defendant(s)

Case Number: 1:21-cv-02900-CJN

## DECLARATION FOR PRO HAC VICE ADMISSION
(to be attached to Motion for Pro Hac Vice Admission)

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name: John K. Edwards

2. State bar membership number: Texas 24002040

3. Business address, telephone and fax numbers:

   1401 McKinney, Suite 1900, Houston, Texas 77010; 713-752-4200; 713-752-4221

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

   See attached.

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body? Yes ☐ No ☑

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies? Yes ☐ No ☑

   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years. 0

   (If your principal office is located in the District of Columbia, please answer questions 8 and 9.)

8. Are you a member of the DC Bar? No

9. Do you have a pending application for admission into USDC for the District of Columbia? No

**In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:**

### (CHECK ALL ITEMS THAT APPLY)

1. ☐ has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered. [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2. ☐ has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3. ☐ has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct.

May 30, 2023
_____                    _____
DATE                                          SIGNATURE OF ATTORNEY

**Jurisdictions and Court Admissions – John K. Edwards**

| Jurisdiction | Courts | Admitted |
|---|---|---|
| Texas State Courts | | 11/07/1997 |
| Florida State Courts | | 02/08/2010 |
| USDC | Northern District of Texas | 08/21/1998 |
| USDC | Western District of Texas | 05/11/2011 |
| USDC | Eastern District of Texas | 08/13/1998 |
| USDC | Southern District of Florida | 11/04/2014 |
| USDC | Eastern District of Michigan | 06/17/2014 |
| Fifth Circuit Court of Appeals | | 09/01/1998 |
| US Supreme Court | | 03/18/2002 |

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

May 30, 2023

Re: Mr. John Kiley Edwards, State Bar Number 24002040

To Whom It May Concern:

This is to certify that Mr. John Kiley Edwards was licensed to practice law in Texas on November 07, 1997, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167