# UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

Smartmatic USA Corp., et al )
Plaintiff(s) )
)
vs. ) Case Number: 1:21-cv-2900
Herring Networks, Inc., et al )
)
Defendant(s)

### DECLARATION FOR PRO HAC VICE ADMISSION
(to be attached to Motion for Pro Hac Vice Admission)

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name: Joel Robert Glover

2. State bar membership number: 24087593 - Texas

3. Business address, telephone and fax numbers:
   1401 McKinney Street, Suite 1900, Houston, Texas 77010, 713-752-4226, fax: 713-752-

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   See attached sheet

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   Yes ☐   No ☑

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   Yes ☐   No ☑

   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years. None

   (If your principal office is located in the District of Columbia, please answer questions 8 and 9.)

8. Are you a member of the DC Bar? No

9. Do you have a pending application for admission into USDC for the District of Columbia? No

**In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:**

**(CHECK ALL ITEMS THAT APPLY)**

1. ☐ has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered. [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2. ☑ has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3. ☐ has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct.

5-30-2023                                         _[signature]_
DATE                                              SIGNATURE OF ATTORNEY

2

Joel R. Glover Bar Admissions

State:

Texas, Bar No. 24087593;
New York Bar No. 5697487

Federal:

United States Supreme Court
United States Court of Appeals, Fifth Circuit
United States Court of Appeals, Second Circuit
United States District Court of Colorado
United States District Court of New York, Southern District
United States District Court of New York, Eastern District
State of Texas 13th Court of Appeals
United States District Court of Texas, Eastern District
United States District Court of Texas, Western District
United States District Court of Texas, Southern District
United States Bankruptcy Court of Texas, Southern District
United States District Court of Texas, Northern District
United States District Court of Pennsylvania, Western District
United States District Court, District of Massachusetts
United States District Court, Middle District of Florida

Bar Associations:

State Bar of Texas
State Bar of New York

# United States District Court
# Southern District of Texas

## Certificate of Good Standing

I, Nathan Ochsner, Clerk of Court, United States District Court for the Southern District of Texas, certify that the attorney identified below is admitted to practice in this court, and is in good standing as a member of the Bar of this Court.

Joel Robert Glover, Federal ID No 2221289

Admission date: March, 10, 2014

Dated May 26, 2023, at Houston, Texas.

*[signature]*

Nathan Ochsner, Clerk of Court

By: Claire Cassady, Deputy Clerk

