**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>*Plaintiffs,*<br><br>v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK.<br><br>*Defendant.* | No. 21-cv-02900-CJN-MAU |

## [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR ADMISSION PRO HAC VICE OF ATTORNEY BETHANY PICKETT SHAH

Upon consideration of Defendant's Motion for Admission Pro Hac Vice of Attorney Bethany Pickett Shah in the above-captioned matter and the Declaration of Bethany Pickett Shah in support thereof, and it appearing that there is good cause to grant the motion, it is hereby

**ORDERED** that Defendant's Motion for Admission Pro Hac Vice of Attorney Bethany Pickett Shah is **GRANTED**; and

**FURTHER ORDERED** that Bethany Pickett Shah be allowed to appear pro hac vice in court proceedings in the above-captioned matter.

**SO ORDERED** this _____ day of _____ 2023.

Dated: June __, 2023

_____
CARL J. NICHOLS
United States District Judge