IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>      Plaintiffs,<br><br>  v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK,<br><br>      Defendant. | No. 1:21-cv-02900-CJN-MAU<br><br>Magistrate Judge Moxila A. Upadhyaya |

**[PROPOSED] ORDER**

Upon consideration of Smartmatic's Motion for Extension of Time to Serve Document Requests and OAN's Response in Opposition to that Motion, it is hereby ORDERED that Smartmatic's Motion is DENIED.

Signed this _____ day of _____, 2023.

_____
HONORABLE MOXILA A. UPADHYAYA
United States Magistrate Judge