IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>   *Plaintiffs,*<br><br>v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK.<br><br>   *Defendant.* | No. 21-cv-02900-CJN-MAU |

## [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR ADMISSION PRO HAC VICE OF ATTORNEY NANCY W. HAMILTON

Upon consideration of Defendant's Motion for Admission Pro Hac Vice of Attorney Nancy W. Hamilton in the above-captioned matter and the Declaration of Nancy W. Hamilton in support thereof, and it appearing that there is good cause to grant the motion, it is hereby

**ORDERED** that Defendant's Motion for Admission Pro Hac Vice of Attorney Nancy W. Hamilton is **GRANTED**; and

**FURTHER ORDERED** that Nancy W. Hamilton be allowed to appear pro hac vice in court proceedings in the above-captioned matter.

**SO ORDERED** this _____ day of _____ 2023.

Dated: June __, 2023

 

_____
CARL J. NICHOLS
United States District Judge