# Exhibit D

| | |
|---|---|
| **From:** | Sullivan, Olivia |
| **To:** | Kimrey, Blaine C.; Ledebuhr, Brian W.; Clark, Bryan; Park, Jeanah |
| **Cc:** | Dillingham, Emily; Bloom, Michael; Babcock, Chip |
| **Subject:** | RE: [EXT] Smartmatic USA Corp., et al. v. Herring Networks, Inc. |
| **Date:** | Tuesday, May 30, 2023 4:08:07 PM |
| **Attachments:** | image002.png |
| | image305822.png |

Always a pleasure, Blaine. Thanks for letting us know.

Chip—please let us know your stance on the motion for an extension of time.

Thanks,

Olivia



Olivia Sullivan
(she/her/hers)
Associate | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6415 | m: 913.742.9568
OSullivan@beneschlaw.com | www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** Kimrey, Blaine C. <bkimrey@vedderprice.com>
**Sent:** Tuesday, May 30, 2023 3:58 PM
**To:** Sullivan, Olivia <OSullivan@beneschlaw.com>; Ledebuhr, Brian W. <bledebuhr@vedderprice.com>; Clark, Bryan <bclark@vedderprice.com>; Park, Jeanah <jpark@vedderprice.com>
**Cc:** Dillingham, Emily <EDillingham@beneschlaw.com>; Bloom, Michael <MBloom@beneschlaw.com>; Babcock, Chip <cbabcock@jw.com>
**Subject:** RE: [EXT] Smartmatic USA Corp., et al. v. Herring Networks, Inc.


Counsel –

Jackson Walker is taking over as lead counsel for Herring Networks, Inc., in this case. Please note I've copied Chip Babcock. He can share with you Herring Networks, Inc.'s, position. I imagine that, at minimum, he'll object to the misleading wording in the attached.

Kind regards,
Blaine

**Blaine C. Kimrey**, Shareholder
National class and direct litigation and Chair, Privacy, Cybersecurity & Media Practice Group, CIPP/US, CIPP/E, CIPM

**VedderPrice**
T +1 312 609 7865
Assistant: Deb Mullen +1 312 609 7583
web | email | offices | biography

**From:** Sullivan, Olivia <OSullivan@beneschlaw.com>
**Sent:** Tuesday, May 30, 2023 1:10 PM
**To:** Ledebuhr, Brian W. <bledebuhr@vedderprice.com>; Clark, Bryan <bclark@vedderprice.com>; Kimrey, Blaine C. <bkimrey@vedderprice.com>; Park, Jeanah <jpark@vedderprice.com>
**Cc:** Dillingham, Emily <EDillingham@beneschlaw.com>; Bloom, Michael <MBloom@beneschlaw.com>
**Subject:** [EXT] Smartmatic USA Corp., et al. v. Herring Networks, Inc.

Counsel,

Smartmatic has decided that it will seek an extension for the May 31 deadline to serve document requests. We've attached the draft motion that we intend to file by the end of today. Please let us know if you approve of the motion being filed as unopposed or if you want the motion to be filed jointly. If you oppose the motion, let us know your rationale as soon as possible so we can include it in the motion.

Thanks.

Best,

Olivia




Olivia Sullivan
(she/her/hers)
Associate | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6415 | m: 913.742.9568
OSullivan@beneschlaw.com | www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

Vedder Price P.C. is affiliated with Vedder Price LLP, which operates in England and Wales, Vedder Price (CA), LLP, which operates in California, Vedder Price Pte. Ltd., which operates in Singapore, and Vedder Price (FL) LLP, which operates in Florida.

CONFIDENTIALITY NOTE  This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this e-mail message is not the intended recipient, or the employee or agent responsible for delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this e-mail in error, please notify us immediately by telephone at (312) 609-5038 and also indicate the sender's name. Thank you.