IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SMARTMATIC USA CORP.,
SMARTMATIC HOLDING B.V., AND
SGO CORPORATION LIMITED,

                Plaintiffs,

    v.

HERRING NETWORKS, INC., D/B/A
ONE AMERICA NEWS NETWORK,

                Defendant.

No. 1:21-cv-02900-CJN-MAU

Magistrate Judge Moxila A. Upadhyaya

**DEFENDANT'S OPPOSED MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO PLAINTIFFS' MOTION FOR EXTENSION**

OAN respectfully moves for leave to file the attached Sur-reply (Attachment A) in opposition to Smartmatic's Motion for Extension (ECF 54) and shows as follows:

1.      Smartmatic acknowledged in its Motion for Extension that it had filed the Motion prior to receiving a response from OAN's new counsel as to whether OAN objected. Motion for Extension at ¶ 8. Smartmatic's Reply suggests that OAN's Response in Opposition (ECF 62) represented a "reneging" on prior assurances that it would not oppose an extension.  Smartmatic Reply at 1.

2.      Smartmatic mischaracterizes OAN's previous communication. OAN's attached Sur-reply provides necessary clarification of the facts so that the Court can consider Smartmatic's motion in the context in which OAN has opposed it.

3.      As explained by another Judge of this Court in *Alavi v. Weinstein*, Civ. Action No. 15-2146 (RBW), 2018 WL 4828401 at *3 (D.D.C. Oct. 4, 2018), "[i]f new arguments appear for the first time in a movant's reply, granting leave to file a sur-reply is appropriate." Smartmatic's

1

Reply attached new exhibits not previously relied upon by Smartmatic in the motion. Accordingly,

a sur-reply is the first opportunity that OAN has to address those exhibits and clarify Smartmatic's

characterizations of OAN's previous communications. Under this standard provided in *Alavai*, the

Court should grant OAN leave to file the attached Sur-reply. Consideration of OAN's Sur-reply

would be helpful to the Court's resolution of Smartmatic's Motion for Extension. Furthermore,

OAN's proposed Sur-reply is less than three pages of text. Smartmatic's counsel opposes OAN's

motion for leave to submit the Sur-reply.[1]

For the foregoing reasons, the Court should grant OAN's motion for leave to submit the

Sur-reply attached as Attachment. A proposed order accompanies this motion.


Dated: June 7, 2023                          By: */s/ Jonathan D. Neerman*


                                             **JACKSON WALKER LLP**
                                             Jonathan D. Neerman (*D.D.C. admission pending*)
                                             D.C. Bar No. 90003393
                                             jneerman@jw.com
                                             Jackson Walker LLP
                                             2323 Ross Avenue, Suite 600
                                             Dallas, TX 75201
                                             T: (214) 953-5664
                                             F: (214) 661-6899


                                             /s/ R. Trent McCotter
                                             R. TRENT MCCOTTER (D.C. BAR NO. 1011329)
                                             Boyden Gray & Associates
                                             801 17th St NW, #350
                                             Washington, DC 20006
                                             (202) 706-5488

---

[1] OAN's counsel discussed this with Smartmatic, and Smartmatic's response is as follows: "Smartmatic objects to the filing of a sur-reply, which is an extraordinary request on a routine motion seeking a brief extension of time to file additional requests. OANN raised the sur-reply with Smartmatic only this morning and asked for a response within three hours."

mccotter@boydengrayassociates.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of June 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.


/s/ *R. Trent McCotter*
R. Trent McCotter