IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>        Plaintiffs,<br>    v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK,<br><br>        Defendant. | No. 1:21-cv-02900-CJN-MAU<br><br>Magistrate Judge Moxila A. Upadhyaya |

## [PROPOSED] ORDER

For good cause shown, OAN's Opposed Motion for Leave to File Sur-Reply in Opposition to Smartmatic's Motion for Extension is hereby GRANTED.

IT IS FURTHER ORDERED that the Sur-reply included as Attachment A to OAN's June 7, 2023 Opposed Motion for Leave to File Sur-Reply in Opposition to Smartmatic's Motion for Extension shall be considered filed in this case as of this date.

SO ORDERED, this _____ day of _____, 2023.

_____
HONORABLE MOXILA A. UPADHYAYA
United States Magistrate Judge

1