IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., *et al.*, | |
| Plaintiffs, | No. 1:21-cv-02900-CJN |
| v. | |
| HERRING NETWORKS, INC., | Judge Carl J. Nichols |
| Defendant. | |

**AMENDED NOTICE OF WITHDRAWAL
OF APPEARANCE**

Pursuant to Local Civil Rule 83.6(b), counsel Blaine Kimrey, Jeanah Park, Bryan Clark, Brian Ledebuhr, and Brian McCalmon of Vedder Price P.C. respectfully withdraw their appearances as counsel for defendant Herring Networks, Inc. ("Defendant") in this action. This Notice is amended to add the signatures of Jeanah Park, Bryan Clark, Brian Ledebuhr, and Brian McCalmon.

Defendant consents to the withdrawal of this appearance. Defendant will continue to be represented by R. Trent McCotter of Boyden Gray & Associates PLLC, as well as seven attorneys from Jackson Walker, LLP who have filed motions to appear *pro hac vice*.

Respectfully submitted this 13th day of June, 2023.

Respectfully submitted,

| | |
|---|---|
| HERRING NETWORKS, INC.<br><br>By: _____<br><br>Charles Herring, President | VEDDER PRICE, P.C.<br><br>By: /s/ Blaine C. Kimrey<br><br>Blaine C. Kimrey<br>bkimrey@vedderprice.com<br>Jeanah Park<br>jpark@vedderprice.com<br>Bryan Clark<br>bclark@vedderprice.com<br>Brian Ledebuhr<br>bledebuhr@vedderprice.com<br>VEDDER PRICE P.C.<br>222 North LaSalle Street<br>Chicago, IL 60601<br>T: +1 312 609 7500<br>F: +1 312 609 5005<br><br>Brian K. McCalmon, Bar No. 461196<br>bmccalmon@vedderprice.com<br>VEDDER PRICE P.C.<br>1401 New York Ave NW, Suite 500<br>Washington, DC 20005<br>T: +1 202 312 3320<br>F: +1 202 312 3322 |

VEDDER PRICE, P.C.

By: /s/ Jeanah Park
Jeanah Park
jpark@vedderprice.com

By: /s/ Bryan Clark
Bryan Clark
bclark@vedderprice.com

By: /s/ Brian Ledebuhr
Brian Ledebuhr
bledebuhr@vedderprice.com
VEDDER PRICE P.C.
222 North LaSalle Street
Chicago, IL 60601
T: +1 312 609 7500
F: +1 312 609 5005

By: /s/ Brian K. McCalmon
Brian K. McCalmon, Bar No. 461196
bmccalmon@vedderprice.com
VEDDER PRICE P.C.
1401 New York Ave NW, Suite 500
Washington, DC 20005
T: +1 202 312 3320
F: +1 202 312 3322

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 13th day of July, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

                                                     */s/ Blaine C. Kimrey*
                                                     Blaine C. Kimrey