AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

SMARTMATIC USA CORP., et al., )
)
)
HERRING NETWORKS, INC. ) Case No. 1:21-cv-02900-CJN
)
*Defendant* )

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Herring Networks, Inc.  d/b/a One America News Network

Date:   06/16/2023

*Attorney's signature*

Nancy W. Hamilton (Admitted PHV)
*Printed name and bar number*
1401 McKinney St., ste. 1900
Houston, TX  77010

*Address*

nhamilton@jw.com
*E-mail address*

(713) 752-4222
*Telephone number*

(713) 308-4125
*FAX number*