AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Smartmatic USA Corp., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:21-cv-02900-CJN-MAU |
| Herring Networks, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Herring Networks, Inc., d/b/a One America News Network.

Date:  06/19/2023

*Attorney's signature*

John K. Edwards  (admitted PHV)
*Printed name and bar number*

Jackson Walker
1401 McKinney, Suite 1900
Houston, Texas  77010
*Address*

jedwards@jw.com
*E-mail address*

(713) 752-4319
*Telephone number*

(713) 308-4117
*FAX number*