AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| SMARTMATIC USA CORP., et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-02900-CJN |
| HERRING NETWORKS, INC. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Herring Networks, Inc., d/b/a One America News Network.

Date: 06/20/2023

*Attorney's signature*

Joel R. Glover (Admitted PHV)
*Printed name and bar number*

1401 McKinney Street, Suite 1900
Houston, Texas  77010
*Address*

jglover@jw.com
*E-mail address*

(713) 752-4226
*Telephone number*

(713) 742-4221
*FAX number*