AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Smartmatic USA Corp., et al. <br> *Plaintiff* <br> v. <br> Herring Networks, Inc., d/b/a One America News Network <br> *Defendant* | Case No. 1:21-cv-02900-CJN |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Herring Networks, Inc. d/b/a One America News Network

Date: 06/20/2023

*Attorney's signature*

Minoo Blaesche (Admitted PHV)
*Printed name and bar number*

Jackson Walker LLP
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
*Address*

mblaesche@jw.com
*E-mail address*

(214) 953-6160
*Telephone number*

(214) 661-6800
*FAX number*