AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| SMARTMATIC USA CORP., et al | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-02900-CJN |
| HERRING NETWORKS, INC. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Herring Networks, Inc. d/b/a One America News Network                                                      .

Date:   06/20/2023

*Attorney's signature*

Bethany Pickett Shah St Bar No. 24102357
*Printed name and bar number*

1401 McKinney St., Suite 1900
Houston, TX 77010

*Address*

bpickett@jw.com
*E-mail address*

(713) 752-4200
*Telephone number*

(713) 752-4221
*FAX number*