AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Smartmatic USA Corp., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:21-cv-02900-CJN |
| Herring Networks,Inc., d/b/a One America News Network | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Herring Networks, Inc. d/b/a One America News Network                                              .

Date:     06/20/2023

_____
*Attorney's signature*

Carl C. Butzer (Admitted PHV)
*Printed name and bar number*

Jackson Walker LLP
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
_____
*Address*

cbutzer@jw.com
*E-mail address*

(214) 953-5902
*Telephone number*

(214) 661-6609
*FAX number*