## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SMARTMATIC USA CORP., et al.,**<br><br>        **Plaintiffs,**<br><br>    **v.**<br><br>**HERRING NETWORKS, INC., d/b/a ONE AMERICA NEWS NETWORK,**<br><br>        **Defendant.** | **Civil Action No. 21-cv-02900-CJN** |

## ORDER

On May 31, 2023, this case was referred to the Court "for resolution of all discovery disputes identified in the Parties' May 5, 2023, Joint Notice." May 31, 2023, Min. Order. On June 5, 2023, the Court received a letter from Defense Counsel via email, with Plaintiffs' Counsel copied. *See generally* Attach. A. The letter "informally rais[ed]" the Court's "possible recusal" in this matter. *See* Attach. A at 1. On review of Defense Counsel's letter, it is hereby

**ORDERED** that Plaintiffs shall have the opportunity to file a written response, if any, no later than June 30, 2023. In light of the three-page, single-spaced length of Defendant's letter, Plaintiffs' response shall be no longer than six double-spaced pages. It is further

**ORDERED** that the Parties shall appear for a hearing on Defendant's letter and Plaintiffs' response, if any, on July 18, 2023, at 11 a.m. in Courtroom 5.

**SO ORDERED.**

Date: June 23, 2023

_____
MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE

1

**ATTACHMENT A**

# JW | Jackson Walker LLP

Charles L. Babcock
 (713) 752-4210 (Direct Dial)
 (713) 308-4110 (Fax)
cbabcock@jw.com

*Via email*
Magistrate Judge Moxila Upadhyaya
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

**Private and Confidential**

June 5, 2023

Re:     Possible recusal in *Smartmatic USA Corp., et al. v. Herring Networks, Inc., et al.,*
        No. 1:21-cv-02900-CJN (D.D.C.)

Dear Magistrate Judge Upadhyaya:

Last week I made an appearance for defendant Herring Networks, Inc., et al. ("Herring") in the above referenced case and learned of a possible issue involving the Court. I have discussed this important and time sensitive issue with opposing counsel Erik Connolly and sent him a draft of this letter before sending to you. Mr. Connolly indicated that Smartmatic does not object to this issue being raised for your consideration and will provide any information you request.

I am informally raising possible recusal before you are required to make any rulings in this case following your referral as magistrate last week. The issue arises from your 2019 representation, while in private practice at Venable LLP, of the Bolivarian Republic of Venezuela in *Rusoro Mining Limited v. Bolivarian Republic of Venezuela*, USCA Case No. 18-7044 (D.C. Cir. 2018) ("*Rusoro*").

In the matter presently before you, Smartmatic claims it was defamed by Herring's One America News Network ("OANN"). Plaintiff's lengthy complaint identifies "five [disinformation] themes," that it says OANN "designed to … persuade people that Smartmatic (along with Dominion) was responsible for stealing the 2020 U.S. election from President Trump." (Smartmatic Complaint, Dkt. 1 at 75, ¶ 170). Two of the allegedly false themes were: (i) "Smartmatic is a Venezuelan company that was founded and funded by corrupt dictators from socialist and communist countries" and (ii) "Smartmatic's election technology and software were designed to rig and fix elections and have been used to fix, rig and steal elections before." (*Id.*).

To illustrate these themes, Plaintiff alleges that OANN falsely claimed that: (i) "Smartmatic is partially owned by the Maduro regime" (*Id.* at ¶ 218(c)); (ii) "the technology is controlled by allies of Venezuela's Maduro regime" (*Id.* at ¶ 218(f)); (iii) "reports found Maduro allies were meddling in the latest U.S. election through a company called Smartmatic (*Id.* at ¶ 218(m)); (iv) "The [Organization of American States] says any election that involves Maduro is a sham and must not be recognized by any civilized country" (*Id.* at ¶ 218(o)); and (v) "Smartmatic

June 5, 2023
Page 2

_____

has faced controversy in the past with allegations of rigging the 2013 election in Venezuela to favor socialist President Nicolas Maduro" (*Id.* at ¶ 218(y)).

The legitimacy of the May 20, 2018 Venezuelan presidential election, where—in Plaintiff's words—the "corrupt dictator" President Nicola Maduro was declared the winner, was one issue in *Rusoro*, where you were involved. The Arnold & Porter firm, on instructions from acting President Guaidó, filed a Motion to Stay in the United States Court of Appeals for the District of Columbia Circuit ("D.C. Circuit"). As lead counsel from Venable, you filed a "Response To The Motion To Stay," writing that: "President Maduro vigorously disputes that Mr. Guaidó is the President of the Republic, and asserts that he remains the rightful leader of the Republic." (USCA Case No. 18-7044, Dkt. No. 1774487, at 2). You added that "Mr. Guaidó's place as the legitimate leader of Venezuela [is not] by any means assured" and that opposing counsel, Arnold & Porter, had failed to cite a case "directly on point" when "two competing factions within a foreign government both ask to be heard." (*Id.* at 2, 5, 10).

Arnold & Porter then filed a Motion to Strike your Notice of Appearance and the Response to the Motion to Stay stating that "Venable LLP acknowledges that it has not been engaged by President Guaidó" and, accordingly, the D.C. Circuit "should not recognize that firm as counsel for the Republic." (Dkt. No. 1775433, at 2). It denied the relevancy of Venable's "arguments about Venezuelan constitutional law and counter-arguments concerning election fraud." (*Id.* at 10).

OANN is concerned that the overlap between your representation of Venezuela in *Rusoro,* which implicated, in part, the integrity of the 2018 Venezuelan Presidential election, and the Plaintiff's allegations regarding OANN's purported reporting of Smartmatic's role in Venezuelan (and U.S.) presidential elections, would create an appearance of impropriety. Please let me and Mr. Connolly know how you think we should proceed. We thank you for your consideration.

Respectfully,

/s/ Charles L. Babcock
_____
Charles L. Babcock
Bethany Pickett Shah
JACKSON WALKER LLP
1401 McKinney Street, Suite 1900
Houston, TX  77010
(713) 752-4210 (Phone)
(713) 308-4110 (Fax)

R. Trent McCotter
BOYDEN GRAY & ASSOCIATES
801 17th Street NW, Suite 350
Washington, DC 20006
mccotter@boydengrayassociates.com
*Counsel for Defendant Herring Networks, Inc., et al.*

June 5, 2023
Page 3

cc:     Erik Connolly
        Counsel for Plaintiffs