IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>HERRING NETWORKS, INC., d/b/a ONE AMERICA NEWS NETWORK,<br><br>Defendant. | Case No. 21-cv-02900-CJN |

**PLAINTIFFS' MOTION FOR
<u>ADMISSION PRO HAC VICE OF ATTORNEY CAITLIN A. KOVACS</u>**

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, Lauren Tortorella, an attorney admitted to the Bar of this Court and counsel for Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (collectively "Smartmatic"), hereby moves for the admission and appearance of attorney Caitlin A. Kovacs *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Caitlin A. Kovacs, filed herewith.

In support of this motion, Movant states as follows:

1. Ms. Kovacs is admitted and in good standing with the Bar of the State of Illinois. Ms. Kovacs is also admitted to practice in the United States District Court for the Northern District of Illinois.

2. Ms. Kovacs is not currently and has never previously been the subject of any disciplinary action by any state or federal bar association or administrative agency.

3.	Movant is satisfied that Ms. Kovacs possesses the character and skills required of a member of the Bar of this Court.

WHEREFORE, Movant requests admission of Caitlin A. Kovacs as representative of Plaintiffs Smartmatic in this proceeding.

| | |
|---|---|
| Dated: June 29, 2023 | Respectfully submitted, |
| | /s/ Lauren C. Tortorella |
| | Lauren C. Tortorella |
| | DC Bar No. IL0102 |
| | Email: ltortorella@beneschlaw.com |

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312.212.4949

*Attorneys for Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*

20639179 v1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document will be filed with the Clerk of Court using the CM/ECF system on June 29, 2023, which I understand to have served counsel for the parties.

*/s/ Lauren C. Tortorella*
Lauren C. Tortorella
