## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>HERRING NETWORKS, INC., d/b/a ONE AMERICA NEWS NETWORK,<br><br>Defendant. | Case No. 21-cv-02900-CJN |

## DECLARATION OF CAITLIN A. KOVACS
## IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Civil Rule 83.2(d) of the United Sates District for the District of Columbia, I, Caitlin A. Kovacs, hereby declare:

1.      My full name is Caitlin A. Kovacs. I serve as counsel for Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (collectively, "Smartmatic"). I am seeking to appear *pro hac vice* as a lawyer for Smartmatic in the above captioned matter pending before the U.S. District Court for the District of Columbia.

2.      I am an attorney practicing with the law firm of Benesch, Friedlander, Coplan & Aronoff LLP located at 71 S. Wacker Drive, 16th Floor, Chicago, IL 60606. My telephone number is (312) 624-6392.

3.      I am admitted to and am a member in good standing with the State Bar of Illinois. Attached as Exhibit A is a certificate of good standing issued by the Clerk of the Supreme Court of Illinois. My Illinois registration number is 6313273. I am also admitted to practice before the United States District Court for the Northern District of Illinois.

4.      I certify that there are no pending disciplinary proceedings against me before any bar, and I have not been disciplined by any bar in the past.

5.     I have not previously been admitted *pro hac vice* in this Court.

6.     I have not sought *pro hac vice* admission to this Court in the last two years.

7.     I do not practice law from an office located in the District of Columbia.

8.     I am not currently a member of the District of Columbia bar and I do not have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 29, 2023.

Caitlin A. Kovacs