# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> HERRING NETWORKS, INC., d/b/a ONE AMERICA NEWS NETWORK, <br><br> Defendant. | Case No. 21-cv-02900-CJN |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY CAITLIN A. KOVACS

Upon consideration of Plaintiffs' Motion for Admission *Pro Hac Vice* of Attorney Caitlin A. Kovacs in the above-captioned matter and the Declaration of Caitlin A. Kovacs in support thereof, and it appearing that there is good cause to grant the motion, it is hereby

**ORDERED** that Plaintiffs' Motion for Admission *Pro Hac Vice* of Attorney Caitlin A. Kovacs is, **GRANTED**; and

**FURTHER ORDERED**, that Caitlin A. Kovacs be allowed to appear *pro hac vice* in court proceedings in the above-captioned matter.

**SO ORDERED** this _____ day of _____ 2023.

Dated: _____

 

_____
CARL J. NICHOLS
United States District Judge