IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br>v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK,<br><br>Defendant. | Civil Action No. 1:21-cv-02900-CJN |

## DEFENDANT'S OPPOSED MOTION FOR RECUSAL

Pursuant to 28 U.S.C. § 455, Defendant Herring Networks, Inc., d/b/a One America News Network ("OAN") files this Opposed Motion for Recusal, and respectfully moves that Magistrate Judge Upadhyaya, assigned for resolution of certain discovery disputes, be recused. In support of this Motion, OAN respectfully refers this Court to the Memorandum and Points and Authorities submitted herewith. A proposed order is attached.

Dated: July 6, 2023

By: */s/ Charles L. Babcock*

**JACKSON WALKER LLP**
Charles L. Babcock
(admitted *pro hac vice*)
cbabcock@jw.com
1401 McKinney Suite 1900
Houston, TX 77010
(713) 752-4210 (Direct Dial)
(713) 308-4110 (Fax)

**BOYDEN GRAY & ASSOCIATES**
R. Trent McCotter
D.C. BAR NO. 1011329
801 17th St NW, #350
Washington, DC 20006
(202) 706-5488
mccotter@boydengrayassociates.com
*Counsel for Defendants*

**CERTIFICATE OF CONFERENCE**

I hereby certify that on the 5th and 6th days of July 2023, I conferred with counsel for Plaintiffs, Caitlin Kovacs, by email and she stated that Plaintiffs are opposed to the foregoing motion for recusal.

/s/ *John K. Edwards*
John K. Edwards

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of July 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

/s/ *Charles L. Babcock*
Charles L. Babcock