IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>　　　　Plaintiffs,<br>　v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK,<br><br>　　　　Defendant. | Civil Action No. 1:21-cv-02900-CJN |

**[PROPOSED] ORDER**

For good cause shown, Defendant's Opposed Motion for Recusal is hereby GRANTED.

SO ORDERED, this _____ day of _____, 2023.


　　　　　　　　　　　　　　　　　　　*/s/* _____

1