# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SMARTMATIC USA CORP., | ) | |
| SMARTMATIC HOLDING B.V., AND | ) | |
| SGO CORPORATION LIMITED, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 1:21-cv-02900-CJN- |
| v. | ) | MAU |
| | ) | |
| HERRING NETWORKS, INC., D/B/A | ) | |
| ONE AMERICA NEWS NETWORK, | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF CARL C. BUTZER

I, Carl C. Butzer, declare as follows:

1.      I am over the age of 21 and competent to make this declaration. I am an attorney at the law firm of Jackson Walker LLP, and am counsel for Defendant Herring Networks, Inc., d/b/a One American News Network ("OAN"). I have personal knowledge of the facts stated in this declaration and those facts are true and correct. I submit this Declaration in support of OAN's Motion for Recusal and Disqualification and Memorandum of Points and Authorities in support of same.

2.      On October 21, 2022, Plaintiffs served their First Set of Requests for Production on OAN ("Smartmatic RFP"). Smartmatic RFP number 38 seeks evidence or lack thereof that Smartmatic deleted, lost, changed, or compromised votes in connection with the 2020 Presidential election or "any other election." Smartmatic RFP number 52 seeks evidence to support, establish, demonstrate, or show that the complained of statements in Plaintiffs' Complaint are substantially true, accurate, not misleading, and/or not defamatory.

**DECLARATION OF CARL C. BUTZER – PAGE 1**

3.      Plaintiffs have required OAN to conduct forty (40) search term queries of OAN's documents that include the terms "Maduro" and "Venezuela". Also, Plaintiffs' search term queries include one search term that is just "Maduro*", and another that is just "Venezuela*".

4.      On October 24, 2022, OAN served its First Set of Requests for Production on Plaintiffs and on May 31, 2023, OAN served its Second Set of Requests for Production on Plaintiffs (collectively, "OAN RFPs"). OAN RFP numbers 375, 378-384 and 386 seek discovery into Plaintiffs' connections to Venezuela, the Maduro regime, and prior elections. OAN RFP 380 specifically seeks communications concerning "Nicolás Maduro or anyone working for him." OAN RFP numbers 18, 26-28, 37, 40, and 80 concern Plaintiffs' involvement in Venezuelan elections.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 5, 2023.

_____

Carl C. Butzer