# EXHIBIT 10

# Frente Patriótico denuncia "topes" en votación de diciembre

🔗 ProQuest document link

## ABSTRACT (ABSTRACT)

La teoría de los "topes" se sostiene porque los votos de la oposición registran una distribución estadística muy regular, con una frecuencia casi constante; frente a una dispersión de sufragios oficialistas en los mismos centros. "Esto no es estadísticamente consistente, en el sentido que se presentan diferencias significativas en la distribución de los votos", señala el documento.
Los autores del informe reconocen que estos datos "deben considerarse preliminares y ser analizados exhaustivamente". Para esto, recomiendan la creación de una unidad de investigación electoral, compuesta por técnicos universitarios de reconocida imparcialidad, a fin de estudiar a fondo las deficiencias del sistema de votación venezolano.

## FULL TEXT

Genaro Mosquera, Freddy Malpica y otros profesores universitarios, sostienen que hay indicios de "inconsistencias estadísticas graves" en los resultados de las últimas elecciones presidenciales.

Coordinados por el profesor Genaro Mosquera, publicaron esta semana un estudio sobre los resultados de las elecciones del 3 de diciembre, donde señalan la existencia de "topes" en una gran cantidad de centros de votación. El análisis (publicado en un cuaderno de 47 páginas y dos discos compactos), sugiere que existen indicios para pensar en una posible manipulación estadística de los resultados.

La teoría de los "topes" se sostiene porque los votos de la oposición registran una distribución estadística muy regular, con una frecuencia casi constante; frente a una dispersión de sufragios oficialistas en los mismos centros. "Esto no es estadísticamente consistente, en el sentido que se presentan diferencias significativas en la distribución de los votos", señala el documento.

Asimismo, los académicos también apuntan sus sospechas a la "regularidad estadística" de la abstención, ubicada alrededor del 25% en la mayoría de los centros de votación y sin dispersión.

Recuerdan también la inscripción de más de un millón de nuevos electores durante el año 2006, la creación de centros de votación y las irregularidades no corregidas del Registro Electoral, como elementos que siembran sospechas sobre la victoria del presidente Hugo Chávez, el 3 de diciembre.

"La realidad del sistema electoral venezolano hace presumir absolutas inconsistencias en la data, muy a pesar del reconocimiento del triunfo por parte del candidato opositor", señala el texto.

Los autores del informe reconocen que estos datos "deben considerarse preliminares y ser analizados exhaustivamente". Para esto, recomiendan la creación de una unidad de investigación electoral, compuesta por técnicos universitarios de reconocida imparcialidad, a fin de estudiar a fondo las deficiencias del sistema de votación venezolano.

Mientras tanto, el documento presenta tres recomendaciones, que consideran "indispensables" para poder celebrar otro evento electoral en condiciones de mínima transparencia: crear un nuevo Registro Electoral, desmontar los sistemas automatizados de votación y revisar el sistema de identificación venezolano.

Entre los autores del estudio se cuentan, además de Mosquera, Ezequiel Zamora (ex vicepresidente del CNE), Freddy Malpica (ex rector de la Universidad Simón Bolívar), Guillermo Salas (profesor de la USB), Jorge Tamayo, Ramiro Esparragoza (profesores de la UCV), cuatro expertos en estadística y tres ingenieros en computación.

©NoticiasFinancieras - ©GDA - El Nacional - All rights reserved



## DETAILS

| | |
|---|---|
| People: | Mosquera, Genaro; Malpica, Freddy |
| Publication title: | El Nacional; Caracas |
| Pages: | n/a |
| Number of pages: | 0 |
| Publication year: | 2007 |
| Publication date: | Jan 27, 2007 |
| Section: | Politics |
| Publisher: | Grupo de Diarios América |
| Place of publication: | Caracas |
| Country of publication: | United States, Caracas |
| Publication subject: | General Interest Periodicals--Venezuela |
| Source type: | Newspaper |
| Language of publication: | Spanish |
| Document type: | NEWSPAPER |
| ProQuest document ID: | 336691227 |
| Document URL: | http://ezproxy.lapl.org/login?url=https://www.proquest.com/newspapers/frente-patriótico-denuncia-topes-en-votación-de/docview/336691227/se-2?accountid=6749 |
| Copyright: | Copyright (c) 2007 El Nacional |
| Last updated: | 2010-06-20 |
| Database: | International Newsstream |

Database copyright © 2023 ProQuest LLC. All rights reserved.

Terms and Conditions   Contact ProQuest



# Certification of Translation Accuracy

## Translation of **ProQuest document link**
## from **Spanish** into **English**

We, Precise Global Translations, a professional translation services company having no relation to the client, hereby certify that the above-mentioned document has been translated by experienced and qualified professional translators, and that, in our best judgment, the translated text truly reflects the content, meaning, and style of the original text and constitutes in every respect a correct and true translation of the original document.

