# EXHIBIT 12

 





INICIO   REGIONES   POLÍTICA   ECONOMÍA   TECNOLOGÍA   OPINIÓN   ANÁLISIS   SALUD   CULTURA   ENTREVISTA   IDEOLOGÍA

# Maduro quemó máquinas electorales para perpetuarse: ABC

 por **Delia Pérez**   —   12 marzo, 2020   en *Destacado, Elecciones, Noticias, Política, Venezuela*

 Facebook          Twitter          Telegram          Whatsapp



"Esta misión es un asunto de vida o muerte para Maduro y sus amigos para mantenerse en el poder". (Twitter)

Según la información a la que ha tenido acceso el diario ABC, el régimen de Nicolás Maduro está detrás del incendio que se registró la tarde del sábado en un galpón ubicado en Filas de Mariche, estado Miranda, en donde se encontraba almacenado gran parte de los equipos del órgano comicial venezolano.

La intención, al parecer, es reemplazar todas las máquinas por unas nuevas creadas por la dictadura para su perpetuación en el poder.

## Noticias Relacionadas

 **O método do Foro de São Paulo para eliminar adversários**
 2 JULIO, 2023

 **Más de la mitad de los brasileños cree que Brasil corre riesgo de convertirse en comunista**
 1 JULIO, 2023

Este sitio web utiliza cookies. Si continúa utilizando este sitio web, está dando su consentimiento para que se utilicen cookies. Visite nuestra *Políticas de Privacidad*.

Acepto

En la tarde del domingo, durante la declaración a la prensa emitida desde la sede del Consejo Nacional Electoral (CNE) en Caracas, la rectora Tibisay Lucena informó que el fuego consumió gran parte del material que se encontraba en el edificio, lo que se tradujo en la pérdida de máquinas de votación, maquinas captahuellas, memorias de computadores y servidores.

La rectora principal anunció sin reparos que pese a las pérdidas el ente electoral va a estar realizando las labores necesarias para poder llevar a cabo las elecciones pautadas en el país. En este punto y más allá de los millones de dólares que pueden estar sobre la mesa para la compra de nuevas máquinas, "esta misión es un asunto de vida o muerte para Maduro y sus amigos para mantenerse en el poder", se lee en *ABC*.

En la investigación se detalla que los dos proveedores principales del órgano electoral venezolano son Smartmatic, que se encargaba del software y el hardware de votación, y ExClé, encargado de la identificación biométrica. Mientras Smartmatic era una empresa global que proveía tecnología de votación a más de 20 países, ExClé tiene como único cliente al Estado venezolano.

"El humo de las máquinas incendiándose son una señal inequívoca que ExClé tiene ya la máquina de votación que sí soporta el software hecho a la medida del oficialismo", destaca la nota del diario español.

Actualmente —y luego de jugosos contratos y estrecha amistad con el chavismo desde el 2006— el argentino Guillermo San Agustín, presidente de ExClé, ofrece la tecnología para el pago del petro, la criptomoneda creada por el chavismo, a través del Carnet de la Patria. "Con este último negocio, ExClé rescató a Maduro de sus niveles más bajos de popularidad".

El medio español reseña que tras la debacle electoral de Maduro en las parlamentarias de 2015 —último comicios reconocidos por la comunidad internacional— se hizo evidente que con el sistema automatizado de Smartmatic una victoria electoral sin los votos era imposible. Maduro exigió entonces una plataforma tecnológica para salvar la revolución.



*ABC* señala que en 2013, tras las elecciones entre Maduro y Henrique Capriles, la primera orden que dio el tirano fue la de implementar un nuevo sistema de votación. Una plataforma que garantizara la supervivencia de la revolución que había heredado, tuviese o no los votos.

