# EXHIBIT 17

# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 18-7044**   **September Term, 2018**

1:16-cv-02020-RJL

Filed On: February 14, 2019 [1773506]

Rusoro Mining Limited, Gold Fields Limited,

    Appellee

v.

Bolivarian Republic of Venezuela,

    Appellant

**O R D E R**

Upon consideration of appellant's motion for stay, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | June 17, 2019 |
| Appendix | June 17, 2019 |
| Appellee's Brief | July 17, 2019 |
| Appellant's Reply Brief | August 7, 2019 |

    **FOR THE COURT:**
    Mark J. Langer, Clerk

BY:  /s/
     Michael C. McGrail
     Deputy Clerk