# EXHIBIT 18

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Rusoro Mining Limited

v.

Bolivarian Republic of Venezuela

**Case No:** 18-7044

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as  ● Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the  ○ Appellant(s)/Petitioner(s)  ● Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

The Bolivarian Republic of Venezuela, on instruction from the current and acting Attorney General of the Republic, Reinaldo Muñoz Pedroza

### Counsel Information

**Lead Counsel:** Moxila A. Upadhyaya

**Direct Phone:** (202) 344-4690  **Fax:** (202) 344-8300  **Email:** maupadhyaya@venable.com

**2nd Counsel:** Michael B. MacWilliams

**Direct Phone:** (410) 244-7514  **Fax:** (410) 244-7742  **Email:** mbmacwilliams@venable.com

**3rd Counsel:**

**Direct Phone:** (   )    -     **Fax:** (   )    -     **Email:**

**Firm Name:** Venable LLP

**Firm Address:** 600 Massachusetts Avenue, N.W., Washington, DC  20001

**Firm Phone:** (202) 344-4000  **Fax:** (202) 344-8300  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)