# EXHIBIT 20

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| RUSORO MINING LIMITED,<br><br>*Petitioner-Appellee*,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>*Respondent-Appellant*. | Case No. 18-7044 |

## WITHDRAWAL OF APPEARANCE

The Clerk of the Court is hereby requested to withdraw the appearance of Moxila A. Upadhyaya, Michael B. MacWilliams, and Venable LLP as counsel to the Bolivarian Republic of Venezuela.

      /s/ Moxila A. Upadhyaya
Moxila A. Upadhyaya

      /s/ Michael B. MacWilliams
Michael B. MacWilliams
600 Massachusetts Avenue, N.W.
Washington, DC  20001
Telephone:  202-344-4000
Fax:  202-344.8300

## CERTIFICATE OF COMPLIANCE

The foregoing document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) and Fed. R. App. P. 32(g)(1) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), the document contains 33 words.

March 11, 2019 /s/ Moxila A. Upadhyaya
Moxila A. Upadhyaya

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2019, I electronically filed the foregoing document with the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

March 11, 2019                              /s/ Moxila A. Upadhyaya
                                            Moxila A. Upadhyaya