IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., *et al.*, <br><br>       Plaintiffs, <br> v. <br><br> HERRING NETWORKS, INC., <br><br>       Defendant. | No. 1:21-cv-02900-CJN <br><br> Magistrate Judge Moxila A. Upadhyaya |

## [PROPOSED] ORDER

This matter comes before the Court on Plaintiffs' Motion for a Protective Order to Quash Defendant's Second Set of Requests for Production. After examining the Motion and the parties' briefs, arguments, and authorities, the Court finds that the motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant's Second Set of Requests for Production to Plaintiffs, dated May 31, 2023, are hereby QUASHED.

SO ORDERED this _____ day of _____ 2023.

_____
Moxila A. Upadhyaya
United States District Judge