IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SMARTMATIC USA CORP., *et al.*, | | |
| Plaintiffs, | | No. 1:21-cv-02900-CJN |
| v. | | |
| HERRING NETWORKS, INC., | | Magistrate Judge Moxila A. Upadhyaya |
| Defendant. | | |

**INDEX**

| Exhibit | Date | Description |
|---|---|---|
| A | 12/16/2022 | Plaintiffs' Omnibus Responses and Objections to Defendant's First Set of Requests for Production |
| B | 7/6/2023 | Declaration of Caitlin A. Kovacs In Support of Plaintiffs' Motion for Protective Order |
| B.1 | 5/31/2023 | Defendant's Second Set of Requests for Production to Plaintiff SGO Corporation Limited |
| C | 5/1/2023 | Smartmatic Letter to Herring Network (OANN) |
| Appendix | | Description |
| A | | Search Terms to be Run Over Smartmatic's Collection of Documents |
| B | | Request for Production ("RFP") Comparison Chart |