# Exhibit C



Olivia E. Sullivan
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Direct Dial: 312.624.6415
Fax: 312.767.9192
osullivan@beneschlaw.com

May 1, 2023

**VIA EMAIL**

Brian Ledebuhr
Vedder Price
222 North LaSalle, Suite 2300
Chicago, IL 60601

    Re:    *Smartmatic USA Corp., et al. v. Herring Networks, Inc., d/b/a One America News Network*, Case No. 1:21-cv-02900-CJN (D.D.C.)

Dear Counsel:

Smartmatic writes in response to Herring Network's (OANN) letter dated April 25, 2023, and the accompanying appendices. The letter and appendices relate to the parties' ongoing negotiations regarding search terms to be run across Smartmatic's custodians. Attached to this letter is Appendix 5, which contains a hit report for the search terms proposed by Smartmatic in its letter to OANN dated April 19, 2023.

**I.    Smartmatic's April 19 Letter and Appendix 3**

In its April 19 letter, Smartmatic attached as Appendix 3 a report detailing the document hits for each of OANN's proposed terms, as well as notes regarding: (1) whether Smartmatic will agree to run the proposed term; (2) any proposed revisions to the proposed term; and (3) any proposed date range for the proposed term. As requested in your letter of April 25, Smartmatic confirms that: (1) the first column of Appendix 3 reflects the terms proposed by OANN without alteration; and (2) the hit numbers contained in the second and third columns of Appendix 3 do not reflect any date limitation.

**II.    Smartmatic's Appendix 5**

As noted, attached hereto as Appendix 5 is a hit report encompassing: (1) the OANN proposed terms to which Smartmatic has agreed, as indicated in green in Appendix 3; (2) Smartmatic's revisions to OANN's proposed terms, as indicated in yellow in Appendix 3; and (3) the additional terms detailed in Appendix 4 to Smartmatic's April 19, 2023 letter. This hit report utilizes the date limitations indicated in the fifth column of Appendix 3 and the second column of Appendix 4. If no time frame was listed for a given search, these terms were run without a date limitation.

In total, Smartmatic's counterproposal encompasses over 3.26 million documents.

Brian Ledebuhr
May 1, 2023
Page 2

### III. OANN's April 25 Letter

In its April 25 letter, OANN alleges that Smartmatic has "failed to offer specific alternatives" to the OANN-proposed terms that Smartmatic has rejected. This assertion is untrue; Smartmatic clearly detailed its proposed alternative searches in Appendix 4. However, in order to assist OANN in its review, Smartmatic has identified terms from Appendix 4 that fall within the enumerated categories. Smartmatic explicitly reserves all objections to OANN's discovery requests, and by providing proposed search terms, Smartmatic does not agree that any of the enumerated categories are relevant or discoverable. Smartmatic's document production will be governed by the objections and conditions set forth in Smartmatic's Omnibus Responses and Objections to Defendants Herring Networks, Inc., d/b/a One America News Network's First Set of Requests for Production, and any subsequent agreements between the parties.

1. ***FBI, CIA, DOJ, DHS, or CISA inquiries of hacks, incursions, or breaches of Smartmatic entity software, hardware, or technology.*** Smartmatic does not agree to run search terms regarding this topic.

2. ***Smartmatic entity bids, pitches, or proposals in numerous U.S. states.*** Smartmatic has identified the following search terms regarding bids, pitches, or proposals:

- submit* W/5 bid
- post bid review
- (request for information OR request for pro* OR RFI OR RFP OR RFT OR RFQ) W/50 (Georgia OR GA)
- (contract* OR bid* OR propos* OR RFP OR RFI) W/15 background
- (contract* OR bid* OR propos* OR RFP OR RFI) W/17 history*
- (contract* OR bid* OR propos* OR RFP OR RFI) W/25 diligence*
- (contract* OR bid* OR RFP OR RFI) W/5 (voting OR election*)
- (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/15 concern*
- (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 (fear* OR scare*)
- (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 (losing)
- (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 (scandal* OR controvers*)
- (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 (taint* OR toxic*)

- (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 (uncertain* OR worr*)

