# Appendix A

## APPENDIX A

### Search Terms to Be Run Over Smartmatic's Collection of Documents

| No. | Search Term |
|---|---|
| 1. | OAN OR "One America News" OR "One America* News Network" OR OANN OR "Herring Net*" OR Herring OR *OANN.com |
| 2. | Newsmax* OR *newsmax.com OR @Newsmax |
| 3. | Fox OR "Fox News" OR *foxnews.com OR FNN |
| 4. | Elect* w/5 (biden* OR trump*) |
| 5. | Smartmatic* w/25 (brand* OR reputation* OR value* OR image*) AND (harm* OR damage* OR hurt* OR tarnish* OR injur*)<br><br>Time frame: January 1, 2016 – present |
| 6. | (defam* OR libel OR sland* OR damage* OR harm* OR alleg* OR tarnish* OR stalk* OR harass* OR threat*) w/15 ("presidential election" OR software OR equip* OR technolog* OR "biometric verification" OR hack OR Venezuela OR Chavez OR BMD OR "Ballot Marking Device" OR fraud OR election OR steal)<br><br>Time frame: September 1, 2020 – present |
| 7. | (Sidney w/2 Powell*) OR  sidney*federalappeals.com |
| 8. | Giuliani* OR *giulianipartners.com OR giulianisecurity.com |
| 9. | (Elma w/2 Aksalic) OR Aksalic* |
| 10. | (Dan w/2 Ball) OR (Ball* w/20 (Real America OR OAN* OR One America* News)) OR Real America OR "Real America with Dan Ball") |
| 11. | (Christina w/2 Bobb*) OR (Weekly Briefing w/20 Bobb*) |
| 12. | (Mike w/2 Dinow) OR Dinow* |
| 13. | Emily w/2 Finn* |
| 14. | Golingan* OR (Marty w/2 Golingan) OR (Martin w/2 Golingan) |
| 15. | Stephanie w/2 Hamill* OR ("In Focus" w/20 Hamill*) OR "In Focus With Stephanie Hamill" |
| 16. | John w/2 Hines* |

| No. | Search Term |
|---|---|
| 17. | (Patrick w/2 Hussion) OR Hussion* OR Breaking News Live OR "Breaking News Live with Patrick Hussion" |
| 18. | (Samantha w/2 Lomibao) OR Lomibao* |
| 19. | (Kara w/2 McKinney*) OR "Tipping Point" OR "Tipping Point with Kara McKinney" |
| 20. | (Alex w/2 Salvi) OR Salvi* OR "After Hours with Alex Salvi" |
| 21. | Pearson* w/2 Sharp* |
| 22. | ((Mike w/2 Lindell) w/4 Tackles Election Fraud) OR (Lindell w/5 Election Fraud) |
| 23. | Kyle* w/2 Becker* |
| 24. | Clay* w/2 Clark* |
| 25. | (Joe w/2 diGenova) OR (Joseph w/2 diGenova) OR diGenova* |
| 26. | (Mary w/2 Fanning) OR Fanning* |
| 27. | "The America Report" |
| 28. | Chris* w/2 Farrell* |
| 29. | (Tom w/2 Fitton) OR Fitton* |
| 30. | "Judicial Watch" |
| 31. | (Michael w/2 Flynn*) OR (Mike w/2 Flynn*) OR "General Flynn" |
| 32. | Michael* w/2 Johns* |
| 33. | (Evi w/2 (Kokalari OR Angelakis)) OR Kokalari* OR Angelakis* |
| 34. | Cory* w/2 Mills* |
| 35. | (Allan w/2 Santos*) OR (Santos* w/15 Brazil) |
| 36. | (Keith w/2 Trippie) OR Trippie* |
| 37. | (Michael w/2 Waller) OR "Michael J. Waller" |
| 38. | (Stev* w/3 Bannon*) |

| No. | Search Term |
|---|---|
| 39. | Lin w/2 Wood* |
| 40. | diGenova* |
| 41. | Stinchfield* |
| 42. | Jenna w/2 Ellis* |
| 43. | Childers* |
| 44. | Bob w/2 Sellers* |
| 45. | Ken* w/5 Timmerman* |
| 46. | Patrick w/2 Byrne* |
| 47. | Dick w/2 Morris |
| 48. | Liz w/2 Harrington* |
| 49. | Ruddy* |
| 50. | Bryan w/2 Kennedy* |
| 51. | Tucker w/2 Carlson* |
| 52. | Waldron* |
| 53. | (Melissa w/2 Carone) OR (Mellissa w/2 Carone) OR (Melisa w/2 Caronne) OR (Melissa w/2 Carrone) |
| 54. | (Harri* w/10 Hursti*) OR Hursti |
| 55. | "Alex* w/3 Halderman" OR (Halderman* w/20 vot*) |
| 56. | (Trump* OR POTUS* OR MAGA* OR "White House") w/25 (Smartmatic OR defam* OR libel OR slander OR harass* OR lie* OR lying* OR Tweet* OR statement) |
| 57. | Smartmatic w/25 (brand* OR reputation* OR perception* OR perceiv* OR market*) |
| 58. | ((Chavez* w/20 Venezuela) OR Maduro* OR Venezuela*) w/25 (vot* OR election* OR recount* OR ballot* OR audit* OR investing* OR evaluat* OR withdraw* OR cease or cessation*) |

