AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Smartmatic USA Corp., et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No.   1:21-cv-02900-CJN |
| Herring Networks, Inc. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Smartmatic USA Corp., Smartmatic International Holding B.V. and SGO Corporation Limited                .

Date:      07/13/2023

/s/ Caitlin A. Kovacs
*Attorney's signature*

Caitlin A. Kovacs (Illinois 6313273)
*Printed name and bar number*

Benesch Friedlander Copland & Aronoff LLP
71 S. Wacker, Suite 1600
Chicago, IL 60606
*Address*

CKovacs@beneschlaw.com
*E-mail address*

(312) 624-6392
*Telephone number*

(312) 767-9192
*FAX number*