IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>HERRING NETWORKS, INC.,<br><br>    Defendant. | No. 1:21-cv-02900-CJN |

### [PROPOSED] ORDER

Upon consideration of Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited's (collectively, "Smartmatic"), Motion to Strike Defendant's Motion for Recusal and the accompanying Memorandum In Support, and it appearing that there is good cause to grant the Motion, it is hereby ORDERED that the Motion is GRANTED.

It is further ORDERED that Defendant's Motion for Recusal and the accompanying Memorandum In Support shall be stricken.

Signed this _____ day of _____, 2023.

/s/_____
Magistrate Judge Moxila A. Upadhyaya