# Exhibit D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>HERRING NETWORKS, INC.,<br><br>Defendant. | No. 1:21-cv-02900-CJN<br><br>Magistrate Judge Moxila A. Upadhyaya |

**DECLARATION OF OLIVIA SULLIVAN IN SUPPORT OF
PLAINTIFFS' REPLY IN SUPPORT OF ITS MOTION FOR PROTECTIVE ORDER**

I, Olivia Sullivan, make this declaration pursuant to 28 U.S.C. § 1746. I hereby declare under penalty of perjury that the following is true and correct:

1. I am an attorney at Benesch, Friedlander, Coplan & Aronoff LLP and counsel for Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation (collectively, "Smartmatic") in this action. As such, I am fully familiar with the facts and circumstances of the matters stated in this declaration.

2. On February 3, 2023, Smartmatic informed Defendant Herring Networks, Inc. (d/b/a "OANN") that if Smartmatic was withholding documents on the basis of objections made to OANN's First Set of Requests for Production, it would inform OANN by confirming which documents were being withheld in a supplemental discovery response.

1

3. On April 6, 2023, OANN sent Smartmatic an appendix of proposed search terms to be run across all of Smartmatic's custodians. In the appendix, OANN proposed that Smartmatic use "Dominion" as a search term.

4. On April 19, 2023, Smartmatic responded to OANN's April 6 search term proposal and informed OANN that Smartmatic would not run the search term "Dominion." Smartmatic offered a counterproposal to run the search terms "@dominionvoting.com" and "Dominion Voting."

5. On May 17, 2023, OANN informed Smartmatic that it would agree to Smartmatic's April 19 counter proposal for search terms related to Dominion, if Smartmatic agreed not to limit the time frame of searches using Dominion related terms.

6. On June 21, 2023, Smartmatic agreed to not limit the time frame of six of the seven Dominion related search terms.

7. On January 23 and February 9, 2023, OANN's previous counsel stated that its RFP No. 17 (First Set of RFPs) regarding the case studies referenced in paragraph 45 of Smartmatic's Complaint, encompassed all documents and communications related to the case studies.

8. On February 22, 2023, Smartmatic responded to OANN's assertion regarding RFP No. 17 and objected to providing all documents relating to the case studies because the request was overly broad and burdensome.

9. On the same day, Smartmatic made the following representation to OANN: "Smartmatic recognizes that certain documents relating to Smartmatic's operations in Venezuela may be relevant to Smartmatic's claims and OANN's defenses. Accordingly, in response to this request, Smartmatic will produce: (1) contracts between Smartmatic and the Venezuelan

government relating to Smartmatic's provision of election technology and services; (2) documents evidencing payments from the Venezuelan government to Smartmatic; (3) contracts between Smartmatic and the SBC Consortium; (4) contracts between Smartmatic or the SBC Consortium and CANTV; (5) contracts between Smartmatic or SBC Consortium and Bizta Corporation; (6) communications between Smartmatic and members of the Chavez or Maduro administrations or the Venezuelan government regarding the negotiation and formation of contracts between the Venezuelan government and Smartmatic; and (7) all documents and communications concerning Smartmatic's decision to cease to provide election technology and software in Venezuela in 2017."

10. Smartmatic further agreed to run the following search terms across all of its custodians and produce any non-privileged responsive documents:

- (("European Union" OR "EU" OR "E.U.") W/20 report) AND (recall OR Venezuela OR Chavez)

- (CANTV OR "Can TV" OR "Compania Anonima Nacional Telefonos de Venezuela") W/50 (recall OR elec* OR SBC OR Yanes OR Armando)

- (case stud* OR (internal w/10 audit) OR penetration OR "pen test" OR (security w/10 test*)) W/20 (Venezuela OR elec* OR software OR tech* OR system* OR machin*)

- CANTV OR "Can TV" OR "Compania Anonima Nacional Telefonos de Venezuela" w/25 (Mugica OR Pinate)

