IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK,<br><br>　　　　Defendant. | No. 1:21-cv-02900-CJN-MAU<br><br><br><br>Judge Carl J. Nichols |

### NOTICE OF ENTRY OF APPEARANCE

TO:　THE CLERK OF THE COURT AND ALL PARTIES OF RECORD

　　　　Jonathan D. Neerman, of Jackson Walker LLP, hereby enters an appearance as counsel for Defendant Herring Networks, Inc., d/b/a One America News Network in the above-captioned.

Dated: August 10, 2023　　　　　　　　By: */s/ Jonathan D. Neerman*
　　　　　　　　　　　　　　　　　　　　Jonathan D. Neerman (*D.C Bar No. 90003393*)
　　　　　　　　　　　　　　　　　　　　JACKSON WALKER LLP
　　　　　　　　　　　　　　　　　　　　2323 Ross Avenue, Suite 600
　　　　　　　　　　　　　　　　　　　　Dallas, TX 75201
　　　　　　　　　　　　　　　　　　　　T: (214) 953-5664
　　　　　　　　　　　　　　　　　　　　F: (214) 661-6899
　　　　　　　　　　　　　　　　　　　　jneerman@jw.com

　　　　　　　　　　　　　　　　　　　　*COUNSEL FOR DEFENDANT*

### CERTIFICATE OF SERVICE

　　　　I hereby certify that on August 10, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

　　　　　　　　　　　　　　　　　　　　*/s/ Jonathan D. Neerman*
　　　　　　　　　　　　　　　　　　　　Jonathan D. Neerman