In The United States District Court
For The District of Columbia

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>*Plaintiffs,*<br><br>v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK.<br><br>*Defendant.* | No. 21-cv-02900-CJN-MAU |

## [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR ADMISSION PRO HAC VICE OF ATTORNEY WILLIAM J. STOWE

Upon consideration of Defendant's Motion for Admission Pro Hac Vice of Attorney William J. Stowe in the above-captioned matter and the Declaration of William J. Stowe in support thereof, and it appearing that there is good cause to grant the motion, it is hereby

**ORDERED** that Defendant's Motion for Admission Pro Hac Vice of Attorney William J. Stowe is **GRANTED**; and

**FURTHER ORDERED** that William J. Stowe be allowed to appear pro hac vice in court proceedings in the above-captioned matter.

**SO ORDERED** this _____ day of _____ 2023.

Dated: _____, 2023

_____
CARL J. NICHOLS
United States District Judge