# Ex. 1

**From:** Kovacs, Caitlin <CKovacs@beneschlaw.com>
**Sent:** Tuesday, August 15, 2023 3:19 PM
**To:** Edwards, John <jedwards@jw.com>; Sullivan, Olivia <OSullivan@beneschlaw.com>
**Cc:** Amattey, Amakie <AAmattey@beneschlaw.com>; Wilkes, Christopher <CWilkes@beneschlaw.com>; Wertheimer, Nancy <NWertheimer@beneschlaw.com>; Maldonado, Jacklyn <JMaldonado@beneschlaw.com>; Butzer, Carl <cbutzer@jw.com>; Blaesche, Minoo <mblaesche@jw.com>; Pickett Shah, Bethany <bpickett@jw.com>; Dickson, Carter <cdickson@jw.com>; Emery, Tori <temery@jw.com>; Walsh, Hannah <hwalsh@jw.com>; Rhine, Emily <erhine@jw.com>
**Subject:** RE: Smartmatic v. OANN - Custodians and Search Terms

**\*\*RECEIVED FROM EXTERNAL SENDER – USE CAUTION\*\***

John,

Our response to your August 3 letter is attached. We request a meet and confer on a handful of specified topics within the letter. We are available this Thursday between 9:30-2 CT or on Friday between 10-4 CT.

As for your questions below:

1. As we have previously indicated, there are currently no expert reports in the Fox litigation. Once expert reports are exchanged, we will consider producing them here if they are relevant.
2. Smartmatic is asserting reputational harm in foreign countries. Is there an interrogatory OANN has issued that you would like to point us to as the basis for further discussion?
3. We are happy to hear any proposal OANN has regarding depositions.

Thanks,
Caitlin

Caitlin A. Kovacs
(she/her/hers)
Partner | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6392 | m: 614.804.0562
CKovacs@beneschlaw.com | www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** Edwards, John <jedwards@jw.com>
**Sent:** Monday, August 14, 2023 11:51 AM
**To:** Kovacs, Caitlin <CKovacs@beneschlaw.com>; Sullivan, Olivia <OSullivan@beneschlaw.com>
**Cc:** Amattey, Amakie <AAmattey@beneschlaw.com>; Wilkes, Christopher

<CWilkes@beneschlaw.com>; Wertheimer, Nancy <NWertheimer@beneschlaw.com>; Maldonado, Jacklyn <JMaldonado@beneschlaw.com>; Butzer, Carl <cbutzer@jw.com>; Blaesche, Minoo <mblaesche@jw.com>; Pickett Shah, Bethany <bpickett@jw.com>; Dickson, Carter <cdickson@jw.com>; Emery, Tori <temery@jw.com>; Walsh, Hannah <hwalsh@jw.com>; Rhine, Emily <erhine@jw.com>
**Subject:** RE: Smartmatic v. OANN - Custodians and Search Terms

Caitlin, you indicated below we would hear back in response to my July 25 and August 3 letters last week but we did not.  It's been 3 weeks since the July 25 letter.  We request a meet & confer by this Wednesday on the subjects outlined in the July 25 and August 3 letters as well as the following:

1. Whether Smartmatic will produce its expert reports issued in its case against Fox, and if so, when.
2. Whether Smartmatic is claiming damages from reputational harm in any foreign countries, and if so, which ones.
3. Discussion of deposition limits – number/hours.

Please let me know your availability today through Wednesday.  Thanks. - John

**From:** Kovacs, Caitlin <CKovacs@beneschlaw.com>
**Sent:** Monday, August 7, 2023 6:15 PM
**To:** Edwards, John <jedwards@jw.com>; Sullivan, Olivia <OSullivan@beneschlaw.com>
**Cc:** Amattey, Amakie <AAmattey@beneschlaw.com>; Wilkes, Christopher <CWilkes@beneschlaw.com>; Wertheimer, Nancy <NWertheimer@beneschlaw.com>; Maldonado, Jacklyn <JMaldonado@beneschlaw.com>; Butzer, Carl <cbutzer@jw.com>; Blaesche, Minoo <mblaesche@jw.com>; Pickett Shah, Bethany <bpickett@jw.com>; Dickson, Carter <cdickson@jw.com>; Emery, Tori <temery@jw.com>; Walsh, Hannah <hwalsh@jw.com>; Rhine, Emily <erhine@jw.com>
**Subject:** RE: Smartmatic v. OANN - Custodians and Search Terms

**\*\*RECEIVED FROM EXTERNAL SENDER – USE CAUTION\*\***

John,

We are in receipt of OANN's July 25 and August 3 letters. We will respond to both of them this week.

