The Honorable Carl J. Nichols
Judge of the United States District Court for the District of Columbia (Washington, DC)
333 Constitution Avenue N.W.
Washington D.C. 20001
Telephone of Judge's Chambers: 001 - (202) 354-3440
Telephone of Judge's Courtroom Deputy:  001 - (202) 354-3101

Dear Honorable Courts of the Philippines:

The undersigned requests your assistance in obtaining evidence that is located in the Philippines for use in connection with a civil lawsuit that is currently pending in the United States District Court for the District of Columbia.  Information regarding the requested evidence and the matter to which it relates is as follows:

| | |
|---|---|
| Name of the U.S. case | *Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited versus Herring Networks, Inc., doing business as One America News Network* (Case Number 1:21-cv-02900-CJN) |
| Court, Judge, and Case Number | United States District Court for the District of Columbia, Judge Nichols presiding (Case Number 1:21-cv-02900-CJN) |

Names and addresses of the parties and
their representatives (article 3, *b*)

| | | |
|---|---|---|
| *a* | Plaintiffs | Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (collectively referred to in this document as "Plaintiff") |
| | Representatives | Joel Erik Connolly<br>Benesch, Friedlander, Coplan & Aronoff LLP<br>71 S. Wacker Drive<br>Suite 1600<br>Chicago, IL 60606<br>001 - 312-212-4949<br>Email: econnolly@beneschlaw.com |
| *b* | Defendant | Herring Networks, Inc., doing business as One America News Network |

| | |
|---|---|
| Representatives | Charles L. Babcock<br>Jackson Walker L.L.P.<br>1401 McKinney<br>Suite 1900<br>Houston, TX 77010<br>001 - 713-752-4210<br>Email: cbabcock@jw.com |
| Summary of complaint | Plaintiff contends that Defendant defamed Plaintiff through a series of television broadcasts occurring after the U.S. presidential election in 2020. Plaintiff contends that the Defendant told its audience that Plaintiff's voting machines were compromised and that the reported outcome of the election could not be trusted.  Plaintiff contends that Defendant falsely accused Plaintiff of "having connections to corrupt dictators," including Hugo Chavez, and "of having previously rigged an election in Venezuela." Plaintiff contends that Defendant's statements have harmed Plaintiff's reputation on an international scale. |
| Summary of defense | Defendant contends that it is not liable because statements appearing on the television broadcasts at issue: were not defamatory; were protected by the First Amendment to the U.S. Constitution; Defendant did not make any statements with actual malice; the statements were true or substantially true; the statements were privileged as a fair report; Plaintiff did not suffer any damage as a result of any statements made by Defendant; and any reputational harm that Plaintiff has allegedly suffered has been due to its own conduct in various jurisdictions, including the Philippines, not Defendant's statements. |
| Documents requested to be obtained from the Philippines | 1. The undersigned requests that you ask the Philippines Commission on Elections ("Comelec"), the Philippines Department of Justice, and the Philippines Department of Information and Communications Technology to produce documents regarding issues, problems, and investigations relating to Plaintiff's software, machines, voting or election technology, or support services used in elections, including specifically: |

(a) relating to the 2017 indictments of several employees of Plaintiff (Marlon Garcia, Neil Baniqued, Mauricio Herrera) and Comelec personnel relating to changing the script in the election transparency server on election night during the May 2016 national and local polls.

(b) payments made to Comelec Chairman Andres Bautista from a law firm (Divina Law) representing Plaintiff, and which resulted in a House Resolution (no. 1171) filed by House Deputy Minority Leader Harry Roque seeking a legislative inquiry regarding payments;

(c) the arrest of Ricardo Argana (quality assurance tester for Smartmatic) relating to Argana's dealings with Winston Steward in providing access to Smartmatic's servers through his computer in the Comelec office; and

(c) the 2008 ARMM (Autonomous Region of Muslim Mindanao) election, and several precincts in Wao, Lanao del Sur, showing zero results, after which someone from Smartmatic accessed the machines and made corrections from Manila.

2. The undersigned also requests that you ask that Eliseo Rio, Jr.; Augusto Lagman; Franklin Ysaac, and Leonardo Odoño (former Comelec officials) provide the petition they filed with Comelec in or about June of 2023 to disqualify Smartmatic from participating in the bidding for the 2025 automated election system.

Questions to be asked of persons in the Philippines to be examined under oath

The undersigned also requests that the following four (4) former officials from Comelec be questioned under oath and their testimony transcribed regarding the petition they filed with Comelec in or about June of 2023 to disqualify Smartmatic from participating in the bidding for the 2025 automated election system: Eliseo Rio, Jr.; Augusto Lagman; Franklin Ysaac, and Leonardo Odoño.

The undersigned requests that these individuals be asked the following questions:

1. Please describe the "'serious irregularities' involving discrepancies between the transmission

logs and reception logs of election returns from the precinct level to the Comelec's Transparency Server (TS)."[1]

2. Please state the basis for your position that Smartmatic should be disqualified from participating in the bidding for the 2025 automated election system.

Additionally, the undersigned requests that, in connection with providing the requested documents, an appropriate individual from the organization producing the documents **complete and execute the attached declaration**. If this is unacceptable, the undersigned requests that a certification be made that the documents that are produced are true and correct copies of the originals.

Additionally, the undersigned requests that the requested foregoing documents and testimony be collected and provided to the undersigned by **30 November 2023**. The reason for this is that the exchange of fact evidence in this case closes on 8 December 2023.

If you have any questions about this request, please do not hesitate to reach out to the undersigned at its telephone number or address listed above.

Sincerely,

The Honorable Carl J. Nichols
U.S. District Court for the District of Columbia

---

[1] ABS-CBN News (June 16, 2023), Ex-DICT chief, others seek to ban Smartmatic in 2025 polls | ABS-CBN News, https://news.abs-cbn.com/news/06/16/23/ex-dict-chief-others-seek-to-ban-smartmatic-in-2025-polls.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED, | |
| Plaintiffs, | No. 1:21-cv-02900-CJN |
| v. | |
| HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK, | |
| Defendant. | |

## **DECLARATION**

1.      My name is _____.  I am over the age of eighteen (18) years. The facts stated in this declaration are based on my personal knowledge and my review of records, and are true and correct.

2.      I am the _____ [insert job title/position] for _____ [insert name of employer].  As part of my job duties, I am familiar with the record keeping practices of _____ [insert name of employer].   The documents being produced by _____ [insert name of employer] were made at or near the time by – or from information transmitted by – someone with knowledge; were kept in the course of a regularly conducted activity of the organization; and making the record was a regular practice of that activity.

3.      I declare under criminal penalties of the laws of the Philippines that the foregoing is true and correct.

EXECUTED on the _____ day of _____ month, 20___.

Signature: _____
Name: _____

The Honorable Carl J. Nichols
Judge of the United States District Court for the District of Columbia (Washington, DC)
333 Constitution Avenue N.W.
Washington D.C. 20001
Telephone of Judge's Chambers: 001 - (202) 354-3440
Telephone of Judge's Courtroom Deputy:  001 - (202) 354-3101


Dear Honorable Courts of Kenya:

The undersigned requests your assistance in obtaining evidence that is located in Kenya for use in connection with a civil lawsuit that is currently pending in the United States District Court for the District of Columbia.  Information regarding the requested evidence and the matter to which it relates is as follows:

| | |
|---|---|
| Name of the U.S. case | *Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited versus Herring Networks, Inc., doing business as One America News Network* (Case Number 1:21-cv-02900-CJN) |
| Court, Judge, and Case Number | United States District Court for the District of Columbia, Judge Nichols presiding (Case Number 1:21-cv-02900-CJN) |

Names and addresses of the parties and
their representatives (article 3, *b*)

| | | |
|---|---|---|
| *a* | Plaintiffs | Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (collectively referred to in this document as "Plaintiff") |
| | Representatives | Joel Erik Connolly<br>Benesch, Friedlander, Coplan & Aronoff LLP<br>71 S. Wacker Drive<br>Suite 1600<br>Chicago, IL 60606<br>001 - 312-212-4949<br>Email: econnolly@beneschlaw.com |
| *b* | Defendant | Herring Networks, Inc., doing business as One America News Network |

| | |
|---|---|
| Representatives | Charles L. Babcock<br>Jackson Walker L.L.P.<br>1401 McKinney<br>Suite 1900<br>Houston, TX 77010<br>001 - 713-752-4210<br>Email: cbabcock@jw.com |
| Summary of complaint | Plaintiff contends that Defendant defamed Plaintiff through a series of television broadcasts occurring after the U.S. presidential election in 2020. Plaintiff contends that the Defendant told its audience that Plaintiff's voting machines were compromised and that the reported outcome of the election could not be trusted.  Plaintiff contends that Defendant falsely accused Plaintiff of "having connections to corrupt dictators," including Hugo Chavez, and "of having previously rigged an election in Venezuela." Plaintiff contends that Defendant's statements have harmed Plaintiff's reputation on an international scale. |
| Summary of defense | Defendant contends that it is not liable because statements appearing on the television broadcasts at issue: were not defamatory; were protected by the First Amendment to the U.S. Constitution; Defendant did not make any statements with actual malice; the statements were true or substantially true; Plaintiff did not suffer any damage as a result of any statements made by Defendant; and any reputational harm that Plaintiff has suffered has been due to its own conduct in various jurisdictions, including Kenya, not Defendant's statements. |
| Documents requested to be obtained from Kenya | The undersigned requests that you ask the Kenyan national police service's investigative unit, the Directorate of Criminal Investigations (DCI), for reports and supporting documents related to its determination that three Smartmatic employees (Salvador Javier Suarez, Jose Gregorio Comargo Castellano and Joel Gustavo Rodriguez Garcia) had illegal access to Kenya's electoral commission servers five months ahead of the country's general election on August 9, 2022.[1]    Additionally the |

---

[1] IEBC servers were breached, forensic analysis shows | Nation, https://nation.africa/kenya/news/politics/iebc-systems-were-breached-analysis-shows-3929366 (Aug. 29, 2022); *see also* DCI report: Venezuelans infiltrated

undersigned requests records reflecting the arrest of
those three Smartmatic employees on July 22, 2022
on their arrival at the country's airport in Nairobi.

Additionally, the undersigned requests that, in connection with providing the requested documents, an appropriate individual from the organization producing the documents **complete and execute the attached declaration**.  If this is unacceptable, the undersigned requests that a certification be made that the documents that are produced are true and correct copies of the originals.

Additionally, the undersigned requests that the requested foregoing documents be collected and provided to the undersigned by **30 November 2023**.  The reason for this is that the exchange of fact evidence in this case closes on 8 December 2023.

If you have any questions about this request, please do not hesitate to reach out to the undersigned at its telephone number or address listed above.

Sincerely,

The Honorable Carl J. Nichols
U.S. District Court  for the District of Columbia

---

IEBC systems | Nation, https://nation.africa/kenya/news/politics/dci-venezuelans-infiltrated-iebc-systems-3928666 (Aug. 28, 2022) ("The three Venezuelans at the heart of poll rigging claims may have infiltrated the country's electoral system thereby compromising the credibility of the August 9 polls, a forensic analysis report has revealed. The report by the Directorate of Criminal Investigations (DCI) has disclosed how the three foreigners had unfettered access to the Independent Electoral and Boundaries Commission (IEBC) result transmission server and could log into the systems remotely. . . .").

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SMARTMATIC USA CORP.,
SMARTMATIC HOLDING B.V., AND
SGO CORPORATION LIMITED,

               Plaintiffs,

    v.

HERRING NETWORKS, INC., D/B/A
ONE AMERICA NEWS NETWORK,

            Defendant.

No. 1:21-cv-02900-CJN

## **DECLARATION**

1.     My name is _____.  I am over the age of eighteen (18) years. The facts stated in this declaration are based on my personal knowledge and my review of records, and are true and correct.

2.     I am the _____ [insert job title/position] for _____ [insert name of employer].  As part of my job duties, I am familiar with the record keeping practices of _____ [insert name of employer].  The documents being produced by _____ [insert name of employer] were made at or near the time by – or from information transmitted by – someone with knowledge; were kept in the course of a regularly conducted activity of the organization; and making the record was a regular practice of that activity.

3.     I declare under criminal penalties of the laws of Kenya that the foregoing is true and correct.

EXECUTED on the _____ day of _____ month, 20___.

                                Signature: _____
                                Name: _____

**Request for International Judicial Assistance pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters**

| | | |
|---|---|---|
| 1. | Sender | The Honorable Carl J. Nichols, Judge of the United States District Court for the District of Columbia (Washington, DC)<br>333 Constitution Avenue N.W.<br>Washington D.C. 20001<br>Telephone of Judge's Chambers: 001 - (202) 354-3440<br>Telephone of Judge's Courtroom Deputy:  001 - (202) 354-3101 |
| 2. | Central Authority of the Requested State | Venezuela Central Authority<br>Ministerio del Poder Popular para Relaciones Exteriores<br>Dirección del Servicio Consular Extranjero<br>Oficina de Relaciones Consulares<br>(Ministry of People's Power of Foreign Affairs<br>Directorate of the Foreign Consular Service<br>Office of Consular Affairs)<br>Edificio Anexo a la Torre MRE, piso 1<br>Avenida Urdaneta – Esquina Carmelitas a Puente Llaguno<br>Caracas 1010<br>Venezuela<br>Tel.: +58 (0) 212-8064449/8020000<br>        Ext. 6701-6704-6707-6708-6709- 6713<br>Email: relaciones.consulares@mppre.gob.ve<br>exhortos.rogatorias@mppre.gob.ve |
| 3. | Person to whom the executed request is to be returned | The Honorable Carl J. Nichols, Judge of the United States District Court for the District of Columbia (Washington, DC)<br>333 Constitution Avenue N.W.<br>Washington D.C. 20001<br>Telephone of Judge's Chambers: 001 - (202) 354-3440<br>Telephone of Judge's Courtroom Deputy:  001 - (202) 354-3101 |

4       Specification of the date by which the requesting authority requires receipt of the
        response to the Letter of Request

      Date:                            30 November 2023

      Reason for urgency:         The exchange of fact evidence in this case closes on
        8 December 2023


IN CONFORMITY WITH ARTICLE 3 OF THE CONVENTION, THE UNDERSIGNED
APPLICANT HAS THE HONOUR TO SUBMIT THE FOLLOWING REQUEST

5.      *a*  Requesting judicial       The Honorable Carl J. Nichols, Judge of the United
        authority (article 3, *a*)    States District Court for the District of Columbia
                                        (Washington, DC)
                                        333 Constitution Avenue N.W.
                                        Washington D.C. 20001

        *b*  To the competent        Venezuela
        authority of (article 3, *a*)

        *c*  Name of the case and    *Smartmatic USA Corp., Smartmatic International*
        identifying number            *Holding B.V., and SGO Corporation Limited versus*
                                        *Herring Networks, Inc., doing business as One*
                                        *America News Network* (Case Number 1:21-cv-
                                        02900-CJN)

6.      Names and addresses of the parties and
        their representatives (article 3, *b*)

        *a*  Plaintiffs                      Smartmatic USA Corp., Smartmatic International
                                          Holding B.V., and SGO Corporation Limited
                                        (collectively referred to in this document as
                                        "Plaintiff")

            Representatives               Joel Erik Connolly
                                          Benesch, Friedlander, Coplan & Aronoff LLP
                                        71 S. Wacker Drive
                                        Suite 1600
                                        Chicago, IL 60606
                                        001 - 312-212-4949
                                        Email: econnolly@beneschlaw.com

        *b*  Defendant                     Herring Networks, Inc., doing business as One
                                          America News Network

|                      |                                   |
|----------------------|-----------------------------------|
| Representatives      | Charles L. Babcock                |
|                      | Jackson Walker L.L.P.             |
|                      | 1401 McKinney                     |
|                      | Suite 1900                        |
|                      | Houston, TX 77010                 |
|                      | 001 - 713-752-4210                |
|                      | Email: cbabcock@jw.com            |

7.   *a*  Nature of the proceedings (article 3, *c*)

Civil complaint for defamation

   *b*  Summary of complaint

Plaintiff contends that Defendant defamed Plaintiff through a series of television broadcasts occurring after the U.S. presidential election in 2020. Plaintiff contends that the Defendant told its audience that Plaintiff's voting machines were compromised and that the reported outcome of the election could not be trusted.  Plaintiff contends that Defendant falsely accused Plaintiff of "having connections to corrupt dictators," including Hugo Chavez, and "of having previously rigged an election in Venezuela." (Complaint at paragraph 98.)

   *c*  Summary of defense

Defendant contends that it is not liable because statements appearing on the television broadcasts at issue: were not defamatory; were protected by the First Amendment to the U.S. Constitution; Defendant did not make any statements with actual malice; the statements were true or substantially true; and Plaintiff did not suffer any damage as a result of any statements made by Defendant.

8.   *a*   Evidence to be obtained or other judicial act to be performed

1. Minutes or notes of meetings between representatives of the Venezuelan government (including Hugo Chavez) and representatives of Plaintiff, including Antonio Mugica (also known as Antonio Mugica Rivero).
2. Check or payment records showing payment from Sociedad de Capital de Riesgo to Bizta Corp. in June of 2003 in exchange for a 28% ownership in Bizta Corp., and the document showing the 28% ownership.
3. Check or payment records from Bizta Corp. reflecting payments made to Venezuelan governmental officials or former officials.

<table>
<tr>
<td></td>
<td>4. Investigative statements or memoranda reflecting the Venezuelan government's investigation of Plaintiff or its representatives in connection with Plaintiff's voting system.</td>
</tr>
<tr>
<td><em>b</em>  Purpose of the evidence or judicial act sought</td>
<td>The purpose is to identify evidence related to the reputation of Plaintiff and the truth or falsity of Plaintiff's allegation that Plaintiff did <em>not</em> have ties to Venezuelan government officials and that its technology is secure.</td>
</tr>
<tr>
<td>9.  Any requirement that the evidence be given on oath or affirmation and any special form to be used (article 3, <em>h</em>)</td>
<td>The companies and governmental bodies from whom the documents above are sought are requested to complete the attached declaration verifying the authenticity of the documents produced.  If this is not acceptable, they are requested to provide a certification that the documents are true and correct.</td>
</tr>
<tr>
<td>10.  The fees and costs incurred which are reimbursable under the second paragraph of article 14 or under article 26 of the Convention will be borne by</td>
<td>Defendant Herring Networks, Inc., doing business as One America News Network</td>
</tr>
</table>

DATE OF REQUEST:

SIGNATURE AND
SEAL OF THE
REQUESTING
AUTHORITY:

<u>SEE ATTACHED DECLARATION TO BE COMPLETED WHEN PROVIDING DOCUMENTS</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SMARTMATIC USA CORP.,
SMARTMATIC HOLDING B.V., AND
SGO CORPORATION LIMITED,

           Plaintiffs,

v.

HERRING NETWORKS, INC., D/B/A
ONE AMERICA NEWS NETWORK,

           Defendant.

No. 1:21-cv-02900-CJN

## **DECLARATION**

1.     My name is _____.  I am over the age of eighteen (18) years. The facts stated in this declaration are based on my personal knowledge and my review of records, and are true and correct.

2.     I am the _____ [insert job title/position]  for _____ [insert name of employer].  As part of my job duties, I am familiar with the record keeping practices of _____ [insert name of employer].  The documents being produced by _____ [insert name of employer] were made at or near the time by – or from information transmitted by – someone with knowledge; were kept in the course of a regularly conducted activity of the organization; and making the record was a regular practice of that activity.

3.     I declare under criminal penalties of the laws of Venezuela that the foregoing is true and correct.

EXECUTED on the \_\_\_\_\_ day of _____ month, 20\_\_\_.

                        Signature: _____
                        Name: _____



Houston: 2020 Montrose Blvd. #202, Houston, TX 77006
Ph: (713) 589 - 3112

Dallas: 5025 Addison Cir., Addison, TX 75063
Ph:(214) 550-0151

# Certification of Translation Accuracy

### ENGLISH TO SPANISH
### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA – REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE

As 24 Hour Translation Services, an independent professional translation service agency, we hereby confirm that the attached document has been translated by a sworn professional translator, who is qualified, competent, and proficient in the aforementioned language pair and that this translation is complete, true, accurate and faithful in the content, context, and style of the original document in all respects.

This certificate only attests the accuracy of the translation. We do not vouch for the authenticity of the original or the veracity of the statements in the original document. Furthermore, 24 Hour Translation Services takes no responsibility for the application of the translation by the client or any third party, including the end-users of the translation.

A copy of the translated document is attached to this certification.

SWORN BEFORE ME at the
City of Addison, in the
State of Texas  in the country
of the United States of America
this 11th day of September
2023



_____
NOTARY PUBLIC

_____
LANGUAGE SERVICES REPRESENTATIVE



Houston: 2020 Montrose Blvd. #202, Houston, TX 77006
Ph: (713) 589 - 3112

Dallas: 5025 Addison Cir., Addison, TX 75063
Ph:(214) 550-0151

## Certification of Translation Accuracy

INGLÉS A ESPAÑOL
### TRIBUNAL DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE COLUMBIA – SOLICITUD DE ASISTENCIA JUDICIAL INTERNACIONAL

24 Hour Translation Services, una agencia independiente de servicios de traducción profesional, confirma por la presente que el documento adjunto ha sido traducido por un traductor profesional jurado, cualificado, competente y con dominio del par de idiomas mencionados y que esta traducción es completa, verdadera, exacta y fiel en el contenido, contexto y estilo del documento original en todos los aspectos.

Este certificado sólo da fe de la exactitud de la traducción. No respondemos ni por la autenticidad del original ni por la veracidad de la información contenida en el documento original. Además, 24 Hour Translation Services no se hace responsable por el uso de la traducción por parte del cliente o de terceros, incluidos los usuarios finales de la traducción.

Una copia del documento traducido se anexa a este certificado.

JURADO ANTE MI en la
Ciudad de Addison, en el
Estado de Texas en el país de
los Estados Unidos de América
el 11 de septiembre de 2023





_____
NOTARY PUBLIC

_____
REPRESENTANTE DE SERVICIOS DE IDIOMAS

**Solicitud de Asistencia Judicial Internacional de conformidad con el Convenio de La Haya del 18 de Marzo de 1970 sobre la Obtención de Pruebas en el Extranjero en Materia Civil o Mercantil**

| | | |
|---|---|---|
| 1. | Remitente | Su Señoría Carl J. Nichols, Juez del Tribunal de los Estados Unidos para el Distrito de Columbia (Washington, DC)<br>333 Constitution Avenue N.W.<br>Washington D.C. 20001<br>Teléfono de la Sala de Jueces: 001 - (202) 354-3440<br>Teléfono del Asistente de la Sala del Juez: 001 - (202) 354-3101 |
| 2. | Autoridad Central del Estado Requerido | Autoridad Central de Venezuela<br>Ministerio del Poder Popular para Relaciones Exteriores<br>Dirección del Servicio Consular Extranjero<br>Oficina de Relaciones Consulares<br>Edificio Anexo a la Torre MRE, piso 1<br>Avenida Urdaneta – Esquina Carmelitas a Puente Llaguno<br>Caracas 1010<br>Venezuela<br>Tel.: +58 (0) 212-8064449/8020000<br>         Ext. 6701-6704-6707-6708-6709- 6713<br>Correo: relaciones.consulares@mppre.gob.ve<br>exhortos.rogatorias@mppre.gob.ve |
| 3. | Persona a la que debe devolverse la solicitud ejecutada | Su Señoría Carl J. Nichols, Juez del Tribunal de los Estados Unidos para el Distrito de Columbia (Washington, DC)<br>333 Constitution Avenue N.W.<br>Washington D.C. 20001<br>Teléfono de la Sala de Jueces: 001 - (202) 354-3440<br>Teléfono del Asistente de la Sala del Juez: 001 - (202) 354-3101 |
| 4 | Especificación de la fecha en la que la autoridad requirente exige la recepción de la respuesta a la Carta de Solicitud | |
| | Fecha: | 30 de noviembre de 2023 |

| | |
|---|---|
| Motivo de urgencia: | El intercambio de pruebas de hecho en este caso se cierra el 8 de diciembre de 2023 |

**DE CONFORMIDAD CON EL ARTÍCULO 3 DEL CONVENIO, EL ABAJO FIRMANTE TIENE EL HONOR DE PRESENTAR LA SIGUIENTE SOLICITUD**

| | | |
|---|---|---|
| 5. | *a* Autoridad judicial requirente (artículo 3, *a*) | Su Señoría Carl J. Nichols, Juez del Tribunal de los Estados Unidos para el Distrito de Columbia (Washington, DC) 333 Constitution Avenue N.W. Washington D.C. 20001 |
| | *b* A la autoridad competente de (artículo 3, *a*) | Venezuela |
| | *c* Nombre del caso y número de identificación | *Smartmatic USA Corp., Smartmatic International Holding B.V., y SGO Corporation Limited contra Herring Networks, Inc. operando como One America News Network* (Caso número 1:21-cv-02900-CJN) |
| 6. | Nombres y direcciones de las partes y sus representantes (artículo 3, *b*) | |
| | *a* Demandantes | Smartmatic USA Corp., Smartmatic International Holding B. V. y SGO Corporation Limited (denominados colectivamente en este documento como "Demandante") |
| | Representantes | Joel Erik Connolly Benesch, Friedlander, Coplan & Aronoff LLP 71 S. Wacker Drive Suite 1600 Chicago, IL 60606 001 - 312-212-4949 Correo: econnolly@beneschlaw.com |
| | *b* Demandado | Herring Networks, Inc., operando como One America News Network |
| | Representantes | Charles L. Babcock Jackson Walker L.L.P. 1401 McKinney |

Suite 1900
Houston, TX 77010
001 - 713-752-4210
Correo: cbabcock@jw.com

7.  *a*  Naturaleza del procedimiento (artículo 3, *c*)

Demanda civil por difamación

*b*  Resumen de la demanda

El Demandante sostiene que el Demandado difamó al Demandante a través de una serie de emisiones de televisión que tuvieron lugar después de las elecciones presidenciales de los Estados Unidos en el año 2020. El Demandante sostiene que el Demandado le dijo a su audiencia que las máquinas de votación del Demandante habían sido manipuladas y que no se podía confiar en el resultado de las elecciones.  El Demandante sostiene que el Demandado acusó falsamente al Demandante de "tener conexiones con dictadores corruptos", incluido Hugo Chávez, y "de haber amañado previamente unas elecciones en Venezuela". (Demanda en el párrafo 98.)

*c*  Resumen de defensa

El Demandado sostiene que no es responsable porque las declaraciones que aparecen en las emisiones de televisión en cuestión: no eran difamatorias; estaban protegidas por la Primera Enmienda de la Constitución de los EE.UU.; el Demandado no hizo ninguna declaración con malicia real; las declaraciones eran verdaderas o sustancialmente verdaderas; y el Demandante no sufrió ningún daño como resultado de ninguna de las declaraciones hechas por el Demandado.

8.  *a*  Pruebas a obtener u otro acto judicial a realizar

1. Actas o notas de reuniones entre representantes del gobierno venezolano (incluido Hugo Chávez) y representantes de la parte Demandante, incluido Antonio Mugica (también conocido como Antonio Mugica Rivero).
2. Registros de cheques o pagos que demuestren el pago de la Sociedad de Capital de Riesgo a Bizta Corp. en junio de 2003 a cambio de una participación del 28% en Bizta Corp. y el documento que demuestre la participación del 28%.

|  |  | 3. Registros de cheques o pagos de Bizta Corp. que reflejen pagos efectuados a funcionarios o ex funcionarios del gobierno venezolano. |
|  |  | 4. Declaraciones o memorandos de investigación que reflejen la investigación del gobierno venezolano sobre el Demandante o sus representantes en relación con el sistema de votación del Demandante. |
|  | *b*  Finalidad de la prueba o acto judicial solicitado | El propósito es identificar pruebas relacionadas con la reputación del Demandante y la veracidad o falsedad de la alegación del Demandante de que *no* tenía vínculos con funcionarios del gobierno venezolano y de que su tecnología es segura. |
| 9. | Cualquier requisito de que la prueba se preste bajo juramento o promesa y cualquier forma especial que deba utilizarse (artículo 3, *h*) | Se ruega a las empresas y organismos gubernamentales a los que se solicitan los documentos arriba mencionados que cumplimenten la declaración adjunta en la que se verifica la autenticidad de los documentos presentados.  Si esto no es aceptable, se les pide que presenten una certificación de que los documentos son verdaderos y correctos. |
| 10. | Los honorarios y gastos incurridos que sean reembolsables en virtud del segundo párrafo del artículo 14 o del artículo 26 del Convenio correrán | a cargo del demandado Herring Networks, Inc., operando como One America News Network. |
|  | FECHA DE LA SOLICITUD: |  |
|  | FIRMA Y SELLO DE LA AUTORIDAD REQUIRENTE: |  |

VÉASE LA DECLARACIÓN ADJUNTA QUE DEBE CUMPLIMENTARSE AL PRESENTAR LOS DOCUMENTOS

EN EL TRIBUNAL DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE COLUMBIA

SMARTMATIC USA CORP.,
SMARTMATIC HOLDING B.V., Y
SGO CORPORATION LIMITED,

               Demandantes,

contra

HERRING NETWORKS, INC., D/B/A
ONE AMERICA NEWS NETWORK,

               Demandado.

No. 1:21-cv-02900-CJN

## **<u>DECLARACIÓN</u>**

1.     Mi nombre es _____.  Soy mayor de dieciocho (18) años.  Los hechos expuestos en esta declaración se basan en mi conocimiento personal y en mi revisión de los registros, y son ciertos y correctos.

2.     Soy _____ [inserte el cargo/puesto de trabajo] para _____ [inserte el nombre del empleador].  Como parte de mis funciones laborales, estoy familiarizado con las prácticas de mantenimiento de los registros de _____ [inserte el nombre del empleador].  Los documentos que presenta _____ [inserte el nombre del empleador] fueron elaborados en el momento o cerca del momento por -o a partir de información transmitida por- alguien con conocimiento de causa; se conservaron en el curso de una actividad realizada regularmente por la organización; y la elaboración del registro era una práctica habitual de dicha actividad.

3.     Declaro bajo penas criminales de las leyes de Venezuela que lo anterior es

verdadero y correcto.

EJECUTADO el día _____ del mes de _____ de 20___.

Firma:
Nombre: _____

**Request for International Judicial Assistance pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters**

| | | |
|---|---|---|
| 1. | Sender | The Honorable Carl J. Nichols, Judge of the United States District Court for the District of Columbia (Washington, DC)<br>333 Constitution Avenue N.W.<br>Washington D.C. 20001<br>Telephone of Judge's Chambers: 001 - (202) 354-3440<br>Telephone of Judge's Courtroom Deputy:  001 - (202) 354-3101 |
| 2. | Central Authority of the Requested State | National Secretariat of Justice<br>Ministry of Justice and Public Security<br>Esplanada dos Ministérios, Anexo II, Sala 322<br>Cep: 70064-900<br>Brasília – DF, Brasil<br>Brazil<br>Tel: +55 61 2025 8900<br>Fax: +55 61 2025 9395<br>Email: cooperacaocivil@mj.gov.br |
| 3. | Person to whom the executed request is to be returned | The Honorable Carl J. Nichols, Judge of the United States District Court for the District of Columbia (Washington, DC)<br>333 Constitution Avenue N.W.<br>Washington D.C. 20001<br>Telephone of Judge's Chambers: 001 - (202) 354-3440<br>Telephone of Judge's Courtroom Deputy:  001 - (202) 354-3101 |
| 4 | Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request | |
| | Date: | 30 November 2023 |
| | Reason for urgency: | The exchange of fact evidence in this case closes on 8 December 2023 |

IN CONFORMITY WITH ARTICLE 3 OF THE CONVENTION, THE UNDERSIGNED APPLICANT HAS THE HONOUR TO SUBMIT THE FOLLOWING REQUEST

| 5. | *a* Requesting judicial authority (article 3, *a*) | The Honorable Carl J. Nichols, Judge of the United States District Court for the District of Columbia (Washington, DC)<br>333 Constitution Avenue N.W.<br>Washington D.C. 20001 |
| | *b* To the competent authority of (article 3, *a*) | Venezuela |
| | *c* Name of the case and identifying number | *Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited versus Herring Networks, Inc., doing business as One America News Network* (Case Number 1:21-cv-02900-CJN) |
| 6. | Names and addresses of the parties and their representatives (article 3, *b*) | |
| | *a* Plaintiffs | Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (collectively referred to in this document as "Plaintiff") |
| | Representatives | Joel Erik Connolly<br>Benesch, Friedlander, Coplan & Aronoff LLP<br>71 S. Wacker Drive<br>Suite 1600<br>Chicago, IL 60606<br>001 - 312-212-4949<br>Email: econnolly@beneschlaw.com |
| | *b* Defendant | Herring Networks, Inc., doing business as One America News Network |
| | Representatives | Charles L. Babcock<br>Jackson Walker L.L.P.<br>1401 McKinney<br>Suite 1900<br>Houston, TX 77010<br>001 - 713-752-4210<br>Email: cbabcock@jw.com |
| 7. | *a* Nature of the proceedings (article 3, *c*) | Civil complaint for defamation |

| | | |
|---|---|---|
| | *b* Summary of complaint | Plaintiff contends that Defendant defamed Plaintiff through a series of television broadcasts occurring after the U.S. presidential election in 2020. Plaintiff contends that the Defendant told its audience that Plaintiff's voting machines were compromised and that the reported outcome of the election could not be trusted.  Plaintiff contends that Defendant falsely accused Plaintiff of "having connections to corrupt dictators," including Hugo Chavez, and "of having previously rigged an election in Venezuela." |
| | *c* Summary of defense | Defendant contends that it is not liable because statements appearing on the television broadcasts at issue: were not defamatory; were protected by the First Amendment to the U.S. Constitution; Defendant did not make any statements with actual malice; the statements were true or substantially true; and Plaintiff did not suffer any damage as a result of any statements made by Defendant. |
| 8. | *a*  Evidence to be obtained or other judicial act to be performed | 1. Plaintiff's proposal submitted to the Tribunal Superoir Eleitoral (hereinafter referred to as "TSE") regarding the TSE 2019-2020 bidding process (Bidding Notice No. 43/2019) for the manufacture of new electronic voting machines, and documents reflecting the decision regarding Plaintiff's proposal. 2. Documents, if any, indicating that TSE considered any statement appearing on Defendant's television broadcast in deciding whether to award or not award a contract to Plaintiff. |
| | *b*  Purpose of the evidence or judicial act sought | The purpose is to identify evidence related to the reputation of Plaintiff and the truth or falsity of Plaintiff's allegation that Plaintiff has been harmed by statements made on Defendant's television broadcasts. |
| 12. | Any requirement that the evidence be given on oath or affirmation and any special form to be used (article 3, *h*) | The entity from whom the documents above are sought are requested to complete the attached declaration verifying the authenticity of the documents produced.  If this is not acceptable, they are requested to provide a certification that the documents are true and correct. |
| 13. | The fees and costs incurred which are | Defendant Herring Networks, Inc., doing business as One America News Network |

reimbursable under the
second paragraph of
article 14 or under article
26 of the Convention will
be borne by

DATE OF REQUEST:

SIGNATURE AND
SEAL OF THE
REQUESTING
AUTHORITY:

SEE ATTACHED DECLARATION TO BE COMPLETED WHEN PROVIDING
DOCUMENTS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SMARTMATIC USA CORP.,
SMARTMATIC HOLDING B.V., AND
SGO CORPORATION LIMITED,

                Plaintiffs,

     v.

HERRING NETWORKS, INC., D/B/A
ONE AMERICA NEWS NETWORK,

              Defendant.

No. 1:21-cv-02900-CJN

## **DECLARATION**

1.     My name is _____.  I am over the age of eighteen (18) years. The facts stated in this declaration are based on my personal knowledge and my review of records, and are true and correct.

2.     I am the _____ [insert job title/position] for _____ [insert name of employer].  As part of my job duties, I am familiar with the record keeping practices of _____ [insert name of employer].  The documents being produced by _____ [insert name of employer] were made at or near the time by – or from information transmitted by – someone with knowledge; were kept in the course of a regularly conducted activity of the organization; and making the record was a regular practice of that activity.

3.     I declare under criminal penalties of the laws of Brazil that the foregoing is true and correct.

EXECUTED on the _____ day of _____ month, 20___.

                       Signature: _____
                       Name: _____



Houston: 2020 Montrose Blvd. #202, Houston, TX 77006
Ph: (713) 589 - 3112

Dallas: 5025 Addison Cir., Addison, TX 75063
Ph:(214) 550-0151

## Certification of Translation Accuracy

ENGLISH TO PORTUGUESE

**Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited versus Herring Networks, Inc**

As 24 Hour Translation Services, an independent professional translation service agency, we hereby confirm that the attached document has been translated by a sworn professional translator, who is qualified, competent, and proficient in the aforementioned language pair and that this translation is complete, true, accurate and faithful in the content, context, and style of the original document in all respects.

This certificate only attests the accuracy of the translation. We do not vouch for the authenticity of the original or the veracity of the statements in the original document. Furthermore, 24 Hour Translation Services takes no responsibility for the application of the translation by the client or any   third  party, including the end-users of the translation.

A copy of the translated document is attached to this certification.

SWORN BEFORE ME at the   )
City of Addison, in the   )
State of Texas  in the country   )
of the United States of America )
this September 11, 2023   )

PETER R. DETLEF
Notary Public, State of Texas
Comm. Expires 06-16-2026
Notary ID 128300998

CERTIFIED TRANSLATION
24 Hour Translation
DIV. OF THE MARKETING ANALYSTS

_____
NOTARY PUBLIC

_____
LANGUAGE SERVICES REPRESENTATIVE

**Pedido de Assistência Judicial Internacional nos termos da Convenção de Haia de 18 de março de 1970 sobre a Obtenção de Provas no Estrangeiro em Matéria Civil ou Comercial**

| | | |
|---|---|---|
| 1. | Remetente | O Honorável Carl J. Nichols, Juiz do Tribunal Distrital dos Estados Unidos para o Distrito de Columbia (Washington, DC) 333 Constitution Avenue N.W. Washington D.C. 20001 Telefone da sala do juiz: 001 - (202) 354-3440 Telefone do assistente da sala de audiências do juiz: 001 - (202) 354-3101 |
| 2. | Autoridade Central do Estado Solicitado | Secretaria Nacional de Justiça Ministério da Justiça e Segurança Pública Esplanada dos Ministérios, Anexo II, Sala 322 Cep: 70064-900 Brasília – DF, Brasil Brasil Tel: +55 61 2025 8900 Fax: +55 61 2025 9395 E-mail: cooperacaocivil@mj.gov.br |
| 3. | Pessoa a quem a solicitação executada deve ser devolvida | O Honorável Carl J. Nichols, Juiz do Tribunal Distrital dos Estados Unidos para o Distrito de Columbia (Washington, DC) 333 Constitution Avenue N.W. Washington D.C. 20001 Telefone da sala do juiz: 001 - (202) 354-3440 Telefone do assistente da sala de audiências do juiz: 001 - (202) 354-3101 |

4. Especificação da data na qual a autoridade solicitante solicita o recebimento da resposta à Carta de Solicitação

| | |
|---|---|
| Data: | 30 de novembro de 2023 |
| Motivo da urgência: | A troca de provas de fatos neste caso se encerra em 8 de dezembro de 2023 |

EM CONFORMIDADE COM O ARTIGO 3 DA CONVENÇÃO, O REQUERENTE ABAIXO ASSINADO TEM A HONRA DE APRESENTAR A SEGUINTE SOLICITAÇÃO

| 5. | *a* Autoridade judicial solicitante (artigo 3, *a*) | O Honorável Carl J. Nichols, Juiz do Tribunal Distrital dos Estados Unidos para o Distrito de Columbia (Washington, DC) 333 Constitution Avenue N.W. Washington D.C. 20001 |
|---|---|---|
| | *b* Para a autoridade competente de (artigo 3, *a*) | Venezuela |
| | *c* Nome do caso e número de identificação | *Smartmatic USA Corp., Smartmatic International Holding B.V., e SGO Corporation Limited contra Herring Networks, Inc., fazendo negócios como One America News Network* (Caso Número 1:21-cv-02900-CJN) |
| 6. | Nomes e endereços das partes e seus representantes (artigo 3, *b*) | |
| | *a* Autores | Smartmatic USA Corp., Smartmatic International Holding B.V., e SGO Corporation Limited (coletivamente referidas neste documento como "Autor") |
| | Representantes | Joel Erik Connolly Benesch, Friedlander, Coplan & Aronoff LLP 71 S. Wacker Drive Suite 1600 Chicago, IL 60606 001 - 312-212-4949 E-mail: econnolly@beneschlaw.com |
| | *b* Réu | Herring Networks, Inc., fazendo negócios como One America News Network |
| | Representantes | Charles L. Babcock Jackson Walker L.L.P. 1401 McKinney Suite 1900 Houston, TX 77010 001 - 713-752-4210 E-mail: cbabcock@jw.com |
| 7. | *a* Natureza dos procedimentos (artigo 3, *c*) | Queixa civil por difamação |

|   | *b*  Resumo da queixa | O Autor alega que o Réu difamou o Autor por meio de uma série de transmissões de televisão que ocorreram após a eleição presidencial dos E.U.A. em 2020. O Autor alega que o Réu disse ao seu público que as urnas eletrônica do Autor estavam comprometidas e que o resultado relatado da eleição não era confiável.  O Autor alega que o Réu acusou falsamente o Autor de "ter conexões com ditadores corruptos", incluindo Hugo Chávez, e "de ter fraudado anteriormente uma eleição na Venezuela". |
|---|---|---|
|   | *c*  Resumo da defesa | O Réu alega que não é responsável porque as declarações que aparecem nas transmissões de televisão em questão: não eram difamatórias; eram protegidas pela Primeira Emenda da Constituição dos Estados Unidos; o Réu não fez nenhuma declaração com malícia real; as declarações eram verdadeiras ou substancialmente verdadeiras; e o Autor não sofreu nenhum dano como resultado de quaisquer declarações feita pelo Réu. |
| 8. | *a*  Prova a ser obtida ou outro ato judicial a ser executado | 1. A proposta do Autor enviada ao Tribunal Superior Eleitoral (doravante denominado "TSE") em relação ao processo de licitação 2019-2020 do TSE (Edital de Licitação N.º 43/2019) para a fabricação de novas urnas eletrônicas e documentos que refletem a decisão sobre a proposta do Autor.<br>2. Documentos, se houver, indicando que o TSE considerou qualquer declaração exibida na transmissão de televisão do Réu ao decidir se concederia ou não um contrato ao Autor. |
|   | *b*  Objetivo pretendido da prova ou do ato judicial | O objetivo é identificar provas relacionadas à reputação do Autor e a verdade ou falsidade da alegação do Autor de que o Autor foi prejudicado por declarações feitas nas transmissões de televisão do Réu. |
| 12. | Qualquer exigência de que a prova seja feita sob juramento ou afirmação e qualquer forma especial a ser usada (artigo 3, *h*) | Solicita-se à entidade na qual são solicitados os documentos acima preencha a declaração anexa, verificando a autenticidade dos documentos apresentados.  Se isso não for aceitável, será solicitado a fornecer uma certificação de que os documentos são verdadeiros e corretos. |

| 13. | As taxas e os custos incorridos que são reembolsáveis de acordo com o segundo parágrafo do artigo 14 ou com o artigo 26 da Convenção serão arcados por | O réu Herring Networks, Inc., fazendo negócios como One America News Network |

DATA DA
SOLICITAÇÃO:

ASSINATURA E SELO
DA AUTORIDADE
SOLICITANTE:

<u>VEJA A DECLARAÇÃO ANEXA A SER PREENCHIDA AO FORNECER OS
DOCUMENTOS</u>

NO TRIBUNAL DISTRITAL DOS ESTADOS UNIDOS
PARA O DISTRITO DE COLUMBIA

SMARTMATIC USA CORP,
SMARTMATIC HOLDING B.V., E
SGO CORPORATION LIMITED,

               Requerentes,

    v.

HERRING NETWORKS, INC., D/B/A
ONE AMERICA NEWS NETWORK,

          Réu.

N.º 1:21-cv-02900-CJN

## **DECLARAÇÃO**

1.    Meu nome é _____.  Tenho mais de dezoito (18) anos de idade. Os fatos declarados nesta declaração são baseados em meu conhecimento pessoal e em minha análise dos registros, e são verdadeiros e corretos.

2.    Sou o _____ [inserir cargo/função] da _____ [inserir nome do empregador].  Como parte de minhas obrigações profissionais, estou familiarizado com as práticas de manutenção de registros do _____ [inserir nome do empregador].  Os documentos apresentados por _____ [insira o nome do empregador] foram feitos no momento ou próximo ao momento por – ou a partir de informações transmitidas por – alguém com conhecimento; foram mantidos no curso de uma atividade regularmente conduzida pela organização; e fazer o registro foi uma prática regular dessa atividade.

3.    Declaro, sob as penalidades criminais das leis do Brasil, que o acima exposto é verdadeiro e correto.

EXECUTADO no dia _____ do mês de _____ de 20___.

                        Assinatura:
                        Nome: _____

The Honorable Carl J. Nichols
Judge of the United States District Court for the District of Columbia (Washington, DC)
333 Constitution Avenue N.W.
Washington D.C. 20001
Telephone of Judge's Chambers: 001 - (202) 354-3440
Telephone of Judge's Courtroom Deputy:  001 - (202) 354-3101


Dear Honorable Courts of Oman:

  The undersigned requests your assistance in obtaining evidence that is located in Oman for use in connection with a civil lawsuit that is currently pending in the United States District Court for the District of Columbia.  Information regarding the requested evidence and the matter to which it relates is as follows:

| | |
|---|---|
| Name of the U.S. case | *Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited versus Herring Networks, Inc., doing business as One America News Network* (Case Number 1:21-cv-02900-CJN) |
| Court, Judge, and Case Number | United States District Court for the District of Columbia, Judge Nichols presiding (Case Number 1:21-cv-02900-CJN) |

Names and addresses of the parties and
their representatives (article 3, *b*)

| | | |
|---|---|---|
| *a* | Plaintiffs | Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (collectively referred to in this document as "Plaintiff") |
| | Representatives | Joel Erik Connolly<br>Benesch, Friedlander, Coplan & Aronoff LLP<br>71 S. Wacker Drive<br>Suite 1600<br>Chicago, IL 60606<br>001 - 312-212-4949<br>Email: econnolly@beneschlaw.com |
| *b* | Defendant | Herring Networks, Inc., doing business as One America News Network |

| | |
|---|---|
| Representatives | Charles L. Babcock<br>Jackson Walker L.L.P.<br>1401 McKinney<br>Suite 1900<br>Houston, TX 77010<br>001 - 713-752-4210<br>Email: cbabcock@jw.com |
| Summary of complaint | Plaintiff contends that Defendant defamed Plaintiff through a series of television broadcasts occurring after the U.S. presidential election in 2020. Plaintiff contends that the Defendant told its audience that Plaintiff's voting machines were compromised and that the reported outcome of the election could not be trusted.  Plaintiff contends that Defendant falsely accused Plaintiff of "having connections to corrupt dictators," including Hugo Chavez, and "of having previously rigged an election in Venezuela." Plaintiff contends that Defendant's statements have harmed Plaintiff's reputation on an international scale. |
| Summary of defense | Defendant contends that it is not liable because statements appearing on the television broadcasts at issue: were not defamatory; were protected by the First Amendment to the U.S. Constitution; Defendant did not make any statements with actual malice; the statements were true or substantially true; Plaintiff did not suffer any damage as a result of any statements made by Defendant; and any reputational harm that Plaintiff has suffered has been due to its own conduct in various jurisdictions, including Oman, not Defendant's statements. |
| Documents requested to be obtained from Oman | The undersigned requests that you ask the Ministry of Interior and Industrial Management Technology & Contracting for documents and communications regarding Smartmatic software, machines, voting or election technology, or support services used during the 2016 Oman Municipal Election and errors that occurred in connection with the election relating to the voting system software and equipment. This includes documents and communications on, before, or after election day regarding any issues |

with Smartmatic's voting technology, Smartmatic removing any equipment or personnel from the country, any investigation or review of the results of the 2016 election, or other voting machine problems relating to the 2016 Oman elections.

Additionally, the undersigned requests that, in connection with providing the requested documents, an appropriate individual from the organization producing the documents **complete and execute the attached declaration**. If this is unacceptable, the undersigned requests that a certification be made that the documents that are produced are true and correct copies of the originals.

Additionally, the undersigned requests that the requested foregoing documents be collected and provided to the undersigned by **30 November 2023**. The reason for this is that the exchange of fact evidence in this case closes on 8 December 2023.

If you have any questions about this request, please do not hesitate to reach out to the undersigned at its telephone number or address listed above.

Sincerely,


The Honorable Carl J. Nichols
U.S. District Court  for the District of Columbia

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SMARTMATIC USA CORP.,
SMARTMATIC HOLDING B.V., AND
SGO CORPORATION LIMITED,

               Plaintiffs,

    v.

HERRING NETWORKS, INC., D/B/A
ONE AMERICA NEWS NETWORK,

              Defendant.

No. 1:21-cv-02900-CJN

## **DECLARATION**

1.     My name is _____.  I am over the age of eighteen (18) years. The facts stated in this declaration are based on my personal knowledge and my review of records, and are true and correct.

2.     I am the _____ [insert job title/position] for _____ [insert name of employer].  As part of my job duties, I am familiar with the record keeping practices of _____ [insert name of employer].   The documents being produced by _____ [insert name of employer] were made at or near the time by – or from information transmitted by – someone with knowledge; were kept in the course of a regularly conducted activity of the organization; and making the record was a regular practice of that activity.

3.     I declare under criminal penalties of the laws of Oman that the foregoing is true and correct.

EXECUTED on the _____ day of _____ month, 20___.

Signature: _____
Name: _____



Houston: 2020 Montrose Blvd. #202, Houston, TX 77006
Ph: (713) 589 - 3112

Dallas: 5025 Addison Cir., Addison, TX
75063 Ph:(214) 550-0151

# Certification of Translation Accuracy

## ENGLISH TO ARABIC

As 24 Hour Translation Services, an independent professional translation service agency, we hereby confirm that the attached document has been translated by a sworn professional translator, who is qualified, competent, and proficient in the aforementioned language pair and that this translation is complete, true, accurate and faithful in the content, context, and style of the original document in all respects.

This certificate only attests the accuracy of the translation. We do not vouch for the authenticity of the original or the veracity of the statements in the original document. Furthermore, 24 Hour Translation Services takes no responsibility for the application of the translation by the client or any third party, including the end-users of the translation.

A copy of the translated document is attached to this certification.

SWORN BEFORE ME at the       )
City of Addison, in the               )
State of Texas  in the country     )
of the United States of America  )
this 12th day of September 2023)

PETER R. DETLEF
Notary Public, State of Texas
Comm. Expires 06-16-2026
Notary ID 128300998

_____
NOTARY PUBLIC

_____
LANGUAGE SERVICES REPRESENTATIVE



Houston: 2020 Montrose Blvd. #202, Houston, TX 77006
Ph: (713) 589 - 3112

Dallas: 5025 Addison Cir., Addison, TX
75063 Ph:(214) 550-0151

# شهادة صحة ترجمة

## من الإنجليزية إلى العربية

باعتبارها وكالة مستقلة لتقديم خدمات الترجمة الاحترافية، فإن 24 Hour Translation Services تؤكد بموجب هذه الشهادة أن الوثيقة المرفقة قد تمت ترجمتها بواسطة مترجم محلف محترف ومؤهل وكفؤ ومتقن للغتين المذكورتين أعلاه وأن هذه الترجمة كاملة وصحيحة ودقيقة وصادقة ومطابقة لمحتوى وسياق وأسلوب الوثيقة الأصلية من جميع النواحي.

الغرض من هذه الشهادة هو فقط التصديق على صحة ودقة الترجمة، ولا نضمن صحة النص الأصلي أو صحة البيانات الواردة في الوثيقة الأصلية. علمًا بأن وكالة 24 Hour Translation Services لا تتحمل أي مسؤولية عن تطبيق الترجمة من قبل العميل أو أي طرف ثالث، بما في ذلك المستخدمين النهائيين للترجمة.

مرفق طيّه نسخة من الوثيقة المترجمة.

تم القسم أمامي في        (
مدينة أديسون، في        (
ولاية تكساس، في        (
الولايات المتحدة الأمريكية        (
بتاريخ 12 سبتمبر 2023        (

PETER R. DETLEF
Notary Public, State of Texas
Comm. Expires 06-16-2026
Notary ID 128300998





_____                    _____
ممثل خدمة الترجمة                                كاتب العدل

**سعادة القاضي كارل ج. نيكولز (Carl J. Nichols)**

**قاضي المحكمة الجزئية الأمريكية لمقاطعة كولومبيا (واشنطن العاصمة)**

333 شارع كونستيتيوشن شمال غرب

واشنطن العاصمة 20001

هاتف غرفة القاضي: 3440-354 (202) 001

هاتف نائب القاضي في قاعة المحكمة: 3101-354 (202) 001


**إلى المحاكم العمانية الموقرة:**

يلتمس الموقع أدناه مساعدتكم في الحصول على الأدلة الموجودة في عمان لاستخدامها فيما يتعلق بدعوى مدنية قيد النظر حاليًا في المحكمة الجزئية الأمريكية لمقاطعة كولومبيا. وفيما يلي المعلومات المتعلقة بالأدلة المطلوبة والموضوع المتعلقة به:

| | |
|---|---|
| اسم القضية الامريكية | مؤسسة Smartmatic USA وشركة Smartmatic International Holding B.V. وشركة SGO Corporation Limited ضد شركة Herring Networks, Inc، والتي تمارس أعمالها تحت اسم One America News Network في القضية رقم 1:21-cv-02900-CJN |
| المحكمة والقاضي ورقم القضية | المحكمة الجزئية الأمريكية لمقاطعة كولومبيا، برئاسة القاضي نيكولز (رقم القضية:1:21-cv-02900-CJN) |

أسماء وعناوين الأطراف وممثليهم (المادة 3، ب)

| | |
|---|---|
| أ- المدعون | مؤسسة Smartmatic USA وشركة Smartmatic International Holding B.V. وشركة SGO Corporation Limited (يشار إليهم مجتمعين في هذه الوثيقة باسم "المدعي") |
| الممثلين | جويل إريك كونولي<br>شركة بينيش وفريدلاندر وكوبلان وأرونوف للمحاماة<br>71 طريق ج. واكر<br>جناح 1600<br>شيكاغو، إلينوي 60606<br>001-312-212-4949<br>البريد الإلكتروني: econnolly@beneschlaw.com |



| | |
|---|---|
| ب- المدعى عليه | شركة Herring Networks, Inc، والتي تمارس أعمالها تحت اسم One America News Network |
| الممثلين | تشارلز إل بابكوك<br>جاكسون ووكر للمحاماة<br>1401 ماكيني<br>جناح 1900<br>هيوستن، تكساس 77010<br>001-713-752-4210<br>البريد الإلكتروني: cbabcock@jw.com |

ملخص الدعوى يدعي المدعي أن المدعى عليه قام بالتشهير بالمدعي من خلال سلسلة من عمليات البث التلفزيوني التي حدثت بعد الانتخابات الرئاسية الأمريكية في عام 2020. ويؤكد المدعي أن المدعى عليه قد أخبر متابعيه أن أجهزة التصويت الخاصة بالمدعي قد تعرضت للاختراق وأنه لا يمكن الوثوق في نتائج الانتخابات المعلنة. ويدعي المدعي أن المدعى عليه اتهم المدعي زوراً بـ "وجود علاقات مع ديكتاتوريين فاسدين"، منهم هوغو تشافيز (Hugo Chavez)، و"بأنه سبق للمدعي تزوير الانتخابات في فنزويلا". ويدعي المدعي أن تصريحات المدعى عليه أضرت بسمعة المدعي على المستوى الدولي.

ملخص الدفاع يدعي المدعى عليه أنه غير مسؤول عن تلك التصريحات لأن التصريحات التي ظهرت في عمليات البث التلفزيونية المعنية لم تكن تشهيرية وأنها كانت محمية بموجب التعديل الأول لدستور الولايات المتحدة الأمريكية وأن المدعى عليه لم يُدلِ بأي تصريحات بنية تعمد تعمد الأذى أو بسوء نية فعلي وإنما كانت العبارات صحيحة أو صحيحة إلى حد كبير وأن المدعي لم يتعرض لأي ضرر ناتج عن أي تصريحات أدلى بها المدعى عليه؛ وأي ضرر بالسمعة تعرض له المدعي كان بسبب سلوكه في مختلف الولايات القضائية بما في ذلك عمان، وليس نتيجة لتصريحات المدعى عليه.

المستندات المطلوب الحصول عليها من عمان يطلب الموقع أدناه أن تتقدموا بطلب لوزارة الداخلية وتكنولوجيا الإدارة الصناعية والمقاولات لتقديم المستندات والاتصالات المتعلقة ببرامج أو أجهزة أو تكنولوجيا Smartmatic للتصويت أو الانتخابات أو خدمات الدعم المقدمة من Smartmatic المستخدمة خلال انتخابات المجالس البلدية في عمان عام 2016 والأخطاء التي حدثت خلال الانتخابات والتي تتعلق ببرامج وأجهزة نظام التصويت، بما في ذلك المستندات والاتصالات خلال يوم الانتخابات أو قبله أو بعده فيما يتعلق بأي مشكلات تتعلق بتكنولوجيا التصويت الخاصة بـ Smartmatic، أو نقل Smartmatic لأي أجهزة أو موظفين خارج البلاد، أو أي



تحقيقات أو مراجعات لنتائج انتخابات 2016، أو أي مشكلات أخرى في أجهزة وآلات التصويت ذات الصلة بانتخابات عمان 2016.

بالإضافة إلى ذلك، فيما يتعلق بتقديم المستندات المطلوبة، فإن الموقع أدناه يلتمس أن يقوم شخص مناسب من الجهة التي تصدر عنها المستندات **بإكمال وإنفاذ الإقرار المرفق**. وإذا كان هذا غير مقبول، فإن الموقع أدناه يطلب التصديق على كون المستندات التي تم تقديمها هي نسخ حقيقية وصحيحة من النسخ الأصلية.

بالإضافة إلى ذلك، يطلب الموقع أدناه جمع المستندات المطلوبة وتقديمها إلى الموقع أدناه في موعد أقصاه **30 نوفمبر 2023**، حيث أن تبادل أدلة الوقائع في هذه القضية سينتهي في 8 ديسمبر 2023.

إذا كانت لديكم أي أسئلة حول هذا الطلب، فلا تترددوا في التواصل مع الموقع أدناه على رقم هاتفه أو عنوانه المذكور أعلاه.

مع خالص التحيات،

سعادة القاضي كارل ج. نيكولز

المحكمة الجزئية الأمريكية لمقاطعة كولومبيا



**في المحكمة الجزئية الأمريكية**

**لمقاطعة كولومبيا**

|  |  |
|---|---|
| القضية رقم CJN-02900-cv-1:21 | مؤسسة Smartmatic USA وشركة Smartmatic International Holding B.V. وشركة SGO Corporation Limited |
|  | المدعون |
|  | ضد |
|  | شركة Herring Networks, Inc، والتي تمارس أعمالها تحت اسم One America News Network |
|  | المدعى عليه |

**إقــرار**

1.       أقر أنا المدعو _____ وعمري يزيد عن ثمانية عشر (18) عامًا، أن الحقائق الواردة في هذا التصريح مبنية على معرفتي الشخصية ومراجعتي للسجلات وهي حقيقية وصحيحة.

2.       وأنا أعمل _____ [أدخل المسمى الوظيفي/المنصب] لدى _____ [أدخل اسم جهة العمل]. وكجزء من واجباتي الوظيفية، فإنني على دراية بممارسات حفظ السجلات في _____ [أدخل اسم جهة العمل]. وأن المستندات التي يتم إصدارها من قبل _____ [أدخل اسم جهة العمل] التي تم إعدادها في الوقت المحدد أو نحوه - أو من خلال المعلومات المرسلة من قبل - شخص لديه المعرفة قد تم الاحتفاظ بها في سياق نشاط العمل المعتاد الذي تجريه الهيئة؛ وأن إعداد السجلات هي ممارسة معتادة لهذا النشاط.

3.       وأقر تحت طائلة العقوبات الجنائية لقوانين عمان أن ما سبق صحيح وحقيقي.

تحريرًا في يوم _____ الموافق _____ من شهر _____ لعام _____.

التوقيع: _____

اسم: _____

The Honorable Carl J. Nichols
Judge of the United States District Court for the District of Columbia (Washington, DC)
333 Constitution Avenue N.W.
Washington D.C. 20001
Telephone of Judge's Chambers: 001 - (202) 354-3440
Telephone of Judge's Courtroom Deputy:  001 - (202) 354-3101


Dear Honorable Courts of Belgium:

The undersigned requests your assistance in obtaining evidence that is located in Belgium for use in connection with a civil lawsuit that is currently pending in the United States District Court for the District of Columbia.  Information regarding the requested evidence and the matter to which it relates is as follows:

| | |
|---|---|
| Name of the U.S. case | *Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited versus Herring Networks, Inc., doing business as One America News Network* (Case Number 1:21-cv-02900-CJN) |
| Court, Judge, and Case Number | United States District Court for the District of Columbia, Judge Nichols presiding (Case Number 1:21-cv-02900-CJN) |

Names and addresses of the parties and
their representatives (article 3, *b*)

| | | |
|---|---|---|
| *a* | Plaintiffs | Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (collectively referred to in this document as "Plaintiff") |
| | Representatives | Joel Erik Connolly<br>Benesch, Friedlander, Coplan & Aronoff LLP<br>71 S. Wacker Drive<br>Suite 1600<br>Chicago, IL 60606<br>001 - 312-212-4949<br>Email: econnolly@beneschlaw.com |
| *b* | Defendant | Herring Networks, Inc., doing business as One America News Network |

| | |
|---|---|
| Representatives | Charles L. Babcock<br>Jackson Walker L.L.P.<br>1401 McKinney<br>Suite 1900<br>Houston, TX 77010<br>001 - 713-752-4210<br>Email: cbabcock@jw.com |
| Summary of complaint | Plaintiff contends that Defendant defamed Plaintiff through a series of television broadcasts occurring after the U.S. presidential election in 2020. Plaintiff contends that the Defendant told its audience that Plaintiff's voting machines were compromised and that the reported outcome of the election could not be trusted.  Plaintiff contends that Defendant falsely accused Plaintiff of "having connections to corrupt dictators," including Hugo Chavez, and "of having previously rigged an election in Venezuela." Plaintiff contends that Defendant's statements have harmed Plaintiff's reputation on an international scale. |
| Summary of defense | Defendant contends that it is not liable because statements appearing on the television broadcasts at issue: were not defamatory; were protected by the First Amendment to the U.S. Constitution; Defendant did not make any statements with actual malice; the statements were true or substantially true; Plaintiff did not suffer any damage as a result of any statements made by Defendant; and any reputational harm that Plaintiff has suffered has been due to its own conduct in various jurisdictions, including Belgium, not Defendant's statements. |
| Documents requested to be obtained from Belgium | The undersigned requests that you ask IBZ (Intérieur Binnenlandse Zaken) Federal Public Service Interior for Plaintiff's proposals and associated communications to provide election-related services or products from 2020 through the present, or Plaintiff's other submissions to IBZ. To the extent that there are documents that show why Plaintiff was not selected, the undersigned requests such documents as well. |

Additionally, the undersigned requests that, in connection with providing the requested documents, an appropriate individual from the organization producing the documents **complete and execute the attached declaration**. If this is unacceptable, the undersigned requests that a certification be made that the documents that are produced are true and correct copies of the originals.

Additionally, the undersigned requests that the requested foregoing documents be collected and provided to the undersigned by **30 November 2023**. The reason for this is that the exchange of fact evidence in this case closes on 8 December 2023.

If you have any questions about this request, please do not hesitate to reach out to the undersigned at its telephone number or address listed above.

Sincerely,

The Honorable Carl J. Nichols
U.S. District Court  for the District of Columbia

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SMARTMATIC USA CORP.,
SMARTMATIC HOLDING B.V., AND
SGO CORPORATION LIMITED,

          Plaintiffs,

    v.

HERRING NETWORKS, INC., D/B/A
ONE AMERICA NEWS NETWORK,

        Defendant.

No. 1:21-cv-02900-CJN

## **DECLARATION**

1.    My name is _____.  I am over the age of eighteen (18) years. The facts stated in this declaration are based on my personal knowledge and my review of records, and are true and correct.

2.    I am the _____ [insert job title/position] for _____ [insert name of employer].  As part of my job duties, I am familiar with the record keeping practices of _____ [insert name of employer].  The documents being produced by _____ [insert name of employer] were made at or near the time by – or from information transmitted by – someone with knowledge; were kept in the course of a regularly conducted activity of the organization; and making the record was a regular practice of that activity.

3.    I declare under criminal penalties of the laws of Belgium that the foregoing is true and correct.

EXECUTED on the _____ day of _____ month, 20___.

               Signature: _____
               Name: _____



Houston: 2020 Montrose Blvd. #202, Houston, TX 77006
Ph: (713) 589 - 3112

Dallas: 5025 Addison Cir., Addison, TX 75063
Ph:(214) 550-0151

# Certification of Translation Accuracy

## ENGLISH TO DUTCH
### Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited versus Herring Networks, Inc

As 24 Hour Translation Services, an independent professional translation service agency, we hereby confirm that the attached document has been translated by a sworn professional translator, who is qualified, competent, and proficient in the aforementioned language pair and that this translation is complete, true, accurate and faithful in the content, context, and style of the original document in all respects.

This certificate only attests the accuracy of the translation. We do not vouch for the authenticity of the original or the veracity of the statements in the original document. Furthermore, 24 Hour Translation Services takes no responsibility for the application of the translation by the client or any  third  party, including the end-users of the translation.

A copy of the translated document is attached to this certification.

SWORN BEFORE ME at the   )
City of Addison, in the      )
State of Texas  in the country   )
of the United States of America )
this September 11, 2023       )

PETER R. DETLEF
Notary Public, State of Texas
Comm. Expires 06-16-2026
Notary ID 128300998

CERTIFIED TRANSLATION
24 Hour Translation
DIV. OF THE MARKETING ANALYSTS

_____
NOTARY PUBLIC

_____
LANGUAGE SERVICES REPRESENTATIVE

De eerbare Carl J. Nichols
Rechter in de arrondissementsrechtbank van de Verenigde Staten van Amerika voor het district
Columbia (Washington, DC)
333 Grondwetlaan N.W.
Washington D.C. 20001
Telefoon van de kamer van de rechter: 001 - (202) 354-3440
Telefoon rechter-plaatsvervanger: 001 - (202) 354-3101

Geachte Edelachtbaren van België:

Hierbij vraag ik om uw hulp bij het verkrijgen van bewijsmateriaal dat zich in België bevindt, ten behoeve van een civiele rechtszaak die momenteel aanhangig is bij de United States District Court for the District of Columbia. Hieronder vindt u informatie over het specifieke bewijsmateriaal en de zaak waarop het betrekking heeft:

| | |
|---|---|
| Naam van de Amerikaanse zaak | *Smartmatic USA Corp., Smartmatic International Holding B.V., en SGO Corporation Limited versus Herring Networks, Inc., handelend onder de naam One America News Network* (Zaaknummer 1:21-cv-02900-CJN) |
| Rechtbank, rechter en zaaknummer | United States District Court voor het District Columbia, rechter Nichols als voorzitter (Zaaknummer 1:21-cv-02900-CJN) |

Namen en adressen van de partijen en
hun vertegenwoordigers (artikel 3, onder *b*))

| | |
|---|---|
| *a* Aanklagers | Smartmatic USA Corp., Smartmatic International Holding B.V., en SGO Corporation Limited (waarnaar in dit document gezamenlijk wordt verwezen als "Eiser") |
| Vertegenwoordigers | Joel Erik Connolly<br>Benesch, Friedlander, Coplan & Aronoff LLP<br>71 S. Wacker Drive<br>Suite 1600<br>Chicago, IL 60606<br>001 - 312-212-4949<br>E-mail: econnolly@beneschlaw.com |
| *b* Verweerder | Herring Networks, Inc., handelend onder de naam One America News Network |

| | |
|---|---|
| Vertegenwoordigers | Charles L. Babcock<br>Jackson Walker L.L.P.<br>1401 McKinney<br>Suite 1900<br>Houston, TX 77010<br>001 - 713-752-4210<br>E-mail: cbabcock@jw.com |
| Samenvatting van de klacht | De eiser beweert dat de verweerder hem heeft belasterd door middel van een reeks televisie-uitzendingen die hebben plaatsgevonden na de Amerikaanse presidentsverkiezingen in 2020. De eiser beweert dat de verweerder in deze uitzendingen zijn publiek heeft geïnformeerd dat de stemmachines van de eiser waren gecompromitteerd en dat de gerapporteerde verkiezingsuitslag niet betrouwbaar was. Daarnaast beweert de eiser dat de verweerder hem valselijk heeft beschuldigd van "banden met corrupte dictators", zoals Hugo Chavez, en van "het vervalsen van eerdere verkiezingen in Venezuela". De eiser stelt dat deze uitspraken van de verweerder zijn reputatie op internationaal niveau hebben geschaad. |
| Samenvatting van de verdediging | Verweerder stelt dat hij niet aansprakelijk is omdat de verklaringen in de televisie-uitzendingen in kwestie: niet lasterlijk waren; beschermd werden door het Eerste Amendement van de Amerikaanse Grondwet; Verweerder geen verklaringen heeft afgelegd met kwaad opzet; de verklaringen waar of grotendeels waar waren; Eiser geen schade heeft geleden als gevolg van de verklaringen van Verweerder; en alle reputatieschade die Eiser heeft geleden te wijten is aan zijn eigen gedrag in verschillende rechtsgebieden, waaronder België, en niet aan de verklaringen van Verweerder. |
| Gevraagde documenten die uit België moeten worden verkregen | Ondergetekende verzoekt u om IBZ (Intérieur Binnenlandse Zaken) Federale Publieke Dienst Binnenlandse Zaken te vragen naar de voorstellen en bijbehorende communicatie van Eiser voor het leveren van verkiezingsgerelateerde diensten of producten van 2020 tot heden, of andere inzendingen van Eiser aan IBZ. Voor zover er documenten zijn waaruit blijkt waarom |

Eiser niet is geselecteerd, verzoekt ondergetekende ook om dergelijke documenten.

Bovendien verzoekt ondergetekende dat, in verband met het verstrekken van de gevraagde documenten, een bevoegd persoon van de organisatie die de documenten produceert **de bijgevoegde verklaring invult en ondertekent**. Indien dit onaanvaardbaar is, verzoekt ondergetekende om een verklaring dat de overgelegde documenten waarheidsgetrouwe kopieën van de originelen zijn.

Bovendien verzoekt ondergetekende dat de gevraagde voornoemde documenten uiterlijk op **30 november 2023** worden verzameld en aan ondergetekende worden verstrekt. De reden hiervoor is dat de uitwisseling van feitenmateriaal in deze zaak op 8 december 2023 sluit.

Als u vragen hebt over dit verzoek, aarzel dan niet om contact op te nemen met ondergetekende op bovenstaand telefoonnummer of adres.

Met vriendelijke groet,


De eerbare Carl J. Nichols
Amerikaanse arrondissementsrechtbank voor het district Columbia

IN DE ARRONDISSEMENTSRECHTBANK VAN DE VERENIGDE STATEN
VOOR HET DISTRICT COLUMBIA

SMARTMATIC USA CORP,
SMARTMATIC HOLDING B.V., EN
SGO CORPORATION LIMITED,

        Eisers,

   v.

HERRING NETWORKS, INC. D/B/A
ONE AMERICA NIEUWSNETWERK,

        Beklaagde.

Nr. 1:21-cv-02900-CJN

## **VERKLARING**

1.    Mijn naam is _____. Ik ben ouder dan achttien (18) jaar. De feiten in deze verklaring zijn gebaseerd op mijn persoonlijke kennis en mijn beoordeling van dossiers, en zijn waar en correct.

2.    Ik ben de _____ [voeg functietitel/functie in] voor _____ [voeg naam van werkgever in]. Als onderdeel van mijn functie ben ik bekend met de praktijken voor het bijhouden van gegevens van _____ [vul naam van werkgever in]. De documenten die worden overgelegd door _____ [naam van werkgever invullen] werden gemaakt op of rond het tijdstip door - of op basis van informatie doorgegeven door - iemand met kennis; ze werden bewaard in de loop van een regelmatig uitgevoerde activiteit van de organisatie; en het maken van de opname was een reguliere praktijk van die activiteit.

3.    Ik verklaar onder strafrechtelijke sancties van de Belgische wetten dat het

voorgaande waar en juist is.

UITGEVOERD op de _____ dag van _____ maand, 20___.

Handtekening:
Naam: _____