IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SMARTMATIC USA CORP., *et al.*,

        Plaintiffs,

v.

HERRING NETWORKS, INC.,

        Defendant.

No. 1:21-cv-02900-CJN

Judge Nichols

**ORDER**

This matter comes before the Court on Plaintiffs' Motion to Issue a Protective Order, Stay Depositions, and Amend Scheduling Order. After examining the Motion and the parties' briefs, arguments, and authorities, the Court finds that the motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant's seven notices of deposition to Alexander Aparicio, Ernesto Parisca, Jack Blaine, Smartmatic USA Corp., Smartmatic International Holding B.C., SGO Corporation Limited, and Hugh Gallagher are hereby QUASHED.

IT IS FURTHER ORDERED that the Scheduling Order (Dkt. 42) be amended as follows:

1. Depositions May Commence: **January 8, 2024**

2. Deadline for Completion of Fact Discovery: **April 8, 2024**

3. Deadline for Proponents to Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2): **May 13, 2024**

4. Deadline for Opponents to Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2): **June 17, 2024**

5. Deadline for Proponents to Produce Responsive Expert Reports: **July 15, 2024**

6. Deadline for Expert Depositions: **August 26, 2024**

7. Status Conference: **In-person on September 11, 2024**[1]

---

[1] The Court still intends to discuss a potential date for the final pretrial conference and potential trial dates at the status conference scheduled for September 11, 2024 at 10:00 A.M.

8. Deadline to File Dispositive Motions: **October 4, 2024**

9. Deadline to File Oppositions to Dispositive Motions: **November 22, 2024**

10. Deadline to File Replies in Support of Dispositive Motions: **December 20, 2024**

IT IS FURTHER ORDERED that the taking of depositions is stayed until **January 8, 2024**.

**SO ORDERED**.

Dated:

_____
CARL J. NICHOLS
United States District Judge