IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP.,<br>SMARTMATIC HOLDING B.V., AND<br>SGO CORPORATION LIMITED,<br><br>        Plaintiffs,<br>v.<br><br>HERRING NETWORKS, INC., D/B/A<br>ONE AMERICA NEWS NETWORK,<br><br>        Defendant. | Civil Action No. 1:21-cv-02900-CJN |

**ORDER DENYING PLAINTIFFS' MOTION TO
ISSUE A PROTECTIVE ORDER, STAY DEPOSITIONS, AND
AMEND SCHEDULING ORDER**

On this day came to be considered Plaintiffs' Motion to Issue a Protective Order, Stay Depositions, and Amend Scheduling Order. The Court, having considered the Motion, the Parties' briefing, and applicable law, finds that Plaintiffs' Motion is without merit and should be DENIED.

IT IS THEREFORE ORDERED that Plaintiffs' Motion to Issue a Protective Order to Stay Depositions, and to Amend the Scheduling Order is hereby DENIED in its entirety.

Signed this _____ day of _____, 2023.

                                                             _____
                                                             CARL J. NICHOLS
                                                             UNITED STATES DISTRICT JUDGE