IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., *et al.*,<br><br>Plaintiffs,<br>v.<br><br>HERRING NETWORKS, INC., d/b/a ONE AMERICA NEWS NETWORK<br><br>Defendant. | No. 1:21-cv-02900-CJN<br><br>Judge Carl J. Nichols |

### SMARTMATIC'S NON-OPPOSITION TO DEFENDANT'S MOTION FOR LETTERS OF REQUEST FOR PRODUCTION OF DOCUMENTS

Plaintiffs, Smartmatic USA Corp., Smartmatic International B.V., and SGO Corp. (collectively, "Smartmatic") hereby respond to Defendant Herring Network's (d/b/a "OANN") Motion for Letters of Request for Production of Documents ("Motion"). (Dkt. 94).

After consideration of OANN's Motion, Smartmatic is no longer in opposition. To be sure, Smartmatic objects to and disagrees with the assertions OANN sets forth in its Motion, including the assertion that its letters of request to Venezuela, Brazil, Philippines, Kenya, Oman, and Belgium are either necessary or relevant. Smartmatic, to date, has produced documents regarding its reputation globally, documents regarding lost opportunities as a result of the defamatory statements, contracts and communications with foreign jurisdictions, and documents relating to an array of topics concerning Smartmatic's past work in Venezuela. (Dkt. 90, at pp. 20-23). Smartmatic has also produced "communications with customers or potential customers in response to their inquiries about government investigations involving Smartmatic." (Joint Notice, May 5, 2023, pp. 11-12). Smartmatic maintains that internal documents and details related to those investigations are not relevant to this matter. (Joint Notice, May 5, 2023, pp. 10-12). As such, additional documents on those topics are not necessary.

1

Smartmatic reserves all rights and defenses and does not waive any as to OANN's letters of request for production of documents set forth in its Motion.

    /s/ Caitlin A. Kovacs
J. Erik Connolly (D.C. Bar No. IL0099)
Nicole E. Wrigley (D.C. Bar No. IL0101)
Caitlin A. Kovacs (admitted pro hac vice)
Olivia Sullivan (admitted pro hac vice)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312.212.4949
econnolly@beneschlaw.com
nwrigley@beneschlaw.com
ckovacs@beneschlaw.com
osullivan@beneschlaw.com

*Attorneys for the Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of September, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which I understand to have served counsel for the parties.

          */s/ Caitlin A. Kovacs*
Caitlin A. Kovacs (admitted pro hac vice)
*One of the Attorneys for the Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*