IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>HERRING NETWORKS, INC., d/b/a ONE AMERICA NEWS NETWORK,<br><br>Defendant. | Case No. 21-cv-02900-CJN |

**PLAINTIFFS' MOTION FOR**
**ADMISSION PRO HAC VICE OF ATTORNEY JOHN W. BREIG JR.**

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, Lauren Tortorella, an attorney admitted to the Bar of this Court and counsel for Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (collectively "Smartmatic"), hereby moves for the admission and appearance of attorney John W. Breig Jr. *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of John W. Breig Jr., filed herewith.

In support of this motion, Movant states as follows:

1. Mr. Breig is admitted and in good standing with the Bar of the State of Ohio. Mr. Breig is also admitted to practice in U.S.D.C Northern District of Ohio, U.S.D.C Eastern District of Michigan, U.S.D.C Northern District of Illinois, 6th Circuit Court of Appeals.

2. Mr. Breig is not currently and has never previously been the subject of any disciplinary action by any state or federal bar association or administrative agency.

3. Movant is satisfied that Mr. Breig possesses the character and skills required of a member of the Bar of this Court.

WHEREFORE, Movant requests admission of John W. Breig Jr. as representative of Plaintiffs Smartmatic in this proceeding.

Dated: September 29, 2023

Respectfully submitted,

/s/ Lauren C. Tortorella
Lauren C. Tortorella
DC Bar No. IL0102
Email: ltortorella@beneschlaw.com

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312.212.4949

*Attorneys for Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document will be filed with the Clerk of Court using the CM/ECF system on September 29, 2023, which I understand to have served counsel for the parties.

/s/ *Lauren C. Tortorella*
Lauren C. Tortorella