IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>HERRING NETWORKS, INC., d/b/a ONE AMERICA NEWS NETWORK,<br><br>Defendant. | Case No. 21-cv-02900-CJN |

### DECLARATION OF JOHN W. BREIG JR.
### IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Civil Rule 83.2(d) of the United States District for the District of Columbia, I, John W. Breig Jr., hereby declare:

1. My full name is John W. Breig, Jr. I serve as counsel for Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (collectively, "Smartmatic"). I am seeking to appear *pro hac vice* as a lawyer for Smartmatic in the above captioned matter pending before the U.S. District Court for the District of Columbia.

2. I am an attorney practicing with the law firm of Benesch, Friedlander, Coplan & Aronoff LLP located at 127 Public Square, Suite 4900, Cleveland, Ohio 44114. My telephone number is (216) 363-6104.

3. I am admitted to and am a member in good standing with the State Bar of Ohio. Attached as Exhibit A is a certificate of good standing issued by The Supreme Court of Ohio. My Ohio registration number is 96767. I am also admitted to practice before the U.S.D.C Northern District of Ohio, U.S.D.C Eastern District of Michigan, U.S.D.C Northern District of Illinois, 6th Circuit Court of Appeals.

4. I certify that there are no pending disciplinary proceedings against me before any bar, and I have not been disciplined by any bar in the past.

5. I have not previously been admitted *pro hac vice* in this Court.

6. I have not sought pro hac vice admission to this Court in the last two years.

7. I do not practice law from an office located in the District of Columbia.

8. I am not currently a member of the District of Columbia bar and I do not have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 29, 2023.

John W. Breig Jr.