**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SMARTMATIC USA CORP.,<br>SMARTMATIC HOLDING B.V., AND<br>SGO CORPORATION LIMITED,<br><br>               Plaintiffs,<br>   v.<br><br>HERRING NETWORKS, INC., D/B/A<br>ONE AMERICA NEWS NETWORK,<br><br>               Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 1:21-cv-02900-CJN |

**OAN'S SUPPLEMENT TO ITS RESPONSE IN OPPOSITION TO SMARTMATIC'S**
**MOTION FOR A PROTECTIVE ORDER, STAY OF DEPOSITIONS, AND AMENDED**
**SCHEDULING ORDER**

**TABLE OF CONTENTS**

Page

Table of Authorities ........................................................................................................................ ii

CERTIFICATE OF SERVICE ........................................................................................................4

# TABLE OF AUTHORITIES

**Page(s)**

**Rules**

Fed. R. Civ. P. 45(d)(3)............................................................................................................1

On September 18, 2023, Plaintiff Smartmatic filed a motion for a protective order and to stay depositions and amend the scheduling Order. (Dkt. 96.) On September 27, Defendant One America News Network ("OAN") filed its opposition, noting that Smartmatic had filed its motion without first obtaining leave of Court as required by the Standing Order in this case and also that there was no merit in Smartmatic's motion. (Dkt. 98.) On October 4, Smartmatic filed its reply, (Dkt. 101), and in the meantime has refused to make any Smartmatic witnesses available for depositions so long as its motion is pending.

OAN hereby informs the Court that non-party and ex-Smartmatic employee Hugh Gallagher—who is represented by the same counsel as Smartmatic—failed to obey a properly served subpoena without seeking to quash or modify it. Mr. Gallagher did not appear for his deposition testimony today, October 6, 2023.

OAN informs the Court that OAN has moved to compel Mr. Gallagher's deposition testimony under Rule 45 in the U.S. District Court for the Western District of Virginia, the court for the district where Mr. Gallagher resides and where his compliance was required. (*See* Exhibit A, Motion to Compel Compliance with Rule 45 Subpoena, *Smartmatic USA Corp. v. Herring Networks, Inc.*, No. 3:23-mc-00006-RSB (W.D. Va. Oct. 6, 2023).)

Under Rule 45, Mr. Gallagher was obligated to move in the Western District of Virginia to quash or modify the subpoena. Fed. R. Civ. P. 45(d)(3). He did not do so. And Smartmatic never attained an order from this Court or the proper court before the date of the deposition regarding Mr. Gallagher's properly noticed subpoena.

Smartmatic is looking for a multi-billion dollar payday against a small, family-run news network with a limited subscriber base. The discovery cutoff is December 8, 2023, and OAN intends to meet that deadline. But this means depositions should proceed now and not be delayed.

1

OAN respectfully requests that the Court deny Smartmatic's request for a protective order that would stay the seven properly noticed depositions, deny the request to stay all depositions until January, and deny the request to extend the fact discovery deadline by four months.

By: */s/ Trent McCotter*

**JACKSON WALKER L.L.P.**
Charles L. Babcock
(admitted *pro hac vice*)
Nancy W. Hamilton
(admitted *pro hac vice*)
John K. Edwards
(admitted *pro hac vice*)
Joel R. Glover
(admitted *pro hac vice*)
Bethany Pickett Shah
(admitted *pro hac vice*)
1401 McKinney Suite 1900
Houston, TX 77010
Tel: (713) 752-4200
Fax: (713) 308-4110
cbabcock@jw.com
nhamilton@jw.com
jedwards@jw.com
jglover@jw.com
bpickett@jw.com

Jonathan D. Neerman
D.C. Bar No. 90003393
Carl C. Butzer
(admitted *pro hac vice*)
Minoo Sobhani Blaesche
(admitted *pro hac vice*)
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Tel: (214) 953-5664
Fax: (214) 661-6899
jneerman@jw.com
cbutzer@jw.com
mblaesche@jw.com

**BOYDEN GRAY PLLC**
R. Trent McCotter
D.C. BAR NO. 1011329
801 17th St NW, #350
Washington, DC 20006
(202) 706-5488
tmccotter@boydengray.com

*Counsel for Defendant*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of October, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

/s/     *Trent McCotter*
R. Trent McCotter
