# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., *et al.*,<br><br>        Plaintiffs,<br>v.<br><br>HERRING NETWORKS, INC.,<br><br>        Defendant. | No. 1:21-cv-02900-CJN<br><br>Judge Carl J. Nichols |

### DECLARATION OF OLIVIA SULLIVAN IN SUPPORT OF PLAINTIFFS' MOTION FOR PROTECTIVE ORDER TO QUASH DEPOSITION NOTICES

I, Olivia Sullivan, make this declaration pursuant to 28 U.S.C. § 1746. I hereby declare under penalty of perjury that the following is true and correct:

1. I am an attorney at Benesch, Friedlander, Coplan & Aronoff LLP and counsel for Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation (collectively, "Smartmatic") in this action. As such, I am fully familiar with the facts and circumstances of the matters stated in this declaration.

2. On April 18 and May 19, the parties discussed, via email, that the dates for depositions would be discussed between the parties, and the parties would coordinate to find times that worked with everyone's schedule.

3. On April 19, 2023, OANN served a subpoena for the production of documents on Scott Circle. Benesch Friedlander Coplan and Aronoff represent Scott Circle with respect to this matter. To date, Scott Circle has not made a production of documents to OANN.

4. On September 25, 2023, OANN made a supplemented production. Upon review of this production, Smartmatic concluded that the deficiencies in OANN's production were not cured

1

and identified additional categories of missing documents. Smartmatic is in the process of drafting a letter to OANN regarding these deficiencies and anticipates needing judicial assistance to enforce OANN's compliance with its production obligations.

5. OANN also supplemented its production on October 6, 2023. Smartmatic is still reviewing this production but still contends that substantial gaps exist.

6. On September 12, 2023, Smartmatic sent an email to OANN, which stated, "OANN must produce a full record before the parties can proceed to depositions. Given OANN's serious delay in complying with its discovery obligations, Smartmatic believes the parties require an extension of the fact discovery schedule such that discovery will end on April 8, 2024. Depositions should be scheduled to begin on January 8, 2024."

7. On September 26, 2023, OANN emailed Smartmatic to enquire whether Smartmatic will be presenting its witnesses, Mr. Aparicio and Mr. Parisca, for their depositions noticed for September 28 and 29, respectively. In response, Smartmatic informed OANN that it should be aware of Smartmatic's Motion for Protective Order filed on September 18, 2023, which sought to quash the deposition notices of Mr. Aparicio and Mr. Parisca. Smartmatic also stated in its response email, "While the motion to quash and to stay depositions is pending, Smartmatic will not be presenting any witnesses for deposition."

8. On September 28, 2023, Smartmatic emailed OANN to provide it with case law that supports Smartmatic's position that non-appearance at a deposition is justified where the party filed a motion for a protective order to quash the deposition notice in good faith. Smartmatic also included case law, which indicates that a court does not have to rule on a motion for protective order in order to excuse a party's non-attendance at a deposition. In response to this email, OANN indicated that they would ask the Court for leave to file sanctions against Smartmatic.

9. On October 2, 2023, at the deposition of Jack Blaine, OANN's counsel asked counsel for Smartmatic if they would be presenting Hugh Gallagher for his deposition on Friday, October 6, 2023. Smartmatic told OANN that it would not.

10. OANN then emailed Smartmatic on October 2, 2023, to ask if it would be presenting Hugh Gallagher for his deposition on Friday, October 6. Smartmatic emailed in response on October 3, confirming that Smartmatic would not be presenting Hugh Gallagher for a deposition and referred OANN to Smartmatic's September 26, 2023, email.

11. On October 2, 2023, OANN conducted the deposition of Jack Blaine over Smartmatic's objection to doing so and without regard to Smartmatic's September 18, 2023, Motion for Protective Order.

12. On October 4, 2023, OANN demanded, via email, the deposition dates for twelve Smartmatic employees. In response, Smartmatic provided the dates in January and February 2024 for the depositions of those employees. In its response, Smartmatic also informed OANN that one of the employees whose deposition it noticed would not be available to sit for a deposition given a serious health issue.

13. On October 4, 2023, OANN requested this Court's approval to file a motion to compel depositions.

14. On October 6, 2023, OANN ignored the dates provided by Smartmatic earlier that day and noticed the deposition of eleven Smartmatic employees. The following depositions were noticed:

- 10/24/23: Deposition of Robert (Bob) Cook
- 10/25/23: Deposition of Roger Pinate
- 11/1/23: Deposition of Samira Saba
- 11/2/23: Deposition of Edwin Smith

- 11/3/23: Deposition of Brian Courtney
- 11/8/23: Deposition of Pedro Mugica
- 11/9/23: Deposition of Eduardo Correia
- 11/14/23: Deposition of Fernando Hernandez
- 11/15/23: Deposition of Antonio Mugica
- 11/16/23: Deposition of Roger Vicente Pinate
- 11/21/23: Deposition of James Long

15. On October 6, 2023, OANN filed a motion to compel the deposition of Hugh Gallagher in the Western District of Virginia.

16. On October 6, 2023, OANN requested this Court's approval to file a motion to modify deposition limits.

17. On October 11, 2023, OANN noticed the following depositions:

- 11/10/23: Dominion Voting Systems 30(b)(6)
- 11/17/23: Alex Halderman
- 11/22/23: Scott Circle Communications 30(b)(6)

18. Smartmatic believes that OANN's productions are still deficient with respect to documents with or related to Dominion and documents with or relating to Alex Halderman.

Date:   October 12, 2023

*Olivia Sullivan, Illinois Bar No. 6330520*
*Benesch, Friedlander, Coplan & Aronoff LLP*
*71 South Wacker Drive, Suite 1600*
*Chicago, Illinois 60606-4637*
*312.212.4949*

*Attorney for Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*

4