# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., *et al.*, <br><br>  Plaintiffs, <br> v. <br><br> HERRING NETWORKS, INC., <br><br>  Defendant. | No. 1:21-cv-02900-CJN <br><br> Judge Carl J. Nichols |

### DECLARATION OF OLIVIA SULLIVAN IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF ITS EMERGENCY MOTION TO QUASH DEPOSITION NOTICES

I, Olivia Sullivan, make this declaration pursuant to 28 U.S.C. § 1746. I hereby declare under penalty of perjury that the following is true and correct:

1. I am an attorney at Benesch, Friedlander, Coplan & Aronoff LLP and counsel for Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation (collectively, "Smartmatic") in this action. As such, I am fully familiar with the facts and circumstances of the matters stated in this declaration.

2. On October 10, 2023, Smartmatic replied to two letters sent by OANN regarding Smartmatic's production.

3. On October 12, 2023, OANN returned a red-lined response to Smartmatic's letter. OANN did not draft its own letter. Instead, OANN used red font and inserted language throughout Smartmatic's letter.

4. In OANN's October 12 Response, OANN stated that it plans to move to compel the production of documents with respect to twenty-two requests for production.

1

2

Date:   October 17, 2023

*/s/ Olivia Sullivan*

Olivia Sullivan, Illinois Bar No. 6330520
Benesch, Friedlander, Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
312.212.4949

*Attorney for Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*