# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., *et al.*,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>HERRING NETWORKS, INC.,<br><br>　　　　　Defendant. | No. 1:21-cv-02900-CJN<br><br>Judge Carl J. Nichols |

### DECLARATION OF MAURA LEVINE-PATTON IN SUPPORT OF NONPARTY SCOTT CIRCLE COMMUNICATIONS, INC.'S MOTION TO QUASH DEPOSITION SUBPOENA

I, Maura Levine-Patton, make this declaration pursuant to 28 U.S.C. § 1746. I hereby declare under penalty of perjury that the following is true and correct:

1.　I am an attorney at Benesch, Friedlander, Coplan & Aronoff LLP and counsel for nonparty Scott Circle Communications, Inc. ("Scott Circle") in this action. As such, I am fully familiar with the facts and circumstances of the matters stated in this declaration.

2.　Scott Circle provided its response and objections to OANN's April 19 Subpoena on June 23, 2023.

3.　OANN did not request to meet until September 5, 2023, three months after receiving Scott Circle's responses and objections. OANN did not follow up with Scott Circle or otherwise propose search terms during these three months. OANN did not otherwise discuss deposition parameters with Scott Circle.

4.　Scott Circle and OANN ultimately met on September 7. At the meet and confer, in order to promote efficiency and alleviate some burden, Scott Circle proposed search terms it would

1

use to locate its responsive documents. Specifically, Scott Circle proposed that OANN use the search terms agreed to by Scott Circle in other litigation, as doing so would preserve considerable resources.

5. In a September 7 e-mail following the parties meeting, OANN confirmed its willingness to review search terms negotiated with other parties.

6. On September 8, Scott Circle circulated proposed search terms, which reflected terms agreed upon by Scott Circle and other defendants.

7. On October 4, OANN rejected these search terms and instead proposed terms of its own.

8. During the search term negotiation process, Scott Circle specifically pointed out the burdensome nature of OANN's April 19 subpoena.

9. On October 10, Scott Circle sent OANN an e-mail and stated the following: "We reviewed your search terms and found them overbroad. Nevertheless, we asked our vendor to run the terms against the populations of third-party PR Firms that you have subpoenaed. The overbreadth became so apparent that the vendor could not even finish their search." In this same e-mail, Scott Circle provided OANN with three examples of requested search terms that Scott Circle's ESI vendor could not process.

10. Despite the burdensome and difficult nature of OANN's request, Scott Circle stated that it "remained willing to discuss other, limited search terms that [OANN] may believe are reasonably necessary." OANN did not provide a more limited list of search terms for Scott Circle to explore. OANN did propose a call with Scott Circle, but this call has yet to occur. OANN has not otherwise followed up with Scott Circle about its objections.

11.     OANN issued a second Rule 30(b)(6) subpoena to Scott Circle on October 11, 2023. OANN did not confer with Scott Circle about the date, time, or location chosen in the subpoena. OANN never otherwise indicated its intent to proceed with a deposition prior to any document production.

12.     Given the status of negotiations over search terms, Scott Circle has not yet produced documents to OANN. Scott Circle intends to produce documents in response to OANN's first subpoena once Scott Circle and OANN reach an agreement on search terms. And as OANN is fully aware, no such agreement has occurred.

13.     Scott Circle began working with Smartmatic in 2019 and ceased working with Smartmatic in 2020 before the 2020 Presidential Election.

Date:   October 19, 2023

*[signature]*

Maura Levine-Patton, Illinois Bar No. 6330026
Benesch, Friedlander, Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
312.212.4949

*Attorney for Scott Circle Communications, Inc.*