IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., *et al.*, | |
| Plaintiffs, | No. 1:21-cv-02900-CJN |
| v. | |
| HERRING NETWORKS, INC., | Judge Carl J. Nichols |
| Defendant. | |

**[PROPOSED ORDER]**

This matter comes before the court on Nonparty Scott Circle Communications, Inc.'s Motion to Quash Deposition Subpoena. After examining the Motion and the briefs, arguments, and authorities, the Court finds that the motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant Herring Networks, Inc.'s Subpoena to Testify at a Deposition and Notice of Rule 30(b)(6) Deposition to Scott Circle Communications, served on October 11, 2023, are quashed.

**SO ORDERED.**

Dated:

_____
CARL J. NICHOLS
United States District Judge