AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Smartmatic USA Corp., et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-cv-02900-CJN |
| Herring Networks, Inc. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Scott Circle Communications, Inc.

Date:     10/19/23

/s/ Erik Connolly
*Attorney's signature*

Erik Connolly (DC Bar: No. IL-0099)
*Printed name and bar number*

Benesch Friedlander Copland & Aronoff LLP
71 S. Wacker, Suite 1600
Chicago, IL 60606
*Address*

econnolly@beneschlaw.com
*E-mail address*

(312) 624 6348
*Telephone number*

(312) 767-9192
*FAX number*