IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>HERRING NETWORKS, INC., d/b/a ONE AMERICA NEWS NETWORK,<br><br>Defendant. | Case No. 21-cv-02900-CJN |

**DECLARATION OF BRUCE R. BRAUN**
**IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Civil Rule 83.2(d) of the United Sates District for the District of Columbia, I, Bruce R. Braun, hereby declare:

1. My full name is Bruce R. Braun. I serve as counsel for Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (collectively, "Smartmatic"). I am seeking to appear *pro hac vice* as a lawyer for Smartmatic in the above captioned matter pending before the U.S. District Court for the District of Columbia.

2. I am an attorney practicing with the law firm of Sidley Austin LLP located at One South Dearborn, Chicago, IL 60603. My telephone number is (312) 853-7050.

3. I am admitted to and am a member in good standing with the State Bar of Illinois. Attached as Exhibit A is a certificate of good standing issued by the Clerk of the Supreme Court of Illinois. My Illinois registration number is 6206628. I am also admitted to practice before the United States Supreme Court, the United States Court of Appeals, 2nd Circuit, the United States Court of Appeals, 5th Circuit, the United States Court of Appeals, 6th Circuit, the United States Court of Appeals, 7th Circuit, the United States Court of Appeals, 8th Circuit, the United States Court of Appeals, 9th Circuit, the United States Court of Appeals, 11th Circuit, United States

District Court for the Northern District of Illinois – General, and the United States District Court for the Northern District of Illinois – Trial Bar.

4. I certify that there are no pending disciplinary proceedings against me before any bar, and I have not been disciplined by any bar in the past.

5. I have not previously been admitted *pro hac vice* in this Court.

6. I have not sought *pro hac vice* admission to this Court in the last two years.

7. I do not practice law from an office located in the District of Columbia.

8. I am not currently a member of the District of Columbia bar and I do not have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 30, 2023.

_____
Bruce R. Braun