# Exhibit D

**Search Terms**
**Issues & Crisis Group, Scott Circle Comms, SEC Newgate, and Courtney Torres Consulting**

REQUEST NO. 1: All Communications to or from any Smartmatic Entity, including but not limited to all Communications with any Smartmatic Entity's agents, representatives, attorneys, insurers, contractors, subcontractors and/or vendors.

- !@smartmatic.com OR !rousch!

REQUEST NO. 2: All Documents and Communications comprising or evidencing any agreement between You and any Smartmatic Entity.
REQUEST NO. 3: All Documents and Communications concerning the scope of Your retention by any Smartmatic Entity.

- ***We do not believe search terms are necessary because these Requests are best satisfied without search queries, but in the spirit of compromise, and while reserving our rights, we think these terms will best capture these Requests.***
- (Smartmatic! OR "Smart-matic!" OR "Smart Matic!" OR SMMT! OR SMT! OR SGO OR Smartmatik! OR Smtt! OR !@smartmatic.com OR !rousch!) AND (contract! OR agree! OR arrange! Or amend! OR analy! OR rider! OR execut! OR signat! OR engag! OR retain! OR budget! OR owe! OR due! OR receivable! OR "AR" OR severab! OR offer! OR licens! OR reputat! OR brand! OR recep! OR perce! OR image! OR proposal! OR market! OR !media! OR entry OR enter! OR breakthrough! OR break-through! OR "break through!" OR breakthru! OR strateg! OR consumer! OR plant! OR disinf! OR truth! OR accur! OR believ! OR convinc! OR problem! OR dog! OR deflect! OR conversation! OR story! OR angle! OR shift! OR market! OR damag! OR impact! OR deci! )

REQUEST NO. 4: All Documents and Communications concerning any Smartmatic Entity and claims of election fraud, bribery, election hacking, and/or the improper or inaccurate counting of votes during the 2020 Election in the United States.
REQUEST NO. 5: All Documents and Communications concerning any press releases or other public Communications drafted, prepared, revised or reviewed by You related to any Smartmatic Entity and claims of election fraud, bribery, election hacking, and/or the improper or inaccurate counting of votes during the 2020 Election in the United States.
REQUEST NO. 7: All Documents and Communications concerning any Smartmatic Entity and claims of election fraud, bribery, election hacking, election rigging, and/or the improper or inaccurate counting of votes during any election in Venezuela.
REQUEST NO. 11: All Documents and Communications related to any allegations of bribery by any Smartmatic Entity, or any of its employees or agents.

- (Smartmatic! OR "Smart-matic!" OR "Smart Matic!" OR SMMT! OR SMT! OR SGO OR Smartmatik! OR Smtt! OR !@smartmatic.com OR !rousch!) AND (fraud!

OR brib! or hack! OR tabulat! OR error! OR glitch! OR bug! OR switch! OR virus! OR compromis! OR exploit! OR disappear! OR backdoor! OR back-door! OR "back door" OR attack! OR breach! OR calibrat! OR error OR corrupt! OR crack! OR crash! OR decert! OR fuck! OR "fu! Up" OR suck! OR shit! OR crap! OR incorrect! OR inaccurat! OR internet OR infect! OR infiltrat! OR investigat! Or hearing! OR inquir! OR los! OR malfunction! OR malicious OR malware! OR manipulat! OR mislead! OR "man in the middle" OR misread! OR problem! OR recount! OR "regression error" OR reject! OR reliab! OR rig! OR subvert! OR suscept! OR suspic! OR switch! OR screw! OR surg! OR tabulat! OR tamper! OR threat! OR unreliab! OR unsaf! OR unverif! OR USB OR unverif! OR virus! OR vulnerab! OR weak! OR whistle! OR Venezula! OR VZ! OR Chavez! OR Maduro! OR bad OR negative! OR fals! OR harm! OR hurt! OR concern! OR fix! OR improv! OR inappropriate! OR illicit! OR steal! OR stole! OR "buy off" OR "pay off" OR kickback! OR gift! OR present! OR "thing of value" OR valuabl! OR induce! OR incent! OR sweeten! OR deal! OR payoff! OR optic! OR "hush money" OR blackmail! OR "black mail" OR reward! OR compesat! OR lure! OR bait! OR entice! OR whistle! OR gratuit! OR expensiv! OR "wine and dine" OR allur! OR mislead! OR harm! OR hurt! OR fals! OR concern! OR problem! OR percep! OR "image" OR "LA" OR Los Angeles OR "LA County" OR California! OR CFIUS OR "Committee on Foreign Investment" OR Treasury OR "Rep. Maloney" OR "Representative Maloney" OR Maloney OR Congress! OR Representative! OR Sequoia! OR Dominion! OR DVS! OR Philippine! OR Kenya! OR Belgium! OR China! OR Chinese OR !FNN! OR Fox! OR Tucker OR Carlson! OR Dana OR Perino! OR Bartiromo! OR Newsmax! OR Powell! OR Sydney! OR Sidney! OR Giuliani! OR Lindell! OR "election interference" OR "foreign interference" OR interfere! OR !clinton! OR !Trump! OR "never trump" OR !nevertrump! OR !Trump! OR !biden! OR misinformation OR dis-information OR mis-information OR collud! OR Pennsylvania! OR PA! OR Penn! OR Arizona! OR "AZ" OR Wisconsin! OR "WI" OR Wisc! OR Nevada! OR "NV" OR "North Carolina" OR "NC" OR Georgia! OR "GA" OR Michigan! OR "MI" OR Mich! OR Antrim OR Ellis! OR "Jenna Ellis" OR Lin Wood OR Lin OR Republican! OR Democrat! OR stolen! OR January 6 OR J6 OR "Jan. 6!" OR !Wikipedia! OR wiki! OR !herring! OR OAN! OR OANN! OR "One America" OR Chanel! OR Rion! OR (Christin! /3 Bob!) OR Bobb! OR (Dan! /3 Bal!) OR Hussion! OR (Steph! /3 Hamil!) OR Hamill! OR (Steph! /3 Myer!) OR Althaus! OR Harp! OR Aksalic! OR Dinow! OR Finn! OR Fifield! OR Byrne! OR Rudy! OR Giuliani! OR Rudolph! OR Lindell! OR mypillow! OR pillow! OR (my /3 pillow!) OR Oltman! OR Powell! OR Solomon! OR Watkin! OR Ayyadurai! OR DePerno! OR Fanning! OR (Doug! /3 Frank!) OR McInerney! OR Ramsland! OR Waldron! OR "News Room!" OR "Real America!" OR "The Real Story!" OR "Tipping Point!" OR "Weekly Briefing!" OR "Absolute Proof!" OR "Scientific Proof!" OR "Absolute Interference!" OR Bautista! OR indict! OR plant! OR disinf! OR Chong OR truth! OR accur! OR belie! OR convinc! OR dog! OR deflect! OR conversation! OR story! OR angle! OR shift! OR market! OR damag! OR impact! OR consumer! OR deci! OR connect! OR increas! OR decreas! OR profil! OR demograph! OR benef!)

REQUEST NO. 6: All Documents and Communications concerning any Smartmatic Entity and its alleged connections to Venezuela, Hugo Chavez, or George Soros.

- (Smartmatic! OR "Smart-matic!" OR "Smart Matic!" OR SMMT! OR SMT! OR SGO OR Smartmatik! OR Smtt! OR !@smartmatic.com OR !rousch!) AND (Venezuel! OR VZ! OR Chavez! OR Soros! OR "GS" OR "Open Society" OR "Open Societies" OR OSF! OR OSI! OR "Open-societ!" OR Maduro! OR Castro! OR Ex-Cle! OR ExCle! OR "Jorge Rodriguez" OR "Delcy" OR "National Electoral Council" OR "NEC" OR "CNE" OR "Alfred Jose Anzola" OR Anzola OR Caracas OR CANTV OR (Will! /3 Brownfield) OR Brownfield! OR Brownsfield! OR (George! /10 Foundation) OR (George! /10 societ!) OR Bautista! OR indict! OR plant! OR disinf! OR Chong OR truth! OR accur! OR believ! OR convinc! OR problem! OR dog! OR deflect! OR conversation! OR story! OR angle! OR shift! OR market! OR damag! OR impact! OR consumer! OR deci! OR connect! OR increas! OR decreas! OR profil! OR demograph! OR los! OR benef!)

REQUEST NO. 8: All Documents and Communications concerning any press releases or other public Communications drafted, prepared, revised or reviewed by You related to any Smartmatic Entity and claims of election fraud, bribery, election hacking, election rigging, and/or the improper or inaccurate counting of votes during any election in Venezuela.

REQUEST NO. 10: All Documents and Communications concerning any press releases or other public Communications drafted, prepared, revised or reviewed by You related to Smartmatic voting machines, voting software, or election tabulating equipment.

REQUEST NO. 12: All Documents and Communications concerning any press releases or other public Communications drafted, prepared, revised or reviewed by You related to any allegations of bribery by any Smartmatic Entity, or any of its employees or agents.

REQUEST NO. 13: All Documents and Communications concerning any press releases or other public communications drafted, prepared, revised or reviewed by You concerning any Smartmatic Entity.

- ("press release!" OR "PR" OR "talking point!" OR "talking points" OR "TPs" OR "TP" OR draft! OR circulat! OR !media! OR revis! OR review! OR analy! OR distribut! OR present! OR tweet! OR twit! OR slide! OR deck! OR OneNote! OR word! OR ppt! OR Googledoc! OR "Google doc" OR sheet! OR excel! AND brand!) <u>AND</u> (Smartmatic! OR "Smart-matic!" OR "Smart Matic!" OR SMMT! OR SMT! OR SGO OR Smartmatik! OR Smtt! OR !@smartmatic.com OR !rousch! OR fraud! OR brib! OR inappropriate! OR illicit! OR steal! OR stole! OR "buy off" OR "pay off" OR kickback! OR gift! OR present! OR "thing of value" OR valuable! OR induce! OR incent! OR sweeten! OR deal! OR payoff! OR optic! OR "hush money" OR blackmail OR "black mail" OR reward! OR compensat! OR lure! OR bait! OR entice! OR whistl! OR gratuit! OR expensiv! OR "wine and dine" OR allur! OR mislead! OR harm! OR hurt! OR fals! OR concern! OR problem! OR percep! OR image OR hack! OR tabulat! OR error! OR glitch! OR bug! OR switch! OR virus OR compromis! OR exploit! OR disappear! OR backdoor! OR back-door OR "back door" OR attack! OR breach! OR calibrat! OR error! OR corrupt! OR crack! OR crash! OR decert! OR fuck! OR "fu! Up" OR suck! OR shit! OR crap! OR incorrect! OR !accurat! OR internet OR infect! OR infiltrat! OR investigat! Or hearing! OR

3

inquir! OR los! OR malfunction! OR malicious OR malware! OR manipulat! OR "man in the middle" OR misread! OR problem! OR recount! OR reject! OR reliab! OR rig! OR subvert! OR suscept! OR suspic! OR switch! OR screw! OR surg! OR tabulat! OR tamper! OR threat! OR unreliab! OR unsaf! OR unverif! OR USB OR virus! OR vulnerab! OR weak! OR whistle! OR Venezula! OR VZ! OR Chavez! OR Maduro! OR Castro! OR bad OR negative! OR fals! OR harm! OR hurt! OR concern! OR fix! OR improv! OR mislead! OR "LA" OR "Los Angeles!" OR "LA County!" OR California! OR CFIUS OR "Committee on Foreign Investment" OR Treasury OR "Rep. Maloney" OR "Representative Maloney" OR Maloney OR Congress! OR Representativ! OR Sequoia! OR Dominion! OR DVS! OR Philippine! OR Kenya! OR Belgium! OR China! OR Chinese OR !FNN! OR Fox OR OR Tucker OR Carlson OR "Dana" OR Perino! OR Bartiromo! OR Newsmax OR Powell! OR Sidney! OR Sydney! OR Giuliani! OR Lindell! OR "election interference" OR "foreign interference" OR interfere! OR !clinton! OR !Trump! OR "never trump" OR !nevertrump! OR !biden! OR dis-information OR misinformation! OR mis-information OR collud! OR Pennsylvania! OR "PA" OR Penn OR Arizona! OR "AZ" OR Wisconsin! OR "WI" OR Wisc OR Nevada! OR "NV" OR "North Carolina" OR "NC" OR Georgia! OR "GA" OR Michigan! OR MI OR Mich OR Antrim! OR Ellis! OR "Jenna Ellis" OR Lin Wood OR Lin OR !Republican! OR !Democrat! OR stolen! OR "January 6" OR "J6" OR "Jan. 6" OR Wikipedia OR wiki! OR !herring! OR OAN! OR OANN! OR "One America" OR Chanel OR Rion OR (Christin! /3 Bob!) OR Bobb! OR (Dan! /3 Bal!) OR Hussion! OR (Steph! /3 Hamil!) OR Hamill! OR (Steph! /3 Myer!) OR Althaus! OR Harp! OR Aksalic! OR Dinow! OR Finn! OR Fifield! OR Byrne! OR Rudy! OR Giuliani! OR Rudolph! OR Lindell! OR mypillow! OR pillow! OR (my /3 pillow!) OR Oltman! OR Powell! OR Solomon! OR Watkin! OR Ayyadurai! OR DePerno! OR Fanning! OR (Doug! /3 Frank!) OR McInerney! OR Ramsland! OR Waldron! OR "News Room!" OR "Real America!" OR "The Real Story!" OR "Tipping Point!" OR "Weekly Briefing!" OR "Absolute Proof!" OR "Scientific Proof!" OR "Absolute Interference!" OR Bautista! OR indict! OR plant! OR disinf! OR Chong OR truth! OR believ! OR convinc! OR problem! OR dog! OR deflect! OR conversation! OR story! OR angle! OR shift! OR market! OR damag! OR impact! OR consumer! OR deci! OR connect! OR increas! OR decreas! OR profil! OR demograph! OR los! OR benef! OR politico!)

REQUEST NO. 9: All Documents and Communications related to Smartmatic voting machines, voting software, or election tabulating equipment.

- (Smartmatic! OR "Smart-matic!" OR "Smart Matic!" OR SMMT! OR SMT! OR SGO OR Smartmatik! OR Smtt! OR !@smartmatic.com OR !rousch!) AND (equipment! OR hardwar! OR "hard ware" OR "hard-ware" OR softwar! OR "soft-ware" OR "soft ware" OR "intellectual property" OR "IP" OR machine! OR "source code" OR "sourcecode" OR "source-code" OR technolog! OR contract! OR !cyber OR !cyber-! OR fingerprint! OR firmware! OR "firm ware" OR fraction! OR licens! OR market! OR malwar! OR procur! OR purchas! OR reassess! OR recount! OR server! OR sold OR sell OR tabulat! OR thumb! OR USB! OR market! OR damag!)

4

REQUEST NO. 14: All Communications with Other Media Organizations, and Documents related thereto, including, but not limited to, draft or proposed articles for publication, regarding the Smartmatic Entities, the 2020 Election in the United States, or claims of election fraud, election hacking, election rigging, and/or the improper or inaccurate counting of votes.

- See <u>Exhibit A</u>, Media Organizations list to run these search terms against:
- (Smartmatic! OR "Smart-matic!" OR "Smart Matic!" OR SMMT! OR SMT! OR SGO OR Smartmatik! OR Smtt! OR !@smartmatic.com OR !rousch! OR fraud! OR brib! OR inappropriate! OR illicit! OR steal! OR stole! OR "buy off" OR "pay off" OR kickback! OR gift! OR present! OR "thing of value" OR valuable! OR induce! OR incent! OR sweeten! OR deal! OR payoff! OR optic! OR "hush money" OR blackmail OR "black mail" OR reward! OR compesat! OR lure! OR bait! OR entice! OR whistl! OR gratuit! OR expensiv! OR "wine and dine" OR allur! OR mislead! OR harm! OR hurt! OR fals! OR concern! OR problem! OR percep! OR image OR hack! OR tabulat! OR error! OR glitch! OR bug! OR switch! OR virus OR compromis! OR exploit! OR disappear! OR backdoor! OR back-door OR "back door" OR attack! OR breach! OR calibrat! OR error! OR corrupt! OR crack! OR crash! OR decert! OR fuck! OR "fu! Up" OR suck! OR shit! OR crap! OR incorrect! OR inaccurat! OR internet OR infect! OR infiltrat! OR investigat! Or hearing! OR inquir! OR los! OR malfunction! OR malicious OR malware! OR manipulat! OR "man in the middle" OR misread! OR problem! OR recount! OR reject! OR reliab! OR rig! OR subvert! OR suscept! OR suspic! OR switch! OR screw! OR surg! OR tabulat! OR tamper! OR threat! OR unreliab! OR unsaf! OR unverif! OR USB OR virus! OR vulnerab! OR weak! OR whistle! OR Venezula! OR VZ! OR Chavez! OR Maduro! OR Castro! OR bad OR negative! OR fals! OR harm! OR hurt! OR concern! OR fix! OR improv! OR mislead! OR "LA" OR "Los Angeles!" OR "LA County!" OR California! OR CFIUS OR "Committee on Foreign Investment" OR Treasury OR "Rep. Maloney" OR "Representative Maloney" OR Maloney OR Congress! OR Representativ! OR Sequoia! OR Dominion! OR DVS! OR Philippine! OR Kenya! OR Belgium! OR China! OR Chinese OR !FNN! OR Fox OR OR Tucker OR Carlson OR "Dana" OR Perino! OR Bartiromo! OR Newsmax! OR Powell! OR Sidney! OR Sydney! OR Giuliani! OR Lindell! OR "election interference" OR "foreign interference" OR interfere! OR !clinton! OR !Trump! OR "never trump" OR !nevertrump! OR !biden! OR disinformation OR dis-information OR misinformation! OR mis-information OR collud! OR Pennsylvania! OR "PA" OR Penn OR Arizona! OR "AZ" OR Wisconsin! OR "WI" OR Wisc OR Nevada! OR "NV" OR "North Carolina" OR "NC" OR Georgia! OR "GA" OR Michigan! OR MI OR Mich OR Antrim! OR Ellis! OR "Jenna Ellis" OR Lin Wood OR Lin OR !Republican! OR !Democrat! OR stolen! OR "January 6" OR "J6" OR "Jan. 6" OR Wikipedia OR wiki! OR !herring! OR OAN! OR OANN! OR "One America" OR Chanel OR Rion OR (Christin! /3 Bob!) OR Bobb! OR (Dan! /3 Bal!) OR Hussion! OR (Steph! /3 Hamil!) OR Hamill! OR (Steph! /3 Myer!) OR Althaus! OR Harp! OR Aksalic! OR Dinow! OR Finn! OR Fifield! OR Byrne! OR Rudy! OR Giuliani! OR Rudolph! OR Lindell! OR mypillow! OR pillow! OR (my /3 pillow!) OR Oltman! OR Powell! OR Solomon! OR Watkin! OR Ayyadurai! OR DePerno! OR Fanning! OR (Doug! /3 Frank!) OR McInerney! OR Ramsland! OR Waldron! OR "News Room!" OR "Real America!" OR "The Real Story!" OR "Tipping Point!" OR "Weekly Briefing!" OR "Absolute Proof!" OR

"Scientific Proof!" OR "Absolute Interference!" OR Bautista! OR indict! OR plant! OR disinf! OR Chong OR truth! OR accur! OR believ! OR convinc! OR problem! OR dog! OR deflect! OR conversation! OR story! OR angle! OR shift! OR market! OR damag! OR impact! OR consumer! OR deci! OR connect! OR increas! OR decreas! OR profil! OR demograph! OR los! OR benef!)

REQUEST NO. 15: All Documents and Communications produced, whether by cooperation or in response to any applicable subpoena or other discovery device related to any Smartmatic Entity.

- ***No search terms necessary because the Requests is best satisfied without search queries.***