IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>  Plaintiffs,<br><br>  v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK,<br><br>  Defendant. | Civil Action No. 1:21-cv-02900-CJN |

## ORDER DENYING SCOTT CIRCLE COMMUNICATIONS, INC.'S MOTION TO QUASH DEPOSITION AND GRANTING DEFENDANT'S MOTION TO COMPEL DOCUMENT PRODUCTION

On this day came to be considered nonparty Scott Circle Communications, Inc.'s Motion to Quash Deposition ("Motion to Quash") and OAN's Motion to Compel Document Production from Scott Circle Communications, Inc. ("Motion to Compel"). The Court, having considered the Motion to Quash, the briefing, and applicable law, finds that the Motion to Quash is without merit and should be and hereby is DENIED. Further, the Court, having considered the Motion to Compel, the briefing, and applicable law, finds that the Motion to Compel should be and hereby is GRANTED.

IT IS THEREFORE ORDERED that nonparty Scott Circle Communications, Inc.'s Motion to Quash Deposition is hereby DENIED in its entirety.

1

IT IS FURTHER ORDERED that OAN's Motion to Compel Document Production from Scott Circle Communications, Inc. is hereby GRANTED in its entirety.

IT IS FURTHER ORDERED that Scott Circle Communications, Inc. is ordered to produce documents responsive to OAN's April 19, 2023 subpoena for documents by November 15, 2023.

Signed this _____ day of _____, 2023.

_____