# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., *et al.*, | |
| Plaintiffs, | No. 1:21-cv-02900-CJN |
| v. | |
| HERRING NETWORKS, INC., | Magistrate Judge Moxila A. Upadhyaya |
| Defendant. | |

**DECLARATION OF OLIVIA SULLIVAN IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION TO STAY DEPOSITIONS**

I, Olivia Sullivan, make this declaration pursuant to 28 U.S.C. § 1746. I hereby declare under penalty of perjury that the following is true and correct:

1. I am an attorney at Benesch, Friedlander, Coplan & Aronoff LLP and counsel for Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation (collectively, "Smartmatic") in this action. As such, I am fully familiar with the facts and circumstances of the matters stated in this declaration.

2. On October 20, 2023, Herring Networks, Inc. (d/b/a OANN, "OANN") issued a deposition subpoena and notice to Leonardo Riera. The deposition is noticed for November 7, 2023.

3. On October 27, 2023, OANN noticed the following four additional depositions: 1) Louisiana Secretary of State; 2) Michelle Schaffer; 3) Wisconsin Secretary of State; and 4) Los Angeles County Registrar. OANN issued these notices without consulting Smartmatic about a reasonable time, date, or place. The depositions were noticed for November 13, 14, 15, and 16, respectively.

1

4. Smartmatic has produced 2,239,465 documents, agreed to run more than 350 search terms, and designated 51 custodians. Smartmatic continues to negotiate the scope of its production with OANN and intends to produce more documents at OANN's request. OANN cannot say the same. OANN has only produced 244,368 documents (many of which are spam and junk e-mail), has not remedied wholes in its productions, and did not identify relevant witnesses until September 14. For example, OANN has not produced data on viewership metrics.

5. Smartmatic issued a subpoena for documents on the Wisconsin Secretary of State on August 7, 2023, and OANN issued its own document subpoena on September 25, 2023. Neither party has received a responsive production to this point.

6. On April 19, 2023, OANN issued a document and deposition subpoena to Los Angeles County. Los Angeles County served its objections to OANN on May 3, 2023, and to date, no documents have been produced in response to that subpoena.

7. Smartmatic recently obtained permission from Los Angeles County to produce certain confidential documents to OANN, and it is still in the process of preparing and producing those documents.

8. OANN's Subpoena for the Production of Documents to Michelle Schafer contains ten requests for documents.

Date:   November 3, 2023

*[signature]*

Olivia Sullivan, Illinois Bar No. 6330520
Benesch, Friedlander, Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
312.212.4949

*Attorney for Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*