# EXHIBIT B

| | |
|---|---|
| **From:** | Trent McCotter |
| **To:** | Courtney Moore; Nichols Chambers |
| **Cc:** | Kovacs, Caitlin; Dickson, Carter; Edwards, John; Sullivan, Olivia; Emery, Tori; Aston, Adam; Wright, Shannon; Babcock, Chip; Pickett, Bethany; Neerman, Jonathan; Blaesche, Minoo; Butzer, Carl; Freel, Jennifer |
| **Subject:** | RE: Smartmatic v. Herring Networks, Inc., No. 1:21-cv-2900 |
| **Date:** | Monday, October 30, 2023 3:52:02 PM |

Ms. Moore,

We will of course comply with the Court's direction, although we'd point out that there is a pending motion to recuse Judge Upadhyaya. We have been directing these proposed motions to Judge Nichols because we believe it would be inappropriate for Judge Upadhyaya to consider or rule on matters in this case until the motion to recuse is finally resolved.

Sincerely,

Trent McCotter

**From:** Courtney Moore <courtney_moore@dcd.uscourts.gov>
**Sent:** Monday, October 30, 2023 12:15 PM
**To:** Trent McCotter <tmccotter@boydengray.com>; Nichols Chambers <Nichols_Chambers@dcd.uscourts.gov>
**Cc:** Kovacs, Caitlin <CKovacs@beneschlaw.com>; Dickson, Carter <cdickson@jw.com>; Edwards, John <jedwards@jw.com>; Sullivan, Olivia <OSullivan@beneschlaw.com>; Emery, Tori <temery@jw.com>; Aston, Adam <aaston@jw.com>; Wright, Shannon <swright@jw.com>; Babcock, Chip <cbabcock@jw.com>; Pickett, Bethany <bpickett@jw.com>; Neerman, Jonathan <jneerman@jw.com>; Blaesche, Minoo <mblaesche@jw.com>; Butzer, Carl <cbutzer@jw.com>; Freel, Jennifer <jfreel@jw.com>
**Subject:** RE: Smartmatic v. Herring Networks, Inc., No. 1:21-cv-2900

Hello Mr. McCotter,

These matters are pending before Magistrate Judge Upadhyaya. These and similar requests and communications should be directed to her chambers.

Thank you,

**Courtney A. Moore**
**Courtroom Deputy for the Honorable Judge Carl Nichols**
**U. S. District and Bankruptcy Courts for the District of Columbia**
**333 Constitution Avenue, N.W.**
**Washington, D.C. 20001**
**courtney_moore@dcd.uscourts.gov**
**(202) 354-3101**

**From:** Trent McCotter <tmccotter@boydengray.com>
**Sent:** Friday, October 27, 2023 6:10 PM
**To:** Courtney Moore <courtney_moore@dcd.uscourts.gov>; Nichols Chambers <Nichols_Chambers@dcd.uscourts.gov>
**Cc:** Kovacs, Caitlin <CKovacs@beneschlaw.com>; Dickson, Carter <cdickson@jw.com>; Edwards, John <jedwards@jw.com>; Sullivan, Olivia <OSullivan@beneschlaw.com>; Emery, Tori <temery@jw.com>; Aston, Adam <aaston@jw.com>; Wright, Shannon <swright@jw.com>; Babcock, Chip <cbabcock@jw.com>; Pickett, Bethany <bpickett@jw.com>; Neerman, Jonathan <jneerman@jw.com>; Blaesche, Minoo <mblaesche@jw.com>; Butzer, Carl <cbutzer@jw.com>; Freel, Jennifer <jfreel@jw.com>
**Subject:** RE: Smartmatic v. Herring Networks, Inc., No. 1:21-cv-2900

**CAUTION - EXTERNAL:**

Ms. Moore,

In addition to the three motions referenced in our email chain below, Defendant attaches the following two motions where we likewise seek a teleconference to obtain Court approval to file the motions on the docket, pursuant to the Court's Standing Order:

--Motion to Compel #5: inspection of source code

--Motion to Compel #6: responses to interrogatories and requests for production

Please let me know what we can do to get the teleconference scheduled as soon as possible for all these motions. Alternatively, if the Court would prefer to grant leave to file without first holding a teleconference, that would also work from our perspective.

Thanks,

Trent McCotter

---

**From:** Trent McCotter
**Sent:** Wednesday, October 18, 2023 10:26 AM
**To:** Courtney Moore <courtney_moore@dcd.uscourts.gov>; nichols_chambers@dcd.uscourts.gov
**Cc:** Kovacs, Caitlin <CKovacs@beneschlaw.com>; Dickson, Carter <cdickson@jw.com>; Edwards, John <jedwards@jw.com>; Sullivan, Olivia <OSullivan@beneschlaw.com>; Emery, Tori <temery@jw.com>; Aston, Adam <aaston@jw.com>; Wright, Shannon <swright@jw.com>; Babcock, Chip <cbabcock@jw.com>; Pickett, Bethany <bpickett@jw.com>; Neerman, Jonathan <jneerman@jw.com>; Blaesche, Minoo <mblaesche@jw.com>; Butzer, Carl <cbutzer@jw.com>;

Freel, Jennifer <jfreel@jw.com>
**Subject:** RE: Smartmatic v. Herring Networks, Inc., No. 1:21-cv-2900

Ms. Moore,

Thank you. Yes, we do request a teleconference with Judge Nichols on all of our proposed discovery motions—I've reattached them:

--a motion to compel initial disclosures about damages.

--two motions about depositions, which have largely ground to a halt.

We haven't filed these three motions on the docket, as we were awaiting leave of Court pursuant to the Standing Order.

As you may know, Judge Upadhyaya is currently considering a motion to recuse in this case, so we have been directing these motions to Judge Nichols instead, as his Standing Order requires.

Trent McCotter

---

**From:** Courtney Moore <courtney_moore@dcd.uscourts.gov>
**Sent:** Wednesday, October 18, 2023 9:30 AM
**To:** Trent McCotter <tmccotter@boydengray.com>
**Cc:** Kovacs, Caitlin <CKovacs@beneschlaw.com>; Dickson, Carter <cdickson@jw.com>; Edwards, John <jedwards@jw.com>; Sullivan, Olivia <OSullivan@beneschlaw.com>; Emery, Tori <temery@jw.com>; Aston, Adam <aaston@jw.com>; Wright, Shannon <swright@jw.com>; Babcock, Chip <cbabcock@jw.com>; Pickett, Bethany <bpickett@jw.com>; Neerman, Jonathan <jneerman@jw.com>; Blaesche, Minoo <mblaesche@jw.com>; Butzer, Carl <cbutzer@jw.com>; Freel, Jennifer <jfreel@jw.com>
**Subject:** RE: Smartmatic v. Herring Networks, Inc., No. 1:21-cv-2900

I see! I apologize. I will forward this to the Nichols_Chambers@dcd.uscourts.gov email address. I believe you would contact me to arrange for a telephone conference. Do you want to do that also, or just the summary email?

Thank you,

**Courtney A. Moore**
**Courtroom Deputy for the Honorable Judge Carl Nichols**
**U. S. District and Bankruptcy Courts for the District of Columbia**
**333 Constitution Avenue, N.W.**
**Washington, D.C. 20001**

courtney_moore@dcd.uscourts.gov
(202) 354-3101

**From:** Trent McCotter <tmccotter@boydengray.com>
**Sent:** Wednesday, October 18, 2023 9:27 AM
**To:** Courtney Moore <courtney_moore@dcd.uscourts.gov>
**Cc:** Kovacs, Caitlin <CKovacs@beneschlaw.com>; Dickson, Carter <cdickson@jw.com>; Edwards, John <jedwards@jw.com>; Sullivan, Olivia <OSullivan@beneschlaw.com>; Emery, Tori <temery@jw.com>; Aston, Adam <aaston@jw.com>; Wright, Shannon <swright@jw.com>; Babcock, Chip <cbabcock@jw.com>; Pickett, Bethany <bpickett@jw.com>; Neerman, Jonathan <jneerman@jw.com>; Blaesche, Minoo <mblaesche@jw.com>; Butzer, Carl <cbutzer@jw.com>; Freel, Jennifer <jfreel@jw.com>
**Subject:** Re: Smartmatic v. Herring Networks, Inc., No. 1:21-cv-2900

**CAUTION - EXTERNAL:**

As we read Judge Nichols' standing order, we cannot file any discovery motion on the docket without first obtaining leave of Court--but if we should go ahead and file these finalized discovery motions on the docket, please let us know.

Thanks,

Trent

**From:** Courtney Moore <courtney_moore@dcd.uscourts.gov>
**Sent:** Wednesday, October 18, 2023 9:23:18 AM
**To:** Trent McCotter <tmccotter@boydengray.com>
**Cc:** Kovacs, Caitlin <CKovacs@beneschlaw.com>; Dickson, Carter <cdickson@jw.com>; Edwards, John <jedwards@jw.com>; Sullivan, Olivia <OSullivan@beneschlaw.com>; Emery, Tori <temery@jw.com>; Aston, Adam <aaston@jw.com>; Wright, Shannon <swright@jw.com>; Babcock, Chip <cbabcock@jw.com>; Pickett, Bethany <bpickett@jw.com>; Neerman, Jonathan <jneerman@jw.com>; Blaesche, Minoo <mblaesche@jw.com>; Butzer, Carl <cbutzer@jw.com>; Freel, Jennifer <jfreel@jw.com>
**Subject:** RE: Smartmatic v. Herring Networks, Inc., No. 1:21-cv-2900

Thank you Mr. McCotter. Have you filed this on the docket?

Thank you,

**Courtney A. Moore**
**Courtroom Deputy for the Honorable Judge Carl Nichols**
**U. S. District and Bankruptcy Courts for the District of Columbia**
**333 Constitution Avenue, N.W.**
**Washington, D.C. 20001**

courtney_moore@dcd.uscourts.gov
(202) 354-3101

---

**From:** Trent McCotter <tmccotter@boydengray.com>
**Sent:** Tuesday, October 17, 2023 11:54 AM
**To:** Courtney Moore <courtney_moore@dcd.uscourts.gov>
**Cc:** Kovacs, Caitlin <CKovacs@beneschlaw.com>; Dickson, Carter <cdickson@jw.com>; Edwards, John <jedwards@jw.com>; Sullivan, Olivia <OSullivan@beneschlaw.com>; Emery, Tori <temery@jw.com>; Aston, Adam <aaston@jw.com>; Wright, Shannon <swright@jw.com>; Babcock, Chip <cbabcock@jw.com>; Pickett, Bethany <bpickett@jw.com>; Neerman, Jonathan <jneerman@jw.com>; Blaesche, Minoo <mblaesche@jw.com>; Butzer, Carl <cbutzer@jw.com>; Freel, Jennifer <jfreel@jw.com>
**Subject:** Smartmatic v. Herring Networks, Inc., No. 1:21-cv-2900

**CAUTION - EXTERNAL:**

Ms. Moore,

Pursuant to Paragraph 11 of the Court's Standing Order, I've attached another discovery motion for which Defendant requests Court approval to file in the *Smartmatic v. Herring Networks* case (1:21-cv-2900).

This motion asks the Court to order Smartmatic to promptly make rule-compliant initial disclosures about alleged damages, which were due well over a year ago.

Thank you,

Trent McCotter

_____

R. Trent McCotter
Partner | Boyden Gray PLLC
801 17th Street NW, Suite 350
Washington, DC 20006
202-706-5488
tmccotter@boydengray.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution

when opening attachments or clicking on links.