IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., *et al.*, | |
| Plaintiffs, | No. 1:21-cv-02900-CJN |
| v. | |
| HERRING NETWORKS, INC., | Magistrate Judge Moxila A. Upadhyaya |
| Defendant. | |

**[PROPOSED ORDER]**

This matter comes before the court on Smartmatic's Emergency Motion to Stay Depositions. After examining the Motion and the briefs, arguments, and authorities, the Court finds that the motion should be GRANTED.

IT IS THEREFORE ORDERED that all depositions in this matter are hereby stayed until on or after January 8, 2024.

**SO ORDERED.**

Dated:

_____
MOXIMILLA A. UPADHYAYA
Magistrate Judge