# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SMARTMATIC USA CORP., <br> SMARTMATIC HOLDING B.V., AND <br> SGO CORPORATION LIMITED, <br><br> Plaintiffs, <br> v. <br><br> HERRING NETWORKS, INC., D/B/A <br> ONE AMERICA NEWS NETWORK, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 1:21-cv-02900-CJN |

## DECLARATION OF JOHN K. EDWARDS IN SUPPORT OF OAN'S RESPONSE TO SMARTMATIC'S EMERGENCY MOTION TO STAY DEPOSITIONS

I, John K. Edwards, declare as follows:

1.    I am over the age of 21 and competent to make this declaration. I am an attorney at the law firm of Jackson Walker LLP, and am counsel for Defendant Herring Networks, Inc., d/b/a One American News Network ("OAN"). I have personal knowledge of the facts stated in this declaration and those facts are true and correct. I submit this Declaration in support of OAN's Response to Smartmatic's Emergency Motion to Stay Depositions.

2.    On October 20, 2023, OAN noticed and issued a subpoena for the deposition of third party witness Leonardo Riera to take place on November 7, 2023, in Boca Raton, Florida. A true and correct copy is attached as Exhibit 1-A. The location was selected for the convenience of Mr. Riera as a nonparty, and the date was chosen to ensure the deposition occurred before the fact discovery deadline of December 8, 2023.  On November 3, 2023, counsel for Smartmatic inquired whether the deposition was moving forward on November 7, informing me that the "November 7 date does not work for us."  I informed counsel that the deposition could be moved and requested

1

dates that work before the discovery deadline of December 8, 2023.  Smartmatic's counsel has not responded.

3.      On October 27, 2023, OAN noticed and issued a subpoena for the 30(b)(6) deposition of the Louisiana Secretary of State on November 13, 2023, in Baton Rouge, Louisiana, or at another location/date agreed to by the parties. A true and correct copy is attached as <u>Exhibit 1-B</u>.  OAN is agreeable to adjusting the date of the deposition to occur before December 8, 2023.

4.      On October 27, 2023, OAN noticed and issued a subpoena for the deposition of third party witness Michelle Shafer to take place on November 14, 2023, in Austin, Texas, or at another location/date agreed to by the parties. A true and correct copy is attached as <u>Exhibit 1-C</u>. OAN is agreeable to adjusting the date of the deposition to occur before December 8, 2023.

5.      On October 27, 2023, OAN noticed and issued a subpoena for the 30(b)(6) deposition of the Wisconsin Secretary of State to take place on November 15, 2023, in Madison, Wisconsin, or at another location/date agreed to by the parties. A true and correct copy is attached as <u>Exhibit 1-D</u>.  OAN is agreeable to adjusting the date of the deposition to occur before December 8, 2023.

6.      On October 27, 2023, OAN noticed and issued a subpoena for the 30(b)(6) deposition of the Los Angeles County, California Registrar to take place on November 16, 2023, in Justin, California, or at another location/date agreed to by the parties. A true and correct copy is attached as <u>Exhibit 1-E</u>.  OAN is agreeable to adjusting the date of the deposition to occur before December 8, 2023.

7.      The parties agreed to August 28, 2023 as the substantial completion deadline for document production yet Smartmatic has made two voluminous productions since that date. On October 5, 2023, Smartmatic produced another 60,094 documents containing 565,479 images.

Then on October 16, 2023, Smartmatic produced an additional 88,814 documents containing 325,635 images.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 7, 2023

John K. Edwards