IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>        Plaintiffs,<br><br>v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK,<br><br>        Defendant. | No. 1:21-cv-02900-CJN |

## **[PROPOSED] ORDER**

Upon consideration of Smartmatic's Emergency Motion to Stay Depositions and OAN's Response in Opposition to that Motion, it is hereby ORDERED that Smartmatic's Motion is DENIED.

It is further ORDERED that OAN is awarded reasonable attorneys' fees and expenses it incurred in responding to Smartmatic's Motion. OAN is instructed to submit its application for fees and expenses within fourteen (14) days of this order.

Signed this \_\_\_\_\_ day of _____, 2023.

_____

1