# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., *et al.*, | |
| Plaintiffs, | No. 1:21-cv-02900-CJN |
| v. | |
| HERRING NETWORKS, INC., | Magistrate Judge Moxila Upadhyaya |
| Defendant. | |

**DECLARATION OF OLIVIA SULLIVAN IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF ITS EMERGENCY MOTION TO STAY DEPOSITIONS**

I, Olivia Sullivan, make this declaration pursuant to 28 U.S.C. § 1746. I hereby declare under penalty of perjury that the following is true and correct:

1. I am an attorney at Benesch, Friedlander, Coplan & Aronoff LLP and counsel for Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation (collectively, "Smartmatic") in this action. As such, I am fully familiar with the facts and circumstances of the matters stated in this declaration.

2. Since Smartmatic filed its Motion for Protective Order on September 18, 2023, OANN continued to deny that its production was deficient while also identifying additional relevant witnesses and documents on a rolling basis.

3. On October 6, 2023, OANN supplemented its answer to Interrogatories No. 7 through 20. OANN's Response identified five additional defamatory broadcasts, eight additional dates where it re-aired defamatory shows, new sources for these defamatory broadcasts, and new individuals involved in researching, preparing, or fact-checking the defamatory statements about Smartmatic.

1

4.  On October 13, 2023, Smartmatic wrote OANN about its deficient productions and identified several categories where its production is deficient. OANN responded and promised to produce additional responsive documents.

5.  OANN has continued to produce documents as recently as November 7.

6.  Los Angeles County owns Smartmatic's source code used in the 2020 U.S. Presidential Election.

7.  On November 8, 2023, OANN notified the Wisconsin Secretary of State that OANN was withdrawing its deposition subpoena. OANN did not explain as to why it withdrew the subpoena.

Date:   November 9, 2023

*/s/ Olivia Sullivan*

Olivia Sullivan, Illinois Bar No. 6330520
Benesch, Friedlander, Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
312.212.4949

*Attorney for Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*