**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> HERRING NETWORKS, INC., d/b/a ONE AMERICA NEWS NETWORK, <br><br> Defendant. | Case No. 21-cv-02900-CJN |

**PLAINTIFFS' MOTION FOR**
**ADMISSION PRO HAC VICE OF ATTORNEY RONALD S. BETMAN**

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, Lauren Tortorella, an attorney admitted to the Bar of this Court and counsel for Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (collectively "Smartmatic"), hereby moves for the admission and appearance of attorney Ronald S. Betman *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Ronald S. Betman, filed herewith.

In support of this motion, Movant states as follows:

1.      Mr. Betman is admitted and in good standing with the Bar of the State of Illinois and the Bar of the State of Michigan. Mr. Betman is also admitted to practice in  the United States Court of Appeals, 2nd Circuit, the United States Court of Appeals, 5th Circuit, the United States Court of Appeals, 7th Circuit, District Court for the Northern District of Illinois – General, the United States District Court for the Northern District of Illinois – Trial Bar and the United States District Court for the Western District of Michigan.

2.      Mr. Betman is not currently and has never previously been the subject of any disciplinary action by any state or federal bar association or administrative agency.

3.      Movant is satisfied that Mr. Betman possesses the character and skills required of a member of the Bar of this Court.

WHEREFORE, Movant requests admission of Ronald S. Betman as representative of Plaintiffs Smartmatic in this proceeding.

Dated: November 16, 2023                    Respectfully submitted,

/s/ Lauren C. Tortorella
Lauren C. Tortorella
    DC Bar No. IL0102
    Email: ltortorella@beneschlaw.com

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312.212.4949

*Attorneys for Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document will be filed with

the Clerk of Court using the CM/ECF system on November 16, 2023, which I understand to have

served counsel for the parties.


*/s/ Lauren C. Tortorella*
Lauren C. Tortorella