IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>HERRING NETWORKS, INC., d/b/a ONE AMERICA NEWS NETWORK,<br><br>Defendant. | Case No. 21-cv-02900-CJN |

## DECLARATION OF RONALD S. BETMAN
## IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Civil Rule 83.2(d) of the United Sates District for the District of Columbia, I, Ronald S. Betman, hereby declare:

1. My full name is Ronald Steven Betman. I serve as counsel for Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (collectively, "Smartmatic"). I am seeking to appear *pro hac vice* as a lawyer for Smartmatic in the above captioned matter pending before the U.S. District Court for the District of Columbia.

2. I am an attorney practicing with the law firm of Benesch, Friedlander, Coplan & Arnoff LLP located at 71 South Wacker Drive, Suite 1600, Chicago, IL 60606. My telephone number is (312) 212-4949.

3. I am admitted to and am a member in good standing with the State Bar of Illinois. Attached as Exhibit A is a certificate of good standing issued by the Clerk of the Supreme Court of Illinois. My Illinois registration number is 6193103. I am also admitted to and am a member in good standing with the State Bar of Michigan. Attached as Exhibit B is a certificate of good standing issued by the Clerk of the Supreme Court of Michigan. My Michigan registration number is P40332. I am also admitted to practice before the United States Court of Appeals, 2nd Circuit,

the United States Court of Appeals, 5th Circuit, the United States Court of Appeals, 7th Circuit, United States District Court for the Northern District of Illinois – General, the United States District Court for the Northern District of Illinois – Trial Bar and the United States Court for the Western District of Michigan.

4. I certify that there are no pending disciplinary proceedings against me before any bar, and I have not been disciplined by any bar in the past.

5. I have not previously been admitted *pro hac vice* in this Court.

6. I have not sought *pro hac vice* admission to this Court in the last two years.

7. I do not practice law from an office located in the District of Columbia.

8. I am not currently a member of the District of Columbia bar and I do not have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 13, 2023.

_____
Ronald S. Betman