IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., <br> SMARTMATIC HOLDING B.V., AND <br> SGO CORPORATION LIMITED, <br> <br> Plaintiffs, <br> v. <br> <br> HERRING NETWORKS, INC., D/B/A <br> ONE AMERICA NEWS NETWORK, <br> <br> Defendant. | Civil Action No. 1:21-cv-02900-CJN |

### [PROPOSED] ORDER

Defendant's Rule 72 Objections to Magistrate Judge Ruling, challenging the Magistrate Judge's Minute Order Dated November 11, 2023, are hereby SUSTAINED.

IT IS FURTHER ORDERED that the November 11, 2023 Minute Order is SET ASIDE and the temporary stay of all of Defendant's depositions is LIFTED.

SO ORDERED, this _____ day of _____, 2023.

/s/ _____

1