# Exhibit G

**Search Terms**
**Issues & Crisis Group, Scott Circle Comms, SEC Newgate, and Courtney Torres Consulting**

REQUEST NO. 1: All Communications to or from any Smartmatic Entity, including but not limited to all Communications with any Smartmatic Entity's agents, representatives, attorneys, insurers, contractors, subcontractors and/or vendors.

- !@smartmatic.com OR !rousch!

REQUEST NO. 2: All Documents and Communications comprising or evidencing any agreement between You and any Smartmatic Entity.
REQUEST NO. 3: All Documents and Communications concerning the scope of Your retention by any Smartmatic Entity.

- *We do not believe search terms are necessary because these Requests are best satisfied without search queries, but in the spirit of compromise, and while reserving our rights, we think these terms will best capture these Requests.*
- (Smartmatic! OR "Smart-matic!" OR "Smart Matic!" OR SMMT! OR SMT! OR SGO OR Smartmatik! OR Smtt! OR !@smartmatic.com OR !rousch!) AND (contract! OR agree! OR arrange! Or amend! OR analy! OR rider! OR execut! OR signat! OR engag! OR retain! OR budget! OR owe! OR due! OR receivable! OR "AR" OR severab! OR offer! OR licens! OR reputat! OR brand! OR recep! OR perce! OR image! OR proposal! OR market! OR !media! OR entry OR enter! OR breakthrough! OR break-through! OR "break through!" OR breakthru! OR strateg! OR consumer! OR plant! OR disinf! OR truth! OR accur! OR believ! OR convinc! OR problem! OR dog! OR deflect! OR conversation! OR story! OR angle! OR shift! OR market! OR damag! OR impact! OR deci! )

REQUEST NO. 4: All Documents and Communications concerning any Smartmatic Entity and claims of election fraud, bribery, election hacking, and/or the improper or inaccurate counting of votes during the 2020 Election in the United States.
REQUEST NO. 5: All Documents and Communications concerning any press releases or other public Communications drafted, prepared, revised or reviewed by You related to any Smartmatic Entity and claims of election fraud, bribery, election hacking, and/or the improper or inaccurate counting of votes during the 2020 Election in the United States.
REQUEST NO. 7: All Documents and Communications concerning any Smartmatic Entity and claims of election fraud, bribery, election hacking, election rigging, and/or the improper or inaccurate counting of votes during any election in Venezuela.
REQUEST NO. 11: All Documents and Communications related to any allegations of bribery by any Smartmatic Entity, or any of its employees or agents.

- (Smartmatic! OR "Smart-matic!" OR "Smart Matic!" OR SMMT! OR SMT! OR SGO OR Smartmatik! OR Smtt! OR !@smartmatic.com OR !rousch!) AND (fraud!

1

OR brib! or hack! OR tabulat! OR error! OR glitch! OR bug! OR switch! OR virus! OR compromis! OR exploit! OR disappear! OR backdoor! OR back-door! OR "back door" OR attack! OR breach! OR calibrat! OR error OR corrupt! OR crack! OR crash! OR decert! OR fuck! OR "fu! Up" OR suck! OR shit! OR crap! OR incorrect! OR inaccurat! OR internet OR infect! OR infiltrat! OR investigat! Or hearing! OR inquir! OR los! OR malfunction! OR malicious OR malware! OR manipulat! OR mislead! OR "man in the middle" OR misread! OR problem! OR recount! OR "regression error" OR reject! OR reliab! OR rig! OR subvert! OR suscept! OR suspic! OR switch! OR screw! OR surg! OR tabulat! OR tamper! OR threat! OR unreliab! OR unsaf! OR unverif! OR USB OR unverif! OR virus! OR vulnerab! OR weak! OR whistle! OR Venezula! OR VZ! OR Chavez! OR Maduro! OR bad OR negative! OR fals! OR harm! OR hurt! OR concern! OR fix! OR improv! OR inappropriate! OR illicit! OR steal! OR stole! OR "buy off" OR "pay off" OR kickback! OR gift! OR present! OR "thing of value" OR valuabl! OR induce! OR incent! OR sweeten! OR deal! OR payoff! OR optic! OR "hush money" OR blackmail! OR "black mail" OR reward! OR compesat! OR lure! OR bait! OR entice! OR whistle! OR gratuit! OR expensiv! OR "wine and dine" OR allur! OR mislead! OR harm! OR hurt! OR fals! OR concern! OR problem! OR percep! OR "image" OR "LA" OR Los Angeles OR "LA County" OR California! OR CFIUS OR "Committee on Foreign Investment" OR Treasury OR "Rep. Maloney" OR "Representative Maloney" OR Maloney OR Congress! OR Representative! OR Sequoia! OR Dominion! OR DVS! OR Philippine! OR Kenya! OR Belgium! OR China! OR Chinese OR !FNN! OR Fox! OR Tucker OR Carlson! OR Dana OR Perino! OR Bartiromo! OR Newsmax! OR Powell! OR Sydney! OR Sidney! OR Giuliani! OR Lindell! OR "election interference" OR "foreign interference" OR interfere! OR !clinton! OR !Trump! OR "never trump" OR !nevertrump! OR !Trump! OR !biden! OR misinformation OR dis-information OR mis-information OR collud! OR Pennsylvania! OR PA! OR Penn! OR Arizona! OR "AZ" OR Wisconsin! OR "WI" OR Wisc! OR Nevada! OR "NV" OR "North Carolina" OR "NC" OR Georgia! OR "GA" OR Michigan! OR "MI" OR Mich! OR Antrim OR Ellis! OR "Jenna Ellis" OR Lin Wood OR Lin OR Republican! OR Democrat! OR stolen! OR January 6 OR J6 OR "Jan. 6!" OR !Wikipedia! OR wiki! OR !herring! OR OAN! OR OANN! OR "One America" OR Chanel! OR Rion! OR (Christin! /3 Bob!) OR Bobb! OR (Dan! /3 Bal!) OR Hussion! OR (Steph! /3 Hamil!) OR Hamill! OR (Steph! /3 Myer!) OR Althaus! OR Harp! OR Aksalic! OR Dinow! OR Finn! OR Fifield! OR Byrne! OR Rudy! OR Giuliani! OR Rudolph! OR Lindell! OR mypillow! OR pillow! OR (my /3 pillow!) OR Oltman! OR Powell! OR Solomon! OR Watkin! OR Ayyadurai! OR DePerno! OR Fanning! OR (Doug! /3 Frank!) OR McInerney! OR Ramsland! OR Waldron! OR "News Room!" OR "Real America!" OR "The Real Story!" OR "Tipping Point!" OR "Weekly Briefing!" OR "Absolute Proof!" OR "Scientific Proof!" OR "Absolute Interference!" OR Bautista! OR indict! OR plant! OR disinf! OR Chong OR truth! OR accur! OR belie! OR convinc! OR dog! OR deflect! OR conversation! OR story! OR angle! OR shift! OR market! OR damag! OR impact! OR consumer! OR deci! OR connect! OR increas! OR decreas! OR profil! OR demograph! OR benef!)

REQUEST NO. 6: All Documents and Communications concerning any Smartmatic Entity and its alleged connections to Venezuela, Hugo Chavez, or George Soros.

- (Smartmatic! OR "Smart-matic!" OR "Smart Matic!" OR SMMT! OR SMT! OR SGO OR Smartmatik! OR Smtt! OR !@smartmatic.com OR !rousch!) AND (Venezuel! OR VZ! OR Chavez! OR Soros! OR "GS" OR "Open Society" OR "Open Societies" OR OSF! OR OSI! OR "Open-societ!" OR Maduro! OR Castro! OR Ex-Cle! OR ExCle! OR "Jorge Rodriguez" OR "Delcy" OR "National Electoral Council" OR "NEC" OR "CNE" OR "Alfred Jose Anzola" OR Anzola OR Caracas OR CANTV OR (Will! /3 Brownfield) OR Brownfield! OR Brownsfield! OR (George! /10 Foundation) OR (George! /10 societ!) OR Bautista! OR indict! OR plant! OR disinf! OR Chong OR truth! OR accur! OR believ! OR convinc! OR problem! OR dog! OR deflect! OR conversation! OR story! OR angle! OR shift! OR market! OR damag! OR impact! OR consumer! OR deci! OR connect! OR increas! OR decreas! OR profil! OR demograph! OR los! OR benef!)

REQUEST NO. 8: All Documents and Communications concerning any press releases or other public Communications drafted, prepared, revised or reviewed by You related to any Smartmatic Entity and claims of election fraud, bribery, election hacking, election rigging, and/or the improper or inaccurate counting of votes during any election in Venezuela.

REQUEST NO. 10: All Documents and Communications concerning any press releases or other public Communications drafted, prepared, revised or reviewed by You related to Smartmatic voting machines, voting software, or election tabulating equipment.

REQUEST NO. 12: All Documents and Communications concerning any press releases or other public Communications drafted, prepared, revised or reviewed by You related to any allegations of bribery by any Smartmatic Entity, or any of its employees or agents.

REQUEST NO. 13: All Documents and Communications concerning any press releases or other public communications drafted, prepared, revised or reviewed by You concerning any Smartmatic Entity.

- ("press release!" OR "PR" OR "talking point!" OR "talking points" OR "TPs" OR "TP" OR draft! OR circulat! OR !media! OR revis! OR review! OR analy! OR distribut! OR present! OR tweet! OR twit! OR slide! OR deck! OR OneNote! OR word! OR ppt! OR Googledoc! OR "Google doc" OR sheet! OR excel! AND brand!) AND (Smartmatic! OR "Smart-matic!" OR "Smart Matic!" OR SMMT! OR SMT! OR SGO OR Smartmatik! OR Smtt! OR !@smartmatic.com OR !rousch! OR fraud! OR brib! OR inappropriate! OR illicit! OR steal! OR stole! OR "buy off" OR "pay off" OR kickback! OR gift! OR present! OR "thing of value" OR valuable! OR induce! OR incent! OR sweeten! OR deal! OR payoff! OR optic! OR "hush money" OR blackmail OR "black mail" OR reward! OR compensat! OR lure! OR bait! OR entice! OR whistl! OR gratuit! OR expensiv! OR "wine and dine" OR allur! OR mislead! OR harm! OR hurt! OR fals! OR concern! OR problem! OR percep! OR image OR hack! OR tabulat! OR error! OR glitch! OR bug! OR switch! OR virus OR compromis! OR exploit! OR disappear! OR backdoor! OR back-door OR "back door" OR attack! OR breach! OR calibrat! OR error! OR corrupt! OR crack! OR crash! OR decert! OR fuck! OR "fu! Up" OR suck! OR shit! OR crap! OR incorrect! OR !accurat! OR internet OR infect! OR infiltrat! OR investigat! Or hearing! OR

3

inquir! OR los! OR malfunction! OR malicious OR malware! OR manipulat! OR "man in the middle" OR misread! OR problem! OR recount! OR reject! OR reliab! OR rig! OR subvert! OR suscept! OR suspic! OR switch! OR screw! OR surg! OR tabulat! OR tamper! OR threat! OR unreliab! OR unsaf! OR unverif! OR USB OR virus! OR vulnerab! OR weak! OR whistle! OR Venezula! OR VZ! OR Chavez! OR Maduro! OR Castro! OR bad OR negative! OR fals! OR harm! OR hurt! OR concern! OR fix! OR improv! OR mislead! OR "LA" OR "Los Angeles!" OR "LA County!" OR California! OR CFIUS OR "Committee on Foreign Investment" OR Treasury OR "Rep. Maloney" OR "Representative Maloney" OR Maloney OR Congress! OR Representativ! OR Sequoia! OR Dominion! OR DVS! OR Philippine! OR Kenya! OR Belgium! OR China! OR Chinese OR !FNN! OR Fox OR OR Tucker OR Carlson OR "Dana" OR Perino! OR Bartiromo! OR Newsmax OR Powell! OR Sidney! OR Sydney! OR Giuliani! OR Lindell! OR "election interference" OR "foreign interference" OR interfere! OR !clinton! OR !Trump! OR "never trump" OR !nevertrump! OR !biden! OR dis-information OR misinformation! OR mis-information OR collud! OR Pennsylvania! OR "PA" OR Penn OR Arizona! OR "AZ" OR Wisconsin! OR "WI" OR Wisc OR Nevada! OR "NV" OR "North Carolina" OR "NC" OR Georgia! OR "GA" OR Michigan! OR MI OR Mich OR Antrim! OR Ellis! OR "Jenna Ellis" OR Lin Wood OR Lin OR !Republican! OR !Democrat! OR stolen! OR "January 6" OR "J6" OR "Jan. 6" OR Wikipedia OR wiki! OR !herring! OR OAN! OR OANN! OR "One America" OR Chanel OR Rion OR (Christin! /3 Bob!) OR Bobb! OR (Dan! /3 Bal!) OR Hussion! OR (Steph! /3 Hamil!) OR Hamill! OR (Steph! /3 Myer!) OR Althaus! OR Harp! OR Aksalic! OR Dinow! OR Finn! OR Fifield! OR Byrne! OR Rudy! OR Giuliani! OR Rudolph! OR Lindell! OR mypillow! OR pillow! OR (my /3 pillow!) OR Oltman! OR Powell! OR Solomon! OR Watkin! OR Ayyadurai! OR DePerno! OR Fanning! OR (Doug! /3 Frank!) OR McInerney! OR Ramsland! OR Waldron! OR "News Room!" OR "Real America!" OR "The Real Story!" OR "Tipping Point!" OR "Weekly Briefing!" OR "Absolute Proof!" OR "Scientific Proof!" OR "Absolute Interference!" OR Bautista! OR indict! OR plant! OR disinf! OR Chong OR truth! OR believ! OR convinc! OR problem! OR dog! OR deflect! OR conversation! OR story! OR angle! OR shift! OR market! OR damag! OR impact! OR consumer! OR deci! OR connect! OR increas! OR decreas! OR profil! OR demograph! OR los! OR benef! OR politico!)

REQUEST NO. 9: All Documents and Communications related to Smartmatic voting machines, voting software, or election tabulating equipment.

- (Smartmatic! OR "Smart-matic!" OR "Smart Matic!" OR SMMT! OR SMT! OR SGO OR Smartmatik! OR Smtt! OR !@smartmatic.com OR !rousch!) AND (equipment! OR hardwar! OR "hard ware" OR "hard-ware" OR softwar! OR "soft-ware" OR "soft ware" OR "intellectual property" OR "IP" OR machine! OR "source code" OR "sourcecode" OR "source-code" OR technolog! OR contract! OR !cyber OR !cyber-! OR fingerprint! OR firmware! OR "firm ware" OR fraction! OR licens! OR market! OR malwar! OR procur! OR purchas! OR reassess! OR recount! OR server! OR sold OR sell OR tabulat! OR thumb! OR USB! OR market! OR damag!)

4

REQUEST NO. 14: All Communications with Other Media Organizations, and Documents related thereto, including, but not limited to, draft or proposed articles for publication, regarding the Smartmatic Entities, the 2020 Election in the United States, or claims of election fraud, election hacking, election rigging, and/or the improper or inaccurate counting of votes.

- See <u>Exhibit A</u>, Media Organizations list to run these search terms against:
- (Smartmatic! OR "Smart-matic!" OR "Smart Matic!" OR SMMT! OR SMT! OR SGO OR Smartmatik! OR Smtt! OR !@smartmatic.com OR !rousch! OR fraud! OR brib! OR inappropriate! OR illicit! OR steal! OR stole! OR "buy off" OR "pay off" OR kickback! OR gift! OR present! OR "thing of value" OR valuable! OR induce! OR incent! OR sweeten! OR deal! OR payoff! OR optic! OR "hush money" OR blackmail OR "black mail" OR reward! OR compesat! OR lure! OR bait! OR entice! OR whistl! OR gratuit! OR expensiv! OR "wine and dine" OR allur! OR mislead! OR harm! OR hurt! OR fals! OR concern! OR problem! OR percep! OR image OR hack! OR tabulat! OR error! OR glitch! OR bug! OR switch! OR virus OR compromis! OR exploit! OR disappear! OR backdoor! OR back-door OR "back door" OR attack! OR breach! OR calibrat! OR error! OR corrupt! OR crack! OR crash! OR decert! OR fuck! OR "fu! Up" OR suck! OR shit! OR crap! OR incorrect! OR inaccurat! OR internet OR infect! OR infiltrat! OR investigat! Or hearing! OR inquir! OR los! OR malfunction! OR malicious OR malware! OR manipulat! OR "man in the middle" OR misread! OR problem! OR recount! OR reject! OR reliab! OR rig! OR subvert! OR suscept! OR suspic! OR switch! OR screw! OR surg! OR tabulat! OR tamper! OR threat! OR unreliab! OR unsaf! OR unverif! OR USB OR virus! OR vulnerab! OR weak! OR whistle! OR Venezula! OR VZ! OR Chavez! OR Maduro! OR Castro! OR bad OR negative! OR fals! OR harm! OR hurt! OR concern! OR fix! OR improv! OR mislead! OR "LA" OR "Los Angeles!" OR "LA County!" OR California! OR CFIUS OR "Committee on Foreign Investment" OR Treasury OR "Rep. Maloney" OR "Representative Maloney" OR Maloney OR Congress! OR Representativ! OR Sequoia! OR Dominion! OR DVS! OR Philippine! OR Kenya! OR Belgium! OR China! OR Chinese OR !FNN! OR Fox OR OR Tucker OR Carlson OR "Dana" OR Perino! OR Bartiromo! OR Newsmax! OR Powell! OR Sidney! OR Sydney! OR Giuliani! OR Lindell! OR "election interference" OR "foreign interference" OR interfere! OR !clinton! OR !Trump! OR "never trump" OR !nevertrump! OR !biden! OR disinformation OR dis-information OR misinformation! OR mis-information OR collud! OR Pennsylvania! OR "PA" OR Penn OR Arizona! OR "AZ" OR Wisconsin! OR "WI" OR Wisc OR Nevada! OR "NV" OR "North Carolina" OR "NC" OR Georgia! OR "GA" OR Michigan! OR MI OR Mich OR Antrim! OR Ellis! OR "Jenna Ellis" OR Lin Wood OR Lin OR !Republican! OR !Democrat! OR stolen! OR "January 6" OR "J6" OR "Jan. 6" OR Wikipedia OR wiki! OR !herring! OR OAN! OR OANN! OR "One America" OR Chanel OR Rion OR (Christin! /3 Bob!) OR Bobb! OR (Dan! /3 Bal!) OR Hussion! OR (Steph! /3 Hamil!) OR Hamill! OR (Steph! /3 Myer!) OR Althaus! OR Harp! OR Aksalic! OR Dinow! OR Finn! OR Fifield! OR Byrne! OR Rudy! OR Giuliani! OR Rudolph! OR Lindell! OR mypillow! OR pillow! OR (my /3 pillow!) OR Oltman! OR Powell! OR Solomon! OR Watkin! OR Ayyadurai! OR DePerno! OR Fanning! OR (Doug! /3 Frank!) OR McInerney! OR Ramsland! OR Waldron! OR "News Room!" OR "Real America!" OR "The Real Story!" OR "Tipping Point!" OR "Weekly Briefing!" OR "Absolute Proof!" OR

5

"Scientific Proof!" OR "Absolute Interference!" OR Bautista! OR indict! OR plant! OR disinf! OR Chong OR truth! OR accur! OR believ! OR convinc! OR problem! OR dog! OR deflect! OR conversation! OR story! OR angle! OR shift! OR market! OR damag! OR impact! OR consumer! OR deci! OR connect! OR increas! OR decreas! OR profil! OR demograph! OR los! OR benef!)

REQUEST NO. 15: All Documents and Communications produced, whether by cooperation or in response to any applicable subpoena or other discovery device related to any Smartmatic Entity.

- ***No search terms necessary because the Requests is best satisfied without search queries.***

# Exhibit A

## Media Organizations

ABC
Advocate, The
Alltop
Alternet
American Conservative, The
American Spectator, The
Anchorage Daily News
Anchorage Press
Arizona Daily Star
Arizona Republic
Associated Press, The
Atlanta Business Chronicle
Atlanta Journal-Constitution
Atlantic, The
Axios
Baltimore Sun
Barron's
Baton Rouge Business Report
Blaze, The
Bloomberg
Boston Globe
Boston Herald
Boulder Daily Camera
Breitbart
Burbank Leader
Business Insider
Buzzfeed
C-Span
CBN
CBS
Charlotte Observer
Chattanooga Times Free Press
Chicago Tribune CNN
Christian Science Monitor, The
Cincinnati Business Courier
Cincinnati Enquirer/Post
Cleveland Plain Dealer
CNBC
Colorado Politics

Colorado Springs Gazette, The
Columbus Dispatch
Crain's Detroit Business
Daily Advertiser, The
Daily Beast
Daily Caller
Daily Mail
Daily Wire
Dallas Morning News
Daily Oklahoman
Daily Pilot
Daily Post-Athenian, The
Democracy Now!
Denver Post
Deseret News
Desert Valley Times
Detroit News/Free Press
Diplomat, The
Dispatch, The
Economist, The
Epoch Times, The
Facebook
Fairbanks Daily News-Miner
Federalist, The
Five Thirty Eight
Forbes
Fort Apache Scout, The
Fort Bend Sun
Fort Collins Coloradoan
Fort Worth Star-Telegram
Fox Business Channel
Fox News Channel
Fox News Network
Gateway Pundit, The
Google
Glendale News-Press
Grand Junction Daily
Grand Rapids Press
Greely Tribune
Guardian, The
Gwinnett Daily Post, The

Hill, The
Homer News
Houston Chronicle
Huffington Post, The
Independent, The
Independent Journal Insider
Indianapolis Star
Intercept, The
International Business Times
Investor's Business Daily
Jacobin
Johnson City Press
Juneau Empire
Kansas City Star
Kingsport Times-News
Knoxville News Sentinel
Lansing State Journal
Las Vegas Review-Journal
Las Vegas Sun
Los Angeles Times
Louisville Courier-Journal
MarketWatch
Mason Valley News
McClatchy
Media Research Center
Mediatite
Memphis Business Journal
Meta
Miami Herald
Milwaukee Journal
Minneapolis Star Tribune
Mother Jones
MSNBC
Myer-Henderson Hall's Pentagram
Nashville Business Journal
Nation, The
National Review
NBC
Newark Star-Ledger
New Orleans Advocate, The
Newsday

Newsmax
NewsNation
Newsweek
New Yorker, The
New York Post
New York Times, The
NPR
OANN
Orange County Register
Orlando Sentinel
PBS
Peninsula Clarion Dispatch
Pew Research
Philadelphia Business Journal
Philadelphia Daily News
Philadelphia Inquirer
Phoenix Business Journal
Phoenix New Times
Pittsburgh Business Times
Pittsburgh Post-Gazette
Pittsburgh Tribune-Review
POLITICO
Politifact
Portland Oregonian
Post Millennial, The
Poynter
ProPublica
Pueblo Chieftain
Real Clear Politics
Reason
Reno Gazette-Journal
Reuters
Review
Richmond Times-Dispatch
Rocky Mountain News
Rome News-Tribune
Sacramento Bee
Salon
San Antonio Express-News
San Diego Union-Tribune
San Francisco Chronicle

San Jose Mercury News
Seattle Times
Sentinel South Florida Sun-Sentinel
Shreveport Times, The
Slate
St. Louis Post-Dispatch
St. Paul Pioneer Press
St. Petersburg Times
Star Tribune
Tampa Bay Times
Tampa Tribune
Tennessean, The
Time
Times of London, The
Times-Picayune, The
Traverse City Record-Eagle
Wall Street Journal, The
USA Today
U.S. News
U.S. Sun, The
Vanity Fair
Voice of America
Vox
Washington Examiner
Washington Post, The
Washington Times
Wispolitics.com
World Journal
Yahoo!
Youtube