## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SMARTMATIC USA CORP.,
SMARTMATIC HOLDING B.V., AND
SGO CORPORATION LIMITED,

        Plaintiffs,

   v.

HERRING NETWORKS, INC., D/B/A
ONE AMERICA NEWS NETWORK,

        Defendant.

Civil Action No. 1:21-cv-02900-CJN

## ORDER GRANTING DEFENDANT'S MOTION TO COMPEL THIRD PARTY THE ISSUES AND CRISIS GROUP TO COMPLY WITH RULE 45 SUBPOENA

On this day came to be considered Defendant's Motion to Compel Third Party The Issues and Crisis Group to Comply with Rule 45 Subpoena. The Court, having considered the Motion, the briefing, and applicable law, finds that the Motion should be and hereby is GRANTED.

IT IS THEREFORE ORDERED that Defendant's Motion to Compel Third Party The Issues and Crisis Group to Comply with Rule 45 Subpoena is hereby GRANTED in its entirety.

IT IS FURTHER ORDERED that The Issues and Crisis Group is ordered to produce documents responsive to Defendant's April 19, 2023 document subpoena within 7 days of the date of this Order.

1

Signed this _____ day of _____, 2023.

_____