IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HERRING NETWORKS, INC., <br><br> Defendant. | No. 1:21-cv-02900-CJN <br><br> Judge Carl J. Nichols |

**SMARTMATIC'S NON-OPPOSITION TO DEFENDANT'S SECOND MOTION FOR ISSUANCE OF LETTERS OF REQUEST AND LETTER ROGATORY**

Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (collectively, "Smartmatic"), through undersigned counsel, hereby respond to Defendant Herring Network's (d/b/a "OANN") Second Motion for Issuance of Letters of Request and Letter Rogatory ("Motion"). (Dkt. 120).

Smartmatic has considered OANN's Motion, and is no longer in opposition. Smartmatic nevertheless objects to and disagrees with the assertions OANN sets forth in its Motion, including its assertions that its letters of request for evidence to the United Kingdom, Netherlands, and Switzerland are either relevant or necessary. Smartmatic also objects to and disagrees with OANN's assertion that a letter rogatory to Taiwan is necessary or relevant. Smartmatic has produced documents regarding its reputation globally, documents regarding lost opportunities as a result of OANN's defamatory statements, and contracts and communications with foreign jurisdictions. (Joint Notice, May 5, 2023, pp. 11-12). Smartmatic has also produced documents regarding Smartmatic's lost revenue, profits, earnings, and financial forecasts. (Joint Notice, May 5, 2023, p. 15). Smartmatic maintains that additional documents or witness testimony on those topics are not necessary.

Smartmatic reserves all rights and defenses and does not waive any as to OANN's letters of request for evidence or letter rogatory set forth in its Motion.

Dated: November 30, 2023

                                                          */s/ Caitlin A. Kovacs*
J. Erik Connolly (D.C. Bar No. IL0099)
Nicole E. Wrigley (D.C. Bar No. IL0101)
Caitlin A. Kovacs (admitted pro hac vice)
Olivia E. Sullivan (admitted pro hac vice)
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312.212.4949
econnolly@beneschlaw.com
nwrigley@beneschlaw.com
ckovacs@beneschlaw.com
oesullivan@beneschlaw.com

*Attorneys for the Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which I understand to have served counsel for the parties.

       */s/ Caitlin A. Kovacs*
Caitlin A. Kovacs (admitted pro hac vice)
*One of the Attorneys for the Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*