## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SMARTMATIC USA CORP., *et al.*,

                 Plaintiffs,

    v.

HERRING NETWORKS, INC.,

                 Defendant.

No. 1:21-cv-02900-CJN

Magistrate Judge Moxila A. Upadhyaya

### [PROPOSED] ORDER

This matter comes before the court on Plaintiffs' Motion to Compel Production of Financial Documents. After examining the Motion and the briefs, arguments, and authorities, the Court finds that the motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant Herring Networks, Inc. shall produce documents responsive to Plaintiffs' Requests for Production Nos. 49, 50, and 51.

**SO ORDERED.**

Dated:

_____
MOXILA A. UPADHYAYA
United States Magistrate Judge