# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., *et al.*,<br><br>    Plaintiffs,<br>v.<br><br>HERRING NETWORKS, INC.,<br><br>    Defendant. | No. 1:21-cv-02900-CJN |

### DECLARATION OF OLIVIA E. SULLIVAN IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT'S RULE 72 OBJECTIONS TO MAGISTRATE JUDGE RULING

I, Olivia E. Sullivan, make this declaration pursuant to 28 U.S.C. § 1746. I hereby declare under penalty of perjury that the following is true and correct:

1. I am an attorney at Benesch, Friedlander, Coplan & Aronoff LLP and counsel for Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation (collectively, "Smartmatic") in this action. As such, I am fully familiar with the facts and circumstances of the matters stated in this declaration.

2. On May 5, 2023, the parties made a joint submission to the Court which outlined eleven discovery disputes in writing.

3. OANN requested permission from Judge Nichols chambers to file five motions to compel. On October 30, Judge Nichols chambers informed OANN that "these matters are pending before Magistrate Judge Upadhyaya. These and similar requests and communications should be directed to her chambers." *See* Dkt. 113-2. On November 7, OANN contacted Judge Upadhyaya's chambers about its requested motions to compel.

1

4. On November 17, 2023, OANN asked Smartmatic to provide deposition dates for seven individuals. OANN specifically requested dates prior to December 8, 2023.

Date:   December 4, 2023

Olivia E. Sullivan, Illinois Bar No. 6330520
Benesch, Friedlander, Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
312.212.4949

*Attorney for Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*