IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>    Plaintiffs,<br>  v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK,<br><br>    Defendant. | Civil Action No. 1:21-cv-02900-CJN |

### OAN'S MOTION TO COMPEL THIRD PARTY OPEN SOCIETY INSTITUTE TO COMPLY WITH RULE 45 SUBPOENA

Defendant Herring Networks, Inc., d/b/a One America News Network ("OAN"), by counsel, respectfully submits this Motion to Compel Third Party Open Society Institute, also known as Open Society Foundations ("Open Society") to Comply with Rule 45 Subpoena. The reasons and authorities in support of this motion are set forth in the Memorandum of Points and Authorities attached hereto and incorporated by reference.

WHEREFORE, OAN respectfully moves the Court to compel Open Society to respond to OAN's document subpoena as set forth in the attached Memorandum, and to grant OAN's reasonable attorneys' fees and all other appropriate relief.

By: */s/ R. Trent McCotter*

**JACKSON WALKER L.L.P.**
Charles L. Babcock
(admitted *pro hac vice*)
Nancy W. Hamilton
(admitted *pro hac vice*)
John K. Edwards
(admitted *pro hac vice*)
Joel R. Glover
(admitted *pro hac vice*)

1

        Bethany Pickett Shah
(admitted *pro hac vice*)
1401 McKinney Suite 1900
Houston, TX 77010
Tel: (713) 752-4200
Fax: (713) 308-4110
cbabcock@jw.com
nhamilton@jw.com
jedwards@jw.com
jglover@jw.com
bpickett@jw.com

Jonathan D. Neerman
D.C. Bar No. 90003393
Carl C. Butzer
(admitted *pro hac vice*)
Minoo Sobhani Blaesche
(admitted *pro hac vice*)
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Tel: (214) 953-5664
Fax: (214) 661-6899
jneerman@jw.com
cbutzer@jw.com
mblaesche@jw.com

**BOYDEN GRAY PLLC**
R. Trent McCotter
D.C. BAR NO. 1011329
801 17th St NW, #350
Washington, DC 20006
(202) 706-5488
tmccotter@boydengray.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 5th day of December, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties. I will also serve counsel for Open Society Foundation by emailing and mailing a copy to:

Casey Donnelly
Benjamin McCallen
Vincent Iannece
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
cdonnelly@willkie.com
bmccallen@willkie.com
viannece@willkie.com

                                        */s/ R. Trent McCotter*
                                        R. Trent McCotter