## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED, <br><br> Plaintiffs, <br> v. <br><br> HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK, <br><br> Defendant. | Civil Action No. 1:21-cv-02900-CJN |

## **DEFENDANT OAN'S INDEX OF EXHIBITS**

Defendant Herring Networks, Inc., d/b/a One America News Network, pursuant to paragraph 8(b) of the Standing Order for Civil Cases, *see* ECF No. 5, submits its Index of Exhibits to the Motion to Compel Third Party Open Society Institute to Comply with Rule 45 Subpoena as follows:

| | |
|---|---|
| **Exhibit A** | Declaration of Bethany Pickett Shah |
| **Exhibit B** | OAN's Document Subpoena to George Soros |
| **Exhibit C** | OAN's Document Subpoena to Open Society |
| **Exhibit D** | Soros's Responses and Objections |
| **Exhibit E** | Open Society's Responses and Objections |
| **Exhibit F** | Email Exchange dated July 10, 2023 re Service & Extensions |
| **Exhibit G** | Email Exchange dated Sept. 19, 2023 re Meet & Confer |
| **Exhibit H** | OAN's Proposed Search Terms |

1