# Exhibit H

**Search Terms**
**Soros and OSI**

- (!@smartmatic.com OR !Smartmatic! OR "Smart-matic!" OR "Smart Matic!" OR SMMT! OR SMT! OR SGO OR Smartmatik! OR Smtt! OR Mugica! OR Pinate! OR !rousch! OR (Mark /4 !brown) OR "Malloch!" OR "MMB!" OR markmallochbrown@protonmail.com) **AND** (Venezuel! OR "VZ" OR Chavez! OR Maduro! OR Castro! OR socialis! OR communis! OR "National Electoral Council" OR "NEC" OR "CNE" OR Caracas! OR CANTV OR (Jorge /3 Rodriguez) OR "Delcy" OR (Will! /3 Brownfield) OR Ex-Cle! OR ExCle! OR !sequoia!)

- (!@smartmatic.com! OR !Smartmatic! OR "Smart-matic!" OR "Smart Matic!" OR SMMT! OR SMT! OR SGO OR Smartmatik! OR Smtt! OR Mugica! OR Pinate! OR !rousch! OR (Mark /4 !brown) OR "Malloch!" OR "MMB!" OR markmallochbrown@protonmail.com) **AND** (finan! OR loan! OR lend! OR own! OR business! OR opportun! OR "back" OR "backing" OR "backed" OR support! OR assist! OR help! OR fund! OR invest! OR "foreign investment" OR gift! OR money! OR bid! OR cash! OR cost! OR compet! OR present! OR reward! OR pay! OR collect! OR entic! OR deal! OR install! OR propos! OR contrib! OR contract! OR agreement! OR aid! OR (tender /5 document!) OR purchas! OR consult! OR collabor! OR associat! OR project! OR involve!)

- (!@smartmatic.com! OR !Smartmatic! OR "Smart-matic!" OR "Smart Matic!" OR SMMT! OR SMT! OR SGO OR Smartmatik! OR Smtt! OR Mugica! OR Pinate! OR !rousch! OR (Mark /4 !brown) OR "Malloch!" OR "MMB!" OR markmallochbrown@protonmail.com) **AND** (fraud! OR brib! OR inappropriat! OR illicit! OR steal! OR stole! OR "buy off" OR "pay off" OR kickback! OR mislead! OR harm! OR hurt! OR fals! OR concern! OR problem! OR percep! OR image! OR hack! OR tabulat! OR error! OR glitch! OR bug! OR switch! OR compromis! OR exploit! OR disappear! OR backdoor! OR attack! OR breach! OR corrupt! OR crack! OR crash! OR decert! OR incorrect! OR !accurat! OR infect! OR infiltrat! OR investigat! Or hearing! OR inquir! OR los! OR malfunction! OR malicious OR malware! OR manipulat! OR recount! OR !reliab! OR rig! OR subvert! OR suscept! OR suspic! OR screw! OR surg! OR tamper! OR threat! OR unsaf! OR unverif! OR virus! OR vulnerab! OR weak! OR whistle! OR "CFIUS!")

- (!@smartmatic.com OR !Smartmatic! OR "Smart-matic!" OR "Smart Matic!" OR SMMT! OR SMT! OR SGO OR Smartmatik! OR Smtt! OR Mugica! OR Pinate! OR !rousch! OR (Mark /4 !brown!) OR "Malloch!" OR "MMB!" OR markmallochbrown@protonmail.com) **AND** (!dominion! OR !clinton! OR "Clinton /3 Foundation" OR !biden! OR Albania! OR Serbia! OR Keny! OR Philippine! OR China! OR Chinese OR Ukrain! OR Russia! OR Bahamas! OR Barbad! OR Cuba! OR Belgium! OR Belgian! OR Oman! OR Zambia! OR Brazil! OR Australia! OR Netherland! OR Mexic! OR Ecuador! OR Columbia! OR Norw! OR Armenia! OR Argentin! OR Uganda! OR Pakistan! OR Honduras! OR Haiti! OR Panama! OR Singapor! OR Italy! OR Spain! OR Spanish! OR Jamaica! OR "El Salvador!" OR "UK" OR "United Kingdom" OR Taiwan! OR Nepal! OR Angola! OR Africa! OR German! OR Delian! OR (alex! /3 !soros) OR democrat! OR Kennard! OR Neffenger! OR OAN! OR "One America!")