AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Smartmatic USA Corp., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-02900-CJN |
| Herring Networks, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Issues and Crisis Group.

Date: 12/05/2023

/s/ J. Erik Connolly
*Attorney's signature*

J. Erik Connolly  (DC Bar No, IL-0099)
*Printed name and bar number*

Benesch Friedlander Coplan & Aronoff LLP
71 S. Wacker, Suite 1600
Chicago, IL 60606
*Address*

econnolly@beneschlaw.com
*E-mail address*

(312) 624-6348
*Telephone number*

(312) 767-9192
*FAX number*