# EXHIBIT A.3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>    Plaintiffs,<br><br>v.<br><br>HERRING NETWORKS, INC., d/b/a ONE AMERICA NEWS NETWORK,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 1:21-cv-02900-CJN<br>)<br>)<br>)<br>)<br>)  Judge Carl J. Nichols<br>)<br>)<br>) |

**DEFENDANT HERRING NETWORKS, INC. D/B/A ONE AMERICA NEWS NETWORK'S SUPPLEMENTAL OBJECTION TO PLAINTIFFS' SECOND SET OF REQUESTS FOR PRODUCTION**

The Court entered an Order (Dkt. 42) requiring all Parties to serve additional requests for production not later than May 31, 2023. OAN complied with the Court's Order but the Plaintiffs did not. Rather the Plaintiffs moved for an extension of time to serve requests for production; but instead of waiting for a ruling and in contempt of the Court's Order, two months later the Plaintiffs served these 36 requests. Out of an abundance of caution, OAN served objections to Plaintiffs' tardy and contemptuous discovery.

Should the Court ever modify its prior Order to allow some or all of these requests, OAN will meet and confer with Plaintiffs' counsel and craft appropriate responses. Until that time, however, OAN stands on its objections previously served on the Plaintiffs and incorporates them herein as if repeated verbatim.

1

Dated: September 14, 2023 By: */s/ Charles L. Babcock*

**JACKSON WALKER LLP**
Charles L. Babcock
(admitted *pro hac vice*)
Nancy W. Hamilton
(admitted *pro hac vice*)
John. K. Edwards
(admitted *pro hac vice*)
Joel R. Glover
(admitted *pro hac vice*)
Bethany Pickett Shah
(admitted *pro hac vice*
1401 McKinney Suite 1900
Houston, TX 77010
Tel: (713) 752-4200
Fax: (713) 308-4110
cbabcock@jw.com
nhamilton@jw.com
jedwards@jw.com
jglover@jw.com
bpickett@jw.com

Jonathan D. Neerman
D.C. Bar No. 90003393
Carl C. Butzer
(admitted *pro hac vice*)
Minoo Sobhani Blaesche
(admitted *pro hac vice*)
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Tel: (214) 953-5664
Fax: (214) 661-6899
jneerman@jw.com
cbutzer@jw.com
mblaesche@jw.com

**BOYDEN GRAY & ASSOCIATES**
Trent McCotter
D.C. BAR NO. 1011329
801 17th St NW, #350
Washington, DC 20006
(202) 706-5488
mccotter@boydengrayassociates.com
*Counsel for Herring Networks, Inc.*

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 14th day of September, 2023, I served the foregoing document on the following counsel of record by electronic mail:

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949
J. Erik Connolly (econnolly@beneschlaw.com)
Caitlin Kovacs (CKovacs@beneschlaw.com)
Michael E. Bloom (mbloom@beneschlaw.com)
Lee B. Muench (lmuench@beneschlaw.com)
Emily Newhouse Dillingham (edillingham@beneschlaw.com)
Lauren C. Tortorella (ltortorella@beneschlaw.com)
Kathleen Watson Moss (kwatsonmoss@beneschlaw.com)
James R. Bedell (jbedell@beneschlaw.com)
Julie M. Loftus (jloftus@beneschlaw.com)
Olivia Sullivan (osullivan@beneschlaw.com)

                                                */s/ Carl C. Butzer*
                                                Carl C. Butzer