IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., *et al.*,<br><br>                Plaintiffs,<br>v.<br><br>HERRING NETWORKS, INC.,<br><br>                Defendant. | No. 1:21-cv-02900-CJN |

**DECLARATION OF OLIVIA E. SULLIVAN IN SUPPORT OF
PLAINTIFFS' MOTION TO COMPEL DOCUMENTS FROM RELATED ACTIONS**

I, Olivia E. Sullivan, make this declaration pursuant to 28 U.S.C. § 1746. I hereby declare under penalty of perjury that the following is true and correct:

1. I am an attorney at Benesch, Friedlander, Coplan & Aronoff LLP and counsel for Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation (collectively, "Smartmatic") in this action. As such, I am fully familiar with the facts and circumstances of the matters stated in this declaration.

2. Attached as Exhibit A is a true and correct copy of Smartmatic's First Set of Requests for Production, dated October 21, 2022.

3. Attached as Exhibit B is a true and correct copy of OANN's Responses and Objections to Smartmatic's First Set of Requests for Production, dated December 16, 2022.

4. Attached as Exhibit C is a true and correct copy of a letter from Michael Bloom to Brian Ledebuhr, dated January 3, 2023.

5. On January 25 and January 27, 2023, the parties met and conferred regarding discovery issues, including Smartmatic's First Set of Requests for Production. OANN took the

1

position that documents it produced in other litigation related to the 2020 election was not relevant. OANN also took the position that documents Smartmatic produced in other litigation related to the 2020 election was relevant and should be produced.

6. Attached as Exhibit D is a true and correct copy of Smartmatic's Second Set of Requests for Production, dated July 31, 2023.

7. The parties met and conferred on August 23, 2023, which included a discussion of Smartmatic's Second Set of Requests for Production. Smartmatic asked whether OANN had begun producing documents to Dominion, and OANN reiterated that it would not be making those productions available to Smartmatic.

8. Attached as Exhibit E is a true and correct copy of OANN's Responses and Objections to Smartmatic's Second Set of Requests for Production, dated August 30, 2023.

9. The parties met and conferred on September 6, 2023, which included a discussion of whether OANN would make its productions to Dominion available to Smartmatic. OANN remained firm in its position that it would not make those productions available.

10. On September 7, 2023, Smartmatic let OANN know that the parties were at an impasse on the issue of documents produced by OANN in its related litigation.

11. Smartmatic has made its productions to Fox News Network available to OANN on a rolling basis, with the last production being shared on December 3, 2023.

12. Attached as Exhibit F is a true and correct copy of the initial complaint filed in *US Dominion, Inc. v. Herring Networks, Inc.*, currently pending in the U.S. District Court for the District of Columbia.

13. Attached as Exhibit G is a true and correct copy of the initial complaint filed in *Freeman v. Herring Networks, Inc.* in the U.S. District Court for the District of Columbia.

14. Attached as Exhibit H is a true and correct copy of the initial complaint filed in *Coomer v. Donald J. Trump for President*, currently pending in the District Court for Denver County, Colorado.

15. Attached as Exhibit I is a true and correct copy of OANN's First Set of Requests for Production to Smartmatic USA Corp.

16. On December 2, 2023, OANN proposed that the parties mutually exchange certain deposition transcripts in Smartmatic's cases against Fox News, Newsmax, Sidney Powell, and Michael Lindell, as well as OANN's cases against Dr. Eric Coomer and Dominion Voting Systems, which it collectively referred to as related litigation.

I declare under penalty of perjury that the foregoing is true and correct.

Date: December 6, 2023

Olivia E. Sullivan, Illinois Bar No. 6330520
Benesch, Friedlander, Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
312.212.4949

*Attorney for Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*