**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

SMARTMATIC USA CORP., *et al.*,

                Plaintiffs,

      v.

HERRING NETWORKS, INC.,

                Defendant.

No. 1:21-cv-02900-CJN

Magistrate Judge Moxila A. Upadhyaya

**[PROPOSED] ORDER**

This matter comes before the court on Plaintiffs' Motion to Compel Defendants' Production of Documents From Related Actions. After examining the Motion and the briefs, arguments, and authorities, the Court finds that the motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant Herring Networks, Inc. shall produce documents responsive to Plaintiffs' Second Set of Requests for Production.

**SO ORDERED.**

Dated:

_____
MOXILA A. UPADHYAYA
United States Magistrate Judge