IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., ) <br> SMARTMATIC HOLDING B.V., AND ) <br> SGO CORPORATION LIMITED, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> HERRING NETWORKS, INC., D/B/A ) <br> ONE AMERICA NEWS NETWORK, ) <br> ) <br> Defendant. ) | Civil Action No. 1:21-cv-02900-CJN |

## DECLARATION OF R. TRENT MCCOTTER IN SUPPORT OF MOTION TO STRIKE

I, R. Trent McCotter, declare as follows:

1. I am over the age of 21 and competent to make this declaration. I am an attorney at the law firm of Boyden Gray PLLC and am counsel for Defendant Herring Networks, Inc., d/b/a One American News Network ("OAN"). I have personal knowledge of the facts stated in this declaration and those facts are true and correct. I submit this Declaration in support of OAN's Motion to Strike.

2. Attached as Exhibit A is a true and accurate copy of an email chain from October to November 2023, documenting Defendant's requests for leave to submit five different discovery motions. I have omitted the PDFs that were attached to the top email in that chain. Those PDFs comprised Defendant's proposed discovery motions themselves.

3. Attached as Exhibit B is a true and accurate copy of an email chain from October 2023.

I declare under penalty of perjury under the laws of the Untied States that the foregoing is true and correct.

Executed on December 7, 2023.

*/s/ R. Trent McCotter*
R. Trent McCotter