# <u>Ex. B</u>

## Trent McCotter

**From:** Sullivan, Olivia <OSullivan@beneschlaw.com>
**Sent:** Monday, October 2, 2023 9:46 PM
**To:** Courtney Moore; Edwards, John
**Cc:** Kovacs, Caitlin; Dickson, Carter; Emery, Tori; Aston, Adam; Trent McCotter
**Subject:** RE: Smartmatic USA Corp et al. v. Herring Networks, Inc.; CA 1:21-cv-02900 (CJN) - Discovery Dispute

Dear Ms. Moore,

Smartmatic writes to inform the Court that in addition to the issues OANN raises below, Smartmatic has a number of disputes with OANN about which Smartmatic would like to request the Court's assistance. Briefly, those disputes include: (1) OANN's refusal to produce any documents in response to Smartmatic's Second Set of Requests for Production; (2) OANN's insufficient production in response to Smartmatic's First Set of Requests for Production; and (3) OANN's blanket refusal to produce documents it is already producing in related litigation.

If the Court so desires, the parties are happy to provide a more detailed joint submission of the issues in advance of the conference by whatever date the Court deems convenient.

Thank you very much for your time and attention to this matter.

Best,

Olivia Sullivan

Counsel for Smartmatic





Olivia Sullivan
(she/her/hers)
Associate | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6415 | m: 913.742.9568
OSullivan@beneschlaw.com | www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** Courtney Moore <courtney_moore@dcd.uscourts.gov>
**Sent:** Monday, August 28, 2023 8:06 AM
**To:** Edwards, John <jedwards@jw.com>
**Cc:** Kovacs, Caitlin <CKovacs@beneschlaw.com>; Sullivan, Olivia <OSullivan@beneschlaw.com>; Dickson, Carter <cdickson@jw.com>; Emery, Tori <temery@jw.com>; Aston, Adam <aaston@jw.com>; Trent McCotter <mccotter@boydengrayassociates.com>
**Subject:** RE: Smartmatic USA Corp et al. v. Herring Networks, Inc.; CA 1:21-cv-02900 (CJN) - Discovery Dispute

Thank you! I will forward this to Chambers.

Thank you,

**Courtney A. Moore**
**Courtroom Deputy for the Honorable Judge Carl Nichols**
**U. S. District and Bankruptcy Courts for the District of Columbia**
**333 Constitution Avenue, N.W.**
**Washington, D.C. 20001**
**courtney_moore@dcd.uscourts.gov**
**(202) 354-3101**

---

**From:** Edwards, John <jedwards@jw.com>
**Sent:** Friday, August 25, 2023 6:25 PM
**To:** Courtney Moore <courtney_moore@dcd.uscourts.gov>
**Cc:** Kovacs, Caitlin <CKovacs@beneschlaw.com>; Sullivan, Olivia <OSullivan@beneschlaw.com>; Dickson, Carter <cdickson@jw.com>; Emery, Tori <temery@jw.com>; Aston, Adam <aaston@jw.com>; Trent McCotter <mccotter@boydengrayassociates.com>
**Subject:** FW: Smartmatic USA Corp et al. v. Herring Networks, Inc.; CA 1:21-cv-02900 (CJN) - Discovery Dispute

**CAUTION - EXTERNAL:**

Resending to corrected address.

---

**From:** Edwards, John
**Sent:** Friday, August 25, 2023 4:40 PM
**To:** 'courtney_moore@dcd.uscourts.com' <courtney_moore@dcd.uscourts.com>
**Cc:** 'Kovacs, Caitlin' <CKovacs@beneschlaw.com>; Sullivan, Olivia <OSullivan@beneschlaw.com>; Dickson, Carter <cdickson@jw.com>; Emery, Tori <temery@jw.com>; Aston, Adam <aaston@jw.com>; Trent McCotter <mccotter@boydengrayassociates.com>
**Subject:** Smartmatic USA Corp et al. v. Herring Networks, Inc.; CA 1:21-cv-02900 (CJN) - Discovery Dispute

Good afternoon Ms. Moore.

I write on behalf of Defendant Herring Networks, Inc. in the above-referenced matter to request a teleconference with the Court pursuant to Paragraph 11 of the Court's Standing Order (attached). The parties have made a good faith effort to resolve certain discovery disputes but have reached an impasse. The disputes relate to two issues: (1) proposed custodians and search queries for Plaintiffs' document collection and production; and (2) Plaintiffs' response to Defendant's Interrogatory No. 4. While the Court has referred some prior discovery disputes to the Magistrate Judge, I send this email in compliance with Paragraph 11 of the Standing Order, which requires contact with chambers when the parties have reached an intractable discovery dispute. In addition, there is a pending motion to recuse the Magistrate Judge.

We ask that the Court set a teleconference to discuss these issues. In advance of the teleconference, the parties will prepare a short email summary of the disputes as required by Paragraph 11 of the Standing Order.

Respectfully,

John K. Edwards
Counsel for Defendant, Herring Networks, Inc.

John K. Edwards | Partner
1401 McKinney Suite 1900 | Houston, TX | 77010
V: (713) 752-4319 | C:  (713) 553-7951 | F: (713) 308-4117
 John Edwards - Houston Litigation Attorney - Jackson Walker (jw.com)| jedwards@jw.com



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.