# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., *et al.*, | |
| Plaintiffs, | No. 1:21-cv-02900-CJN |
| v. | |
| HERRING NETWORKS, INC., | Judge Carl J. Nichols |
| Defendant. | |

## PLAINTIFFS' SUPPLEMENTAL MOTION TO ISSUE A PROTECTIVE ORDER, STAY DEPOSITIONS, AND AMEND SCHEDULING ORDER

On September 18, 2023, Plaintiffs Smartmatic USA Corp., Smartmatic International Holdings B.V., and SGO Corporation Limited (collectively, "Smartmatic"), by counsel, filed a motion to issue a protective order quashing Defendant Herring Network Inc.'s (d/b/a OANN) ("OANN") deposition notices and to amend the Scheduling Order (Dkt. 42) ("Scheduling Order"), extend the fact discovery deadline to April 8, 2024, and stay depositions until January 8, 2024 ("Motion"). (Dkt. 96).

Pursuant to the scheduling order issued by this Court on October 11, 2022, fact discovery is set to close today, December 8, 2023. (*See* Dkt. 42). In anticipation of the fast-approaching close of fact discovery, on September 18, 2023, Smartmatic filed its Motion asking the court, in part, to amend the scheduling order. (*See* Dkt. 96). Smartmatic set forth the following proposal for the amendment of the scheduling order:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Depositions May Commence | | January 8, 2024 |
| Completion of Fact Discovery | December 8, 2023 | April 8, 2024 |
| Proponents Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2) | January 19, 2024 | May 13, 2024 |
| Opponents Designate Expert Witnesses and Produce Expert Reports Under Fed. R. Civ. P. 26(a)(2) | February 23, 2024 | June 17, 2024 |
| Proponents Produce Responsive Expert Reports | March 22, 2024 | July 15, 2024 |
| Expert Depositions | May 3, 2024 | August 26, 2024 |
| Status Conference: In-Person[4] | May 15, 2024 | September 11, 2024 |
| File Dispositive Motions | June 7, 2024 | October 4, 2024 |
| File Opposition to Dispositive Motions | July 22, 2024 | November 22, 2024 |
| File Replies in Support of Dispositive Motions | August 21, 2024 | December 20, 2024 |

(*Id.* at p. 16).

There are two issues that have now caused Smartmatic to file this supplemental motion. First, the amended schedule Smartmatic proposed in its September 18 Motion is now obsolete.

1

Since the filing of Smartmatic's Motion, all of the parties' discovery disputes remain outstanding, and the recusal of Magistrate Judge Upadhyaya remains pending. In addition, on October 21, 2023, and November 11, 2023, Magistrate Judge Upadhyaya stayed depositions in this case "pending further order of the Court." (10/21/2023 Minute Order; 11/11/23 Minute Order). Because the status of discovery remains unchanged since its Motion was filed in September and depositions are now stayed, Smartmatic believes that the amended schedule it proposed in its Motion should be revised to allow the parties further additional time to complete fact discovery.

Second, the parties need guidance on how to proceed with discovery. The parties disagree about whether fact discovery is closed on December 8 or whether discovery should continue until further order of the Court. This fundamental disagreement about fact discovery has continued to create disputes between the parties.

In order to address both of these issues, Smartmatic respectfully requests a conference with this Court to discuss an amended scheduling order.

*   *   *

Date: December 8, 2023

/s/ Nicole Wrigley
J. Erik Connolly (D.C. Bar No. IL0099)
Nicole E. Wrigley (D.C. Bar No. IL0101)
Ronald S. Betman (admitted *pro hac vice*)
Caitlin A. Kovacs (admitted *pro hac vice*)
Olivia E. Sullivan (admitted *pro hac vice*)
BENESCH, FRIEDLANDER, COPLAN
 & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312.212.4949
econnolly@beneschlaw.com
nwrigley@beneschlaw.com
rbetman@beneschlaw.com

        ckovacs@beneschlaw.com
        osullivan@beneschlaw.com

        *Attorneys for the Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 8th day of December, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which I understand to have served counsel for the parties.

                                            */s/ Nicole Wrigley*
                                            Nicole Wrigley (admitted pro hac vice)

                                            *One of the Attorneys for the Plaintiffs*
                                            *Smartmatic USA Corp., Smartmatic International*
                                              *Holding B.V., and SGO Corporation Limited*