UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**SMARTMATIC USA CORP.**, *et al*,

    Plaintiffs,

v.

**HERRING NETWORKS, INC.**

    Defendant.

Civil Action No.
1:21-cv-02900-CJN-MAU

## ORDER

Upon consideration of OANN's Motion for Recusal (ECF Nos. 78 & 79), Plaintiff's Opposition (ECF No. 83 & 84), OANN's Supplemental Authority (ECF No. 87), Smartmatic's Supplemental Authority (ECF No. 88), any arguments during the hearing, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby,

**ORDERED** that Defendant's Motion for Recusal, ECF No. 78, is **DENIED**, and it is further,

**ORDERED** that the Parties shall meet and confer and propose a redacted version of the Memorandum Opinion accompanying this Order for the public docket taking into account any materials which the Court previously allowed to be filed under seal. The Court will review the proposed redacted version of the Memorandum Opinion and place it on the public docket. The Parties shall file the proposed redacted version no later than December 15, 2023, and it is further,

**ORDERED** that the parties shall also submit a joint notice to the Court, not to exceed three pages double spaced, by December 11, 2023 detailing their positions on whether the Court should stay proceedings pending any appeal of this Order.

**SO ORDERED**.

Date: December 8, 2023

_____
MOXILA A. UPADHYAYA
United States Magistrate Judge