IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SMARTMATIC USA CORP., )
SMARTMATIC HOLDING B.V., AND )
SGO CORPORATION LIMITED, )
)
          Plaintiffs, )
v. ) Civil Action No. 1:21-cv-02900-CJN
)
HERRING NETWORKS, INC., D/B/A )
ONE AMERICA NEWS NETWORK, )
)
          Defendant. )

## DEFENDANT OAN'S INDEX OF EXHIBITS

Defendant Herring Networks, Inc., d/b/a One America News Network, pursuant to paragraph 8(b) of the Standing Order for Civil Cases, *see* ECF No. 5, submits its Index of Exhibits to the Motion for Protective Order Forbidding Plaintiffs' Third-Party Discovery That Violates the Scheduling Order as follows:

| **Exhibit A** | Declaration of John Edwards |
|---|---|
| **Exhibit B** | Notice of Media Matters Subpoenas |
| **Exhibit C** | Notice of Kagan Subpoenas |
| **Exhibit D** | Notice of Project Veritas Subpoenas |
| **Exhibit E** | Notice of ComScore Subpoena |

1