IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SMARTMATIC USA CORP.,
SMARTMATIC HOLDING B.V., AND
SGO CORPORATION LIMITED,

        Plaintiffs,

    v.

HERRING NETWORKS, INC., D/B/A
ONE AMERICA NEWS NETWORK,

        Defendant.

Civil Action No. 1:21-cv-02900-CJN

## ORDER GRANTING OAN'S MOTION FOR PROTECTIVE ORDER FORBIDDING PLAINTIFFS' THIRD-PARTY DISCOVERY THAT VIOLATES THE SCHEDULING ORDER

On this day came to be considered Defendant's Motion for Protective Order Forbidding Plaintiffs' Third-Party Discovery That Violates the Scheduling Order. The Court, having considered the Motion, the briefing, and applicable law, finds that the Motion has merit and should be and hereby is GRANTED.

IT IS THEREFORE ORDERED that Defendant's Motion for Protective Order Forbidding Plaintiffs' Third-Party Discovery That Violates the Scheduling Order is hereby GRANTED in its entirety.

IT IS FURTHER ORDERED that Plaintiffs are forbidden, absent leave of Court or this Court's extension of the fact-discovery deadline, from enforcing the deposition and documents subpoenas addressed to Media Matters for America,

Kagan Media Group, c/o S&P Global Inc., Project Veritas, and the Registered Agent for ComScore.

IT IS FURTHER ORDERED that Plaintiffs are forbidden, absent leave of Court or this Court's extension of the fact-discovery deadline, from issuing or serving any further nonparty subpoenas in this action.

Signed this _____ day of _____, 2023.

_____