IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED, | |
|---|---|
| Plaintiffs | No. 1:21-cv-02900-CJN |
| v. | |
| HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK, | |
| Defendant | |

### INDEX OF COMPLAINED-OF PUBLICATIONS

The following index identifies Complained-of Publications by date of publication (chronologically listed for the complained-of broadcasts and posts) and further identifies the title of the respective Publications, references to the Publications in Plaintiffs' Complaint, and the page number of the Publication transcript in the Appendix.

| No. | Date | Title | Complaint | Complaint Exhibits | App. Page No. |
|---|---|---|---|---|---|
| 1 | 11/12/2020 | *After House with Alex Salvi* | ¶¶84-85, 171a, 184a, 227a | 1, 1A | APP10 |
| 2 | 11/16/2020 | *News Room* | ¶¶87-91, 171b, 176a/b, 184b/c, 196a/b, 227b | 2, 2A | |
| 3 | 11/16/2020 | *Tipping Point with Kara McKinney* | ¶¶92-94, 171c, 184d/e, 196c/d, 227c | 3, 3a, 4, 4A | APP30 |
| 4 | 11/16/2020 | *News Room* | ¶¶95-98, 171d, 184f/e/g, 196e, 218a/b/c, 227d/e | 5, 5A | |
| 5 | 11/17/2020 | *Tipping Point with Kara McKinney* | ¶¶99-100, 171e, 184i/j, 196f, 205a, 227f | 6, 6A | APP55 |
| 6 | 11/19/2020 | *Breaking News Live with Patrick Hussion* | ¶¶101-103, 171h, 184k, 196g, 218e/f/g | 9, 9A | |
| 7 | 11/19/2020 | *Real America with Dan Ball* | ¶¶104-105, 171i, 184l, 205b, 227g/h | 10, 10A | APP72 |
| 8 | 11/20/2020 | *News Room with Amanda Brilhante* | ¶¶106-108, 171m, 184n/o, 196i, 218i/j/k, 227i/j | 14, 14A | |

| No. | Date | Title | Complaint | Complaint Exhibits | App. Page No. |
|---|---|---|---|---|---|
| 9 | 11/20/2020 | *News Room* | ¶¶109, 171n, 227k, 391-392 | 15, 15A | APP85 |
| 10 | 11/20/2020 | *News Room* | ¶¶110-112, 171o, 184p, 227l, 389-390 | 16, 16A | APP95 |
| 11 | 11/20/2020 | *In Focus with Stephanie Hamill* | ¶¶113-117, 171p, 184q, 196j, 205c/d/e, 227m, 383-384 | 17, 17A | APP104 |
| 12 | 11/20/2020 | *Tipping Point with Kara McKinney* | ¶¶176c, 178c | 43 | APP123 |
| 13 | 11/18/2020[1] | *Tipping Point with Kara McKinney* | ¶¶118, 171q, 205f/g, 218l, 379-380 | 18, 18A | APP145 |
| 14 | 11/22/2020 | *News Room* | ¶¶119-121, 171r, 184r/s, 196k/l, 218m/n/o | 19, 19A | |
| 15 | 11/23/2020 | *Tipping Point with Kara McKinney* | ¶¶122-124, 171s, 178e, 184t, 218p/q, 227n | 20, 20A | APP154 |
| 16 | 11/27/2020[2] | *Tipping Point with Kara McKinney* | ¶¶125-126, 171x, 176d, 196n, 218t, 227r | 25, 25A | APP186 |
| 17 | 12/01/2020 | *Breaking News with Patrick Hussion* | ¶¶127-128, 171y, 179c, 184v, 205i/j, 218u | 26, 26A | |
| 18 | 12/01/2020 | *Tipping Point with Kara McKinney* | ¶¶129, 171z, 196o, 218v | 27, 27A | APP200 |
| 19 | 12/03/2020 | *In Focus with Stephanie Hamill* | ¶¶130, 171aa, 176e/f, 218w, 227s | 28, 28A | APP220 |
| 20 | 12/05/2020 | *News Room* | ¶¶131-132, 171bb, 184w, 196p/q, 218x, 227t | 29, 29A | |
| 21 | 12/07/2020 | *Tipping Point with Kara McKinney* | ¶¶133-134, 171ff, 184y, 205k, 227v | 33, 33A | APP239 |
| 22 | 12/21/2020 | *News Room* | ¶¶135-137, 171gg, 176g, 184z, 205l, 218z, 381-382 | 34, 34A | |
| 23 | 12/26/2020 | *Weekly Briefing with Christina Bobb* | ¶¶146-147, 179d/e, | 45, 45A | |
| 24 | 02/05/2021 | *Real America with Dan Ball* | ¶¶158-159, 171ii, 176j, 205n | 36, 36A | APP251 |

---

[1] In the Complaint, Plaintiffs erroneously allege that this *Tipping Point* broadcast aired on November 22, 2020.

[2] In the Complaint, Plaintiffs erroneously allege that this *Tipping Point* broadcast aired on November 28, 2020.

2

| No. | Date | Title | Complaint | Complaint Exhibits | App. Page No. |
|---|---|---|---|---|---|
| 25 | 02/08/2021[3] | *Absolute Proof* | ¶¶154-157, 171hh, 176h/I, 184aa, 196s/t/u/v/w/x, 205m | 35, 35A | APP262 |
| 26 | 02/11/2021 | *A Screening and Conversation of Absolute Proof* | ¶¶160-161, 171jj, 184bb/cc/dd, 196y | 37, 37A | APP408 |
| 27 | 04/03/2021 & 04/04/2021 | *Scientific Proof* | ¶¶162-163, 171kk, 184ee/ff, 196z/aa/bb, 205o | 38, 38A | APP631 |
| 28 | 04/22/2021 | *Mike Lindell Presents: Absolute Interference* | ¶¶164-165, 171ll, 196cc | 39, 39A | APP739 |
| 29 | 05/03/2021 | *Mike Lindell Tackles Election Fraud* | ¶¶166, 171mm, 184gg, 196dd | 40 | APP912 |
| 30 | 06/05/2021 & 06/06/2021 | *Absolutely 9-0* | ¶¶167-168, 171nn, 184hh, 196ee, 205p/q/r | 41, 41a | APP942 |
| 31 | 11/18/2020 | "Dominion Scandal Goes Worldwide with Michael Johns" (Twitter) | ¶171f | 7 | |
| 32 | 11/18/2020 | "Dominion Scandal Goes Worldwide with Michael Johns" (Facebook) | ¶171g | 8 | |
| 33 | 11/20/2020 | "President's Lawyers Say Communist-Funded Election Software Responsible for Alleged Voting Irregularities" (OANN.com) | 171j, 184m, 196h, 218h | 11 | |
| 34 | 11/20/2020 | "President's lawyers say communist-funded election software responsible for alleged voting irregularities" (Twitter) | 171k | 12 | |

---

[3] In the Complaint, Plaintiffs erroneously allege that this broadcast aired on February 8, 2021. The broadcast instead first aired on February 5, 2021.

3

| No. | Date | Title | Complaint | Complaint Exhibits | App. Page No. |
|---|---|---|---|---|---|
| 35 | 11/20/2020 | "President's lawyers say communist-funded election software responsible for alleged voting irregularities" (Facebook) | 171l | 13 | |
| 36 | 11/25/2020 | "Former U.S. Attorney, Joseph diGenova, On The Growing Evidence Of Voter Fraud" (OANN.com) | 171t, 205h | 21 | |
| 37 | 11/27/2020 | "Sidney Powell Launches Election Lawsuits In Mich. And Ga." (OANN.com) | 171u, 184u, 196m, 218r/s, 227o/p/q | 22 | |
| 38 | 11/27/2020 | "Sidney Powell launches election lawsuits in Mich. and Ga." (Twitter) | 171v | 23 | |
| 39 | 11/27/2020 | "Attorney Sidney Powell released the Kraken." (Facebook) | 171w | 24 | |
| 40 | 12/07/2020 | "Chairman Of Smartmatic's Parent Company To Become President Of George Soros's 'Open Society Foundations'" (OANN.com) | 171cc, 184x, 196r, 218y, 227u | 30 | |
| 41 | 12/07/2020 | "Chairman of Smartmatic's parent company to become president of George Soros's 'Open Society Foundations'" (Twitter) | 171dd | 31 | |
| 42 | 12/07/2020 | "Chairman of Smartmatic's parent company to become | 171ee | 32 | |

| No. | Date | Title | Complaint | Complaint Exhibits | App. Page No. |
|---|---|---|---|---|---|
| | | president of George Soros's 'Open Society Foundations'" (Facebook) | | | |