IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>　　　　　Plaintiffs<br>　v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK,<br><br>　　　　　Defendant | No. 1:21-cv-02900-CJN |

**INDEX OF EXHIBITS IN APPENDIX TO STATEMENT OF UNCONTESTED MATERIAL FACTS**

| Exhibit | App. Page No. | Description |
|---|---|---|
| A | APP1 | Declaration of Kevin Kunec dated December 7, 2023 |
| A-1 | APP10 | 11/12/2020 Broadcast of *After Hours with Alex Salvi* Transcript |
| A-2 | APP30 | 11/16/2020 Broadcast of *Tipping Point with Kara McKinney* Transcript |
| A-3 | APP55 | 11/17/2020 Broadcast of *Tipping Point with Kara McKinney* Transcript |
| A-4 | APP72 | 11/19/2020 Broadcast of *Real America with Dan Ball* Transcript |
| A-5 | APP85 | 11/20/2020 6AM Broadcast Transcript |
| A-6 | APP95 | 11/20/2020 3PM Broadcast Transcript |
| A-7 | APP104 | 11/20/2020 Broadcast of *In Focus with Stephanie Hamill* Transcript |
| A-8 | APP123 | 11/20/2020 Broadcast of *Tipping Point with Kara McKinney* Transcript |
| A-9 | APP145 | 11/18/2020 Broadcast of *Tipping Point with Kara McKinney* Transcript |
| A-10 | APP154 | 11/23/2020 Broadcast of *Tipping Point with Kara McKinney* Transcript |
| A-11 | APP186 | 11/27/2020 Broadcast of *Tipping Point with Kara McKinney* Transcript |
| A-12 | APP200 | 12/01/2020 Broadcast of *Tipping Point with Kara McKinney* Transcript |
| A-13 | APP220 | 12/03/2020 Broadcast of *In Focus with Stephanie Hamill* Transcript |
| A-14 | APP239 | 12/07/2020 Broadcast of *Tipping Point with Kara McKinney* Transcript |
| A-15 | APP251 | 02/05/2021 Broadcast of Interview with Michael Lindell Transcript |
| A-16 | APP262 | 02/05/2021 Airing of Michael Lindell Broadcast, *Absolute Proof* Transcript |

| Exhibit | App. Page No. | Description |
|---|---|---|
| A-17 | APP408 | 02/11/2021 Broadcast of Interview with Michael Lindell by Steve Bannon Transcript |
| A-18 | APP631 | 04/03-04/2021 Airing of Michael Lindell Broadcast, *Scientific Proof* Transcript |
| A-19 | APP739 | 04/22/2021 Airing of Michael Lindell Broadcast, *Absolute Interference* Transcript |
| A-20 | APP912 | 05/03/2021 Broadcast of Interview with Michael Lindell Transcript |
| | | [Exhibit 21 omitted] |
| A-22 | APP942 | 06/05-06/2021 Airing of Michael Lindell Broadcast, *Absolutely 9-0* Transcript |
| B | APP972 | Declaration of Daniel Ball dated December 5, 2023 |
| C | APP977 | Declaration of Michael Dinow dated December 5, 2023 |
| D | APP980 | Declaration of Glenn A. Chong dated December 6, 2023 |
| D-1 | APP997 | PCOS 7805002 Audit Log, Print Log, and Minutes and Log Sheet |
| D-2 | APP1011 | COMELEC Ballot with Digital Line |
| D-3 | APP1014 | HRET Decrypted Ballot Image and Vote Summary |
| D-4 | APP1017 | HRET Revision Team No. 9 Report |
| D-5 | APP1025 | COMELEC Resolution E.M. No. 23-003 |
| E | APP1049 | Declaration of John Hines dated December 6, 2023 |
| F | APP1054 | Declaration of Stephanie Myers dated December 6, 2023 |
| G | APP1057 | Declaration of Stephanie Hamill dated December 7, 2023 |
| G-1 | APP1061 | 11/20/2020 Broadcast Segment of *In Focus with Stephanie Hamill* Transcript |
| G-2 | APP1080 | 12/03/2020 Broadcast Segment of *In Focus with Stephanie Hamill* Transcript |
| H | APP1099 | Declaration of Alexander M. Salvi dated December 7, 2023 |
| H-1 | APP1104 | 11/12/2020 Broadcast Segment of *After Hours with Alex Salvi* Transcript |
| H-2 | APP1124 | 11/09/2020 *Washington Examiner* Article, "Officials raised concerns for years about security of US voting machines, software systems" |
| H-3 | APP1130 | *New York Times* Article, "No, Dominion voting machines did not cause widespread voting problems." |

| Exhibit | App. Page No. | Description |
|---|---|---|
| H-4 | APP1136 | 10/01/2020 *Associated Press* Article, "Laptop, USB drives stolen from Philly election-staging site" |
| H-5 | APP1153 | 2016 *Fox News* Video Segment (Professor demonstrates how to hack a voting machine) |
| I | APP1154 | Declaration of Robert Herring Jr. dated December 7, 2023 |
| J | APP1161 | Declaration of Pearson Sharp dated December 7, 2023 |
| K | APP1164 | Declaration of Kara McKinney dated December 7, 2023 |
| K-1 | APP1185 | 11/15/2020 *Washington Examiner* Article, "Trump attorney Sidney Powell says they are 'fixing to overturn the results of the election in several states'" |
| K-2 | APP1189 | *Washington Examiner* Article Video (Sidney Powell_ We're Fixing to Overturn the Results of the Election in Several States) |
| K-3 | APP1190 | 11/09/2020 *Washington Examiner* Article, "Officials raised concerns for years about security of US voting machines, software systems" |
| K-4 | APP1196 | 11/12/2020 *Blaze Media* Article, "Joe Biden's new chief of staff, Ronald Klain, in 2014 said elections are 'rigged'" |
| K-5 | APP1202 | 12/06/2019 Senators Warren, Klobuchar, Wyden, and U.S. Rep. Pocan Letters |
| K-6 | APP1218 | 11/16/2020 *American Greatness* Article by Debra Heine, "Trump Lawyers Powell and Giuliani Claim 'Massive' Vote Rigging by Dominion, Allege Company Link to Antifa" |
| K-7 | APP1233 | 2017 *Associated Press* Video (Election Company_Venezuela Result was Tampered) |
| K-8 | APP1234 | 11/14/2020 *New York Times* Article, "Giuliani adds fuel to discredited theories about voting machines" |
| K-9 | APP1237 | 11/16/2020 Elections Canada Tweet |
| K-10 | APP1274 | 11/17/2020 *Daily Wire* Article, "Race in Nevada County Rejected for Certification Over Ballot 'Discrepancies' That We Can't Explain" |
| K-11 | APP1283 | 11/17/2020 *Daily Wire* Article, "Trump Gets Nearly Twice As Many Votes As Biden Out of 2,600 Ballots Found In Georgia, Calls Grow For Election Official to Resign" |
| K-12 | APP1291 | 11/16/2020 *Gateway Pundit* Article, "Denver Business Owner: Dominion's Eric Coomer Is an Unhinged Sociopath—His Internet Profile Is Being Deleted and Erased (AUDIO)" |

| Exhibit | App. Page No. | Description |
|---|---|---|
| K-13 | APP1311 | 11/19/2020 *American Greatness* Article, "Giuliani Scorches Media for Censoring Mounting Evidence of Election Fraud And Condoning Threats Against Lawyers and Witnesses" |
| K-14 | APP1323 | 10/30/2018 *Associated Press* Article, "US election integrity depends on security-challenged firms" |
| K-15 | APP1336 | 05/01/2013 Order from *Smartmatic Int'l Corp. v. Dominion Voting Sys. Int'l Corp.*, C.A. No. 7844-VCP |
| K-16 | APP1380 | 11/08/2007 Rep. Maloney Press Release, "Smartmatic Announces Sale of Sequoia Voting Systems" |
| K-17 | APP1384 | 11/13/2020 Kyle Becker Tweet |
| K-18 | APP1387 | 2015 ABS-CBN Video (Smartmatic denies being favored by COMELEC) |
| K-19 | APP1388 | 11/16/2020 *Newsweek* Article, "Fact Check: Have Senior Democrats Raised Concerns About the Smartmatic Voting Software, as Trump's Lawyer Claims" |
| K-20 | APP1402 | 11/20/2020 *Daily Wire* Article, "Lawyer Working With Sidney Powell: Tucker Carlson Needs To 'Stop Harassing' Powell To Give Evidence To Back Claims" |
| K-21 | APP1411 | 11/19/2020 *Breitbart* Article, "Obama: 'No Actual Evidence' Anything Illegal, Fraudulent Took Place in Election—Trump Has Shown 'Flimsy Relationship' to the Truth" |
| K-22 | APP1418 | 11/20/2020 *American Greatness* Article, "Dominion Voting Systems 'Lawyers Up,' Abruptly Backs Out of PA State House Fact-Finding Hearing" |
| K-23 | APP1427 | 11/15/2020 Kyle Becker Tweet |
| K-24 | APP1431 | 11/13/2020 Kyle Becker Tweet |
| K-25 | APP1435 | 11/19/2020 Press Conference by President Trump's Campaign (live-legal-advisor-giuliani-heads-trump-campaign-news-conference) |
| K-26 | APP1436 | 10/27/2017 *Associated Press* Article, "APNewsBreak: Georgia election server wiped after suit filed" |
| K-27 | APP1453 | 11/22/2020 *American Greatness* Article, "Simplest Source of Voter Fraud is Baked Into the System" |
| K-28 | APP1462 | 11/22/2020 *American Greatness* Article, "Fraud, Evidence, Proof, Power" |

| Exhibit | App. Page No. | Description |
|---|---|---|
| K-29 | APP1470 | 11/17/2020 *American Greatness* Article, "Sworn Affidavit from High-Ranking Military Officer Claims Smartmatic Was Designed to Change Votes Without Being Detected" |
| K-30 | APP1478 | 11/20/2020 *CNN* Article, "Fact-checking Giuliani and the Trump legal team's wild, fact-free press conference" |
| K-31 | APP1492 | 11/30/2020 *American Greatness* Article, "The Badger State's Ballot 'Fix' Was In" |
| K-32 | APP1501 | 11/30/2020 *American Greatness* Article, "Mathematician Says Biden May have Received 130 Percent of the Democrat Vote in Maricopa County, AZ" |
| K-33 | APP1509 | 12/01/2020 *The Post Millennial* Article, "WATCH: Michigan witness testifies that military ballots looked like photocopies with ZERO votes for Trump" |
| K-34 | APP1515 | 12/01/2020 *Townhall* Article, "What Do Democrats Think About the Integrity of the Election? One Poll Shows Surprising Findings" |
| K-35 | APP1523 | 11/30/2020 *The American Spectator* Article, "Legitimacy of Biden Win Buried by Objective Data" |
| K-36 | APP1582 | *The National Pulse* Article, "DATA: Michigan Analysis Suggests Absentee Votes 'Manipulated By Computer', Flags Hundreds of Thousands of Ballots" |
| K-37 | APP1588 | *The National Pulse* Article, "WATCH: Soros-Linked Smartmatic Chairman Admits 'Technology Is Licensed From Dominion'" |
| K-38 | APP1593 | *The National Pulse* Article, "Soros Promotes Smartmatic Chairman to Open Society President" |
| K-39 | APP1597 | 11/30/2020 *PJ Media* Article, "EXPLOSIVE: Michigan Illegally Counted or Ignored 500K Ballots, Lawsuit Claims" |
| K-40 | APP1604 | 11/27/2020 *The Spectator* Article, "Reasons why the 2020 presidential election is deeply puzzling" |
| K-41 | APP1611 | 12/01/2020 The National Review Article, "Trump Campaign to File Lawsuit in Wisconsin, Claiming 220,000 Absentee Ballots Illegally Cast" |
| K-42 | APP1620 | 12/01/2020 Donald Trump Press Release, "Trump Campaign Files Lawsuit in Wisconsin to Restore Election Integrity" |
| K-43 | APP1624 | 12/01/2020 Mike Balsamo Tweet |
| K-44 | APP1659 | 11/12/2020 President Donald Trump Tweet |
| K-45 | APP1702 | 11/20/2020 Rasmussen Reports Tweet |

| Exhibit | App. Page No. | Description |
|---|---|---|
| K-46 | APP1726 | *The National Pulse* Article, "96% of Dominion Voting Systems Political Donations Went to Democrats" |
| K-47 | APP1731 | *The National Pulse* Article, "REVEALED: Smartmatic Claims It 'Prohibits' Political Donations but 86% Of Its Staff Gave To Dems" |
| K-48 | APP1736 | Smartmatic Webpage, "Smartmatic Fact-checked" |
| K-49 | APP1741 | *The Post Millennial* Video (Michigan Witness Says All Military Ballots Looked Like Xerox Copies - Had ZERO Trump Votes) |
| K-50 | APP1742 | *American Greatness* Video (Dr Shiva Ayyadurai, MIT PhD Testimony 113020) |
| K-51 | APP1743 | WOOD-TV Video (woodtv.com_2023-11-28_12-54-54) |
| L | APP1744 | Declaration of Christina Bobb dated December 8, 2023 |
| M | APP1748 | Declaration of Christopher Schickedanz dated December 8, 2023 |
| M-1 | APP1752 | Video of Eric Bolling interviewing Sidney Powell (Bolling Interview referenced by Aksalic Sidney Powell with Eric Bolling on the accuracy of Dominion voting machines) |
| M-2 | APP1753 | 11/14/2020 Rudy Giuliani Tweet |
| M-3 | APP1772 | Video interview of Sidney Powell by Maria Bartiromo (sidney-powell-were-fixing-to-overturn-the-results-of-the-election-in-several-states) |
| M-4 | APP1773 | 11/15/2020 Washington Examiner Article, "Trump attorney Sidney Powell says they are 'fixing to overturn the results of the election in several states'" |
| M-5 | APP1778 | 11/19/2020 Press Conference Video with Rudy Giuliani and Sidney Powell (Nov. 19 press conference) |
| M-6 | APP1779 | Video of Podcast, *Rudy Giuliani's Common Sense* (American-Votes-Tallied-In-Foreign-Countries-Rudy-Giulianis-Common-Sense-Ep-87) |
| M-7 | APP1780 | ABS-CBN Video of Mark Malloch-Brown Interview (ABS-CBN video) |
| M-8 | APP1781 | 11/14/2020 Smartmatic Tweet |
| M-9 | APP1817 | 11/22/2020 *Gateway Pundit* Article, "Smartmatic Lied: Lord Mark Malloch Brown Admitted to License Agreement Between Smartmatic and Dominion in 2015 Interview (VIDEO)" |
| M-10 | APP1831 | Complaint, *King, et al. v. Whitmer, et al.*, (E.D. Mich.), Case No. 2:20-cv-13134-LVP-RSW |
| M-11 | APP1907 | Complaint, *Pearson, et al. v. Kemp, et al.*, (N.D. Ga.), Case No. 1:20-cv-04809-TCB |

6

| Exhibit | App. Page No. | Description |
|---|---|---|
| M-12 | APP2012 | 12/04/2020 George Soros Tweet |
| N | APP2051 | Declaration of Mary Lou Flynn-DuPart dated December 8, 2023 |
| O | APP2054 | Declaration of Stephen Russo |
| O-1 | APP2084 | 04/22/2017 Antonio Mugica Tweet |
| O-2 | APP2086 | 10/21/2014 Smartmatic Tweet |
| O-3 | APP2088 | 03/02/2020 Smartmatic Internal Email Chain, SMMT-OAN00012603–04, SMMT-OAN00012611 |
| O-4 | APP2111 | 10/26/2016 Smartmatic Internal Email Chain, SMMT-OAN00137366–67 |
| O-5 | APP2114 | 04/07/2016 Antonio Mugica Deposition Transcript Excerpt, SMMT-OAN07880046–110 |
| O-6 | APP2120 | 04/07/2006 City Council of Chicago Joint Committee on Finance, Committee on Budget and Government Operations, and Committee on Committees, Rules and Ethics Hearing Transcript Excerpt |
| O-7 | APP2135 | 08/15/2004 Smartmatic Web Page |
| O-8 | APP2137 | 01/24/2000 Bizta Corporation Transmittal Letter |
| O-9 | APP2142 | 09/11/2000 Smartmatic Corporation Transmittal Letter |
| O-10 | APP2147 | 06/10/2016 Bob Cook Deposition Transcript Excerpt, SMMT-OAN07880440–512 |
| O-11 | APP2155 | 10/02/2023 Jack Blaine Deposition Excerpt |
| O-12 | APP2163 | 2005 Acquisition of Sequoia Voting Systems, Inc. by Smartmatic International Corporation Delaware Agreement, SMMT-OAN08063656–955 |
| O-13 | APP2169 | 03/29/2006 Smartmatic Web Page |
| O-14 | APP2172 | 01/07/2010 and 01/15/2015 Christopher Butler (Internet Archive) Affidavits |
| O-15 | APP2176 | 12/31/2007-08 Consolidated Financial Statements for Smartmatic International Group N.V. and Subsidiaries, SMMT-OAN00053512–39 |
| O-16 | APP2179 | 12/22/2006 Rep. Maloney Press Release |
| O-17 | APP2181 | 03/31/2011 Smartmatic Internal Email Chain, SMMT-OAN01502087–97 |
| O-18 | APP2193 | 07/18/2019 Stripe Reputation Invoice, SMMT-OAN03087486 |
| O-19 | APP2195 | 08/07/2017 Smartmatic Press Conference Transcript |

| Exhibit | App. Page No. | Description |
|---|---|---|
| O-20 | APP2203 | 08/02/2017 Smartmatic Statement |
| O-21 | APP2206 | 11/09/2020 *Washington Examiner* Article, "Officials raised concerns for years about security of US voting machines, software systems" |
| O-22 | APP2212 | 10/23/2023 Roger A. Piñate Deposition Transcript Excerpt, *Smartmatic USA Corp., et al. v. Newsmax Media, Inc.*, Case No. N21C-11-028 EMD |
| O-23 | APP2216 | 08/16/2016 Email Chain, SMMT-OAN02569392 |
| O-24 | APP2218 | 08/24/2016 Email Chain with Attachments, SMMT-OAN02569395–97 |
| O-25 | APP2222 | *CNN Philippines* Article, "Smartmatic disqualified from Comelec procurements" |
| O-26 | APP2226 | Plaintiffs' Complaint, Exhibit 46 |
| O-27 | APP2241 | 04/18/2023 *Associated Press* Article, "Fox, Dominion reach $787M settlement over election claims" |
| O-28 | APP2245 | Smartmatic Web Page "Lawsuit Updates & Fact Checks" |
| O-29 | APP2264 | Plaintiffs' Complaint, Exhibit 153 |
| O-30 | APP2268 | 11/10/2020 *Federal News Network* Article, "Meet the agency transition teams for President-Elect Biden" |
| O-31 | APP2272 | Biden-Harris Transition Website |
| O-32 | APP2276 | Peter Neffenger Smartmatic USA Bio Page |
| O-33 | APP2278 | 11/14/2020 Email Chain, SMMT-OAN07387916–17 |
| O-34 | APP2281 | 12/09/2020 YouTube Blog, "Supporting the 2020 U.S. election" |
| O-35 | APP2291 | 12/09/2020 Email Chain, SMMT-OAN00165785–86 |
| O-36 | APP2294 | 06/02/2023 YouTube Blog, "An update on our approach to US election misinformation" |
| O-37 | APP2300 | Document titled "Three prongs to restoring trust in elections" by Antonio Mugica, SMMT-OAN01261586–87 |
| O-38 | APP2303 | Excel Spreadsheet, SMMT-OAN02476880 |
| O-39 | APP2310 | 07/31/2015 Email Chain, SMMT-OAN02484507 |
| O-40 | APP2312 | 07/31/2015 Email Chain, SMMT-OAN03929777–78 |
| O-41 | APP2315 | 11/17/2015 Email Chain, SMMT-OAN03931491–92 |
| O-42 | APP2318 | 11/08/2019 Email Chain, SMMT-OAN04402796–808 |
| O-43 | APP2332 | 04/29/2020 Email Chain, SMMT-OAN04410366–77 |

| Exhibit | App. Page No. | Description |
|---|---|---|
| O-44 | APP2345 | 07/14/2014 Email Chain, SMMT-OAN01604829–30 |
| O-45 | APP2348 | 08/17/2015 Email Chain, SMMT-OAN02067740–41 |
| O-46 | APP2351 | Ricardo Hausmann Study Titled "In Search of the Black Swan: Analysis of the Statistical Evidence of Electoral Fraud in Venezuela" |
| O-47 | APP2404 | 09/07/2004 *Wall Street Journal* Article, "Academics' Study Backs Fraud Claim in Chavez Election" |
| O-48 | APP2407 | 05/04/2006 Rep. Maloney Letter to Department of Treasury Secretary John W. Snow |
| O-49 | APP2427 | 11/11/2020 *Associated Press* Article, "Pompeo brushes aside results of presidential election" |
| O-50 | APP2432 | 11/07/2020 *NBC News* Article, "Trump says election 'far from over' as he vows to fight results" |
| O-51 | APP2435 | 11/07/2020 *NPR* Article, "'Far From Over': Trump Refuses To Concede As Biden's Margin Of Victory Widens" |
| O-52 | APP2440 | 11/10/2020 *Al Jazeera* Article, "Donald Trump's US election lawsuits: Where do things stand?" |
| O-53 | APP2445 | 11/09/2020 *Washington Post* Article, "The Trump legal team's latest voter fraud Hail Mary" |
| O-54 | APP2449 | 11/12/2020 *USA Today* Article, "Trump campaign's challenge of election results in Pennsylvania, Michigan and Arizona push US toward 'loss of democracy'" |
| O-55 | APP2456 | 11/17/2020 *NBC News* Article, "Rudy Giuliani joins Trump campaign's sputtering legal effort in Pennsylvania" |
| O-56 | APP2459 | 11/05/2020 *CNN* Article, "Trump stages corrosive attempt to undermine votes as his path to 270 evaporates" |
| O-57 | APP2467 | 11/19/2020 *NBC News* Article, "Rudy Giuliani alleges 'centralized' voter fraud at free-wheeling news conference" |
| O-58 | APP2476 | 11/14/2020 Email Chain, SMMT-OAN00164124–26 |
| O-59 | APP2480 | 08/01/2023 *Washington Post* Article, "Tracking the Trump investigations and where they stand" |
| O-60 | APP2486 | 11/28/2023 *CNN* Article, "Trump demands thousands of classified documents in his court fight to prove the 2020 election was stolen" |
| O-61 | APP2490 | 11/28/2023 *New York Times* Article, "Trump Seeks to Use Trial to Challenge Findings That 2020 Election Was Fair" |

| Exhibit | App. Page No. | Description |
|---|---|---|
| O-62 | APP2495 | 10/07/2023 *Washington Post* Article, "Amazon's Alexa has been claiming the 2020 election was stolen" |
| O-63 | APP2502 | Excerpt from 03/20/2014 Declaration of Jack Blaine and Accompanying Exhibits, *In re SVS Holdings, Inc., and Sequoia Voting Systems, Inc.*, Case No.: 14-11360 TBM (Bankr. D. Co.), Dkt. 87-2 |
| O-64 | APP2541 | Criminal Complaint, *United States of America v. Juan Andres Donato Bautista*, Case No.: 1:23-mj-03829 LOUIS (S.D. Fla.), Dkt. 1 |
| O-65 | APP2573 | 03/04/2020 Email Chain, SMMT-OAN00161207–11 |
| O-66 | APP2579 | 02/04/2020 *CBS News Los Angeles* Article, "Goldstein Investigation: Officials Warn of 'Vulnerabilities' With E-Voting Machines Ahead Of March 3 Primary" |
| O-67 | APP2582 | Transcript of 02/04/2020 *CBS Los Angeles* Article, "Goldstein Investigation: Officials Warn of 'Vulnerabilities' With E-Voting Machines Ahead Of March 3 Primary" |
| O-68 | APP2594 | 03/03/2020 *Politico* Article, "Los Angeles County's risky voting experiment" |
| O-69 | APP2610 | 12/24/2019 Freeman, Craft, McGregor Group California Secretary of State Consultant's Public Report on: Security and Telecommunications Testing of the LA County VSAP 2.0 Voting System |
| O-70 | APP2633 | Antonio Mugica Smartmatic Bio Page |
| O-71 | APP2635 | Smartmatic Document, SMMT-OAN01996184–85 |
| O-72 | APP2638 | 2022 Smartmatic Communications Toolkit, SMMT-OAN00127507–27 |
| O-73 | APP2641 | Transcript of *CNN Mexico* News Report |
| O-74 | APP2650 | 09/13/2019 Email Chain with Attached Letter, SMMT-OAN08071877–906 |
| O-75 | APP2654 | Response to Motion for Stay (Dkt. 1774487) filed in Rusoro Mining Limited, as Petitioner-Appellee, against Bolivarian Republic of Venezuela, as Respondent-Appellant, in the United States Court of Appeals for the District of Columbia Circuit, Case No. 18-7044 |
| O-76 | APP2661 | 02/04/2019 *New York Times* Article, "Who is Venezuela's Legitimate President? A Messy Dispute, Explained" |
| O-77 | APP2665 | 01/10/2019 OAS Press Release, "OAS Permanent Council Agrees 'to not recognize the legitimacy of Nicolas Maduro's new team'" |
| O-78 | APP2667 | Smartmatic Presentation, SMMT-OAN10500460–63 |
| O-79 | APP2672 | 09/21/2011 Email Chain, SMMT-OAN04281890–93 |

| Exhibit | App. Page No. | Description |
|---|---|---|
| O-80 | APP2682 | Smartmatic Document, SMMT-OAN00149243–44 |
| O-81 | APP2685 | 05/31/2016 Email Chain, SMMT-OAN00066004–06 |
| O-82 | APP2689 | 11/30/2019 Email Chain with Attached 2020 PR Strategy, SMMT-OAN00124101–17 |
| O-83 | APP2707 | Transcript of 11/19/2020 Press Conference of Giuliani, Powell, and Ellis |
| O-84 | APP2792 | 11/12/2020 *Fox Business* airing of an interview of Rudy Giuliani on *Lou Dobbs Tonight* |
| O-85 | APP2793 | 11/19/2020 *Fox 5 DC* Article, "President Trump's attorney Rudy Giuliani presses election challenge case in fiery news conference" |
| O-86 | APP2798 | *NBC News* Article, "Justice Department's election crimes chief resigns after Barr allows prosecutors to investigate voter fraud claims" |
| O-87 | APP2801 | 11/20/2020 Letter, SMMT-OAN07034300–02 |
| O-88 | APP2805 | Smartmatic Presentation, SMMT-OAN07015537–52 |
| O-89 | APP2807 | 11/15/2023 White House Article, "President Biden Announces Key Appointments to Boards and Commissions" |
| O-90 | APP2819 | 10/12/2020 Email Chain, SMMT-OAN04082002–03 |
| O-91 | APP2822 | 07/25/2018 Email Chain, SMMT-OAN09825988–91 |
| O-92 | APP2827 | 04/05/2018 Email Chain, SMMT-OAN01075776–77 |
| O-93 | APP2830 | 12/06/2019 Senator Warren Letter to Stephen D. Owens and Hootan Yaghoobzadeh |
| O-94 | APP2836 | 12/02/2019 Vice President Kamala Harris Tweet |
| O-95 | APP2839 | Roger Piñate Smartmatic Bio Page |
| O-96 | APP2841 | Report and Recommendation of Ad Hoc Hearing Committee in the matter of: Rudolph W. Giuliani |
| O-97 | APP2844 | Excerpt from Transcript of 04/18/2007 Congressional Hearing |
| O-98 | APP2848 | *New York Times* Article, "A Crucial Vote for Venezuela and a Company" |
| O-99 | APP2851 | Smartmatic Document, SMMT-OAN07690483–86 |
| O-100 | APP2856 | 12/01/2006 Email Chain, SMMT-OAN08118715–16 |
| O-101 | APP2859 | Web Page from Open Society Foundation Website |
| O-102 | APP2862 | 07/18/2015 Email Chain, SMMT-OAN03929683 |
| O-103 | APP2864 | 02/23/2016 Email Chain, SMMT-OAN03830996 |

| Exhibit | App. Page No. | Description |
|---|---|---|
| O-104 | APP2866 | 09/29/2017 Email Chain, SMMT-OAN01150916–18 |
| O-105 | APP2870 | 03/01/2019 Email Chain, SMMT-OAN08132958–64 |
| O-106 | APP2878 | Samira Saba Smartmatic Bio Page |
| O-107 | APP2882 | 07/02/2018 lavote.gov Article, "Registrar-Recorder/County Clerk signs contract with Smartmatic USA" |
| O-108 | APP2885 | Excerpt from 06/12/2018 Los Angeles County Registrar-Recorder/County Clerk Board of Supervisors Correspondence |
| O-109 | APP2890 | 05/12/2022 *LA Times* Article, "L.A. County has more people than 40 states, but its political power doesn't reflect that" |
| O-110 | APP2902 | 10/08/2018 Email Chain, SMMT-OAN08827454 |
| O-111 | APP2904 | 06/21/2010 *Huffington Post* Article, SMMT-OAN04275575–78 |
| O-112 | APP2909 | 09/27/2017 *New York Times* Article, "For Paper Trails in Voting" |
| O-113 | APP2911 | 01/11/2008 Burke Letter, CBEC-SMARTMATIC-002608–11 |
| O-114 | APP2916 | Jack Blaine Deposition Exhibit 20 |
| O-115 | APP2923 | 11/18/2020 *New York Times* Article, "Giuliani peddles election conspiracy theories and falsehoods" |
| O-116 | APP2926 | 11/03/2020 *New York Times* Article, "Watch Out for This Misinformation on Election Day" |
| O-117 | APP2931 | University of Pennsylvania, Penn Wharton publication titled "The Business of Voting: Market Structure and Innovation in the Election Technology Industry" |
| O-118 | APP2990 | Wired Article, "NYT: Venezuela E-Vote Connection" |
| O-119 | APP2992 | Smartmatic Video (LA County Voter Testimonials) |
| O-120 | APP2993 | 08/02/2017 Miami Herald Article, "Venezuela election results were manipulated, voting company says" |
| O-121 | APP2998 | Rudy Giuliani Biography |
| O-122 | APP3003 | licensedtolie.com Web Page |
| O-123 | APP3013 | Sidney Powell's LinkedIn Profile |
| O-124 | APP3020 | DePerno Law Office, PLLC Web Page |
| O-125 | APP3023 | Matthew DePerno's LinkedIn Profile |
| O-126 | APP3028 | Patrick Colbeck's LinkedIn Profile |
| O-127 | APP3036 | shiva4president.com Web Page |

| Exhibit | App. Page No. | Description |
|---|---|---|
| O-128 | APP3040 | Mary Fanning Bio Page |
| O-129 | APP3042 | tkassociatesllc.com Web Page |
| O-130 | APP3044 | Terry Turchie's LinkedIn Profile |
| O-131 | APP3051 | Steve Bannon Biography |
| O-132 | APP3058 | digenovatoensing.com Web Page |
| O-133 | APP3066 | Thomas Fitton's Bio Page |
| O-134 | APP3069 | Phil Waldron's LinkedIn Profile |
| O-135 | APP3072 | january6th-benniethompson.house.gov Web Page |
| O-136 | APP3076 | 12/16/2021 Press Release, "Select Committee Subpoenas James P. 'Phil' Waldron" |
| O-137 | APP3078 | Russell Ramsland's LinkedIn Profile |
| O-138 | APP3080 | irvingrepublicanwomen.com Web Page |
| O-139 | APP3084 | Thomas G. McInerney's Bio Page |
| O-140 | APP3087 | Clay Clark's Bio Page |
| O-141 | APP3092 | Michael Johns's LinkedIn Profile |
| O-142 | APP3110 | Keith Trippie's Bio Page |
| O-143 | APP3116 | Allan Santos's LinkedIn Profile |
| O-144 | APP3119 | Kyle Becker's LinkedIn Profile |
| O-145 | APP3124 | Evi Kokalari's Bio Page |
| O-146 | APP3128 | Michael Waller's Bio Page |
| O-147 | APP3132 | Michael Waller's LinkedIn Profile |
| O-148 | APP3137 | 05/27/2020 *Washington Post* Article, "Is the MyPillow guy the future of the Republican Party, or is he just dreaming?" |
| O-149 | APP3142 | Cory Mills's Bio Page |
| O-150 | APP3145 | Chris Farrell's Bio Page |