This is to certify the correctness of the translation only. We do not guarantee that the original is a genuine document, or that the statements contained in the original document are true. Furthermore, Precise Global Translations assumes no liability for the way in which the translation is used by the customer or any third party, including end-users of the translation.

A copy of the translation is attached to this certification.

_____

**Limbert Carios / Precise Global Translations, Inc**
July 4, 2023
gQU88118 / gVT88094

State of Texas
County of _____Harris_____

Before me, on this day personally appeared Limbert Carios, known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this 4th day of July 2023

_____
Notary Public

DANIELA HERRERO GIL
NOTARY PUBLIC
STATE OF TEXAS
ID 132076723
EXP. 07-08-2027

Precise Global Translations, Inc.
1095 Evergreen Cir, Suite 200
The Woodlands, TX 77380
*www.precisetranslations.com*

Houston, TX: (832) 510 7707
Mexico City:  +52 (55) 2458 8000
US toll-free number: 1 800 717 5312
*info@precisetranslations.com*

# Patriotic Front denounces "capping" in December's voting

🔗 ProQuest document link

## ABSTRACT (ABSTRACT)

The theory of "capping" is supported by the fact that opposition votes show a highly regular statistical distribution, with an almost constant frequency, compared to a dispersion of pro-government votes in the same polling centers. "This is not statistically consistent, as significant differences in the distribution of votes are observed," states the document.

The authors of the report acknowledge that these data "should be considered preliminary and thoroughly analyzed." To this end, they recommend the establishment of an electoral research unit composed of university technicians known for their impartiality, in order to thoroughly study the deficiencies of the Venezuelan voting system.

## FULL TEXT

Genaro Mosquera, Freddy Malpica, and other university professors argue that there are indications of "serious statistical inconsistencies" in the results of the recent presidential elections.

Coordinated by Professor Genaro Mosquera, they published a study this week on the results of the December 3rd elections, where they highlight the existence of "capping" in a significant number of polling centers. The analysis (published in a 47-page booklet and two compact discs) suggests that there are indications of possible statistical manipulation of the results.

The theory of "capping" is supported by the fact that opposition votes exhibit a highly regular statistical distribution, with an almost constant frequency, in contrast to a dispersion of pro-government votes in the same centers. "This is not statistically consistent, as significant differences in the distribution of votes are observed," states the document.

Furthermore, the academics also raise suspicions about the "statistical regularity" of abstention, which is around 25% in most polling centers without dispersion.

They also recall the enrollment of over one million new voters during 2006, the establishment of polling centers, and the unresolved irregularities in the Electoral Registry as factors that cast doubt on President Hugo Chávez's victory on December 3rd.

"The reality of the Venezuelan electoral system leads to presuming absolute inconsistencies in the data, despite the recognition of victory by the opposition candidate," the text points out.

The authors of the report acknowledge that these data "should be considered preliminary and thoroughly analyzed." To accomplish this, they recommend the establishment of an electoral research unit composed of university technicians known for their recognized impartiality, in order to thoroughly study the deficiencies of the Venezuelan voting system.

Meanwhile, the document puts forward three recommendations that they consider "essential" in order to hold another electoral event under minimum transparency conditions: creating a new Electoral Registry, dismantling automated voting systems, and reviewing the Venezuelan identification system.

Among the authors of the study are Genaro Mosquera, Ezequiel Zamora (former vice president of the National Electoral Council), Freddy Malpica (former rector of Simón Bolívar University), Guillermo Salas (professor at Simón Bolívar University), Jorge Tamayo, Ramiro Esparragoza (professors at Central University of Venezuela), four statistics experts, and three computer engineers.

©NoticiasFinancieras - ©GDA - El Nacional - All rights reserved



## DETAILS

| | |
|---|---|
| **People:** | Mosquera, Genaro; Malpica, Freddy |
| **Publication title:** | El Nacional; Caracas |
| **Pages:** | n/a |
| **Number of pages:** | 0 |
| **Publication year:** | 2007 |
| **Publication date:** | Jan 27, 2007 |
| **Section:** | Politics |
| **Publisher:** | Grupo de Diarios América |
| **Place of publication:** | Caracas |
| **Country of publication:** | United States, Caracas |
| **Publication subject:** | General Interest Periodicals--Venezuela |
| **Source type:** | Newspaper |
| **Language of publication:** | Spanish |
| **Document type:** | NEWSPAPER |
| **ProQuest document ID:** | 336691227 |
| **Document URL:** | http://ezproxy.lapl.org/login?url=https://www.proquest.com/newspapers/frente-patriótico-denuncia-topes-en-votación-de/docview/336691227/se-2?accountid=6749 |
| **Copyright:** | Copyright (c) 2007 El Nacional |
| **Last updated:** | 2010-06-20 |
| **Database:** | International Newsstream |

Database copyright © 2023 ProQuest LLC. All rights reserved.

Terms and Conditions   Contact ProQuest