> *Pero no fue hasta 2017 cuando Smartmatic denunció el fraude en los resultados de la Asamblea Nacional Constituyente que se trabajó en un nuevo sistema. En aquel momento, se expropió toda la infraestructura que la multinacional había montado en Venezuela, desde los centros regionales que servían como soporte durante los proyectos electorales hasta los servidores, y se los regaló a ExClé, empresa responsable de la base de datos de huellas dactilares de los venezolanos.*

## ExClé una pieza fundamental del ajedrez político

Mientras ExClé subía en la lista de preferencias del madurismo, el mayor Carlos Quintero, ingeniero de sistemas, y asignado al CNE en 2004 directamente por Hugo Chávez, también ascendía dentro de la estructura del organismo comicial. *ABC* reseña que Quintero, conocido por sus supuestos lazos con Jorge Rodríguez y Tareck El Aissami, fue ganando poder por las pausas que debía tomar Tibisay Lucena por su enfermedad. El cáncer de Lucena catapultó a Quintero en el poder.

> *Al principio, Quintero encarga a ExClé la tarea de modificar el software original de Smartmatic. Se llevaron algunas máquinas a Buenos Aires y desde las oficinas de ExClé, que lidera el hermano de Guillermo San Agustín, Eduardo San Agustín, buscaron una solución técnica a la delicada situación política de Maduro. Probablemente en las elecciones regionales de 2018 utilizaron este software modificado. Sin embargo, no pudieron cambiarlo completamente.*

Entre tanto, "Maduro siempre tiene un plan B. Si el hardware y software de ExClé muestran que no podrán obrar el milagro, siempre tendrá la opción de

Este sitio web utiliza cookies. Si continúa utilizando este sitio web, está dando su consentimiento para que se utilicen cookies. Visite nuestra Políticas de Privacidad.



### Delia Pérez

Delia Pérez es venezolana y edita para el *PanAm Post*. Síguela en twitter @deliamperez





## Publicaciones Relacionadas

**PORTUGUÉS**

**O método do Foro de São Paulo para eliminar adversários**

🕔 2 JULIO, 2023

**BRASIL**

**Más de la mitad de los brasileños cree que Brasil corre riesgo de convertirse en comunista**

🕔 1 JULIO, 2023

**VENEZUELA**

**Tres detalles que desmontan la ilegal inhabilitación de María Corina**

🕔 1 JULIO, 2023

**NOTICIAS**

**Twitter impone límites diarios a la lectura de tuits**

🕔 1 JULIO, 2023

**NOTICIAS BREVES**

**Lukashenko promulga enmienda para prohibir medios extranjeros**

🕔 1 JULIO, 2023

**AUTORITARISMO**

**El método del Foro de Sao Paulo para eliminar opositores**

🕔 1 JULIO, 2023



Este sitio web utiliza cookies. Si continúa utilizando este sitio web, está dando su consentimiento para que se utilicen cookies. Visite nuestra Políticas de Privacidad.



Suscríbase gratis a nuestro boletín diario y
nunca se pierda otra noticia

Introduce tu email

SUSCRIBIR



Argentina / Bolivia / Brasil / Chile / Colombia / Ecuador / México / Venezuela / Vídeos

© 2022 *PanAm Post* - Todos los derechos reservados - Política de privacidad.

Este sitio web utiliza cookies. Si continúa utilizando este sitio web, está dando su consentimiento para que se utilicen cookies. Visite nuestra Políticas de Privacidad.



# Certification of Translation Accuracy

Translation of **Evidence Documents and emails Smartmatic Venezuela** from **Spanish** into **English**

We, Precise Global Translations, a professional translation services company having no relation to the client, hereby certify that the above-mentioned document has been translated by experienced and qualified professional translators, and that, in our best judgment, the translated text truly reflects the content, meaning, and style of the original text and constitutes in every respect a correct and true translation of the original document.

This is to certify the correctness of the translation only. We do not guarantee that the original is a genuine document, or that the statements contained in the original document are true. Furthermore, Precise Global Translations assumes no liability for the way in which the translation is used by the customer or any third party, including end-users of the translation.

A copy of the translation is attached to this certification.

_____

**Limbert Carios / Precise Global Translations, Inc**
July 4, 2023
gQU88112 / gVT88089

State of Texas
County of _____Harris_____

Before me, on this day personally appeared Limbert Carios, known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this 4th day of July 2023

_____
Notary Public

---

Precise Global Translations, Inc.
1095 Evergreen Cir, Suite 200
The Woodlands, TX 77380
www.precisetranslations.com

Houston, TX: (832) 510 7707
Mexico City: +52 (55) 2458 8000
US toll-free number: 1 800 717 5312
info@precisetranslations.com

Sunday, July 2, 2023





# Maduro burned electoral machines to perpetuate himself: ABC

by Delia Pérez - 12 March 2020 Headlines, Elections, News, News, Politics, Venezuela



"This mission is a matter of life and death for Maduro and his allies to stay in government and retain power." (Twitter)

According to the information obtained by ABC Journal, the regime of Nicolás Maduro is behind the fire that occurred on Saturday afternoon in a warehouse located in Filas de Mariche, Miranda state, where a large part of the equipment of the Venezuelan electoral body was stored.

The intention, apparently, is to replace all the machines with new ones created by the dictatorship to perpetuate themselves in the government and retain the power.



7/3/23, 18:55                                           Maduro burned electoral machines to perpetuate himself: ABC

During Sunday afternoon's press statement from the headquarters of the National Electoral Council (CNE) in Caracas, Commissioner Tibisay Lucena detailed that the fire ravaged a significant portion of the material inside the building, resulting in the loss of voting machines, fingerprint scanning machines, computer memories, and servers.

The main commissioner announced without hesitation that, despite the losses, the electoral body will carry out the necessary tasks to proceed with the scheduled elections in the country. At this point, beyond the millions of dollars that may be at stake for the purchase of new machines, "This mission is a matter of life and death for Maduro and his allies to stay in government and retain power," as stated in ABC.



The investigation details that the two main suppliers of the Venezuelan electoral body are Smartmatic, responsible for the voting software and hardware, and ExClé, in charge of biometric identification. While Smartmatic was a global company that provided voting technology to more than 20 countries, ExClé had the Venezuelan government as its sole client.

"The smoke from the burning machines is an unequivocal sign that ExClé already has the voting machine that supports the custom-made software of the ruling party," highlights the note from the Spanish newspaper.

Currently, and after lucrative contracts and a close friendship with the Chavista government since 2006, Argentine Guillermo San Agustín, Chairman of ExClé, offers technology for the payment of the petro, the cryptocurrency created by the Chavista regime, through the Carnet de la Patria. "With this latest business, ExClé rescued Maduro from his lowest levels of popularity," the note explains.

According to the Spanish media outlet, after Maduro's electoral debacle in the parliamentary elections of 2015 - the last recognized election by the international community - it became evident that winning an election without actual votes was impossible with the automated system provided by Smartmatic. Maduro then demanded a technological platform to salvage the revolution.



*ABC* highlights that in 2013, following the elections between Maduro and Henrique Capriles, the first order given by the dictator was to implement a new voting system. A platform that would guarantee the survival of the revolution he had inherited, regardless of whether or not it had the actual votes.

*It wasn't until 2017 when Smartmatic denounced the fraud in the results of the Constituent Assembly that work began on a new system. At that time, all the infrastructure that the multinational company had set up in Venezuela, including regional centers that served as support during electoral projects and servers, was expropriated and given to ExClé, the company responsible for the fingerprint database of Venezuelans.*

ExClé a key player in political chess

As ExClé rose in the preferences of the Maduro regime, so did Major Carlos Quintero, a system engineer who was directly assigned to the CNE in 2004 by Hugo Chávez. Quintero also ascended within the organizational structure of the electoral body. ABC reports that Quintero, known for his alleged connections to Jorge Rodríguez and Tareck El Aissami, gained power during the breaks that Tibisay Lucena had to take due to her illness. Lucena's cancer propelled Quintero into power.

*At the beginning, Quintero entrusted ExClé with the task of modifying the original software from Smartmatic. Some machines were taken to Buenos Aires, and from the offices of ExClé, led by Guillermo San Agustín's brother, Eduardo San Agustín, they sought a technical solution to Maduro's delicate political situation. It is likely that they used this modified software in the 2018 regional elections. However, they were unable to change it completely.*

Meanwhile, "Maduro always has a Plan B. If the hardware and software from ExClé show that they cannot work their miracle, he will always have the option of resorting to manual elections, where the Armed Forces of Vladimir Padrino López will safeguard the vote of every Venezuelan," concludes ABC.