- (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 alleg*

- (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 claims*

- (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 delay*

- (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 fraud*

- (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 harm*

- (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 indefinite*

- (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 justif*

- (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 lost

- (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 reevaluat*

- (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/7 risk*

- (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 rumor*

- (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 suspend*

- (client* OR customer*) W/5 (contract* OR bid*)

- (pitch*) W/20 (financing OR loan*)

- (venture* OR PE OR private equity) W/25 (invest* OR pitch* OR deal OR valu*)

- pitch* W/20 (fund OR capital* OR equit* OR invest* OR PE OR VC OR venture)

In addition, Smartmatic has agreed to produce all: (1) bids, RFI responses, and RFP responses submitted by Smartmatic for the provision of voting technology, from January 1, 2017 to present; and

Brian Ledebuhr
May 1, 2023
Page 4

(2) bids, RFI responses, and RFP responses submitted by Smartmatic to entities in the United States for the provision of voting technology, from January 1, 2005 to present.

3. ***Controversies surrounding Smartmatic entity software, hardware, or technology in countries outside the U.S. such as Venezuela, the Philippines, Uganda, Nigeria, Zambia, Colombia, Brazil, Ecuador, Belgium, Bulgaria, Argentina, Oman, Sierra Leone, Armenia, and Estonia.*** Smartmatic has identified the following search terms regarding Smartmatic's reputation and prior alleged controversies:

- Venezuela W/50 (rig OR rigg*)

- Venezuela W/50 alleg*

- Venezuela W/50 fraud

- Venezuela W/50 recall

- Venezuela W/50 tamper*

- Venezuela* W/10 recall

- Venezuela* W/25 (reputation OR perceiv* OR percep* OR associat* OR connection* OR false OR true OR truth OR ties)

- Smartmatic W/25 (brand* OR reputation* OR perception* OR perciev* OR market*)

- (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/15 (reputation OR brand*)

- (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 (scandal* OR controvers*)

- (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 alleg*

- (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 rumor*

- (edelman OR *edelman.com) AND (reputation OR brand* OR perce* OR image OR Venezuela OR Chavez OR fraud)

- (public OR customer* OR media OR consult* OR client* OR government*) W/10 (image)

- (public OR customer* OR media OR consult* OR client* OR government*) W/15 (perception OR perceive* OR reputation OR brand)

- reputation* W/10 (bad OR negative OR false OR harm* OR hurt* OR attack* OR Venezuela* OR concern* OR problem* OR PR OR fix OR improv*)

4.  ***Smartmatic entity lost, failed, or non-renewed contracts.*** Smartmatic has identified the following search terms regarding lost, failed, or non-renewed contracts:

- (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/15 (reputation OR brand*)

- (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/15 concern*

- (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 (fear* OR scare*)

- (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 (losing)

- (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 (scandal* OR controvers*)

- (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 (taint* OR toxic*)

- (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 (uncertain* OR worr*)

- (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 alleg*

- (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 claims*

- (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 delay*

- (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 fraud*

- (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 harm*

- (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 indefinite*

- (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 justif*

- (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 lost
- (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 reevaluat*
- (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 rumor*
- (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 suspend*
- (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/7 risk*
- (client* OR customer* OR contact*) W/10 (interest OR interested)
- (client* OR customer* OR contact*) W/15 (long term OR long-term)
- (client* OR customer* OR contact*) W/15 expir*
- (client* OR customer* OR contact*) W/15 terminat*
- (client* OR customer* OR contact*) W/20 (retain* OR retention)
- (client* OR customer* OR contact*) W/20 lost
- (client* OR customer* OR contact*) W/25 renew*
- (client* OR customer*) W/10 (interest OR interested)
- (client* OR customer*) W/10 (request* OR solicit*)
- (client* OR customer*) W/10 opportunit*
- (client* OR customer*) W/15 (extend* OR extension)
- (client* OR customer*) W/15 cancel*
- (client* OR customer*) W/5 (contract* OR bid*)
- (forecast* OR future* OR expec* OR predict* OR anticipat* OR project* OR pipeline) W/10 client*
- (forecast* OR future* OR expec* OR predict* OR anticipat* OR project* OR pipeline) W/10 opportunit*
- (forecast* OR future* OR expec* OR predict* OR anticipat* OR project* OR pipeline) W/5 contract*
- (forecast* OR future* OR expec* OR predict* OR anticipat* OR projected OR projection OR pipeline*) W/20 revenue*

- (forecast* OR future* OR expec* OR predict* OR anticipat* OR projected OR projection OR pipeline*) W/25 earnings

- (forecast* OR future* OR expec* OR predict* OR anticipat* OR projection OR projected OR pipeline*) W/15 customer*

- (forecast* OR future* OR expec* OR predict* OR anticipat* OR projection OR projected OR pipeline*) W/15 sales

- (loss OR lost OR damage* OR harm) W/50 (alleg* OR disinformation OR misinformation OR malinformation OR lies OR election OR Trump) W/50 (reputation OR business OR profit* OR prospect* OR image OR opportunit* OR client* OR customer* OR contract*)

- (contract* W/15 (renew* OR exten*)) AND (lost* OR lose OR declin* OR reject*)

In addition, Smartmatic has agreed to produce: (1) customer relationship management (CRM) data for contracts and business opportunities in connection with Smartmatic's election technology business from January 1, 2017 to the present; (2) contracts with entities in the United States for the provision of voting technology, and any bids, RFI responses and RFP responses submitted by Smartmatic to entities in the United States for the provision of voting technology, from January 1, 2005 to present; (3) any contracts for the provision of Smartmatic's voting technology, and any bids, RFI responses, and RFP responses submitted by Smartmatic for the provision of voting technology, from January 1, 2017 to present; (4) contracts between Smartmatic and the Venezuelan government relating to Smartmatic's provision of election technology and services; and (5) contracts and bids utilized to calculate Smartmatic's damages as a result of OANN's disinformation campaign.

5. ***Smartmatic entity software, hardware, and technology security vulnerabilities and deficiencies generally.*** Smartmatic has identified the following search terms regarding alleged software, hardware, and technology security vulnerabilities:

- (defam* OR libel OR sland* OR damage* OR harm* OR alleg* OR tarnish* OR stalk* OR harass* OR threat*) W/15 (presidential election OR software OR equip* OR technolog* OR biometric verification OR hack OR Venezuela OR Chavez OR BMD OR Ballot Marking Device OR fraud OR election OR steal)

- (hack* OR change OR alter OR delet* OR manipulate* OR vulnerab* OR irregular*) W/50 investigat*

- (los angeles OR l.a. county OR la county OR VSAP) W/100 (fraud* OR tamper* OR flip* OR rig OR rigg* OR malfunc* OR bug* OR steal* OR stole* OR audit* OR hack* OR flaw* OR secur*)

- (reaudit* OR concern* OR problem OR recount OR complaint OR vulnerab* OR weak* OR falsif* OR alter* OR manip* OR accur* OR inaccur* OR secur* OR reliab* OR hack* OR disqualify OR challenge) W/10 (BMD* OR Ballot

- Marking Device* OR California OR LA OR Los Angeles OR Presidential Election OR VSAP*)

- (Smartmatic* OR Smart-matic* OR Smart Matic* OR SMMT* OR SMT* OR SGO) W/20 fraud*

- (Smartmatic* OR Smart-matic* OR Smart Matic* OR SMMT* OR SMT* OR SGO) W/20 hack*

- (Smartmatic* OR Smart-matic* OR Smart Matic* OR SMMT* OR SMT* OR SGO) W/25 (inaccur* OR cheat* OR misconduct* OR negligen* OR steal* OR tamper*)

- (software* OR equipment OR machin*) W/3 (security OR flaw* OR irregularit* OR vulnerab*)

- (vot* OR elec*) W/10 (inaccurate)

- (vot* OR elec*) W/10 (lack* W/3 transparen*)

- (vot* OR elec*) W/10 (rig OR rigg*)

- (vot* OR elec*) W/10 flaw*

- (vot* OR elec*) W/10 irregular*

- (vot* OR elec*) W/10 vulnerab*

- (vot* OR election) W/10 fraud*

- critical W/25 (security* OR Bug* OR flaw OR error*)

- Cybersecurity W/25 (elect* OR service* OR machine* OR software* OR technolog* OR vot* OR vulnerab*)

- Cybersecurity W/25 (elect* OR service* OR machine* OR software* OR technolog* OR vot*)

- defect* W/25 (hardware OR software OR firmware OR Securit* OR Bug* OR flaw* OR error* OR system*)

- (Ballot marking device* OR BMD OR VSAP) W/25 (reliab* OR accura* OR secur* OR irregularit* OR vulnerab* OR error* OR malfunction* OR issue* OR mistake* OR functional* OR breach*)

- (concern* OR problem* OR vulnerab* OR defect* OR fail*) W/3 security

- (Foreign Investment OR Congress OR "Cybersecurity and Infrastructure Security Agency" OR CISA OR House of Representatives) W/20 (investigat* OR inquir* OR integrity* OR secur* OR transparen* OR reliab* OR flaw* OR irregularit* OR vulnerab*)

- (reaudit* OR concern* OR problem OR recount OR complaint OR vulnerab* OR weak* OR falsif* OR alter* OR manip* OR accur* OR inaccur* OR secur* OR reliab* OR hack* OR disqualify OR challenge) W/10 (BMD* OR Ballot Marking Device* OR California OR LA OR Los Angeles OR Presidential Election OR VSAP*)

- (software* OR equipment OR machin*) W/3 (security OR flaw* OR irregularit* OR vulnerab*)

6.  ***Smartmatic entity software, hardware, and technology audits generally, including but not limited to those conducted by the EAC.*** Smartmatic has identified the following search terms regarding audits:

- ((Hugo W/3 Chavez*) OR Maduro*) W/25 (vot* OR election* OR recount* OR ballot* OR audit* OR investig* OR evaluat* OR withdraw* OR cease OR cessation)

- (audit* OR security) W/25 (procedure* OR review* OR test*)

- (Ballot marking device* OR BMD OR VSAP) W/25 (recount* OR audit* OR evaluat* OR test* OR certif* OR investig*)

- (Carter) W/50 (Smartmatic OR audit OR meeting OR donat* OR invest* OR Venezuela OR Chavez OR Maduro OR Europe*)

- (case stud* OR (internal W/10 audit) OR penetration OR pen test OR (security W/10 test*)) W/7 (Venezuela OR elec* OR software OR tech* OR system* OR machin*)

- (los angeles OR l.a. county OR la county OR VSAP) W/100 (fraud* OR tamper* OR flip* OR rig OR rigg* OR malfunc* OR bug* OR steal* OR stole* OR audit* OR hack* OR flaw* OR secur*)

- (Los Angeles OR LA County) W/15 audit*

- (reaudit* OR concern* OR problem OR recount OR complaint OR vulnerab* OR weak* OR falsif* OR alter* OR manip* OR accur* OR inaccur* OR secur* OR reliab* OR hack* OR disqualify OR challenge) W/10 (BMD* OR Ballot Marking Device* OR California OR LA OR Los Angeles OR Presidential Election OR VSAP*)

- Ballot marking device* W/25 (recount* OR audit* OR evaluat* OR test* OR certif* OR investig*)

7.  ***Smartmatic entity lost revenue or profits.*** Smartmatic has identified the following search terms regarding lost revenue or profits:

- (2021 OR FY21 OR 2022 OR FY22) W/10 (sales* OR sell* OR grow* OR demand*)
- (2021 OR FY21 OR 2022 OR FY22) W/50 (revenue* OR profit* OR earnings)
- (campaign* OR allegation* OR libel* OR slander* OR lies OR misrepresent* OR fals*) W/50 (revenue* OR sales* OR sell* OR effect* OR affect* OR impact*)
- (Board Meeting OR (Board W/3 (Meeting OR Director))) AND (revenue* OR profit* OR financ* OR Newsmax OR Fox OR OAN)
- (forecast* OR future OR expec* OR predict* OR anticipat* OR projected OR projection OR pipeline*) W/25 profit*
- (forecast* OR future* OR expec* OR predict* OR anticipat* OR project* OR pipeline) W/10 (business OR biz)
- (forecast* OR future* OR expec* OR predict* OR anticipat* OR project* OR pipeline) W/10 client*
- (forecast* OR future* OR expec* OR predict* OR anticipat* OR project* OR pipeline) W/10 opportunit*
- (forecast* OR future* OR expec* OR predict* OR anticipat* OR project* OR pipeline) W/5 contract*
- (forecast* OR future* OR expec* OR predict* OR anticipat* OR projected OR projection OR pipeline*) W/20 revenue*
- (forecast* OR future* OR expec* OR predict* OR anticipat* OR projected OR projection OR pipeline*) W/25 earnings
- (forecast* OR future* OR expec* OR predict* OR anticipat* OR projection OR projected OR pipeline*) W/15 customer*
- (forecast* OR future* OR expec* OR predict* OR anticipat* OR projection OR projected OR pipeline*) W/15 sales
- (loss OR lost OR damage* OR harm) W/50 (alleg* OR disinformation OR misinformation OR malinformation OR lies OR election OR Trump) W/50 (reputation OR business OR profit* OR prospect* OR image OR opportunit* OR client* OR customer* OR contract*)
- (plan* OR goal* OR profit* OR revenue* OR market OR customer*) W/20 milestone*
- (plan* OR goal* OR vision OR strateg*) W/15 (expan* OR grow* OR new market* OR new country)

- (product OR development OR planning OR operation* OR business* OR opportunit* OR revenue OR loss* OR income OR profit* OR expan*) W/5 budget*

- (projected OR projection OR project to OR forecast OR pipeline) W/25 (revenue* OR profit* OR earnings)

- (projected OR projection OR project to OR forecast OR pipeline*) W/10 (sales* OR sell*)

- (Smartmatic* OR Smart-matic* OR Smart Matic OR SGO OR SMMT OR SMT OR our OR we OR the company) W/15 loss*

- (Smartmatic* OR Smart-matic* OR Smart Matic OR SGO OR SMMT OR SMT OR our OR we OR the company) W/15 profit*

- (Smartmatic* OR Smart-matic* OR Smart Matic OR SGO OR SMMT OR SMT OR our OR we OR the company) W/20 forecast*

- (Smartmatic* OR Smart-matic* OR Smart Matic OR SGO OR SMMT OR SMT OR our OR we OR the company) W/10 revenue*

- (United States OR Los Angeles) W/25 (projecti* OR budget* OR forecast* OR profit* OR margin*)

- Board Meeting AND (revenue OR profit* OR financ*)

- project* W/5 (revenue OR profit OR loss OR growth)

- revenue W/10 (up OR down OR high* OR low* OR good OR bad OR poor OR increas* OR decreas* OR improv* OR declin* OR slow*)

- (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/15 concern*

- (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 lost

- (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 suspend*

- (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 harm*

- (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 delay*

- (client* OR customer* OR contact*) W/15 terminat*

- (client* OR customer* OR contact*) W/20 lost

- (client* OR customer* OR contact*) W/25 renew*

- (client* OR customer*) W/15 cancel*

8. ***Smartmatic entity(ies) and Lord Malloch Brown.*** Smartmatic has agreed to the inclusion of Lord Malloch Brown as a custodian. Accordingly, any document relating to Lord Malloch Brown within otherwise relevant search terms will be produced.

9. ***Smartmatic entity(ies) and Sequoia Voting Systems.*** Smartmatic has identified the following search terms regarding its relationship with Sequoia Voting Systems:

- *sequoiavote.com

- Dominion AND (sequoia OR SVS)

- (Licens* OR purchas* OR *contract) W/25 (ES&S OR Hart OR Diebold OR Sequoia OR MicroV*)

- (Model W/3 (50 OR 100)) AND AVC AND Sequoia

- (Sequoia OR SVS) AND (Smartmatic OR Blaine OR Chicago OR United States OR US OR U.S. OR divest* OR acqui* OR intellectual property OR IP OR Venezuela* OR Cook County OR market OR Edge* OR software OR litigation OR lawsuit OR case OR bid OR machin* OR dominion OR "Sale and Security" OR sale OR divest* OR sold)

- HAAT AND AVC AND Sequoia

Furthermore, Smartmatic has agreed to produce: (1) contracts evidencing Smartmatic's acquisition and divestment of Sequoia Voting Systems; (2) bids for the provision of election technology submitted by Sequoia while Smartmatic owned Sequoia; and (3) contracts for the provision of election technology executed by Sequoia while Smartmatic owned Sequoia.

10. ***Smartmatic entity(ies) and CISA employee Brian Scully, CISA Director Jen Easterly, former CISA Director Christopher Krebs, CISA Senior Cybersecurity Adviser Matthew Masterson, Head of CISA's Election Security Initiative Geoff Hale, or Director of the National Security Council Lauren Protentis.*** Smartmatic has identified the following terms regarding CISA:

- (Foreign Investment OR Congress OR "Cybersecurity and Infrastructure Security Agency" OR CISA OR House of Representatives) W/20 (investigat* OR inquir* OR integrity* OR secur* OR transparen* OR reliab* OR flaw* OR irregularit* OR vulnerab*)

- (Foreign Investment OR Congress OR "Cybersecurity and Infrastructure Security Agency" OR CISA OR House of Representatives) W/20 (question* OR look* OR watch*)

11. ***Smartmatic entity(ies) and Former COMELEC Chairman Andrew Bautista.*** Smartmatic does not agree to run search terms regarding this topic.

12. ***Smartmatic entity(ies) and Bayan Muna.*** Smartmatic will agree to run the term "Bayan Muna."

13. ***Smartmatic entity(ies) and the CICC.*** Smartmatic does not agree to run search terms regarding this topic.

14. ***Smartmatic entity(ies) and election security.*** Smartmatic has identified the following terms regarding election security:

- (audit* OR security) W/25 (procedure* OR review* OR test*)
- ((Best W/10 world) OR (safe* W/10 world)) W/25 (Smartmatic OR vot* OR software OR machine)
- (Ballot marking device* OR BMD OR VSAP) W/25 (recount* OR audit* OR evaluat* OR test* OR certif* OR investig*)
- (Ballot marking device* OR BMD OR VSAP) W/25 (reliab* OR accura* OR secur* OR irregularit* OR vulnerab* OR error* OR malfunction* OR issue* OR mistake* OR functional* OR breach*)
- (case stud* OR (internal W/10 audit) OR penetration OR pen test OR (security W/10 test*)) W/7 (Venezuela OR elec* OR software OR tech* OR system* OR machin*)
- (concern* OR problem* OR vulnerab* OR defect* OR fail*) W/3 security
- (Certif* OR approv*) W/20 (deny OR denial OR refuse OR refusal OR challeng*)
- (concern* OR problem* OR vulnerab* OR defect* OR fail*) W/3 security
- (reaudit* OR concern* OR problem OR recount OR complaint OR vulnerab* OR weak* OR falsif* OR alter* OR manip* OR accur* OR inaccur* OR secur* OR reliab* OR hack* OR disqualify OR challenge) W/10 (BMD* OR Ballot Marking Device* OR California OR LA OR Los Angeles OR Presidential Election OR VSAP*)
- (Smartmatic* OR Smart-matic* OR Smart Matic* OR SMMT* OR SMT* OR SGO) W/20 hack*
- (Smartmatic* OR Smart-matic* OR Smart Matic* OR SMMT* OR SMT* OR SGO) W/25 (inaccur* OR cheat* OR misconduct* OR negligen* OR steal* OR tamper*)
- (software* OR equipment OR machin*) W/3 (security OR flaw* OR irregularit* OR vulnerab*)

- (vot* OR elec*) W/10 (inaccurate)
- (vot* OR elec*) W/10 (lack* W/3 transparen*)
- (vot* OR elec*) W/10 (rig OR rigg*)
- (vot* OR elec*) W/10 flaw*
- (vot* OR elec*) W/10 irregular*
- (vot* OR elec*) W/10 vulnerab*
- (vot* OR election) W/10 fraud*
- Ballot marking device* W/25 (recount* OR audit* OR evaluat* OR test* OR certif* OR investig*)
- Ballot marking device* W/25 (reliab* OR accura* OR secur* OR irregularit* OR vulnerab* OR error* OR malfunction* OR issue* OR mistake* OR functional*)
- breach* W/50 (risk* OR Security* OR Bug* OR flaw* OR error* OR system*)
- critical W/25 (security* OR Bug* OR flaw OR error*)
- Cybersecurity W/25 (elect* OR service* OR machine* OR software* OR technolog* OR vot* OR vulnerab*)
- Cybersecurity W/25 (elect* OR service* OR machine* OR software* OR technolog* OR vot*)
- defect* W/25 (hardware OR software OR firmware OR Securit* OR Bug* OR flaw* OR error* OR system*)
- fraud* W/50 (count* OR internet OR machine* OR tabula* OR electi* OR vot* OR secur* OR absentee* OR ballot*)
- H.R. 2660 OR Election Security Act
- (Foreign Investment OR Congress OR "Cybersecurity and Infrastructure Security Agency" OR CISA OR House of Representatives) W/20 (investigat* OR inquir* OR integrity* OR secur* OR transparen* OR reliab* OR flaw* OR irregularit* OR vulnerab*)
- (los angeles OR l.a. county OR la county OR VSAP) W/100 (fraud* OR tamper* OR flip* OR rig OR rigg* OR malfunc* OR bug* OR steal* OR stole* OR audit* OR hack* OR flaw* OR secur*)

15. **Smartmatic entity(ies) and the FCPA.** Smartmatic does not agree to run search terms regarding this topic.

Brian Ledebuhr
May 1, 2023
Page 15

16. ***Smartmatic entity(ies) and the IEBC.*** Smartmatic does not agree to run search terms regarding this topic.

17. ***Smartmatic entity(ies) and Kapersky Lab.*** Smartmatic does not agree to run search terms regarding this topic.

18. ***Smartmatic entity(ies) and the KIEMS.*** Smartmatic has identified the following term regarding its role in Kenya:

- Arrest* W/30 (Kenya OR Philippines OR Uganda OR Nigeria OR Manila)

19. ***Smartmatic entity(ies) and Los Angeles.*** Smartmatic has identified the following search terms regarding its role in Los Angeles:

- (los angeles OR l.a. county OR la county OR VSAP) W/100 (complaint* OR concern*)
- (los angeles OR l.a. county OR la county OR VSAP) W/100 (fraud* OR tamper* OR flip* OR rig OR rigg* OR malfunc* OR bug* OR steal* OR stole* OR audit* OR hack* OR flaw* OR secur*)
- (Los Angeles OR LA County OR Logan) W/25 (Venezuela OR Chavez)
- (Los Angeles OR LA County) W/15 (comment* OR survey* OR perform*)
- (Los Angeles OR LA County) W/15 audit*
- (Los Angeles OR LA) W/20 (concern* OR critic* OR feedback)
- (United States OR Los Angeles) W/25 (projecti* OR budget* OR forecast* OR profit* OR margin*)
- Politico* W/30 (Los Angeles OR LA OR L.A. OR Venezuela)
- (reaudit* OR concern* OR problem OR recount OR complaint OR vulnerab* OR weak* OR falsif* OR alter* OR manip* OR accur* OR inaccur* OR secur* OR reliab* OR hack* OR disqualify OR challenge) W/10 (BMD* OR Ballot Marking Device* OR California OR LA OR Los Angeles OR Presidential Election OR VSAP*)
- (Ballot marking device* OR BMD OR VSAP) W/25 (recount* OR audit* OR evaluat* OR test* OR certif* OR investig*)
- (Ballot marking device* OR BMD OR VSAP) W/25 (reliab* OR accura* OR secur* OR irregularit* OR vulnerab* OR error* OR malfunction* OR issue* OR mistake* OR functional* OR breach*)

Brian Ledebuhr
May 1, 2023
Page 16

Smartmatic notes that its agreement to produce documents relating to its development and provision of election technology to Los Angeles County for the 2020 Presidential Election is subject to the limitations as detailed in its letter dated March 14, 2023.

20. ***Smartmatic entity(ies) and the U.S. Senate Intelligence Committee.*** Smartmatic will agree to run the term "Senate Intelligence Committee."

21. ***Smartmatic entity(ies) and various permutations of "Dominion."*** Smartmatic has identified the following search terms regarding Dominion:

- *dominionvoting.com

- Dominion Voting OR *dominionvoting.com

- Dominion AND (sequoia OR SVS)

- (Dominion OR DVS) AND (bid OR market OR US OR United States OR U.S. OR machin* OR lease OR assign* OR IP OR intellectual property OR compet* OR Venezuela OR Philippine* OR leas* OR contract OR litig* OR lawsuit OR case OR lawyer* OR Edge* OR renew* OR better OR cost OR proposal)

- (market OR market share) W/10 (compet* OR landscape OR industry OR opportun* OR ES&S OR Dominion OR U.S. OR United States)

- (Sequoia OR SVS) AND (Smartmatic OR Blaine OR Chicago OR United States OR US OR U.S. OR divest* OR acqui* OR intellectual property OR IP OR Venezuela* OR Cook County OR market OR Edge* OR software OR litigation OR lawsuit OR case OR bid OR machin* OR dominion OR "Sale and Security" OR sale OR divest* OR sold)

22. ***Smartmatic entity(ies) and Professor of Electrical Engineering and Computer Science at the University of Michigan J. Alex Halderman.*** Smartmatic will agree to run the term "Alex* w/3 Halderman."

23. ***Smartmatic entity(ies) and Huawei.*** Smartmatic does not agree to run search terms regarding this topic.

24. ***Various press reports on Smartmatic entities.*** In addition to terms relating to reporting by OANN, Fox News, and Newsmax, Smartmatic has identified the following search terms regarding media reporting on Smartmatic:

- (public OR customer* OR media OR consult* OR client* OR government*) W/10 (image)

- (public OR customer* OR media OR consult* OR client* OR government*) W/15 (perception OR perceive* OR reputation OR brand)

- Politico* W/30 (Los Angeles OR LA OR L.A. OR Venezuela)

25. ***Smartmatic entity(ies) and VASP [sic].*** Smartmatic has identified the following search terms regarding its role in Los Angeles County's VSAP initiative:

- (los angeles OR l.a. county OR la county OR VSAP) W/100 (complaint* OR concern*)

- (los angeles OR l.a. county OR la county OR VSAP) W/100 (fraud* OR tamper* OR flip* OR rig OR rigg* OR malfunc* OR bug* OR steal* OR stole* OR audit* OR hack* OR flaw* OR secur*)

- (Los Angeles OR LA County OR Logan) W/25 (Venezuela OR Chavez)

- (Los Angeles OR LA County) W/15 (comment* OR survey* OR perform*)

- (Los Angeles OR LA County) W/15 audit*

- (Los Angeles OR LA) W/20 (concern* OR critic* OR feedback)

- (United States OR Los Angeles) W/25 (projecti* OR budget* OR forecast* OR profit* OR margin*)

- Politico* W/30 (Los Angeles OR LA OR L.A. OR Venezuela)

- (reaudit* OR concern* OR problem OR recount OR complaint OR vulnerab* OR weak* OR falsif* OR alter* OR manip* OR accur* OR inaccur* OR secur* OR reliab* OR hack* OR disqualify OR challenge) W/10 (BMD* OR Ballot Marking Device* OR California OR LA OR Los Angeles OR Presidential Election OR VSAP*)

- (Ballot marking device* OR BMD OR VSAP) W/25 (recount* OR audit* OR evaluat* OR test* OR certif* OR investig*)

- (Ballot marking device* OR BMD OR VSAP) W/25 (reliab* OR accura* OR secur* OR irregularit* OR vulnerab* OR error* OR malfunction* OR issue* OR mistake* OR functional* OR breach*)

Smartmatic notes that its agreement to produce documents relating to its development and provision of election technology to Los Angeles County for the 2020 Presidential Election is subject to the limitations as detailed in its letter dated March 14, 2023.

**IV.    Litigation Funding Documents**

OANN's letter dated April 28, 2023 accuses Smartmatic of "play[ing] more games" with regard to the production of litigation funding documents, despite Smartmatic's clear and repeated statements that it has no such documents in its possession, custody, or control. For the avoidance of doubt, Smartmatic clarifies that it has not reached an agreement with any third party under

which the third party would provide Smartmatic litigation funding or financing in connection with this matter.

## V. Conclusion

Smartmatic's counterproposal regarding search terms encompasses over 350 terms and over 3.2 million documents. These terms are more than sufficient to address the requests for production served by OANN.

Very truly yours,

BENESCH, FRIEDLANDER,
  COPLAN & ARONOFF LLP

/s/ Olivia E. Sullivan

Olivia E. Sullivan