| No. | Search Term |
|-----|-------------|
| 59. | Lindell* OR (Mike w/5 Lindell) OR MyPillow OR "My Pillow" |
| 60. | (Facebook OR Twitter OR YouTube OR You Tube) w/25 (remov* OR takedown OR false OR disinform* OR misinform* OR mislead* OR lie OR report* OR flag* OR malinform* OR switchboard) |
| 61. | pannell*google.com OR "Coco Pannell" OR (Coco w/5 Pannell) OR Pannell* |
| 62. | "Senate Intelligence Committee" |
| 63. | "H.R. 2660" OR "Election Security Act" |
| 64. | Lou w/2 Dobbs* |
| 65. | Bartiromo* |
| 66. | Jeanine w/2 Pirro* |
| 67. | Jim w/2 Hoft* |
| 68. | "Defending the Republic" |
| 69. | (loss OR lost OR damage* OR harm) w/50 (alleg* OR disinformation OR misinformation OR malinformation OR lies OR election OR Trump) w/50 (reputation OR business OR profit* OR prospect* OR image OR opportunit* OR client* OR customer* OR contract*) |
| 70. | (Elect* OR vot* OR ballot* OR software* OR machine* OR server*) AND (Certif* OR approv*) w/20 (deny OR denial OR refuse OR refusal OR challeng*) |
| 71. | (Neffenger OR Biden) AND ("transition team" OR hired OR hiring OR work* OR employ*) |
| 72. | "Jaco Electronics" |
| 73. | "Harvard Custom Manufacturing" |
| 74. | Jack w/2 Blaine |
| 75. | (Licens* OR purchas* OR contract* OR sell OR sale OR sold) W/50 (ES&S OR Hart OR Diebold OR Sequoia OR MicroV*) |
| 76. | SBC and Consortium |
| 77. | Bizta OR Bitza |

| No. | Search Term |
|-----|-------------|
| 78. | FONCREI |
| 79. | CANTV |
| 80. | Comelec w/30 (reput* OR percep* OR percei*) w/30 (investig! OR prosec! OR indict!) |
| 81. | (Malloch! OR "Malloch-Brown!" OR "Malloch Brown!") AND (Interview w/10 ABC) |
| 82. | "Carter Center" OR "Jimmy Carter" |
| 83. | (Carolyn w/2 Maloney) OR Rep* Maloney OR (Caroline w/5 Maloney) OR Maloney* OR (Congress* W/5 Maloney) |
| 84. | Klobuchar OR (Amy w/2 Klobuchar) OR (Senator w/2 Klobhuchar) OR (Congress* W/5 Klobuchar) |
| 85. | (Elizabeth w/2 Warren) OR Senator Warren OR (Congress* w/5 Warren) |
| 86. | "Committee on Foreign Investment" OR CFIUS |
| 87. | Salvador w/2 (Javier OR Suarez) |
| 88. | "Camargo Castellanos Jose Gregorio" |
| 89. | "Risk Africa" |
| 90. | Raila w/2 Odinga |
| 91. | XSOX |
| 92. | (Ferdinand w/3 Marcos*) OR (Bongbong w/3 Marcos*) |
| 93. | Rodrigo w/2 Duterte* |
| 94. | Leni w/2 Robredo* |
| 95. | Glenn w/2 Chong |
| 96. | Jonathan de la Cruz* OR (Jonathan w/2 Crus*) |
| 97. | (Mauricio w/2 Herrera*) w/30 (investig* OR prosec* OR indict*) |
| 98. | (Neil w/2 Baniqued*) w/30 (investig* OR prosec* OR indict*) |

5

| No. | Search Term |
|---|---|
| 99. | (Nelson w/2 Herrera*) w/30 (reput* OR percep* OR percei*) |
| 100. | Rouie w/2 Penalba |
| 101. | Carlos w/3 Zarate* |
| 102. | (Marlon w/2 Garcia) w/30 (investig* OR prosec* OR indict*) |
| 103. | (Edward w/2 Burke) OR (Alderman w/2 Burke) OR (Ald* w/2 Burke) |
| 104. | (Cobucci OR Mugica OR Anzola OR Montilla OR Pinate) w/10 (Venezuela OR Charg! OR Alleg! OR Chavez OR Maduro OR communist!) |
| 105. | Arrest* w/30 (Kenya OR Philippines OR Uganda OR Nigeria OR Manilla)<br><br>Time frame: January 1, 2022–present |
| 106. | ((Best w/10 world) OR (safe* w/10 world)) w/25 (Smartmatic OR vot* OR software OR machine)<br><br>Time frame: January 1, 2016 – November 3, 2021. |
| 107. | Smartmatic AND (employee OR worker OR officer OR exec*) w/25 (harm* OR threat* OR fear OR attack* OR abus* OR harass* OR stalk* OR dox* OR bully OR bullied OR intimid*) |
| 108. | (offer OR tender OR bid* OR acquir* OR merg*) w/10 Smartmatic |
| 109. | HAAT AND AVC AND Sequoia |
| 110. | "Board Meeting" AND (revenue OR profit* OR financ*) |
| 111. | "Income Statement" |
| 112. | (Jorge w/2 Rodriguez) OR Rodriguez, Jorge OR Jorge.rodriguez |
| 113. | "National Electoral Council" |
| 114. | "post bid review" |
| 115. | "Sociedad de Capital de Riesgo" |
| 116. | "Wake Up America" |

| No. | Search Term |
|-----|-------------|
| 117. | ("@state.gov" OR (("United States" OR "US" OR "U.S." OR "USA" OR "U.S.A." OR America*) W/25 (embassy OR ambassador OR Brownfield)) W/50 (meet* OR present* OR Chavez OR recall OR Venezuela* OR elec*)) |
| 118. | ("Confidential Information Memorandum" OR "CIM" OR "offering document") AND (Smartmatic OR Smart-Matic OR SMMT OR SGO OR Airlabs OR Folio OR Mugica OR Pinate OR Malloch* OR Soros) |
| 119. | ("Foreign Investment" OR Congress OR "Cybersecurity and Infrastructure Security Agency" OR CISA OR "House of Representatives") W/20 (investigat* OR inquir* OR integrity* OR secur* OR transparen* OR reliab* OR flaw* OR irregularit* OR vulnerab*) |
| 120. | ("Foreign Investment" OR Congress OR "Cybersecurity and Infrastructure Security Agency" OR CISA OR "House of Representatives") W/20 (question* OR look* OR watch*) |
| 121. | ("los angeles" or "l.a. county" or "la county" or VSAP) w/100 (fraud* OR tamper* or flip* or rig or rigg* or malfunc* or bug* or steal* or stole* or audit* or hack* or flaw* or secur*) |
| 122. | ("los angeles" or "l.a. county" or "la county" or VSAP) W/100 (complaint* or concern*) |
| 123. | ("Los Angeles" OR LA) W/20 (concern* OR critic* OR feedback) |
| 124. | ("request for information" OR "request for pro*" OR RFI OR RFP OR RFT OR RFQ) W/50 (Georgia OR GA) |
| 125. | (("European Union" OR "EU" OR "E.U.") W/20 report) AND (recall OR Venezuela OR Chavez) |
| 126. | ((2020 W/25 elec*) OR alleg* OR claim* OR libel* OR slander* OR lies OR misrepresent* OR fals*) W/50 (fraud* OR steal OR stole* OR manipulat* OR cheat* OR rig OR rigg* OR backlash) |
| 127. | ((Best W/10 world) OR (safe* W/10 world)) W/25 (Smartmatic OR vot* OR software OR machine) |
| 128. | ((report* OR summar*) W/10 (presented OR presentation)) AND (gov* OR client OR city OR county OR country OR contact OR fund OR customer) |
| 129. | ((report* OR summar*) W/10 call) AND (gov* OR client OR city OR county OR country OR contact OR fund OR customer) |

| No. | Search Term |
|---|---|
| 130. | ((report* OR summar*) W/10 meeting) AND (gov* OR client OR city OR county OR country OR contact OR fund OR customer) |
| 131. | ((Venezuela OR VE) W/25 (technol* OR software OR "intellectual property" OR "IP" OR equipm* OR machine* OR program* OR code* OR service*)) W/50 (vot* OR elec* OR recall) |
| 132. | ("United States" OR "Los Angeles") W/25 (projecti* OR budget* OR forecast* OR profit* OR margin*) |
| 133. | (2021 OR FY21 OR 2022 OR FY22) W/10 (sales* OR sell* OR grow* OR demand*) |
| 134. | (2021 OR FY21 OR 2022 OR FY22) W/50 (revenue* OR profit* OR earnings) |
| 135. | (Adan W/5 Chavez) OR (Adan W/5 frias) |
| 136. | (Airlabs OR Folio) w/15 ("financial condition" OR "financial performance" OR (*health* w/3 financ*) OR (strong w/3 financ*) OR (poor w/3 financ*) OR forecast* OR income* OR interim* OR investors OR investment* OR loan OR loss* OR profit* OR growth OR revenue*) |
| 137. | (Airlabs OR Folio) w/15 ("enterprise value" OR EV OR valuation OR valued OR shares OR stock* OR equity OR "balance sheet*" OR debt* OR (finance* w/10 audit*) OR budget* OR capital OR cash OR "financial statement*") |
| 138. | (audit* OR security) W/25 (procedure* OR review* OR test*) |
| 139. | (big OR huge OR miss* OR lost OR waste*) w/3 opportun* |
| 140. | (campaign* OR allegation* OR libel* OR slander* OR lies OR misrepresent* OR fals*) W/50 (revenue* OR sales* OR sell* OR effect* OR affect* OR impact*) |
| 141. | (Carter) W/50 (Smartmatic OR audit OR meeting OR donat* OR invest* OR Venezuela OR Chavez OR Maduro OR Europe*) |
| 142. | (case stud* OR (internal w/10 audit) OR penetration OR "pen test" OR (security w/10 test*)) W/7 (Venezuela OR elec* OR software OR tech* OR system* OR machin*) |
| 143. | (Certif* OR approv*) W/20 (deny OR denial OR refuse OR refusal OR challeng*) |
| 144. | (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/15 (reputation OR brand*) |

| No. | Search Term |
|---|---|
| 145. | (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/15 concern* |
| 146. | (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 (fear* OR scare*) |
| 147. | (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 (losing) |
| 148. | (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 (scandal* OR controvers*) |
| 149. | (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 (taint* OR toxic*) |
| 150. | (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 (uncertain* OR worr*) |
| 151. | (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 alleg* |
| 152. | (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 claims* |
| 153. | (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 delay* |
| 154. | (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 fraud* |
| 155. | (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 harm* |
| 156. | (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 indefinite* |
| 157. | (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 justif* |
| 158. | (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 lost |
| 159. | (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 reevaluat* |

| No. | Search Term |
|---|---|
| 160. | (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 rumor* |
| 161. | (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/20 suspend* |
| 162. | (client* OR contact* OR contract* OR business OR MSA OR hire* OR engag* OR connect* OR associat* OR bid*) W/7 risk* |
| 163. | (client* or customer* or contact*) W/10 (interest OR interested) |
| 164. | (client* or customer* or contact*) W/15 ("long term" OR "long-term") |
| 165. | (client* or customer* or contact*) W/15 expir* |
| 166. | (client* or customer* or contact*) W/15 terminat* |
| 167. | (client* or customer* or contact*) W/20 (retain* OR retention) |
| 168. | (client* or customer* or contact*) W/20 lost |
| 169. | (client* or customer* or contact*) W/25 renew* |
| 170. | (client* or customer*) W/10 (interest OR interested) |
| 171. | (client* or customer*) W/10 (request* OR solicit*) |
| 172. | (client* or customer*) W/10 opportunit* |
| 173. | (client* or customer*) W/15 (extend* OR extension) |
| 174. | (client* or customer*) W/15 cancel* |
| 175. | (client* or customer*) W/5 (contract* OR bid*) |
| 176. | (concern* OR problem* OR vulnerab* OR defect* OR fail*) w/3 security |
| 177. | (contract* OR bid* OR propos* OR RFP OR RFI) W/15 background |
| 178. | (contract* OR bid* OR propos* OR RFP OR RFI) W/17 history* |
| 179. | (contract* OR bid* OR propos* OR RFP OR RFI) W/25 diligence* |
| 180. | (contract* OR bid* OR RFP OR RFI) w/5 (voting OR election*) |
| 181. | (contract* W/15 (renew* OR exten*)) AND (lost* OR lose OR declin* OR reject*) |

| No. | Search Term |
|---|---|
| 182. | (deal* OR offer* OR letter* OR LOI OR memo* OR MOU) W/15 (valuation* OR PE OR "private equity" OR venture OR VC OR financing OR loan OR series OR funding) |
| 183. | (defam* OR libel OR sland* OR damage* OR harm OR alleg* OR tarnish OR stalk OR harass OR threat) W/25 (presidential election OR BMD OR Ballot Marking Device OR fraud OR election OR steal) |
| 184. | (Dominion OR DVS) AND (bid OR market OR "US" OR "United States" OR "U.S." OR machin* OR lease OR assign* OR IP OR "intellectual property" OR compet* OR Venezuela OR Philippine* OR leas* OR contract OR litig* OR lawsuit OR case OR lawyer* OR Edge* OR renew* OR better OR cost OR proposal) |
| 185. | (edelman OR *@edelman.com) AND (reputation OR brand* OR perce* OR image OR Venezuela OR Chavez OR fraud) |
| 186. | (forecast* OR future OR expec* OR predict* OR anticipat* OR projected OR projection OR pipeline*) W/25 profit* |
| 187. | (forecast* OR future OR expec* OR predict* OR anticipat* OR projection OR projected OR pipeline*) W/15 sales |
| 188. | (forecast* OR future* OR expec* OR predict* OR anticipat* OR project* OR pipeline) W/10 (business OR biz) |
| 189. | (forecast* OR future* OR expec* OR predict* OR anticipat* OR project* OR pipeline) W/10 client* |
| 190. | (forecast* OR future* OR expec* OR predict* OR anticipat* OR project* OR pipeline) W/10 opportunit* |
| 191. | (forecast* OR future* OR expec* OR predict* OR anticipat* OR project* OR pipeline) W/5 contract* |
| 192. | (forecast* OR future* OR expec* OR predict* OR anticipat* OR projected OR projection OR pipeline*) W/20 revenue* |
| 193. | (forecast* OR future* OR expec* OR predict* OR anticipat* OR projected OR projection OR pipeline*) W/25 earnings |
| 194. | (forecast* OR future* OR expec* OR predict* OR anticipat* OR projection OR projected OR pipeline*) W/15 customer* |
| 195. | (government OR city OR county OR state OR country) w/10 opportunit* |

| No. | Search Term |
| --- | --- |
| 196. | (GSC OR "Global Sales Conference") W/10 survey |
| 197. | (Henry W/5 Silva) OR (Rangel W/5 Silva) |
| 198. | (litigat* OR lawsuit OR suit OR claim* OR defen* or allegation* OR libel* OR slander*) AND ((fund* OR front* OR cover*) W/25 (expense* OR costs*)) |
| 199. | (loss OR lost OR damage* OR harm) W/50 (alleg* OR disinformation OR misinformation OR lies OR election OR Trump) W/50 (reputation OR business OR profits OR prospects OR image OR opportunity OR clients OR customers OR contracts) |
| 200. | (market OR "market share") W/10 (compet* OR landscape OR industry OR opportun* OR "ES&S" OR Dominion OR "U.S." OR "United States") |
| 201. | (number OR valu* OR worth OR earn*) W/10 ("shares" OR "stock*" OR "equity") |
| 202. | (Omar OR Montilla) W/25 (Board OR seat OR director OR recall) |
| 203. | (plan* OR goal* OR profit* OR revenue* OR market OR customer*) W/20 milestone* |
| 204. | (plan* OR goal* OR vision OR strateg*) W/15 (expan* or grow* OR "new market*" OR "new country") |
| 205. | (product OR development OR planning OR operation* OR business* OR opportunit* OR revenue OR loss* OR income OR profit* OR expan*) w/5 budget* |
| 206. | (projected OR projection OR "project to" OR forecast OR pipeline) W/25 (revenue* OR profit* OR earnings) |
| 207. | (public OR customer* OR media OR consult* OR client* OR government*) w/10 (image) |
| 208. | (public OR customer* OR media OR consult* OR client* OR government*) w/15 (perception OR perceive* OR reputation OR brand) |
| 209. | (reaudit* OR concern* OR problem OR recount OR complaint OR vulnerab* OR weak* OR falsif* OR alter* OR manip* OR accur* OR inaccur* OR secur* OR reliab* OR hack* OR disqualify OR challenge) W/10 (BMD* OR Ballot Marking Device* OR California OR LA OR Los Angeles OR Presidential Election OR VSAP*) |
| 210. | (SBC OR Consortium) AND (Venezuala OR VE) AND (vot* OR elec*) |

| No. | Search Term |
|---|---|
| 211. | (Sequoia OR SVS) AND (Smartmatic OR Blaine OR Chicago OR "United States" OR "US" OR "U.S." OR divest* OR acqui* OR "intellectual property" OR "IP" OR Venezuela* OR "Cook County" OR market OR Edge* OR software OR litigation OR lawsuit OR case OR bid OR machin* OR dominion OR "Sale and Security" OR sale OR divest* OR sold) |
| 212. | (Smartmatic* OR "Smart-matic*" OR "Smart Matic" OR SGO OR SMMT OR SMT OR Airlabs OR Folio OR our OR we OR "the company") W/25 ("Discounted Cash Flow" OR DCF) |
| 213. | (Smartmatic* OR "Smart-matic*" OR "Smart Matic" OR SGO OR SMMT OR SMT OR our OR we OR "the company") W/15 income* |
| 214. | (Smartmatic* OR "Smart-matic*" OR "Smart Matic" OR SGO OR SMMT OR SMT OR our OR we OR "the company") W/15 interim* |
| 215. | (Smartmatic* OR "Smart-matic*" OR "Smart Matic*" OR SMMT* OR SMT* OR SGO) W/20 fraud* |
| 216. | (Smartmatic* OR "Smart-matic*" OR "Smart Matic*" OR SMMT* OR SMT* OR SGO) W/20 hack* |
| 217. | (Smartmatic* OR "Smart-matic*" OR "Smart Matic*" OR SMMT* OR SMT* OR SGO) W/25 (inaccur* OR cheat* OR misconduct* OR negligen* OR steal* OR tamper*) |
| 218. | (software* OR equipment OR machin*) W/3 (security OR flaw* OR irregularit* OR vulnerab*) |
| 219. | (United States OR "U.S." OR North America) W/25 (strateg* OR plan OR approach OR enter* OR reenter*) |
| 220. | (valued OR valuation) W/25 ("private equity" OR PE OR VC OR venture OR series) |
| 221. | (vot* OR elec*) W/10 (inaccura* OR (no* w/3 accura*) OR (wrong w/3 result*) OR (flip* w/3 vot*) OR miscount OR mis-count) |
| 222. | (vot* OR elec*) W/10 ((lack* W/3 transparen*) OR (no* w/3 transparen*)) |
| 223. | (vot* OR elec*) W/10 (rig OR rigg*) |
| 224. | (vot* OR elec*) W/10 flaw* |
| 225. | (vot* OR elec*) W/10 irregular* |

| No. | Search Term |
|---|---|
| 226. | (vot* OR elec*) W/10 vulnerab* |
| 227. | (vot* OR election) W/10 fraud* |
| 228. | *.gob.ve* |
| 229. | *@cartercenter.org |
| 230. | *@dominionvoting.com |
| 231. | *@sequoiavote.com |
| 232. | *oas.gov* |
| 233. | "Dominion Voting" or *dominionvoting.com<br><br>Time frame: January 1, 2016 – present |
| 234. | agreement* W/20 (fund OR capital* OR equit* OR invest* OR PE OR VC OR venture)<br><br>Time frame: January 1, 2016 – present |
| 235. | Ambassador W/5 Alvarez |
| 236. | Ballot marking device* W/25 (recount* OR audit* OR evaluat* OR test* OR certif* OR investig*) |
| 237. | Ballot marking device* W/25 (reliab* OR accura* OR secur* OR irregularit* OR vulnerab* OR error* OR malfunction* OR issue* OR mistake* OR functional*) |
| 238. | Bernardo W/5 Alvarez |
| 239. | breach* W/50 (risk* OR Security* OR Bug* OR flaw* OR error* OR system*)<br><br>Time frame: January 1, 2016 – present |
| 240. | Brian w/2 Kennedy* |
| 241. | Carter Center OR (Jimmy w/2 Carter)<br><br>Time frame: January 1, 2016 – present |
| 242. | Chavez AND (recall OR connect* OR relationship OR friend*) |

| No. | Search Term |
|---|---|
| 243. | Chavez W/50 (admin* OR gov* OR elec* OR contract* OR deal OR meet* OR call* OR "us" OR "smartmatic" OR money OR win OR won OR result OR outcome OR victory OR claim OR allege*) |
| 244. | (Eric* w/3 Coomer*) OR Coomer* |
| 245. | defam* OR disparag* |
| 246. | defect* W/25 (hardware OR software OR firmware OR Securit* OR Bug* OR flaw* OR error* OR system*)<br><br>Time frame: January 1, 2016 – present |
| 247. | Diego W/5 Molero |
| 248. | Diosdado W/5 Cabello |
| 249. | Dobbs |
| 250. | docum* W/20 (financing OR loan*)<br><br>Time frame: January 1, 2016 – present |
| 251. | Dominion AND (sequoia OR SVS) |
| 252. | Edelman OR *@edelman.com |
| 253. | (Emerald w/2 Robinson*) OR EmeraldRobinson |
| 254. | Exploit* w/10 (security* OR bug* OR flaw* OR vulnerab* OR hole* OR patch* OR defect*) |
| 255. | FBN |
| 256. | financ* W/15 inquiry |
| 257. | FONCREI |
| 258. | Fox OR "*@fox.com" |
| 259. | (Greg w/2 Kelly*) OR *@GregKellyUSA OR Greg Kelly Report* |
| 260. | Huckabee* |
| 261. | Hugo W/3 Chavez |

| No. | Search Term |
|---|---|
| 262. | John Bachman Now OR Bachman* |
| 263. | Kraisman* |
| 264. | Maduro AND (admin* OR gov* OR elec* OR contract* OR deal OR meet* OR call* OR "us" OR "smartmatic" OR money OR win OR won OR result OR outcome OR victory OR turnout OR connect* OR relationship OR friend* OR claim OR allege*) |
| 265. | Majzoub OR Mazoud OR Zumeta |
| 266. | Malkin* OR @MichelleMalkin |
| 267. | Maria W/3 (Gabriela OR Chavez) |
| 268. | memo* W/20 (financing OR loan*) |
| 269. | memo* W/20 (fund OR capital* OR equit* OR invest* OR PE OR VC OR venture) |
| 270. | Murdoch |
| 271. | National Report |
| 272. | Neffenger* W/100 (Biden* OR transition* OR election* OR administration* OR President*) |
| 273. | PBR |
| 274. | Pirro |
| 275. | pitch* W/20 (fund OR capital* OR equit* OR invest* OR PE OR VC OR venture) |
| 276. | pitch* W/50 (financing OR loan*) |
| 277. | pitch* W/50 (fund OR capital* OR equit* OR invest* OR PE OR VC OR venture) |
| 278. | Politico* W/30 ("Los Angeles" OR "LA" OR "L.A." OR Venezuela) |
| 279. | Poulos |
| 280. | Powell |
| 281. | present* W/20 (financing OR loan*) |
| 282. | prospectus AND (valu* OR deal OR financ* OR loan) |

| No. | Search Term |
|-----|-------------|
| 283. | Rafael W/2 Ramirez |
| 284. | Rechenberg* |
| 285. | Reputat* W/25 (bad OR negative OR false OR harm* OR hurt* OR attack* OR Venezuela* OR concern* OR problem* OR PR OR fix OR improv*) |
| 286. | Riesgo W/50 (loan OR recall OR Venezuela* OR Chavez OR Montilla OR Omar OR invest* OR payment OR stake OR board) |
| 287. | Rob w/2 Schmitt* |
| 288. | Rosa W/5 (Virginia OR Chavez) |
| 289. | Rouie w/2 Penalba* |
| 290. | Rudy |
| 291. | SBC |
| 292. | SCR AND (loan OR recall OR Venezuela* OR Chavez OR Montilla OR Omar OR invest* OR payment OR stake OR board) |
| 293. | Soros OR (Soros w/2 George) |
| 294. | Sovereign Nation OR Malkin* |
| 295. | submit* W/5 bid |
| 296. | The Chris Salcedo Show OR Salcedo* |
| 297. | The Howie Carr Show OR Howie Carr* |
| 298. | The Mark Kaye Show OR Mark Kaye* |
| 299. | Timmerman* |
| 300. | Toensing* |
| 301. | treasury AND (investigation OR Sequoia OR Venezuela OR Chavez AND secretary) |
| 302. | Trump |
| 303. | Trump W/25 (defam* OR libel OR slander OR harass* OR lie* OR lying OR Tweet* OR statement) |

| No. | Search Term |
|---|---|
| 304. | UNEPAD |
| 305. | Venezuela* W/50 (rig OR rigg*) |
| 306. | Venezuela* W/50 alleg* |
| 307. | Venezuela* W/50 fraud |
| 308. | Venezuela* W/50 recall |
| 309. | Venezuela* W/50 recall |
| 310. | Venezuela* w/25 (reput* OR perceiv* OR percep* OR associat* OR connection* OR false OR true OR truth OR ties) |
| 311. | wikileaks AND (embassy OR venezuela OR brownfield OR Chavez OR recall) |
| 312. | Wladimir W/5 Serrano |
| 313. | Cybersecurity w/25 (elect* OR service* OR machine* OR software* OR technolog* OR vot* OR vulnerab*)<br><br>Plaintiffs' proposed time frame: January 1, 2016 – November 3, 2021 |
| 314. | ("Ballot marking device*" OR "BMD" OR "VSAP") W/25 (reliab* OR accura* OR secur* OR irregularit* OR vulnerab* OR error* OR malfunction* OR issue* OR mistake* OR functional* OR breach*)<br><br>Time frame: January 1, 2016 – November 3, 2021 |
| 315. | ("Ballot marking device*" OR "BMD" OR "VSAP") W/25 (recount* OR audit* OR evaluat* OR test* OR certif* OR investig*)<br><br>Time frame: January 1, 2016 – November 3, 2021 |
| 316. | "Election Vendor Security Act" |
| 317. | "Board Meeting" OR Board /3 (Meeting OR Director") AND (revenue* OR profit* OR financ* OR Newsmax OR Fox or OAN) |
| 318. | (United States OR U.S. OR North America) w/15 (strateg* OR plan* OR approach OR enter* OR reenter*) |
| 319. | Comelec w/30 (reput* OR percep* OR percei*) w/30 (investig! OR prosec! OR indict!) |

| No. | Search Term |
|---|---|
| 320. | (Joel w/3 (Gustavo OR Rodriguez OR Garcia)) w/20 arrest* |
| 321. | ("Los Angeles" OR "LA County" OR Logan) W/25 (Venezuela OR Chavez)<br><br>Time frame: January 1, 2018 – present |
| 322. | ("Los Angeles" OR "LA County") W/15 (comment* OR survey* OR perform*)<br><br>Time frame: January 1, 2018 – present |
| 323. | ("Los Angeles" OR "LA County") W/15 audit*<br><br>Time frame: January 1, 2018 – present |
| 324. | (hack* OR change OR alter OR delet* OR manipulate* OR vulnerab* OR irregular*) W/50 investigat*<br><br>Time frame: January 1, 2016 – November 3, 2021 |
| 325. | (pitch*) W/20 (financing OR loan*) |
| 326. | (projected OR projection OR "project to" OR forecast OR pipeline*) W/10 (sales* OR sell*)<br><br>Time frame: January 1, 2018 – present |
| 327. | (Smartmatic* OR "Smart-matic*" OR "Smart Matic" OR "SGO" OR "SMMT" OR "SMT" OR we OR "the company") W/15 ("Enterprise Value" OR "EV" OR valuation OR valued)<br><br>Time frame: January 1, 2016 – present |
| 328. | (Smartmatic* OR "Smart-matic*" OR "Smart Matic" OR SGO OR SMMT OR SMT OR our OR we OR "the company") W/10  "balance sheet*"<br><br>Time frame: January 1, 2016 – present |
| 329. | (Smartmatic* OR "Smart-matic*" OR "Smart Matic" OR SGO OR SMMT OR SMT OR our OR we OR "the company") W/10  debt*<br><br>Time frame: January 1, 2016 – present |
| 330. | (Smartmatic* OR "Smart-matic*" OR "Smart Matic" OR SGO OR SMMT OR SMT OR our OR we OR "the company") W/10 ("financial statement*" OR "financial condition" OR "financial performance" OR (*health* w/3 financ*) OR (strong w/3 financ*) OR (poor w/3 financ*)) |

| No. | Search Term |
|---|---|
| | Time frame: January 1, 2016 – present |
| 331. | (Smartmatic* OR "Smart-matic*" OR "Smart Matic" OR SGO OR SMMT OR SMT OR our OR we OR "the company") W/10 (financ* W/10 audit*)<br><br>Time frame: January 1, 2016 – present |
| 332. | (Smartmatic* OR "Smart-matic*" OR "Smart Matic" OR SGO OR SMMT OR SMT OR our OR we OR "the company") W/10 (investors OR investment*)<br><br>Time frame: January 1, 2016 – present |
| 333. | (Smartmatic* OR "Smart-matic*" OR "Smart Matic" OR SGO OR SMMT OR SMT OR our OR we OR "the company") W/10 cash<br><br>Time frame: January 1, 2016 – present |
| 334. | (Smartmatic* OR "Smart-matic*" OR "Smart Matic" OR SGO OR SMMT OR SMT OR our OR we OR "the company") W/10 revenue*<br><br>Time frame: January 1, 2016 – present |
| 335. | (Smartmatic* OR "Smart-matic*" OR "Smart Matic" OR SGO OR SMMT OR SMT OR our OR we OR "the company") W/15 capital<br><br>Time frame: January 1, 2016 – present |
| 336. | (Smartmatic* OR "Smart-matic*" OR "Smart Matic" OR SGO OR SMMT OR SMT OR our OR we OR "the company") W/15 loan*<br><br>Time frame: January 1, 2016 – present |
| 337. | (Smartmatic* OR "Smart-matic*" OR "Smart Matic" OR SGO OR SMMT OR SMT OR our OR we OR "the company") W/15 loss*<br><br>Time frame: January 1, 2016 – present |
| 338. | (Smartmatic* OR "Smart-matic*" OR "Smart Matic" OR SGO OR SMMT OR SMT OR our OR we OR "the company") W/15 profit*<br><br>Time frame: January 1, 2016 – present |
| 339. | (Smartmatic* OR "Smart-matic*" OR "Smart Matic" OR SGO OR SMMT OR SMT OR our OR we OR "the company") W/20 forecast*<br><br>Time frame: January 1, 2016 – present |

| No. | Search Term |
|---|---|
| 340. | (venture* OR "PE" OR "private equity" OR (series w/5 (A OR B OR C OR funding))) W/25 (deal*OR offer* OR diligence* OR background OR history* OR research* OR "letter of intent" OR LOI OR memo* OR MOU)<br><br>Time frame: January 1, 2016 – present |
| 341. | (venture* OR "PE" OR "private equity") w/25 (invest* OR pitch* OR deal OR valu*)<br><br>Time frame: January 1, 2016 – present |
| 342. | American Agenda<br><br>Time frame: September 1, 2020 – November 3, 2021 |
| 343. | Bob w/2 Sellers* |
| 344. | Cybersecurity W/25 (elect* OR service* OR machine* OR software* OR technolog* OR vot* OR vulnerab*)<br><br>Time frame: January 1, 2016 – November 3, 2021 |
| 345. | financ* W/7 (audit* OR investig*)<br><br>Time frame: January 1, 2016 – present |
| 346. | fraud* W/50 (count* OR internet OR machine* OR tabula* OR electi* OR vot* OR secur* OR absentee* OR ballot*)<br><br>Time frame: January 1, 2016 – present |
| 347. | invest* W/25 ("private equity" OR PE OR VC OR venture OR series)<br><br>Time frame: January 1, 2016 – present |
| 348. | Maloney OR Paulson OR "John Snow"<br><br>Time frame: January 1, 2016 – present |
| 349. | present* W/10 (fund OR capital* OR equit* OR invest* OR PE OR VC OR venture)<br><br>Time frame: January 1, 2016 – present |
| 350. | project* W/5 (revenue OR profit OR loss OR growth)<br><br>Time frame: January 1, 2016 – present |

| No. | Search Term |
| --- | --- |
| 351. | revenue W/10 (up OR down OR high* OR low* OR good OR bad OR poor OR increas* OR decreas* OR improv* OR declin* OR slow*) <br><br> Time frame: January 1, 2016 – present |
| 352. | Smartmatic AND (employee OR worker OR officer OR exec*) W/25 (harm* OR threat* OR fear OR attack* OR abus* OR harass* OR stalk* OR dox* OR bully OR bullied OR intimid*) <br><br> Time frame: September 1, 2020 – present |
| 353. | Smartmatic W/25 (brand* OR reputation* OR perception* OR perciev* OR market*) <br><br> Time frame: January 1, 2016 – November 3, 2021 |
| 354. | Smartmatic W/25 (brand* OR reputation* OR value* OR image) AND (harm* OR damage* OR hurt*) <br><br> Time frame: January 1, 2016 – November 3, 2021 |