- FONCREI AND (loan OR recall OR Venezuela* OR Chavez OR Montilla OR Omar OR invest* OR payment OR stake OR board)

- reputation* W/10 (bad OR negative OR false OR harm* OR hurt* OR attack* OR Venezuela* OR concern* OR problem* OR PR OR fix OR improv*)

- Riesgo W/50 (loan OR recall OR Venezuela* OR Chavez OR Montilla OR Omar OR invest* OR payment OR stake OR board)

- SCR AND (loan OR recall OR Venezuela* OR Chavez OR Montilla OR Omar OR invest* OR payment OR stake OR board)

- Venezuela W/50 (rig OR rigg*)

3

- Venezuela W/50 alleg*

- Venezuela W/50 fraud

- Venezuela W/50 recall

- Venezuela W/50 tamper*

- Venezuela* w/10 recall

- Venezuela* w/25 (reputation OR perceiv* OR percep* OR associat* OR connection* OR false OR true OR truth OR ties)

- wikileaks AND (embassy OR Venezuela OR brownfield OR Chavez OR recall)

- Bizta

- Chavez AND (recall OR connect* OR relationship OR friend*)

- Chavez W/50 (admin* OR gov* OR elec* OR contract* OR deal OR meet* OR call* OR "us" OR "smartmatic" OR money OR win OR won OR result OR outcome OR victory OR claim OR allege*)

- (Adan W/5 Chavez) OR (Adan W/5 frias)

- Hugo W/3 Chavez

- Maduro AND (admin* OR gov* OR elec* OR contract* OR deal OR meet* OR call* OR "us" OR "smartmatic" OR money OR win OR won OR result OR outcome OR victory OR turnout OR connect* OR relationship OR friend* OR claim OR allege*)

11. Smartmatic then represented that it agreed to produce the following documents: "(1) All Documents and Communications relating to Smartmatic's decision to acquire and then to divest Sequoia, to the extent they exist and can be located by a reasonable search; and (2) Communications between Smartmatic and Dominion related to Smartmatic's divestiture and sale of Sequoia, to the extent they exist and can be located by a reasonable search."

12. Smartmatic also agreed that it would produce all non-privileged responsive documents resulting from the following search terms:

4

- (Sequoia OR SVS) AND (Smartmatic OR Blaine OR Chicago OR "United States" OR "US" OR "U.S." OR divest* OR acqui* OR "intellectual property" OR "IP" OR Venezuela* OR "Cook County" OR market OR Edge* OR software OR litigation OR lawsuit OR case OR bid OR machin* OR dominion OR "Sale and Security" OR sale OR divest* OR sold)

- CFIUS

- [*@sequoiavote.com](mailto:*@sequoiavote.com)

- Dominion AND (sequoia OR SVS)

13.     On April 19, 2023, Smartmatic agreed to produce all of the following non-custodial documents: Contracts between Smartmatic and the Venezuelan government relating to Smartmatic's provision of election technology and services; Contracts and bids utilized to calculate Smartmatic's damages as a result of OANN's disinformation campaign; Documents evidencing payments from the Venezuelan government to Smartmatic; Contracts between Smartmatic and the SBC Consortium; Contracts between Smartmatic or the SBC Consortium and CANTV; Contracts between Smartmatic or SBC Consortium and Bizta Corporation; Contracts evidencing Smartmatic's acquisition and divestment of Sequoia Voting Systems; Bids for the provision of election technology submitted by Sequoia while Smartmatic owned Sequoia; and Contracts for the provision of election technology executed by Sequoia while Smartmatic owned Sequoia.

I declare under penalty of perjury that the foregoing is true and correct.

Date:   July 28, 2023

/s/ Olivia Sullivan

Olivia Sullivan, Illinois Bar No. 6330520
Benesch, Friedlander, Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
312.212.4949

*Attorney for Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*