Thanks,
Caitlin

.

> Caitlin A. Kovacs
> (she/her/hers)
> Partner | Litigation
> Benesch Friedlander Coplan & Aronoff LLP

> t: 312.624.6392 | m: 614.804.0562
> CKovacs@beneschlaw.com | www.beneschlaw.com
> 71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637
>
> Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** Edwards, John <jedwards@jw.com>
**Sent:** Thursday, August 3, 2023 4:36 PM
**To:** Kovacs, Caitlin <CKovacs@beneschlaw.com>; Sullivan, Olivia <OSullivan@beneschlaw.com>
**Cc:** Amattey, Amakie <AAmattey@beneschlaw.com>; Wilkes, Christopher <CWilkes@beneschlaw.com>; Wertheimer, Nancy <NWertheimer@beneschlaw.com>; Maldonado, Jacklyn <JMaldonado@beneschlaw.com>; Butzer, Carl <cbutzer@jw.com>; Blaesche, Minoo <mblaesche@jw.com>; Pickett Shah, Bethany <bpickett@jw.com>; Dickson, Carter <cdickson@jw.com>; Emery, Tori <temery@jw.com>; Walsh, Hannah <hwalsh@jw.com>; Rhine, Emily <erhine@jw.com>
**Subject:** RE: Smartmatic v. OANN - Custodians and Search Terms

Caitlin/Olivia, please see attached letter.

Thanks. – John

**From:** Edwards, John
**Sent:** Tuesday, July 25, 2023 5:19 PM
**To:** 'Kovacs, Caitlin' <CKovacs@beneschlaw.com>
**Cc:** Sullivan, Olivia <OSullivan@beneschlaw.com>; Amattey, Amakie <AAmattey@beneschlaw.com>; Wilkes, Christopher <CWilkes@beneschlaw.com>; Wertheimer, Nancy <NWertheimer@beneschlaw.com>; Maldonado, Jacklyn <JMaldonado@beneschlaw.com>; Butzer, Carl <cbutzer@jw.com>; Blaesche, Minoo <mblaesche@jw.com>; Pickett Shah, Bethany <bpickett@jw.com>; Dickson, Carter <cdickson@jw.com>; Emery, Tori <temery@jw.com>; Walsh, Hannah <hwalsh@jw.com>; Rhine, Emily <erhine@jw.com>
**Subject:** RE: Smartmatic v. OANN - Custodians and Search Terms

Caitlin/Olivia, please see attached letter and search terms chart.  Thanks. - John

**From:** Kovacs, Caitlin <CKovacs@beneschlaw.com>
**Sent:** Friday, July 21, 2023 4:03 PM
**To:** Edwards, John <jedwards@jw.com>; Butzer, Carl <cbutzer@jw.com>; Blaesche, Minoo <mblaesche@jw.com>; Pickett Shah, Bethany <bpickett@jw.com>; Dickson, Carter <cdickson@jw.com>; Emery, Tori <temery@jw.com>; Walsh, Hannah <hwalsh@jw.com>; Rhine, Emily <erhine@jw.com>
**Cc:** Sullivan, Olivia <OSullivan@beneschlaw.com>; Amattey, Amakie <AAmattey@beneschlaw.com>; Wilkes, Christopher <CWilkes@beneschlaw.com>; Wertheimer, Nancy <NWertheimer@beneschlaw.com>; Maldonado, Jacklyn <JMaldonado@beneschlaw.com>
**Subject:** Smartmatic v. OANN - Custodians and Search Terms

**\*\*RECEIVED FROM EXTERNAL SENDER – USE CAUTION\*\***

John,

Please see the attached correspondence, which includes an updated search terms chart. We've included a word version of the chart for ease of reference.

Have a great weekend.

Caitlin

.

> Caitlin A. Kovacs
> (she/her/hers)
> Partner | Litigation
> Benesch Friedlander Coplan & Aronoff LLP
>
> t: 312.624.6392 | m: 614.804.0562
> CKovacs@beneschlaw.com | www.beneschlaw.com
> 71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637
>
> Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice