# Exhibit A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP.,<br>SMARTMATIC HOLDING B.V., AND<br>SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br>v.<br><br>HERRING NETWORKS, INC., D/B/A<br>ONE AMERICA NEWS NETWORK,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)     Civil Action No. 1:21-cv-02900-CJN<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF KEVIN KUNEC IN SUPPORT OF
## OAN'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON ACTUAL MALICE

I, Kevin Kunec, declare as follows:

1.      My name is Kevin Kunec. I am over the age of twenty-one years, am of sound mind and am otherwise fully competent to testify. All of the facts contained in this Declaration are based upon my personal knowledge, unless stated otherwise, and are true and correct; and if called as a witness, I could and would testify as follows.

2.      I am making this declaration in support of OAN's Motion for Partial Summary Judgment on Actual Malice ("Motion").

3.      I am a paralegal at Jackson Walker LLP assisting in the representation of Defendant Herring Networks, Inc. dba One America News Network ("OAN") in the above captioned matter. In that capacity, I submitted video footage to Dickman Davenport, Inc., a multimedia court reporting company located at 4228 N. Central Expressway, Suite 101, Dallas, Texas 75206 "Dickman Davenport"), of the broadcasts that Plaintiffs allege are defamatory in their Complaint.

4.      I have read and am familiar with the Complaint dated November 3, 2021 filed by the Plaintiffs against OAN in this lawsuit (the "Complaint").

38316679v.12

**APP2**

5.      I have viewed and am familiar with the video of the complained of segment of the November 12, 2020, OAN broadcast of *After Hours with Alex Salvi,* complained of in paragraphs 171(a), 184(a), and 227(a) of the Complaint (the "11/12/2020 Video"). I provided the 11/12/2020 Video to Dickman Davenport in order to create a certified transcript of the audio contained in the 11/12/2020 Video. Attached hereto as Exhibit 1 is a true and correct copy of the certified transcript of the 11/12/2020 Video that I received from Dickman Davenport.

6.      I have viewed and am familiar with the video of the complained of segment of the November 16, 2020, OAN broadcast of *Tipping Point with Kara McKinney*, complained of in paragraphs 171(c), 184(d)(e), 196(c)(d), and 227(c) of the Complaint (the "11/16/2020 Tipping Point Video"). I provided the 11/16/2020 Tipping Point Video to Dickman Davenport in order to create a certified transcript of the audio contained in the 11/16/2020 Tipping Point Video. Attached hereto as Exhibit 2 is a true and correct copy of the certified transcript of the 11/16/2020 Tipping Point Video that I received from Dickman Davenport.

7.      I have viewed and am familiar with the video of the complained of segment of the November 17, 2020, OAN broadcast of *Tipping Point with Kara McKinney*, complained of in paragraphs 171(e), 184(i)(j), 196(f), 204(a), 218(d), and 227(f) of the Complaint (the "11/17/2020 Tipping Point Video"). I provided the 11/17/2020 Tipping Point Video to Dickman Davenport in order to create a certified transcript of the audio contained in the 11/17/2020 Tipping Point Video. Attached hereto as Exhibit 3 is a true and correct copy of the certified transcript of the 11/17/2020 Tipping Point Video that I received from Dickman Davenport.

8.      I have viewed and am familiar with the video of the complained of segment of the November 19, 2020, OAN broadcast of *Real America with Dan Ball*, complained of in paragraphs 171(i), 184(l), 205(b), and 227(g)(h) of the Complaint (the "11/19/2020 Real America Video"). I

38316679v.12

provided the 11/19/2020 Real America Video to Dickman Davenport in order to create a certified transcript of the audio contained in the 11/19/2020 Real America Video. Attached hereto as Exhibit 4 is a true and correct copy of the certified transcript of the 11/19/2020 Real America Video that I received from Dickman Davenport.

9.      I have viewed and am familiar with a video produced to OAN by the Plaintiffs in this litigation that Plaintiffs claim was a broadcast by OAN at 6 AM ET on November 20, 2020, as alleged in paragraphs 171(n) and 227(k) of the Complaint (the "11/20/2020 6AM Video"). I provided the 11/20/2020 6AM Video to Dickman Davenport in order to create a certified transcript of the audio contained in the 11/20/2020 6AM Video. Attached hereto as Exhibit 5 is a true and correct copy of the certified transcript of the 11/20/2020 6AM Video that I received from Dickman Davenport.

10.     I have viewed and am familiar with a video produced to OAN by the Plaintiffs in this litigation that Plaintiffs claim was a broadcast by OAN at 3 PM ET on November 20, 2020, as alleged in paragraphs 171(o), 184(p), and 227(l) of the Complaint (the "11/20/2020 3 PM Video"). I provided the 11/20/2020 3 PM Video to Dickman Davenport in order to create a certified transcript of the audio contained in the 11/20/2020 3 PM Video. Attached hereto as Exhibit 6 is a true and correct copy of the certified transcript of the 11/20/2020 3 PM Video that I received from Dickman Davenport.

11.     I have viewed and am familiar with the video of the complained of segment of the November 20, 2020, OAN broadcast of *In Focus with Stephanie Hamill*, complained of in paragraphs 171(p), 184(q), 196(j), 205(c)(d)(e), and 227(m) (the "11/20/2020 In Focus Video"). I provided the 11/20/2020 In Focus Video to Dickman Davenport in order to create a certified transcript of the audio contained in the 11/20/2020 In Focus Video. Attached hereto as Exhibit 7

38316679v.12

**APP4**

is a true and correct copy of the certified transcript of the 11/20/2020 In Focus Video that I received from Dickman Davenport.

12.     I have viewed and am familiar with the video of the complained of segment of the November 20, 2020, OAN broadcast of *Tipping Point with Kara McKinney*, complained of in paragraph 176(c) of the Complaint (the "11/20/2020 Tipping Point Video"). I provided the 11/20/2020 Tipping Point Video to Dickman Davenport in order to create a certified transcript of the audio contained in the 11/20/2020 Tipping Point Video. Attached hereto as Exhibit 8 is a true and correct copy of the certified transcript of the 11/20/2020 Tipping Point Video that I received from Dickman Davenport.

13.     I have viewed and am familiar with the video of the complained of segment of the November 18, 2020, OAN broadcast of *Tipping Point with Kara McKinney*, complained of in paragraphs 171(q), 205(f)(g), and 218(l) of the Complaint (the "11/18/2020 Tipping Point Video"). In their Complaint, Plaintiffs erroneously state that it aired on November 22, 2020. I provided the 11/18/2020 Tipping Point Video to Dickman Davenport in order to create a certified transcript of the audio contained in the 11/18/2020 Tipping Point Video. Attached hereto as Exhibit 9 is a true and correct copy of the certified transcript of the 11/18/2020 Tipping Point Video that I received from Dickman Davenport.

14.     I have viewed and am familiar with the video of the complained of segment of the November 23, 2020, OAN broadcast of *Tipping Point with Kara McKinney*, complained of in paragraphs 171(s), 184(t), 218(p)(q), and 227(n) of the Complaint (the "11/23/2020 Tipping Point Video"). I provided the 11/23/2020 Tipping Point Video to Dickman Davenport in order to create a certified transcript of the audio contained in the 11/23/2020 Tipping Point Video. Attached hereto

38316679v.12

as Exhibit 10 is a true and correct copy of the certified transcript of the 11/23/2020 Tipping Point Video that I received from Dickman Davenport.

15.    I have viewed and am familiar with the video of the complained of segment of the November 27, 2020, OAN broadcast of *Tipping Point with Kara McKinney*, complained of in paragraphs 171(x), 196(n), 218(t), and 227(r) of the Complaint (the "11/27/2020 Tipping Point Video"). In the Complaint, Plaintiffs erroneously state that it aired on November 28, 2020. I provided the 11/27/2020 Tipping Point Video to Dickman Davenport in order to create a certified transcript of the audio contained in the 11/27/2020 Tipping Point Video. Attached hereto as Exhibit 11 is a true and correct copy of the certified transcript of the 11/27/2020 Tipping Point Video that I received from Dickman Davenport.

16.    I have viewed and am familiar with the video of the complained of segment of the December 1, 2020, OAN broadcast of *Tipping Point with Kara McKinney*, complained of in paragraphs 171(z), 196(o), and 218(v) of the Complaint (the "12/01/2020 Tipping Point Video"). I provided the 12/01/2020 Tipping Point Video to Dickman Davenport in order to create a certified transcript of the audio contained in the 12/01/2020 Tipping Point Video. Attached hereto as Exhibit 12 is a true and correct copy of the certified transcript of the 12/01/2020 Tipping Point Video that I received from Dickman Davenport.

17.    I have viewed and am familiar with the video of the complained of segment of the December 3, 2020, OAN broadcast of *In Focus with Stephanie Hamill*, complained of in paragraphs 171(aa), 218(w), and 227(s) of the Complaint (the "12/03/2020 In Focus Video"). I provided the 12/03/2020 In Focus Video to Dickman Davenport in order to create a certified transcript of the audio contained in the 12/03/2020 In Focus Video. Attached hereto as Exhibit 13

is a true and correct copy of the certified transcript of the 12/03/2020 In Focus Video that I received from Dickman Davenport.

18.     I have viewed and am familiar with the video of the complained of segment of the December 7, 2020, OAN broadcast of *Tipping Point with Kara McKinney*, complained of in paragraphs 171(ff), 184(y), 205(k), and 227(v) of the Complaint (the "12/07/2020 Video"). I provided the 12/07/2020 Video to Dickman Davenport in order to create a certified transcript of the audio contained in the 12/07/2020 Video. Attached hereto as Exhibit 14 is a true and correct copy of the certified transcript of the 12/07/2020 Video that I received from Dickman Davenport.

19.     I have viewed and am familiar with the video of the complained of February 5, 2021, OAN broadcast of an interview of Michael Lindell, complained of in paragraphs 158-159, 171(ii), and 205(n) of the Complaint (the "02/05/2021 Lindell Video"). In the Complaint, Plaintiffs erroneously state that it aired on February 8, 2021. I provided the 02/05/2020 Lindell Video to Dickman Davenport in order to create a certified transcript of the audio contained in the 02/05/2020 Lindell Video. Attached hereto as Exhibit 15 is a true and correct copy of the certified transcript of the 02/05/2020 Lindell Video that I received from Dickman Davenport.

20.     I have viewed and am familiar with the video of the complained of February 5, 2021, airing of a Michael Lindell broadcast, *Absolute Proof*, complained of in paragraphs 171(hh), 184(aa), and 196(s)-(x) of the Complaint (the "02/05/2021 Absolute Proof Video"). I provided the 02/05/2020 Absolute Proof Video to Dickman Davenport in order to create a certified transcript of the audio contained in the 02/05/2020 Absolute Proof Video. Attached hereto as Exhibit 16 is a true and correct copy of the certified transcript of the 02/05/2020 Absolute Proof Video that I received from Dickman Davenport.

38316679v.12

21.     I have viewed and am familiar with the video of the complained of segment of the February 11, 2021, OAN broadcast of an interview of Michael Lindell by Steve Bannon, complained of in paragraphs 171(jj), 184(dd), and 196(y) of the Complaint (the "02/11/2021 Steve Bannon Video"). I provided the 02/11/2021 Steve Bannon Video to Dickman Davenport in order to create a certified transcript of the audio contained in the 02/11/2021 Steve Bannon Video. Attached hereto as Exhibit 17 is a true and correct copy of the certified transcript of the 02/11/2021 Steve Bannon Video that I received from Dickman Davenport.

22.     I have viewed and am familiar with the video of the complained of April 3-4, 2021, airing of a Michael Lindell broadcast, *Scientific Proof*, complained of in paragraphs 162, 163, 171(kk), 184(ee), 184(ff), 196(z)-(bb), and 205(o) of the Complaint (the "04/03-04/2021 Video"). I provided the 04/03-04/2021 Video to Dickman Davenport in order to create a certified transcript of the audio contained in the 04/03-04/2021 Video. Attached hereto as Exhibit 18 is a true and correct copy of the certified transcript of the 04/03-04/2021 Video that I received from Dickman Davenport.

23.     I have viewed and am familiar with the video of the complained of April 22, 2021, airing of a Michael Lindell broadcast, *Absolute Interference*, complained of in paragraphs 164, 165, 171(ll), and 196(cc) of the Complaint (the "04/22/2021 Video"). I provided the 04/22/2021 Video to Dickman Davenport in order to create a certified transcript of the audio contained in the 04/22/2021 Video. Attached hereto as Exhibit 19 is a true and correct copy of the certified transcript of the 04/22/2021 Video that I received from Dickman Davenport.

24.     I have viewed and am familiar with the video of the complained of May 3, 2021, OAN broadcast of an interview of Michael Lindell by Pearson Sharp, complained of in paragraphs 166, 171(mm), 184(gg), and 196(dd) of the Complaint (the "05/03/2021 Video"). I provided the

38316679v.12

05/03/2021 Video to Dickman Davenport in order to create a certified transcript of the audio

contained in the 05/03/2021 Video. Attached hereto as Exhibit 20 is a true and correct copy of the

certified transcript of the 05/03/2021 Video that I received from Dickman Davenport.

   25.  I have viewed and am familiar with the video of the complained of June 5-6, 2021,

airing of a Michael Lindell broadcast, *Absolutely 9-0*, complained of in paragraphs 167, 168,

171(nn), 184(hh), 196(ee), and 205(p)-(r) of the Complaint (the "06/05-06/2021 Video"). I

provided the 06/05-06/2021 Video to Dickman Davenport in order to create a certified transcript

of the audio contained in the 06/05-06/2021 Video. Attached hereto as Exhibit 22 is a true and

correct copy of the certified transcript of the 06/05-06/2021 Video that I received from Dickman

Davenport.

   I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 7, 2023.

                       Kevin Kunec

38316679v.12

# Exhibit A-1

1
2
3
4
5
6
7
8
9
10
11 CERTIFIED TRANSCRIPTION OF
12      NOVEMBER 12, 2020
13 AFTER HOURS WITH ALEX SALVI
14
15
16
17
18
19
20
21
22
23
24
25

Alex Salvi - November 12, 2020

1           (Recording begins.)

2           MR. SALVI:  The Trump campaign is

3    exhausting its remaining resources, utilizing recounts,

4    lawsuits and allegations of voter fraud to keep the

5    re-election efforts alive.  At the center of that latter

6    argument today are concerns about the voting machine

7    company known as Dominion.  It's a Canadian company with

8    its headquarters in Denver, although much of the

9    manufacturing is done in China, where it makes software

10   that local governments use to run their elections here

11   in the U.S.

12           The New York Times reporting on Wednesday,

13   quote, Dominion voting systems, which makes software

14   that local governments around the nation use to help run

15   their elections, is now at the center of baseless claims

16   that software glitches led to mistakes and vote tallies

17   in Michigan and Georgia last week.  This article goes on

18   to list several examples of the voting system being at

19   the center of controversy, specifically in Michigan and

20   Georgia.

21           So in regard to Michigan, quote, in the two

22   Michigan counties that had -- had mistake s, the

23   inaccuracies were because of human errors, not software

24   problems, according to the Michigan Department of State,

25   county officials and election security experts.  Only

Alex Salvi - November 12, 2020

1   one of the two Michigan counties used Dominion software.

2                   And then in regard to Georgia, quote,

3   Issues in three Georgia counties had other explanations.

4   In one county, an apparent problem with Dominion

5   software delayed officials' reporting of the vote

6   tallies, but did not affect the actual vote count.  In

7   two other counties, a separate company software slowed

8   poll workers' ability to check in voters.

9                   So many of you may be familiar with these

10  types of machines.  They're used in 28 states all across

11  the country, serving over 40 percent of U.S. voters.

12                  UNIDENTIFIED SPEAKER:  The system requires

13  voters to select candidates on a computer screen.  The

14  machine would print a paper ballot showing the voters'

15  choices, stamped with a QR code.  The voter would put

16  the ballot in a scanner which would scan the QR code.

17  Critics say the scanner would also encode a time stamp,

18  indicating the time of day the vote was cast.

19                  MR. SALVI:  So simple enough.  But the sign

20  of confidence from the New York Times, it may help some

21  of you sleep at night, but it also ignores years' worth

22  of alarms being raise raised about these systems.

23  Professor Andrew Appel, a computer scientist at

24  Princeton University has been raising the alarms about

25  Dominion voting systems for years.  In fact, back in

Alex Salvi - November 12, 2020

1   2008, he was asked to hack into one of those machines as
2   part of an election lawsuit against officials in the
3   state of New Jersey.
4                   UNIDENTIFIED SPEAKER:  He says it could
5   happen by simply swapping the machine's computer chip
6   for his own.
7                   PROFESSOR APPEL:  And I'll just have to
8   replace this one chip with a fraudulent computer
9   program.
10                  UNIDENTIFIED SPEAKER:  He was able to
11  change the votes the machine counted.
12                  PROFESSOR APPEL:  I figured out how to make
13  a slightly different computer program that just before
14  the close of the polls, it shifts some votes around from
15  one candidate to another.  And I wrote that computer
16  program onto a memory chip like this, and now to hack a
17  voting machine, you have to get seven minutes alone with
18  it with a screwdriver.
19                  MR. SALVI:  I understand, a lot has changed
20  since 2008, but the allegations against Dominion voting
21  did not stop them.  The Washington Examiner reporting
22  this week, quote, The Dominion voting systems which has
23  been used in multiple states where fraud has been
24  alleged in the 2020 U.S. election was rejected three
25  times by data communications experts from the Texas

Alex Salvi - November 12, 2020

1   Secretary of State and Attorney General's Office for

2   failing to meet basic security standards.  But it's not

3   only Dominion.  It's also Dominion's subsidiaries, such

4   as Smartmatic, which was used for the Philippine

5   elections back in 2010 and 2013.

6               The Washington Examiner reporting, quote,

7   Litigation over Smartmatic glitches alleges they

8   impacted the 2010 and 2013 midterm elections in the

9   Philippines, raising questions of cheating and fraud.

10  An independent review of the source codes used in the

11  machines found multiple problems, which concluded the

12  software inventory provided by Smartmatic is inadequate,

13  which brings into question the software credibility.

14              So when you understand all of this, you

15  begin to realize why Republicans were concerned when

16  they learned this happened in Michigan.

17              MICHIGAN GOP CHAIR:  In Antrim County,

18  ballots were counted for Democrats that were meant for

19  Republicans, causing a 6,000-vote swing against our

20  candidates.  The county clerk came forward and said

21  tabulating software glitched and caused a miscalculation

22  of the votes.  Since then, we have now discovered that

23  47 counties used this same software in the same

24  capacity.

25              MR. SALVI:  Now, to be clear, at this

Alex Salvi - November 12, 2020

1  point, we don't have any independent evidence that any

2  additional votes have been affected by these voting

3  systems or that the results were tainted in any way by

4  large-scale voter fraud.  But that doesn't mean that

5  people should be shamed for asking because it's not out

6  of the realm of possibility, and you don't have to take

7  my word for it.

8             Remember Professor Appel, the Princeton

9  professor from earlier, who's probably smarter than me,

10  he's been speaking out on these systems as recently as

11  last year.

12             PROFESSOR APPEL:  If the machine is hacked,

13  then they can install software that marks votes on the

14  ballot after the voter last saw it.  And if the piece of

15  paper can be marked by the computer after the last time

16  the voter saw it, then the whole paper trail is

17  compromised.

18             MR. SALVI:  Joining us now for updates on

19  the legal fight that may be ahead is Harmeet Dhillon,

20  the co-chair of the Republican National Lawyer's

21  Association and the CEO and founder of the Center for

22  American Liberty.  So, Harmeet, I'm really glad to have

23  you on the program tonight because we know that today,

24  there are some developments in favor of the Trump

25  campaign coming in the state of Pennsylvania as well.

Alex Salvi - November 12, 2020

1           But I want to get your input on the legal
2  battle in general.  Do you believe that there is a
3  strong case so far?
4           MS. DHILLON:  Yes.  There is a strong case,
5  but a lot of people have kind of dumbed this down to
6  just being fraud, and I don't think that that's --
7  that's a way to win this election, quite frankly.  I
8  think some of the big pieces are whether ballots were
9  counted that shouldn't have been counted, and this may
10 have happened in multiple states where the law says
11 ballots have to be received by a certain date or they
12 have to have a date and a signature and an address on
13 them, or they have to have a secrecy envelope.  And some
14 of those things are not there.
15          Other instances that could make a
16 difference in the outcome of the election is whether
17 ballots have to be recounted, where they weren't
18 witnessed by Republican volunteers.
19          And finally, you have Georgia where they're
20 doing an automatic recount, an audit, and it -- and it's
21 by hand, using hand record, paper records.  So these are
22 the types of things that, taken together, could be
23 enough to make a difference in the outcome.  It is an
24 uphill battle to change multiple states, so those are
25 some of the challenges.

Alex Salvi - November 12, 2020

1          MR. SALVI:  And in fact, we're hearing from
2    Republican state senators in Michigan too that they're
3    also looking for a recount in that state.  But the
4    development, when it comes to Pennsylvania, I think
5    you're right to say that it doesn't necessarily have to
6    do with fraud, but it has to do with some of these
7    ballots coming in after the allotted time period, the
8    deadline that was created and whether or not state
9    executives have the power to make those kind of
10   deadlines because the constitution is pretty clear that
11   it's state legislatures that really have that power to
12   do so.
13          So when we look ahead to possible
14   litigation brought forth by the Trump campaign, what do
15   they to prove?  It's not, as you were saying,
16   necessarily, bringing in widespread voter fraud
17   evidence, but more so looking at the law as it's
18   written, correct?
19          MS. DHILLON:  That's right.  And the
20   Supreme Court has repeatedly ruled on this issue of the
21   elections and the elector's clause in the United States
22   Constitution, which in turn provides that only state
23   legislatures make the time, place and manner regulations
24   in our voting.
25          And earlier this year, our governor in

Alex Salvi - November 12, 2020

1   California attempted to unilaterally impose a change in
2   our voting laws, and we sued them, Republican National
3   Committee and our Republican lawyers sued them, and the
4   governor then went to the legislature to pass the same
5   regulations that he wanted.  And that's the correct way
6   to do it, although I disagree with the regulations.
7                   But in Pennsylvania, where there is a
8   Republican legislature and they refuse to extend the
9   deadline to receive the ballots to three days or more
10  after the election, the Secretary of State, who dislikes
11  the president, went ahead and did that on her own, and
12  then she got that certified by the Pennsylvania Supreme
13  Court.  That's the case before the United States Supreme
14  Court.
15                  And today's ruling that you mentioned
16  doesn't have to do with that issue, but it has to do
17  with a separate issue that the attorney -- that the
18  Secretary of State imposed on the state, and that is
19  that she attempted to extend the deadline by which
20  first-time voters must provide the state with voter ID.
21  That is, by statute, six days, which seems to be plenty
22  of time, right, that voting is a precious right and
23  people should treat it seriously to nine days.  And
24  that's what the Court today struck down, says she
25  doesn't have the authority to do that.

Alex Salvi - November 12, 2020

1        MR. SALVI:  And I believe that's referred
2   to as curing the ballots, where they submitted the
3   ballot and they do have a time period where they can go
4   back and make the proper changes if need be.  But as we
5   were saying, it's not necessarily the job of an
6   executive official in a state to unilaterally extend
7   that time period.
8        But I do want to touch on that first case
9   as well because Justice Samuel Alito, he did give the
10  Trump campaign another victory in a sort earlier this
11  week when he said that ballots that arrived after the
12  deadlines, they can still be counted, but they have to
13  be done so separately.  And now is the reason for that
14  because this could end up before the Supreme Court, and
15  in case there is any sort of remedy, they want to make
16  sure that these ballots aren't tainted in the sense that
17  they're all put together and you can't necessarily
18  differentiate between the two types?
19       MS. DHILLON:  That is the issue.  Now, the
20  problem is that the Supreme Court already ordered that
21  before the election.  And, yet, a few days later when
22  these parties went back to court, the -- the Secretary
23  of State of Pennsylvania and the Trump side were unable
24  to tell the Court that, indeed, that segregation had
25  occurred, the -- because the counties in the state said

Alex Salvi - November 12, 2020

1  they were unable to give that assurance.  So that's very
2  troubling.
3           So in fact, there may not have been a
4  segregation occurring before that second order by -- by
5  Justice Alito.  So what does that mean?  Well, in
6  addition to the fact that there are 600,000 ballots that
7  apparently were not witnessed at all in Pennsylvania,
8  that could suggest a need for a recount.  Under
9  Pennsylvania law, the state is supposed to keep the
10 envelopes and supposed to have a date stamp on each
11 ballot or envelope what -- what day they received it.
12 So even though they didn't segregate them, those paper
13 records are supposed to be there.  Are they?  We shall
14 see.
15          MR. SALVI:  And I think that is actually a
16 very important "maybe" because, for example, I'm trying
17 to think this out logically.  And if these ballots were
18 counted in their totality, for example, and the Supreme
19 Court eventually does take up a case and say, you know
20 what, anything that did arrive after this deadline
21 should not be counted because that's against the law as
22 it's written, we know that there are now conservative
23 text rules on the Supreme Court as well.
24          So say, for example, that the state of
25 Pennsylvania did combine these ballots and they counted

Alex Salvi - November 12, 2020

1  them all, but now the Supreme Court rules, for example,

2  and says, you know what, anything that arrives after the

3  deadline can't be counted, but we don't really

4  necessarily have a way to differentiate between those,

5  what then happens?  Would it be an ask for a totally new

6  election?  Would it be asking for certain votes to be

7  counted in a different way?  Then what happens?

8            MS. DHILLON:  Well, it's very interesting.

9  It's somewhat unprecedented, but you may recall that

10 there was a ballot harvesting scandal in the 2018

11 election in a neighboring nearby state of North Carolina

12 where I grew up and there was -- now where it's illegal.

13 And indeed, the Republican candidate staffer was accused

14 of -- of doing that.  And, you know, ultimately, a new

15 election was called as a remedy.

16            And so, obviously, we don't want that,

17 but -- and I don't want to assume that the records

18 aren't there, necessarily, okay, but we -- you know, if

19 the records are there, we ought to be able to unscramble

20 that egg, as it were, and there should be a recount

21 anyway based on the fact that Republicans weren't

22 allowed to observe that.

23            But, you know, bottom line, elections are

24 about numbers, right?  So right now, there's a

25 50,000-vote spread putatively between the two sides in

Alex Salvi - November 12, 2020

1  Pennsylvania.  The Secretary of State of Pennsylvania
2  has come out and said it's about 10,000 or so ballots
3  that were received after -- though I don't know how she
4  can say that when she told the Supreme Court she's not
5  sure how -- you know, whether those ballots are being
6  segregated or not.
7             But if it is 10,000, you know, that's out
8  of 40,000, so you have to find another way to glo- --
9  close that gap, and there are places to do that.  The
10 places to do that include Philadelphia counting a number
11 of ballots, that according to state law are incomplete.
12 They don't have the date, they don't have the address,
13 they don't have the signature, necessarily, and they
14 don't have that secrecy envelope.  One of those
15 problems, those should not have been counted, okay?
16            And then there's other counties that have
17 just simply voted in their local election boards to
18 ignore state law that requires ballots to be dated.  And
19 those are important laws and they are there for a
20 reason.  And so if you add up all of these
21 irregularities and you do a recount, it is possible to
22 make up that vote difference, but there are a lot of
23 "ifs" there.
24            MR. SALVI:  Yeah.  And you know, I've heard
25 some people say this, too.  The media may have the first

1 word when it comes to calling this election, but it
2 seems that there's no doubt that the federal courts will
3 have the last.  It seems like this is going to the
4 courts.  It's just a matter of how they end up deciding
5 on this.  So I advise everybody to just stay calm, wait
6 for these results to play out because at this point, it
7 is too close to call, as you were saying.  But Harmeet
8 Dhillon, I really appreciate you coming on the program
9 tonight, breaking down the complexities of this
10 situation.  Thank you.
11                 (Recording ends.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Alex Salvi - November 12, 2020

1                    C E R T I F I C A T E
2          I, TERRI GARCIA, Certified Shorthand Reporter in
3    and for the State of Texas, certify that the foregoing
4    is a correct transcription from the video recording of
5    the the above-entitled matter.
6          I further certify that I am neither counsel for,
7    related to, nor employed by any of the parties to the
8    action in which this recording was transcribed, and
9    further that I am not financially or otherwise
10   interested in the outcome of the action.
11         I further certify that the transcription fee of
12   $_____ was paid/will be paid in full by
13   _____.
14
15
16         _____
                 Terri Garcia, Texas Certified
17               Shorthand Reporter No. 6581
                 Dickman Davenport, Inc.
18               Firm Registration No. #312
                 4228 North Central Expressway
19               Suite 101
                 Dallas, Texas  75206
20               (214) 855-5100
                 My commission expires:  7-31-25
21
22
23
24
25

Alex Salvi - November 12, 2020

**A**

ability 3:8
able 4:10 12:19
above-entitled
  15:5
accused 12:13
action 15:8,10
actual 3:6
add 13:20
addition 11:6
additional 6:2
address 7:12
  13:12
advise 14:5
affect 3:6
ahead 6:19 8:13
  9:11
alarms 3:22,24
ALEX 1:13
Alito 10:9 11:5
alive 2:5
allegations 2:4
  4:20
alleged 4:24
alleges 5:7
allotted 8:7
allowed 12:22
American 6:22
Andrew 3:23
Antrim 5:17
anyway 12:21
apparent 3:4
apparently 11:7
Appel 3:23 4:7
  4:12 6:8,12
appreciate 14:8
argument 2:6
arrive 11:20
arrived 10:11
arrives 12:2
article 2:17
asked 4:1
asking 6:5 12:6
Association 6:21
assume 12:17

assurance 11:1
attempted 9:1,19
attorney 5:1 9:17
audit 7:20
authority 9:25
automatic 7:20

**B**

back 3:25 5:5
  10:4,22
ballot 3:14,16
  6:14 10:3 11:11
  12:10
ballots 5:18 7:8
  7:11,17 8:7 9:9
  10:2,11,16 11:6
  11:17,25 13:2,5
  13:11,18
based 12:21
baseless 2:15
basic 5:2
battle 7:2,24
begins 2:1
believe 7:2 10:1
big 7:8
boards 13:17
bottom 12:23
breaking 14:9
bringing 8:16
brings 5:13
brought 8:14

**C**

C 15:1,1
California 9:1
call 14:7
called 12:15
calling 14:1
calm 14:5
campaign 2:2
  6:25 8:14 10:10
Canadian 2:7
candidate 4:15
  12:13
candidates 3:13
  5:20

capacity 5:24
Carolina 12:11
case 7:3,4 9:13
  10:8,15 11:19
cast 3:18
caused 5:21
causing 5:19
center 2:5,15,19
  6:21
Central 15:18
CEO 6:21
certain 7:11 12:6
certified 1:11
  9:12 15:2,16
certify 15:3,6,11
CHAIR 5:17
challenges 7:25
change 4:11 7:24
  9:1
changed 4:19
changes 10:4
cheating 5:9
check 3:8
China 2:9
chip 4:5,8,16
choices 3:15
claims 2:15
clause 8:21
clear 5:25 8:10
clerk 5:20
close 4:14 13:9
  14:7
co-chair 6:20
code 3:15,16
codes 5:10
combine 11:25
come 13:2
comes 8:4 14:1
coming 6:25 8:7
  14:8
commission
  15:20
Committee 9:3
communications
  4:25

company 2:7,7
  3:7
complexities 14:9
compromised
  6:17
computer 3:13
  3:23 4:5,8,13
  4:15 6:15
concerned 5:15
concerns 2:6
concluded 5:11
confidence 3:20
conservative
  11:22
constitution 8:10
  8:22
controversy 2:19
correct 8:18 9:5
  15:4
counsel 15:6
count 3:6
counted 4:11
  5:18 7:9,9
  10:12 11:18,21
  11:25 12:3,7
  13:15
counties 2:22 3:1
  3:3,7 5:23
  10:25 13:16
counting 13:10
country 3:11
county 2:25 3:4
  5:17,20
court 8:20 9:13
  9:14,24 10:14
  10:20,22,24
  11:19,23 12:1
  13:4
courts 14:2,4
created 8:8
credibility 5:13
Critics 3:17
curing 10:2

**D**

Dallas 15:19
data 4:25
date 7:11,12
  11:10 13:12
dated 13:18
Davenport 15:17
day 3:18 11:11
days 9:9,21,23
  10:21
deadline 8:8 9:9
  9:19 11:20 12:3
deadlines 8:10
  10:12
deciding 14:4
delayed 3:5
Democrats 5:18
Denver 2:8
Department 2:24
development 8:4
developments
  6:24
Dhillon 6:19 7:4
  8:19 10:19 12:8
  14:8
Dickman 15:17
difference 7:16
  7:23 13:22
different 4:13
  12:7
differentiate
  10:18 12:4
disagree 9:6
discovered 5:22
dislikes 9:10
doing 7:20 12:14
Dominion 2:7,13
  3:1,4,25 4:20
  4:22 5:3
Dominion's 5:3
doubt 14:2
dumbed 7:5

**E**

E 15:1,1
earlier 6:9 8:25

Alex Salvi - November 12, 2020

10:10
**efforts** 2:5
**egg** 12:20
**election** 2:25 4:2
4:24 7:7,16
9:10 10:21 12:6
12:11,15 13:17
14:1
**elections** 2:10,15
5:5,8 8:21
12:23
**elector's** 8:21
**employed** 15:7
**encode** 3:17
**ends** 14:11
**envelope** 7:13
11:11 13:14
**envelopes** 11:10
**errors** 2:23
**eventually** 11:19
**everybody** 14:5
**evidence** 6:1 8:17
**Examiner** 4:21
5:6
**example** 11:16,18
11:24 12:1
**examples** 2:18
**executive** 10:6
**executives** 8:9
**exhausting** 2:3
**experts** 2:25 4:25
**expires** 15:20
**explanations** 3:3
**Expressway**
15:18
**extend** 9:8,19
10:6

**F**

**F** 15:1
**fact** 3:25 8:1 11:3
11:6 12:21
**failing** 5:2
**familiar** 3:9
**far** 7:3

**favor** 6:24
**federal** 14:2
**fee** 15:11
**fight** 6:19
**figured** 4:12
**finally** 7:19
**financially** 15:9
**find** 13:8
**Firm** 15:18
**first** 10:8 13:25
**first-time** 9:20
**foregoing** 15:3
**forth** 8:14
**forward** 5:20
**found** 5:11
**founder** 6:21
**frankly** 7:7
**fraud** 2:4 4:23
5:9 6:4 7:6 8:6
8:16
**fraudulent** 4:8
**full** 15:12
**further** 15:6,9,11

**G**

**gap** 13:9
**Garcia** 15:2,16
**general** 7:2
**General's** 5:1
**Georgia** 2:17,20
3:2,3 7:19
**give** 10:9 11:1
**glad** 6:22
**glitched** 5:21
**glitches** 2:16 5:7
**glo-** 13:8
**go** 10:3
**goes** 2:17
**going** 14:3
**GOP** 5:17
**governments**
2:10,14
**governor** 8:25
9:4
**grew** 12:12

**H**

**hack** 4:1,16
**hacked** 6:12
**hand** 7:21,21
**happen** 4:5
**happened** 5:16
7:10
**happens** 12:5,7
**Harmeet** 6:19,22
14:7
**harvesting** 12:10
**headquarters** 2:8
**heard** 13:24
**hearing** 8:1
**help** 2:14 3:20
**HOURS** 1:13
**human** 2:23

**I**

**ID** 9:20
**ifs** 13:23
**ignore** 13:18
**ignores** 3:21
**illegal** 12:12
**impacted** 5:8
**important** 11:16
13:19
**impose** 9:1
**imposed** 9:18
**inaccuracies** 2:23
**inadequate** 5:12
**include** 13:10
**incomplete** 13:11
**independent** 5:10
6:1
**indicating** 3:18
**input** 7:1
**install** 6:13
**instances** 7:15
**interested** 15:10
**interesting** 12:8
**inventory** 5:12
**irregularities**
13:21
**issue** 8:20 9:16

9:17 10:19
**Issues** 3:3

**J**

**Jersey** 4:3
**job** 10:5
**Joining** 6:18
**Justice** 10:9 11:5

**K**

**keep** 2:4 11:9
**kind** 7:5 8:9
**know** 6:23 11:19
11:22 12:2,14
12:18,23 13:3,5
13:7,24
**known** 2:7

**L**

**large-scale** 6:4
**law** 7:10 8:17
11:9,21 13:11
13:18
**laws** 9:2 13:19
**lawsuit** 4:2
**lawsuits** 2:4
**Lawyer's** 6:20
**lawyers** 9:3
**learned** 5:16
**led** 2:16
**legal** 6:19 7:1
**legislature** 9:4,8
**legislatures** 8:11
8:23
**Liberty** 6:22
**line** 12:23
**list** 2:18
**litigation** 5:7
8:14
**local** 2:10,14
13:17
**logically** 11:17
**look** 8:13
**looking** 8:3,17
**lot** 4:19 7:5 13:22

**M**

**machine** 2:6 3:14
4:11,17 6:12
**machine's** 4:5
**machines** 3:10
4:1 5:11
**manner** 8:23
**manufacturing**
2:9
**marked** 6:15
**marks** 6:13
**matter** 14:4 15:5
**mean** 6:4 11:5
**meant** 5:18
**media** 13:25
**meet** 5:2
**memory** 4:16
**mentioned** 9:15
**Michigan** 2:17
2:19,21,22,24
3:1 5:16,17 8:2
**midterm** 5:8
**minutes** 4:17
**miscalculation**
5:21
**mistake** 2:22
**mistakes** 2:16
**multiple** 4:23
5:11 7:10,24

**N**

**nation** 2:14
**National** 6:20 9:2
**nearby** 12:11
**necessarily** 8:5
8:16 10:5,17
12:4,18 13:13
**need** 10:4 11:8
**neighboring**
12:11
**neither** 15:6
**new** 2:12 3:20 4:3
12:5,14
**night** 3:21
**nine** 9:23

Alex Salvi - November 12, 2020

**North** 12:11 15:18
**NOVEMBER** 1:12
**number** 13:10
**numbers** 12:24

___

**O**

**observe** 12:22
**obviously** 12:16
**occurred** 10:25
**occurring** 11:4
**Office** 5:1
**official** 10:6
**officials** 2:25 4:2
**officials'** 3:5
**okay** 12:18 13:15
**order** 11:4
**ordered** 10:20
**ought** 12:19
**outcome** 7:16,23 15:10

___

**P**

**paid** 15:12
**paid/will** 15:12
**paper** 3:14 6:15 6:16 7:21 11:12
**part** 4:2
**parties** 10:22 15:7
**pass** 9:4
**Pennsylvania** 6:25 8:4 9:7,12 10:23 11:7,9,25 13:1,1
**people** 6:5 7:5 9:23 13:25
**percent** 3:11
**period** 8:7 10:3,7
**Philadelphia** 13:10
**Philippine** 5:4
**Philippines** 5:9
**piece** 6:14
**pieces** 7:8

**place** 8:23
**places** 13:9,10
**play** 14:6
**plenty** 9:21
**point** 6:1 14:6
**poll** 3:8
**polls** 4:14
**possibility** 6:6
**possible** 8:13 13:21
**power** 8:9,11
**precious** 9:22
**president** 9:11
**pretty** 8:10
**Princeton** 3:24 6:8
**print** 3:14
**probably** 6:9
**problem** 3:4 10:20
**problems** 2:24 5:11 13:15
**professor** 3:23 4:7,12 6:8,9,12
**program** 4:9,13 4:16 6:23 14:8
**proper** 10:4
**prove** 8:15
**provide** 9:20
**provided** 5:12
**provides** 8:22
**put** 3:15 10:17
**putatively** 12:25

___

**Q**

**QR** 3:15,16
**question** 5:13
**questions** 5:9
**quite** 7:7
**quote** 2:13,21 3:2 4:22 5:6

___

**R**

**R** 15:1
**raise** 3:22
**raised** 3:22

**raising** 3:24 5:9
**re-election** 2:5
**realize** 5:15
**really** 6:22 8:11 12:3 14:8
**realm** 6:6
**reason** 10:13 13:20
**recall** 12:9
**receive** 9:9
**received** 7:11 11:11 13:3
**record** 7:21
**recording** 2:1 14:11 15:4,8
**records** 7:21 11:13 12:17,19
**recount** 7:20 8:3 11:8 12:20 13:21
**recounted** 7:17
**recounts** 2:3
**referred** 10:1
**refuse** 9:8
**regard** 2:21 3:2
**Registration** 15:18
**regulations** 8:23 9:5,6
**rejected** 4:24
**related** 15:7
**remaining** 2:3
**remedy** 10:15 12:15
**Remember** 6:8
**repeatedly** 8:20
**replace** 4:8
**Reporter** 15:2,17
**reporting** 2:12 3:5 4:21 5:6
**Republican** 6:20 7:18 8:2 9:2,3,8 12:13
**Republicans** 5:15 5:19 12:21

**requires** 3:12 13:18
**resources** 2:3
**results** 6:3 14:6
**review** 5:10
**right** 8:5,19 9:22 9:22 12:24,24
**ruled** 8:20
**rules** 11:23 12:1
**ruling** 9:15
**run** 2:10,14

___

**S**

**s** 2:22
**SALVI** 1:13 2:2 3:19 4:19 5:25 6:18 8:1 10:1 11:15 13:24
**Samuel** 10:9
**saw** 6:14,16
**saying** 8:15 10:5 14:7
**says** 4:4 7:10 9:24 12:2
**scan** 3:16
**scandal** 12:10
**scanner** 3:16,17
**scientist** 3:23
**screen** 3:13
**screwdriver** 4:18
**second** 11:4
**secrecy** 7:13 13:14
**Secretary** 5:1 9:10,18 10:22 13:1
**security** 2:25 5:2
**see** 11:14
**segregate** 11:12
**segregated** 13:6
**segregation** 10:24 11:4
**select** 3:13
**senators** 8:2
**sense** 10:16

**separate** 3:7 9:17
**separately** 10:13
**seriously** 9:23
**serving** 3:11
**seven** 4:17
**shamed** 6:5
**shifts** 4:14
**Shorthand** 15:2 15:17
**showing** 3:14
**side** 10:23
**sides** 12:25
**sign** 3:19
**signature** 7:12 13:13
**simple** 3:19
**simply** 4:5 13:17
**situation** 14:10
**six** 9:21
**sleep** 3:21
**slightly** 4:13
**slowed** 3:7
**smarter** 6:9
**Smartmatic** 5:4,7 5:12
**software** 2:9,13 2:16,23 3:1,5,7 5:12,13,21,23 6:13
**somewhat** 12:9
**sort** 10:10,15
**source** 5:10
**SPEAKER** 3:12 4:4,10
**speaking** 6:10
**specifically** 2:19
**spread** 12:25
**staffer** 12:13
**stamp** 3:17 11:10
**stamped** 3:15
**standards** 5:2
**state** 2:24 4:3 5:1 6:25 8:2,3,8,11 8:22 9:10,18,18 9:20 10:6,23,25

Alex Salvi - November 12, 2020

11:9,24 12:11
13:1,11,18 15:3
**states** 3:10 4:23
7:10,24 8:21
9:13
**statute** 9:21
**stay** 14:5
**stop** 4:21
**strong** 7:3,4
**struck** 9:24
**submitted** 10:2
**subsidiaries** 5:3
**sued** 9:2,3
**suggest** 11:8
**Suite** 15:19
**supposed** 11:9,10
11:13
**Supreme** 8:20
9:12,13 10:14
10:20 11:18,23
12:1 13:4
**sure** 10:16 13:5
**swapping** 4:5
**swing** 5:19
**system** 2:18 3:12
**systems** 2:13 3:22
3:25 4:22 6:3
6:10

---

**T**

**T** 15:1,1
**tabulating** 5:21
**tainted** 6:3 10:16
**take** 6:6 11:19
**taken** 7:22
**tallies** 2:16 3:6
**tell** 10:24
**Terri** 15:2,16
**Texas** 4:25 15:3
15:16,19
**text** 11:23
**Thank** 14:10
**things** 7:14,22
**think** 7:6,8 8:4
11:15,17

**three** 3:3 4:24 9:9
**time** 3:17,18 6:15
8:7,23 9:22
10:3,7
**times** 2:12 3:20
4:25
**today** 2:6 6:23
9:24
**today's** 9:15
**told** 13:4
**tonight** 6:23 14:9
**totality** 11:18
**totally** 12:5
**touch** 10:8
**trail** 6:16
**transcribed** 15:8
**transcription**
1:11 15:4,11
**treat** 9:23
**troubling** 11:2
**Trump** 2:2 6:24
8:14 10:10,23
**trying** 11:16
**turn** 8:22
**two** 2:21 3:1,7
10:18 12:25
**types** 3:10 7:22
10:18

---

**U**

**U.S** 2:11 3:11
4:24
**ultimately** 12:14
**unable** 10:23
11:1
**understand** 4:19
5:14
**UNIDENTIFI...**
3:12 4:4,10
**unilaterally** 9:1
10:6
**United** 8:21 9:13
**University** 3:24
**unprecedented**
12:9

**unscramble**
12:19
**updates** 6:18
**uphill** 7:24
**use** 2:10,14
**utilizing** 2:3

---

**V**

**victory** 10:10
**video** 15:4
**volunteers** 7:18
**vote** 2:16 3:5,6
3:18 13:22
**voted** 13:17
**voter** 2:4 3:15 6:4
6:14,16 8:16
9:20
**voters** 3:8,11,13
9:20
**voters'** 3:14
**votes** 4:11,14
5:22 6:2,13
12:6
**voting** 2:6,13,18
3:25 4:17,20,22
6:2 8:24 9:2,22

---

**W**

**wait** 14:5
**want** 7:1 10:8,15
12:16,17
**wanted** 9:5
**Washington** 4:21
5:6
**way** 6:3 7:7 9:5
12:4,7 13:8
**we're** 8:1
**Wednesday** 2:12
**week** 2:17 4:22
10:11
**went** 9:4,11
10:22
**weren't** 7:17
12:21
**widespread** 8:16
**win** 7:7

**witnessed** 7:18
11:7
**word** 6:7 14:1
**workers'** 3:8
**worth** 3:21
**written** 8:18
11:22
**wrote** 4:15

---

**X**

---

**Y**

**Yeah** 13:24
**year** 6:11 8:25
**years** 3:25
**years'** 3:21
**York** 2:12 3:20

---

**Z**

---

**0**

---

**1**

**10,000** 13:2,7
**101** 15:19
**12** 1:12

---

**2**

**2008** 4:1,20
**2010** 5:5,8
**2013** 5:5,8
**2018** 12:10
**2020** 1:12 4:24
**214** 15:20
**28** 3:10

---

**3**

**312** 15:18

---

**4**

**40** 3:11
**40,000** 13:8
**4228** 15:18
**47** 5:23

---

**5**

**50,000-vote**

12:25

---

**6**

**6,000-vote** 5:19
**600,000** 11:6
**6581** 15:17

---

**7**

**7-31-25** 15:20
**75206** 15:19

---

**8**

**855-5100** 15:20

# Exhibit A-2

1
2
3
4
5
6
7
8
9
10
11
12          CERTIFIED TRANSCRIPTION OF
13              NOVEMBER 16, 2020
14   TIPPING POINT WITH KARA MCKINNEY SEGMENT
15
16
17
18
19
20
21
22
23
24
25

1                    (Recording begins.)

2                    MS. MCKINNEY:  It's time for Tipping Point.

3    Tonight, we go all in on exposing Dominion and the Great

4    Reset and how we can still save our republic from the

5    future the elites want for us.  Plus, massive turnout

6    over the weekend for the Million MAGA March until Antifa

7    and BLM crashed the party and some skulls along the way.

8                    Then it's back to the dark ages for

9    Michigan as the governor imposes more draconian

10   lockdowns.  And finally, we explore the dangers of a

11   possible Biden presidency when it comes to national

12   security, which is why we must stop the steal now.  I'm

13   your host, Kara McKinney, and this is Tipping Point.

14                   Politics can be as easy as stealing candy

15   from a baby, or in this case from cancer patients.

16   Newly released federal filings show Biden's cancer

17   charity spent approximately $0 on research and grant

18   money since it was founded back in 2017.  So where did

19   the almost $5 million it raised go?  To staff salaries

20   and travel expenditures, of course.

21                   That's because Biden staffed his cancer

22   charity with big-time lobbyists, which is funny because

23   his entire transition team is full of lobbyists as well,

24   not that he'll need a transition team, of course.  But

25   think about it this way.  If Biden was fine with selling

Tipping Point with Kara McKinney Segment - November 16, 2020

1  out cancer patients, of all people, a disease which

2  devastated both his family and mine, then don't expect

3  regular everyday Americans to fare any better.

4              Remember his time in the Obama White House,

5  sending our jobs overseas, killing coal and

6  manufacturing, shipping our men off to fight in endless

7  wars, while at the same time, giving our enemies like

8  China and Iran a leg up.  He's been selling out the

9  American people for 50 years.  This is why it's

10 absolutely critical that we stop the steal, so President

11 Trump can continue dismantling these corrupt powers in

12 the nation's capitol for another four years.

13             There's something we really need draw upon

14 right now, and that's called "the American spirit," the

15 spirit of independence that mocks those who hold

16 themselves up as our social betters, especially when

17 they come in the form of the lowlifes over at CNN, or

18 Democrats telling us that the fight is over and Biden

19 won.  That's a lie.  The electors haven't met yet and

20 the president has some strong legal channels still

21 pending.

22             It's also a convenient lie, given that

23 Trump attorney, Sidney Powell, says a member of Biden's

24 transition team is also a member of the board of

25 directors for Smartmatic, which is a subsidiary of

Tipping Point with Kara McKinney Segment - November 16, 2020

1   Dominion.  Small world, I guess.  Powell claims to have
2   evidence that proves the software was designed to rig
3   elections.  Now, that's an interesting choice of terms,
4   seeing as yet another member of Biden's proposed team
5   includes his long-time aide, Robert [sic] Klain, who
6   back in 2014 said, point blank, U.S. elections are
7   rigged.
8             We'll get to all of that in just one
9   moment, but for now, let's analyze what else is going on
10  behind the scenes to bring all the pieces together.
11  Many of you know that something is up with the way world
12  leaders have been reacting to this coronavirus pandemic.
13  Perhaps it started with true, genuine fear, but over the
14  last few months of this blatant double standards, it's
15  becoming quite clear that officials know this virus
16  isn't as deadly as they claim, so they've absolutely no
17  problem breaking their own rules or letting their
18  rioting supporters do so as well.
19            So the question is, what are we being
20  primed for exactly?  Some say socialism, but that's not
21  quite it.  First, let's listen to the fraudster himself,
22  Dr. Anthony Fauci.
23            UNIDENTIFIED SPEAKER:  So are there
24  countries that you -- you know, there are countries that
25  seem to be doing well, then weren't doing.  So are the

1  countries now that hold up as models for, you know,
2  pretty good response to this?
3              DR. FAUCI:  You know, the answer is, yes,
4  but right now, it seems that every country is suffering.
5              UNIDENTIFIED SPEAKER:  Yeah.
6              DR. FAUCI:  We are often compared with
7  countries that are not comparable to us.  We are not a
8  little island of five million people that we can shut
9  off.  We're not a country that would accept if a ruler
10 tells us, You must do this.  I was talking with our UK
11 colleagues just today, who were saying the UK is very
12 similar to where we are now in outbreak because each of
13 our countries have that independent spirit of "we don't
14 want to be told what to do."  Well, I understand that,
15 but now is the time to do what you're told.  And I think
16 it really is something that we should be doing right
17 now.
18             MS. MCKINNEY:  Imagine that.  It was never
19 about the virus to begin with.  This is about priming
20 Americans to lose their independent spirit so they can
21 shut up and do what they're told, even when their own
22 eyes and ears are telling them that the experts are
23 wrong.
24             Have you ever heard about the Great Reset?
25 No, this isn't some strange tinfoil hat conspiracy push

Tipping Point with Kara McKinney Segment - November 16, 2020

1  by some anonymous guy on Facebook.  Instead, this is the
2  natural tendency for all evil people in power, the want
3  to consolidate that power in any way possible.  The
4  fewer the hands, the larger the spoils.  I'll let
5  Canadian prime minister, Justin Trudeau, explain.
6              MR. TRUDEAU:  Building back better means
7  giving support to the most vulnerable, while maintaining
8  our momentum on reaching the 2030 agenda for sustainable
9  development and the SDGs.  Canada is here to listen and
10 to help.  This pandemic has provided an opportunity for
11 a reset.  This is our chance to accelerate our
12 pre-pandemic efforts, to reimagine economic systems that
13 actually address global challenges like extreme poverty,
14 inequality and climate change.
15             MS. MCKINNEY:  So let's go through some
16 those buzzwords, starting with the slogan "Build Back
17 Better."  It's something you've also heard Joe Biden and
18 the UK prime minister, Boris Johnson, say.  And that's
19 no coincidence.  While it might just seem like Biden is
20 plagiarizing again, what you're actually hearing is the
21 marching orders he's been given.
22             So let's go back to Smartmatics for a
23 second.  Its chairman is a member of the British House
24 of Lords, Mark Malloch-Brown.  He once served as a vice
25 chairman to George Soros's investment funds, and he's

1  also held high ranking positions within the World Bank
2  and the World Econor- -- Economic Forum, both of which
3  Trudeau mentioned in that address.
4            The founder of the World Economic Forum is
5  a man named Klaus Schwab, who recently published a book
6  brazenly titled, COVID-19, The Great Reset.  I mean,
7  come on.  It doesn't get any more obvious than that.
8  Schwab writes in quo- -- in part, quote, Many of us are
9  pondering when things will return to normal.  The short
10  response is never.  Nothing will ever return to the
11  broken sense of normalcy that prevailed prior to the
12  crisis because the coronavirus pandemic marks a
13  fundamental inflection point in our global trajectory.
14            So what does he mean by this?  And by
15  extension, what does Trudeau, Biden and Boris Johnson
16  mean when they parrot that same globalist talking point?
17  The Great Reset means big government, big media, and big
18  business, aligning to dictate to us dumb rubes how we
19  should live, because they think they're smarter and they
20  know better.  It's a tale as old as time.  It's
21  something monarchs and later communist dictators all
22  thought and acted upon, albeit in different ways.
23            In our current digital age, it's taken on
24  the form of a budding technocracy of elites who want to
25  control the economic, social and moral spheres of our

Tipping Point with Kara McKinney Segment - November 16, 2020

1  lives.  Look around you right now.  Don't they already

2  do so to a large extent?

3             Another member of Biden's transition team,

4  which, again, we're hoping to render it useless here, is

5  a formal Obama official and media guy, Richard Stengel.

6  Now you mean -- do you know what he believes?  That free

7  speech is overrated, because he thinks you don't deserve

8  a voice.  That's what he argued last year in a

9  Washington Post op-ed.

10            Now that we know the "how" of this Great

11  Reset, let's look at the "what" of this Great Reset.

12  Conveniently, the World Economic Forum spelled it out

13  for us back in 2016 with a short video showing their

14  plans for the year 2030.  Long story short, it was on

15  Twitter as recently as Election Day of this year.  And

16  when I went back to find it this morning, it was

17  deleted.

18            But don't worry, they can run, but they

19  can't hide, because the internet is forever.  Here's

20  another link I found to the video showing the more

21  egregious examples.

22            (Plays video.)

23            MS. MCKINNEY:  These are the takeaways.

24  They want to abolish private property, though keep in

25  mind they say you'll rent everything you need, so

Tipping Point with Kara McKinney Segment - November 16, 2020

1   someone will obviously still be owning something, it
2   just won't be you or I.  They also are going to knock
3   down the U.S. as the world's leading superpower, tell
4   you when you can eat meat and how much.  They will also
5   get rid of fossil fuels, which is code word for getting
6   rid of your independence.  And they will replace you
7   with refugees who will be dependent on the government
8   and who won't ask too many questions.

9               This isn't some pipe dream they left in the
10  dust in 2016 either.  TIME Magazine wrote about this as
11  recently as October 22nd of this year under the
12  headline, The Great Reset, using many of these same
13  talking points.  They argue it's not about just big
14  government, but a smart big government.  And we all know
15  what Ronald Reagan, the former president, had to say
16  about that.

17              FORMER PRESIDENT REAGAN:  I think you-all
18  know that I've always felt the nine most terrifying
19  words in the English language are "I'm from the
20  government and I'm here to help."

21              MS. MCKINNEY:  (Inaudible) back into the
22  election.  Is this why Democrats didn't launch any major
23  October surprise?  Is this why they didn't seem worried
24  that Biden was spending more time in his basement than
25  on the campaign trail in the lead-up to election day?  I

Tipping Point with Kara McKinney Segment - November 16, 2020

1  mean, who needs to campaign when the fix is in?  And all
2  the most powerful people in the world are on your side
3  to make sure it stays that way.  Here with me now to
4  discuss these voting systems is Michael Johns, the
5  cofounder and leader of the National Tea Party Movement.
6              Welcome back, Michael.
7              MR. JOHNS:  Thank you.  How are you?
8              MS. MCKINNEY:  Good.  So there's a lot
9  going on here.  So let's go book to the basics first.
10 So what are Dominion and Smartmatic, and are they
11 foreign owned and operated?
12             MR. JOHNS:  Well, they both have foreign
13 op- -- extensive foreign operations.  Dominion is based
14 in Canada.  That's indisputable.  Smartmatic has been
15 operating around the world.  They attempted to set up a
16 base in south Florida and, instead, opted for a much
17 more complicated corporate structure that essentially
18 put offices in multiple places.
19             I -- I think, importantly, this is a full
20 stop moment in American politics for people with any
21 ideology or of any part- -- party affiliation.  All the
22 alarms, in my judgment, are going off as it relates to
23 this.
24             Firstly, from a technical standpoint, as
25 many technical experts have verified, when you have

Tipping Point with Kara McKinney Segment - November 16, 2020

1   glitches in a particular system, and particularly if
2   it's in the software component of that sys- -- system,
3   it's very probable that they're going to be duplicated
4   in others.  So we have in Dominion, a voting system that
5   was utilized in 30 states, 2,000 jurisdictions.
6               You know, it's also clear with the
7   emergence of -- of Smartmatic, that this company has
8   really been as much designed to ease voter fraud as it
9   has been to ensure safe elections.  You know,
10  importantly, we've talked about how Texas, to its great
11  credit, reviewed the Dominion system and rejected it as
12  totally unacceptable from a -- a cybersecurity
13  standpoint.
14              My own, sort of, digging on this has shown
15  that Philadelphia actually also had rejected it once,
16  Louisiana has rejected it, meaning we have technical
17  experts on state levels that -- whose sole, really,
18  functional role is to assess the security of these
19  voting systems and broad numbers of people who said it
20  was susceptible to hacking and to human manip- --
21  manipulation.
22              And, of course, obviously, as I think now
23  is widely known nationally, the -- the two documented
24  errors in Michigan and in Georgia both broke in Biden's
25  favor, both broke in swing states.  And in neither case

Tipping Point with Kara McKinney Segment - November 16, 2020

1  do I feel we've had an adequate explanation.  We've had
2  statements, but even those statements have been
3  evolving.  First it was a glitch.  When -- when I
4  pointed out and others pointed out that a glitch
5  suggests a broader technical problem, they quickly
6  backed off of that position and then said, no, it was
7  human error, which of course raises the even broader,
8  you know, concern that the whole reason we have voting
9  systems like this are to minimize and even preclude
10  human intervention in these elections.
11        But they're suggesting that that was --
12  that was the case.  If you look into the actual
13  descriptions of the concerns of the Dominion system,
14  there's all kinds of ways that it could be manipulated
15  by individuals, and there's plenty, abundant amounts of
16  concerns, including raised by these various states and
17  cities that rejected this system that suggest it's
18  completely prone to cyber hacking.
19        So literally after four years of being
20  lectured by Democrats that Donald Trump was not doing
21  enough to protect and defend our election from Russian
22  intervention, we have literally 30 states that have
23  adopted a system that clearly is susceptible to domestic
24  and international hacking.
25        Now, what to do about it, you know, Kara, I

1  mean, that's really, I think, the major concern.  I
2  mean, typically, you know, if this were a federal
3  investigation, you would conduct the investigation, you
4  would file the -- you'd file the complaint, you'd -- if
5  it were criminal components, you'd convene a grand jury.
6  And then, you know, with indictments, you'd come out and
7  announce it.
8              In this case, we have the Trump legal team
9  having announced it, which in their defense, I think, is
10  a reflection of the fact that this clock is, as you
11  correctly pointed out, is ticking.  And so the action
12  has to be immediate and it has to be drastic.  All of
13  these systems need to be assessed.  There's a strong
14  case to be made for manual auditing if that's even
15  possible with these systems.
16             But we absolutely cannot get to January 20
17  with one or other of these candidates being elected
18  president, right now with grave concerns about voter
19  fraud in -- in favor of -- of Joe Biden, and have
20  concerns that -- about the legitimacy of this election.
21             Right now -- my concerns grow by the day,
22  and I think those are concerns that are increasingly
23  shared by a growing number of Americans.
24             MS. MCKINNEY:  And one of biggest concerns
25  that I'm hearing from a lot of people is that foreign

Tipping Point with Kara McKinney Segment - November 16, 2020

1  governments seem to be tied in with these systems,

2  whether it be Canada, Venezuela, Spain or even Germany.

3  What can you tell us about that?

4          MR. JOHNS:  Well, there's been some

5  reporting, and some of these systems in Germany were

6  actually seized.  They clearly -- the -- you know,

7  Smartmatic has had incredible ties with some of the --

8  the greater far left concerns that we have, including

9  this Lord Mark Malloch-Brown, who's very tight with

10 Soros, is on the Open Societies global board and a bunch

11 of other Soros boards, meaning this is not some casual

12 associate of George Soros.  This is kind of an

13 individual who is part of that inner circle.

14          And we have -- and we have case after case.

15 Philippines is a -- is another great example where these

16 systems have been utilized and there's been nothing but

17 broad concerns.  Now, since we last talked, which was

18 not broadly known and still not broadly known, just so

19 happens that one of the two campaigns has a very strong

20 relationship with Smartmatic, and I probably don't have

21 to ask you to guess which one.  But we have an

22 individual named -- named Peter Neffenger who has been

23 handling what's typically called the -- the landing

24 teams for transitions where personnel are brought in for

25 the -- nothing short of the Department of Homeland

Tipping Point with Kara McKinney Segment - November 16, 2020

1    Security.

2              This guy has been on the board of

3    Smartmatic, he has an extensive historical relationship

4    with the Atlantic Council, which, you know, one of the

5    great, I think, untold stories is the amount of foreign

6    money that's flooded in to Washington, D.C., including

7    think tanks over the last years.  And I come out of the

8    think tank environment and worked with, I think, the

9    best of the bunch in the Heritage Foundation.

10             But he worked with the Atlantic Council,

11   known for lots of Qatar money, lots of China money, lots

12   of UAE money and even Burisma money that went into

13   Atlantic Council, which did not come out in the Hunter

14   Biden story.  So we have, I think -- and you can hear it

15   in legal counsel coming out of the Trump legal team,

16   major concerns.  And you know, my guidance right now is,

17   don't jump up and down with glee.  It's firstly

18   astonishing and reprehensible that we've allowed this to

19   occur.  And we have to begin as con- -- you know, as --

20   at least I say this as a conservative, as a -- as a

21   lifelong Republican, taking some responsibility for

22   these actions.

23             Where were Republicans, where were

24   conservatives when these systems that were -- were shown

25   to be flawed were not -- were not adopted.  And by the

Tipping Point with Kara McKinney Segment - November 16, 2020

1   way, you know, Elizabeth Warren, Klobachur, there's
2   Democrats who've raised concerns about -- about them as
3   well.  So I think we have it, like, we're at a point
4   right now where this has to be fixed.  It is
5   inexcusable, it is not acceptable for us to sort of say,
6   you know, yeah, there were some concerns out there and
7   it probably didn't go well.  We've got to get that fixed
8   before 2024.
9           No.  The -- the president who's sworn in on
10  January 20 absolutely has to have the full confidence of
11  the American people that that -- that individual was
12  elected in a free and fair election.  Right now, you
13  cannot say that at all.  And in a country that's still
14  roughly split 50/50 by ideology and party, that's a
15  recipe for immense divisiveness among our citizens.
16          MS. MCKINNEY:  Exactly.  Exactly.  You're
17  exactly right.  And the only thing this -- this smacks
18  to me of intention here on the Democrats' part, as you
19  were saying and laying out, over these past few years,
20  red flags popping up here and there over these many,
21  many years, and the fact that Democrats knew that and
22  then pushed to bring these systems into as many as 30
23  states.  And Republicans as well, some Republicans as
24  well.  It tells me that something is not sitting right
25  here.

Tipping Point with Kara McKinney Segment - November 16, 2020

1                Thank you so much more breaking it all down

2    for us, Michael.

3                MR. JOHNS:   Thank you, Kara.

4                (Recording ends.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Tipping Point with Kara McKinney Segment - November 16, 2020

1                    C E R T I F I C A T E
2         I, TERRI GARCIA, Certified Shorthand Reporter in
3    and for the State of Texas, certify that the foregoing
4    is a correct transcription from the video recording of
5    the the above-entitled matter.
6         I further certify that I am neither counsel for,
7    related to, nor employed by any of the parties to the
8    action in which this recording was transcribed, and
9    further that I am not financially or otherwise
10   interested in the outcome of the action.
11        I further certify that the transcription fee of
12   $_____ was paid/will be paid in full by
13   _____.
14
15
16        _____
                       Terri Garcia, Texas Certified
17                     Shorthand Reporter No. 6581
                       Dickman Davenport, Inc.
18                     Firm Registration No. #312
                       4228 North Central Expressway
19                     Suite 101
                       Dallas, Texas  75206
20                     (214) 855-5100
                       My commission expires:  7-31-25
21
22
23
24
25

Tipping Point with Kara McKinney Segment - November 16, 2020

| A |
|---|
| **abolish** 8:24 |
| **above-entitled** 18:5 |
| **absolutely** 3:10 4:16 13:16 16:10 |
| **abundant** 12:15 |
| **accelerate** 6:11 |
| **accept** 5:9 |
| **acceptable** 16:5 |
| **acted** 7:22 |
| **action** 13:11 18:8 18:10 |
| **actions** 15:22 |
| **actual** 12:12 |
| **address** 6:13 7:3 |
| **adequate** 12:1 |
| **adopted** 12:23 15:25 |
| **affiliation** 10:21 |
| **age** 7:23 |
| **agenda** 6:8 |
| **ages** 2:8 |
| **aide** 4:5 |
| **alarms** 10:22 |
| **albeit** 7:22 |
| **aligning** 7:18 |
| **allowed** 15:18 |
| **American** 3:9,14 10:20 16:11 |
| **Americans** 3:3 5:20 13:23 |
| **amount** 15:5 |
| **amounts** 12:15 |
| **analyze** 4:9 |
| **announce** 13:7 |
| **announced** 13:9 |
| **anonymous** 6:1 |
| **answer** 5:3 |
| **Anthony** 4:22 |
| **Antifa** 2:6 |
| **approximately** 2:17 |
| **argue** 9:13 |

| B |
|---|
| **argued** 8:8 |
| **assess** 11:18 |
| **assessed** 13:13 |
| **associate** 14:12 |
| **astonishing** 15:18 |
| **Atlantic** 15:4,10 15:13 |
| **attempted** 10:15 |
| **attorney** 3:23 |
| **auditing** 13:14 |
| **baby** 2:15 |
| **back** 2:8,18 4:6 6:6,16,22 8:13 8:16 9:21 10:6 |
| **backed** 12:6 |
| **Bank** 7:1 |
| **base** 10:16 |
| **based** 10:13 |
| **basement** 9:24 |
| **basics** 10:9 |
| **becoming** 4:15 |
| **begins** 2:1 |
| **believes** 8:6 |
| **best** 15:9 |
| **better** 3:3 6:6,17 7:20 |
| **betters** 3:16 |
| **Biden** 2:11,21,25 3:18 6:17,19 7:15 9:24 13:19 15:14 |
| **Biden's** 2:16 3:23 4:4 8:3 11:24 |
| **big** 7:17,17,17 9:13,14 |
| **big-time** 2:22 |
| **biggest** 13:24 |
| **blank** 4:6 |
| **blatant** 4:14 |
| **BLM** 2:7 |
| **board** 3:24 14:10 15:2 |

| C |
|---|
| **boards** 14:11 |
| **book** 7:5 10:9 |
| **Boris** 6:18 7:15 |
| **brazenly** 7:6 |
| **breaking** 4:17 17:1 |
| **bring** 4:10 16:22 |
| **British** 6:23 |
| **broad** 11:19 14:17 |
| **broader** 12:5,7 |
| **broadly** 14:18,18 |
| **broke** 11:24,25 |
| **broken** 7:11 |
| **brought** 14:24 |
| **budding** 7:24 |
| **Build** 6:16 |
| **Building** 6:6 |
| **bunch** 14:10 15:9 |
| **Burisma** 15:12 |
| **business** 7:18 |
| **buzzwords** 6:16 |
| **C** 18:1,1 |
| **called** 3:14 14:23 |
| **campaign** 9:25 10:1 |
| **campaigns** 14:19 |
| **Canada** 6:9 10:14 14:2 |
| **Canandian** 6:5 |
| **cancer** 2:15,16,21 3:1 |
| **candidates** 13:17 |
| **candy** 2:14 |
| **capitol** 3:12 |
| **case** 2:15 11:25 12:12 13:8,14 14:14,14 |
| **casual** 14:11 |
| **Central** 18:18 |
| **Certified** 1:12 18:2,16 |
| **certify** 18:3,6,11 |

| |
|---|
| **chairman** 6:23 6:25 |
| **challenges** 6:13 |
| **chance** 6:11 |
| **change** 6:14 |
| **channels** 3:20 |
| **charity** 2:17,22 |
| **China** 3:8 15:11 |
| **choice** 4:3 |
| **circle** 14:13 |
| **cities** 12:17 |
| **citizens** 16:15 |
| **claim** 4:16 |
| **claims** 4:1 |
| **clear** 4:15 11:6 |
| **clearly** 12:23 14:6 |
| **climate** 6:14 |
| **clock** 13:10 |
| **CNN** 3:17 |
| **coal** 3:5 |
| **code** 9:5 |
| **cofounder** 10:5 |
| **coincidence** 6:19 |
| **colleagues** 5:11 |
| **come** 3:17 7:7 13:6 15:7,13 |
| **comes** 2:11 |
| **coming** 15:15 |
| **commission** 18:20 |
| **communist** 7:21 |
| **company** 11:7 |
| **comparable** 5:7 |
| **compared** 5:6 |
| **complaint** 13:4 |
| **completely** 12:18 |
| **complicated** 10:17 |
| **component** 11:2 |
| **components** 13:5 |
| **con-** 15:19 |
| **concern** 12:8 13:1 |
| **concerns** 12:13 |

| |
|---|
| 12:16 13:18,20 13:21,22,24 14:8,17 15:16 16:2,6 |
| **conduct** 13:3 |
| **confidence** 16:10 |
| **conservative** 15:20 |
| **conservatives** 15:24 |
| **consolidate** 6:3 |
| **conspiracy** 5:25 |
| **continue** 3:11 |
| **control** 7:25 |
| **convene** 13:5 |
| **convenient** 3:22 |
| **Conveniently** 8:12 |
| **coronavirus** 4:12 7:12 |
| **corporate** 10:17 |
| **correct** 18:4 |
| **correctly** 13:11 |
| **corrupt** 3:11 |
| **Council** 15:4,10 15:13 |
| **counsel** 15:15 18:6 |
| **countries** 4:24,24 5:1,7,13 |
| **country** 5:4,9 16:13 |
| **course** 2:20,24 11:22 12:7 |
| **COVID-19** 7:6 |
| **crashed** 2:7 |
| **credit** 11:11 |
| **criminal** 13:5 |
| **crisis** 7:12 |
| **critical** 3:10 |
| **current** 7:23 |
| **cyber** 12:18 |
| **cybersecurity** 11:12 |

Tipping Point with Kara McKinney Segment - November 16, 2020

**D**

D.C 15:6
Dallas 18:19
dangers 2:10
dark 2:8
Davenport 18:17
day 8:15 9:25
   13:21
deadly 4:16
defend 12:21
defense 13:9
deleted 8:17
Democrats 3:18
   9:22 12:20 16:2
   16:21
Democrats'
   16:18
Department
   14:25
dependent 9:7
descriptions
   12:13
deserve 8:7
designed 4:2 11:8
devastated 3:2
development 6:9
Dickman 18:17
dictate 7:18
dictators 7:21
different 7:22
digging 11:14
digital 7:23
directors 3:25
discuss 10:4
disease 3:1
dismantling 3:11
divisiveness
   16:15
documented
   11:23
doing 4:25,25
   5:16 12:20
domestic 12:23
Dominion 2:3 4:1
   10:10,13 11:4

11:11 12:13
Donald 12:20
double 4:14
Dr 4:22 5:3,6
draconian 2:9
drastic 13:12
draw 3:13
dream 9:9
dumb 7:18
duplicated 11:3
dust 9:10

**E**

E 18:1,1
ears 5:22
ease 11:8
easy 2:14
eat 9:4
economic 6:12
   7:2,4,25 8:12
Econor- 7:2
efforts 6:12
egregious 8:21
either 9:10
elected 13:17
   16:12
election 8:15 9:22
   9:25 12:21
   13:20 16:12
elections 4:3,6
   11:9 12:10
electors 3:19
elites 2:5 7:24
Elizabeth 16:1
emergence 11:7
employed 18:7
endless 3:6
ends 17:4
enemies 3:7
English 9:19
ensure 11:9
entire 2:23
environment
   15:8
error 12:7

errors 11:24
especially 3:16
essentially 10:17
everyday 3:3
evidence 4:2
evil 6:2
evolving 12:3
exactly 4:20
   16:16,16,17
example 14:15
examples 8:21
expect 3:2
expenditures
   2:20
experts 5:22
   10:25 11:17
expires 18:20
explain 6:5
explanation 12:1
explore 2:10
exposing 2:3
Expressway
   18:18
extension 7:15
extensive 10:13
   15:3
extent 8:2
extreme 6:13
eyes 5:22

**F**

F 18:1
Facebook 6:1
fact 13:10 16:21
fair 16:12
family 3:2
far 14:8
fare 3:3
Fauci 4:22 5:3,6
favor 11:25 13:19
fear 4:13
federal 2:16 13:2
fee 18:11
feel 12:1
felt 9:18

fewer 6:4
fight 3:6,18
file 13:4,4
filings 2:16
finally 2:10
financially 18:9
find 8:16
fine 2:25
Firm 18:18
first 4:21 10:9
   12:3
firstly 10:24
   15:17
five 5:8
fix 10:1
fixed 16:4,7
flags 16:20
flawed 15:25
flooded 15:6
Florida 10:16
foregoing 18:3
foreign 10:11,12
   10:13 13:25
   15:5
forever 8:19
form 3:17 7:24
formal 8:5
former 9:15,17
Forum 7:2,4 8:12
fossil 9:5
found 8:20
Foundation 15:9
founded 2:18
founder 7:4
four 3:12 12:19
fraud 11:8 13:19
fraudster 4:21
free 8:6 16:12
fuels 9:5
full 2:23 10:19
   16:10 18:12
functional 11:18
fundamental
   7:13
funds 6:25

funny 2:22
further 18:6,9,11
future 2:5

**G**

Garcia 18:2,16
genuine 4:13
George 6:25
   14:12
Georgia 11:24
Germany 14:2,5
getting 9:5
given 3:22 6:21
giving 3:7 6:7
glee 15:17
glitch 12:3,4
glitches 11:1
global 6:13 7:13
   14:10
globalist 7:16
go 2:3,19 6:15,22
   10:9 16:7
going 4:9 9:2
   10:9,22 11:3
good 5:2 10:8
government 7:17
   9:7,14,14,20
governments
   14:1
governor 2:9
grand 13:5
grant 2:17
grave 13:18
great 2:3 5:24 7:6
   7:17 8:10,11
   9:12 11:10
   14:15 15:5
greater 14:8
grow 13:21
growing 13:23
guess 4:1 14:21
guidance 15:16
guy 6:1 8:5 15:2

**H**

hacking 11:20

12:18,24
**handling** 14:23
**hands** 6:4
**happens** 14:19
**hat** 5:25
**he'll** 2:24
**headline** 9:12
**hear** 15:14
**heard** 5:24 6:17
**hearing** 6:20 13:25
**held** 7:1
**help** 6:10 9:20
**Heritage** 15:9
**hide** 8:19
**high** 7:1
**historical** 15:3
**hold** 3:15 5:1
**Homeland** 14:25
**hoping** 8:4
**host** 2:13
**House** 3:4 6:23
**human** 11:20 12:7,10
**Hunter** 15:13

**I**

**ideology** 10:21 16:14
**Imagine** 5:18
**immediate** 13:12
**immense** 16:15
**importantly** 10:19 11:10
**imposes** 2:9
**Inaudible** 9:21
**includes** 4:5
**including** 12:16 14:8 15:6
**increasingly** 13:22
**incredible** 14:7
**independence** 3:15 9:6
**independent** 5:13 5:20
**indictments** 13:6
**indisputable** 10:14
**individual** 14:13 14:22 16:11
**individuals** 12:15
**inequality** 6:14
**inexcusable** 16:5
**inflection** 7:13
**inner** 14:13
**intention** 16:18
**interested** 18:10
**interesting** 4:3
**international** 12:24
**internet** 8:19
**intervention** 12:10,22
**investigation** 13:3,3
**investment** 6:25
**Iran** 3:8
**island** 5:8

**J**

**January** 13:16 16:10
**jobs** 3:5
**Joe** 6:17 13:19
**Johns** 10:4,7,12 14:4 17:3
**Johnson** 6:18 7:15
**judgment** 10:22
**jump** 15:17
**jurisdictions** 11:5
**jury** 13:5
**Justin** 6:5

**K**

**Kara** 1:14 2:13 12:25 17:3
**keep** 8:24
**killing** 3:5
**kind** 14:12
**kinds** 12:14
**Klain** 4:5
**Klaus** 7:5
**Klobachur** 16:1
**knew** 16:21
**knock** 9:2
**know** 4:11,15,24 5:1,3 7:20 8:6 8:10 9:14,18 11:6,9 12:8,25 13:2,6 14:6 15:4,16,19 16:1 16:6
**known** 11:23 14:18,18 15:11

**L**

**landing** 14:23
**language** 9:19
**large** 8:2
**larger** 6:4
**launch** 9:22
**laying** 16:19
**lead-up** 9:25
**leader** 10:5
**leaders** 4:12
**leading** 9:3
**lectured** 12:20
**left** 9:9 14:8
**leg** 3:8
**legal** 3:20 13:8 15:15,15
**legitimacy** 13:20
**let's** 4:9,21 6:15 6:22 8:11 10:9
**letting** 4:17
**levels** 11:17
**lie** 3:19,22
**lifelong** 15:21
**link** 8:20
**listen** 4:21 6:9
**literally** 12:19,22
**little** 5:8
**live** 7:19
**lives** 8:1
**lobbyists** 2:22,23
**lockdowns** 2:10
**Long** 8:14
**long-time** 4:5
**look** 8:1,11 12:12
**Lord** 14:9
**Lords** 6:24
**lose** 5:20
**lot** 10:8 13:25
**lots** 15:11,11,11
**Louisiana** 11:16
**lowlifes** 3:17

**M**

**MAGA** 2:6
**Magazine** 9:10
**maintaining** 6:7
**major** 9:22 13:1 15:16
**Malloch-Brown** 6:24 14:9
**man** 7:5
**manip-** 11:20
**manipulated** 12:14
**manipulation** 11:21
**manual** 13:14
**manufacturing** 3:6
**March** 2:6
**marching** 6:21
**Mark** 6:24 14:9
**marks** 7:12
**massive** 2:5
**matter** 18:5
**McKinney** 1:14 2:2,13 5:18 6:15 8:23 9:21 10:8 13:24 16:16
**mean** 7:6,14,16 8:6 10:1 13:1,2
**meaning** 11:16 14:11
**means** 6:6 7:17
**meat** 9:4
**media** 7:17 8:5
**member** 3:23,24 4:4 6:23 8:3
**men** 3:6
**mentioned** 7:3
**met** 3:19
**Michael** 10:4,6 17:2
**Michigan** 2:9 11:24
**million** 2:6,19 5:8
**mind** 8:25
**mine** 3:2
**minimize** 12:9
**minister** 6:5,18
**mocks** 3:15
**models** 5:1
**moment** 4:9 10:20
**momentum** 6:8
**monarchs** 7:21
**money** 2:18 15:6 15:11,11,12,12
**months** 4:14
**moral** 7:25
**morning** 8:16
**Movement** 10:5
**multiple** 10:18

**N**

**named** 7:5 14:22 14:22
**nation's** 3:12
**national** 2:11 10:5
**nationally** 11:23
**natural** 6:2
**need** 2:24 3:13 8:25 13:13
**needs** 10:1
**Neffenger** 14:22
**neither** 11:25 18:6

Tipping Point with Kara McKinney Segment - November 16, 2020

never 5:18 7:10
Newly 2:16
nine 9:18
normal 7:9
normalcy 7:11
North 18:18
NOVEMBER
  1:13
number 13:23
numbers 11:19

_____
          O
Obama 3:4 8:5
obvious 7:7
obviously 9:1
  11:22
occur 15:19
October 9:11,23
offices 10:18
official 8:5
officials 4:15
old 7:20
once 6:24 11:15
op- 10:13
op-ed 8:9
Open 14:10
operated 10:11
operating 10:15
operations 10:13
opportunity 6:10
opted 10:16
orders 6:21
outbreak 5:12
outcome 18:10
overrated 8:7
overseas 3:5
owned 10:11
owning 9:1

_____
          P
paid 18:12
paid/will 18:12
pandemic 4:12
  6:10 7:12
parrot 7:16
part 7:8 14:13

16:18
part- 10:21
particular 11:1
particularly 11:1
parties 18:7
party 2:7 10:5,21
  16:14
patients 2:15 3:1
pending 3:21
people 3:1,9 5:8
  6:2 10:2,20
  11:19 13:25
  16:11
personnel 14:24
Peter 14:22
Philadelphia
  11:15
Philippines 14:15
pieces 4:10
pipe 9:9
places 10:18
plagiarizing 6:20
plans 8:14
Plays 8:22
plenty 12:15
Plus 2:5
point 1:14 2:2,13
  4:6 7:13,16
  16:3
pointed 12:4,4
  13:11
points 9:13
politics 2:14
  10:20
pondering 7:9
popping 16:20
position 12:6
positions 7:1
possible 2:11 6:3
  13:15
Post 8:9
poverty 6:13
Powell 3:23 4:1
power 6:2,3
powerful 10:2

powers 3:11
pre-pandemic
  6:12
preclude 12:9
presidency 2:11
president 3:10,20
  9:15,17 13:18
  16:9
pretty 5:2
prevailed 7:11
prime 6:5,18
primed 4:20
priming 5:19
prior 7:11
private 8:24
probable 11:3
probably 14:20
  16:7
problem 4:17
  12:5
prone 12:18
property 8:24
proposed 4:4
protect 12:21
proves 4:2
provided 6:10
published 7:5
push 5:25
pushed 16:22
put 10:18

_____
          Q
Qatar 15:11
question 4:19
questions 9:8
quickly 12:5
quite 4:15,21
quo- 7:8
quote 7:8

_____
          R
R 18:1
raised 2:19 12:16
  16:2
raises 12:7
ranking 7:1

reaching 6:8
reacting 4:12
Reagan 9:15,17
really 3:13 5:16
  11:8,17 13:1
reason 12:8
recipe 16:15
recording 2:1
  17:4 18:4,8
red 16:20
reflection 13:10
refugees 9:7
Registration
  18:18
regular 3:3
reimagine 6:12
rejected 11:11,15
  11:16 12:17
related 18:7
relates 10:22
relationship
  14:20 15:3
released 2:16
Remember 3:4
render 8:4
rent 8:25
replace 9:6
Reporter 18:2,17
reporting 14:5
reprehensible
  15:18
republic 2:4
Republican
  15:21
Republicans
  15:23 16:23,23
research 2:7
reset 2:4 5:24
  6:11 7:6,17
  8:11,11 9:12
response 5:2 7:10
responsibility
  15:21
return 7:9,10
reviewed 11:11

Richard 8:5
rid 9:5,6
rig 4:2
rigged 4:7
right 3:14 5:4,16
  8:1 13:18,21
  15:16 16:4,12
  16:17,24
rioting 4:18
Robert 4:5
role 11:18
Ronald 9:15
roughly 16:14
rubes 7:18
ruler 5:9
rules 4:17
run 8:18
Russian 12:21

_____
          S
safe 11:9
salaries 2:19
save 2:4
saying 5:11 16:19
says 3:23
scenes 4:10
Schwab 7:5,8
SDGs 6:9
second 6:23
security 2:12
  11:18 15:1
seeing 4:4
SEGMENT 1:14
seized 14:6
selling 2:25 3:8
sending 3:5
sense 7:11
served 6:24
set 10:15
shared 13:23
shipping 3:6
short 7:9 8:13,14
  14:25
Shorthand 18:2
  18:17

show 2:16
showing 8:13,20
shown 11:14
  15:24
shut 5:8,21
sic 4:5
side 10:2
Sidney 3:23
similar 5:12
sitting 16:24
skulls 2:7
slogan 6:16
smacks 16:17
Small 4:1
smart 9:14
smarter 7:19
Smartmatic 3:25
  10:10,14 11:7
  14:7,20 15:3
Smartmatics
  6:22
social 3:16 7:25
socialism 4:20
Societies 14:10
software 4:2 11:2
sole 11:17
Soros 14:10,11
  14:12
Soros's 6:25
sort 11:14 16:5
south 10:16
Spain 14:2
SPEAKER 4:23
  5:5
speech 8:7
spelled 8:12
spending 9:24
spent 2:17
spheres 7:25
spirit 3:14,15
  5:13,20
split 16:14
spoils 6:4
staff 2:19
staffed 2:21

standards 4:14
standpoint 10:24
  11:13
started 4:13
starting 6:16
state 11:17 18:3
statements 12:2,2
states 11:5,25
  12:16,22 16:23
stays 10:3
steal 2:12 3:10
stealing 2:14
Stengel 8:5
stop 2:12 3:10
  10:20
stories 15:5
story 8:14 15:14
strange 5:25
strong 3:20 13:13
  14:19
structure 10:17
subsidiary 3:25
suffering 5:4
suggest 12:17
suggesting 12:1
suggests 12:5
Suite 18:19
superpower 9:3
support 6:7
supporters 4:18
sure 10:3
surprise 9:23
susceptible 11:20
  12:23
sustainable 6:8
swing 11:25
sworn 16:9
sys- 11:2
system 11:1,2,4
  11:11 12:13,17
  12:23
systems 6:12 10:4
  11:19 12:9
  13:13,15 14:1,5
  14:16 15:24

16:22

**T**

T 18:1,1
takeaways 8:23
taken 7:23
tale 7:20
talked 11:10
  14:17
talking 5:10 7:16
  9:13
tank 15:8
tanks 15:7
Tea 10:5
team 2:23,24
  3:24 4:4 8:3
  13:8 15:15
teams 14:24
technical 10:24
  10:25 11:16
  12:5
technocracy 7:24
tell 9:3 14:3
telling 3:18 5:22
tells 5:10 16:24
tendency 6:2
terms 4:3
Terri 18:2,16
terrifying 9:18
Texas 11:10 18:3
  18:16,19
Thank 10:7 17:1
  17:3
thing 16:17
things 7:9
think 2:25 5:15
  7:19 9:17 10:19
  11:22 13:1,9,22
  15:5,7,8,8,14
  16:3
thinks 8:7
thought 7:22
ticking 13:11
tied 14:1
ties 14:7

tight 14:9
time 2:2 3:4,7
  5:15 7:20 9:10
  9:24
tinfoil 5:25
Tipping 1:14 2:2
  2:13
titled 7:6
today 5:11
told 5:14,15,21
Tonight 2:3
totally 11:12
trail 9:25
trajectory 7:13
transcribed 18:8
transcription
  1:12 18:4,11
transition 2:23
  2:24 3:24 8:3
transitions 14:24
travel 2:20
Trudeau 6:5,6
  7:3,15
true 4:13
Trump 3:11,23
  12:20 13:8
  15:15
turnout 2:5
Twitter 8:15
two 11:23 14:19
typically 13:2
  14:23

**U**

U.S 4:6 9:3
UAE 15:12
UK 5:10,11 6:18
unacceptable
  11:12
understand 5:14
UNIDENTIFI...
  4:23 5:5
untold 15:5
useless 8:4
utilized 11:5

14:16

**V**

various 12:16
Venezuela 14:2
verified 10:25
vice 6:24
video 8:13,20,22
  18:4
virus 4:15 5:19
voice 8:8
voter 11:8 13:18
voting 10:4 11:4
  11:19 12:8
vulnerable 6:7

**W**

want 2:5 5:14 6:2
  7:24 8:24
Warren 16:1
wars 3:7
Washington 8:9
  15:6
way 2:7,25 4:11
  6:3 10:3 16:1
ways 7:22 12:14
We'll 4:8
we're 5:9 8:4
  16:3
we've 11:10 12:1
  12:1 15:18 16:7
weekend 2:6
Welcome 10:6
went 8:16 15:12
weren't 4:25
White 3:4
who've 16:2
widely 11:23
won 3:19
word 9:5
words 9:19
worked 15:8,10
world 4:1,11 7:1
  7:2,4 8:12 10:2
  10:15
world's 9:3

`Tipping Point with Kara McKinney Segment - November 16, 2020`

| | | | | |
|---|---|---|---|---|
| **worried** 9:23 | **5** 2:19 | | | |
| **worry** 8:18 | **50** 3:9 | | | |
| **writes** 7:8 | **50/50** 16:14 | | | |
| **wrong** 5:23 | | | | |
| **wrote** 9:10 | **6** | | | |
| | **6581** 18:17 | | | |
| **X** | | | | |
| | **7** | | | |
| **Y** | **7-31-25** 18:20 | | | |
| **yeah** 5:5 16:6 | **75206** 18:19 | | | |
| **year** 8:8,14,15 | | | | |
|   9:11 | **8** | | | |
| **years** 3:9,12 | **855-5100** 18:20 | | | |
|   12:19 15:7 | | | | |
|   16:19,21 | | | | |
| **you-all** 9:17 | | | | |
| | | | | |
| **Z** | | | | |
| | | | | |
| **0** | | | | |
| **0** 2:17 | | | | |
| | | | | |
| **1** | | | | |
| **101** 18:19 | | | | |
| **16** 1:13 | | | | |
| | | | | |
| **2** | | | | |
| **2,000** 11:5 | | | | |
| **20** 13:16 16:10 | | | | |
| **2014** 4:6 | | | | |
| **2016** 8:13 9:10 | | | | |
| **2017** 2:18 | | | | |
| **2020** 1:13 | | | | |
| **2024** 16:8 | | | | |
| **2030** 6:8 8:14 | | | | |
| **214** 18:20 | | | | |
| **22nd** 9:11 | | | | |
| | | | | |
| **3** | | | | |
| **30** 11:5 12:22 | | | | |
|   16:22 | | | | |
| **312** 18:18 | | | | |
| | | | | |
| **4** | | | | |
| **4228** 18:18 | | | | |
| | | | | |
| **5** | | | | |

# Exhibit A-3

1

2

3

4

5

6

7

8

9

10

11

12

13            CERTIFIED TRANSCRIPTION OF

14              NOVEMBER 17, 2020

15  TIPPING POINT WITH KARA MCKINNEY SEGMENT

16

17

18

19

20

21

22

23

24

25

Tipping Point With Kara McKinney Segment - November 17, 2020

1              (Recording begins.)

2              MS. MCKINNEY:  When the New York Post tried

3     to do its due diligence in reporting on the Hunter Biden

4     laptop story before the election, they got shot -- shot

5     down by their colleagues and, of course, by big tech.

6     Today, the heads of Twitter and Facebook testify before

7     the Senate Judiciary Committee about that situation.

8              SENATOR LINDSEY GRAHAM:  What I want to try

9     to find out is if you're not a newspaper at Twitter or

10    Facebook, then why do you have editorial control over

11    the New York Post?  They decided, and maybe for a good

12    reason, I don't know, that the New York Post edi- --

13    articles about Hunter Biden needed to be flagged,

14    excluded from distribution or made hard to find.  That,

15    to me, seems like you're the ultimate editor.

16             MS. MCKINNEY:  It should surprise exactly

17    no one at this point after everything we've seen, the

18    big tech plays both sides.  They say they're not

19    publishers and, therefore, they should not -- they

20    should enjoy certain legal protections, while at the

21    same time, making editorial decisions as Senator Lindsey

22    Graham rightly pointed out.

23             That amounts to election interference in my

24    opinion.  But the problem is that these hearings are

25    taking plas- -- take place after November 3rd, and in

Tipping Point With Kara McKinney Segment - November 17, 2020

1   some ways are the same political theater we've come to

2   expect.  Republicans express outrage.  Nothing changes.

3   The problem continues to get worse right under our

4   noses, and then we act surprised when it blows up in our

5   face.

6               And it doesn't get much worse than outright

7   stealing an election.  That's the situation we're faced

8   with right now.  But since the big tech problem was left

9   open-ended in many ways or Silicon Valley overlords are

10  dictating what the public knows about this very real

11  coup attempt.  Here's Texas senator, Ted Cruz, grilling

12  Dorsey about that.

13              SENATOR CRUZ:  Twitter's position is

14  essentially, voter fraud does not exist.  Are you aware

15  that just two weeks ago in the state of Texas, a woman

16  was charged with 134 counts of election fraud, are you

17  aware of that?

18              MR. DORSEY:  I'm not aware of that.

19              SENATOR CRUZ:  If I tweeted that statement

20  with a link to the indictment, would you put a warning

21  on it that says, Well, the Democratic Party position

22  right now is voter fraud doesn't exist?

23              MR. DORSEY:  I -- I -- I don't think it's

24  useful to I get into hypotheticals, but I -- I don't

25  believe so.

Tipping Point With Kara McKinney Segment - November 17, 2020

1         SENATOR CRUZ:  You -- you don't believe so?
2 Well, we're going to test that because I'm going to
3 tweet that and we'll see what you put on it.
4         MS. MCKINNEY:  So far so good on the
5 Senator's tweets, as you can see right now on your
6 screen.  However, we all know that's because Cruz put
7 Dorsey on the spot.  If you go to President Trump's
8 page, however, it's covered in warning labels.  But big
9 tech is just one part of problem, as are the individual
10 cases of voter fraud, such as ballots being cast under
11 the name of dead voters.
12         The even bigger issues at play here are
13 systemic, for example, the voting system used in around
14 30 states, Dominion and its subsidiary, Smartmatic.  It
15 just so happens that a member of Biden's transition
16 team, Peter Neffenger is a member of the board of
17 directors for Smartmatic.  The chairman of that company
18 is also a board member for George Soros's Open Society
19 Foundation.
20         That very same software was used a few --
21 few years back to rig elections in Venezuela.  Even the
22 New York Times reported on it, saying the software was,
23 quote, manipulated to report a skewed tally.  The
24 failing paper of record tried to downplay its own
25 reporting by saying the problem was an anomaly that was

Tipping Point With Kara McKinney Segment - November 17, 2020

1  caused by a lack of election monitors.

2              Now, that's funny.  What do you call

3  Republican poll watchers being kicked out of the

4  oversight process to the sound of cheering Democrats in

5  cities from Detroit to Philadelphia, other than a lack

6  of election monitors.  Even the poll watchers who were

7  allowed to view the ballot-counting process were kept so

8  far away, they couldn't see anything.

9              But it gets even worse.  According to

10 Dominion's own words, their software allows staff to

11 adjust talleys based on a review of scanned ballot

12 images.  And just one year ago, Democrat senators,

13 Elizabeth Warren, Amy Klobuchar and Ron Wyden issued a

14 formal complaint to Dominion voting systems, accusing

15 their voting systems of switching votes and causing

16 problems that threatened the integrity of our elections.

17 Sound familiar?

18             Even though Dominion is a Canadian company

19 that has made donations to the Clinton Foundation and

20 hired a top Pelosi staffer as a lobbyist, even Canada

21 doesn't want them.  This is what their official Twitter

22 account posted Monday, quote, Elections Canada does not

23 use Dominion voting systems.  We use paper ballots

24 counted by hand in front of scrutineers and have never

25 used voting machines or electronic tabulators for

Tipping Point With Kara McKinney Segment - November 17, 2020

1   federal elections.   Imagine that.

2                   So this begs the question.   Why are we

3   using foreign companies to count our votes in the first

4   place and allowing that information to reportedly flow

5   through servers overseas?   And secondly, if even

6   Democrats knew about these vulnerabilities with Dominion

7   and Smartmatics years before this election, then why did

8   they allow them to be used in so many states?

9                   Why didn't more states follow the lead of

10  Texas in saying no?   Perhaps that means they were chosen

11  by election officials precisely because they are so

12  flawed.   Remember Biden's long-time aide and now member

13  of his transition team, Robert [sic] Klain, said back in

14  2014, "U.S. elections are rigged."

15                  And with that, I want to welcome on my

16  first guest, the president of Judicial Watch, Tom

17  Fitton.   Welcome, Tom.   I'm honored to have you with us

18  tonight.

19                  MR. FITTON:   Well, good to be with you.

20  Thank you.

21                  MS. MCKINNEY:   Thank you.   So while the

22  president's team is making legal challenges to the

23  election, Judicial Watch has been busy with its own

24  independent investigations in six battleground states.

25  What can you tell us about those efforts?

1      MR. FITTON:  Well, we're using the state

2 open records laws to examine what went on in these

3 states.  We want to know about how Dominion was used in

4 these states.  We want access to the ballots under law

5 to see for ourselves what the ballots show.  We need

6 independent audits of what went on because, evidently,

7 big tech doesn't want anything to be done, big media

8 doesn't want anything to be done.

9      And frankly, the -- the president's team is

10 focused on one state here, one state there, and we're

11 looking at the whole picture here.

12      MS. MCKINNEY:  What really just blows my

13 mind is after four years of hearing Russian, Russia,

14 Russia, foreign interference in our elections, here we

15 find these companies, these voting systems that are

16 either foreign owned, such as Dominion, a Canadian

17 company, or they have servers overseas.  Does that raise

18 your alarm bells, raise your suspicions?

19      MR. FITTON:  Well, the one thing that does

20 raise my suspicion is the involvement of this Dominion

21 systems in elections across the country, especially

22 given the big error that took place up there in

23 Michigan.  I've reviewed the explanation local officials

24 had about what happened there, and it was a combination

25 of human error and it looks like a software update that

1  wasn't appropriately uploaded.  And it's the sort of
2  thing that you would think, Well, is that happening
3  somewhere else?
4           So even the innocent explanation requires a
5  second look of how the system was used in the various
6  states it was used.  And, you know, the Smartmatic
7  ma- -- system, which is separate from Dominion, is
8  based, as -- as far as I can tell, and that company was
9  set up by buddies of Hugo Chavez.  There's no doubt
10 about it.  And they should be nowhere near our
11 elections.
12          So let's be clear here.  You've got these
13 computer systems that are at issue.  But separately and
14 as substantially, you've got government officials,
15 specifically in Pennsylvania, acting as if they have
16 something to hide by refusing to let observers come in,
17 as you pointed out in your opening monologue, come in
18 and watch with any serious -- in any serious way, watch
19 these ballots being counted.
20          When you're illicitly counting ballots,
21 you've got to be suspicious.  And when the numbers are
22 680,000 ballots that were illicitly counted, that could
23 turn the whole election out.
24          MS. MCKINNEY:  It definitely could.  And
25 also, we see that this year, that the rejection rate for

1  mail-in ballots was much lower than it normally is,
2  which is kind of iffy there.  And as well, you were
3  saying that these poll watchers were being kicked out,
4  so they couldn't really verify a lot of these ballots.
5  And your, you know, Judicial Watch, for months leading
6  up to this election, you guys were sounding the alarm
7  bells, saying, Hey, there's as many as 1.8, 2 million,
8  you know, extra registered voters, dirty voter rules, as
9  you were saying.

10           MR. FITTON:  Yeah.  In Pennsylvania,
11  800,000 extra names on the rolls, according to our
12  lawsuit.  In Michigan, 654,000 extra names, according to
13  the most recent data.  Clark County, Nevada, the -- you
14  know, that's Las Vegas, 154,000 extra names just in
15  Clark County alone.  So the voting rolls across the
16  nation are a mess.  They're bad at -- at Fulton County,
17  Georgia, horribly dirty voter registration rolls.

18           And so those names are -- some of them are
19  inactive, meaning they haven't voted in a long time.
20  But the fact that the rolls are dirty and haven't been
21  cleaned suggest they should not be relied on, certainly
22  if you're going to start mailing ballot and ballot
23  applications to them blindly.  And that's why when
24  you're counting ballots that come in from the mails,
25  given that the lists are so dirty and you're not seeing

Tipping Point With Kara McKinney Segment - November 17, 2020

1  people in person, you've got to have all the checks --
2  all -- all the security checks in place, like basic
3  observation by one of the parties involved, the
4  president's campaign, and this is just in Pennsylvania,
5  which evidently didn't happen.
6              MS. MCKINNEY:  And now here we are, it's
7  Tuesday once again.  This is now the second week since
8  November 3rd, since the election, and we still don't
9  conclusively have a winner.  How did we get to this
10  point, and in fact, some states like Georgia are still
11  finding ballots now, two weeks out from the election?
12              MR. FITTON:  Yeah.  Second county, they
13  found more ballots for Donald Trump.  I think the --
14  it's down from 14,000 down to a little over 12,000, in
15  terms of the difference between Biden and Trump.  Well,
16  this is chaos.  They knew it was going to happen that,
17  they told us it was going to happen, that the president
18  will, quote, win on election night, but the outcome
19  would change as votes were counted afterwards.
20              I think that whole process is deplorable.
21  It may be contrary to federal law that requires states
22  to choose their electors on the -- on essentially
23  Election Day.  That obviously didn't happen.  And
24  instead, we've got votes coming from who knows where
25  because the lists are dirty and counted who knows how

Tipping Point With Kara McKinney Segment - November 17, 2020

1  because they weren't allowed -- no one was allowed to

2  look, effectively, in Pennsylvania.  And so now the

3  courts are going to have to figure it out.  But under

4  our Electoral College system, the state legislatures can

5  step in and fix it by appointing a clean slate.

6            Is the state legislature of Pennsylvania

7  going to allow that mess to be the final say as to who

8  chooses how the president is chosen?  They have an

9  independent obligation to step in, and ultimately

10  Congress too, come January when they certify Electoral

11  College results.  You could have members object to those

12  results from Pennsylvania, for instance, if those -- if

13  that dirty election is upheld further.

14            MS. MCKINNEY:  Tom Fitton from Judicial

15  Watch.  Have to leave it right there.  Thank you so much

16  for joining us tonight, and thank you for your work on

17  the ground in these battleground states.

18            MR. FITTON:  You're welcome.  Thank you for

19  having me.

20            (Recording ends.)

21

22

23

24

25

1                    C E R T I F I C A T E
2       I, TERRI GARCIA, Certified Shorthand Reporter in
3  and for the State of Texas, certify that the foregoing
4  is a correct transcription from the video recording of
5  the the above-entitled matter.
6       I further certify that I am neither counsel for,
7  related to, nor employed by any of the parties to the
8  action in which this recording was transcribed, and
9  further that I am not financially or otherwise
10 interested in the outcome of the action.
11      I further certify that the transcription fee of
12 $_____ was paid/will be paid in full by
13 _____.
14
15
16       _____
             Terri Garcia, Texas Certified
17           Shorthand Reporter No. 6581
             Dickman Davenport, Inc.
18           Firm Registration No. #312
             4228 North Central Expressway
19           Suite 101
             Dallas, Texas   75206
20           (214) 855-5100
             My commission expires:   7-31-25
21
22
23
24
25

Tipping Point With Kara McKinney Segment - November 17, 2020

| A | | | | |
|---|---|---|---|---|

**A**

above-entitled 12:5
access 7:4
account 5:22
accusing 5:14
act 3:4
acting 8:15
action 12:8,10
adjust 5:11
ago 3:15 5:12
aide 6:12
alarm 7:18 9:6
allow 6:8 11:7
allowed 5:7 11:1 11:1
allowing 6:4
allows 5:10
amounts 2:23
Amy 5:13
anomaly 4:25
applications 9:23
appointing 11:5
appropriately 8:1
articles 2:13
attempt 3:11
audits 7:6
aware 3:14,17,18

**B**

back 4:21 6:13
bad 9:16
ballot 5:11 9:22 9:22
ballot-counting 5:7
ballots 4:10 5:23 7:4,5 8:19,20 8:22 9:1,4,24 10:11,13
based 5:11 8:8
basic 10:2
battleground 6:24 11:17

begins 2:1
begs 6:2
believe 3:25 4:1
bells 7:18 9:7
Biden 2:3,13 10:15
Biden's 4:15 6:12
big 2:5,18 3:8 4:8 7:7,7,22
bigger 4:12
blindly 9:23
blows 3:4 7:12
board 4:16,18
buddies 8:9
busy 6:23

**C**

C 12:1,1
call 5:2
campaign 10:4
Canada 5:20,22
Canadian 5:18 7:16
cases 4:10
cast 4:10
caused 5:1
causing 5:15
Central 12:18
certain 2:20
certainly 9:21
Certified 1:13 12:2,16
certify 11:10 12:3 12:6,11
chairman 4:17
challenges 6:22
change 10:19
changes 3:2
chaos 10:16
charged 3:16
Chavez 8:9
checks 10:1,2
cheering 5:4
choose 10:22
chooses 11:8

chosen 6:10 11:8
cities 5:5
Clark 9:13,15
clean 11:5
cleaned 9:21
clear 8:12
Clinton 5:19
colleagues 2:5
College 11:4,11
combination 7:24
come 3:1 8:16,17 9:24 11:10
coming 10:24
commission 12:20
Committee 2:7
companies 6:3 7:15
company 4:17 5:18 7:17 8:8
complaint 5:14
computer 8:13
conclusively 10:9
Congress 11:10
continues 3:3
contrary 10:21
control 2:10
correct 12:4
counsel 12:6
count 6:3
counted 5:24 8:19,22 10:19 10:25
counting 8:20 9:24
country 7:21
counts 3:16
county 9:13,15 9:16 10:12
coup 3:11
course 2:5
courts 11:3
covered 4:8
Cruz 3:11,13,19

4:1,6

**D**

Dallas 12:19
data 9:13
Davenport 12:17
Day 10:23
dead 4:11
decided 2:11
decisions 2:21
definitely 8:24
Democrat 5:12
Democratic 3:21
Democrats 5:4 6:6
deplorable 10:20
Detroit 5:5
Dickman 12:17
dictating 3:10
difference 10:15
diligence 2:3
directors 4:17
dirty 9:8,17,20 9:25 10:25 11:13
distribution 2:14
Dominion 4:14 5:14,18,23 6:6 7:3,16,20 8:7
Dominion's 5:10
Donald 10:13
donations 5:19
Dorsey 3:12,18 3:23 4:7
doubt 8:9
downplay 4:24
due 2:3

**E**

E 12:1,1
edi- 2:12
editor 2:15
editorial 2:10,21
effectively 11:2
efforts 6:25
either 7:16

election 2:4,23 3:7,16 5:1,6 6:7 6:11,23 8:23 9:6 10:8,11,18 10:23 11:13
elections 4:21 5:16,22 6:1,14 7:14,21 8:11
Electoral 11:4,10
electors 10:22
electronic 5:25
Elizabeth 5:13
employed 12:7
ends 11:20
enjoy 2:20
error 7:22,25
especially 7:21
essentially 3:14 10:22
evidently 7:6 10:5
exactly 2:16
examine 7:2
example 4:13
excluded 2:14
exist 3:14,22
expect 3:2
expires 12:20
explanation 7:23 8:4
express 3:2
Expressway 12:18
extra 9:8,11,12 9:14

**F**

F 12:1
face 3:5
Facebook 2:6,10
faced 3:7
fact 9:20 10:10
failing 4:24
familiar 5:17
far 4:4 5:8 8:8

Tipping Point With Kara McKinney Segment - November 17, 2020

federal 6:1 10:21
fee 12:11
figure 11:3
final 11:7
financially 12:9
find 2:9,14 7:15
finding 10:11
Firm 12:18
first 6:3,16
Fitton 6:17,19
  7:1,19 9:10
  10:12 11:14,18
fix 11:5
flagged 2:13
flawed 6:12
flow 6:4
focused 7:10
follow 6:9
foregoing 12:3
foreign 6:3 7:14
  7:16
formal 5:14
found 10:13
Foundation 4:19
  5:19
four 7:13
frankly 7:9
fraud 3:14,16,22
  4:10
front 5:24
full 12:12
Fulton 9:16
funny 5:2
further 11:13
  12:6,9,11

**G**
Garcia 12:2,16
George 4:18
Georgia 9:17
  10:10
given 7:22 9:25
go 4:7
going 4:2,2 9:22
  10:16,17 11:3,7

good 2:11 4:4
  6:19
government 8:14
Graham 2:8,22
grilling 3:11
ground 11:17
guest 6:16
guys 9:6

**H**
hand 5:24
happen 10:5,16
  10:17,23
happened 7:24
happening 8:2
happens 4:15
hard 2:14
heads 2:6
hearing 7:13
hearings 2:24
Hey 9:7
hide 8:16
hired 5:20
honored 6:17
horribly 9:17
Hugo 8:9
human 7:25
Hunter 2:3,13
hypotheticals
  3:24

**I**
iffy 9:2
illicitly 8:20,22
images 5:12
Imagine 6:1
inactive 9:19
independent 6:24
  7:6 11:9
indictment 3:20
individual 4:9
information 6:4
innocent 8:4
instance 11:12
integrity 5:16
interested 12:10

interference 2:23
  7:14
investigations
  6:24
involved 10:3
involvement 7:20
issue 8:13
issued 5:13
issues 4:12

**J**
January 11:10
joining 11:16
Judicial 6:16,23
  9:5 11:14
Judiciary 2:7

**K**
KARA 1:15
kept 5:7
kicked 5:3 9:3
kind 9:2
Klain 6:13
Klobuchar 5:13
knew 6:6 10:16
know 2:12 4:6
  7:3 8:6 9:5,8,14
knows 3:10 10:24
  10:25

**L**
labels 4:8
lack 5:1,5
laptop 2:4
Las 9:14
law 7:4 10:21
laws 7:2
lawsuit 9:12
lead 6:9
leading 9:5
leave 11:15
left 3:8
legal 2:20 6:22
legislature 11:6
legislatures 11:4
let's 8:12

Lindsey 2:8,21
link 3:20
lists 9:25 10:25
little 10:14
lobbyist 5:20
local 7:23
long 9:19
long-time 6:12
look 8:5 11:2
looking 7:11
looks 7:25
lot 9:4
lower 9:1

**M**
ma- 8:7
machines 5:25
mail-in 9:1
mailing 9:22
mails 9:24
making 2:21 6:22
manipulated
  4:23
matter 12:5
MCKINNEY
  1:15 2:2,16 4:4
  6:21 7:12 8:24
  10:6 11:14
meaning 9:19
means 6:10
media 7:7
member 4:15,16
  4:18 6:12
members 11:11
mess 9:16 11:7
Michigan 7:23
  9:12
million 9:7
mind 7:13
Monday 5:22
monitors 5:1,6
monologue 8:17
months 9:5

**N**
name 4:11

names 9:11,12,14
  9:18
nation 9:16
near 8:10
need 7:5
needed 2:13
Neffenger 4:16
neither 12:6
Nevada 9:13
never 5:24
New 2:2,11,12
  4:22
newspaper 2:9
night 10:18
normally 9:1
North 12:18
noses 3:4
November 1:14
  2:25 10:8
numbers 8:21

**O**
object 11:11
obligation 11:9
observation 10:3
observers 8:16
obviously 10:23
official 5:21
officials 6:11 7:23
  8:14
once 10:7
open 4:18 7:2
open-ended 3:9
opening 8:17
opinion 2:24
outcome 10:18
  12:10
outrage 3:2
outright 3:6
overlords 3:9
overseas 6:5 7:17
oversight 5:4
owned 7:16

**P**
page 4:8

paid 12:12
paid/will 12:12
paper 4:24 5:23
part 4:9
parties 10:3 12:7
Party 3:21
Pelosi 5:20
Pennsylvania
  8:15 9:10 10:4
  11:2,6,12
people 10:1
person 10:1
Peter 4:16
Philadelphia 5:5
picture 7:11
place 2:25 6:4
  7:22 10:2
plas- 2:25
play 4:12
plays 2:18
point 1:15 2:17
  10:10
pointed 2:22 8:17
political 3:1
poll 5:3,6 9:3
position 3:13,21
Post 2:2,11,12
posted 5:22
precisely 6:11
president 4:7
  6:16 10:17 11:8
president's 6:22
  7:9 10:4
problem 2:24 3:3
  3:8 4:9,25
problems 5:16
process 5:4,7
  10:20
protections 2:20
public 3:10
publishers 2:19
put 3:20 4:3,6

**Q**

question 6:2

**R**

R 12:1
raise 7:17,18,20
rate 8:25
real 3:10
really 7:12 9:4
reason 2:12
record 4:24
recording 2:1
  11:20 12:4,8
records 7:2
refusing 8:16
registered 9:8
registration 9:17
  12:18
rejection 8:25
related 12:7
relied 9:21
Remember 6:12
report 4:23
reported 4:22
reportedly 6:4
Reporter 12:2,17
reporting 2:3
  4:25
Republican 5:3
Republicans 3:2
requires 8:4
  10:21
results 11:11,12
review 5:11
reviewed 7:23
rig 4:21
rigged 6:14
right 3:3,8,22 4:5
  11:15
rightly 2:22
Robert 6:13
rolls 9:11,15,17
  9:20
Ron 5:13
rules 9:8

quote 4:23 5:22
  10:18

Russia 7:13,14
Russian 7:13

**S**

saying 4:22,25
  6:10 9:3,7,9
says 3:21
scanned 5:11
screen 4:6
scrutineers 5:24
second 8:5 10:7
  10:12
secondly 6:5
security 10:2
see 4:3,5 5:8 7:5
  8:25
seeing 9:25
seen 2:17
SEGMENT 1:15
Senate 2:7
senator 2:8,21
  3:11,13,19 4:1
Senator's 4:5
senators 5:12
separate 8:7
separately 8:13
serious 8:18,18
servers 6:5 7:17
set 8:9
Shorthand 12:2
  12:17
shot 2:4,4
show 7:5
sic 6:13
sides 2:18
Silicon 3:9
situation 2:7 3:7
six 6:24
skewed 4:23
slate 11:5
Smartmatic 4:14
  4:17 8:6
Smartmatics 6:7
Society 4:18
software 4:20,22

5:10 7:25
Soros's 4:18
sort 8:1
sound 5:4,17
sounding 9:6
specifically 8:15
spot 4:7
staff 5:10
staffer 5:20
start 9:22
state 3:15 7:1,10
  7:10 11:4,6
  12:3
statement 3:19
states 4:14 6:8,9
  6:24 7:3,4 8:6
  10:10,21 11:17
stealing 3:7
step 11:5,9
story 2:4
subsidiary 4:14
substantially
  8:14
suggest 9:21
Suite 12:19
surprise 2:16
surprised 3:4
suspicion 7:20
suspicions 7:18
suspicious 8:21
switching 5:15
system 4:13 8:5,7
  11:4
systemic 4:13
systems 5:14,15
  5:23 7:15,21
  8:13

**T**

T 12:1,1
tabulators 5:25
take 2:25
talleys 5:11
tally 4:23
team 4:16 6:13

6:22 7:9
tech 2:5,18 3:8
  4:9 7:7
Ted 3:11
tell 6:25 8:8
terms 10:15
Terri 12:2,16
test 4:2
testify 2:6
Texas 3:11,15
  6:10 12:3,16,19
thank 6:20,21
  11:15,16,18
theater 3:1
thing 7:19 8:2
think 3:23 8:2
  10:13,20
threatened 5:16
time 2:21 9:19
Times 4:22
TIPPING 1:15
Today 2:6
told 10:17
Tom 6:16,17
  11:14
tonight 6:18
  11:16
top 5:20
transcribed 12:8
transcription
  1:13 12:4,11
transition 4:15
  6:13
tried 2:2 4:24
Trump 10:13,15
Trump's 4:7
try 2:8
Tuesday 10:7
turn 8:23
tweet 4:3
tweeted 3:19
tweets 4:5
Twitter 2:6,9
  5:21
Twitter's 3:13

Tipping Point With Kara McKinney Segment - November 17, 2020

two 3:15 10:11

**U**
U.S 6:14
ultimate 2:15
ultimately 11:9
update 7:25
upheld 11:13
uploaded 8:1
use 5:23,23
useful 3:24

**V**
Valley 3:9
various 8:5
Vegas 9:14
Venezuela 4:21
verify 9:4
video 12:4
view 5:7
voted 9:19
voter 3:14,22
  4:10 9:8,17
voters 4:11 9:8
votes 5:15 6:3
  10:19,24
voting 4:13 5:14
  5:15,23,25 7:15
  9:15
vulnerabilities
  6:6

**W**
want 2:8 5:21
  6:15 7:3,4,7,8
warning 3:20 4:8
Warren 5:13
wasn't 8:1
watch 6:16,23
  8:18,18 9:5
  11:15
watchers 5:3,6
  9:3
way 8:18
ways 3:1,9
we'll 4:3

we're 3:7 4:2 7:1
  7:10
we've 2:17 3:1
  10:24
week 10:7
weeks 3:15 10:11
welcome 6:15,17
  11:18
went 7:2,6
weren't 11:1
win 10:18
winner 10:9
woman 3:15
words 5:10
work 11:16
worse 3:3,6 5:9
Wyden 5:13

**X**

**Y**
Yeah 9:10 10:12
year 5:12 8:25
years 4:21 6:7
  7:13
York 2:2,11,12
  4:22

**Z**

**0**

**1**
1.8 9:7
101 12:19
12,000 10:14
134 3:16
14,000 10:14
154,000 9:14
17 1:14

**2**
2 9:7
2014 6:14
2020 1:14
214 12:20

**3**
30 4:14
312 12:18
3rd 2:25 10:8

**4**
4228 12:18

**5**

**6**
654,000 9:12
6581 12:17
680,000 8:22

**7**
7-31-25 12:20
75206 12:19

**8**
800,000 9:11
855-5100 12:20

# Exhibit A-4

1

2

3

4

5

6

7

8

9

10

11

12   CERTIFIED TRANSCRIPTION OF

13        NOVEMBER 19, 2020

14   REAL AMERICA WITH DAN BALL

15

16

17

18

19

20

21

22

23

24

25

Real America With Dan Ball - November 19, 2020

```
 1                  (Recording begins.)
 2                  MR. BALL:  Anyway, my next guest, let's
 3    check in with her.  She happens to be a New York City
 4    resident, and I want to get this name right.  It's Evi
 5    Kokalari-Angelakis.  She is a very, very outspoken, not
 6    only conservative columnist and person kind of with a
 7    big opinion in that city, also a very successful real
 8    estate agent as well.
 9                  And Evi, I want to welcome you to the show.
10    And the main reason that I brought you to the show, not
11    only to talk about what's happens in New York City where
12    you live, in the state of New York, and the
13    Draconian-style lockdowns your governor is imposing, but
14    your background.
15                  You immigrated here, I believe I saw in
16    your bio, 20 years ago from Albania.  And you're
17    familiar with communism and socialism and how it works
18    and doesn't work versus capitalism.  You're also
19    familiar with a little company called Dominion software,
20    which is at the forefront of this election fraud.
21                  So first of all, tell folks a little bit
22    about your background and how you know that Dominion has
23    been involved in some other corrupt elections overseas
24    in the past.
25                  MS. KOKALARI-ANGELAKIS:  Well, thank you
```

Real America With Dan Ball - November 19, 2020

1   for having me on, Dan, first of all.  I was born
2   eventually in Albania, which is -- was a socialist
3   country, so as far as me having any freedom, we had
4   zero.  We haven't have freedom of speech, we didn't
5   have -- forget about Second Amendment, because this is
6   the beauty of our Constitution.  The Second Amendment is
7   going to save America during those tough times that
8   we're going through.  This is the only thing that
9   Democrats are scared of, us having the right to guns.
10              So let's go back a little bit about the way
11  that the voter fraud has happened over the past, even
12  20 years, after the -- the system in Albania changed,
13  but mostly in the Balkans.  We've had voter fraud that
14  has been backed up constantly by the only person that is
15  backing this one up in America and that is George Soros.
16  The only beauty of being in your channel is that we have
17  the freedom and the platform to talk about George Soros,
18  something that, apparently, you can't even do in Fox
19  News and you cannot do it in the Balkans.
20              My question, when it comes to Dominion, is
21  one only.  How come this has been in Serbia for so long,
22  Question No. 1?  And No. 2, I want to know if President
23  Vucic, which is the president of Serbia, was aware of
24  this?  And this is very important and here is why.
25  Because as you know, Ambassador Grenell has worked for

Real America With Dan Ball - November 19, 2020

1  the past 18 months on putting together an agreement in

2  between Kosovo and Serbia, and is one of the reasons one

3  of the Nobel Prize that the president is nominated.

4           MR. BALL:  Uh-huh.

5           MS. KOKALARI-ANGELAKIS:  Now, while the

6  president of Serbia has been so friendly to the Trump

7  Administration, and he has been very welcomed, as far as

8  I understand, to Ambassador Grenell, did he know the

9  whole -- this time that Dominion was operating in his

10 backyard, and what was Dominion exactly going to do,

11 that this had to do something with voter fraud?

12          Now, in Albania, we have had voter fraud

13 and people have been complaining for a very long time.

14 We have a prime minister that is extremely close with

15 George Soros, and I've been one of the few people

16 outspoken about this in Albania.  And I've brought

17 certain people that have political influence in America,

18 I've brought them in the (inaudible) in Albania so he

19 can talk about George Soros, because the most important

20 thing we need to do right now is tell everybody that

21 George Soros is the problem, and he is the one that has

22 brought along the Clinton Foundation, the Obama

23 Administration, and there is a lot of other things going

24 on, other foundations that are connected to George

25 Soros.

Real America With Dan Ball - November 19, 2020

```
1              But George Soros is behind it, has been in
2    the Balkans and in Europe for a very long time, and
3    right now, we just got -- you know, got exposed in
4    America.  But I'm not -- I'm sure that you have heard
5    the this has been going on in America for a while as
6    well.
7              MR. BALL:  Yeah, I've seen --
8              MS. KOKALARI-ANGELAKIS:  (Inaudible.)
9              MR. BALL:  And just to your point, Evi, I
10   want to -- I want to point out.  I've not seen the hard
11   evidence yet connecting Soros to Dominion, but we have
12   seen the hard evidence connecting the Clinton Foundation
13   and other Democrats to Dominion, plus some of their
14   hierarchy and CEO and whatnot have donated to the
15   Democrat side.  So we know there's definitely
16   connections there with Dominion, and now we, I think, as
17   Americans, are -- are slowly getting the information
18   about this tech company that we really had no idea of.
19             I mean, until this fraudulent election,
20   this rigged election, I didn't know who Dominion was.  I
21   would think that probably 99 percent of Americans had no
22   clue who Dominion software, election voting services,
23   whatever their official tile is.  We didn't know.
24             MS. KOKALARI-ANGELAKIS:  Well, this -- they
25   have been around since 2004, at least in Serbia.  And
```

Real America With Dan Ball - November 19, 2020

1   Dominion and the Clinton Foundation, they have a project
2   together called The Delian Project, which apparently
3   raises money to help voter fairness in countries like, I
4   don't know, maybe Albania, or countries that are not --
5   don't have a strong economy or they are not too strong.
6                    Meanwhile, they are doing the opposite.
7   So, you know, when you see weak states like those, this
8   is the perfect playground for George Soros because,
9   believe it or not, George Soros' son is constantly in
10  Albania.  And Albanians are friends of Hillary Clinton
11  and the Clinton Foundation.  But remember this, in 2016,
12  right before the election in 2016, Hillary Clinton was
13  so sure she was going to win, and the only reason she
14  was sure she was going to win is because they knew
15  Dominion and the software, Smartac- -- Smartmatic was
16  in -- in existence, and that's how they were going to
17  get the election.
18                    They just didn't expect -- they didn't
19  realize how many Americans were going to vote for Donald
20  Trump, and that's how they probably lost that election.
21                    MR. BALL:  Yeah.  What we've seen from the
22  information coming out, and we heard a little bit from
23  Rudy Giuliani today, is that, obviously, these security
24  folks at Dominion that set up the systems in the
25  individual states, they can just do a little tweak here,

Real America With Dan Ball - November 19, 2020

1  a little tweak there of the program, and it can make it
2  so minor to flip votes, but enough to make your guy win
3  that, hopefully, it's not noticeable.
4          And to your point in '16, and I've seen
5  this in -- in several articles, they didn't tweak it
6  quite enough.  They didn't expect that many millions of
7  people to vote --
8          MS. KOKALARI-ANGELAKIS:  Exactly.
9          MR. BALL:  -- for President Donald J.
10 Trump.  Really interesting insight, Evi.  I really
11 appreciate you coming on and talking about this.  We
12 here at One America will continue to look into the Soros
13 connection, but again, we do know there are ties
14 directly to the Clinton Foundation and other Democrats
15 with this Dominion software company and their hierarchy
16 that run it.
17         And we all know, we have seen there's been
18 voter fraud, voter interfere- -- or pardon me, election
19 fraud and election interference in those countries
20 like -- whether it be Serbia, Albania, lots of
21 third-world countries.  When they act like they're
22 having a fair and free election, it's usually rigged in
23 the back.
24         MS. KOKALARI-ANGELAKIS:  Exactly.
25         MR. BALL:  Yeah.  Thanks for coming on --

Real America With Dan Ball - November 19, 2020

```
1              MS. KOKALARI-ANGELAKIS:  Absolutely.

2              MR. BALL:  -- giving us that information.

3              MS. KOKALARI-ANGELAKIS:  Thanks for your

4   time.

5              MR. BALL:  We really appreciate it.  And I

6   would say to you, Stay safe.

7              MS. KOKALARI-ANGELAKIS:  Thank you.  I

8   will.

9              MR. BALL:  When you speak like that, you've

10  got to stay safe.

11             MS. KOKALARI-ANGELAKIS:  I have to speak

12  up.  Thank you so much.

13             MR. BALL:  Yep.  Thank you.

14             (Recording ends.)

15

16

17

18

19

20

21

22

23

24

25
```

Real America With Dan Ball - November 19, 2020

```
 1              C E R T I F I C A T E
 2        I, TERRI GARCIA, Certified Shorthand Reporter in
 3   and for the State of Texas, certify that the foregoing
 4   is a correct transcription from the video recording of
 5   the the above-entitled matter.
 6        I further certify that I am neither counsel for,
 7   related to, nor employed by any of the parties to the
 8   action in which this recording was transcribed, and
 9   further that I am not financially or otherwise
10   interested in the outcome of the action.
11        I further certify that the transcription fee of
12   $_____ was paid/will be paid in full by
13   _____.
14
15
16        _____
             Terri Garcia, Texas Certified
17           Shorthand Reporter No. 6581
             Dickman Davenport, Inc.
18           Firm Registration No. #312
             4228 North Central Expressway
19           Suite 101
             Dallas, Texas  75206
20           (214) 855-5100
             My commission expires:  7-31-25
21
22
23
24
25
```

## A

above-entitled 9:5
Absolutely 8:1
act 7:21
action 9:8,10
Administration 4:7,23
agent 2:8
ago 2:16
agreement 4:1
Albania 2:16 3:2 3:12 4:12,16,18 6:4,10 7:20
Albanians 6:10
Ambassador 3:25 4:8
Amendment 3:5 3:6
America 1:14 3:7 3:15 4:17 5:4,5 7:12
Americans 5:17 5:21 6:19
Anyway 2:2
apparently 3:18 6:2
appreciate 7:11 8:5
articles 7:5
aware 3:23

## B

back 3:10 7:23
backed 3:14
background 2:14 2:22
backing 3:15
backyard 4:10
Balkans 3:13,19 5:2
BALL 1:14 2:2 4:4 5:7,9 6:21 7:9,25 8:2,5,9 8:13

beauty 3:6,16
begins 2:1
believe 2:15 6:9
big 2:7
bio 2:16
bit 2:21 3:10 6:22
born 3:1
brought 2:10 4:16,18,22

## C

C 9:1,1
called 2:19 6:2
capitalism 2:18
Central 9:18
CEO 5:14
certain 4:17
Certified 1:12 9:2,16
certify 9:3,6,11
changed 3:12
channel 3:16
check 2:3
city 2:3,7,11
Clinton 4:22 5:12 6:1,10,11,12 7:14
close 4:14
clue 5:22
columnist 2:6
come 3:21
comes 3:20
coming 6:22 7:11 7:25
commission 9:20
communism 2:17
company 2:19 5:18 7:15
complaining 4:13
connected 4:24
connecting 5:11 5:12
connection 7:13
connections 5:16
conservative 2:6

constantly 3:14 6:9
Constitution 3:6
continue 7:12
correct 9:4
corrupt 2:23
counsel 9:6
countries 6:3,4 7:19,21
country 3:3

## D

Dallas 9:19
Dan 1:14 3:1
Davenport 9:17
definitely 5:15
Delian 6:2
Democrat 5:15
Democrats 3:9 5:13 7:14
Dickman 9:17
directly 7:14
doing 6:6
Dominion 2:19 2:22 3:20 4:9 4:10 5:11,13,16 5:20,22 6:1,15 6:24 7:15
Donald 6:19 7:9
donated 5:14
Draconian-style 2:13

## E

E 9:1,1
economy 6:5
election 2:20 5:19 5:20,22 6:12,17 6:20 7:18,19,22
elections 2:23
employed 9:7
ends 8:14
estate 2:8
Europe 5:2
eventually 3:2
everybody 4:20

Evi 2:4,9 5:9 7:10
evidence 5:11,12
exactly 4:10 7:8 7:24
existence 6:16
expect 6:18 7:6
expires 9:20
exposed 5:3
Expressway 9:18
extremely 4:14

## F

F 9:1
fair 7:22
fairness 6:3
familiar 2:17,19
far 3:3 4:7
fee 9:11
financially 9:9
Firm 9:18
first 2:21 3:1
flip 7:2
folks 2:21 6:24
forefront 2:20
foregoing 9:3
forget 3:5
Foundation 4:22 5:12 6:1,11 7:14
foundations 4:24
Fox 3:18
fraud 2:20 3:11 3:13 4:11,12 7:18,19
fraudulent 5:19
free 7:22
freedom 3:3,4,17
friendly 4:6
friends 6:10
full 9:12
further 9:6,9,11

## G

Garcia 9:2,16
George 3:15,17 4:15,19,21,24

5:1 6:8,9
getting 5:17
Giuliani 6:23
giving 8:2
go 3:10
going 3:7,8 4:10 4:23 5:5 6:13 6:14,16,19
governor 2:13
Grenell 3:25 4:8
guest 2:2
guns 3:9
guy 7:2

## H

happened 3:11
happens 2:3,11
hard 5:10,12
heard 5:4 6:22
help 6:3
hierarchy 5:14 7:15
Hillary 6:10,12
hopefully 7:3

## I

idea 5:18
immigrated 2:15
important 3:24 4:19
imposing 2:13
inaudible 4:18 5:8
individual 6:25
influence 4:17
information 5:17 6:22 8:2
insight 7:10
interested 9:10
interesting 7:10
interfere- 7:18
interference 7:19
involved 2:23

## J

J 7:9

Real America With Dan Ball - November 19, 2020

**K**
kind 2:6
knew 6:14
know 2:22 3:22
 3:25 4:8 5:3,15
 5:20,23 6:4,7
 7:13,17
Kokalari-Ange...
 2:5,25 4:5 5:8
 5:24 7:8,24 8:1
 8:3,7,11
Kosovo 4:2

**L**
let's 2:2 3:10
little 2:19,21 3:10
 6:22,25 7:1
live 2:12
lockdowns 2:13
long 3:21 4:13
 5:2
look 7:12
lost 6:20
lot 4:23
lots 7:20

**M**
main 2:10
matter 9:5
mean 5:19
millions 7:6
minister 4:14
minor 7:2
money 6:3
months 4:1

**N**
name 2:4
need 4:20
neither 9:6
New 2:3,11,12
News 3:19
Nobel 4:3
nominated 4:3
North 9:18

noticeable 7:3
NOVEMBER
 1:13

**O**
Obama 4:22
obviously 6:23
official 5:23
operating 4:9
opinion 2:7
opposite 6:6
outcome 9:10
outspoken 2:5
 4:16
overseas 2:23

**P**
paid 9:12
paid/will 9:12
pardon 7:18
parties 9:7
people 4:13,15,17
 7:7
percent 5:21
perfect 6:8
person 2:6 3:14
platform 3:17
playground 6:8
plus 5:13
point 5:9,10 7:4
political 4:17
president 3:22,23
 4:3,6 7:9
prime 4:14
Prize 4:3
probably 5:21
 6:20
problem 4:21
program 7:1
project 6:1,2
putting 4:1

**Q**
question 3:20,22
quite 7:6

**R**
R 9:1
raises 6:3
real 1:14 2:7
realize 6:19
really 5:18 7:10
 7:10 8:5
reason 2:10 6:13
reasons 4:2
recording 2:1
 8:14 9:4,8
Registration 9:18
related 9:7
remember 6:11
Reporter 9:2,17
resident 2:4
rigged 5:20 7:22
right 2:4 3:9 4:20
 5:3 6:12
Rudy 6:23
run 7:16

**S**
safe 8:6,10
save 3:7
saw 2:15
scared 3:9
Second 3:5,6
security 6:23
see 6:7
seen 5:7,10,12
 6:21 7:4,17
Serbia 3:21,23
 4:2,6 5:25 7:20
services 5:22
set 6:24
Shorthand 9:2,17
show 2:9,10
side 5:15
slowly 5:17
Smartac- 6:15
Smartmatic 6:15
socialism 2:17
socialist 3:2
software 2:19

5:22 6:15 7:15
son 6:9
Soros 3:15,17
 4:15,19,21,25
 5:1,11 6:8 7:12
Soros' 6:9
speak 8:9,11
speech 3:4
state 2:12 9:3
states 6:7,25
stay 8:6,10
strong 6:5,5
successful 2:7
Suite 9:19
sure 5:4 6:13,14
system 3:12
systems 6:24

**T**
T 9:1,1
talk 2:11 3:17
 4:19
talking 7:11
tech 5:18
tell 2:21 4:20
Terri 9:2,16
Texas 9:3,16,19
thank 2:25 8:7,12
 8:13
Thanks 7:25 8:3
thing 3:8 4:20
things 4:23
think 5:16,21
third-world 7:21
ties 7:13
tile 5:23
time 4:9,13 5:2
 8:4
times 3:7
today 6:23
tough 3:7
transcribed 9:8
transcription
 1:12 9:4,11
Trump 4:6 6:20

7:10
tweak 6:25 7:1,5

**U**
Uh-huh 4:4
understand 4:8
usually 7:22

**V**
versus 2:18
video 9:4
vote 6:19 7:7
voter 3:11,13
 4:11,12 6:3
 7:18,18
votes 7:2
voting 5:22
Vucic 3:23

**W**
want 2:4,9 3:22
 5:10,10
way 3:10
we're 3:8
we've 3:13 6:21
weak 6:7
welcome 2:9
welcomed 4:7
whatnot 5:14
win 6:13,14 7:2
work 2:18
worked 3:25
works 2:17

**X**

**Y**
Yeah 5:7 6:21
 7:25
years 2:16 3:12
Yep 8:13
York 2:3,11,12

**Z**
zero 3:4

Real America With Dan Ball - November 19, 2020

| | | | | |
|---|---|---|---|---|
| **0** | | | | |
| **1** | | | | |
| **1** 3:22 | | | | |
| **101** 9:19 | | | | |
| **16** 7:4 | | | | |
| **18** 4:1 | | | | |
| **19** 1:13 | | | | |
| **2** | | | | |
| **2** 3:22 | | | | |
| **20** 2:16 3:12 | | | | |
| **2004** 5:25 | | | | |
| **2016** 6:11,12 | | | | |
| **2020** 1:13 | | | | |
| **214** 9:20 | | | | |
| **3** | | | | |
| **312** 9:18 | | | | |
| **4** | | | | |
| **4228** 9:18 | | | | |
| **5** | | | | |
| **6** | | | | |
| **6581** 9:17 | | | | |
| **7** | | | | |
| **7-31-25** 9:20 | | | | |
| **75206** 9:19 | | | | |
| **8** | | | | |
| **855-5100** 9:20 | | | | |
| **9** | | | | |
| **99** 5:21 | | | | |

# Exhibit A-5

1
2
3
4
5
6
7
8
9
10
11
12
13   CERTIFIED TRANSCRIPTION OF
14       NOVEMBER 20, 2020
15       NEWSROOM SEGMENT
16
17
18
19
20
21
22
23
24
25

Newsroom Segment - November 20, 2020

1          (Recording begins.)

2          MS. MYERS:  So you say Christopher Krebs

3  was way out of his lane when he claimed that there was

4  no corruption in the 2020 presidential election.  Given

5  your experience working at the DHS, why was Krebs out of

6  line to say that?

7          MR. TRIPPIE:  So it -- it -- it comes down

8  to a couple of things.  He said "no foreign

9  interference" and he said "it's the most secure election

10 we've had."  So let me take them one by one.  It was the

11 most secure election we have because the last

12 administration didn't focus on it.  So any improvement's

13 going to be better.  That said, they did make a lot of

14 advancements over the past two or three years, working

15 with Five Eyes, international partners, intel agencies

16 and state locals, so credit to them for that.

17          But to come out and say that there was no

18 foreign interference is, at best, a half-truth and --

19 and at worst, it may be a partisan-like statement.  And

20 let me tell you why.

21          Number one, in October, ODNI came out and

22 said that the Iranians had hacked a couple of voter

23 registration databases and then used that to send

24 spoofing emails to certain voters.  So obviously,

25 there's been some interference.

Newsroom Segment - November 20, 2020

1    Two, to suggest that in a week, we have all
2  the information needed to identify if there was a
3  successful breach or not inside the United States or as
4  a foreign interference, look, the good Lord took seven
5  days to build the earth, right?  And we're coming out
6  and saying, No problem, nothing to see here?  It's not
7  accurate.
8    And then I would also add to suggest that
9  China, Russia and the chubby guy in the pantsuit over on
10  the 38th parallel told their entire army of hackers over
11  the past six months, Stand down, strange credibility.
12    MS. MYERS:  You definitely provide an
13  interesting perspective given your experience, but let
14  me ask you.  We saw lawm- -- lawmakers on both sides of
15  the aisle criticize the president's decision to fire
16  Krebs.  What would you say to those lawmakers who
17  disagree with the president's decision?
18    MR. TRIPPIE:  Well, I tell you, I was in --
19  I was in DC a long time, and whenever I see both parties
20  completely agree that some unelected person was fired by
21  the president, we all served at the pleasure's
22  president, it's just the alarm bells go off.
23    Secondly, 59 security researchers all
24  signed a letter a week ago, saying, Nothing to see here;
25  even though in the same letter, they identified security

Newsroom Segment - November 20, 2020

1  problems associated with those software and voting

2  machines.  Also, there was a security consortium right

3  about the same time through the CISA website that said,

4  Nothing to see here, no problems.

5          Whenever that many -- many group of people,

6  plus mainstream media all say there's no problem, look,

7  in the world of cyber, there's -- there's a thing we

8  like to call "indicators of compromise."  And what

9  Sidney Powell and Rudy have presented -- now, granted,

10  we want to see more facts, we want to see it on the

11  table -- are, in my world, indicators of compromise.

12          And then what we do, we do the

13  investigations.  We dig into it.  And one of the things

14  I'd love to see Sidney and Rudy do is, they need to talk

15  to both -- at -- at Dominion and over at Smartmatic, who

16  were the product managers, who were the lead engineers,

17  who were the lead developers and who were the lead

18  testers?  Those are all people directly involved in what

19  software features are made available and testing those

20  features before they're out.

21          One of the things I would want to know is,

22  can you change a vote, whether it's inside the company

23  on the software or out at a state location where these

24  machines are.  No one is asking those questions, and I'd

25  love to see Sidney and Rudy, as part of their

Newsroom Segment - November 20, 2020

1  investigation, at least talk to those individuals,

2  because I think it's going to be a more difficult road

3  to be able to identify if there were issues without

4  talking to some of the individuals directly involved in

5  the code and making of those voting machines.

6         MS. MYERS:  What needs to happen in order

7  for Americans to have faith in the election process

8  moving forward?

9         MR. TRIPPIE:  Well, I -- look, I -- I'll

10  leave the -- the -- the manual counting process to the

11  side.  Let me stay on the cyber side.  So number one, I

12  would get access to all of the software and voting

13  machines immediately, right?  And then I would have a

14  team of forensics people go through not only all of the

15  code, but the log data.

16         I don't want to get too nerdy here, but the

17  log data will basically let an investigator know what

18  happened in the machine with the software and was there

19  any outside connections.  Like, for example, they -- I

20  think Rudy or Sidney has said something about data went

21  to Germany.  I don't know if that's true or not, but one

22  of the things that I would do if I was investigating, I

23  would look at all the system logs, because the truth

24  lies in those logs.

25         And I don't know if the DOJ, Rudy and

Newsroom Segment - November 20, 2020

1   Sidney or maybe the locals are looking into that, but

2   that would be -- before I brought anything into court, I

3   would have evidence that shows there was or there

4   wasn't.

5                    (Recording ends.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Newsroom Segment - November 20, 2020

1              C E R T I F I C A T E
2        I, TERRI GARCIA, Certified Shorthand Reporter in
3    and for the State of Texas, certify that the foregoing
4    is a correct transcription from the video recording of
5    the the above-entitled matter.
6        I further certify that I am neither counsel for,
7    related to, nor employed by any of the parties to the
8    action in which this recording was transcribed, and
9    further that I am not financially or otherwise
10   interested in the outcome of the action.
11       I further certify that the transcription fee of
12   $_____ was paid/will be paid in full by
13   _____.
14
15
16       _____
                Terri Garcia, Texas Certified
17              Shorthand Reporter No. 6581
                Dickman Davenport, Inc.
18              Firm Registration No. #312
                4228 North Central Expressway
19              Suite 101
                Dallas, Texas  75206
20              (214) 855-5100
                My commission expires:  7-31-25
21
22
23
24
25

Newsroom Segment - November 20, 2020

**A**
able 5:3
above-entitled 7:5
access 5:12
accurate 3:7
action 7:8,10
add 3:8
administration 2:12
advancements 2:14
agencies 2:15
ago 3:24
agree 3:20
aisle 3:15
alarm 3:22
Americans 5:7
army 3:10
asking 4:24
associated 4:1
available 4:19

**B**
basically 5:17
begins 2:1
bells 3:22
best 2:18
better 2:13
breach 3:3
brought 6:2
build 3:5

**C**
C 7:1,1
call 4:8
Central 7:18
certain 2:24
Certified 1:13 7:2,16
certify 7:3,6,11
change 4:22
China 3:9
Christopher 2:2
chubby 3:9

CISA 4:3
claimed 2:3
code 5:5,15
come 2:17
comes 2:7
coming 3:5
commission 7:20
company 4:22
completely 3:20
compromise 4:8 4:11
connections 5:19
consortium 4:2
correct 7:4
corruption 2:4
counsel 7:6
counting 5:10
couple 2:8,22
court 6:2
credibility 3:11
credit 2:16
criticize 3:15
cyber 4:7 5:11

**D**
Dallas 7:19
data 5:15,17,20
databases 2:23
Davenport 7:17
days 3:5
DC 3:19
decision 3:15,17
definitely 3:12
developers 4:17
DHS 2:5
Dickman 7:17
difficult 5:2
dig 4:13
directly 4:18 5:4
disagree 3:17
DOJ 5:25
Dominion 4:15

**E**
E 7:1,1
earth 3:5

election 2:4,9,11 5:7
emails 2:24
employed 7:7
ends 6:5
engineers 4:16
entire 3:10
evidence 6:3
example 5:19
experience 2:5 3:13
expires 7:20
Expressway 7:18
Eyes 2:15

**F**
F 7:1
facts 4:10
faith 5:7
features 4:19,20
fee 7:11
financially 7:9
fire 3:15
fired 3:20
Firm 7:18
Five 2:15
focus 2:12
foregoing 7:3
foreign 2:8,18 3:4
forensics 5:14
forward 5:8
full 7:12
further 7:6,9,11

**G**
Garcia 7:2,16
Germany 5:21
given 2:4 3:13
go 3:22 5:14
going 2:13 5:2
good 3:4
granted 4:9
group 4:5
guy 3:9

**H**

hacked 2:22
hackers 3:10
half-truth 2:18
happen 5:6
happened 5:18

**I**
identified 3:25
identify 3:2 5:3
immediately 5:13
improvement's 2:12
indicators 4:8,11
individuals 5:1,4
information 3:2
inside 3:3 4:22
intel 2:15
interested 7:10
interesting 3:13
interference 2:9 2:18,25 3:4
international 2:15
investigating 5:22
investigation 5:1
investigations 4:13
investigator 5:17
involved 4:18 5:4
Iranians 2:22
issues 5:3

**J**

**K**
know 4:21 5:17 5:21,25
Krebs 2:2,5 3:16

**L**
lane 2:3
lawm- 3:14
lawmakers 3:14 3:16
lead 4:16,17,17

leave 5:10
letter 3:24,25
lies 5:24
line 2:6
locals 2:16 6:1
location 4:23
log 5:15,17
logs 5:23,24
long 3:19
look 3:4 4:6 5:9 5:23
looking 6:1
Lord 3:4
lot 2:13
love 4:14,25

**M**
machine 5:18
machines 4:2,24 5:5,13
mainstream 4:6
making 5:5
managers 4:16
manual 5:10
matter 7:5
media 4:6
months 3:11
moving 5:8
MYERS 2:2 3:12 5:6

**N**
need 4:14
needed 3:2
needs 5:6
neither 7:6
nerdy 5:16
NEWSROOM 1:15
North 7:18
NOVEMBER 1:14
number 2:21 5:11

**O**

Newsroom Segment - November 20, 2020

obviously 2:24
October 2:21
ODNI 2:21
order 5:6
outcome 7:10
outside 5:19

**P**
paid 7:12
paid/will 7:12
pantsuit 3:9
parallel 3:10
part 4:25
parties 3:19 7:7
partisan-like 2:19
partners 2:15
people 4:5,18 5:14
person 3:20
perspective 3:13
pleasure's 3:21
plus 4:6
Powell 4:9
presented 4:9
president 3:21,22
president's 3:15 3:17
presidential 2:4
problem 3:6 4:6
problems 4:1,4
process 5:7,10
product 4:16
provide 3:12

**Q**
questions 4:24

**R**
R 7:1
recording 2:1 6:5 7:4,8
registration 2:23 7:18
related 7:7
Reporter 7:2,17

researchers 3:23
right 3:5 4:2 5:13
road 5:2
Rudy 4:9,14,25 5:20,25
Russia 3:9

**S**
saw 3:14
saying 3:6,24
Secondly 3:23
secure 2:9,11
security 3:23,25 4:2
see 3:6,19,24 4:4 4:10,10,14,25
SEGMENT 1:15
send 2:23
served 3:21
seven 3:4
Shorthand 7:2,17
shows 6:3
side 5:11,11
sides 3:14
Sidney 4:9,14,25 5:20 6:1
signed 3:24
six 3:11
Smartmatic 4:15
software 4:1,19 4:23 5:12,18
spoofing 2:24
Stand 3:11
state 2:16 4:23 7:3
statement 2:19
States 3:3
stay 5:11
strange 3:11
successful 3:3
suggest 3:1,8
Suite 7:19
system 5:23

**T**
T 7:1,1

table 4:11
take 2:10
talk 4:14 5:1
talking 5:4
team 5:14
tell 2:20 3:18
Terri 7:2,16
testers 4:18
testing 4:19
Texas 7:3,16,19
thing 4:7
things 2:8 4:13 4:21 5:22
think 5:2,20
three 2:14
time 3:19 4:3
told 3:10
transcribed 7:8
transcription 1:13 7:4,11
TRIPPIE 2:7 3:18 5:9
true 5:21
truth 5:23
two 2:14 3:1

**U**
unelected 3:20
United 3:20

**V**
video 7:4
vote 4:22
voter 2:22
voters 2:24
voting 4:1 5:5,12

**W**
want 4:10,10,21 5:16
wasn't 6:4
way 2:3
we're 3:5
we've 2:10
website 4:3
week 3:1,24

went 5:20
working 2:5,14
world 4:7,11
worst 2:19

**X**

**Y**
years 2:14

**Z**

**0**

**1**
101 7:19

**2**
20 1:14
2020 1:14 2:4
214 7:20

**3**
312 7:18
38th 3:10

**4**
4228 7:18

**5**
59 3:23

**6**
6581 7:17

**7**
7-31-25 7:20
75206 7:19

**8**
855-5100 7:20

# Exhibit A-6

1
2
3
4
5
6
7
8
9
10
11
12  CERTIFIED TRANSCRIPTION OF
13      NOVEMBER 20, 2020
14       NEWSROOM SEGMENT
15
16
17
18
19
20
21
22
23
24
25

Newsroom Segment - November 20, 2020

1           (Recording begins.)

2               MR. HUSSION:  A reporter who has firsthand

3  knowledge of the problems with Dominion voting machines

4  speaks out on rigged elections from socialist countries

5  such as Venezuela.  One America's John Hines has more

6  from Washington.

7               MR. HINES:  Allan Santos, a journalist with

8  Terca Livre, which is a Brazilian media company, a

9  conservative media company, thank you for joining us on

10  One American News.

11               MR. SANTOS:  Thank you so much, Mr. Hines.

12  It's my honor to be here.

13               MR. HINES:  Mr. Santos, I know you're a

14  reporter with Terca Livre in Brazil, and you have come

15  across some evidence that has a bearing on the counting

16  in our U.S. elections.  What have you discovered, sir?

17               MR. SANTOS:  So in my experience in South

18  America, we are following lots of election fraud as

19  the -- the recent one in Bolivia.  And due to that, we

20  followed the Smartmatic company, who is a company that

21  count votes -- it's like a -- a voter machine used to

22  have in Venezuela, Brazil, Bolivia, Argentina and so

23  forth.  And we have lots of news in Brazil, even in

24  outlet media, slamming Smartmatic company.

25               And the Smartmatic company owner is the

Newsroom Segment - November 20, 2020

1 Lord Mark Malloch-Brown, who's also a board member of

2 the Open Society Foundation.  And one thing is -- it's

3 weird, is when you open the Smartmatic official website,

4 says they started in Florida back 2000.  But the problem

5 is, we have story in Brazil, Brazilian BBC version,

6 Portuguese, saying they -- Smartmatic started in

7 Venezuela, not in Florida.

8             And not only this, the Smartmatic company

9 also used to work with Dominion, the -- the company

10 system that you are using here.  But it's -- it's weird

11 how they operate because it's the same pattern in Brazil

12 back 2014, and also back 2018.  One candidate was

13 leading and then it stopped counting.  And after an hour

14 or after 40 minutes, something like that, everything

15 changed.  And I saw that here, and I can assure you,

16 communists love fraud election.  They love to do fraud.

17             And I'm not pretty sure if American people

18 remember, but Trump tweeted back 2012, It doesn't matter

19 who you vote for, it matters who is counting the votes.

20             MR. HINES:  So what is the connection

21 between the Smartmatic machines and the Dominion

22 machines, do you suppose?

23             MR. SANTOS:  So they have a contract for

24 using softwares.  And -- and you can follow this in

25 law(inaudible).com and you can see how they operate

Newsroom Segment - November 20, 2020

1   together here in America.  So it's there in the website.

2                 MR. HINES:  So the connection has to do

3   with the software that both of these companies use,

4   these vote counting services; is that it?

5                 MR. SANTOS:  Yes.

6                 MR. HINES:  Do we know if George Soros is

7   connected with any of these vote counting software ideas

8   or software programs?

9                 MR. SANTOS:  Yeah, somehow because the --

10  the Smartmatic owner, he is a border [sic] member of the

11  Open Society Foundation.  Of course, you -- you --

12  you're going to see some fact check saying they are not

13  connected, he's just a member of the -- the board.  But,

14  come on.  I mean, for us in Brazil, it's very clear.  So

15  how George Soros is helping the Black Lives Matter, he

16  has Open Society Foundation and the member of the border

17  [sic] of Open Society Foundation -- of the board,

18  sorry -- the board member of Open Society Foundation is

19  the owner of the Smartmatic.  And how can someone tell

20  me they are not connected, they are not doing anything

21  together?  Not for us in Brazil.

22                 MR. HINES:  Allan Santos, a journalist, a

23  Brazilian journalist with Terca Livre, a Brazilian media

24  company, conservative media company, media outlet.

25  Thank you very much for talking to us on One American

Newsroom Segment - November 20, 2020

1  News, sir.

2              MR. SANTOS:  Thank you so much.  My

3  pleasure.

4              (Recording ends.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              C E R T I F I C A T E
 2        I, TERRI GARCIA, Certified Shorthand Reporter in
 3   and for the State of Texas, certify that the foregoing
 4   is a correct transcription from the video recording of
 5   the the above-entitled matter.
 6        I further certify that I am neither counsel for,
 7   related to, nor employed by any of the parties to the
 8   action in which this recording was transcribed, and
 9   further that I am not financially or otherwise
10   interested in the outcome of the action.
11        I further certify that the transcription fee of
12   $_____ was paid/will be paid in full by
13   _____.
14
15
16        _____
                Terri Garcia, Texas Certified
17                Shorthand Reporter No. 6581
                Dickman Davenport, Inc.
18                Firm Registration No. #312
                4228 North Central Expressway
19                Suite 101
                Dallas, Texas  75206
20                (214) 855-5100
                My commission expires:  7-31-25
21
22
23
24
25
```

Newsroom Segment - November 20, 2020

**A**

above-entitled
  6:5
action 6:8,10
Allan 2:7 4:22
America 2:18 4:1
America's 2:5
American 2:10
  3:17 4:25
Argentina 2:22
assure 3:15

**B**

back 3:4,12,12,18
BBC 3:5
bearing 2:15
begins 2:1
Black 4:15
board 3:1 4:13
  4:17,18
Bolivia 2:19,22
border 4:10,16
Brazil 2:14,22,23
  3:5,11 4:14,21
Brazilian 2:8 3:5
  4:23,23

**C**

C 6:1,1
candidate 3:12
Central 6:18
Certified 1:12
  6:2,16
certify 6:3,6,11
changed 3:15
check 4:12
clear 4:14
come 2:14 4:14
commission 6:20
communists 3:16
companies 4:3
company 2:8,9
  2:20,20,24,25
  3:8,9 4:24,24
connected 4:7,13

4:20
connection 3:20
  4:2
conservative 2:9
  4:24
contract 3:23
correct 6:4
counsel 6:6
count 2:21
counting 2:15
  3:13,19 4:4,7
countries 2:4
course 4:11

**D**

Dallas 6:19
Davenport 6:17
Dickman 6:17
discovered 2:16
doing 4:20
Dominion 2:3 3:9
  3:21
due 2:19

**E**

E 6:1,1
election 2:18 3:16
elections 2:4,16
employed 6:7
ends 5:4
evidence 2:15
experience 2:17
expires 6:20
Expressway 6:18

**F**

F 6:1
fact 4:12
fee 6:11
financially 6:9
Firm 6:18
firsthand 2:2
Florida 3:4,7
follow 3:24
followed 2:20
following 2:18

foregoing 6:3
forth 2:23
Foundation 3:2
  4:11,16,17,18
fraud 2:18 3:16
  3:16
full 6:12
further 6:6,9,11

**G**

Garcia 6:2,16
George 4:6,15
going 4:12

**H**

helping 4:15
Hines 2:5,7,11,13
  3:20 4:2,6,22
honor 2:12
hour 3:13
HUSSION 2:2

**I**

ideas 4:7
interested 6:10

**J**

John 2:5
joining 2:9
journalist 2:7
  4:22,23

**K**

know 2:13 4:6
knowledge 2:3

**L**

law(inaudible)....
  3:25
leading 3:13
Lives 4:15
Livre 2:8,14 4:23
Lord 3:1
lots 2:18,23
love 3:16,16

**M**

machine 2:21
machines 2:3
  3:21,22
Malloch-Brown
  3:1
Mark 3:1
matter 3:18 4:15
  6:5
matters 3:19
mean 4:14
media 2:8,9,24
  4:23,24,24
member 3:1 4:10
  4:13,16,18
minutes 3:14

**N**

neither 6:6
news 2:10,23 5:1
NEWSROOM
  1:14
North 6:18
NOVEMBER
  1:13

**O**

official 3:3
open 3:2,3 4:11
  4:16,17,18
operate 3:11,25
outcome 6:10
outlet 2:24 4:24
owner 2:25 4:10
  4:19

**P**

paid 6:12
paid/will 6:12
parties 6:7
pattern 3:11
people 3:17
pleasure 5:3
Portuguese 3:6
pretty 3:17

problem 3:4
problems 2:3
programs 4:8

**Q**

**R**

R 6:1
recording 2:1 5:4
  6:4,8
Registration 6:18
related 6:7
remember 3:18
reporter 2:2,14
  6:2,17
rigged 2:4

**S**

Santos 2:7,11,13
  2:17 3:23 4:5,9
  4:22 5:2
saw 3:15
saying 3:6 4:12
says 3:4
see 3:25 4:12
SEGMENT 1:14
services 4:4
Shorthand 6:2,17
sic 4:10,17
sir 2:16 5:1
slamming 2:24
Smartmatic 2:20
  2:24,25 3:3,6,8
  3:21 4:10,19
socialist 2:4
Society 3:2 4:11
  4:16,17,18
software 4:3,7,8
softwares 3:24
Soros 4:6,15
sorry 4:18
South 2:17
speaks 2:4
started 3:4,6
State 6:3
stopped 3:13

Newsroom Segment - November 20, 2020

story 3:5
Suite 6:19
suppose 3:22
sure 3:17
system 3:10

**T**
T 6:1,1
talking 4:25
tell 4:19
Terca 2:8,14 4:23
Terri 6:2,16
Texas 6:3,16,19
thank 2:9,11 4:25
  5:2
thing 3:2
transcribed 6:8
transcription
  1:12 6:4,11
Trump 3:18
tweeted 3:18

**U**
U.S 2:16
use 4:3

**V**
Venezuela 2:5,22
  3:7
version 3:5
video 6:4
vote 3:19 4:4,7
voter 2:21
votes 2:21 3:19
voting 2:3

**W**
Washington 2:6
website 3:3 4:1
weird 3:3,10
work 3:9

**X**

**Y**
Yeah 4:9

**Z**

**0**

**1**
101 6:19

**2**
20 1:13
2000 3:4
2012 3:18
2014 3:12
2018 3:12
2020 1:13
214 6:20

**3**
312 6:18

**4**
40 3:14
4228 6:18

**5**

**6**
6581 6:17

**7**
7-31-25 6:20
75206 6:19

**8**
855-5100 6:20

# Exhibit A-7

1

2

3

4

5

6

7

8

9

10

11

12          CERTIFIED TRANSCRIPTION OF

13              NOVEMBER 20, 2020

14  IN FOCUS WITH STEPHANIE HAMILL SEGMENT

15

16

17

18

19

20

21

22

23

24

25

1           (Recording begins.)

2                MR. GIULIANI:  You don't have an overvote

3   of 200 percent or 300 percent.  You don't have an

4   overvote of 100 percent.  Most -- most precincts don't

5   have 100 percent turnout.  In fact, classically, it's

6   considered to be an overvote if you go over 80 percent.

7   Well, in Michigan and Wisconsin, we have overvotes in

8   numerous precincts.

9                MS. HAMILL:  Hello, everyone.  I'm

10  Stephanie Hamill.  Welcome to In Focus.  President

11  Trump's personal attorney alleges a national conspiracy

12  by Democrats to steal the 2020 election.  Rudy Giuliani

13  says absentee and mail-in ballots were cast illegally

14  for Biden or tampered with by poll workers.  He also

15  claims those votes were counted while Republican

16  inspectors kept -- were kept at a distance.

17                Furthermore, Giuliani believes some votes

18  for Biden were tallied as many as three times each,

19  saying workers repeatedly fed individual ballots into

20  counting machines.

21                MR. GIULIANI:  What I'm describing to you

22  is a massive fraud.  It isn't a little, teeny one.  It

23  isn't, you know, a hundred votes switched here or there.

24  They're -- in -- in the city of Atlanta, Republicans

25  were not allowed to watch the absentee mail-in ballot

1  process.  Inspections com- -- completely cast aside.
2  And we have numerous double voters, we have numerous
3  out-of-state voters, and we have specific evidence of
4  intimidation and changes of vote.  That will all be in
5  the lawsuit that comes out tomorrow.
6            Arizona is a -- is a state that we're
7  looking at very, very carefully.  I would say we're
8  probably going to bring a lawsuit in Arizona.  More than
9  probably.  I think we are going to bring a lawsuit in
10  Arizona.  We're still collecting that evidence.  And the
11  state that we're looking at that would surprise you is
12  we have very, very significant amount of fraud
13  allegations in the state of New Mexico.
14            MS. HAMILL:  Giuliani is not alone in his
15  assertions of widespread voter fraud.  Attorney Sidney
16  Powell says the software used in the voting machines
17  across the country can be manipulated to alter vote
18  totals.  Now, Powell also points out that the software
19  developed by Smartmatic is tied to major Democrat donor
20  George Soros and the Clinton Foundation.
21            This, as Joe Biden considers taking legal
22  action over efforts to delay the presidential
23  transition.  Joining me now, lawyer, political
24  commentator and former U.S. Attorney for the District of
25  Columbia, Joseph DiGenova.

In Focus With Stephanie Hamill Segment - November 20, 2020

1           Thank you so much for joining me.  You're
2   also part of President Trump's legal team.  You were at
3   this press conference yesterday.  I saw you standing
4   there on the platform.  Let's go over some of the key
5   claims and allegations that were presented by Team Trump
6   yesterday because there's so much to unpack.
7           MR. DIGENOVA:  Well, the most important one
8   is the denial of equal protection and due process in
9   Michigan, Pennsylvania and elsewhere, Wisconsin.  Now,
10  hundreds and hundreds of thou- -- thousands of votes,
11  indeed, several million votes were counted.  These are
12  mail-in votes.  These are votes that came in after the
13  closing of the polls, and they number in the millions.
14          The observers, who are legally allowed to
15  be in the counting area, were not allowed to be close
16  enough to view the envelopes.  What happens when you
17  have an absentee ballot, a mail-in ballot or a mail-out
18  ballot is, it comes in an envelope.  On that envelope is
19  very important information:  A signature, a date stamp,
20  other information.
21          Once that ballot is removed from that
22  envelope and that envelope is thrown away, you can never
23  go back and verify that -- that particular vote.  That
24  happened in over 800,000 cases in Pennsylvania.  And the
25  bottom line is this -- and in Detroit.  And the bottom

1  line is this.  Not a single Republican observer viewed
2  any of these 800,000 envelopes, so therefore, they were
3  never able to verify what is being claimed as a
4  legitimate vote.  That is the single most important
5  allegation.
6            After that, we have statistical anomalies.
7  There are votes that are astronomically different than
8  historical records indicate.  Those anomalies include
9  too many people voting, percentages of errors.  For
10 example, usually in mail-ins, there's a -- there's a
11 very substantial error rate because people make
12 mistakes, usually three percent or more.
13           In these mail-in, mail-out and absentee
14 ballots, there is less than one percent -- in fact, it's
15 .03 percent error rate.  That's a statistical
16 impossibility.  So what do all of these statistics mean?
17 They mean that this was not an accident.  It wasn't a
18 coincidence.  It was a coincidence with a purpose, and
19 that purpose was a scheme, a plan to do exactly what the
20 Democrats started doing three years ago, which was try
21 to get all the states to change their mail-in voting
22 procedures to allow this to occur.
23           And by the way, this is very important.
24 They started doing this change to mail-in ballots long
25 before COVID ever existed.  So COVID has nothing to do

In Focus With Stephanie Hamill Segment - November 20, 2020

1  with this.  That's not the reason this was set up.  This

2  was set up as a plan to make sure they were able to get

3  enough votes after midnight to give somebody a victory.

4              MS. HAMILL:  Yeah.  No, Democrats have been

5  pushing for this for years, and then they used COVID-19

6  as an excuse to push it through.  And -- and you pointed

7  out, I mean, there's just really strange things going

8  on, like the overvote, for example, which we heard

9  Giuliani say --

10             MR. DIGENOVA:  Yes.

11             MS. HAMILL:  -- in the video, 100 to

12  200 percent voter turnout.  We have kids voting, we have

13  dead people voting.  There's real examples of voter

14  fraud, yet people in the media, reporters, investigative

15  journalists, like, they're all turning a blind eye to

16  this, they don't care.  In fact, those who questioned

17  voter fraud and use these real examples are written off

18  as, like, conspiracy theorists and liars and, you know,

19  President Trump's doing damage to democracy.

20             But the -- no, there's real questions and

21  these legal challenges are legitimate.  And there's some

22  things that -- here that these reporters should be

23  concerned about and they're not.  I mean, it's really

24  disturbing, and I saw some of the questions that were

25  thrown at you guys yesterday.  And you could -- you

1  could feel the hostility.

2              MR. DIGENOVA:  Well, there's no doubt that

3  a very significant number of people in the press hate

4  this president and hate anybody who tries to help him or

5  work for him.  We've had lawyers on our team threatened,

6  people that have had to drop out of the representation.

7  There was a firm in Philadelphia that had to drop out

8  because they were receiving threats to their lawyers.

9              One of our lawyers in Philadelphia has U.S.

10  Marshals protecting her because of death threats.  This

11  is something that the media doesn't care about.  You

12  haven't seen a single story outside of local press in

13  Pennsylvania reporting about the death threats against

14  lawyers representing the president.  And that's because

15  the media doesn't care.  They'd be quite happy if

16  somebody on the Trump team was killed.  It's really sort

17  of sick.

18              We don't have journalism anymore.  We have

19  advocacy and propagandas, and we just have to live with

20  that until the American people force a change in

21  journalism.  But they hate this president and they hate

22  anybody who's helping him.

23              MS. HAMILL:  Well, and we saw what happened

24  in Michigan where the canvassers in Wayne County were

25  threatened --

 1              MR. DIGENOVA:  Yes.

 2              MS. HAMILL:  -- they were intimidated, they

 3  were doxxed to the point that they changed their vote,

 4  and then they ended upcoming out and changing their vote

 5  again because they realized that it wasn't right.  They

 6  needed to do the -- the correct thing, which was to be

 7  honest and truthful.  And they had real concerns about

 8  the voting tally in Michigan and in their county, so...

 9              But, yet, where's the outrage?  Could you

10  imagine if that was the other way around?  I mean, we

11  saw the video of them even being threatened, so it's

12  just really incredible.

13              MR. DIGENOVA:  Well, I think one of the --

14  one of best pieces of evidence of how corrupt the voting

15  process was in Detroit, Michigan was that canvassing

16  video showing how the people who were doing the

17  canvassing and the -- the two members of the

18  certification team who were accused of being racist,

19  having their -- their integrity questioned.

20              One of the most amazing performances, how

21  can anybody have confidence in the performance of those

22  other public officials threatening two canvassers that

23  way.  What it -- what it does show is the partisan

24  nature of what happened in Detroit, and it -- it

25  underscores the importance of getting to the bottom of

In Focus With Stephanie Hamill Segment - November 20, 2020

1   the hundreds of thousands of votes which were dro- --
2   driven into the counting center in Detroit at 4:30 in
3   the morning, where the ballots were pristine, untouched,
4   had a single circle with Joe Biden's name on it circled.
5   All the same, all identical, hundreds of thousands of
6   votes.
7               So once again, in Michigan, in Pennsylvania
8   and elsewhere, Trump goes to bed with hundreds of
9   thousands of vote leads in each state, wakes up in the
10  morning and he's behind.  That is statistical
11  impossibility and it was done for one reason.  It's the
12  result of fraud.
13              MS. HAMILL:  Yeah.  And the people say this
14  election, referendum on President Trump and his policies
15  and his hateful rhetoric and his Tweets.  But at the end
16  of the day, he got way more votes than in 2016.  And I
17  haven't met anyone who's voted for Trump who isn't
18  vot- -- who didn't vote for Trump in this election.  So
19  that's a total fraud and scam.
20              Really quickly, what really stood out to me
21  in the press conference yesterday was Sidney Powell
22  talking about the voting machines suggesting that our
23  votes are being counted overseas, that Dominion voting
24  machines and Smartmatic use software that are controlled
25  by foreign interests.  If you could expand on that?

1        MR. DIGENOVA:  I noticed that Dominion
2   software and its other entities issue a -- issued a
3   statement today saying they're not controlled by foreign
4   entities, et cetera, et cetera.  They never denied that
5   the votes are actually counted in computers in
6   Frankfurt, Germany and Barcelona, Spain.
7        Ask yourself this question.  Why would any
8   state hire a company which is going to have its vote
9   tallies done in Frankfurt, Germany and Barcelona, Spain,
10  where the tallying cannot be monitored by any American
11  citizen during the process and where tabulations could
12  be altered without the knowledge of anybody because
13  these computer systems have a back door so that they can
14  be hacked.
15       My answer to Dominion is, allow all of your
16  computers to be subject to a forensic audit immediately.
17  Let's see if they agree to that.
18       MS. HAMILL:  Yeah.  I wanted to ask you
19  about the Georgia recount, Biden pulling ahead.  And at
20  the end of the day, if you have a bunch of fraudulent
21  votes and you count the fraudulent votes again, you're
22  going to get the same result.
23       MR. DIGENOVA:  Well, the Georgia recount is
24  a joke.  It's really a Monty Python vote.  What they've
25  done is, they took a soiled ballot, despoiled ballots

In Focus With Stephanie Hamill Segment - November 20, 2020

1  and recounted the same ballots.  They didn't do
2  anything.  They didn't go back and check, they didn't go
3  back and do any statistical analysis.  They simply, by
4  hand, counted the same corrupted ballots a second time.
5  That is not a recount, it's not an au- -- it's not an
6  audit, it is a joke.  And it will not stand up and
7  additional lawsuits are being filed today on this, not
8  only by the Trump campaign, but by three or four other
9  public interest groups in Georgia.
10             MS. HAMILL:  Yeah.  My question is, where
11  is the FBI?  I mean, isn't this something that they
12  should tackle, because you heard the reporters asking
13  you guys questions yesterday that really, you -- you
14  can't answer.  You need the help of government
15  authorities for some of the things that you're looking
16  for in -- in your legal challenges.  Now, what was -- in
17  Michigan, there was, like, over 200-and-something
18  affidavits.  I mean, people are giving information,
19  they're so -- you know, like --
20             MR. DIGENOVA:  That's correct.
21             MS. HAMILL:  -- whistleblowers.  And -- and
22  these reporters are pretending that this isn't the --
23  the right process.
24             MR. DIGENOVA:  The -- first of all, we have
25  hundreds and hundreds of affidavits in each precinct,

In Focus With Stephanie Hamill Segment - November 20, 2020

1   including Democrat poll workers who were being
2   whistleblowers about the corruption that they were
3   seeing, being ordered to change dates on ballots,
4   being -- in other words, being ordered to backdate them
5   so they -- they would meet the deadline.  Putting names
6   on envelopes and ballots that were -- were nonexistent,
7   going to the registrations and getting the name of a
8   voter and putting it on a ballot.  There are hundreds
9   and hundreds in each state, so there are thousands of
10  these affidavits.
11              Where is the FBI?  That is a very good
12  question.  I can only -- Chris Wray, our FBI director,
13  is the only person who knows the answer to that.  But I
14  can tell you, from all of our work in all of the states,
15  talking to all of our lawyers on the ground, not one
16  single group of lawyers has been contacted by the FBI
17  for information.  And neither has any local Republican
18  counting group or monitoring group.
19              MS. HAMILL:  Yeah.  Well, we're going to
20  leave it here.  Thank you again.  Keep fighting the good
21  fight.  And as I said --
22              MR. DIGENOVA:  Thank you.
23              MS. HAMILL:  -- Trump supporters across the
24  country, they want answers.  They want to make sure that
25  this is a free and fair election.  Thank you.

In Focus With Stephanie Hamill Segment - November 20, 2020

1                    MR. DIGENOVA:   Thank you.

2                    (Recording ends.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

In Focus With Stephanie Hamill Segment - November 20, 2020

1                   C E R T I F I C A T E
2        I, TERRI GARCIA, Certified Shorthand Reporter in
3    and for the State of Texas, certify that the foregoing
4    is a correct transcription from the video recording of
5    the the above-entitled matter.
6        I further certify that I am neither counsel for,
7    related to, nor employed by any of the parties to the
8    action in which this recording was transcribed, and
9    further that I am not financially or otherwise
10   interested in the outcome of the action.
11       I further certify that the transcription fee of
12   $_____ was paid/will be paid in full by
13   _____.
14
15
16                    _____
                       Terri Garcia, Texas Certified
17                     Shorthand Reporter No. 6581
                       Dickman Davenport, Inc.
18                     Firm Registration No. #312
                       4228 North Central Expressway
19                     Suite 101
                       Dallas, Texas  75206
20                     (214) 855-5100
                       My commission expires:  7-31-25
21
22
23
24
25

In Focus With Stephanie Hamill Segment - November 20, 2020

**A**

able 5:3 6:2
above-entitled
 14:5
absentee 2:13,25
 4:17 5:13
accident 5:17
accused 8:18
action 3:22 14:8
 14:10
additional 11:7
advocacy 7:19
affidavits 11:18
 11:25 12:10
ago 5:20
agree 10:17
ahead 10:19
allegation 5:5
allegations 3:13
 4:5
alleges 2:11
allow 5:22 10:15
allowed 2:25 4:14
 4:15
alter 3:17
altered 10:12
amazing 8:20
American 7:20
 10:10
amount 3:12
analysis 11:3
anomalies 5:6,8
answer 10:15
 11:14 12:13
answers 12:24
anybody 7:4,22
 8:21 10:12
anymore 7:18
area 4:15
Arizona 3:6,8,10
aside 3:1
asking 11:12
assertions 3:15
astronomically
 5:7

**B**

back 4:23 10:13
 11:2,3
backdate 12:4
ballot 2:25 4:17
 4:17,18,21
 10:25 12:8
ballots 2:13,19
 5:14,24 9:3
 10:25 11:1,4
 12:3,6
Barcelona 10:6,9
bed 9:8
begins 2:1
believes 2:17
best 8:14
Biden 2:14,18
 3:21 10:19
Biden's 9:4
blind 6:15
bottom 4:25,25
 8:25
bring 3:8,9
bunch 10:20

**C**

C 14:1,1
campaign 11:8
canvassers 7:24
 8:22
canvassing 8:15
 8:17
care 6:16 7:11,15
carefully 3:7
cases 4:24
cast 2:13 3:1
center 9:2
Central 14:18
certification 8:18

Atlanta 2:24
attorney 2:11
 3:15,24
au- 11:5
audit 10:16 11:6
authorities 11:15

Certified 1:12
 14:2,16
certify 14:3,6,11
cetera 10:4,4
challenges 6:21
 11:16
change 5:21,24
 7:20 12:3
changed 8:3
changes 3:4
changing 8:4
check 11:2
Chris 12:12
circle 9:4
circled 9:4
citizen 10:11
city 2:24
claimed 5:3
claims 2:15 4:5
classically 2:5
Clinton 3:20
close 4:15
closing 4:13
coincidence 5:18
 5:18
collecting 3:10
Columbia 3:25
com- 3:1
comes 3:5 4:18
commentator
 3:24
commission
 14:20
company 10:8
completely 3:1
computer 10:13
computers 10:5
 10:16
concerned 6:23
concerns 8:7
conference 4:3
 9:21
confidence 8:21
considered 2:6
considers 3:21

conspiracy 2:11
 6:18
contacted 12:16
controlled 9:24
 10:3
correct 8:6 11:20
 14:4
corrupt 8:14
corrupted 11:4
corruption 12:2
counsel 14:6
count 10:21
counted 2:15
 4:11 9:23 10:5
 11:4
counting 2:20
 4:15 9:2 12:18
country 3:17
 12:24
county 7:24 8:8
COVID 5:25,25
COVID-19 6:5

**D**

Dallas 14:19
damage 6:19
date 4:19
dates 12:3
Davenport 14:17
day 9:16 10:20
dead 6:13
deadline 12:5
death 7:10,13
delay 3:22
democracy 6:19
Democrat 3:19
 12:1
Democrats 2:12
 5:20 6:4
denial 4:8
denied 10:4
describing 2:21
despoiled 10:25
Detroit 4:25 8:15
 8:24 9:2

developed 3:19
Dickman 14:17
different 5:7
DiGenova 3:25
 4:7 6:10 7:2 8:1
 8:13 10:1,23
 11:20,24 12:22
 13:1
director 12:12
distance 2:16
District 3:24
disturbing 6:24
doing 5:20,24
 6:19 8:16
Dominion 9:23
 10:1,15
donor 3:19
door 10:13
double 3:2
doubt 7:2
doxxed 8:3
driven 9:2
dro- 9:1
drop 7:6,7
due 4:8

**E**

E 14:1,1
efforts 3:22
election 2:12 9:14
 9:18 12:25
employed 14:7
ended 8:4
ends 13:2
entities 10:2,4
envelope 4:18,18
 4:22,22
envelopes 4:16
 5:2 12:6
equal 4:8
error 5:11,15
errors 5:9
et 10:4,4
evidence 3:3,10
 8:14

In Focus With Stephanie Hamill Segment - November 20, 2020

**exactly** 5:19
**example** 5:10 6:8
**examples** 6:13,17
**excuse** 6:6
**existed** 5:25
**expand** 9:25
**expires** 14:20
**Expressway** 14:18
**eye** 6:15

**F**
**F** 14:1
**fact** 2:5 5:14 6:16
**fair** 12:25
**FBI** 11:11 12:11 12:12,16
**fed** 2:19
**fee** 14:11
**feel** 7:1
**fight** 12:21
**fighting** 12:20
**filed** 11:7
**financially** 14:9
**firm** 7:7 14:18
**first** 11:24
**Focus** 1:14 2:10
**force** 7:20
**foregoing** 14:3
**foreign** 9:25 10:3
**forensic** 10:16
**former** 3:24
**Foundation** 3:20
**four** 11:8
**Frankfurt** 10:6,9
**fraud** 2:22 3:12 3:15 6:14,17 9:12,19
**fraudulent** 10:20 10:21
**free** 12:25
**full** 14:12
**further** 14:6,9,11
**Furthermore** 2:17

**G**
**Garcia** 14:2,16
**George** 3:20
**Georgia** 10:19,23 11:9
**Germany** 10:6,9
**getting** 8:25 12:7
**Giuliani** 2:2,12 2:17,21 3:14 6:9
**give** 6:3
**giving** 11:18
**go** 2:6 4:4,23 11:2,2
**goes** 9:8
**going** 3:8,9 6:7 10:8,22 12:7,19
**good** 12:11,20
**government** 11:14
**ground** 12:15
**group** 12:16,18 12:18
**groups** 11:9
**guys** 6:25 11:13

**H**
**hacked** 10:14
**Hamill** 1:14 2:9 2:10 3:14 6:4 6:11 7:23 8:2 9:13 10:18 11:10,21 12:19 12:23
**hand** 11:4
**happened** 4:24 7:23 8:24
**happens** 4:16
**happy** 7:15
**hate** 7:3,4,21,21
**hateful** 9:15
**heard** 6:8 11:12
**Hello** 2:9
**help** 7:4 11:14
**helping** 7:22

**hire** 10:8
**historical** 5:8
**honest** 8:7
**hostility** 7:1
**hundred** 2:23
**hundreds** 4:10,10 9:1,5,8 11:25 11:25 12:8,9

**I**
**identical** 9:5
**illegally** 2:13
**imagine** 8:10
**immediately** 10:16
**importance** 8:25
**important** 4:7,19 5:4,23
**impossibility** 5:16 9:11
**include** 5:8
**including** 12:1
**incredible** 8:12
**indicate** 5:8
**individual** 2:19
**information** 4:19 4:20 11:18 12:17
**Inspections** 3:1
**inspectors** 2:16
**integrity** 8:19
**interest** 11:9
**interested** 14:10
**interests** 9:25
**intimidated** 8:2
**intimidation** 3:4
**investigative** 6:14
**issue** 10:2
**issued** 10:2

**J**
**Joe** 3:21 9:4
**joining** 3:23 4:1
**joke** 10:24 11:6
**Joseph** 3:25

**journalism** 7:18 7:21
**journalists** 6:15

**K**
**Keep** 12:20
**kept** 2:16,16
**key** 4:4
**kids** 6:12
**killed** 7:16
**know** 2:23 6:18 11:19
**knowledge** 10:12
**knows** 12:13

**L**
**lawsuit** 3:5,8,9
**lawsuits** 11:7
**lawyer** 3:23
**lawyers** 7:5,8,9 7:14 12:15,16
**leads** 9:9
**leave** 12:20
**legal** 3:21 4:2 6:21 11:16
**legally** 4:14
**legitimate** 5:4 6:21
**Let's** 4:4 10:17
**liars** 6:18
**line** 4:25 5:1
**little** 2:22
**live** 7:19
**local** 7:12 12:17
**long** 5:24
**looking** 3:7,11 11:15

**M**
**machines** 2:20 3:16 9:22,24
**mail-in** 2:13,25 4:12,17 5:13,21 5:24
**mail-ins** 5:10
**mail-out** 4:17

5:13
**major** 3:19
**manipulated** 3:17
**Marshals** 7:10
**massive** 2:22
**matter** 14:5
**mean** 5:16,17 6:7 6:23 8:10 11:11 11:18
**media** 6:14 7:11 7:15
**meet** 12:5
**members** 8:17
**met** 9:17
**Mexico** 3:13
**Michigan** 2:7 4:9 7:24 8:8,15 9:7 11:17
**midnight** 6:3
**million** 4:11
**millions** 4:13
**mistakes** 5:12
**monitored** 10:10
**monitoring** 12:18
**Monty** 10:24
**morning** 9:3,10

**N**
**name** 9:4 12:7
**names** 12:5
**national** 2:11
**nature** 8:24
**need** 11:14
**needed** 8:6
**neither** 12:17 14:6
**never** 4:22 5:3 10:4
**New** 3:13
**nonexistent** 12:6
**North** 14:18
**noticed** 10:1
**NOVEMBER** 1:13

**number** 4:13 7:3
**numerous** 2:8 3:2 3:2

**O**

**observer** 5:1
**observers** 4:14
**occur** 5:22
**officials** 8:22
**once** 4:21 9:7
**ordered** 12:3,4
**out-of-state** 3:3
**outcome** 14:10
**outrage** 8:9
**outside** 7:12
**overseas** 9:23
**overvote** 2:2,4,6 6:8
**overvotes** 2:7

**P**

**paid** 14:12
**paid/will** 14:12
**part** 4:2
**particular** 4:23
**parties** 14:7
**partisan** 8:23
**Pennsylvania** 4:9 4:24 7:13 9:7
**people** 5:9,11 6:13,14 7:3,6 7:20 8:16 9:13 11:18
**percent** 2:3,3,4,5 2:6 5:12,14,15 6:12
**percentages** 5:9
**performance** 8:21
**performances** 8:20
**person** 12:13
**personal** 2:11
**Philadelphia** 7:7 7:9
**pieces** 8:14

**plan** 5:19 6:2
**platform** 4:4
**point** 8:3
**pointed** 6:6
**points** 3:18
**policies** 9:14
**political** 3:23
**poll** 2:14 12:1
**polls** 4:13
**Powell** 3:16,18 9:21
**precinct** 11:25
**precincts** 2:4,8
**presented** 4:5
**president** 2:10 4:2 6:19 7:4,14 7:21 9:14
**presidential** 3:22
**press** 4:3 7:3,12 9:21
**pretending** 11:22
**pristine** 9:3
**probably** 3:8,9
**procedures** 5:22
**process** 3:1 4:8 8:15 10:11 11:23
**propagandas** 7:19
**protecting** 7:10
**protection** 4:8
**public** 8:22 11:9
**pulling** 10:19
**purpose** 5:18,19
**push** 6:6
**pushing** 6:5
**putting** 12:5,8
**Python** 10:24

**Q**

**question** 10:7 11:10 12:12
**questioned** 6:16 8:19
**questions** 6:20,24

11:13
**quickly** 9:20
**quite** 7:15

**R**

**R** 14:1
**racist** 8:18
**rate** 5:11,15
**real** 6:13,17,20 8:7
**realized** 8:5
**really** 6:7,23 7:16 8:12 9:20,20 10:24 11:13
**reason** 6:1 9:11
**receiving** 7:8
**recording** 2:1 13:2 14:4,8
**records** 5:8
**recount** 10:19,23 11:5
**recounted** 11:1
**referendum** 9:14
**Registration** 14:18
**registrations** 12:7
**related** 14:7
**removed** 4:21
**repeatedly** 2:19
**Reporter** 14:2,17
**reporters** 6:14,22 11:12,22
**reporting** 7:13
**representation** 7:6
**representing** 7:14
**Republican** 2:15 5:1 12:17
**Republicans** 2:24
**result** 9:12 10:22
**rhetoric** 9:15
**right** 8:5 11:23
**Rudy** 2:12

**S**

**saw** 4:3 6:24 7:23 8:11
**saying** 2:19 10:3
**says** 2:13 3:16
**scam** 9:19
**scheme** 5:19
**second** 11:4
**see** 10:17
**seeing** 12:3
**seen** 7:12
**SEGMENT** 1:14
**set** 6:1,2
**Shorthand** 14:2 14:17
**show** 8:23
**showing** 8:16
**sick** 7:17
**Sidney** 3:15 9:21
**signature** 4:19
**significant** 3:12 7:3
**simply** 11:3
**single** 5:1,4 7:12 9:4 12:16
**Smartmatic** 3:19 9:24
**software** 3:16,18 9:24 10:2
**soiled** 10:25
**somebody** 6:3 7:16
**Soros** 3:20
**sort** 7:16
**Spain** 10:6,9
**specific** 3:3
**stamp** 4:19
**stand** 11:6
**standing** 4:3
**started** 5:20,24
**state** 3:6,11,13 9:9 10:8 12:9 14:3
**statement** 10:3
**states** 5:21 12:14

**statistical** 5:6,15 9:10 11:3
**statistics** 5:16
**steal** 2:12
**Stephanie** 1:14 2:10
**stood** 9:20
**story** 7:12
**strange** 6:7
**subject** 10:16
**substantial** 5:11
**suggesting** 9:22
**Suite** 14:19
**supporters** 12:23
**sure** 6:2 12:24
**surprise** 3:11
**switched** 2:23
**systems** 10:13

**T**

**T** 14:1,1
**tabulations** 10:11
**tackle** 11:12
**talking** 9:22 12:15
**tallied** 2:18
**tallies** 10:9
**tally** 8:8
**tallying** 10:10
**tampered** 2:14
**team** 4:2,5 7:5,16 8:18
**teeny** 2:22
**tell** 12:14
**Terri** 14:2,16
**Texas** 14:3,16,19
**Thank** 4:1 12:20 12:22,25 13:1
**theorists** 6:18
**They'd** 7:15
**thing** 8:6
**things** 6:7,22 11:15
**think** 3:9 8:13
**thou-** 4:10

**thousands** 4:10
  9:1,5,9 12:9
**threatened** 7:5
  7:25 8:11
**threatening** 8:22
**threats** 7:8,10,13
**three** 2:18 5:12
  5:20 11:8
**thrown** 4:22 6:25
**tied** 3:19
**time** 11:4
**times** 2:18
**today** 10:3 11:7
**tomorrow** 3:5
**total** 9:19
**totals** 3:18
**transcribed** 14:8
**transcription**
  1:12 14:4,11
**transition** 3:23
**tries** 7:4
**Trump** 4:5 7:16
  9:8,14,17,18
  11:8 12:23
**Trump's** 2:11 4:2
  6:19
**truthful** 8:7
**try** 5:20
**turning** 6:15
**turnout** 2:5 6:12
**Tweets** 9:15
**two** 8:17,22

**U**

**U.S** 3:24 7:9
**underscores** 8:25
**unpack** 4:6
**untouched** 9:3
**upcoming** 8:4
**use** 6:17 9:24
**usually** 5:10,12

**V**

**verify** 4:23 5:3
**victory** 6:3
**video** 6:11 8:11

8:16 14:4
**view** 4:16
**viewed** 5:1
**vot-** 9:18
**vote** 3:4,17 4:23
  5:4 8:3,4 9:9,18
  10:8,24
**voted** 9:17
**voter** 3:15 6:12
  6:13,17 12:8
**voters** 3:2,3
**votes** 2:15,17,23
  4:10,11,12,12
  5:7 6:3 9:1,6,16
  9:23 10:5,21,21
**voting** 3:16 5:9
  5:21 6:12,13
  8:8,14 9:22,23

**W**

**wakes** 9:9
**want** 12:24,24
**wanted** 10:18
**wasn't** 5:17 8:5
**watch** 2:25
**way** 5:23 8:10,23
  9:16
**Wayne** 7:24
**we're** 3:6,7,10,11
  12:19
**We've** 7:5
**Welcome** 2:10
**whistleblowers**
  11:21 12:2
**widespread** 3:15
**Wisconsin** 2:7
  4:9
**words** 12:4
**work** 7:5 12:14
**workers** 2:14,19
  12:1
**Wray** 12:12
**written** 6:17

**X**

**Y**

**Yeah** 6:4 9:13
  10:18 11:10
  12:19
**years** 5:20 6:5
**yesterday** 4:3,6
  6:25 9:21 11:13

**Z**

**0**

**03** 5:15

**1**

**100** 2:4,5 6:11
**101** 14:19

**2**

**20** 1:13
**200** 2:3 6:12
**200-and-somet...**
  11:17
**2016** 9:16
**2020** 1:13 2:12
**214** 14:20

**3**

**300** 2:3
**312** 14:18

**4**

**4:30** 9:2
**4228** 14:18

**5**

**6**

**6581** 14:17

**7**

**7-31-25** 14:20
**75206** 14:19

**8**

**80** 2:6
**800,000** 4:24 5:2
**855-5100** 14:20

# Exhibit A-8

1
2
3
4
5
6
7
8
9
10
11
12          CERTIFIED TRANSCRIPTION OF
13              NOVEMBER 20, 2020.
14    TIPPING POINT WITH KARA MCKINNEY SEGMENT
15
16
17
18
19
20
21
22
23
24
25

1          (Recording begins.)

2          MS. MCKINNEY:  It's time for Tipping Point.

3  Tonight, Dominion executives are retreating into the

4  darkness, as one Pennsylvania official puts it, while

5  President Trump's legal team are standing tall in the

6  public eye.  Guess which one the media wants you to

7  believe.

8          Plus, the victims of the terror attacks on

9  9/11 may have to wait even longer for justice due to

10  pandemic restrictions on the courtroom.

11          And finally, the Atlantic is pushing

12  Nugenix against those with Down's Syndrome.  I'm your

13  host, Kara McKinney, and this is Tipping Point.

14          Well, Dominion Voting Systems is pulling a

15  Hunter Biden today.  No, they aren't hiding out from

16  paying child support to their stripper baby mama, but

17  they are hiding out from tough questions.  Remember back

18  before the election two weeks ago when Hunter Biden

19  joined his dad in the basement, metaphorically speaking.

20  It wasn't because he thought the allegations against him

21  of money laundering, selling access to his father's

22  office, and even accusations of being inappropriate with

23  an underage relative were completely unsubstantiated.

24  Just the opposite.

25          So isn't it suspicious that Dominion is now

1  following the same exact playbook?  Lay low until Joe
2  Biden gets into the Oval Office in January, either by
3  hook or by crook, and then all your sins can be forgiven
4  by a friendly administration.
5                That isn't what people who are wrongly
6  smeared or maligned do.  They stand tall and defend
7  their honor.  But of course, it only works if you have
8  any honor left to defend.  Company reps from Dominion
9  Voting Systems were supposed to attend a fact-finding
10 hearing today with the Pennsylvania House State
11 Government Committee.  The committee chair, Seth Grove,
12 said he was initially impressed with the company's
13 willingness to appear and dispel concerns about their
14 voting systems being involved in any election
15 irregularities.
16                Now, I hate to told you -- tell you I told
17 you so, Seth, but how in the world did you ever trust a
18 foreign-owned company with ties to Soros and the Clinton
19 Foundation to handle our elections in the first place?
20 Not only did Dominion abruptly back out of today's
21 hearings at the last minute, they're now lawyering up.
22                UNIDENTIFIED SPEAKER:  Instead of running
23 towards the light of honesty and integrity, Dominion
24 Voting Systems retreated to the darkness.  Why?  Why
25 would a vendor of public goods fear discussing their

1  products sold to the public for the public good?  If
2  Dominion's products were successful and operate as they
3  were supposed to, why wouldn't Dominion take the
4  opportunity to publicly review its success?

5            How hard is it to say, Our ballot machines
6  worked exactly as promised and they're 100 percent
7  accurate?  Why, after weeks of accusations, has Dominion
8  Voting Systems not released any analysis of the success
9  of their voting machines to the public in order to stop
10  their accusers in their tracks?  They have nothing to
11  hide.  Why are they hiding from us?

12            Today, I am saddened to report to the
13  taxpayers of Pennsylvania and 1.3 million voters who
14  trusted Dominion Voting Systems with their ballots, that
15  Dominion Voting Systems has hung you out to dry and
16  slapped you in your faces.  Not only are Pennsylvanians
17  more skeptical, but the actions of Dominion Voting
18  Systems last night have led credibility to their
19  accusers' accusations.

20            MS. MCKINNEY:  Grab your popcorn because
21  this is getting good.  Just hours before Domin- --
22  Dominion executives called last night to back out of the
23  hearing in Pennsylvania, Trump attorney, Sidney Powell,
24  revealed they had also moved out of their offices in
25  Toronto, which was shared, of course, with a Soros

Tipping Point With Kara McKinney Segment - November 20, 2020

1  entity.  That's what we would call "circumstantial
2  evidence of wrongdoing."

3           It really grates on my nerves that at this
4  critical juncture in our nation's history in which we
5  need to stand together as patriots, we're doing a better
6  job of tearing each other down than the left is.  For
7  those that say that President Trump's attorneys haven't
8  given any evidence of their claims, let's go through --
9  through some of that together.

10          But first, I want to preface this by
11 reminding the naysayers at Fox, among others, that
12 Powell took on General Michael Flynn's case when it
13 seemed hopeless to do so as well.  He'd already pleaded
14 guilty, and the DOJ was adamant that it had turned over
15 all the exculpatory evidence that it had to the Flynn's
16 defense.

17          For years, Powell pushed through claims
18 that she was a conspiracy theorist on the hunt for
19 documents that didn't exist.  Just imagine if during
20 those years, conservative pundits had also jumped down
21 her throat, saying she had no evidence to substantiate
22 her claims that Flynn was innocent and the victim of a
23 weaponized FBI.  An innocent man would be in prison
24 right now.

25          But now there's more than just one life at

Tipping Point With Kara McKinney Segment - November 20, 2020

1  stake.  Our entire Constitutional Republic is hanging in
2  the balance if we cannot restore faith in our electoral
3  process.  So first off, let's start off with claims that
4  Dominion Voting Systems switched votes.  Well, we know
5  for sure that it did happen in counties in Michigan,
6  where thousands of Trump votes were wrongly awarded to
7  Biden and called "glitches."

8           Also, these accusations of Dominion
9  switching votes were made by Democrat Senators,
10  Elizabeth Warren, Amy Klobuchar and Ron Wyden just last
11  year, back when they were saying Russia might try to
12  steal this election.  Isn't it likely that whatever
13  evidence these Democrat senators were looking at last
14  year, Powell now has.  In fact, Dominion's own user
15  guide admits that its software suffers from a medium to
16  high risk of having its voting data changed.

17           And how about that letter from Democrat
18  congresswoman, Carolyn Maloney, from 2006, where she
19  highlights concerns about Smartmatics and its history of
20  being used by the Chavez-led Venezuelan government in
21  their corrupt elections?  Did she make that claim
22  without evidence too or only Powell?

23           And for those who buy into CNN's argument
24  that Powell's wrong about Smartmatics being tied to
25  Dominion, here's the former Smartmatics chairman, Lord

Tipping Point With Kara McKinney Segment - November 20, 2020

1   Malloch-Brown, a friend and advisor to George Soros,
2   saying the opposite during an old interview.
3                   MR. MALLOCH-BROWN:  Well, look, I think
4   that's competitors who say that.  You know, the fact is,
5   yes, part of our technology is licensed from Dominion.
6                   MS. MCKINNEY:  And there's still so much
7   more to get to tonight, so in order to do that, I want
8   to welcome on my first guest, Michael Johns, the
9   cofounder and leader of the National Tea Party Movement.
10                  Welcome back, Michael.
11                  MR. JOHNS:  Thank you.
12                  MS. MCKINNEY:  So lots of updates here.
13  What have you learned since we last spoke?
14                  MR. JOHNS:  Well, if you were going to look
15  at this and say, Is the evidence building or is it
16  diminishing of the role that Dominion played in a
17  possible major electoral fraud, you have to say it's
18  building.  And let me just start out, because I don't
19  think this is properly being presented in much of media,
20  the fact that the two leading attorneys on this case who
21  have, you know -- are barred, have ethical obligations,
22  are officers of the court, and are two unbelievably
23  extraordinary Americans of impeccable integrity.  Sidney
24  Powell, maybe not known to most Americans, but was a --
25  you know, a -- a leading U.S. Attorney earlier in her

1  career in two different jurisdictions.  She led hundreds

2  of appellant cases.  I think she was admitted to law

3  school at age of 19, an incredibly bright, successful

4  attorney, who has no basis, reason and every reason not

5  to be misleading the American public.

6           Rudy Giuliani will go down in history as

7  one of the greatest icons of our lifetimes, all the way

8  back to breaking up the five -- five crime families of

9  New York City, to becoming the mayor -- greatest mayor

10  of -- of America's greatest city.  And through, you

11  know, and incredible navigation of a -- of a political

12  public policy/legal career.

13           And so when these two individuals stand

14  before the world and say that this election was

15  fraudulently manipulated, the burden of proof shifts to

16  proving that it wasn't.  Additionally, we've had --

17  we -- we -- when you look at the cou- -- the -- we're

18  having this depiction that there is no fraud, there has

19  been no fraud, we've now had court affirmations that

20  there has been fraud.

21           So I'm -- I'm astonished to read mainstream

22  media coverage that continues to put adjectives before

23  voter fraud, as in baseless, unproven, irresponsible,

24  dangerous.  The dangerous component of this moment,

25  which I believe to be clear, is a historic moment.  Of

Tipping Point With Kara McKinney Segment - November 20, 2020

1  35 years of public policy, I don't believe I've ever --
2  you know, there's been three or four moments that I
3  think have been undeniably historic.  This is one of
4  them.  We absolutely cannot get to January 20 and
5  inaugurate a president who was elected on the basis of
6  some de- -- of some fraudulent intervention, which to be
7  clear, may not even have been the Biden campaign.
8              I mean, there's every reason to be equally
9  suspicious of foreign sources, China, of other
10 institutions, companies, business -- unethical people.
11 But one of the major issues right now is what do we do
12 next, I think is the question that every American at
13 home needs to pause and ponder.
14             And my guidances on legal strategy, number
15 one, any group of entities bra- -- bold enough to
16 attempt to rig a U.S. presidential election are probably
17 capable of just about anything.  So the preservation of
18 evidence on this is crucially important, having sort of
19 commented that that -- on that originally, but I think
20 at this point, it's sort of out there.  That has to be
21 priority one from a legal strategy standpoint.
22             No. 2 is that this is going to require all
23 hands on deck, and it's going to be a like -- you know,
24 it's not going to go on indefinitely, but we're going to
25 go, you know, through the end of the year, we're going

1    to begin to learn more and more, and I believe the

2    American people likely are going to be affirmed in

3    the thesis presented by these two very credible and --

4    and prestigious attorneys, who have investigated and

5    reviewed affidavits and indisputable evidence that there

6    has been a malicious and hugely de- -- threatening

7    degree of conflict in our electoral process and in

8    representative democracy.

9                So this is not about Donald Trump.  This is

10   not even about who's going to govern the country over

11   the next four years.  It's about an extraordinary

12   decision in 2,000 jurisdictions in 30 states, roughly a

13   third of the total electorate, where election officials

14   and State -- Secretaries of State had to look around the

15   world and assess and select an electoral voting system

16   and chose this particular system, as you correctly

17   noted, and as has been -- was broadly noted both by

18   Democrat politicians and extensive media outlets, by the

19   state of Texas with -- which three times issued public

20   reports on this, not just rejecting their bid to sell

21   the system into Texas, but warning the American people

22   about the extraordinarily easily manipulated software

23   and the danger that it presented to free and fair

24   elections.

25                Louisiana, same thing; city of

Tipping Point With Kara McKinney Segment - November 20, 2020

1  Philadelphia, same thing.  So this is not partisan, this
2  is not Trump, but this is an incredibly valid issue, and
3  we are in a moment where I believe leadership on this is
4  lacking.  I'm not -- we -- this is a moment that you
5  should be a full-stop moment where individuals are
6  saying -- are stopping and saying, Let's get to the
7  bottom of this, not attempting to discredit testimony
8  and evidence that they haven't even personally reviewed.
9           MS. MCKINNEY:  Exactly.  And one thing that
10 really gets me that I'm not hearing much focus on is,
11 where is Dominion in all of this?  If we're to believe
12 that they're victims in all this and their company's
13 being wrongly smeared and tarnished, why aren't they
14 holding their own press conferences like how Powell and
15 Giuliani and Jenna Ellis are?  Why aren't they having
16 their executives go out to the Pennsylvania State
17 Government Committee that wanted to speak to them?  Why
18 aren't they going out there, rolling out their case and
19 saying, Here's our numbers, everything lines up, we did
20 everything, you know, we dotted all of our I's, we
21 crossed all of our T's, we did everything by the book.
22           Instead, they're hightailing it out of
23 here, they're running as fast as they can, they're
24 hiding under every rock and behind every bush.  It
25 reminds me of, like, how Hunter Biden did when the

Tipping Point With Kara McKinney Segment - November 20, 2020

1   Hunter Biden laptop scandal broke out.  He went into

2   hiding too, as well.  His father's campaign just

3   released some, you know, basic statements of denial, but

4   they never really came out and addressed anything at any

5   great length.

6               And to me, that's what Dominion's -- how

7   they're acting right now.  That's what it reminds me of,

8   of very, very guilty.

9               MR. JOHNS:  That's right.  People who are

10  guilty run and hide, you know, and you know, having

11  managed communications in our -- in the White House and

12  federal government function and also in Fortune 1000

13  companies, Rule No. 1 is full disclosure, especially

14  when there's false allegations, is to open the books, be

15  accessible and -- and report what you know, even if that

16  includes acknowledging some degree of wrongdoing.

17              You correctly point out individuals who run

18  and hide in these moments, as Hunter Biden has done, as

19  the whole -- the -- the other Biden family members have

20  done and as Dominion and its subsidiaries are now doing,

21  do so because they are trying to concoct some sort of

22  story and are not prepared to confront basic questions

23  about the allegations that are now broadly known.

24              This is a defining moment for this country,

25  and we need to engage as citizens too and unite and

1  insist that our representative democracy is defended.

2  That's ultimately going to be a decision made, as it has

3  to be made, by flawed human beings, who have political

4  considerations, who have probably predisposed positions

5  as it relates to the president and views on -- on who's

6  best suited to be the best president.

7              That all has to be suspended now.  This is

8  about the rule of law, this is about the U.S.

9  Constitution, and this is about an incredible story of

10  the greatest country in the history of the world.  And

11  the first bullet from 1775 to now that many Americans

12  have -- have died and bled for, this right that now runs

13  the risk of being stripped away from the American voter.

14              MS. MCKINNEY:  And quickly, before I let

15  you go, when we look ahead, what do you think is the

16  president's pathway to victory here?

17              MR. JOHNS:  Well, certainly if there's been

18  a magnitude of technical manipulation, you can almost

19  take all of these other state-based lawsuits and their

20  outcome might prove meaningless.  There -- there --

21  there'd probably be enough right here if the -- if the

22  Dominion issues materialize.

23              Additionally, I think when you go through

24  and look at the still ongoing state cases, that there's

25  a pathway clearly there too.  And legitimate areas of,

1  you know, denying poll watchers access and manipu- --
2  ballot manipulations and affidavits and broader fraud
3  and the famous bag dump of 130,000 Biden votes with no
4  down-ballot voting.  This should be outra- -- this
5  should be outraging the American people.
6              MS. MCKINNEY:  And when it goes --
7              MR. JOHNS:  And it's -- it's got to -- it's
8  got to be a community, almost, effort, you know, and --
9  and I believe you've been covering it exceptionally
10  well, and we have simply got to push on in presenting
11  factual information, not getting out ahead of the facts,
12  but continuing to say, This is -- we're real -- right
13  now defining, we're either going to defend and protect
14  and unearth these facts and protect American democracy
15  and -- and -- and the votes of American citizens, or
16  we're going to capitulate, which has been an
17  unfortunate, dangerous trend that would -- that never
18  really historically existed in this country, but
19  certainly has been a characteristic of the last decade
20  or so.
21              MS. MCKINNEY:  And when it comes to those
22  ballot dumps, one thing that I try and point out that I
23  don't see many other people talking about is that while
24  I was at work here, you know, the word went out that all
25  these battleground states, that they were stopping their

1  vote counting for the night.  You know, and then I get
2  home and look on Twitter, and next thing you know,
3  they're saying a hundred thousand here, some more
4  ballots counted there.  How are all these ballots that
5  not only were brought in, you know, with vehicles, some
6  having out-of-state licenses when it comes to Michigan,
7  you know, they were being brought in the back door late
8  at night.
9            But this is when the voting -- the vote
10  counting was supposed to have been ended, it was
11  supposed to have been stopped.  And yet, we're to
12  believe that, all of a sudden, these Biden ballots just
13  come pouring in and that's supposed to be perfectly
14  legitimate, nothing suspicious there.
15            But as always, Michael Johns, thank you so
16  much for coming on tonight and helping us to analyze
17  this crazy scenario we're -- we're living in.
18            MR. JOHNS:  Thank you very much.
19            (Recording ends.)
20
21
22
23
24
25

Tipping Point With Kara McKinney Segment - November 20, 2020

1                  C E R T I F I C A T E
2        I, TERRI GARCIA, Certified Shorthand Reporter in
3   and for the State of Texas, certify that the foregoing
4   is a correct transcription from the video recording of
5   the the above-entitled matter.
6        I further certify that I am neither counsel for,
7   related to, nor employed by any of the parties to the
8   action in which this recording was transcribed, and
9   further that I am not financially or otherwise
10  interested in the outcome of the action.
11       I further certify that the transcription fee of
12  $_____ was paid/will be paid in full by
13  _____.
14
15
16       _____
                  Terri Garcia, Texas Certified
17                Shorthand Reporter No. 6581
                  Dickman Davenport, Inc.
18                Firm Registration No. #312
                  4228 North Central Expressway
19                Suite 101
                  Dallas, Texas  75206
20                (214) 855-5100
                  My commission expires:  7-31-25
21
22
23
24
25

Tipping Point With Kara McKinney Segment - November 20, 2020

**A**

above-entitled 16:5
abruptly 3:20
absolutely 9:4
access 2:21 14:1
accessible 12:15
accurate 4:7
accusations 2:22
  4:7,19 6:8
accusers 4:10
accusers' 4:19
acknowledging 12:16
acting 12:7
action 16:8,10
actions 4:17
adamant 5:14
Additionally 8:16
  13:23
addressed 12:4
adjectives 8:22
administration 3:4
admits 6:15
admitted 8:2
advisor 7:1
affidavits 10:5
  14:2
affirmations 8:19
affirmed 10:2
age 8:3
ago 2:18
ahead 13:15
  14:11
allegations 2:20
  12:14,23
America's 8:10
American 8:5
  9:12 10:2,21
  13:13 14:5,14
  14:15
Americans 7:23
  7:24 13:11
Amy 6:10

analysis 4:8
analyze 15:16
appear 3:13
appellant 8:2
areas 13:25
argument 6:23
assess 10:15
astonished 8:21
Atlantic 2:11
attacks 2:8
attempt 9:16
attempting 11:7
attend 3:9
attorney 4:23
  7:25 8:4
attorneys 5:7
  7:20 10:4
awarded 6:6

**B**

baby 2:16
back 2:17 3:20
  4:22 6:11 7:10
  8:8 15:7
bag 14:3
balance 6:2
ballot 4:5 14:2,22
ballots 4:14 15:4
  15:4,12
barred 7:21
baseless 8:23
basement 2:19
basic 12:3,22
basis 8:4 9:5
battleground
  14:25
becoming 8:9
begins 2:1
beings 13:3
believe 2:7 8:25
  9:1 10:1 11:3
  11:11 14:9
  15:12
best 13:6,6
better 5:5

bid 10:20
Biden 2:15,18 3:2
  6:7 9:7 11:25
  12:1,18,19 14:3
  15:12
bled 13:12
bold 9:15
book 11:21
books 12:14
bottom 11:7
bra- 9:15
breaking 8:8
bright 8:3
broader 14:2
broadly 10:17
  12:23
broke 12:1
brought 15:5,7
building 7:15,18
bullet 13:11
burden 8:15
bush 11:24
business 9:10
buy 6:23

**C**

C 16:1,1
call 5:1
called 4:22 6:7
campaign 9:7
  12:2
capable 9:17
capitulate 14:16
career 8:1,12
Carolyn 6:18
case 5:12 7:20
  11:18
cases 8:2 13:24
Central 16:18
certainly 13:17
  14:19
Certified 1:12
  16:2,16
certify 16:3,6,11
chair 3:11

chairman 6:25
changed 6:16
characteristic
  14:19
Chavez-led 6:20
child 2:16
China 9:9
chose 10:16
circumstantial
  5:1
citizens 12:25
  14:15
city 8:9,10 10:25
claim 6:21
claims 5:8,17,22
  6:3
clear 8:25 9:7
clearly 13:25
Clinton 3:18
CNN's 6:23
cofounder 7:9
come 15:13
comes 14:21 15:6
coming 15:16
commented 9:19
commission
  16:20
committee 3:11
  3:11 11:17
communications
  12:11
community 14:8
companies 9:10
  12:13
company 3:8,18
company's 3:12
  11:12
competitors 7:4
completely 2:23
component 8:24
concerns 3:13
  6:19
concoct 12:21
conferences
  11:14

conflict 10:7
confront 12:22
congresswoman
  6:18
conservative 5:20
considerations
  13:4
conspiracy 5:18
Constitution
  13:9
Constitutional
  6:1
continues 8:22
continuing 14:12
correct 16:4
correctly 10:16
  12:17
corrupt 6:21
cou- 8:17
counsel 16:6
counted 15:4
counties 6:5
counting 15:1,10
country 10:10
  12:24 13:10
  14:18
course 3:7 4:25
court 7:22 8:19
courtroom 2:10
coverage 8:22
covering 14:9
crazy 15:17
credibility 4:18
credible 10:3
crime 8:8
critical 5:4
crook 3:3
crossed 11:21
crucially 9:18

**D**

dad 2:19
Dallas 16:19
danger 10:23
dangerous 8:24

8:24 14:17
**darkness** 2:4 3:24
**data** 6:16
**Davenport** 16:17
**de-** 9:6 10:6
**decade** 14:19
**decision** 10:12
  13:2
**deck** 9:23
**defend** 3:6,8
  14:13
**defended** 13:1
**defense** 5:16
**defining** 12:24
  14:13
**degree** 10:7
  12:16
**democracy** 10:8
  13:1 14:14
**Democrat** 6:9,13
  6:17 10:18
**denial** 12:3
**denying** 14:1
**depiction** 8:18
**Dickman** 16:17
**died** 13:12
**different** 8:1
**diminishing** 7:16
**disclosure** 12:13
**discredit** 11:7
**discussing** 3:25
**dispel** 3:13
**documents** 5:19
**doing** 5:5 12:20
**DOJ** 5:14
**Domin-** 4:21
**Dominion** 2:3,14
  2:25 3:8,20,23
  4:3,7,14,15,17
  4:22 6:4,8,25
  7:5,16 11:11
  12:20 13:22
**Dominion's** 4:2
  6:14 12:6
**Donald** 10:9

**door** 15:7
**dotted** 11:20
**Down's** 2:12
**down-ballot** 14:4
**dry** 4:15
**due** 2:9
**dump** 14:3
**dumps** 14:22

────── E ──────
**E** 16:1,1
**earlier** 7:25
**easily** 10:22
**effort** 14:8
**either** 3:2 14:13
**elected** 9:5
**election** 2:18 3:14
  6:12 8:14 9:16
  10:13
**elections** 3:19
  6:21 10:24
**electoral** 6:2 7:17
  10:7,15
**electorate** 10:13
**Elizabeth** 6:10
**Ellis** 11:15
**employed** 16:7
**ended** 15:10
**ends** 15:19
**engage** 12:25
**entire** 6:1
**entities** 9:15
**entity** 5:1
**equally** 9:8
**especially** 12:13
**ethical** 7:21
**evidence** 5:2,8,15
  5:21 6:13,22
  7:15 9:18 10:5
  11:8
**exact** 3:1
**exactly** 4:6 11:9
**exceptionally**
  14:9
**exculpatory** 5:15

**executives** 2:3
  4:22 11:16
**exist** 5:19
**existed** 14:18
**expires** 16:20
**Expressway**
  16:18
**extensive** 10:18
**extraordinarily**
  10:22
**extraordinary**
  7:23 10:11
**eye** 2:6

────── F ──────
**F** 16:1
**faces** 4:16
**fact** 6:14 7:4,20
**fact-finding** 3:9
**facts** 14:11,14
**factual** 14:11
**fair** 10:23
**faith** 6:2
**false** 12:14
**families** 8:8
**family** 12:19
**famous** 14:3
**fast** 11:23
**father's** 2:21 12:2
**FBI** 5:23
**fear** 3:25
**federal** 12:12
**fee** 16:11
**finally** 2:11
**financially** 16:9
**Firm** 16:18
**first** 3:19 5:10 6:3
  7:8 13:11
**five** 8:8,8
**flawed** 13:3
**Flynn** 5:22
**Flynn's** 5:12,15
**focus** 11:10
**following** 3:1
**foregoing** 16:3

**foreign** 9:9
**foreign-owned**
  3:18
**forgiven** 3:3
**former** 6:25
**Fortune** 12:12
**Foundation** 3:19
**four** 9:2 10:11
**Fox** 5:11
**fraud** 7:17 8:18
  8:19,20,23 14:2
**fraudulent** 9:6
**fraudulently** 8:15
**free** 10:23
**friend** 7:1
**friendly** 3:4
**full** 12:13 16:12
**full-stop** 11:5
**function** 12:12
**further** 16:6,9,11

────── G ──────
**Garcia** 16:2,16
**General** 5:12
**George** 7:1
**getting** 4:21
  14:11
**Giuliani** 8:6
  11:15
**given** 5:8
**glitches** 6:7
**go** 5:8 8:6 9:24
  9:25 11:16
  13:15,23
**goes** 14:6
**going** 7:14 9:22
  9:23,24,24,25
  10:2,10 11:18
  13:2 14:13,16
**good** 4:1,21
**goods** 3:25
**govern** 10:10
**government** 3:11
  6:20 11:17
  12:12

**Grab** 4:20
**grates** 5:3
**great** 12:5
**greatest** 8:7,9,10
  13:10
**group** 9:15
**Grove** 3:11
**Guess** 2:6
**guest** 7:8
**guidances** 9:14
**guide** 6:15
**guilty** 5:14 12:8
  12:10

────── H ──────
**handle** 3:19
**hands** 9:23
**hanging** 6:1
**happen** 6:5
**hard** 4:5
**hate** 3:16
**hearing** 3:10 4:23
  11:10
**hearings** 3:21
**helping** 15:16
**hide** 4:11 12:10
  12:18
**hiding** 2:15,17
  4:11 11:24 12:2
**high** 6:16
**highlights** 6:19
**hightailing** 11:22
**historic** 8:25 9:3
**historically** 14:18
**history** 5:4 6:19
  8:6 13:10
**holding** 11:14
**home** 9:13 15:2
**honesty** 3:23
**honor** 3:7,8
**hook** 3:3
**hopeless** 5:13
**host** 2:13
**hours** 4:21
**House** 3:10 12:11

Tipping Point With Kara McKinney Segment - November 20, 2020

**hugely** 10:6
**human** 13:3
**hundred** 15:3
**hundreds** 8:1
**hung** 4:15
**hunt** 5:18
**Hunter** 2:15,18
 11:25 12:1,18

**I**
**I's** 11:20
**icons** 8:7
**imagine** 5:19
**impeccable** 7:23
**important** 9:18
**impressed** 3:12
**inappropriate**
 2:22
**inaugurate** 9:5
**includes** 12:16
**incredible** 8:11
 13:9
**incredibly** 8:3
 11:2
**indefinitely** 9:24
**indisputable** 10:5
**individuals** 8:13
 11:5 12:17
**information**
 14:11
**initially** 3:12
**innocent** 5:22,23
**insist** 13:1
**institutions** 9:10
**integrity** 3:23
 7:23
**interested** 16:10
**intervention** 9:6
**interview** 7:2
**investigated** 10:4
**involved** 3:14
**irregularities**
 3:15
**irresponsible**
 8:23

**issue** 11:2
**issued** 10:19
**issues** 9:11 13:22

**J**
**January** 3:2 9:4
**Jenna** 11:15
**job** 5:6
**Joe** 3:1
**Johns** 7:8,11,14
 12:9 13:17 14:7
 15:15,18
**joined** 2:19
**jumped** 5:20
**juncture** 5:4
**jurisdictions** 8:1
 10:12
**justice** 2:9

**K**
**Kara** 1:14 2:13
**Klobuchar** 6:10
**know** 6:4 7:4,21
 7:25 8:11 9:2
 9:23,25 11:20
 12:3,10,10,15
 14:1,8,24 15:1
 15:2,5,7
**known** 7:24
 12:23

**L**
**lacking** 11:4
**laptop** 12:1
**late** 15:7
**laundering** 2:21
**law** 8:2 13:8
**lawsuits** 13:19
**lawyering** 3:21
**Lay** 3:1
**leader** 7:9
**leadership** 11:3
**leading** 7:20,25
**learn** 10:1
**learned** 7:13
**led** 4:18 8:1

**left** 3:8 5:6
**legal** 2:5 9:14,21
**legitimate** 13:25
 15:14
**length** 12:5
**let's** 5:8 6:3 11:6
**letter** 6:17
**licensed** 7:5
**licenses** 15:6
**life** 5:25
**lifetimes** 8:7
**light** 3:23
**lines** 11:19
**living** 15:17
**longer** 2:9
**look** 7:3,14 8:17
 10:14 13:15,24
 15:2
**looking** 6:13
**Lord** 6:25
**lots** 7:12
**Louisiana** 10:25
**low** 3:1

**M**
**machines** 4:5,9
**magnitude** 13:18
**mainstream** 8:21
**major** 7:17 9:11
**malicious** 10:6
**maligned** 3:6
**Malloch-Brown**
 7:1,3
**Maloney** 6:18
**mama** 2:16
**man** 5:23
**managed** 12:11
**manipu-** 14:1
**manipulated**
 8:15 10:22
**manipulation**
 13:18
**manipulations**
 14:2
**materialize** 13:22

**matter** 16:5
**mayor** 8:9,9
**McKinney** 1:14
 2:2,13 4:20 7:6
 7:12 11:9 13:14
 14:6,21
**mean** 9:8
**meaningless**
 13:20
**media** 2:6 7:19
 8:22 10:18
**medium** 6:15
**members** 12:19
**metaphorically**
 2:19
**Michael** 5:12 7:8
 7:10 15:15
**Michigan** 6:5
 15:6
**million** 4:13
**minute** 5:21
**misleading** 8:5
**moment** 8:24,25
 11:3,4,5 12:24
**moments** 9:2
 12:18
**money** 2:21
**moved** 4:24
**Movement** 7:9

**N**
**nation's** 5:4
**National** 7:9
**navigation** 8:11
**naysayers** 5:11
**need** 5:5 12:25
**needs** 9:13
**neither** 16:6
**nerves** 5:3
**never** 12:4 14:17
**New** 8:9
**night** 4:18,22
 15:1,8
**North** 16:18
**noted** 10:17,17

**NOVEMBER**
 1:13
**Nugenix** 2:12
**number** 9:14
**numbers** 11:19

**O**
**obligations** 7:21
**office** 2:22 3:2
**officers** 7:22
**offices** 4:24
**official** 2:4
**officials** 10:13
**old** 7:2
**ongoing** 13:24
**open** 12:14
**operate** 4:2
**opportunity** 4:4
**opposite** 2:24 7:2
**order** 4:9 7:7
**originally** 9:19
**out-of-state** 15:6
**outcome** 13:20
 16:10
**outlets** 10:18
**outra-** 14:4
**outraging** 14:5
**Oval** 3:2

**P**
**paid** 16:12
**paid/will** 16:12
**pandemic** 2:10
**part** 7:5
**particular** 10:16
**parties** 16:7
**partisan** 11:1
**Party** 7:9
**pathway** 13:16
 13:25
**patriots** 5:5
**pause** 9:13
**paying** 2:16
**Pennsylvania** 2:4
 3:10 4:13,23
 11:16

Pennsylvanians 4:16
people 3:5 9:10 10:2,21 12:9 14:5,23
percent 4:6
perfectly 15:13
personally 11:8
Philadelphia 11:1
place 3:19
playbook 3:1
played 7:16
pleaded 5:13
Plus 2:8
point 1:14 2:2,13 9:20 12:17 14:22
policy 9:1
policy/legal 8:12
political 8:11 13:3
politicians 10:18
poll 14:1
ponder 9:13
popcorn 4:20
positions 13:4
possible 7:17
pouring 15:13
Powell 4:23 5:12 5:17 6:14,22 7:24 11:14
Powell's 6:24
predisposed 13:4
preface 5:10
prepared 12:22
presented 7:19 10:3,23
presenting 14:10
preservation 9:17
president 2:5 5:7 9:5 13:5,6
president's 13:16
presidential 9:16

press 11:14
prestigious 10:4
priority 9:21
prison 5:23
probably 9:16 13:4,21
process 6:3 10:7
products 4:1,2
promised 4:6
proof 8:15
properly 7:19
protect 14:13,14
prove 13:20
proving 8:16
public 2:6 3:25 4:1,1,9 8:5,12 9:1 10:19
publicly 4:4
pulling 2:14
pundits 5:20
push 14:10
pushed 5:17
pushing 2:11
put 8:22
puts 2:4

**Q**

question 9:12
questions 2:17 12:22
quickly 13:14

**R**

R 16:1
read 8:21
real 14:12
really 5:3 11:10 12:4 14:18
reason 8:4,4 9:8
recording 2:1 15:19 16:4,8
Registration 16:18
rejecting 10:20
related 16:7
relates 13:5

relative 2:23
released 4:8 12:3
Remember 2:17
reminding 5:11
reminds 11:25 12:7
report 4:12 12:15
Reporter 16:2,17
reports 10:20
representative 10:8 13:1
reps 3:8
Republic 6:1
require 9:22
restore 6:2
restrictions 2:10
retreated 3:24
retreating 2:3
revealed 4:24
review 4:4
reviewed 10:5 11:8
rig 9:16
right 5:24 9:11 12:7,9 13:12,21 14:12
risk 6:16 13:13
rock 11:24
role 7:16
rolling 11:18
Ron 6:10
roughly 10:12
Rudy 8:6
rule 12:13 13:8
run 12:10,17
running 3:22 11:23
runs 13:12
Russia 6:11

**S**

saddened 4:12
saying 5:21 6:11 7:2 11:6,6,19 15:3

scandal 12:1
scenario 15:17
school 8:3
Secretaries 10:14
see 14:23
SEGMENT 1:14
select 10:15
sell 10:20
selling 2:21
senators 6:9,13
Seth 3:11,17
shared 4:25
shifts 8:15
Shorthand 16:2 16:17
Sidney 4:23 7:23
simply 14:10
sins 3:3
skeptical 4:17
slapped 4:16
Smartmatics 6:19,24,25
smeared 3:6 11:13
software 6:15 10:22
sold 4:1
Soros 3:18 4:25 7:1
sort 9:18,20 12:21
sources 9:9
speak 11:17
SPEAKER 3:22
speaking 2:19
spoke 7:13
stake 6:1
stand 3:6 5:5 8:13
standing 2:5
standpoint 9:21
start 6:3 7:18
state 3:10 10:14 10:14,19 11:16 13:24 16:3

state-based 13:19
statements 12:3
states 10:12 14:25
steal 6:12
stop 4:9
stopped 15:11
stopping 11:6 14:25
story 12:22 13:9
strategy 9:14,21
stripped 13:13
stripper 2:16
subsidiaries 12:20
substantiate 5:21
success 4:4,8
successful 4:2 8:3
sudden 15:12
suffers 6:15
Suite 16:19
suited 13:6
support 2:16
supposed 3:9 4:3 15:10,11,13
sure 6:5
suspended 13:7
suspicious 2:25 9:9 15:14
switched 6:4
switching 6:9
Syndrome 2:12
system 10:15,16 10:21
systems 2:14 3:9 3:14,24 4:8,14 4:15,18 6:4

**T**

T 16:1,1
T's 11:21
take 4:3 13:19
talking 14:23
tall 2:5 3:6
tarnished 11:13

Tipping Point With Kara McKinney Segment - November 20, 2020

| | | | |
|---|---|---|---|
| taxpayers 4:13 | transcription 1:12 16:4,11 | vote 15:1,9 | **X** |
| Tea 7:9 | trend 14:17 | voter 8:23 13:13 | |
| team 2:5 | Trump 4:23 6:6 | voters 4:13 | **Y** |
| tearing 5:6 | 10:9 11:2 | votes 6:4,6,9 14:3 | year 6:11,14 9:25 |
| technical 13:18 | Trump's 2:5 5:7 | 14:15 | years 5:17,20 9:1 |
| technology 7:5 | trust 3:17 | voting 2:14 3:9 | 10:11 |
| tell 3:16 | trusted 4:14 | 3:14,24 4:8,9 | York 8:9 |
| Terri 16:2,16 | try 6:11 14:22 | 4:14,15,17 6:4 | |
| terror 2:8 | trying 12:21 | 6:16 10:15 14:4 | **Z** |
| testimony 11:7 | turned 5:14 | 15:9 | |
| Texas 10:19,21 | Twitter 15:2 | | **0** |
| 16:3,16,19 | two 2:18 7:20,22 | **W** | |
| thank 7:11 15:15 | 8:1,13 10:3 | wait 2:9 | **1** |
| 15:18 | | want 5:10 7:7 | 1 12:13 |
| theorist 5:18 | **U** | wanted 11:17 | 1.3 4:13 |
| thesis 10:3 | U.S 7:25 9:16 | wants 2:6 | 100 4:6 |
| thing 10:25 11:1 | 13:8 | warning 10:21 | 1000 12:12 |
| 11:9 14:22 15:2 | ultimately 13:2 | Warren 6:10 | 101 16:19 |
| think 7:3,19 8:2 | unbelievably | wasn't 2:20 8:16 | 130,000 14:3 |
| 9:3,12,19 13:15 | 7:22 | watchers 14:1 | 1775 13:11 |
| 13:23 | undeniably 9:3 | way 8:7 | 19 8:3 |
| third 10:13 | underage 2:23 | we're 5:5 8:17 | |
| thought 2:20 | unearth 14:14 | 9:24,25 11:11 | **2** |
| thousand 15:3 | unethical 9:10 | 14:12,13,16 | 2 9:22 |
| thousands 6:6 | unfortunate | 15:11,17,17 | 2,000 10:12 |
| threatening 10:6 | 14:17 | we've 8:16,19 | 20 1:13 9:4 |
| three 9:2 10:19 | UNIDENTIFI... | weaponized 5:23 | 2006 6:18 |
| throat 5:21 | 3:22 | weeks 2:18 4:7 | 2020 1:13 |
| tied 6:24 | unite 12:25 | welcome 7:8,10 | 214 16:20 |
| ties 3:18 | unproven 8:23 | went 12:1 14:24 | |
| time 2:2 | unsubstantiated | White 12:11 | **3** |
| times 10:19 | 2:23 | willingness 3:13 | 30 10:12 |
| Tipping 1:14 2:2 | updates 7:12 | word 14:24 | 312 16:18 |
| 2:13 | user 6:14 | work 14:24 | 35 9:1 |
| today 2:15 3:10 | | worked 4:6 | |
| 4:12 | **V** | works 3:7 | **4** |
| today's 3:20 | valid 11:2 | world 3:17 8:14 | 4228 16:18 |
| told 3:16,16 | vehicles 15:5 | 10:15 13:10 | |
| tonight 2:3 7:7 | vendor 3:25 | wouldn't 4:3 | **5** |
| 15:16 | Venezuelan 6:20 | wrong 6:24 | |
| Toronto 4:25 | victim 5:22 | wrongdoing 5:2 | **6** |
| total 10:13 | victims 2:8 11:12 | 12:16 | 6581 16:17 |
| tough 2:17 | victory 13:16 | wrongly 3:5 6:6 | |
| tracks 4:10 | video 16:4 | 11:13 | **7** |
| transcribed 16:8 | views 13:5 | Wyden 6:10 | 7-31-25 16:20 |
| | | | 75206 16:19 |

| **8** |
|---|
| 855-5100 16:20 |
| **9** |
| 9/11 2:9 |

# Exhibit A-9

1

2

3

4

5

6

7

8

9

10

11

12                  CERTIFIED TRANSCRIPTION OF

13                      NOVEMBER 18, 2020

14        TIPPING POINT WITH KARA MCKINNEY SEGMENT

15

16

17

18

19

20

21

22

23

24

25

Tipping Point with Kara McKinney Segment - November 18, 2020

1                    (Recording begins.)

2                    MS. MCKINNEY:  So when it comes to Georgia

3    and even some states like Wisconsin, there are missing

4    flash drives containing sensitive voting information.

5    What can you tell us about that?

6                    MR. BECKER:  Well, looks like we have three

7    missing flash drives that were found with votes for

8    Trump, surplus votes, that have brought him thousands of

9    votes closer to Biden on these states.  And there's just

10   numerous security questions about these, like, if these

11   flash drives are missing, what other things don't we

12   know about the security of these flash drives?  What

13   kind have been used in these tabulating machines?  Very

14   alarming stuff that really needs to be looked into by

15   mainstream media.  And, of course, we've been following

16   it, so...

17                    MS. MCKINNEY:  And along these missing

18   ballots in Georgia that are just now being discovered,

19   you know, 2600 there, a few thousand there, they seem to

20   be going for President Trump.  And, you know, it's

21   interesting because Georgia's been a very razor thin

22   edge right there for Biden.  So when it comes to that,

23   Georgia is a state that uses Dominion Voting Systems,

24   for example.  You know, does that raise any alarms for

25   you?

Tipping Point with Kara McKinney Segment - November 18, 2020

1           MR. BECKER:  Sure.  While the contract

2    itself, a $106 million contract, it was disputed, fought

3    in court, a lot of people didn't want it there.

4    Louisiana rejected it.  They actually pulled the bid

5    from it, which was about $100 million.  Texas shot them

6    down three times because their security.  Canada doesn't

7    use it anymore.

8           So there were a number of legitimate

9    problems with Dominion Voting Systems that have been

10   documented in the past.  And to see it in the midst of

11   this chaos in the state of Georgia is really not

12   surprising to people that know Dominion Voting Systems,

13   have researched it and used in elections around the

14   world.  It has a long track record of -- of people

15   having -- having major problems with this voting system

16   company.

17          And it's not the only one.  ES&S also has

18   problems too, and that's used in Philadelphia.  But

19   Dominion's the one that's, like, you can definitely see

20   foreign links because it's -- they have a maj- -- a

21   Canadian office in Toronto.  They have founders, John

22   Poulos, who's a Greek, and -- and one of their software

23   develops -- developers from Serbia.  A lot of people

24   from Serbia working with this company.

25                So that's the foreign connections and, you

Tipping Point with Kara McKinney Segment - November 18, 2020

1  know, when -- when the media, for three or four years,
2  you know, cries foul about supposed foreign interfa- --
3  -ference in -- in the election that Trump won, it's --
4  it's turnaround is fair play for them to actually show
5  some concern about the potential that Dominion has some
6  foreign ties, including redacted bids that should show
7  who their donors are, their stakeholders are in the
8  company, and they don't show them explicitly.  So that
9  raises some red flags about the company.

10              MS. MCKINNEY:  It just still, you know,
11  blows my mind.  It boggles the mind that, as you were
12  saying, years and years of Russia this, Russia that,
13  foreign interference and foreign hacking and meddling in
14  our elections, and then here all these bids go out to
15  foreign-based companies.  You know, Dominion, as you
16  were saying, it's a Canadian company.

17              We hear about some servers, possibly,
18  overseas that some of this data's being routed through.
19  You know -- you know, what's going on there?  It's so
20  confusing.

21              MR. BECKER:  It is confusing because, you
22  know, there -- there are foreign companies that have
23  stations in the United States.  So, you know, for
24  example, there's, you know, SGO Smartmatic has been
25  involved in this, and they're from London, they have

Tipping Point with Kara McKinney Segment - November 18, 2020

1  ties to Venezuela.  They've been participating in
2  Venezuela.
3                There are ties to just, you know, Germany
4  and the serve- -- election reporting servers going
5  through -- through there.  All of this is being denied,
6  but there's absolutely zero transparency.  These source
7  codes that are used in these vot- -- voting machines are
8  secret and proprietary, and Democrats, from Chuck
9  Schumer, Zoe Lofgren, Carolyn Moseley in New York, all
10 of these Democrats have pointed out these major problems
11 with security and with transparency with these voting
12 systems companies.  But they changed their tune since
13 Biden shows the lead at the moment, so they're not --
14 they're not so concerned about it at the moment.
15                (Recording ends.)
16
17
18
19
20
21
22
23
24
25

1                    C E R T I F I C A T E
2          I, TERRI GARCIA, Certified Shorthand Reporter in
3   and for the State of Texas, certify that the foregoing
4   is a correct transcription from the video recording of
5   the the above-entitled matter.
6          I further certify that I am neither counsel for,
7   related to, nor employed by any of the parties to the
8   action in which this recording was transcribed, and
9   further that I am not financially or otherwise
10  interested in the outcome of the action.
11         I further certify that the transcription fee of
12  $_____ was paid/will be paid in full by
13  _____.
14
15
16         _____
                 Terri Garcia, Texas Certified
17               Shorthand Reporter No. 6581
                 Dickman Davenport, Inc.
18               Firm Registration No. #312
                 4228 North Central Expressway
19               Suite 101
                 Dallas, Texas  75206
20               (214) 855-5100
                 My commission expires:  7-31-25
21
22
23
24
25

Tipping Point with Kara McKinney Segment - November 18, 2020

**A**

above-entitled 6:5
absolutely 5:6
action 6:8,10
alarming 2:14
alarms 2:24
anymore 3:7

**B**

ballots 2:18
BECKER 2:6 3:1 4:21
begins 2:1
bid 3:4
Biden 2:9,22 5:13
bids 4:6,14
blows 4:11
boggles 4:11
brought 2:8

**C**

C 6:1,1
Canada 3:6
Canadian 3:21 4:16
Carolyn 5:9
Central 6:18
Certified 1:12 6:2,16
certify 6:3,6,11
changed 5:12
chaos 3:11
Chuck 5:8
closer 2:9
codes 5:7
comes 2:2,22
commission 6:20
companies 4:15 4:22 5:12
company 3:16,24 4:8,9,16
concern 4:5
concerned 5:14
confusing 4:20

4:21
connections 3:25
containing 2:4
contract 3:1,2
correct 6:4
counsel 6:6
course 2:15
court 3:3
cries 4:2

**D**

Dallas 6:19
data's 4:18
Davenport 6:17
definitely 3:19
Democrats 5:8,10
denied 5:5
developers 3:23
develops 3:23
Dickman 6:17
discovered 2:18
disputed 3:2
documented 3:10
Dominion 2:23 3:9,12 4:5,15
Dominion's 3:19
donors 4:7
drives 2:4,7,11 2:12

**E**

E 6:1,1
edge 2:22
election 4:3 5:4
elections 3:13 4:14
employed 6:7
ends 5:15
ES&S 3:17
example 2:24 4:24
expires 6:20
explicitly 4:8
Expressway 6:18

**F**

F 6:1
fair 4:4
fee 6:11
ference 4:3
financially 6:9
Firm 6:18
flags 4:9
flash 2:4,7,11,12
following 2:15
foregoing 6:3
foreign 3:20,25 4:2,6,13,13,22
foreign-based 4:15
fought 3:2
foul 4:2
found 2:7
founders 3:21
four 4:1
full 6:12
further 6:6,9,11

**G**

Garcia 6:2,16
Georgia 2:2,18 2:23 3:11
Georgia's 2:21
Germany 5:3
go 4:14
going 2:20 4:19 5:4
Greek 3:22

**H**

hacking 4:13
hear 4:17

**I**

including 4:6
information 2:4
interested 6:10
interesting 2:21
interfa- 4:2
interference 4:13
involved 4:25

**J**

John 3:21

**K**

KARA 1:14
kind 2:13
know 2:12,19,20 2:24 3:12 4:1,2 4:10,15,19,19 4:22,23,24 5:3

**L**

lead 5:13
legitimate 3:8
links 3:20
Lofgren 5:9
London 4:25
long 3:14
looked 2:14
looks 2:6
lot 3:3,23
Louisiana 3:4

**M**

machines 2:13 5:7
mainstream 2:15
maj- 3:20
major 3:15 5:10
matter 6:5
MCKINNEY 1:14 2:2,17 4:10
meddling 4:13
media 2:15 4:1
midst 3:10
million 3:2,5
mind 4:11,11
missing 2:3,7,11 2:17
moment 5:13,14
Moseley 5:9

**N**

needs 2:14
neither 6:6

New 5:9
North 6:18
NOVEMBER 1:13
number 3:8
numerous 2:10

**O**

office 3:21
outcome 6:10
overseas 4:18

**P**

paid 6:12
paid/will 6:12
participating 5:1
parties 6:7
people 3:3,12,14 3:23
Philadelphia 3:18
play 4:4
POINT 1:14
pointed 5:10
possibly 4:17
potential 4:5
Poulos 3:22
President 2:20
problems 3:9,15 3:18 5:10
proprietary 5:8
pulled 3:4

**Q**

questions 2:10

**R**

R 6:1
raise 2:24
raises 4:9
razor 2:21
really 2:14 3:11
record 3:14
recording 2:1 5:15 6:4,8
red 4:9

redacted 4:6
**Registration** 6:18
**rejected** 3:4
**related** 6:7
**Reporter** 6:2,17
**reporting** 5:4
**researched** 3:13
**right** 2:22
**routed** 4:18
**Russia** 4:12,12

**S**
**saying** 4:12,16
**Schumer** 5:9
**secret** 5:8
**security** 2:10,12
   3:6 5:11
**see** 3:10,19
**SEGMENT** 1:14
**sensitive** 2:4
**Serbia** 3:23,24
**serve-** 5:4
**servers** 4:17 5:4
**SGO** 4:24
**Shorthand** 6:2,17
**shot** 3:5
**show** 4:4,6,8
**shows** 5:13
**Smartmatic** 4:24
**software** 3:22
**source** 5:6
**stakeholders** 4:7
**state** 2:23 3:11
   6:3
**states** 2:3,9 4:23
**stations** 4:23
**stuff** 2:14
**Suite** 6:19
**supposed** 4:2
**Sure** 3:1
**surplus** 2:8
**surprising** 3:12
**system** 3:15
**systems** 2:23 3:9
   3:12 5:12

**T**
**T** 6:1,1
**tabulating** 2:13
**tell** 2:5
**Terri** 6:2,16
**Texas** 3:5 6:3,16
   6:19
**thin** 2:21
**things** 2:11
**thousand** 2:19
**thousands** 2:8
**three** 2:6 3:6 4:1
**ties** 4:6 5:1,3
**times** 3:6
**TIPPING** 1:14
**Toronto** 3:21
**track** 3:14
**transcribed** 6:8
**transcription**
   1:12 6:4,11
**transparency** 5:6
   5:11
**Trump** 2:8,20 4:3
**tune** 5:12
**turnaround** 4:4

**U**
**United** 4:23
**use** 3:7
**uses** 2:23

**V**
**Venezuela** 5:1,2
**video** 6:4
**vot-** 5:7
**votes** 2:7,8,9
**voting** 2:4,23 3:9
   3:12,15 5:7,11

**W**
**want** 3:3
**we've** 2:15
**Wisconsin** 2:3
**won** 4:3
**working** 3:24

**world** 3:14

**X**

**Y**
**years** 4:1,12,12
**York** 5:9

**Z**
**zero** 5:6
**Zoe** 5:9

**0**

**1**
**100** 3:5
**101** 6:19
**106** 3:2
**18** 1:13

**2**
**2020** 1:13
**214** 6:20
**2600** 2:19

**3**
**312** 6:18

**4**
**4228** 6:18

**5**

**6**
**6581** 6:17

**7**
**7-31-25** 6:20
**75206** 6:19

**8**
**855-5100** 6:20

# Exhibit A-10



CERTIFIED TRANSCRIPTION OF

NOVEMBER 23, 2020

TIPPING POINT WITH KARA MCKINNEY SEGMENT

1           (Recording begins.)

2           MS. MCKINNEY:  It's time for Tipping Point.

3   Tonight the name of the game is "plausible deniability."

4   That's the obstacle the Trump team needs to overcome in

5   order to stop the steal, because it's not like the

6   cheaters were going to make it easy for them.

7           Plus, a former bodyguard to Venezuela's

8   Hugo Chavez weighs into the argument over Smartmatics

9   and Dominion.

10          And lastly, Britain is considering giving

11  freedom passes to people who test negative for

12  coronavirus, which can be a terrifying preview of what's

13  to come here.  What could go wrong?

14          I'm your host, Kara McKinney, and this is

15  Tipping Point.

16          Does the phrase "plausible deniability"

17  ring any bells for you?  That's the answer Joe Biden's

18  brother, Jim, allegedly gave to his and Hunter Biden's

19  former business partner, Tony Bobulinski, when the

20  whistleblower asked how the family was able to get away

21  with selling access to the Obama White House.

22          Plausible deniability is the idea that you

23  can cover up your tracks in such a way that there is no

24  direct proof tying you to an illegal or unethical

25  activity, no matter how guilty you may actually be.

Tipping Point With Kara McKinney Segment - November 23, 2020

1   Recall how Bobulinski had emails showing how other
2   business associates pressured him into never discussing
3   Joe Biden's exact involvement in their overseas
4   transactions or negotiations.
5            The only time he's referenced is in coded
6   language or in passing reference like "the big guy."
7   That way, Biden can always say, Hey, that's not me, even
8   when we all know that it is.  Pay attention because
9   that's the bedrock of our corrupt political ruling
10  class.  It's how they get away with so much right under
11  our noses.
12           Just look at this Washington Post headline
13  published today.  It reads, quote, Washington's
14  aristocracy hopes a Biden presidency will make
15  schmoozing great again.  They've since swapped the word
16  "aristocracy" with "establishment," but we all know what
17  they mean and why elitists prefer a Biden presidency to
18  a Trump one.  And as always, the best interest of the
19  American people are not even factored into this
20  schmoozing equation, even as they're sold out to the
21  highest bidder in Washington.
22           That's why it's no surprise that Biden is
23  stacking his hypothetical administration with lobbyists
24  and other status quo swamp creatures.  And I say
25  "hypothetical" because this election isn't over yet.

Tipping Point With Kara McKinney Segment - November 23, 2020

1 President Trump and the various legal teams fighting to
2 stop the steal are working against the clock, as the
3 electors are set to meet by the middle of December.
4             But this is where plausible deniability
5 comes into play.  For example, as I'm sure you're
6 familiar with by now, last year Democrat senators,
7 Elizabeth Warren, Amy Klobuchar and Ron Wyden raised
8 concerns about Dominion voting systems.  One of their
9 concerns was that it could be used to switch votes, as
10 some South Carolina voters alleged happened to them in
11 2018.
12             Perhaps, and I'm just speculating here,
13 when some Democrats or other election officials realized
14 they could use that issue for their own interest, they
15 went ahead with pushing Dominion in state after state.
16 That way, whenever they were caught inflating Biden
17 votes, they could just say, Hey, these systems have a
18 history of glitching.  It's not our fault.  You can't
19 prove that these glitches were malicious or anything but
20 accidental.
21             If you think this is a stretch of the
22 imagination, just look at the mental gymnastics the new
23 Dominion spokesperson was doing over the weekend.
24             MR. STEEL:  A nonpartisan American company,
25 it is not physically possible for our machines to switch

1   votes from one candidate to the other.  Let's be very

2   clear.  Our election system is run by local elected

3   officials and nonpartisan poll watchers.  We simply

4   provide a tool to count the ballots and pri- -- to print

5   and count ballots.  There is no way such a massive fraud

6   could have taken place, and there are no connections

7   between our company and Venezuela, Germany, Barcelona,

8   Kathmandu, whatever the latest conspiracy theory is.

9             MS. MCKINNEY:  I should mention, he's a

10   former Jeb Bush advisor and press secretary to Paul

11   Ryan, which explains a lot.  But aside from even all

12   that, notice that he said, "it's physically impossible

13   for the machines to switch votes between candidates."

14   And yet, the company's own manual says staff can

15   manually adjust vote tallies and give weighted scores to

16   ballots.

17             We also know Biden was wrongly awarded

18   thousands of Trump votes in one Michigan county alone.

19   The election officials are now trying to walk back their

20   comments about software glitches and instead blame it on

21   human error.  But in addition, there is growing evidence

22   in Pennsylvania, for example, that 25 vote dumps which

23   largely took place late at night, under the cover of

24   darkness, not only gave Biden the advantage, but they

25   also took away votes from President Trump to the tune of

1  almost 98,000 of them.  If there's a good explanation
2  for this, I've yet to hear it.
3              But also, take a look at this old article
4  from 2012.  It says, quote, The supplier of Palm Beach
5  County's voting and tabulating equipment says a software
6  shortcoming led to votes being assigned to the wrong
7  candidates, and the elections office declaring the wrong
8  winners in two recent Wellington council races.  Of
9  course, that voting and tabulation equipment was none
10  other than Dominion, which took full responsibility for
11  the mistake at the time.
12              But I thought that was physically
13  impossible.  Lastly, the Dominion PR guy also said
14  they're an American company, even though they are a
15  Canadian firm.  And we'll get into their ties with
16  Venezuela and Cuba later on in the show.  But if that's
17  true that they're American, why did they refuse to
18  publicly disclose any foreign ownership or investments
19  to the city of Phila- ---Philadelphia?
20              And then they refused to attend a hearing
21  with a Pennsylvania State Oversight Committee just this
22  last Friday, instead packing up their bags and vacating
23  several global offers -- offices and shutting down some
24  of their social media pages.
25              UNIDENTIFIED SPEAKER:  Instead of running

1  towards the light of honesty and integrity, Dominion
2  Voting Systems retreated to the darkness.  Why?  Why
3  would a vendor of public goods fear discussing their
4  products sold to the public for the public good?  If
5  Dominion's products were successful and operate as they
6  were supposed to, why wouldn't Dominion take the
7  opportunity to publicly review its success?
8                 How hard is it to say our ballot machines
9  worked exactly as promised and they are 100 percent
10 accurate?  Why, after weeks of accusations, has Dominion
11 Voting Systems not released any analysis of the success
12 of their voting machines to the public in order to stop
13 their accusers in their tracks?  They have nothing to
14 hide.  Why are they hiding from us?
15                Today, I am saddened to report to the
16 taxpayers of Pennsylvania and the 1.3 million voters who
17 trusted Dominion Voting Systems with their ballots, that
18 Dominion Voting Systems has hung you out to dry and
19 slapped you in your faces.  Not only are Pennsylvanians
20 more skeptical, but the actions of Dominion Voting
21 Systems last night have led credibility to their
22 accuser's accusitions [sic] -- accusations.
23                MS. MCKINNEY:  I know.  There's a lot of
24 loose ties to keep track of here.  So if you take away
25 anything from tonight, let it be the following

Tipping Point With Kara McKinney Segment - November 23, 2020

1  statistical anomalies.  Biden underperformed Hillary
2  Clinton's 2016 turnout in urban areas nationwide, except
3  for critical Democrat strongholds in battleground states
4  and cities, such as Milwaukee, Detroit, Atlanta and
5  Philadelphia, where Republican poll watchers were
6  conveniently either kicked out or kept away from the
7  voting action.
8           We're also expected to believe at face
9  value that Biden won the election despite losing both
10 bellwed [sic] -- bellweather states of Ohio and Florida
11 by considerable margins, the first presidential
12 candidate to do so in decades.
13          And just like it's strange that House
14 Republicans flipped over a dozen blue seats red and have
15 held onto all 27s toss-up races at this point, but
16 somehow, the top of the ticket went blue.
17          And lastly, no incumbent has ever lost
18 re-election after receiving more than 75 percent of the
19 primary vote, meaning President Trump would be the first
20 if the election officially goes for Biden.  Not only did
21 President Trump break records in getting 94 percent of
22 the vote during the Republican primaries, but he also
23 set a record for the most total votes received by an
24 incumbent during those primaries.  More than 18 million
25 people turned out for him during the primaries.

1  Whereas, the previous record was held by Democrat

2  president, Bill Clinton, and it was only half that

3  number at around 9 million.

4          Somehow, Biden, who is known for the exact

5  opposite of enthusiasm was able to pull off all of this

6  without any kind of help.  Sorry.  But call me

7  skeptical, very skeptical.

8          Here to help us make sense of these numbers

9  is data expert, Justin Hart, the founder of

10  RationalGround.com.

11          Welcome, Justin.

12          MR. HART:  Thanks, Kara.  Good to be with

13  you today.

14          MS. MCKINNEY:  Great.  Thank you.  So since

15  you're a numbers guy, how likely is it that Biden beat

16  all of those odds, one right after the other, despite

17  having so much trouble being able to fill even a parking

18  lot of supporters just the week before the election?

19          MR. HART:  It's definitely a perception

20  anomaly, and there's also a lot of mathematical

21  anomalies.  That is to say, if you view the election

22  like a pipe and on one end we have a lot of votes going

23  in, and on the other end we have a lot of tabulations,

24  there are a lot of smoke on both ends of that pipe

25  there.  And we have to figure out, is it really burning

Tipping Point With Kara McKinney Segment - November 23, 2020

1 in between there?

2           And I think that's the challenge that the
3 Trump campaign has, is, we have a lot of affidavits at
4 the front of the election, where the votes are being
5 gathered and tallied in the precincts.  And then we have
6 a listening device that we're able to get right before
7 it hits the dashboards that you and I see on the nightly
8 news, and both of those elements have some real
9 challenges to explain.

10           MS. MCKINNEY:  So talk to me -- some of the
11 numbers you were seeing in Pennsylvania, where it seems
12 like when these massive ballot dumps were happening late
13 at night, that it also appears that President Trump's
14 vote count -- vote count went down.  What's going on
15 there?

16           MR. HART:  Yeah.  Just like we saw in
17 Michigan, in Wisconsin and a few other places, the
18 Pennsylvania vote stopped at a certain point in the
19 middle of the night, and then it started back up.  And
20 at that point, from that point on, 80 percent of all of
21 the deductions, that is, new numbers coming in,
22 adjusting the vote for some reason or another,
23 80 percent of those deductions went to President Trump;
24 97,000-plus deductions, that is removals from his
25 existing vote at that time in the middle of the night,

1  and only 27,000 for Biden.

2  So that, alone, tells me there's something

3  just amiss in the way that this comes together, and then

4  we see huge dumps of ballots like we saw in Wisconsin

5  and in Michigan in the middle of the night, in one case,

6  going 98 percent for President -- for -- for -- for --

7  against President Trump and for Vice President Biden.

8  So we're -- we're very suspicious when we

9  see those type of anomalies.  Then we look at it year

10 over year, we see a lot of troubling things as well.

11 And the pause is definitely an issue.  If you look at

12 other states, if you look at California, if you look at

13 Florida, you look at any other state, there was no pause

14 in their reporting whatsoever.  For some reason,

15 these -- these big states that were so crucial decided

16 to pause their votes and kick back up.  And after they

17 kicked back up, some real strange things happened.

18 MS. MCKINNEY:  Yeah.  It's just so strange

19 to me because I remember I was working here that night,

20 and we hear that these major swing states, these

21 battleground states that we're all focusing on so much,

22 they were saying that they were stopped counting for the

23 night.  So then we go home, and then I go on Twitter and

24 the next thing you know, you're seeing 100,000 here for

25 Biden, you know, all these big numbers.  I'm, like, I

Tipping Point With Kara McKinney Segment - November 23, 2020

1  thought you-all stopped counting.  How did, you know,
2  you start counting up at 3:00, 4:00 in the morning.
3              And, of course, like you were saying, the
4  margin there of victory for Biden in those, you know,
5  100,000 here, 20,000 there, beats Fidel Castro and other
6  dictators around the world, like, 95-plus percent of the
7  vote there.
8              And also what we're seeing in some counties
9  that I think should get more attention, such as Wayne
10  County in Michigan was this idea of overvotes, where
11  there's more ballots that were cast than even eligible
12  voters to have been able to cast them.  What's going on
13  there?
14              MR. HART:  Well, it's hard to explain that,
15  and especially in -- in states where they don't have
16  same-day reser- -- registrations for voting.  In
17  Wisconsin, we saw a huge bump in the middle of the night
18  for 134,000 votes for President -- for -- for -- against
19  President Trump and for Vice President Biden.  We
20  weren't quite clear where they came from.  Someone said,
21  Oh, maybe they're the mail-in votes that came from
22  Milwaukee.
23              Of course, the real challenges, that very
24  well may be an explanation, but we have zero visibility
25  into it.  It doesn't provide a lot of confidence in our

1  voting systems when everything is opaque from the New
2  York Times dashboard, and you don't pick it up again
3  until you can go check the signatures on the ballot.
4  And even those are suspect.  There's a -- a lot of
5  challenges, I said, at the beginning and at the end.
6  The problem for the Trump campaign is they're going to
7  have to find some very hard evidence in between.  They
8  need that fire that they can pull out and say, Look, we
9  have actual evidentiary affidavits from people who made
10  these claims about vote changes and serious fraud across
11  the -- the country there.

12          MS. MCKINNEY:  In your opinion, how do you
13  think the Trump campaign should be tackling this issue?
14  We hear, for example, Rudy Giulani says that they have
15  enough fraud allegations and enough evidence of fraud,
16  even without Dominion, to overturn for -- some Michigan,
17  for example, and Pennsylvania.  What do you think they
18  should be really focusing on, the two-tiered law in some
19  states, such as Pennsylvania where some Democrat
20  counties were allowed to cure the -- their ballots;
21  whereas, some Republican-heavy counties were not allowed
22  to do so.  Where do you think they should really be
23  focusing most of their attention, now that we are so
24  down to the wire?

25          MR. HART:  Well, I think they're doing the

Tipping Point With Kara McKinney Segment - November 23, 2020

1   right thing in focusing on Pennsylvania because

2   everything relies on that game.  If they're able to stop

3   that vote in -- that -- that final tally and

4   certification or if they're able to do something

5   specific with that to -- to address that certification,

6   then, you know, I -- I think they have a good chance to

7   at least buy themselves some time to make the case that

8   there is evidentiary evidence that -- that there could

9   be fraud involved.

10              Now, it's going to take a lot of evidence

11  for a judge to feel comfortable to overturn votes.

12  That's the way our -- our process works, and

13  understandably so.  But at the same time, we see enough

14  anomalies where we think they could tally up a lot of

15  things very quickly to make a very strong and supportive

16  case that there were enough issues with the election

17  to -- to give some warrant, to give some pause and give

18  us some time to look at these things correctly.

19              MS. MCKINNEY:  Great analysis, as always,

20  Justin Hart.  Thank you so much for coming on tonight.

21              MR. HART:  Thanks, Kara.  Happy

22  Thanksgiving.

23              MS. MCKINNEY:  Thanks.  You too.

24              And coming up next, we explore the foreign

25  interest pulling the strings at Dominion and Smartmatics

Tipping Point With Kara McKinney Segment - November 23, 2020

1  and how that may have affected our U.S. elections after
2  the break.
3          (Brief pause in recording.)
4          MS. MCKINNEY:  Our Around the World story.
5  More questions are emerging about Dominion voting
6  machines.  The Dominion CEO admitted in previous
7  testimony that their machines rely on Chinese parts from
8  screen interface down to the chip level.  Take a look.
9          MR. POULOS:  We do have components in our
10 products that come from China.  And I don't know the
11 exact percentage.  I can certainly get that to the
12 committee through my staff.  Happy to work with you on
13 getting the exact number.
14         MS. LOFGREN:  What are the components that
15 you get from China?
16         MR. POULOS:  That are -- so, for example,
17 LCD components, the actual glass screen on the
18 interface, down to the chip component level of
19 capacitors and resistors.  Several of those components,
20 to our knowledge, are not even -- there -- there's no
21 option for manufacturing of those in the United States.
22         MS. MCKINNEY:  Predictably, instead of
23 asking the tough question, mainstream media outlets like
24 CNN are doing everything they can to carry water for
25 Dominion, calling any questions about their integrity

```
 1   kooky conspiracy theories.  But even their own fact
 2   cha -- check page ends up owning itself when they claim
 3   at the top of their article that Dominion has no ties
 4   whatsoever to Venezuela or the Clinton Foundation.  And
 5   then just a few sentences later, admit that there are
 6   ties.
 7                  The truth is, a new affidavit just filed by
 8   a former bodyguard to Venezuelan dictator, Hugo Chavez,
 9   shows his ties to Smartmatics and to Dominion.  With me
10   now to discuss is a senior analyst for strategy at the
11   Center For Security Policy, Jay Michael Waller.  Welcome
12   back.
13                  MR. WALLER:  Hi, Kara.
14                  MS. MCKINNEY:  Great.  So when it comes to
15   this affidavit from the former Venezuelan bodyguard,
16   what stood out to you the most?
17                  MR. WALLER:  What stood out was we have an
18   eyewitness account of an individual who was a trusted
19   confidant of the then Cuban and Russian-backed dictator,
20   Venezuela, who personally designed the parameters of a
21   software to -- whose whole purpose was to manipulate
22   votes to ensure that he would win an election.
23                  This is crucial because it's not just a
24   foreign Banana Republic dictator.  This is someone who's
25   backed by -- with Cuban intelligence secret service
```

1   around him and Russian secret police around him, who's

2   designing this material that American voting tabulation

3   companies use.

4           MS. MCKINNEY:  And would it be accurate to

5   describe Smartmatics as a shell company, that there's a

6   lot of players, a lot of -- a lot of the waters here are

7   muddied, so you can't really, necessarily, get back to

8   who -- who owns what.  Would that be correct?

9           MR. WALLER:  Right.  Yes.  We do know that

10  it's owned by two Venezuelan nationals who were allied

11  with the Venezuelan dictatorship.  We know that much.

12  But the -- the company is hiding who else owns them, and

13  there's no transparency at all, and yet our -- our own

14  voting officials think it's just fine.

15          MS. MCKINNEY:  And then it just comes down

16  to this idea of Smartmatics and Dominion, I know they're

17  trying to distance from each other.  For example,

18  Dominion says, We're competitors in the marketplace, we

19  have no ties whatsoever.  And then you go back to old

20  interviews, for example, of the former chairman for

21  Smartmatics telling -- in the Philippines, he was being

22  interviewed, and he says that they work together with

23  software and share some details there.

24          So what is the exact relationship between

25  the two?

1             MR. WALLER:  Well, it's still really
2    unclear, but we do know that from the -- the evidence
3    presented so far from this -- this one affidavit that
4    we've already seen, that the current software for any
5    Smartmatic compatible machine, the DNA is based on
6    this -- the Smartmatic material designed in Venezuela.
7    So that's the -- that's the -- that's the -- the
8    backbone of the software for any Dominion or other
9    machine in the United States.
10            MS. MCKINNEY:  And we've spent the last
11   four years crying about Russia and, you know, foreign
12   interference in our elections.  And here you have
13   Dominion, it's a Canadian firm, and then you have
14   Smartmatics was -- you -- you know, goes back to
15   Venezuela.  And we, here, we're basically importing and
16   bringing them into about, what was it, 30 or so states
17   were using this type of software.  What does that tell
18   you?
19            MR. WALLER:  Tells us that a lot of people
20   are asleep at the switch, both Democrats and
21   Republicans, but I think there's a lot more to it than
22   that, because this is the type of thing that the FBI's
23   job is to defend our democracy against foreign
24   interference.  That's a counter-intelligence issue,
25   because when you have the security apparatus of the

Tipping Point With Kara McKinney Segment - November 23, 2020

1  Venezuelan regime, which is really the security
2  apparatus of the Cuban communist regime, which itself
3  was created by the Russian KGB, you have that software
4  being used to tabulate American votes?
5           This is a counter-intelligence issue.  And
6  when this became public in 2017, who was head of
7  counter-intelligence in the FBI?  Peter Strzok.
8           MS. MCKINNEY:  And -- and why do you
9  think --
10           MR. HART:  The one who was --
11           MS. MCKINNEY:  Exactly.  Was he sitting on
12  information, do you believe, Peter Strzok?
13           MR. WALLER:  Who knows.  But this was his
14  job.  And instead of -- instead of looking at ways to
15  make sure that our -- our Democratic system is not
16  corrupted by foreign intelligence services or regimes,
17  he's out there spreading this Russia collusion
18  narrative, which has been discredited, yet he's still
19  doing it.  He banned me from Twitter the other day for
20  pointing it out.
21           MS. MCKINNEY:  And that's how you know
22  you're on to something when he -- when you know -- you
23  get the block because you're on to something.  If you
24  were just, you know, a troll, for example, online, then
25  he thought, Oh, you know, you have nothing there, he

1  would have just ignored you.  But since he went out of
2  his way to block you and to try and shut you down,
3  there's questions he doesn't want to have asked toward
4  him.  But we've seen Trump -- we've seen Attorney, now,
5  Sidney Powell.  Some are trying to say the Trump
6  campaign, the Trump legal team's trying to distance
7  themselves from her with their statement on Sunday
8  night.  I don't necessarily take it that way because she
9  never claimed to be representing the president in this
10  case.

11           And we've seen her on the Thursday press
12  conference, for example, she said that she believes
13  there's communist influence, communist money here from
14  Venezuela, Cuba and perhaps even from China.  We know
15  when it comes down to this -- this Smartmatics, or
16  Dominion, for example, their chips are even made in
17  China; does that present as a national security threat
18  in your opinion?

19           MR. WALLER:  Oh, it's a huge threat because
20  our own intelligence services don't allow chips made in
21  China in their own technologies.  Yet, our voting
22  systems do.  So there's a terrible problem there.
23  The -- the -- Sidney Powell, the whole so-called split
24  with the -- with the president's legal team, there --
25  she was never part of it in the first place, as you

Tipping Point With Kara McKinney Segment - November 23, 2020

1  said.  But there are a few clues out there.

2                     No one is really criticizing her from the

3  president's own legal team.  And in fact, Jenna Ellis,

4  who is a key member of the team, Tweeted out Sidney

5  Powell's comment in the Wall Street Journal today, as if

6  to give the thumbs up that everything's fine.

7                     MS. MCKINNEY:  When our State Department

8  looks out at the world and we see there's corrupt

9  elections that take place, you know, all over the world,

10  Ukraine or, you know, in South America, as we were

11  discussing these different nations, if we were to turn

12  the -- the State Department's own guidelines back on the

13  U.S. scene, everything we saw with the flood of mail-in

14  ballots, that you can't tell which ones are legitimate,

15  which ones are fraudulent.  You see opposition poll

16  workers being kicked out of the ballot-counting process.

17                     When you see all this taken in notes -- its

18  totality, would we even pass the bar for our own State

19  Department's guidelines, or would we be red flagged as

20  having a -- a rigged election, or at least something

21  there?

22                     MR. WALLER:  Right.  There would be at

23  least a lot of yellow flags that there was some dirty

24  playing in our elections if the State Department was

25  monitoring us for another country.  And you might even

1   have certain kinds of sanctions or other penalties put
2   against that nation for having a fake democratic
3   process.
4                Even -- even Jimmy Carter, with his Carter
5   Center, who's -- one of its main jobs around the world
6   is to certify electoral and voting processes in other
7   countries, if you go to the Carter Foundation's website
8   or Carter's -- Carter Center's website, our -- our --
9   our whole process this year violated so many of Jimmy
10  Carter's own rules, that if you apply them to Biden's
11  standards, then Biden has completely defrauded the
12  country.
13               MS. MCKINNEY:  It's just -- to me, it just
14  speaks that this is all intentional, that these are --
15  you know, I can understand having one mistake here, you
16  know some different irregularities that crop up.
17  When -- but when the entire thing is this rigged
18  looking, it's just -- to me, it just screams, This is
19  intentional, this was planned.  And so, you know, I
20  really do hope that Sidney Powell's able to, you know,
21  take these next few weeks, months or however long that
22  she needs to fully flesh out this case because I do
23  think she has her finger on something that is critical,
24  that is major, that is -- affects our national security.
25  So I do wish her all the best.

Tipping Point With Kara McKinney Segment - November 23, 2020

1                And thank you so much for joining us
2   tonight, Jay Michael Waller.
3                MR. WALLER:  Anytime.  It's great being
4   with you.
5                (Recording ends.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Tipping Point With Kara McKinney Segment - November 23, 2020

```
 1                  C E R T I F I C A T E
 2        I, TERRI GARCIA, Certified Shorthand Reporter in
 3   and for the State of Texas, certify that the foregoing
 4   is a correct transcription from the video recording of
 5   the the above-entitled matter.
 6        I further certify that I am neither counsel for,
 7   related to, nor employed by any of the parties to the
 8   action in which this recording was transcribed, and
 9   further that I am not financially or otherwise
10   interested in the outcome of the action.
11        I further certify that the transcription fee of
12   $_____ was paid/will be paid in full by
13   _____.
14
15
16                    _____
17                    Terri Garcia, Texas Certified
                      Shorthand Reporter No. 6581
18                    Dickman Davenport, Inc.
                      Firm Registration No. #312
19                    4228 North Central Expressway
                      Suite 101
20                    Dallas, Texas  75206
                      (214) 855-5100
21                    My commission expires:  7-31-25
22
23
24
25
```

**25**

Tipping Point With Kara McKinney Segment - November 23, 2020

**A**

able 2:20 9:5,17
  10:6 12:12 14:2
  14:4 22:20
above-entitled
  24:5
access 2:21
accidental 4:20
account 16:18
accurate 7:10
  17:4
accusations 7:10
  7:22
accuser's 7:22
accusers 7:13
accusitions 7:22
action 8:7 24:8
  24:10
actions 7:20
activity 2:25
actual 13:9 15:17
addition 5:21
address 14:5
adjust 5:15
adjusting 10:22
administration
  3:23
admit 16:5
admitted 15:6
advantage 5:24
advisor 5:10
affidavit 16:7,15
  18:3
affidavits 10:3
  13:9
ahead 4:15
allegations 13:15
alleged 4:10
allegedly 2:18
allied 17:10
allow 20:20
allowed 13:20,21
America 21:10
American 3:19
  4:24 6:14,17

17:2 19:4
amiss 11:3
Amy 4:7
analysis 7:11
  14:19
analyst 16:10
anomalies 8:1
  9:21 11:9 14:14
anomaly 9:20
answer 2:17
Anytime 23:3
apparatus 18:25
  19:2
appears 10:13
apply 22:10
areas 8:2
argument 2:8
aristocracy 3:14
  3:16
article 6:3 16:3
aside 5:11
asked 2:20 20:3
asking 15:23
asleep 18:20
assigned 6:6
associates 3:2
Atlanta 8:4
attend 6:20
attention 3:8
  12:9 13:23
Attorney 20:4
awarded 5:17

**B**

back 5:19 10:19
  11:16,17 16:12
  17:7,19 18:14
  21:12
backbone 18:8
backed 16:25
bags 6:22
ballot 7:8 10:12
  13:3
ballot-counting
  21:16

ballots 5:4,5,16
  7:17 11:4 12:11
  13:20 21:14
amiss 11:3
Banana 16:24
banned 19:19
bar 21:18
Barcelona 5:7
based 18:5
basically 18:15
battleground 8:3
  11:21
Beach 6:4
beat 9:15
beats 12:5
bedrock 3:9
beginning 13:5
begins 2:1
believe 8:8 19:12
believes 20:12
bells 2:17
bellweather 8:10
bellwed 8:10
best 3:18 22:25
bidder 3:21
Biden 3:7,14,17
  3:22 4:16 5:17
  5:24 8:1,9,20
  9:4,15 11:1,7
  11:25 12:4,19
  22:11
Biden's 2:17,18
  3:3 22:10
big 3:6 11:15,25
Bill 9:2
blame 5:20
block 19:23 20:2
blue 8:14,16
Bobulinski 2:19
  3:1
bodyguard 2:7
  16:8,15
break 8:21 15:2
Brief 15:3
bringing 18:16
Britain 2:10

brother 2:18
bump 12:17
burning 9:25
Bush 5:10
business 2:19 3:2
buy 14:7

**C**

C 24:1,1
California 11:12
call 9:6
calling 15:25
campaign 10:3
  13:6,13 20:6
Canadian 6:15
  18:13
candidate 5:1
  8:12
candidates 5:13
  6:7
capacitors 15:19
Carolina 4:10
carry 15:24
Carter 22:4,4,7,8
Carter's 22:8,10
case 11:5 14:7,16
  20:10 22:22
cast 12:11,12
Castro 12:5
caught 4:16
Center 16:11
  22:5
Center's 22:8
Central 24:18
CEO 15:6
certain 10:18
  22:1
certainly 15:11
certification 14:4
  14:5
Certified 1:12
  24:2,16
certify 22:6 24:3
  24:6,11
cha 16:2

chairman 17:20
challenge 10:2
challenges 10:9
  12:23 13:5
chance 14:6
changes 13:10
Chavez 2:8 16:8
cheaters 2:6
check 13:3 16:2
China 15:10,15
  20:14,17,21
Chinese 15:7
chip 15:8,18
chips 20:16,20
cities 8:4
city 6:19
claim 16:2
claimed 20:9
claims 13:10
class 3:10
clear 5:2 12:20
Clinton 9:2 16:4
Clinton's 8:2
clock 4:2
clues 21:1
CNN 15:24
coded 3:5
collusion 19:17
come 2:13 15:10
comes 4:5 11:3
  16:14 17:15
  20:15
comfortable
  14:11
coming 10:21
  14:20,24
comment 21:5
comments 5:20
commission
  24:20
committee 6:21
  15:12
communist 19:2
  20:13,13
companies 17:3

Tipping Point With Kara McKinney Segment - November 23, 2020

company 4:24
  5:7 6:14 17:5
  17:12
company's 5:14
compatible 18:5
competitors
  17:18
completely 22:11
component 15:18
components 15:9
  15:14,17,19
concerns 4:8,9
conference 20:12
confidant 16:19
confidence 12:25
connections 5:6
considerable
  8:11
considering 2:10
conspiracy 5:8
  16:1
conveniently 8:6
coronavirus 2:12
correct 17:8 24:4
correctly 14:18
corrupt 3:9 21:8
corrupted 19:16
council 6:8
counsel 24:6
count 5:4,5 10:14
  10:14
counter-intelli...
  18:24 19:5,7
counties 12:8
  13:20,21
counting 11:22
  12:1,2
countries 22:7
country 13:11
  21:25 22:12
county 5:18
  12:10
County's 6:5
course 6:9 12:3
  12:23

cover 2:23 5:23
created 19:3
creatures 3:24
credibility 7:21
critical 8:3 22:23
criticizing 21:2
crop 22:16
crucial 11:15
  16:23
crying 18:11
Cuba 6:16 20:14
Cuban 16:19,25
  19:2
cure 13:20
current 18:4

——— D ———
Dallas 24:19
darkness 5:24 7:2
dashboard 13:2
dashboards 10:7
data 9:9
Davenport 24:17
day 19:19
decades 8:12
December 4:3
decided 11:15
declaring 6:7
deductions 10:21
  10:23,24
defend 18:23
definitely 9:19
  11:11
defrauded 22:11
democracy 18:23
Democrat 4:6 8:3
  9:1 13:19
democratic 19:15
  22:2
Democrats 4:13
  18:20
deniability 2:3,16
  2:22 4:4
Department 21:7
  21:24

Department's
  21:12,19
describe 17:5
designed 16:20
  18:6
designing 17:2
despite 8:9 9:16
details 17:23
Detroit 8:4
device 10:6
Dickman 24:17
dictator 16:8,19
  16:24
dictators 12:6
dictatorship
  17:11
different 21:11
  22:16
direct 2:24
dirty 21:23
disclose 6:18
discredited 19:18
discuss 16:10
discussing 3:2
  7:3 21:11
distance 17:17
  20:6
DNA 18:5
doing 4:23 13:25
  15:24 19:19
Dominion 2:9 4:8
  4:15,23 6:10,13
  7:1,6,10,17,18
  7:20 13:16
  14:25 15:5,6,25
  16:3,9 17:16,18
  18:8,13 20:16
Dominion's 7:5
dozen 8:14
dry 7:18
dumps 5:22
  10:12 11:4

——— E ———
E 24:1,1

easy 2:6
either 8:6
elected 5:2
election 3:25 4:13
  5:2,19 8:9,20
  9:18,21 10:4
  14:16 16:22
  21:20
elections 6:7 15:1
  18:12 21:9,24
electoral 22:6
electors 4:3
elements 10:8
eligible 12:11
elitists 3:17
Elizabeth 4:7
Ellis 21:3
emails 3:1
emerging 15:5
employed 24:7
ends 9:24 16:2
  23:5
ensure 16:22
enthusiasm 9:5
entire 22:17
equation 3:20
equipment 6:5,9
error 5:21
especially 12:15
establishment
  3:16
everything's 21:6
evidence 5:21
  13:7,15 14:8,10
  18:2
evidentiary 13:9
  14:8
exact 3:3 9:4
  15:11,13 17:24
exactly 7:9 19:11
example 4:5 5:22
  13:14,17 15:16
  17:17,20 19:24
  20:12,16
existing 10:25

expected 8:8
expert 9:9
expires 24:20
explain 10:9
  12:14
explains 5:11
explanation 6:1
  12:24
explore 14:24
Expressway
  24:18
eyewitness 16:18

——— F ———
F 24:1
face 8:8
faces 7:19
fact 16:1 21:3
factored 3:19
fake 22:2
familiar 4:6
family 2:20
far 18:3
fault 4:18
FBI 19:7
FBI's 18:22
fear 7:3
fee 24:11
feel 14:11
Fidel 12:5
fighting 4:1
figure 9:25
filed 16:7
fill 9:17
final 14:3
financially 24:9
find 13:7
fine 17:14 21:6
finger 22:23
fire 13:8
firm 6:15 18:13
  24:18
first 8:11,19
  20:25
flagged 21:19

Tipping Point With Kara McKinney Segment - November 23, 2020

flags 21:23
flesh 22:22
flipped 8:14
flood 21:13
Florida 8:10
   11:13
focusing 11:21
   13:18,23 14:1
following 7:25
foregoing 24:3
foreign 6:18
   14:24 16:24
   18:11,23 19:16
former 2:7,19
   5:10 16:8,15
   17:20
Foundation 16:4
Foundation's
   22:7
founder 9:9
four 18:11
fraud 5:5 13:10
   13:15,15 14:9
fraudulent 21:15
freedom 2:11
Friday 6:22
front 10:4
full 6:10 24:12
fully 22:22
further 24:6,9,11

G
game 2:3 14:2
Garcia 24:2,16
gathered 10:5
Germany 5:7
getting 8:21
   15:13
Giulani 13:14
give 5:15 14:17
   14:17,17 21:6
giving 2:10
glass 15:17
glitches 4:19 5:20
glitching 4:18

global 6:23
go 2:13 11:23,23
   13:3 17:19 22:7
goes 8:20 18:14
going 2:6 9:22
   10:14 11:6
   12:12 13:6
   14:10
good 6:1 7:4 9:12
   14:6
goods 7:3
great 3:15 9:14
   14:19 16:14
   23:3
growing 5:21
guidelines 21:12
   21:19
guilty 2:25
guy 3:6 6:13 9:15
gymnastics 4:22

H
half 9:2
happened 4:10
   11:17
happening 10:12
Happy 14:21
   15:12
hard 7:8 12:14
   13:7
Hart 9:9,12,19
   10:16 12:14
   13:25 14:20,21
   19:10
head 19:6
headline 3:12
hear 6:2 11:20
   13:14
hearing 6:20
held 8:15 9:1
help 9:6,8
Hey 3:7 4:17
Hi 16:13
hide 7:14
hiding 7:14 17:12

highest 3:21
Hillary 8:1
history 4:18
hits 10:7
home 11:23
honesty 7:1
hope 22:20
hopes 3:14
host 2:14
House 2:21 8:13
huge 11:4 12:17
   20:19
Hugo 2:16 16:8
human 5:21
hung 7:18
Hunter 2:18
hypothetical 3:23
   3:25

I
idea 2:22 12:10
   17:16
ignored 20:1
illegal 2:24
imagination 4:22
importing 18:15
impossible 5:12
   6:13
incumbent 8:17
   8:24
individual 16:18
inflating 4:16
influence 20:13
information
   19:12
integrity 7:1
   15:25
intelligence 16:25
   19:16 20:20
intentional 22:14
   22:19
interest 3:18 4:14
   14:25
interested 24:10
interface 15:8,18

interference
   18:12,24
interviewed
   17:22
interviews 17:20
investments 6:18
involved 14:9
involvement 3:3
irregularities
   22:16
issue 4:14 11:11
   13:13 18:24
   19:5
issues 14:16

J
Jay 16:11 23:2
Jeb 5:10
Jenna 21:3
Jim 2:18
Jimmy 22:4,9
job 18:23 19:14
jobs 22:5
Joe 2:17 3:3
joining 23:1
Journal 21:5
judge 14:11
Justin 9:9,11
   14:20

K
Kara 1:14 2:14
   9:12 14:21
   16:13
Kathmandu 5:8
keep 7:24
kept 8:6
key 21:4
KGB 19:3
kick 11:16
kicked 8:6 11:17
   21:16
kind 9:6
kinds 22:1
Klobuchar 4:7
know 3:8,16 5:17

7:23 11:24,25
   12:1,4 14:6
   15:10 17:9,11
   17:16 18:2,11
   18:14 19:21,22
   19:24,25 20:14
   21:9,10 22:15
   22:16,19,20
knowledge 15:20
known 9:4
knows 19:13
kooky 16:1

L
language 3:6
largely 5:23
lastly 2:10 6:13
   8:17
late 5:23 10:12
latest 5:8
law 13:18
LCD 15:17
led 6:6 7:21
legal 4:1 20:6,24
   21:3
legitimate 21:14
Let's 5:1
level 15:8,18
light 7:1
listening 10:6
lobbyists 3:23
local 5:2
LOFGREN
   15:14
long 22:21
look 3:12 4:22
   6:3 11:9,11,12
   11:12,13 13:8
   14:18 15:8
looking 19:14
   22:18
looks 21:8
loose 7:24
losing 8:9
lost 8:17

lot 5:11 7:23 9:18
9:20,22,23,24
10:3 11:10
12:25 13:4
14:10,14 17:6,6
17:6 18:19,21
21:23

**M**

machine 18:5,9
machines 4:25
5:13 7:8,12
15:6,7
mail-in 12:21
21:13
main 22:5
mainstream
15:23
major 11:20
22:24
malicious 4:19
manipulate 16:21
manual 5:14
manually 5:15
manufacturing
15:21
margin 12:4
margins 8:11
marketplace
17:18
massive 5:5
10:12
material 17:2
18:6
mathematical
9:20
matter 2:25 24:5
McKinney 1:14
2:2,14 5:9 7:23
9:14 10:10
11:18 13:12
14:19,23 15:4
15:22 16:14
17:4,15 18:10
19:8,11,21 21:7

22:13
mean 3:17
meaning 8:19
media 6:24 15:23
meet 4:3
member 21:4
mental 4:22
mention 5:9
Michael 16:11
23:2
Michigan 5:18
10:17 11:5
12:10 13:16
middle 4:3 10:19
10:25 11:5
12:17
million 7:16 8:24
9:3
Milwaukee 8:4
12:22
mistake 6:11
22:15
money 20:13
monitoring 21:25
months 22:21
morning 12:2
muddied 17:7

**N**

name 2:3
narrative 19:18
nation 22:2
national 20:17
22:24
nationals 17:10
nations 21:11
nationwide 8:2
necessarily 17:7
20:8
need 13:8
needs 2:4 22:22
negative 2:11
negotiations 3:4
neither 24:6
never 3:2 20:9,25

new 4:22 10:21
13:1 16:7
news 10:8
night 5:23 7:21
10:13,19,25
11:5,19,23
12:17 20:8
nightly 10:7
nonpartisan 4:24
5:3
North 24:18
noses 3:11
notes 21:17
notice 5:12
NOVEMBER
1:13
number 9:3
15:13
numbers 9:8,15
10:11,21 11:25

**O**

Obama 2:21
obstacle 2:4
odds 9:16
offers 6:23
office 6:7
offices 6:23
officially 8:20
officials 4:13 5:3
5:19 17:14
Oh 12:21 19:25
20:19
Ohio 8:10
old 6:3 17:19
ones 21:14,15
online 19:24
opaque 13:1
operate 7:5
opinion 13:12
20:18
opportunity 7:7
opposite 9:5
opposition 21:15
option 15:21

order 2:5 7:12
outcome 24:10
outlets 15:23
overcome 2:4
overseas 3:3
Oversight 6:21
overturn 13:16
14:11
overvotes 12:10
owned 17:10
ownership 6:18
owning 16:2
owns 17:8,12

**P**

packing 6:22
page 16:2
pages 6:24
paid 24:12
paid/will 24:12
Palm 6:4
parameters 16:20
parking 9:17
part 20:25
parties 24:7
partner 2:19
parts 15:7
pass 21:18
passes 2:11
passing 3:6
Paul 5:10
pause 11:11,13
11:16 14:17
15:3
Pay 3:8
penalties 22:1
Pennsylvania
5:22 6:21 7:16
10:11,18 13:17
13:19 14:1
Pennsylvanians
7:19
people 2:11 3:19
8:25 13:9 18:19
percent 7:9 8:18

8:21 10:20,23
11:6 12:6
percentage 15:11
perception 9:19
personally 16:20
Peter 19:7,12
Phila- 6:19
Philadelphia
6:19 8:5
Philippines 17:21
phrase 2:16
physically 4:25
5:12 6:12
pick 13:2
pipe 9:22,24
place 5:6,23
20:25 21:9
places 10:17
planned 22:19
plausible 2:3,16
2:22 4:4
play 4:5
players 17:6
playing 21:24
Plus 2:7
point 1:14 2:2,15
8:15 10:18,20
10:20
pointing 19:20
police 17:1
Policy 16:11
political 3:9
poll 5:3 8:5 21:15
possible 4:25
Post 3:12
POULOS 15:9
15:16
Powell 20:5,23
Powell's 21:5
22:20
PR 6:13
precincts 10:5
Predictably
15:22
prefer 3:17

Tipping Point With Kara McKinney Segment - November 23, 2020

present 20:17
presented 18:3
presidency 3:14
  3:17
president 4:1
  5:25 8:19,21
  9:2 10:13,23
  11:6,7,7 12:18
  12:19,19 20:9
president's 20:24
  21:3
presidential 8:11
press 5:10 20:11
pressured 3:2
preview 2:12
previous 9:1 15:6
pri- 5:4
primaries 8:22
  8:24,25
primary 8:19
print 5:4
problem 13:6
  20:22
process 14:12
  21:16 22:3,9
processes 22:6
products 7:4,5
  15:10
promised 7:9
proof 2:24
prove 4:19
provide 5:4 12:25
public 7:3,4,4,12
  19:6
publicly 6:18 7:7
published 3:13
pull 9:5 13:8
pulling 14:25
purpose 16:21
pushing 4:15
put 22:1

**Q**
question 15:23
questions 15:5,25

20:3
quickly 14:15
quite 12:20
quo 3:24
quote 3:13 6:4

**R**
R 24:1
races 6:8 8:15
raised 4:7
RationalGroun...
  9:10
re-election 8:18
reads 3:13
real 10:8 11:17
  12:23
realized 4:13
really 9:25 13:18
  13:22 17:7 18:1
  19:1 21:2 22:20
reason 10:22
  11:14
Recall 3:1
received 8:23
receiving 8:18
record 8:23 9:1
recording 2:1
  15:3 23:5 24:4
  24:8
records 8:21
red 8:14 21:19
reference 3:6
referenced 3:5
refuse 6:17
refused 6:20
regime 19:1,2
regimes 19:16
Registration
  24:18
registrations
  12:16
related 24:7
relationship
  17:24
released 7:11

relies 14:2
rely 15:7
remember 11:19
removals 10:24
report 7:15
Reporter 24:2,17
reporting 11:14
representing
  20:9
Republic 16:24
Republican 8:5
  8:22
Republican-he...
  13:21
Republicans 8:14
  18:21
reser- 12:16
resistors 15:19
responsibility
  6:10
retreated 7:2
review 7:7
rigged 21:20
  22:17
right 3:10 9:16
  10:6 14:1 17:9
  21:22
ring 2:17
Ron 4:7
Rudy 13:14
rules 22:10
ruling 3:9
run 5:2
running 6:25
Russia 18:11
  19:17
Russian 17:1
  19:3
Russian-backed
  16:19
Ryan 5:11

**S**
saddened 7:15
same-day 12:16

sanctions 22:1
saw 10:16 11:4
  12:17 21:13
saying 11:22 12:3
says 5:14 6:4,5
  13:14 17:18,22
scene 21:13
schmoozing 3:15
  3:20
scores 5:15
screams 22:18
screen 15:8,17
seats 8:14
secret 16:25 17:1
secretary 5:10
security 16:11
  18:25 19:1
  20:17 22:24
see 10:7 11:4,9,10
  14:13 21:8,15
  21:17
seeing 10:11
  11:24 12:8
seen 18:4 20:4,4
  20:11
SEGMENT 1:14
selling 2:21
senators 4:6
senior 16:10
sense 9:8
sentences 16:5
serious 13:10
service 16:25
services 19:16
  20:20
set 4:3 8:23
share 17:23
shell 17:5
shortcoming 6:6
Shorthand 24:2
  24:17
show 6:16
showing 3:1
shows 16:9
shut 20:2

shutting 6:23
sic 7:22 8:10
Sidney 20:5,23
  21:4 22:20
signatures 13:3
simply 5:3
sitting 19:11
skeptical 7:20 9:7
  9:7
slapped 7:19
Smartmatic 18:5
  18:6
Smartmatics 2:8
  14:25 16:9 17:5
  17:16,21 18:14
  20:15
smoke 9:24
so-called 20:23
social 6:24
software 5:20 6:5
  16:21 17:23
  18:4,8,17 19:3
sold 3:20 7:4
Sorry 9:6
South 4:10 21:10
SPEAKER 6:25
speaks 22:14
specific 14:5
speculating 4:12
spent 18:10
split 20:23
spokesperson
  4:23
spreading 19:17
stacking 3:23
staff 5:14 15:12
standards 22:11
start 12:2
started 10:19
state 4:15,15 6:21
  11:13 21:7,12
  21:18,24 24:3
statement 20:7
states 8:3,10
  11:12,15,20,21

Tipping Point With Kara McKinney Segment - November 23, 2020

12:15 13:19 15:21 18:9,16
**statistical** 8:1
**status** 3:24
**steal** 2:5 4:2
**STEEL** 4:24
**stood** 16:16,17
**stop** 2:5 4:2 7:12 14:2
**stopped** 10:18 11:22 12:1
**story** 15:4
**strange** 8:13 11:17,18
**strategy** 16:10
**Street** 21:5
**stretch** 4:21
**strings** 14:25
**strong** 14:15
**strongholds** 8:3
**Strzok** 19:7,12
**success** 7:7,11
**successful** 7:5
**Suite** 24:19
**Sunday** 20:7
**supplier** 6:4
**supporters** 9:18
**supportive** 14:15
**supposed** 7:6
**sure** 4:5 19:15
**surprise** 3:22
**suspect** 13:4
**suspicious** 11:8
**swamp** 3:24
**swapped** 3:15
**swing** 11:20
**switch** 4:9,25 5:13 18:20
**system** 5:2 19:15
**systems** 4:8,17 7:2,11,17,18,21 13:1 20:22

**T**
**T** 24:1,1

**tabulate** 19:4
**tabulating** 6:5
**tabulation** 6:9 17:2
**tabulations** 9:23
**tackling** 13:13
**take** 6:3 7:6,24 14:10 15:8 20:8 21:9 22:21
**taken** 5:6 21:17
**talk** 10:10
**tallied** 10:5
**tallies** 5:15
**tally** 14:3,14
**taxpayers** 7:16
**team** 2:4 20:24 21:3,4
**team's** 20:6
**teams** 4:1
**technologies** 20:21
**tell** 18:17 21:14
**telling** 17:21
**tells** 11:2 18:19
**Terri** 24:2,16
**terrible** 20:22
**terrifying** 2:12
**test** 2:11
**testimony** 15:7
**Texas** 24:3,16,19
**thank** 9:14 14:20 23:1
**Thanks** 9:12 14:21,23
**Thanksgiving** 14:22
**theories** 16:1
**theory** 5:8
**thing** 11:24 14:1 18:22 22:17
**things** 11:10,17 14:15,18
**think** 4:21 10:2 12:9 13:13,17 13:22,25 14:6

14:14 17:14 18:21 19:9 22:23
**thought** 6:12 12:1 19:25
**thousands** 5:18
**threat** 20:17,19
**thumbs** 21:6
**Thursday** 20:11
**ticket** 8:16
**ties** 6:15 7:24 16:3,6,9 17:19
**time** 2:2 3:5 6:11 10:25 14:7,13 14:18
**Times** 13:2
**Tipping** 1:14 2:2 2:15
**today** 3:13 7:15 9:13 21:5
**tonight** 2:3 7:25 14:20 23:2
**Tony** 2:19
**tool** 5:4
**top** 8:16 16:3
**toss-up** 8:15
**total** 8:23
**totality** 21:18
**tough** 5:25
**track** 7:24
**tracks** 2:23 7:13
**transactions** 3:4
**transcribed** 24:8
**transcription** 1:12 24:4,11
**transparency** 17:13
**troll** 19:24
**trouble** 9:17
**troubling** 11:10
**true** 6:17
**Trump** 2:4 3:18 4:1 5:18,25 8:19,21 10:3,23 11:7 12:19 13:6

13:13 20:4,5,6
**Trump's** 10:13
**trusted** 7:17 16:18
**truth** 16:7
**try** 20:2
**trying** 5:19 17:17 20:5,6
**tune** 5:25
**turn** 21:11
**turned** 8:25
**turnout** 8:2
**Tweeted** 21:4
**Twitter** 11:23 19:19
**two** 6:8 17:10,25
**two-tiered** 13:18
**tying** 2:24
**type** 11:9 18:17 18:22

**U**
**U.S** 15:1 21:13
**Ukraine** 21:10
**unclear** 18:2
**underperformed** 8:1
**understand** 22:15
**understandably** 14:13
**unethical** 2:24
**UNIDENTIFI...** 6:25
**United** 15:21 18:9
**urban** 8:2
**use** 4:14 17:3

**V**
**vacating** 6:22
**value** 8:9
**various** 4:1
**vendor** 7:3
**Venezuela** 5:7 6:16 16:4,20

18:6,15 20:14
**Venezuela's** 2:7
**Venezuelan** 16:8 16:15 17:10,11 19:1
**Vice** 11:7 12:19
**victory** 12:4
**video** 24:4
**view** 9:21
**violated** 22:9
**visibility** 12:24
**vote** 5:15,22 8:19 8:22 10:14,14 10:18,22,25 12:7 13:10 14:3
**voters** 4:10 7:16 12:12
**votes** 4:9,17 5:1 5:13,18,25 6:6 8:23 9:22 10:4 11:16 12:18,21 14:11 16:22 19:4
**voting** 4:8 6:5,9 7:2,11,12,17,18 7:20 8:7 12:16 13:1 15:5 17:2 17:14 20:21 22:6

**W**
**walk** 5:19
**Wall** 21:5
**Waller** 16:11,13 16:17 17:9 18:1 18:19 19:13 20:19 21:22 23:2,3
**want** 20:3
**warrant** 14:17
**Warren** 4:7
**Washington** 3:12 3:21
**Washington's** 3:13

Tipping Point With Kara McKinney Segment - November 23, 2020

| | | |
|---|---|---|
| **watchers** 5:3 8:5 | **world** 12:6 15:4 | **3:00** 12:2 |
| **water** 15:24 | 21:8,9 22:5 | **30** 18:16 |
| **waters** 17:6 | **wouldn't** 7:6 | **312** 24:18 |
| **way** 2:23 3:7 4:16 | **wrong** 2:13 6:6,7 | |
| 5:5 11:3 14:12 | **wrongly** 5:17 | **4** |
| 20:2,8 | **Wyden** 4:7 | **4:00** 12:2 |
| **Wayne** 12:9 | | **4228** 24:18 |
| **ways** 19:14 | **X** | |
| **we'll** 6:15 | | **5** |
| **we're** 8:8 10:6 | **Y** | |
| 11:8,8,21 12:8 | **Yeah** 10:16 11:18 | **6** |
| 17:18 18:15 | **year** 4:6 11:9,10 | **6581** 24:17 |
| **we've** 18:4,10 | 22:9 | |
| 20:4,4,11 | **years** 18:11 | **7** |
| **website** 22:7,8 | **yellow** 21:23 | **7-31-25** 24:20 |
| **week** 9:18 | **York** 13:2 | **75** 8:18 |
| **weekend** 4:23 | **you-all** 12:1 | **75206** 24:19 |
| **weeks** 7:10 22:21 | | |
| **weighs** 2:8 | **Z** | **8** |
| **weighted** 5:15 | **zero** 12:24 | **80** 10:20,23 |
| **Welcome** 9:11 | | **855-5100** 24:20 |
| 16:11 | **0** | |
| **Wellington** 6:8 | | **9** |
| **went** 4:15 8:16 | **1** | **9** 9:3 |
| 10:14,23 20:1 | **1.3** 7:16 | **94** 8:21 |
| **weren't** 12:20 | **100** 7:9 | **95-plus** 12:6 |
| **whatsoever** 11:14 | **100,000** 11:24 | **97,000-plus** |
| 16:4 17:19 | 12:5 | 10:24 |
| **whistleblower** | **101** 24:19 | **98** 11:6 |
| 2:20 | **134,000** 12:18 | **98,000** 6:1 |
| **White** 2:21 | **18** 8:24 | |
| **win** 16:22 | | |
| **winners** 6:8 | **2** | |
| **wire** 13:24 | **20,000** 12:5 | |
| **Wisconsin** 10:17 | **2012** 6:4 | |
| 11:4 12:17 | **2016** 8:2 | |
| **wish** 22:25 | **2017** 19:6 | |
| **won** 8:9 | **2018** 4:11 | |
| **word** 3:15 | **2020** 1:13 | |
| **work** 15:12 17:22 | **214** 24:20 | |
| **worked** 7:9 | **23** 1:13 | |
| **workers** 21:16 | **25** 5:22 | |
| **working** 4:2 | **27,000** 11:1 | |
| 11:19 | **27s** 8:15 | |
| **works** 14:12 | **3** | |

# Exhibit A-11

1

2

3

4

5

6

7

8

9

10

11          CERTIFIED TRANSCRIPTION OF

12              NOVEMBER 27, 2020

13   TIPPING POINT WITH KARA MCKINNEY SEGMENT

14

15

16

17

18

19

20

21

22

23

24

25

1                    (Recording begins.)

2                    MS. MCKINNEY:  Our state of the U.S. story,

3     it's something you don't often say, but President Trump

4     has been awfully quiet lately.  As the fight against a

5     stolen election plays out, the president has let his

6     lawyers take the spotlight.  But President Trump is now

7     planning to take center stage, holding a rally in

8     Georgia a week from Saturday in support of the

9     Republican candidates for Senate.  This is good.

10                   It's important that Republicans keep the

11    Senate, especially in the event Biden becomes president.

12    But if it were up to me, the president would be holding

13    more rallies in other states to keep the pressure on to

14    stop this deal in the first place and avoid Biden

15    altogether.  That's the No. 1 priority right now.  And

16    hopefully so we can see more footage of the president

17    putting corrupt journalists in their place like this.

18                   PRESIDENT TRUMP:  No, I can't say that at

19    all.

20                   (Reporter inaudible.)

21                   PRESIDENT TRUMP:  I think it's a -- it's a

22    possibility.  They're trying to -- look --

23                   (Reporter inaudible.)

24                   PRESIDENT TRUMP:  -- between you people --

25    don't ans- -- don't talk to me that way.

1                    REPORTER:  Sorry, sir.  (Inaudible.)
2                    PRESIDENT TRUMP:  You're just a -- you're
3    just a lightweight.  Don't talk to me that -- don't
4    talk -- I'm the president of the United States.  Don't
5    ever talk to the president that way.
6                    REPORTER:  Sir, just asking --
7                    PRESIDENT TRUMP:  Fine.  I'm going to go
8    with another question.  Go ahead.
9                    REPORTER:  So --
10                   MS. MCKINNEY:  I love that.  But with me
11   now to discuss is the cofounder and leader of the
12   National Tea Party Movement, Michael Johns.
13                   Welcome back, Michael.
14                   MR. JOHNS:  Hey, welcome.  Good -- good to
15   be with you, Kara.  Thank you.
16                   MS. MCKINNEY:  Great.
17                   MR. JOHNS:  Happy Thanksgiving.
18                   MS. MCKINNEY:  So holding rallies in
19   battleground states is something President Trump and his
20   suppor- -- or President Trump supporters have been
21   wanting him to do for several weeks now.  Is this how he
22   should keep the pressure up?
23                   MR. JOHNS:  Look, the one singular lesson
24   I'd take away, as the cofounder of our Tea Party
25   Movement was things looked incredibly bleak in 2009 and

1   no one felt we had a realistic chance of coming back.
2   But we mobilized the people, the people rallied behind
3   justice and sensibility.  Took back the House, took back
4   the Senate, laid the groundwork in a lot of ways for the
5   populous campaign of Donald Trump in 2016.  And I
6   abso- -- absolutely believe.
7                   We cannot simultaneously say that the
8   future of representative democracy is on the line, and
9   it has been incredibly compromised, as I believe it has
10  been in this election, and go about business as usual.
11  This is the wake-up call that every American across this
12  country and to the president who might be getting
13  contradictory advice on this, that his engagement in
14  such rallies would be divisive or counter-productive.
15  Just the opposite.
16                  His singular greatest obligation right now
17  is to ensure that our electoral system and processes are
18  free, fair and secure.  There is every piece of emerging
19  evidence that suggests this one was not.  It was not in
20  a systematic and organized way, and it was not in a
21  likely election outcome determining way.  So I would
22  absolutely share that view that he would provide an
23  enormously constructive service by getting out and --
24  and alerting the American people to what precisely we
25  have found.

1    And this filing yesterday, you know, so for

2    all of these, you know, Democrats and -- and -- and

3    mainstream media who have said there's no evidence,

4    there's no evidence, there's no evidence; there's never

5    any evidence in a criminal allegation until evidence is

6    presented and accepted by the court and considered.

7    But a 104-page complaint issued yesterday

8    by Sidney Powell, a very credible attorney with a long

9    record of history, to me, having read it now, it is

10   filled with affidavits, acclimations of fact.  And in

11   the case of the Georgia complaint, you see just about

12   every conceivable act of elec- -- of illegal election

13   manipulation was utilized in support of Biden at the

14   president's expense.

15   It is inconceivable to me that the American

16   people will stand by, knowing those facts, and allow

17   that election result to stand.  We cannot do it.

18   MS. MCKINNEY:  And then would you -- would

19   you support, for example, the appointment of a special

20   council to investigate these claims of fraud?

21   MR. JOHNS:  I think that's where I'm at

22   because we're not getting cooperation in the litigation

23   process from the types of people who typically need to

24   be subpoenaed, placed under oath and -- and the vast

25   amount of investigation, when you're talking about

1  probably easily, you know, maybe close to ten different
2  means through which this election was fraudulently
3  manipulated, the most complicated, of course, of which
4  is the Dominion and Smartmatic systems, which I would
5  defy any -- anyone anywhere who -- who believes that
6  there was not fraud related to these systems, which
7  clearly, we haven't demonstrated that yet.  I'm going to
8  be fair about that.
9              But can you point to any election anywhere
10 in the world where these systems were utilized -- or
11 even in the United States in Chicago where they were --
12 where they -- where there were fraudulent issues, where
13 it has not been a factor in systematic electoral fraud.
14 These are enor- -- this is an enormal [sic] -- enormous
15 troubling system.
16             One of the things we be- -- we can do right
17 now to establish greater credibility on this, I believe
18 most of the Dominion and Smartmatic systems were -- were
19 utilized in predominantly Democrat constituencies and
20 jurisdictions.  But, you know, to the extent any
21 Republican Secretary of State charged with overseeing
22 elections or any election official made the decision to
23 acquire this particular system, I cannot understand why
24 they would even be in their jobs today.
25             This was the -- the singular biggest

Tipping Point with Kara McKinney Segment - November 27, 2020

1  obligation they had, and they had that obligation at a
2  time, as you'll recall, when Democrats were warning us
3  of the fear of foreign intervention.  So it wasn't
4  simply a partisan issue.  It was bipartisan concern
5  about electoral fraud.  And to go out and acquire this
6  system, knowing its history, knowing its attachment and
7  association with the dictatorship in Venezuela and the
8  use that it played in the Argentina manipulations, in
9  the Philippines and elsewhere, including in Chicago, is
10 inexcusable decision.

11            And I think it also boasts, it -- it -- it
12 elevates the credibility of the legal complaint if we
13 show that we take seriously this issue, regardless of
14 how this plays out in the courts.  But having -- if
15 you -- one of the questions the American people are
16 asking right now, is they're out there and they're
17 saying, We don't feel -- we feel uneasy about this
18 outcome.  Some of it is they just feel that, you know,
19 it's difficult to fathom 80 million people voting for a
20 guy who -- who has 47 years without -- without any
21 accomplishments, who didn't really campaign for the job,
22 didn't really seem to even want the job.

23            But the message has got to be that this is
24 not settled, this is open, and that a number of credible
25 people -- and -- and I put myself in this camp.  I mean,

Tipping Point with Kara McKinney Segment - November 27, 2020

 1  I'm lending my credibility to this if I -- if -- having
 2  reviewed this evidence in detail, having spoken with the
 3  people who I have spoken with who have reviewed
 4  affidavits, if there was not a credible case to be made
 5  here that warranted major national engagement, I would
 6  be the first to acknowledge that we had a very
 7  unfortunate electoral outcome and I would move on.
 8              That is not the case.  The -- all fire
 9  alarms are going off as to how this was orchestrated and
10  run.  Sadly, we continue to have a Department of Justice
11  and FBI that acts very slowly, and in the eyes of some,
12  in -- in partisan fashion.  So that is the case for the
13  special council.  I think we need a special council
14  that's got special, you know, technical skill sets
15  since -- because of the Dominion and Smartmatic
16  component.
17              And also, you know, someone who's really
18  going to take this enormously seriously and not be
19  compromised or drag their feet on it because, you know,
20  it -- however this plays out as we move forward, we get
21  to January 20 and beyond, you're looking at a -- a
22  disruptive set of circumstances, where you would have to
23  remove Biden from that office if he obtained it
24  illegally.  I don't see any Constitutional alternative.
25  And I would prefer to see this resolved before

1   January 20.

2               But even if it's not, the relentlessness

3   needs to continue and the persistence needs to continue

4   to unearth every one of these facts, and the American

5   people can feel positive about the outcome.

6               MS. MCKINNEY:  A rough road ahead.  The

7   president, when he was speaking yesterday, he was saying

8   that the evidence is on his side, but one thing he

9   worries about is that time may not be on his side.  You

10  know, that's the big concern there.  We know the

11  electors are meeting soon, they're meeting in mid

12  December, so that is a concern.  We're still hoping that

13  the Trump legal team, that they will be able to pull

14  this off.  But again, they're going against the clock

15  now at this point because, you know, as you were just

16  discussing, you know, it just -- the fraud goes off in

17  so many different directions.  There's a lot of variales

18  [sic] -- variables at play.  It's hard to keep them all

19  straight.  But thank you so much for joining us tonight,

20  Michael Johns, and for trying to keep --

21              MR. JOHNS:  Thank you.

22              MS. MCKINNEY:  Yeah, thank you.

23              (Recording ends.)

24

25

Tipping Point with Kara McKinney Segment - November 27, 2020

```
 1              C E R T I F I C A T E
 2       I, TERRI GARCIA, Certified Shorthand Reporter in
 3  and for the State of Texas, certify that the foregoing
 4  is a correct transcription from the video recording of
 5  the the above-entitled matter.
 6       I further certify that I am neither counsel for,
 7  related to, nor employed by any of the parties to the
 8  action in which this recording was transcribed, and
 9  further that I am not financially or otherwise
10  interested in the outcome of the action.
11       I further certify that the transcription fee of
12  $_____ was paid/will be paid in full by
13  _____.
14
15
16       _____
17                  Terri Garcia, Texas Certified
                    Shorthand Reporter No. 6581
18                  Dickman Davenport, Inc.
                    Firm Registration No. #312
                    4228 North Central Expressway
19                  Suite 101
                    Dallas, Texas  75206
20                  (214) 855-5100
                    My commission expires:  7-31-25
21
22
23
24
25
```

Tipping Point with Kara McKinney Segment - November 27, 2020

**A**

able 9:13
above-entitled 10:5
abso- 4:6
absolutely 4:6,22
accepted 5:6
acclimations 5:10
accomplishments 7:21
acknowledge 8:6
acquire 6:23 7:5
act 5:12
action 10:8,10
acts 8:11
advice 4:13
affidavits 5:10 8:4
ahead 3:8 9:6
alarms 8:9
alerting 4:24
allegation 5:5
allow 5:16
alternative 8:24
altogether 2:15
American 4:11 4:24 5:15 7:15 9:4
amount 5:25
ans- 2:25
appointment 5:19
Argentina 7:8
asking 3:6 7:16
association 7:7
attachment 7:6
attorney 5:8
avoid 2:14
awfully 2:4

**B**

back 3:13 4:1,3,3
battleground 3:19
be- 6:16

begins 2:1
believe 4:6,9 6:17
believes 6:5
beyond 8:21
Biden 2:11,14 5:13 8:23
big 9:10
biggest 6:25
bipartisan 7:4
bleak 3:25
boasts 7:11
business 4:10

**C**

C 10:1,1
call 4:11
camp 7:25
campaign 4:5 7:21
candidates 2:9
case 5:11 8:4,8,12
center 2:7
Central 10:18
Certified 1:11 10:2,16
certify 10:3,6,11
chance 4:1
charged 6:1
Chicago 6:11 7:9
circumstances 8:22
claims 5:20
clearly 6:7
clock 9:14
close 6:1
cofounder 3:11 3:24
coming 4:1
commission 10:20
complaint 5:7,11 7:12
complicated 6:3
component 8:16
compromised 4:9

8:19
conceivable 5:12
concern 7:4 9:10 9:12
considered 5:6
constituencies 6:19
Constitutional 8:24
constructive 4:23
continue 8:10 9:3 9:3
contradictory 4:13
cooperation 5:22
correct 10:4
corrupt 2:17
council 5:20 8:13 8:13
counsel 10:6
counter-produc... 4:14
country 4:12
course 6:3
court 5:6
courts 7:14
credibility 6:17 7:12 8:1
credible 5:8 7:24 8:4
criminal 5:5

**D**

Dallas 10:19
Davenport 10:17
deal 2:14
December 9:12
decision 6:22 7:10
defy 6:5
democracy 4:8
Democrat 6:19
Democrats 5:2 7:2
demonstrated

6:7
Department 8:10
detail 8:2
determining 4:21
Dickman 10:17
dictatorship 7:7
different 6:1 9:17
difficult 7:19
directions 9:17
discuss 3:11
discussing 9:16
disruptive 8:22
divisive 4:14
Dominion 6:4,18 8:15
Donald 4:5
drag 8:19

**E**

E 10:1,1
easily 6:1
elec- 5:12
election 2:5 4:10 4:21 5:12,17 6:2,9,22
elections 6:22
electoral 4:17 6:13 7:5 8:7
electors 9:11
elevates 7:12
emerging 4:18
employed 10:7
ends 9:23
engagement 4:13 8:5
enor- 6:14
enormal 6:14
enormous 6:14
enormously 4:23 8:18
ensure 4:17
especially 2:11
establish 6:17
event 2:11
evidence 4:19 5:3

5:4,4,5,5 8:2 9:8
example 5:19
expense 5:14
expires 10:20
Expressway 10:18
extent 6:20
eyes 8:11

**F**

F 10:1
fact 5:10
factor 6:13
facts 5:16 9:4
fair 4:18 6:8
fashion 8:12
fathom 7:19
FBI 8:11
fear 7:3
fee 10:11
feel 7:17,17,18 9:5
feet 8:19
felt 4:1
fight 2:4
filing 5:1
filled 5:10
financially 10:9
Fine 3:7
fire 8:8
Firm 10:18
first 2:14 8:6
footage 2:16
foregoing 10:3
foreign 7:3
forward 8:20
found 4:25
fraud 5:20 6:6,13 7:5 9:16
fraudulent 6:12
fraudulently 6:2
free 4:18
full 10:12
further 10:6,9,11

future 4:8

**G**
Garcia 10:2,16
Georgia 2:8 5:11
getting 4:12,23
  5:22
go 3:7,8 4:10 7:5
goes 9:16
going 3:7 6:7 8:9
  8:18 9:14
good 2:9 3:14,14
Great 3:16
greater 6:17
greatest 4:16
groundwork 4:4
guy 7:20

**H**
Happy 3:17
hard 9:18
Hey 3:14
history 5:9 7:6
holding 2:7,12
  3:18
hopefully 2:16
hoping 9:12
House 4:3

**I**
illegal 5:12
illegally 8:24
important 2:10
inaudible 2:20,23
  3:1
including 7:9
inconceivable
  5:15
incredibly 3:25
  4:9
inexcusable 7:10
interested 10:10
intervention 7:3
investigate 5:20
investigation
  5:25

issue 7:4,13
issued 5:7
issues 6:12

**J**
January 8:21 9:1
job 7:21,22
jobs 6:24
Johns 3:12,14,17
  3:23 5:21 9:20
  9:21
joining 9:19
journalists 2:17
jurisdictions 6:20
justice 4:3 8:10

**K**
Kara 1:13 3:15
keep 2:10,13 3:22
  9:18,20
know 5:1,2 6:1
  6:20 7:18 8:14
  8:17,19 9:10,10
  9:15,16
knowing 5:16 7:6
  7:6

**L**
laid 4:4
lately 2:4
lawyers 2:6
leader 3:11
legal 7:12 9:13
lending 8:1
lesson 3:23
lightweight 3:3
line 4:8
litigation 5:22
long 5:8
look 2:22 3:23
looked 3:25
looking 8:21
lot 4:4 9:17
love 3:10

**M**

mainstream 5:3
major 8:5
manipulated 6:3
manipulation
  5:13
manipulations
  7:8
matter 10:5
MCKINNEY
  1:13 2:2 3:10
  3:16,18 5:18
  9:6,22
mean 7:25
means 6:2
media 5:3
meeting 9:11,11
message 7:23
Michael 3:12,13
  9:20
mid 9:11
million 7:19
mobilized 4:2
move 8:7,20
Movement 3:12
  3:25

**N**
national 3:12 8:5
need 5:23 8:13
needs 9:3,3
neither 10:6
never 5:4
North 10:18
NOVEMBER
  1:12
number 7:24

**O**
oath 5:24
obligation 4:16
  7:1,1
obtained 8:23
office 8:23
official 6:22
open 7:24
opposite 4:15

orchestrated 8:9
organized 4:20
outcome 4:21
  7:18 8:7 9:5
  10:10
overseeing 6:21

**P**
paid 10:12
paid/will 10:12
particular 6:23
parties 10:7
partisan 7:4 8:12
Party 3:12,24
people 2:24 4:2,2
  4:24 5:16,23
  7:15,19,25 8:3
  9:5
persistence 9:3
Philippines 7:9
piece 4:18
place 2:14,17
placed 5:24
planning 2:7
play 9:18
played 7:8
plays 2:5 7:14
  8:20
point 1:13 6:9
  9:15
populous 4:5
positive 9:5
possibility 2:22
Powell 5:8
precisely 4:24
predominantly
  6:19
prefer 8:25
presented 5:6
president 2:3,5,6
  2:11,12,16,18
  2:21,24 3:2,4,5
  3:7,19,20 4:12
  9:7
president's 5:14

pressure 2:13
  3:22
priority 2:15
probably 6:1
process 5:23
processes 4:17
provide 4:22
pull 9:13
put 7:25
putting 2:17

**Q**
question 3:8
questions 7:15
quiet 2:4

**R**
R 10:1
rallied 4:2
rallies 2:13 3:18
  4:14
rally 2:7
read 5:9
realistic 4:1
really 7:21,22
  8:17
recall 7:2
record 5:9
recording 2:1
  9:23 10:4,8
regardless 7:13
Registration
  10:18
related 6:6 10:7
relentlessness 9:2
remove 8:23
Reporter 2:20,23
  3:1,6,9 10:2,17
representative
  4:8
Republican 2:9
  6:21
Republicans 2:10
resolved 8:25
result 5:17
reviewed 8:2,3

`Tipping Point with Kara McKinney Segment - November 27, 2020`

**right** 2:15 4:16
  6:16 7:16
**road** 9:6
**rough** 9:6
**run** 8:10

**S**

**Sadly** 8:10
**Saturday** 2:8
**saying** 7:17 9:7
**Secretary** 6:21
**secure** 4:18
**see** 2:16 5:11
  8:24,25
**SEGMENT** 1:13
**Senate** 2:9,11 4:4
**sensibility** 4:3
**seriously** 7:13
  8:18
**service** 4:23
**set** 8:22
**sets** 8:14
**settled** 7:24
**share** 4:22
**Shorthand** 10:2
  10:17
**show** 7:13
**sic** 6:14 9:18
**side** 9:8,9
**Sidney** 5:8
**simply** 7:4
**simultaneously**
  4:7
**singular** 3:23
  4:16 6:25
**sir** 3:1,6
**skill** 8:14
**slowly** 8:11
**Smartmatic** 6:4
  6:18 8:15
**soon** 9:11
**Sorry** 3:1
**speaking** 9:7
**special** 5:19 8:13
  8:13,14

**spoken** 8:2,3
**spotlight** 2:6
**stage** 2:7
**stand** 5:16,17
**state** 2:2 6:21
  10:3
**states** 2:13 3:4,19
  6:11
**stolen** 2:5
**stop** 2:14
**story** 2:2
**straight** 9:19
**subpoenaed** 5:24
**suggests** 4:19
**Suite** 10:19
**suppor-** 3:20
**support** 2:8 5:13
  5:19
**supporters** 3:20
**system** 4:17 6:15
  6:23 7:6
**systematic** 4:20
  6:13
**systems** 6:4,6,10
  6:18

**T**

**T** 10:1,1
**take** 2:6,7 3:24
  7:13 8:18
**talk** 2:25 3:3,4,5
**talking** 5:25
**Tea** 3:12,24
**team** 9:13
**technical** 8:14
**ten** 6:1
**Terri** 10:2,16
**Texas** 10:3,16,19
**thank** 3:15 9:19
  9:21,22
**Thanksgiving**
  3:17
**thing** 9:8
**things** 3:25 6:16
**think** 2:21 5:21

  7:11 8:13
**time** 7:2 9:9
**TIPPING** 1:13
**today** 6:24
**tonight** 9:19
**transcribed** 10:8
**transcription**
  1:11 10:4,11
**troubling** 6:15
**Trump** 2:3,6,18
  2:21,24 3:2,7
  3:19,20 4:5
  9:13
**trying** 2:22 9:20
**types** 5:23
**typically** 5:23

**U**

**U.S** 2:2
**understand** 6:23
**unearth** 9:4
**uneasy** 7:17
**unfortunate** 8:7
**United** 3:4 6:11
**use** 7:8
**usual** 4:10
**utilized** 5:13 6:10
  6:19

**V**

**variables** 9:18
**variales** 9:17
**vast** 5:24
**Venezuela** 7:7
**video** 10:4
**view** 4:22
**voting** 7:19

**W**

**wake-up** 4:11
**want** 7:22
**wanting** 3:21
**warning** 7:2
**warranted** 8:5
**wasn't** 7:3
**way** 2:25 3:5 4:20

  4:21
**ways** 4:4
**we're** 5:22 9:12
**week** 2:8
**weeks** 3:21
**welcome** 3:13,14
**world** 6:10
**worries** 9:9

**X**

**Y**

**Yeah** 9:22
**years** 7:20
**yesterday** 5:1,7
  9:7

**Z**

**0**

**1**

**1** 2:15
**101** 10:19
**104-page** 5:7

**2**

**20** 8:21 9:1
**2009** 3:25
**2016** 4:5
**2020** 1:12
**214** 10:20
**27** 1:12

**3**

**312** 10:18

**4**

**4228** 10:18
**47** 7:20

**5**

**6**

**6581** 10:17

**7**

**7-31-25** 10:20
**75206** 10:19

**8**

**80** 7:19
**855-5100** 10:20

# Exhibit A-12

1

2

3

4

5

6

7

8

9

10

11                   CERTIFIED TRANSCRIPTION OF

12                       DECEMBER 1, 2020

13      TIPPING POINT WITH KARA MCKINNEY SEGMENT

14

15

16

17

18

19

20

21

22

23

24

25

1              (Recording begins.)
2              MS. MCKINNEY:  It's time for Tipping Point.
3   Tonight, is there anyone left to defend this
4   Constitutional Republic?  That's the question I think
5   we're all asking ourselves after the attorney general
6   caves to Democrats on election fraud.
7              Plus, left wing enviro wackos are now
8   trying to use the coronavirus precedent to shut down the
9   global economy to save Mother Earth.
10              And finally, homicides are up in Seattle,
11   but that's not stopping efforts to defund the police
12   because, as the commies say, you can't make an omelet
13   without cracking a few eggs.
14              I'm your host, Kara McKinney, and this is
15   Tipping Point.
16              Another big day of explosive testimony.
17   Whether it be today's hearing in Michigan, Monday in
18   Arizona or last week in Pennsylvania, the one
19   inescapable point for Democrats is that even if you want
20   to chalk up all the glitches, the ballot errors and
21   other irregularities to "simple mistakes," then why do
22   they only go one way?  Can anyone name a single time in
23   which these "mistakes" help President Trump?
24              It's a simple question that has been raised
25   time and again in the months since Election Day without

Tipping Point With Kara McKinney Segment - December 1, 2020

1  any good answers from Democrats.  However, looking at
2  records the Federal Election Commission may explain at
3  least part of the reason for this code of silence.  What
4  we find is that 95 percent of all political
5  contributions made by employees at Dominion Voting
6  Systems between 2014 and 2020 went for Democrats.
7              It's the same story at Smartmatic.
8  86 percent of their employee contributions went to
9  Democrat candidates, specifically to Joe Biden, Senator
10  Elizabeth Warren, Pete Buttigieg and even to Adam
11  Schiff.  Now, this comes despite Smartmatic's own
12  website declaring, quote, Smartmatics' founders and
13  employees adhere to a strict ethics code that, among
14  other things, prohibits them from making political
15  donations.
16              So here you have Dominion, which is a
17  foreign-owned company and uses computer chips made in
18  China, and Smartmatic, which is tied to Soros and the
19  Castro regime in Venezuela involved in U.S. elections.
20  At this point, many people are wondering where the
21  Justice Department or the FBI is after days and days of
22  credible testimony.
23              Well, I'll tell you where the DOJ is.  Just
24  like Dominion and Smartmatic, over 85 percent of their
25  employees' political contributions during this last

1  election cycle went to Joe Biden.  Attorney General Bill

2  Barr telling reporters today that his department has

3  found no evidence of widespread fraud that would have

4  changed the outcome of the presidential election.

5          Now, my question for Barr would be, is this

6  the same department that also lied about Russian

7  collusion for four years and then sat on its high horse

8  in court for years against General Michael Flynn,

9  claiming that it turned over every piece of exculpatory

10  evidence only to find out that they were sitting on

11  documents, showing how the general was entrapped by the

12  FBI as a way to, quote, get Trump, according to those

13  same handwritten FBI notes.

14          Because if so, then I don't want to hear

15  it.  Since we're not going to get help from the top,

16  it's up to us as American patriots to hold this

17  Constitutional Republic together.  To that point, a

18  Dominion contractor from the TCF ballot counting center

19  in Detroit came forward to testify today before the

20  Michigan Senate -- State Senate Oversight Committee and

21  here's what she had to say.

22          OVERSIGHT COMMITTEE MEMBER 1:  What I

23  witnessed at TCF center was complete fraud.  The whole

24  27 hours I was there, there was batches of ballots being

25  ran through the tabulating machines numerous times,

Tipping Point With Kara McKinney Segment - December 1, 2020

1  being counted 8 to 10 times.  Also, the adjudication

2  process, I witnessed numerous people walking up,

3  claiming they were both Democrats, saying they were

4  going -- they were sitting together, judging ballots all

5  night together, all day together.  I witnessed it all.

6  I was on the main stage with all of the City officials.

7  Daniel Baxter was in on the whole thing, and I am under

8  the impression, 100 percent, that at least 90 percent of

9  those workers were all in on this.

10             There was not a single ballot the whole

11  night, the whole 27 hours I was there that I saw that

12  was for Do- -- Donald Trump, not one, not a single

13  ballot.  That is -- that is scary.

14             MS. MCKINNEY:  Her testimony corroborates

15  that of another witness who claims that she observed

16  ballots were all -- that were all for Biden and appeared

17  to be photocopies of each other.  She claims many of

18  these ballots were not cast by registered voters, so

19  election staff manually inputted fake birthdays to

20  override the system to have them counted anyway.

21             OVERSIGHT COMMITTEE MEMBER 2:  Not one of

22  the military ballots was a registered voter, and the

23  ballots looked like they were all exactly the same Xerox

24  copies of the ballot.  They were all for Biden across

25  the board.  There wasn't a single Trump vote.  And none

1  of the -- the voters were registered.  They had to

2  manually enter the names and addresses and a birth date

3  of 1/1/2020, which would override the system and allow

4  them to enter nonregistered voters, of which I saw

5  several that day.

6         Throughout the day, that's how they would

7  override voters that were neither in the electronic poll

8  book or the supplemental updated poll book.

9         UNIDENTIFIED SPEAKER:  Thank you.

10         MS. MCKINNEY:  A third witness then

11  described how these massive dumps of ballots arrived at

12  the center in the first place, with trucks dumping them

13  off at 4:00 in the morning after many of the Republican

14  poll watchers had gone home or been kicked out.  Should

15  also be noted that many of these Dominion voting

16  machines were reportedly connected to the internet as

17  well.  Take a look at what that means.

18         WITNESS BRIAN:  So two of the main

19  observations that I witnessed at the TCF center on both

20  the 3rd and the 4th when I was there, when I -- when I

21  got down there on the morning of the 4th, I went back

22  for an -- an additional day because I witnessed so many

23  irregularities when I was there on Election Day on the

24  3rd.

25         Immediately upon walking in, I -- I ran

1   into Randy Bishop.  And Randy owns radio stations, he --
2   he's very IT savvy.  He said, Brian, I was here all
3   night.  What -- what's going on here is unbelievable.
4   He said, Let me show you something right now before I
5   leave.  So he walked me over to the high speed scanners
6   and tabulators, and he said, See all these ethernet
7   lines running out of the tabulators, they're all bundled
8   together as they accumulate and then they're all
9   connected to these routers and then they all go to the
10  main computer, he said, These are all hooked into the
11  internet, and that is illegal and it should not be
12  happening because it opens them up to hacking.  So I was
13  aware of that immediately.
14              MS. MCKINNEY:  And joining me now to
15  discuss is independent journalist, Kyle Becker.
16              Welcome back, Kyle.
17              MR. BECKER:  Good to see you again, Kara.
18              MS. MCKINNEY:  Great.  So a lot to get to
19  tonight.  First, I want to get your take on these voting
20  systems reportedly being hooked up to the internet.
21  Does this indeed open the door to hacking and vote data
22  being possibly manipulated?
23              MR. BECKER:  Well, numerous experts from
24  around the country have tested Dominion's Voting Systems
25  for breachable connections to the servers through the

Tipping Point With Kara McKinney Segment - December 1, 2020

1 internet, Harry Hursti being one, Jonathan Alderman up
2 at the University of Michigan.  So we knew prior to the
3 election that this was the case.  The mainstream media
4 has been covering it up.  So these revelations aren't
5 new to me, but they may be new to a lot of the U.S.
6 public.
7           MS. MCKINNEY:  When it comes to Michigan,
8 one thing a lot of people were concerned about that was
9 brought up at the hearings was that some of these
10 numbers that were coming out on election night were in
11 decimals, were in fractions.  And a lot of people were
12 concerned if one vote e- -- you know, if one ballot
13 equals one vote, then how are we getting decimals?  And
14 on Monday, in Arizona, we saw Dr Shiva.  He believes
15 that the -- that Dominion voting systems may have been
16 using weighted algorithm -- algorithms, meaning that
17 perhaps Biden may have been getting -- every ballot for
18 him may have been 1.3 votes, and perhaps for President
19 Trump, his ballots may have been counted at
20 seven-tenths.  What do you make of those concerns?
21           MR. BECKER:  Well, I would like to see a
22 lot more evidence before I would know that that is
23 exactly how Dominion's software itself was flipping
24 votes.  Really what -- what concerns me and what is
25 demonstrably true is that the reporting is done in

1   decimal format.  You can see this in the New York Times
2   database reporting, you can see this with Dominion
3   Voting Systems reporting.  So this opens up the ability
4   for hackers to potentially get into -- or malicious
5   actors who have admin rights to get in and to manipulate
6   the votes through rounding errors in the reportage and
7   other -- other types of malfeasance.
8                So it doesn't necessarily have to be
9   Dominion Voting System itself.  They can be the Trojan
10  horses that are just allowing ballots to be manipulated
11  by administrators that have access to the system.
12                MS. MCKINNEY:  And FEC filings show that
13  when it comes to Dominion, for example, a lot of their
14  employees -- I believe it's over 85 percent or so --
15  donate politically to Biden, or at least when it comes
16  to political donations, about 85 percent or more go
17  toward Biden or Democrats in general.  Do you think that
18  that's a conflict of interest?
19                MR. BECKER:  Yeah, absolutely.  The- --
20  Smartmatic, for example, has a policy not to allow
21  employees to make political donations at all.  And
22  Dominion Voting Systems also makes 95 percent, around,
23  donations to -- to Democrats through its employees.  And
24  so one thing that I would like to point out is that just
25  simply in the United States government as a whole, this

1  tracks very consistently with what we see with bur- --

2  numerous bureaucracies with unions.  So it all seems to

3  be a monolithic, sort of, block of -- of united

4  interests that is very concerning to me.

5          So when you have voting systems that are

6  engaging in -- or at least have questionable security

7  policies that allow Democrats to potentially breach our

8  election security, and it's very opaque and we -- and

9  our voters have no way of tracking it, then we have to

10 raise questions about if there's some sort of, you

11 know -- you know, shared interest in -- in all of

12 these -- these organizations and companies together,

13 just as a block, trying to make sure that Democrats have

14 some kind of unfair advantage.

15          MR. DINOW:  And we also heard from, today,

16 in Michigan, a woman who worked as a contract -- or

17 worked as a Dominion contractor on election night with

18 the whole ballot counting process.  And we heard from

19 her, you know, her testimony.  And she claims that she

20 saw some ballots were being recounted 8 to 10 times.

21 What did you make of her testimony?

22          MR. BECKER:  Well, Melissa Caruso

23 (phonetic) was actually very, you know, very outgoing

24 and passionate about what she saw, and it does -- and

25 she's not out on -- by herself saying that ballots were

1  rerun through the tabulators over and over again.  It --
2  now, she says it was 8 to 10 times, that's -- that's
3  really high.  Obviously, it's very concerning.
4        But just the fact that these vote dumps
5  that have been coming in, you know, Wayne County being
6  one of them, in the early mornings of, you know,
7  140,000, with Trump voters getting almost nothing, this
8  syncs with what they're saying about not seeing any
9  Trump ballots like she -- she says -- she said not one.
10  But others have said, you know, only saw two, was
11  another witness that said that.
12        So these kind of rates just do not sync
13  with the political landscape, even in inner cities where
14  we saw Trump, he had more minority support this
15  election, by four points for Latinos and -- and also
16  Black Americans.  It's higher than it was, so these kind
17  of rates should -- are inordinately high and raise red
18  flags.
19        MS. MCKINNEY:  And when it comes to these
20  ballot dumps, in Michigan alone, I believe there's over
21  six different counties that were reporting voter turnout
22  at over 100 percent, which, of course, is impossible, so
23  meaning more ballots were coming in than there were
24  registered voters eligible to vote that day.  What do
25  you make of that?

1            MR. BECKER:  Well, I think that the fact
2   that these mail-in ballots, once the signatures are
3   separated -- of the signed ballots are separated from
4   the mail-in votes, then we -- we have no way of knowing,
5   like, how -- how much -- how many of these votes are
6   able -- because you cannot track them at all.  And even
7   the New York Times admitted this.
8            So William Barr, several months ago, he
9   pointed out that we are playing with fire with these
10  mail-in ballots.  So these turnout rates that are
11  inordinately high and -- and even impossibly high in
12  some -- some precincts, in some districts, really just
13  correspond to his warning, which he seems to have been
14  reversing himself today and -- and saying, like, he --
15  nothing to see here, move along.
16           And that's in the middle of all these
17  public hearings with very concerning testimony that
18  people should see for themselves, because these are just
19  regular Americans with strong testimony.  And -- and
20  also these court cases that are going on in Wisconsin,
21  Mich- -- Michigan, Georgia, Arizona, it's -- it's not
22  really proper for William Barr to talk about widespread
23  fraud when, actually, the conversation's revolving
24  around microtargeted fraud possibility in Democrat
25  strongholds, in swing states.

Tipping Point With Kara McKinney Segment - December 1, 2020

1         And -- and that's really what the
2    conversation is about.  So it -- we shouldn't be
3    distracted by Barr's, sort of, bait and switch on the
4    conversation, feeding into the progressive narrative
5    that we're arguing about widespread fraud, when really,
6    nobody sensible and really looking into this is talking
7    about that.
8         We're talking about microtargeted fraud
9    that's multifaceted, hard -- hard for legal action to be
10   taken against because it's just numerous layers of the
11   mail-in ballots and double counts.  But some of these
12   lawsuits that the Tump -- Trump team is bringing is
13   addressing this multifaceted aspect of what we're seeing
14   with the election irregularities.
15        MS. MCKINNEY:  And it's amazing to me that
16   this -- this interview that Attorney General Bill Barr
17   gave to the associated press in which he says that he
18   saw no evidence whatsoever of widespread election fraud
19   that could have changed the outcome of the 2020
20   election.  And then that drops today, where as we've
21   been discussing, Michigan, you know, witness after
22   witness after witness coming forward and giving expert
23   testimony about what they saw.  And I don't know if the
24   DOJ spoke to any of these, you know, wonderful folk.
25             On Monday, we saw in Arizona as well

Tipping Point With Kara McKinney Segment - December 1, 2020

1  witness after witness after witness.  Go back a week to

2  Pennsylvania, same thing there.  And to say that there

3  was, you know, nothing see here, I smell a rat.  That's

4  very strange to me.  You know, thank you so much for

5  coming on tonight, Kyle, and breaking it all down for

6  us.

7           MR. BECKER:  Thank you, Kara.

8           (Recording ends.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Tipping Point With Kara McKinney Segment - December 1, 2020

1            C E R T I F I C A T E
2        I, TERRI GARCIA, Certified Shorthand Reporter in
3   and for the State of Texas, certify that the foregoing
4   is a correct transcription from the video recording of
5   the the above-entitled matter.
6        I further certify that I am neither counsel for,
7   related to, nor employed by any of the parties to the
8   action in which this recording was transcribed, and
9   further that I am not financially or otherwise
10   interested in the outcome of the action.
11        I further certify that the transcription fee of
12   $_____ was paid/will be paid in full by
13   _____.
14
15
16        _____
                 Terri Garcia, Texas Certified
17                 Shorthand Reporter No. 6581
                 Dickman Davenport, Inc.
18                 Firm Registration No. #312
                 4228 North Central Expressway
19                 Suite 101
                 Dallas, Texas  75206
20                 (214) 855-5100
                 My commission expires:  7-31-25
21
22
23
24
25

Tipping Point With Kara McKinney Segment - December 1, 2020

**A**

ability 9:3
able 12:6
above-entitled 15:5
absolutely 9:19
access 9:11
accumulate 7:8
action 13:9 15:8 15:10
actors 9:5
Adam 3:10
additional 6:22
addresses 6:2
addressing 13:13
adhere 3:13
adjudication 5:1
admin 9:5
administrators 9:11
admitted 12:7
advantage 10:14
ago 12:8
Alderman 8:1
algorithm 8:16
algorithms 8:16
allow 6:3 9:20 10:7
allowing 9:10
amazing 13:15
American 4:16
Americans 11:16 12:19
answers 3:1
anyway 5:20
appeared 5:16
arguing 13:5
Arizona 2:18 8:14 12:21 13:25
arrived 6:11
asking 2:5
aspect 13:13
associated 13:17
attorney 2:5 4:1

13:16
aware 7:13

**B**

back 6:21 7:16 14:1
bait 13:3
ballot 2:20 4:18 5:10,13,24 8:12 8:17 10:18 11:20
ballots 4:24 5:4 5:16,18,22,23 6:11 8:19 9:10 10:20,25 11:9 11:23 12:2,3,10 13:11
Barr 4:2,5 12:8 12:22 13:16
Barr's 13:3
batches 4:24
Baxter 5:7
Becker 7:15,17 7:23 8:21 9:19 10:22 12:1 14:7
begins 2:1
believe 9:14 11:20
believes 8:14
Biden 3:9 4:1 5:16,24 8:17 9:15,17
big 2:16
Bill 4:1 13:16
birth 6:2
birthdays 5:19
Bishop 7:1
Black 11:16
block 10:3,13
board 5:25
book 6:8,8
breach 10:7
breachable 7:25
breaking 14:5
Brian 6:18 7:2

bringing 13:12
brought 8:9
bundled 7:7
bur- 10:1
bureaucracies 10:2
Buttigieg 3:10

**C**

C 15:1,1
candidates 3:9
Caruso 10:22
case 8:3
cases 12:20
cast 5:18
Castro 3:19
caves 2:6
center 4:18,23 6:12,19
Central 15:18
Certified 1:11 15:2,16
certify 15:3,6,11
chalk 2:20
changed 4:4 13:19
China 3:18
chips 3:17
cities 11:13
City 5:6
claiming 4:9 5:3
claims 5:15,17 10:19
code 3:3,13
collusion 4:7
comes 3:11 8:7 9:13,15 11:19
coming 8:10 11:5 11:23 13:22 14:5
commies 2:12
commission 3:2 15:20
Committee 4:20 4:22 5:21

companies 10:12
company 3:17
complete 4:23
computer 3:17 7:10
concerned 8:8,12
concerning 10:4 11:3 12:17
concerns 8:20,24
conflict 9:18
connected 6:16 7:9
connections 7:25
consistently 10:1
Constitutional 2:4 4:17
contract 10:16
contractor 4:18 10:17
contributions 3:5 3:8,25
conversation 13:2,4
conversation's 12:23
copies 5:24
coronavirus 2:8
correct 15:4
correspond 12:13
corroborates 5:14
counsel 15:6
counted 5:1,20 8:19
counties 11:21
counting 4:18 10:18
country 7:24
counts 13:11
County 11:5
course 11:22
court 4:8 12:20
covering 8:4
cracking 2:13
credible 3:22

cycle 4:1

**D**

Dallas 15:19
Daniel 5:7
data 7:21
database 9:2
date 6:2
Davenport 15:17
day 2:16,25 5:5 6:5,6,22,23 11:24
days 3:21,21
DECEMBER 1:12
decimal 9:1
decimals 8:11,13
declaring 3:12
defend 2:3
defund 2:11
Democrat 3:9 12:24
Democrats 2:6,19 3:1,6 5:3 9:17 9:23 10:7,13
demonstrably 8:25
department 3:21 4:2,6
described 6:11
despite 3:11
Detroit 4:19
Dickman 15:17
different 11:21
DINOW 10:15
discuss 7:15
discussing 13:21
distracted 13:3
districts 12:12
Do- 5:12
documents 4:11
DOJ 3:23 13:24
Dominion 3:5,16 3:24 4:18 6:15 8:15 9:2,9,13

Tipping Point With Kara McKinney Segment - December 1, 2020

9:22 10:17
**Dominion's** 7:24
   8:23
**Donald** 5:12
**donate** 9:15
**donations** 3:15
   9:16,21,23
**door** 7:21
**double** 13:11
**Dr** 8:14
**drops** 13:20
**dumping** 6:12
**dumps** 6:11 11:4
   11:20

**E**
**E** 15:1,1
**e-** 8:12
**early** 11:6
**Earth** 2:9
**economy** 2:9
**efforts** 2:11
**eggs** 2:13
**election** 2:6,25
   3:2 4:1,4 5:19
   6:23 8:3,10
   10:8,17 11:15
   13:14,18,20
**elections** 3:19
**electronic** 6:7
**eligible** 11:24
**Elizabeth** 3:10
**employed** 15:7
**employee** 3:8
**employees** 3:5,13
   9:14,21,23
**employees'** 3:25
**ends** 14:8
**engaging** 10:6
**enter** 6:2,4
**entrapped** 4:11
**enviro** 2:7
**equals** 8:13
**errors** 2:20 9:6
**ethernet** 7:6

**ethics** 3:13
**evidence** 4:3,10
   8:22 13:18
**exactly** 5:23 8:23
**example** 9:13,20
**exculpatory** 4:9
**expert** 13:22
**experts** 7:23
**expires** 15:20
**explain** 3:2
**explosive** 2:16
**Expressway**
   15:18

**F**
**F** 15:1
**fact** 11:4 12:1
**fake** 5:19
**FBI** 3:21 4:12,13
**FEC** 9:12
**Federal** 3:2
**fee** 15:11
**feeding** 13:4
**filings** 9:12
**finally** 2:10
**financially** 15:9
**find** 3:4 4:10
**fire** 12:9
**Firm** 15:18
**first** 6:12 7:19
**flags** 11:18
**flipping** 8:23
**Flynn** 4:8
**folk** 13:24
**foregoing** 15:3
**foreign-owned**
   3:17
**format** 9:1
**forward** 4:19
   13:22
**found** 4:3
**founders** 3:12
**four** 4:7 11:15
**fractions** 8:11
**fraud** 2:6 4:3,23

12:23,24 13:5,8
   13:18
**full** 15:12
**further** 15:6,9,11

**G**
**Garcia** 15:2,16
**general** 2:5 4:1,8
   4:11 9:17 13:16
**Georgia** 12:21
**getting** 8:13,17
   11:7
**giving** 13:22
**glitches** 2:20
**global** 2:9
**go** 2:22 7:9 9:16
   14:1
**going** 4:15 5:4
   7:3 12:20
**good** 3:1 7:17
**government** 9:25
**Great** 7:18

**H**
**hackers** 9:4
**hacking** 7:12,21
**handwritten** 4:13
**happening** 7:12
**hard** 13:9,9
**Harry** 8:1
**hear** 4:14
**heard** 10:15,18
**hearing** 2:17
**hearings** 8:9
   12:17
**help** 2:23 4:15
**high** 4:7 7:5 11:3
   11:17 12:11,11
**higher** 11:16
**hold** 4:16
**home** 6:14
**homicides** 2:10
**hooked** 7:10,20
**horse** 4:7
**horses** 9:10
**host** 2:14

**hours** 4:24 5:11
**Hursti** 8:1

**I**
**illegal** 7:11
**immediately** 6:25
   7:13
**impossible** 11:22
**impossibly** 12:11
**impression** 5:8
**independent** 7:15
**inescapable** 2:19
**inner** 11:13
**inordinately**
   11:17 12:11
**inputted** 5:19
**interest** 9:18
   10:11
**interested** 15:10
**interests** 10:4
**internet** 6:16
   7:11,20 8:1
**interview** 13:16
**involved** 3:19
**irregularities**
   2:21 6:23 13:14

**J**
**Joe** 3:9 4:1
**joining** 7:14
**Jonathan** 8:1
**journalist** 7:15
**judging** 5:4
**Justice** 3:21

**K**
**Kara** 1:13 2:14
   7:17 14:7
**kicked** 6:14
**kind** 10:14 11:12
   11:16
**knew** 8:2
**know** 8:12,22
   10:11,11,19,23
   11:5,6,10 13:21
   13:23,24 14:3,4

**knowing** 12:4
**Kyle** 7:15,16 14:5

**L**
**landscape** 11:13
**Latinos** 11:15
**lawsuits** 13:12
**layers** 13:10
**leave** 7:5
**left** 2:3,7
**legal** 13:9
**lied** 4:6
**lines** 7:7
**look** 6:17
**looked** 5:23
**looking** 3:1 13:6
**lot** 7:18 8:5,8,11
   8:22 9:13

**M**
**machines** 4:25
   6:16
**mail-in** 12:2,4,10
   13:11
**main** 5:6 6:18
   7:10
**mainstream** 8:3
**making** 3:14
**malfeasance** 9:7
**malicious** 9:4
**manipulate** 9:5
**manipulated**
   7:22 9:10
**manually** 5:19
   6:2
**massive** 6:11
**matter** 15:5
**McKinney** 1:13
   2:2,14 5:14
   6:10 7:14,18
   8:7 9:12 11:19
   13:15
**meaning** 8:16
   11:23
**means** 6:17
**media** 8:3

Melissa 10:22
**MEMBER** 4:22
  5:21
**Mich-** 12:21
**Michael** 4:8
**Michigan** 2:17
  4:20 8:2,7
  10:16 11:20
  12:21 13:21
**microtargeted**
  12:24 13:8
**middle** 12:16
**military** 5:22
**minority** 11:14
**mistakes** 2:21,23
**Monday** 2:17
  8:14 13:25
**monolithic** 10:3
**months** 2:25 12:8
**morning** 6:13,21
**mornings** 11:6
**Mother** 2:9
**move** 12:15
**multifaceted** 13:9
  13:13

**N**
**name** 2:22
**names** 6:2
**narrative** 13:4
**necessarily** 9:8
**neither** 6:7 15:6
**new** 8:5,5 9:1
  12:7
**night** 5:5,11 7:3
  8:10 10:17
**nonregistered**
  6:4
**North** 15:18
**noted** 6:15
**notes** 4:13
**numbers** 8:10
**numerous** 4:25
  5:2 7:23 10:2
  13:10

**O**
**observations**
  6:19
**observed** 5:15
**Obviously** 11:3
**officials** 5:6
**omelet** 2:12
**once** 12:2
**opaque** 10:8
**open** 7:21
**opens** 7:12 9:3
**organizations**
  10:12
**outcome** 4:4
  13:19 15:10
**outgoing** 10:23
**override** 5:20 6:3
  6:7
**Oversight** 4:20
  4:22 5:21
**owns** 7:1

**P**
**paid** 15:12
**paid/will** 15:12
**part** 3:3
**parties** 15:7
**passionate** 10:24
**patriots** 4:16
**Pennsylvania**
  2:18 14:2
**people** 3:20 5:2
  8:8,11 12:18
**percent** 3:4,8,24
  5:8,8 9:14,16
  9:22 11:22
**Pete** 3:19
**phonetic** 10:23
**photocopies** 5:17
**piece** 4:9
**place** 6:12
**playing** 12:9
**Plus** 2:7
**point** 1:13 2:2,15
  2:19 3:20 4:17

9:24
**pointed** 12:9
**points** 11:15
**police** 2:11
**policies** 10:7
**policy** 9:20
**political** 3:4,14
  3:25 9:16,21
  11:13
**politically** 9:15
**poll** 6:7,8,14
**possibility** 12:24
**possibly** 7:22
**potentially** 9:4
  10:7
**precedent** 2:8
**precincts** 12:12
**President** 2:23
  8:18
**presidential** 4:4
**press** 13:17
**prior** 8:2
**process** 5:2 10:18
**progressive** 13:4
**prohibits** 3:14
**proper** 12:22
**public** 8:6 12:17

**Q**
**question** 2:4,24
  4:5
**questionable**
  10:6
**questions** 10:10
**quote** 3:12 4:12

**R**
**R** 15:1
**radio** 7:1
**raise** 10:10 11:17
**raised** 2:24
**ran** 4:25 6:25
**Randy** 7:1,1
**rat** 14:3
**rates** 11:12,17
  12:10

**really** 8:24 11:3
  12:12,22 13:1,5
  13:6
**reason** 3:3
**recording** 2:1
  14:8 15:4,8
**records** 3:2
**recounted** 10:20
**red** 11:17
**regime** 3:19
**registered** 5:18
  5:22 6:1 11:24
**Registration**
  15:18
**regular** 12:19
**related** 15:7
**reportage** 9:6
**reportedly** 6:16
  7:20
**Reporter** 15:2,17
**reporters** 4:2
**reporting** 8:25
  9:2,3 11:21
**Republic** 2:4
  4:17
**Republican** 6:13
**rerun** 11:1
**revelations** 8:4
**reversing** 12:14
**revolving** 12:23
**right** 7:4
**rights** 9:5
**rounding** 9:6
**routers** 7:9
**running** 7:7
**Russian** 4:6

**S**
**sat** 4:7
**save** 2:9
**savvy** 7:2
**saw** 5:11 6:4 8:14
  10:20,24 11:10
  11:14 13:18,23
  13:25

**saying** 5:3 10:25
  11:8 12:14
**says** 11:2,9 13:17
**scanners** 7:5
**scary** 5:13
**Schiff** 3:11
**Seattle** 2:10
**security** 10:6,8
**see** 7:6,17 8:21
  9:1,2 10:1
  12:15,18 14:3
**seeing** 11:8 13:13
**SEGMENT** 1:13
**Senate** 4:20,20
**Senator** 3:9
**sensible** 13:6
**separated** 12:3,3
**servers** 7:25
**seven-tenths** 8:20
**shared** 10:11
**Shiva** 8:14
**Shorthand** 15:2
  15:17
**show** 7:4 9:12
**showing** 4:11
**shut** 2:8
**signatures** 12:2
**signed** 12:3
**silence** 3:3
**simple** 2:21,24
**simply** 9:25
**single** 2:22 5:10
  5:12,25
**sitting** 4:10 5:4
**six** 11:21
**Smartmatic** 3:7
  3:18,24 9:20
**Smartmatic's**
  3:11
**Smartmatics'**
  3:12
**smell** 14:3
**software** 8:23
**Soros** 3:18
**sort** 10:3,10 13:3

Tipping Point With Kara McKinney Segment - December 1, 2020

| | | | | |
|---|---|---|---|---|
| **SPEAKER** 6:9 | **testify** 4:19 | **two** 6:18 11:10 | **we've** 13:20 | **2** |
| **specifically** 3:9 | **testimony** 2:16 | **types** 9:7 | **website** 3:12 | **2** 5:21 |
| **speed** 7:5 | 3:22 5:14 10:19 | | **week** 2:18 14:1 | **2014** 3:6 |
| **spoke** 13:24 | 10:21 12:17,19 | **U** | **weighted** 8:16 | **2020** 1:12 3:6 |
| **staff** 5:19 | 13:23 | **U.S** 3:19 8:5 | **Welcome** 7:16 | 13:19 |
| **stage** 5:6 | **Texas** 15:3,16,19 | **unbelievable** 7:3 | **went** 3:6,8 4:1 | **214** 15:20 |
| **State** 4:20 15:3 | **thank** 6:9 14:4,7 | **unfair** 10:14 | 6:21 | **27** 4:24 5:11 |
| **states** 9:25 12:25 | **The-** 9:19 | **UNIDENTIFI...** | **whatsoever** 13:18 | |
| **stations** 7:1 | **thing** 5:7 8:8 9:24 | 6:9 | **widespread** 4:3 | **3** |
| **stopping** 2:11 | 14:2 | **unions** 10:2 | 12:22 13:5,18 | **312** 15:18 |
| **story** 3:7 | **things** 3:14 | **united** 9:25 10:3 | **William** 12:8,22 | **3rd** 6:20,24 |
| **strange** 14:4 | **think** 2:4 9:17 | **University** 8:2 | **wing** 2:7 | |
| **strict** 3:13 | 12:1 | **updated** 6:8 | **Wisconsin** 12:20 | **4** |
| **strong** 12:19 | **third** 6:10 | **use** 2:8 | **witness** 5:15 6:10 | **4:00** 6:13 |
| **strongholds** | **tied** 3:18 | **uses** 3:17 | 6:18 11:11 | **4228** 15:18 |
| 12:25 | **time** 2:2,22,25 | | 13:21,22,22 | **4th** 6:20,21 |
| **Suite** 15:19 | **times** 4:25 5:1 | **V** | 14:1,1,1 | |
| **supplemental** 6:8 | 9:1 10:20 11:2 | **Venezuela** 3:19 | **witnessed** 4:23 | **5** |
| **support** 11:14 | 12:7 | **video** 15:4 | 5:2,5 6:19,22 | |
| **sure** 10:13 | **Tipping** 1:13 2:2 | **vote** 5:25 7:21 | **woman** 10:16 | **6** |
| **swing** 12:25 | 2:15 | 8:12,13 11:4,24 | **wonderful** 13:24 | **6581** 15:17 |
| **switch** 13:3 | **today** 4:2,19 | **voter** 5:22 11:21 | **wondering** 3:20 | |
| **sync** 11:12 | 10:15 12:14 | **voters** 5:18 6:1,4 | **worked** 10:16,17 | **7** |
| **syncs** 11:8 | 13:20 | 6:7 10:9 11:7 | **workers** 5:9 | **7-31-25** 15:20 |
| **system** 5:20 6:3 | **today's** 2:17 | 11:24 | | **75206** 15:19 |
| 9:9,11 | **tonight** 2:3 7:19 | **votes** 8:18,24 9:6 | **X** | |
| **systems** 3:6 7:20 | 14:5 | 12:4,5 | **Xerox** 5:23 | **8** |
| 7:24 8:15 9:3 | **top** 4:15 | **voting** 3:5 6:15 | | **8** 5:1 10:20 11:2 |
| 9:22 10:5 | **track** 12:6 | 7:19,24 8:15 | **Y** | **85** 3:24 9:14,16 |
| | **tracking** 10:9 | 9:3,9,22 10:5 | **Yeah** 9:19 | **855-5100** 15:20 |
| **T** | **tracks** 10:1 | | **years** 4:7,8 | **86** 3:8 |
| **T** 15:1,1 | **transcribed** 15:8 | **W** | **York** 9:1 12:7 | |
| **tabulating** 4:25 | **transcription** | **wackos** 2:7 | | **9** |
| **tabulators** 7:6,7 | 1:11 15:4,11 | **walked** 7:5 | **Z** | **90** 5:8 |
| 11:1 | **Trojan** 9:9 | **walking** 5:2 6:25 | | **95** 3:4 9:22 |
| **take** 6:17 7:19 | **trucks** 6:12 | **want** 2:19 4:14 | **0** | |
| **taken** 13:10 | **true** 8:25 | 7:19 | | |
| **talk** 12:22 | **Trump** 2:23 4:12 | **warning** 12:13 | **1** | |
| **talking** 13:6,8 | 5:12,25 8:19 | **Warren** 3:10 | **1** 1:12 4:22 | |
| **TCF** 4:18,23 6:19 | 11:7,9,14 13:12 | **wasn't** 5:25 | **1.3** 8:18 | |
| **team** 13:12 | **trying** 2:8 10:13 | **watchers** 6:14 | **1/1/2020** 6:3 | |
| **tell** 3:23 | **Tump** 13:12 | **way** 2:22 4:12 | **10** 5:1 10:20 11:2 | |
| **telling** 4:2 | **turned** 4:9 | 10:9 12:4 | **100** 5:8 11:22 | |
| **Terri** 15:2,16 | **turnout** 11:21 | **Wayne** 11:5 | **101** 15:19 | |
| **tested** 7:24 | 12:10 | **we're** 2:5 4:15 | **140,000** 11:7 | |
| | | 13:5,8,13 | | |

# Exhibit A-13

1
2
3
4
5
6
7
8
9
10
11
12            CERTIFIED TRANSCRIPTION OF
13                 DECEMBER 3, 2020
14  IN FOCUS WITH STEPHANIE HAMILL SEGMENT
15
16
17
18
19
20
21
22
23
24
25

In Focus With Stephanie Hamill Segment - December 3, 2020

1          (Recording begins.)

2          PRESIDENT TRUMP:  President, I have no

3   higher duty than to defend the laws and the Constitution

4   of the United States.  That is why I am determined to

5   protect our election system, which is now under

6   coordinated assault and siege.  For months leading up to

7   the presidential election, we were warned that we should

8   not declare a premature victory.  We were told

9   repeatedly that it would take weeks, if not months, to

10  determine the winner, to count the absentee ballots and

11  to verify the results.

12          My opponent was told to stay away from the

13  election.  Don't campaign.  We don't need you, we've got

14  it.  This election is done.  In fact, they were acting

15  like they already knew what the outcome was going to be.

16  They had it covered, and perhaps they did, very sadly

17  for our country.

18          MS. HAMILL:  Hello, everyone.  I'm

19  Stephanie Hamill.  Welcome to In Focus.  President Trump

20  is pressing forward with his fight, contesting the

21  results of the 2020 presidential election.  In a

22  45-minute address to the nation, the president laid out

23  allegations of widespread voter fraud and voting

24  irregularities reported from coast to coast.  He's also

25  promising to present the evidence of mass fraud in

In Focus With Stephanie Hamill Segment - December 3, 2020

1   court.

2           Meantime, in Michigan, President Trump's

3   attorney, former New York City mayor, Rudy Giuliani

4   testified before the Michigan House Oversight Committee.

5   He also called on several witnesses who gave their

6   personal accounts on what they experienced on election

7   night.  Keep in mind, these folks signed affidavits and

8   swore to the truth under the threat of penalty for

9   perjury.

10          UNIDENTIFIED WITNESS 1:  Around 4:30 a.m.,

11  we had an announcement that a new shipment of ballots

12  were arriving.  Each box had approximate 600 ballots,

13  and it was like a full -- what you have to know is that

14  these tables -- there's about seven tables.  They were

15  ten-foot tables each.  Every table was full of boxes of

16  ballots.  It's not 10's of thousands or 20 thousands.  I

17  approximate 50,000 ballots were brought in.

18          Now, were all of those ballots brought in

19  from the rear entrance of the TCF center?  I don't know.

20  They were brought in from the TCF center, but they

21  were -- there was a lot more than just the ones that

22  were brought in from the T- -- the rear entrance of the

23  TCF center.  And I'm talking this is the 6:00 a.m. --

24  this is when we're starting at 6:00 a.m., the 4:35 a.m.

25  It was 50,000 ballots on the table.

1    UNIDENTIFIED WITNESS 2:  I know for a fact
2  there was illegal activity going on there.  People have
3  pictures of people carrying ballots out of that place.
4  There is pictures of vans full of ballots coming out of
5  that place.
6    UNIDENTIFIED WITNESS 3:  Lots of the time,
7  you will see a ballot has been already send to that
8  voter, but when they come to you, they -- they said, I
9  never requested a ballot.  I never received any ballot,
10  I never requested for a ballot, can I vote now?  I'm
11  here, I want to vote now.  I said, Of course, I mean, I
12  can spoil the ballot, then you can -- I can issue
13  another ballot and you can vote.
14    So I have done that many times.  But for
15  the -- that was -- I was instructed to do like that.
16    MS. HAMILL:  There are now hundreds of
17  affidavits sworn under pental [sic] -- penalty of
18  perjury detailing widespread voter fraud.  Those who get
19  their news from the mainstream media have no idea.
20    Joining me now from Washington, D.C.,
21  president of Judicial Watch, Tom Fitton.  Tom, thanks
22  for joining us.  Tom, I find it really incredible.  I
23  mean, it's hard to even find these hearings live.  It's
24  like none of the networks even bothered to run these
25  hearings when there's so much damning information, and

In Focus With Stephanie Hamill Segment - December 3, 2020

1  these witnesses who are so brave to come forward,

2  explaining what they witnessed on election night.  And

3  One America News, basically, is one of the only networks

4  that even bothered to run these hearings live.

5         MR. FITTON:  I mean, if Joe Biden were

6  pushing this angle, it would be floored, you know,

7  morning-to-night coverage, on all networks.  They'd have

8  a select committee out of Congress.  And as you point

9  out, this is information.  "The big media," as I call

10 it, doesn't want the American people to see, which is --

11 and I think the president is fundamentally right on

12 this.  We had this attack on clean elections through

13 this mail-in ballot scheme.  All this was foreseeable,

14 and they broke the rules, they broke the law, the

15 evidence suggests, in a way that puts the alleged result

16 that Joe Biden won these battleground states into --

17 into severe question.

18         MS. HAMILL:  Yeah.  And so we're told over

19 and over again, the narrative is that there was no voter

20 fraud, nothing to see here.  In fact, we were told this

21 was, like, one of the safest elections ever, which is

22 kind of hard to believe.  But I don't know how much more

23 evidence that they want.  I mean, we have the

24 statistical evidence, we have the people who signed the

25 affidavits.  I mean, they could face a lot of trouble

1  for lying.

2              And so these are just regular, everyday

3  Americans who do have a lot to lose, and they know what

4  happens to people who come forward and speak out,

5  whether it's people in the Trump orbit or even some of

6  the restaurants and business owners who speak out

7  against COVID restrictions, they come and get shut down

8  and their liquor license is taken.

9              MR. FITTON:  Well, that's a good point,

10 Steph.  They -- it -- it doesn't matter what the leftist

11 media narrative is.  If you're at a -- if you have a

12 dissenting point of view, if you have facts and

13 evidence, no matter how well-founded, they don't care.

14 They'll either ignore it, or in the case of big tech,

15 they'll suppress it and falsely label it and censor it.

16             So this is a major -- this is a big hill

17 the president has to climb, even -- even with the powers

18 of the presidency and the platform he has.  Thankfully,

19 the State legislators and State legislatures at least

20 are investigating this, because they have an independent

21 Constitutional obligation to make sure these elections

22 were -- were good enough in terms of ascertaining what

23 the will of the state was in terms of the voters.

24             And we don't have that assurance, certainly

25 not in these states like Pennsylvania, Michigan,

In Focus With Stephanie Hamill Segment - December 3, 2020

1   Wisconsin, et cetera.

2                   MS. HAMILL:  Yeah.  I'm sure you've been

3   keeping a close eye on these hearings.  They've been

4   hours long for the past few days.  What has stood out to

5   you the most?

6                   MR. FITTON:  The -- the -- the kind of --

7   it -- the -- the arrogance of the local machine

8   politicians and officials who thought they could just do

9   whatever they want and it didn't matter, because it

10  seemed to me they were used to doing whatever they want

11  because no one ever asked them questions before.

12                  And -- and thankfully, we've got concerned

13  citizen, con- -- people who were involved in the process

14  directly who didn't have an axe to grind one way or

15  another, who have come forward to say, This is a mess.

16  This was a mess.  And we can't be confident that these

17  ballots were handled appro- -- handled appropriately.

18                  MS. HAMILL:  Yeah.  President Trump, in his

19  45-minute speech, highlighted his concern for the

20  Dominion.  He was suggesting that maybe we should go

21  back to paper voting.  Is that something that you would

22  support?  Do you think that's a good idea?

23                  MR. FITTON:  Well, we've always had the

24  kind of hybrid mix between paper and machine counting,

25  and there's a difference between machine counting and

In Focus With Stephanie Hamill Segment - December 3, 2020

1  having a -- a network computer election system that

2  could be potentially suspect to nefarious activities,

3  either internally or from external factors.  And I'm not

4  at all confident that our election security is secure

5  enough in terms of someone on the inside being able to

6  manipulate the systems.

7          What I thi- -- thought was very interesting

8  about the whole Hugo Chavez controversy is, it's pretty

9  much clear, and this is based on mainstream reporting

10  before the election, that Chavez had manipulated the

11  election results using electronic computer systems,

12  name- -- namely, Smartmatic in Venezuela.  And it's a

13  fair question to ask whether those result -- whether

14  results using similar systems could be similarly

15  manipulated.

16          It's not to say it happened, but we're not

17  even allowed to ask the question?  Of course, the left

18  had been asking the question, but now it's politically

19  inconvenient, so now we're not allowed to ask it.  It's

20  just unbelievable.

21          MS. HAMILL:  Yeah, we played a video here

22  on the show yesterday of CNN asking questions about

23  Smartmatic and Dominion.  And then also, we had

24  democrats like Senator Elizabeth Warren, who was

25  questioning it before, other folks in the media, even

In Focus With Stephanie Hamill Segment - December 3, 2020

 1   comedians kind of making jokes about it before.  But now
 2   all of a sudden, you can't, like, ask about it.  They
 3   want to write you off as a conspiracy theorist.
 4   You're -- you're just not allowed to do it.
 5             I wanted to get your thoughts on the -- the
 6   Stop the Steal rally in Georgia.  Some are
 7   questioning -- I don't know if you personally know Lin
 8   Wood, the Trump attorney.  Do -- some are questioning
 9   his motives, suggesting that he's, like, su- --
10   supported Democrats in the past, and they were upset
11   that he was calling on Republicans to not vote in the
12   Senate runoffs.
13             MR. FITTON:  Look, I -- you know, I -- I'm
14   not getting involved in whether to vote for or against
15   any candidate as head of Judicial Watch.  People are
16   going to say what they're going to say.  My view is that
17   Georgia should fix its system, do its best to limit vote
18   by mail because we know it's more susceptible to fraud.
19   You're more likely to have your vote intercepted,
20   miscounted, thrown out.  And it's a bad policy.  And we
21   should have less of it rather than more of it.
22             And I'm hoping that this new election in
23   January is an opportunity for election officials in
24   Georgia to clean it up a bit.  People should be
25   encouraged to vote in person.  Vote by mail is a menace

In Focus With Stephanie Hamill Segment - December 3, 2020

1  to free and fair election.

2              MS. HAMILL:  Yeah.

3              MR. FITTON:  We're seeing that all over the

4  country now.  The left knew that was the case, and we

5  can't be confident that voter fraud is sufficiently kept

6  out of the process when you vote by mail.  And anyone

7  who tells you otherwise is lying about the expert

8  opinion on vote by mail, because prior to it being

9  politically convenient by the left, every election

10  expert knew vote by mail was more susceptible to fraud,

11  was virtually unchecked in terms of being able to figure

12  out who was voting and under what circumstances they

13  were voting.  It's an awful process that we should be --

14  we should throw it out the window.

15              MS. HAMILL:  Yeah.  And just to be clear,

16  that was Breitbart who did the report on Lin Wood,

17  suggesting that he had voted for Democrats and donated

18  to their campaigns for decades.  I have not reached out

19  to Lin Wood, so I don't know what his voting past or

20  donation past is.

21              MR. FITTON:  I mean, good.  You know, you

22  have people who vote for Democrats --

23              MS. HAMILL:  Yeah.

24              MR. FITTON:  -- and then vote for

25  Republicans.  I don't know.

In Focus With Stephanie Hamill Segment - December 3, 2020

1              MS. HAMILL:  Yeah.  Either way --

2              MR. FITTON:  I know --

3              MS. HAMILL:  -- I -- I see where he's

4    coming from and his --

5              MR. FITTON:  I'm more concerned about his

6    legal claims than his political outlook.

7              MS. HAMILL:  Yeah.  And I -- I see where

8    he's coming from, is that in Georgia, they have to make

9    sure that there is a free and fair election.  And there

10   was a lot of question on what happened on November 3rd

11   there.  And so they're suggesting that it needs to be

12   fixed -- not suggesting.  They're demanding it be fixed

13   before this next election.  And at the end of the day, I

14   just -- I don't think that Republicans should stay home.

15   Republicans need to go and vote, and all hands on deck

16   for this -- for these races.  It's so critical for our

17   country.

18             MR. FITTON:  Well, certainly, it's going to

19   be very interesting to see what happens in the Senate

20   next year, no matter who becomes president on -- in

21   January of next year, because the left has a big agenda,

22   and they think they need the full Senate to -- or the --

23   if they have the full Senate, will be more easily

24   attainable.

25             On the other hand, if President Trump

1  remains the president, it -- it could change the
2  equation quite dramatically, no matter what happens in
3  the Senate.
4          MS. HAMILL:  Yeah.  I want to shift gears
5  here really quickly and get your reaction to this.
6  According to the AP, Barr appointed a special counsel on
7  the Russia probe investigation.  Is this like a day late
8  and a dollar short?
9          MR. FITTON:  I -- you know, I'm just so
10 disappointed with the way the Barr Justice Department
11 and Mr. Durham have handled these corruption
12 investigations.  I don't see any evidence he's
13 investigating anyone of a senior nature.  I'm -- I'm --
14 I'm happy to be proven wrong.  I guess this appointing
15 him as special counsel, to the degree it gives us
16 anything, it probably a- -- almost guarantees we'll get
17 a report.  But, you know, a report isn't going to put
18 anyone in jail.
19         MS. HAMILL:  Yeah.  It's kind of weird,
20 like, a weird announcement.  And like I said, it's a
21 little bit late and --
22         MR. FITTON:  Or he -- he announced it -- he
23 appointed him as special counsel in October.  And that
24 information's been withheld from the American people for
25 a month.  I mean, it's interesting how all these

In Focus With Stephanie Hamill Segment - December 3, 2020

1  decisions by the Justice Department tend to go one way.
2  And it is -- as it -- it isn't in favor of President
3  Trump's rights and full justice for the American people.
4           MS. HAMILL:  Yeah.  It's certainly
5  unfortunate.  Well, Tom, we're going to leave it here.
6  Thank you.
7           MR. FITTON:  You're welcome.  Thanks,
8  Steph.
9           (Recording ends.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1                    C E R T I F I C A T E
2        I, TERRI GARCIA, Certified Shorthand Reporter in
3  and for the State of Texas, certify that the foregoing
4  is a correct transcription from the video recording of
5  the the above-entitled matter.
6        I further certify that I am neither counsel for,
7  related to, nor employed by any of the parties to the
8  action in which this recording was transcribed, and
9  further that I am not financially or otherwise
10 interested in the outcome of the action.
11       I further certify that the transcription fee of
12 $_____ was paid/will be paid in full by
13 _____.
14
15
16       _____
                 Terri Garcia, Texas Certified
17               Shorthand Reporter No. 6581
                 Dickman Davenport, Inc.
18               Firm Registration No. #312
                 4228 North Central Expressway
19               Suite 101
                 Dallas, Texas  75206
20               (214) 855-5100
                 My commission expires:  7-31-25
21
22
23
24
25

In Focus With Stephanie Hamill Segment - December 3, 2020

## A

**a-** 12:16
**a.m** 3:10,23,24
  3:24
**able** 8:5 10:11
**above-entitled**
  14:5
**absentee** 2:10
**accounts** 3:6
**acting** 2:14
**action** 14:8,10
**activities** 8:2
**activity** 4:2
**address** 2:22
**affidavits** 3:7
  4:17 5:25
**agenda** 11:21
**allegations** 2:23
**alleged** 5:15
**allowed** 8:17,19
  9:4
**America** 5:3
**American** 5:10
  12:24 13:3
**Americans** 6:3
**angle** 5:6
**announced** 12:22
**announcement**
  3:11 12:20
**AP** 12:6
**appointed** 12:6
  12:23
**appointing** 12:14
**appro-** 7:17
**appropriately**
  7:17
**approximate**
  3:12,17
**arriving** 3:12
**arrogance** 7:7
**ascertaining** 6:22
**asked** 7:11
**asking** 8:18,22
**assault** 2:6
**assurance** 6:24

**attack** 5:12
**attainable** 11:24
**attorney** 3:3 9:8
**awful** 10:13
**axe** 7:14

## B

**back** 7:21
**bad** 9:20
**ballot** 4:7,9,9,10
  4:12,13 5:13
**ballots** 2:10 3:11
  3:12,16,17,18
  3:25 4:3,4 7:17
**Barr** 12:6,10
**based** 8:9
**basically** 5:3
**battleground**
  5:16
**begins** 2:1
**believe** 5:22
**best** 9:17
**Biden** 5:5,16
**big** 5:9 6:14,16
  11:21
**bit** 9:24 12:21
**bothered** 4:24
  5:4
**box** 3:12
**boxes** 3:15
**brave** 5:1
**Breitbart** 10:16
**broke** 5:14,14
**brought** 3:17,18
  3:20,22
**business** 6:6

## C

**C** 14:1,1
**call** 5:9
**called** 3:5
**calling** 9:11
**campaign** 2:13
**campaigns** 10:18
**candidate** 9:15
**care** 6:13

**carrying** 4:3
**case** 6:14 10:4
**censor** 6:15
**center** 3:19,20,23
**Central** 14:18
**certainly** 6:24
  11:18 13:4
**Certified** 1:12
  14:2,16
**certify** 14:3,6,11
**cetera** 7:1
**change** 12:1
**Chavez** 8:8,10
**circumstances**
  10:12
**citizen** 7:13
**City** 3:3
**claims** 11:6
**clean** 5:12 9:24
**clear** 8:9 10:15
**climb** 6:17
**close** 7:3
**CNN** 8:22
**coast** 2:24,24
**come** 4:8 5:1 6:4
  6:7 7:15
**comedians** 9:1
**coming** 4:4 11:4
  11:8
**commission**
  14:20
**committee** 3:4
  5:8
**computer** 8:1,11
**con-** 7:13
**concern** 7:19
**concerned** 7:12
  11:5
**confident** 7:16
  8:4 10:5
**Congress** 5:8
**conspiracy** 9:3
**Constitution** 2:3
**Constitutional**
  6:21

**contesting** 2:20
**controversy** 8:8
**convenient** 10:9
**coordinated** 2:6
**correct** 14:4
**corruption** 12:11
**counsel** 12:6,15
  12:23 14:6
**count** 2:9
**counting** 7:24,25
**country** 2:17
  10:4 11:17
**course** 4:11 8:17
**court** 3:1
**coverage** 5:7
**covered** 2:16
**COVID** 6:7
**critical** 11:16

## D

**D.C** 4:20
**Dallas** 14:19
**damning** 4:25
**Davenport** 14:17
**day** 11:13 12:7
**days** 7:4
**decades** 10:18
**DECEMBER**
  1:13
**decisions** 13:1
**deck** 11:15
**declare** 2:8
**defend** 2:3
**degree** 12:15
**demanding** 11:12
**democrats** 8:24
  9:10 10:17,22
**Department**
  12:10 13:1
**detailing** 4:18
**determine** 2:10
**determined** 2:4
**Dickman** 14:17
**difference** 7:25
**directly** 7:14

**disappointed**
  12:10
**dissenting** 6:12
**doing** 7:10
**dollar** 12:8
**Dominion** 7:20
  8:23
**donated** 10:17
**donation** 10:20
**dramatically**
  12:2
**Durham** 12:11
**duty** 2:3

## E

**E** 14:1,1
**easily** 11:23
**either** 6:14 8:3
  11:1
**election** 2:5,7,13
  2:14,21 3:6 5:2
  8:1,4,10,11
  9:22,23 10:1,9
  11:9,13
**elections** 5:12,21
  6:21
**electronic** 8:11
**Elizabeth** 8:24
**employed** 14:7
**encouraged** 9:25
**ends** 13:9
**entrance** 3:19,22
**equation** 12:2
**et** 7:1
**everyday** 6:2
**evidence** 2:25
  5:15,23,24 6:13
  12:12
**experienced** 3:6
**expert** 10:7,10
**expires** 14:20
**explaining** 5:2
**Expressway**
  14:18
**external** 8:3

eye 7:3

**F**

F 14:1
face 5:25
fact 2:14 4:1 5:20
factors 8:3
facts 6:12
fair 8:13 10:1
  11:9
falsely 6:15
favor 13:2
fee 14:11
fight 2:20
figure 10:11
financially 14:9
find 4:22,23
Firm 14:18
Fitton 4:21 5:5
  6:9 7:6,23 9:13
  10:3,21,24 11:2
  11:5,18 12:9,22
  13:7
fix 9:17
fixed 11:12,12
floored 5:6
Focus 1:14 2:19
folks 3:7 8:25
foregoing 14:3
foreseeable 5:13
former 3:3
forward 2:20 5:1
  6:4 7:15
fraud 2:23,25
  4:18 5:20 9:18
  10:5,10
free 10:1 11:9
full 3:13,15 4:4
  11:22,23 13:3
  14:12
fundamentally
  5:11
further 14:6,9,11

**G**

Garcia 14:2,16

gears 12:4
Georgia 9:6,17
  9:24 11:8
getting 9:14
Giuliani 3:3
gives 12:15
go 7:20 11:15
  13:1
going 2:15 4:2
  9:16,16 11:18
  12:17 13:5
good 6:9,22 7:22
  10:21
grind 7:14
guarantees 12:16
guess 12:14

**H**

Hamill 1:14 2:18
  2:19 4:16 5:18
  7:2,18 8:21
  10:2,15,23 11:1
  11:3,7 12:4,19
  13:4
hand 11:25
handled 7:17,17
  12:11
hands 11:15
happened 8:16
  11:10
happens 6:4
  11:19 12:2
happy 12:14
hard 4:23 5:22
head 9:15
hearings 4:23,25
  5:4 7:3
Hello 2:18
higher 2:3
highlighted 7:19
hill 6:16
home 11:14
hoping 9:22
hours 7:4
House 3:4

Hugo 8:8
hundreds 4:16
hybrid 7:24

**I**

idea 4:19 7:22
ignore 6:14
illegal 4:2
inconvenient
  8:19
incredible 4:22
independent 6:20
information 4:25
  5:9
information's
  12:24
inside 8:5
instructed 4:15
intercepted 9:19
interested 14:10
interesting 8:7
  11:19 12:25
internally 8:3
investigating
  6:20 12:13
investigation
  12:7
investigations
  12:12
involved 7:13
  9:14
irregularities
  2:24
issue 4:12

**J**

jail 12:18
January 9:23
  11:21
Joe 5:5,16
joining 4:20,22
jokes 9:1
Judicial 4:21
  9:15
justice 12:10 13:1
  13:3

**K**

Keep 3:7
keeping 7:3
kept 10:5
kind 5:22 7:6,24
  9:1 12:19
knew 2:15 10:4
  10:10
know 3:13,19 4:1
  5:6,22 6:3 9:7,7
  9:13,18 10:19
  10:21,25 11:2
  12:9,17

**L**

label 6:15
laid 2:22
late 12:7,21
law 5:14
laws 2:3
leading 2:6
leave 13:5
left 8:17 10:4,9
  11:21
leftist 6:10
legal 11:6
legislators 6:19
legislatures 6:19
license 6:8
limit 9:17
Lin 9:7 10:16,19
liquor 6:8
little 12:21
live 4:23 5:4
local 7:7
long 7:4
Look 9:13
lose 6:3
lot 3:21 5:25 6:3
  11:10
Lots 4:6
lying 6:1 10:7

**M**

machine 7:7,24

7:25

mail 9:18,25 10:6
  10:8,10
mail-in 5:13
mainstream 4:19
  8:9
major 6:16
making 9:1
manipulate 8:6
manipulated
  8:10,15
mass 2:25
matter 6:10,13
  7:9 11:20 12:2
  14:5
mayor 3:3
mean 4:11,23 5:5
  5:23,25 10:21
  12:25
media 4:19 5:9
  6:11 8:25
menace 9:25
mess 7:15,16
Michigan 3:2,4
  6:25
mind 3:7
miscounted 9:20
mix 7:24
month 12:25
months 2:6,9
morning-to-nig...
  5:7
motives 9:9

**N**

name- 8:12
narrative 5:19
  6:11
nation 2:22
nature 12:13
need 2:13 11:15
  11:22
needs 11:11
nefarious 8:2
neither 14:6

**network** 8:1
**networks** 4:24
  5:3,7
**never** 4:9,9,10
**new** 3:3,11 9:22
**news** 4:19 5:3
**night** 3:7 5:2
**North** 14:18
**November** 11:10

**O**

**obligation** 6:21
**October** 12:23
**officials** 7:8 9:23
**ones** 3:21
**opinion** 10:8
**opponent** 2:12
**opportunity** 9:23
**orbit** 6:5
**outcome** 2:15
  14:10
**outlook** 11:6
**Oversight** 3:4
**owners** 6:6

**P**

**paid** 14:12
**paid/will** 14:12
**paper** 7:21,24
**parties** 14:7
**penalty** 3:8 4:17
**Pennsylvania**
  6:25
**pental** 4:17
**people** 4:2,3 5:10
  5:24 6:4,5 7:13
  9:15,24 10:22
  12:24 13:3
**perjury** 3:9 4:18
**person** 9:25
**personal** 3:6
**personally** 9:7
**pictures** 4:3,4
**place** 4:3,5
**platform** 6:18
**played** 8:21

**point** 5:8 6:9,12
**policy** 9:20
**political** 11:6
**politically** 8:18
  10:9
**politicians** 7:8
**potentially** 8:2
**powers** 6:17
**premature** 2:8
**present** 2:25
**presidency** 6:18
**president** 2:2,2
  2:19,22 3:2
  4:21 5:11 6:17
  7:18 11:20,25
  12:1 13:2
**presidential** 2:7
  2:21
**pressing** 2:20
**pretty** 8:8
**prior** 10:8
**probably** 12:16
**probe** 12:7
**process** 7:13 10:6
  10:13
**promising** 2:25
**protect** 2:5
**proven** 12:14
**pushing** 5:6
**put** 12:17
**puts** 5:15

**Q**

**question** 5:17
  8:13,17,18
  11:10
**questioning** 8:25
  9:7,8
**questions** 7:11
  8:22
**quickly** 12:5
**quite** 12:2

**R**

**R** 14:1
**races** 11:16

**rally** 9:6
**reached** 10:18
**reaction** 12:5
**really** 4:22 12:5
**rear** 3:19,22
**received** 4:9
**recording** 2:1
  13:9 14:4,8
**Registration**
  14:18
**regular** 6:2
**related** 14:7
**remains** 12:1
**repeatedly** 2:9
**report** 10:16
  12:17,17
**reported** 2:24
**Reporter** 14:2,17
**reporting** 8:9
**Republicans** 9:11
  10:25 11:14,15
**requested** 4:9,10
**restaurants** 6:6
**restrictions** 6:7
**result** 5:15 8:13
**results** 2:11,21
  8:11,14
**right** 5:11
**rights** 13:3
**Rudy** 3:3
**rules** 5:14
**run** 4:24 5:4
**runoffs** 9:12
**Russia** 12:7

**S**

**sadly** 2:16
**safest** 5:21
**scheme** 5:13
**secure** 8:4
**security** 8:4
**see** 4:7 5:10,20
  11:3,7,19 12:12
**seeing** 10:3
**SEGMENT** 1:14

**select** 5:8
**Senate** 9:12
  11:19,22,23
  12:3
**Senator** 8:24
**send** 4:7
**senior** 12:13
**seven** 3:14
**severe** 5:17
**shift** 12:4
**shipment** 3:11
**short** 12:8
**Shorthand** 14:2
  14:17
**show** 8:22
**shut** 6:7
**sic** 4:17
**siege** 2:6
**signed** 3:7 5:24
**similar** 8:14
**similarly** 8:14
**Smartmatic** 8:12
  8:23
**speak** 6:4,6
**special** 12:6,15
  12:23
**speech** 7:19
**spoil** 4:12
**starting** 3:24
**state** 6:19,19,23
  14:3
**states** 2:4 5:16
  6:25
**statistical** 5:24
**stay** 2:12 11:14
**Steal** 9:6
**Steph** 6:10 13:8
**Stephanie** 1:14
  2:19
**stood** 7:4
**Stop** 9:6
**su-** 9:9
**sudden** 9:2
**sufficiently** 10:5
**suggesting** 7:20

**9:9** 10:17 11:11
  11:12
**suggests** 5:15
**Suite** 14:19
**support** 7:22
**supported** 9:10
**suppress** 6:15
**sure** 6:21 7:2
  11:9
**susceptible** 9:18
  10:10
**suspect** 8:2
**swore** 3:8
**sworn** 4:17
**system** 2:5 8:1
  9:17
**systems** 8:6,11,14

**T**

**T** 14:1,1
**T-** 3:22
**table** 3:15,25
**tables** 3:14,14,15
**take** 2:9
**taken** 6:8
**talking** 3:23
**TCF** 3:19,20,23
**tech** 6:14
**tells** 10:7
**ten-foot** 3:15
**tend** 13:1
**terms** 6:22,23 8:5
  10:11
**Terri** 14:2,16
**testified** 3:4
**Texas** 14:3,16,19
**Thank** 13:6
**thankfully** 6:18
  7:12
**thanks** 4:21 13:7
**theorist** 9:3
**They'd** 5:7
**thi-** 8:7
**think** 5:11 7:22
  11:14,22

In Focus With Stephanie Hamill Segment - December 3, 2020

thought 7:8 8:7
thoughts 9:5
thousands 3:16
  3:16
threat 3:8
throw 10:14
thrown 9:20
time 4:6
times 4:14
told 2:8,12 5:18
  5:20
Tom 4:21,21,22
  13:5
transcribed 14:8
transcription
  1:12 14:4,11
trouble 5:25
Trump 2:2,19 6:5
  7:18 9:8 11:25
Trump's 3:2 13:3
truth 3:8

**U**

unbelievable
  8:20
unchecked 10:11
unfortunate 13:5
UNIDENTIFI...
  3:10 4:1,6
United 2:4
upset 9:10

**V**

vans 4:4
Venezuela 8:12
verify 2:11
victory 2:8
video 8:21 14:4
view 6:12 9:16
virtually 10:11
vote 4:10,11,13
  9:11,14,17,19
  9:25,25 10:6,8
  10:10,22,24
  11:15
voted 10:17

voter 2:23 4:8,18
  5:19 10:5
voters 6:23
voting 2:23 7:21
  10:12,13,19

**W**

want 4:11 5:10
  5:23 7:9,10 9:3
  12:4
wanted 9:5
warned 2:7
Warren 8:24
Washington 4:20
Watch 4:21 9:15
way 5:15 7:14
  11:1 12:10 13:1
we'll 12:16
we're 3:24 5:18
  8:16,19 10:3
  13:5
we've 2:13 7:12
  7:23
weeks 2:9
weird 12:19,20
welcome 2:19
  13:7
well-founded
  6:13
widespread 2:23
  4:18
window 10:14
winner 2:10
Wisconsin 7:1
withheld 12:24
WITNESS 3:10
  4:1,6
witnessed 5:2
witnesses 3:5 5:1
won 5:16
Wood 9:8 10:16
  10:19
write 9:3
wrong 12:14

**X**

**Y**

Yeah 5:18 7:2,18
  8:21 10:2,15,23
  11:1,7 12:4,19
  13:4
year 11:20,21
yesterday 8:22
York 3:3

**Z**

**0**

**1**

1 3:10
10's 3:16
101 14:19

**2**

2 4:1
20 3:16
2020 1:13 2:21
214 14:20

**3**

3 1:13 4:6
312 14:18
3rd 11:10

**4**

4:30 3:10
4:35 3:24
4228 14:18
45-minute 2:22
  7:19

**5**

50,000 3:17,25

**6**

6:00 3:23,24
600 3:12
6581 14:17

**7**

7-31-25 14:20
75206 14:19

**8**

855-5100 14:20

# Exhibit A-14

1

2

3

4

5

6

7

8

9

10

11

12              CERTIFIED TRANSCRIPTION OF

13                 DECEMBER 7, 2020

14   TIPPING POINT WITH KARA MCKINNEY SEGMENT

15

16

17

18

19

20

21

22

23

24

25

Tipping Point With Kara McKinney Segment (December_7_2020) - December 7, 2020

1          (Recording begins.)

2               MS. MCKINNEY:  Do you believe in

3     coincidences?  What if I told you that George Soros is

4     appointing the chairman of the company that owns

5     Smartmatic voting software to be the new president of

6     his Open Society Foundation?  Aside from the alleged

7     connection between Dominion and Smartmatic, the move

8     also clears the way for the current Open Society

9     Foundation's president, Patrick Gaspard, to join a

10    potential Biden Administration as labor secretary.

11              Funny how that all seems to neatly tie

12    together after an election rife with fraud and other

13    irregularities.  With me now to discuss is Michael

14    Johns, the cofounder and leader of the National Tea

15    Party Movement.  Welcome back, Michael.

16              MR. JOHNS:  Kara, good to be with you,

17    thanks.

18              MS. MCKINNEY:  Great.  So we have the

19    Smartmatic chairman moving to the Open Society

20    Foundation and the current head of the Soros Foundation

21    may be eyeing a spot in Biden's potential

22    administration.  What do you make of this reshuffling?

23              MR. JOHNS:  Look, I think we have to look

24    at the Dominion and Smartmatic issues as almost a

25    national crisis.  We have evidence that is both

1   suggestive and some that is indisputable.  Affidavits
2   that have been signed as it relates to the -- the
3   technology and its vulnerability, all sorts of it
4   enormously troubling international ties.  And the
5   dealer, you know we begin to look into this, the more
6   that's being revealed that's hugely suggestive of its
7   vulne- -- both the technical vulnerabilities and also of
8   the issue of -- of its ownership status, which I think
9   is a predominant consideration right now with the
10  $400 million put into the holding company of -- of
11  Dominion by a Chinese communist party and other
12  officials.
13          I mean, so it -- this is like literally
14  the -- the definition of what you would not want to see
15  in American voting system.  And yet, apparently, which
16  is troubling to me, we had 28 states in 2,000
17  jurisdictions in this country who looked at all of the
18  available options and mysteriously concluded that this
19  system was the best option available to them, when there
20  was abundant information available, including multiple
21  reports issued by the state of Texas, regarding the --
22  its susceptibility to manipulation and remote and
23  in-person vote manipulation.  Why --
24          So -- so the question right now, I think,
25  and the challenge right now is where -- you know, what

1  were the considerations that went into the acquisition

2  of this equipment?  And I'm saying that simultaneously

3  to, obviously, all the legal challenges, because it does

4  appear to be that there -- those are credible.

5              But also, what were the -- how would

6  they -- how do we get 2,000 individual jurisdictional

7  decisions to utilize this -- this notoriously flawed and

8  troublingly affiliated company for the purposes of the

9  most important thing our -- in our -- in our freedom,

10  which is our -- our vote.

11              MS. MCKINNEY:  And a lot of people are

12  wondering, where are Republicans?  Is there a crisis in

13  leadership here, almost, that we're only hearing about

14  this now after the election, you know, weeks after the

15  election?  Shouldn't we have been worrying about

16  Dominion and addressing the issue before the election,

17  before November 3rd?

18              MR. JOHNS:  I think this is a real big

19  distinction between, say, how a private sector entity

20  might function and how American politics functioned, in

21  that we get into this really dangerous habit of just

22  somehow apologizing, excusing and constantly pointing

23  the finger at the other side.

24              And clearly, let's acknowledge, it was --

25  you know, there's acts of criminality, alleged

Tipping Point With Kara McKinney Segment (December_7_2020) - December 7, 2020

1   criminality here that are enormously troubling.  But

2   we're not victims and we can't present ourselves as

3   victims.  The position has to be that the Republican

4   Party took in $1.4 billion.  I'm not even talking about

5   the Trump Campaign.  I'm talking about the Republican

6   Party, the GOP, the RNC and its two House and Senate

7   equivalents have $1.4 billion.

8              Where was the leadership of the Republican

9   National Committee while these decisions were being made

10  to acquire this enormously troubling and foreign-owned

11  technology?  It seems to me they could not find, you

12  know, a handful of competent employees to be monitoring

13  these issues?  Because, like, once you have that part of

14  the campaign structure flawed, as we clearly did in

15  2020, you know, literally, everything else doesn't

16  matter.  The messaging doesn't matter, the advertising

17  doesn't matter, the campaign brochures don't matter, the

18  candidates themselves don't matter, what they say

19  doesn't matter.

20             And it seems to -- I -- I think we've had a

21  failure of leadership of the Republican Party.  This

22  won't be the first time.  I'm sort of out front leading

23  on these issues, but that's kind of what I think is

24  needed in this political moment, and that is to say, we

25  need accountability and we were failed by the Republican

1   Party on this.  And no one's asking them the tough

2   questions of where they've been while all of these

3   things were happening.

4               MS. MCKINNEY:  And before I let you go,

5   what does re- -- accountability for the Republican Party

6   look like to you?

7               MR. JOHNS:  Well, I think it -- you know,

8   you look at the par- -- firstly, my advice to anyone on

9   an- -- you know, in any party, but I mean, is, you can

10  fix your party.  It's one of the easiest things to do.

11  Get involved in your party in the local level.

12  Ultimately -- I've been a Republican since age of 18,

13  college, Republicans, all the way back by there.

14               We define what this party is and what it

15  isn't.  We control the -- what -- what the local

16  governance is, what the state government is and

17  ultimately what the -- the national governance is.  So

18  if you're like me and you're looking at this and you see

19  a clear deficiency of leadership, you see a loss of --

20  of the house in 2018, you see a -- a possible loss of

21  the presidency in 2020.  And on top of all that, the

22  fact that nobody was watching the store while these were

23  put into place, I think you have to question whether we

24  were really being well-served by that current

25  leadership.

1          They've had an abundant amount of resources
2  and they've been funded by all of us.  And I think, you
3  know, it's a -- it's a good time to stand up, and -- and
4  I hope that we will have, at least for the head of the
5  Republican National Committee, a contentious -- a range
6  of options and a debate over these issues, because I
7  don't see how you look at this current leadership and
8  feel too confident about the way they've taken things.
9          MS. MCKINNEY:  Bring up -- you raise a lot
10 of valid questions here, Michael John [sic].  Thank you
11 for joining us tonight.
12          MR. JOHNS:  Thank you, Kara.
13          (Recording ends.)
14
15
16
17
18
19
20
21
22
23
24
25

Tipping Point With Kara McKinney Segment (December_7_2020) - December 7, 2020

1                C E R T I F I C A T E
2       I, TERRI GARCIA, Certified Shorthand Reporter in
3  and for the State of Texas, certify that the foregoing
4  is a correct transcription from the video recording of
5  the the above-entitled matter.
6       I further certify that I am neither counsel for,
7  related to, nor employed by any of the parties to the
8  action in which this recording was transcribed, and
9  further that I am not financially or otherwise
10 interested in the outcome of the action.
11      I further certify that the transcription fee of
12 $_____ was paid/will be paid in full by
13 _____.
14
15
16      _____
                 Terri Garcia, Texas Certified
17               Shorthand Reporter No. 6581
                 Dickman Davenport, Inc.
18               Firm Registration No. #312
                 4228 North Central Expressway
19               Suite 101
                 Dallas, Texas  75206
20               (214) 855-5100
                 My commission expires:  7-31-25
21
22
23
24
25

Tipping Point With Kara McKinney Segment (December_7_2020) - December 7, 2020

**A**

above-entitled 8:5
abundant 3:20 7:1
accountability 5:25 6:5
acknowledge 4:24
acquire 5:10
acquisition 4:1
action 8:8,10
acts 4:25
addressing 4:16
administration 2:10,22
advertising 5:16
advice 6:8
Affidavits 3:1
affiliated 4:8
age 6:12
alleged 2:6 4:25
American 3:15 4:20
amount 7:1
an- 6:9
apologizing 4:22
apparently 3:15
appear 4:4
appointing 2:4
Aside 2:6
asking 6:1
available 3:18,19 3:20

**B**

back 2:15 6:13
begins 2:1
believe 2:2
best 3:19
Biden 2:10
Biden's 2:21
big 4:18
billion 5:4,7
Bring 7:9
brochures 5:17

**C**

C 8:1,1
campaign 5:5,14 5:17
candidates 5:18
Central 8:18
Certified 1:12 8:2,16
certify 8:3,6,11
chairman 2:4,19
challenge 3:25
challenges 4:3
Chinese 3:11
clear 6:19
clearly 4:24 5:14
clears 2:8
cofounder 2:14
coincidences 2:3
college 6:13
commission 8:20
Committee 5:9 7:5
communist 3:11
company 2:4 3:10 4:8
competent 5:12
concluded 3:18
confident 7:8
connection 2:7
consideration 3:9
considerations 4:1
constantly 4:22
contentious 7:5
control 6:15
correct 8:4
counsel 8:6
country 3:17
credible 4:4
criminality 4:25 5:1
crisis 2:25 4:12
current 2:8,20 6:24 7:7

**D**

Dallas 8:19
dangerous 4:21
Davenport 8:17
dealer 3:5
debate 7:6
DECEMBER 1:13
decisions 4:7 5:9
deficiency 6:19
define 6:14
definition 3:14
Dickman 8:17
discuss 2:13
distinction 4:19
Dominion 2:7,24 3:11 4:16

**E**

E 8:1,1
easiest 6:10
election 2:12 4:14 4:15,16
employed 8:7
employees 5:12
ends 7:13
enormously 3:4 5:1,10
entity 4:19
equipment 4:2
equivalents 5:7
evidence 2:25
excusing 4:22
expires 8:20
Expressway 8:18
eyeing 2:21

**F**

F 8:1
fact 6:22
failed 5:25
failure 5:21
fee 8:11
feel 7:8
financially 8:9
find 5:11
finger 4:23

**Firm** 8:18
first 5:22
firstly 6:8
fix 6:10
flawed 4:7 5:14
foregoing 8:3
foreign-owned 5:10
Foundation 2:6 2:20,20
Foundation's 2:9
fraud 2:12
freedom 4:9
front 5:22
full 8:12
function 4:20
functioned 4:20
funded 7:2
Funny 2:11
further 8:6,9,11

**G**

Garcia 8:2,16
Gaspard 2:9
George 2:3
go 6:4
good 2:16 7:3
GOP 5:6
governance 6:16 6:17
government 6:16
Great 2:18

**H**

habit 4:21
handful 5:12
happening 6:3
head 2:20 7:4
hearing 4:13
holding 3:10
hope 7:4
house 5:6 6:20
hugely 3:6

**I**

important 4:9

**in-person** 3:23
including 3:20
indisputable 3:1
individual 4:6
information 3:20
interested 8:10
international 3:4
involved 6:11
irregularities 2:13
issue 3:8 4:16
issued 3:21
issues 2:24 5:13 5:23 7:6

**J**

John 7:10
Johns 2:14,16,23 4:18 6:7 7:12
join 2:9
joining 7:11
jurisdictional 4:6
jurisdictions 3:17

**K**

Kara 1:14 2:16 7:12
kind 5:23
know 3:5,25 4:14 4:25 5:12,15 6:7,9 7:3

**L**

labor 2:10
leader 2:14
leadership 4:13 5:8,21 6:19,25 7:7
leading 5:22
legal 4:3
let's 4:24
level 6:11
literally 3:13 5:15
local 6:11,15
look 2:23,23 3:5 6:6,8 7:7

looked 3:17
looking 6:18
loss 6:19,20
lot 4:11 7:9

**M**

manipulation
3:22,23
matter 5:16,16
5:17,18,19
8:5
**MCKINNEY**
1:14 2:2,18
4:11 6:4 7:9
mean 3:13 6:9
messaging 5:16
Michael 2:13,15
7:10
million 3:10
moment 5:24
monitoring 5:12
move 2:7
Movement 2:15
moving 2:19
multiple 3:20
mysteriously
3:18

**N**

national 2:14,25
5:9 6:17 7:5
neatly 2:11
need 5:25
needed 5:24
neither 8:6
new 2:5
North 8:18
notoriously 4:7
November 4:17

**O**

obviously 4:3
officials 3:12
once 5:13
one's 6:1
Open 2:6,8,19

option 3:19
options 3:18 7:6
outcome 8:10
ownership 3:8
owns 2:4

**P**

paid 8:12
paid/will 8:12
par- 6:8
part 5:13
parties 8:7
party 2:15 3:11
5:4,6,21 6:1,5,9
6:10,11,14
Patrick 2:9
people 4:11
place 6:23
POINT 1:14
pointing 4:22
political 5:24
politics 4:20
position 5:3
possible 6:20
potential 2:10,21
predominant 3:9
present 5:2
presidency 6:21
president 2:5,9
private 4:19
purposes 4:8
put 3:10 6:23

**Q**

question 3:24
6:23
questions 6:2
7:10

**R**

R 8:1
raise 7:9
range 7:5
re- 6:5
real 4:18
really 4:21 6:24

recording 2:1
7:13 8:4,8
regarding 3:21
Registration 8:18
related 8:7
relates 3:2
remote 3:22
Reporter 8:2,17
reports 3:21
Republican 5:3,5
5:8,21,25 6:5
6:12 7:5
Republicans 4:12
6:13
reshuffling 2:22
resources 7:1
revealed 3:6
rife 2:12
right 3:9,24,25
RNC 5:6

**S**

saying 4:2
secretary 2:10
sector 4:19
see 3:14 6:18,19
6:20 7:7
SEGMENT 1:14
Senate 5:6
Shorthand 8:2,17
sic 7:10
side 4:23
signed 3:2
simultaneously
4:2
Smartmatic 2:5,7
2:19,24
Society 2:6,8,19
software 2:5
Soros 2:3,20
sort 5:22
sorts 3:3
spot 2:21
stand 7:3
state 3:21 6:16
8:3

states 3:16
status 3:8
store 6:22
structure 5:14
suggestive 3:1,6
Suite 8:19
susceptibility
3:22
system 3:15,19

**T**

T 8:1,1
taken 7:8
talking 5:4,5
Tea 2:14
technical 3:7
technology 3:3
5:11
Terri 8:2,16
Texas 3:21 8:3,16
8:19
Thank 7:10,12
thanks 2:17
thing 4:9
things 6:3,10 7:8
think 2:23 3:8,24
4:18 5:20,23
6:7,23 7:2
tie 2:11
ties 3:4
time 5:22 7:3
TIPPING 1:14
told 2:3
tonight 7:11
top 6:21
tough 6:1
transcribed 8:8
transcription
1:12 8:4,11
troubling 3:4,16
5:1,10
troublingly 4:8
Trump 5:5
two 5:6

**U**

ultimately 6:12
6:17
utilize 4:7

**V**

valid 7:10
victims 5:2,3
video 8:4
vote 3:23 4:10
voting 2:5 3:15
vulne- 3:7
vulnerabilities
3:7
vulnerability 3:3

**W**

want 3:14
watching 6:22
way 2:8 6:13 7:8
we're 4:13 5:2
we've 5:20
weeks 4:14
Welcome 2:15
well-served 6:24
went 4:1
wondering 4:12
worrying 4:15

**X**

**Y**

**Z**

**0**

**1**

1.4 5:4,7
101 8:19
18 6:12

**2**

2,000 3:16 4:6
2018 6:20
2020 1:13 5:15
6:21
214 8:20

Tipping Point With Kara McKinney Segment (December_7_2020) - December 7, 2020

**28** 3:16

**3**

**312** 8:18
**3rd** 4:17

**4**

**400** 3:10
**4228** 8:18

**5**

**6**

**6581** 8:17

**7**

**7** 1:13
**7-31-25** 8:20
**75206** 8:19

**8**

**855-5100** 8:20

# Exhibit A-15

1

2

3

4

5

6

7

8

9

10

11     CERTIFIED TRANSCRIPTION OF

12   FEBRUARY 5, 2021 REAL AMERICA

13       WITH DAN BALL SEGMENT

14

15

16

17

18

19

20

21

22

23

24

25

Real America with Dan Ball Segment - February 5, 2021

1                    (Recording begins.)

2                    MR. BALL:  So joining me now, the CEO of My

3    Pillow, Mike Lindell, to wrap our show up today.  Mike, we're

4    going to be airing this Absolute Proof two-hour documentary.

5    It just aired before this program, it's going to air all

6    weekend long.  You paid for this.

7                    These aren't the views we're expressing on this

8    network, but my opinion is, my personal one's, Dan Ball, the

9    host, because I can have an opinion, it's called free speech,

10   is that, yeah, there was election and voter fraud.  The major

11   network's even said there was, they just said "not enough to

12   overturn it."

13                   But that's the question.  We don't know if

14   there's enough because they've never let us investigate and see

15   the servers and see the machines and see the ballots and the

16   envelopes.  So tell folks if they didn't view it yet what

17   they're going to see in this two-hour documentary that you

18   produced.

19                   MR. LINDELL:  What they're going to see is

20   something they've never heard before and never seen, and that's

21   cyber forensics footprints, they're going to -- they're going

22   to see in there which country it came from, the ID of the

23   computer, the IP address where it came over here.  They have IP

24   address of their computer it broke into here, the actual ID

25   number of the computer, and then how many votes were flipped,

Real America with Dan Ball Segment - February 5, 2021

1   whether they got in or not.

2              It's a cyber footprint.  It's what the
3   government uses when they -- if you did an investigation, this
4   is what you'd be looking for for that night.  We have them from
5   November 1st all the way through the election.  It shows the --
6   a massive attack on our country by China and other countries.
7   China did 60 percent of this.  It was all done through Dominion
8   machines and -- and Smartmatic machines.  That was the tool
9   they used.

10             And you know, you said it before there right at
11  the top of the show here, since I launched this today, YouTube
12  took it down, Vimeo took it down.  Google put out this story --
13  this -- this hog story about inventing a pillow or some- -- or
14  coming up with a pill to suppress all the -- if you search my
15  Lindell reco- -- or MichaelJLindell.com where we put up the
16  site, what they do is they push that down so you don't see it.

17             MR. BALL:  Uh-huh.

18             MR. LINDELL:  But I just bought their a- -- I
19  just bought their AdWords.  I mean, we're putting new stuff up.
20  You can't suppress it.  10 million people so far have watched
21  this documentary around the world.  They're telling me off --
22  over in Australia and stuff, they're even trying to take it
23  down there.  What?  That's kind of strange, huh?

24             MR. BALL:  Yeah.

25             MR. LINDELL:  You know, but you -- you watch

Real America with Dan Ball Segment - February 5, 2021

1  this and you will -- by the -- you watch this, you will see --
2  you will see the experts that were there, the government
3  insiders that were there, generals, colonels, these guys are
4  all there.  These were -- this evidence came out very late.  It
5  ca- -- I got a -- I just got it January 9th.  You know,
6  January 9th.  That's why they're going, Well, why did this come
7  out late?  Because we all know the election was stole, it's
8  just that they kept this down.
9              And boy, you mention a machine, it's like, what?
10  And I've told Dominion, sue me.  You know, now it's too late.
11  Everybody knows about it now.
12              MR. BALL:  Well, yeah.  They just sued Fox
13  for -- Fox and some of their hosts, like, that do what I do,
14  talk shows, for 2.7 billion yesterday --
15              MR. LINDELL:  Yeah.
16              MR. BALL:  -- coming from Smartmatic, right, and
17  Dominion --
18              MR. LINDELL:  Right.
19              MR. BALL:  -- because they're -- they're pissed
20  off.
21              MR. LINDELL:  Yeah, yeah.  No, no, no.  That's
22  fake.  What -- that's fake.  I guarantee you they didn't sue
23  them.  That's all smoke and mirror.  That's to scare other
24  people not to talk about Dominion and Smartmatic.
25              MR. BALL:  Uh-huh.

Real America with Dan Ball Segment - February 5, 2021

1          MR. LINDELL:  Did you see the lawsuit?  Did

2  anybody see it?  You know, everybody that I've -- Dominion

3  hasn't sued me.  They go, Oh, Mike, they're suing you.  No,

4  they don't.  Yesterday, Dominion, they sent me a letter and it

5  said, Now, if you're going to have these people in your

6  documentary, these have all been discredited.  Not one person

7  is in my documentary that was on that list.

8          So anybody out there, this is real evidence, 100

9  percent proof.  I wouldn't be doing all this if I -- if I

10  thought it wasn't 100 percent.  It's 100 percent.

11          MR. BALL:  Yeah.

12          MR. LINDELL:  Just go watch the -- watch it on

13  your show, watch it on OAN.  You know what --

14          MR. BALL:  So Mike, all we did too -- and we --

15  we ran a promo today, just saying it was going to be on our

16  air, and they -- they suspended our Twitter account for 12

17  hours.  I think it's back up now, but it -- down for 12 hours

18  just because we put a ad saying that you bought time, you're

19  running this documentary, it's all you, and we put it on

20  Twitter and, bang, we got suspended, and they said because it

21  could incite violence.  That was their excuse, we could incite

22  violence.

23          MR. LINDELL:  Right.  Right.

24          MR. BALL:  I gotta end with this.  You briefly

25  touched on it right there.  David Hogg, I'm not going to say

Real America with Dan Ball Segment - February 5, 2021

1  anything about this young man that is negative because he was
2  at the school when the shooting happened in Parkland.  But he
3  has become a big activist, a big antigun guy.  There's a
4  picture of him.  And you just mentioned it.  He now, all of a
5  sudden yesterday, said he's going to start a pillow company to
6  combat your pillow company --
7             MR. LINDELL:  Now, guys -- guys -- no.  Don't
8  even give him airtime.  That's not him.  They're doing this to
9  suppress the truth about the election --
10            MR. BALL:  Right.
11            MR. LINDELL:  -- fraud.
12            MR. BALL:  That's what I wanted you to get out
13  there, that it's fake.
14            MR. LINDELL:  They're doing it -- they're
15  doing -- it's fake.  He's not doing that.  I'm not even giving
16  it time.  I haven't even responded.  Nobody should.  It's fake.
17  He's -- that's just so they push down the big story is, guess
18  what, 100 percent we have the election fraud.  Watch my --
19  watch my video, watch my documentary and you too will go, what?
20  And what -- what are people going to do about it because this
21  is -- you -- there's no statute of limitations on something
22  about a crime against humanity.  That's what this was.  The
23  whole world's watching.
24            MR. BALL:  Yep.  All right.  It is Absolute
25  Proof.  It's going to air several times on OAN Network.  Again,

Real America with Dan Ball Segment - February 5, 2021

1  Mike Lindell produced it solely, put it out there.  And like I
2  said, Mike, the reason I invited you on, I'm not going to read
3  some statement like Newsmax did or get up and walk off because
4  I don't agree with you, because that's a bunch of crap.  If you
5  can't stand the heat, get out of the kitchen, Mr. Sellers.
6                    MR. LINDELL:  Right.
7                    MR. BALL:  I commend you for pushing forward
8  and -- with your right to free speech.  So I want to watch this
9  weekend and we'll chat next week as well.  Mike, you take care
10 and have a good weekend.  Okay?
11                   MR. LINDELL:  Yeah.  Thank you.  Thanks, guys.
12 God bless.  Thanks.
13                   (Recording ends.)
14
15
16
17
18
19
20
21
22
23
24
25

Real America with Dan Ball Segment - February 5, 2021

```
 1                   C E R T I F I C A T E
 2       I, TERRI GARCIA, Certified Shorthand Reporter in and for
 3   the State of Texas, certify that the foregoing is a correct
 4   transcription from the video recording of the the
 5   above-entitled matter.
 6       I further certify that I am neither counsel for, related
 7   to, nor employed by any of the parties to the action in which
 8   this recording was transcribed, and further that I am not
 9   financially or otherwise interested in the outcome of the
10   action.
11       I further certify that the transcription fee of
12   $_____ was paid/will be paid in full by
13   _____.
14
15
16             _____
17             Terri Garcia, Texas Certified
               Shorthand Reporter No. 6581
18             Dickman Davenport, Inc.
               Firm Registration No. #312
19             4228 North Central Expressway
               Suite 101
20             Dallas, Texas  75206
               (214) 855-5100
21             My commission expires:  7-31-25
22
23
24
25
```

Real America with Dan Ball Segment - February 5, 2021

| A | | | | |
|---|---|---|---|---|

**A**

a- 3:18
above-entitled 8:5
Absolute 2:4 6:24
account 5:16
action 8:7,10
activist 6:3
actual 2:24
ad 5:18
address 2:23,24
AdWords 3:19
agree 7:4
air 2:5 5:16 6:25
aired 2:5
airing 2:4
airtime 6:8
AMERICA 1:12
antigun 6:3
anybody 5:2,8
attack 3:6
Australia 3:22

**B**

back 5:17
Ball 1:13 2:2,8
  3:17,24 4:12,16
  4:19,25 5:11,14
  5:24 6:10,12,24
  7:7
ballots 2:15
bang 5:20
begins 2:1
big 6:3,3,17
billion 4:14
bless 7:12
bought 3:18,19
  5:18
boy 4:9
briefly 5:24
broke 2:24
bunch 7:4

**C**

C 8:1,1

**ca-** 4:5
called 2:9
care 7:9
Central 8:18
CEO 2:2
Certified 1:11
  8:2,16
certify 8:3,6,11
chat 7:9
China 3:6,7
colonels 4:3
combat 6:6
come 4:6
coming 3:14 4:16
commend 7:7
commission 8:20
company 6:5,6
computer 2:23
  2:24,25
correct 8:3
counsel 8:6
countries 3:6
country 2:22 3:6
crap 7:4
crime 6:22
cyber 2:21 3:2

**D**

Dallas 8:19
Dan 1:13 2:8
Davenport 8:17
David 5:25
Dickman 8:17
discredited 5:6
documentary 2:4
  2:17 3:21 5:6,7
  5:19 6:19
doing 5:9 6:8,14
  6:15,15
Dominion 3:7
  4:10,17,24 5:2
  5:4

**E**

E 8:1,1
election 2:10 3:5

4:7 6:9,18
employed 8:7
ends 7:13
envelopes 2:16
everybody 4:11
  5:2
evidence 4:4 5:8
excuse 5:21
experts 4:2
expires 8:20
expressing 2:7
Expressway 8:18

**F**

F 8:1
fake 4:22,22 6:13
  6:15,16
far 3:20
FEBRUARY
  1:12
fee 8:11
financially 8:9
Firm 8:18
flipped 2:25
folks 2:16
footprint 3:2
footprints 2:21
foregoing 8:3
forensics 2:21
forward 7:7
Fox 4:12,13
fraud 2:10 6:11
  6:18
free 2:9 7:8
full 8:12
further 8:6,8,11

**G**

Garcia 8:2,16
generals 4:3
give 6:8
giving 6:15
go 5:3,12 6:19
God 7:12
going 2:4,5,17,19
  2:21,21 4:6 5:5

5:15,25 6:5,20
6:25 7:2
good 7:10
Google 3:12
gotta 5:24
government 3:3
  4:2
guarantee 4:22
guess 6:17
guy 6:3
guys 4:3 6:7,7
  7:11

**H**

happened 6:2
heard 2:20
heat 7:5
hog 3:13
Hogg 5:25
host 2:9
hosts 4:13
hours 5:17,17
huh 3:23
humanity 6:22

**I**

ID 2:22,24
incite 5:21,21
insiders 4:3
interested 8:9
inventing 3:13
investigate 2:14
investigation 3:3
invited 7:2
IP 2:23,23

**J**

January 4:5,6
joining 2:2

**K**

kept 4:8
kind 3:23
kitchen 7:5
know 2:13 3:10
  3:25 4:5,7,10

5:2,13
knows 4:11

**L**

late 4:4,7,10
launched 3:11
lawsuit 5:1
letter 5:4
limitations 6:21
Lindell 2:3,19
  3:15,18,25 4:15
  4:18,21 5:1,12
  5:23 6:7,11,14
  7:1,6,11
list 5:7
long 2:6
looking 3:4

**M**

machine 4:9
machines 2:15
  3:8,8
major 2:10
man 6:1
massive 3:6
matter 8:5
mean 3:19
mention 4:9
mentioned 6:4
MichaelJLinde...
  3:15
Mike 2:3,3 5:3,14
  7:1,2,9
million 3:20
mirror 4:23

**N**

negative 6:1
neither 8:6
network 2:8 6:25
network's 2:11
never 2:14,20,20
new 3:19
Newsmax 7:3
night 3:4
North 8:18

**Real America with Dan Ball Segment - February 5, 2021**

**November** 3:5
**number** 2:25

**O**
**OAN** 5:13 6:25
**Oh** 5:3
**Okay** 7:10
**one's** 2:8
**opinion** 2:8,9
**outcome** 8:9
**overturn** 2:12

**P**
**paid** 2:6 8:12
**paid/will** 8:12
**Parkland** 6:2
**parties** 8:7
**people** 3:20 4:24
    5:5 6:20
**percent** 3:7 5:9
    5:10,10 6:18
**person** 5:6
**personal** 2:8
**picture** 6:4
**pill** 3:14
**pillow** 2:3 3:13
    6:5,6
**pissed** 4:19
**produced** 2:18
    7:1
**program** 2:5
**promo** 5:15
**proof** 2:4 5:9
    6:25
**push** 3:16 6:17
**pushing** 7:7
**put** 3:12,15 5:18
    5:19 7:1
**putting** 3:19

**Q**
**question** 2:13

**R**
**R** 8:1
**ran** 5:15

**read** 7:2
**real** 1:12 5:8
**reason** 7:2
**reco-** 3:15
**recording** 2:1
    7:13 8:4,8
**Registration** 8:18
**related** 8:6
**Reporter** 8:2,17
**responded** 6:16
**right** 3:10 4:16
    4:18 5:23,23,25
    6:10,24 7:6,8
**running** 5:19

**S**
**saying** 5:15,18
**scare** 4:23
**school** 6:2
**search** 3:14
**see** 2:14,15,15,17
    2:19,22 3:16
    4:1,2 5:1,2
**seen** 2:20
**SEGMENT** 1:13
**Sellers** 7:5
**sent** 5:4
**servers** 2:15
**shooting** 6:2
**Shorthand** 8:2,17
**show** 2:3 3:11
    5:13
**shows** 3:5 4:14
**site** 3:16
**Smartmatic** 3:8
    4:16,24
**smoke** 4:23
**solely** 7:1
**some-** 3:13
**speech** 2:9 7:8
**stand** 7:5
**start** 6:5
**State** 8:3
**statement** 7:3
**statute** 6:21

**stole** 4:7
**story** 3:12,13
    6:17
**strange** 3:23
**stuff** 3:19,22
**sudden** 6:5
**sue** 4:10,22
**sued** 4:12 5:3
**suing** 5:3
**Suite** 8:19
**suppress** 3:14,20
    6:9
**suspended** 5:16
    5:20

**T**
**T** 8:1,1
**take** 3:22 7:9
**talk** 4:14,24
**tell** 2:16
**telling** 3:21
**Terri** 8:2,16
**Texas** 8:3,16,19
**Thank** 7:11
**Thanks** 7:11,12
**think** 5:17
**thought** 5:10
**time** 5:18 6:16
**times** 6:25
**today** 2:3 3:11
    5:15
**told** 4:10
**tool** 3:8
**top** 3:11
**touched** 5:25
**transcribed** 8:8
**transcription**
    1:11 8:4,11
**truth** 6:9
**trying** 3:22
**Twitter** 5:16,20
**two-hour** 2:4,17

**U**
**Uh-huh** 3:17
    4:25

**uses** 3:3

**V**
**video** 6:19 8:4
**view** 2:16
**views** 2:7
**Vimeo** 3:12
**violence** 5:21,22
**voter** 2:10
**votes** 2:25

**W**
**walk** 7:3
**want** 7:8
**wanted** 6:12
**wasn't** 5:10
**watch** 3:25 4:1
    5:12,12,13 6:18
    6:19,19 7:8
**watched** 3:20
**watching** 6:23
**way** 3:5
**we'll** 7:9
**we're** 2:3,7 3:19
**week** 7:9
**weekend** 2:6 7:9
    7:10
**world** 3:21
**world's** 6:23
**wouldn't** 5:9
**wrap** 2:3

**X**

**Y**
**yeah** 2:10 3:24
    4:12,15,21,21
    5:11 7:11
**Yep** 6:24
**yesterday** 4:14
    5:4 6:5
**young** 6:1
**YouTube** 3:11

**Z**

**0**

**1**
**10** 3:20
**100** 5:8,10,10
    6:18
**101** 8:19
**12** 5:16,17
**1st** 3:5

**2**
**2.7** 4:14
**2021** 1:12
**214** 8:20

**3**
**312** 8:18

**4**
**4228** 8:18

**5**
**5** 1:12

**6**
**60** 3:7
**6581** 8:17

**7**
**7-31-25** 8:20
**75206** 8:19

**8**
**855-5100** 8:20

**9**
**9th** 4:5,6

# Exhibit A-16

1
2
3
4
5
6
7
8
9
10
11  **CERTIFIED TRANSCRIPTION OF**
12       **ABSOLUTE PROOF**
13
14
15
16
17
18
19
20
21
22
23
24
25

Absolute Proof - February 5, 2021

1          (Recording begins.)

2              MR. LINDELL:  Hello, everyone.  This is

3    Mike Lindell, the CEO of My Pillow.  As you all know, I

4    have been attacked the last month relentlessly on social

5    media, by newspapers, by TV shows, by -- you name it,

6    I've been attacked.  And myself -- not just myself, but

7    my company.  The boycotts that are going on, box stores

8    are dropping me, social media, they canceled my Twitter.

9    Today they canceled My Pillow's Twitter account, my

10   company's Twitter account.

11             Well, before I was going to get erased

12   completely, we put together this show.  And what you're

13   going to see today is what they don't want you to see,

14   why they're trying to erase me.  And what I've told

15   everyone out there is, you know what, I've seen

16   evidence.  I've been trying since November 4th to

17   prove -- you know, to show what's out there, why -- why

18   are these deviations that happened on election night.

19   Not -- none of it made any sense.

20             So I dove all in with everything I had,

21   resources.  Anytime I heard something that maybe was

22   relevant, I went and said, you know, looked into it, did

23   my own due diligence, had my -- even my own

24   investigation.  Well, on one day, I think it was, like,

25   January 9th, all of a sudden, these pe- -- they brought

Absolute Proof - February 5, 2021

1   me some -- a piece of evidence that's 100 percent proof,
2   it's, like, a -- a print of what -- of inside the
3   machine of the time stamp that showed another country --
4   other countries attacking us, hacking into our election
5   through these machines, and it shows the votes flipped.
6           And I'm going, Wow, I've got to get this
7   out there.  And from that point on, I started putting it
8   out there and that -- that's when they just started
9   attacking me.
10          Well, they obviously are hiding something,
11  and tonight you're going to see what they're hiding.
12  You're going to see on this show -- we have -- we're
13  going to have cyber forensic experts.  We're going to
14  have -- 100 percent, you're going to see all this
15  evidence that by the time you're done seeing it, you're
16  going to go, Wow, 100 percent, it proves exactly what
17  happened, that these machines were used to steal our
18  election by other countries, including China.
19          But I do want to tell you before we get
20  into all that, I want to tell you what I consider -- why
21  I'm so happy today about two miracles that happened
22  these last couple months.  The first miracle was on
23  election night.  And on election night at 11:15 at
24  night, the -- the algorithms of these machines broke,
25  basically broke.  And I'll -- this will be explained

Absolute Proof - February 5, 2021

1  during this show.  But they broke.

2                What that means is, Donald Trump got so

3  many more millions of votes that they didn't expect that

4  they had -- they're going to have to go recalibrate,

5  right?  So that's why all these states shut down.  All

6  of a sudden, they all shut down.  And we're going, What?

7  That's weird.  This has never happened in any other

8  election.  And then we're going, Okay.  Then as the days

9  went on, going, What?  Another -- another week that it

10 takes, you know, like Arizona to count one percent of

11 their vote.  And -- and you see these big spike, like,

12 in Michigan and all these big, you know, votes that were

13 poured in.

14               Nobody understood it, right?  We're --

15 we're like living in this kind of twilight zone during

16 that time.  Well, that is one miracle there because

17 think if that wouldn't have happened.  Think if they

18 would have estimated right and what would have happened

19 is, it would have been just like a normal election, at

20 3:00 in the morning, they would have said, Oh, Biden

21 won, he won by a little bit.  And we would have said,

22 Oh, better luck next time.

23               But because he got so many votes, it broke

24 that and -- and set off this series of events of these

25 deviations.  If that wouldn't have happened, we would

Absolute Proof - February 5, 2021

1  have never been here talking about biggest attack in
2  history, the biggest cyberattack ever, and this is --
3  you know, the American dream would be gone forever
4  because we would have never known, and it would just --
5  you know, using machines, it would have took us over
6  forever.
7               Here comes the second, the second miracle.
8  And with this one, I've got to show you here on the --
9  on the -- on the chart.  I'm going to go through this,
10 and I'm going tell you why this is a miracle.  Okay.
11 What we're going to do here, we're going to go state by
12 state, and we're going to show you what else happened.
13               So here's Arizona.  Okay.  The margin of
14 victory was 10,000 votes that -- that Biden -- they say
15 Biden won.  Now, if we look at this, let's go down the
16 chart here.  Mail-in ballots requiring adjudication,
17 almost 300,000.  What these mean are these are votes
18 that they put through and you're going to learn --
19 you're going to learn all about that during this show,
20 too, what adjudication -- how that works.  But let's
21 just go to the next one.
22               Illegal aliens voting, 36,400 illegal
23 aliens voted.  You see that?  He only lost by 10,000.
24 Well, of course, they can't vote.  Okay.  Donald Trump
25 wins Arizona, right?  We'll just keep going.  Voters

1  registered to a vacant lot, 2,000.  Completed mail-in

2  ballots received the day before the ballots were even

3  mailed, they got twen- -- or 22,000 ballots back in

4  Arizona before they had even mailed the ballots out.

5  What?  That's kind of bizarre, right?

6              Okay.  Keep going.  Down here, Maricopa

7  County electronic adjudicated ballots, 103,000 votes

8  loaded before opening of polls.  So the votes were even

9  loaded.  They were already in there before the polls

10 even opened, 50,000.  Okay, let's just -- you see all

11 that.  Let's go to the next state here.  I'm going to

12 skip Georgia and come back to it.

13             Let's go to Michigan.  Michigan, dead

14 voters, 17,367.  And this is so -- Michigan is kind of

15 its own -- we're going to talk about Michigan.  It's

16 very different than the other states, what went on

17 there, so it's all grouped together.  615,000 votes that

18 are just in -- in question.  We'll -- and we're going to

19 skip that part, okay?

20             Let's go to the next one here, Nevada.

21 Okay.  Here's Nevada.  Illegal aliens that voted in this

22 election, 4,000.  Mail-in or absentee ballots for voters

23 that were known to have voted in other states, 15,000.

24 Clark County used signature verification, one-half the

25 image quality that was suggested by the manufacturer,

Absolute Proof - February 5, 2021

1   and to check the mail-in ballot signatures, 130,000.

2   We'll just skip through that.  Raffle tickets that they

3   were incentivized, 500.

4                   Here we go, here's a big one.  Dead people

5   who voted, 1,506.  Non-Nevadans who voted in Nevada,

6   they don't even live in Nevada, 19,218.  Voters who

7   double voted, 42,284.  Okay.  As you can see, they add

8   up to over 200,000.  Donald Trump lost by 34,000 votes.

9   Okay?

10                  Let's go to the next one, Pennsylvania.

11  Mail-in votes counted without a Republican observer, we

12  all heard that stuff.  It's well over 600,000.  Mail-in

13  ballots, 68.  Here's another one, too, we could almost

14  com- -- we're going to -- you're going to hear a lot

15  about this during this thing.  But let's go down.  Poll

16  workers that voted with various errors in the bins.

17  This is the one where you heard the fake ballots that

18  were driven from New York to Pennsylvania.  You'll hear

19  a little about that in the show too.

20                  But this isn't -- we're going to go by

21  Pennsylvania.  You can all see, it adds up to 866,000.

22  Donald Trump lost by 68,000.  And there -- there'll be a

23  point to all this I'm getting to.

24                  Okay.  Here's Wisconsin.  Wisconsin.  Surge

25  of (inaudible) combined voters in 2020.  That's a --

1  it's -- that would take a while to explain, but there
2  was 130,000.  U.S. Postal Service backdated ballots,
3  100,000.  Okay.  That's incredible if you actually look
4  into it.  The mail-in ballots entering the tabulation
5  prize under the guise of absentee ballots, a clear
6  violation of state law, 170,000.  Okay.  Wiscon- -- the
7  margin of victory for Biden was 20,000 votes.
8            Now we're going go to -- back to Georgia.
9  Okay?  Everyone knows the president called the Secretary
10 of State in Georgia, and on that call, he -- he said --
11 he was listing these to the Secretary of State.  He
12 said, Okay.  You have felons with incomplete sentences
13 that voted and cast their vote, 2,560.  Under-age
14 children that registered to vote and illegally voted,
15 66,247.  Unregistered voted -- voters who voted, 2,423.
16 Registered voters who voted in another state after their
17 Georgia registration date, 4,926.  Voters who voted in
18 Georgia and also voted in another state, 395.  Voters
19 who voted in Georgia but changed their address before
20 the election to do it, 15,700.  People who failed to
21 preregister to vote in their county in time after moving
22 from one county to another, 40,279.
23            Voters who illegally claimed a post office
24 box as their resident, 1,043.  Voters who registered too
25 late to vote in the election, 98.  People who died prior

Absolute Proof - February 5, 2021

1  to the election, it didn't -- they were already dead,

2  10,315.  Okay.  Ballots with no chain of custody.  We'll

3  probably talk a little bit about that in this show too,

4  600,000.

5              And here's what the President said to the

6  Secretary of State in Georgia, Can you just give us --

7  why don't you just give us your dead -- it's only ten --

8  he only lost by 11,730 votes.  He said, How about you

9  just give us your underaged that voted and your dead

10 people and we win?  It didn't make sense.

11             You say, how about this pe- -- just this

12 line here, this people who failed to register, 40,000,

13 can you just give us them?  He said, Just gi- -- what --

14 he -- he named the columns.  And you know what the

15 Secretary of State of Georgia said, those numbers are

16 wrong.  And -- and the President said, Well, where --

17 what -- who gave us the numbers?  He asked his guy.  And

18 that guy said, We got them from the Secretary of State's

19 office.

20             And the President said to the Secretary of

21 State, Well, when can we get the right numbers?  And the

22 other guy said, Sir, we've been trying to get them from

23 the Secretary of State for almost two months.

24             And the point being here -- now, here comes

25 the point I'm making.  Here's -- this is all the second

Absolute Proof - February 5, 2021

1   miracle of the election.  Every one of these states
2   should have been -- and two plus two is four, right?
3   You should say, Okay, you can't count dead people, you
4   can't count underage people.  Every one of these states,
5   Donald Trump wins if the electors would have done their
6   job, the legislators, if the -- if the governors
7   wouldn't have said, you know, Hey, it's good, all these
8   things had happened, all these anomalies that happened
9   that would have never happened before, but much less one
10  state, they all say that, that, Hey, we're going to go
11  ahead and use this stuff and we're going to declare Joe
12  Biden the winner.
13            But here's the big thing, the big miracle.
14  If they would have done that, if they would have done
15  that and said, You know what, we can't count these,
16  Mr. Trump wins, Donald Trump wins, okay, then we
17  wouldn't be where we're at right now.  Because the
18  biggest thing against humanity and our country is this
19  attack through these machines.  They got -- this opened
20  up -- this revealed the -- the machines to where we're
21  at right now.
22            So what you're going to watch during this
23  show is 100 percent proof that the big thing was the
24  theft by these other countries that came in to attack
25  our country through these machines that are made to

Absolute Proof - February 5, 2021

1   steal elections.  Every election going forward in

2   history, if these things would have happened, these

3   two -- and we wouldn't have -- we would have never

4   known, every single vote you would have ever made

5   wouldn't have mattered.  Somebody else would have made

6   that vote.

7                 And we've all seen in this past month -- do

8   you think it wasn't communists coming in and taking us

9   over with people here?  This is an attack not only on

10  other -- those other countries with communism, but they

11  had domestic traitors right here in our country.

12  Whatever's going on right now, we're seeing it.  They're

13  suppressing cancel culture.  They're trying to cancel us

14  all out.

15                I just seen churches, the Christian

16  churches, they're being attacked right now.  People on

17  social media, anyone that speaks up, they're going, You

18  can't say that, you're gone.  It's like -- but right now

19  they're doing whack-a-mole because they know -- they

20  knew they were so close, so close that we would never

21  know in history what happened.

22                But guess what, now we do know.  And you're

23  all going to know.  And when you watch this and when you

24  get through it, at the end, I'm going to tell you what

25  you can all do.  And we're going to start our show right

Absolute Proof - February 5, 2021

1  now, and you guys are going to be absolutely amazed.

2                     And now we have with us Colonel Phil

3  Waldron.

4                     COLONEL WALDRON:  Yeah, so my -- my

5  background in the military is with influence operations,

6  information operations, information warfare, if you

7  will.

8                     MR. LINDELL:  You know what we're talking

9  about here today is specific -- these machines that were

10 used to -- to hack into our election and -- and by

11 foreign countries, including China.  And what -- what

12 did you -- kind of bring us up through the election for

13 yourself and what -- and then how you've gotten so

14 involved right now.

15                    COLONEL WALDRON:  Yeah, we -- we began

16 looking -- working with our partners in -- in Dallas at

17 Allied Security Operations Group with doing some

18 analysis on the data that they had, looking at not only

19 Dominion but ES&S and Hart, several of the other

20 electronic voting management systems.  And we saw a lot

21 of similarities and -- and vulnerabilities in the

22 systems that would be easily influenceable or easily

23 interdicted.

24                    And again, as a -- as a information warfare

25 officer, that's what I did.  I looked for

Absolute Proof - February 5, 2021

1  vulnerabilities and ways to attack systems to create a

2  strategic advantage for U.S. friendly forces.  And so

3  when we started seeing the vulnerabilities and all the

4  different ways that you could interdict this -- these

5  electronic voting systems, it became apparent that we

6  had a problem for the -- the November 3rd election.  And

7  that prompted us to spend a lot of time working with

8  Russ Ramsland, getting a lot of the -- the historical

9  data, the knowledge.

10             We started working on our own, really doing

11 a lot of connecting the money exercises, doing -- doing

12 basic investigative research.  And then I brought in

13 our -- our local GHS team here in Texas, both the

14 intelligence and assessments division which collects --

15 collects intelligence for -- for the Department of

16 Homeland Security --

17             MR. LINDELL:  Uh-huh.

18             COLONEL WALDRON:  -- and the CISA -- our

19 local CISA rep.

20             And we spent quite a bit of time giving

21 them an introduction to what -- what we saw and the

22 vulnerabilities and the ways that these systems could be

23 interdicted to change election outcomes at, you know,

24 the -- the machine level, the server level, fraud at the

25 local level, which, you know, is required to induce

1  the -- the illegitimate ballots.

2            MR. LINDELL:  Right.

3            COLONEL WALDRON:  Then you've got a -- the

4  machine level, which is kind of what you were talking

5  about, the --

6            MR. LINDELL:  Right.

7            COLONEL WALDRON:  -- the algorithms that

8  are directly input into the tabulators.  And we have

9  evidence of that in -- in Ware County, Georgia that, you

10 know, X amount of ballots went through and they -- they

11 basically stole 13 percent of the vote from President

12 Trump and put that 13 percent of the vote into the

13 category for former Vice President Biden, which made a

14 26 percent shift in the vote.

15            MR. LINDELL:  Right.

16            COLONEL WALDRON:  And so when you look at

17 the machine level, the machine for Dominion or ES&S,

18 there's so many vulnerabilities in the systems, there's

19 so many fundamental cybersecurity practices that are not

20 enabled, that it basically allows anybody who -- who has

21 some technical ability and the -- the want to to go and

22 influence our elections.

23            MR. LINDELL:  Wow.  What -- what --

24            COLONEL WALDRON:  And sort of that

25 strategic level is foreign intelligence, foreign

277 of 971

Absolute Proof - February 5, 2021

1   intelligence services.  And we've got pretty much

2   document- -- documented of Chinese -- communist Chinese

3   party ownership of the private equity firm whose board

4   controls Dominion.  We've got Chinese communists, the --

5   the president of the Chinese communist bank, who is a

6   board -- board of directors member of -- of the private

7   equity firm that -- that owns Dominion.

8                   MR. LINDELL:  Wow.

9                   COLONEL WALDRON:  And then if you look at

10  the testing company, the only company that has code --

11  the access to the code and the testing for Dominion is

12  in Shenzhen, China.  It's a communist Chinese party

13  company.

14                  The U.S. Government, the state governments,

15  the county governments, they don't have access to

16  Dominion code, but I think it's kind of -- kind of

17  unique that a Chinese company that's run by the -- the

18  CCP does have access to the code, and that's why we

19  started seeing, at that strategic level, that third tier

20  of election manipulation, a lot of movements of votes

21  directly, direct access to Pennsylvania voting

22  precincts, county tabulation centers.  Wisconsin,

23  Michigan, Nevada, Arizona, Georgia, all of that coming

24  in directly from foreign countries, China being the

25  predominant one and through -- through Pakistani ISI

Absolute Proof - February 5, 2021

1  proxies.

2          MR. LINDELL:  Did you find it very

3  frustrating not being able to get -- get all this

4  information out to the public?

5          COLONEL WALDRON:  Yeah, it -- it -- it's

6  very frustrating.  The fact that, you know, everyone

7  says that, Well, there was all these court cases and all

8  the court cases were lost.  Well, that's a lie.  I mean,

9  we've got statistics on how many court cases were open,

10 how many were dismissed for -- you know, for standing or

11 procedural, but there -- but there's only, to my

12 knowledge, two cases, one in Michigan and one in Georgia

13 where evidence has been heard.  And those cases are

14 progressing forward.

15          The Senate in Arizona has heard and seen

16 preliminary evidence, and they've issued a subpoena and

17 they're pressing forward with a full forensic audit in

18 Arizona.  And that -- that could be forthcoming as early

19 as, you know, this -- this coming week.

20          MR. LINDELL:  Right.

21          COLONEL WALDRON:  So it's -- it's -- it is

22 complex and it's hard for people to understand.  And if

23 it's hard to understand, people just dismiss it as, you

24 know --

25          MR. LINDELL:  Right.

Absolute Proof - February 5, 2021

```
1                COLONEL WALDRON:  -- conspiracy theory --
2                MR. LINDELL:  Right.
3                COLONEL WALDRON:  -- where it's -- it's
4    cyber warfare and unconventional asymmetric warfare --
5                MR. LINDELL:  Right.
6                COLONEL WALDRON:  -- conducted by a peer
7    threat nation state against the United States Government
8    critical infrastructure.
9                MR. LINDELL:  The whole country seen, when
10   they -- you know, when they shut everything down at
11   night, that that was a deviation.  You probably expected
12   this, right?
13               COLONEL WALDRON:  We were watching.  We
14   found the -- the foreign servers in Barcelona and the UK
15   and in -- and in Frankfurt.  We'd seen several -- you
16   know, the one in Toronto, obviously, with Dominion.
17               MR. LINDELL:  So you know, 100 percent
18   proof, that the servers are overseas in other people's
19   countries for our election?
20               COLONEL WALDRON:  Yes.  We were mapping out
21   the servers before the elections.  We identified the
22   Scytl server in Frankfurt down to the street address.
23   Frankfurt has -- I think it's -- it's either the largest
24   or one of the world's largest server nodes, you know, a
25   cyber node --
```

Absolute Proof - February 5, 2021

1               MR. LINDELL:  Right.

2               COLONEL WALDRON:  -- a trans- -- a

3   communications node.  It's called DE -- DE for

4   Germany -- NIX, DENIX.

5               MR. LINDELL:  Right.

6               COLONEL WALDRON:  And there were several

7   folks watching the -- the traffic and the volume of

8   traffic that night, and they noticed a significant spike

9   in traffic that night just due to, you know, the volume

10  of information going through.  And one of the reasons is

11  they -- they said that the traffic was going up was due

12  to the U.S. elections.

13              MR. LINDELL:  In your opinion, this is an

14  attack by other countries, of foreign -- of foreign

15  countries, is what you're saying then?

16              COLONEL WALDRON:  I -- I believe from what

17  I've seen and the -- the -- and the witnesses that I've

18  talked to, that this is a -- a coup that -- and

19  definitely involved elements inside our own country and

20  in- -- inside our own federal government.  Definitely --

21              MR. LINDELL:  Wow.

22              COLONEL WALDRON:  Definitely part of a coup

23  that was aided and abetted by a foreign threat nation

24  state, a peer enemy nation state --

25              MR. LINDELL:  Right.

Absolute Proof - February 5, 2021

1          COLONEL WALDRON:  -- China.

2          MR. LINDELL:  Do you believe that this

3   attack from other countries could not have happened

4   without people here, domestic -- people -- domestic

5   traitors, basically.

6          COLONEL WALDRON:  Yeah, I -- I -- I believe

7   that -- again, we have affidavits of CIA and State

8   Department personnel out of the Italian Embassy

9   participating in this coup.  We have a name, email and

10  phone number of a senior DOJ official from a -- from

11  a -- a U.S. Attorney that said that this individual was

12  shutting down any DOJ or FBI investigation into any

13  election -- any election-related investigation and

14  shutting -- trying to shut down judicial cases, court

15  cases.

16          So from own -- inside our own DOJ, people

17  were shutting down active investigations.  You wondered

18  why, you know, Mr. Barr didn't find or see any evidence

19  of widespread election fraud, it's because the FBI never

20  did anything other than to impede investigations into

21  election fraud.

22          The FBI went to question the truck drivers

23  who delivered ballots and -- and created affidavits.

24  They were harassing, you know, the -- the Americans, you

25  know, the patriotic Americans who were -- who were

1   whistleblowers --

2              MR. LINDELL:  Right.

3              COLONEL WALDRON:  -- and prosecuting them.

4   Like you mentioned something earlier is -- it is the

5   machines, ES&S and Dominion machines.  If you look at,

6   you know, military planning factors, there are critical

7   capabilities.  A capability is what you have to have to

8   execute your mission or the enemy has to have to execute

9   its mission successfully.

10             So critical capability for any of this to

11  happen are the inherent vulnerabilities that were built

12  into ES&S and Dominion software, which is -- you know,

13  again, we've proven through -- through our work that

14  this is all related directly back to the soft --

15  Smartmatic -- Smartmatic -- SGO Smartmatic software

16  core.

17             MR. LINDELL:  Wow.

18             COLONEL WALDRON:  And they definitely have

19  financial gains to -- to -- financial reasons, based on

20  some of the other investments that they've made --

21             MR. LINDELL:  Right.

22             COLONEL WALDRON:  -- especially if they --

23  you know, looking down the road, if they make billions

24  and billions of dollars, the board of SGO Smartmatic,

25  because they own a -- an air purification company, so

Absolute Proof - February 5, 2021

1  just think about it, if -- if you get to pick an
2  administration that is favorable to -- to your company,
3  say, and they pass a green new deal and you're going to
4  make billions and billions of dollars off of
5  government-mandated air purification systems in public
6  buildings and apartment buildings and industrial
7  complexes, you know, you -- you would spend quite a bit
8  of money on the front side --
9              MR. LINDELL:  Wow.
10             COLONEL WALDRON:  -- to make sure the
11 election was going to...
12             The same thing with China --
13             MR. LINDELL:  Right.
14             COLONEL WALDRON:  -- if China could avoid
15 the U.S. coming to Taiwan's defense, and we've seen
16 indications of that already, and if China could avoid
17 having to fight a campaign to protect their manmade
18 islands, to extend their territorial waters into
19 international and navigable waterways, if they could
20 in- -- invest a billion dollars to do that versus
21 fighting a war, well, they've made a pretty good
22 investment.
23             MR. LINDELL:  Right.
24             COLONEL WALDRON:  And all the money that
25 they've made into the Biden family, all the money that

1   they've made -- invested into U.S. universities and U.S.

2   businesses, buying up our medical and our technical

3   intellectual property, stealing a lot more than they

4   bought, they are -- they are fighting a war.  People

5   just don't realize that we're under attack.

6                  MR. LINDELL:  So now we have with us

7   Russell Ramsland.  He's a founding member of Allied

8   Security Operational Group.  They're based in Dallas,

9   Texas, and they do cyber forensics and security.

10  Russell, how are you -- how are you involved with all

11  this -- this election fraud, with the machines?

12                 MR. RAMSLAND:  Well, it was interesting,

13  Mike.  It's been a long road for us.  About two years

14  ago, we had some logs from the Dallas general election

15  brought to us from the central tabulation server, and

16  people asked, What do these logs mean?  It was about

17  1100 pages, and we got looking at them and we were

18  horrified at what we found, because what we found were

19  that people were getting into the system and they were

20  changing the votes.  They were erasing databases, they

21  were reloading them, and it was coming from remote

22  locations.  And (inaudible) this can't be.

23                 MR. LINDELL:  Now, this was back -- this is

24  in 2018 when they -- so these guys came to you with

25  these -- and these were -- these were voting machines --

Absolute Proof - February 5, 2021

1  were they Dominion machines?

2              MR. RAMSLAND:  No.  No, no.  We use ES&S in

3  Dallas, not Dominion.

4              MR. LINDELL:  So are they -- are they --

5  are they similar -- similar machines?

6              MR. RAMSLAND:  Yes.  Yeah, it's -- it's

7  very similar stuff.  Most of these voting companies all

8  have similar DNA --

9              MR. LINDELL:  Okay.

10             MR. RAMSLAND:  -- in their (inaudible)

11 soft.

12             MR. LINDELL:  Okay.  But what you seen

13 was -- was very -- it horrified you?

14             MR. RAMSLAND:  Yeah, it did.

15             MR. LINDELL:  Okay.

16             MR. RAMSLAND:  Because clearly, somebody

17 was playing with the election.

18             MR. LINDELL:  Wow.

19             MR. RAMSLAND:  So we tried to get the

20 authorities alerted.  We brought in a DOJ prosecutor

21 that ran the cyber group in North Texas, and she was

22 horrified at what we showed her.  And she asked us to

23 put it together and eventually submit it to the FBI, and

24 we did that and they did nothing.

25             So we continued to investigate, and the

Absolute Proof - February 5, 2021

1   were okay with that?  Why -- what would be your opinion
2   of why -- why one -- they would deny one machine that --
3   because they're afraid of election fraud and -- and over
4   here, they accepted that one?
5             MR. RAMSLAND:  I think that it sometimes
6   has more to do with politics and influence who gets
7   through and who doesn't --
8             MR. LINDELL:  Okay.  Okay.
9             MR. RAMSLAND:  -- than necessarily the
10  machines.
11            MR. LINDELL:  Okay.
12            MR. RAMSLAND:  So we finally ended up with
13  some investigators with Ron Johnson's Department of
14  Homeland Security oversight group, and they were
15  horrified of what we showed them.  And they tried to get
16  CISA, which is the Cyber Intelligence Security
17  Administration inside the DHS, they tried to get CISA to
18  take a look.  CISA would not take the briefing.  They
19  couldn't be less interested.
20            So we didn't quite know what to do.  We
21  were beginning to find some media people who wanted to
22  start talking about this, and they became appalled.  But
23  the break really came in early August when we got some
24  DHS people in Austin with the I&A Division, the
25  Intelligence & Analysis Division down there to take a

Absolute Proof - February 5, 2021

1   look at what we had.  And that's the division that used
2   to have voter integrity before it was handed to CISA.
3                    So they looked at it and they were
4   horrified and they sent a whole team to our shop.  We
5   spent 11 hours with them.  They asked us if we would
6   give them their -- our data.  We said, of course.  And
7   so we gave them all our data, they took it back to
8   Austin, and unknown to us, they gave it to three private
9   cyber groups that they use and said, Hey, are these guys
10  crazy?  I mean, is this nuts or is this -- is there
11  something here?
12                   Well, all three groups looked at it and all
13  three groups came back, not only is -- is it right, it's
14  horrifying.
15                   MR. LINDELL:  Okay.  I want to ask you
16  there, when you say "horrify," can you explain to
17  everybody watching this right now, what -- what
18  horrified you?  Was it the fact that they could go
19  online --
20                   MR. RAMSLAND:  Well, there's no effective
21  security at all for your votes.  Your votes are stored
22  overseas where they can be easily manip- --
23                   MR. LINDELL:  Wait a minute.  Wait a
24  minute.  They're stored overseas?
25                   MR. RAMSLAND:  Yes.  Yeah, yeah.

Absolute Proof - February 5, 2021

```
 1              MR. LINDELL:  Wow.
 2              MR. RAMSLAND:  2- -- 27 states use what's
 3   called Clarity Scytl Election Night Reporting and those
 4   servers are overseas.  They have what are called "S3
 5   bucket vulnerabilities," and people can get in and
 6   change the votes there, and then they can load them all
 7   the way back down to the county level here in this
 8   country because Scytl gets all the credentials from
 9   every single county server here.  And so they can get
10   into every single county server and change the votes
11   here from overseas.
12              MR. LINDELL:  Wow.
13              MR. RAMSLAND:  It's crazy.
14              MR. LINDELL:  So -- so -- so everything
15   that everybody's been talking about out there that
16   they've tried to suppress, saying that they -- we heard
17   the machines weren't even online.  And you're saying
18   that 27 states use this and the servers are overseas, so
19   these can go over there and they can change the vote to
20   anything they want and send it back cyberly?
21              MR. RAMSLAND:  Correct.
22              MR. LINDELL:  By cyber?
23              MR. RAMSLAND:  Correct.
24              MR. LINDELL:  Wow.
25              MR. RAMSLAND:  So they became -- the DHS
```

Absolute Proof - February 5, 2021

```
 1   people in Austin realized what we were telling them was
 2   correct.  They became horrified.  And they began to try
 3   to have a series of classified briefings within their
 4   own group in order to push this up -- up the chain.  And
 5   they got about one or two levels up, and then they met a
 6   solid wall of resistance that basically said, Leave it
 7   alone.  Don't pursue it.
 8                 MR. LINDELL:  Wow.  And what do you -- what
 9   do you think being now -- now we're -- we're telling the
10   facts of the show here, but in your mind, why would they
11   do that?  Why -- this is just subjectively.  Why
12   would -- why would you -- why would they do that in your
13   mind?
14                 MR. RAMSLAND:  I don't know, Mike.
15                 MR. LINDELL:  You can't explain it.  I
16   mean, this is -- okay.  So -- so then -- so take us from
17   there.  So this is, like -- what -- what -- what --
18   approximately when was that when it kind -- when it got
19   stopped?
20                 MR. RAMSLAND:  That was September.
21                 MR. LINDELL:  Wow.
22                 MR. RAMSLAND:  Yeah.
23                 MR. LINDELL:  Getting close to the
24   election.  Okay.
25                 MR. RAMSLAND:  Close to the election.  So
```

Absolute Proof - February 5, 2021

1   what actually happened in this election, this stolen
2   election, we already knew was going to happen.  We
3   already had seen it, we knew it was all possible, we
4   knew it was all out there.  Now, we didn't know how many
5   foreign servers.  You know, before, we weren't seeing
6   very many foreign servers come in and change votes, but
7   in this election, of course, we saw thousands from all
8   over the world.
9            MR. LINDELL:  You said you seen -- you seen
10  thousands, you've seen all these -- these hacks.  Have
11  you actually seen that with your own eyes?
12           MR. RAMSLAND:  We have seen the data that
13  is supposedly representative of that.
14           MR. LINDELL:  So this -- the election goes
15  down, you knew it was going to happen.  Is it exactly
16  what you thought was going to happen?
17           MR. RAMSLAND:  Yeah, we -- we thought it
18  was going to happen on three levels.  We thought there
19  would be massive local cheating, we thought there would
20  be cheating through the actual voting companies
21  themselves, whether it's them or someone else
22  manipulating them, and we thought that there would be
23  cheating from votes being injected from overseas.  And
24  that's exactly what we saw happen.
25           MR. LINDELL:  Wow.

Absolute Proof - February 5, 2021

1   MR. RAMSLAND:  And we developed huge, tons
2   of -- of absolute proof on this, but no court case was
3   ever allowed -- ever allowed it to be presented.  So
4   that sort of gave fodder to this media myth that it
5   didn't exist, but it does exist.  It's out there.  It's
6   unbelievable, it's massive.
7   MR. LINDELL:  Wow.  Did everybody hear
8   that, what he -- what Russell's saying here?  This is
9   what everyone says.  Well, there was no evidence.  So
10  you're saying, no judges would look at the evidence; is
11  that correct?
12  MR. RAMSLAND:  That's correct.
13  MR. LINDELL:  Okay.  And now, we don't know
14  why.  We don't know why.  I mean, they -- it wasn't
15  because there wasn't evidence.  They didn't even want to
16  look at it; is that correct?
17  MR. RAMSLAND:  That is correct.
18  MR. LINDELL:  Okay.  Now, we've heard
19  about, we've all -- in fact, on this show, the Antrim
20  County in Michigan.  Were you guys ever -- were you
21  guys -- weren't you guys contacted to look into that?
22  MR. RAMSLAND:  That was our work.  Yes,
23  I --
24  MR. LINDELL:  Oh, wow.  Okay.
25  MR. RAMSLAND:  I -- I actually signed the

Absolute Proof - February 5, 2021

1   forensic audit report and -- because our guys did all
2   that, our -- part of our team.  And that came about
3   because there was a down ballot race, and the judge
4   allowed some limited discovery.  What came out of that
5   was appalling enough that he allowed further discovery.
6   And then, of course, that report went national because
7   what we found was so horrifying.
8               MR. LINDELL:  Right.  For everybody out
9   there, what we've all heard, this Antrim County in
10  Michigan -- and in this show here, we've -- you know,
11  you've -- you've seen it.  We've had -- we've -- this
12  is -- this is -- the reason it was talked about so much,
13  because this is a small county and it was like
14  15,000-some people voted and it was 7,000-some votes
15  flipped.  I mean, so it was so obvious, you know, we had
16  65 percent Republican and 35 percent Democrat normally,
17  and it was completely flipped.  So everybody in the town
18  knew it was a deviation that didn't make sense.  And
19  so -- so Russell, this case is still open; is that --
20  that's correct, right?
21              MR. RAMSLAND:  That is -- that is correct.
22              MR. LINDELL:  Okay.  Can I --
23              MR. RAMSLAND:  What --
24              MR. LINDELL:  Can I ask you this?  So what
25  you've seen there is exactly what you knew was going to

Absolute Proof - February 5, 2021

1   happen, and now were you able to look at other places?
2   What was different about Antrim County now that -- what
3   we all heard was you were able to get into the -- you
4   know, the forensics of it and see all this.  Were you
5   able -- have you been able to do that in any other
6   places in the United States since then or -- or you
7   know, since this election ended on -- in November?
8             MR. RAMSLAND:  Actually, on a limited
9   basis, we have been able to go in two other counties.
10  We have not published that information yet, and there
11  are reasons why we aren't publishing that information
12  right now.  But both of them have not only confirmed --
13  they have confirmed that it's even worse than in Antrim.
14            MR. LINDELL:  Okay.  Did everybody hear
15  that?  What we have here -- and Russell can't disclose
16  this because what -- every time something pops up, it
17  gets buried out there.  Things happen.  I don't ev- --
18  you know, this is -- this is the most attack on our
19  country, and I'm telling you, ever.  I mean, this is --
20  and it -- that's why -- you know, it's getting
21  suppressed every -- everywhere.
22            So what he's saying, two other places --
23  now, is this breaking news right now?  You're saying
24  right now, you have two other places, and what you're
25  seeing is even worse than you could ever imagine?

Absolute Proof - February 5, 2021

1        MR. RAMSLAND:  Well, it's -- it's -- it's
2    just like Antrim, only its worse in many ways.  You
3    know, in Antrim -- what people need to understand --
4    real simple, Mike.  When people vote and they scan their
5    ballot in, it either goes into the regular sort of
6    bucket and gets voted, or else it goes into what's
7    called an "adjudication bucket."  If it goes into the
8    adjudication bucket, then whoever's running the voting
9    system gets to vote that vote however they want.
10        Well, in -- in Antrim, we found ballot
11    rejection rates of 82 percent.
12        MR. LINDELL:  Wow.
13        MR. RAMSLAND:  82 percent.
14        MR. LINDELL:  Wow.
15        MR. RAMSLAND:  82 percent of the ballots
16    were going to adjudication (inaudible) --
17        MR. LINDELL:  And what -- what is -- what
18    is the -- what's the normal number?  I mean, is there a
19    normal number for eje- -- for an election that would be
20    what percentage or -- and -- and what would be it on the
21    high end?
22        MR. RAMSLAND:  Well, certainly less than
23    one percent would be -- should ever go to adjudication.
24    There's all --
25        MR. LINDELL:  Wow.  Less than one percent,

Absolute Proof - February 5, 2021

1  everybody.  And this was 85 [sic] percent.

2              MR. RAMSLAND:  Yeah.  Well, and in Fulton

3  County, they -- the Fulton County people themselves

4  admitted to a 93.6 percent adjudication rate in some

5  cases.  That means the entire election was decided by

6  the people that ran the system, not by the voters.

7              MR. LINDELL:  Wow.  And now -- and what

8  you're talking about there isn't -- this is another way

9  these machines can -- you can -- that you can cheat

10  through the fro- -- or cheat there.  But this does not

11  count, what you're talking about earlier, the cyber

12  forensics where that goes overseas to these servers that

13  are all based over there, correct?

14              MR. RAMSLAND:  That does not -- that's a

15  different issue altogether.

16              MR. LINDELL:  Right.  So both of them

17  involve the machines, everybody.  One we've talked about

18  in this show is here.  But the cyber one is what you

19  just heard from Russell, which he said earlier, this is

20  all the attack by the other countries that hacked in,

21  which we're going to show you that proof now, that

22  Russell doesn't even know that we, have that's going to

23  show who did it, the time they did it, the computer they

24  did it off, everything.

25              If we would have never found out or this

Absolute Proof - February 5, 2021

1  would never have gotten -- what we're going to get to
2  now, what in the -- what would the future look like
3  in -- in elections?
4              MR. RAMSLAND:  Well, I mean, we're
5  basically approaching Venezuela where it doesn't
6  matter --
7              MR. LINDELL:  It doesn't matter.
8              MR. RAMSLAND:  -- who votes.
9              MR. LINDELL:  Right.  Somebody else picks
10 our people for them, so why vote, right?  I mean, that's
11 the way -- that's the way it would have been.  Machines
12 that go online, like -- now you said earlier, it's not
13 just Dominion, it's all the -- all the machines that
14 were used in this election would -- is that what you
15 would say?
16             MR. RAMSLAND:  Yes, that's absolutely a
17 fair statement.  And let -- let me -- let me tell you a
18 little bit about that.  You know, for these people that
19 say it's not online, we have videos of workers with poll
20 books who are swiping left on their poll book and
21 bringing up Netflix and getting a movie and watching it
22 on their poll book.  How does that happen if it's not
23 connected to the internet?
24             MR. LINDELL:  Right.  Right.
25             MR. RAMSLAND:  We have affidavits of -- of

1   a election judge who showed up at -- at her precinct,
2   found to her horror they had loaded the wrong precinct
3   in her equipment, called her voting company, and her
4   voting company put her on hold and the self -- the help
5   desk from another state called in, and in ten minutes
6   somehow reloaded her poll books from another state with
7   the correct precinct.  How did that happen if it's not
8   connected to the internet?
9            MR. LINDELL:  I know they were all online,
10  but they -- but is it illegal for them to be online?
11           MR. RAMSLAND:  Well, it depends.  Some
12  places, yes, some places, no.
13           MR. LINDELL:  Okay.
14           MR. RAMSLAND:  I mean, the assurance is
15  that you can trust the voting system because they're not
16  online, but they are most clearly online.
17           MR. LINDELL:  I got ya.  I got ya.
18           MR. RAMSLAND:  Now, here's one you don't
19  know.  We ran this -- a different group here, a little
20  operation in Dallas during this last election.  And let
21  me describe the operation so you'll understand the
22  magnitude of what I'm telling you.  What we did is every
23  day, we just took the information on the voter records
24  of the people who voted that day in Dallas.  Dallas
25  posts them online, so you get a great, big, long record

Absolute Proof - February 5, 2021

1  of this voter.

2            You don't see how he voted, but you see

3  everything else, name, where he lives, when he asked for

4  a ballot, where he voted, his residence address, on and

5  on and on.  And all of those, as you know, are comprised

6  of zeros and ones.  That's how computers work.  So all

7  we did is we would add up all the zeros and ones in that

8  voter record and store it, and then we would watch what

9  would happen to that voter record as we worked our way

10 through early voting.  Mike, we saw 57,000 votes get

11 their voter records changed during early election alone

12 in Dallas, Texas.

13            MR. LINDELL:  Wow.

14            MR. RAMSLAND:  We saw a 10-block-long

15 street in Dallas, Texas get every single vote wiped out

16 and then subsequently replaced, one at a time, with

17 clearly something changed because the -- the hash -- in

18 other words, it's -- it's a record of -- of the zeros

19 and ones had been changed.  And so we know it was

20 tampered with.

21            MR. LINDELL:  Wow.  I --

22            MR. RAMSLAND:  I mean, it's unbelievable.

23            MR. LINDELL:  Was it nationwide that this

24 happened?

25            MR. RAMSLAND:  Yes.

Absolute Proof - February 5, 2021

1          MR. LINDELL:  Okay.  And you've seen this
2  cyber -- the cyber forensics that show that.  We will
3  show that too.  But I just want to ask you, why -- if
4  you're -- if there's -- you know, why didn't they -- why
5  didn't they set these machines, then, to win Texas too?
6  I mean, or do you -- you know, what would be your
7  opinion on that of why they didn't set them high enough
8  to win Texas too?
9          MR. RAMSLAND:  Well, there had been a
10 certain amount of concern raised in -- in Texas as a
11 result of our 2018 work.  You know, Pete Sessions
12 actually filed a complaint in Texas and published a
13 paper on it because his race got stolen.  And so they
14 were very well aware that Texas was going to come under
15 some scrutiny that other places probably were not.
16         MR. LINDELL:  Right.
17         MR. RAMSLAND:  And there was also a huge
18 operation down in Houston where a vote scamming scheme
19 for over 700,000 votes was exposed, and -- so there was
20 a lot going on in Texas, and I think it made them a
21 little skittish to operate as brazenly here as they did.
22         MR. LINDELL:  So they might -- they might
23 have backed off a little.  But you just said something
24 there.  So you're telling me that they controlled all
25 the down tickets too if they decided they wanted to flip

Absolute Proof - February 5, 2021

1  a senator or -- or a congressman or whatever; is that
2  correct?
3                    MR. RAMSLAND:  No doubt.  Absolutely.
4                    MR. LINDELL:  So Russell, could you speak
5  specifically to the malware?
6                    MR. RAMSLAND:  Sure.  There is a company
7  out of Barcelona, Spain called Scytl and it owns a
8  company called Clarity Election Night Reporting.  And
9  Hart reports to them, and Dominion reports to them, and
10 ES&S reports to them.  All these companies report the
11 votes to them, and then link Election Night Reporting
12 supposedly just passes the votes along to the media.
13                   But using standard white hat tools, we can
14 look and see what is -- is on their server over in
15 Frankfurt, Germany.  And there is a -- an area on their
16 server, on a particular kind of equipment, there is a
17 piece of malware called QSnatch.  QSnatch actually
18 watches all the information that comes in and it grabs
19 the login credentials of every single county in the
20 country that reports to it.  So that once it has all
21 those credentials, it can then look back into that
22 county and it can access the county database from
23 overseas or whenever else it wants to if you want to
24 inject changed votes, either through the adjudication
25 system, or just plain flat replace the database.

Absolute Proof - February 5, 2021

1          So it's -- it's -- it's a massive, massive,

2   massive security vulnerability, and it is there, it is

3   working, and they have all the login ability they need

4   to get into any county that reports to them.

5          MR. LINDELL:  Wow.  So -- so basically,

6   what you said earlier, all the -- all the servers are

7   over there, they could take all of our counties in our

8   country, look at them, and then decide what they want to

9   do with that information and what they can do in the

10  county, what they need to flip.  So any -- you know, we

11  all heard this -- we all heard about this Italy thing

12  and that it went to Italy and Germany when they had to

13  on the -- I guess this would be in the middle of night

14  on -- on November 4th.

15         Is this something -- would you -- would you

16  know anything about that, I mean, to -- I mean -- so

17  they -- what we've all heard out there is it went over

18  there -- some guy even admitted he did it, which we're

19  going to have his affidavits up here, but what do you --

20  what's your opinion on that?

21         MR. RAMSLAND:  Well, our opinion on that

22  was that it should have been investigated because it is

23  very consistent with what we do see happening.  But it

24  was not investigated.  Apparently, the Department of

25  Justice did not investigate.  You know, you got the

1  usual, Oh, it's been debunked.  Well, who debunked it?
2  Uhh.  When did they debunk it?  How did they debunk it?
3  Uhh.
4           MR. LINDELL:  Yeah.
5           MR. RAMSLAND:  There was no investigation
6  by anyone of that information, and there should have
7  been because it is entirely consistent.  I don't know if
8  it's true, but it's entirely consistent with everything
9  we have seen in -- in terms of capabilities.
10          MR. LINDELL:  Bill Barr comes out and said,
11 There's no evidence.  I mean, what would be your opinion
12 why people would keep pushing this down and not wanting
13 to know?  I don't care what side of political lines
14 you're on.  Why would you not want to know if -- the
15 truth?
16          MR. RAMSLAND:  That has been a constant
17 haunting question to everyone on our team.  I think it's
18 a combination of things.  I think some people are truly,
19 completely totally corrupt.  I suspect that at the
20 bottom of this, you might find that our government has
21 been changing votes in other countries for years and
22 they don't really want it revealed, certain parts of our
23 government.  I think that there are people that don't
24 want to look, they're afraid to look.  I think there are
25 probably people who are compromised --

Absolute Proof - February 5, 2021

1          MR. LINDELL:  Right.

2          MR. RAMSLAND:  -- and have been told to
3  stay out of it.

4          MR. LINDELL:  Right.

5          MR. RAMSLAND:  I think that it's a variety.
6  It's not one simple little reason.

7          MR. LINDELL:  Right.  And that's what I
8  wanted people to hear because I hear it all the time.
9  People are going, you know what, this -- you know Bill
10 Barr said this and all -- there's no -- none of the
11 judges accepted it and you hear all this.  And we can't
12 explain all that because -- it's probably multiple
13 things, like Russell says there.  And that's my opinion
14 too.  It could be anywhere up to a dozen things.  Who
15 knows.

16         But it doesn't matter.  All that doesn't
17 matter because now the truth is told today, and it's all
18 coming out and -- and everybody -- you know, I -- I
19 really believe what's going to happen once everybody
20 sees now -- this, is, finally, you're going to have
21 people that aren't afraid to speak out because it'll
22 be -- it's too late to close the gate, the cows are out
23 of the barn, everybody's going to know about it, and
24 they're going to want to know more and more, so...

25         MR. RAMSLAND:  You know, Mike, the -- the

Absolute Proof - February 5, 2021

1   real thing is, I think pretty soon, the question's going
2   to start to turn around.  And people are going to go,
3   Wait a minute.  What is everyone so afraid of?
4                 MR. LINDELL:  Right.
5                 MR. RAMSLAND:  Why are they going to such
6   incredible lengths to say there's nothing here when
7   there clearly is something here.  What -- you know, this
8   is almost like -- you and I remember Enron.  This is
9   almost like Enron.  Would we all be saying, Oh, no, we
10  don't want to investigate Enron, no one should look into
11  Enron; no, no, Enron shouldn't have to tell you how they
12  spend your money; you just keep giving them your 401(k)
13  money.
14                MR. LINDELL:  Right.
15                MR. RAMSLAND:  No.  That's not how it
16  works.
17                MR. LINDELL:  Right.
18                MR. RAMSLAND:  And that's not how our
19  voting system should work either.
20                MR. LINDELL:  So now we have with us
21  Dr. Shiva.  He has four MIT degrees.  He's an expert in
22  system science and pattern analysis.  And I met him four
23  weeks ago.  Because I don't want him out there going,
24  Well, Mike, why didn't you bring this to us before?
25  Well, I just met Dr. Shiva four weeks ago, and he's

Absolute Proof - February 5, 2021

1  going to tell you, he actually ran for Senate and he

2  knows all about these machines now, and it -- and we're

3  going to hear some of the stuff that I found out and

4  went, Wow, this is a -- absolutely validates this

5  election fraud with these machines.  So go ahead.

6              DR. SHIVA:  Yeah, thanks, Mike.

7              MR. LINDELL:  Yeah.

8              DR. SHIVA:  I'm glad we connected.

9              MR. LINDELL:  Yeah.

10             DR. SHIVA:  You know, it's a interesting

11  opportunity for me, Mike, because it's rare that a guy

12  who's a scientist and engineer, an MIT guy, even runs

13  for office.

14             MR. LINDELL:  Right.

15             DR. SHIVA:  And then it's even more rare

16  that you come across something you never thinks occurs

17  in the United States.  You know, I grew up in India --

18             MR. LINDELL:  Right.

19             DR. SHIVA:  -- and in third-world

20  countries, we talk about election fraud.

21             When I was running in Massachusetts in

22  2020, we had it -- 3,000 volunteers on the ground, you

23  know, 20,000 bumper stickers, 10,000 lawn signs,

24  billboard ads, radio, TV, network.  We were everywhere.

25  The GOP establishment who doesn't want a bottoms-up guy

Absolute Proof - February 5, 2021

1  like me who hated Trump ran a no-name out there --
2                  MR. LINDELL:  Uh-huh.
3                  DR. SHIVA:  -- who -- no real lawn signs,
4  no bumper stickers, no organization --
5                  MR. LINDELL:  Right.  Right.
6                  DR. SHIVA:  -- nothing.  And we knew on
7  election night, which was the Republican primary,
8  September 1st, 2020, the word "landslide" is what we
9  heard everywhere.  We knew we had --
10                  MR. LINDELL:  That you were going to win by
11  a landslide?
12                  DR. SHIVA:  Oh, yeah, yeah.  I mean, it was
13  obvious.  I mean, we worked -- I mean, and -- and --
14                  MR. LINDELL:  I think you said unless there
15  was election fraud, which you --
16                  DR. SHIVA:  Yeah.
17                  MR. LINDELL:  But you probably thought --
18                  DR. SHIVA:  But I -- but I --
19                  MR. LINDELL:  -- that's just, you know,
20  maybe someone put -- (inaudible).
21                  DR. SHIVA:  Yeah.  And -- and one of my
22  close friends said, Shiva, we're going to win this --
23                  MR. LINDELL:  Yeah.
24                  DR. SHIVA:  -- unless there's election
25  fraud.  And I -- I just thought this is just some fringe

Absolute Proof - February 5, 2021

1   stuff, right?

2               MR. LINDELL:  Right.  But you --

3               DR. SHIVA:  So I --

4               MR. LINDELL:  -- weren't thinking about

5   machines?

6               DR. SHIVA:  I wasn't thinking about

7   machines.

8               MR. LINDELL:  Okay.  All right.

9               DR. SHIVA:  -- because I didn't know that,

10  you know, you know, from creating email in all these

11  systems, I know the power of machines.

12              MR. LINDELL:  Right.  Oh, by the way, yeah,

13  he created emails, right?

14              DR. SHIVA:  I did.  I created emails --

15              MR. LINDELL:  The creator -- creator of

16  email.  I just want to tell you, the guy's a genius.  So

17  what you're going to hear here -- this is what I did my

18  due diligence on.  I -- you know, this is just one guy.

19  I'm going, Okay, you know, is this real or is this not?

20  And it -- believe me, it's real.

21              DR. SHIVA:  Yeah, I mean, you know, so I

22  have a lot of history, not only pattern analysis and

23  system science --

24              MR. LINDELL:  Right.

25              DR. SHIVA:  -- but I build large-scale

Absolute Proof - February 5, 2021

1  computer systems.  The stuff I've used has been used by

2  the Senate, has been used by the largest --

3              MR. LINDELL:  Right.

4              DR. SHIVA:  -- Fortune 1000 companies in

5  the world, so I know how you move from paper-based

6  systems and electronic systems, and I know the power of

7  electronic systems.  When you put some process that's in

8  electronic form --

9              MR. LINDELL:  Right.

10             DR. SHIVA:  -- a single individual has

11 immense amounts of power.  So that's a background.

12             But on September 1st, 2020, what we saw was

13 we knew we'd won on a landslide.

14             MR. LINDELL:  Right.

15             DR. SHIVA:  And there we are with our big

16 party setup and we see the results coming in.  Now, in

17 Massachusetts, we saw, in Franklin County, which is 80

18 to 90 percent hand-counted paper ballots, no machines --

19             MR. LINDELL:  Right.

20             DR. SHIVA:  -- I win by 10 percent.  And in

21 every other county, Mike, 60/40, 60/40, 60/40, 60/40.

22             MR. LINDELL:  That you lost by?

23             DR. SHIVA:  I lost by.

24             MR. LINDELL:  The exact percentage?

25             DR. SHIVA:  Exact percentage by a guy who

1  was -- in -- in -- in a black county, this guy wins; in

2  a white county, he wins; in a Hispanic county.  The guy

3  was nowhere.

4                 MR. LINDELL:  By the same percentage?

5                 DR. SHIVA:  By the same percentage.

6                 MR. LINDELL:  That's not only a deviation,

7  but it's an anomaly.  That's --

8                 DR. SHIVA:  It's -- it's an anomaly.

9                 MR. LINDELL:  But do you think that's

10  impossible?  Or you're like me --

11                 DR. SHIVA:  Well, it's highly --

12                 MR. LINDELL:  (Inaudible.)

13                 DR. SHIVA:  I mean, to be from a scientific

14  standpoint --

15                 MR. LINDELL:  Right.

16                 DR. SHIVA:  -- you would say it's highly

17  unlikely.

18                 MR. LINDELL:  Right, right.

19                 DR. SHIVA:  And that began my journey to

20  start really saying, Wow, election fraud could take

21  place in America.

22                 MR. LINDELL:  Uh-huh.

23                 DR. SHIVA:  So I started reading up

24  everything I could.  By September 9th, eight days

25  later --

1            MR. LINDELL:  Right.

2            DR. SHIVA:  -- I found out something

3  interesting.  I found out that these electronic voting

4  machines -- remember, there's two ways you can vote.

5  One is you vote -- you give a paper ballot and the paper

6  ballot is counted by human beings, two people.

7            MR. LINDELL:  Right, right.

8            DR. SHIVA:  That's what occurred in

9  Franklin County.  But in those other counties, they take

10 that paper ballot when you vote electronically --

11            MR. LINDELL:  Into a machine.

12            DR. SHIVA:  -- it goes into a machine.  And

13 what happens in that machine?  The paper ballot is

14 converted to an image called a ballot image.

15            MR. LINDELL:  Right.  Right.

16            DR. SHIVA:  No different than you taking a

17 phone -- a picture with your iPhone.

18            MR. LINDELL:  Right.

19            DR. SHIVA:  Now, so what is actually

20 counted, the paper ballot gets put aside.  The machine,

21 the electronic, quote/unquote, AI on the machine

22 actually tries to figure out where the circles are.

23            MR. LINDELL:  Right.

24            DR. SHIVA:  And the machine is counting the

25 ballot image.

Absolute Proof - February 5, 2021

```
 1                    MR. LINDELL:  Right.
 2                    DR. SHIVA:  So at that stand- -- at that
 3    point, I realized, oh, my God, the ballot image is the
 4    ballot.
 5                    MR. LINDELL:  Right.
 6                    DR. SHIVA:  The images are the ballot.  So
 7    I --
 8                    MR. LINDELL:  So you were hold- -- but you
 9    were going to get to the bottom of this no matter what?
10                    DR. SHIVA:  No, I am because I -- I --
11                    MR. LINDELL:  Because you're like me --
12                    DR. SHIVA:  -- I like to solve problems.
13                    MR. LINDELL:  I want to say something.  One
14    thing about Dr. Shiva, when I met him, I'm going, Wow,
15    he's just like me.  I look at deviations every day.  If
16    I see a T.V. station that normally does 10,000 --
17    because I track them all individually -- it does 10,000,
18    and all of a sudden, one day, it -- it did only 2,000,
19    I'll tell you what, what I do is spend the rest of the
20    day or a week or a month, I'm going to find out how that
21    happened, because the only way things change is, what, a
22    different input.
23                    DR. SHIVA:  Exactly.
24                    MR. LINDELL:  A different input.  So you've
25    got this anomaly, you've got a -- you've got this
```

Absolute Proof - February 5, 2021

```
 1   deviation, and not just because you were running.  A
 2   pers- -- you know, it's not like you were just biased
 3   going, you know, I won, I know I won.  You're --
 4   you're -- now you're digging in to find out how these --
 5   how this weird mathematical things happen.
 6                   DR. SHIVA:  Exactly.  I mean, the scientist
 7   engineer kicked in, right?
 8                   MR. LINDELL:  Right, right, yeah.  That --
 9   right.
10                   DR. SHIVA:  I mean, just like you.  You're
11   a scientist and engineer in -- in a very -- from a
12   marketing standpoint.
13                   MR. LINDELL:  Right.
14                   DR. SHIVA:  But -- and I think we both sort
15   of pursue the same aims.
16                   MR. LINDELL:  Right.
17                   DR. SHIVA:  But here, what we found out was
18   that the first thing that gave me a big insight is that
19   (a) ballot images are being created.
20                   MR. LINDELL:  Right.
21                   DR. SHIVA:  And then I also found out by
22   federal law, in 1974, they passed a law for federal
23   elections, those ballot images must be saved.  So that
24   was one piece of the puzzle, okay?
25                   MR. LINDELL:  Uh-huh, right.
```

Absolute Proof - February 5, 2021

1       DR. SHIVA:  The other piece of the puzzle
2  was, I found out that the voting machines, as early as
3  2002, have a feature in there called a "weighted race
4  feature," where it's embedded into the system where you
5  can multiply candidates' votes by a percentage.  All
6  right.  So what that means is you get a thousand votes,
7  I get a thousand votes.
8       MR. LINDELL:  Right.
9       DR. SHIVA:  I can multiply your votes by
10  two, my votes by .5.  And if everyone -- anyone doesn't
11  believe this, go look up the Diebold Voting Manual, go
12  to Page 2-126 in the manual in the 2002 version --
13       MR. LINDELL:  Right.
14       DR. SHIVA:  -- and you'll see it in there.
15       MR. LINDELL:  So did -- were you able to
16  prove that yours -- that your election was stole by the
17  machines?  Did you -- mathematically, do you prove a
18  hu- -- did you prove 100 percent that this could only be
19  re- -- recreated by a machine to do that 60/40, that
20  same -- you know...
21       DR. SHIVA:  Yeah.  So what we proved, Mike,
22  was -- well, first of all, we showed that the state had
23  deleted the ballot images.
24       MR. LINDELL:  Right.
25       DR. SHIVA:  Which means that if they had

Absolute Proof - February 5, 2021

1  the ballot image, I could have found the algorithm.  So
2  it came upon me to use all that 40, 50 -- 40 years of
3  experience that I'd learned from 14 all the way to MIT,
4  I had to bring all that rocket science --
5            MR. LINDELL:  Right.
6            DR. SHIVA:  -- to actually look at the
7  data.  And what I found out in the data was a very
8  interesting anomaly.
9            MR. LINDELL:  Uh-huh.
10           DR. SHIVA:  Which in -- as you said, a
11  deviation --
12           MR. LINDELL:  Right.
13           DR. SHIVA:  -- in one of counties called
14  Suffolk County, which is typically highly Democrat.
15           MR. LINDELL:  Right.
16           DR. SHIVA:  So we were able to see these
17  interesting numbers, up, down, up, down, up, down.
18           MR. LINDELL:  Right.
19           DR. SHIVA:  Essentially -- imagine going to
20  a casino, every time you roll twice the number of odd as
21  you get even.  Okay?
22           MR. LINDELL:  Right, right.
23           DR. SHIVA:  It's not likely.  It should be
24  50/50.
25           MR. LINDELL:  (Inaudible) right.

Absolute Proof - February 5, 2021

```
 1                    DR. SHIVA:  And in fact, when we did the
 2    numbers, that pattern could only occur one in 100,000.
 3                    MR. LINDELL:  Uh-huh.
 4                    DR. SHIVA:  We appli- -- we, you know, sued
 5    the state on this and the judge did not dismiss our
 6    case.
 7                    MR. LINDELL:  It's still open?
 8                    DR. SHIVA:  It's still -- not only it's
 9    open, but we survived dismissal.  And the other thing
10    was, we also showed that when I put this out on Twitter
11    and said, Look, the Secretary of State deleted ballot
12    images, Twitter didn't do anything to me, but the
13    Secretary of State contacted Twitter to shut me down,
14    along with the National Association of State Election
15    Directors that came out.
16                    MR. LINDELL:  Wow.  Well, let me stop you
17    right there because I want to say something.
18                    DR. SHIVA:  Yeah.
19                    MR. LINDELL:  Did you hear the Twitter
20    thing?  All of you in this country and the world know my
21    Twitter was taken down.  You know why it was taken down
22    the first time 20-some days ago is because I put up --
23    of the new evidence, which Dr. Shiva here I'm going to
24    tell him in a second, this new evidence that came out
25    shows the time stamp in -- in space of where -- you
```

Absolute Proof - February 5, 2021

1   know, where the -- who did it, what country did it, like
2   China --
3                 DR. SHIVA:  Well, remember, we have two
4   cases.  First, we show -- we basically went into court
5   saying the Secretary of State contacted Twitter.  That
6   means Twitter takes orders from the government.  This is
7   what we showed.  Twitter takes orders from the
8   government.
9                 MR. LINDELL:  And you're -- and that's
10  proven?  That's 100 percent?
11                DR. SHIVA:  Yes.  It came out in three --
12                MR. LINDELL:  100 percent, the Secretary of
13  State --
14                DR. SHIVA:  -- three hours of testimony --
15                MR. LINDELL:  -- said Jack Dorsey --
16                DR. SHIVA:  Took orders from the Secretary
17  of State of Massachusetts.  This is what happens in
18  countries like China.  The government tells the
19  corporations what to do.  And in -- in the United
20  States, what came out in our three hours of testimony
21  where I represented myself --
22                MR. LINDELL:  Right.
23                DR. SHIVA:  -- no one wanted to take the
24  swamp on in Massachusetts.
25                MR. LINDELL:  Right.

Absolute Proof - February 5, 2021

1                    DR. SHIVA:  So what came out was, we have
2      the Secretary of State's -- the election director and
3      the communications officer saying they contacted Twitter
4      to shut me down and Twitter obeyed.
5                    MR. LINDELL:  Is that still open?  Is that
6      still open?
7                    DR. SHIVA:  Not only is it open, the judge
8      gave me the restraining order, and the case is open.
9      And my other case to decertify, they tried to apply a
10     100, 200-page motion to dismiss and the judge denied
11     their motion.
12                   MR. LINDELL:  Wow.
13                   DR. SHIVA:  And that means -- look, MIT --
14     MIT's in Massachusetts, right?
15                   MR. LINDELL:  Right.
16                   DR. SHIVA:  There's a lot of computer
17     people there.
18                   MR. LINDELL:  Right.
19                   DR. SHIVA:  No one has rebutted my
20     mathematical explanation showing that they multiplied
21     my -- my votes by .666.  So look --
22                   MR. LINDELL:  .666, they multiply it by?
23                   DR. SHIVA:  Exactly.  And the other guy's
24     by 1.2.
25                   MR. LINDELL:  Everybody hear that?  Wow.

Absolute Proof - February 5, 2021

1              DR. SHIVA:  Well, I -- I think one of the
2    things the public needs to understand is, federal laws,
3    the Department of Justice is supposed to enforce them.
4              MR. LINDELL:  Right.
5              DR. SHIVA:  You know, when we found out the
6    ballot images were deleted, we informed -- what's the
7    name, Barr --
8              MR. LINDELL:  Right.
9              DR. SHIVA:  -- and the local U.S. Attorney
10   and they've done nothing.
11             MR. LINDELL:  No.
12             DR. SHIVA:  So basically, this is what
13   happens in third-world countries, right --
14             MR. LINDELL:  Right, right.
15             DR. SHIVA:  -- you have laws but nothing's
16   followed.
17             MR. LINDELL:  Right.
18             DR. SHIVA:  And if that's where we've
19   gotten into, it's a serious problem for this country
20   because the laws don't mean anything.
21             MR. LINDELL:  Well, it's a serious
22   problem -- you mentioned Barr.  I mean, he comes out and
23   says there was no election fraud.  You know, and here we
24   have right here, you told him of some, right?
25             DR. SHIVA:  I told him of some.  I went

Absolute Proof - February 5, 2021

```
 1  to --
 2              MR. LINDELL:  Is this before the election,
 3  even?
 4              DR. SHIVA:  Before.
 5              MR. LINDELL:  (Inaudible.)
 6              DR. SHIVA:  Well, this was in October.
 7              MR. LINDELL:  October.
 8              DR. SHIVA:  I walked -- so this was --
 9  yeah, in Oct- --
10              MR. LINDELL:  Bill Barr, if you're
11  watching, I mean -- I mean, what -- why would you say
12  something like that when, yes, this is -- this wasn't
13  just election fraud, this was a historical election
14  fraud.  This was coming from a lecture -- or from
15  machines, from these machines of Biblical proportions,
16  of historical proportions.  And now this is -- it's all
17  going to get exposed.  And I want all these -- I want
18  the senators, the congressmen, the government, the
19  governors, the legislators, everybody needs to watch
20  this show, and when you do, you know, a lot of you can
21  go, Wow, I never knew, I never knew.
22              And that'll be a lot of excuses for a lot
23  of them because of our mainstream media and all the
24  people.  I can't believe the money spent to suppress
25  this, you know, to suppress it.  So when you pop --
```

1  anything that popped up, boy, they were right on it,
2  let's destroy them.
3            DR. SHIVA:  Right.
4            MR. LINDELL:  Let's destroy them.  Like,
5  who was the last thing to pop up?  Me.  When I see this,
6  I popped up.  And how do you destroy my platform because
7  everybody knows I'm out there?  They've done everything
8  they could from -- from bots and trolls to go after my
9  integrity, to Twitter.  I mean, it's just been a massive
10 attack.  But then, you know, you're right over target,
11 right?
12           DR. SHIVA:  It wasn't Twitter acted alone.
13 We found the government --
14           MR. LINDELL:  Right.  (Inaudible.)
15           DR. SHIVA:  -- contacting Twitter.  Now,
16 this is a fundamental violation of the First Amendment.
17 Political speech -- government speech cannot supersede
18 political speech.  So I -- I bet you you'll find out
19 that some government official may have likely been
20 involved in contacting Twitter in your case.
21           MR. LINDELL:  Oh, there's big -- oh, yeah.
22 Well, we --
23           DR. SHIVA:  And that's what --
24           MR. LINDELL:  I know Jack Dorsey was
25 involved.  Jack, if you're out there, I mean, you did

Absolute Proof - February 5, 2021

1   this to my movie a couple years ago with Unplanned,

2   where they shut Twitter down -- shut -- Twitter shut

3   that down for two hours when it -- when it launched.

4               DR. SHIVA:  I see.

5               MR. LINDELL:  I mean, you look at -- we're

6   getting into a whole segment there where you're talking

7   about how -- we all know the social media, what they've

8   done, you know, from Mark -- from Mark Zuckerberg and

9   Jack Dorsey.  These platforms, the power they have along

10  with the mainstream media, you know, what did they do

11  when they took over -- you talk about third world

12  country, in Nazi Germany, they took over, you know, all

13  your -- any -- in any country like that, they'll take

14  over your communication.

15              You know, how are we going to communicate?

16  You're here and one sec (making noise), you know, and --

17  and this is where we're at.  But we're going to get this

18  out there.  This show is going to be -- this is what

19  everybody's been waiting for.

20              And, you know, if I -- I encourage a

21  newscast out there, if you're -- all these journalists

22  and all you -- and all you guys that have been calling

23  me, all -- for three weeks now, you never called me

24  before, your -- from your CNNs to your New York Times,

25  your Washington Post, all you guys have been calling me

Absolute Proof - February 5, 2021

1  nonstop every day because you think you got some kind

2  of -- making up some dirt or something from -- because

3  Dominion -- you're saying things about Dominion.

4              I encourage all you, why don't you be a

5  real journalist and take this story and run with it.  Be

6  the first one to go, Wow, this is real.  You'd -- maybe

7  you become the biggest outlet in the country by doing

8  that.  Just (inaudible) --

9              DR. SHIVA:  Because the real crime scene in

10 America is these computer algorithms.

11             MR. LINDELL:  And I'm going to tell you,

12 it's -- that is the crime scene.  And I'm going to tell

13 you, this is their game too, that these machine guys

14 played, espe- -- with, like, Dominion, they went out

15 there and a lot of these places, I couldn't even go on

16 the media and talk about these machines because they

17 were threatened.

18             I go on a -- I go on a news talk show and

19 they go, Well, you can't talk about that.  I was just on

20 one last night.  You can't talk about that.  Why not?

21             Okay.  Now we have Patrick Colbeck.  And he

22 was a former state senator in Michigan.  And Patrick,

23 how are you involved with all -- you know, what brought

24 you here today?

25             MR. COLBECK:  Yeah.  Well, it came from --

Absolute Proof - February 5, 2021

1  as a result of my decision to be a poll challenger out

2  of the Detroit AV Counting Board.  I did a marathon

3  25-hour shift from -- to -- starting on election night

4  around 5 o'clock all the way through the next day.

5              MR. LINDELL:  Wow.  This --

6              MR. COLBECK:  So we witnessed all the

7  fun --

8              MR. LINDELL:  This was in Michigan?

9              MR. COLBECK:  Yep.

10              MR. LINDELL:  Where at in Michigan, what

11  county?

12              MR. COLBECK:  At the Detroit AV Counting

13  Board in Wayne County.  Well, a little background on me,

14  I mean, I was a form- -- when I was a state senator, I

15  was actually the vice chair of the Elections Government

16  Re- -- or Elections and Government Reform Committee in

17  the Michigan State Senate.

18              MR. LINDELL:  Right.

19              MR. COLBECK:  And in addition to that

20  background, my background's as a Microsoft small

21  business specialist.  And -- and I did cabling design on

22  the space station.  So in other words, I'm familiar with

23  election processes and I'm familiar with network

24  configurations.  So my focus, when I came at the Detroit

25  AV Counting Board was, I wanted to understand

Absolute Proof - February 5, 2021

1   specifically the hand-off of vote tally information

2   throughout the system.  We did see evidence that it was

3   connected to the internet.

4               MR. LINDELL:  What was that evidence?

5               MR. COLBECK:  Well, that -- that control

6   center -- they've already been -- they've already

7   admitted to the fact that that control center had

8   computers that were connected to the internet.  And we

9   saw the actual cable routed from the wall of the -- of

10  the TCS center to the control center.  And we have

11  election officials that admitted that there were

12  computers --

13              MR. LINDELL:  That were online.

14              MR. COLBECK:  -- in that control center --

15              MR. LINDELL:  That were online.

16              MR. COLBECK:  -- that were connected to the

17  internet.  And anybody with -- worth their salt in IT

18  land understands that if one computer's connected to the

19  internet, they're all --

20              MR. LINDELL:  They're all connected.

21              MR. COLBECK:  -- connected to the internet.

22  You may say that it's air gapped --

23              MR. LINDELL:  Right.

24              MR. COLBECK:  -- you may say you have a

25  firewall --

Absolute Proof - February 5, 2021

```
 1                    MR. LINDELL:  So that would be --
 2                    MR. COLBECK:  -- but there's people that
 3   eat firewalls for breakfast.
 4                    MR. LINDELL:  So -- so that -- so what
 5   you're saying, you knowing that, so if it's connected to
 6   the internet, somebody out there could have hacked in --
 7                    MR. COLBECK:  Yeah.
 8                    MR. LINDELL:  -- and then did the flipping
 9   of the votes.
10                    MR. COLBECK:  An- -- yep.  When you get
11   into a case where you've got the same devices that are
12   supposed to be capturing that vote tally connected to
13   the internet, or frankly even connected to a large local
14   area network --
15                    MR. LINDELL:  Right, right.
16                    MR. COLBECK:  -- and you can't witness that
17   hand-off --
18                    MR. LINDELL:  Right.
19                    MR. COLBECK:  -- of vote tallies, you don't
20   have that seal.  So you may be thinking you're passing
21   that information from Point A to Point B, but there's
22   nothing --
23                    MR. LINDELL:  It's intercepted.
24                    MR. COLBECK:  -- to prevent it being --
25                    MR. LINDELL:  So --
```

Absolute Proof - February 5, 2021

```
1              MR. COLBECK:  -- from going to Point C --
2              MR. LINDELL:  Right.
3              MR. COLBECK:  -- in the interim.
4              MR. LINDELL:  So that --
5              MR. COLBECK:  -- it's called the "man in
6    the middle" attack.
7              MR. LINDELL:  Right.  So that -- so if
8    you're on -- if you're online, I mean, anybody could get
9    in there --
10             MR. COLBECK:  Yeah.
11             MR. LINDELL:  -- and then do that because
12   they're intercepting that -- it's an interception.
13   That's why you don't have --
14             MR. COLBECK:  Right.
15             MR. LINDELL:  -- machines aren't supposed
16   to be online in election, right?
17             MR. COLBECK:  Yes --
18             MR. LINDELL:  They're not --
19             MR. COLBECK:  -- it's called "man in the
20   middle."
21             MR. LINDELL:  Right.
22             MR. COLBECK:  And you wouldn't accept
23   that -- if it was a traditional precinct and you got
24   that -- you got that precinct result and it wasn't
25   sealed, you'd be raising your hand saying, Something's
```

1   rotten here.

2               MR. LINDELL:  Absolutely.  I want to ask

3   this, though, because if you were there, did it slow

4   down in the middle of the night when you were there,

5   like --

6               MR. COLBECK:  Absolutely.

7               MR. LINDELL:  -- at 2:00 in the morning?

8               MR. COLBECK:  Yeah, it was --

9               MR. LINDELL:  So it slowed down to a

10  trickle?

11              MR. COLBECK:  It was almost dead as the

12  night, yeah.  And that's when some ballots came in the

13  backdoor.

14              MR. LINDELL:  Well now we're here with

15  Melissa Carone, and you were actually hired by Dominion

16  for November 3rd and 4, just for two days --

17              MS. CARONE:  Yes.

18              MR. LINDELL:  -- right?

19              MS. CARONE:  Yeah.

20              MR. LINDELL:  And -- and they found you

21  online, right?  You had a resume online --

22              MS. CARONE:  Right.

23              MR. LINDELL:  -- you have an IT background?

24              MS. CARONE:  Yep, yep.

25              MR. LINDELL:  Okay.  So why don't you tell

Absolute Proof - February 5, 2021

| | |
|---|---|
| 1 | us, you know, tell us what happened. |
| 2 | MS. CARONE: So I was there to assist with |
| 3 | IT work -- |
| 4 | MR. LINDELL: Okay. |
| 5 | MS. CARONE: -- for Dominion. |
| 6 | MR. LINDELL: Okay. |
| 7 | MS. CARONE: So what I was doing was just |
| 8 | walking up and down the rows of the tabulating machines. |
| 9 | MR. LINDELL: By the machines? |
| 10 | MS. CARONE: Yeah. Yeah. |
| 11 | MR. LINDELL: Okay. So there's -- it's a |
| 12 | tabulating machine? |
| 13 | MS. CARONE: Yeah. So I could get very |
| 14 | close to these machines. |
| 15 | MR. LINDELL: Okay. So then -- so what |
| 16 | about the -- is -- was that the only kind of machine? |
| 17 | MS. CARONE: No, there was -- so there -- |
| 18 | on the stage, there was adjudication machines in the |
| 19 | front and the back -- |
| 20 | MR. LINDELL: Okay. |
| 21 | MS. CARONE: -- and then on the sides, |
| 22 | there was the adjudica- -- |
| 23 | MR. LINDELL: Okay. |
| 24 | MS. CARONE: Or the -- that's -- I'm sorry, |
| 25 | the tabulating machines. |

Absolute Proof - February 5, 2021

```
 1              MR. LINDELL:  Right.  Both Dominion
 2  machines, correct?
 3              MS. CARONE:  Both Dominion machines.
 4              MR. LINDELL:  Okay.  All right.  So you got
 5  to see, what, thousands of votes?
 6              MS. CARONE:  Thou- -- thousands.
 7              MR. LINDELL:  Thousands upon thousands of
 8  votes?  Okay.  What was on every vote?
 9              MS. CARONE:  Every vote that I saw was for
10  Joe Biden.
11              MR. LINDELL:  For Joe Biden.  When I heard
12  this -- and I want to say, the -- you've seen -- you
13  worked how many hours, 20- --
14              MS. CARONE:  22 straight hours that night.
15              MR. LINDELL:  And then you came back for
16  four hours?
17              MS. CARONE:  Correct.
18              MR. LINDELL:  Out of all that time, did you
19  ever see one Trump vote?
20              MS. CARONE:  I never saw a single Trump
21  vote.
22              MR. LINDELL:  Right.
23              MS. CARONE:  So when the ballots got to the
24  tabulating machines, they would just put them through --
25  put them -- it's kind of like a printer, you would look
```

Absolute Proof - February 5, 2021

```
1   at it kind of like a printer where the paper would come
2   out --
3               MR. LINDELL:  Right.
4               MS. CARONE:  -- normally --
5               MR. LINDELL:  Yep, yep.
6               MS. CARONE:  -- that's where they were put
7   in.  And it would end up, as they were tabulated, on the
8   top of the machine.  Okay?
9               MR. LINDELL:  Right.  Right.
10              MS. CARONE:  So these would jam constantly,
11  constantly jam.
12              MR. LINDELL:  Right, right.
13              MS. CARONE:  And because these are mail-in
14  ballots, the creases --
15              MR. LINDELL:  Right, right.
16              MS. CARONE:  -- anything in them would --
17  would jam this in the tabulator.
18              MR. LINDELL:  And when they jammed, what
19  happened?
20              MS. CARONE:  When they jammed --
21              MR. LINDELL:  This is very interesting.
22              MS. CARONE:  -- they would take the ballot
23  and the compu- -- there was a computer in front of each
24  person.
25              MR. LINDELL:  Right.
```

Absolute Proof - February 5, 2021

1            MS. CARONE:  It would say Ballot No., you
2     know, 20 --
3            MR. LINDELL:  20.
4            MS. CARONE:  -- jammed.
5            MR. LINDELL:  Out of a group of 50?
6            MS. CARONE:  Yeah.
7            MR. LINDELL:  So the 20th ballot jammed?
8            MS. CARONE:  Uh-huh.
9            MR. LINDELL:  Then what?  Then what?
10            MS. CARONE:  So it would say "discard or
11     rescan."  And the way they were supposed to do it is
12     discard them and -- and then rescan them, but they were
13     not discarding these, so --
14            MR. LINDELL:  So they used the same --
15     let's say 30 went through, it got stuck on the 30th
16     one --
17            MS. CARONE:  Uh-huh.
18            MR. LINDELL:  -- they put that No. 30 at
19     the top of the same 50 pack --
20            MS. CARONE:  Yeah.
21            MR. LINDELL:  -- and run them through
22     again?
23            MS. CARONE:  Yeah.
24            MR. LINDELL:  So you're telling me that
25     tabulator had no way to know -- it's just counting

Absolute Proof - February 5, 2021

1  the -- the number of -- like a -- counting a deck of
2  cards?
3                  MS. CARONE:  That's exactly what it was
4  doing.
5                  MR. LINDELL:  It's not -- you could sit
6  there and run the same deck of cards through this
7  tabulator --
8                  MS. CARONE:  Yes.
9                  MR. LINDELL:  -- over and over and over and
10 over again --
11                 MS. CARONE:  Yeah.
12                 MR. LINDELL:  -- is that right?
13                 MS. CARONE:  So one time through the night,
14 I approached my manager and I said, This -- this machine
15 has a count of over 400 on it.
16                 MR. LINDELL:  Right.
17                 MS. CARONE:  I said, What's going on here?
18 And he -- I said, This is not right.  There's -- it
19 should not go above 50.  There should -- because the
20 batches are only 50.
21                 MR. LINDELL:  Only 50.
22                 MS. CARONE:  And I said, We have a huge
23 problem here.  And he said, I don't -- he pulled me
24 aside and he said, I don't want to hear that we have a
25 problem.  He said, We are here to assist with IT work --

Absolute Proof - February 5, 2021

```
1              MR. LINDELL:  Now, was this a Dominion guy?
2              MS. CARONE:  He -- he own -- he's actually
3   a part-owner of Dominion.
4              MR. LINDELL:  Wow.  Okay.
5              MS. CARONE:  Yes.
6              MR. LINDELL:  What?  So 26 hours of
7   watching ballot after ballot --
8              MS. CARONE:  Uh-huh.
9              MR. LINDELL:  -- by -- walking up and down
10  these tabulating machines, not one ballot was for Donald
11  Trump.
12             Okay.  Now we're here with Matt DePerno,
13  and he's the lawyer that we all heard about -- this
14  Antrim County.  How did you get this county that you
15  hear about and how do you even get involved in this?
16             MR. DEPERNO:  Sure.  Well, I know some
17  people who live up in Antrim County, and Antrim County
18  is a small county up in northern Michigan.  It
19  historically votes roughly 65 percent Republican,
20  35 percent Democrat.  And in this case, it completely
21  flipped on election night, roughly 65 percent of the
22  vote went to Joe Biden and 35 percent to Donald Trump.
23             So people who lived up there knew that
24  there was a problem, they knew that the results were not
25  correct.  And on the morning of November 4th, they
```

1  actually contacted the Antrim County Clerk and requested
2  that she look into the results because they knew what
3  had been posted on the website could not be true.
4            And through a series of events, people I
5  knew up there and -- and a person named Bill Bailey,
6  who's a -- a patriot who lives up in Antrim County and
7  who knew there was a problem and wanted to challenge the
8  results, they ended up connecting him to me and I filed
9  a lawsuit.  But what's important is, in -- in filing
10 this lawsuit, we weren't seeking publicity, we weren't
11 seeking fame, we just wanted to get results.
12           We filed an -- the name and in the name of
13 a patriot named Bill Bailey and we challenged down
14 ballot school board elections.  That's what he was most
15 interested in and in learning about school board
16 elections.  Of course, he was obviously also interested
17 in other aspects of the election, what happened in the
18 presidential election and how did things flip.
19           But primarily, we -- the -- the case
20 centered on local politics.  But if you look at certain
21 tow- -- townships like Chestonia Township --
22           MR. LINDELL:  Okay.
23           MR. DEPERNO:  -- Joe Biden got 197 votes on
24 November 3rd.
25           MR. LINDELL:  Right.  Right.

Absolute Proof - February 5, 2021

1        MR. DEPERNO:  In reality, he only got 93.
2   After --
3        MR. LINDELL:  And how do you know that,
4   that he only got 93?
5        MR. DEPERNO:  Because there's since been a
6   hand recount done.
7        MR. LINDELL:  A hand recount.  So when did
8   they do that?
9        MR. DEPERNO:  They did a hand recount on
10  November 21st and then again on December 17th.
11       MR. LINDELL:  Right, right.  Okay.
12       MR. DEPERNO:  On December 17th, actually,
13  they told us they were going to do a full audit of the
14  county --
15       MR. LINDELL:  Right.
16       MR. DEPERNO:  -- the Secretary of State
17  did.  But in -- in reality, they only did a hand recount
18  again.
19       MR. LINDELL:  Okay.
20       MR. DEPERNO:  So --
21       MR. LINDELL:  So on the recounts, we got
22  197, and then over here, Donald Trump had 3 [sic].  So
23  then when you -- the real numbers were 93 and 197; is
24  that correct?
25

Absolute Proof - February 5, 2021

```
1                    MR. DEPERNO:  That's correct.  So you can
2    see Joe Biden on election night --
3                    MR. LINDELL:  Right.
4                    MR. DEPERNO:  -- got 197.
5                    MR. LINDELL:  Right.
6                    MR. DEPERNO:  He got Donald Trump's 197
7    votes.
8                    MR. LINDELL:  Right -- they -- right.
9                    MR. DEPERNO:  We can know -- we know that
10   that was a --
11                   MR. LINDELL:  This is 100 percent fact
12   here.
13                   MR. DEPERNO:  100 percent factual.
14                   MR. LINDELL:  Now -- now, what we're
15   showing here, you guys, so everyone knows, these are all
16   precincts.  I don't know if you can see this here, but
17   these are all precincts.  So let's just do this
18   precinct -- precinct.  392.  This is done through the
19   machines, and Donald Trump got 8.  What?  So here is 392
20   to 8, but the real number was 198 to 392.
21                   MR. DEPERNO:  And if you see here, Elk
22   Township, Joe Biden got 392 on the election --
23                   MR. LINDELL:  Right.
24                   MR. DEPERNO:  -- in reality, those are
25   Donald Trump's votes, those were the 392.
```

1        MR. LINDELL:  Right.  They were just
2   flipped.  In order for that to be off, you do the
3   conclusion, which I would right now, 100 percent, how
4   could that be off?  There would be something wrong with
5   what?
6        MR. DEPERNO:  The machine.
7        MR. LINDELL:  The machines.  The machines.
8   And what we're showing here right now, what you're going
9   to see, all this that we've been talking about, this
10  massive machine election fraud that went on where
11  countries hacked into our election -- and nationwide,
12  this is one little county in northern Michigan.  And
13  these machines would do it right down to the precinct.
14        Okay.  What we -- you're going to see --
15  this is the example we have that where -- that was
16  hand-counted and that, you know, the rest of the
17  country, you know, didn't get to do that.  They didn't
18  have the luxury of being able to do that, you know.  And
19  so what I want to tell y'all, is this is the perfect
20  example, just so you know, right down to the precinct
21  level what went on with these machines.  I want -- want
22  to see one more here.  So --
23        MR. DEPERNO:  Well, you can look at, like,
24  the Kearney Township --
25        MR. LINDELL:  Yeah.

1          MR. DEPERNO:  -- Joe Biden got 744 on
2  election night.
3          MR. LINDELL:  Right.
4          MR. DEPERNO:  Those were Donald Trump's
5  votes.  He actually recorded 16 on election night.
6          MR. LINDELL:  Okay.  So here's this county
7  that traditionally always is, like, 65 percent
8  Republican, 35 percent Democrat, correct?
9          MR. DEPERNO:  Correct, that's correct.
10          MR. LINDELL:  Okay.  So everyone in the
11  county knew when these numbers came in on -- on
12  November 4th, they're going, um, there's something wrong
13  with the machines.  Everyone.  Everyone would think
14  that.  It wouldn't matter if you're a Democrat or
15  Republican.  You're going, Wow.  And it's not like --
16  what -- and they couldn't use the deviation, saying,
17  Well, it was because of mail-in voting because this
18  isn't -- there's no huge cities in there like Detroit,
19  correct?
20          MR. DEPERNO:  That's correct.  So --
21          MR. LINDELL:  Right -- so I just want
22  everyone out there to know this before you get
23  (inaudible).  This is just a small county, northern
24  Michigan, and they ended up flipping -- we had 15,718
25  votes -- votes --

```
1               MR. DEPERNO:  15,718 votes.
2               MR. LINDELL:  Votes.  And 7,060 were
3   flipped from Bi- -- or Trump to Biden; is that correct?
4               MR. DEPERNO:  Yeah.  And what's more --
5   even more --
6               MR. LINDELL:  Wow.
7               MR. DEPERNO:  -- what's even more
8   interesting --
9               MR. LINDELL:  By machine -- by machines,
10  right?
11              MR. DEPERNO:  By machines.
12              MR. LINDELL:  It had to be done by the
13  machines?
14              MR. DEPERNO:  Absolutely by machines.
15              MR. LINDELL:  Okay.
16              MR. DEPERNO:  If you look at the original
17  vote count, 7,769 --
18              MR. LINDELL:  Right.
19              MR. DEPERNO:  -- for Do- -- Joe Biden and
20  4,509 for Donald Trump.
21              MR. LINDELL:  Right, right.
22              MR. DEPERNO:  That actually totals 12,278
23  votes --
24              MR. LINDELL:  Right.
25              MR. DEPERNO:  -- by machine on
```

Absolute Proof - February 5, 2021

1  November 3rd.  That's the vote tally.

2                    MR. LINDELL:  Right.

3                    MR. DEPERNO:  That wasn't correct 'cause if

4  you look at the hand recount, it was actually 5,959 for

5  Joe Biden and 9,759 --

6                    MR. LINDELL:  Right.

7                    MR. DEPERNO:  -- for Donald Trump, which

8  gets us to 15,718 --

9                    MR. LINDELL:  Got ya.

10                    MR. DEPERNO:  So the question is, where

11  did -- where were the 3200 votes --

12                    MR. LINDELL:  Right.

13                    MR. DEPERNO:  -- on election night?

14                    MR. LINDELL:  Right.

15                    MR. DEPERNO:  Why weren't they recorded?

16                    MR. LINDELL:  And -- right.  And that --

17  but -- but even -- even with that -- and we don't know

18  why.  We don't know why on that.  We're -- I'm here to

19  show everyone out the facts and evidence that I've seen

20  100 percent.  Here's 100 percent.  This little county in

21  northern Michigan, look at what the difference was.  It

22  was a net of 5,250 votes; is that correct?

23                    MR. DEPERNO:  That's a net for Donald

24  Trump.

25                    MR. LINDELL:  That's a net for Donald

1   Trump.  There was 7,000 -- that's where you get the

2   7,060 votes.

3              MR. DEPERNO:  So what I want to show you

4   here in the next slide is actually the number of

5   registered voters.  This is what you're getting to.  The

6   number of registered voters in the county is twen- --

7   22,082 votes.

8              MR. LINDELL:  Right.

9              MR. DEPERNO:  And this is the total number

10   of votes cast by machine on November 3rd --

11              MR. LINDELL:  Right.

12              MR. DEPERNO:  -- 16,047.  Now, of course,

13   not everyone votes for the president --

14              MR. LINDELL:  Right.

15              MR. DEPERNO:  -- so that's why there's

16   going to be some disparity.

17              MR. LINDELL:  Right.

18              MR. DEPERNO:  But you see what happened in

19   Antrim County.  On November 3rd, there were 16,047 votes

20   cast.

21              MR. LINDELL:  Right.

22              MR. DEPERNO:  And then on November 5th when

23   they did a recount, somehow they gained 2,000 more

24   votes.

25              MR. LINDELL:  Wow.

Absolute Proof - February 5, 2021

1          MR. DEPERNO:  And we haven't got an
2    explanation as to why that happened.
3          MR. LINDELL:  Right.  But -- but we do
4    have -- we do know that there was 7,000 -- if you
5    were -- if you were to say right now and go, you know
6    what, we do know that 7,060 -- Donald Trump had 7,060
7    more votes net out of this county.
8          MR. DEPERNO:  That's correct.
9          MR. LINDELL:  That's 100 percent fact.
10         MR. DEPERNO:  100 percent fact.
11         MR. LINDELL:  100 percent fact.
12         MR. DEPERNO:  So after we filed a lawsuit,
13   we -- we -- at the same time we filed the lawsuit, we
14   also filed a motion with the court, asking the judge to
15   allow us to take forensic images of the Dominion system,
16   the Dominion Voting System.  And -- and he granted that.
17   And we then went in, and I believe it was
18   December 6th --
19         MR. LINDELL:  Right.
20         MR. DEPERNO:  -- and with a team of
21   forensic scientists and data collection scientists,
22   we -- we captured the forensic images of the Domi- --
23   Dominion Voting System.  The master tabulator is what we
24   call it, sitting in the county building, along with all
25   of the CF cards, which are the program cards that run

Absolute Proof - February 5, 2021

1   the actual software along with the actual data cards or

2   thumb drives that collect and tally the results in each

3   precinct, we captured the forensic images of all of

4   those items --

5               MR. LINDELL:  Okay.  I want to -- I want to

6   say something there.  So the people -- did you hire

7   these people to do that?

8               MR. DEPERNO:  Correct.

9               MR. LINDELL:  Okay.  Were they -- and you

10  didn't know them before this, right.

11              MR. DEPERNO:  We didn't know them before --

12              MR. LINDELL:  Right.

13              MR. DEPERNO:  -- but people got us in

14  contact with them.

15              MR. LINDELL:  Contact with forensic experts

16  on these particular machines?

17              MR. DEPERNO:  That's correct.

18              MR. LINDELL:  And so -- so that's -- I just

19  want everyone to know that.  This wasn't just some, you

20  know, Hey, let's grab somebody from the county and look

21  at these machines, these were experts.

22              MR. DEPERNO:  These are people with real

23  experience analyzing forensic software images.

24              MR. LINDELL:  Wow.

25              MR. DEPERNO:  It can't be overstated enough

1  that these -- these scientists were also data collection

2  experts.  And that's important because what we saw in

3  Antrim County is the failure to properly follow

4  procedures in securing the election machines, the

5  tabulation machines and securely transferring the votes.

6  The chain of custody in this situation was completely

7  tampered with.

8                What we know for certain is that in the

9  Dominion system manual, the manual tells us exactly how

10  to connect the machines to the internet.  The manual

11  tells you how to --

12                MR. LINDELL:  Is it easy?

13                MR. DEPERNO:  It's very easy.

14                MR. LINDELL:  Could a guy like me plug it

15  in?

16                MR. DEPERNO:  I -- I'm certain you could

17  probably figure it out.

18                MR. LINDELL:  Wow.

19                MR. DEPERNO:  But you can -- the manual

20  tells you how to connect the machine --

21                MR. LINDELL:  Right, right.

22                MR. DEPERNO:  -- to --

23                MR. LINDELL:  Right.

24                MR. DEPERNO:  -- the internet.  In our

25  case, what we found through the forensic study that was

1  conducted was that on November 4th at 11:03 p.m., system
2  files, adjudication files and other source system files
3  were deleted from the Dominion system in Antrim County.
4  We know that for a fact.
5              MR. LINDELL:  Wow.
6              MR. DEPERNO:  They were removed.  We don't
7  know who removed them or how they gained access to
8  remove them.  But we do know --
9              MR. LINDELL:  Okay.  Hold on.  Hold on.  We
10 do now.  You'll see that later in the show.
11             MR. DEPERNO:  What we know in our case,
12 what we -- in our case, we don't know precisely because
13 Antrim County and the Secretary of State have not given
14 us that information.
15             MR. LINDELL:  Right.  Right.
16             MR. DEPERNO:  But we do know that those
17 files were removed on November 4th at 11:03 p.m.
18             MR. LINDELL:  What's the significance of
19 that that they're removed?  What does that do to you
20 as -- as trying to investigate this?  What did that do?
21             MR. DEPERNO:  Well, No. 1, I presume and
22 we've asked the Antrim County prosecutor to investigate
23 whether that was a crime to remove voting information
24 from the system prior to the expiration of a 22-month
25 period --

Absolute Proof - February 5, 2021

1          MR. LINDELL:  Right.
2          MR. DEPERNO:  -- which the -- the items are
3    required to be maintained.
4          MR. LINDELL:  But when -- but when that's
5    removed, what did -- that means it was hard for you to
6    do your audit?
7          MR. DEPERNO:  That's hard for us to review
8    the forensic images to conclusively understand --
9          MR. LINDELL:  Right.
10          MR. DEPERNO:  -- whether the machine
11   connected to the internet, because in Michigan, at least
12   38 other counties use the Dominion software.
13          MR. LINDELL:  Right.
14          MR. DEPERNO:  So if this is happening in
15   Antrim County and it was exposed in Antrim County --
16          MR. LINDELL:  Right.
17          MR. DEPERNO:  -- because of the disparity,
18   because there were only 15,000- --
19          MR. LINDELL:  Right.
20          MR. DEPERNO:  -- -718 votes cast --
21          MR. LINDELL:  You wouldn't -- you wouldn't
22   notice this in a bigger city if it was that low in
23   number.
24          MR. DEPERNO:  Correct.
25          MR. LINDELL:  Right.

Absolute Proof - February 5, 2021

```
1              MR. DEPERNO:  If you were in Wayne
2   County --
3              MR. LINDELL:  Right.
4              MR. DEPERNO:  -- and 7,060 votes flipped,
5   you wouldn't notice it.
6              My team of forensic scientists worked
7   tirelessly after December 6th, after we collected the
8   forensic images for about a week, they worked very hard
9   to review those images and put together a report.  And
10  because of a protective order that was in place in this
11  case, I had to file a motion with the court, asking the
12  judge to allow us to release the -- the report that we
13  had prepared.
14             And we did that.  We did that on
15  December 14th.  The judge granted our request and
16  allowed us to release what's called the Allied Security
17  Operations Group Preliminary Summary, Version 2, dated
18  December 13th, '22.
19             MR. LINDELL:  Now, is that public?  Is that
20  public?  It's out there?
21             MR. DEPERNO:  It is public.
22             MR. LINDELL:  Right.  So and -- so this is
23  stuff that got put out there.  And I guarantee you, it
24  was probably put out there -- heck, I -- somebody
25  probably put it on their Twitter and -- I bet you it was
```

1  gone.  You know, they probably tried to spre- -- that's
2  just my opinion.  I had to throw that in there.
3                  MR. DEPERNO:  Well, I can tell you it's
4  been on my website at Depernolaw.com since
5  December 14th, and it has constantly been suppressed for
6  people who try to share the link on Facebook --
7                  MR. LINDELL:  This -- right.
8                  MR. DEPERNO:  -- or Google or through
9  social media, it gets suppressed --
10                 MR. LINDELL:  Right.
11                 MR. DEPERNO:  -- and people are not allowed
12 to share it.
13                 MR. LINDELL:  Right, right.
14                 MR. DEPERNO:  In some cases, they try to
15 share it and a screen comes up that says that -- that
16 this information is not accessible --
17                 MR. LINDELL:  Is -- right, not accurate.
18 Here, you had a -- a -- a perfect report, I mean, that
19 they -- even the judge said you could put it out there,
20 correct?
21                 MR. DEPERNO:  Yes.  Everything we've done
22 in this case has been permitted by the court in terms of
23 the ability to release information.
24                 MR. LINDELL:  Right.
25                 MR. DEPERNO:  But what it is, actually,

Absolute Proof - February 5, 2021

1    it's information that if revealed would show that the
2    CEO of Dominion software, when he testified in front of
3    the Michigan Senate, this information would show that he
4    was not telling the truth about how the Dominion system
5    works.
6                    MR. LINDELL:  Wow.
7                    MR. DEPERNO:  And here's what we
8    concluded --
9                    MR. LINDELL:  Wow.
10                   MR. DEPERNO:  -- when released the report.
11   This is what it states.  "We conclude that the Dominion
12   voting system is intentionally and purposefully designed
13   with inherent errors to create systemic fraud and
14   influence election results."
15                   Now, that's not my words.  That's the words
16   of the forensic team --
17                   MR. LINDELL:  That looked at this.
18                   MR. DEPERNO:  -- that looked at the
19   forensic images and came to a conclusion about what they
20   saw.
21                   MR. LINDELL:  Right.  So they concluded --
22                   MR. DEPERNO:  That's what's in the report.
23                   MR. LINDELL:  They concluded that the only
24   reason you would have a machine like this is if you
25   wanted to steal an election?

Absolute Proof - February 5, 2021

```
 1              MR. DEPERNO:  Correct.  Because what they
 2   also found is that this machine in Antrim County
 3   generates errors at the rate of 68 percent based on
 4   ballots that you put in the machine.
 5              MR. LINDELL:  Right.
 6              MR. DEPERNO:  Remember this.  When you take
 7   a piece of paper and you vote on it, you think when
 8   you're voting that you're tallying your vote and then
 9   you put that machine -- that piece of paper into the
10   Dominion tabulation machine, right?
11              MR. LINDELL:  Right.  Right.
12              MR. DEPERNO:  You know how that process
13   works.
14              MR. LINDELL:  Yeah.
15              MR. DEPERNO:  And you think you've voted,
16   but you haven't voted yet.  You haven't voted until that
17   machine actually tabulates your result in the system.
18   When you put the paper in the tabulator --
19              MR. LINDELL:  Right.
20              MR. DEPERNO:  -- the tabulator takes that
21   paper, converts it to data, and data can be manipulated.
22   In the case of the way the Dominion system works, as I
23   understand it, based on information given to me by my
24   forensic team, when you insert that paper ballot --
25              MR. LINDELL:  Right.
```

Absolute Proof - February 5, 2021

```
1            MR. DEPERNO:  -- into the machine --
2            MR. LINDELL:  Right.
3            MR. DEPERNO:  -- and when an error is
4  tabulated --
5            MR. LINDELL:  Right.
6            MR. DEPERNO:  -- and remember, this machine
7  tabulates them at 68 percent error rate.
8            MR. LINDELL:  Right.  Wow.
9            MR. DEPERNO:  Those ballots, those error
10 ballots, go to what's called "adjudication."
11           MR. LINDELL:  Right.
12           MR. DEPERNO:  Adjudication is a process
13 where someone else other than the voter is able to look
14 at that ballot --
15           MR. LINDELL:  Right.
16           MR. DEPERNO:  -- on a screen and determine
17 the voter's intent and vote that ballot for the voter.
18           MR. LINDELL:  Right.
19           MR. DEPERNO:  And in -- with adjudication
20 and the way the Dominion system works, you can
21 accumulate over the night a number of ballots.
22           MR. LINDELL:  Yeah.
23           MR. DEPERNO:  But what I can tell you,
24 what's interesting is the 2020 system log files are
25 missing, but they are present for 2018 and 2016.  This
```

Absolute Proof - February 5, 2021

1  happened at 11:03 p.m. on November 4th.  What happened
2  on November 4th, the day after the election --
3            MR. LINDELL:  Right.
4            MR. DEPERNO:  -- is at least in Michigan,
5  this story broke across the state --
6            MR. LINDELL:  Right.
7            MR. DEPERNO:  -- that Antrim County had
8  flipped in this manner.
9            MR. LINDELL:  Okay.  So it was such a
10  deviation -- everybody hear -- that's why we all heard
11  about Antrim County.  It was such a big deviation, it
12  would be like, you know, the whole time -- you know, for
13  decades or years, whatever, you're -- you're 65 percent
14  Republican and 35 percent and you flip, the whole
15  townspeople are probably having coffee going, What did
16  you do?  They probably did a recount just themselves at
17  the coffee shops, you know.  So now that makes sense.
18  That's why it made nat-  -- made national news.  We all
19  heard about it.
20            MR. DEPERNO:  Antrim County was not
21  certifiable based on what the machine spit out on
22  election night.  And what we've requested is a full
23  audit of the county.  But we want all of the machines
24  tested, we'd like to see all the machines tested across
25  the state.

Absolute Proof - February 5, 2021

```
 1              MR. LINDELL:  Right.
 2              MR. DEPERNO:  We'd like to see audits
 3   across the state of Michigan.
 4              MR. LINDELL:  Right.
 5              MR. DEPERNO:  This is from the actual
 6   Dominion manual.  This --
 7              MR. LINDELL:  That's the Dominion manual.
 8   Wow.
 9              MR. DEPERNO:  -- this tells you --
10              MR. LINDELL:  Yeah.
11              MR. DEPERNO:  -- how to connect the machine
12   to guess what?
13              MR. LINDELL:  The internet.
14              MR. DEPERNO:  Yes.
15              MR. LINDELL:  Did everybody hear that?
16              MR. DEPERNO:  This is another slide.
17              MR. LINDELL:  But you have to be on the
18   internet in order to do this, so we're going to show you
19   here -- I thought these machines didn't go on the --
20   that's what we were told as the public.
21              MR. DEPERNO:  That's what we are told.
22              (Pause in audio.)
23              MR. COOMER:  Once -- if it's configured to
24   print automatically, it'll print anywhere from one to,
25   you know, five, ten copies.  However many are needed
```

Absolute Proof - February 5, 2021

1  in -- in the jurisdiction, as well, this device can

2  transmit directly.  So that's all part of that closed

3  polls process.  You hit that button once, it prints out

4  the tapes.  When it's done printing out the tapes, it

5  will automatically transmit the results as well.

6                 UNIDENTIFIED SPEAKER:  What is the vehicle

7  for the transmission from the ICP?  Is it cellular modem

8  versus VPN?

9                 MR. COOMER:  Well, it is a cellular modem

10 that V- -- can be configured in a VPN, right?  And we --

11 currently, in Chicago, Cooke County, we work with

12 Verizon to secure that network.  So we would have the

13 same capabilities here.

14                 UNIDENTIFIED SPEAKER:  Look, what wireless

15 chip set/modem does the hardware have?

16                 MR. COOMER:  We support a variety.  So it's

17 really up to the jurisdictions, what technology they

18 want to use, what's compatible with their -- with their

19 networks.

20                 UNIDENTIFIED SPEAKER:  Currently in some

21 jurisdictions, we're using, basically, a modem that is a

22 3D modem, GSM, but we can support multiple -- varieties

23 of more that can be configured.

24                 MR. COOMER:  Including -- including the

25 latest 4G standards as well.

Absolute Proof - February 5, 2021

1          UNIDENTIFIED SPEAKER:  Okay.  So that

2    answers the next question, is it 3G or 4G, Verizon, AT

3    or T [sic], or Sprint, I'm assuming all?

4          MR. COOMER:  Yeah, all, all networks.

5    Right.  Just a point of --

6          UNIDENTIFIED SPEAKER:  (Inaudible.)

7          MR. COOMER:  Yeah.  I mean, we actually

8    transmit from the ICP in Mongolia as well, so we're not

9    limited in networks.

10          UNIDENTIFIED SPEAKER:  And in Puerto Rico,

11   there's three vendors, because the island is not covered

12   by any -- by any of the vendors completely, so we use

13   three different cellular vendors for some ICPs, but

14   there's vendor (inaudible), AT&T, and T-Mobile, I think,

15   in the different parts of the island, so...

16          UNIDENTIFIED SPEAKER:  Everything gets

17   complicated.

18          MR. DEPERNO:  But this is another slide

19   from the Dominion software manual --

20          MR. LINDELL:  Right.

21          MR. DEPERNO:  -- that tells you exactly how

22   to set up your system to connect to the internet.

23          MR. LINDELL:  Uh-huh.

24          MR. DEPERNO:  Those are important slides to

25   see.  And again, another slide from Dominion Voting,

Image Cast Central, which tells you, as you can see in the bottom corner here, it says num- -- Box No. 1, ensure that the ma- -- workstation is connected to the network switch with an ethernet cable.

MR. LINDELL: Wow.

MR. DEPERNO: What does an ethernet cable get you? To the internet.

MR. LINDELL: To the internet.

MR. DEPERNO: These are -- this is all information --

MR. LINDELL: Yeah.

MR. DEPERNO: -- that we've been able to look at --

MR. LINDELL: Right.

MR. DEPERNO: -- from the actual manual.

MR. LINDELL: So what do we got here? That looks like it was manipulated. What?

MR. DEPERNO: Well, this -- these spikes, these blue spikes throughout this show you where Joe Biden got what we call injections --

MR. LINDELL: Right.

MR. DEPERNO: -- of votes at very specific times.

MR. LINDELL: Right.

MR. DEPERNO: These -- these big ones on

Absolute Proof - February 5, 2021

1   the left are November 3rd.  So I'd be curious to see if
2   your data that you have --
3                   MR. LINDELL:  Right.  It will.
4                   MR. DEPERNO:  -- correlates to those.
5                   MR. LINDELL:  Just so everybody knows, what
6   you're going to see, when you see this spike, you're
7   going to see a forensic footprint, how that happened and
8   who did it.  China, yes.  If you're on the internet, the
9   bottom line is, you can get -- you can cheat, you can do
10  all kinds of things.  And that's -- because otherwise,
11  you can't explain any of these numbers, right?
12                  MR. DEPERNO:  That's correct.
13                  MR. LINDELL:  That's correct.
14                  MR. DEPERNO:  The machine results don't
15  match up with the hand tabulation.
16                  MR. LINDELL:  To the real numbers.  And
17  one -- and once again, the -- you know, the purpose of
18  this whole show, obviously, is to show everyone in the
19  world that these machines -- that this was the biggest
20  fraud and the biggest crime, I believe, against
21  humanity, just a crime against humanity.  If we wouldn't
22  be all talking about this now and this is -- all the
23  truth is going to be revealed --
24                  MR. DEPERNO:  Michigan is under siege
25  because this is what I'm dealing with right now.  Dana

Absolute Proof - February 5, 2021

1  Nessel is the Attorney General in the State of Michigan.

2  She sent this tweet out not too long ago, and it says

3  fun fact.  Lawyers who practice in Michigan are required

4  to take an oath to support the Michigan and U.S.

5  Constitutions, not to file unjust and/or frivolous

6  actions or mislead the Court.  The spate of Trump

7  lawsuits in our state violates each of these tenets, it

8  demeans our profession.

9              MR. LINDELL:  Wow.

10             MR. DEPERNO:  What she's calling for, and

11 she's said this publicly, she's calling for attorneys in

12 Michigan to be disbarred who file lawsuits in Michigan

13 challenging --

14             MR. LINDELL:  This election.

15             MR. DEPERNO: -- the results of the

16 election.

17             MR. LINDELL:  Can you guys all hear this?

18 This is what we're up against.  This Dominion, these

19 machines is the biggest fraud in election -- they stole

20 this.  But now the truth is all going to be revealed.

21 People like this lady, Dan- -- what's her name, Dana --

22             MR. DEPERNO:  Dana Nessel.

23             MR. LINDELL:  Dana Nessel.  Dana Nessel,

24 how dare you put this out.  You're supposed to protect

25 Michigan and the U.S.?  This is what I'm doing.  This is

1  why I'm getting attacked.  This is why everybody's
2  getting attacked --
3              MR. DEPERNO:  So --
4              MR. LINDELL:  -- that anybody -- you know,
5  here you are the attorney of the -- one of the few open
6  cases where we have 100 percent proof.  First, they try
7  and suppress the actual report from it, right here,
8  right?
9              MR. DEPERNO:  (Inaudible.)
10             MR. LINDELL:  And now they're trying -- now
11  they're trying to just get rid of you.
12             MR. DEPERNO:  That's true.  So we have
13  Michigan executive officials who are now using the power
14  of government to threaten those with whom they disagree
15  with sanctions.  They're threatening me and others with
16  disbarment.
17             MR. LINDELL:  Wow.
18             MR. DEPERNO:  So bringing forth evidence
19  now --
20             MR. LINDELL:  Uh-huh.
21             MR. DEPERNO:  -- in our country not only
22  gets you the mockery of the mainstream media --
23             MR. LINDELL:  I've been there.
24             MR. DEPERNO: -- who refuse to actually
25  report on it or the truth, but it now gets you ethics

1  complaints filed against you if you are a lawyer.

2                    MR. LINDELL:  Wow.

3                    MR. DEPERNO:  So what do we do about that?

4  When the Michigan Attorney General, who is the chief law

5  enforcement person in the state, threatens those with

6  whom she disagrees, you know what that is?  That's

7  tyranny.

8                    MR. LINDELL:  Yep.

9                    MR. DEPERNO:  That -- you know that is

10 totalitarianism.

11                   MR. LINDELL:  Right.

12                   MR. DEPERNO:  So in our election system,

13 and it's been going on for years after every election,

14 people challenge elections.

15                   MR. LINDELL:  Right.

16                   MR. DEPERNO:  That happens on a regular

17 basis --

18                   MR. LINDELL:  Right.  Yep, yep.

19                   MR. DEPERNO: -- after elections.  That's

20 part of our Republic.  That's part of public discourse.

21 We're ena- -- we're enabled to go in and have those

22 discussions through the court system to challenge

23 elections.  And what Dana Nessle is saying is that you

24 can't do that anymore.

25                   MR. LINDELL:  Right.

Absolute Proof - February 5, 2021

```
 1              MR. DEPERNO:  Because if you try to do it,
 2    she will threaten you, she will try to take your
 3    license --
 4              MR. LINDELL:  Uh-huh.
 5              MR. DEPERNO:  -- and she will try to
 6    silence you.
 7              MR. LINDELL:  Wow.
 8              MR. DEPERNO:  So her statements -- this is
 9    no longer part of public discourse.  This is chilling.
10              MR. LINDELL:  You think she's talking about
11    all the lawyers?  She's talking about you.
12              MR. DEPERNO:  Well, we've talked about it.
13    I agree -- I totally agree with you, she is talking
14    about me.
15              MR. LINDELL:  Right.
16              MR. DEPERNO:  And we've talked about the
17    importance of public discourse.
18              MR. LINDELL:  Right.
19              MR. DEPERNO:  Her tweet, as I said, chills
20    public discourse.
21              MR. LINDELL:  Yeah.
22              MR. DEPERNO:  What it does is it asks a
23    lawyer to put their fear above the representation of
24    their client in legitimate litigation.
25              MR. LINDELL:  Right.
```

Absolute Proof - February 5, 2021

1          MR. DEPERNO:  That is tyranny --
2          MR. LINDELL:  Right.
3          MR. DEPERNO:  -- that's totalitarianism --
4          MR. LINDELL:  Right.
5          MR. DEPERNO:  -- that is fascism.
6          MR. LINDELL:  She wants to scare you into
7    doing nothing.
8          MR. DEPERNO:  But it gets worse.
9          MR. LINDELL:  Right.
10         MR. DEPERNO:  Around November 20th, Dana
11   Nessle did an interview with the Washington Post, and in
12   that interview, she threatened every Michigan
13   legislator, and she said that any Michigan legislator
14   with whom she disagreed with, any of them who challenged
15   these election results, she would investigate them and
16   seek criminal sanctions against them.
17         MR. LINDELL:  Wow.
18         MR. DEPERNO:  That is saying to these
19   Michigan legislators --
20         MR. LINDELL:  Stay silent.
21         MR. DEPERNO:  -- that if they -- if they do
22   anything to bring forth the word of their constituents
23   to challenge election results, they could be charged
24   criminally.  It's asking elected officials, again, to
25   put their fear above the word and the choice of their

Absolute Proof - February 5, 2021

1   constituents.
2            MR. LINDELL:  Wow.
3            MR. DEPERNO:  And you ask yourself, Why did
4   so many elected officials in Michigan refuse to look at
5   the evidence that was presented to them?
6            MR. LINDELL:  They -- they did it out of
7   fear.
8            MR. DEPERNO:  Or time and time again,
9   say --
10           MR. LINDELL:  Uh-huh.
11           MR. DEPERNO:  -- that they haven't seen any
12  evidence --
13           MR. LINDELL:  Right.
14           MR. DEPERNO:  -- of voter fraud --
15           MR. LINDELL:  Right.
16           MR. DEPERNO:  -- or vote interference.
17           MR. LINDELL:  Right.
18           MR. DEPERNO:  And you combine that with
19  what we've now learned about the interview Dana Nessle
20  gave --
21           MR. LINDELL:  Right.
22           MR. DEPERNO:  -- on November 21st, telling
23  elected officials they'd be charged criminally.
24           MR. LINDELL:  Right.
25           MR. DEPERNO:  And I say this right now,

Absolute Proof - February 5, 2021

1   everything that Dana Nessle has done in terms of
2   threatening me and threatening state legislatures,
3   violates the Michigan Rules of Professional Conduct, and
4   she should resign immediately.  It demonstrates that
5   she's not fit for office.
6              MR. LINDELL:  Well, there's many like her.
7   We know that.  This is going to reveal all the evil in
8   our country, all the criminals in the country, all the
9   ones that tried to suppress this.  And that's just from
10  social media, like, Jack Dorsey, like Mark Suck-a-Buck.
11             Well, everyone, this is the moment you've
12  all been waiting for.  What you're going to see now is
13  100 percent proof that we had upon our country, the
14  biggest cyberattack in history.  And I'm going to bring
15  on Mary Fanning to explain how it all happened and
16  the -- show you the 100 percent proof.
17             MR. LINDELL:  Mary, thanks for coming on.
18             MS. FANNING:  Thanks, Mike.  Today, we've
19  been watching cybersecurity experts, and they've
20  explained some of the things that happened in the
21  election, some of the election fraud.  But what we're
22  seeing here is, if you'll look at this chart, is that
23  there were cybersecurity experts who began collecting
24  information on November 1st and be- -- so this was
25  before, during, and after the election that they were

Absolute Proof - February 5, 2021

1   collecting documentation.  In fact, they collected

2   terabytes of information that document the election

3   fraud before an intrusion into our election.

4              This was collected as -- in 2995 counties

5   in the United States.  This was collected in realtime.

6   All right.  So if you go to the chart, what you will see

7   is the documentation of foreign interference in the

8   election.  The first column, if you look at the chart,

9   that shows that on 11/5/2020 at 7:43 and 38 seconds, we

10  had a foreign intrusion, and it shows the IP address,

11  the internet protocol address.  That is the number of

12  that protocol address, of the hacker that entered into

13  our election.

14             The second column is the owner or source of

15  that IP address.  That shows that Chinanet in Beijing

16  Province entered the election.  It shows an ID.  That is

17  the unique address of a computer.  That shows the exact

18  computer using that IP source that entered into our

19  election.

20             The next is the target.  That's the IP

21  target.  That's the internet protocol address of the

22  target.  All right?  Then the next is the target state.

23  In this case, it shows that it's Michigan.  Where in

24  Michigan?  That's the next column.  It shows that it's

25  in Emmet County, Michigan.  Then the ID target.  That is

Absolute Proof - February 5, 2021

1   the unique address of another computer in the United
2   States that the hacker has gone into.  And then it shows
3   the method of intrusion.

4           Now, on some cases, you're going to see
5   that they use credentials.  That means that they have
6   fake credentials because there were administrators that
7   been placed on the Secretary of State's computers, false
8   administrators.  In other cases, it shows that they
9   broke through the firewall.  In some cases, they did
10  both.

11          Now, in the next column, it shows whether
12  it was successful.  You'll see a Y. That shows that,
13  yes, it was successful.  Now, oftentimes, they're not
14  successful and they have to go back and try for another
15  intrusion, and then it shows whether that's, in fact,
16  successful as well.

17          Then in the final column, what you're
18  seeing are votes changed.  Now, in this particular case,
19  when they went into Emmet County, Michigan, the votes
20  that were changed was they stole 3477 votes from Donald
21  Trump.  That's what you're looking at.

22          Now, as you go through this document and
23  you look at all the multiple intrusions into our
24  election, what -- what you'll notice, that over
25  60 percent of these intrusions come from China.  So that

Absolute Proof - February 5, 2021

1  is -- over 66 percent is what the number is.  Over

2  66 percent of the intrusions into our election came from

3  China.

4            Why is this important?  Well, some things

5  were set in place, including some of the changes that

6  took place in this country, particularly when we had the

7  Wuhan virus, or the COVID-19 virus hit this country.

8  And we have a video -- well, first, Mike, do you have

9  any questions about this chart and what it is showing?

10            MR. LINDELL:  Yeah.  So what -- so what you

11  have here is -- what -- each one of these is its own

12  time stamp that is 100 percent proof because you have

13  that not only where it came from, you ha- -- it's

14  basically you have their identification, you have that,

15  you know, who they were attacking, their identification.

16  This is what everybody would want if you ever looked in

17  and did an audit or wanted to look into a computer and

18  look what went on in cyberspace, this is what you'd be

19  looking for, correct?

20            MS. FANNING:  This is forensic evidence of

21  foreign footprints as they entered our election in a

22  cyber warfare attack on our election, and then it shows

23  exactly what they -- you know, where did they come from,

24  which computer exactly, exactly the time stamp, exactly

25  which computer they entered into and in -- in what

Absolute Proof - February 5, 2021

1  state, which county, the -- the ID, the unique ID of the
2  computer that they entered into.  And then it shows how
3  they entered using false credentials or breaking through
4  the firewall or both.
5              MR. LINDELL:  Wow.
6              MS. FANNING:  Were they successful the
7  first time, the second time?  And then it shows the
8  votes that they stole from Donald Trump.
9              MR. LINDELL:  Right.
10             MS. FANNING:  This is proof positive, this
11 is documentation of a cyberattack, but it also is
12 documentation of the footprints of those who entered our
13 election.
14             MR. LINDELL:  Right.  Right.  And look
15 at -- if everybody notices here, every one -- you don't
16 think this was all put together in one big attack?
17 Every one was Do- -- Donald Trump, down, down, down.
18 This wasn't another country that wanted it the other
19 way.  This was a -- the biggest attack in history.  And
20 you have -- and Mary, you have -- we have pages and
21 pages, right, thousands of these pages of every -- of
22 every county, right, of every -- or of every single
23 attack?
24             MS. FANNING:  There are thousands of pages
25 of the documented footprints that -- the foreign

Absolute Proof - February 5, 2021

1   intrusions into our elections.  We see this as coming
2   from China, in many cases from Huawei, from Alibaba.
3                   MR. LINDELL:  Right.
4                   MS. FANNING?  Cloud service from China
5   Unicom, from Ucloud, from China Mobile Tietong.  You
6   know, this also came and -- from Iran as well.
7                   MR. LINDELL:  Right.
8                   MS. FANNING:  There -- but this is a
9   foreign intrusion, this is the fact of our vote, but it
10  also is documenting exactly the votes -- the vote totals
11  that were stolen from Donald Trump.
12                  MR. LINDELL:  Right.  And this is --
13                  MS. FANNING:  What we have heard --
14                  MR. LINDELL:  -- well, this is what I've
15  been telling everyone.  This is where you got -- if you
16  add these numbers up, when I -- when I said -- and I
17  actually told the president when I met with him, I said,
18  you know, you actually won this election by almost
19  80 million votes for you, for Donald Trump, to about
20  68 million for Biden.  And that's not counting all the
21  other kind of theft we talked about earlier in this
22  show.  This is the -- these are the real numbers that
23  were taken off and that were flipped.
24                  I mean, this is incredible, everybody.
25  This is -- this is historical proof too.  We not only

Absolute Proof - February 5, 2021

1  have -- this is what we've all been waiting for.  And,
2  Mary, you said there's a video, too, we want to show?
3                 MS. FANNING:  Yeah, this is a
4  documentation, the proof positive by cyber expert from
5  in this country that began documenting the theft of our
6  election.
7                 MR. LINDELL:  Wow.
8                 MS. FANNING:  They put together the full
9  documentation of every vote beginning on November 1st.
10  So again, from before, during and after the election,
11  they documented the footprints of the foreign intrusion
12  into our election.  That means that foreign adversaries,
13  really, because this was an act of war to come in and
14  steal the election from the American people and decide
15  who our foreign adversaries were going to put in the
16  White House to rule or to -- to be the president of this
17  country.
18                 MR. LINDELL:  Right.  Right.  Right.
19                 MS. FANNING:  Now, there's a video and so
20  that will show -- and if you -- are you looking at the
21  video, Mike?
22                 MR. LINDELL:  Yeah, we're pulling -- we're
23  going to pull up the video here, Mary.  Okay.  Here we
24  go.  We're just pull- -- we just pulled up the video.
25  Wow.  What's going on here with all these lines?

Absolute Proof - February 5, 2021

1          MS. FANNING:  Well, you're -- the video --
2   what you are watching is the surveillance system.  In
3   fact, this is the very surveillance system that was
4   built by people inside this country within the
5   cybersecurity battle space that built some of this
6   docu- -- built some of these tools that were built to
7   keep this country safe.
8          But what you're watching is that every line
9   on that drawing, all those moving lines, they represent
10  the IP addresses of what I just showed you on the chart.
11  So -- so when you understand the hacker's IP address and
12  the IP address of the target and the votes that were
13  stolen, every one of those lines that you're watching
14  move across the chart, and showing whether they were
15  successful and -- and how many votes they stole.  That
16  documents that.
17         Every red line, as they turn red, as they
18  finish stealing the vote, basically, the red lines are
19  all China.  So what you're seeing are the actual files
20  being received and sent.  That's -- that's a
21  documentation of the realtime theft of our elections.
22         MR. LINDELL:  Wow.
23         MS. FANNING:  So every -- every line on the
24  map, there's a cor- -- corresponding line on the sheet.
25  And the color and the line types represent the severity

Absolute Proof - February 5, 2021

```
1   of the attack.  Now, red has been the most severe
2   attacks.  Those lines all coming out of China.  Those
3   are the most severe attacks on our election system.
4                  MR. LINDELL:  Wow.
5                  MS. FANNING:  Now, this is the -- this
6   exact information, the same exact type of information, I
7   should say, was presented to FBI director, former FBI
8   director, James Comey, by a whistleblower in 2015.  They
9   knew, in fact, that our election machines were open for
10  hacking.
11                 It's important to understand that there are
12  prismatic scoring algorithms that they knew about that
13  entered the election and they steal the vote at the
14  transfer points.  So at the point where the election --
15  the vote is leaving the Secretary of State's office and
16  these machines, that is the point at which the vote is
17  stolen at the transfer points.
18                 That's what you're watching.  Those packets
19  moving is -- is -- is that's realtime documentation of
20  the theft of the vote from inside this country, and then
21  the number's the last column.  Those document exactly
22  the numbers of votes.  It shows, in some of the cases,
23  Antrim County where the vote was stolen, and exactly the
24  vote stolen at -- at the exact time stamp of when they
25  were stolen.
```

Absolute Proof - February 5, 2021

```
1                    MR. LINDELL:  Right.
2                    MS. FANNING:  And the number stolen at that
3    point.
4                    MR. LINDELL:  So, Mary, so what you're
5    saying now is -- and this is what -- what I already know
6    and -- but actually, I'm learning a lot here as we go.
7    What you're saying, every one of these lines -- let's
8    say we did take Antrim County and we took that, we could
9    pull out the time stamps for that county, and we could
10   show the lines, the country that did it, we could show a
11   line for every single hack or attack that we had in this
12   election?
13                   MS. FANNING:  That's right.
14                   MR. LINDELL:  Wow.
15                   MS. FANNING:  So what you're watching is
16   those objects moving are the actual files --
17                   MR. LINDELL:  Right.
18                   MS. FANNING:  -- that are being received
19   and sent.
20                   MR. LINDELL:  These are the buttons --
21                   MS. FANNING:  Everyone of those --
22                   MR. LINDELL:  -- and the squares here that
23   are -- that are being sent.  So everybody out there,
24   what you're looking at -- I mean, this is the proof.  So
25   if any -- if, like, Antrim County, that case is still
```

Absolute Proof - February 5, 2021

1   open, you just go, Here you go.  Now you know who did
2   it, how many votes flipped, when they did it, what time
3   they did it, the computer it came from, the country that
4   attacked us.  I mean, this is -- this is what I have
5   been excited about, and I only seen one -- do you know,
6   Mary, I only seen one little line of that which showed
7   the IP address, that, you know, all that stuff that
8   you're showing us.  When I found out --
9               MS. FANNING:  Right.
10              MR. LINDELL:  -- that you had it for ev- --
11  or that we had it, there's all these people had this,
12  for every single vote that -- every single attack and
13  whether it was successful or not.
14              Look at right now, we've got up on the
15  screen, Georgia is just getting attacked.  It was just
16  getting attacked up here at that moment in time.  And
17  I -- and I suppose, you know, they didn't know what
18  they're doing.  They -- they did the biggest attack --
19  right here.  Look at, everybody.  Georgia and Michigan
20  getting bombarded.  My guess is that was probably like
21  3:00 or 4:00 in the morning when they really needed them
22  votes to be flipped.
23              Mary, this is incredible.
24              MS. FANNING:  Yes, because there is proof
25  positive, there is documentation of all the phone

Absolute Proof - February 5, 2021

1  interference into our election, showing exactly who

2  stole the vote, how they stole the vote, from which

3  computers, access to our election, to which computers

4  they went into.

5              So understand that cybersecurity experts

6  that work for this country put all this in place before

7  the election even started to make sure that they caught

8  all of this information so that foreign adversaries were

9  not deciding our elections.

10             MR. LINDELL:  Absolutely.  And what a

11  blessing that they were there for us to catch all this

12  and to get all this put together.  And even to have

13  these -- you know, to be proactive.  They were

14  proactive, everybody.  And this -- what a blessing this

15  is, because we came this close to never knowing.  And

16  this is actually a miracle that we have all this, Mary.

17  And this is amazing.

18             And now we have with us General McInerney,

19  who is going to give us a prospective on what we just

20  seen.

21             General, thanks for coming on.

22             GENERAL MCINERNEY:  Well, thank you, Mike.

23  And thanks for what you're doing for this great nation.

24  This is vitally important.  You have just seen the most

25  massive cyber warfare attack in the history of mankind.

Absolute Proof - February 5, 2021

1  Now, the Founding Fathers did not know anything about
2  cyber warfare, but we do.  And that's the important
3  thing.  You have seen just how it was orchestrated
4  against our election system.
5              And I took an oath of office 60-some years
6  ago as a (inaudible) on the plains of West Point to
7  support and defend the Constitution of the United States
8  against all enemies, foreign and domestic.  We now are
9  seeing the largest domestic enemy we have in our
10 history, and people must understand that.
11             What happened?  You spelled it out.  It was
12 driven by China, and they used a system that we have
13 had -- because only that system could modulate and
14 coordinate the many simultaneous attacks that they used
15 against us.
16             Now, why this is so important is because
17 our military, which I spent 35 years in the Air Force
18 and ended up as the No. 3 man in the air staff, as well
19 as heading up Vice President Gore's reinventing
20 government for the entire Department of Defense, those
21 two jobs simultaneously, we now are faced with something
22 our military has never seen before, nor have the
23 American people.
24             We are going against globalists who are not
25 interested in America.  They are interested in us

Absolute Proof - February 5, 2021

1  becoming a socialist communist state.  They talk about

2  progressivism, but progressivism is just the front door

3  to communism.  They want a global communist world.  And

4  you must understand that, America.  It's so important.

5          And it's so important that President Trump,

6  who won 79 million votes in the election to 68 million

7  for Biden, because we have and you've seen those exact

8  numbers, he dominated.  It was an awesome victory.  And

9  yet, they turned it around, foreigners.  And we have not

10 had one audit.  This is the closest thing to an audit

11 that has been conducted in America on this important

12 election.

13         The American people must understand what we

14 are facing today, and that's why all of us here that

15 you're seeing in this program are so focused.  I could

16 not understand was that the legislatures, the judicial,

17 and the executive, meaning the FBI, the Department of

18 Justice, the intelligence community have failed us with

19 deep (inaudible).  They did not report this.

20         This was the most massive cyber warfare

21 attack, so did cyber command, did the National Security

22 Agency, did the CIA, did the Department of Justice, the

23 FBI report this, no.

24         MR. LINDELL:  Well, General, to -- to put

25 this in perspective, then, you're 100 percent that this

Absolute Proof - February 5, 2021

```
 1  was the biggest cyberattack in the world -- in world
 2  history, correct?
 3              GENERAL MCINERNEY:  That's correct.
 4              MR. LINDELL:  Wow.  Well, thank you and
 5  we're going to see -- it's going to -- I was telling
 6  everyone, General, when this all -- when -- when this is
 7  all revealed, we're going to be a -- it's going to be a
 8  great uniter of all people in our country, and we're
 9  going to be in the greatest revival ever to bring our
10  country back to one nation under God.  Thank you.
11              GENERAL MCINERNEY:  Well, God bless you for
12  what you're doing, Mike.  Thank you very much.
13              MR. LINDELL:  Yeah.  Thank you, General.
14              And now we have with us Terry Turchie.
15  He's the former deputy assistant director of
16  Counter-Terrorism Division of the FBI.  And you know,
17  Terry, welcome to the show.
18              MR. TURCHIE:  Thanks, Mike.
19              MR. LINDELL:  And we've -- we've just shown
20  everybody in the world 100 percent evidence that this
21  was an attack on our country, and it's still under
22  attack by China and other countries through the use of
23  these machines used in our election.  I want to ask you,
24  you know, where was the FBI -- we out -- people out
25  there went, where's the FBI or the DOJ during this whole
```

Absolute Proof - February 5, 2021

1  time these last few months?

2              MR. TURCHIE:  Sure.  Well, you know, a lot

3  of former FBI agents -- agents are asking that, too, as

4  well, Mike.  They're asking, Where has the FBI been?

5  They're responsible and accountable for trying to

6  protect the country.  That's what our

7  counter-intelligence money is all about.  That's what

8  our counter-intelligence division is all about.

9              And yet, the question of where were they

10  and where are they, I think probably can best be

11  explained like this.  The FBI has most likely been as

12  compromised as as the Democratic Party and the rest of

13  the government.  They simply didn't do the job.  If

14  they'd have done the job, all that you just showed in

15  this program would have unfolded inside of a courtroom.

16              And that's exactly what we should be doing

17  right now.  We should be talking about the penetration

18  of the United States Government and government

19  agencies --

20              MR. LINDELL:  What we've shown here too is

21  this -- this is all people.  This has been -- you know,

22  what we've shown today, this is another country taking

23  our country.  I don't care if you're a Democrat or a

24  Republican, we are one nation under God.  And to see

25  what's -- I mean, I -- I guess I'm very happy now that

Absolute Proof - February 5, 2021

1  it's all going to get out to the country and
2  everything's going to get out.  And like I said before
3  during this show, there's going to be nine Supreme Court
4  justices out there now watching this show and saying,
5  Wow, 100 percent, this was an attack and we are still
6  under attack by other countries, including China leading
7  the way.
8            And they're -- they -- you know, they
9  fraudulently stole our election, and we have to -- I --
10 and -- and then to see that -- how this could happen
11 with the FBI and the DOJ, these people that were
12 supposed to protect our country, including the Supreme
13 Court.  If you were still in the FBI, I guess what would
14 you -- what would you be doing right now when you just
15 see all this 100 percent proof here that this happened?
16 What -- if you -- in the FBI now, what -- you know, if
17 they're out there, shouldn't they be doing something now
18 that this is all out in the open?
19           MR. TURCHIE:  We would -- we would be
20 launching a major investigation of cyber activities.
21           MR. LINDELL:  These attacks, the people
22 that -- you know, from China and on down that -- who did
23 it, they're very good at trying to bury everything, to
24 bury these deviations that came up, and then everything
25 opened up, where everybody knows that this was stole,

Absolute Proof - February 5, 2021

1   but now we know how and why, so...

2            MR. TURCHIE:  Well, certainly.  And the

3   purpose of an intelligence operation of this magnitude,

4   whether it's this magnitude or even smaller, is to -- is

5   to conceal itself, and to be so hard to figure out that

6   by the time you get to the conclusion, it's too late.

7            MR. LINDELL:  Right.

8            MR. TURCHIE:  And that's why it's very

9   concerning that the FBI that already knows and has the

10  foundation of the China threat well in its grasp, would

11  try to write off or just not seem to understand --

12           MR. LINDELL:  Right.

13           MR. TURCHIE:  -- how this would have been

14  the next -- next logical step for them.

15           MR. LINDELL:  Right.  Well they weren't

16  very --

17           MR. TURCHIE:  (Inaudible.)

18           MR. LINDELL:  -- they weren't proactive,

19  but at least now, we're -- you know, we got -- we're

20  going to be reactive.  And -- and we've got to be

21  reactive first and then we've got to be proactive for

22  the future that -- when this all manifests out.  I've

23  said it before, that this is going to manifest into the

24  greatest revival ever.  It's going to unite our country,

25  not divide us.  It's going to be the great uniting and

Absolute Proof - February 5, 2021

1   we will once again be one nation under God.

2                   Thanks, Terry, for coming on.  And God

3   bless and -- and thanks for all you've done and what you

4   continue to do for our country.

5                   MR. TURCHIE:  You too, Mike.  Thanks for

6   having me.

7                   MR. LINDELL:  Thank you.

8                   Now you've all seen absolute proof of the

9   biggest cyberattack in history.  We, right now, it's a

10  takeover of our country.  We all see it happening and

11  now you see the proof of where it came from and what

12  happened.  We all need to go out now, each and every one

13  of you, and tell your friends, family, people, your

14  social media, spread this out everywhere and to show

15  that they all need to watch this.  And they all need to

16  know the truth.

17                  And pretty soon, everyone's going to see

18  this, including nine Supreme Court justices.  You're all

19  there watching, all nine of you, and you know what, I

20  don't know what you can do, but I know you're there to

21  protect our country.  And everything has a precedence,

22  everything going -- well, this happened then, so we're

23  going to base it on that.  This is the precedence.

24                  What's going on now, what's going to happen

25  now is going to change the course of our world and our

Absolute Proof - February 5, 2021

1  country forever.  I've been getting calls from world
2  leaders, you know, they're looking at us, what's going
3  to happen over here.  Ronald Reagan once said, America
4  is the shining city on the hill, whose beacon light
5  guides freedom-loving people everywhere.  If the lights
6  go out here, the lights go out everywhere.
7              I want to say that God has had his hand in
8  all of this, this has been on God's timing.  And when we
9  get through all this, we will once again be one nation
10  under God.
11              (Recording ends.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Absolute Proof - February 5, 2021

```
 1              C E R T I F I C A T E
 2       I, TERRI GARCIA, Certified Shorthand Reporter in
 3  and for the State of Texas, certify that the foregoing
 4  is a correct transcription from the video recording of
 5  the above-entitled matter.
 6       I further certify that I am neither counsel for,
 7  related to, nor employed by any of the parties to the
 8  action in which this recording was transcribed, and
 9  further that I am not financially or otherwise
10  interested in the outcome of the action.
11       I further certify that the transcription fee of
12  $_____ was paid/will be paid in full by
13  _____.
14
15
16              _____
                Terri Garcia, Texas Certified
17              Shorthand Reporter No. 6581
                Dickman Davenport, Inc.
18              Firm Registration No. #312
                4228 North Central Expressway
19              Suite 101
                Dallas, Texas 75206
20              (214) 855-5100
                My commission expires:  7-31-25
21
22
23
24
25
```

Absolute Proof - February 5, 2021

**A**

**abetted** 18:23
**ability** 14:21 40:3
 87:23
**able** 16:3 32:1,3,5
 32:5,9 52:15
 53:16 76:18
 90:13 95:12
**above-entitled**
 123:5
**absentee** 6:22 8:5
**absolute** 1:12
 24:8 30:2 121:8
**absolutely** 12:1
 35:16 39:3 44:4
 66:2,6 78:14
 114:10
**accept** 65:22
**accepted** 25:4
 42:11
**access** 15:11,15
 15:18,21 39:22
 84:7 114:3
**accessible** 87:16
**account** 2:9,10
**accountable**
 118:5
**accumulate**
 90:21
**accurate** 87:17
**act** 109:13
**acted** 59:12
**action** 123:8,10
**actions** 97:6
**active** 19:17
**activities** 119:20
**actual** 29:20 63:9
 82:1,1 92:5
 95:15 98:7
 110:19 112:16
**add** 7:7 37:7
 108:16
**addition** 62:19
**address** 8:19
 17:22 37:4

104:10,11,12
104:15,17,21
105:1 110:11
110:12 113:7
**addresses** 110:10
**adds** 7:21
**adjudica-** 67:22
**adjudicated** 6:7
**adjudication**
 5:16,20 33:7,8
 33:16,23 34:4
 39:24 67:18
 84:2 90:10,12
 90:19
**administration**
 21:2 25:17
**administrators**
 105:6,8
**admitted** 34:4
 40:18 63:7,11
**ads** 44:24
**advantage** 13:2
**adversaries**
 109:12,15
 114:8
**affidavits** 19:7,23
 35:25 40:19
**afraid** 25:3 41:24
 42:21 43:3
**agencies** 118:19
**Agency** 116:22
**agents** 118:3,3
**ago** 22:14 43:23
 43:25 54:22
 60:1 97:2 115:6
**agree** 100:13,13
**ahead** 10:11 44:5
**AI** 49:21
**aided** 18:23
**aims** 51:15
**air** 20:25 21:5
 63:22 115:17
 115:18
**alerted** 23:20
**algorithm** 53:1

**algorithms** 3:24
 14:7 61:10
 111:12
**Alibaba** 108:2
**aliens** 5:22,23
 6:21
**Allied** 12:17 22:7
 86:16
**allow** 81:15 86:12
**allowed** 30:3,3
 31:4,5 86:16
 87:11
**allows** 14:20
**altogether** 34:15
**amazed** 12:1
**amazing** 114:17
**Amendment**
 59:16
**America** 48:21
 61:10 115:25
 116:4,11 122:3
**American** 5:3
 109:14 115:23
 116:13
**Americans** 19:24
 19:25
**amount** 14:10
 38:10
**amounts** 47:11
**An-** 64:10
**analysis** 12:18
 25:25 43:22
 46:22
**analyzing** 82:23
**and/or** 97:5
**anomalies** 10:8
**anomaly** 48:7,8
 50:25 53:8
**answers** 94:2
**Antrim** 30:19
 31:9 32:2,13
 33:2,3,10 72:14
 72:17,17 73:1,6
 80:19 83:3 84:3
 84:13,22 85:15

85:15 89:2 91:7
91:11,20
111:23 112:8
112:25
**anybody** 14:20
 63:17 65:8 98:4
**anymore** 99:24
**Anytime** 2:21
**apartment** 21:6
**appalled** 25:22
**appalling** 31:5
**apparent** 13:5
**Apparently**
 40:24
**appli-** 54:4
**apply** 56:9
**approached**
 71:14
**approaching**
 35:5
**approximately**
 28:18
**area** 39:15 64:14
**Arizona** 4:10
 5:13,25 6:4
 15:23 16:15,18
**aside** 49:20 71:24
**asked** 9:17 22:16
 23:22 26:5 37:3
 84:22
**asking** 81:14
 86:11 101:24
 118:3,4
**asks** 100:22
**aspects** 73:17
**assessments**
 13:14
**assist** 67:2 71:25
**assistant** 117:15
**Association**
 54:14
**assuming** 94:3
**assurance** 36:14
**asymmetric** 17:4
**AT&T** 94:14

**attack** 5:1 10:19
 10:24 11:9 13:1
 18:14 19:3 22:5
 32:18 34:20
 59:10 65:6
 106:22 107:16
 107:19,23
 111:1 112:11
 113:12,18
 114:25 116:21
 117:21,22
 119:5,6
**attacked** 2:4,6
 11:16 98:1,2
 113:4,15,16
**attacking** 3:4,9
 106:15
**attacks** 111:2,3
 115:14 119:21
**attorney** 19:11
 57:9 97:1 98:5
 99:4
**attorneys** 97:11
**audio** 92:22
**audit** 16:17 31:1
 74:13 85:6
 91:23 106:17
 116:10,10
**audits** 92:2
**August** 25:23
**Austin** 25:24
 26:8 28:1
**authorities** 23:20
**automatically**
 92:24 93:5
**AV** 62:2,12,25
**avoid** 21:14,16
**aware** 38:14
**awesome** 116:8

**B**

**B** 64:21
**back** 6:3,12 8:8
 20:14 22:23
 26:7,13 27:7,20

Absolute Proof - February 5, 2021

39:21 67:19
68:15 105:14
117:10
**backdated** 8:2
**backdoor** 66:13
**backed** 38:23
**background** 12:5
47:11 62:13,20
66:23
**background's**
62:20
**Bailey** 73:5,13
**ballot** 7:1 31:3
33:5,10 37:4
49:5,6,10,13,14
49:20,25 50:3,4
50:6 51:19,23
52:23 53:1
54:11 57:6
69:22 70:1,7
72:7,7,10 73:14
89:24 90:14,17
**ballots** 5:16 6:2,2
6:3,4,7,22 7:13
7:17 8:2,4,5 9:2
14:1,10 19:23
33:15 47:18
66:12 68:23
69:14 89:4 90:9
90:10,21
**bank** 15:5
**Barcelona** 17:14
39:7
**barn** 42:23
**Barr** 19:18 41:10
42:10 57:7,22
58:10
**base** 121:23
**based** 20:19 22:8
34:13 89:3,23
91:21
**basic** 13:12
**basically** 3:25
14:11,20 19:5
28:6 35:5 40:5

55:4 57:12
93:21 106:14
110:18
**basis** 32:9 99:17
**batches** 71:20
**battle** 110:5
**be-** 103:24
**beacon** 122:4
**becoming** 116:1
**began** 12:15 28:2
48:19 103:23
109:5
**beginning** 25:21
109:9
**begins** 2:1
**Beijing** 104:15
**beings** 49:6
**believe** 18:16
19:2,6 42:19
46:20 52:11
58:24 81:17
96:20
**best** 118:10
**bet** 59:18 86:25
**better** 4:22
**Bi-** 78:3
**biased** 51:2
**Biblical** 58:15
**Biden** 4:20 5:14
5:15 8:7 10:12
14:13 21:25
68:10,11 72:22
73:23 75:2,22
77:1 78:3,19
79:5 95:20
108:20 116:7
**big** 4:11,12 7:4
10:13,13,23
36:25 47:15
51:18 59:21
91:11 95:25
107:16
**bigger** 85:22
**biggest** 5:1,2
10:18 61:7

96:19,20 97:19
103:14 107:19
113:18 117:1
121:9
**Bill** 41:10 42:9
58:10 73:5,13
**billboard** 44:24
**billion** 21:20
**billions** 20:23,24
21:4,4
**bins** 7:16
**bit** 4:21 9:3 13:20
21:7 35:18
**bizarre** 6:5
**black** 48:1
**bless** 117:11
121:3
**blessing** 114:11
114:14
**blue** 95:19
**board** 15:3,6,6
20:24 62:2,13
62:25 73:14,15
**bombarded**
113:20
**book** 35:20,22
**books** 35:20 36:6
**bots** 59:8
**bottom** 41:20
50:9 95:2 96:9
**bottoms-up**
44:25
**bought** 22:4
**box** 2:7 8:24 95:2
**boy** 59:1
**boycotts** 2:7
**brazenly** 38:21
**break** 25:23
**breakfast** 64:3
**breaking** 32:23
107:3
**briefing** 24:7
25:18
**briefings** 28:3
**bring** 12:12

43:24 53:4
101:22 103:14
117:9
**bringing** 35:21
98:18
**broke** 3:24,25 4:1
4:23 91:5 105:9
**brought** 2:25
13:12 22:15
23:20 61:23
**bucket** 27:5 33:6
33:7,8
**build** 46:25
**building** 81:24
**buildings** 21:6,6
**built** 20:11 110:4
110:5,6,6
**bumper** 44:23
45:4
**buried** 32:17
**bury** 119:23,24
**business** 62:21
**businesses** 22:2
**button** 93:3
**buttons** 112:20
**buying** 22:2

## C

**C** 65:1 123:1,1
**cable** 63:9 95:4,6
**cabling** 62:21
**call** 8:10 81:24
95:20
**called** 8:9 18:3
27:3,4 33:7
36:3,5 39:7,8
39:17 49:14
52:3 53:13
60:23 65:5,19
86:16 90:10
**calling** 60:22,25
97:10,11
**calls** 122:1
**campaign** 21:17
**cancel** 11:13,13

**canceled** 2:8,9
**candidates'** 52:5
**capabilities** 20:7
41:9 93:13
**capability** 20:7
20:10
**captured** 81:22
82:3
**capturing** 64:12
**cards** 71:2,6
81:25,25 82:1
**care** 41:13
118:23
**Carone** 66:15,17
66:19,22,24
67:2,5,7,10,13
67:17,21,24
68:3,6,9,14,17
68:20,23 69:4,6
69:10,13,16,20
69:22 70:1,4,6
70:8,10,17,20
70:23 71:3,8,11
71:13,17,22
72:2,5,8
**case** 30:2 31:19
54:6 56:8,9
59:20 64:11
72:20 73:19
83:25 84:11,12
86:11 87:22
89:22 104:23
105:18 112:25
**cases** 16:7,8,9,12
16:13 19:14,15
34:5 55:4 87:14
98:6 105:4,8,9
108:2 111:22
**casino** 53:20
**cast** 8:13 80:10
80:20 85:20
95:1
**catch** 114:11
**category** 14:13
**Caucus** 24:7

Absolute Proof - February 5, 2021

caught 114:7
cause 79:3
CCP 15:18
cellular 93:7,9
  94:13
center 63:6,7,10
  63:10,14
centered 73:20
centers 15:22
central 22:15
  95:1 123:18
CEO 2:3 88:2
certain 38:10
  41:22 73:20
  83:8,16
certainly 33:22
  120:2
certifiable 91:21
Certified 1:11
  123:2,16
certify 123:3,6,11
CF 81:25
chain 9:2 28:4
  83:6
chair 62:15
challenge 73:7
  99:14,22
  101:23
challenged 73:13
  101:14
challenger 62:1
challenging
  97:13
change 13:23
  27:6,10,19 29:6
  50:21 121:25
changed 8:19
  37:11,17,19
  39:24 105:18
  105:20
changes 106:5
changing 22:20
  41:21
charged 101:23
  102:23

chart 5:9,16
  103:22 104:6,8
  106:9 110:10
  110:14
cheat 34:9,10
  96:9
cheating 29:19
  29:20,23
check 7:1
Chestonia 73:21
Chicago 93:11
chief 99:4
children 8:14
chilling 100:9
chills 100:19
China 3:18 12:11
  15:12,24 19:1
  21:12,14,16
  55:2,18 96:8
  105:25 106:3
  108:2,4,5
  110:19 111:2
  115:12 117:22
  119:6,22
  120:10
Chinanet 104:15
Chinese 15:2,2,4
  15:5,12,17
chip 93:15
choice 101:25
Christian 11:15
  11:16
CIA 19:7 116:22
circles 49:22
CISA 13:18,19
  25:16,17,18
  26:2
cities 77:18
city 85:22 122:4
claimed 8:23
Clarity 27:3 39:8
Clark 6:24
classified 28:3
clear 8:5

clearly 23:16
  36:16 37:17
  43:7
Clerk 73:1
client 24:5
  100:24
close 11:20,20
  28:23,25 42:22
  45:22 67:14
  114:15
closed 93:2
closest 116:10
Cloud 108:4
CNNs 60:24
code 15:10,11,16
  15:18
coffee 91:15,17
Colbeck 61:21,25
  62:6,9,12,19
  63:5,14,16,21
  63:24 64:2,7,10
  64:16,19,24
  65:1,3,5,10,14
  65:17,19,22
  66:6,8,11
collect 82:2
collected 86:7
  104:1,4,5
collecting 103:23
  104:1
collection 81:21
  83:1
collects 13:14,15
Colonel 12:2,4,15
  13:18 14:3,7,16
  14:24 15:9 16:5
  16:21 17:1,3,6
  17:13,20 18:2,6
  18:16,22 19:1,6
  20:3,18,22
  21:10,14,24
color 110:25
column 104:8,14
  104:24 105:11
  105:17 111:21

columns 9:14
com- 7:14
combination
  41:18
combine 102:18
combined 7:25
come 6:12 29:6
  38:14 44:16
  69:1 105:25
  106:23 109:13
comes 5:7 9:24
  39:18 41:10
  57:22 87:15
Comey 111:8
coming 11:8
  15:23 16:19
  21:15 22:21
  24:2 42:18
  47:16 58:14
  103:17 108:1
  111:2 114:21
  121:2
command 116:21
commission
  123:20
Committee 62:16
communicate
  60:15
communication
  60:14
communications
  18:3 56:3
communism
  11:10 116:3
communist 15:2
  15:5,12 116:1,3
communists 11:8
  15:4
community
  116:18
companies 23:7
  29:20 39:10
  47:4
company 2:7
  15:10,10,13,17

20:25 21:2 36:3
  36:4 39:6,8
company's 2:10
compatible 93:18
complaint 38:12
complaints 99:1
Completed 6:1
completely 2:12
  24:9,12 31:17
  41:19 72:20
  83:6 94:12
complex 16:22
complexes 21:7
complicated
  94:17
comprised 37:5
compromised
  24:10 41:25
  118:12
compu- 69:23
computer 34:23
  47:1 56:16
  61:10 69:23
  104:17,18
  105:1 106:17
  106:24,25
  107:2 113:3
computer's 63:18
computers 37:6
  63:8,12 105:7
  114:3,3
conceal 120:5
concern 38:10
concerning 120:9
conclude 88:11
concluded 88:8
  88:21,23
conclusion 76:3
  88:19 120:6
conclusively 85:8
Conduct 103:3
conducted 17:6
  84:1 116:11
configurations
  62:24

Absolute Proof - February 5, 2021

configured 92:23
  93:10,23
confirmed 32:12
  32:13
congressman
  39:1
congressmen
  58:18
connect 83:10,20
  92:11 94:22
connected 35:23
  36:8 44:8 63:3
  63:8,16,18,20
  63:21 64:5,12
  64:13 85:11
  95:3
connecting 13:11
  73:8
consider 3:20
consistent 40:23
  41:7,8
conspiracy 17:1
constant 41:16
constantly 69:10
  69:11 87:5
constituents
  101:22 102:1
Constitution
  115:7
Constitutions
  97:5
contact 82:14,15
contacted 30:21
  54:13 55:5 56:3
  73:1
contacting 59:15
  59:20
continue 121:4
continued 23:25
  24:4
control 63:5,7,10
  63:14
controlled 38:24
controls 15:4
converted 49:14

converts 89:21
Cooke 93:11
COOMER 92:23
  93:9,16,24 94:4
  94:7
coordinate
  115:14
copies 92:25
cor- 110:24
core 20:16
corner 95:2
corporations
  55:19
correct 27:21,23
  28:2 30:11,12
  30:16,17 31:20
  31:21 34:13
  36:7 39:2 68:2
  68:17 72:25
  74:24 75:1 77:8
  77:9,9,19,20
  78:3 79:3,22
  81:8 82:8,17
  85:24 87:20
  89:1 96:12,13
  106:19 117:2,3
  123:4
correlates 96:4
corresponding
  110:24
corrupt 41:19
counsel 123:6
count 4:10 10:3,4
  10:15 34:11
  71:15 78:17
counted 7:11
  49:6,20
counter-intelli...
  118:7,8
Counter-Terro...
  117:16
counties 32:9
  40:7 49:9 53:13
  85:12 104:4
counting 49:24

62:2,12,25
  70:25 71:1
  108:20
countries 3:4,18
  10:24 11:10
  12:11 15:24
  17:19 18:14,15
  19:3 34:20
  41:21 44:20
  55:18 57:13
  76:11 117:22
  119:6
country 3:3
  10:18,25 11:11
  17:9 18:19 27:8
  32:19 39:20
  40:8 54:20 55:1
  57:19 60:12,13
  61:7 76:17
  98:21 103:8,8
  103:13 106:6,7
  107:18 109:5
  109:17 110:4,7
  111:20 112:10
  113:3 114:6
  117:8,10,21
  118:6,22,23
  119:1,12
  120:24 121:4
  121:10,21
  122:1
county 6:7,24
  8:21,22 14:9
  15:15,22 27:7,9
  27:10 30:20
  31:9,13 32:2
  34:3,3 39:19,22
  39:22 40:4,10
  47:17,21 48:1,2
  48:2 49:9 53:14
  62:11,13 72:14
  72:14,17,17,18
  73:1,6 74:14
  76:12 77:6,11
  77:23 79:20

80:6,19 81:7,24
  82:20 83:3 84:3
  84:13,22 85:15
  85:15 86:2 89:2
  91:7,11,20,23
  93:11 104:25
  105:19 107:1
  107:22 111:23
  112:8,9,25
coup 18:18,22
  19:9
couple 3:22 60:1
course 5:24 26:6
  29:7 31:6 73:16
  80:12 121:25
court 16:7,8,9
  19:14 30:2 55:4
  81:14 86:11
  87:22 97:6
  99:22 119:3,13
  121:18
courtroom
  118:15
covered 94:11
COVID-19 106:7
cows 42:22
crazy 26:10 27:13
creases 69:14
create 13:1 88:13
created 19:23
  46:13,14 51:19
creating 46:10
creator 46:15,15
credentials 27:8
  39:19,21 105:5
  105:6 107:3
crime 61:9,12
  84:23 96:20,21
criminal 101:16
criminally 101:24
  102:23
criminals 103:8
critical 17:8 20:6
  20:10
culture 11:13

curious 96:1
currently 93:11
  93:20
custody 9:2 83:6
cyber 3:13 17:4
  17:25 22:9
  23:21 25:16
  26:9 27:22
  34:11,18 38:2,2
  106:22 109:4
  114:25 115:2
  116:20,21
  119:20
cyberattack 5:2
  103:14 107:11
  117:1 121:9
cyberly 27:20
cybersecurity
  14:19 103:19
  103:23 110:5
  114:5
cyberspace
  106:18

_____
              D
_____
Dallas 12:16 22:8
  22:14 23:3 24:2
  36:20,24,24
  37:12,15
  123:19
Dan- 97:21
Dana 96:25 97:21
  97:22,23,23
  99:23 101:10
  102:19 103:1
dare 97:24
data 12:18 13:9
  26:6,7 29:12
  53:7,7 81:21
  82:1 83:1 89:21
  89:21 96:2
database 39:22
  39:25
databases 22:20
date 8:17

Absolute Proof - February 5, 2021

**dated** 86:17
**Davenport**
  123:17
**day** 2:24 6:2
  36:23,24 50:15
  50:18,20 61:1
  62:4 91:2
**days** 4:8 48:24
  54:22 66:16
**DE** 18:3,3
**dead** 6:13 7:4 9:1
  9:7,9 10:3
  66:11
**deal** 21:3
**dealing** 96:25
**debunk** 41:2,2
**debunked** 41:1,1
**decades** 91:13
**December** 74:10
  74:12 81:18
  86:7,15,18 87:5
**decertify** 56:9
**decide** 40:8
  109:14
**decided** 34:5
  38:25
**deciding** 114:9
**decision** 62:1
**deck** 71:1,6
**declare** 10:11
**deep** 116:19
**defend** 115:7
**defense** 21:15
  115:20
**definitely** 18:19
  18:20,22 20:18
**degrees** 43:21
**deleted** 52:23
  54:11 57:6 84:3
**delivered** 19:23
**demeans** 97:8
**Democrat** 31:16
  53:14 72:20
  77:8,14 118:23
**Democratic**

  118:12
**demonstrates**
  103:4
**denied** 24:15,16
  24:22 56:10
**DENIX** 18:4
**deny** 25:2
**Department**
  13:15 19:8
  25:13 40:24
  57:3 115:20
  116:17,22
**depends** 36:11
**DePerno** 72:12
  72:16 73:23
  74:1,5,9,12,16
  74:20 75:1,4,6
  75:9,13,21,24
  76:6,23 77:1,4
  77:9,20 78:1,4
  78:7,11,14,16
  78:19,22,25
  79:3,7,10,13,15
  79:23 80:3,9,12
  80:15,18,22
  81:1,8,10,12,20
  82:8,11,13,17
  82:22,25 83:13
  83:16,19,22,24
  84:6,11,16,21
  85:2,7,10,14,17
  85:20,24 86:1,4
  86:21 87:3,8,11
  87:14,21,25
  88:7,10,18,22
  89:1,6,12,15,20
  90:1,3,6,9,12
  90:16,19,23
  91:4,7,20 92:2
  92:5,9,11,14,16
  92:21 94:18,21
  94:24 95:6,9,12
  95:15,18,22,25
  96:4,12,14,24
  97:10,15,22

  98:3,9,12,18,21
  98:24 99:3,9,12
  99:16,19 100:1
  100:5,8,12,16
  100:19,22
  101:1,3,5,8,10
  101:18,21
  102:3,8,11,14
  102:16,18,22
  102:25
**Depernolaw.com**
  87:4
**deputy** 117:15
**describe** 36:21
**design** 62:21
**designed** 88:12
**desk** 36:5
**destroy** 59:2,4,6
**determine** 90:16
**Detroit** 62:2,12
  62:24 77:18
**developed** 30:1
**deviation** 17:11
  31:18 48:6 51:1
  53:11 77:16
  91:10,11
**deviations** 2:18
  4:25 50:15
  119:24
**device** 93:1
**devices** 64:11
**DHS** 25:17,24
  27:25
**Dickman** 123:17
**Diebold** 52:11
**died** 8:25
**difference** 79:21
**different** 6:16
  13:4 32:2 34:15
  36:19 49:16
  50:22,24 94:13
  94:15
**digging** 51:4
**diligence** 2:23
  46:18

**direct** 15:21
**directly** 14:8
  15:21,24 20:14
  93:2
**director** 56:2
  111:7,8 117:15
**directors** 15:6
  54:15
**dirt** 61:2
**disagree** 98:14
**disagreed** 101:14
**disagrees** 99:6
**disbarment**
  98:16
**disbarred** 97:12
**discard** 70:10,12
**discarding** 70:13
**disclose** 32:15
**discourse** 99:20
  100:9,17,20
**discovery** 31:4,5
**discussions** 99:22
**dismiss** 16:23
  54:5 56:10
**dismissal** 54:9
**dismissed** 16:10
**disparity** 80:16
  85:17
**divide** 120:25
**division** 13:14
  25:24,25 26:1
  117:16 118:8
**DNA** 23:8
**Do-** 78:19 107:17
**docu-** 110:6
**document** 104:2
  105:22 111:21
**document-** 15:2
**documentation**
  104:1,7 107:11
  107:12 109:4,9
  110:21 111:19
  113:25
**documented** 15:2
  107:25 109:11

**documenting**
  108:10 109:5
**documents**
  110:16
**doing** 11:19
  12:17 13:10,11
  13:11 61:7 67:7
  71:4 97:25
  101:7 113:18
  114:23 117:12
  118:16 119:14
  119:17
**DOJ** 19:10,12,16
  23:20 117:25
  119:11
**dollars** 20:24
  21:4,20
**domestic** 11:11
  19:4,4 115:8,9
**Domi-** 81:22
**dominated** 116:8
**Dominion** 12:19
  14:17 15:4,7,11
  15:16 17:16
  20:5,12 23:1,3
  24:16,22 35:13
  39:9 61:3,3,14
  66:15 67:5 68:1
  68:3 72:1,3
  81:15,16,23
  83:9 84:3 85:12
  88:2,4,11 89:10
  89:22 90:20
  92:6,7 94:19,25
  97:18
**Donald** 4:2 5:24
  7:8,22 10:5,16
  72:10,22 74:22
  75:6,19,25 77:4
  78:20 79:7,23
  79:25 81:6
  105:20 107:8
  107:17 108:11
  108:19
**door** 116:2

Dickman Davenport, Inc
214.855.5100      www.dickmandavenport.com      800.445.9548

Absolute Proof - February 5, 2021

**Dorsey** 55:15
59:24 60:9
103:10
**double** 7:7
**doubt** 39:3
**dove** 2:20
**dozen** 42:14
**Dr** 43:21,25 44:6
44:8,10,15,19
45:3,6,12,16,18
45:21,24 46:3,6
46:9,14,21,25
47:4,10,15,20
47:23,25 48:5,8
48:11,13,16,19
48:23 49:2,8,12
49:16,19,24
50:2,6,10,12,14
50:23 51:6,10
51:14,17,21
52:1,9,14,21,25
53:6,10,13,16
53:19,23 54:1,4
54:8,18,23 55:3
55:11,14,16,23
56:1,7,13,16,19
56:23 57:1,5,9
57:12,15,18,25
58:4,6,8 59:7
59:12,15,23
60:4 61:9
**drawing** 110:9
**dream** 5:3
**driven** 7:18
115:12
**drivers** 19:22
**drives** 82:2
**dropping** 2:8
**due** 2:23 18:9,11
46:18

———————
**E**
**E** 123:1,1
**earlier** 20:4 34:11
34:19 35:12

40:6 108:21
**early** 16:18 25:23
37:10,11 52:2
**easily** 12:22,22
26:22
**easy** 83:12,13
**eat** 64:3
**effective** 26:20
**eight** 48:24
**either** 17:23 33:5
39:24 43:19
**eje-** 33:19
**elected** 101:24
102:4,23
**election** 2:18 3:4
3:18,23,23 4:8
4:19 6:22 8:20
8:25 9:1 10:1
11:1 12:10,12
13:6,23 15:20
17:19 19:13,19
19:21 21:11
22:11,14 23:17
25:3 27:3 28:24
28:25 29:1,2,7
29:14 32:7
33:19 34:5
35:14 36:1,20
37:11 39:8,11
44:5,20 45:7,15
45:24 48:20
52:16 54:14
56:2 57:23 58:2
58:13,13 62:3
62:23 63:11
65:16 72:21
73:17,18 75:2
75:22 76:10,11
77:2,5 79:13
83:4 88:14,25
91:2,22 97:14
97:16,19 99:12
99:13 101:15
101:23 103:21
103:21,25

104:2,3,8,13,16
104:19 105:24
106:2,21,22
107:13 108:18
109:6,10,12,14
111:3,9,13,14
112:12 114:1,3
114:7 115:4
116:6,12
117:23 119:9
**election-related**
19:13
**elections** 11:1
14:22 17:21
18:12 35:3
51:23 62:15,16
73:14,16 99:14
99:19,23 108:1
110:21 114:9
**electors** 10:5
**electronic** 6:7
12:20 13:5 24:9
47:6,7,8 49:3
49:21
**electronically**
49:10
**elements** 18:19
**Elk** 75:21
**email** 19:9 46:10
46:16
**emails** 46:13,14
**Embassy** 19:8
**embedded** 52:4
**Emmet** 104:25
105:19
**employed** 123:7
**ena-** 99:21
**enabled** 14:20
99:21
**encourage** 60:20
61:4
**ended** 25:12 32:7
73:8 77:24
115:18
**ends** 122:11

**enemies** 115:8
**enemy** 18:24 20:8
115:9
**enforce** 57:3
**enforcement** 99:5
**engineer** 44:12
51:7,11
**Enron** 43:8,9,10
43:11,11
**ensure** 95:3
**entered** 104:12
104:16,18
106:21,25
107:2,3,12
111:13
**entering** 8:4
**entire** 34:5
115:20
**entirely** 41:7,8
**equipment** 36:3
39:16
**equity** 15:3,7
**erase** 2:14
**erased** 2:11
**erasing** 22:20
**error** 90:3,7,9
**errors** 7:16 88:13
89:3
**ES&S** 12:19
14:17 20:5,12
23:2 24:18
39:10
**espe-** 61:14
**especially** 20:22
**Essentially** 53:19
**establishment**
44:25
**estimated** 4:18
**ethernet** 95:4,6
**ethics** 98:25
**ev-** 32:17 113:10
**events** 4:24 73:4
**eventually** 23:23
24:6
**everybody** 26:17

30:7 31:8,17
32:14 34:1,17
42:18,19 56:25
58:19 59:7
91:10 92:15
96:5 106:16
107:15 108:24
112:23 113:19
114:14 117:20
119:25
**everybody's**
27:15 42:23
60:19 98:1
**everyone's**
121:17
**everything's**
119:2
**evidence** 2:16 3:1
3:15 14:9 16:13
16:16 19:18
30:9,10,15
41:11 54:23,24
63:2,4 79:19
98:18 102:5,12
106:20 117:20
**evil** 103:7
**exact** 47:24,25
104:17 111:6,6
111:24 116:7
**exactly** 3:16
29:15,24 31:25
50:23 51:6
56:23 71:3 83:9
94:21 106:23
106:24,24,24
108:10 111:21
111:23 114:1
118:16
**example** 76:15,20
**excited** 113:5
**excuses** 58:22
**execute** 20:8,8
**executive** 98:13
116:17
**exercises** 13:11

Absolute Proof - February 5, 2021

exist 30:5,5
expect 4:3
expected 17:11
experience 53:3
   82:23
expert 43:21
   109:4
experts 3:13
   82:15,21 83:2
   103:19,23
   114:5
expiration 84:24
expires 123:20
explain 8:1 26:16
   28:15 42:12
   96:11 103:15
explained 3:25
   103:20 118:11
explanation
   56:20 81:2
exposed 38:19
   58:17 85:15
Expressway
   123:18
extend 21:18
eyes 29:11

_____
F
F 123:1
Facebook 87:6
faced 115:21
facing 116:14
fact 16:6 26:18
   30:19 54:1 63:7
   75:11 81:9,10
   81:11 84:4 97:3
   104:1 105:15
   108:9 110:3
   111:9
factors 20:6
facts 28:10 79:19
factual 75:13
failed 8:20 9:12
   116:18
failure 83:3

fair 35:17
fake 7:17 105:6
false 105:7 107:3
fame 73:11
familiar 62:22,23
family 21:25
   121:13
Fanning 103:15
   103:18 106:20
   107:6,10,24
   108:4,8,13
   109:3,8,19
   110:1,23 111:5
   112:2,13,15,18
   112:21 113:9
   113:24
fascism 101:5
Fathers 115:1
favorable 21:2
FBI 19:12,19,22
   23:23 111:7,7
   116:17,23
   117:16,24,25
   118:3,4,11
   119:11,13,16
   120:9
fear 100:23
   101:25 102:7
feature 52:3,4
federal 18:20
   51:22,22 57:2
fee 123:11
felons 8:12
fight 21:17
fighting 21:21
   22:4
figure 49:22
   83:17 120:5
file 86:11 97:5,12
filed 38:12 73:8
   73:12 81:12,13
   81:14 99:1
files 84:2,2,2,17
   90:24 110:19
   112:16

filing 73:9
final 105:17
finally 25:12
   42:20
financial 20:19
   20:19
financially 123:9
find 16:2 19:18
   25:21 41:20
   50:20 51:4
   59:18
finish 110:18
firewall 63:25
   105:9 107:4
firewalls 64:3
firm 15:3,7
   123:18
first 3:22 51:18
   52:22 54:22
   55:4 59:16 61:6
   98:6 104:8
   106:8 107:7
   120:21
fit 103:5
five 92:25
flat 39:25
flip 38:25 40:10
   73:18 91:14
flipped 3:5 31:15
   31:17 72:21
   76:2 78:3 86:4
   91:8 108:23
   113:2,22
flipping 64:8
   77:24
focus 62:24
focused 116:15
fodder 30:4
folks 18:7
follow 83:3
followed 57:16
footprint 96:7
footprints 106:21
   107:12,25
   109:11

Force 115:17
forces 13:2
foregoing 123:3
foreign 12:11
   14:25,25 15:24
   17:14 18:14,14
   18:23 29:5,6
   104:7,10
   106:21 107:25
   108:9 109:11
   109:12,15
   114:8 115:8
foreigners 116:9
forensic 3:13
   16:17 31:1
   81:15,21,22
   82:3,15,23
   83:25 85:8 86:6
   86:8 88:16,19
   89:24 96:7
   106:20
forensics 22:9
   32:4 34:12 38:2
forever 5:3,6
   122:1
form 47:8
form- 62:14
former 14:13
   61:22 111:7
   117:15 118:3
forth 98:18
   101:22
forthcoming
   16:18
Fortune 47:4
forward 11:1
   16:14,17
found 17:14
   22:18,18 24:1
   31:7 33:10
   34:25 36:2 44:3
   49:2,3 51:17,21
   52:2 53:1,7
   57:5 59:13
   66:20 83:25

89:2 113:8
foundation
   120:10
founding 22:7
   115:1
four 10:2 43:21
   43:22,25 68:16
Frankfurt 17:15
   17:22,23 39:15
Franklin 47:17
   49:9
frankly 64:13
fraud 13:24
   19:19,21 22:11
   25:3 44:5,20
   45:15,25 48:20
   57:23 58:13,14
   76:10 88:13
   96:20 97:19
   102:14 103:21
   104:3
fraudulently
   119:9
Freedom 24:6
freedom-loving
   122:5
friendly 13:2
friends 45:22
   121:13
fringe 45:25
frivolous 97:5
fro- 34:10
front 21:8 67:19
   69:23 88:2
   116:2
frustrating 16:3
   16:6
full 16:17 74:13
   91:22 109:8
   123:12
Fulton 34:2,3
fun 62:7 97:3
fundamental
   14:19 59:16
further 31:5

123:6,9,11
**future** 35:2
120:22

**G**

**gained** 80:23
84:7
**gains** 20:19
**game** 61:13
**gapped** 63:22
**Garcia** 123:2,16
**gate** 42:22
**general** 22:14
97:1 99:4
114:18,21,22
116:24 117:3,6
117:11,13
**generates** 89:3
**genius** 46:16
**Georgia** 6:12 8:8
8:10,17,18,19
9:6,15 14:9
15:23 16:12
113:15,19
**Germany** 18:4
39:15 40:12
60:12
**getting** 7:23 13:8
22:19 28:23
32:20 35:21
60:6 80:5 98:1
98:2 113:15,16
113:20 122:1
**GHS** 13:13
**gi-** 9:13
**give** 9:6,7,9,13
26:6 49:5
114:19
**given** 84:13 89:23
**giving** 13:20
43:12
**glad** 44:8
**global** 116:3
**globalists** 115:24
**go** 3:16 4:4 5:9

5:11,15,21 6:11
6:13,20 7:4,10
7:15,20 8:8
10:10 14:21
26:18 27:19
32:9 33:23
35:12 43:2 44:5
52:11,11 58:21
59:8 61:6,15,18
61:18,19 71:19
81:5 90:10
92:19 99:21
104:6 105:14
105:22 109:24
112:6 113:1,1
121:12 122:6,6
**God** 50:3 117:10
117:11 118:24
121:1,2 122:7
122:10
**God's** 122:8
**goes** 29:14 33:5,6
33:7 34:12
49:12
**going** 2:7,11,13
3:6,11,12,13,13
3:14,16 4:4,6,8
4:9 5:9,10,11
5:11,12,18,19
5:25 6:6,11,15
6:18 7:14,14,20
8:8 10:10,11,22
11:1,12,17,23
11:24,25 12:1
18:10,11 21:3
21:11 29:2,15
29:16,18 31:25
33:16 34:21,22
35:1 38:14,20
40:19 42:9,19
42:20,23,24
43:1,2,5,23
44:1,3 45:10,22
46:17,19 50:9
50:14,20 51:3

53:19 54:23
58:17 60:15,17
60:18 61:11,12
65:1 71:17
74:13 76:8,14
77:12,15 80:16
91:15 92:18
96:6,7,23 97:20
99:13 103:7,12
103:14 105:4
109:15,23,25
114:19 115:24
117:5,5,7,7,9
119:1,2,3
120:20,23,24
120:25 121:17
121:22,23,24
121:24,25
122:2
**good** 10:7 21:21
119:23
**Google** 87:8
**GOP** 44:25
**Gore's** 115:19
**gotten** 12:13 35:1
57:19
**government**
15:14 17:7
18:20 41:20,23
55:6,8,18 58:18
59:13,17,19
62:15,16 98:14
115:20 118:13
118:18,18
**government-m...**
21:5
**governments**
15:14,15
**governors** 10:6
58:19
**grab** 82:20
**grabs** 39:18
**granted** 81:16
86:15
**grasp** 120:10

**great** 36:25
114:23 117:8
120:25
**greatest** 117:9
120:24
**green** 21:3
**grew** 44:17
**ground** 44:22
**group** 12:17 22:8
23:21 25:14
28:4 36:19 70:5
86:17
**grouped** 6:17
**groups** 26:9,12
26:13
**GSM** 93:22
**guarantee** 86:23
**guess** 11:22 40:13
92:12 113:20
118:25 119:13
**guides** 122:5
**guise** 8:5
**guy** 9:17,18,22
40:18 44:11,12
44:25 46:18
47:25 48:1,2
72:1 83:14
**guy's** 46:16 56:23
**guys** 12:1 22:24
26:9 30:20,21
30:21 31:1
60:22,25 61:13
75:15 97:17

**H**

**ha-** 106:13
**hack** 12:10
112:11
**hacked** 34:20
64:6 76:11
**hacker** 104:12
105:2
**hacker's** 110:11
**hacking** 3:4
111:10

**hacks** 29:10
**hand** 65:25 74:6
74:7,9,17 79:4
96:15 122:7
**hand-counted**
47:18 76:16
**hand-off** 63:1
64:17
**handed** 26:2
**happen** 20:11
29:2,15,16,18
29:24 32:1,17
35:22 36:7 37:9
42:19 51:5
119:10 121:24
122:3
**happened** 2:18
3:17,21 4:7,17
4:18,25 5:12
10:8,8,9 11:2
11:21 19:3 29:1
37:24 50:21
67:1 69:19
73:17 80:18
81:2 91:1,1
96:7 103:15,20
115:11 119:15
121:12,22
**happening** 40:23
85:14 121:10
**happens** 49:13
55:17 57:13
99:16
**happy** 3:21
118:25
**harassing** 19:24
**hard** 16:22,23
85:5,7 86:8
120:5
**hardware** 93:15
**Hart** 12:19 24:17
39:9
**hash** 37:17
**hat** 39:13
**hated** 45:1

Absolute Proof - February 5, 2021

haunting 41:17
heading 115:19
hear 7:14,18 30:7
  32:14 42:8,8,11
  44:3 46:17
  54:19 56:25
  71:24 72:15
  91:10 92:15
  97:17
heard 2:21 7:12
  7:17 16:13,15
  24:14 27:16
  30:18 31:9 32:3
  34:19 40:11,11
  40:17 45:9
  68:11 72:13
  91:10,19
  108:13
heck 86:24
Hello 2:2
help 36:4
Hey 10:7,10 26:9
  82:20
hiding 3:10,11
high 33:21 38:7
highly 48:11,16
  53:14
hill 122:4
hire 82:6
hired 66:15
Hispanic 48:2
historical 13:8
  58:13,16
  108:25
historically 72:19
history 5:2 11:2
  11:21 46:22
  103:14 107:19
  114:25 115:10
  117:2 121:9
hit 93:3 106:7
hold 36:4 84:9,9
hold- 50:8
Homeland 13:16
  25:14

horrified 22:18
  23:13,22 24:13
  25:15 26:4,18
  28:2
horrify 26:16
horrifying 24:1
  26:14 31:7
horror 36:2
hours 26:5 55:14
  55:20 60:3
  68:13,14,16
  72:6
House 109:16
Houston 38:18
hu- 52:18
Huawei 108:2
huge 30:1 38:17
  71:22 77:18
human 49:6
humanity 10:18
  96:21,21

I
I&A 25:24
ICP 93:7 94:8
ICPs 94:13
ID 104:16,25
  107:1,1
identification
  106:14,15
identified 17:21
illegal 5:22,22
  6:21 36:10
illegally 8:14,23
illegitimate 14:1
image 6:25 49:14
  49:14,25 50:3
  53:1 95:1
images 50:6
  51:19,23 52:23
  54:12 57:6
  81:15,22 82:3
  82:23 85:8 86:8
  86:9 88:19
imagine 32:25

53:19
immediately
  103:4
immense 47:11
impede 19:20
importance
  100:17
important 73:9
  83:2 94:24
  106:4 111:11
  114:24 115:2
  115:16 116:4,5
  116:11
impossible 48:10
in- 18:20 21:20
inaudible 7:25
  22:22 23:10
  33:16 45:20
  48:12 53:25
  58:5 59:14 61:8
  77:23 94:6,14
  98:9 115:6
  116:19 120:17
incentivized 7:3
including 3:18
  12:11 93:24,24
  106:5 119:6,12
  121:18
incomplete 8:12
incredible 8:3
  43:6 108:24
  113:23
India 44:17
indications 21:16
individual 19:11
  47:10
individually
  50:17
induce 13:25
industrial 21:6
influence 12:5
  14:22 25:6
  88:14
influenceable
  12:22

information 12:6
  12:6,24 16:4
  18:10 32:10,11
  36:23 39:18
  40:9 41:6 63:1
  64:21 84:14,23
  87:16,23 88:1,3
  89:23 95:10
  103:24 104:2
  111:6,6 114:8
informed 57:6
infrastructure
  17:8
inherent 20:11
  88:13
inject 39:24
injected 29:23
injections 95:20
input 14:8 50:22
  50:24
insert 89:24
inside 3:2 18:19
  18:20 19:16
  25:17 110:4
  111:20 118:15
insight 51:18
integrity 26:2
  59:9
intellectual 22:3
intelligence 13:14
  13:15 14:25
  15:1 25:16,25
  116:18 120:3
intent 90:17
intentionally
  88:12
intercepted 64:23
intercepting
  65:12
interception
  65:12
interdict 13:4
interdicted 12:23
  13:23
interested 25:19

73:15,16
  115:25,25
  123:10
interesting 22:12
  44:10 49:3 53:8
  53:17 69:21
  78:8 90:24
interference
  102:16 104:7
  114:1
interim 65:3
international
  21:19
internet 35:23
  36:8 63:3,8,17
  63:19,21 64:6
  64:13 83:10,24
  85:11 92:13,18
  94:22 95:7,8
  96:8 104:11,21
interview 101:11
  101:12 102:19
introduction
  13:21
intrusion 104:3
  104:10 105:3
  105:15 108:9
  109:11
intrusions 105:23
  105:25 106:2
  108:1
invest 21:20
invested 22:1
investigate 23:25
  40:25 43:10
  84:20,22
  101:15
investigated
  40:22,24
investigation
  2:24 19:12,13
  41:5 119:20
investigations
  19:17,20
investigative

Absolute Proof - February 5, 2021

13:12
**investigators**
  25:13
**investment** 21:22
**investments**
  20:20
**involve** 34:17
**involved** 12:14
  18:19 22:10
  59:20,25 61:23
  72:15
**IP** 104:10,15,18
  104:20 110:10
  110:11,12
  113:7
**iPhone** 49:17
**Iran** 108:6
**ISI** 15:25
**island** 94:11,15
**islands** 21:18
**issue** 34:15
**issued** 16:16
**it'll** 42:21 92:24
**Italian** 19:8
**Italy** 40:11,12
**items** 82:4 85:2

**J**

**Jack** 55:15 59:24
  59:25 60:9
  103:10
**jam** 69:10,11,17
**James** 111:8
**jammed** 69:18,20
  70:4,7
**January** 2:25
**job** 10:6 118:13
  118:14
**jobs** 115:21
**Joe** 10:11 68:10
  68:11 72:22
  73:23 75:2,22
  77:1 78:19 79:5
  95:19
**Johnson's** 25:13

**journalist** 61:5
**journalists** 60:21
**journey** 48:19
**judge** 31:3 36:1
  54:5 56:7,10
  81:14 86:12,15
  87:19
**judges** 30:10
  42:11
**judicial** 19:14
  116:16
**July** 24:7
**jurisdiction** 93:1
**jurisdictions**
  93:17,21
**Justice** 40:25
  57:3 116:18,22
**justices** 119:4
  121:18

**K**

**Kearney** 76:24
**keep** 5:25 6:6
  41:12 43:12
  110:7
**kicked** 51:7
**kind** 4:15 6:5,14
  12:12 14:4
  15:16,16 28:18
  39:16 61:1
  67:16 68:25
  69:1 108:21
**kinds** 96:10
**knew** 11:20 29:2
  29:3,4,15 31:18
  31:25 45:6,9
  47:13 58:21,21
  72:23,24 73:2,5
  73:7 77:11
  111:9,12
**know** 2:3,15,17
  2:22 4:10,12
  5:3,5 9:14 10:7
  10:15 11:19,21
  11:22,23 12:8

13:23,25 14:10
16:6,10,19,24
17:10,16,17,24
18:9 19:18,24
19:25 20:6,12
20:23 21:7
25:20 28:14
29:4,5 30:13,14
31:10,15 32:4,7
32:18,20 33:3
34:22 35:18
36:9,19 37:5,19
38:4,6,11 40:10
40:16,25 41:7
41:13,14 42:9,9
42:18,23,24,25
43:7 44:10,17
44:23 45:19
46:9,10,10,11
46:18,19,21
47:5,6 51:2,3,3
52:20 54:4,20
54:21 55:1 57:5
57:23 58:20,25
59:10,24 60:7,8
60:10,12,15,16
60:20 61:23
67:1 70:2,25
72:16 74:3 75:9
75:9,16 76:16
76:17,18,20
77:22 79:17,18
81:4,5,6 82:10
82:11,19,20
83:8 84:4,7,8
84:11,12,16
87:1 89:12
91:12,12,17
92:25 96:17
98:4 99:6,9
103:7 106:15
106:23 108:6
108:18 112:5
113:1,5,7,17,17
114:13 115:1

117:16,24
118:2,21 119:8
119:16,22
120:1,19
121:16,19,20
121:20 122:2
**knowing** 64:5
  114:15
**knowledge** 13:9
  16:12
**known** 5:4 6:23
  11:4
**knows** 8:9 42:15
  44:2 59:7 75:15
  96:5 119:25
  120:9

**L**

**lady** 97:21
**land** 63:18
**landslide** 45:8,11
  47:13
**large** 64:13
**large-scale** 46:25
**largest** 17:23,24
  47:2 115:9
**late** 8:25 42:22
  120:6
**latest** 93:25
**launched** 60:3
**launching** 119:20
**law** 8:6 51:22,22
  99:4
**lawn** 44:23 45:3
**laws** 57:2,15,20
**lawsuit** 73:9,10
  81:12,13
**lawsuits** 97:7,12
**lawyer** 72:13
  99:1 100:23
**lawyers** 97:3
  100:11
**leaders** 122:2
**leading** 119:6
**learn** 5:18,19

**learned** 53:3
  102:19
**learning** 73:15
  112:6
**Leave** 28:6
**leaving** 111:15
**lecture** 58:14
**left** 35:20 96:1
**legislator** 101:13
  101:13
**legislators** 10:6
  58:19 101:19
**legislatures** 103:2
  116:16
**legitimate** 100:24
**lengths** 43:6
**let's** 5:15,20 6:10
  6:11,13,20 7:10
  7:15 59:2,4
  70:15 75:17
  82:20 112:7
**level** 13:24,24,25
  14:4,17,25
  15:19 27:7
  76:21
**levels** 28:5 29:18
**license** 100:3
**lie** 16:8
**light** 122:4
**lights** 122:5,6
**limited** 31:4 32:8
  94:9
**Lindell** 2:2,3 12:8
  13:17 14:2,6,15
  14:23 15:8 16:2
  16:20,25 17:2,5
  17:9,17 18:1,5
  18:13,21,25
  19:2 20:2,17,21
  21:9,13,23 22:6
  22:23 23:4,9,12
  23:15,18 24:11
  24:14,19,21
  25:8,11 26:15
  26:23 27:1,12

Absolute Proof - February 5, 2021

28:8,15,21,23
29:9,14,25 30:7
30:13,18,24
31:8,22,24
32:14 33:12,14
33:17,25 34:7
34:16 35:7,9,24
36:9,13,17
37:13,21,23
38:1,16,22 39:4
40:5 41:4,10
42:1,4,7 43:4
43:14,17,20
44:7,9,14,18
45:2,5,10,14,17
45:19,23 46:2,4
46:8,12,15,24
47:3,9,14,19,22
47:24 48:4,6,9
48:12,15,18,22
49:1,7,11,15,18
49:23 50:1,5,8
50:11,13,24
51:8,13,16,20
51:25 52:8,13
52:15,24 53:5,9
53:12,15,18,22
53:25 54:3,7,16
54:19 55:9,12
55:15,22,25
56:5,12,15,18
56:22,25 57:4,8
57:11,14,17,21
58:2,5,7,10
59:4,14,21,24
60:5 61:11 62:5
62:8,10,18 63:4
63:13,15,20,23
64:1,4,8,15,18
64:23,25 65:2,4
65:7,11,15,18
65:21 66:2,7,9
66:14,18,20,23
66:25 67:4,6,9
67:11,15,20,23

68:1,4,7,11,15
68:18,22 69:3,5
69:9,12,15,18
69:21,25 70:3,5
70:7,9,14,18,21
70:24 71:5,9,12
71:16,21 72:1,4
72:6,9 73:22,25
74:3,7,11,15,19
74:21 75:3,5,8
75:11,14,23
76:1,7,25 77:3
77:6,10,21 78:2
78:6,9,12,15,18
78:21,24 79:2,6
79:9,12,14,16
79:25 80:8,11
80:14,17,21,25
81:3,9,11,19
82:5,9,12,15,18
82:24 83:12,14
83:18,21,23
84:5,9,15,18
85:1,4,9,13,16
85:19,21,25
86:3,19,22 87:7
87:10,13,17,24
88:6,9,17,21,23
89:5,11,14,19
89:25 90:2,5,8
90:11,15,18,22
91:3,6,9 92:1,4
92:7,10,13,15
92:17 94:20,23
95:5,8,11,14,16
95:21,24 96:3,5
96:13,16 97:9
97:14,17,23
98:4,10,17,20
98:23 99:2,8,11
99:15,18,25
100:4,7,10,15
100:18,21,25
101:2,4,6,9,17
101:20 102:2,6

102:10,13,15
102:17,21,24
103:6,17
106:10 107:5,9
107:14 108:3,7
108:12,14
109:7,18,22
110:22 111:4
112:1,4,14,17
112:20,22
113:10 114:10
116:24 117:4
117:13,19
118:20 119:21
120:7,12,15,18
121:7
**line** 9:12 96:9
110:8,17,23,24
110:25 112:11
113:6
**lines** 41:13
109:25 110:9
110:13,18
111:2 112:7,10
**link** 39:11 87:6
**listing** 8:11
**litigation** 100:24
**little** 4:21 7:19
9:3 35:18 36:19
38:21,23 42:6
62:13 76:12
79:20 113:6
**live** 7:6 72:17
**lived** 72:23
**lives** 37:3 73:6
**living** 4:15
**load** 27:6
**loaded** 6:8,9 36:2
**local** 13:13,19,25
29:19 57:9
64:13 73:20
**locations** 22:22
**log** 90:24
**logical** 120:14
**login** 39:19 40:3

**logs** 22:14,16
**long** 22:13 36:25
97:2
**longer** 100:9
**look** 5:15 8:3
14:16 15:9 20:5
24:3,4 25:18
26:1 30:10,16
30:21 32:1 35:2
39:14,21 40:8
41:24,24 43:10
50:15 52:11
53:6 54:11
56:13,21 60:5
68:25 73:2,20
76:23 78:16
79:4,21 82:20
90:13 93:14
95:13 102:4
103:22 104:8
105:23 106:17
106:18 107:14
113:14,19
**looked** 2:22
12:25 24:23
26:3,12 88:17
88:18 106:16
**looking** 12:16,18
20:23 22:17
105:21 106:19
109:20 112:24
122:2
**looks** 95:17
**lost** 5:23 7:8,22
9:8 16:8 47:22
47:23
**lot** 6:1 7:14 12:20
13:7,8,11 15:20
22:3 38:20
46:22 56:16
58:20,22,22
61:15 112:6
118:2
**low** 85:22
**luck** 4:22

**luxury** 76:18

**M**

**ma-** 95:3
**machine** 3:3
13:24 14:4,17
14:17 25:2
49:11,12,13,20
49:21,24 52:19
61:13 67:12,16
69:8 71:14 76:6
76:10 78:9,25
80:10 83:20
85:10 88:24
89:2,4,9,10,17
90:1,6 91:21
92:11 96:14
**machines** 3:5,17
3:24 5:5 10:19
10:20,25 12:9
20:5,5 22:11,25
23:1,5 24:15,17
25:10 27:17
34:9,17 35:11
35:13 38:5 44:2
44:5 46:5,7,11
47:18 49:4 52:2
52:17 58:15,15
61:16 65:15
67:8,9,14,18,25
68:2,3,24 72:10
75:19 76:7,7,13
76:21 77:13
78:9,11,13,14
82:16,21 83:4,5
83:10 91:23,24
92:19 96:19
97:19 111:9,16
117:23
**magnitude** 36:22
120:3,4
**mail-in** 5:16 6:1
6:22 7:1,11,12
8:4 69:13 77:17
**mailed** 6:3,4

Absolute Proof - February 5, 2021

**mainstream**
58:23 60:10
98:22
**maintained** 85:3
**major** 119:20
**making** 9:25
60:16 61:2
**malware** 39:5,17
**man** 65:5,19
115:18
**management**
12:20
**manager** 71:14
**manifest** 120:23
**manifests** 120:22
**manip-** 26:22
**manipulated**
24:13 89:21
95:17
**manipulating**
29:22
**manipulation**
15:20
**mankind** 114:25
**manmade** 21:17
**manner** 91:8
**manual** 52:11,12
83:9,9,10,19
92:6,7 94:19
95:15
**manufacturer**
6:25
**map** 110:24
**mapping** 17:20
**marathon** 62:2
**margin** 5:13 8:7
**Maricopa** 6:6
**Mark** 60:8,8
103:10
**marketing** 51:12
**Mary** 103:15,17
107:20 109:2
109:23 112:4
113:6,23
114:16

**Massachusetts**
44:21 47:17
55:17,24 56:14
**massive** 29:19
30:6 40:1,1,2
59:9 76:10
114:25 116:20
**master** 81:23
**match** 96:15
**mathematical**
51:5 56:20
**mathematically**
52:17
**Matt** 72:12
**matter** 35:6,7
42:16,17 50:9
77:14 123:5
**mattered** 11:5
**McInerney**
114:18,22
117:3,11
**mean** 5:17 16:8
22:16 26:10
28:16 30:14
31:15 32:19
33:18 35:4,10
36:14 37:22
38:6 40:16,16
41:11 45:12,13
45:13 46:21
48:13 51:6,10
57:20,22 58:11
58:11 59:9,25
60:5 62:14 65:8
87:18 94:7
108:24 112:24
113:4 118:25
**meaning** 116:17
**means** 4:2 34:5
52:6,25 55:6
56:13 85:5
105:5 109:12
**media** 2:5,8
11:17 25:21
30:4 39:12

58:23 60:7,10
61:16 87:9
98:22 103:10
121:14
**medical** 22:2
**Melissa** 66:15
**member** 15:6
22:7
**members** 24:6
**mentioned** 20:4
57:22
**met** 28:5 43:22
43:25 50:14
108:17
**method** 105:3
**Michigan** 4:12
6:13,13,14,15
15:23 16:12
30:20 31:10
61:22 62:8,10
62:17 72:18
76:12 77:24
79:21 85:11
88:3 91:4 92:3
96:24 97:1,3,4
97:12,12,25
98:13 99:4
101:12,13,19
102:4 103:3
104:23,24,25
105:19 113:19
**Microsoft** 62:20
**middle** 40:13
65:6,20 66:4
**Mike** 2:3 22:13
28:14 33:4
37:10 42:25
43:24 44:6,11
47:21 52:21
103:18 106:8
109:21 114:22
117:12,18
118:4 121:5
**military** 12:5
20:6 115:17,22

**million** 108:19,20
116:6,6
**millions** 4:3
**mind** 28:10,13
**minute** 26:23,24
43:3
**minutes** 36:5
**miracle** 3:22 4:16
5:7,10 10:1,13
114:16
**miracles** 3:21
**mislead** 97:6
**missing** 90:25
**mission** 20:8,9
**MIT** 43:21 44:12
53:3 56:13
**MIT's** 56:14
**Mobile** 108:5
**mockery** 98:22
**modem** 93:7,9,21
93:22
**modulate** 115:13
**moment** 103:11
113:16
**money** 13:11
21:8,24,25
43:12,13 58:24
118:7
**Mongolia** 94:8
**month** 2:4 11:7
50:20
**months** 3:22 9:23
118:1
**morning** 4:20
66:7 72:25
113:21
**motion** 56:10,11
81:14 86:11
**move** 47:5 110:14
**movements** 15:20
**movie** 35:21 60:1
**moving** 8:21
110:9 111:19
112:16
**multiple** 42:12

93:22 105:23
**multiplied** 56:20
**multiply** 52:5,9
56:22
**myth** 30:4

**N**

**name** 2:5 19:9
37:3 57:7 73:12
73:12 97:21
**named** 9:14 73:5
73:13
**nat-** 91:18
**nation** 17:7 18:23
18:24 114:23
117:10 118:24
121:1 122:9
**national** 31:6
54:14 91:18
116:21
**nationwide** 37:23
76:11
**navigable** 21:19
**Nazi** 60:12
**necessarily** 25:9
**need** 33:3 40:3,10
121:12,15,15
**needed** 92:25
113:21
**needs** 57:2 58:19
**neither** 123:6
**Nessel** 97:1,22,23
97:23
**Nessle** 99:23
101:11 102:19
103:1
**net** 79:22,23,25
81:7
**Netflix** 35:21
**network** 44:24
62:23 64:14
93:12 95:4
**networks** 93:19
94:4,9
**Nevada** 6:20,21

Absolute Proof - February 5, 2021

7:5,6 15:23
never 4:7 5:1,4
  10:9 11:3,20
  19:19 34:25
  35:1 44:16
  58:21,21 60:23
  68:20 114:15
  115:22
new 7:18 21:3
  54:23,24 60:24
news 32:23 61:18
  91:18
newscast 60:21
newspapers 2:5
night 2:18 3:23
  3:23,24 17:11
  18:8,9 27:3
  39:8,11 40:13
  45:7 61:20 62:3
  66:4,12 68:14
  71:13 72:21
  75:2 77:2,5
  79:13 90:21
  91:22
nine 119:3
  121:18,19
NIX 18:4
no-name 45:1
node 17:25 18:3
nodes 17:24
noise 60:16
Non-Nevadans
  7:5
nonstop 61:1
normal 4:19
  33:18,19
normally 31:16
  50:16 69:4
North 23:21
  123:18
northern 72:18
  76:12 77:23
  79:21
nothing's 57:15
notice 85:22 86:5

105:24
noticed 18:8
notices 107:15
November 2:16
  13:6 32:7 40:14
  66:16 72:25
  73:24 74:10
  77:12 79:1
  80:10,19,22
  84:1,17 91:1,2
  96:1 101:10
  102:22 103:24
  109:9
num- 95:2
number 19:10
  33:18,19 53:20
  71:1 75:20 80:4
  80:6,9 85:23
  90:21 104:11
  106:1 112:2
number's 111:21
numbers 9:15,17
  9:21 53:17 54:2
  74:23 77:11
  96:11,16
  108:16,22
  111:22 116:8
nuts 26:10

**O**
o'clock 62:4
oath 97:4 115:5
obeyed 56:4
objects 112:16
observer 7:11
obvious 31:15
  45:13
obviously 3:10
  17:16 73:16
  96:18
occur 54:2
occurred 49:8
occurs 44:16
Oct- 58:9
October 58:6,7

odd 53:20
office 8:23 9:19
  44:13 103:5
  111:15 115:5
officer 12:25 56:3
official 19:10
  59:19
officials 24:4
  63:11 98:13
  101:24 102:4
  102:23
oftentimes
  105:13
oh 4:20,22 30:24
  41:1 43:9 45:12
  46:12 50:3
  59:21,21
okay 4:8 5:10,13
  5:24 6:6,10,19
  6:21 7:7,9,24
  8:3,6,9,12 9:2
  10:3,16 23:9,12
  23:15 25:1,8,8
  25:11 26:15
  28:16,24 30:13
  30:18,24 31:22
  32:14 36:13
  38:1 46:8,19
  51:24 53:21
  61:21 66:25
  67:4,6,11,15,20
  67:23 68:4,8
  69:8 72:4,12
  73:22 74:11,19
  76:14 77:6,10
  78:15 82:5,9
  84:9 91:9 94:1
  109:23
once 39:20 42:19
  92:23 93:3
  96:17 121:1
  122:3,9
one-half 6:24
ones 24:22,25
  37:6,7,19 95:25

103:9
online 26:19
  27:17 35:12,19
  36:9,10,16,16
  36:25 63:13,15
  65:8,16 66:21
  66:21
open 16:9 31:19
  54:7,9 56:5,6,7
  56:8 98:5 111:9
  113:1 119:18
opened 6:10
  10:19 119:25
opening 6:8
operate 38:21
operation 36:20
  36:21 38:18
  120:3
**Operational** 22:8
operations 12:5,6
  12:17 86:17
opinion 18:13
  24:23 25:1 38:7
  40:20,21 41:11
  42:13 87:2
opportunity
  44:11
orchestrated
  115:3
order 28:4 56:8
  76:2 86:10
  92:18
orders 55:6,7,16
organization
  45:4
original 78:16
outcome 123:10
outcomes 13:23
outlet 61:7
overseas 17:18
  26:22,24 27:4
  27:11,18 29:23
  34:12 39:23
oversight 25:14
overstated 82:25

owner 104:14
ownership 15:3
owns 15:7 39:7

**P**
p.m 84:1,17 91:1
pack 70:19
packets 111:18
Page 52:12
pages 22:17
  107:20,21,21
  107:24
paid 123:12
paid/will 123:12
Pakistani 15:25
paper 38:13
  47:18 49:5,5,10
  49:13,20 69:1
  89:7,9,18,21,24
paper-based 47:5
part 6:19 18:22
  31:2 93:2 99:20
  99:20 100:9
part-owner 72:3
participating
  19:9
particular 39:16
  82:16 105:18
particularly
  106:6
parties 123:7
partners 12:16
parts 41:22 94:15
party 15:3,12
  47:16 118:12
pass 21:3
passed 51:22
passes 39:12
passing 64:20
Patrick 61:21,22
patriot 73:6,13
patriotic 19:25
pattern 43:22
  46:22 54:2
Pause 92:22

Dickman Davenport, Inc
214.855.5100      www.dickmandavenport.com      800.445.9548

**APP398**

pe- 2:25 9:11
peer 17:6 18:24
penetration 118:17
Pennsylvania 7:10,18,21 15:21
people 7:4 8:20 8:25 9:10,12 10:3,4 11:9,16 16:22,23 19:4,4 19:16 22:4,16 22:19 25:21,24 27:5 28:1 31:14 33:3,4 34:3,6 35:10,18 36:24 41:12,18,23,25 42:8,9,21 43:2 49:6 56:17 58:24 64:2 72:17,23 73:4 82:6,7,13,22 87:6,11 97:21 99:14 109:14 110:4 113:11 115:10,23 116:13 117:8 117:24 118:21 119:11,21 121:13 122:5
people's 17:18
percent 3:1,14,16 4:10 10:23 14:11,12,14 17:17 31:16,16 33:11,13,15,23 33:25 34:1,4 47:18,20 52:18 55:10,12 72:19 72:20,21,22 75:11,13 76:3 77:7,8 79:20,20 81:9,10,11 89:3 90:7 91:13,14 98:6 103:13,16

105:25 106:1,2 106:12 116:25 117:20 119:5 119:15
percentage 33:20 47:24,25 48:4,5 52:5
perfect 76:19 87:18
period 84:25
permitted 87:22
pers- 51:2
person 69:24 73:5 99:5
personnel 19:8
perspective 116:25
Pete 38:11
Phil 12:2
phone 19:10 49:17 113:25
pick 21:1
picks 35:9
picture 49:17
piece 3:1 39:17 51:24 52:1 89:7 89:9
Pillow 2:3
Pillow's 2:9
place 48:21 86:10 106:5,6 114:6
placed 105:7
places 32:1,6,22 32:24 36:12,12 38:15 61:15
plain 39:25
plains 115:6
planning 20:6
platform 59:6
platforms 60:9
played 61:14
playing 23:17
plug 83:14
plus 10:2
point 3:7 7:23

9:24,25 50:3 64:21,21 65:1 94:5 111:14,16 112:3 115:6
points 111:14,17
political 41:13 59:17,18
politics 25:6 73:20
poll 7:15 35:19 35:20,22 36:6 62:1
polls 6:8,9 93:3
pop 58:25 59:5
popped 59:1,6
pops 32:16
positive 107:10 109:4 113:25
possible 29:3
post 8:23 60:25 101:11
Postal 8:2
posted 73:3
posts 36:25
poured 4:13
power 46:11 47:6 47:11 60:9 98:13
practice 97:3
practices 14:19
precedence 121:21,23
precinct 36:1,2,7 65:23,24 75:18 75:18 76:13,20 82:3
precincts 15:22 75:16,17
precisely 84:12
predominant 15:25
preliminary 16:16 86:17
prepared 86:13
preregister 8:21

present 90:25
presented 30:3 102:5 111:7
president 8:9 9:5 9:16,20 14:11 14:13 15:5 80:13 108:17 109:16 115:19 116:5
presidential 73:18
pressing 16:17
presume 84:21
pretty 15:1 21:21 43:1 121:17
prevent 64:24
primarily 73:19
primary 45:7
print 3:2 92:24 92:24
printer 68:25 69:1
printing 93:4
prints 93:3
prior 8:25 84:24
prismatic 111:12
private 15:3,6 26:8
prize 8:5
proactive 114:13 114:14 120:18 120:21
probably 9:3 17:11 38:15 41:25 42:12 45:17 83:17 86:24,25 87:1 91:15,16 113:20 118:10
problem 13:6 57:19,22 71:23 71:25 72:24 73:7
problems 50:12
procedural 16:11

procedures 83:4
process 47:7 89:12 90:12 93:3
processes 62:23
profession 97:8
Professional 103:3
program 81:25 116:15 118:15
progressing 16:14
progressivism 116:2,2
prompted 13:7
proof 1:12 3:1 10:23 17:18 24:8 30:2 34:21 98:6 103:13,16 106:12 107:10 108:25 109:4 112:24 113:24 119:15 121:8 121:11
properly 83:3
property 22:3
proportions 58:15,16
prosecuting 20:3
prosecutor 23:20 84:22
prospective 114:19
protect 21:17 97:24 118:6 119:12 121:21
protective 86:10
protocol 104:11 104:12,21
prove 2:17 52:16 52:17,18
proved 52:21
proven 20:13 55:10
proves 3:16

Absolute Proof - February 5, 2021

**Province** 104:16
**proxies** 16:1
**public** 16:4 21:5
 57:2 86:19,20
 86:21 92:20
 99:20 100:9,17
 100:20
**publicity** 73:10
**publicly** 97:11
**published** 32:10
 38:12
**publishing** 32:11
**Puerto** 94:10
**pull** 109:23 112:9
**pull-** 109:24
**pulled** 71:23
 109:24
**pulling** 109:22
**purification**
 20:25 21:5
**purpose** 96:17
 120:3
**purposefully**
 88:12
**pursue** 28:7
 51:15
**push** 28:4
**pushing** 41:12
**put** 2:12 5:18
 14:12 23:23
 36:4 45:20 47:7
 49:20 54:10,22
 68:24,25 69:6
 70:18 86:9,23
 86:24,25 87:19
 89:4,9,18 97:24
 100:23 101:25
 107:16 109:8
 109:15 114:6
 114:12 116:24
**putting** 3:7
**puzzle** 51:24 52:1

**Q**
**QSnatch** 39:17

39:17
**quality** 6:25
**question** 6:18
 19:22 41:17
 79:10 94:2
 118:9
**question's** 43:1
**questions** 106:9
**quite** 13:20 21:7
 25:20
**quote/unquote**
 49:21

**R**
**R** 123:1
**race** 31:3 38:13
 52:3
**radio** 44:24
**Raffle** 7:2
**raised** 38:10
**raising** 65:25
**Ramsland** 13:8
 22:7,12 23:2,6
 23:10,14,16,19
 24:12,16,20
 25:5,9,12 26:20
 26:25 27:2,13
 27:21,23,25
 28:14,20,22,25
 29:12,17 30:1
 30:12,17,22,25
 31:21,23 32:8
 33:1,13,15,22
 34:2,14 35:4,8
 35:16,25 36:11
 36:14,18 37:14
 37:22,25 38:9
 38:17 39:3,6
 40:21 41:5,16
 42:2,5,25 43:5
 43:15,18
**ran** 23:21 34:6
 36:19 44:1 45:1
**rare** 44:11,15
**rate** 34:4 89:3

90:7
**rates** 33:11
**re-** 52:19 62:16
**reactive** 120:20
 120:21
**reading** 48:23
**Reagan** 122:3
**real** 33:4 43:1
 45:3 46:19,20
 61:5,6,9 74:23
 75:20 82:22
 96:16 108:22
**reality** 74:1,17
 75:24
**realize** 22:5
**realized** 28:1
 50:3
**really** 13:10
 25:23 41:22
 42:19 48:20
 93:17 109:13
 113:21
**realtime** 104:5
 110:21 111:19
**reason** 31:12
 42:6 88:24
**reasons** 18:10
 20:19 32:11
**rebutted** 56:19
**recalibrate** 4:4
**received** 6:2
 110:20 112:18
**record** 36:25 37:8
 37:9,18
**recorded** 77:5
 79:15
**recording** 2:1
 122:11 123:4,8
**records** 36:23
 37:11
**recount** 74:6,7,9
 74:17 79:4
 80:23 91:16
**recounts** 74:21
**recreated** 52:19

**red** 110:17,17,18
 111:1
**Reform** 62:16
**refuse** 98:24
 102:4
**register** 9:12
**registered** 6:1
 8:14,16,24 80:5
 80:6
**registration** 8:17
 123:18
**regular** 33:5
 99:16
**reinventing**
 115:19
**rejection** 33:11
**related** 20:14
 123:7
**release** 86:12,16
 87:23
**released** 88:10
**relentlessly** 2:4
**relevant** 2:22
**reloaded** 36:6
**reloading** 22:21
**remember** 43:8
 49:4 55:3 89:6
 90:6
**remote** 22:21
**remove** 84:8,23
**removed** 84:6,7
 84:17,19 85:5
**rep** 13:19
**replace** 39:25
**replaced** 37:16
**report** 31:1,6
 39:10 86:9,12
 87:18 88:10,22
 98:7,25 116:19
 116:23
**Reporter** 123:2
 123:17
**Reporting** 27:3
 39:8,11
**reports** 39:9,9,10

39:20 40:4
**represent** 110:9
 110:25
**representation**
 100:23
**representative**
 29:13
**represented**
 55:21
**Republic** 99:20
**Republican** 7:11
 31:16 45:7
 72:19 77:8,15
 91:14 118:24
**request** 86:15
**requested** 73:1
 91:22
**required** 13:25
 85:3 97:3
**requiring** 5:16
**rescan** 70:11,12
**research** 13:12
**residence** 37:4
**resident** 8:24
**resign** 103:4
**resistance** 28:6
**resources** 2:21
**responsible** 118:5
**rest** 50:19 76:16
 118:12
**restraining** 56:8
**result** 38:11 62:1
 65:24 89:17
**results** 47:16
 72:24 73:2,8,11
 82:2 88:14 93:5
 96:14 97:15
 101:15,23
**resume** 66:21
**reveal** 103:7
**revealed** 10:20
 41:22 88:1
 96:23 97:20
 117:7
**review** 85:7 86:9

Absolute Proof - February 5, 2021

**revival** 117:9
120:24
**Rico** 94:10
**rid** 98:11
**right** 4:5,14,18
5:25 6:5 9:21
10:2,17,21
11:11,12,16,18
11:25 12:14
14:2,6,15 16:20
16:25 17:2,5,12
18:1,5,25 20:2
20:21 21:13,23
24:19 26:13,17
31:8,20 32:12
32:23,24 34:16
35:9,10,24,24
38:16 42:1,4,7
43:4,14,17
44:14,18 45:5,5
46:1,2,8,12,13
46:24 47:3,9,14
47:19 48:15,18
48:18 49:1,7,7
49:15,15,18,23
50:1,5 51:7,8,8
51:9,13,16,20
51:25 52:6,8,13
52:24 53:15,17
53:15,18,22,22
53:25 54:17
55:22,25 56:14
56:15,18 57:4,8
57:13,14,14,17
57:24,24 59:1,3
59:10,11,14
62:18 63:23
64:15,15,18
65:2,7,14,16,21
66:18,21,22
68:1,4,22 69:3
69:9,9,12,12,15
69:15,25 71:12
71:16,18 73:25
73:25 74:11,11

74:15 75:3,5,8
75:8,23 76:1,3
76:8,13,20 77:3
77:21 78:10,18
78:21,21,24
79:2,6,12,14,16
80:8,11,14,17
80:21 81:3,5,19
82:10,12 83:21
83:21,23 84:15
84:15 85:1,9,13
85:16,19,25
86:3,22 87:7,10
87:13,13,17,24
88:21 89:5,10
89:11,11,19,25
90:2,5,8,11,15
90:18 91:3,6
92:1,4 93:10
94:5,20 95:14
95:21,24 96:3
96:11,25 98:7,8
99:11,15,18,25
100:15,18,25
101:2,4,9
102:13,15,17
102:21,24,25
104:6,22 107:9
107:14,14,21
107:22 108:3,7
108:12 109:18
109:18,18
112:1,13,17
113:9,14,19
118:17 119:14
120:7,12,15
121:9
**road** 20:23 22:13
**rocket** 53:4
**roll** 53:20
**Ron** 25:13
**Ronald** 122:3
**rotten** 66:1
**roughly** 72:19,21
**routed** 63:9

**rows** 67:8
**rule** 109:16
**Rules** 103:3
**run** 15:17 61:5
70:21 71:6
81:25
**running** 33:8
44:21 51:1
**runs** 44:12
**Russ** 13:8
**Russell** 22:7,10
31:19 32:15
34:19,22 39:4
42:13
**Russell's** 30:8

**S**
**S3** 27:4
**safe** 110:7
**salt** 63:17
**sanctions** 98:15
101:16
**saved** 51:23
**saw** 12:20 13:21
24:8 29:7,24
37:10,14 47:12
47:17 63:9 68:9
68:20 83:2
88:20
**saying** 18:15
27:16,17 30:8
30:10 32:22,23
43:9 48:20 55:5
56:3 61:3 64:5
65:25 77:16
99:23 101:18
112:5,7 119:4
**says** 16:7 30:9
42:13 57:23
87:15 95:2 97:2
**scamming** 38:18
**scan** 33:4
**scare** 101:6
**scene** 61:9,12
**scheme** 38:18

**school** 73:14,15
**science** 43:22
46:23 53:4
**scientific** 48:13
**scientist** 44:12
51:6,11
**scientists** 81:21
81:21 83:1 86:6
**scoring** 111:12
**screen** 87:15
90:16 113:15
**scrutiny** 38:15
**Scytl** 17:22 27:3
27:8 39:7
**seal** 64:20
**sealed** 65:25
**sec** 60:16
**second** 5:7,7 9:25
54:24 104:14
107:7
**seconds** 104:9
**Secretary** 8:9,11
9:6,15,18,20,23
54:11,13 55:5
55:12,16 56:2
74:16 84:13
105:7 111:15
**secure** 93:12
**securely** 83:5
**securing** 83:4
**security** 12:17
13:16 22:8,9
25:14,16 26:21
40:2 86:16
116:21
**see** 2:13,13 3:11
3:12,14 4:11
5:23 6:10 7:7
7:21 19:18 32:4
37:2,2 39:14
40:23 47:16
50:16 52:14
53:16 59:5 60:4
63:2 68:5,19
75:2,16,21 76:9

76:14,22 80:18
84:10 91:24
92:2 94:25 95:1
96:1,6,6,7
103:12 104:6
105:4,12 108:1
117:5 118:24
119:10,15
121:10,11,17
**seeing** 3:15 11:12
13:3 15:19 29:5
32:25 103:22
105:18 110:19
115:9 116:15
**seek** 101:16
**seeking** 73:10,11
**seen** 2:15 11:7,15
16:15 17:9,15
18:17 21:15
23:12 29:3,9,9
29:10,11,12
31:11,25 38:1
41:9 68:12
79:19 102:11
113:5,6 114:20
114:24 115:3
115:22 116:7
121:8
**sees** 42:20
**segment** 60:6
**self** 36:4
**Senate** 16:15
44:1 47:2 62:17
88:3
**senator** 39:1
61:22 62:14
**senators** 24:3
58:18
**send** 27:20
**senior** 19:10
**sense** 2:19 9:10
31:18 91:17
**sent** 26:4 97:2
110:20 112:19
112:23

Absolute Proof - February 5, 2021

sentences 8:12
September 28:20
  45:8 47:12
  48:24
series 4:24 28:3
  73:4
serious 57:19,21
server 13:24
  17:22,24 22:15
  27:9,10 39:14
  39:16
servers 17:14,18
  17:21 27:4,18
  29:5,6 34:12
  40:6
service 8:2 108:4
services 15:1
Sessions 38:11
set 4:24 38:5,7
  94:22 106:5
set/modem 93:15
setup 47:16
seven 24:6
severe 111:1,3
severity 110:25
SGO 20:15,24
share 87:6,12,15
sheet 110:24
Shenzhen 15:12
shift 14:14 62:3
shining 122:4
Shiva 43:21,25
  44:6,8,10,15,19
  45:3,6,12,16,18
  45:21,22,24
  46:3,6,9,14,21
  46:25 47:4,10
  47:15,20,23,25
  48:5,8,11,13,16
  48:19,23 49:2,8
  49:12,16,19,24
  50:2,6,10,12,14
  50:23 51:6,10
  51:14,17,21
  52:1,9,14,21,25

53:6,10,13,16
  53:19,23 54:1,4
  54:8,18,23 55:3
  55:11,14,16,23
  56:1,7,13,16,19
  56:23 57:1,5,9
  57:12,15,18,25
  58:4,6,8 59:3
  59:12,15,23
  60:4 61:9
shop 26:4
shops 91:17
Shorthand 123:2
  123:17
show 2:12,17
  3:12 4:1 5:8,12
  5:19 7:19 9:3
  10:23 11:25
  28:10 30:19
  31:10 34:18,21
  34:23 38:2,3
  55:4 58:20
  60:18 61:18
  79:19 80:3
  84:10 88:1,3
  92:18 95:19
  96:18,18
  103:16 108:22
  109:2,20
  112:10,10
  117:17 119:3,4
  121:14
showed 3:3 23:22
  25:15 36:1
  52:22 54:10
  55:7 110:10
  113:6 118:14
showing 56:20
  75:15 76:8
  106:9 110:14
  113:8 114:1
shown 117:19
  118:20,22
shows 2:5 3:5
  54:25 104:9,10

104:15,16,17
  104:23,24
  105:2,8,11,12
  105:15 106:22
  107:2,7 111:22
shut 4:5,6 17:10
  19:14 54:13
  56:4 60:2,2,2
shutting 19:12,14
  19:17
sic 34:1 74:22
  94:3
side 21:8 41:13
sides 67:21
siege 96:24
signature 6:24
signatures 7:1
signed 30:25
significance
  84:18
significant 18:8
signs 44:23 45:3
silence 100:6
silent 101:20
similar 23:5,5,7,8
similarities 12:21
simple 33:4 42:6
simply 118:13
simultaneous
  115:14
simultaneously
  115:21
single 11:4 27:9
  27:10 37:15
  39:19 47:10
  68:20 107:22
  112:11 113:12
  113:12
Sir 9:22
sit 71:5
sitting 81:24
situation 83:6
skip 6:12,19 7:2
skittish 38:21
slide 80:4 92:16

94:18,25
slides 94:24
slow 66:3
slowed 66:9
small 31:13 62:20
  72:18 77:23
smaller 120:4
Smartmatic
  20:15,15,15,24
  24:25
social 2:4,8 11:17
  60:7 87:9
  103:10 121:14
socialist 116:1
soft 20:14 23:11
software 20:12
  20:15 82:1,23
  85:12 88:2
  94:19
solid 28:6
solve 50:12
somebody 11:5
  23:16 35:9 64:6
  82:20 86:24
Something's
  65:25
soon 43:1 121:17
sorry 67:24
sort 14:24 30:4
  33:5 51:14
source 84:2
  104:14,18
space 54:25
  62:22 110:5
Spain 39:7
spate 97:6
speak 39:4 42:21
SPEAKER 93:6
  93:14,20 94:1,6
  94:10,16
speaks 11:17
specialist 62:21
specific 12:9
  95:22
specifically 39:5

63:1
speech 59:17,17
  59:18
spelled 115:11
spend 13:7 21:7
  43:12 50:19
spent 13:20 26:5
  58:24 115:17
spike 4:11 18:8
  96:6
spikes 95:18,19
spit 91:21
spre- 87:1
spread 121:14
Sprint 94:3
squares 112:22
staff 24:8 115:18
stage 67:18
stamp 3:3 54:25
  106:12,24
  111:24
stamps 112:9
stand- 50:2
standard 39:13
standards 93:25
standing 16:10
standpoint 48:14
  51:12
start 11:25 25:12
  43:2 48:20
started 3:7,8 13:3
  13:10 15:19
  48:23 114:7
starting 62:3
state 5:11,12 6:11
  8:6,10,11,16,18
  9:6,15,21,23
  10:10 15:14
  17:7 18:24,24
  19:7 24:3 36:5
  36:6 52:22 54:5
  54:11,13,14
  55:5,13,17
  61:22 62:14,17
  74:16 84:13

Absolute Proof - February 5, 2021

91:5,25 92:3
97:1,7 99:5
103:2 104:22
107:1 116:1
123:3
**State's** 9:18 56:2
105:7 111:15
**statement** 35:17
**statements** 100:8
**states** 4:5 6:16,23
10:1,4 17:7
27:2,18 32:6
44:17 55:20
88:11 104:5
105:2 115:7
118:18
**station** 50:16
62:22
**statistics** 16:9
**stay** 42:3 101:20
**steal** 3:17 11:1
88:25 109:14
111:13
**stealing** 22:3
110:18
**step** 120:14
**stickers** 44:23
45:4
**stole** 14:11 52:16
97:19 105:20
107:8 110:15
114:2,2 119:9
119:25
**stolen** 29:1 38:13
108:11 110:13
111:17,23,24
111:25 112:2
**stop** 54:16
**stopped** 28:19
**store** 37:8
**stored** 26:21,24
**stores** 2:7
**story** 61:5 91:5
**straight** 68:14
**strategic** 13:2

14:25 15:19
**street** 17:22
37:15
**stuck** 70:15
**study** 83:25
**stuff** 7:12 10:11
23:7 44:3 46:1
47:1 86:23
113:7
**subjectively**
28:11
**submit** 23:23
**subpoena** 16:16
**subsequently**
37:16
**successful** 105:12
105:13,14,16
107:6 110:15
113:13
**successfully** 20:9
**Suck-a-Buck**
103:10
**sudden** 2:25 4:6
50:18
**sued** 54:4
**Suffolk** 53:14
**suggested** 6:25
**Suite** 123:19
**Summary** 86:17
**supersede** 59:17
**support** 93:16,22
97:4 115:7
**suppose** 113:17
**supposed** 57:3
64:12 65:15
70:11 97:24
119:12
**supposedly** 29:13
39:12
**suppress** 27:16
58:24,25 98:7
103:9
**suppressed** 32:21
87:5,9
**suppressing**

11:13
**Supreme** 119:3
119:12 121:18
**sure** 21:10 39:6
72:16 114:7
118:2
**Surge** 7:24
**surveillance**
110:2,3
**survived** 54:9
**suspect** 41:19
**swamp** 55:24
**swiping** 35:20
**switch** 95:4
**system** 22:19
24:9 33:9 34:6
36:15 39:25
43:19,22 46:23
52:4 63:2 81:15
81:16,23 83:9
84:1,2,3,24
88:4,12 89:17
89:22 90:20,24
94:22 99:12,22
110:2,3 111:3
115:4,12,13
**systemic** 88:13
**systems** 12:20,22
13:1,5,22 14:18
21:5 46:11 47:1
47:6,6,7

---

**T**

**T** 94:3 123:1,1
**T-Mobile** 94:14
**T.V** 50:16
**tabulated** 69:7
90:4
**tabulates** 89:17
90:7
**tabulating** 67:8
67:12,25 68:24
72:10
**tabulation** 8:4
15:22 22:15

83:5 89:10
96:15
**tabulator** 69:17
70:25 71:7
81:23 89:18,20
**tabulators** 14:8
**Taiwan's** 21:15
**take** 8:1 24:7
25:18,18,25
28:16 40:7
48:20 49:9
55:23 60:13
61:5 69:22
81:15 89:6 97:4
100:2 112:8
**taken** 54:21,21
108:23
**takeover** 121:10
**takes** 4:10 55:6,7
89:20
**talk** 6:15 9:3
44:20 60:11
61:16,18,19,20
116:1
**talked** 18:18
31:12 34:17
100:12,16
108:21
**talking** 5:1 12:8
14:4 25:22
27:15 34:8,11
60:6 76:9 96:22
100:10,11,13
118:17
**tallies** 64:19
**tally** 63:1 64:12
79:1 82:2
**tallying** 89:8
**tampered** 37:20
83:7
**tapes** 93:4,4
**target** 59:10
104:20,21,22
104:22,25
110:12

**TCS** 63:10
**team** 13:13 26:4
31:2 41:17
81:20 86:6
88:16 89:24
**technical** 14:21
22:2
**technology** 93:17
**tell** 3:19,20 5:10
11:24 35:17
43:11 44:1
46:16 50:19
54:24 61:11,12
66:25 67:1
76:19 87:3
90:23 121:13
**telling** 28:1,9
32:19 36:22
38:24 70:24
88:4 102:22
108:15 117:5
**tells** 55:18 83:9
83:11,20 92:9
94:21 95:1
**ten** 9:7 36:5
92:25
**tenets** 97:7
**terabytes** 104:2
**terms** 41:9 87:22
103:1
**Terri** 123:2,16
**territorial** 21:18
**Terry** 117:14,17
121:2
**tested** 91:24,24
**testified** 88:2
**testimony** 55:14
55:20
**testing** 15:10,11
**Texas** 13:13 22:9
23:21 24:14,16
24:17,18,22
37:12,15 38:5,8
38:10,12,14,20
123:3,16,19

Absolute Proof - February 5, 2021

thank 114:22
  117:4,10,12,13
  121:7
thanks 44:6
  103:17,18
  114:21,23
  117:18 121:2,3
  121:5
theft 10:24
  108:21 109:5
  110:21 111:20
theory 17:1
they'd 102:23
  118:14
thing 7:15 10:13
  10:18,23 21:12
  40:11 43:1
  50:14 51:18
  54:9,20 59:5
  115:3 116:10
things 10:8 11:2
  32:17 41:18
  42:13,14 50:21
  51:5 57:2 61:3
  73:18 96:10
  103:20 106:4
think 2:24 4:17
  4:17 11:8 15:16
  17:23 21:1 25:5
  28:9 38:20
  41:17,18,23,24
  42:5 43:1 45:14
  48:9 51:11 54:5,7
  61:1 77:13 89:7
  89:15 94:14
  100:10 107:16
  118:10
thinking 46:4,6
  64:20
thinks 44:16
third 15:19 60:11
third-world
  44:19 57:13
Thou- 68:6
thought 29:16,17

29:18,19,22
  45:17,25 92:19
thousand 52:6,7
thousands 29:7
  29:10 68:5,6,7
  68:7 107:21,24
threat 17:7 18:23
  120:10
threaten 98:14
  100:2
threatened 61:17
  101:12
threatening
  98:15 103:2,2
threatens 99:5
three 26:8,12,13
  29:18 55:11,14
  55:20 60:23
  94:11,13
throw 87:2
thumb 82:2
tickets 7:2 38:25
tier 15:19
Tietong 108:5
time 3:3,15 4:16
  4:22 8:21 13:7
  13:20 32:16
  34:23 37:16
  42:8 53:20
  54:22,25 68:18
  71:13 81:13
  91:12 102:8,8
  106:12,24
  107:7,7 111:24
  112:9 113:2,16
  118:1 120:6
times 60:24 95:23
timing 122:8
tirelessly 86:7
today 2:9,13 3:21
  12:9 42:17
  61:24 103:18
  116:14 118:22
told 2:14 42:2,17
  57:24,25 74:13

92:20,21
  108:17
tonight 3:11
tons 30:1
tools 39:13 110:6
top 69:8 70:19
Toronto 17:16
total 80:9
totalitarianism
  99:10 101:3
totally 41:19
  100:13
totals 78:22
  108:10
tow- 73:21
town 31:17
Township 73:21
  75:22 76:24
townships 73:21
townspeople
  91:15
track 50:17
traditional 65:23
traditionally 77:7
traffic 18:7,8,9
  18:11
traitors 11:11
  19:5
trans- 18:2
transcribed
  123:8
transcription
  1:11 123:4,11
transfer 111:14
  111:17
transferring 83:5
transmission
  93:7
transmit 93:2,5
  94:8
trickle 66:10
tried 23:19 24:2
  24:3 25:15,17
  27:16 56:9 87:1
  103:9

tries 49:22
trolls 59:8
truck 19:22
true 41:8 73:3
  98:12
truly 41:18
Trump 4:2 5:24
  7:8,22 10:5,16
  10:16 14:12
  45:1 68:19,20
  72:11,22 74:22
  75:19 78:3,20
  79:7,24 80:1
  81:6 97:6
  105:21 107:8
  107:17 108:11
  108:19 116:5
Trump's 75:6,25
  77:4
trust 36:15
truth 41:15 42:17
  88:4 96:23
  97:20 98:25
  121:16
try 28:2 87:6,14
  98:6 100:1,2,5
  105:14 120:11
trying 2:14,16
  9:22 11:13
  19:14 84:20
  98:10,11 118:5
  119:23
Turchie 117:14
  117:18 118:2
  119:19 120:2,8
  120:13,17
  121:5
turn 43:2 110:17
turned 116:9
TV 2:5 44:24
tweet 97:2 100:19
twen- 6:3 80:6
twice 53:20
twilight 4:15
Twitter 2:8,9,10

54:10,12,13,19
  54:21 55:5,6,7
  56:3,4 59:9,12
  59:15,20 60:2,2
  86:25
two 3:21 9:23
  10:2,2 11:3
  16:12 22:13
  28:5 32:9,22,24
  49:4,6 52:10
  55:3 60:3 66:16
  115:21
two-hour 24:7
type 111:6
types 110:25
typically 53:14
tyranny 99:7
  101:1

_____

U

U.S 8:2 13:2
  15:14 18:12
  19:11 21:15
  22:1,1 57:9
  97:4,25
Ucloud 108:5
Uh-huh 13:17
  45:2 48:22
  51:25 53:9 54:3
  70:8,17 72:8
  94:23 98:20
  100:4 102:10
Uhh 41:2,3
UK 17:14
um 77:12
unbelievable
  30:6 37:22
unconventional
  17:4
Under-age 8:13
underage 10:4
underaged 9:9
understand
  16:22,23 33:3
  36:21 57:2

Absolute Proof - February 5, 2021

62:25 85:8
89:23 110:11
111:11 114:5
115:10 116:4
116:13,16
120:11
**understands**
63:18
**understood** 4:14
**unfolded** 118:15
**Unicom** 108:5
**UNIDENTIFI...**
93:6,14,20 94:1
94:6,10,16
**unique** 15:17
104:17 105:1
107:1
**unite** 120:24
**United** 17:7 32:6
44:17 55:19
104:5 105:1
115:7 118:18
**uniter** 117:8
**uniting** 120:25
**universities** 22:1
**unjust** 97:5
**unknown** 26:8
**Unplanned** 60:1
**Unregistered**
8:15
**use** 10:11 23:2
24:17,18 26:9
27:2,18 53:2
77:16 85:12
93:18 94:12
105:5 117:22
**uses** 24:17
**usual** 41:1

**V**

**V-** 93:10
**vacant** 6:1
**validates** 44:4
**varieties** 93:22
**variety** 42:5

93:16
**various** 7:16
**vehicle** 93:6
**vendor** 94:14
**vendors** 94:11,12
94:13
**Venezuela** 35:5
**verification** 6:24
**Verizon** 93:12
94:2
**version** 52:12
86:17
**versus** 21:20 93:8
**vice** 14:13 62:15
115:19
**victory** 5:14 8:7
116:8
**video** 106:8 109:2
109:19,21,23
109:24 110:1
123:4
**videos** 35:19
**violates** 97:7
103:3
**violation** 8:6
59:16
**virus** 106:7,7
**vitally** 114:24
**volume** 18:7,9
**volunteers** 44:22
**vote** 4:11 5:24
8:13,14,21,25
11:4,6 14:11,12
14:14 27:19
33:4,9,9 35:10
37:15 38:18
49:4,5,10 63:1
64:12,19 68:8,9
68:19,21 72:22
78:17 79:1 89:7
89:8 90:17
102:16 108:9
108:10 109:9
110:18 111:13
111:15,16,20

111:23,24
113:12 114:2,2
**voted** 5:23 6:21
6:23 7:5,5,7,16
8:13,14,15,15
8:16,17,18,19
9:9 31:14 33:6
36:24 37:2,4
89:15,16,16
**voter** 26:2 36:23
37:1,8,9,11
90:13,17
102:14
**voter's** 90:17
**voters** 5:25 6:14
6:22 7:6,25
8:15,16,17,18
8:23,24 34:6
80:5,6
**votes** 3:5 4:3,12
4:23 5:14,17
6:7,8,17 7:8,11
8:7 9:8 15:20
22:20 26:21,21
27:6,10 29:6,23
31:14 35:8
37:10 38:19
39:11,12,24
41:21 52:5,6,7
52:9,10 56:21
64:9 68:5,8
72:19 73:23
75:7,25 77:5,25
77:25 78:1,2,23
79:11,22 80:2,7
80:10,13,19,24
81:7 83:5 85:20
86:4 95:22
105:18,19,20
107:8 108:10
108:19 110:12
110:15 111:22
113:2,22 116:6
**voting** 5:22 12:20
13:5 15:21

22:25 23:7 24:9
24:17 29:20
33:8 36:3,4,15
37:10 43:19
49:3 52:2,11
77:17 81:16,23
84:23 88:12
89:8 94:25
**VPN** 93:8,10
**vulnerabilities**
12:21 13:1,3,22
14:18 20:11
27:5
**vulnerability**
40:2

**W**

**Wait** 26:23,23
43:3
**waiting** 60:19
103:12 109:1
**Waldron** 12:3,4
12:15 13:18
14:3,7,16,24
15:9 16:5,21
17:1,3,6,13,20
18:2,6,16,22
19:1,6 20:3,18
20:22 21:10,14
21:24
**walked** 58:8
**walking** 67:8
72:9
**wall** 28:6 63:9
**want** 2:13 3:19
3:20 14:21
26:15 27:20
30:15 33:9 38:3
39:23 40:8
41:14,22,24
42:24 43:10,23
44:25 46:16
50:13 54:17
58:17,17 66:2
68:12 71:24

76:19,21,21
77:21 80:3 82:5
82:5,19 91:23
93:18 106:16
109:2 116:3
117:23 122:7
**wanted** 25:21
38:25 42:8
55:23 62:25
73:7,11 88:25
106:17 107:18
**wanting** 41:12
**wants** 39:23
101:6
**war** 21:21 22:4
109:13
**Ware** 14:9
**warfare** 12:6,24
17:4,4 106:22
114:25 115:2
116:20
**Washington**
60:25 101:11
**wasn't** 11:8 30:14
30:15 46:6
58:12 59:12
65:24 79:3
82:19 107:18
**watch** 10:22
11:23 37:8
58:19 121:15
**watches** 39:18
**watching** 17:13
18:7 26:17
35:21 58:11
72:7 103:19
110:2,8,13
111:18 112:15
119:4 121:19
**waters** 21:18
**waterways** 21:19
**way** 27:7 34:8
35:11,11 37:9
46:12 50:21
53:3 62:4 70:11

Dickman Davenport, Inc
214.855.5100    www.dickmandavenport.com    800.445.9548

Absolute Proof - February 5, 2021

70:25 89:22
90:20 107:19
119:7
**Wayne** 62:13
86:1
**ways** 13:1,4,22
33:2 49:4
**We'll** 5:25 6:18
7:2 9:2
**we're** 3:12,13 4:6
4:8,14,15 5:11
5:11,12 6:15,18
7:14,20 8:8
10:10,11,17,20
11:12,25 12:8
22:5 28:9,9
34:21 35:1,4
40:18 44:2
45:22 60:5,17
60:17 66:14
72:12 75:14
76:8 79:18
92:18 93:21
94:8 97:18
99:21,21
103:21 109:22
109:22,24
117:5,7,8
120:19,19
121:22
**we've** 9:22 11:7
15:1,4 16:9
20:13 21:15
24:14 30:18,19
31:9,10,11,11
34:17 40:17
57:18 76:9
84:22 87:21
91:22 95:12
100:12,16
102:19 103:18
109:1 113:14
117:19,19
118:20,22
120:20,21

**website** 73:3 87:4
**week** 4:9 16:19
50:20 86:8
**weeks** 43:23,25
60:23
**weighted** 52:3
**weird** 4:7 51:5
**welcome** 117:17
**went** 2:22 4:9
6:16 14:10
19:22 31:6
40:12,17 44:4
55:4 57:25
61:14 70:15
72:22 76:10,21
81:17 105:19
106:18 114:4
117:25
**weren't** 27:17
29:5 30:21 46:4
73:10,10 79:15
120:15,18
**West** 115:6
**whack-a-mole**
11:19
**Whatever's**
11:12
**whistleblower**
111:8
**whistleblowers**
20:1
**white** 39:13 48:2
109:16
**whoever's** 33:8
**widespread**
19:19
**win** 9:10 38:5,8
45:10,22 47:20
**winner** 10:12
**wins** 5:25 10:5,16
10:16 48:1,2
**wiped** 37:15
**wireless** 93:14
**Wiscon-** 8:6
**Wisconsin** 7:24

7:24 15:22
**witness** 64:16
**witnessed** 62:6
**witnesses** 18:17
**won** 4:21,21 5:15
47:13 51:3,3
108:18 116:6
**wondered** 19:17
**word** 45:8 101:22
101:25
**words** 37:18
62:22 88:15,15
**work** 20:13 24:4
30:22 37:6
38:11 43:19
67:3 71:25
93:11 114:6
**worked** 37:9
45:13 68:13
86:6,8
**workers** 7:16
35:19
**working** 12:16
13:7,10 40:3
**works** 5:20 43:16
88:5 89:13,22
90:20
**workstation** 95:3
**world** 29:8 47:5
54:20 60:11
96:19 116:3
117:1,1,20
121:25 122:1
**world's** 17:24
**worse** 32:13,25
33:2 101:8
**worth** 63:17
**wouldn't** 4:17,25
10:7,17 11:3,5
65:22 77:14
85:21,21 86:5
96:21
**wow** 3:6,16 14:23
15:8 18:21
20:17 21:9

23:18 24:11
27:1,12,24 28:8
28:21 29:25
30:7,24 33:12
33:14,25 34:7
37:13,21 40:5
44:4 48:20
50:14 54:16
56:12,25 58:21
61:6 62:5 72:4
77:15 78:6
80:25 82:24
83:18 84:5 88:6
88:9 90:8 92:8
95:5 97:9 98:17
99:2 100:7
101:17 102:2
107:5 109:7,25
110:22 111:4
112:14 117:4
119:5
**write** 120:11
**wrong** 9:16 36:2
76:4 77:12
**Wuhan** 106:7

---

**X**

**X** 14:10

---

**Y**

**Y** 105:12
**y'all** 76:19
**ya** 36:17,17 79:9
**yeah** 12:4,15 16:5
19:6 23:6,14
26:25,25 28:22
29:17 34:2 41:4
44:6,7,9 45:12
45:12,16,21,23
46:12,21 51:8
52:21 54:18
58:9 59:21
61:25 64:7
65:10 66:8,12
66:19 67:10,10
67:13 70:6,20

70:23 71:11
76:25 78:4
89:14 90:22
92:10 94:4,7
95:11 100:21
106:10 109:3
109:22 117:13
**years** 22:13 41:21
53:2 60:1 91:13
99:13 115:5,17
**yep** 62:9 64:10
66:24,24 69:5,5
99:8,18,18
**York** 7:18 60:24

---

**Z**

**zeros** 37:6,7,18
**zone** 4:15
**Zuckerberg** 60:8

---

**0**

---

**1**

**1** 84:21 95:2
**1,043** 8:24
**1,506** 7:5
**1.2** 56:24
**10** 47:20
**10-block-long**
37:14
**10,000** 5:14,23
44:23 50:16,17
**10,315** 9:2
**100** 3:1,14,16
10:23 17:17
52:18 55:10,12
56:10 75:11,13
76:3 79:20,20
81:9,10,11 98:6
103:13,16
106:12 116:25
117:20 119:5
119:15
**100,000** 8:3 54:2
**1000** 47:4
**101** 123:19

Absolute Proof - February 5, 2021

| | | | |
|---|---|---|---|
| **103,000** 6:7 | **20-some** 54:22 | **3rd** 13:6 66:16 | **666** 56:21,22 |
| **11** 26:5 | **20,000** 8:7 44:23 | 73:24 79:1 | **68** 7:13 89:3 90:7 |
| **11,730** 9:8 | **200-page** 56:10 | 80:10,19 96:1 | 108:20 116:6 |
| **11/5/2020** 104:9 | **200,000** 7:8 | ———— | **68,000** 7:22 |
| **11:03** 84:1,17 | **2002** 52:3,12 | **4** | **6th** 81:18 86:7 |
| 91:1 | **2015** 111:8 | **4** 66:16 | ———— |
| **11:15** 3:23 | **2016** 90:25 | **4,000** 6:22 | **7** |
| **1100** 22:17 | **2018** 22:24 38:11 | **4,509** 78:20 | **7-31-25** 123:20 |
| **12,278** 78:22 | 90:25 | **4,926** 8:17 | **7,000** 80:1 81:4 |
| **13** 14:11,12 | **2020** 7:25 44:22 | **4:00** 113:21 | **7,000-some** 31:14 |
| **130,000** 7:1 8:2 | 45:8 47:12 | **40** 53:2,2 | **7,060** 78:2 80:2 |
| **13th** 86:18 | 90:24 | **40,000** 9:12 | 81:6,6 86:4 |
| **14** 53:3 | **20th** 70:7 101:10 | **40,279** 8:22 | **7,769** 78:17 |
| **14th** 86:15 87:5 | **214** 123:20 | **400** 71:15 | **7:43** 104:9 |
| **15,000** 6:23 | **21st** 74:10 102:22 | **401(k)** 43:12 | **700,000** 38:19 |
| **15,000-** 85:18 | **22** 68:14 86:18 | **42,284** 7:7 | **718** 85:20 |
| **15,000-some** | **22-month** 84:24 | **4228** 123:18 | **744** 77:1 |
| 31:14 | **22,000** 6:3 | **4G** 93:25 94:2 | **75206** 123:19 |
| **15,700** 8:20 | **22,082** 80:7 | **4th** 2:16 40:14 | **79** 116:6 |
| **15,718** 77:24 78:1 | **25-hour** 62:3 | 72:25 77:12 | ———— |
| 79:8 | **26** 14:14 72:6 | 84:1,17 91:1,2 | **8** |
| **16** 77:5 | **27** 27:2,18 | ———— | **8** 75:19,20 |
| **16,047** 80:12,19 | **2995** 104:4 | **5** | **80** 47:17 108:19 |
| **17,367** 6:14 | ———— | **5** 52:10 62:4 | **82** 33:11,13,15 |
| **170,000** 8:6 | **3** | **5,250** 79:22 | **85** 34:1 |
| **17th** 74:10,12 | **3** 74:22 115:18 | **5,959** 79:4 | **855-5100** 123:20 |
| **19,218** 7:6 | **3,000** 44:22 | **50** 53:2 70:5,19 | **866,000** 7:21 |
| **197** 73:23 74:22 | **3:00** 4:20 113:21 | 71:19,20,21 | ———— |
| 74:23 75:4,6 | **30** 70:15,18 | **50,000** 6:10 | **9** |
| **1974** 51:22 | **300,000** 5:17 | **50/50** 53:24 | **9,759** 79:5 |
| **198** 75:20 | **30th** 70:15 | **500** 7:3 | **90** 47:18 |
| **1st** 45:8 47:12 | **312** 123:18 | **57,000** 37:10 | **93** 74:1,4,23 |
| 103:24 109:9 | **3200** 79:11 | **5th** 80:22 | **93.6** 34:4 |
| ———— | **34,000** 7:8 | ———— | **98** 8:25 |
| **2** | **3477** 105:20 | **6** | **9th** 2:25 48:24 |
| **2** 86:17 | **35** 31:16 72:20,22 | **60** 105:25 | |
| **2-** 27:2 | 77:8 91:14 | **60-some** 115:5 | |
| **2-126** 52:12 | 115:17 | **60/40** 47:21,21,21 | |
| **2,000** 6:1 50:18 | **36,400** 5:22 | 47:21 52:19 | |
| 80:23 | **38** 85:12 104:9 | **600,000** 7:12 9:4 | |
| **2,423** 8:15 | **392** 75:18,19,20 | **615,000** 6:17 | |
| **2,560** 8:13 | 75:22,25 | **65** 31:16 72:19,21 | |
| **2:00** 66:7 | **395** 8:18 | 77:7 91:13 | |
| **20** 70:2,3 | **3D** 93:22 | **6581** 123:17 | |
| **20-** 68:13 | **3G** 94:2 | **66** 106:1,2 | |
| | | **66,247** 8:15 | |

# Exhibit A-17

CERTIFIED TRANSCRIPTION OF

FEBRUARY 11, 2021

A SCREENING AND CONVERSATION OF ABSOLUTE PROOF WITH

STEVE BANNON BROADCAST

```
 1              (Recording begins.)
 2              MR. BANNON:  Welcome.  Hey, tonight, it's
 3  Stephen K. Bannon.  We're going to have Mike Lindell.
 4  This is the -- a film, Absolute Proof.  We're going to
 5  kind of deconstruct it tonight like -- like NFL or
 6  college game film, go through it.  It's the most
 7  controversial film in the world.  It's being suppressed
 8  by the social media giants, the big tech giants and also
 9  the mainstream media.
10              So Mike Lindell, he's agreed that tonight
11  we're going to go through -- I'm going to ask the tough
12  questions, and we're going to see exactly what this film
13  is and -- and the evidence that backs it up.  The movie
14  is Absolute Proof, Mike Lindell.
15              Mike, it took you a while to kind of get
16  here.  You -- you came on the scene back in 2016, and
17  then you had some other involvement with President Trump
18  that you actually say what happened, when anybody gets
19  involved on a national political stage, what's happened.
20  So I think we've got a couple of pictures and clips we
21  want to show at the very beginning.  I'd like you to
22  respond to those, so then we can kind of get into the
23  film and -- and people can understand this -- really,
24  this beat-down you're getting from the mainstream media
25  and the beat-down you're getting from the big tech
```

Steve Bannon Broadcast - February 11, 2021

1  oligarchs.

2          Can we play -- show the first -- can we
3  show the first picture.

4          MR. LINDELL:  Yeah.  Now, this picture
5  here, you -- everyone's got to realize I knew nothing --
6  can we -- I'm sorry, start that over.  Or I'll just
7  keep -- should I just keep talking if -- okay.

8          So -- so what you're -- so what you're
9  seeing here is a picture of -- of the -- the president
10  before he was president.  This is the summer of 2016.  I
11  had never met Donald Trump.  I was an ex-addict,
12  ex-crack addict.  I, you know, God freed me of that
13  January 16th, 2009.  So I had never -- I didn't really
14  pay attention to politics.  I didn't know much about
15  them.

16          And he reached out to me, we had that
17  private meeting for about a half hour.  He said, Mike,
18  you ma- -- you do your manufacturing here, I want to
19  bring the jobs back and -- and we talked about, yeah, I
20  was an ex-addict, and I said, I'm going to have this
21  recovery network, it's going to help millions.  He says,
22  I'm going to stop the jobs -- or I mean, the drugs
23  pouring in.

24          And we had these amazing back-and-forth
25  conversation, but when I left there, I'm going, Wow,

Steve Bannon Broadcast - February 11, 2021

1  his -- he has no agenda other than to help this country.
2  And he actually listened to a -- a businessman of -- you
3  know, took his input.  And I walked out of there, I
4  said, He's going to be the greatest president ever.
5              But I went and talked to his employees and
6  each one of them said the same thing, great boss, great
7  guy, had done something for them personally.  So I did
8  my due diligence to make sure what I just seen was, you
9  know, was amazing.
10             And I got back to Minnesota and this is
11 very key.  I couldn't wait to tell the media and to tell
12 everyone what I had just experienced there and how, you
13 know, you've got to get behind this guy, he's going to
14 be the best.  And -- and I ended up doing a press
15 release against my board's advice.  They said, Don't do
16 that.  We're going to get -- you know, you're going to
17 lose half our customers.  I said --
18             And I actually walked out of the board room
19 and one of my -- one of the gals came out, she says, We
20 didn't get this -- all this way by you not listening to
21 God.  And I went back in there and I said, We're going
22 to do this press release.  And I did it and I -- it was
23 crickets and then it happened.
24             I was attacked in social media.  I was
25 called a racist, I was called stuff I can't even say

Steve Bannon Broadcast - February 11, 2021

1  here by these pots and bots and trolls, but I thought
2  they were real people.  I thought they were real people
3  and it just hurt me.  I'm going, What did I do?  What
4  did -- you know, I just -- I didn't even say what we had
5  talked about.
6           So I -- but I did find out, you know, I
7  found out, wow, they're not real people, you know, and
8  they were just these robots that they do an attack.  But
9  I didn't know that at the time.  It was very, very -- a
10  learning experience and -- and it -- it still -- you
11  know, some of them were real because they would jump on
12  the bandwagon, but -- but that was my first experience.
13           And then -- then they -- because I had four
14  now.  This is the fourth one.  The second one was last
15  spring, which I -- we had -- I spoke at the Rose Garden,
16  and I think we had we have clip.
17           MR. BANNON:  Yeah.
18           MR. LINDELL:  God gave us grace on
19  November 8, 2016 to change the course we were on.  God
20  had been taken out of our schools and lives.  A nation
21  had turned its back on God.  And I encourage you, use
22  this name at home to get -- to home to get back in the
23  Word, read our Bibles and spend time with our families.
24           Our president gave us so much hope, where
25  just a few short months ago, we had the best economy,

Steve Bannon Broadcast - February 11, 2021

1  the lowest unemployment and wages going up.  It was
2  amazing.  With our great president, vice president and
3  this administration and all the great people in this
4  country praying daily, we will get through this and get
5  back to a place that's stronger and safer than ever.
6                    MR. BANNON:  So Mike, tell us what happened
7  after that, after you read some Bible verse and talked
8  from your heart in the Rose Garden, how intense was the
9  blow-back then.
10                    MR. LINDELL:  It was -- it was beyond
11  belief.  Everyone, nighttime talk show hosts, people on
12  CNN, Mike Lindell talked about the Bible from the --
13  talked about spending time with our families, talked
14  about st- -- getting in the Word.  You would think I
15  killed somebody.  They just attacked me relentlessly.  I
16  did 109 interviews in five days.
17                    Now, granted, there was all the people over
18  here that were -- you know, everyone's going -- you
19  know, it was, like -- almost like -- one -- over here,
20  they'd stick up for me.  But that, once again, was bots
21  and trolls.  There were even real people.  The news
22  media, the -- the mainstream media, they were the
23  biggest attackers there.  And the nighttime talk show
24  hosts, they all just piled on, like it was the worst
25  thing you could ever do.

1          And I thought, okay, you know, what did I
2  do?  I -- is that so bad, reading our Bibles, getting
3  the nation that turned its back on God and spending time
4  with our families.  And -- so that was my second thing.
5          And then the third time was this summer.
6  And this -- where I had -- a guy had called me up and he
7  had a -- he had something that would help the --
8  everyone was calling me for everything to help this
9  vaccine or vi- -- I mean, the virus and masks.  I got so
10  much involved with this -- with this virus and -- and
11  here this guy came to me, he says, Hey, this stuff
12  works.
13          And so I went on CNN because it had
14  leaked -- it had leaked to them, and I thought it was
15  just going to be a friendly three-minute, four-minute
16  interview and here's what happened.
17          MR. COOPER:  How are you different than a
18  snake oil salesman?  That's sleazy.
19          MR. LINDELL:  No, these were testimony.
20          MR. COOPER:  You're willing to promote
21  anything.  Actually, I don't even know who you are.
22          MR. LINDELL:  I don't think -- this saved
23  their lives.
24          MR. COOPER:  You really are like a snake
25  oil salesman.

Steve Bannon Broadcast - February 11, 2021

1          MR. LINDELL:  If you didn't believe in this
2   product --
3          MR. COOPER:  You don't have a great
4   reputation.  You don't have a great reputation.
5          MR. LINDELL:  Oh, really?  You're in my
6   prayers, Anderson.
7          MR. COOPER:  Oh, sir.
8          MR. LINDELL:  Lowered me from an A plus --
9   to an F.
10         MR. COOPER:  That's just sad.  That's sad.
11         MR. LINDELL:  You know, it is sad like that
12  out there that they --
13         MR. COOPER:  For a man who professes faith,
14  for you to lie like this is really extraordinary
15  to make --
16         MR. LINDELL:  The FDA -- the FDA --
17         (Speaking simultaneously.)
18         MR. COOPER:  That is just a complete lie.
19         MR. LINDELL:  The FDA has all these
20  studies.
21         MR. COOPER:  That is a bald-faced lie
22  because you're --
23         MR. LINDELL:  All solutions --
24         MR. COOPER:  -- you're a snake oil salesman
25  telling people, tell -- take this product.

```
1                    MR. LINDELL:  Well, you're calling --
2                    MR. COOPER:  You're desperate --
3                    MR. LINDELL:  You know, you're calling me
4    names --
5                    MR. COOPER:  You're desperate.  It's --
6                    MR. LINDELL:  -- and -- when did you
7    (inaudible) to take anything?
8                    MR. COOPER:  -- kind of morally bankrupt.
9    You know how to sell something.  You know how to promote
10   a product.
11                   MR. LINDELL:  No, I don't --
12                   MR. COOPER:  I -- I guarantee you --
13                   MR. LINDELL:  You know, that's why we --
14                   MR. COOPER:  -- I would not be taking
15   medical advice from you, sir.  I can promise you that.
16                   MR. LINDELL:  And --
17                   MR. COOPER:  You're nothing -- you can't
18   say (inaudible).
19                   MR. LINDELL:  Let me finish my answer.
20                   MR. COOPER:  I just think it's shameful
21   what you're doing.  You now make money manufacturing
22   masks, right?
23                   MR. LINDELL:  No.  I gave away $4 million
24   out of my own pocket.
25                   MR. COOPER:  Okay.
```

Steve Bannon Broadcast - February 11, 2021

```
1              MR. LINDELL:  That's a fallacy.
2              MR. COOPER:  Well, that's nice.
3              MR. LINDELL:  $4 million.
4              MR. COOPER:  That's good.  That's -- that's
5   nice.
6              MR. LINDELL:  $4 million --
7              MR. COOPER:  That's good.  That's
8   impressive.
9              MR. LINDELL:  -- and you can check those
10  facts.
11             MR. COOPER:  Right.
12             MR. LINDELL:  $4 million out of Mike
13  Lindell's pocket, donated.
14             MR. COOPER:  But --
15             MR. LINDELL:  I'm praying that -- for your,
16  Anderson, that you have me back on your show.
17             MR. BANNON:  So -- so Mike, that's a pretty
18  intense -- that's what we call a pretty tough interview.
19  But that's -- it -- it really -- even with that
20  intensity, that -- that's nothing for what's happened to
21  you over the last --
22             MR. LINDELL:  Right.
23             MR. BANNON:  -- couple of weeks after
24  you've gotten involved --
25             MR. LINDELL:  And, you know, and back then,
```

Steve Bannon Broadcast - February 11, 2021

1   what was so bad --

2               MR. BANNON:  -- with the election --

3               MR. LINDELL:  -- I had -- back then, you

4   know, he was attacking me for the myoleander.com.  He's

5   attacking me for something -- all these things I was

6   doing was just good things.  What was wrong with that?

7               And now, you take all three of those times,

8   multiply it by ten and then times it again by ten.  This

9   is what's happening right now to me, to my company, to

10  my family, to my -- to my bu- -- you name it, to me

11  personally.  They're te- -- going after my reputation.

12  They're -- they're boycotting.  I mean, it's just across

13  the board.  Social media has -- I mean, Twitter --

14  Twitter's taken me down and my company, Google

15  suppressed my -- my AdWords.

16              I can't even buy my own name I -- to buy an

17  AdWord.  They -- after spending $20,000 last Friday when

18  this Absolute Proof came out, I was -- kept bidding on

19  my own name against nobody.  Finally, it got up to a

20  dollar a click if somebody wanted to find me.  And they

21  shut it down, said, no, you -- because they're probably

22  going, you know.

23              MR. BANNON:  Let -- let -- let -- Mike,

24  we -- I want to get into the film, but I -- here --

25  here's the question at the start of it.  We're going to

1  ask some tough questions, ask you to share some more
2  evidence.  But here's what people want to know.  Are you
3  going to back off -- is Mike Lindell -- you're being
4  attacked nonstop.  They're attacking your company,
5  they're attacking your recovery network, your family,
6  your vendors, your employees.  Is -- to start this film
7  off, what people want to know, are you going to back
8  down one inch --
9               MR. LINDELL:  Never.  This --
10              MR. BANNON:  -- about trying to get the
11 truth out there?
12              MR. LINDELL:  Absolutely never.  This isn't
13 about -- I don't care if you're a Democrat or
14 Republican.  This was an attack on our country.  These
15 Dominion machines and Smartmatic, these machines that
16 were -- that are -- that -- where this -- that were the
17 tools of this attack, and --
18              MR. BANNON:  Okay.
19              MR. LINDELL:  -- we will never have another
20 fair election if we don't -- if we don't stop that.  So
21 I will never back down.
22              MR. BANNON:  Okay.  So you're not going to
23 back down.  Let's start the film.  We're going to come
24 in at different -- breaks in the film, explain what
25 happened, talk about more evidence, ask you a few tough

Steve Bannon Broadcast - February 11, 2021

1   questions.  So let's get into it.

2                (Plays video.)

3                MR. LINDELL:  Hello, everyone.  This is

4   Mike Lindell, the CEO of My Pillow.  As you all know, I

5   have been attacked the last month relentlessly on social

6   media, by newspapers, by TV shows, by -- you name it,

7   I've been attacked.  And myself -- not just myself, but

8   my company.  The boycotts that are going on, box stores

9   are dropping me, social media, they canceled my Twitter.

10  Today they canceled My Pillow's Twitter account, my

11  company's Twitter account.

12               Well, before I was going to get erased

13  completely, we put together this show.  And what you're

14  going to see today is what they don't want you to see,

15  why they're trying to erase me.  And what I've told

16  everyone out there is, you know what, I've seen

17  evidence.  I've been trying since November 4th to

18  prove -- you know, to show what's out there, why -- what

19  are these deviations that happened on election night.

20  Noth- -- none of it made any sense.

21               So I dove all in with everything I had,

22  resources.  Anytime I heard something that maybe was

23  relevant, I went and said, you know, looked into it, did

24  my own due diligence, had my -- even my own

25  investigations.  Well, on one day, I think it was, like,

Steve Bannon Broadcast - February 11, 2021

1  January 9th, all of a sudden, these pe- -- they brought
2  me some -- a piece of evidence that's 100 percent proof,
3  it's, like, a -- a print of what -- of inside the
4  machine of the time stamp that showed another country --
5  other countries attacking us, hacking into our election
6  through these machines, and it shows the votes flipped.
7              And I'm going, Wow, I've got to get this
8  out there.  And from that point on, I started putting it
9  out there and that -- that's when they just started
10 attacking me.
11             Well, they obviously are hiding something,
12 and tonight you're going to see what they're hiding.
13 You're going to see on this show -- we have -- we're
14 going to have cyber forensic experts.  We're going to
15 have -- 100 percent, you're going to see all this
16 evidence that by the time you're done seeing it, you're
17 going to go, Wow, 100 percent, it proves exactly what
18 happened, that these machines were used to steal our
19 election by other countries, including China.
20             But I do want to tell you before we get
21 into all that, I want to tell you what I consider -- why
22 I'm so happy today about two miracles that happened
23 these last couple months.  The first miracle was on
24 election night.  And on election night at 11:15 at
25 night, the -- the algorithms of these machines broke,

Steve Bannon Broadcast - February 11, 2021

1   basically broke.  And I'll -- this will be explained
2   during this show.  But they broke.
3               What that means is, Donald Trump got so
4   many more millions of votes that they didn't expect,
5   that they had -- they're going to have to go
6   recalibrate, right?  So that's why all these states shut
7   down.  All of a sudden, they all shut down.  And we're
8   going, What?  That's weird.  This has never happened in
9   any other election.  And then we're going, Okay.  Then
10  as the days went on, going, What?  Another -- another
11  week that it takes, you know, like Arizona to count one
12  percent of their vote.  And -- and you see these big
13  spikes, like, in Michigan and all these big, you know,
14  votes that were poured in.
15              Nobody understood it, right?  We're --
16  we're like living in this kind of twilight zone during
17  that time.  Well, that is one miracle there because
18  think if that wouldn't have happened.  Think if they
19  would have estimated right and what would have happened
20  is, it would have been just like a normal election, at
21  3:00 in the morning, they would have said, Oh, Biden
22  won, he won by a little bit.  And we would have said,
23  Oh, better luck next time.
24              But because he got so many votes, it broke
25  that and -- and set off this series of events of these

Steve Bannon Broadcast - February 11, 2021

1  deviations.  If that wouldn't have happened, we would
2  have never been here talking about biggest attack in
3  history, the biggest cyberattack ever, and this is --
4  you know, the American dream would be gone forever
5  because we would have never known, and it would just --
6  you know, using machines, it would have took us over
7  forever.
8              Here comes the second, the second miracle.
9  And with this one, I've got to show you here on the --
10 on the -- on the chart.  I'm going to go through this,
11 and I'm going to tell you why this is a miracle.  Okay.
12 What we're going to do here, we're going to go state by
13 state, and we're going to show you what else happened.
14             So here's Arizona.  Okay.  The margin of
15 victory was 10,000 votes that -- that Biden -- they say
16 Biden won.  Now, if we look at this, let's go down the
17 chart here.  Mail-in ballots requiring adjudication,
18 almost 300,000.  What these mean are these are votes
19 that they put through and you're going to learn --
20 you're going to learn all about that during this show,
21 too, what adjudication -- how that works.  But let's
22 just go to the next one.
23             Illegal aliens voting, 36,400 illegal
24 aliens voted.  You see that?  He only lost by 10,000.
25 Well, of course, they can't vote.  Okay.  Donald Trump

Steve Bannon Broadcast - February 11, 2021

1  wins Arizona, right?  We'll just keep going.  Voters
2  registered to a vacant lot, 2,000.  Completed mail-in
3  ballots received the day before the ballots were even
4  mailed, they got twen- -- or 22,000 ballots back in
5  Arizona before they had even mailed the ballots out.
6  What?  That's kind of bizarre, right?
7          Okay.  Keep going.  Down here, Maricopa
8  County electronic adjudicated ballots, 103,000.  Votes
9  loaded before opening of polls.  So the votes were even
10  loaded.  They were already in there before the polls
11  even opened, 50,000.  Okay.  Let's just -- you see all
12  that.  Let's go to the next state here.  I'm going to
13  skip Georgia and come back to it.
14          Let's go to Michigan.  Michigan, dead
15  voters, 17,367.  And this is so -- Michigan is kind of
16  its own -- we're going to talk about Michigan.  It's
17  very different than the other states, what went on
18  there, so it's all grouped together.  615,000 votes that
19  are just in -- in question.  We'll -- and we're going to
20  skip that part, okay?
21          Let's go to the next one here, Nevada.
22  Okay.  Here's Nevada.  Illegal aliens that voted in this
23  election, 4,000.  Mail-in or absentee ballots for voters
24  that were known to have voted in other states, 15,000.
25  Clark County used signature verification, one-half the

1  image quality that was suggested by the manufacturer,

2  and to check the mail-in ballot signatures, 130,000.

3  We'll just skip through that.  Raffle tickets that they

4  were incentivized, 500.

5            Here we go, here's a big one.  Dead people

6  who voted, 1,506.  Non-Nevadans who voted in Nevada,

7  they don't even live in Nevada, 19,218.  Voters who

8  double voted, 42,284.  Okay.  As you can see, they add

9  up to over 200,000.  Donald Trump lost by 34,000 votes.

10 Okay?

11            Let's go to the next one, Pennsylvania.

12 Mail-in votes counted without a Republican observer, we

13 all heard that stuff.  It's well over 600,000.  Mail-in

14 ballots, 68.  Here's another one, too, we could almost

15 com- -- we're going to -- you're going to hear a lot

16 about this during this thing.  But let's go down.  Poll

17 workers that voted with various errors in the bins.

18 This is the one where you heard the fake ballots that

19 were driven from New York to Pennsylvania.  You'll hear

20 a little about that in the show too.

21            But this isn't -- we're going to go by

22 Pennsylvania.  You can all see, it adds up to 866,000.

23 Donald Trump lost by 68,000.  And there -- there'll be a

24 point to all this I'm getting to.

25            Okay.  Here's Wisconsin.  Wisconsin.  Surge

1  of (inaudible) combined voters in 2020, that's a --
2  it's -- that would take a while to explain, but there
3  was 130,000.  U.S. Postal Service backdated ballots,
4  100,000.  Okay.  That's incredible if you actually look
5  into it.  The mail-in ballots entering the tabulation
6  prize [sic] under the guise of absentee ballots in clear
7  violation of state law, 170,000.  Okay.  Wiscon- -- the
8  margin of victory for Biden was 20,000 votes.
9          Now we're going go to -- back to Georgia.
10  Okay?  Everyone knows the president called the Secretary
11  of State in Georgia, and on that call, he -- he said --
12  he was listing these to the Secretary of State.  He
13  said, Okay.  You have felons with incomplete sentences
14  that voted and cast their vote, 2,560.  Under-age
15  children that registered to vote and illegally voted,
16  66,247.  Unregistered voted -- voters who voted, 2,423.
17  Registered voters who voted in another state after their
18  Georgia registration date, 4,926.  Voters who voted in
19  Georgia and also voted in another state, 395.  Voters
20  who voted in Georgia but changed their address before
21  the election to do it, 15,700.  People who failed to
22  preregister to vote in their county in time after moving
23  from one county to another, 40,279.
24          Voters who illegally claimed a post office
25  box as their resident, 1,043.  Voters who registered too

Steve Bannon Broadcast - February 11, 2021

1  late to vote in the election, 98.  People who died prior
2  to the election, they didn't -- they were already dead,
3  10,315.  Okay.  Ballots with no chain of custody.  We'll
4  probably talk a little bit about that in this show too,
5  600,000.
6              And here's what the President said to the
7  Secretary of State in Georgia, Can you just give us --
8  why don't you just give us your dead -- it's only ten --
9  he only lost by 11,730 votes.  He said, How about you
10 just give us your underaged that voted and your dead
11 people and we win?  It didn't make sense.
12             You say, how about this pe- -- just this
13 line here, this people who failed to register, 40,000,
14 can you just give us them?  He said, Just gi- -- what --
15 he -- he named the columns.  And you know what the
16 Secretary of State of Georgia said, Those numbers are
17 wrong.  And -- and the President said, Well, where --
18 what -- who gave us the numbers?  He asked his guy.  And
19 that guy said, We got them from the Secretary of State's
20 office.
21             And the President said to the Secretary of
22 State, Well, when can we get the right numbers?  And the
23 other guy said, Sir, we've been trying to get them from
24 the Secretary of State for almost two months.
25             And the point being here -- now, here comes

1   the point I'm making.  Here's -- this is all the second
2   miracle of the election.  Every one of these states
3   should have been -- and two plus two is four, right?
4   You should say, Okay, you can't count dead people, you
5   can't count underage people.  Every one of these states,
6   Donald Trump wins if the electors would have done their
7   job, the legislators, if the -- if the governors
8   wouldn't have said, you know, Hey, it's good.  All these
9   things had happened, all these anomalies that happened,
10  they would have never happened before, but much less one
11  state, they all say that, that, Hey, we're going to go
12  ahead and use this stuff and we're going to declare Joe
13  Biden the winner.
14              But here's the big thing, the big miracle.
15  If they would have done that, if they would have done
16  that and said, You know what, we can't count these,
17  Mr. Trump wins, Donald Trump wins, okay, then we
18  wouldn't be where we're at right now.  Because the
19  biggest thing against humanity and our country is this
20  attack through these machines.  They got -- this opened
21  up -- this revealed the -- the machines to where we're
22  at right now.
23              So what you're going to watch during this
24  show is 100 percent proof that the big thing was the
25  theft by these other countries that came in to attack

Steve Bannon Broadcast - February 11, 2021

1  our country through these machines that are made to
2  steal elections.  Every election going forward in
3  history, if these things would have happened, these
4  two -- and we wouldn't have -- we would have never
5  known, every single vote you would have ever made
6  wouldn't have mattered.  Somebody else would have made
7  that vote.
8            And we've all seen in this past month -- do
9  you think it wasn't communists coming in and taking us
10 over with people here?  This is an attack not only on
11 other -- those other countries with communism, but they
12 had domestic traitors right here in our country.
13 Whatever's going on right now, we're seeing it.  They're
14 suppressing cancel culture.  They're trying to cancel us
15 all out.
16            I just seen churches, the Christian
17 churches, they're being attacked right now.  People on
18 social media, anyone that speaks up, they're going, You
19 can't say that, you're gone.  It's like -- but right now
20 they're doing whack-a-mole because they know -- they
21 knew they were so close, so close that we would never
22 know in history what happened.
23            But guess what, now we do know.  And you're
24 all going to know.  And when you watch this and when you
25 get through it, at the end, I'm going to tell you what

Steve Bannon Broadcast - February 11, 2021

1  you can all do.  And we're going to start our show right
2  now, and you guys are going to be absolutely amazed.
3              MR. BANNON:  Okay.  There was a lot to go
4  through there, Mike, but I -- before I get go the
5  numbers -- because remember, Congressman Eric Swalwell
6  in the -- in the well of the Senate on the opening day
7  of the prosecution said that all these numbers are lies,
8  that Donald Trump lied about all these numbers, that all
9  this stuff about voter fraud and, you know, illegal
10 aliens voting and underage people voting and people --
11 dead people voting, it's all made up, it's all nonsense.
12             So you talk about two miracles in this
13 sec-  -- section.  Explain that, what -- why that's so
14 important, and then I want to ask you about the math.
15             MR. LINDELL:  Okay.  Well, first, I want to
16 say, all the numbers I have came from the Secretary of
17 States.  These were validated numbers.  But what I want
18 to talk about, the -- the two miracles that I brought up
19 here is, the first miracle was the night of the
20 election.  At 11:15, it broke the algorithms in the
21 machine because they didn't expect Donald Trump would
22 get millions more votes than what they predicted.  By
23 doing that, they didn't have enough track left to -- to
24 do the steal because he would have won anyway.
25             Now, if that happens, if they predict it

Steve Bannon Broadcast - February 11, 2021

1   right, at 3:00 in the morning, all the states would have
2   been in, everybody went to bed and say, Oh, boy, we made
3   it close, better luck next time.  But by them breaking
4   that, everybody had to go into reactionary mode, so you
5   see these big deviations, this big spike in Michigan and
6   Arizona taking a week to count the last one percent and
7   Georgia taking who knows how long.  These were all
8   deviations.  But we would -- if -- so that's miracle
9   number one.  If that didn't happen, we would have never
10  known about the machines.
11          Now, the second miracle is this.  All these
12  stats you see of the dead people and all these on the
13  board here, if -- let's just say that they're
14  100 percent accurate, Donald Trump would win and it
15  would have -- and he would have been put back into place
16  as the rightful winner.  But I'm saying that I'm glad he
17  didn't because if he did, we would have never known the
18  big gorilla in the room is the machines that would have
19  stole our elections forever.  We wouldn't -- we wouldn't
20  be where we're at right now.
21          So by everybody not doing their jobs, the
22  legislators, the governors, the Secretary of State,
23  that's a miracle that they all did the same thing and
24  did nothing.  They did nothing.  Because that's why
25  we're here tonight, to show you that the big theft is

1  the machines and an attack on our country.  That's the
2  miracle.  If that all wouldn't have happened -- and I
3  know that's a twisted way to look at it, but it's true.
4              MR. BANNON:  But -- but on -- on
5  January 6th, they're making this thing, you know, they
6  impeach President Trump, if you go back and you look at
7  your numbers, whether it's Wisconsin at 20,000 votes,
8  Georgia, I think at 12,500, Arizona at around 8300,
9  there's enough -- there's enough just in the low-hanging
10 fruit, just in the traditional --
11             MR. LINDELL:  Right.
12             MR. BANNON:  -- voter fraud, you would
13 agree that if you press the case here, leave the
14 machines aside, you're right, the machines are an issue
15 you want to deal with because you've got to get them out
16 of there for future elections, but just with the math
17 you have, if you can prove that Eric Swalwell is wrong
18 and these numbers are right, Donald Trump would be
19 President of the United States, you -- you agree with
20 that?
21             MR. LINDELL:  100 percent.  I mean, he --
22 he did it in Georgia when he talked to Brad Ratherford
23 [sic] or whatever his name, Raffensperger.  I mean, that
24 was -- any -- everyone, the whole country heard that,
25 and we're going -- the president's going, Just give us

1   your -- how about your dead people and your minors that
2   voted.
3                    MR. BANNON:  But -- but why -- but why --
4   but -- but -- but, Mike, you've got to answer for the
5   audience, I think, why is Raffensperger and these
6   election officials in Arizona, in Georgia, why are they
7   not stepping up and agreeing with you and -- and MAGA
8   and myself and others, say, Yes, there is traditional
9   voter fraud of such an extensive thing, like underage
10  voting, illegal alien voting, why are they not -- why
11  are elected Republican officials -- why don't they agree
12  with Mike Lindell?
13                   MR. LINDELL:  Well, you know what, I'm glad
14  they don't because if they did their job, Donald Trump
15  would have -- we wouldn't even be here talking.  And --
16  and then the world would have been over because no
17  election would be safe ever again be- -- what you're
18  going to see here tonight.
19                   I don't know why they did it.  I can
20  only -- I'm telling -- here tonight to tell the facts.
21  And I can be -- I could -- oh, believe me, I can -- I
22  could give you all kinds of opinions on Brian Kemp and
23  Doug Ducey and all these Republicans and these -- and
24  these Secretaries of State.  But I'm not here -- I want
25  you to see tonight is 100 percent fact, and that's what

Steve Bannon Broadcast - February 11, 2021

1    I'm going to put out there.
2             But whatever reason he did it, that'll all
3    come out.  That's -- that's a -- you know, that's all
4    going to come out.  Why did you do this to the American
5    people?  Why did these people -- and you're going to
6    find out through watching our show tonight, this attack
7    by China and this -- coming into our country, but there
8    were people here in the United States that were their
9    partners.
10            And I don't know who's whose partner,
11   whatever.  That's not for -- my -- my thing is to get to
12   100 percent show you that this attack happened, came
13   through the machines, and there was a massive flip.
14            MR. BANNON:  Okay.
15            MR. LINDELL:  And you will never have an
16   election again if you use these machines.
17            MR. BANNON:  Okay.  Okay, Mike.  Now we're
18   going to get into the cyber warfare, the cyberattack
19   part of this film with Colonel Waldron and others.
20   Let's go to -- let's -- let's go to the -- let's go back
21   to the film, Absolute Proof with Mike Lindell.  You're
22   going to see Colonel Waldron right now.
23            (Plays video.)
24            MR. LINDELL:  And now we have with us
25   Colonel Phil Waldron.

Steve Bannon Broadcast - February 11, 2021

1           COLONEL WALDRON:  Yeah, so my -- my
2  background in the military is with influence operations,
3  information operations, information warfare, if you
4  will.
5           MR. LINDELL:  You know what we're talking
6  about here today is specific -- these machines that were
7  used to -- to hack into our election and -- and by
8  foreign countries, including China.  And what -- what
9  did you -- kind of bring us up through the election for
10 yourself and what -- and then how you've gotten so
11 involved right now.
12           COLONEL WALDRON:  Yeah, we -- we began
13 looking -- working with our partners in -- in Dallas at
14 Allied Security Operations Group with doing some
15 analysis on the data that they had, looking at not only
16 Dominion but ES&S and Hart, several of the other
17 electronic voting management systems.  And we saw a lot
18 of similarities and -- and vulnerabilities in the
19 systems that would be easily influenceable or easily
20 interdicted.
21           And again, as a -- as a information warfare
22 officer, that's what I did.  I looked for
23 vulnerabilities and ways to attack systems to create a
24 strategic advantage for U.S. friendly forces.  And so
25 when we started seeing the vulnerabilities and all the

Steve Bannon Broadcast - February 11, 2021

1  different ways that you could interdict this -- these

2  electronic voting systems, it became apparent that we

3  had a problem for the -- the November 3rd election.  And

4  that prompted us to spend a lot of time working with

5  Russ Ramsland, getting a lot of the -- the historical

6  data, the knowledge.

7                    We started working on our own, really doing

8  a lot of connecting the money exercises, doing -- doing

9  basic investigative research.  And then I brought in

10  our -- our local GHS team here in Texas, both the

11  intelligence and assessments division which collects --

12  collects intelligence for -- for the Department of

13  Homeland Security --

14                    MR. LINDELL:  Uh-huh.

15                    COLONEL WALDRON:  -- and the CISA -- our

16  local CISA rep.

17                    And we spent quite a bit of time giving

18  them an introduction to what -- what we saw and the

19  vulnerabilities and the ways that these systems could be

20  interdicted to change election outcomes at, you know,

21  the -- the machine level, the server level, fraud at the

22  local level, which, you know, is required to induce

23  the -- the illegitimate ballots.

24                    MR. LINDELL:  Right.

25                    COLONEL WALDRON:  Then you've got a -- the

1  machine level, which is kind of what you were talking
2  about, the --
3           MR. LINDELL:  Right.
4           COLONEL WALDRON:  -- the algorithms that
5  are directly input into the tabulators.  And we have
6  evidence of that in -- in Ware County, Georgia that, you
7  know, X amount of ballots went through and they -- they
8  basically stole 13 percent of the vote from President
9  Trump and put that 13 percent of the vote into the
10  category for former Vice President Biden, which made a
11  26 percent shift in the vote.
12           MR. LINDELL:  Right.
13           COLONEL WALDRON:  And so when you look at
14  the machine level, the machine for Dominion or ES&S,
15  there's so many vulnerabilities in the systems, there's
16  so many fundamental cybersecurity practices that are not
17  enabled, that it basically allows anybody who -- who has
18  some technical ability and the -- the want to to go and
19  influence our elections.
20           MR. LINDELL:  Wow.  What -- what --
21           COLONEL WALDRON:  And sort of that
22  strategic level is foreign intelligence, foreign
23  intelligence services.  And we've got pretty much
24  document- -- documented of Chinese -- communist Chinese
25  party ownership of the private equity firm whose board

Steve Bannon Broadcast - February 11, 2021

1  controls Dominion.  We've got Chinese communists, the --

2  the president of the Chinese communist bank, who is a

3  board -- board of directors member of -- of the private

4  equity firm that -- that owns Dominion.

5            MR. LINDELL:  Wow.

6            COLONEL WALDRON:  And then if you look at

7  the testing company, the only company that has code --

8  the access to the code and the testing for Dominion is

9  in Shenzhen, China.  It's a communist Chinese party

10  company.

11            The U.S. Government, the state governments,

12  the county governments, they don't have access to

13  Dominion code, but I think it's kind of -- kind of

14  unique that a Chinese company that's run by the -- the

15  CCP does have access to the code, and that's why we

16  started seeing, at that strategic level, that third tier

17  of election manipulation, a lot of movements of votes

18  directly, direct access to Pennsylvania voting

19  precincts, county tabulation centers.  Wisconsin,

20  Michigan, Nevada, Arizona, Georgia, all of that coming

21  in directly from foreign countries, China being the

22  predominant one and through -- through Pakistani ISI

23  proxies.

24            MR. LINDELL:  Did you find it very

25  frustrating not being able to get -- get all this

Steve Bannon Broadcast - February 11, 2021

1   information out to the public?

2                 COLONEL WALDRON:  Yeah, it -- it -- it's

3   very frustrating.  The fact that, you know, everyone

4   says that, Well, there was all these court cases and all

5   the court cases were lost.  Well, that's a lie.  I mean,

6   we've got statistics on how many court cases were open,

7   how many were dismissed for -- you know, for standing or

8   procedural, but there -- but there's only, to my

9   knowledge, two cases, one in Michigan and one in Georgia

10  where evidence has been heard.  And those cases are

11  progressing forward.

12                 The Senate in Arizona has heard and seen

13  preliminary evidence, and they've issued a subpoena and

14  they're pressing forward with a full forensic audit in

15  Arizona.  And that -- that could be forthcoming as early

16  as, you know, this -- this coming week.

17                 MR. LINDELL:  Right.

18                 COLONEL WALDRON:  So it's -- it's -- it is

19  complex and it's hard for people to understand.  And if

20  it's hard to understand, people just dismiss it as, you

21  know --

22                 MR. LINDELL:  Right.

23                 COLONEL WALDRON:  -- conspiracy theory --

24                 MR. LINDELL:  Right.

25                 COLONEL WALDRON:  -- where it's -- it's

Steve Bannon Broadcast - February 11, 2021

1  cyber warfare and unconventional asymmetric warfare --
2              MR. LINDELL:  Right.
3              COLONEL WALDRON:  -- conducted by a peer
4  threat nation state against the United States Government
5  critical infrastructure.
6              MR. LINDELL:  The whole country seen, when
7  they -- you know, when they shut everything down at
8  night, that that was a deviation.  You probably expected
9  this, right?
10             COLONEL WALDRON:  We were watching.  We
11 found the -- the foreign servers in Barcelona and the UK
12 and in -- and in Frankfurt.  We'd seen several -- you
13 know, the one in Toronto, obviously, with Dominion.
14             MR. LINDELL:  So you know, 100 percent
15 proof, that the servers are overseas in other people's
16 countries for our election?
17             COLONEL WALDRON:  Yes.  We were mapping out
18 the servers before the elections.  We identified the
19 Scytl server in Frankfurt down to the street address.
20 Frankfurt has -- I think it's -- it's either the largest
21 or one of the world's largest server nodes, you know, a
22 cyber node --
23             MR. LINDELL:  Right.
24             COLONEL WALDRON:  -- a trans- -- a
25 communications node.  It's called DE -- DE for

Steve Bannon Broadcast - February 11, 2021

1   Germany -- NIX, DENIX.

2                   MR. LINDELL:  Right.

3                   COLONEL WALDRON:  And there were several

4   folks watching the -- the traffic and the volume of

5   traffic that night, and they noticed a significant spike

6   in traffic that night just due to, you know, the volume

7   of information going through.  And one of the reasons is

8   they -- they said that the traffic was going up was due

9   to the U.S. elections.

10                  MR. LINDELL:  In your opinion, this is an

11  attack by other countries, of foreign -- of foreign

12  countries, is what you're saying then?

13                  COLONEL WALDRON:  I -- I believe from what

14  I've seen and the -- the -- and the witnesses that I've

15  talked to, that this is a -- a coup that -- and

16  definitely involved elements inside our own country and

17  in- -- inside our own federal government.  Definitely --

18                  MR. LINDELL:  Wow.

19                  MR. BANNON:  -- definitely part of a coup

20  that was aided and abetted by a foreign threat nation

21  state, a peer enemy nation state --

22                  MR. LINDELL:  Right.

23                  COLONEL WALDRON:  -- China.

24                  MR. LINDELL:  Do you believe that this

25  attack from other countries could not have happened

Steve Bannon Broadcast - February 11, 2021

1  without people here, domestic -- people -- domestic
2  traitors, basically.
3                  COLONEL WALDRON:  Yeah, I -- I -- I believe
4  that -- again, we have affidavits of CIA and State
5  Department personnel out of the Italian Embassy
6  participating in this coup.  We have a name, email and
7  phone number of a senior DOJ official from a -- from
8  a -- a U.S. Attorney that said that this individual was
9  shutting down any DOJ or FBI investigation into any
10  election -- any election-related investigation and
11  shutting -- trying to shut down judicial cases, court
12  cases.
13                  So from own -- inside our own DOJ, people
14  were shutting down active investigations.  You wondered
15  why, you know, Mr. Barr didn't find or see any evidence
16  of widespread election fraud, it's because the FBI never
17  did anything other than to impede investigations into
18  election fraud.
19                  The FBI went to question the truck drivers
20  who delivered ballots and -- and created affidavits.
21  They were harassing, you know, the -- the Americans, you
22  know, the patriotic Americans who were -- who were
23  whistleblowers --
24                  MR. LINDELL:  Right.
25                  COLONEL WALDRON:  -- and prosecuting them.

1   Like you mentioned something earlier is -- it is the

2   machines, ES&S and Dominion machines.  If you look at,

3   you know, military planning factors, there are critical

4   capabilities.  A capability is what you have to have to

5   execute your mission or the enemy has to have to execute

6   its mission successfully.

7              So critical capability for any of this to

8   happen are the inherent vulnerabilities that were built

9   into ES&S and Dominion software, which is -- you know,

10  again, we've proven through -- through our work that

11  this is all related directly back to the soft --

12  Smartmatic -- Smartmatic -- SGO Smartmatic software

13  core.

14             MR. LINDELL:  Wow.

15             COLONEL WALDRON:  And they definitely have

16  financial gains to -- to -- financial reasons, based on

17  some of the other investments that they've made --

18             MR. LINDELL:  Right.

19             COLONEL WALDRON:  -- especially if they --

20  you know, looking down the road, if they make billions

21  and billions of dollars, the board of SGO Smartmatic,

22  because they own a -- an air purification company, so

23  just think about it, if -- if you get to pick an

24  administration that is favorable to -- to your company,

25  say, and they pass a green new deal and you're going to

Steve Bannon Broadcast - February 11, 2021

1  make billions and billions of dollars off of
2  government-mandated air purification systems in public
3  buildings and apartment buildings and industrial
4  complexes, you know, you -- you would spend quite a bit
5  of money on the front side --
6                 MR. LINDELL:  Wow.
7                 COLONEL WALDRON:  -- to make sure the
8  election was going to...
9                 The same thing with China --
10                MR. LINDELL:  Right.
11                COLONEL WALDRON:  -- if China could avoid
12 the U.S. coming to Taiwan's defense, and we've seen
13 indications of that already, and if China could avoid
14 having to fight a campaign to protect their manmade
15 islands, to extend their territorial waters into
16 international and navigable waterways, if they could
17 in- -- invest a billion dollars to do that versus
18 fighting a war, well, they've made a pretty good
19 investment.
20                MR. LINDELL:  Right.
21                COLONEL WALDRON:  And all the money that
22 they've made into the Biden family, all the money that
23 they've made -- invested into U.S. universities and U.S.
24 businesses, buying up our medical and our technical
25 intellectual property, stealing a lot more than they

Steve Bannon Broadcast - February 11, 2021

1  bought, they are -- they are fighting a war.  People
2  just don't realize that we're under attack.

3

4              MR. BANNON:  Look, Colonel Waldron is a
5  cyber warfare expert.  Many people know him from -- he's
6  testified all over the country in these testimonies that
7  Rudy Giuliani went with.  I think he had a -- a
8  particularly big role in Phoenix, Arizona, where I think
9  is the first time he kind of came on the stage, but he
10 was very impressive.  He's a cyber warfare expert.

11             But I -- I've got to ask you -- I've got to
12 ask you, Mike, you've got Chris Krebs, who ran the
13 infrastructure, election infrastructure piece for DHS
14 that reported up to Chad Wolf, both these guys, Chris
15 Krebs and Chad Wolf, I think, were -- were Trump
16 appointees, appointed by President Trump, selected by
17 President Trump.

18             Krebs said, Mike, that this was the safest
19 election in U.S. history.  And he also, I think, quoted
20 in a -- in a statement he put out that not one vote was
21 changed, there was no problem with any voting systems,
22 there was no votes that went around and got changed,
23 flipped or otherwise.  And that's a quote from the -- or
24 virtual quote from this statement they put out by Chris
25 Krebs, who's in charge of it, reported to Chad Wolf.

Steve Bannon Broadcast - February 11, 2021

1  Chad Wolf never countered that, and I believe told the
2  president and told the public consistently that nothing
3  happened here.
4              So I know you've got -- you've got experts,
5  they've made a lot of assertions.  I'm sure people are
6  looking for maybe some backup evidence and put some
7  other stuff online to back up what -- what Colonel
8  Waldron said.  But how do you respond to Chris Krebs?  I
9  mean, he's the guy in charge here for the U.S.
10 Government.  He said, Hey, look, safest election in
11 American history, most secure, no cyberattacks, no
12 problems.  What do you say, Mike Lindell?
13             MR. LINDELL:  He's either lying or he's
14 naive, one of the two.  It's only one of the two.
15 People asked me earlier today, they said, Well, Mike,
16 you've got a person over here that says this and you say
17 this and someone -- you say this over here.  There's
18 only one truth.  You know, you can all have an argument,
19 but there's only one truth.
20             What you're going to see -- and some of
21 this -- some of this evidence in his -- you know, in his
22 defense, just came out -- you know, I only recently
23 heard about it on January 9th.  So -- but all this other
24 stuff, if he's talking about all the -- the charts I
25 showed earlier, I mean, give me a break.  Those numbers

Steve Bannon Broadcast - February 11, 2021

1  came from the Secretaries of States' office.

2              MR. BANNON:  Well, Mike, he made -- Mike --

3  Mike, he made that statement on November 12th, so this

4  would have come after the --

5              MR. LINDELL:  Wow.

6              MR. BANNON:  -- the activity that -- that

7  Colonel Waldron alleges.  So he -- you know, this

8  encompasses the evening of November 3rd and all the

9  other ballots, et cetera.  So it came on -- I think it

10  was November 12th.  So it was at least a week afterwards

11  where Krebs -- and I think Krebs quit -- I mean, he's

12  adamant.  He's gone on --

13              MR. LINDELL:  Right.

14              MR. BANNON:  -- 60 Minutes, he's gone

15  everywhere.

16              MR. LINDELL:  Right.

17              MR. BANNON:  He's adamant.  Wolf has been

18  adamant, nothing went on here, safest in U.S. history.

19              Another thing I just want to bring up

20  before I go to the next se- -- segment.  Colonel Waldron

21  talked about bandwidth and all this bandwidth that's

22  moving back and forth and they can monitor it.  I just

23  want to bring up -- and we'll get to this later.

24              The Dominion CEO, I think in sworn

25  testimony, actually said that -- and he put out a

Steve Bannon Broadcast - February 11, 2021

1  statement afterwards that they don't have any servers
2  anywhere outside the country, they don't send ballots or
3  these -- or the electronic facsimiles of ballots that
4  you talk about, they don't send them anywhere.  These
5  things don't transfer around, they absolutely do not
6  move.
7              And so all this bandwidth discussion about
8  going overseas that Dominion will get into later, he
9  says it just doesn't happen because that's not the way
10  the system works.  So you've got both the Department of
11  Homeland Security, who's in charge of their Trump guys,
12  and you've got the CEO, Poulos, from Dominion that says,
13  Hey, it can't be a bandwidth thing that Waldron and
14  these guys are tracking, so it doesn't happen.
15              What would you tell the audience?  And then
16  how are you going to back up these assertions by Colonel
17  Waldron, the cyber warfare expert?
18              MR. LINDELL:  Well, I'll tell you, if
19  you're caught cheating at a poker game, what do you do?
20  Of course, you start lying.  And they're all liars
21  there.  They're lying, they're bald-faced lying.  I mean
22  the easier part about it not going online, if you're
23  Dominion or Smartmatic, I mean, that's been proven ten
24  times over.  So if you lie a little bit, usually you're
25  lying a lot.  And this is all going to come out.

Steve Bannon Broadcast - February 11, 2021

1        When you asked me about that other guy,
2   we -- you know, that remains to be seen.  Is he -- does
3   he really -- is he really that naive that he doesn't
4   know what happened or -- or is he lying?  And then you
5   know what, what do you lie for?  You usually lie to
6   cover something up.
7        You know, I have went out here with
8   everything I have because I'm 100 percent, 100 percent
9   that we have all the proof.  That's why it's called
10  Absolute Proof.
11        MR. BANNON:  Okay.  Mike --
12        MR. LINDELL:  100 percent.
13        MR. BANNON:  Mike -- Mike --
14        MR. LINDELL:  And we will show --
15        MR. BANNON:  Yeah.  We're -- we're -- we've
16  got to go to the next segment because I want to get
17  through -- through this within the three-hour time
18  frame.
19        MR. LINDELL:  Right.
20        MR. BANNON:  But you're committed to put
21  additional information online to back up some of these
22  assertions as you get closer to some of these court
23  cases, particularly the Supreme Court.
24        MR. LINDELL:  Right.  Well, you know, this
25  is the whole thing we're here tonight for.  We need the

Steve Bannon Broadcast - February 11, 2021

1  Supreme Court to accept what you're going to see here
2  tonight because there's all kinds -- what you're going
3  to see here tonight, multiply that by 100 is what -- is
4  what we have, is what's out there.
5          Everybody came to me -- you've got to
6  realize, they're going, How did you get that, Mike?
7  Everybody came to me because nobody could get the word
8  out.  You couldn't get it out.  You just got squished.
9  You know, someone would raise their hand and go, Hey, I
10 seen this machine and it does this and I looked at it
11 and we did this.  (Makes noise.)  You know, I said,
12 hey --
13          MR. BANNON:  Okay.
14          MR. LINDELL:  -- I seen this.  (Makes
15 noise.)  So, you know, they had to come to me because
16 they knew I wasn't going to back down.  And I have the
17 platform.  Even my platform -- that's why they're trying
18 to smash it, but they're having a hard time.
19          MR. BANNON:  Yeah.  Let's -- I tell you
20 what, we got Russ Ramsland now from the Allied Security
21 Operations Group.  Let's -- let's hear the segment here.
22 Mike Lindell and I will join you right after this
23 segment.
24          (Plays video.)
25          MR. LINDELL:  So now we have with us

Steve Bannon Broadcast - February 11, 2021

1   Russell Ramsland.  He's a founding member of Allied
2   Security Operational Group.  They're based in Dallas,
3   Texas, and they do cyber forensics and security.
4   Russell, how are you -- how are you involved with all
5   this -- this election fraud, with the machines?
6                   MR. RAMSLAND:  Well, it was interesting,
7   Mike.  It's been a long road for us.  About two years
8   ago, we had some logs from the Dallas general election
9   brought to us from the central tabulation server, and
10  people asked, What do these logs mean?  It was about
11  1100 pages, and we got looking at them and we were
12  horrified at what we found, because what we found were
13  that people were getting into the system and they were
14  changing the votes.  They were erasing databases, they
15  were reloading them, and it was coming from remote
16  locations.  And (inaudible) going this can't be.
17                  MR. LINDELL:  Now, this was back -- this is
18  in 2018 when they -- so these guys came to you with
19  these -- and these were -- these were voting machines --
20  and were they Dominion machines?
21                  MR. RAMSLAND:  No.  No, no.  We use ES&S in
22  Dallas, not Dominion.
23                  MR. LINDELL:  So are they -- are they --
24  are they similar -- similar machines?
25                  MR. RAMSLAND:  Yes.  Yeah, it's -- it's

Steve Bannon Broadcast - February 11, 2021

1  very similar stuff.  Most of these voting companies all
2  have similar DNA --
3              MR. LINDELL:  Okay.
4              MR. RAMSLAND:  -- in their (inaudible)
5  software.
6              MR. LINDELL:  Okay.  But what you seen
7  was -- was very -- it horrified you?
8              MR. RAMSLAND:  Yeah, it did.
9              MR. LINDELL:  Okay.
10             MR. RAMSLAND:  Because clearly, somebody
11 was playing with the election.
12             MR. LINDELL:  Wow.
13             MR. RAMSLAND:  So we tried to get the
14 authorities alerted.  We brought in a DOJ prosecutor
15 that ran the cyber group in North Texas, and she was
16 horrified at what we showed her.  And she asked us to
17 put it together and eventually submit it to the FBI, and
18 we did that and they did nothing.
19             So we continued to investigate, and the
20 more we found, the more horrifying it got.  Now, this
21 all was still coming out of Dallas.  We tried to get
22 senators to look at this, and we tried to get State
23 officials to look at this, but we continued to work on
24 it on our own.  We had no client at all.  And
25 eventually, we did get seven members of the Freedom

Steve Bannon Broadcast - February 11, 2021

1  Caucus this last July to take a two-hour briefing
2  without staff, and what they saw was absolute proof that
3  this electronic voting system that we have is completely
4  compromised.
5              MR. LINDELL:  Wow.
6              MR. RAMSLAND:  It can be completely
7  manipulated.  And they were horrified.
8              MR. LINDELL:  We've all heard that Texas
9  denied these machines.
10             MR. RAMSLAND:  Well, Texas denied Dominion,
11 but Texas uses other voting machines.  We use Hart and
12 we use ES&S in Texas.
13             MR. LINDELL:  Right.
14             MR. RAMSLAND:  Same -- same --
15             MR. LINDELL:  So why was -- so why would
16 Texas -- they denied these Dominion ones, and in your
17 opinion -- so they must have looked at them and said,
18 There's something there we don't like.  But then they,
19 over here with Smartmatic and these other ones, they
20 were okay with that?  Why -- what would be your opinion
21 of why -- why one -- they would deny one machine that --
22 because they're afraid of election fraud and -- and over
23 here, they accepted that one?
24             MR. RAMSLAND:  I think that it sometimes
25 has more to do with politics and influence who gets

Steve Bannon Broadcast - February 11, 2021

1  through and who doesn't --

2              MR. LINDELL:  Okay.  Okay.

3              MR. RAMSLAND:  -- than necessarily the

4  machines.

5              MR. LINDELL:  Okay.

6              MR. RAMSLAND:  So we finally ended up with

7  some investigators with Ron Johnson's Department of

8  Homeland Security oversight group, and they were

9  horrified of what we showed them.  And they tried to get

10 CISA, which is the Cyber Intelligence Security

11 Administration inside the DHS, they tried to get CISA to

12 take a look.  CISA would not take the briefing.  They

13 couldn't be less interested.

14             So we didn't quite know what to do.  We

15 were beginning to find some media people who wanted to

16 start talking about this, and they became appalled.  But

17 the break really came in early August when we got some

18 DHS people in Austin with the I&A Division, the

19 Intelligence & Analysis Division down there to take a

20 look at what we had.  And that's the division that used

21 to have voter integrity before it was handed to CISA.

22             So they looked at it and they were

23 horrified and they sent a whole team to our shop.  We

24 spent 11 hours with them.  They asked us if we would

25 give them their -- our data.  We said, of course.  And

Steve Bannon Broadcast - February 11, 2021

1   so we gave them all our data, they took it back to

2   Austin, and unknown to us, they gave it to three private

3   cyber groups that they use and said, Hey, are these guys

4   crazy?  I mean, is this nuts or is this -- is there

5   something here?

6                    Well, all three groups looked at it and all

7   three groups came back, not only is -- is it right, it's

8   horrifying.

9                    MR. LINDELL:  Okay.  I want to ask you

10  there, when you say "horrify," can you explain to

11  everybody watching this right now, what -- what

12  horrified you?  Was it the fact that they could go

13  online --

14                   MR. RAMSLAND:  Well, there's no effective

15  security at all for your votes.  Your votes are stored

16  overseas where they can be easily manip- --

17                   MR. LINDELL:  Wait a minute.  Wait a

18  minute.  They're stored overseas?

19                   MR. RAMSLAND:  Yes.  Yeah, yeah.

20                   MR. LINDELL:  Wow.

21                   MR. RAMSLAND:  2- -- 27 states use what's

22  called Clarity Scytl Election Night Reporting and those

23  servers are overseas.  They have what are called "S3

24  bucket vulnerabilities," and people can get in and

25  change the votes there, and then they can load them all

1  the way back down to the county level here in this
2  country because Scytl gets all the credentials from
3  every single county server here.  And so they can get
4  into every single county server and change the votes
5  here from overseas.
6                    MR. LINDELL:  Wow.
7                    MR. RAMSLAND:  It's crazy.
8                    MR. LINDELL:  So -- so -- so everything
9  that everybody's been talking about out there that
10 they've tried to suppress, saying that they -- we heard
11 the machines weren't even online.  And you're saying
12 that 27 states use this and the servers are overseas, so
13 these can go over there and they can change the vote to
14 anything they want and send it back cyberly?
15                   MR. RAMSLAND:  Correct.
16                   MR. LINDELL:  By cyber?
17                   MR. RAMSLAND:  Correct.
18                   MR. LINDELL:  Wow.
19                   MR. RAMSLAND:  So they became -- the DHS
20 people in Austin realized what we were telling them was
21 correct.  They became horrified.  And they began to try
22 to have a series of classified briefings within their
23 own group in order to push this up -- up the chain.  And
24 they got about one or two levels up, and then they met a
25 solid wall of resistance that basically said, Leave it

1   alone.  Don't pursue it.

2               MR. LINDELL:  Wow.  And what do you -- what

3   do you think being now -- now we're -- we're telling the

4   facts of the show here, but in your mind, why would they

5   do that?  Why -- this is just subjectively.  Why

6   would -- why would you -- why would they do that in your

7   mind?

8               MR. RAMSLAND:  I don't know, Mike.

9               MR. LINDELL:  You can't explain it.  I

10  mean, this is -- okay.  So -- so then -- so take us from

11  there.  So this is, like -- what -- what -- what --

12  approximately when was that when it kind -- when it got

13  stopped?

14              MR. RAMSLAND:  That was September.

15              MR. LINDELL:  Wow.

16              MR. RAMSLAND:  Yeah.

17              MR. LINDELL:  Getting close to the

18  election.  Okay.

19              MR. RAMSLAND:  Close to the election.  So

20  what actually happened in this election, this stolen

21  election, we already knew was going to happen.  We

22  already had seen it, we knew it was all possible, we

23  knew it was all out there.  Now, we didn't know how many

24  foreign servers.  You know, before, we weren't seeing

25  very many foreign servers come in and change votes, but

Steve Bannon Broadcast - February 11, 2021

1  in this election, of course, we saw thousands from all
2  over the world.
3              MR. LINDELL:  You said you seen -- you seen
4  thousands, you've seen all these -- these hacks.  Have
5  you actually seen that with your own eyes?
6              MR. RAMSLAND:  We have seen the data that
7  is supposedly representative of that.
8              MR. LINDELL:  So this -- the election goes
9  down, you knew it was going to happen.  Is it exactly
10  what you thought was going to happen?
11             MR. RAMSLAND:  Yeah, we -- we thought it
12  was going to happen on three levels.  We thought there
13  would be massive local cheating, we thought there would
14  be cheating through the actual voting companies
15  themselves, whether it's them or someone else
16  manipulating them, and we thought that there would be
17  cheating from votes being injected from overseas.  And
18  that's exactly what we saw happen.
19             MR. LINDELL:  Wow.
20             MR. RAMSLAND:  And we developed huge, tons
21  of -- of absolute proof on this, but no court case was
22  ever allowed -- ever allowed it to be presented.  So
23  that sort of gave fodder to this media myth that it
24  didn't exist, but it does exist.  It's out there.  It's
25  unbelievable, it's massive.

Steve Bannon Broadcast - February 11, 2021

1           MR. LINDELL:  Wow.  Did everybody hear
2  that, what he -- what Russell's saying here?  This is
3  what everyone says.  Well, there was no evidence.  So
4  you're saying, no judges would look at the evidence; is
5  that correct?
6           MR. RAMSLAND:  That's correct.
7           MR. LINDELL:  Okay.  And now, we don't know
8  why.  We don't know why.  I mean, they -- it wasn't
9  because there wasn't evidence.  They didn't even want to
10 look at it; is that correct?
11          MR. RAMSLAND:  That is correct.
12          MR. LINDELL:  Okay.  Now, we've heard
13 about, we've all -- in fact, on this show, the Antrim
14 County in Michigan.  Were you guys ever -- were you
15 guys -- weren't you guys contacted to look into that?
16          MR. RAMSLAND:  That was our work.  Yes,
17 I --
18          MR. LINDELL:  Oh, wow.  Okay.
19          MR. RAMSLAND:  I -- I actually signed the
20 forensic audit report and -- because our guys did all
21 that, our -- part of our team.  And that came about
22 because there was a down ballot race, and the judge
23 allowed some limited discovery.  What came out of that
24 was appalling enough that he allowed further discovery.
25 And then, of course, that report went national because

Steve Bannon Broadcast - February 11, 2021

1  what we found was so horrifying.

2          MR. LINDELL:  Right.  For everybody out

3  there, what we've all heard, this Antrim County in

4  Michigan -- and in this show here, we've -- you know,

5  you've -- you've seen it.  We've had -- we've -- this

6  is -- this is -- the reason it was talked about so much,

7  because this is a small county and it was like

8  15,000-some people voted and it was 7,000-some votes

9  flipped.  I mean, so it was so obvious, you know, we had

10  65 percent Republican and 35 percent Democrat normally,

11  and it was completely flipped.  So everybody in the town

12  knew it was a deviation that didn't make sense.  And

13  so -- so Russell, this case is still open; is that --

14  that's correct, right?

15          MR. RAMSLAND:  That is -- that is correct.

16          MR. LINDELL:  Okay.  Can I --

17          MR. RAMSLAND:  What --

18          MR. LINDELL:  Can I ask you this?  So what

19  you've seen there is exactly what you knew was going to

20  happen, and now were you able to look at other places?

21  What was different about Antrim County now that -- what

22  we all heard was you were able to get into the -- you

23  know, the forensics of it and see all this.  Were you

24  able -- have you been able to do that in any other

25  places in the United States since then or -- or you

1   know, since this election ended on -- in November?

2                    MR. RAMSLAND:  Actually, on a limited

3   basis, we have been able to go in two other counties.

4   We have not published that information yet, and there

5   are reasons why we aren't publishing that information

6   right now.  But both of them have not only confirmed --

7   they have confirmed that it's even worse than in Antrim.

8                    MR. LINDELL:  Okay.  Did everybody hear

9   that?  What we have here -- and Russell can't disclose

10  this because what -- every time something pops up, it

11  gets buried out there.  Things happen.  I don't ev- --

12  you know, this is -- this is the most attack on our

13  country, and I'm telling you, ever.  I mean, this is --

14  and it -- that's why -- you know, it's getting

15  suppressed every -- everywhere.

16                   So what he's saying, two other places --

17  now, is this breaking news right now?  You're saying

18  right now, you have two other places, and what you're

19  seeing is even worse than you could ever imagine?

20                   MR. RAMSLAND:  Well, it's -- it's -- it's

21  just like Antrim, only its worse in many ways.  You

22  know, in Antrim -- what people need to understand --

23  real simple, Mike.  When people vote and they scan their

24  ballot in, it either goes into the regular sort of

25  bucket and gets voted, or else it goes into what's

1  called an "adjudication bucket."  If it goes into the

2  adjudication bucket, then whoever's running the voting

3  system gets to vote that vote however they want.

4              Well, in -- in Antrim, we found ballot

5  rejection rates of 82 percent.

6              MR. LINDELL:  Wow.

7              MR. RAMSLAND:  82 percent.

8              MR. LINDELL:  Wow.

9              MR. RAMSLAND:  82 percent of the ballots

10  were going to adjudication (inaudible) --

11              MR. LINDELL:  And what -- what is -- what

12  is the -- what's the normal number?  I mean, is there a

13  normal number for eje- -- for an election that would be

14  what percentage or -- and -- and what would be it on the

15  high end?

16              MR. RAMSLAND:  Well, certainly less than

17  one percent would be -- should ever go to adjudication.

18  There's all --

19              MR. LINDELL:  Wow.  Less than one percent,

20  everybody.  And this was 85 [sic] percent.

21              MR. RAMSLAND:  Yeah.  Well, and in Fulton

22  County, they -- the Fulton County people themselves

23  admitted to a 93.6 percent adjudication rate in some

24  cases.  That means the entire election was decided by

25  the people that ran the system, not by the voters.

1          MR. LINDELL:  Wow.  And now -- and what
2  you're talking about there isn't -- this is another way
3  these machines can -- you can -- that you can cheat
4  through the fro- -- or cheat there.  But this does not
5  count, what you're talking about earlier, the cyber
6  forensics where that goes overseas to these servers that
7  are all based over there, correct?
8          MR. RAMSLAND:  That does not -- that's a
9  different issue altogether.
10          MR. LINDELL:  Right.  So both of them
11  involve the machines, everybody.  One we've talked about
12  in this show is here.  But the cyber one is what you
13  just heard from Russell, which he said earlier, this is
14  all the attack by the other countries that hacked in,
15  which we're going to show you that proof now, that
16  Russell doesn't even know that we have, that's going to
17  show who did it, the time they did it, the computer they
18  did it off, everything.
19
20          MR. BANNON:  Okay, Mike.  Here's what I
21  don't understand.  The state of Texas prides itself
22  right now in running the best election overall, I guess
23  with Florida.  Okay?  They had the report that we've
24  referred to and you have that says they didn't pick
25  Dominion systems, and they go through all the problems

Steve Bannon Broadcast - February 11, 2021

1  with Dominion.  I think they picked ESS.

2                    And I don't know, and I've talked to a lot

3  of officials down in Texas of how proud they are at how

4  they ran the elections.  This is the first time I'm

5  hearing that there's some big voter fraud problem in

6  Dallas, as Ramsland's saying.  So how do you square that

7  or what other information can Russell Ramsland put

8  forward to actually show that these ESS machines are bad

9  and you've got a problem in Dallas and maybe some other

10 places too?

11                    MR. LINDELL:  Well, you'll see that later

12 in the show.  But right -- the -- the point of that --

13 of bringing up the Texas thing is ESS, Smartmatic and

14 Dominion, you could interchange the names.  They all are

15 the same.  They -- cy- -- the cyber for- -- fornetics

16 [sic] we show, it goes through all these machines.

17 They're all the same.  This is my whole point.  You can

18 never use any machine for any election ever.

19                    And that's -- that's -- and I'm not

20 stopping till that happens.  We have to -- we lose

21 everything.  And so you're going to find out.  And I --

22 and it will come out.  I'll show you.  I will put -- you

23 know, the stuff I end up --

24                    MR. BANNON:  Okay.

25                    MR. LINDELL:  -- putting up on the website,

1  we'll -- we'll show you how I did -- it didn't just
2  happen in these swing states, you've got to realize.
3                MR. BANNON:  Okay.
4                MR. LINDELL:  It was every state.
5                MR. BANNON:  Fine.  Let's go -- let's -- I
6  want to continue to play this, but I just want to
7  reemphasize.  You're saying you're not picking on any
8  one company, you're picking on the whole industry and
9  you want all the machines to go and go back to a system
10 that somehow we can do this manually?  I just want to
11 make sure that you're saying, I don't care if it's ESS
12 or even other companies you haven't heard of.  I -- my
13 focus is to get rid of these machines and get back to
14 some sense of where you get human involvement in here
15 and human involvement in counting these.  And that'll
16 take any questions away about whether cyberattacks or
17 they're changing votes by cyber.
18                Let's go to the second part of Russ
19 Ramsland's interview with Mike Lindell in Absolute
20 Proof.
21                (Plays video.)
22                MR. LINDELL:  If -- if we would have never
23 found out or this would never have gotten -- what we're
24 going to get to now, what in the -- what would the
25 future look like in -- in elections?

Steve Bannon Broadcast - February 11, 2021

```
1            MR. RAMSLAND:  Well, I mean, we're
2  basically approaching Venezuela where it doesn't
3  matter --
4            MR. LINDELL:  It doesn't matter.
5            MR. RAMSLAND:  -- who votes.
6            MR. LINDELL:  Right.  Somebody else picks
7  our people for them, so why vote, right?  I mean, that's
8  the way -- that's the way it would have been.  Machines
9  that go online, like -- now you said earlier, it's not
10 just Dominion, it's all the -- all the machines that
11 were used in this election would -- is that what you
12 would say?
13           MR. RAMSLAND:  Yes, that's absolutely a
14 fair statement.  And let -- let me -- let me tell you a
15 little bit about that.  You know, for these people that
16 say it's not online, we have videos of workers with poll
17 books who are swiping left on their poll book and
18 bringing up Netflix and getting a movie and watching it
19 on their poll book.  How does that happen if it's not
20 connected to the internet?
21           MR. LINDELL:  Right.  Right.
22           MR. RAMSLAND:  We have affidavits of -- of
23 a election judge who showed up at -- at her precinct,
24 found to her horror they had loaded the wrong precinct
25 in her equipment, called her voting company, and her
```

Steve Bannon Broadcast - February 11, 2021

1  voting company put her on hold and the self -- the help
2  desk from another state called in, and in ten minutes
3  somehow reloaded her poll books from another state with
4  the correct precinct.  How did that happen if it's not
5  connected to the internet?
6              MR. LINDELL:  I know they were all online,
7  but they -- but is it illegal for them to be online?
8              MR. RAMSLAND:  Well, it depends.  Some
9  places, yes, some places, no.
10             MR. LINDELL:  Okay.
11             MR. RAMSLAND:  I mean, the assurance is
12 that you can trust the voting system because they're not
13 online, but they are most clearly online.
14             MR. LINDELL:  I got ya.  I got ya.
15             MR. RAMSLAND:  Now, here's one you don't
16 know.  We ran this -- a different group here, a little
17 operation in Dallas during this last election.  And let
18 me describe the operation so you'll understand the
19 magnitude of what I'm telling you.  What we did is every
20 day, we just took the information on the voter records
21 of the people who voted that day in Dallas.  Dallas
22 posts them online, so you get a great, big, long record
23 of this voter.
24             You don't see how he voted, but you see
25 everything else, name, where he lives, when he asked for

1  a ballot, where he voted, his residence address, on and
2  on and on.  And all of those, as you know, are comprised
3  of zeros and ones.  That's how computers work.  So all
4  we did is we would add up all the zeros and ones in that
5  voter record and store it, and then we would watch what
6  would happen to that voter record as we worked our way
7  through early voting.  Mike, we saw 57,000 votes get
8  their voter records changed during early election alone
9  in Dallas, Texas.
10                 MR. LINDELL:  Wow.
11                 MR. RAMSLAND:  We saw a 10-block-long
12  street in Dallas, Texas get every single vote wiped out
13  and then subsequently replaced, one at a time, with
14  clearly something changed because the -- the hash -- in
15  other words, it's -- it's a record of -- of the zeros
16  and ones had been changed.  And so we know it was
17  tampered with.
18                 MR. LINDELL:  Wow.  I --
19                 MR. RAMSLAND:  I mean, it's unbelievable.
20                 MR. LINDELL:  Was it nationwide that this
21  happened?
22                 MR. RAMSLAND:  Yes.
23                 MR. LINDELL:  Okay.  And you've seen this
24  cyber -- the cyber forensics that show that.  We will
25  show that too.  But I just want to ask you, why -- if

1   you're -- if there's -- you know, why didn't they -- why
2   didn't they set these machines, then, to win Texas too?
3   I mean, or do you -- you know, what would be your
4   opinion on that of why they didn't set them high enough
5   to win Texas too?
6              MR. RAMSLAND:  Well, there had been a
7   certain amount of concern raised in -- in Texas as a
8   result of our 2018 work.  You know, Pete Sessions
9   actually filed a complaint in Texas and published a
10  paper on it because his race got stolen.  And so they
11  were very well aware that Texas was going to come under
12  some scrutiny that other places probably were not.
13             MR. LINDELL:  Right.
14             MR. RAMSLAND:  And there was also a huge
15  operation down in Houston where a vote scamming scheme
16  for over 700,000 votes was exposed, and -- so there was
17  a lot going on in Texas, and I think it made them a
18  little skittish to operate as brazenly here as they did.
19             MR. LINDELL:  So they might -- they might
20  have backed off a little.  But you just said something
21  there.  So you're telling me that they controlled all
22  the down tickets too if they decided they wanted to flip
23  a senator or -- or a congressman or whatever; is that
24  correct?
25             MR. RAMSLAND:  No doubt.  Absolutely.

1          MR. LINDELL:  So Russell, could you speak
2    specifically to the malware?
3          MR. RAMSLAND:  Sure.  There is a company
4    out of Barcelona, Spain called Scytl and it owns a
5    company called Clarity Election Night Reporting.  And
6    Hart reports to them, and Dominion reports to them, and
7    ES&S reports to them.  All these companies report the
8    votes to them, and then Election Night Reporting
9    supposedly just passes the votes along to the media.
10         But using standard white hat tools, we can
11   look and see what is -- is on their server over in
12   Frankfurt, Germany.  And there is a -- an area on their
13   server, on a particular kind of equipment, there is a
14   piece of malware called QSnatch.  QSnatch actually
15   watches all the information that comes in and it grabs
16   the login credentials of every single county in the
17   country that reports to it.  So that once it has all
18   those credentials, it can then look back into that
19   county and it can access the county database from
20   overseas or whenever else it wants to if you want to
21   inject changed votes, either through the adjudication
22   system, or just plain flat replace the database.
23         So it's -- it's -- it's a massive, massive,
24   massive security vulnerability, and it is there, it is
25   working, and they have all the login ability they need

1   to get into any county that reports to them.

2          MR. LINDELL:  Wow.  So -- so basically,

3   what you said earlier, all the -- all the servers are

4   over there, they could take all of our counties in our

5   country, look at them, and then decide what they want to

6   do with that information and what they can do in the

7   county, what they need to flip.  So any -- you know, we

8   all heard this -- we all heard about this Italy thing

9   and that it went to Italy and Germany when they had to

10  on the -- I guess this would be in the middle of night

11  on -- on November 4th.

12          Is this something -- would you -- would you

13  know anything about that, I mean, to -- I mean -- so

14  they -- what we've all heard out there is it went over

15  there -- some guy even admitted he did it, which we're

16  going to have his affidavits up here, but what do you --

17  what's your opinion on that?

18          MR. RAMSLAND:  Well, our opinion on that

19  was that it should have been investigated because it is

20  very consistent with what we do see happening.  But it

21  was not investigated.  Apparently, the Department of

22  Justice did not investigate.  You know, you got the

23  usual, Oh, it's been debunked.  Well, who debunked it?

24  Uhh.  When did they debunk it?  How did they debunk it?

25  Uhh.

1          MR. LINDELL:  Yeah.

2          MR. RAMSLAND:  There was no investigation

3  by anyone of that information, and there should have

4  been because it is entirely consistent.  I don't know if

5  it's true, but it's entirely consistent with everything

6  we have seen in -- in terms of capabilities.

7          MR. LINDELL:  Bill Barr comes out and said,

8  There's no evidence.  I mean, what would be your opinion

9  why people would keep pushing this down and not wanting

10 to know?  I don't care what side of political lines

11 you're on.  Why would you not want to know if -- the

12 truth?

13         MR. RAMSLAND:  That has been a constant

14 haunting question to everyone on our team.  I think it's

15 a combination of things.  I think some people are truly,

16 completely totally corrupt.  I suspect that at the

17 bottom of this, you might find that our government has

18 been changing votes in other countries for years and

19 they don't really want it revealed, certain parts of our

20 government.  I think that there are people that don't

21 want to look, they're afraid to look.  I think there are

22 probably people who are compromised --

23         MR. LINDELL:  Right.

24         MR. RAMSLAND:  -- and have been told to

25 stay out of it.

Steve Bannon Broadcast - February 11, 2021

```
1                    MR. LINDELL:  Right.
2                    MR. RAMSLAND:  I think that it's a variety.
3  It's not one simple little reason.
4                    MR. LINDELL:  Right.  And that's what I
5  wanted people to hear because I hear it all the time.
6  People are going, you know what, this -- you know, Bill
7  Barr said this and all -- there's no -- none of the
8  judges accepted it and you hear all this.  And we can't
9  explain all that because -- it's probably multiple
10 things, like Russell says there.  And that's my opinion
11 too.  It could be anywhere up to a dozen things.  Who
12 knows.
13                   But it doesn't matter.  All that doesn't
14 matter because now the truth is told today, and it's all
15 coming out and -- and everybody -- you know, I -- I
16 really believe what's going to happen once everybody
17 sees now -- this, is, finally, you're going to have
18 people that aren't afraid to speak out because it'll
19 be -- it's too late to close the gate, the cows are out
20 of the barn, everybody's going to know about it, and
21 they're going to want to know more and more, so...
22                   MR. RAMSLAND:  You know, Mike, the -- the
23 real thing is, I think pretty soon, the question's going
24 to start to turn around.  And people are going to go,
25 Wait a minute.  What is everyone so afraid of?
```

Steve Bannon Broadcast - February 11, 2021

1          MR. LINDELL:  Right.

2          MR. RAMSLAND:  Why are they going to such
3  incredible lengths to say there's nothing here when
4  there clearly is something here.  What -- you know, this
5  is almost like -- you and I Krebs Enron.  This is almost
6  like Enron.  Would we all be saying, Oh, no, we don't
7  want to investigate Enron, no one should look into
8  Enron; no, no, Enron shouldn't have to tell you how they
9  spend your money; you just keep giving them your 401(k)
10 money.

11         MR. LINDELL:  Right.

12         MR. RAMSLAND:  No.  That's not how it
13 works.

14         MR. LINDELL:  Right.

15         MR. RAMSLAND:  And that's not how our
16 voting system should work either.

17

18         MR. BANNON:  Now, look, Mike, I don't know
19 what Venezuela -- or Venezuela has to do with the United
20 States in the -- in the 2020 presidential election, but
21 I -- I think for the audience and for people that just
22 want to get to the facts, are you prepared -- Russ put
23 some statements out there, made some assertions.  Are
24 you prepared to bring eyewitnesss from Venezuela or
25 people that can actually talk to specifics about this

Steve Bannon Broadcast - February 11, 2021

1  and somehow you'll put it up online or augment this film
2  somehow so people can actually hear eyewitness
3  testimony?  Are you prepared to do that?
4              MR. LINDELL:  Oh, absolutely.  And I --
5  my -- as part of my due diligence, that's been all this
6  week.  I -- I wanted to go back to where this all
7  started.  And Venezuela -- it all started in Venezuela
8  with Smartmatic, not Dominion or the other one.  It was
9  with Smartmatic.  And I have -- we're going to have the
10 gal -- all this -- I'll throw it all -- that evidence, I
11 will put up on my MichaelJLindell.com website.  You're
12 going to see all that stuff we're adding.
13              But it was very interesting, her story.
14 She got attacked and put down, just like what's
15 happening to me here, because she knew -- she knew, she
16 had the evidence.  She had the evidence you're going to
17 see tonight.  She had it.  And they just -- (makes
18 noise).  But she didn't have this big --
19              MR. BANNON:  Okay.
20              MR. LINDELL:  -- platform.  So you're going
21 to -- yeah, you're going to see that and you'll see all
22 that -- anything you -- you know, to back up -- when you
23 talk about Russ Ramsland and his company, they are the
24 best in the world at these machines, getting inside them
25 and -- and, you know, getting the footprints and doing

Steve Bannon Broadcast - February 11, 2021

1  that.  These guys are amazing.  You know, you --
2                MR. BANNON:  Fi- -- fine.  But I -- I just
3  want to make -- I want to make sure we're clear to --
4  particularly everybody on the left and all the media
5  that's attacking you, you're prepared to have her on
6  tape, you're prepared to put other stuff about this
7  whole situation in Venezuela and with Russ Ramsland's
8  company, Colonel Waldron, you're prepared to put up
9  additional information online so people can check more
10 the hard evidence of this?  This is a commitment you're
11 making?
12                MR. LINDELL:  Right.  And if -- yes,
13 absolutely.  And I want to say this, though.  What Russ
14 is saying is what I'm telling you-all.  Look, in
15 Venezuela, it happened in a very short period of time,
16 where the socialists, where they got in there and their
17 country was gone.  And how did they do it?  They did it
18 through the use of these machines.  When you can pick
19 who you vote for...  (Making noise.)
20                You know, this is what we're all talking
21 about tonight.  It's very important what Russ is saying
22 there.  We -- this -- if we don't get rid of the
23 machines, we will -- they're coming in now, this
24 election.  This is what happened this election.  So it's
25 very serious stuff --

Steve Bannon Broadcast - February 11, 2021

```
 1                    MR. BANNON:  Okay.
 2                    MR. LINDELL:  -- and yes.
 3                    MR. BANNON:  Let -- let -- let's go --
 4    we're going to -- you're going to next meet one of the
 5    smartest guys in the country, Dr. Shiva from MIT, just
 6    an extraordinary individual.  His interview with Mike
 7    Lindell in Absolute Proof is next.
 8                    (Plays video.)
 9                    MR. LINDELL:  So now we have with us
10    Dr. Shiva.  He has four MIT degrees.  He's an expert in
11    system science and pattern analysis.  And I met him four
12    weeks ago.  Because I don't want him out there going,
13    Well, Mike, why didn't you bring this to us before?
14    Well, I just met Dr. Shiva four weeks ago, and he's
15    going to tell you, he actually ran for Senate and he
16    knows all about these machines now, and it -- and we're
17    going to hear some of the stuff that I found out and
18    went, Wow, this is a -- absolutely validates this
19    election fraud with these machines.  So go ahead.
20                    DR. SHIVA:  Yeah, thanks, Mike.
21                    MR. LINDELL:  Yeah.
22                    DR. SHIVA:  I'm glad we connected.
23                    MR. LINDELL:  Yeah.
24                    DR. SHIVA:  You know, it's a interesting
25    opportunity for me, Mike, because it's rare that a guy
```

1   who's a scientist and engineer, an MIT guy, even runs
2   for office.
3                   MR. LINDELL:  Right.
4                   DR. SHIVA:  And then it's even more rare
5   that you come across something you never thinks occurs
6   in the United States.  You know, I grew up in India --
7                   MR. LINDELL:  Right.
8                   DR. SHIVA:  -- and in third-world
9   countries, we talk about election fraud.
10                  When I was running in Massachusetts in
11  2020, we had it -- 3,000 volunteers on the ground, you
12  know, 20,000 bumper stickers, 10,000 lawn signs,
13  billboard ads, radio, TV, network.  We were everywhere.
14  The GOP establishment who doesn't want a bottoms-up guy
15  like me who hated Trump ran a no-name out there --
16                  MR. LINDELL:  Uh-huh.
17                  DR. SHIVA:  -- who -- no real lawn signs,
18  no bumper stickers, no organization --
19                  MR. LINDELL:  Right.  Right.
20                  DR. SHIVA:  -- nothing.  And we knew on
21  election night, which was the Republican primary,
22  September 1st, 2020, the word "landslide" is what we
23  heard everywhere.  We knew we had --
24                  MR. LINDELL:  That you were going to win by
25  a landslide?

Steve Bannon Broadcast - February 11, 2021

1          DR. SHIVA:  Oh, yeah, yeah.  I mean, it was
2  obvious.  I mean, we worked -- I mean, and -- and --
3          MR. LINDELL:  I think you said unless there
4  was election fraud, which you --
5          DR. SHIVA:  Yeah.
6          MR. LINDELL:  But you probably thought --
7          DR. SHIVA:  But I -- but I --
8          MR. LINDELL:  -- that's just, you know,
9  maybe someone put -- (inaudible).
10          DR. SHIVA:  Yeah.  And -- and one of my
11  close friends said, Shiva, we're going to win this --
12          MR. LINDELL:  Yeah.
13          DR. SHIVA:  -- unless there's election
14  fraud.  And I -- I just thought this is just some fringe
15  stuff, right?
16          MR. LINDELL:  Right.  But you --
17          DR. SHIVA:  So I --
18          MR. LINDELL:  -- weren't thinking about
19  machines?
20          DR. SHIVA:  I wasn't thinking about
21  machines.
22          MR. LINDELL:  Okay.  All right.
23          DR. SHIVA:  -- because I didn't know that,
24  you know, you know, from creating email in all these
25  systems, I know the power of machines.

Steve Bannon Broadcast - February 11, 2021

1              MR. LINDELL:  Right.  Oh, by the way, yeah,
2   he created emails, right?
3              DR. SHIVA:  I did.  I created emails --
4              MR. LINDELL:  The creator -- creator of
5   email.  I just want to tell you, the guy's a genius.  So
6   what you're going to hear here -- this is what I did my
7   due diligence on.  I -- you know, this is just one guy.
8   I'm going, Okay, you know, is this real or is this not?
9   And it -- believe me, it's real.
10             DR. SHIVA:  Yeah, I mean, you know, so I
11  have a lot of history, not only pattern analysis and
12  system science --
13             MR. LINDELL:  Right.
14             DR. SHIVA:  -- but I build large-scale
15  computer systems.  The stuff I've used has been used by
16  the Senate, has been used by the largest --
17             MR. LINDELL:  Right.
18             DR. SHIVA:  -- Fortune 1000 companies in
19  the world, so I know how you move from paper-based
20  systems and electronic systems, and I know the power of
21  electronic systems.  When you put some process that's in
22  electronic form --
23             MR. LINDELL:  Right.
24             DR. SHIVA:  -- a single individual has
25  immense amounts of power.  So that's a background.

Steve Bannon Broadcast - February 11, 2021

1               But on September 1st, 2020, what we saw was
2   we knew we'd won on a landslide.
3               MR. LINDELL:  Right.
4               DR. SHIVA:  And there we are with our big
5   party setup and we see the results coming in.  Now, in
6   Massachusetts, we saw, in Franklin County, which is 80
7   to 90 percent hand-counted paper ballots, no machines --
8               MR. LINDELL:  Right.
9               DR. SHIVA:  -- I win by 10 percent.  And in
10  every other county, Mike, 60/40, 60/40, 60/40, 60/40.
11              MR. LINDELL:  That you lost by?
12              DR. SHIVA:  I lost by.
13              MR. LINDELL:  The exact percentage?
14              DR. SHIVA:  Exact percentage by a guy who
15  was -- in -- in -- in a black county, this guy wins; in
16  a white county, he wins; in a Hispanic county.  The guy
17  was nowhere.
18              MR. LINDELL:  By the same percentage?
19              DR. SHIVA:  By the same percentage.
20              MR. LINDELL:  That's not only a deviation,
21  but it's an anomaly.  That's --
22              DR. SHIVA:  It's -- it's an anomaly.
23              MR. LINDELL:  But do you think that's
24  impossible?  Or you're like me --
25              DR. SHIVA:  Well, it's highly --

Steve Bannon Broadcast - February 11, 2021

```
1              MR. LINDELL:  (Inaudible.)
2              DR. SHIVA:  I mean, to be from a scientific
3  standpoint --
4              MR. LINDELL:  Right.
5              DR. SHIVA:  -- you would say it's highly
6  unlikely.
7              MR. LINDELL:  Right, right.
8              DR. SHIVA:  And that began my journey to
9  start really saying, Wow, election fraud could take
10  place in America.
11              MR. LINDELL:  Uh-huh.
12              DR. SHIVA:  So I started reading up
13  everything I could.  By September 9th, eight days
14  later --
15              MR. LINDELL:  Right.
16              DR. SHIVA:  -- I found out something
17  interesting.  I found out that these electronic voting
18  machines -- Krebs, there's two ways you can vote.  One
19  is you vote -- you give a paper ballot and the paper
20  ballot is counted by human beings, two people.
21              MR. LINDELL:  Right, right.
22              DR. SHIVA:  That's what occurred in
23  Franklin County.  But in those other counties, they take
24  that paper ballot when you vote electronically --
25              MR. LINDELL:  Into a machine.
```

Steve Bannon Broadcast - February 11, 2021

1           DR. SHIVA:  -- it goes into a machine.  And
2   what happens in that machine?  The paper ballot is
3   converted to an image called a ballot image.
4           MR. LINDELL:  Right.  Right.
5           DR. SHIVA:  No different than you taking a
6   phone -- a picture with your iPhone.
7           MR. LINDELL:  Right.
8           DR. SHIVA:  Now, so what is actually
9   counted, the paper ballot gets put aside.  The machine,
10  the electronic, quote/unquote, AI on the machine
11  actually tries to figure out where the circles are.
12          MR. LINDELL:  Right.
13          DR. SHIVA:  And the machine is counting the
14  ballot image.
15          MR. LINDELL:  Right.
16          DR. SHIVA:  So at that stand- -- at that
17  point, I realized, oh, my God, the ballot image is the
18  ballot.
19          MR. LINDELL:  Right.
20          DR. SHIVA:  The images are the ballot.  So
21  I --
22          MR. LINDELL:  So you were hold- -- but you
23  were going to get to the bottom of this no matter what?
24          DR. SHIVA:  No, I am because I -- I --
25          MR. LINDELL:  Because you're like me --

1           DR. SHIVA:  -- I like to solve problems.

2           MR. LINDELL:  I want to say something.  One

3  thing about Dr. Shiva, when I met him, I'm going, Wow,

4  he's just like me.  I look at deviations every day.  If

5  I see a T.V. station that normally does 10,000 --

6  because I track them all individually -- it does 10,000,

7  and all of a sudden, one day, it -- it did only 2,000,

8  I'll tell you what, what I do is spend the rest of the

9  day or a week or a month, I'm going to find out how that

10 happened, because the only way things change is, what, a

11 different input.

12          DR. SHIVA:  Exactly.

13          MR. LINDELL:  A different input.  So you've

14 got this anomaly, you've got a -- you've got this

15 deviation, and not just because you were running.  A

16 pers- -- you know, it's not like you were just biased

17 going, you know, I won, I know I won.  You're --

18 you're -- now you're digging in to find out how these --

19 how this weird mathematical things happen.

20          DR. SHIVA:  Exactly.  I mean, the scientist

21 engineer kicked in, right?

22          MR. LINDELL:  Right, right, yeah.  That --

23 right.

24          DR. SHIVA:  I mean, just like you.  You're

25 a scientist and engineer in -- in a very -- from a

1  marketing standpoint.

2          MR. LINDELL:  Right.

3          DR. SHIVA:  But -- and I think we both sort

4  of pursue the same aims.

5          MR. LINDELL:  Right.

6          DR. SHIVA:  But here, what we found out was

7  that the first thing that gave me a big insight is that

8  (a) ballot images are being created.

9          MR. LINDELL:  Right.

10          DR. SHIVA:  And then I also found out by

11  federal law, in 1974, they passed a law for federal

12  elections, those ballot images must be saved.  So that

13  was one piece of the puzzle, okay?

14          MR. LINDELL:  Uh-huh, right.

15          DR. SHIVA:  The other piece of the puzzle

16  was, I found out that the voting machines, as early as

17  2002, have a feature in there called a "weighted race

18  feature," where it's embedded into the system where you

19  can multiply candidates' votes by a percentage.  All

20  right.  So what that means is you get a thousand votes,

21  I get a thousand votes.

22          MR. LINDELL:  Right.

23          DR. SHIVA:  I can multiply your votes by

24  two, my votes by .5.  And if everyone -- anyone doesn't

25  believe this, go look up the Diebold Voting Manual, go

Steve Bannon Broadcast - February 11, 2021

```
 1   to Page 2-126 in the manual in the 2002 version --
 2                  MR. LINDELL:  Right.
 3                  DR. SHIVA:  -- and you'll see it in there.
 4                  MR. LINDELL:  So did -- were you able to
 5   prove that yours -- that your election was stole by the
 6   machines?  Did you -- mathematically, do you prove a
 7   hu- -- did you prove 100 percent that this could only be
 8   re- -- recreated by a machine to do that 60/40, that
 9   same -- you know...
10                  DR. SHIVA:  Yeah.  So what we proved, Mike,
11   was -- well, first of all, we showed that the state had
12   deleted the ballot images.
13                  MR. LINDELL:  Right.
14                  DR. SHIVA:  Which means that if they had
15   the ballot image, I could have found the algorithm.  So
16   it came upon me to use all that 40, 50 -- 40 years of
17   experience that I'd learned from 14 all the way to MIT,
18   I had to bring all that rocket science --
19                  MR. LINDELL:  Right.
20                  DR. SHIVA:  -- to actually look at the
21   data.  And what I found out in the data was a very
22   interesting anomaly.
23                  MR. LINDELL:  Uh-huh.
24                  DR. SHIVA:  Which in -- as you said, a
25   deviation --
```

Steve Bannon Broadcast - February 11, 2021

```
1              MR. LINDELL:  Right.
2              DR. SHIVA:  -- in one of counties called
3    Suffolk County, which is typically highly Democrat.
4              MR. LINDELL:  Right.
5              DR. SHIVA:  So we were able to see these
6    interesting numbers, up, down, up, down, up, down.
7              MR. LINDELL:  Right.
8              DR. SHIVA:  Essentially -- imagine going to
9    a casino, every time you roll twice the number of odd as
10   you get even.  Okay?
11             MR. LINDELL:  Right, right.
12             DR. SHIVA:  It's not likely.  It should be
13   50/50.
14             MR. LINDELL:  (Inaudible) right.
15             DR. SHIVA:  And in fact, when we did the
16   numbers, that pattern could only occur one in 100,000.
17             MR. LINDELL:  Uh-huh.
18             DR. SHIVA:  We appli- -- we, you know, sued
19   the State on this and the judge did not dismiss our
20   case.
21             MR. LINDELL:  It's still open?
22             DR. SHIVA:  It's still -- not only it's
23   open, but we survived dismissal.  And the other thing
24   was, we also showed that when I put this out on Twitter
25   and said, Look, the Secretary of State deleted ballot
```

Steve Bannon Broadcast - February 11, 2021

1   images, Twitter didn't do anything to me, but the

2   Secretary of State contacted Twitter to shut me down,

3   along with the National Association of State Election

4   Directors that came out.

5                   MR. LINDELL:  Wow.  Well, let me stop you

6   right there because I want to say something.

7                   DR. SHIVA:  Yeah.

8                   MR. LINDELL:  Did you hear the Twitter

9   thing?  All of you in this country and the world know my

10  Twitter was taken down.  You know why it was taken down

11  the first time 20-some days ago is because I put up --

12  of the new evidence, which Dr. Shiva here I'm going to

13  tell him in a second, this new evidence that came out

14  shows the time stamp in -- in space of where -- you

15  know, where the -- who did it, what country did it, like

16  China --

17                  DR. SHIVA:  Well, Krebs, we have two cases.

18  First, we show -- we basically went into court saying

19  the Secretary of State contacted Twitter.  That means

20  Twitter takes orders from the government.  This is what

21  we showed.  Twitter takes orders from the government.

22                  MR. LINDELL:  And you're -- and that's

23  proven?  That's 100 percent?

24                  DR. SHIVA:  Yes.  It came out in three --

25                  MR. LINDELL:  100 percent, the Secretary of

Steve Bannon Broadcast - February 11, 2021

1   State --
2              DR. SHIVA:  -- three hours of testimony --
3              MR. LINDELL:  -- said Jack Dorsey --
4              DR. SHIVA:  Took orders from the Secretary
5   of State of Massachusetts.  This is what happens in
6   countries like China.  The government tells the
7   corporations what to do.  And in -- in the United
8   States, what came out in our three hours of testimony
9   where I represented myself --
10             MR. LINDELL:  Right.
11             DR. SHIVA:  -- no one wanted to take the
12  swamp on in Massachusetts.
13             MR. LINDELL:  Right.
14             DR. SHIVA:  So what came out was, we have
15  the Secretary of State's -- the election director and
16  the communications officer saying they contacted Twitter
17  to shut me down and Twitter obeyed.
18             MR. LINDELL:  Is that still open?  Is that
19  still open?
20             DR. SHIVA:  Not only is it open, the judge
21  gave me the restraining order, and the case is open.
22  And my other case to decertify, they tried to apply a
23  100, 200-page motion to dismiss and the judge denied
24  their motion.
25             MR. LINDELL:  Wow.

Steve Bannon Broadcast - February 11, 2021

1          DR. SHIVA:  And that means -- look, MIT --
2  MIT's in Massachusetts, right?
3          MR. LINDELL:  Right.
4          DR. SHIVA:  There's a lot of computer
5  people there.
6          MR. LINDELL:  Right.
7          DR. SHIVA:  No one has rebutted my
8  mathematical explanation showing that they multiplied
9  my -- my votes by .666.  So look --
10          MR. LINDELL:  .666, they multiply it by?
11          DR. SHIVA:  Exactly.  And the other guy's
12  by 1.2.
13          MR. LINDELL:  Everybody hear that?  Wow.
14          DR. SHIVA:  Well, I -- I think one of the
15  things the public needs to understand is, federal laws,
16  the Department of Justice is supposed to enforce them.
17          MR. LINDELL:  Right.
18          DR. SHIVA:  You know, when we found out the
19  ballot images were deleted, we informed -- what's the
20  name, Barr --
21          MR. LINDELL:  Right.
22          DR. SHIVA:  -- and the local U.S. Attorney
23  and they've done nothing.
24          MR. LINDELL:  No.
25          DR. SHIVA:  So basically, this is what

1   happens in third-world countries, right --

2                MR. LINDELL:  Right, right.

3                DR. SHIVA:  -- you have laws but nothing's

4   followed.

5                MR. LINDELL:  Right.

6                DR. SHIVA:  And if that's where we've

7   gotten into, it's a serious problem for this country

8   because the laws don't mean anything.

9                MR. LINDELL:  Well, it's a serious

10  problem -- you mentioned Barr.  I mean, he comes out and

11  says there was no election fraud.  You know, and here we

12  have right here, you told him of some, right?

13                DR. SHIVA:  I told him of some.  I went

14  to --

15                MR. LINDELL:  Is this before the election,

16  even?

17                DR. SHIVA:  Before.

18                MR. LINDELL:  (Inaudible.)

19                DR. SHIVA:  Well, this was in October.

20                MR. LINDELL:  October.

21                DR. SHIVA:  I walked -- so this was --

22  yeah, in Oct- --

23                MR. LINDELL:  Bill Barr, if you're

24  watching, I mean -- I mean, what -- why would you say

25  something like that when, yes, this is -- this wasn't

Steve Bannon Broadcast - February 11, 2021

1   just election fraud, this was a historical election
2   fraud.  This was coming from a lecture -- or from
3   machines, from these machines of Biblical proportions,
4   of historical proportions.  And now this is -- it's all
5   going to get exposed.  And I want all these -- I want
6   the senators, the congressmen, the government, the
7   governors, the legislators, everybody needs to watch
8   this show, and when you do, you know, a lot of you can
9   go, Wow, I never knew, I never knew.
10                  And that'll be a lot of excuses for a lot
11  of them because of our mainstream media and all the
12  people.  I can't even believe the money spent to
13  suppress this, you know, to suppress it.  So when you
14  pop -- anything that popped up, boy, they were right on
15  it, let's destroy them.
16                  DR. SHIVA:  Right.
17                  MR. LINDELL:  Let's destroy them.  Like,
18  who was the last thing to pop up?  Me.  When I see this,
19  I popped up.  And how do you destroy my platform because
20  everybody knows I'm out there?  They've done everything
21  they could from -- from bots and trolls to go after my
22  integrity, to Twitter.  I mean, it's just been a massive
23  attack.  But then, you know, you're right over target,
24  right?
25                  DR. SHIVA:  It wasn't Twitter acted alone.

Steve Bannon Broadcast - February 11, 2021

1  We found the government --
2                 MR. LINDELL:  Right.  (Inaudible.)
3                 DR. SHIVA:  -- contacting Twitter.  Now,
4  this is a fundamental violation of the First Amendment.
5  Political speech -- government speech cannot supersede
6  political speech.  So I -- I bet you you'll find out
7  that some government official may have likely been
8  involved in contacting Twitter in your case.
9                 MR. LINDELL:  Oh, there's big -- oh, yeah.
10  Well, we --
11                 DR. SHIVA:  And that's what --
12                 MR. LINDELL:  I know Jack Dorsey was
13  involved.  Jack, if you're out there, I mean, you did
14  this to my movie a couple years ago with Unplanned,
15  where they shut Twitter down -- shut -- Twitter shut
16  that down for two hours when it -- when it launched.
17                 DR. SHIVA:  I see.
18                 MR. LINDELL:  I mean, you look at -- we're
19  getting into a whole segment there where you're talking
20  about how -- we all know the social media, what they've
21  done, you know, from Mark -- from Mark Zuckerberg and
22  Jack Dorsey.  These platforms, the power they have along
23  with the mainstream media, you know, what did they do
24  when they took over -- you talk about third world
25  country, in Nazi Germany, they took over, you know, all

1  your -- any -- in any country like that, they'll take
2  over your communication.
3            You know, how are we going to communicate?
4  You're here and one sec (making noise), you know, and --
5  and this is where we're at.  But we're going to get this
6  out there.  This show is going to be -- this is what
7  everybody's been waiting for.
8            And, you know, if I -- I encourage a
9  newscast out there, if you're -- all these journalists
10 and all you -- and all you guys that have been calling
11 me, all -- for three weeks now, you never called me
12 before, your -- from your CNNs to your New York Times,
13 your Washington Post, all you guys have been calling me
14 nonstop every day because you think you got some kind
15 of -- making up some dirt or something from -- because
16 Dominion -- you're saying things about Dominion.
17            I encourage all you, why don't you be a
18 real journalist and take this story and run with it.  Be
19 the first one to go, Wow, this is real.  You'd -- maybe
20 you become the biggest outlet in the country by doing
21 that.  Just (inaudible) --
22            DR. SHIVA:  Because the real crime scene in
23 America is these computer algorithms.
24            MR. LINDELL:  And I'm going to tell you,
25 it's -- that is the crime scene.  And I'm going to tell

1   you, this is their game too, that these machine guys
2   played, espe- --  with, like, Dominion, they went out
3   there and a lot of these places, I couldn't even go on
4   the media and talk about these machines because they
5   were threatened.
6                   I go on a -- I go on a news talk show and
7   they go, Well, you can't talk about that.  I was just on
8   one last night.  You can't talk about that.  Why not?
9
10                  MR. BANNON:  Look, Mike, you know,
11  Dr. Shiva, I think he's got, what, four degrees from
12  MIT.  This guy's -- this guy's the proverbial man with
13  two brains.  He -- he came up, he actually found out
14  about this weighted race part of it.  But also, this
15  whole thing with Twitter and -- and the TRO, walk us
16  through exactly what he was talking about.
17                  MR. LINDELL:  Well, it's very interesting
18  because he's a guy that wouldn't back down.  He knew he
19  got cheated in his race, and he did, he dug into the
20  machines and he found the weighted race feature on the
21  machines, and he kept digging, and then he got it --
22  brought it before a judge.  Well, then the Secretary of
23  State, when -- when he put the evidence up, just like I
24  did, you know, the evidence got taken down, his Twitter
25  got taken down.

Steve Bannon Broadcast - February 11, 2021

1          So then he dug into it, and sure enough,
2  the Secretary of State did it.  So the judge gave --
3  ruled in his favor and gave the Secretary of State a
4  restraining order.  And what he's saying there, the
5  government got involved and order -- that's communis- --
6  ordered a private company or a company to -- to do this.
7  For all I know, you know, maybe that's what happened
8  when they took mine down.  Maybe somebody ordered Jack
9  Dorsey to do it.  I don't know.
10          But all I know is that the -- if you watch
11 this here, you know, you've got people like Dr. Shiva, a
12 great patriot, he's not going to give up.  Now he's
13 putting his whole life into this.  It's not -- it's not,
14 you know, you lost.  He's got a lot of better things to
15 do, but he realizes the importance of this country.  And
16 with this weighted race feature on these machine, he
17 knows it came through the machines.
18          And look at the suppression.  Look how --
19 the government tried to stop him by -- by going to a --
20 a social media platform and telling him to take it down.
21 I mean, it -- it -- you can't get any more than that.  I
22 mean, how -- and -- and this didn't get big press.
23 That's what -- when I talked to Dr. Shiva, this didn't
24 make big news.  Not many people know about it.  I mean,
25 it's one of -- it's one of the --

Steve Bannon Broadcast - February 11, 2021

```
1              MR. BANNON:  Yeah.
2              MR. LINDELL:  -- cases open in the United
3   States and it --
4              MR. BANNON:  Yeah.
5              MR. LINDELL:  -- keeps getting to the next
6   level.  It's pretty amazing.
7              MR. BANNON:  Yeah.  I -- I think the
8   reas- -- I think it's the reason -- the great thing of
9   the film, you're bringing that up, and Dr. Shiva's a
10  smart guy.  He's relentless.
11             MR. LINDELL:  Yeah.
12             MR. BANNON:  But let's go to where the
13  action is.  That's in Michigan.  Michigan is one of the
14  most controversial states in this entire election.
15  We're now going to go to Patrick Colbeck and Mellissa
16  Carone -- Mellissa Carone become a national hero at the
17  hearing and also when Saturday Night Live mocked her
18  dur- -- about the Rudy Giuliani hearing.  So let's go to
19  Michigan and hear these two, and then we'll come back
20  after that, have Mike Lindell comment.
21             (Plays video.)
22             MR. LINDELL:  Okay.  Now we have Patrick
23  Colbeck.  And he was a former state senator in Michigan.
24  And Patrick, how are you involved with all -- you know,
25  what brought you here today?
```

1              MR. COLBECK:  Yeah.  Well, it came from --
2    as a result of my decision to be a poll challenger out
3    of the Detroit AV Counting Board.  I did a marathon
4    25-hour shift from -- to -- starting on election night
5    around 5 o'clock all the way through the next day.
6              MR. LINDELL:  Wow.  This --
7              MR. COLBECK:  So we witnessed all the
8    fun --
9              MR. LINDELL:  This was in Michigan?
10             MR. COLBECK:  Yep.
11             MR. LINDELL:  Where at in Michigan, what
12   county?
13             MR. COLBECK:  At the Detroit AV Counting
14   Board in Wayne County.  Well, a little background on me,
15   I mean, I was a form- -- when I was a state senator, I
16   was actually the vice chair of the Elections Government
17   Re- -- or Elections and Government Reform Committee in
18   the Michigan State Senate.
19             MR. LINDELL:  Right.
20             MR. COLBECK:  And in addition to that
21   background, my background's as a Microsoft small
22   business specialist.  And -- and I did cabling design on
23   the space station.  So in other words, I'm familiar with
24   election processes and I'm familiar with network
25   configurations.  So my focus, when I came at the Detroit

Steve Bannon Broadcast - February 11, 2021

1    AV Counting Board was, I wanted to understand

2    specifically the hand-off of vote tally information

3    throughout the system.  We did see evidence that it was

4    connected to the internet.

5                    MR. LINDELL:  What was that evidence?

6                    MR. COLBECK:  Well, that -- that control

7    center -- they've already been -- they've already

8    admitted to the fact that that control center had

9    computers that were connected to the internet.  And we

10   saw the actual cable routed from the wall of the -- of

11   the TCS center to the control center.  And we have

12   election officials that admitted that there were

13   computers --

14                    MR. LINDELL:  That were online.

15                    MR. COLBECK:  -- in that control center --

16                    MR. LINDELL:  That were online.

17                    MR. COLBECK:  -- that were connected to the

18   internet.  And anybody with -- worth their salt in IT

19   land understands that if one computer's connected to the

20   internet, they're all --

21                    MR. LINDELL:  They're all connected.

22                    MR. COLBECK:  -- connected to the internet.

23   You may say that it's air gapped --

24                    MR. LINDELL:  Right.

25                    MR. COLBECK:  -- you may say you have a

Steve Bannon Broadcast - February 11, 2021

1  firewall --

2              MR. LINDELL:  So that would be --

3              MR. COLBECK:  -- but there's people that

4  eat firewalls for breakfast.

5              MR. LINDELL:  So -- so that -- so what

6  you're saying, you knowing that, so if it's connected to

7  the internet, somebody out there could have hacked in --

8              MR. COLBECK:  Yeah.

9              MR. LINDELL:  -- and then did the flipping

10 of the votes.

11             MR. COLBECK:  An- -- yep.  When you get

12 into a case where you've got the same devices that are

13 supposed to be capturing that vote tally connected to

14 the internet, or frankly even connected to a large local

15 area network --

16             MR. LINDELL:  Right, right.

17             MR. COLBECK:  -- and you can't witness that

18 hand-off --

19             MR. LINDELL:  Right.

20             MR. COLBECK:  -- of vote tallies, you don't

21 have that seal.  So you may be thinking you're passing

22 that information from Point A to Point B, but there's

23 nothing --

24             MR. LINDELL:  It's intercepted.

25             MR. COLBECK:  -- to prevent it being --

Steve Bannon Broadcast - February 11, 2021

```
1              MR. LINDELL:  So --
2              MR. COLBECK:  -- from going to Point C --
3              MR. LINDELL:  Right.
4              MR. COLBECK:  -- in the interim.
5              MR. LINDELL:  So that --
6              MR. COLBECK:  -- it's called the "man in
7  the middle" attack.
8              MR. LINDELL:  Right.  So that -- so if
9  you're on -- if you're online, I mean, anybody could get
10 in there --
11             MR. COLBECK:  Yeah.
12             MR. LINDELL:  -- and then do that because
13 they're intercepting that -- it's an interception.
14 That's why you don't have --
15             MR. COLBECK:  Right.
16             MR. LINDELL:  -- machines aren't supposed
17 to be online in election, right?
18             MR. COLBECK:  Yes --
19             MR. LINDELL:  They're not --
20             MR. COLBECK:  -- it's called "man in the
21 middle."
22             MR. LINDELL:  Right.
23             MR. COLBECK:  And you wouldn't accept
24 that -- if it was a traditional precinct and you got
25 that -- you got that precinct result and it wasn't
```

Steve Bannon Broadcast - February 11, 2021

1  sealed, you'd be raising your hand saying, Something's
2  rotten here.
3              MR. LINDELL:  Absolutely.  I want to ask
4  this, though, because if you were there, did it slow
5  down in the middle of the night when you were there,
6  like --
7              MR. COLBECK:  Absolutely.
8              MR. LINDELL:  -- at 2:00 in the morning?
9              MR. COLBECK:  Yeah, it was --
10              MR. LINDELL:  So it slowed down to a
11  trickle?
12              MR. COLBECK:  It was almost dead as the
13  night, yeah.  And that's when some ballots came in the
14  backdoor.
15              MR. LINDELL:  Well, now we're here with
16  Mellissa Carone, and you were actually hired by Dominion
17  for November 3rd and 4, just for two days --
18              MS. CARONE:  Yes.
19              MR. LINDELL:  -- right?
20              MS. CARONE:  Yeah.
21              MR. LINDELL:  And -- and they found you
22  online, right?  You had a resume online --
23              MS. CARONE:  Right.
24              MR. LINDELL:  -- you have an IT background?
25              MS. CARONE:  Yep, yep.

Steve Bannon Broadcast - February 11, 2021

1    MR. LINDELL:  Okay.  So why don't you tell
2  us, you know, tell us what happened.
3    MS. CARONE:  So I was there to assist with
4  IT work --
5    MR. LINDELL:  Okay.
6    MS. CARONE:  -- for Dominion.
7    MR. LINDELL:  Okay.
8    MS. CARONE:  So what I was doing was just
9  walking up and down the rows of the tabulating machines.
10    MR. LINDELL:  By the machines?
11    MS. CARONE:  Yeah.  Yeah.
12    MR. LINDELL:  Okay.  So there's -- it's a
13  tabulating machine?
14    MS. CARONE:  Yeah.  So I could get very
15  close to these machines.
16    MR. LINDELL:  Okay.  So then -- so what
17  about the -- is -- was that the only kind of machine?
18    MS. CARONE:  No, there was -- so there --
19  on the stage, there was adjudication machines in the
20  front and the back --
21    MR. LINDELL:  Okay.
22    MS. CARONE:  -- and then on the sides,
23  there was the adjudica- --
24    MR. LINDELL:  Okay.
25    MS. CARONE:  Or the -- that's -- I'm sorry,

Steve Bannon Broadcast - February 11, 2021

1  the tabulating machines.

2              MR. LINDELL:  Right.  Both Dominion
3  machines, correct?

4              MS. CARONE:  Both Dominion machines.

5              MR. LINDELL:  Okay.  All right.  So you got
6  to see, what, thousands of votes?

7              MS. CARONE:  Thou- -- thousands.

8              MR. LINDELL:  Thousands upon thousands of
9  votes?  Okay.  What was on every vote?

10             MS. CARONE:  Every vote that I saw was for
11 Joe Biden.

12             MR. LINDELL:  For Joe Biden.  When I heard
13 this -- and I want to say, the -- you've seen -- you
14 worked how many hours, 20- --

15             MS. CARONE:  22 straight hours that night.

16             MR. LINDELL:  And then you came back for
17 four hours?

18             MS. CARONE:  Correct.

19             MR. LINDELL:  Out of all that time, did you
20 ever see one Trump vote?

21             MS. CARONE:  I never saw a single Trump
22 vote.

23             MR. LINDELL:  Right.

24             MS. CARONE:  So when the ballots got to the
25 tabulating machines, they would just put them through --

Steve Bannon Broadcast - February 11, 2021

1  put them -- it's kind of like a printer, you would look
2  at it kind of like a printer where the paper would come
3  out --
4              MR. LINDELL:  Right.
5              MS. CARONE:  -- normally --
6              MR. LINDELL:  Yep, yep.
7              MS. CARONE:  -- that's where they were put
8  in.  And it would end up, as they were tabulated, on the
9  top of the machine.  Okay?
10             MR. LINDELL:  Right.  Right.
11             MS. CARONE:  So these would jam constantly,
12 constantly jam.
13             MR. LINDELL:  Right, right.
14             MS. CARONE:  And because these are mail-in
15 ballots, the creases --
16             MR. LINDELL:  Right, right.
17             MS. CARONE:  -- anything in them would --
18 would jam this in the tabulator.
19             MR. LINDELL:  And when they jammed, what
20 happened?
21             MS. CARONE:  When they jammed --
22             MR. LINDELL:  This is very interesting.
23             MS. CARONE:  -- they would take the ballot
24 and the compu- -- there was a computer in front of each
25 person.

Steve Bannon Broadcast - February 11, 2021

1              MR. LINDELL:  Right.
2              MS. CARONE:  It would say Ballot No., you
3     know, 20 --
4              MR. LINDELL:  20.
5              MS. CARONE:  -- jammed.
6              MR. LINDELL:  Out of a group of 50?
7              MS. CARONE:  Yeah.
8              MR. LINDELL:  So the 20th ballot jammed?
9              MS. CARONE:  Uh-huh.
10             MR. LINDELL:  Then what?  Then what?
11             MS. CARONE:  So it would say "discard or
12    rescan."  And the way they were supposed to do it is
13    discard them and -- and then rescan them, but they were
14    not discarding these, so --
15             MR. LINDELL:  So they used the same --
16    let's say 30 went through, it got stuck on the 30th
17    one --
18             MS. CARONE:  Uh-huh.
19             MR. LINDELL:  -- they put that No. 30 at
20    the top of the same 50 pack --
21             MS. CARONE:  Yeah.
22             MR. LINDELL:  -- and run them through
23    again?
24             MS. CARONE:  Yeah.
25             MR. LINDELL:  So you're telling me that

Steve Bannon Broadcast - February 11, 2021

1  tabulator had no way to know -- it's just counting
2  the -- the number of -- like a -- counting a deck of
3  cards?
4              MS. CARONE:  That's exactly what it was
5  doing.
6              MR. LINDELL:  It's not -- you could sit
7  there and run the same deck of cards through this
8  tabulator --
9              MS. CARONE:  Yes.
10             MR. LINDELL:  -- over and over and over and
11  over again --
12             MS. CARONE:  Yeah.
13             MR. LINDELL:  -- is that right?
14             MS. CARONE:  So one time through the night,
15  I approached my manager and I said, This -- this machine
16  has a count of over 400 on it.
17             MR. LINDELL:  Right.
18             MS. CARONE:  I said, What's going on here?
19  And he -- I said, This is not right.  There's -- it
20  should not go above 50.  There should -- because the
21  batches are only 50.
22             MR. LINDELL:  Only 50.
23             MS. CARONE:  And I said, We have a huge
24  problem here.  And he said, I don't -- he pulled me
25  aside and he said, I don't want to hear that we have a

1  problem.  He said, We are here to assist with IT work --
2             MR. LINDELL:  Now, was this a Dominion guy?
3             MS. CARONE:  He -- he own -- he's actually
4  a part-owner of Dominion.
5             MR. LINDELL:  Wow.  Okay.
6             MS. CARONE:  Yes.
7             MR. LINDELL:  What?  So 26 hours of
8  watching ballot after ballot --
9             MS. CARONE:  Uh-huh.
10            MR. LINDELL:  -- by -- walking up and down
11 these tabulating machines, not one ballot was for Donald
12 Trump.
13            Okay.  Mike, look, Patrick Colbeck, the
14 former state senator and Mellissa Carone, the former
15 employee of these two, they assert -- you know, Colbeck
16 says, Hey, it was on the internet.  Plus, you got these
17 vans coming in the middle of the night.  And I know that
18 Gateway Pundit, I think, put up some additional video
19 the other day.
20            But people there are saying that it didn't
21 happen.  Okay?  And I think Dominion has been adamant,
22 they're not connected to the internet.  And Colbeck says
23 they are.
24            MR. LINDELL:  Right.
25            MR. BANNON:  Also, Mellissa Carone, I think

Steve Bannon Broadcast - February 11, 2021

1  she says in 26 hours, she didn't see one vote for Trump.
2  There are other people that just sit there and say, She
3  wasn't trained, she doesn't know what she's talking
4  about, and it didn't happen.  What are you going to do
5  to give additional evidence backed up about what the
6  assertions of these two people are?
7              MR. LINDELL:  Well, I have all kinds of
8  that, and I can put it up on the website from both of
9  these two.  But the reason I wanted to put them in there
10 was a couple reasons.  One is that -- just to show you,
11 they were plugged in and there's all kinds of evidence
12 that he has as state senator.  But with Mellissa, it was
13 li- -- it was interesting to me, because she was hired
14 by Dominion.
15             So she was hired by Dominion and she was
16 actually -- when Michigan had that huge spike, which
17 I've always wondered about, you know, this huge spike,
18 one of the big fallacies of this whole election was that
19 the mail-in votes were co- -- were counted last.  No,
20 they were counted first.  In Michigan, they were counted
21 first.
22             So everybody thought, oh, the middle of the
23 night, well, of course, all these votes came in from --
24 you know, they were mail-in votes, they're for Biden.
25 No.  Those votes came -- one of the thing Mellissa was

1   allowed to do because she was a "Dominion employee,"

2   there was only two of them there that were hired.  They

3   didn't get -- they only gave them an hour training, and

4   all they were supposed to do is walk up and down the

5   machines.

6            So they could get close to the machines,

7   where poll watchers couldn't.  They had to stay six feet

8   away.  So she had -- she had -- it was interesting, to

9   me anyway, that she had access to see every single

10  thing.  And she never seen one Trump vote because this

11  was where they had to -- they had to do --

12            MR. BANNON:  Okay.

13            MR. LINDELL:  -- the big spike you seen.

14            MR. BANNON:  Okay.

15            MR. LINDELL:  So you know, I mean, you know

16  what -- and I'm going to put up --

17            (Speaking simultaneously.)

18            MR. BANNON:  But -- but -- but, Mike, I

19  think -- but -- but you're -- you're -- you're committed

20  to put up additional information that backs up what

21  Mellissa and former State Senator Colbeck are saying,

22  right?

23            MR. LINDELL:  Right.

24            MR. BANNON:  You're committed to do that?

25            MR. LINDELL:  Right.  And -- and see, I'm

Steve Bannon Broadcast - February 11, 2021

```
1   not here to prove all the -- all that kind of fraud.
2   I'm here to show you about machines.  This shows just
3   one other thing of what they did with the machines.
4   And, yes, I'm going to show all that evidence, I'll put
5   it up on the website.  But what they did, they filled
6   up --
7                 MR. BANNON:  Okay.
8                 MR. LINDELL:  -- these fobs, and they went
9   down and they did a dump.  They did a
10  hundred-and-some-thousand dump, boom, just put into the
11  machines.  You got -- you do that online, you guys.  I
12  mean, just, boom.  That was just another way you can
13  cheat with these machines.  So that's very important.
14                MR. BANNON:  Okay.
15                MR. LINDELL:  But I will put all that stuff
16  up on the website.
17                MR. BANNON:  Okay.
18                MR. LINDELL:  We just -- because I wanted
19  to focus --
20                MR. BANNON:  Okay.
21                MR. LINDELL:  -- this show on the machine
22  fraud --
23                MR. BANNON:  Yeah.
24                MR. LINDELL:  -- but I just wanted to put
25  that in there --
```

Steve Bannon Broadcast - February 11, 2021

1          MR. BANNON:  Yeah.

2          MR. LINDELL:  -- because some of these

3   things that were unexplainable, you're all going to know

4   how they happened.

5          MR. BANNON:  Okay.  I want to get to Matt

6   DePerno.  I think he's the Jimmy Stewart figure in this

7   movie.  Very powerful testimony.  We're going to break

8   into a couple of pieces.  Matt DePerno.  We're going to

9   stay in Michigan.  Mike Lindell returning with Matt

10  DePerno in a second.

11          (Plays video.)

12          MR. LINDELL:  Okay.  Now we're here with

13  Matt DePerno, and he's the lawyer that we all heard

14  about -- this Antrim County.  How did you get this

15  county that you hear about and how do you even get

16  involved in this?

17          MR. DEPERNO:  Sure.  Well, I know some

18  people who live up in Antrim County, and Antrim County

19  is a small county up in northern Michigan.  It

20  historically votes roughly 65 percent Republican,

21  35 percent Democrat.  And in this case, it completely

22  flipped on election night, roughly 65 percent of the

23  vote went to Joe Biden and 35 percent to Donald Trump.

24          So people who lived up there knew that

25  there was a problem, they knew that the results were not

1  correct.  And on the morning of November 4th, they
2  actually contacted the Antrim County Clerk and requested
3  that she look into the results because they knew what
4  had been posted on the website could not be true.
5          And through a series of events, people I
6  knew up there and -- and a person named Bill Bailey,
7  who's a -- a patriot who lives up in Antrim County and
8  who knew there was a problem and wanted to challenge the
9  results, they ended up connecting him to me and I filed
10  a lawsuit.  But what's important is, in -- in filing
11  this lawsuit, we weren't seeking publicity, we weren't
12  seeking fame, we just wanted to get results.
13          We filed an -- the name and in the name of
14  a patriot named Bill Bailey and we challenged down
15  ballot school board elections.  That's what he was most
16  interested in and in learning about school board
17  elections.  Of course, he was obviously also interested
18  in other aspects of the election, what happened in the
19  presidential election and how did things flip.
20          But primarily, we -- the -- the case
21  centered on local politics.  But if you look at certain
22  tow- -- townships like Chestonia Township --
23          MR. LINDELL:  Okay.
24          MR. DEPERNO:  -- Joe Biden got 197 votes on
25  November 3rd.

Steve Bannon Broadcast - February 11, 2021

```
 1                    MR. LINDELL:  Right.  Right.
 2                    MR. DEPERNO:  In reality, he only got 93.
 3   After --
 4                    MR. LINDELL:  And how do you know that,
 5   that he only got 93?
 6                    MR. DEPERNO:  Because there's since been a
 7   hand recount done.
 8                    MR. LINDELL:  A hand recount.  So when did
 9   they do that?
10                    MR. DEPERNO:  They did a hand recount on
11   November 21st and then again on December 17th.
12                    MR. LINDELL:  Right, right.  Okay.
13                    MR. DEPERNO:  On December 17th, actually,
14   they told us they were going to do a full audit of the
15   county --
16                    MR. LINDELL:  Right.
17                    MR. DEPERNO:  -- the Secretary of State
18   did.  But in -- in reality, they only did a hand recount
19   again.
20                    MR. LINDELL:  Okay.
21                    MR. DEPERNO:  So --
22                    MR. LINDELL:  So on the recounts, we got
23   197, and then over here, Donald Trump had 3 [sic].  So
24   then when you -- the real numbers were 93 and 197; is
25   that correct?
```

Steve Bannon Broadcast - February 11, 2021

1
2              MR. DEPERNO:  That's correct.  So you can
3  see Joe Biden on election night --
4              MR. LINDELL:  Right.
5              MR. DEPERNO:  -- got 197.
6              MR. LINDELL:  Right.
7              MR. DEPERNO:  He got Donald Trump's 197
8  votes.
9              MR. LINDELL:  Right -- they -- right.
10             MR. DEPERNO:  We can know -- we know that
11  that was a --
12             MR. LINDELL:  This is 100 percent fact
13  here.
14             MR. DEPERNO:  100 percent factual.
15             MR. LINDELL:  Now -- now, what we're
16  showing here, you guys, so everyone knows, these are all
17  precincts.  I don't know if you can see this here, but
18  these are all precincts.  So let's just do this
19  precinct -- precinct.  392.  This is done through the
20  machines, and Donald Trump got 8.  What?  So here is 392
21  to 8, but the real number was 198 to 392.
22             MR. DEPERNO:  And if you see here, Elk
23  Township, Joe Biden got 392 on the election --
24             MR. LINDELL:  Right.
25             MR. DEPERNO:  -- in reality, those are

Steve Bannon Broadcast - February 11, 2021

1   Donald Trump's votes, those were the 392.

2                   MR. LINDELL:  Right.  They were just

3   flipped.  In order for that to be off, you do the

4   conclusion, which I would right now, 100 percent, how

5   could that be off?  There would be something wrong with

6   what?

7                   MR. DEPERNO:  The machine.

8                   MR. LINDELL:  The machines.  The machines.

9   And what we're showing here right now, what you're going

10  to see, all this that we've been talking about, this

11  massive machine election fraud that went on where

12  countries hacked into our election -- and nationwide,

13  this is one little county in northern Michigan.  And

14  these machines would do it right down to the precinct.

15                  Okay.  What we -- you're going to see --

16  this is the example we have that where -- that was

17  hand-counted and that, you know, the rest of the

18  country, you know, didn't get to do that.  They didn't

19  have the luxury of being able to do that, you know.  And

20  so what I want to tell y'all, is this is the perfect

21  example, just so you know, right down to the precinct

22  level what went on with these machines.  I want -- want

23  to see one more here.  So --

24                  MR. DEPERNO:  Well, you can look at, like,

25  the Kearney Township --

Steve Bannon Broadcast - February 11, 2021

```
1              MR. LINDELL:  Yeah.
2              MR. DEPERNO:  -- Joe Biden got 744 on
3   election night.
4              MR. LINDELL:  Right.
5              MR. DEPERNO:  Those were Donald Trump's
6   votes.  He actually recorded 16 on election night.
7              MR. LINDELL:  Okay.  So here's this county
8   that traditionally always is, like, 65 percent
9   Republican, 35 percent Democrat, correct?
10             MR. DEPERNO:  Correct, that's correct.
11             MR. LINDELL:  Okay.  So everyone in the
12  county knew when these numbers came in on -- on
13  November 4th, they're going, um, there's something wrong
14  with the machines.  Everyone.  Everyone would think
15  that.  It wouldn't matter if you're a Democrat or
16  Republican.  You're going, Wow.  And it's not like --
17  what -- and they couldn't use the deviation, saying,
18  Well, it was because of mail-in voting because this
19  isn't -- there's no huge cities in there like Detroit,
20  correct?
21             MR. DEPERNO:  That's correct.  So --
22             MR. LINDELL:  Right -- so I just want
23  everyone out there to know this before you get
24  (inaudible).  This is just a small county, northern
25  Michigan, and they ended up flipping -- we had 15,718
```

Steve Bannon Broadcast - February 11, 2021

1    votes -- votes --

2             MR. DEPERNO:  15,718 votes.

3             MR. LINDELL:  Votes.  And 7,060 were

4    flipped from Bi- -- or Trump to Biden; is that correct?

5             MR. DEPERNO:  Yeah.  And what's more --

6    even more --

7             MR. LINDELL:  Wow.

8             MR. DEPERNO:  -- what's even more

9    interesting --

10            MR. LINDELL:  By machine -- by machines,

11   right?

12            MR. DEPERNO:  By machines.

13            MR. LINDELL:  It had to be done by the

14   machines?

15            MR. DEPERNO:  Absolutely by machines.

16            MR. LINDELL:  Okay.

17            MR. DEPERNO:  If you look at the original

18   vote count, 7,769 --

19            MR. LINDELL:  Right.

20            MR. DEPERNO:  -- for Do- -- Joe Biden and

21   4,509 for Donald Trump.

22            MR. LINDELL:  Right, right.

23            MR. DEPERNO:  That actually totals 12,278

24   votes --

25            MR. LINDELL:  Right.

Steve Bannon Broadcast - February 11, 2021

1        MR. DEPERNO:  -- by machine on
2   November 3rd.  That's the vote tally.
3        MR. LINDELL:  Right.
4        MR. DEPERNO:  That wasn't correct 'cause if
5   you look at the hand recount, it was actually 5,959 for
6   Joe Biden and 9,759 --
7        MR. LINDELL:  Right.
8        MR. DEPERNO:  -- for Donald Trump, which
9   gets us to 15,718 --
10       MR. LINDELL:  Got ya.
11       MR. DEPERNO:  So the question is, where
12  did -- where were the 3200 votes --
13       MR. LINDELL:  Right.
14       MR. DEPERNO:  -- on election night?
15       MR. LINDELL:  Right.
16       MR. DEPERNO:  Why weren't they recorded?
17       MR. LINDELL:  And -- right.  And that --
18  but -- but even -- even with that -- and we don't know
19  why.  We don't know why on that.  We're -- I'm here to
20  show everyone out the facts and evidence that I've seen
21  100 percent.  Here's 100 percent.  This little county in
22  northern Michigan, look at what the difference was.  It
23  was a net of 5,250 votes; is that correct?
24       MR. DEPERNO:  That's a net for Donald
25  Trump.

1          MR. LINDELL:  That's a net for Donald
2    Trump.  There was 7,000 -- that's where you get the
3    7,060 votes.
4          MR. DEPERNO:  So what I want to show you
5    here in the next slide is actually the number of
6    registered voters.  This is what you're getting to.  The
7    number of registered voters in the county is twen- --
8    22,082 votes.
9          MR. LINDELL:  Right.
10          MR. DEPERNO:  And this is the total number
11   of votes cast by machine on November 3rd --
12          MR. LINDELL:  Right.
13          MR. DEPERNO:  -- 16,047.  Now, of course,
14   not everyone votes for the president --
15          MR. LINDELL:  Right.
16          MR. DEPERNO:  -- so that's why there's
17   going to be some disparity.
18          MR. LINDELL:  Right.
19          MR. DEPERNO:  But you see what happened in
20   Antrim County.  On November 3rd, there were 16,047 votes
21   cast.
22          MR. LINDELL:  Right.
23          MR. DEPERNO:  And then on November 5th when
24   they did a recount, somehow they gained 2,000 more
25   votes.

Steve Bannon Broadcast - February 11, 2021

1          MR. LINDELL:  Wow.

2          MR. DEPERNO:  And we haven't got an

3   explanation as to why that happened.

4          MR. LINDELL:  Right.  But -- but we do

5   have -- we do know that there was 7,000 -- if you

6   were -- if you were to say right now and go, you know

7   what, we do know that 7,060 -- Donald Trump had 7,060

8   more votes net out of this county.

9          MR. DEPERNO:  That's correct.

10         MR. LINDELL:  That's 100 percent fact.

11         MR. DEPERNO:  100 percent fact.

12         MR. LINDELL:  100 percent fact.

13         MR. BANNON:  Look, Mike, you talk about

14  providential.  Here, you've got an attorney up in a

15  small county up in Northern Michigan that really has a

16  guy come and complain about school board seat.  This

17  wasn't even about the presidential election.  But those

18  folks knew something was so extraordinary.  This is a

19  65/35 county, and they know their neighbors.  This is

20  rural, you know, Northern Michigan, right, so they knew

21  something was up right away, but the authorities didn't

22  want to deal with it.

23         But he got a school -- a guy just wanted to

24  check the school board running because he couldn't

25  figure out what went wrong.  And that's why -- remember,

Steve Bannon Broadcast - February 11, 2021

1  this is why I say Matt DePerno's the Jimmy Stewart
2  figure, because he's the only attorney in the country
3  that's really gotten in court, gotten a judge to issue
4  an order to let him go in and do an actual forensic
5  audit on the machines.
6              What do you got to say about that, Mike?
7              MR. LINDELL:  Well, that -- and that's --
8  I've talked to Matt in-depth and I said, you know,
9  that's a little mir- -- miracle that that happened.
10  Otherwise, none of the machines would have got into.
11  There were judges all across the country, didn't want to
12  be the first one, they were blocked, they were going --
13  somebody would get to them, talking about procedure.
14              So everyone says, Well, there was no
15  evidence looked at.  Yes, there was.  In this county --
16  and it's -- it's just like you said, here's a county
17  that's con- -- traditionally, all the way back, I looked
18  all the way back, 65 percent red, 35 percent blue.  And
19  all of a sudden, you got 15,000 voters in the county,
20  you know, and 7,700 and -- or some -- or 7 -- over 7,000
21  votes got flipped and you lose the other -- it's flipped
22  on you, and you go -- you're talking to your guys in
23  coffee shop going, How could this happen?  They're
24  going, What di- -- who did you vote for?  They could
25  almost go around the county and say who they voted for.

Steve Bannon Broadcast - February 11, 2021

1           But here was -- they were all wondering
2  that, but the big difference was this school board
3  election.  All of sudden, there's only supposed to be a
4  couple people voting, and I mean a couple, I think it
5  was two, and 500 or 300-and-some people voted in that.
6  So they're talking to each other and going, There's
7  something wrong.

8           So here they come in and this judge, under
9  the radar, 'cause they weren't talking about the
10 presidential election; otherwise, I guarantee you, the
11 Secretary of State in Michigan or somebody would have
12 stopped this from even looking at it.  Wonder why.
13 We'll find out tonight.  But I'll tell you what, they --
14 Matt comes in there and they start digging into it, and
15 they're going, Wow, you know, we want to be -- do a
16 forensic audit of the machines.  So you have the great,
17 you know, Russ Ramsland, his -- his company comes up
18 there.  They're the best.  And they tried to even block
19 that, but they were able to get what they needed out of
20 that machine, the forensic prints of the machine,
21 everything that happened that night.

22          And here's an interesting fact.  Tho- --
23 that flip of over 7,000 votes -- now, I think I -- now,
24 I don't -- I'm not going to be exact here, but it was
25 like -- probably the end results were 85 to 90 percent

1   Donald Trump and 10 to 15 percent Biden.  But the
2   interesting thing is, what you're going to see at the
3   end of this show, the last half hour, you're going to
4   see the cyber footprints we have now from the spyware
5   matches what that -- was in that machine's identical.
6   And that is so key that they --
7                   MR. BANNON:  Okay.  Yeah.
8                   MR. LINDELL:  And so now you take that
9   machine --
10                  MR. BANNON:  Yeah.
11                  MR. LINDELL:  -- and the interesting
12  fact -- I want everybody to know, everyone says they --
13  they did everything they could to discredit that county
14  because they were afraid because if you take that county
15  and if it's wrong there in that machine, that blatantly
16  wrong, which is in their report, the report that Matt
17  DePerno, that they did and that Russ Ramsland that came
18  out of there, that -- I think they --
19                  MR. BANNON:  Yeah.
20                  MR. LINDELL:  -- still have it under
21  wraps --
22                  MR. BANNON:  Okay.  Let's --
23                  MR. LINDELL:  -- that -- that is --
24                  (Speaking simultaneously.)
25                  MR. BANNON:  Yeah, let -- let -- let's --

Steve Bannon Broadcast - February 11, 2021

1        MR. LINDELL:  -- 100 percent they should
2    have looked at other machines and they didn't.
3        MR. BANNON:  Okay.  Mike, let's go to
4    the -- I think the next part is one of the most
5    important parts of the film.  I just want to say, to tee
6    it up, we're going to go back to Michigan and Matt
7    DePerno and Mike Lindell about the forensic audit went
8    on.  Remember, a couple of days after the election, what
9    they said is that a clerk, I think, made a problem with
10   the software, the way it was installed or hit the wrong
11   button, that this was all a clerical error and that it
12   could easily be unwound.  And oops, you know, we really
13   know -- knew we made it.
14        But I think it's very important.  This
15   forensic audit by Ramsland's team up in Michigan and --
16   and northern Michigan is very important.  We have
17   DePerno explaining it to Mike Lindell next.  We'll be
18   back in a few minutes.
19        (Plays video.)
20        MR. DEPERNO:  So after we filed a lawsuit,
21   we -- we -- at the same time we filed the lawsuit, we
22   also filed a motion with the court, asking the judge to
23   allow us to take forensic images of the Dominion system,
24   the Dominion Voting System.  And -- and he granted that.
25   And we then went in, and I believe it was

```
 1  December 6th --
 2              MR. LINDELL:  Right.
 3              MR. DEPERNO:  -- and with a team of
 4  forensic scientists and data collection scientists,
 5  we -- we captured the forensic images of the Domi- --
 6  Dominion Voting System.  The master tabulator is what we
 7  call it, sitting in the county building, along with all
 8  of the CF cards, which are the program cards that run
 9  the actual software along with the actual data cards or
10  thumb drives that collect and tally the results in each
11  precinct, we captured the forensic images of all of
12  those items --
13              MR. LINDELL:  Okay.  I want to -- I want to
14  say something there.  So the people -- did you hire
15  these people to do that?
16              MR. DEPERNO:  Correct.
17              MR. LINDELL:  Okay.  Were they -- and you
18  didn't know them before this, right?
19              MR. DEPERNO:  We didn't know them before --
20              MR. LINDELL:  Right.
21              MR. DEPERNO:  -- but people got us in
22  contact with them.
23              MR. LINDELL:  Contact with forensic experts
24  on these particular machines?
25              MR. DEPERNO:  That's correct.
```

1              MR. LINDELL:  And so -- so that's -- I just

2    want everyone to know that.  This wasn't just some, you

3    know, Hey, let's grab somebody from the county and look

4    at these machines, these were experts.

5              MR. DEPERNO:  These are people with real

6    experience analyzing forensic software images.

7              MR. LINDELL:  Wow.

8              MR. DEPERNO:  It can't be overstated enough

9    that these -- these scientists were also data collection

10   experts.  And that's important because what we saw in

11   Antrim County is the failure to properly follow

12   procedures in securing the election machines, the

13   tabulation machines and securely transferring the votes.

14   The chain of custody in this situation was completely

15   tampered with.

16              What we know for certain is that in the

17   Dominion system manual, the manual tells us exactly how

18   to connect the machines to the internet.  The manual

19   tells you how to --

20              MR. LINDELL:  Is it easy?

21              MR. DEPERNO:  It's very easy.

22              MR. LINDELL:  Could a guy like me plug it

23   in?

24              MR. DEPERNO:  I -- I'm certain you could

25   probably figure it out.

Steve Bannon Broadcast - February 11, 2021

1           MR. LINDELL:  Wow.
2           MR. DEPERNO:  But you can -- the manual
3  tells you how to connect the machine --
4           MR. LINDELL:  Right, right.
5           MR. DEPERNO:  -- to --
6           MR. LINDELL:  Right.
7           MR. DEPERNO:  -- the internet.  In our
8  case, what we found through the forensic study that was
9  conducted was that on November 4th at 11:03 p.m., system
10  files, adjudication files and other source system files
11  were deleted from the Dominion system in Antrim County.
12  We know that for a fact.
13           MR. LINDELL:  Wow.
14           MR. DEPERNO:  They were removed.  We don't
15  know who removed them or how they gained access to
16  remove them.  But we do know --
17           MR. LINDELL:  Okay.  Hold on.  Hold on.  We
18  do now.  You'll see that later in the show.
19           MR. DEPERNO:  What we know in our case,
20  what we -- in our case, we don't know precisely because
21  Antrim County and the Secretary of State have not given
22  us that information.
23           MR. LINDELL:  Right.  Right.
24           MR. DEPERNO:  But we do know that those
25  files were removed on November 4th at 11:03 p.m.

Steve Bannon Broadcast - February 11, 2021

1          MR. LINDELL:  What's the significance of
2  that that they're removed?  What does that do to you
3  as -- as trying to investigate this?  What did that do?
4          MR. DEPERNO:  Well, No. 1, I presume and
5  we've asked the Antrim County prosecutor to investigate
6  whether that was a crime to remove voting information
7  from the system prior to the expiration of a 22-month
8  period --
9          MR. LINDELL:  Right.
10          MR. DEPERNO:  -- which the -- the items are
11  required to be maintained.
12          MR. LINDELL:  But when -- but when that's
13  removed, what did -- that means it was hard for you to
14  do your audit?
15          MR. DEPERNO:  That's hard for us to review
16  the forensic images to conclusively understand --
17          MR. LINDELL:  Right.
18          MR. DEPERNO:  -- whether the machine
19  connected to the internet, because in Michigan, at least
20  38 other counties use the Dominion software.
21          MR. LINDELL:  Right.
22          MR. DEPERNO:  So if this is happening in
23  Antrim County and it was exposed in Antrim County --
24          MR. LINDELL:  Right.
25          MR. DEPERNO:  -- because of the disparity,

Steve Bannon Broadcast - February 11, 2021

1   because there were only 15,000- --
2                   MR. LINDELL:  Right.
3                   MR. DEPERNO:  -- -718 votes cast --
4                   MR. LINDELL:  You wouldn't -- you wouldn't
5   notice this in a bigger city if it was that low in
6   number.
7                   MR. DEPERNO:  Correct.
8                   MR. LINDELL:  Right.
9                   MR. DEPERNO:  If you were in Wayne
10  County --
11                  MR. LINDELL:  Right.
12                  MR. DEPERNO:  -- and 7,060 votes flipped,
13  you wouldn't notice it.
14                  My team of forensic scientists worked
15  tirelessly after December 6th, after we collected the
16  forensic images for about a week, they worked very hard
17  to review those images and put together a report.  And
18  because of a protective order that was in place in this
19  case, I had to file a motion with the court, asking the
20  judge to allow us to release the -- the report that we
21  had prepared.
22                  And we did that.  We did that on
23  December 14th.  The judge granted our request and
24  allowed us to release what's called the Allied Security
25  Operations Group Preliminary Summary, Version 2, dated

1  December 13th, '22.

2  MR. LINDELL:  Now, is that public?  Is that

3  public?  It's out there?

4  MR. DEPERNO:  It is public.

5  MR. LINDELL:  Right.  So and -- so this is

6  stuff that got put out there.  And I guarantee you, it

7  was probably put out there -- heck, I -- somebody

8  probably put it on their Twitter and -- I bet you it was

9  gone.  You know, they probably tried to spre- -- that's

10 just my opinion.  I had to throw that in there.

11 MR. DEPERNO:  Well, I can tell you it's

12 been on my website at Depernolaw.com since

13 December 14th, and it has constantly been suppressed for

14 people who try to share the link on Facebook --

15 MR. LINDELL:  This -- right.

16 MR. DEPERNO:  -- or Google or through

17 social media, it gets suppressed --

18 MR. LINDELL:  Right.

19 MR. DEPERNO:  -- and people are not allowed

20 to share it.

21 MR. LINDELL:  Right, right.

22 MR. DEPERNO:  In some cases, they try to

23 share it and a screen comes up that says that -- that

24 this information is not accessible --

25 MR. LINDELL:  Is -- right, not accurate.

1  Here, you had a -- a -- a perfect report, I mean, that
2  they -- even the judge said you could put it out there,
3  correct?
4          MR. DEPERNO:  Yes.  Everything we've done
5  in this case has been permitted by the court in terms of
6  the ability to release information.
7          MR. LINDELL:  Right.
8          MR. DEPERNO:  But what it is, actually,
9  it's information that if revealed would show that the
10  CEO of Dominion software, when he testified in front of
11  the Michigan Senate, this information would show that he
12  was not telling the truth about how the Dominion system
13  works.
14          MR. LINDELL:  Wow.
15          MR. DEPERNO:  And here's what we
16  concluded --
17          MR. LINDELL:  Wow.
18          MR. DEPERNO:  -- when released the report.
19  This is what it states.  "We conclude that the Dominion
20  voting system is intentionally and purposefully designed
21  with inherent errors to create systemic fraud and
22  influence election results."
23          Now, that's not my words.  That's the words
24  of the forensic team --
25          MR. LINDELL:  That looked at this.

Steve Bannon Broadcast - February 11, 2021

1          MR. DEPERNO:  -- that looked at the
2    forensic images and came to a conclusion about what they
3    saw.
4          MR. LINDELL:  Right.  So they concluded --
5          MR. DEPERNO:  That's what's in the report.
6          MR. LINDELL:  They concluded that the only
7    reason you would have a machine like this is if you
8    wanted to steal an election?
9          MR. DEPERNO:  Correct.  Because what they
10   also found is that this machine in Antrim County
11   generates errors at the rate of 68 percent based on
12   ballots that you put in the machine.
13         MR. LINDELL:  Right.
14         MR. DEPERNO:  Krebs this.  When you take a
15   piece of paper and you vote on it, you think when you're
16   voting that you're tallying your vote and then you put
17   that machine -- that piece of paper into the Dominion
18   tabulation machine, right?
19         MR. LINDELL:  Right.  Right.
20         MR. DEPERNO:  You know how that process
21   works.
22         MR. LINDELL:  Yeah.
23         MR. DEPERNO:  And you think you've voted,
24   but you haven't voted yet.  You haven't voted until that
25   machine actually tabulates your result in the system.

Steve Bannon Broadcast - February 11, 2021

1  When you put the paper in the tabulator --

2                  MR. LINDELL:  Right.

3                  MR. DEPERNO:  -- the tabulator takes that

4  paper, converts it to data, and data can be manipulated.

5  In the case of the way the Dominion system works, as I

6  understand it, based on information given to me by my

7  forensic team, when you insert that paper ballot --

8                  MR. LINDELL:  Right.

9                  MR. DEPERNO:  -- into the machine --

10                 MR. LINDELL:  Right.

11                 MR. DEPERNO:  -- and when an error is

12 tabulated --

13                 MR. LINDELL:  Right.

14                 MR. DEPERNO:  -- and Krebs, this machine

15 tabulates them at 68 percent error rate.

16                 MR. LINDELL:  Right.  Wow.

17                 MR. DEPERNO:  Those ballots, those error

18 ballots, go to what's called "adjudication."

19                 MR. LINDELL:  Right.

20                 MR. DEPERNO:  Adjudication is a process

21 where someone else other than the voter is able to look

22 at that ballot --

23                 MR. LINDELL:  Right.

24                 MR. DEPERNO:  -- on a screen and determine

25 the voter's intent and vote that ballot for the voter.

Steve Bannon Broadcast - February 11, 2021

```
1              MR. LINDELL:  Right.
2              MR. DEPERNO:  And in -- with adjudication
3   and the way the Dominion system works, you can
4   accumulate over the night a number of ballots.
5              MR. LINDELL:  Yeah.
6              MR. DEPERNO:  But what I can tell you,
7   what's interesting is the 2020 system log files are
8   missing, but they are present for 2018 and 2016.  This
9   happened at 11:03 p.m. on November 4th.  What happened
10  on November 4th, the day after the election --
11             MR. LINDELL:  Right.
12             MR. DEPERNO:  -- is at least in Michigan,
13  this story broke across the state --
14             MR. LINDELL:  Right.
15             MR. DEPERNO:  -- that Antrim County had
16  flipped in this manner.
17             MR. LINDELL:  Okay.  So it was such a
18  deviation -- everybody hear -- that's why we all heard
19  about Antrim County.  It was such a big deviation, it
20  would be like, you know, the whole time -- you know, for
21  decades or years, whatever, you're -- you're 65 percent
22  Republican and 35 percent and you flip, the whole
23  townspeople are probably having coffee going, What did
24  you do?  They probably did a recount just themselves at
25  the coffee shops, you know.  So now that makes sense.
```

1  That's why it made nat-  -- made national news.  We all
2  heard about it.

3

4           MR. BANNON:  Look, in this small county
5  in -- in northern Michigan, it's kind of -- this gets to
6  the heart of what the problem is here.  First off,
7  you've got the -- you've got this 68 percent situation
8  where it's -- you know, it's -- the overcount is 68
9  percent, or they're off by 68 percent.  You've also got
10 the situation where, you know, Allied is saying in the
11 manual, that they -- I show the manual and you've shown
12 it, that they're actually connected to the internet.
13           Mike, is that where you guys believe that
14 you caught Dominion in a bald-faced lie, because they
15 say there, Hey, there's no possibility this thing could
16 be hooked up to the internet, and yet here in the
17 manual, you found there was caught -- that it could be
18 connected to the internet.
19           MR. LINDELL:  Oh, no, it's -- that's --
20 that's just one of many.  I mean, it's just one lie
21 after another with these people.  I mean, connection to
22 the internet, there's servers overseas.  It just goes on
23 and on.  But you know, when you talk about this case in
24 particular, you just heard -- you know, they're trying
25 to -- you know, they -- right in the -- right in the

Steve Bannon Broadcast - February 11, 2021

1    thing, "Based on our study, we further conclude that the
2    results from Antrim County should not have been
3    certified."  I mean, this is right here, you know, in
4    their report.  And instead of -- and not only that, they
5    should have just went to every other county then.
6                    I mean, this is the most -- if this doesn't
7    show the whole country here, you know, here you had
8    evidence -- you know, the one machine you got to open up
9    and then everyone says, Well, we're not going to open up
10   anymore.  And by the way, they weren't online.  Well,
11   here it is right here, they were online.  I mean,
12   they're not only online, but we've got -- you know, they
13   were used -- and he says it right here, when they went
14   in there to check the cyber footprints or the -- to
15   check these machines, they seen all that.
16                   They seen -- you couldn't have done -- the
17   things that couldn't be done, you had to be online.
18   This is stuff that I asked -- I did my own due
19   diligence.
20                   MR. BANNON:  Okay.
21                   MR. LINDELL:  I asked Russ -- you know,
22   Russ, I said -- and his team, I said, So these machines
23   would have to be online in order for what you see in
24   there to be done?  Absolutely, 100 percent.
25                   MR. BANNON:  Okay.  The other thing I want

1    to get to is their report.  And is -- is it ever going
2    to be fully put out?  And here's the reason.  There are
3    people on the left and people in the mainstream media
4    that push back on the credentials of -- of Russ.  I
5    think there were also some calculation mistakes done in
6    Michigan by adding certain -- on some of the stuff, I
7    think some of the -- in the court filings.  They had
8    some mathematical mistakes, including some -- some
9    districts in Minnesota.  And so people have questioned
10   Allied.

11            But in their report -- and I don't think
12   this could be more brutal or more stark.  It says, and I
13   quote, "We conclude that the Dominion Voting System is
14   intentionally and purposefully designed with inherent
15   errors to create systematic fraud and influence election
16   results."

17            Now, when the state of Texas did their
18   assessment, when they decided not to choose Dominion
19   systems, they weren't this harsh.  They were pretty
20   tough on Dominion, is that they had all these types of
21   flaws and they felt -- in their system that they just
22   weren't tight enough, that's why they're not selected
23   for the state of Texas.

24            Here, they say they're designed to have
25   these flaws.  Now, do you believe this?  Is this one of

Steve Bannon Broadcast - February 11, 2021

1  things that you're -- you're depending upon, this Allied
2  Securities analysis of Antrim County?  Is this one of
3  the things that you depended upon when you make these
4  assertions that Dominion systems is purpose- --
5  purposefully designed to actually have flaws so that you
6  can actually flip votes of which they adamantly say
7  never happened --
8             MR. LINDELL:  Right.
9             MR. BANNON:  -- the system's not designed
10  to do that.  In fact, they say it's actually impossible
11  to do that.
12             MR. LINDELL:  Yeah, you know, you're --
13  you're right, Steve.  They -- it -- it didn't.  I wasn't
14  100 percent then.  I could look there.  I didn't see --
15  you know, I didn't see them plugged in with my own eyes,
16  so I could be very subjective.  It says in the manual,
17  you can go them online and you have thousands and
18  thousands of affidavits from people that said they were
19  online.  You had people that ran them that said they
20  were online.
21             But that wasn't what I did, my thing.  What
22  you're coming up here in this show is what -- when I
23  knew that they were online.  And even being online, for
24  me, I'm going, okay, even if they were online, you know,
25  did people -- did they steal our election?  That would

Steve Bannon Broadcast - February 11, 2021

1  be my question.  I'm going, okay, you proved they were

2  online.  We all know that.  But does that prove that

3  they actually -- that they stole votes from servers

4  overseas?  No.

5           But what you're going to see here tonight

6  is, yes, they did.  And this is when I went -- I kept

7  getting -- Steve, I went like this with me.  I kept

8  getting -- hearing more things, I would dig into it,

9  like, you know, with the Russ Ramsland group, I dug into

10 them probably a month and a half before I ever got that

11 piece of evidence on January 9th.  So I'm digging into

12 them, I'm going -- and then all of a sudden, they find

13 all this stuff in Antrim County.

14           And I'm going, Wow, we got it.  They showed

15 the machines.  All you got to do is just open up the

16 machines in this country and you're going to find all of

17 those votes that were --

18           MR. BANNON:  Okay.

19           MR. LINDELL:  -- flipped and flipped.  But

20 you know what --

21           MR. BANNON:  But -- but you're -- look,

22 look, you're -- you're a tough business guy.  You run

23 your business -- people don't -- maybe not know this,

24 but it's not just making pillows, it's the math in back

25 of that and the math of --

Steve Bannon Broadcast - February 11, 2021

1              MR. LINDELL:  Right.

2              MR. BANNON:  -- sales and marketing.

3    You're very detailed-oriented when it comes to numbers.

4    You're very detail-oriented about getting to the bottom

5    of when numbers change.  Are you confident that you've

6    done the due diligence on Allied, because I got to tell

7    you, their report -- and I think the audience needs to

8    know, when is the full report coming out because I don't

9    think the full report's out.  I think some parts are

10   held back about this.

11             MR. LINDELL:  Yeah.  No, it was --

12             MR. BANNON:  People need to see this

13   report.  They need to read the report.  And DePerno, I

14   think, needs to become even a bigger public figure about

15   this.

16             MR. LINDELL:  Right.

17             MR. BANNON:  Because to me, this is one of

18   the hearts of the cases.

19             MR. LINDELL:  Right.  Well, you know, he

20   was -- his -- you know, a small town lawyer guy that

21   came in there to help a school board thing, and he's all

22   of a sudden thrown into the public eye.  And you know

23   what, there is a report, there's stuff that came out,

24   there's stuff they held, but this court case is still

25   going on.  They can't put stuff out there like you're

Steve Bannon Broadcast - February 11, 2021

1   all seeing and the media use that to say, Oh, there's --
2   there's this and this and this.  The bottom line is,
3   they showed straight out that there were 7,300 votes
4   flipped or whatever it was.
5               I -- I want to tell you this too.  You
6   know, maybe -- I'm just seeing something here --
7               MR. BANNON:  Hold on.  You don't -- by the
8   way, you don't believe -- hang on.  You don't believe
9   what their thing was?  It was a coun- -- it was a clerk
10  or it was a software situation --
11              MR. LINDELL:  It's a -- no.
12              MR. BANNON:  -- where the clerk didn't
13  install the right software or didn't flip it.  You don't
14  believe what they came out and said the official party
15  line?  You checked that out and you don't believe that?
16              MR. LINDELL:  100 percent, I checked that
17  out, because when the report came back, I talked to them
18  guys.  I said, you know, this is -- what -- what do you
19  mean they're saying this and this?  These machines, they
20  have a feature in there, the weighted race feature, so
21  you just set them.  Now -- or you set them and you
22  can -- and you can hack into them.
23              But what I want to say is this.  I'm
24  going to -- I'm going to -- I'm going to go a step
25  further here.  There might be a third miracle in here

Steve Bannon Broadcast - February 11, 2021

1   because head -- the -- in Antrim County, let's just say

2   that they would have said, Okay, let's open up the

3   machines in this country.  Every single state would have

4   been flipped, you'd have seen all the votes that were

5   flipped, but you might not have seen who did it and

6   where all they came from, the servers overseas.

7              So this evidence that came out a little

8   later and -- and -- and what I got ahold of on

9   January 9th when people reached out to me, that -- you

10  know, that could be the third miracle.  It all leads up

11  to these machines getting found out, it's an attack on

12  our country and it's coming up here.

13             But, you know, what Matt's doing right now,

14  the case is still open and it's a -- you know, all this

15  stuff can be attached to that and we can go on from

16  there.

17             MR. BANNON:  Yeah.

18             MR. LINDELL:  This is what I want to tell

19  the public.  You know, that's kind of that -- you know,

20  you got all these things out there.  They say, well,

21  where's our hope, where's our -- you know, of

22  what the -- the hope is that you get this video, that

23  you get this documentary out to everyone so that

24  everybody -- that the media can't suppress what we have

25  here.  We have good ongoing cases.  Antrim County is

Steve Bannon Broadcast - February 11, 2021

1   still going on.  They're -- that was just the media
2   telling, we don't want to open up anymore -- you know,
3   anymore --
4                   MR. BANNON:  Okay.
5                   MR. LINDELL:  -- machines.
6                   MR. BANNON:  Yeah.  What I want to do,
7   Mike, is go to the next section because here's where you
8   see Matt DePerno, a -- a -- you know a small time --
9   town lawyer is going up against the entire system and
10  he's -- and the system is trying to disbar everybody
11  that's contesting this.  So let's see -- let's see the
12  next section of the film and then we'll come back and
13  talk about it.
14                  MR. LINDELL:  Okay.
15                  (Plays video.)
16                  MR. DEPERNO:  Antrim County was not
17  certifiable based on what the machine spit out on
18  election night.  And what we've requested is a full
19  audit of the county.  But we want all of the machines
20  tested, we'd like to see all the machines tested across
21  the state.
22                  MR. LINDELL:  Right.
23                  MR. DEPERNO:  We'd like to see audits
24  across the state of Michigan.
25                  MR. LINDELL:  Right.

```
1              MR. DEPERNO:  This is from the actual
2   Dominion manual.  This --
3              MR. LINDELL:  That's the Dominion manual.
4   Wow.
5              MR. DEPERNO:  -- this tells you --
6              MR. LINDELL:  Yeah.
7              MR. DEPERNO:  -- how to connect the machine
8   to guess what?
9              MR. LINDELL:  The internet.
10             MR. DEPERNO:  Yes.
11             MR. LINDELL:  Did everybody hear that?
12             MR. DEPERNO:  This is another slide.
13             MR. LINDELL:  But you have to be on the
14  internet in order to do this, so we're going to show you
15  here -- I thought these machines didn't go on the --
16  that's what we were told as the public.
17             MR. DEPERNO:  That's what we are told.
18             (Pause in audio.)
19             MR. COOMER:  Once -- if it's configured to
20  print automatically, it'll print anywhere from one to,
21  you know, five, ten copies.  However many are needed
22  in -- in the jurisdiction, as well, this device can
23  transmit directly.  So that's all part of that closed
24  polls process.  You hit that button once, it prints out
25  the tapes.  When it's done printing out the tapes, it
```

Steve Bannon Broadcast - February 11, 2021

1   will automatically transmit the results as well.

2                    UNIDENTIFIED SPEAKER:  What is the vehicle

3   for the transmission from the ICP?  Is it cellular modem

4   versus VPN?

5                    MR. COOMER:  Well, it is a cellular modem

6   that V- -- can be configured in a VPN, right?  And we --

7   currently, in Chicago, Cooke County, we work with

8   Verizon to secure that network.  So we would have the

9   same capabilities here.

10                   UNIDENTIFIED SPEAKER:  Look, what wireless

11  chip set/modem does the hardware have?

12                   MR. COOMER:  We support a variety.  So it's

13  really up to the jurisdictions, what technology they

14  want to use, what's compatible with their -- with their

15  networks.

16                   UNIDENTIFIED SPEAKER:  Currently in some

17  jurisdictions, we're using, basically, a modem that is a

18  3D modem, GSM, but we can support multiple -- varieties

19  of more that can be configured.

20                   MR. COOMER:  Including -- including the

21  latest 4G standards as well.

22                   UNIDENTIFIED SPEAKER:  Okay.  So that

23  answers the next question, is it 3G or 4G, Verizon, AT

24  or T [sic], or Sprint, I'm assuming all?

25                   MR. COOMER:  Yeah, all, all networks.

Steve Bannon Broadcast - February 11, 2021

1   Right.  Just a point of --

2                   UNIDENTIFIED SPEAKER:  (Inaudible.)

3                   MR. COOMER:  Yeah.  I mean, we actually

4   transmit from the ICP in Mongolia as well, so we're not

5   limited in networks.

6                   UNIDENTIFIED SPEAKER:  And in Puerto Rico,

7   there's three vendors, because the island is not covered

8   by any -- by any of the vendors completely, so we use

9   three different cellular vendors for some ICPs, but

10  there's vendor (inaudible), AT&T, and T-Mobile, I think,

11  in the different parts of the island, so...

12                  UNIDENTIFIED SPEAKER:  Everything gets

13  complicated.

14                  MR. DEPERNO:  But this is another slide

15  from the Dominion software manual --

16                  MR. LINDELL:  Right.

17                  MR. DEPERNO:  -- that tells you exactly how

18  to set up your system to connect to the internet.

19                  MR. LINDELL:  Uh-huh.

20                  MR. DEPERNO:  Those are important slides to

21  see.  And again, another slide from Dominion Voting,

22  Image Cast Central, which tells you, as you can see in

23  the bottom corner here, it says num- -- Box No. 1,

24  ensure that the ma- -- workstation is connected to the

25  network switch with an ethernet cable.

Steve Bannon Broadcast - February 11, 2021

```
1              MR. LINDELL:  Wow.
2              MR. DEPERNO:  What does an ethernet cable
3    get you?  To the internet.
4              MR. LINDELL:  To the internet.
5              MR. DEPERNO:  These are -- this is all
6    information --
7              MR. LINDELL:  Yeah.
8              MR. DEPERNO:  -- that we've been able to
9    look at --
10             MR. LINDELL:  Right.
11             MR. DEPERNO:  -- from the actual manual.
12             MR. LINDELL:  So what do we got here?  That
13   looks like it was manipulated.  What?
14             MR. DEPERNO:  Well, this -- these spikes,
15   these blue spikes throughout this show you where Joe
16   Biden got what we call injections --
17             MR. LINDELL:  Right.
18             MR. DEPERNO:  -- of votes at very specific
19   times.
20             MR. LINDELL:  Right.
21             MR. DEPERNO:  These -- these big ones on
22   the left are November 3rd.  So I'd be curious to see if
23   your data that you have --
24             MR. LINDELL:  Right.  It will.
25             MR. DEPERNO:  -- correlates to those.
```

Steve Bannon Broadcast - February 11, 2021

1          MR. LINDELL:  Just so everybody knows, what
2  you're going to see, when you see this spike, you're
3  going to see a forensic footprint, how that happened and
4  who did it.  China, yes.  If you're on the internet, the
5  bottom line is, you can get -- you can cheat, you can do
6  all kinds of things.  And that's -- because otherwise,
7  you can't explain any of these numbers, right?
8          MR. DEPERNO:  That's correct.
9          MR. LINDELL:  That's correct.
10          MR. DEPERNO:  The machine results don't
11  match up with the hand tabulation.
12          MR. LINDELL:  To the real numbers.  And
13  one -- and once again, the -- you know, the purpose of
14  this whole show, obviously, is to show everyone in the
15  world that these machines -- that this was the biggest
16  fraud and the biggest crime, I believe, against
17  humanity, just a crime against humanity.  If we wouldn't
18  be all talking about this now and this is -- all the
19  truth is going to be revealed --
20          MR. DEPERNO:  Michigan is under siege
21  because this is what I'm dealing with right now.  Dana
22  Nessel is the Attorney General in the State of Michigan.
23  She sent this tweet out not too long ago, and it says
24  fun fact.  Lawyers who practice in Michigan are required
25  to take an oath to support the Michigan and U.S.

Steve Bannon Broadcast - February 11, 2021

1  Constitutions, not to file unjust and/or frivolous
2  actions or mislead the Court.  The spate of Trump
3  lawsuits in our state violates each of these tenets, it
4  demeans our profession.
5              MR. LINDELL:  Wow.
6              MR. DEPERNO:  What she's calling for, and
7  she's said this publicly, she's calling for attorneys in
8  Michigan to be disbarred who file lawsuits in Michigan
9  challenging --
10             MR. LINDELL:  This election.
11             MR. DEPERNO: -- the results of the
12 election.
13             MR. LINDELL:  Hey, guy- -- can you guys all
14 hear this?  This is what we're up against.  This
15 Dominion, these machines is the biggest fraud in
16 election -- they stole this.  But now the truth is all
17 going to be revealed.  People like this lady, Dan- --
18 what's her name, Dana --
19             MR. DEPERNO:  Dana Nessel.
20             MR. LINDELL:  Dana Nessel.  Dana Nessel,
21 how dare you put this out.  You're supposed to protect
22 Michigan and the U.S.?  This is what I'm doing.  This is
23 why I'm getting attacked.  This is why everybody's
24 getting attacked --
25             MR. DEPERNO:  So --

Steve Bannon Broadcast - February 11, 2021

1          MR. LINDELL:  -- that anybody -- you know,
2   here you are the attorney of the -- one of the few open
3   cases where we have 100 percent proof.  First, they try
4   and suppress the actual report from it, right here,
5   right?
6          MR. DEPERNO:  (Inaudible.)
7          MR. LINDELL:  And now they're trying -- now
8   they're trying to just get rid of you.
9          MR. DEPERNO:  That's true.  So we have
10  Michigan executive officials who are now using the power
11  of government to threaten those with whom they disagree
12  with sanctions.  They're threatening me and others with
13  disbarment.
14         MR. LINDELL:  Wow.
15         MR. DEPERNO:  So bringing forth evidence
16  now --
17         MR. LINDELL:  Uh-huh.
18         MR. DEPERNO:  -- in our country not only
19  gets you the mockery of the mainstream media --
20         MR. LINDELL:  I've been there.
21         MR. DEPERNO: -- who refuse to actually
22  report on it or the truth, but it now gets you ethics
23  complaints filed against you if you are a lawyer.
24         MR. LINDELL:  Wow.
25         MR. DEPERNO:  So what do we do about that?

Steve Bannon Broadcast - February 11, 2021

1  When the Michigan Attorney General, who is the chief law
2  enforcement person in the state, threatens those with
3  whom she disagrees, you know what that is?  That's
4  tyranny.
5                  MR. LINDELL:  Yep.
6                  MR. DEPERNO:  That -- you know, that is
7  totalitarianism.
8                  MR. LINDELL:  Right.
9                  MR. DEPERNO:  So in our election system,
10  and it's been going on for years after every election,
11  people challenge elections.
12                  MR. LINDELL:  Right.
13                  MR. DEPERNO:  That happens on a regular
14  basis --
15                  MR. LINDELL:  Right.  Yep, yep.
16                  MR. DEPERNO: -- after elections.  That's
17  part of our Republic.  That's part of public discourse.
18  We're ena- -- we're enabled to go in and have those
19  discussions through the court system to challenge
20  elections.  And what Dana Nessle is saying is that you
21  can't do that anymore.
22                  MR. LINDELL:  Right.
23                  MR. DEPERNO:  Because if you try to do it,
24  she will threaten you, she will try to take your
25  license --

Steve Bannon Broadcast - February 11, 2021

```
1              MR. LINDELL:  Uh-huh.
2              MR. DEPERNO:  -- and she will try to
3    silence you.
4              MR. LINDELL:  Wow.
5              MR. DEPERNO:  So her statements -- this is
6    no longer part of public discourse.  This is chilling.
7              MR. LINDELL:  You think she's talking about
8    all the lawyers?  She's talking about you.
9              MR. DEPERNO:  Well, we've talked about it.
10   I agree -- I totally agree with you, she is talking
11   about me.
12             MR. LINDELL:  Right.
13             MR. DEPERNO:  And we've talked about the
14   importance of public discourse.
15             MR. LINDELL:  Right.
16             MR. DEPERNO:  Her tweet, as I said, chills
17   public discourse.
18             MR. LINDELL:  Yeah.
19             MR. DEPERNO:  What it does is it asks a
20   lawyer to put their fear above the representation of
21   their client in legitimate litigation.
22             MR. LINDELL:  Right.
23             MR. DEPERNO:  That is tyranny --
24             MR. LINDELL:  Right.
25             MR. DEPERNO:  -- that's totalitarianism --
```

1      MR. LINDELL:  Right.

2      MR. DEPERNO:  -- that is fascism.

3      MR. LINDELL:  She wants to scare you into

4  doing nothing.

5      MR. DEPERNO:  But it gets worse.

6      MR. LINDELL:  Right.

7      MR. DEPERNO:  Around November 20th, Dana

8  Nessle did an interview with the Washington Post, and in

9  that interview, she threatened every Michigan

10  legislator, and she said that any Michigan legislator

11  with whom she disagreed with, any of them who challenged

12  these election results, she would investigate them and

13  seek criminal sanctions against them.

14      MR. LINDELL:  Wow.

15      MR. DEPERNO:  That is saying to these

16  Michigan legislators --

17      MR. LINDELL:  Stay silent.

18      MR. DEPERNO:  -- that if they -- if they do

19  anything to bring forth the word of their constituents

20  to challenge election results, they could be charged

21  criminally.  It's asking elected officials, again, to

22  put their fear above the word and the choice of their

23  constituents.

24      MR. LINDELL:  Wow.

25      MR. DEPERNO:  And you ask yourself, Why did

Steve Bannon Broadcast - February 11, 2021

1   so many elected officials in Michigan refuse to look at

2   the evidence that was presented to them?

3               MR. LINDELL:  They -- they did it out of

4   fear.

5               MR. DEPERNO:  Or time and time again,

6   say --

7               MR. LINDELL:  Uh-huh.

8               MR. DEPERNO:  -- that they haven't seen any

9   evidence --

10              MR. LINDELL:  Right.

11              MR. DEPERNO:  -- of voter fraud --

12              MR. LINDELL:  Right.

13              MR. DEPERNO:  -- or vote interference.

14              MR. LINDELL:  Right.

15              MR. DEPERNO:  And you combine that with

16  what we've now learned about the interview Dana Nessle

17  gave --

18              MR. LINDELL:  Right.

19              MR. DEPERNO:  -- on November 21st, telling

20  elected officials they'd be charged criminally.

21              MR. LINDELL:  Right.

22              MR. DEPERNO:  And I say this right now,

23  everything that Dana Nessle has done in terms of

24  threatening me and threatening state legislatures,

25  violates the Michigan Rules of Professional Conduct, and

Steve Bannon Broadcast - February 11, 2021

1  she should resign immediately.  It demonstrates that

2  she's not fit for office.

3              MR. LINDELL:  Well, there's many like her.

4  We know that.  This is going to reveal all the evil in

5  our country, all the criminals in the country, all the

6  ones that tried to suppress this.  And that's just from

7  social media, like, Jack Dorsey, like Mark Suck-a-Buck.

8

9              MR. BANNON:  Okay, Mike, I want to bring up

10 a couple things.  Eric Loomer [sic], the -- the

11 executive that works for Dominion, I believe he's

12 actually suing people.  I think he's brought some suits.

13 But you say in here, you actually, I guess, catch him on

14 the video talking about the internet.  And this is, once

15 again, gets back to the internet.  Are Dominion machines

16 set up to be on the internet, were they attached to the

17 internet?

18             MR. LINDELL:  Right.

19             MR. BANNON:  I think the company adamantly

20 opposes.  But talk to -- talk to us about Eric Loomer.

21 Is he -- you've been -- I don't know if you've been sued

22 yet or not.  You keep telling guys that, hey, I've got

23 the evidence so go ahead and sue me.  Has Loomer

24 contacted you?  Has Loomer said that he's going to sue

25 you with all the outbursts you've had about Dominion

1  Voting Systems.

2              MR. LINDELL:  No.  Dominion sends me

3  letters, like, you have been warned.  You know what,

4  I've told them to sue me.  Eric, come on, please sue

5  me --

6              MR. BANNON:  Coomer.

7              MR. LINDELL:  -- Smartmatic, all of you

8  guys, because they won't.  And you know when they do go

9  out and they do these fake lawsuits that they're

10  going -- they're suing someone, they're trying to do

11  that -- the only reason they're doing that is so that

12  networks, news networks and everybody's afraid of

13  talking about it.  So they ended up, oh, we're going to

14  get sued if anybody talks about voter fraud and election

15  fraud.  Are you kidding?  You know, this is -- I would

16  love it.  Come on, Eric.

17              MR. BANNON:  So by the way, it's Eric

18  Coomer.  I had a little typo there in the notes.  Now, I

19  want to talk about Dana Nessel, the attorney general.

20  The pressure she's putting on lawyers like DePerno and

21  also state legistla- -- I think they're -- they're

22  trying to disbar guys if they bring cases.  They're also

23  threatening criminal sanctions.

24              MR. LINDELL:  Right.

25              MR. BANNON:  What is going on?  Why --

1   Mike, why are the elected officials in the state of
2   Michigan so afraid to drill down and to find out what's
3   going on with these machines in Antrim County?  I -- I
4   don't understand it.  Explain that to the audience.
5                   MR. LINDELL:  It's not explainable.  I
6   mean -- I mean, you -- you -- you're trying to stop a
7   court case from moving forward that could affect every
8   single person for the rest of our time here on earth?  I
9   mean, this is crazy.  That -- why would they do that?
10  They're either trying to hide something.  That's the
11  only reason.  That can be the only reason.
12                  And it's not just Michigan, it's across
13  this country and all these states that they do.  But
14  I'll tell you, what she does, that Dana Nessel, to
15  threaten this guy, this -- you know, this guy that was a
16  hometown lawyer that went in to help a school board
17  election because he knew -- the town knew -- the town
18  came to him.  They said, There's something wrong here.
19                  And -- and they traced it all -- right to
20  the machines.  And it's -- you know, here it is.  But
21  the case is still open, so they are very threatened by
22  it.  You know, it's really hard for them to keep that
23  out of the news.  So what does she do?  Dana Nessel
24  sticks up these things on -- on her Twitter and stuff
25  and saying, Hey, we will suppress any lawyer, we will

Steve Bannon Broadcast - February 11, 2021

1  suppress anybody that talks about it.

2                  And you know, I had a long talk with Matt

3  about that and I said, Matt, I said, it's people like

4  you and I that are brave, that just keep going and forge

5  ahead in spite of all that because, you know what, we

6  have the absolute proof, but we will get that -- we will

7  get to the absolute truth.

8                  MR. BANNON:  Okay.  Okay.  So -- so -- so,

9  Mike, I got to ask you this.  You say that the film is

10 Absolute Proof.  You're absolutely certain, and you're a

11 savvy business guy, you've gone through this, you've

12 done your due diligence.

13                  MR. LINDELL:  Yep.

14                  MR. BANNON:  One of the questions people

15 have is that the state of Michigan did certain -- I

16 think there are 28 other counties in Michigan that use

17 the Dominion Voting System.  The state certified this

18 and then the Republican Party controls, I believe, the

19 House and the Senate.  They didn't fight it.  In fact,

20 they had this big fiasco down in Wayne County.  They

21 just let it all pass through.  The votes did get

22 certified.  They got certified and a Republican House

23 and state -- you know, and -- and -- and the Senate just

24 kind of stepped aside, let it be certified.

25                  So -- so tell the audience, how are they

Steve Bannon Broadcast - February 11, 2021

1  supposed to think of that when this is a Republican
2  legislature, many of these counties are Republican,
3  particularly a bunch of them are in rural areas, they
4  all certified this.  So --
5           MR. LINDELL:  Well, they're either --
6  they're either --
7           MR. BANNON:  -- is -- was Antrim County
8  just a software problem and how -- how did that just --
9           MR. LINDELL:  Steve --
10          MR. BANNON:  -- make the audience
11  understand, how did everybody -- how did everybody
12  certify it?
13          MR. LINDELL:  Well, they're either scared,
14  crooked or -- or they're -- we don't know.  This is the
15  big thing in this country.  We don't know.  That's why
16  when you come in to atta- -- you plan an attack on a
17  country and you're China and you're planning this attack
18  and you've had five years or how many years to plan it,
19  you've got -- you've got things figured out.
20          What -- you know, and just like a backup
21  plan when they had -- when they had to get all those
22  votes and all those deviations we seen.  The part that's
23  unexplainable is just that.  None of the legislatures
24  did their job, but you know what, they used this --
25  that's what they used with this China virus.  They also

Steve Bannon Broadcast - February 11, 2021

1   used that.  That's a whole nother conversation.

2              You know, they had things like -- like last

3   summer when I brought that before Anderson Cooper, the

4   myoleander.com, they had the hydroxychloroquine.  All

5   these things that could have maybe opened up our country

6   or all these governors that are suppressing people

7   and -- and doing this, they used that for this election.

8   They also used that.  I mean, but it's unexplainable.

9   There's a lot of unexplainable things.

10             But what did we say?  The -- we got the

11  absolute proof and then the absolute truth will come

12  out.  That truth also will include -- a lot of people

13  are going to sit before people and go -- you know, in

14  courts or whatever and go, Why did you do that?  How --

15  why would you certify something?

16             Now, I will give -- you know, I will give

17  one thing because, you know, this -- they suppressed

18  that machine vote and this -- or the machine so much,

19  that, like I say, it's just coming out now.  I heard

20  about it on January 9th where I had 100 percent proof.

21             Now, they had the 100 percent --

22             MR. BANNON:  Okay.

23             MR. LINDELL:  -- proof in Antrim County.

24  So what did they do it -- you know --

25             MR. BANNON:  Okay.

1        MR. LINDELL:  -- whoe- -- whoever tried to
2    stop it -- I'm just saying that that's one of the things
3    we will find out, too, because it's very unexplainable
4    how they could all do that --
5        MR. BANNON:  Okay.
6        MR. LINDELL:  -- to the American people.
7    They did it to the American people, they did it to their
8    own families, their neighbors and everybody.  They're --
9    everybody played a role in this in some way when the --
10   when you talk to these politicians that dropped the
11   ball.
12       MR. BANNON:  Okay.  Well, that's something
13   that's got to be resolved because this issue about the
14   certification is still out there.  You talk about the
15   Chinese Communist Party.  The next -- the next section
16   is quite explosive.  We're going to get to Mary Fanning.
17   She's an investigative reporter.  I'm very proud -- this
18   section talks about the Chinese Communist Party and
19   their involvement.  I'm very proud of being, I think,
20   the first civilian that's ever been sanctioned by the
21   Chinese Communist Party.  It happened four minutes into
22   the Biden Administration when Mike Pompeo, Matt
23   Pottinger for the National Security Council, Peter
24   Navarro and myself and others, about 24 others, were
25   personally sanctioned by the Chinese Communist Party for

1  our activities to confront and take down the Chinese
2  Communist Party.
3              Mary Fanning, a very well-known
4  investigative reporter joins Mike Lindell next for some
5  pretty shocking revelations.
6              (Plays video.)
7              MR. LINDELL:  Well, everyone, this is the
8  moment you've all been waiting for.  What you're going
9  to see now is 100 percent proof that we had upon our
10  country, the biggest cyberattack in history.  And I'm
11  going to bring on Mary Fanning to explain how it all
12  happened and the -- show you the 100 percent proof.
13             Mary, thanks for coming on.
14             MS. FANNING:  Thanks, Mike.  Today, we've
15  been watching cybersecurity experts, and they've
16  explained some of the things that happened in the
17  election, some of the election fraud.  But what we're
18  seeing here is, if you'll look at this chart, is that
19  there were cybersecurity experts who began collecting
20  information on November 1st and be- -- so this was
21  before, during, and after the election that they were
22  collecting documentation.  In fact, they collected
23  terabytes of information that document the election
24  fraud before an intrusion into our election.
25             This was collected as -- in 2995 counties

Steve Bannon Broadcast - February 11, 2021

1  in the United States.  This was collected in realtime.
2  All right.  So if you go to the chart, what you will see
3  is the documentation of foreign interference in the
4  election.  The first column, if you look at the chart,
5  that shows that on 11/5/2020 at 7:43 and 38 seconds, we
6  had a foreign intrusion, and it shows the IP address,
7  the internet protocol address.  That is the number of
8  that protocol address, of the hacker that entered into
9  our election.
10            The second column is the owner or source of
11  that IP address.  That shows that Chinanet in Beijing
12  Province entered the election.  It shows an ID.  That is
13  the unique address of a computer.  That shows the exact
14  computer using that IP source that entered into our
15  election.
16            The next is the target.  That's the IP
17  target.  That's the internet protocol address of the
18  target.  All right?  Then the next is the target state.
19  In this case, it shows that it's Michigan.  Where in
20  Michigan?  That's the next column.  It shows that it's
21  in Emmet County, Michigan.  Then the ID target.  That is
22  the unique address of another computer in the United
23  States that the hacker has gone into.  And then it shows
24  the method of intrusion.
25            Now, on some cases, you're going to see

Steve Bannon Broadcast - February 11, 2021

1   that they use credentials.  That means that they have

2   fake credentials because there were administrators that

3   had been placed on the Secretary of State's computers,

4   false administrators.  In other cases, it shows that

5   they broke through the firewall.  In some cases, they

6   did both.

7               Now, in the next column, it shows whether

8   it was successful.  You'll see a Y. That shows that,

9   yes, it was successful.  Now, oftentimes, they're not

10  successful and they have to go back and try for another

11  intrusion, and then it shows whether that's, in fact,

12  successful as well.

13              Then in the final column, what you're

14  seeing are votes changed.  Now, in this particular case,

15  when they went into Emmet County, Michigan, the votes

16  that were changed was they stole 3477 votes from Donald

17  Trump.  That's what you're looking at.

18              Now, as you go through this document and

19  you look at all the multiple intrusions into our

20  election, what -- what you'll notice, that over

21  60 percent of these intrusions come from China.  So that

22  is -- over 66 percent is what the number is.  Over

23  66 percent of the intrusions into our election came from

24  China.

25              Why is this important?  Well, some things

1  were set in place, including some of the changes that
2  took place in this country, particularly when we had the
3  Wuhan virus, or the COVID-19 virus hit this country.
4  And we have a video -- well, first, Mike, do you have
5  any questions about this chart and what it is showing?
6                    MR. LINDELL:  Yeah.  So what -- so what you
7  have here is -- what -- each one of these is its own
8  time stamp that is 100 percent proof because you have
9  that not only where it came from, you ha- -- it's
10  basically you have their identification, you have that,
11  you know, who they were attacking, their identification.
12  This is what everybody would want if you ever looked in
13  and did an audit or wanted to look into a computer and
14  look what went on in cyberspace, this is what you'd be
15  looking for, correct?
16                    MS. FANNING:  This is forensic evidence of
17  foreign footprints as they entered our election in a
18  cyber warfare attack on our election, and then it shows
19  exactly what they -- you know, where did they come from,
20  which computer exactly, exactly the time stamp, exactly
21  which computer they entered into and in -- in what
22  state, which county, the -- the ID, the unique ID of the
23  computer that they entered into.  And then it shows how
24  they entered using false credentials or breaking through
25  the firewall or both.

Steve Bannon Broadcast - February 11, 2021

1          MR. LINDELL:  Wow.

2          MS. FANNING:  Were they successful the

3  first time, the second time?  And then it shows the

4  votes that they stole from Donald Trump.

5          MR. LINDELL:  Right.

6          MS. FANNING:  This is proof positive, this

7  is documentation of a cyberattack, but it also is

8  documentation of the footprints of those who entered our

9  election.

10         MR. LINDELL:  Right.  Right.  And look

11 at -- if everybody notices here, every one -- you don't

12 think this was all put together in one big attack?

13 Every one was Do- -- Donald Trump, down, down, down.

14 This wasn't another country that wanted it the other

15 way.  This was a -- the biggest attack in history.  And

16 you have -- and Mary, you have -- we have pages and

17 pages, right, thousands of these pages of every -- of

18 every county, right, of every -- or of every single

19 attack?

20         MS. FANNING:  There are thousands of pages

21 of the documented footprints that -- the foreign

22 intrusions into our elections.  We see this as coming

23 from China, in many cases from Huawei, from Alibaba.

24         MR. LINDELL:  Right.

25         MS. FANNING?  Cloud service from China

1  Unicom, from Ucloud, from China Mobile Tietong.  You
2  know, this also came and -- from Iran as well.
3                    MR. LINDELL:  Right.
4                    MS. FANNING:  There -- but this is a
5  foreign intrusion, this is the fact of our vote, but it
6  also is documenting exactly the votes -- the vote totals
7  that were stolen from Donald Trump.
8                    MR. LINDELL:  Right.  And this is --
9                    MS. FANNING:  What we have heard --
10                   MR. LINDELL:  -- well, this is what I've
11 been telling everyone.  This is where you got -- if you
12 add these numbers up, when I -- when I said -- and I
13 actually told the president when I met with him, I said,
14 you know, you actually won this election by almost
15 80 million votes for you, for Donald Trump, to about
16 68 million for Biden.  And that's not counting all the
17 other kind of theft we talked about earlier in this
18 show.  This is the -- these are the real numbers that
19 were taken off and that were flipped.
20                   I mean, this is incredible, everybody.
21 This is -- this is historical proof too.  We not only
22 have -- this is what we've all been waiting for.  And,
23 Mary, you said there's a video, too, we want to show?
24                   MS. FANNING:  Yeah, this is a
25 documentation, the proof positive by cyber expert from

Steve Bannon Broadcast - February 11, 2021

1  in this country that began documenting the theft of our
2  election.
3              MR. LINDELL:  Wow.
4              MS. FANNING:  They put together the full
5  documentation of every vote beginning on November 1st.
6  So again, from before, during and after the election,
7  they documented the footprints of the foreign intrusion
8  into our election.  That means that foreign adversaries,
9  really, because this was an act of war to come in and
10 steal the election from the American people and decide
11 who our foreign adversaries were going to put in the
12 White House to rule or to -- to be the president of this
13 country.
14             MR. LINDELL:  Right.  Right.  Right.
15             MS. FANNING:  Now, there's a video and so
16 that will show -- and if you -- are you looking at the
17 video, Mike?
18             MR. LINDELL:  Yeah, we're pulling -- we're
19 going to pull up the video here, Mary.  Okay.  Here we
20 go.  We're just pull- -- we just pulled up the video.
21 Wow.  What's going on here with all these lines?
22             MS. FANNING:  Well, you're -- the video --
23 what you are watching is the surveillance system.  In
24 fact, this is the very surveillance system that was
25 built by people inside this country within the

Steve Bannon Broadcast - February 11, 2021

1  cybersecurity battle space that built some of this
2  docu- -- built some of these tools that were built to
3  keep this country safe.
4          But what you're watching is that every line
5  on that drawing, all those moving lines, they represent
6  the IP addresses of what I just showed you on the chart.
7  So -- so when you understand the hacker's IP address and
8  the IP address of the target and the votes that were
9  stolen, every one of those lines that you're watching
10  move across the chart, and showing whether they were
11  successful and -- and how many votes they stole.  That
12  documents that.
13          Every red line, as they turn red, as they
14  finish stealing the vote, basically, the red lines are
15  all China.  So what you're seeing are the actual files
16  being received and sent.  That's -- that's a
17  documentation of the realtime theft of our elections.
18          MR. LINDELL:  Wow.
19          MS. FANNING:  So every -- every line on the
20  map, there's a cor- -- corresponding line on the sheet.
21  And the color and the line types represent the severity
22  of the attack.  Now, red has been the most severe
23  attacks.  Those lines all coming out of China.  Those
24  are the most severe attacks on our election system.
25          MR. LINDELL:  Wow.

Steve Bannon Broadcast - February 11, 2021

1           MS. FANNING:  Now, this is the -- this
2   exact information, the same exact type of information, I
3   should say, was presented to FBI director, former FBI
4   director, James Comey, by a whistleblower in 2015.  They
5   knew, in fact, that our election machines were open for
6   hacking.
7           It's important to understand that there are
8   prismatic scoring algorithms that they knew about that
9   entered the election and they steal the vote at the
10  transfer points.  So at the point where the election --
11  the vote is leaving the Secretary of State's office and
12  these machines, that is the point at which the vote is
13  stolen at the transfer points.
14          That's what you're watching.  Those packets
15  moving is -- is -- is that's realtime documentation of
16  the theft of the vote from inside this country, and then
17  the number's the last column.  Those document exactly
18  the numbers of votes.  It shows, in some of the cases,
19  Antrim County where the vote was stolen, and exactly the
20  vote stolen at -- at the exact time stamp of when they
21  were stolen.
22          MR. LINDELL:  Right.
23          MS. FANNING:  And the number stolen at that
24  point.
25          MR. LINDELL:  So, Mary, so what you're

Steve Bannon Broadcast - February 11, 2021

1   saying now is -- and this is what -- what I already know
2   and -- but actually, I'm learning a lot here as we go.
3   What you're saying, every one of these lines -- let's
4   say we did take Antrim County and we took that, we could
5   pull out the time stamps for that county, and we could
6   show the lines, the country that did it, we could show a
7   line for every single hack or attack that we had in this
8   election?
9                    MS. FANNING:  That's right.
10                   MR. LINDELL:  Wow.
11                   MS. FANNING:  So what you're watching is
12  those objects moving are the actual files --
13                   MR. LINDELL:  Right.
14                   MS. FANNING:  -- that are being received
15  and sent.
16                   MR. LINDELL:  These are the buttons --
17                   MS. FANNING:  Everyone of those --
18                   MR. LINDELL:  -- and the squares here that
19  are -- that are being sent.  So everybody out there,
20  what you're looking at -- I mean, this is the proof.  So
21  if any -- if, like, Antrim County, that case is still
22  open, you just go, Here you go.  Now you know who did
23  it, how many votes flipped, when they did it, what time
24  they did it, the computer it came from, the country that
25  attacked us.  I mean, this is -- this is what I have

Steve Bannon Broadcast - February 11, 2021

1  been excited about, and I only seen one -- do you know,
2  Mary, I only seen one little line of that which showed
3  the IP address, that, you know, all that stuff that
4  you're showing us.  When I found out --
5              MS. FANNING:  Right.
6              MR. LINDELL:  -- that you had it for ev- --
7  or that we had it, there's all these people had this,
8  for every single vote that -- every single attack and
9  whether it was successful or not.
10             Look at right now, we've got up on the
11 screen, Georgia is just getting attacked.  It was just
12 getting attacked up here at that moment in time.  And
13 I -- and I suppose, you know, they didn't know what
14 they're doing.  They -- they did the biggest attack --
15 right here.  Look at, everybody.  Georgia and Michigan
16 getting bombarded.  My guess is that was probably like
17 3:00 or 4:00 in the morning when they really needed them
18 votes to be flipped.
19             Mary, this is incredible.
20             MS. FANNING:  Yes, because there is proof
21 positive, there is documentation of all the phone
22 interference into our election, showing exactly who
23 stole the vote, how they stole the vote, from which
24 computers, access to our election, to which computers
25 they went into.

Steve Bannon Broadcast - February 11, 2021

1    So understand that cybersecurity experts

2   that work for this country put all this in place before

3   the election even started to make sure that they caught

4   all of this information so that foreign adversaries were

5   not deciding our elections.

6    MR. LINDELL:  Absolutely.  And what a

7   blessing that they were there for us to catch all this

8   and to get all this put together.  And even to have

9   these -- you know, to be proactive.  They were

10  proactive, everybody.  And this -- what a blessing this

11  is, because we came this close to never knowing.  And

12  this is actually a miracle that we have all this, Mary.

13  And this is amazing.

14   MR. BANNON:  Okay.  Mike, here, you're

15  essentially saying -- 'cause this is a -- basically a

16  declaration of war.  This would be the Chinese Communist

17  Party coming directly to change the outcome of a

18  presidential election.  There could be nothing more

19  serious than this.

20   Now, I want to go to what Mary Fanning put

21  up.  The chart looks nice as she's explaining it, but I

22  don't know if people even at home can follow because

23  it's quite complicated.  You know, given that the

24  charges here are so severe, particularly against a

25  foreign government now -- and -- and Mary Fanning's a

Steve Bannon Broadcast - February 11, 2021

1  very well known investigative reporter, but it's a very
2  severe charge.
3          Also, you have Dominion -- and I just want
4  to -- once again, they are adamant in every statement
5  they make, they don't have servers in Germany, they
6  don't have servers in Spain, none of their -- none of
7  their data or none of the -- you know, the facsimile
8  ballots, no ballot goes overseas.  In fact, they say the
9  ballots -- the electronic ballots don't even cross
10 county lines.  They're that adamant about it.
11         So let's go back to Fanning.  That first
12 chart, are you -- do you have backup evidence -- because
13 really, still -- it's still an assertion of hers.  We --
14         MR. LINDELL:  Well --
15         MR. BANNON:  -- we see the -- we see the
16 diagram, but -- or we see the chart, but how are people
17 and other professionals -- are you going to put the real
18 material online so that outside groups can look at this
19 and see --
20         MR. LINDELL:  Well --
21         MR. BANNON:  -- if she's delivering the
22 goods?
23         MR. LINDELL:  Well, first of all, that
24 first thing with all those lines going back and forth,
25 that's not a computer simulated.  That was -- that -- we

Steve Bannon Broadcast - February 11, 2021

1  took that -- or they took that and squished in a
2  five-day period and squished it in to that so you could
3  see all that.  You know, when it takes off here from
4  China and goes to Fulton County, those are -- those are
5  all real inside the spyware thing that -- that they --
6  that we -- that we -- that these guys have.
7              MR. BANNON:  Okay.  But are you -- okay.
8  Fine.  Fine.  That's -- they're putting that forward.
9  Are you prepared to have -- like you had Allied came and
10 did the forensic audit in Antrim County of the Dominion
11 machines.  What -- this is so explosive --
12             MR. LINDELL:  No, let me -- Steve, I'm
13 going to have to explain.
14             MR. BANNON:  -- because now -- now
15 you're -- you're accusing -- you're accusing Dominion of
16 being a tool of a foreign government that has
17 essentially done, I believe, an information warfare, an
18 act of war against the United States of America.  And
19 remember, I think the Chinese Communist Party would do
20 anything to destroy America.  However, this is so
21 explosive.  What are you going to do with Mary Fanning
22 or other people to put forth out there that independent
23 experts can check this out?
24             MR. LINDELL:  Right.  Well, here's -- first
25 of all, let's now -- well, let's go to the charts.  I

Steve Bannon Broadcast - February 11, 2021

1  just told you, the thing inside the spyware, okay, that
2  that was switched.
3                MR. BANNON:  Right.
4                MR. LINDELL:  The charts that go across,
5  these charts, the ones that actually come out of the
6  spyware -- the machine, or software, whatever it is, I
7  haven't seen it, well, that these things come out,
8  they're in -- they're in a language -- it's a footprint
9  in time.  And what we -- what they did is they took
10 that, the exact -- the exact stuff that's on there so
11 you know it's from a computer from the spyware that the
12 government has, and then we put it into these things.
13                And when you see up there that Mary went
14 through and said, IP address, computer ID, now, what
15 we've done or what these guys did, another group has
16 went over.  And we've went and validated all these
17 computers that are in there, not all of them, but enough
18 where we're going, Wow, this is real.  That was
19 something I wanted done.  I wanted it done.  I wanted to
20 see --
21                MR. BANNON:  Okay.  Hang on -- hang -- but
22 hang on.  That's not clear -- that's not clear from the
23 thing --
24                MR. LINDELL:  I'm getting there.
25                MR. BANNON:  I think you --

Steve Bannon Broadcast - February 11, 2021

```
1            MR. LINDELL:  I'm getting there.
2            MR. BANNON:  -- if you had another group
3   val- --
4            MR. LINDELL:  I'm getting -- I'm getting
5   there.
6            MR. BANNON:  Okay, fine.  Go ahead.
7            MR. LINDELL:  I'm just telling you --
8            MR. BANNON:  Go ahead.
9            MR. LINDELL:  -- what I did for my due
10  diligence.  So these computers --
11           MR. BANNON:  Okay.
12           MR. LINDELL:  -- all match up.  They're
13  going -- and, yeah you could have went around the world,
14  I guess, and went and looked at a computer ID and you
15  could have looked up an IP address and did that.
16  What's -- what the -- the things that back these up,
17  once they get before the court -- once we -- this would
18  get to the Supreme Court, then you're going to get the
19  actual prints that have a time stamp on it, that have a
20  government stamp on there, and these -- there's three or
21  four people, actually three, that are whistleblowers.
22  These are government intel people --
23           MR. BANNON:  Okay.
24           MR. LINDELL:  -- that work there.  A couple
25  of them still work there.  And they're not going to come
```

Steve Bannon Broadcast - February 11, 2021

1    out and say -- right now and put it all up and say --
2    then they're going to know who did it.  These people --
3    these people are exposing everything.  So when this gets
4    before the courts.
5                   MR. BANNON:  Okay.
6                   MR. LINDELL:  -- that's when it comes out.
7    I can't --
8                   MR. BANNON:  Okay.
9                   MR. LINDELL:  -- put this stuff out.
10                   MR. BANNON:  Let's -- let --
11                   MR. LINDELL:  What this --
12                   MR. BANNON:  Okay.
13                   MR. LINDELL:  -- this stuff up there --
14                   MR. BANNON:  Let's assume -- let's -- okay.
15   But let -- okay.  What happens if it doesn't?  For a
16   host of reasons, look, so far, the track record of the
17   courts taking this up is that they're not taking this
18   up, for whatever reason, they don't want to get
19   involved, they want to look the other way.  That's for
20   people to make a decision why they're not.
21                   If this does not get into the courts, and I
22   think the next ruling's on the 22nd, are you prepared to
23   put your independent -- the independent guys you had
24   take a look at this, can you start to get this
25   information out here, Mike, because Mary Fanning claims

Steve Bannon Broadcast - February 11, 2021

1  this is greatest cyberattack in world history.

2              MR. LINDELL:  No, no.  No, this --

3              MR. BANNON:  I want to repeat that.  The

4  greatest cyberattack in world history.  So are you going

5  to somehow try to get some additional information out

6  there?

7              MR. LINDELL:  No, I'm claiming it's the

8  greatest cyberattack, and then you're going to see

9  people coming right up.  There's a general that's going

10 to validate it.  He's going to val- -- he's coming on

11 right now where he's going to show -- tell you what you

12 just seen.  But I will tell you this.  I will say if --

13 if this doesn't get out, no matter what, I will get it

14 out there so the public can see it.

15             And I will tell you this, I will get it to

16 Domin- -- Dar- -- or Dominion, Smartmatic.  I -- even if

17 I have to go sue them so that -- so that evidence

18 gets -- has to get -- you know, pulled out so that we

19 save our country and save -- save -- this was the

20 biggest crime against humanity and -- and the world,

21 really.  Everybody's watching this.

22             So you can either say -- for me, I can tell

23 everyone out there, I went all in.  There's not even a

24 little sliver of wiggle room for anybody to discredit

25 what I know and what we have.

Steve Bannon Broadcast - February 11, 2021

```
1              MR. BANNON:  Yeah.
2              MR. LINDELL:  And I will say this, I will
3   tell you this.  There's a reason all the media --
4   there's a reason that they're crickets.  There's a
5   reason when -- I -- you know, you put this out there,
6   that it gets suppressed.  There's a reason they don't
7   let us look at any more machines other than the one in
8   Antrim County.  There's a reason for that.  This isn't
9   about Democrats and Republicans anymore.  This is about
10  our country.
11             What I have just shown you, I have done my
12  due diligence on.  And you know what, all of you, yeah,
13  if you -- if it doesn't get through the courts and
14  stuff, some way or another, but you wouldn't know -- you
15  wouldn't know if a government sheet like this came out.
16  The government people know that.  The guy that's coming
17  on next can tell you exactly what this is and -- this
18  general.  He can tell you what you just seen.
19             MR. BANNON:  Okay.  Let -- let -- let --
20  let me -- let me just two other things before I go to
21  the next section.  Colonel Waldron said very early on
22  that the -- that Dominion's -- the private equity firm
23  that owns Dominion has been bought by the Chinese.  Will
24  you also put all that information, allow Colonel
25  Waldron -- put all the information out about the private
```

Steve Bannon Broadcast - February 11, 2021

1 equity firm, because I think Dominion denies that too.
2 Can you put out all the information Colonel Waldron said
3 about the private equity firm?
4                 And one other thing is that director of
5 national intelligence owed -- by -- by executive order
6 owed the president a full response from an executive
7 order, signed, I think in 2018.  A full report of any
8 foreign intervention in the last election.  It was
9 delayed.  I think it came out in the last days of the
10 administration.  And the CIA, you know, kind of held it
11 back.
12                 But when DNI came out and said that China
13 did intrude into the 2020 election, people were led to
14 believe that that might have been the Wumao 50 Cent Army
15 and some social media, not a cyberattack at this level
16 to change the election.  The DNI, was Congressman
17 Ratcliffe, who's very close to President Trump, don't
18 you feel kind of squeamish when the director of national
19 intelligence at least hasn't backed up that, yes, there
20 was Chinese involvement, but he certainly doesn't say
21 there was Chinese involvement on a cyberattack, as you
22 say the greatest cyberattack in world history.
23                 Mike Lindell, what do you say?
24                 MR. LINDELL:  I say that they -- this is
25 what this whole document -- documentary is for.  And

Steve Bannon Broadcast - February 11, 2021

1  what they had back down there, he said this, he probably
2  didn't know how big this really was.  You know, he
3  probably didn't know.  This is -- this is everything we
4  stand for, the American dream.  Every single thing from
5  here till eternity is right now if we don't make a stand
6  right now.  Because everything you've seen and that --
7  what you've just seen, this was the biggest cyberattack
8  and now -- and people should know --
9              MR. BANNON:  Do -- do you think -- you --
10 you're thinking that our intel- -- you're saying our
11 intelligence services, you don't believe, have the
12 investigative apparatus -- or even Mary says she's
13 getting some of this from people inside the system.
14             MR. LINDELL:  Yeah.
15             MR. BANNON:  That they don't understand
16 what Mary Fanning and her other investigators are
17 talking about, they even got this information or they're
18 suppressing it?
19             MR. LINDELL:  Oh, they're -- it's
20 absolutely they've suppressed it.  I mean, I -- I mean,
21 come on, just look at all the stuff we've seen here
22 tonight.  I mean, they're suppressing it.  Why do you
23 think they're trying to suppress me?  I mean, it would
24 be very easy to say, Come on, Mike, we'll open up a
25 machine and show you.  Come on, Mike, none of your stuff

Steve Bannon Broadcast - February 11, 2021

1   is any good.

2               Do you know when we put -- when we put up

3   Absolute Proof, Facebook changed it from completely

4   false to partially false.  Well, that means it's

5   partially true.  And I'll tell you what, if you got to

6   think about that, everybody.  If it's so bad, why

7   wouldn't the news out there, instead of saying for three

8   weeks, Mike Lindell has no evidence, he's -- he's back

9   on crack, blah, blah, blah.  Instead, all of a sudden,

10  it's crickets.  It's crickets --

11              MR. BANNON:  Yeah.

12              MR. LINDELL:  -- on Friday because --

13              MR. BANNON:  Okay.

14              MR. LINDELL:  -- you know what -- and every

15  one of you's got to get this out there 'cause everything

16  you see in there --

17              MR. BANNON:  Yeah.

18              MR. LINDELL:  -- it's 100 percent proof.

19  And you know what, if -- you can say, Well, Mike, show

20  us more, show us more.  It'll all come out.  I'm just

21  telling you, this is real.  These -- you know, all this

22  stuff will come out.  But it's got to get to a court.

23  And if it doesn't --

24              MR. BANNON:  Okay.

25              MR. LINDELL:  -- trust me, it will come

Steve Bannon Broadcast - February 11, 2021

1   out.  And the proof will come out and then the truth
2   will come out.  And we'll finally find out why --
3                   MR. BANNON:  Mike --
4                   MR. LINDELL:  -- with the questions you're
5   asking, Steve.  How come our own intel --
6                   MR. BANNON:  Yeah.
7                   MR. LINDELL:  -- how come the FBI, how come
8   the D -- you know, Department of Justice, why didn't
9   anybody do anything?  Why -- you know, somebody put out
10  the other day, why did this My Pillow guy have to come
11  up with all this?  I did my own due diligence, but
12  people came to me because I had the only voice left
13  because everybody else got suppressed.  That's it.
14                  MR. BANNON:  Okay.  We've got an American
15  hero coming on.  General McInerney.  Let's hear what
16  general mechanic has to say to back up Mike Lindell.
17  General McInerney.
18                  (Plays video.)
19                  MR. LINDELL:  And now we have with us
20  General McInerney, who is going to give us a prospective
21  on what we just seen.
22                  General, thanks for coming on.
23                  GENERAL MCINERNEY:  Well, thank you, Mike.
24  And thanks for what you're doing for this great nation.
25  This is vitally important.  You have just seen the most

Steve Bannon Broadcast - February 11, 2021

1  massive cyber warfare attack in the history of mankind.
2  Now, the Founding Fathers did not know anything about
3  cyber warfare, but we do.  And that's the important
4  thing.  You have seen just how it was orchestrated
5  against our election system.
6          And I took an oath of office 60-some years
7  ago as a (inaudible) on the plains of West Point to
8  support and defend the Constitution of the United States
9  against all enemies, foreign and domestic.  We now are
10 seeing the largest domestic enemy we have in our
11 history, and people must understand that.
12         What happened?  You spelled it out.  It was
13 driven by China, and they used a system that we have
14 had -- because only that system could modulate and
15 coordinate the many simultaneous attacks that they used
16 against us.
17         Now, why this is so important is because
18 our military, which I spent 35 years in the Air Force
19 and ended up as the No. 3 man in the air staff, as well
20 as heading up Vice President Gore's reinventing
21 government for the entire Department of Defense, those
22 two jobs simultaneously, we now are faced with something
23 our military has never seen before, nor have the
24 American people.
25         We are going against globalists who are not

Steve Bannon Broadcast - February 11, 2021

1  interested in America.  They are interested in us

2  becoming a socialist communist state.  They talk about

3  progressivism, but progressivism is just the front door

4  to communism.  They want a global communist world.  And

5  you must understand that, America.  It's so important.

6          And it's so important that President Trump,

7  who won 79 million votes in the election to 68 million

8  for Biden, because we have and you've seen those exact

9  numbers, he dominated.  It was an awesome victory.  And

10  yet, they turned it around, foreigners.  And we have not

11  had one audit.  This is the closest thing to an audit

12  that has been conducted in America on this important

13  election.

14          The American people must understand what we

15  are facing today, and that's why all of us here that

16  you're seeing in this program are so focused.  I could

17  not understand was that the legislatures, the judicial,

18  and the executive, meaning the FBI, the Department of

19  Justice, the intelligence community have failed us with

20  deep (inaudible).  They did not report this.

21          This was the most massive cyber warfare

22  attack, so did cyber command, did the National Security

23  Agency, did the CIA, did the Department of Justice, the

24  FBI report this, no.

25          MR. LINDELL:  Well, General, to -- to put

1  this in perspective, then, you're 100 percent that this
2  was the biggest cyberattack in the world -- in world
3  history, correct?
4          GENERAL MCINERNEY:  That's correct.
5          MR. LINDELL:  Wow.  Well, thank you and
6  we're going to see -- it's going to -- I was telling
7  everyone, General, when this all -- when -- when this is
8  all revealed, we're going to be a -- it's going to be a
9  great uniter of all people in our country, and we're
10  going to be in the greatest revival ever to bring our
11  country back to one nation under God.  Thank you.
12          GENERAL MCINERNEY:  Well, God bless you for
13  what you're doing, Mike.  Thank you very much.
14          MR. LINDELL:  Yeah.  Thank you, General.
15
16          MR. BANNON:  So, Mike, this is very scary.
17  The general is such a renowned guy.  He talks about
18  domestic enemies had to somehow work on this.  People
19  want to know, where is your investigation going to go
20  from here?
21          MR. LINDELL:  Well, I'm glad that a general
22  that was in charge of all the nuclear weapons for the
23  Pentagon is telling everyone exactly what I've been
24  telling.  This was the biggest attack ever in history on
25  our country, and you had to have a lot of domestic

Steve Bannon Broadcast - February 11, 2021

1  enemies here.  That will all be found out.  What we need
2  to go for from here is we need to reach out and get this
3  out far and wide, get the news out there, the real news.
4          Once everybody knows this, then we
5  can ho- -- you know, the Supreme Court, I've said
6  throughout this film.  The Supreme Court, they need --
7  there's nine of them.  They're all watching this at
8  home.  That's the last line of defense to protect our
9  country.  We need -- this was an attack on our country
10  and we're right in the middle of it right now.  So
11  everybody has to just get it out there first, and then
12  they get the absolute proof out there and then the
13  absolute truth will be told.
14          (Plays video.)
15          MR. LINDELL:  And now we have with us Terry
16  Turchie.  He's the former deputy assistant director of
17  Counter-Terrorism Division of the FBI.  And you know,
18  Terry, welcome to the show.
19          MR. TURCHIE:  Thanks, Mike.
20          MR. LINDELL:  And we've -- we've just shown
21  everybody in the world 100 percent evidence that this
22  was an attack on our country, and it's still under
23  attack by China and other countries through the use of
24  these machines used in our election.  I want to ask you,
25  you know, where was the FBI -- we out -- people out

Steve Bannon Broadcast - February 11, 2021

1   there are wondering, where's the FBI or the DOJ during
2   this whole time these last few months?
3                   MR. TURCHIE:  Sure.  Well, you know, a lot
4   of former FBI agents -- agents are asking that, too, as
5   well, Mike.  They're asking, Where has the FBI been?
6   They're responsible and accountable for trying to
7   protect the country.  That's what our
8   counter-intelligence money is all about.  That's what
9   our counter-intelligence division is all about.
10                  And yet, the question of where were they
11  and where are they, I think probably can best be
12  explained like this.  The FBI has most likely been as
13  compromised as the Democratic Party and the rest of the
14  government.  They simply didn't do the job.  If they'd
15  have done the job, all that you just showed in this
16  program would have unfolded inside of a courtroom.
17                  And that's exactly what we should be doing
18  right now.  We should be talking about the penetration
19  of the United States Government and government
20  agencies --
21                  MR. LINDELL:  What we've shown here too is
22  this -- this is all people.  This has been -- you know,
23  what we've shown today, this is another country taking
24  our country.  I don't care if you're a Democrat or a
25  Republican, we are one nation under God.  And to see

Steve Bannon Broadcast - February 11, 2021

1   what's -- I mean, I -- I guess I'm very happy now that
2   it's all going to get out to the country and
3   everything's going to get out.  And like I said before
4   during this show, there's going to be nine Supreme Court
5   justices out there now watching this show and saying,
6   Wow, 100 percent, this was an attack and we are still
7   under attack by other countries, including China leading
8   the way.
9                   And they're -- they -- you know, they
10  fraudulently stole our election, and we have to -- I --
11  and -- and then to see that -- how this could happen
12  with the FBI and the DOJ, these people that were
13  supposed to protect our country, including the Supreme
14  Court.  If you were still in the FBI, I guess what would
15  you -- what would you be doing right now when you just
16  see all this 100 percent proof here that this happened?
17  What -- if you -- in the FBI now, what -- you know, if
18  they're out there, shouldn't they be doing something now
19  that this is all out in the open?
20                  MR. TURCHIE:  We would -- we would be
21  launching a major investigation of cyber activities.
22                  MR. LINDELL:  These attacks, the people
23  that -- you know, from China and on down that -- who did
24  it, they're very good at trying to bury everything, to
25  bury these deviations that came up, and then everything

Steve Bannon Broadcast - February 11, 2021

1  opened up, where everybody knows that this was stole,
2  but now we know how and why, so...
3                  MR. TURCHIE:  Well, certainly.  And the
4  purpose of an intelligence operation of this magnitude,
5  whether it's this magnitude or even smaller, is to -- is
6  to conceal itself, and to be so hard to figure out that
7  by the time you get to the conclusion, it's too late.
8                  MR. LINDELL:  Right.
9                  MR. TURCHIE:  And that's why it's very
10 concerning that the FBI that already knows and has the
11 foundation of the China threat well in its grasp, would
12 try to write off or just not seem to understand --
13                 MR. LINDELL:  Right.
14                 MR. TURCHIE:  -- how this would have been
15 the next -- next logical step for them.
16                 MR. LINDELL:  Right.  Well they weren't
17 very --
18                 MR. TURCHIE:  (Inaudible.)
19                 MR. LINDELL:  -- they weren't proactive,
20 but at least now, we're -- you know, we got -- we're
21 going to be reactive.  And -- and we've got to be
22 reactive first and then we've got to be proactive for
23 the future that -- when this all manifests out.  I've
24 said it before, that this is going to manifest into the
25 greatest revival ever.  It's going to unite our country,

Steve Bannon Broadcast - February 11, 2021

1  not divide us.  It's going to be the great uniting and
2  we will once again be one nation under God.
3              Thanks, Terry, for coming on.  And God
4  bless and -- and thanks for all you've done and what you
5  continue to do for our country.
6              MR. TURCHIE:  You too, Mike.  Thanks for
7  having me.
8              MR. LINDELL:  Thank you.
9              Now you've all seen absolute proof of the
10 biggest cyberattack in history.  We, right now, it's a
11 takeover of our country.  We all see it happening and
12 now you see the proof of where it came from and what
13 happened.  We all need to go out now, each and every one
14 of you, and tell your friends, family, people, your
15 social media, spread this out everywhere and to show
16 that they all need to watch this.  And they all need to
17 know the truth.
18             And pretty soon, everyone's going to see
19 this, including nine Supreme Court justices.  You're all
20 there watching, all nine of you, and you know what, I
21 don't know what you can do, but I know you're there to
22 protect our country.  And everything has a precedence,
23 everything going -- well, this happened then, so we're
24 going to base it on that.  This is the precedence.
25             What's going on now, what's going to happen

Steve Bannon Broadcast - February 11, 2021

1   now is going to change the course of our world and our
2   country forever.  I've been getting calls from world
3   leaders, you know, they're looking at us, what's going
4   to happen over here.  Ronald Reagan once said, America
5   is the shining city on the hill, whose beacon light
6   guides freedom-loving people everywhere.  If the lights
7   go out here, the lights go out everywhere.
8                   I want to say that God has had his hand in
9   all of this, this has been on God's timing.  And when we
10  get through all this, we will once again be one nation
11  under God.
12                  (Recording ends.)
13
14
15
16
17
18
19
20
21
22
23
24
25

Steve Bannon Broadcast - February 11, 2021

1                    C E R T I F I C A T E

2          I, TERRI GARCIA, Certified Shorthand Reporter in

3    and for the State of Texas, certify that the foregoing

4    is a correct transcription from the video recording of

5    the above-entitled matter.

6          I further certify that I am neither counsel for,

7    related to, nor employed by any of the parties to the

8    action in which this recording was transcribed, and

9    further that I am not financially or otherwise

10   interested in the outcome of the action.

11         I further certify that the transcription fee of

12   $_____ was paid/will be paid in full by

13   _____.

14

15

16         _____

                     Terri Garcia, Texas Certified

17                   Shorthand Reporter No. 6581

                     Dickman Davenport, Inc.

18                   Firm Registration No. #312

                     4228 North Central Expressway

19                   Suite 101

                     Dallas, Texas 75206

20                   (214) 855-5100

                     My commission expires:  7-31-25

21

22

23

24

25

Steve Bannon Broadcast - February 11, 2021

**A**

abetted 34:20
ability 30:18
  63:25 125:6
able 31:25 53:20
  53:22,24,24
  54:3 79:4 80:5
  109:19 116:19
  127:21 141:8
above-entitled
  188:5
absentee 17:23
  19:6
absolute 1:15 2:4
  2:14 11:18
  27:21 42:10
  46:2 51:21
  58:19 70:7
  152:6,7,10
  154:11,11
  177:3 182:12
  182:13 186:9
absolutely 12:12
  23:2 41:5 59:13
  62:25 68:4
  69:13 70:18
  95:3,7 111:15
  130:24 152:10
  167:6 176:20
accept 43:1 94:23
accepted 46:23
  66:8
access 31:8,12,15
  31:18 63:19
  103:9 121:15
  166:24
accessible 124:24
account 13:10,11
accountable
  183:6
accumulate
  128:4
accurate 24:14
  124:25
accusing 169:15

169:15
act 162:9 169:18
acted 85:25
action 90:13
  188:8,10
actions 143:2
active 35:14
activities 156:1
  184:21
activity 40:6
actual 51:14
  92:10 115:4
  119:9,9 138:1
  141:11 144:2
  163:15 165:12
  171:19
adamant 40:12
  40:17,18
  101:21 168:4
  168:10
adamantly 132:6
  149:19
add 18:8 61:4
  161:12
addict 3:12
adding 68:12
  131:6
addition 91:20
additional 42:21
  69:9 101:18
  102:5 103:20
  173:5
address 19:20
  33:19 61:1
  157:6,7,8,11,13
  157:17,22
  163:7,8 166:3
  170:14 171:15
addresses 163:6
adds 18:22
adjudica- 96:23
adjudicated 17:8
adjudication
  16:17,21 55:1,2
  55:10,17,23

63:21 96:19
  121:10 127:18
  127:20 128:2
administration
  6:3 36:24 47:11
  155:22 175:10
administrators
  158:2,4
admitted 55:23
  64:15 92:8,12
ads 71:13
advantage 28:24
adversaries
  162:8,11 167:4
advice 4:15 9:15
AdWord 11:17
AdWords 11:15
affect 151:7
affidavits 35:4,20
  59:22 64:16
  132:18
afraid 46:22
  65:21 66:18,25
  117:14 150:12
  151:2
agencies 183:20
Agency 180:23
agenda 4:1
agents 183:4,4
ago 5:25 44:8
  70:12,14 81:11
  86:14 142:23
  179:7
agree 25:13,19
  26:11 146:10
  146:10
agreed 2:10
agreeing 26:7
ahead 21:12
  70:19 149:23
  152:5 171:6,8
ahold 136:8
AI 76:10
aided 34:20
aims 78:4

air 36:22 37:2
  92:23 179:18
  179:19
alerted 45:14
algorithm 79:15
algorithms 14:25
  23:20 30:4
  87:23 164:8
Alibaba 160:23
alien 26:10
aliens 16:23,24
  17:22 23:10
alleges 40:7
Allied 28:14
  43:20 44:1
  123:24 129:10
  131:10 132:1
  134:6 169:9
allow 118:23
  123:20 174:24
allowed 51:22,22
  52:23,24 103:1
  123:24 124:19
allows 30:17
altogether 56:9
amazed 23:2
amazing 3:24 4:9
  6:2 69:1 90:6
  167:13
Amendment 86:4
America 75:10
  87:23 169:18
  169:20 180:1,5
  180:12 187:4
American 16:4
  27:4 39:11
  155:6,7 162:10
  176:4 178:14
  179:24 180:14
Americans 35:21
  35:22
amount 30:7 62:7
amounts 73:25
An- 93:11
analysis 28:15

47:19 70:11
  73:11 132:2
analyzing 120:6
and/or 143:1
Anderson 8:6
  10:16 154:3
anomalies 21:9
anomaly 74:21
  74:22 77:14
  79:22
answer 9:19 26:4
answers 139:23
Antrim 52:13
  53:3,21 54:7,21
  54:22 55:4
  105:14,18,18
  106:2,7 113:20
  120:11 121:11
  121:21 122:5
  122:23,23
  126:10 128:15
  128:19 130:2
  132:2 133:13
  136:1,25
  137:16 151:3
  153:7 154:23
  164:19 165:4
  165:21 169:10
  174:8
anybody 2:18
  30:17 92:18
  94:9 144:1
  150:14 152:1
  173:24 178:9
anymore 130:10
  137:2,3 145:21
  174:9
Anytime 13:22
anyway 23:24
  103:9
apartment 37:3
appalled 47:16
appalling 52:24
apparatus
  176:12

Steve Bannon Broadcast - February 11, 2021

apparent 29:2
**Apparently**
  64:21
appli- 80:18
apply 82:22
appointed 38:16
appointees 38:16
approached
  100:15
approaching
  59:2
approximately
  50:12
area 63:12 93:15
areas 153:3
argument 39:18
**Arizona** 15:11
  16:14 17:1,5
  24:6 25:8 26:6
  31:20 32:12,15
  38:8
**Army** 175:14
aside 25:14 76:9
  100:25 152:24
asked 20:18
  39:15 42:1
  44:10 45:16
  47:24 60:25
  122:5 130:18
  130:21
asking 118:22
  123:19 147:21
  178:5 183:4,5
asks 146:19
aspects 106:18
assert 101:15
assertion 168:13
assertions 39:5
  41:16 42:22
  67:23 102:6
  132:4
assessment
  131:18
assessments
  29:11

assist 96:3 101:1
assistant 182:16
**Association** 81:3
assume 172:14
assuming 139:24
assurance 60:11
asymmetric 33:1
**AT&T** 140:10
atta- 153:16
attached 136:15
  149:16
attack 5:8 12:14
  12:17 16:2
  21:20,25 22:10
  25:1 27:6,12
  28:23 34:11,25
  38:2 54:12
  56:14 85:23
  94:7 136:11
  153:16,17
  159:18 160:12
  160:15,19
  163:22 165:7
  166:8,14 179:1
  180:22 181:24
  182:9,22,23
  184:6,7
attacked 4:24
  6:15 12:4 13:5
  13:7 22:17
  68:14 143:23
  143:24 165:25
  166:11,12
attackers 6:23
attacking 11:4,5
  12:4,5 14:5,10
  69:5 159:11
attacks 163:23,24
  179:15 184:22
attention 3:14
attorney 35:8
  83:22 114:14
  115:2 142:22
  144:2 145:1
  150:19

attorneys 143:7
audience 26:5
  41:15 67:21
  134:7 151:4
  152:25 153:10
audio 138:18
audit 32:14 52:20
  107:14 115:5
  116:16 118:7
  118:15 122:14
  137:19 159:13
  169:10 180:11
  180:11
audits 137:23
augment 68:1
**August** 47:17
**Austin** 47:18
  48:2 49:20
authorities 45:14
  114:21
automatically
  138:20 139:1
**AV** 91:3,13 92:1
avoid 37:11,13
aware 62:11
awesome 180:9

_____

**B**

**B** 93:22
back 2:16 3:19
  4:10,21 5:21,22
  6:5 7:3 10:16
  10:25 11:3 12:3
  12:7,21,23 17:4
  17:13 19:9
  24:15 25:6
  27:20 36:11
  39:7 40:22
  41:16 42:21
  43:16 44:17
  48:1,7 49:1,14
  58:9,13 63:18
  68:6,22 88:18
  90:19 96:20
  97:16 115:17

115:18 118:6
  118:18 131:4
  133:24 134:10
  135:17 137:12
  149:15 158:10
  168:11,24
  171:16 175:11
  176:1 177:8
  178:16 181:11
back-and-forth
  3:24
backdated 19:3
backdoor 95:14
backed 62:20
  102:5 175:19
background 28:2
  73:25 91:14,21
  95:24
background's
  91:21
backs 2:13
  103:20
backup 39:6
  153:20 168:12
bad 7:2 11:1 57:8
  177:6
**Bailey** 106:6,14
bald-faced 8:21
  41:21 129:14
ball 155:11
ballot 18:2 52:22
  54:24 55:4 61:1
  75:19,20,24
  76:2,3,9,14,17
  76:18,20 78:8
  78:12 79:12,15
  80:25 83:19
  98:23 99:2,8
  101:8,8,11
  106:15 127:7
  127:22,25
  168:8
ballots 16:17
  17:3,3,4,5,8,23
  18:14,18 19:3,5

19:6 20:3 29:23
  30:7 35:20 40:9
  41:2,3 55:9
  74:7 95:13
  97:24 98:15
  126:12 127:17
  127:18 128:4
  168:8,9,9
bandwagon 5:12
bandwidth 40:21
  40:21 41:7,13
bank 31:2
bankrupt 9:8
**Bannon** 1:16 2:2
  2:3 5:17 6:6
  10:17,23 11:2
  11:23 12:10,18
  12:22 23:3 25:4
  25:12 26:3
  27:14,17 34:19
  38:4 40:2,6,14
  40:17 42:11,13
  42:15,20 43:13
  43:19 56:20
  57:24 58:3,5
  67:18 68:19
  69:2 70:1,3
  88:10 90:1,4,7
  90:12 101:25
  103:12,14,18
  103:24 104:7
  104:14,17,20
  104:23 105:1,5
  114:13 117:7
  117:10,19,22
  117:25 118:3
  129:4 130:20
  130:25 132:9
  133:18,21
  134:2,12,17
  135:7,12
  136:17 137:4,6
  149:9,19 150:6
  150:17,25
  152:8,14 153:7

Steve Bannon Broadcast - February 11, 2021

153:10 154:22
154:25 155:5
155:12 167:14
168:15,21
169:7,14 170:3
170:21,25
171:2,6,8,11,23
172:5,8,10,12
172:14 173:3
174:1,19 176:9
176:15 177:11
177:13,17,24
178:3,6,14
181:16
**Barcelona** 33:11
63:4
**barn** 66:20
**Barr** 35:15 65:7
66:7 83:20
84:10,23
**base** 186:24
**based** 36:16 44:2
56:7 126:11
127:6 130:1
137:17
**basic** 29:9
**basically** 15:1
30:8,17 35:2
49:25 59:2 64:2
81:18 83:25
139:17 159:10
163:14 167:15
**basis** 54:3 145:14
**batches** 100:21
**battle** 163:1
**be-** 26:17 156:20
**beacon** 187:5
**beat-down** 2:24
2:25
**becoming** 180:2
**bed** 24:2
**began** 28:12
49:21 75:8
156:19 162:1
**beginning** 2:21

47:15 162:5
**begins** 2:1
**Beijing** 157:11
**beings** 75:20
**belief** 6:11
**believe** 8:1 26:21
34:13,24 35:3
39:1 66:16 73:9
78:25 85:12
118:25 129:13
131:25 135:8,8
135:14,15
142:16 149:11
152:18 169:17
175:14 176:11
**best** 4:14 5:25
56:22 68:24
116:18 183:11
**bet** 86:6 124:8
**better** 15:23 24:3
89:14
**beyond** 6:10
**Bi-** 111:4
**biased** 77:16
**Bible** 6:7,12
**Bibles** 5:23 7:2
**Biblical** 85:3
**bidding** 11:18
**Biden** 15:21
16:15,16 19:8
21:13 30:10
37:22 97:11,12
102:24 105:23
106:24 108:3
108:23 110:2
111:4,20 112:6
117:1 141:16
155:22 161:16
180:8
**big** 2:8,25 15:12
15:13 18:5
21:14,14,24
24:5,5,18,25
38:8 57:5 60:22
68:18 74:4 78:7

86:9 89:22,24
102:18 103:13
116:2 128:19
141:21 152:20
153:15 160:12
176:2
**bigger** 123:5
134:14
**biggest** 6:23 16:2
16:3 21:19
87:20 142:15
142:16 143:15
156:10 160:15
166:14 173:20
176:7 181:2,24
186:10
**Bill** 65:7 66:6
84:23 106:6,14
**billboard** 71:13
**billion** 37:17
**billions** 36:20,21
37:1,1
**bins** 18:17
**bit** 15:22 20:4
29:17 37:4
41:24 59:15
**bizarre** 17:6
**black** 74:15
**blah** 177:9,9,9
**blatantly** 117:15
**bless** 181:12
186:4
**blessing** 167:7,10
**block** 116:18
**blocked** 115:12
**blow-back** 6:9
**blue** 115:18
141:15
**board** 4:18 11:13
24:13 30:25
31:3,3 36:21
91:3,14 92:1
106:15,16
114:16,24
116:2 134:21

151:16
**board's** 4:15
**bombarded**
166:16
**book** 59:17,19
**books** 59:17 60:3
**boom** 104:10,12
**boss** 4:6
**bots** 5:1 6:20
85:21
**bottom** 65:17
76:23 134:4
135:2 140:23
142:5
**bottoms-up**
71:14
**bought** 38:1
174:23
**box** 13:8 19:25
140:23
**boy** 24:2 85:14
**boycotting** 11:12
**boycotts** 13:8
**Brad** 25:22
**brains** 88:13
**brave** 152:4
**brazenly** 62:18
**break** 39:25
47:17 105:7
**breakfast** 93:4
**breaking** 24:3
54:17 159:24
**breaks** 12:24
**Brian** 26:22
**briefing** 46:1
47:12
**briefings** 49:22
**bring** 3:19 28:9
40:19,23 67:24
70:13 79:18
147:19 149:9
150:22 156:11
181:10
**bringing** 57:13
59:18 90:9

144:15
**BROADCAST**
1:16
**broke** 14:25 15:1
15:2,24 23:20
128:13 158:5
**brought** 14:1
23:18 29:9 44:9
45:14 88:22
90:25 149:12
154:3
**brutal** 131:12
**bu-** 11:10
**bucket** 48:24
54:25 55:1,2
**build** 73:14
**building** 119:7
**buildings** 37:3,3
**built** 36:8 162:25
163:1,2,2
**bumper** 71:12,18
**bunch** 153:3
**buried** 54:11
**bury** 184:24,25
**business** 91:22
133:22,23
152:11
**businesses** 37:24
**businessman** 4:2
**button** 118:11
138:24
**buttons** 165:16
**buy** 11:16,16
**buying** 37:24

---
**C**

**C** 94:2 188:1,1
**cable** 92:10
140:25 141:2
**cabling** 91:22
**calculation** 131:5
**call** 10:18 19:11
119:7 141:16
**called** 4:25,25 7:6
19:10 33:25

Steve Bannon Broadcast - February 11, 2021

42:9 48:22,23
55:1 59:25 60:2
63:4,5,14 76:3
78:17 80:2
87:11 94:6,20
123:24 127:18
**calling** 7:8 9:1,3
87:10,13 143:6
143:7
**calls** 187:2
**campaign** 37:14
**cancel** 22:14,14
**canceled** 13:9,10
**candidates'**
78:19
**capabilities** 36:4
65:6 139:9
**capability** 36:4,7
**captured** 119:5
119:11
**capturing** 93:13
**cards** 100:3,7
119:8,8,9
**care** 12:13 58:11
65:10 183:24
**Carone** 90:16,16
95:16,18,20,23
95:25 96:3,6,8
96:11,14,18,22
96:25 97:4,7,10
97:15,18,21,24
98:5,7,11,14,17
98:21,23 99:2,5
99:7,9,11,18,21
99:24 100:4,9
100:12,14,18
100:23 101:3,6
101:9,14,25
**case** 25:13 51:21
53:13 80:20
82:21,22 86:8
93:12 105:21
106:20 121:8
121:19,20
123:19 125:5

127:5 129:23
134:24 136:14
151:7,21
157:19 158:14
165:21
**cases** 32:4,5,6,9
32:10 35:11,12
42:23 55:24
81:17 90:2
124:22 134:18
136:25 144:3
150:22 157:25
158:4,5 160:23
164:18
**casino** 80:9
**cast** 19:14 113:11
113:21 123:3
140:22
**catch** 149:13
167:7
**category** 30:10
**Caucus** 46:1
**caught** 41:19
129:14,17
167:3
**cause** 112:4
116:9 167:15
177:15
**CCP** 31:15
**cellular** 139:3,5
140:9
**Cent** 175:14
**center** 92:7,8,11
92:11,15
**centered** 106:21
**centers** 31:19
**central** 44:9
140:22 188:18
**CEO** 13:4 40:24
41:12 125:10
**certain** 62:7
65:19 106:21
120:16,24
131:6 152:10
152:15

**certainly** 55:16
175:20 185:3
**certifiable**
137:17
**certification**
155:14
**certified** 1:13
130:3 152:17
152:22,22,24
153:4 188:2,16
**certify** 153:12
154:15 188:3,6
188:11
**cetera** 40:9
**CF** 119:8
**Chad** 38:14,15
38:25 39:1
**chain** 20:3 49:23
120:14
**chair** 91:16
**challenge** 106:8
145:11,19
147:20
**challenged**
106:14 147:11
**challenger** 91:2
**challenging**
143:9
**change** 5:19
29:20 48:25
49:4,13 50:25
77:10 134:5
167:17 175:16
187:1
**changed** 19:20
38:21,22 61:8
61:14,16 63:21
158:14,16
177:3
**changes** 159:1
**changing** 44:14
58:17 65:18
**charge** 38:25
39:9 41:11
168:2 181:22

**charged** 147:20
148:20
**charges** 167:24
**chart** 16:10,17
156:18 157:2,4
159:5 163:6,10
167:21 168:12
168:16
**charts** 39:24
169:25 170:4,5
**cheat** 56:3,4
104:13 142:5
**cheated** 88:19
**cheating** 41:19
51:13,14,17
**check** 10:9 18:2
69:9 114:24
130:14,15
169:23
**checked** 135:15
135:16
**Chestonia** 106:22
**Chicago** 139:7
**chief** 145:1
**children** 19:15
**chilling** 146:6
**chills** 146:16
**China** 14:19 27:7
28:8 31:9,21
34:23 37:9,11
37:13 81:16
82:6 142:4
153:17,25
158:21,24
160:23,25
161:1 163:15
163:23 169:4
175:12 179:13
182:23 184:7
184:23 185:11
**Chinanet** 157:11
**Chinese** 30:24,24
31:1,2,9,14
155:15,18,21
155:25 156:1

167:16 169:19
174:23 175:20
175:21
**chip** 139:11
**choice** 147:22
**choose** 131:18
**Chris** 38:12,14
38:24 39:8
**Christian** 22:16
**churches** 22:16
22:17
**CIA** 35:4 175:10
180:23
**circles** 76:11
**CISA** 29:15,16
47:10,11,12,21
**cities** 110:19
**city** 123:5 187:5
**civilian** 155:20
**claimed** 19:24
**claiming** 173:7
**claims** 172:25
**Clarity** 48:22
63:5
**Clark** 17:25
**classified** 49:22
**clear** 19:6 69:3
170:22,22
**clearly** 45:10
60:13 61:14
67:4
**clerical** 118:11
**clerk** 106:2 118:9
135:9,12
**click** 11:20
**client** 45:24
146:21
**clip** 5:16
**clips** 2:20
**close** 22:21,21
24:3 50:17,19
66:19 72:11
96:15 103:6
167:11 175:17
**closed** 138:23

Steve Bannon Broadcast - February 11, 2021

closer 42:22
closest 180:11
Cloud 160:25
CNN 6:12 7:13
CNNs 87:12
co- 102:19
code 31:7,8,13,15
coffee 115:23
128:23,25
Colbeck 90:15,23
91:1,7,10,13,20
92:6,15,17,22
92:25 93:3,8,11
93:17,20,25
94:2,4,6,11,15
94:18,20,23
95:7,9,12
101:13,15,22
103:21
collect 119:10
collected 123:15
156:22,25
157:1
collecting 156:19
156:22
collection 119:4
120:9
collects 29:11,12
college 2:6
Colonel 27:19,22
27:25 28:1,12
29:15,25 30:4
30:13,21 31:6
32:2,18,23,25
33:3,10,17,24
34:3,13,23 35:3
35:25 36:15,19
37:7,11,21 38:4
39:7 40:7,20
41:16 69:8
174:21,24
175:2
color 163:21
column 157:4,10
157:20 158:7

158:13 164:17
columns 20:15
com- 18:15
combination
65:15
combine 148:15
combined 19:1
come 12:23 17:13
27:3,4 40:4
41:25 43:15
50:25 57:22
62:11 71:5
90:19 98:2
114:16 116:8
137:12 150:4
150:16 153:16
154:11 158:21
159:19 162:9
170:5,7 171:25
176:21,24,25
177:20,22,25
178:1,2,5,7,7
178:10
comes 16:8 20:25
63:15 65:7
84:10 116:14
116:17 124:23
134:3 172:6
Comey 164:4
coming 22:9 27:7
31:20 32:16
37:12 44:15
45:21 66:15
69:23 74:5 85:2
101:17 132:22
134:8 136:12
154:19 156:13
160:22 163:23
167:17 173:9
173:10 174:16
178:15,22
186:3
command 180:22
comment 90:20
commission

188:20
commitment
69:10
committed 42:20
103:19,24
Committee 91:17
communicate
87:3
communication
87:2
communications
33:25 82:16
communis- 89:5
communism
22:11 180:4
communist 30:24
31:2,9 155:15
155:18,21,25
156:2 167:16
169:19 180:2,4
communists 22:9
31:1
community
180:19
companies 45:1
51:14 58:12
63:7 73:18
company 11:9,14
12:4 13:8 31:7
31:7,10,14
36:22,24 58:8
59:25 60:1 63:3
63:5 68:23 69:8
89:6,6 116:17
149:19
company's 13:11
compatible
139:14
complain 114:16
complaint 62:9
complaints
144:23
complete 8:18
Completed 17:2
completely 13:13

46:3,6 53:11
65:16 105:21
120:14 140:8
177:3
complex 32:19
complexes 37:4
complicated
140:13 167:23
comprised 61:2
compromised
46:4 65:22
183:13
compu- 98:24
computer 56:17
73:15 83:4
87:23 98:24
157:13,14,22
159:13,20,21
159:23 165:24
168:25 170:11
170:14 171:14
computer's 92:19
computers 61:3
92:9,13 158:3
166:24,24
170:17 171:10
con- 115:17
conceal 185:6
concern 62:7
concerning
185:10
conclude 125:19
130:1 131:13
concluded
125:16 126:4,6
conclusion 109:4
126:2 185:7
conclusively
122:16
Conduct 148:25
conducted 33:3
121:9 180:12
confident 134:5
configurations
91:25

configured
138:19 139:6
139:19
confirmed 54:6,7
confront 156:1
congressman
23:5 62:23
175:16
congressmen
85:6
connect 120:18
121:3 138:7
140:18
connected 59:20
60:5 70:22 92:4
92:9,17,19,21
92:22 93:6,13
93:14 101:22
122:19 129:12
129:18 140:24
connecting 29:8
106:9
connection
129:21
consider 14:21
consistent 64:20
65:4,5
consistently 39:2
conspiracy 32:23
constant 65:13
constantly 98:11
98:12 124:13
constituents
147:19,23
Constitution
179:8
Constitutions
143:1
contact 119:22
119:23
contacted 52:15
81:2,19 82:16
106:2 149:24
contacting 86:3,8
contesting

Steve Bannon Broadcast - February 11, 2021

137:11
**continue** 58:6
186:5
**continued** 45:19
45:23
**control** 92:6,8,11
92:15
**controlled** 62:21
**controls** 31:1
152:18
**controversial** 2:7
90:14
**conversation**
1:15 3:25 154:1
**converted** 76:3
**converts** 127:4
**Cooke** 139:7
**Coomer** 138:19
139:5,12,20,25
140:3 150:6,18
**Cooper** 7:17,20
7:24 8:3,7,10
8:13,18,21,24
9:2,5,8,12,14
9:17,20,25 10:2
10:4,7,11,14
154:3
**coordinate**
179:15
**copies** 138:21
**cor-** 163:20
**core** 36:13
**corner** 140:23
**corporations**
82:7
**correct** 49:15,17
49:21 52:5,6,10
52:11 53:14,15
56:7 60:4 62:24
97:3,18 106:1
107:25 108:2
110:9,10,10,20
110:21 111:4
112:4,23 114:9
119:16,25

123:7 125:3
126:9 142:8,9
159:15 181:3,4
188:4
**correlates** 141:25
**corresponding**
163:20
**corrupt** 65:16
**coun-** 135:9
**Council** 155:23
**counsel** 188:6
**count** 15:11 21:4
21:5,16 24:6
56:5 100:16
111:18
**counted** 18:12
75:20 76:9
102:19,20,20
**counter-intelli...**
183:8,9
**Counter-Terro...**
182:17
**countered** 39:1
**counties** 54:3
64:4 75:23 80:2
122:20 152:16
153:2 156:25
**counting** 58:15
76:13 91:3,13
92:1 100:1,2
161:16
**countries** 14:5,19
21:25 22:11
28:8 31:21
33:16 34:11,12
34:25 56:14
65:18 71:9 82:6
84:1 109:12
182:23 184:7
**country** 4:1 6:4
12:14 14:4
21:19 22:1,12
25:1,24 27:7
33:6 34:16 38:6
41:2 49:2 54:13

63:17 64:5
69:17 70:5 81:9
81:15 84:7
86:25 87:1,20
89:15 109:18
115:2,11 130:7
133:16 136:3
136:12 144:18
149:5,5 151:13
153:15,17
154:5 156:10
159:2,3 160:14
162:1,13,25
163:3 164:16
165:6,24 167:2
173:19 174:10
181:9,11,25
182:9,9,22
183:7,23,24
184:2,13
185:25 186:5
186:11,22
187:2
**county** 17:8,25
19:22,23 30:6
31:12,19 49:1,3
49:4 52:14 53:3
53:7,21 55:22
55:22 63:16,19
63:19 64:1,7
74:6,10,15,16
74:16 75:23
80:3 91:12,14
105:14,15,18
105:18,19
106:2,7 107:15
109:13 110:7
110:12,24
112:21 113:7
113:20 114:8
114:15,19
115:15,16,19
115:25 117:13
117:14 119:7
120:3,11

121:11,21
122:5,23,23
123:10 126:10
128:15,19
129:4 130:2,5
132:2 133:13
136:1,25
137:16,19
139:7 151:3
152:20 153:7
154:23 157:21
158:15 159:22
160:18 164:19
165:4,5,21
168:10 169:4
169:10 174:8
**coup** 34:15,19
35:6
**couple** 2:20
10:23 14:23
86:14 102:10
105:8 116:4,4
118:8 149:10
171:24
**course** 5:19 16:25
41:20 47:25
51:1 52:25
102:23 106:17
113:13 187:1
**court** 32:4,5,6
35:11 42:22,23
43:1 51:21
81:18 115:3
118:22 123:19
125:5 131:7
134:24 143:2
145:19 151:7
171:17,18
177:22 182:5,6
184:4,14
186:19
**courtroom**
183:16
**courts** 154:14
172:4,17,21

174:13
**cover** 42:6
**covered** 140:7
**COVID-19** 159:3
**cows** 66:19
**crack** 177:9
**crazy** 48:4 49:7
151:9
**creases** 98:15
**create** 28:23
125:21 131:15
**created** 35:20
73:2,3 78:8
**creating** 72:24
**creator** 73:4,4
**credentials** 49:2
63:16,18 131:4
158:1,2 159:24
**crickets** 4:23
174:4 177:10
177:10
**crime** 87:22,25
122:6 142:16
142:17 173:20
**criminal** 147:13
150:23
**criminally**
147:21 148:20
**criminals** 149:5
**critical** 33:5 36:3
36:7
**crooked** 153:14
**cross** 168:9
**culture** 22:14
**curious** 141:22
**currently** 139:7
139:16
**custody** 20:3
120:14
**customers** 4:17
**cy-** 57:15
**cyber** 14:14
27:18 33:1,22
38:5,10 41:17
44:3 45:15

Steve Bannon Broadcast - February 11, 2021

49:16 56:5,12
57:15 58:17
61:24,24 117:4
130:14 159:18
161:25 179:1,3
180:21,22
184:21
cyberattack 16:3
27:18 156:10
160:7 173:1,4,8
175:15,21,22
176:7 181:2
186:10
cyberattacks
39:11 58:16
cyberly 49:14
cybersecurity
30:16 156:15
156:19 163:1
167:1
cyberspace
159:14

**D**

D 178:8
daily 6:4
Dallas 28:13 44:2
44:8,22 45:21
57:6,9 60:17,21
60:21 61:9,12
188:19
Dan- 143:17
Dana 142:21
143:18,19,20
143:20 145:20
147:7 148:16
148:23 150:19
151:14,23
Dar- 173:16
dare 143:21
data 28:15 29:6
47:25 48:1 51:6
79:21,21 119:4
119:9 120:9
127:4,4 141:23

168:7
database 63:19
63:22
databases 44:14
date 19:18
dated 123:25
Davenport
188:17
day 13:25 17:3
23:6 60:20,21
77:4,7,9 87:14
91:5 101:19
128:10 178:10
days 6:16 15:10
75:13 81:11
95:17 118:8
175:9
DE 33:25,25
dead 17:14 18:5
20:2,8,10 21:4
23:11 24:12
26:1 95:12
deal 25:15 36:25
114:22
dealing 142:21
debunk 64:24,24
debunked 64:23
64:23
decades 128:21
December 107:11
107:13 119:1
123:15,23
124:1,13
decertify 82:22
decide 64:5
162:10
decided 55:24
62:22 131:18
deciding 167:5
decision 91:2
172:20
deck 100:2,7
declaration
167:16
declare 21:12

deconstruct 2:5
deep 180:20
defend 179:8
defense 37:12
39:22 179:21
182:8
definitely 34:16
34:17,19 36:15
degrees 70:10
88:11
delayed 175:9
deleted 79:12
80:25 83:19
121:11
delivered 35:20
delivering 168:21
demeans 143:4
Democrat 12:13
53:10 80:3
105:21 110:9
110:15 183:24
Democratic
183:13
Democrats 174:9
demonstrates
149:1
denied 46:9,10
46:16 82:23
denies 175:1
DENIX 34:1
deny 46:21
Department
29:12 35:5
41:10 47:7
64:21 83:16
178:8 179:21
180:18,23
depended 132:3
depending 132:1
depends 60:8
DePerno 105:6,8
105:10,13,17
106:24 107:2,6
107:10,13,17
107:21 108:2,5

108:7,10,14,22
108:25 109:7
109:24 110:2,5
110:10,21
111:2,5,8,12,15
111:17,20,23
112:1,4,8,11,14
112:16,24
113:4,10,13,16
113:19,23
114:2,9,11
117:17 118:7
118:17,20
119:3,16,19,21
119:25 120:5,8
120:21,24
121:2,5,7,14,19
121:24 122:4
122:10,15,18
122:22,25
123:3,7,9,12
124:4,11,16,19
124:22 125:4,8
125:15,18
126:1,5,9,14,20
126:23 127:3,9
127:11,14,17
127:20,24
128:2,6,12,15
134:13 137:8
137:16,23
138:1,5,7,10,12
138:17 140:14
140:17,20
141:2,5,8,11,14
141:18,21,25
142:8,10,20
143:6,11,19,25
144:6,9,15,18
144:21,25
145:6,9,13,16
145:23 146:2,5
146:9,13,16,19
146:23,25
147:2,5,7,15,18

147:25 148:5,8
148:11,13,15
148:19,22
150:20
DePerno's 115:1
Depernolaw.com
124:12
deputy 182:16
describe 60:18
design 91:22
designed 125:20
131:14,24
132:5,9
desk 60:2
desperate 9:2,5
destroy 85:15,17
85:19 169:20
detail-oriented
134:4
detailed-orient...
134:3
determine
127:24
Detroit 91:3,13
91:25 110:19
developed 51:20
deviation 33:8
53:12 74:20
77:15 79:25
110:17 128:18
128:19
deviations 13:19
16:1 24:5,8
77:4 153:22
184:25
device 138:22
devices 93:12
DHS 38:13 47:11
47:18 49:19
di- 115:24
diagram 168:16
Dickman 188:17
Diebold 78:25
died 20:1
difference 112:22

Dickman Davenport, Inc
214.855.5100   www.dickmandavenport.com   800.445.9548

**APP603**

Steve Bannon Broadcast - February 11, 2021

116:2
different 7:17
12:24 17:17
29:1 53:21 56:9
60:16 76:5
77:11,13 140:9
140:11
dig 133:8
digging 77:18
88:21 116:14
133:11
diligence 4:8
13:24 68:5 73:7
130:19 134:6
152:12 171:10
174:12 178:11
direct 31:18
directly 30:5
31:18,21 36:11
138:23 167:17
director 82:15
164:3,4 175:4
175:18 182:16
directors 31:3
81:4
dirt 87:15
disagree 144:11
disagreed 147:11
disagrees 145:3
disbar 137:10
150:22
disbarment
144:13
disbarred 143:8
discard 99:11,13
discarding 99:14
disclose 54:9
discourse 145:17
146:6,14,17
discovery 52:23
52:24
discredit 117:13
173:24
discussion 41:7
discussions

145:19
dismiss 32:20
80:19 82:23
dismissal 80:23
dismissed 32:7
disparity 113:17
122:25
districts 131:9
divide 186:1
division 29:11
47:18,19,20
182:17 183:9
DNA 45:2
DNI 175:12,16
Do- 111:20
160:13
docu- 163:2
document 156:23
158:18 164:17
175:25
document- 30:24
documentary
136:23 175:25
documentation
156:22 157:3
160:7,8 161:25
162:5 163:17
164:15 166:21
documented
30:24 160:21
162:7
documenting
161:6 162:1
documents
163:12
doing 4:14 9:21
11:6 22:20
23:23 24:21
28:14 29:7,8,8
68:25 87:20
96:8 100:5
136:13 143:22
147:4 150:11
154:7 166:14
178:24 181:13

183:17 184:15
184:18
DOJ 35:7,9,13
45:14 183:1
184:12
dollar 11:20
dollars 36:21
37:1,17
domestic 22:12
35:1,1 179:9,10
181:18,25
Domi- 119:5
Domin- 173:16
dominated 180:9
Dominion 12:15
28:16 30:14
31:1,4,8,13
33:13 36:2,9
40:24 41:8,12
41:23 44:20,22
46:10,16 56:25
57:1,14 59:10
63:6 68:8 87:16
87:16 88:2
95:16 96:6 97:2
97:4 101:2,4,21
102:14,15
103:1 118:23
118:24 119:6
120:17 121:11
122:20 125:10
125:12,19
126:17 127:5
128:3 129:14
131:13,18,20
132:4 138:2,3
140:15,21
143:15 149:11
149:15,25
150:2 152:17
168:3 169:10
169:15 173:16
174:23 175:1
Dominion's
174:22

Donald 3:11 15:3
16:25 18:9,23
21:6,17 23:8,21
24:14 25:18
26:14 101:11
105:23 107:23
108:7,20 109:1
110:5 111:21
112:8,24 113:1
114:7 117:1
158:16 160:4
160:13 161:7
161:15
donated 10:13
door 180:3
Dorsey 82:3
86:12,22 89:9
149:7
double 18:8
doubt 62:25
Doug 26:23
dove 13:21
dozen 66:11
Dr 70:5,10,14,20
70:22,24 71:4,8
71:17,20 72:1,5
72:7,10,13,17
72:20,23 73:3
73:10,14,18,24
74:4,9,12,14,19
74:22,25 75:2,5
75:8,12,16,22
76:1,5,8,13,16
76:20,24 77:1,3
77:12,20,24
78:3,6,10,15,23
79:3,10,14,20
79:24 80:2,5,8
80:12,15,18,22
81:7,12,17,24
82:2,4,11,14,20
83:1,4,7,11,14
83:18,22,25
84:3,6,13,17,19
84:21 85:16,25

86:3,11,17
87:22 88:11
89:11,23 90:9
drawing 163:5
dream 16:4 176:4
drill 151:2
driven 18:19
179:13
drivers 35:19
drives 119:10
dropped 155:10
dropping 13:9
drugs 3:22
Ducey 26:23
due 4:8 13:24
34:6,8 68:5
73:7 130:18
134:6 152:12
171:9 174:12
178:11
dug 88:19 89:1
133:9
dump 104:9,10
dur- 90:18

E
E 188:1,1
earlier 36:1
39:15,25 56:5
56:13 59:9 64:3
161:17
early 32:15 47:17
61:7,8 78:16
174:21
earth 151:8
easier 41:22
easily 28:19,19
48:16 118:12
easy 120:20,21
176:24
eat 93:4
economy 5:25
effective 48:14
eight 75:13
either 33:20

Steve Bannon Broadcast - February 11, 2021

39:13 54:24
63:21 67:16
151:10 153:5,6
153:13 173:22
**eje-** 55:13
**elected** 26:11
  147:21 148:1
  148:20 151:1
**election** 11:2
  12:20 13:19
  14:5,19,24,24
  15:9,20 17:23
  19:21 20:1,2
  21:2 22:2 23:20
  26:6,17 27:16
  28:7,9 29:3,20
  31:17 33:16
  35:10,16,18
  37:8 38:13,19
  39:10 44:5,8
  45:11 46:22
  48:22 50:18,19
  50:20,21 51:1,8
  54:1 55:13,24
  56:22 57:18
  59:11,23 60:17
  61:8 63:5,8
  67:20 69:24,24
  70:19 71:9,21
  72:4,13 75:9
  79:5 81:3 82:15
  84:11,15 85:1,1
  90:14 91:4,24
  92:12 94:17
  102:18 105:22
  106:18,19
  108:3,23
  109:11,12
  110:3,6 112:14
  114:17 116:3
  116:10 118:8
  120:12 125:22
  126:8 128:10
  131:15 132:25
  137:18 143:10

143:12,16
145:9,10
147:12,20
150:14 151:17
154:7 156:17
156:17,21,23
156:24 157:4,9
157:12,15
158:20,23
159:17,18
160:9 161:14
162:2,6,8,10
163:24 164:5,9
164:10 165:8
166:22,24
167:3,18 175:8
175:13,16
179:5 180:7,13
182:24 184:10
**election-related**
  35:10
**elections** 22:2
  24:19 25:16
  30:19 33:18
  34:9 57:4 58:25
  78:12 91:16,17
  106:15,17
  145:11,16,20
  160:22 163:17
  167:5
**electors** 21:6
**electronic** 17:8
  28:17 29:2 41:3
  46:3 73:20,21
  73:22 75:17
  76:10 168:9
**electronically**
  75:24
**elements** 34:16
**Elk** 108:22
**email** 35:6 72:24
  73:5
**emails** 73:2,3
**Embassy** 35:5
**embedded** 78:18

**Emmet** 157:21
  158:15
**employed** 188:7
**employee** 101:15
  103:1
**employees** 4:5
  12:6
**ena-** 145:18
**enabled** 30:17
  145:18
**encompasses**
  40:8
**encourage** 5:21
  87:8,17
**ended** 4:14 47:6
  54:1 106:9
  110:25 150:13
  179:19
**ends** 187:12
**enemies** 179:9
  181:18 182:1
**enemy** 34:21 36:5
  179:10
**enforce** 83:16
**enforcement**
  145:2
**engineer** 71:1
  77:21,25
**Enron** 67:5,6,7,8
  67:8
**ensure** 140:24
**entered** 157:8,12
  157:14 159:17
  159:21,23,24
  160:8 164:9
**entering** 19:5
**entire** 55:24
  90:14 137:9
  179:21
**entirely** 65:4,5
**equipment** 59:25
  63:13
**equity** 30:25 31:4
  174:22 175:1,3
**erase** 13:15

**erased** 13:12
**erasing** 44:14
**Eric** 23:5 25:17
  149:10,20
  150:4,16,17
**error** 118:11
  127:11,15,17
**errors** 18:17
  125:21 126:11
  131:15
**ES&S** 28:16
  30:14 36:2,9
  44:21 46:12
  63:7
**espe-** 88:2
**especially** 36:19
**ESS** 57:1,8,13
  58:11
**essentially** 80:8
  167:15 169:17
**establishment**
  71:14
**estimated** 15:19
**et** 40:9
**eternity** 176:5
**ethernet** 140:25
  141:2
**ethics** 144:22
**ev-** 54:11 166:6
**evening** 40:8
**events** 15:25
  106:5
**eventually** 45:17
  45:25
**everybody** 24:2,4
  24:21 43:5,7
  48:11 52:1 53:2
  53:11 54:8
  55:20 56:11
  66:15,16 69:4
  83:13 85:7,20
  102:22 117:12
  128:18 136:24
  137:10 138:11
  142:1 153:11

153:11 155:8,9
159:12 160:11
161:20 165:19
166:15 167:10
177:6 178:13
182:4,11,21
185:1
**everybody's** 49:9
  66:20 87:7
  143:23 150:12
  173:21
**everyone's** 3:5
  6:18 186:18
**everything's**
  184:3
**evidence** 2:13
  12:2,25 13:17
  14:2,16 30:6
  32:10,13 35:15
  39:6,21 52:3,4
  52:9 65:8 68:10
  68:16,16 69:10
  81:12,13 88:23
  88:24 92:3,5
  102:5,11 104:4
  112:20 115:15
  130:8 133:11
  136:7 144:15
  148:2,9 149:23
  159:16 168:12
  173:17 177:8
  182:21
**evil** 149:4
**ex-addict** 3:11,20
**ex-crack** 3:12
**exact** 74:13,14
  116:24 157:13
  164:2,2,20
  170:10,10
  180:8
**exactly** 2:12
  14:17 51:9,18
  53:19 77:12,20
  83:11 88:16
  100:4 120:17

Steve Bannon Broadcast - February 11, 2021

140:17 159:19
159:20,20,20
161:6 164:17
164:19 166:22
174:17 181:23
183:17
**example** 109:16
109:21
**excited** 166:1
**excuses** 85:10
**execute** 36:5,5
**executive** 144:10
149:11 175:5,6
180:18
**exercises** 29:8
**exist** 51:24,24
**expect** 15:4 23:21
**expected** 33:8
**experience** 5:10
5:12 79:17
120:6
**experienced** 4:12
**expert** 38:5,10
41:17 70:10
161:25
**experts** 14:14
39:4 119:23
120:4,10
156:15,19
167:1 169:23
**expiration** 122:7
**expires** 188:20
**explain** 12:24
19:2 23:13
48:10 50:9 66:9
142:7 151:4
156:11 169:13
**explainable**
151:5
**explained** 15:1
156:16 183:12
**explaining**
118:17 167:21
**explanation** 83:8
114:3

**explosive** 155:16
169:11,21
**exposed** 62:16
85:5 122:23
**exposing** 172:3
**Expressway**
188:18
**extend** 37:15
**extensive** 26:9
**extraordinary**
8:14 70:6
114:18
**eye** 134:22
**eyes** 51:5 132:15
**eyewitness** 68:2
**eyewitnesss**
67:24

**F**

**F** 8:9 188:1
**Facebook** 124:14
177:3
**faced** 179:22
**facing** 180:15
**facsimile** 168:7
**facsimiles** 41:3
**fact** 26:25 32:3
48:12 52:13
80:15 92:8
108:12 114:10
114:11,12
116:22 117:12
121:12 132:10
142:24 152:19
156:22 158:11
161:5 162:24
164:5 168:8
**factors** 36:3
**facts** 10:10 26:20
50:4 67:22
112:20
**factual** 108:14
**failed** 19:21
20:13 180:19
**failure** 120:11

**fair** 12:20 59:14
**faith** 8:13
**fake** 18:18 150:9
158:2
**fallacies** 102:18
**fallacy** 10:1
**false** 158:4
159:24 177:4,4
**fame** 106:12
**familiar** 91:23,24
**families** 5:23
6:13 7:4 155:8
**family** 11:10 12:5
37:22 186:14
**Fanning** 155:16
156:3,11,14
159:16 160:2,6
160:20,25
161:4,9,24
162:4,15,22
163:19 164:1
164:23 165:9
165:11,14,17
166:5,20
167:20 168:11
169:21 172:25
176:16
**Fanning's** 167:25
**far** 172:16 182:3
**fascism** 147:2
**Fathers** 179:2
**favor** 89:3
**favorable** 36:24
**FBI** 35:9,16,19
45:17 164:3,3
178:7 180:18
180:24 182:17
182:25 183:1,4
183:5,12
184:12,14,17
185:10
**FDA** 8:16,16,19
**fear** 146:20
147:22 148:4
**feature** 78:17,18

88:20 89:16
135:20,20
**FEBRUARY**
1:14
**federal** 34:17
78:11,11 83:15
**fee** 188:11
**feel** 175:18
**feet** 103:7
**felons** 19:13
**felt** 131:21
**Fi-** 69:2
**fiasco** 152:20
**fight** 37:14
152:19
**fighting** 37:18
38:1
**figure** 76:11
105:6 114:25
115:2 120:25
134:14 185:6
**figured** 153:19
**file** 123:19 143:1
143:8
**filed** 62:9 106:9
106:13 118:20
118:21,22
144:23
**files** 121:10,10,10
121:25 128:7
163:15 165:12
**filing** 106:10
**filings** 131:7
**filled** 104:5
**film** 2:4,6,7,12,23
11:24 12:6,23
12:24 27:19,21
68:1 90:9 118:5
137:12 152:9
182:6
**final** 158:13
**finally** 11:19 47:6
66:17 178:2
**financial** 36:16
36:16

**financially** 188:9
**find** 5:6 11:20
27:6 31:24
35:15 47:15
57:21 65:17
77:9,18 86:6
116:13 133:12
133:16 151:2
155:3 178:2
**fine** 58:5 69:2
169:8,8 171:6
**finish** 9:19
163:14
**firewall** 93:1
158:5 159:25
**firewalls** 93:4
**firm** 30:25 31:4
174:22 175:1,3
188:18
**first** 3:2,3 5:12
14:23 23:15,19
38:9 57:4 78:7
79:11 81:11,18
86:4 87:19
102:20,21
115:12 129:6
144:3 155:20
157:4 159:4
160:3 168:11
168:23,24
169:24 182:11
185:22
**fit** 149:2
**five** 6:16 138:21
153:18
**five-day** 169:2
**flat** 63:22
**flaws** 131:21,25
132:5
**flip** 27:13 62:22
64:7 106:19
116:23 128:22
132:6 135:13
**flipped** 14:6
38:23 53:9,11

Steve Bannon Broadcast - February 11, 2021

105:22 109:3
111:4 115:21
115:21 123:12
128:16 133:19
133:19 135:4
136:4,5 161:19
165:23 166:18
**flipping** 93:9
110:25
**Florida** 56:23
**fobs** 104:8
**focus** 58:13 91:25
104:19
**focused** 180:16
**fodder** 51:23
**folks** 34:4 114:18
**follow** 120:11
167:22
**followed** 84:4
**footprint** 142:3
170:8
**footprints** 68:25
117:4 130:14
159:17 160:8
160:21 162:7
**for-** 57:15
**Force** 179:18
**forces** 28:24
**foregoing** 188:3
**foreign** 28:8
30:22,22 31:21
33:11 34:11,11
34:20 50:24,25
157:3,6 159:17
160:21 161:5
162:7,8,11
167:4,25
169:16 175:8
179:9
**foreigners**
180:10
**forensic** 14:14
32:14 52:20
115:4 116:16
116:20 118:7

118:15,23
119:4,5,11,23
120:6 121:8
122:16 123:14
123:16 125:24
126:2 127:7
142:3 159:16
169:10
**forensics** 44:3
53:23 56:6
61:24
**forever** 16:4,7
24:19 187:2
**forge** 152:4
**form** 73:22
**form-** 91:15
**former** 30:10
90:23 101:14
101:14 103:21
164:3 182:16
183:4
**fornetics** 57:15
**forth** 40:22
144:15 147:19
168:24 169:22
**forthcoming**
32:15
**Fortune** 73:18
**forward** 22:2
32:11,14 57:8
151:7 169:8
**found** 5:7 33:11
44:12,12 45:20
53:1 55:4 58:23
59:24 70:17
75:16,17 78:6
78:10,16 79:15
79:21 83:18
86:1 88:13,20
95:21 121:8
126:10 129:17
136:11 166:4
182:1
**foundation**
185:11

**founding** 44:1
179:2
**four** 5:13 21:3
70:10,11,14
88:11 97:17
155:21 171:21
**four-minute** 7:15
**fourth** 5:14
**frame** 42:18
**Frankfurt** 33:12
33:19,20 63:12
**Franklin** 74:6
75:23
**frankly** 93:14
**fraud** 23:9 25:12
26:9 29:21
35:16,18 44:5
46:22 57:5
70:19 71:9 72:4
72:14 75:9
84:11 85:1,2
104:1,22
109:11 125:21
131:15 142:16
143:15 148:11
150:14,15
156:17,24
**fraudulently**
184:10
**freed** 3:12
**Freedom** 45:25
**freedom-loving**
187:6
**Friday** 11:17
177:12
**friendly** 7:15
28:24
**friends** 72:11
186:14
**fringe** 72:14
**frivolous** 143:1
**fro-** 56:4
**front** 37:5 96:20
98:24 125:10
180:3

**fruit** 25:10
**frustrating** 31:25
32:3
**full** 32:14 107:14
134:8,9 137:18
162:4 175:6,7
188:12
**fully** 131:2
**Fulton** 55:21,22
169:4
**fun** 91:8 142:24
**fundamental**
30:16 86:4
**further** 52:24
130:1 135:25
188:6,9,11
**future** 25:16
58:25 185:23

**G**
**gained** 113:24
121:15
**gains** 36:16
**gal** 68:10
**gals** 4:19
**game** 2:6 41:19
88:1
**gapped** 92:23
**Garcia** 188:2,16
**Garden** 5:15 6:8
**gate** 66:19
**Gateway** 101:18
**general** 44:8
142:22 145:1
150:19 173:9
174:18 178:15
178:16,17,20
178:22,23
180:25 181:4,7
181:12,14,17
181:21
**generates** 126:11
**genius** 73:5
**Georgia** 17:13
19:9,11,18,19

19:20 20:7,16
24:7 25:8,22
26:6 30:6 31:20
32:9 166:11,15
**Germany** 34:1
63:12 64:9
86:25 168:5
**getting** 2:24,25
6:14 7:2 18:24
29:5 44:13
50:17 54:14
59:18 68:24,25
86:19 90:5
113:6 133:7,8
134:4 136:11
143:23,24
166:11,12,16
170:24 171:1,4
171:4 176:13
187:2
**GHS** 29:10
**gi-** 20:14
**giants** 2:8,8
**Giuliani** 38:7
90:18
**give** 20:7,8,10,14
25:25 26:22
39:25 47:25
75:19 89:12
102:5 154:16
154:16 178:20
**given** 121:21
127:6 167:23
**giving** 29:17 67:9
**glad** 24:16 26:13
70:22 181:21
**global** 180:4
**globalists** 179:25
**go** 2:6,11 14:17
15:5 16:10,12
16:16,22 17:12
17:14,21 18:5
18:11,16,21
19:9 21:11 23:3
23:4 24:4 25:6

Steve Bannon Broadcast - February 11, 2021

27:20,20,20
30:18 40:20
42:16 43:9
48:12 49:13
54:3 55:17
56:25 58:5,9,9
58:18 59:9
66:24 68:6 70:3
70:19 78:25,25
85:9,21 87:19
88:3,6,6,7
90:12,15,18
100:20 114:6
115:4,22,25
118:3,6 127:18
132:17 135:24
136:15 137:7
138:15 145:18
149:23 150:8
154:13,14
157:2 158:10
158:18 162:20
165:2,22,22
167:20 168:11
169:25 170:4
171:6,8 173:17
174:20 181:19
182:2 186:13
187:7,7
**God** 3:12 4:21
5:18,19,21 7:3
76:17 181:11
181:12 183:25
186:2,3 187:8
187:11
**God's** 187:9
**goes** 51:8 54:24
54:25 55:1 56:6
57:16 76:1
129:22 168:8
169:4
**going** 2:3,4,11,11
2:12 3:20,21,22
3:25 4:4,13,16
4:16,21 5:3 6:1

6:18 7:15 11:11
11:22,25 12:3,7
12:22,23 13:8
13:12,14 14:7
14:12,13,14,14
14:15,17 15:5,8
15:9,10 16:10
16:11,12,12,13
16:19,20 17:1,7
17:12,16,19
18:15,15,21
19:9 21:11,12
21:23 22:2,13
22:18,24,25
23:1,2 25:25,25
26:18 27:1,4,5
27:18,22 34:7,8
36:25 37:8
39:20 41:8,16
41:22,25 43:1,2
43:6,16 44:16
50:21 51:9,10
51:12 53:19
55:10 56:15,16
57:21 58:24
62:11,17 64:16
66:6,16,17,20
66:21,23,24
67:2 68:9,12,16
68:20,21 70:4,4
70:12,15,17
71:24 72:11
73:6,8 76:23
77:3,9,17 80:8
81:12 85:5 87:3
87:5,6,24,25
89:12,19 90:15
94:2 100:18
102:4 103:16
104:4 105:3,7,8
107:14 109:9
109:15 110:13
110:16 113:17
115:12,23,24
116:6,15,24

117:2,3 118:6
128:23 130:9
131:1 132:24
133:1,5,12,14
133:16 134:25
135:24,24,24
137:1,9 138:14
142:2,3,19
143:17 145:10
149:4,24
150:10,13,25
151:3 152:4
154:13 155:16
156:8,11
157:25 162:11
162:19,21
168:17,24
169:13,21
170:18 171:13
171:18,25
172:2 173:4,8,9
173:10,11
178:20 179:25
181:6,6,8,8,10
181:19 184:2,3
184:4 185:21
185:24,25
186:1,18,23,24
186:25,25
187:1,3
**good** 10:4,7 11:6
21:8 37:18
136:25 177:1
184:24
**goods** 168:22
**Google** 11:14
124:16
**GOP** 71:14
**Gore's** 179:20
**gorilla** 24:18
**gotten** 10:24
28:10 58:23
84:7 115:3,3
**government**
31:11 33:4

34:17 39:10
65:17,20 81:20
81:21 82:6 85:6
86:1,5,7 89:5
89:19 91:16,17
144:11 167:25
169:16 170:12
171:20,22
174:15,16
179:21 183:14
183:19,19
**government-m...**
37:2
**governments**
31:11,12
**governors** 21:7
24:22 85:7
154:6
**grab** 120:3
**grabs** 63:15
**grace** 5:18
**granted** 6:17
118:24 123:23
**grasp** 185:11
**great** 4:6,6 6:2,3
8:3,4 60:22
89:12 90:8
116:16 178:24
181:9 186:1
**greatest** 4:4
173:1,4,8
175:22 181:10
185:25
**green** 36:25
**grew** 71:6
**ground** 71:11
**group** 28:14
43:21 44:2
45:15 47:8
49:23 60:16
99:6 123:25
133:9 170:15
171:2
**grouped** 17:18
**groups** 48:3,6,7

168:18
**GSM** 139:18
**guarantee** 9:12
116:10 124:6
**guess** 22:23
56:22 64:10
138:8 149:13
166:16 171:14
184:1,14
**guides** 187:6
**guise** 19:6
**guy** 4:7,13 7:6,11
20:18,19,23
39:9 42:1 64:15
70:25 71:1,14
73:7 74:14,15
74:16 88:18
90:10 101:2
114:16,23
120:22 133:22
134:20 151:15
151:15 152:11
174:16 178:10
181:17
**guy's** 73:5 83:11
88:12,12
**guy-** 143:13
**guys** 23:2 38:14
41:11,14 44:18
48:3 52:14,15
52:15,20 69:1
70:5 87:10,13
88:1 104:11
108:16 115:22
129:13 135:18
143:13 149:22
150:8,22 169:6
170:15 172:23

---

**H**
**ha-** 159:9
**hack** 28:7 135:22
165:7
**hacked** 56:14
93:7 109:12

Steve Bannon Broadcast - February 11, 2021

| | | | | |
|---|---|---|---|---|
| hacker 157:8,23 | 155:21 156:12 | 128:18 129:2 | 181:24 186:10 | hundred-and-s... |
| hacker's 163:7 | 156:16 179:12 | 129:24 154:19 | hit 118:10 138:24 | 104:10 |
| hacking 14:5 | 184:16 186:13 | 161:9 | 159:3 | hurt 5:3 |
| 164:6 | 186:23 | hearing 57:5 | ho- 182:5 | hydroxychloro... |
| hacks 51:4 | happening 11:9 | 90:17,18 133:8 | hold 60:1 121:17 | 154:4 |
| half 3:17 4:17 | 64:20 68:15 | heart 6:8 129:6 | 121:17 135:7 | |
| 117:3 133:10 | 122:22 186:11 | hearts 134:18 | hold- 76:22 | **I** |
| hand 43:9 95:1 | happens 23:25 | heck 124:7 | home 5:22,22 | I&A 47:18 |
| 107:7,8,10,18 | 57:20 76:2 82:5 | held 134:10,24 | 167:22 182:8 | ICP 139:3 140:4 |
| 112:5 142:11 | 84:1 145:13 | 175:10 | Homeland 29:13 | ICPs 140:9 |
| 187:8 | 172:15 | Hello 13:3 | 41:11 47:8 | ID 157:12,21 |
| hand-counted | happy 14:22 | help 3:21 4:1 7:7 | hometown | 159:22,22 |
| 74:7 109:17 | 184:1 | 7:8 60:1 134:21 | 151:16 | 170:14 171:14 |
| hand-off 92:2 | harassing 35:21 | 151:16 | hooked 129:16 | identical 117:5 |
| 93:18 | hard 32:19,20 | hero 90:16 | hope 5:24 136:21 | identification |
| handed 47:21 | 43:18 69:10 | 178:15 | 136:22 | 159:10,11 |
| hang 135:8 | 122:13,15 | hey 2:7 11:21 21:8 | horrified 44:12 | identified 33:18 |
| 170:21,21,22 | 123:16 151:22 | 21:11 39:10 | 45:7,16 46:7 | illegal 16:23,23 |
| happen 24:9 36:8 | 185:6 | 41:13 43:9,12 | 47:9,23 48:12 | 17:22 23:9 |
| 41:9,14 50:21 | hardware 139:11 | 48:3 101:16 | 49:21 | 26:10 60:7 |
| 51:9,10,12,18 | harsh 131:19 | 120:3 129:15 | horrify 48:10 | illegally 19:15,24 |
| 53:20 54:11 | Hart 28:16 46:11 | 143:13 149:22 | horrifying 45:20 | illegitimate 29:23 |
| 58:2 59:19 60:4 | 63:6 | 151:25 | 48:8 53:1 | image 18:1 76:3 |
| 61:6 66:16 | hash 61:14 | hide 151:10 | horror 59:24 | 76:3,14,17 |
| 77:19 101:21 | hat 63:10 | hiding 14:11,12 | host 172:16 | 79:15 140:22 |
| 102:4 115:23 | hated 71:15 | high 55:15 62:4 | hosts 6:11,24 | images 76:20 |
| 184:11 186:25 | haunting 65:14 | highly 74:25 75:5 | hour 3:17 103:3 | 78:8,12 79:12 |
| 187:4 | head 136:1 | 80:3 | 117:3 | 81:1 83:19 |
| happened 2:18 | heading 179:20 | hill 187:5 | hours 47:24 82:2 | 118:23 119:5 |
| 2:19 4:23 6:6 | hear 18:15,19 | hire 119:14 | 82:8 86:16 | 119:11 120:6 |
| 7:16 10:20 | 43:21 52:1 54:8 | hired 95:16 | 97:14,15,17 | 122:16 123:16 |
| 12:25 13:19 | 66:5,5,8 68:2 | 102:13,15 | 101:7 102:1 | 123:17 126:2 |
| 14:18,22 15:8 | 70:17 73:6 81:8 | 103:2 | House 152:19,22 | imagine 54:19 |
| 15:18,19 16:1 | 83:13 90:19 | Hispanic 74:16 | 162:12 | 80:8 |
| 16:13 21:9,9,10 | 100:25 105:15 | historical 29:5 | Houston 62:15 | immediately |
| 22:3,22 25:2 | 128:18 138:11 | 85:1,4 161:21 | hu- 79:7 | 149:1 |
| 27:12 34:25 | 143:14 178:15 | historically | Huawei 160:23 | immense 73:25 |
| 39:3 42:4 50:20 | heard 13:22 | 105:20 | huge 51:20 62:14 | impeach 25:6 |
| 61:21 69:15,24 | 18:13,18 25:24 | history 16:3 22:3 | 100:23 102:16 | impede 35:17 |
| 77:10 89:7 96:2 | 32:10,12 39:23 | 22:22 38:19 | 102:17 110:19 | importance |
| 98:20 105:4 | 46:8 49:10 | 39:11 40:18 | human 58:14,15 | 89:15 146:14 |
| 106:18 113:19 | 52:12 53:3,22 | 73:11 156:10 | 75:20 | important 23:14 |
| 114:3 115:9 | 56:13 58:12 | 160:15 173:1,4 | humanity 21:19 | 69:21 104:13 |
| 116:21 128:9,9 | 64:8,8,14 71:23 | 175:22 179:1 | 142:17,17 | 106:10 118:5 |
| 132:7 142:3 | 97:12 105:13 | 179:11 181:3 | 173:20 | 118:14,16 |

Steve Bannon Broadcast - February 11, 2021

120:10 140:20
158:25 164:7
178:25 179:3
179:17 180:5,6
180:12
**impossible** 74:24
132:10
**impressive** 10:8
38:10
**in-** 34:17 37:17
**in-depth** 115:8
**inaudible** 9:7,18
19:1 44:16 45:4
55:10 72:9 75:1
80:14 84:18
86:2 87:21
110:24 140:2
140:10 144:6
179:7 180:20
185:18
**incentivized** 18:4
**inch** 12:8
**include** 154:12
**including** 14:19
28:8 131:8
139:20,20
159:1 184:7,13
186:19
**incomplete** 19:13
**incredible** 19:4
67:3 161:20
166:19
**independent**
169:22 172:23
172:23
**India** 71:6
**indications** 37:13
**individual** 35:8
70:6 73:24
**individually** 77:6
**induce** 29:22
**industrial** 37:3
**industry** 58:8
**influence** 28:2
30:19 46:25

125:22 131:15
**influenceable**
28:19
**information** 28:3
28:3,21 32:1
34:7 42:21 54:4
54:5 57:7 60:20
63:15 64:6 65:3
69:9 92:2 93:22
103:20 121:22
122:6 124:24
125:6,9,11
127:6 141:6
156:20,23
164:2,2 167:4
169:17 172:25
173:5 174:24
174:25 175:2
176:17
**informed** 83:19
**infrastructure**
33:5 38:13,13
**inherent** 36:8
125:21 131:14
**inject** 63:21
**injected** 51:17
**injections** 141:16
**input** 4:3 30:5
77:11,13
**insert** 127:7
**inside** 14:3 34:16
34:17 35:13
47:11 68:24
162:25 164:16
169:5 170:1
176:13 183:16
**insight** 78:7
**install** 135:13
**installed** 118:10
**integrity** 47:21
85:22
**intel** 171:22
178:5
**intel-** 176:10
**intellectual** 37:25

**intelligence**
29:11,12 30:22
30:23 47:10,19
175:5,19
176:11 180:19
185:4
**intense** 6:8 10:18
**intensity** 10:20
**intent** 127:25
**intentionally**
125:20 131:14
**intercepted**
93:24
**intercepting**
94:13
**interception**
94:13
**interchange**
57:14
**interdict** 29:1
**interdicted** 28:20
29:20
**interested** 47:13
106:16,17
180:1,1 188:10
**interesting** 44:6
68:13 70:24
75:17 79:22
80:6 88:17
98:22 102:13
103:8 111:9
116:22 117:2
117:11 128:7
**interference**
148:13 157:3
166:22
**interim** 94:4
**international**
37:16
**internet** 59:20
60:5 92:4,9,18
92:20,22 93:7
93:14 101:16
101:22 120:18
121:7 122:19

129:12,16,18
129:22 138:9
138:14 140:18
141:3,4 142:4
149:14,15,16
149:17 157:7
157:17
**intervention**
175:8
**interview** 7:16
10:18 58:19
70:6 147:8,9
148:16
**interviews** 6:16
**introduction**
29:18
**intrude** 175:13
**intrusion** 156:24
157:6,24
158:11 161:5
162:7
**intrusions** 158:19
158:21,23
160:22
**invest** 37:17
**invested** 37:23
**investigate** 45:19
64:22 67:7
122:3,5 147:12
**investigated**
64:19,21
**investigation**
35:9,10 65:2
181:19 184:21
**investigations**
13:25 35:14,17
**investigative**
29:9 155:17
156:4 168:1
176:12
**investigators**
47:7 176:16
**investment** 37:19
**investments**
36:17

**involve** 56:11
**involved** 2:19
7:10 10:24
28:11 34:16
44:4 86:8,13
89:5 90:24
105:16 172:19
**involvement** 2:17
58:14,15
155:19 175:20
175:21
**IP** 157:6,11,14,16
163:6,7,8 166:3
170:14 171:15
**iPhone** 76:6
**Iran** 161:2
**ISI** 31:22
**island** 140:7,11
**islands** 37:15
**issue** 25:14 56:9
115:3 155:13
**issued** 32:13
**it'll** 66:18 138:20
177:20
**Italian** 35:5
**Italy** 64:8,9
**items** 119:12
122:10

———————

**J**

**Jack** 82:3 86:12
86:13,22 89:8
149:7
**jam** 98:11,12,18
**James** 164:4
**jammed** 98:19,21
99:5,8
**January** 3:13
14:1 25:5 39:23
133:11 136:9
154:20
**Jimmy** 105:6
115:1
**job** 21:7 26:14
153:24 183:14

Steve Bannon Broadcast - February 11, 2021

183:15
**jobs** 3:19,22
24:21 179:22
**Joe** 21:12 97:11
97:12 105:23
106:24 108:3
108:23 110:2
111:20 112:6
141:15
**Johnson's** 47:7
**join** 43:22
**joins** 156:4
**journalist** 87:18
**journalists** 87:9
**journey** 75:8
**judge** 52:22
59:23 80:19
82:20,23 88:22
89:2 115:3
116:8 118:22
123:20,23
125:2
**judges** 52:4 66:8
115:11
**judicial** 35:11
180:17
**July** 46:1
**jump** 5:11
**jurisdiction**
138:22
**jurisdictions**
139:13,17
**Justice** 64:22
83:16 178:8
180:19,23
**justices** 184:5
186:19

**K**

**K** 2:3
**Kearney** 109:25
**keep** 3:7,7 17:1,7
65:9 67:9
149:22 151:22
152:4 163:3

**keeps** 90:5
**Kemp** 26:22
**kept** 11:18 88:21
133:6,7
**key** 4:11 117:6
**kicked** 77:21
**kidding** 150:15
**killed** 6:15
**kind** 2:5,15,22
9:8 15:16 17:6
17:15 28:9 30:1
31:13,13 38:9
50:12 63:13
87:14 96:17
98:1,2 104:1
129:5 136:19
152:24 161:17
175:10,18
**kinds** 26:22 43:2
102:7,11 142:6
**knew** 3:5 22:21
43:16 50:21,22
50:23 51:9
53:12,19 68:15
68:15 71:20,23
74:2 85:9,9
88:18 105:24
105:25 106:3,6
106:8 110:12
114:18,20
118:13 132:23
151:17,17
164:5,8
**know** 3:12,14 4:3
4:9,13,16 5:4,6
5:7,9,11 6:18
6:19 7:1,21
8:11 9:3,9,9,13
10:25 11:4,22
12:2,7 13:4,16
13:18,23 15:11
15:13 16:4,6
20:15 21:8,16
22:20,22,23,24
23:9 25:3,5

26:13,19 27:3
27:10 28:5
29:20,22 30:7
32:3,7,16,21
33:7,13,14,21
34:6 35:15,21
35:22 36:3,9,20
37:4 38:5 39:4
39:18,21,22
40:7 42:2,4,5,7
42:24 43:9,11
43:15 47:14
50:8,23,24 52:7
52:8 53:4,9,23
54:1,12,14,22
56:16 57:2,23
59:15 60:6,16
61:2,16 62:1,3
62:8 64:7,13,22
65:4,10,11 66:6
66:6,15,20,21
66:22 67:4,18
68:22,25 69:1
69:20 70:24
71:6,12 72:8,23
72:24,24,25
73:7,8,10,19,20
77:16,17,17
79:9 80:18 81:9
81:10,15 83:18
84:11 85:8,13
85:23 86:12,20
86:21,23,25
87:3,4,8 88:10
88:24 89:7,7,9
89:10,11,14,24
90:24 96:2 99:3
100:1 101:15
101:17 102:3
102:17,24
103:15,15
105:3,17 107:4
108:10,10,17
109:17,18,19
109:21 110:23

112:18,19
114:5,6,7,19,20
115:8,20
116:15,17
117:12 118:12
118:13 119:18
119:19 120:2,3
120:16 121:12
121:15,16,19
121:20,24
124:9 126:20
128:20,20,25
129:8,10,23,24
129:25 130:3,7
130:8,12,21
132:12,15,24
133:2,9,20,23
134:8,19,20,22
135:6,18
136:10,13,14
136:19,19,21
137:2,8 138:21
142:13 144:1
145:3,6 149:4
149:21 150:3,8
150:15 151:15
151:20,22
152:2,5,23
153:14,15,20
153:24 154:2
154:13,16,17
154:24 159:11
159:19 161:2
161:14 165:1
165:22 166:1,3
166:13,13
167:9,22,23
168:7 169:3
170:11 172:2
173:18,25
174:5,12,14,15
174:16 175:10
176:2,2,3,8
177:2,14,19,21
178:8,9 179:2

181:19 182:5
182:17,25
183:3,22 184:9
184:17,23
185:2,20
186:17,20,21
186:21 187:3
**knowing** 93:6
167:11
**knowledge** 29:6
32:9
**known** 16:5
17:24 22:5
24:10,17 168:1
**knows** 19:10 24:7
66:12 70:16
85:20 89:17
108:16 142:1
182:4 185:1,10
**Krebs** 38:12,15
38:18,25 39:8
40:11,11 67:5
75:18 81:17
126:14 127:14

**L**

**lady** 143:17
**land** 92:19
**landslide** 71:22
71:25 74:2
**language** 170:8
**large** 93:14
**large-scale** 73:14
**largest** 33:20,21
73:16 179:10
**late** 20:1 66:19
185:7
**latest** 139:21
**launched** 86:16
**launching** 184:21
**law** 19:7 78:11,11
145:1
**lawn** 71:12,17
**laws** 83:15 84:3,8
**lawsuit** 106:10

Steve Bannon Broadcast - February 11, 2021

106:11 118:20
118:21
**lawsuits** 143:3,8
150:9
**lawyer** 105:13
134:20 137:9
144:23 146:20
151:16,25
**lawyers** 142:24
146:8 150:20
**leaders** 187:3
**leading** 184:7
**leads** 136:10
**leaked** 7:14,14
**learn** 16:19,20
**learned** 79:17
148:16
**learning** 5:10
106:16 165:2
**leave** 25:13 49:25
**leaving** 164:11
**lecture** 85:2
**led** 175:13
**left** 3:25 23:23
59:17 69:4
131:3 141:22
178:12
**legislator** 147:10
147:10
**legislators** 21:7
24:22 85:7
147:16
**legislature** 153:2
**legislatures**
148:24 153:23
180:17
**legistla-** 150:21
**legitimate** 146:21
**lengths** 67:3
**let's** 12:23 13:1
16:16,21 17:11
17:12,14,21
18:11,16 24:13
27:20,20,20,20
43:19,21,21

58:5,5,18 70:3
85:15,17 90:12
90:18 99:16
108:18 117:22
117:25 118:3
120:3 136:1,2
137:11,11
165:3 168:11
169:25,25
172:10,14,14
178:15
**letters** 150:3
**level** 29:21,21,22
30:1,14,22
31:16 49:1 90:6
109:22 175:15
**levels** 49:24
51:12
**li-** 102:13
**liars** 41:20
**license** 145:25
**lie** 8:14,18,21
32:5 41:24 42:5
42:5 129:14,20
**lied** 23:8
**lies** 23:7
**life** 89:13
**light** 187:5
**lights** 187:6,7
**limited** 52:23
54:2 140:5
**Lindell** 2:3,10,14
3:4 5:18 6:10
6:12 7:19,22
8:1,5,8,11,16
8:19,23 9:1,3,6
9:11,13,16,19
9:23 10:1,3,6,9
10:12,15,22,25
11:3 12:3,9,12
12:19 13:3,4
23:15 25:11,21
26:12,13 27:15
27:21,24 28:5
29:14,24 30:3

30:12,20 31:5
31:24 32:17,22
32:24 33:2,6,14
33:23 34:2,10
34:18,22,24
35:24 36:14,18
37:6,10,20
39:12,13 40:5
40:13,16 41:18
42:12,14,19,24
43:14,22,25
44:17,23 45:3,6
45:9,12 46:5,8
46:13,15 47:2,5
48:9,17,20 49:6
49:8,16,18 50:2
50:9,15,17 51:3
51:8,19 52:1,7
52:12,18 53:2
53:16,18 54:8
55:6,8,11,19
56:1,10 57:11
57:25 58:4,19
58:22 59:4,6,21
60:6,10,14
61:10,18,20,23
62:13,19 63:1
64:2 65:1,7,23
66:1,4 67:1,11
67:14 68:4,20
69:12 70:2,7,9
70:21,23 71:3,7
71:16,19,24
72:3,6,8,12,16
72:18,22 73:1,4
73:13,17,23
74:3,8,11,13,18
74:20,23 75:1,4
75:7,11,15,21
75:25 76:4,7,12
76:15,19,22,25
77:2,13,22 78:2
78:5,9,14,22
79:2,4,13,19,23
80:1,4,7,11,14

80:17,21 81:5,8
81:22,25 82:3
82:10,13,18,25
83:3,6,10,13,17
83:21,24 84:2,5
84:9,15,18,20
84:23 85:17
86:2,9,12,18
87:24 88:17
90:2,5,11,20,22
91:6,9,11,19
92:5,14,16,21
92:24 93:2,5,9
93:16,19,24
94:1,3,5,8,12
94:16,19,22
95:3,8,10,15,19
95:21,24 96:1,5
96:7,10,12,16
96:21,24 97:2,5
97:8,12,16,19
97:23 98:4,6,10
98:13,16,19,22
99:1,4,6,8,10
99:15,19,22,25
100:6,10,13,17
100:22 101:2,5
101:7,10,24
102:7 103:13
103:15,23,25
104:8,15,18,21
104:24 105:2,9
105:12 106:23
107:1,4,8,12,16
107:20,22
108:4,6,9,12,15
108:24 109:2,8
110:1,4,7,11,22
111:3,7,10,13
111:16,19,22
111:25 112:3,7
112:10,13,15
112:17 113:1,9
113:12,15,18
113:22 114:1,4

114:10,12
115:7 117:8,11
117:20,23
118:1,7,17
119:2,13,17,20
119:23 120:1,7
120:20,22
121:1,4,6,13,17
121:23 122:1,9
122:12,17,21
122:24 123:2,4
123:8,11 124:2
124:5,15,18,21
124:25 125:7
125:14,17,25
126:4,6,13,19
126:22 127:2,8
127:10,13,16
127:19,23
128:1,5,11,14
128:17 129:19
130:21 132:8
132:12 133:19
134:1,11,16,19
135:11,16
136:18 137:5
137:14,22,25
138:3,6,9,11,13
140:16,19
141:1,4,7,10,12
141:17,20,24
142:1,9,12
143:5,10,13,20
144:1,7,14,17
144:20,24
145:5,8,12,15
145:22 146:1,4
146:7,12,15,18
146:22,24
147:1,3,6,14,17
147:24 148:3,7
148:10,12,14
148:18,21
149:3,18 150:2
150:7,24 151:5

Steve Bannon Broadcast - February 11, 2021

152:13 153:5,9
153:13 154:23
155:1,6 156:4,7
159:6 160:1,5
160:10,24
161:3,8,10
162:3,14,18
163:18,25
164:22,25
165:10,13,16
165:18 166:6
167:6 168:14
168:20,23
169:12,24
170:4,24 171:1
171:4,7,9,12,24
172:6,9,11,13
173:2,7 174:2
175:23,24
176:14,19
177:8,12,14,18
177:25 178:4,7
178:16,19
180:25 181:5
181:14,21
182:15,20
183:21 184:22
185:8,13,16,19
186:8
**Lindell's** 10:13
**line** 20:13 135:2
135:15 142:5
163:4,13,19,20
163:21 165:7
166:2 182:8
**lines** 65:10
162:21 163:5,9
163:14,23
165:3,6 168:10
168:24
**link** 124:14
**listened** 4:2
**listening** 4:20
**listing** 19:12
**litigation** 146:21

**little** 15:22 18:20
20:4 41:24
59:15 60:16
62:18,20 66:3
91:14 109:13
112:21 115:9
136:7 150:18
166:2 173:24
**live** 18:7 90:17
105:18
**lived** 105:24
**lives** 5:20 7:23
60:25 106:7
**living** 15:16
**load** 48:25
**loaded** 17:9,10
59:24
**local** 29:10,16,22
51:13 83:22
93:14 106:21
**locations** 44:16
**log** 128:7
**logical** 185:15
**login** 63:16,25
**logs** 44:8,10
**long** 24:7 44:7
60:22 142:23
152:2
**longer** 146:6
**look** 16:16 19:4
25:3,6 30:13
31:6 36:2 38:4
39:10 45:22,23
47:12,20 52:4
52:10,15 53:20
58:25 63:11,18
64:5 65:21,21
67:7,18 69:14
77:4 78:25
79:20 80:25
83:1,9 86:18
88:10 89:18,18
98:1 101:13
106:3,21
109:24 111:17

112:5,22
114:13 120:3
127:21 129:4
132:14 133:21
133:22 139:10
141:9 148:1
156:18 157:4
158:19 159:13
159:14 160:10
166:10,15
168:18 172:16
172:19,24
174:7 176:21
**looked** 13:23
28:22 43:10
46:17 47:22
48:6 115:15,17
118:2 125:25
126:1 159:12
171:14,15
**looking** 28:13,15
36:20 39:6
44:11 116:12
158:17 159:15
162:16 165:20
187:3
**looks** 141:13
167:21
**Loomer** 149:10
149:20,23,24
**lose** 4:17 57:20
115:21
**lost** 16:24 18:9,23
20:9 32:5 74:11
74:12 89:14
**lot** 17:2 18:15
23:3 28:17 29:4
29:5,8 31:17
37:25 39:5
41:25 57:2
62:17 73:11
83:4 85:8,10,10
88:3 89:14
154:9,12 165:2
181:25 183:3

**love** 150:16
**low** 123:5
**low-hanging** 25:9
**Lowered** 8:8
**lowest** 6:1
**luck** 15:23 24:3
**luxury** 109:19
**lying** 39:13 41:20
41:21,21,25
42:4

_____

**M**

**ma-** 3:18 140:24
**machine** 14:4
23:21 29:21
30:1,14,14
43:10 46:21
57:18 75:25
76:1,2,9,10,13
79:8 88:1 89:16
96:13,17 98:9
100:15 104:21
109:7,11
111:10 112:1
113:11 116:20
116:20 117:9
117:15 121:3
122:18 126:7
126:10,12,17
126:18,25
127:9,14 130:8
137:17 138:7
142:10 154:18
154:18 170:6
176:25
**machine's** 117:5
**machines** 12:15
12:15 14:6,18
14:25 16:6
21:20,21 22:1
24:10,18 25:1
25:14,14 27:13
27:16 28:6 36:2
36:2 44:5,19,20
44:24 46:9,11

47:4 49:11 56:3
56:11 57:8,16
58:9,13 59:8,10
62:2 68:24
69:18,23 70:16
70:19 72:19,21
72:25 74:7
75:18 78:16
79:6 85:3,3
88:4,20,21
89:17 94:16
96:9,10,15,19
97:1,3,4,25
101:11 103:5,6
104:2,3,11,13
108:20 109:8,8
109:14,22
110:14 111:10
111:12,14,15
115:5,10
116:16 118:2
119:24 120:4
120:12,13,18
130:15,22
133:15,16
135:19 136:3
136:11 137:5
137:19,20
138:15 142:15
143:15 149:15
151:3,20 164:5
164:12 169:11
174:7 182:24
**MAGA** 26:7
**magnitude** 60:19
185:4,5
**mail-in** 16:17
17:2,23 18:2,12
18:13 19:5
98:14 102:19
102:24 110:18
**mailed** 17:4,5
**mainstream** 2:9
2:24 6:22 85:11
86:23 131:3

Steve Bannon Broadcast - February 11, 2021

144:19
**maintained**
  122:11
**major** 184:21
**making** 21:1 25:5
  69:11,19 87:4
  87:15 133:24
**malware** 63:2,14
**man** 8:13 88:12
  94:6,20 179:19
**management**
  28:17
**manager** 100:15
**manifest** 185:24
**manifests** 185:23
**manip-** 48:16
**manipulated**
  46:7 127:4
  141:13
**manipulating**
  51:16
**manipulation**
  31:17
**mankind** 179:1
**manmade** 37:14
**manner** 128:16
**manual** 78:25
  79:1 120:17,17
  120:18 121:2
  129:11,11,17
  132:16 138:2,3
  140:15 141:11
**manually** 58:10
**manufacturer**
  18:1
**manufacturing**
  3:18 9:21
**map** 163:20
**mapping** 33:17
**marathon** 91:3
**margin** 16:14
  19:8
**Maricopa** 17:7
**Mark** 86:21,21
  149:7

**marketing** 78:1
  134:2
**Mary** 155:16
  156:3,11,13
  160:16 161:23
  162:19 164:25
  166:2,19
  167:12,20,25
  169:21 170:13
  172:25 176:12
  176:16
**masks** 7:9 9:22
**Massachusetts**
  71:10 74:6 82:5
  82:12 83:2
**massive** 27:13
  51:13,25 63:23
  63:23,24 85:22
  109:11 179:1
  180:21
**master** 119:6
**match** 142:11
  171:12
**matches** 117:5
**material** 168:18
**math** 23:14 25:16
  133:24,25
**mathematical**
  77:19 83:8
  131:8
**mathematically**
  79:6
**Matt** 105:5,8,9
  105:13 115:1,8
  116:14 117:16
  118:6 137:8
  152:2,3 155:22
**Matt's** 136:13
**matter** 59:3,4
  66:13,14 76:23
  110:15 173:13
  188:5
**mattered** 22:6
**McInerney**
  178:15,17,20

178:23 181:4
  181:12
**mean** 3:22 7:9
  11:12,13 16:18
  25:21,23 32:5
  39:9,25 40:11
  41:21,23 44:10
  48:4 50:10 52:8
  53:9 54:13
  55:12 59:1,7
  60:11 61:19
  62:3 64:13,13
  65:8 72:1,2,2
  73:10 75:2
  77:20,24 84:8
  84:10,24,24
  85:22 86:13,18
  89:21,22,24
  91:15 94:9
  103:15 104:12
  116:4 125:1
  129:20,21
  130:3,6,11
  135:19 140:3
  151:6,6,9 154:8
  161:20 165:20
  165:25 176:20
  176:20,22,23
  184:1
**meaning** 180:18
**means** 15:3 55:24
  78:20 79:14
  81:19 83:1
  122:13 158:1
  162:8 177:4
**mechanic** 178:16
**media** 2:8,9,24
  4:11,24 6:22,22
  11:13 13:6,9
  22:18 47:15
  51:23 63:9 69:4
  85:11 86:20,23
  88:4 89:20
  124:17 131:3
  135:1 136:24

137:1 144:19
  149:7 174:3
  175:15 186:15
**medical** 9:15
  37:24
**meet** 70:4
**meeting** 3:17
**Mellissa** 90:15,16
  95:16 101:14
  101:25 102:12
  102:25 103:21
**member** 31:3
  44:1
**members** 45:25
**mentioned** 36:1
  84:10
**met** 3:11 49:24
  70:11,14 77:3
  161:13
**method** 157:24
**MichaelJLinde...**
  68:11
**Michigan** 15:13
  17:14,14,15,16
  24:5 31:20 32:9
  52:14 53:4
  90:13,13,19,23
  91:9,11,18
  102:16,20
  105:9,19
  109:13 110:25
  112:22 114:15
  114:20 116:11
  118:6,15,16
  122:19 125:11
  128:12 129:5
  131:6 137:24
  142:20,22,24
  142:25 143:8,8
  143:22 144:10
  145:1 147:9,10
  147:16 148:1
  148:25 151:2
  151:12 152:15
  152:16 157:19

157:20,21
  158:15 166:15
**Microsoft** 91:21
**middle** 64:10
  94:7,21 95:5
  101:17 102:22
  182:10
**Mike** 2:3,10,14
  2:15 3:17 6:6
  6:12 10:12,17
  11:23 12:3 13:4
  23:4 26:4,12
  27:17,21 38:12
  38:18 39:12,15
  40:2,2,3 42:11
  42:13,13 43:6
  43:22 44:7 50:8
  54:23 56:20
  58:19 61:7
  66:22 67:18
  70:6,13,20,25
  74:10 79:10
  88:10 90:20
  101:13 103:18
  105:9 114:13
  115:6 118:3,7
  118:17 129:13
  137:7 149:9
  151:1 152:9
  155:22 156:4
  156:14 159:4
  162:17 167:14
  172:25 175:23
  176:24,25
  177:8,19 178:3
  178:16,23
  181:13,16
  182:19 183:5
  186:6
**military** 28:2
  36:3 179:18,23
**million** 9:23 10:3
  10:6,12 161:15
  161:16 180:7,7
**millions** 3:21

15:4 23:22
**mind** 50:4,7
**mine** 89:8
**Minnesota** 4:10
  131:9
**minors** 26:1
**minute** 48:17,18
  66:25
**minutes** 40:14
  60:2 118:18
  155:21
**mir-** 115:9
**miracle** 14:23
  15:17 16:8,11
  21:2,14 23:19
  24:8,11,23 25:2
  115:9 135:25
  136:10 167:12
**miracles** 14:22
  23:12,18
**mislead** 143:2
**missing** 128:8
**mission** 36:5,6
**mistakes** 131:5,8
**MIT** 70:5,10 71:1
  79:17 83:1
  88:12
**MIT's** 83:2
**Mobile** 161:1
**mocked** 90:17
**mockery** 144:19
**mode** 24:4
**modem** 139:3,5
  139:17,18
**modulate** 179:14
**moment** 156:8
  166:12
**money** 9:21 29:8
  37:5,21,22 67:9
  67:10 85:12
  183:8
**Mongolia** 140:4
**monitor** 40:22
**month** 13:5 22:8
  77:9 133:10

**months** 5:25
  14:23 20:24
  183:2
**morally** 9:8
**morning** 15:21
  24:1 95:8 106:1
  166:17
**motion** 82:23,24
  118:22 123:19
**move** 41:6 73:19
  163:10
**movements** 31:17
**movie** 2:13 59:18
  86:14 105:7
**moving** 19:22
  40:22 151:7
  163:5 164:15
  165:12
**multiple** 66:9
  139:18 158:19
**multiplied** 83:8
**multiply** 11:8
  43:3 78:19,23
  83:10
**myoleander.com**
  11:4 154:4
**myth** 51:23

---

**N**

**naive** 39:14 42:3
**name** 5:22 11:10
  11:16,19 13:6
  25:23 35:6
  60:25 83:20
  106:13,13
  143:18
**named** 20:15
  106:6,14
**names** 9:4 57:14
**nat-** 129:1
**nation** 5:20 7:3
  33:4 34:20,21
  178:24 181:11
  183:25 186:2
  187:10

**national** 2:19
  52:25 81:3
  90:16 129:1
  155:23 175:5
  175:18 180:22
**nationwide** 61:20
  109:12
**Navarro** 155:24
**navigable** 37:16
**Nazi** 86:25
**necessarily** 47:3
**need** 42:25 54:22
  63:25 64:7
  134:12,13
  182:1,2,6,9
  186:13,16,16
**needed** 116:19
  138:21 166:17
**needs** 83:15 85:7
  134:7,14
**neighbors** 114:19
  155:8
**neither** 188:6
**Nessel** 142:22
  143:19,20,20
  150:19 151:14
  151:23
**Nessle** 145:20
  147:8 148:16
  148:23
**net** 112:23,24
  113:1 114:8
**Netflix** 59:18
**network** 3:21
  12:5 71:13
  91:24 93:15
  139:8 140:25
**networks** 139:15
  139:25 140:5
  150:12,12
**Nevada** 17:21,22
  18:6,7 31:20
**never** 3:11,13
  12:9,12,19,21
  15:8 16:2,5

21:10 22:4,21
  24:9,17 27:15
  35:16 39:1
  57:18 58:22,23
  71:5 85:9,9
  87:11 97:21
  103:10 132:7
  167:11 179:23
**new** 18:19 36:25
  81:12,13 87:12
**news** 6:21 54:17
  88:6 89:24
  129:1 150:12
  151:23 177:7
  182:3,3
**newscast** 87:9
**newspapers** 13:6
**NFL** 2:5
**nice** 10:2,5
  167:21
**night** 13:19 14:24
  14:24,25 23:19
  33:8 34:5,6
  48:22 63:5,8
  64:10 71:21
  88:8 90:17 91:4
  95:5,13 97:15
  100:14 101:17
  102:23 105:22
  108:3 110:3,6
  112:14 116:21
  128:4 137:18
**nighttime** 6:11
  6:23
**nine** 182:7 184:4
  186:19,20
**NIX** 34:1
**no-name** 71:15
**node** 33:22,25
**nodes** 33:21
**noise** 43:11,15
  68:18 69:19
  87:4
**Non-Nevadans**
  18:6

**nonsense** 23:11
**nonstop** 12:4
  87:14
**normal** 15:20
  55:12,13
**normally** 53:10
  77:5 98:5
**North** 45:15
  188:18
**northern** 105:19
  109:13 110:24
  112:22 114:15
  114:20 118:16
  129:5
**notes** 150:18
**Noth-** 13:20
**nother** 154:1
**nothing's** 84:3
**notice** 123:5,13
  158:20
**noticed** 34:5
**notices** 160:11
**November** 5:19
  13:17 29:3 40:3
  40:8,10 54:1
  64:11 95:17
  106:1,25
  107:11 110:13
  112:2 113:11
  113:20,23
  121:9,25 128:9
  128:10 141:22
  147:7 148:19
  156:20 162:5
**nuclear** 181:22
**num-** 140:23
**number** 24:9
  35:7 55:12,13
  80:9 100:2
  108:21 113:5,7
  113:10 123:6
  128:4 157:7
  158:22 164:23
**number's** 164:17
**numbers** 20:16

Steve Bannon Broadcast - February 11, 2021

20:18,22 23:5,7
23:8,16,17 25:7
25:18 39:25
80:6,16 107:24
110:12 134:3,5
142:7,12
161:12,18
164:18 180:9
nuts 48:4

**O**
o'clock 91:5
oath 142:25
179:6
obeyed 82:17
objects 165:12
observer 18:12
obvious 53:9
72:2
obviously 14:11
33:13 106:17
142:14
occur 80:16
occurred 75:22
occurs 71:5
Oct- 84:22
October 84:19,20
odd 80:9
office 19:24
20:20 40:1 71:2
149:2 164:11
179:6
officer 28:22
82:16
official 35:7 86:7
135:14
officials 26:6,11
45:23 57:3
92:12 144:10
147:21 148:1
148:20 151:1
oftentimes 158:9
oh 8:5,7 15:21,23
24:2 26:21
52:18 64:23

67:6 68:4 72:1
73:1 76:17 86:9
86:9 102:22
129:19 135:1
150:13 176:19
oil 7:18,25 8:24
okay 3:7 7:1 9:25
12:18,22 15:9
16:11,14,25
17:7,11,20,22
18:8,10,25 19:4
19:7,10,13 20:3
21:4,17 23:3,15
27:14,17,17
42:11 43:13
45:3,6,9 46:20
47:2,2,5 48:9
50:10,18 52:7
52:12,18 53:16
54:8 56:20,23
57:24 58:3
60:10 61:23
68:19 70:1
72:22 73:8
78:13 80:10
90:22 96:1,5,7
96:12,16,21,24
97:5,9 98:9
101:5,13,21
103:12,14
104:7,14,17,20
105:5,12
106:23 107:12
107:20 109:15
110:7,11
111:16 117:7
117:22 118:3
119:13,17
121:17 128:17
130:20,25
132:24 133:1
133:18 136:2
137:4,14
139:22 149:9
152:8,8 154:22

154:25 155:5
155:12 162:19
167:14 169:7,7
170:1,21 171:6
171:11,23
172:5,8,12,14
172:15 174:19
177:13,24
178:14
oligarchs 3:1
once 6:20 63:17
66:16 138:19
138:24 142:13
149:14 168:4
171:17,17
182:4 186:2
187:4,10
one-half 17:25
ones 46:16,19
61:3,4,16
141:21 149:6
170:5
ongoing 136:25
online 39:7 41:22
42:21 48:13
49:11 59:9,16
60:6,7,13,13,22
68:1 69:9 92:14
92:16 94:9,17
95:22,22
104:11 130:10
130:11,12,17
130:23 132:17
132:19,20,23
132:23,24
133:2 168:18
oops 118:12
open 32:6 53:13
80:21,23 82:18
82:19,20,21
90:2 130:8,9
133:15 136:2
136:14 137:2
144:2 151:21
164:5 165:22

176:24 184:19
opened 17:11
21:20 154:5
185:1
opening 17:9
23:6
operate 62:18
operation 60:17
60:18 62:15
185:4
Operational 44:2
operations 28:2,3
28:14 43:21
123:25
opinion 34:10
46:17,20 62:4
64:17,18 65:8
66:10 124:10
opinions 26:22
opportunity
70:25
opposes 149:20
orchestrated
179:4
order 49:23
82:21 89:4,5
109:3 115:4
123:18 130:23
138:14 175:5,7
ordered 89:6,8
orders 81:20,21
82:4
organization
71:18
original 111:17
outbursts 149:25
outcome 167:17
188:10
outcomes 29:20
outlet 87:20
outside 41:2
168:18
overall 56:22
overcount 129:8
overseas 33:15

41:8 48:16,18
48:23 49:5,12
51:17 56:6
63:20 129:22
133:4 136:6
168:8
oversight 47:8
overstated 120:8
owed 175:5,6
owner 157:10
ownership 30:25
owns 31:4 63:4
174:23

**P**
p.m 121:9,25
128:9
pack 99:20
packets 164:14
Page 79:1
pages 44:11
160:16,17,17
160:20
paid 188:12
paid/will 188:12
Pakistani 31:22
paper 62:10 74:7
75:19,19,24
76:2,9 98:2
126:15,17
127:1,4,7
paper-based
73:19
part 17:20 27:19
34:19 41:22
52:21 58:18
68:5 88:14
118:4 138:23
145:17,17
146:6 153:22
part-owner
101:4
partially 177:4,5
participating
35:6

Steve Bannon Broadcast - February 11, 2021

particular 63:13
  119:24 129:24
  158:14
particularly 38:8
  42:23 69:4
  153:3 159:2
  167:24
parties 188:7
partner 27:10
partners 27:9
  28:13
parts 65:19 118:5
  134:9 140:11
party 30:25 31:9
  74:5 135:14
  152:18 155:15
  155:18,21,25
  156:2 167:17
  169:19 183:13
pass 36:25
  152:21
passed 78:11
passes 63:9
passing 93:21
Patrick 90:15,22
  90:24 101:13
patriot 89:12
  106:7,14
patriotic 35:22
pattern 70:11
  73:11 80:16
Pause 138:18
pay 3:14
pe- 14:1 20:12
peer 33:3 34:21
penetration
  183:18
Pennsylvania
  18:11,19,22
  31:18
Pentagon 181:23
people 2:23 5:2,2
  5:7 6:3,11,17
  6:21 8:25 12:2
  12:7 18:5 19:21

20:1,11,13 21:4
  21:5 22:10,17
  23:10,10,11
  24:12 26:1 27:5
  27:5,8 32:19,20
  35:1,1,13 38:1
  38:5 39:5,15
  44:10,13 47:15
  47:18 48:24
  49:20 53:8
  54:22,23 55:22
  55:25 59:7,15
  60:21 65:9,15
  65:20,22 66:5,6
  66:18,24 67:21
  67:25 68:2 69:9
  75:20 83:5
  85:12 89:11,24
  93:3 101:20
  102:2,6 105:18
  105:24 106:5
  116:4,5 119:14
  119:15,21
  120:5 124:14
  124:19 129:21
  131:3,3,9
  132:18,19,25
  133:23 134:12
  136:9 143:17
  145:11 149:12
  152:3,14 154:6
  154:12,13
  155:6,7 162:10
  162:25 166:7
  167:22 168:16
  169:22 171:21
  171:22 172:2,3
  172:20 173:9
  174:16 175:13
  176:8,13
  178:12 179:11
  179:24 180:14
  181:9,18
  182:25 183:22
  184:12,22

186:14 187:6
people's 33:15
percent 14:2,15
  14:17 15:12
  21:24 24:6,14
  25:21 26:25
  27:12 30:8,9,11
  33:14 42:8,8,12
  53:10,10 55:5,7
  55:9,17,19,20
  55:23 74:7,9
  79:7 81:23,25
  105:20,21,22
  105:23 108:12
  108:14 109:4
  110:8,9 112:21
  112:21 114:10
  114:11,12
  115:18,18
  116:25 117:1
  118:1 126:11
  127:15 128:21
  128:22 129:7,9
  129:9 130:24
  132:14 135:16
  144:3 154:20
  154:21 156:9
  156:12 158:21
  158:22,23
  159:8 177:18
  181:1 182:21
  184:6,16
percentage 55:14
  74:13,14,18,19
  78:19
perfect 109:20
  125:1
period 69:15
  122:8 169:2
permitted 125:5
pers- 77:16
person 39:16
  98:25 106:6
  145:2 151:8
personally 4:7

11:11 155:25
personnel 35:5
perspective
  181:1
Pete 62:8
Peter 155:23
Phil 27:25
Phoenix 38:8
phone 35:7 76:6
  166:21
pick 36:23 56:24
  69:18
picked 57:1
picking 58:7,8
picks 59:6
picture 3:3,4,9
  76:6
pictures 2:20
piece 14:2 38:13
  63:14 78:13,15
  126:15,17
  133:11
pieces 105:8
piled 6:24
Pillow 13:4
  178:10
Pillow's 13:10
pillows 133:24
place 6:5 24:15
  75:10 123:18
  159:1,2 167:2
placed 158:3
places 53:20,25
  54:16,18 57:10
  60:9,9 62:12
  88:3
plain 63:22
plains 179:7
plan 153:16,18
  153:21
planning 36:3
  153:17
platform 43:17
  43:17 68:20
  85:19 89:20

platforms 86:22
play 3:2 58:6
played 88:2
  155:9
playing 45:11
Plays 13:2 27:23
  43:24 58:21
  70:8 90:21
  105:11 118:19
  137:15 156:6
  178:18 182:14
please 150:4
plug 120:22
plugged 102:11
  132:15
plus 8:8 21:3
  101:16
pocket 9:24
  10:13
point 14:8 18:24
  20:25 21:1
  57:12,17 76:17
  93:22,22 94:2
  140:1 164:10
  164:12,24
  179:7
points 164:10,13
poker 41:19
political 2:19
  65:10 86:5,6
politicians
  155:10
politics 3:14
  46:25 106:21
poll 18:16 59:16
  59:17,19 60:3
  91:2 103:7
polls 17:9,10
  138:24
Pompeo 155:22
pop 85:14,18
popped 85:14,19
pops 54:10
positive 160:6
  161:25 166:21

Steve Bannon Broadcast - February 11, 2021

possibility
  129:15
possible 50:22
post 19:24 87:13
  147:8
Postal 19:3
posted 106:4
posts 60:22
pots 5:1
Pottinger 155:23
Poulos 41:12
poured 15:14
pouring 3:23
power 72:25
  73:20,25 86:22
  144:10
powerful 105:7
practice 142:24
practices 30:16
prayers 8:6
praying 6:4
  10:15
precedence
  186:22,24
precinct 59:23,24
  60:4 94:24,25
  108:19,19
  109:14,21
  119:11
precincts 31:19
  108:17,18
precisely 121:20
predict 23:25
predicted 23:22
predominant
  31:22
preliminary
  32:13 123:25
prepared 67:22
  67:24 68:3 69:5
  69:6,8 123:21
  169:9 172:22
preregister 19:22
present 128:8
presented 51:22

148:2 164:3
president 2:17
  3:9,10 4:4 5:24
  6:2,2 19:10
  20:6,17,21 25:6
  25:19 30:8,10
  31:2 38:16,17
  39:2 113:14
  161:13 162:12
  175:6,17
  179:20 180:6
president's 25:25
presidential
  67:20 106:19
  114:17 116:10
  167:18
press 4:14,22
  25:13 89:22
pressing 32:14
pressure 150:20
presume 122:4
pretty 10:17,18
  30:23 37:18
  66:23 90:6
  131:19 156:5
  186:18
prevent 93:25
prides 56:21
primarily 106:20
primary 71:21
print 14:3 138:20
  138:20
printer 98:1,2
printing 138:25
prints 116:20
  138:24 171:19
prior 20:1 122:7
prismatic 164:8
private 3:17
  30:25 31:3 48:2
  89:6 174:22,25
  175:3
prize 19:6
proactive 167:9
  167:10 185:19

185:22
probably 11:21
  20:4 33:8 62:12
  65:22 66:9 72:6
  116:25 120:25
  124:7,8,9
  128:23,24
  133:10 166:16
  176:1,3 183:11
problem 29:3
  38:21 57:5,9
  84:7,10 100:24
  101:1 105:25
  106:8 118:9
  129:6 153:8
problems 39:12
  56:25 77:1
procedural 32:8
procedure
  115:13
procedures
  120:12
process 73:21
  126:20 127:20
  138:24
processes 91:24
product 8:2,25
  9:10
professes 8:13
profession 143:4
Professional
  148:25
professionals
  168:17
program 119:8
  180:16 183:16
progressing
  32:11
progressivism
  180:3,3
promise 9:15
promote 7:20 9:9
prompted 29:4
proof 1:15 2:4,14
  11:18 14:2

21:24 27:21
  33:15 42:9,10
  46:2 51:21
  56:15 58:20
  70:7 144:3
  152:6,10
  154:11,20,23
  156:9,12 159:8
  160:6 161:21
  161:25 165:20
  166:20 177:3
  177:18 178:1
  182:12 184:16
  186:9,12
properly 120:11
property 37:25
proportions 85:3
  85:4
prosecuting
  35:25
prosecution 23:7
prosecutor 45:14
  122:5
prospective
  178:20
protect 37:14
  143:21 182:8
  183:7 184:13
  186:22
protective 123:18
protocol 157:7,8
  157:17
proud 57:3
  155:17,19
prove 13:18
  25:17 79:5,6,7
  104:1 133:2
proved 79:10
  133:1
proven 36:10
  41:23 81:23
proverbial 88:12
proves 14:17
providential
  114:14

Province 157:12
proxies 31:23
public 32:1 37:2
  39:2 83:15
  124:2,3,4
  134:14,22
  136:19 138:16
  145:17 146:6
  146:14,17
  173:14
publicity 106:11
publicly 143:7
published 54:4
  62:9
publishing 54:5
Puerto 140:6
pull 162:19 165:5
pull- 162:20
pulled 100:24
  162:20 173:18
pulling 162:18
Pundit 101:18
purification
  36:22 37:2
purpose 142:13
  185:4
purpose- 132:4
purposefully
  125:20 131:14
  132:5
pursue 50:1 78:4
push 49:23 131:4
pushing 65:9
put 13:13 16:19
  24:15 27:1 30:9
  38:20,24 39:6
  40:25 42:20
  45:17 57:7,22
  60:1 67:22 68:1
  68:11,14 69:6,8
  72:9 73:21 76:9
  80:24 81:11
  88:23 97:25
  98:1,7 99:19
  101:18 102:8,9

Steve Bannon Broadcast - February 11, 2021

103:16,20
104:4,10,15,24
123:17 124:6,7
124:8 125:2
126:12,16
127:1 131:2
134:25 143:21
146:20 147:22
160:12 162:4
162:11 167:2,8
167:20 168:17
169:22 170:12
172:1,9,23
174:5,24,25
175:2 177:2,2
178:9 180:25
**putting** 14:8
57:25 89:13
150:20 169:8
**puzzle** 78:13,15

**Q**

**QSnatch** 63:14
63:14
**quality** 18:1
**question** 11:25
17:19 35:19
65:14 112:11
133:1 139:23
183:10
**question's** 66:23
**questioned** 131:9
**questions** 2:12
12:1 13:1 58:16
152:14 159:5
178:4
**quit** 40:11
**quite** 29:17 37:4
47:14 155:16
167:23
**quote** 38:23,24
131:13
**quote/unquote**
76:10
**quoted** 38:19

**R**

**R** 188:1
**race** 52:22 62:10
78:17 88:14,19
88:20 89:16
135:20
**racist** 4:25
**radar** 116:9
**radio** 71:13
**Raffensperger**
25:23 26:5
**Raffle** 18:3
**raise** 43:9
**raised** 62:7
**raising** 95:1
**Ramsland** 29:5
43:20 44:1,6,21
44:25 45:4,8,10
45:13 46:6,10
46:14,24 47:3,6
48:14,19,21
49:7,15,17,19
50:8,14,16,19
51:6,11,20 52:6
52:11,16,19
53:15,17 54:2
54:20 55:7,9,16
55:21 56:8 57:7
59:1,5,13,22
60:8,11,15
61:11,19,22
62:6,14,25 63:3
64:18 65:2,13
65:24 66:2,22
67:2,12,15
68:23 116:17
117:17 133:9
**Ramsland's** 57:6
58:19 69:7
118:15
**ran** 38:12 45:15
55:25 57:4
60:16 70:15
71:15 132:19
**rare** 70:25 71:4

**Ratcliffe** 175:17
**rate** 55:23 126:11
127:15
**rates** 55:5
**Ratherford**
25:22
**re-** 79:8 91:17
**reach** 182:2
**reached** 3:16
136:9
**reactionary** 24:4
**reactive** 185:21
185:22
**read** 5:23 6:7
134:13
**reading** 7:2
75:12
**Reagan** 187:4
**real** 5:2,2,7,11
6:21 54:23
66:23 71:17
73:8,9 87:18,19
87:22 107:24
108:21 120:5
142:12 161:18
168:17 169:5
170:18 177:21
182:3
**reality** 107:2,18
108:25
**realize** 3:5 38:2
43:6 58:2
**realized** 49:20
76:17
**realizes** 89:15
**really** 2:23 3:13
7:24 8:5,14
10:19 29:7 42:3
42:3 47:17
65:19 66:16
75:9 114:15
115:3 118:12
139:13 151:22
162:9 166:17
168:13 173:21

176:2
**realtime** 157:1
163:17 164:15
**reas-** 90:8
**reason** 27:2 53:6
66:3 90:8 102:9
126:7 131:2
150:11 151:11
151:11 172:18
174:3,4,5,6,8
**reasons** 34:7
36:16 54:5
102:10 172:16
**rebutted** 83:7
**recalibrate** 15:6
**received** 17:3
163:16 165:14
**record** 60:22
61:5,6,15
172:16
**recorded** 110:6
112:16
**recording** 2:1
187:12 188:4,8
**records** 60:20
61:8
**recount** 107:7,8
107:10,18
112:5 113:24
128:24
**recounts** 107:22
**recovery** 3:21
12:5
**recreated** 79:8
**red** 115:18
163:13,13,14
163:22
**reemphasize**
58:7
**referred** 56:24
**Reform** 91:17
**refuse** 144:21
148:1
**register** 20:13
**registered** 17:2

19:15,17,25
113:6,7
**registration**
19:18 188:18
**regular** 54:24
145:13
**reinventing**
179:20
**rejection** 55:5
**related** 36:11
188:7
**release** 4:15,22
123:20,24
125:6
**released** 125:18
**relentless** 90:10
**relentlessly** 6:15
13:5
**relevant** 13:23
**reloaded** 60:3
**reloading** 44:15
**remains** 42:2
**remember** 23:5
114:25 118:8
169:19
**remote** 44:15
**remove** 121:16
122:6
**removed** 121:14
121:15,25
122:2,13
**renowned** 181:17
**rep** 29:16
**repeat** 173:3
**replace** 63:22
**replaced** 61:13
**report** 52:20,25
56:23 63:7
117:16,16
123:17,20
125:1,18 126:5
130:4 131:1,11
134:7,8,13,13
134:23 135:17
144:4,22 175:7

180:20,24
**report's** 134:9
**reported** 38:14 38:25
**reporter** 155:17 156:4 168:1 188:2,17
**Reporting** 48:22 63:5,8
**reports** 63:6,6,7 63:17 64:1
**represent** 163:5 163:21
**representation** 146:20
**representative** 51:7
**represented** 82:9
**Republic** 145:17
**Republican** 12:14 18:12 26:11 53:10 71:21 105:20 110:9,16 128:22 152:18 152:22 153:1,2 183:25
**Republicans** 26:23 174:9
**reputation** 8:4,4 11:11
**request** 123:23
**requested** 106:2 137:18
**required** 29:22 122:11 142:24
**requiring** 16:17
**rescan** 99:12,13
**research** 29:9
**residence** 61:1
**resident** 19:25
**resign** 149:1
**resistance** 49:25
**resolved** 155:13
**resources** 13:22
**respond** 2:22 39:8
**response** 175:6
**responsible** 183:6
**rest** 77:8 109:17 151:8 183:13
**restraining** 82:21 89:4
**result** 62:8 91:2 94:25 126:25
**results** 74:5 105:25 106:3,9 106:12 116:25 119:10 125:22 130:2 131:16 139:1 142:10 143:11 147:12 147:20
**resume** 95:22
**returning** 105:9
**reveal** 149:4
**revealed** 21:21 65:19 125:9 142:19 143:17 181:8
**revelations** 156:5
**review** 122:15 123:17
**revival** 181:10 185:25
**Rico** 140:6
**rid** 58:13 69:22 144:8
**right** 9:22 10:11 10:22 11:9 15:6 15:15,19 17:1,6 20:22 21:3,18 21:22 22:12,13 22:17,19 23:1 24:1,20 25:11 25:14,18 27:22 28:11 29:24 30:3,12 32:17 32:22,24 33:2,9 33:23 34:2,22 35:24 36:18 37:10,20 40:13 40:16 42:19,24 43:22 46:13 48:7,11 53:2,14 54:6,17,18 56:10,22 57:12 59:6,7,21,21 62:13 65:23 66:1,4 67:1,11 67:14 69:12 71:3,7,19,19 72:15,16,22 73:1,2,13,17,23 74:3,8 75:4,7,7 75:15,21,21 76:4,4,7,12,15 76:19 77:21,22 77:22,23 78:2,5 78:9,14,20,22 79:2,13,19 80:1 80:4,7,11,11,14 81:6 82:10,13 83:2,3,6,17,21 84:1,2,2,5,12 84:12 85:14,16 85:23,24 86:2 91:19 92:24 93:16,16,19 94:3,8,15,17,22 95:19,22,23 97:2,5,23 98:4 98:10,10,13,13 98:16,16 99:1 100:13,17,19 101:24 103:22 103:23,25 107:1,1,12,12 107:16 108:4,6 108:9,9,24 109:2,4,9,14,21 110:4,22 111:11,19,22 111:22,25 112:3,7,13,15 112:17 113:9 113:12,15,18 113:22 114:4,6 114:20,21 119:2,18,20 121:4,4,6,23,23 122:9,17,21,24 123:2,8,11 124:5,15,18,21 124:21,25 125:7 126:4,13 126:18,19,19 127:2,8,10,13 127:16,19,23 128:1,11,14 129:25,25 130:3,11,13 132:8,13 134:1 134:16,19 135:13 136:13 137:22,25 139:6 140:1,16 141:10,17,20 141:24 142:7 142:21 144:4,5 145:8,12,15,22 146:12,15,22 146:24 147:1,6 148:10,12,14 148:18,21,22 149:18 150:24 151:19 157:2 157:18 160:5 160:10,10,17 160:18,24 161:3,8 162:14 162:14,14 164:22 165:9 165:13 166:5 166:10,15 169:24 170:3 172:1 173:9,11 176:5,6 182:10 182:10 183:18 184:15 185:8 185:13,16 186:10
**rightful** 24:16
**road** 36:20 44:7
**robots** 5:8
**rocket** 79:18
**role** 38:8 155:9
**roll** 80:9
**Ron** 47:7
**Ronald** 187:4
**room** 4:18 24:18 173:24
**Rose** 5:15 6:8
**rotten** 95:2
**roughly** 105:20 105:22
**routed** 92:10
**rows** 96:9
**Rudy** 38:7 90:18
**rule** 162:12
**ruled** 89:3
**Rules** 148:25
**ruling's** 172:22
**run** 31:14 87:18 99:22 100:7 119:8 133:22
**running** 55:2 56:22 71:10 77:15 114:24
**runs** 71:1
**rural** 114:20 153:3
**Russ** 29:5 43:20 58:18 67:22 68:23 69:7,13 69:21 116:17 117:17 130:21 130:22 131:4 133:9
**Russell** 44:1,4 53:13 54:9 56:13,16 57:7 63:1 66:10
**Russell's** 52:2

Steve Bannon Broadcast - February 11, 2021

**S**

**S3** 48:23
**sad** 8:10,10,11
**safe** 26:17 163:3
**safer** 6:5
**safest** 38:18
39:10 40:18
**sales** 134:2
**salesman** 7:18,25
8:24
**salt** 92:18
**sanctioned**
155:20,25
**sanctions** 144:12
147:13 150:23
**Saturday** 90:17
**save** 173:19,19
173:19
**saved** 7:22 78:12
**savvy** 152:11
**saw** 28:17 29:18
46:2 51:1,18
61:7,11 74:1,6
92:10 97:10,21
120:10 126:3
**saying** 24:16
34:12 49:10,11
52:2,4 54:16,17
57:6 58:7,11
67:6 69:14,21
75:9 81:18
82:16 87:16
89:4 93:6 95:1
101:20 103:21
110:17 129:10
135:19 145:20
147:15 151:25
155:2 165:1,3
167:15 176:10
177:7 184:5
**says** 3:21 4:19
7:11 32:4 39:16
41:9,12 52:3
56:24 66:10
84:11 101:16

101:22 102:1
115:14 117:12
124:23 130:9
130:13 131:12
132:16 140:23
142:23 176:12
**scamming** 62:15
**scan** 54:23
**scare** 147:3
**scared** 153:13
**scary** 181:16
**scene** 2:16 87:22
87:25
**scheme** 62:15
**school** 106:15,16
114:16,23,24
116:2 134:21
151:16
**schools** 5:20
**science** 70:11
73:12 79:18
**scientific** 75:2
**scientist** 71:1
77:20,25
**scientists** 119:4,4
120:9 123:14
**scoring** 164:8
**screen** 124:23
127:24 166:11
**SCREENING**
1:15
**scrutiny** 62:12
**Scytl** 33:19 48:22
49:2 63:4
**se-** 40:20
**seal** 93:21
**sealed** 95:1
**seat** 114:16
**sec** 87:4
**sec-** 23:13
**second** 5:14 7:4
16:8,8 21:1
24:11 58:18
81:13 105:10
157:10 160:3

**seconds** 157:5
**Secretaries** 26:24
40:1
**Secretary** 19:10
19:12 20:7,16
20:19,21,24
23:16 24:22
80:25 81:2,19
81:25 82:4,15
88:22 89:2,3
107:17 116:11
121:21 158:3
164:11
**section** 23:13
137:7,12
155:15,18
174:21
**secure** 39:11
139:8
**securely** 120:13
**securing** 120:12
**Securities** 132:2
**security** 28:14
29:13 41:11
43:20 44:2,3
47:8,10 48:15
63:24 123:24
155:23 180:22
**see** 2:12 13:14,14
14:12,13,15
15:12 16:24
17:11 18:8,22
24:5,12 26:18
26:25 27:22
35:15 39:20
43:1,3 53:23
57:11 60:24,24
63:11 64:20
68:12,17,21,21
74:5 77:5 79:3
80:5 85:18
86:17 92:3 97:6
97:20 102:1
103:9,25 108:3
108:17,22

109:10,15,23
113:19 117:2,4
121:18 130:23
132:14,15
133:5 134:12
137:8,11,11,20
137:23 140:21
140:22 141:22
142:2,2,3 156:9
157:2,25 158:8
160:22 168:15
168:15,16,19
169:3 170:13
170:20 173:8
173:14 177:16
181:6 183:25
184:11,16
186:11,12,18
**seeing** 3:9 14:16
22:13 28:25
31:16 50:24
54:19 135:1,6
156:18 158:14
163:15 179:10
180:16
**seek** 147:13
**seeking** 106:11
106:12
**seen** 4:8 13:16
22:8,16 32:12
33:6,12 34:14
37:12 42:2
43:10,14 45:6
50:22 51:3,3,4
51:5,6 53:5,19
61:23 65:6
97:13 103:10
103:13 112:20
130:15,16
136:4,5 148:8
153:22 166:1,2
170:7 173:12
174:18 176:6,7
176:21 178:21
178:25 179:4

179:23 180:8
186:9
**sees** 66:17
**segment** 40:20
42:16 43:21,23
86:19
**selected** 38:16
131:22
**self** 60:1
**sell** 9:9
**Senate** 23:6
32:12 70:15
73:16 91:18
125:11 152:19
152:23
**senator** 62:23
90:23 91:15
101:14 102:12
103:21
**senators** 45:22
85:6
**send** 41:2,4 49:14
**sends** 150:2
**senior** 35:7
**sense** 13:20 20:11
53:12 58:14
128:25
**sent** 47:23 142:23
163:16 165:15
165:19
**sentences** 19:13
**September** 50:14
71:22 74:1
75:13
**series** 15:25
49:22 106:5
**serious** 69:25
84:7,9 167:19
**server** 29:21
33:19,21 44:9
49:3,4 63:11,13
**servers** 33:11,15
33:18 41:1
48:23 49:12
50:24,25 56:6

Steve Bannon Broadcast - February 11, 2021

64:3 129:22
133:3 136:6
168:5,6
**service** 19:3
160:25
**services** 30:23
176:11
**Sessions** 62:8
**set** 15:25 62:2,4
135:21,21
140:18 149:16
159:1
**set/modem**
139:11
**setup** 74:5
**seven** 45:25
**severe** 163:22,24
167:24 168:2
**severity** 163:21
**SGO** 36:12,21
**shameful** 9:20
**share** 12:1
124:14,20,23
**sheet** 163:20
174:15
**Shenzhen** 31:9
**shift** 30:11 91:4
**shining** 187:5
**Shiva** 70:5,10,14
70:20,22,24
71:4,8,17,20
72:1,5,7,10,11
72:13,17,20,23
73:3,10,14,18
73:24 74:4,9,12
74:14,19,22,25
75:2,5,8,12,16
75:22 76:1,5,8
76:13,16,20,24
77:1,3,12,20,24
78:3,6,10,15,23
79:3,10,14,20
79:24 80:2,5,8
80:12,15,18,22
81:7,12,17,24

82:2,4,11,14,20
83:1,4,7,11,14
83:18,22,25
84:3,6,13,17,19
84:21 85:16,25
86:3,11,17
87:22 88:11
89:11,23
**Shiva's** 90:9
**shocking** 156:5
**shop** 47:23
115:23
**shops** 128:25
**short** 5:25 69:15
**Shorthand** 188:2
188:17
**show** 2:21 3:2,3
6:11,23 10:16
13:13,18 14:13
15:2 16:9,13,20
18:20 20:4
21:24 23:1
24:25 27:6,12
42:14 50:4
52:13 53:4
56:12,15,17
57:8,12,16,22
58:1 61:24,25
81:18 85:8 87:6
88:6 102:10
104:2,4,21
112:20 113:4
117:3 121:18
125:9,11
129:11 130:7
132:22 138:14
141:15 142:14
142:14 156:12
161:18,23
162:16 165:6,6
173:11 176:25
177:19,20
182:18 184:4,5
186:15
**showed** 14:4

39:25 45:16
47:9 59:23
79:11 80:24
81:21 133:14
135:3 163:6
166:2 183:15
**showing** 83:8
108:16 109:9
159:5 163:10
166:4,22
**shown** 129:11
174:11 182:20
183:21,23
**shows** 13:6 14:6
81:14 104:2
157:5,6,11,12
157:13,19,20
157:23 158:4,7
158:8,11
159:18,23
160:3 164:18
**shut** 11:21 15:6,7
33:7 35:11 81:2
82:17 86:15,15
86:15
**shutting** 35:9,11
35:14
**sic** 19:6 25:23
55:20 57:16
107:23 139:24
149:10
**side** 37:5 65:10
**sides** 96:22
**siege** 142:20
**signature** 17:25
**signatures** 18:2
**signed** 52:19
175:7
**significance**
122:1
**significant** 34:5
**signs** 71:12,17
**silence** 146:3
**silent** 147:17
**similar** 44:24,24

45:1,2
**similarities** 28:18
**simple** 54:23 66:3
**simply** 183:14
**simulated** 168:25
**simultaneous**
179:15
**simultaneously**
8:17 103:17
117:24 179:22
**single** 22:5 49:3,4
61:12 63:16
73:24 97:21
103:9 136:3
151:8 160:18
165:7 166:8,8
176:4
**sir** 8:7 9:15 20:23
**sit** 100:6 102:2
154:13
**sitting** 119:7
**situation** 69:7
120:14 129:7
129:10 135:10
**six** 103:7
**skip** 17:13,20
18:3
**skittish** 62:18
**sleazy** 7:18
**slide** 113:5
138:12 140:14
140:21
**slides** 140:20
**sliver** 173:24
**slow** 95:4
**slowed** 95:10
**small** 53:7 91:21
105:19 110:24
114:15 129:4
134:20 137:8
**smaller** 185:5
**smart** 90:10
**smartest** 70:5
**Smartmatic**
12:15 36:12,12

36:12,21 41:23
46:19 57:13
68:8,9 150:7
173:16
**smash** 43:18
**snake** 7:18,24
8:24
**social** 2:8 4:24
11:13 13:5,9
22:18 86:20
89:20 124:17
149:7 175:15
186:15
**socialist** 180:2
**socialists** 69:16
**soft** 36:11
**software** 36:9,12
45:5 118:10
119:9 120:6
122:20 125:10
135:10,13
140:15 153:8
170:6
**solid** 49:25
**solutions** 8:23
**solve** 77:1
**somebody** 6:15
11:20 22:6
45:10 59:6 89:8
93:7 115:13
116:11 120:3
124:7 178:9
**Something's** 95:1
**soon** 66:23
186:18
**sorry** 3:6 96:25
**sort** 30:21 51:23
54:24 78:3
**source** 121:10
157:10,14
**space** 81:14
91:23 163:1
**Spain** 63:4 168:6
**spate** 143:2
**speak** 63:1 66:18

Steve Bannon Broadcast - February 11, 2021

**SPEAKER** 139:2
139:10,16,22
140:2,6,12
**Speaking** 8:17
103:17 117:24
**speaks** 22:18
**specialist** 91:22
**specific** 28:6
141:18
**specifically** 63:2
92:2
**specifics** 67:25
**speech** 86:5,5,6
**spelled** 179:12
**spend** 5:23 29:4
37:4 67:9 77:8
**spending** 6:13
7:3 11:17
**spent** 29:17
47:24 85:12
179:18
**spike** 24:5 34:5
102:16,17
103:13 142:2
**spikes** 15:13
141:14,15
**spit** 137:17
**spite** 152:5
**spoke** 5:15
**spre-** 124:9
**spread** 186:15
**spring** 5:15
**Sprint** 139:24
**spyware** 117:4
169:5 170:1,6
170:11
**square** 57:6
**squares** 165:18
**squeamish**
175:18
**squished** 43:8
169:1,2
**st-** 6:14
**staff** 46:2 179:19
**stage** 2:19 38:9

96:19
**stamp** 14:4 81:14
159:8,20
164:20 171:19
171:20
**stamps** 165:5
**stand** 176:4,5
**stand-** 76:16
**standard** 63:10
**standards** 139:21
**standing** 32:7
**standpoint** 75:3
78:1
**stark** 131:12
**start** 3:6 11:25
12:6,23 23:1
41:20 47:16
66:24 75:9
116:14 172:24
**started** 14:8,9
28:25 29:7
31:16 68:7,7
75:12 167:3
**starting** 91:4
**state** 16:12,13
17:12 19:7,11
19:12,17,19
20:7,16,22,24
21:11 24:22
26:24 31:11
33:4 34:21,21
35:4 45:22
56:21 58:4 60:2
60:3 79:11
80:19,25 81:2,3
81:19 82:1,5
88:23 89:2,3
90:23 91:15,18
101:14 102:12
103:21 107:17
116:11 121:21
128:13 131:17
131:23 136:3
137:21,24
142:22 143:3

145:2 148:24
150:21 151:1
152:15,17,23
157:18 159:22
180:2 188:3
**State's** 20:19
82:15 158:3
164:11
**statement** 38:20
38:24 40:3 41:1
59:14 168:4
**statements** 67:23
146:5
**states** 15:6 17:17
17:24 21:2,5
23:17 24:1
25:19 27:8 33:4
48:21 49:12
53:25 58:2
67:20 71:6 82:8
90:3,14 125:19
151:13 157:1
157:23 169:18
179:8 183:19
**States'** 40:1
**station** 77:5
91:23
**statistics** 32:6
**stats** 24:12
**stay** 65:25 103:7
105:9 147:17
**steal** 14:18 22:2
23:24 126:8
132:25 162:10
164:9
**stealing** 37:25
163:14
**step** 135:24
185:15
**Stephen** 2:3
**stepped** 152:24
**stepping** 26:7
**Steve** 1:16 132:13
133:7 153:9
169:12 178:5

**Stewart** 105:6
115:1
**stick** 6:20
**stickers** 71:12,18
**sticks** 151:24
**stole** 24:19 30:8
79:5 133:3
143:16 158:16
160:4 163:11
166:23,23
184:10 185:1
**stolen** 50:20
62:10 161:7
163:9 164:13
164:19,20,21
164:23
**stop** 3:22 12:20
81:5 89:19
151:6 155:2
**stopped** 50:13
116:12
**stopping** 57:20
**store** 61:5
**stored** 48:15,18
**stores** 13:8
**story** 68:13 87:18
128:13
**straight** 97:15
135:3
**strategic** 28:24
30:22 31:16
**street** 33:19
61:12
**stronger** 6:5
**stuck** 99:16
**studies** 8:20
**study** 121:8
130:1
**stuff** 4:25 7:11
18:13 21:12
23:9 39:7,24
45:1 57:23
68:12 69:6,25
70:17 72:15
73:15 104:15

124:6 130:18
131:6 133:13
134:23,24,25
136:15 151:24
166:3 170:10
172:9,13
174:14 176:21
176:25 177:22
**subjective** 132:16
**subjectively** 50:5
**submit** 45:17
**subpoena** 32:13
**subsequently**
61:13
**successful** 158:8
158:9,10,12
160:2 163:11
166:9
**successfully** 36:6
**Suck-a-Buck**
149:7
**sudden** 14:1 15:7
77:7 115:19
116:3 133:12
134:22 177:9
**sue** 149:23,24
150:4,4 173:17
**sued** 80:18
149:21 150:14
**Suffolk** 80:3
**suggested** 18:1
**suing** 149:12
150:10
**Suite** 188:19
**suits** 149:12
**Summary** 123:25
**summer** 3:10 7:5
154:3
**supersede** 86:5
**support** 139:12
139:18 142:25
179:8
**suppose** 166:13
**supposed** 83:16
93:13 94:16

99:12 103:4
116:3 143:21
153:1 184:13
**supposedly** 51:7
63:9
**suppress** 49:10
85:13,13
136:24 144:4
149:6 151:25
152:1 176:23
**suppressed** 2:7
11:15 54:15
124:13,17
154:17 174:6
176:20 178:13
**suppressing**
22:14 154:6
176:18,22
**suppression**
89:18
**Supreme** 42:23
43:1 171:18
182:5,6 184:4
184:13 186:19
**sure** 4:8 37:7
39:5 58:11 63:3
69:3 89:1
105:17 167:3
183:3
**Surge** 18:25
**surveillance**
162:23,24
**survived** 80:23
**suspect** 65:16
**Swalwell** 23:5
25:17
**swamp** 82:12
**swing** 58:2
**swiping** 59:17
**switch** 140:25
**switched** 170:2
**sworn** 40:24
**system** 41:10
44:13 46:3 55:3
55:25 58:9

60:12 63:22
67:16 70:11
73:12 78:18
92:3 118:23,24
119:6 120:17
121:9,10,11
122:7 125:12
125:20 126:25
127:5 128:3,7
131:13,21
137:9,10
140:18 145:9
145:19 152:17
162:23,24
163:24 176:13
179:5,13,14
**system's** 132:9
**systematic**
131:15
**systemic** 125:21
**systems** 28:17,19
28:23 29:2,19
30:15 37:2
38:21 56:25
72:25 73:15,20
73:20,21
131:19 132:4
150:1

---

**T**

**T** 139:24 188:1,1
**T-Mobile** 140:10
**T.V** 77:5
**tabulated** 98:8
127:12
**tabulates** 126:25
127:15
**tabulating** 96:9
96:13 97:1,25
101:11
**tabulation** 19:5
31:19 44:9
120:13 126:18
142:11
**tabulator** 98:18

100:1,8 119:6
127:1,3
**tabulators** 30:5
**Taiwan's** 37:12
**take** 8:25 9:7
11:7 19:2 46:1
47:12,12,19
50:10 58:16
64:4 75:9,23
82:11 87:1,18
89:20 98:23
117:8,14
118:23 126:14
142:25 145:24
156:1 165:4
172:24
**taken** 5:20 11:14
81:10,10 88:24
88:25 161:19
**takeover** 186:11
**takes** 15:11 81:20
81:21 127:3
169:3
**talk** 6:11,23
12:25 17:16
20:4 23:12,18
41:4 67:25
68:23 71:9
86:24 88:4,6,7
88:8 114:13
129:23 137:13
149:20,20
150:19 152:2
155:10,14
180:2
**talked** 3:19 4:5
5:5 6:7,12,13
6:13 25:22
34:15 40:21
53:6 56:11 57:2
89:23 115:8
135:17 146:9
146:13 161:17
**talking** 3:7 16:2
26:15 28:5 30:1

39:24 47:16
49:9 56:2,5
69:20 86:19
88:16 102:3
109:10 115:13
115:22 116:6,9
142:18 146:7,8
146:10 149:14
150:13 176:17
183:18
**talks** 150:14
152:1 155:18
181:17
**tallies** 93:20
**tally** 92:2 93:13
112:2 119:10
**tallying** 126:16
**tampered** 61:17
120:15
**tape** 69:6
**tapes** 138:25,25
**target** 85:23
157:16,17,18
157:18,21
163:8
**TCS** 92:11
**te-** 11:11
**team** 29:10 47:23
52:21 65:14
118:15 119:3
123:14 125:24
127:7 130:22
**tech** 2:8,25
**technical** 30:18
37:24
**technology**
139:13
**tee** 118:5
**tell** 4:11,11 6:6
8:25 14:20,21
16:11 22:25
26:20 41:15,18
43:19 59:14
67:8 70:15 73:5
77:8 81:13

87:24,25 96:1,2
109:20 116:13
124:11 128:6
134:6 135:5
136:18 151:14
152:25 173:11
173:12,15,22
174:3,17,18
177:5 186:14
**telling** 8:25 26:20
49:20 50:3
54:13 60:19
62:21 69:14
89:20 99:25
125:12 137:2
148:19 149:22
161:11 171:7
177:21 181:6
181:23,24
**tells** 82:6 120:17
120:19 121:3
138:5 140:17
140:22
**ten** 11:8,8 20:8
41:23 60:2
138:21
**tenets** 143:3
**terabytes** 156:23
**terms** 65:6 125:5
148:23
**Terri** 188:2,16
**territorial** 37:15
**Terry** 182:15,18
186:3
**tested** 137:20,20
**testified** 38:6
125:10
**testimonies** 38:6
**testimony** 7:19
40:25 68:3 82:2
82:8 105:7
**testing** 31:7,8
**Texas** 29:10 44:3
45:15 46:8,10
46:11,12,16

Steve Bannon Broadcast - February 11, 2021

56:21 57:3,13
61:9,12 62:2,5
62:7,9,11,17
131:17,23
188:3,16,19
**thank** 178:23
181:5,11,13,14
186:8
**thanks** 70:20
156:13,14
178:22,24
182:19 186:3,4
186:6
**theft** 21:25 24:25
161:17 162:1
163:17 164:16
**theory** 32:23
**they'd** 6:20
148:20 183:14
**thing** 4:6 6:25 7:4
18:16 21:14,19
21:24 24:23
25:5 26:9 27:11
37:9 40:19
41:13 42:25
57:13 64:8
66:23 77:3 78:7
80:23 81:9
85:18 88:15
90:8 102:25
103:10 104:3
117:2 129:15
130:1,25
132:21 134:21
135:9 153:15
154:17 168:24
169:5 170:1,23
175:4 176:4
179:4 180:11
**things** 11:5,6
21:9 22:3 41:5
54:11 65:15
66:10,11 77:10
77:19 83:15
87:16 89:14

105:3 106:19
130:17 132:1,3
133:8 136:20
142:6 149:10
151:24 153:19
154:2,5,9 155:2
156:16 158:25
170:7,12
171:16 174:20
**think** 2:20 5:16
6:14 7:22 9:20
13:25 15:18,18
22:9 25:8 26:5
31:13 33:20
36:23 38:7,8,15
38:19 40:9,11
40:24 46:24
50:3 57:1 62:17
65:14,15,20,21
66:2,23 67:21
72:3 74:23 78:3
83:14 87:14
88:11 90:7,8
101:18,21,25
103:19 105:6
110:14 116:4
116:23 117:18
118:4,9,14
126:15,23
131:5,7,11
134:7,9,9,14
140:10 146:7
149:12,19
150:21 152:16
153:1 155:19
160:12 169:19
170:25 172:22
175:1,7,9 176:9
176:23 177:6
183:11
**thinking** 72:18
72:20 93:21
176:10
**thinks** 71:5
**third** 7:5 31:16

86:24 135:25
136:10
**third-world** 71:8
84:1
**Tho-** 116:22
**Thou-** 97:7
**thought** 5:1,2 7:1
7:14 51:10,11
51:12,13,16
72:6,14 102:22
138:15
**thousand** 78:20
78:21
**thousands** 51:1,4
97:6,7,8,8
132:17,18
160:17,20
**threat** 33:4 34:20
185:11
**threaten** 144:11
145:24 151:15
**threatened** 88:5
147:9 151:21
**threatening**
144:12 148:24
148:24 150:23
**threatens** 145:2
**three** 11:7 48:2,6
48:7 51:12
81:24 82:2,8
87:11 140:7,9
171:20,21
177:7
**three-hour** 42:17
**three-minute**
7:15
**throw** 68:10
124:10
**thrown** 134:22
**thumb** 119:10
**tickets** 18:3 62:22
**tier** 31:16
**Tietong** 161:1
**tight** 131:22
**till** 57:20 176:5

**time** 5:9,23 6:13
7:3,5 14:4,16
15:17,23 19:22
24:3 29:4,17
38:9 42:17
43:18 54:10
56:17 57:4
61:13 66:5
69:15 80:9
81:11,14 97:19
100:14 118:21
128:20 137:8
148:5,5 151:8
159:8,20 160:3
160:3 164:20
165:5,23
166:12 170:9
171:19 183:2
185:7
**times** 11:7,8
41:24 87:12
141:19
**timing** 187:9
**tirelessly** 123:15
**today** 13:10,14
14:22 28:6
39:15 66:14
90:25 156:14
180:15 183:23
**told** 13:15 39:1,2
65:24 66:14
84:12,13
107:14 138:16
138:17 150:4
161:13 170:1
182:13
**tonight** 2:2,5,10
14:12 24:25
26:18,20,25
27:6 42:25 43:2
43:3 68:17
69:21 116:13
133:5 176:22
**tons** 51:20
**tool** 169:16

**tools** 12:17 63:10
163:2
**top** 98:9 99:20
**Toronto** 33:13
**total** 113:10
**totalitarianism**
145:7 146:25
**totally** 65:16
146:10
**totals** 111:23
161:6
**tough** 2:11 10:18
12:1,25 131:20
133:22
**tow-** 106:22
**town** 53:11
134:20 137:9
151:17,17
**Township** 106:22
108:23 109:25
**townships** 106:22
**townspeople**
128:23
**traced** 151:19
**track** 23:23 77:6
172:16
**tracking** 41:14
**traditional** 25:10
26:8 94:24
**traditionally**
110:8 115:17
**traffic** 34:4,5,6,8
**trained** 102:3
**training** 103:3
**traitors** 22:12
35:2
**trans-** 33:24
**transcribed**
188:8
**transcription**
1:13 188:4,11
**transfer** 41:5
164:10,13
**transferring**
120:13

Steve Bannon Broadcast - February 11, 2021

transmission 139:3
transmit 138:23 139:1 140:4
trickle 95:11
tried 45:13,21,22 47:9,11 49:10 82:22 89:19 116:18 124:9 149:6 155:1
tries 76:11
TRO 88:15
trolls 5:1 6:21 85:21
truck 35:19
true 25:3 65:5 106:4 144:9 177:5
truly 65:15
Trump 2:17 3:11 15:3 16:25 18:9 18:23 21:6,17 21:17 23:8,21 24:14 25:6,18 26:14 30:9 38:15,16,17 41:11 71:15 97:20,21 101:12 102:1 103:10 105:23 107:23 108:20 111:4,21 112:8 112:25 113:2 114:7 117:1 143:2 158:17 160:4,13 161:7 161:15 175:17 180:6
Trump's 108:7 109:1 110:5
trust 60:12 177:25
truth 12:11 39:18 39:19 65:12 66:14 125:12

142:19 143:16 144:22 152:7 154:11,12 178:1 182:13 186:17
try 49:21 124:14 124:22 144:3 145:23,24 146:2 158:10 173:5 185:12
trying 12:10 13:15,17 20:23 22:14 35:11 43:17 122:3 129:24 137:10 144:7,8 150:10 150:22 151:6 151:10 176:23 183:6 184:24
Turchie 182:16 182:19 183:3 184:20 185:3,9 185:14,18 186:6
turn 66:24 163:13
turned 5:21 7:3 180:10
TV 13:6 71:13
tweet 142:23 146:16
twen- 17:4 113:7
twice 80:9
twilight 15:16
twisted 25:3
Twitter 11:13 13:9,10,11 80:24 81:1,2,8 81:10,19,20,21 82:16,17 85:22 85:25 86:3,8,15 86:15 88:15,24 124:8 151:24
Twitter's 11:14
two 14:22 20:24

21:3,3 22:4 23:12,18 32:9 39:14,14 44:7 49:24 54:3,16 54:18 75:18,20 78:24 81:17 86:16 88:13 90:19 95:17 101:15 102:6,9 103:2 116:5 174:20 179:22
two-hour 46:1
type 164:2
types 131:20 163:21
typically 80:3
typo 150:18
tyranny 145:4 146:23

U
U.S 19:3 28:24 31:11 34:9 35:8 37:12,23,23 38:19 39:9 40:18 83:22 142:25 143:22
Ucloud 161:1
Uh-huh 29:14 71:16 75:11 78:14 79:23 80:17 99:9,18 101:9 140:19 144:17 146:1 148:7
Uhh 64:24,25
UK 33:11
um 110:13
unbelievable 51:25 61:19
unconventional 33:1
Under-age 19:14
underage 21:5 23:10 26:9

underaged 20:10
understand 2:23 32:19,20 54:22 56:21 60:18 83:15 92:1 122:16 127:6 151:4 153:11 163:7 164:7 167:1 176:15 179:11 180:5 180:14,17 185:12
understands 92:19
understood 15:15
unemployment 6:1
unexplainable 105:3 153:23 154:8,9 155:3
unfolded 183:16
Unicom 161:1
UNIDENTIFI... 139:2,10,16,22 140:2,6,12
unique 31:14 157:13,22 159:22
unite 185:25
United 25:19 27:8 33:4 53:25 67:19 71:6 82:7 90:2 157:1,22 169:18 179:8 183:19
uniter 181:9
uniting 186:1
universities 37:23
unjust 143:1
unknown 48:2
Unplanned 86:14
Unregistered 19:16

unwound 118:12
use 5:21 21:12 27:16 44:21 46:11,12 48:3 48:21 49:12 57:18 69:18 79:16 110:17 122:20 135:1 139:14 140:8 152:16 158:1 182:23
uses 46:11
usual 64:23
usually 41:24 42:5

V
V- 139:6
vacant 17:2
vaccine 7:9
val- 171:3 173:10
validate 173:10
validated 23:17 170:16
validates 70:18
vans 101:17
varieties 139:18
variety 66:2 139:12
various 18:17
vehicle 139:2
vendor 140:10
vendors 12:6 140:7,8,9
Venezuela 59:2 67:19,19,24 68:7,7 69:7,15
verification 17:25
Verizon 139:8,23
verse 6:7
version 79:1 123:25
versus 37:17 139:4

| | | | | |
|---|---|---|---|---|
| **vi-** 7:9 | 162:5 163:14 | 112:12,23 | 27:22,25 28:1 | 139:14 149:9 |
| **vice** 6:2 30:10 | 164:9,11,12,16 | 113:3,8,11,14 | 28:12 29:15,25 | 150:19 159:12 |
| 91:16 179:20 | 164:19,20 | 113:20,25 | 30:4,13,21 31:6 | 161:23 167:20 |
| **victory** 16:15 | 166:8,23,23 | 114:8 115:21 | 32:2,18,23,25 | 168:3 172:18 |
| 19:8 180:9 | **voted** 16:24 | 116:23 120:13 | 33:3,10,17,24 | 172:19 173:3 |
| **video** 13:2 27:23 | 17:22,24 18:6,6 | 123:3,12 132:6 | 34:3,13,23 35:3 | 180:4 181:19 |
| 43:24 58:21 | 18:8,17 19:14 | 133:3,17 135:3 | 35:25 36:15,19 | 182:24 187:8 |
| 70:8 90:21 | 19:15,16,16,17 | 136:4 141:18 | 37:7,11,21 38:4 | **wanted** 11:20 |
| 101:18 105:11 | 19:18,19,20 | 152:21 153:22 | 39:8 40:7,20 | 47:15 62:22 |
| 118:19 136:22 | 20:10 26:2 53:8 | 158:14,15,16 | 41:13,17 69:8 | 66:5 68:6 82:11 |
| 137:15 149:14 | 54:25 60:21,24 | 160:4 161:6,15 | 174:21,25 | 92:1 102:9 |
| 156:6 159:4 | 61:1 115:25 | 163:8,11 | 175:2 | 104:18,24 |
| 161:23 162:15 | 116:5 126:23 | 164:18 165:23 | **walk** 88:15 103:4 | 106:8,12 |
| 162:17,19,20 | 126:24,24 | 166:18 180:7 | **walked** 4:3,18 | 114:23 126:8 |
| 162:22 178:18 | **voter** 23:9 25:12 | **voting** 16:23 | 84:21 | 159:13 160:14 |
| 182:14 188:4 | 26:9 47:21 57:5 | 23:10,10,11 | **walking** 96:9 | 170:19,19,19 |
| **videos** 59:16 | 60:20,23 61:5,6 | 26:10,10 28:17 | 101:10 | **wanting** 65:9 |
| **violates** 143:3 | 61:8 127:21,25 | 29:2 31:18 | **wall** 49:25 92:10 | **wants** 63:20 |
| 148:25 | 148:11 150:14 | 38:21 44:19 | **want** 2:21 3:18 | 147:3 |
| **violation** 19:7 | **voter's** 127:25 | 45:1 46:3,11 | 11:24 12:2,7 | **war** 37:18 38:1 |
| 86:4 | **voters** 17:1,15,23 | 51:14 55:2 | 13:14 14:20,21 | 162:9 167:16 |
| **virtual** 38:24 | 18:7 19:1,16,17 | 59:25 60:1,12 | 23:14,15,17 | 169:18 |
| **virus** 7:9,10 | 19:18,19,24,25 | 61:7 67:16 | 25:15 26:24 | **Ware** 30:6 |
| 153:25 159:3,3 | 55:25 113:6,7 | 75:17 78:16,25 | 30:18 40:19,23 | **warfare** 27:18 |
| **vitally** 178:25 | 115:19 | 110:18 116:4 | 42:16 48:9 | 28:3,21 33:1,1 |
| **voice** 178:12 | **votes** 14:6 15:4 | 118:24 119:6 | 49:14 52:9 55:3 | 38:5,10 41:17 |
| **volume** 34:4,6 | 15:14,24 16:15 | 122:6 125:20 | 58:6,6,9,10 | 159:18 169:17 |
| **volunteers** 71:11 | 16:18 17:8,9,18 | 126:16 131:13 | 61:25 63:20 | 179:1,3 180:21 |
| **vote** 15:12 16:25 | 18:9,12 19:8 | 140:21 150:1 | 64:5 65:11,19 | **warned** 150:3 |
| 19:14,15,22 | 20:9 23:22 25:7 | 152:17 | 65:21 66:21 | **Washington** |
| 20:1 22:5,7 | 31:17 38:22 | **VPN** 139:4,6 | 67:7,22 69:3,3 | 87:13 147:8 |
| 30:8,9,11 38:20 | 44:14 48:15,15 | **vulnerabilities** | 69:13 70:12 | **wasn't** 22:9 |
| 49:13 54:23 | 48:25 49:4 | 28:18,23,25 | 71:14 73:5 77:2 | 43:16 52:8,9 |
| 55:3,3 59:7 | 50:25 51:17 | 29:19 30:15 | 81:6 85:5,5 | 72:20 84:25 |
| 61:12 62:15 | 53:8 58:17 59:5 | 36:8 48:24 | 95:3 97:13 | 85:25 94:25 |
| 69:19 75:18,19 | 61:7 62:16 63:8 | **vulnerability** | 100:25 105:5 | 102:3 112:4 |
| 75:24 92:2 | 63:9,21 65:18 | 63:24 | 109:20,22,22 | 114:17 120:2 |
| 93:13,20 97:9 | 78:19,20,21,23 | | 110:22 113:4 | 132:13,21 |
| 97:10,20,22 | 78:24 83:9 | **— W —** | 114:22 115:11 | 160:14 |
| 102:1 103:10 | 93:10 97:6,9 | **wages** 6:1 | 116:15 117:12 | **watch** 21:23 |
| 105:23 111:18 | 102:19,23,24 | **wait** 4:11 48:17 | 118:5 119:13 | 22:24 61:5 85:7 |
| 112:2 115:24 | 102:25 105:20 | 48:17 66:25 | 119:13 120:2 | 89:10 186:16 |
| 126:15,16 | 106:24 108:8 | **waiting** 87:7 | 130:25 135:5 | **watchers** 103:7 |
| 127:25 148:13 | 109:1 110:6 | 156:8 161:22 | 135:23 136:18 | **watches** 63:15 |
| 154:18 161:5,6 | 111:1,1,2,3,24 | **Waldron** 27:19 | 137:2,6,19 | **watching** 27:6 |

Steve Bannon Broadcast - February 11, 2021

33:10 34:4
48:11 59:18
84:24 101:8
156:15 162:23
163:4,9 164:14
165:11 173:21
182:7 184:5
186:20
**waters** 37:15
**waterways** 37:16
**way** 4:20 25:3
41:9 49:1 56:2
59:8,8 61:6
73:1 77:10
79:17 91:5
99:12 100:1
104:12 115:17
115:18 118:10
127:5 128:3
130:10 135:8
150:17 155:9
160:15 172:19
174:14 184:8
**Wayne** 91:14
123:9 152:20
**ways** 28:23 29:1
29:19 54:21
75:18
**we'll** 17:1,19 18:3
20:3 40:23 58:1
58:1 90:19
116:13 118:17
137:12 176:24
178:2
**we're** 2:3,4,11,12
4:16,21 11:25
12:23 14:13,14
15:7,9,15,16
16:12,12,13
17:16,19 18:15
18:21 19:9
21:11,12,18,21
22:13 23:1
24:20,25 25:25
27:17 28:5 38:2

42:15,15,25
50:3,3 56:15
58:23 59:1
64:15 68:9,12
69:3,20 70:4,16
72:11 86:18
87:5,5 90:15
95:15 105:7,8
105:12 108:15
109:9 112:19
118:6 130:9
138:14 139:17
140:4 143:14
145:18,18
150:13 155:16
156:17 162:18
162:18,20
170:18 181:6,8
181:9 182:10
185:20,20
186:23
**we've** 2:20 20:23
22:8 30:23 31:1
32:6 36:10
37:12 42:15
46:8 52:12,13
53:3,4,5,5
56:11,23 64:14
84:6 109:10
122:5 125:4
130:12 137:18
141:8 146:9,13
148:16 156:14
161:22 166:10
170:15,16
176:21 178:14
182:20,20
183:21,23
185:21,22
**weapons** 181:22
**website** 57:25
68:11 102:8
104:5,16 106:4
124:12
**week** 15:11 24:6

32:16 40:10
68:6 77:9
123:16
**weeks** 10:23
70:12,14 87:11
177:8
**weighted** 78:17
88:14,20 89:16
135:20
**weird** 15:8 77:19
**welcome** 2:2
182:18
**well-known**
156:3
**went** 4:5,21 7:13
13:23 15:10
17:17 24:2 30:7
35:19 38:7,22
40:18 42:7
52:25 64:9,14
70:18 81:18
84:13 88:2
99:16 104:8
105:23 109:11
109:22 114:25
118:7,25 130:5
130:13 133:6,7
151:16 158:15
159:14 166:25
170:13,16,16
171:13,14
173:23
**weren't** 49:11
50:24 52:15
72:18 106:11
106:11 112:16
116:9 130:10
131:19,22
185:16,19
**West** 179:7
**whack-a-mole**
22:20
**Whatever's**
22:13
**whistleblower**

164:4
**whistleblowers**
35:23 171:21
**white** 63:10
74:16 162:12
**whoe-** 155:1
**whoever's** 55:2
**wide** 182:3
**widespread**
35:16
**wiggle** 173:24
**willing** 7:20
**win** 20:11 24:14
62:2,5 71:24
72:11 74:9
**winner** 21:13
24:16
**wins** 17:1 21:6,17
21:17 74:15,16
**wiped** 61:12
**wireless** 139:10
**Wiscon-** 19:7
**Wisconsin** 18:25
18:25 25:7
31:19
**witness** 93:17
**witnessed** 91:7
**witnesses** 34:14
**Wolf** 38:14,15,25
39:1 40:17
**won** 15:22,22
16:16 23:24
74:2 77:17,17
161:14 180:7
**Wonder** 116:12
**wondered** 35:14
102:17
**wondering** 116:1
183:1
**word** 5:23 6:14
43:7 71:22
147:19,22
**words** 61:15
91:23 125:23
125:23

**work** 36:10 45:23
52:16 61:3 62:8
67:16 96:4
101:1 139:7
167:2 171:24
171:25 181:18
**worked** 61:6 72:2
97:14 123:14
123:16
**workers** 18:17
59:16
**working** 28:13
29:4,7 63:25
**works** 7:12 16:21
41:10 67:13
125:13 126:21
127:5 128:3
149:11
**workstation**
140:24
**world** 2:7 26:16
51:2 68:24
73:19 81:9
86:24 142:15
171:13 173:1,4
173:20 175:22
180:4 181:2,2
182:21 187:1,2
**world's** 33:21
**worse** 54:7,19,21
147:5
**worst** 6:24
**worth** 92:18
**wouldn't** 15:18
16:1 21:8,18
22:4,6 24:19,19
25:2 26:15
88:18 94:23
110:15 123:4,4
123:13 142:17
174:14,15
177:7
**wow** 3:25 5:7
14:7,17 30:20
31:5 34:18

Case

Steve Bannon Broadcast - February 11, 2021

| | | |
|---|---|---|
| **300,000** 16:18 | **5,959** 112:5 | **7:43** 157:5 |
| **30th** 99:16 | **50** 79:16 99:6,20 | **700,000** 62:16 |
| **312** 188:18 | 100:20,21,22 | **718** 123:3 |
| **3200** 112:12 | 175:14 | **744** 110:2 |
| **34,000** 18:9 | **50,000** 17:11 | **75206** 188:19 |
| **3477** 158:16 | **50/50** 80:13 | **79** 180:7 |
| **35** 53:10 105:21 | **500** 18:4 116:5 | |
| 105:23 110:9 | **57,000** 61:7 | **8** |
| 115:18 128:22 | **5th** 113:23 | **8** 5:19 108:20,21 |
| 179:18 | | **80** 74:6 161:15 |
| **36,400** 16:23 | **6** | **82** 55:5,7,9 |
| **38** 122:20 157:5 | **60** 40:14 158:21 | **8300** 25:8 |
| **392** 108:19,20,21 | **60-some** 179:6 | **85** 55:20 116:25 |
| 108:23 109:1 | **60/40** 74:10,10,10 | **855-5100** 188:20 |
| **395** 19:19 | 74:10 79:8 | **866,000** 18:22 |
| **3D** 139:18 | **600,000** 18:13 | |
| **3G** 139:23 | 20:5 | **9** |
| **3rd** 29:3 40:8 | **615,000** 17:18 | **9,759** 112:6 |
| 95:17 106:25 | **65** 53:10 105:20 | **90** 74:7 116:25 |
| 112:2 113:11 | 105:22 110:8 | **93** 107:2,5,24 |
| 113:20 141:22 | 115:18 128:21 | **93.6** 55:23 |
| | **65/35** 114:19 | **98** 20:1 |
| **4** | **6581** 188:17 | **9th** 14:1 39:23 |
| **4** 9:23 10:3,6,12 | **66** 158:22,23 | 75:13 133:11 |
| 95:17 | **66,247** 19:16 | 136:9 154:20 |
| **4,000** 17:23 | **666** 83:9,10 | |
| **4,509** 111:21 | **68** 18:14 126:11 | |
| **4,926** 19:18 | 127:15 129:7,8 | |
| **4:00** 166:17 | 129:9 161:16 | |
| **40** 79:16,16 | 180:7 | |
| **40,000** 20:13 | **68,000** 18:23 | |
| **40,279** 19:23 | **6th** 25:5 119:1 | |
| **400** 100:16 | 123:15 | |
| **401(k)** 67:9 | | |
| **42,284** 18:8 | **7** | |
| **4228** 188:18 | **7** 115:20 | |
| **4G** 139:21,23 | **7-31-25** 188:20 | |
| **4th** 13:17 64:11 | **7,000** 113:2 114:5 | |
| 106:1 110:13 | 115:20 116:23 | |
| 121:9,25 128:9 | **7,000-some** 53:8 | |
| 128:10 | **7,060** 111:3 113:3 | |
| | 114:7,7 123:12 | |
| **5** | **7,300** 135:3 | |
| **5** 78:24 91:5 | **7,700** 115:20 | |
| **5,250** 112:23 | **7,769** 111:18 | |

# Exhibit A-18

1

2

3

4

5

6

7

8

9

10

11

12  **CERTIFIED TRANSCRIPTION OF**

13       **SCIENTIFIC PROOF**

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              (Recording begins.)

 2              MR. LINDELL:  Hello, everyone.  As you know,

 3   we've been filming a new documentary this week and it's going

 4   to come out in a week or so.  But when I was interviewing

 5   everyone, Dr. Douglas G. Frank here has more stuff than you

 6   could even put into a -- a 10-hour documentary.  So what I

 7   wanted to do was a separate one here.  This is so important to

 8   our country.  I wanted to get this one out right away.

 9              So we're going to -- we're going to have an hour

10   interview here with Dr. Frank.  And welcome.  I mean, what you

11   showed me before, I want everybody to see in this hour.  I want

12   to say how we met.  I met -- it was like a divine appointment

13   here.  My -- I actually met a Congress- -- a gal that was

14   running for Congress in Pennsylvania, I met her in D.C. at

15   random in January.  And she said that she had won, and then all

16   of a sudden, we woke up on November 4th and had lost.

17              And she knew that there was something terribly

18   wrong.  She basically went door to door, she went -- she did

19   her own investigation and she proved, you know, herself, she

20   goes -- she goes, Yes, it was cheated me.  She didn't really

21   know how, and so she went out and got ahold of different people

22   to help her with this, and one of them was Dr. Frank.  And when

23   I was doing this documentary, she said, Well, you need to see

24   what he has.  This is -- it was amazing.

25              And -- well, so let's get into it.  What's your
```

1  background?  Tell everybody.

2          DR. FRANK:  I'm a Ph.D. scientist.  I've been

3  doing science for about 40 years aggressively.  Got about 60

4  scientific publications.

5          MR. LINDELL:  Right.

6          DR. FRANK:  Some of them are cover articles and

7  invited articles, because I happened to make a pretty good

8  discovery once --

9          MR. LINDELL:  Right.

10          DR. FRANK:  -- back in early '90s.  I left

11  academics in 1996, and ever since then, I've been teaching at a

12  special school for extra ordinarily gifted kids as well as

13  working on new inventions and --

14          MR. LINDELL:  Right.

15          DR. FRANK:  -- analyzing election data lately.

16          MR. LINDELL:  Right.  Right.  Right.  So very --

17  overqualified everybody, but it --

18          DR. FRANK:  Yes.

19          MR. LINDELL:  But what you're going to see just

20  speaks for itself.  I mean, for him to -- to even dig in and

21  get this and figure out the algorithms and then to have

22  absolute proof.  What we have over here, what you're going to

23  see when this is done, what I showed you in Absolute Proof, the

24  first documentary we did with all the cyberattack on our

25  country, who did it, when they did it, why they did it, we know

Scientific Proof - April 3, 2021

1    the IP addresses, the IDs of the computers, everything.  Now
2    you're going to see that this was nationwide and these two come
3    together, and it is -- absolutely fits like a glove.
4               So why don't we just get right into it.  So what
5    did you -- what do -- what do you have?
6               DR. FRANK:  I found where the algorithms that
7    control how many registrations and how many ballots you need in
8    every county to control an election.
9               MR. LINDELL:  Uh-huh.
10              DR. FRANK:  That's what I figured out.
11              MR. LINDELL:  Right.
12              DR. FRANK:  And it's widespread.  It's in every
13   state that I've checked so far and it's to magnificent
14   part-per-million detail.
15              MR. LINDELL:  Really?
16              DR. FRANK:  So I know it's not an accident.
17              MR. LINDELL:  Right.
18              DR. FRANK:  It has to be done by an algorithm.
19              MR. LINDELL:  Right.  It cannot be done by
20   humans.
21              DR. FRANK:  It could not be done.
22              MR. LINDELL:  I want everybody to know that.
23              DR. FRANK:  Yes.
24              MR. LINDELL:  What you're going to see is
25   impossible to be done by humans.

Scientific Proof - April 3, 2021

```
1                    DR. FRANK:  Right.  Yes.
2                    MR. LINDELL:  It had to be done by machine,
3    i.e., computers.  And they had to be online?
4                    DR. FRANK:  Absolutely, the whole time.
5                    MR. LINDELL:  They -- yeah.  So they --
6                    DR. FRANK:  You have to beforehand, during and
7    after.
8                    MR. LINDELL:  Before, during and after.
9                    DR. FRANK:  Yes.
10                   MR. LINDELL:  In other words, you have to plan
11   the attacks?
12                   DR. FRANK:  Yep.
13                   MR. LINDELL:  You have to plan the algorithms?
14                   DR. FRANK:  Yep.
15                   MR. LINDELL:  Input them?
16                   DR. FRANK:  Yep.
17                   MR. LINDELL:  Then it has to be online during?
18                   DR. FRANK:  Yep, it does.
19                   MR. LINDELL:  And then afterwards to, what,
20   check your work?
21                   DR. FRANK:  Well, and clean up the --
22                   MR. LINDELL:  And clean up the mess?
23                   DR. FRANK:  Clean up the mistakes.
24                   MR. LINDELL:  Clean up the mistakes.
25                   DR. FRANK:  Because computers are stupid.  They
```

Scientific Proof - April 3, 2021

```
1    can't do anything themselves.  You have to --
2                    MR. LINDELL:  Right.
3                    DR. FRANK:  -- tell them everything.  And what
4    you tell them is a set of instructions.
5                    MR. LINDELL:  Right.
6                    DR. FRANK:  That's called an algorithm.  It's
7    just like a recipe.
8                    MR. LINDELL:  Right.  Okay.
9                    DR. FRANK:  A recipe is a set of instructions.
10                   MR. LINDELL:  Okay.  Right.
11                   DR. FRANK:  And so don't be afraid of that word.
12                   MR. LINDELL:  Right.  Right.
13                   DR. FRANK:  The first thing you need to
14   understand about the way elections are managed is they have
15   what they call a "registration database."  This is for every
16   precinct, every county in the country, they have one of these.
17   And in each one, you've got --
18                   MR. LINDELL:  Can anybody get this?
19                   DR. FRANK:  In most states, you can download
20   these for free.
21                   MR. LINDELL:  Okay.
22                   DR. FRANK:  But in some states, they're
23   expensive.
24                   MR. LINDELL:  Right.  Right.  Right.
25                   DR. FRANK:  You have to download them.  But
```

1   politicians use these all the time --

2                   MR. LINDELL:  Right.

3                   DR. FRANK:  -- because they tell them every

4   person in the district.

5                   MR. LINDELL:  Right.

6                   DR. FRANK:  And it also tells their voting

7   history.  Is this a Republican?  Is this a Democrat?  Do they

8   usually vote?  Do they not vote?

9                   MR. LINDELL:  Right.  Vote, right.

10                  DR. FRANK:  Because why would you want to go

11  knock on a -- if you're a Republican, why would you go knock on

12  a Republican's door who you know's already going to vote for

13  you anyway?

14                  MR. LINDELL:  Right.  Right.

15                  DR. FRANK:  You're looking for the people that

16  don't usually come out --

17                  MR. LINDELL:  Right.  Right.

18                  DR. FRANK:  -- you want to go knock on those

19  doors.

20                  MR. LINDELL:  Right.  So why is this significant

21  here?

22                  DR. FRANK:  Well, this is significant because

23  this shows you -- I mean, if you have access to this, which

24  basically everybody does, you'll notice that this person here

25  votes a lot and they're a Republican, but this person hardly

Scientific Proof - April 3, 2021

```
1   ever votes and only every once in a while.
2                 MR. LINDELL:  This one down here hardly ever
3   voted.
4                 DR. FRANK:  Yes.
5                 MR. LINDELL:  Wait.  He only voted once here.
6   What's that?
7                 DR. FRANK:  This is the November 3rd election
8   here, this last call --
9                 MR. LINDELL:  So the only time in his life he
10  voted was right there?
11                DR. FRANK:  Exactly.  And there are a lot of
12  those, too many of those, this time around.
13                MR. LINDELL:  Right.
14                DR. FRANK:  But I don't think that's an
15  accident.  I don't even think they're real.
16                MR. LINDELL:  Right.
17                DR. FRANK:  And so when we were originally
18  starting this work, we actually went out and knocked on doors
19  after we --
20                MR. LINDELL:  To find out if a person like this
21  was real?
22                DR. FRANK:  Yes.
23                MR. LINDELL:  Were they real?
24                DR. FRANK:  30 perc- -- we predicted.  We went
25  to 1600 houses, knocking on doors --
```

```
1              MR. LINDELL:  Right.
2              DR. FRANK:  -- we trained a whole bunch of
3  volunteers, it took about four days.
4              MR. LINDELL:  Right.
5              DR. FRANK:  They found -- we predicted that we'd
6  find about 30 percent of the houses we knocked on would have at
7  least one phantom voter.  What that means is, it says on the
8  roll that John Smith lives at this address --
9              MR. LINDELL:  Right.
10             DR. FRANK:  -- and that John Smith voted.
11             MR. LINDELL:  Right.
12             DR. FRANK:  But then you go and knock on the
13 door and no John Smith lives there.
14             MR. LINDELL:  Right.  Right.
15             DR. FRANK:  Okay.  So wait a minute.  That's a
16 phantom voter.
17             MR. LINDELL:  So you were basically -- when
18 you -- this raised a flag.
19             DR. FRANK:  Yep.
20             MR. LINDELL:  And then you said, Well, I'm going
21 to go out just to make sure I'm not going down a bad -- a bad
22 path.  Let's find out if these people really exist or not.
23             DR. FRANK:  Exactly.
24             MR. LINDELL:  Your theory, though, proved
25 right --
```

Scientific Proof - April 3, 2021

```
 1                    DR. FRANK:  Yes.
 2                    MR. LINDELL:  -- 30 percent did not exist?
 3                    DR. FRANK:  32.
 4                    MR. LINDELL:  Oh, 32 percent did not exist?
 5                    DR. FRANK:  But we predicted 30 and we found 32.
 6                    MR. LINDELL:  Okay.  All right.
 7                    DR. FRANK:  So that's really good.  So this is
 8  not just theoretical.
 9                    MR. LINDELL:  Sure.  So that means I'm going all
10  in, I'm going to look at this?
11                    DR. FRANK:  Absolutely.
12                    MR. LINDELL:  Okay.  Okay.
13                    DR. FRANK:  Absolutely.  And every precinct, you
14  can show too, like, for example, in this precinct, this is by
15  age, and this is -- I'm sorry.  This is by age and how many
16  people in this particular precinct.  This just happens to be
17  one from Ohio.  You notice that this is the number of people
18  that are registered by age --
19                    MR. LINDELL:  Right.
20                    DR. FRANK:  -- the blue curve, and then this is
21  the number of ballots you have by age.  So if you needed some
22  more ballots --
23                    MR. LINDELL:  Right.
24                    DR. FRANK:  -- if you needed to -- because you
25  wanted to swing one of the down-ballot --
```

Scientific Proof - April 3, 2021

```
1                    MR. LINDELL:  Right.
2                    DR. FRANK:  -- elections, like there's some
3   judge you want to win, you just have to go along and find out,
4   Well, gee, I've got a few more voters here.  Let's go look and
5   see who never votes and let's print them out for them --
6                    MR. LINDELL:  Right.  Right.
7                    DR. FRANK:  -- and turn it in.
8                    MR. LINDELL:  Right.
9                    DR. FRANK:  It's a really simple thing.
10                   MR. LINDELL:  Right.
11                   DR. FRANK:  So that's an algorithm.
12                   MR. LINDELL:  Right.
13                   DR. FRANK:  Find the people that never vote,
14  print ballots, turn in the ballots for them.
15                   MR. LINDELL:  Right.  Right.  Right.
16                   DR. FRANK:  They don't even know.  So the only
17  way to know -- the only way to know in an election whether it's
18  valid or not is to actually confirm every mail-in ballot.  You
19  have to go see, did -- Mr. John Smith, does -- does he really
20  live here?
21                   MR. LINDELL:  Right.  Right.
22                   DR. FRANK:  Did he really print that ballot?
23                   MR. LINDELL:  Right.
24                   DR. FRANK:  And --
25                   MR. LINDELL:  So then -- so how -- so what is --
```

Scientific Proof - April 3, 2021

1   all these matching and stuff --

2                DR. FRANK:  Yeah.

3                MR. LINDELL:  -- you showed me before, we had

4   a -- a chart where they --

5                DR. FRANK:  Yes.

6                MR. LINDELL:  -- where -- where -- where you --

7   they're taking the data.  Can you show us what the machines

8   did?

9                DR. FRANK:  The fun thing about this, by the

10  way, too, Mike, that I just love about it is you've done some

11  really excellent forensic work on the one side of the --

12               MR. LINDELL:  Talking about Absolute Proof, the

13  documentary we did, where we have the spyware on these American

14  heroes that were -- that were whistleblowers and stuff that

15  were there --

16               DR. FRANK:  Yes.

17               MR. LINDELL:  -- and that worked for the

18  government and stuff, that -- former and present that were

19  there, and they were taking these footprints, these cyber

20  footprints --

21               DR. FRANK:  That's right.

22               MR. LINDELL:  -- the night of the election,

23  actually from November 1st to the 5th.  And we have all the IP

24  addresses --

25               DR. FRANK:  I know.

Scientific Proof - April 3, 2021

```
1              MR. LINDELL:  -- the IDs of the computers, we
2   have all this of the attacks.  When I heard what you're going
3   to see here --
4              DR. FRANK:  Yes.
5              MR. LINDELL:  -- it just (makes noise) --
6              DR. FRANK:  Yes.
7              MR. LINDELL:  It's just so amazing.
8              DR. FRANK:  I was on the edge of my seat
9   watching that --
10             MR. LINDELL:  Right.
11             DR. FRANK:  -- last Thur- --
12             MR. LINDELL:  And you had no i- -- you had no
13  idea.  Your work was done and you're going wow.  Now you knew
14  who did it, right?
15             DR. FRANK:  It's -- exactly.  I could see -- but
16  the thing about it is, you're showing the incursions into the
17  machines.
18             MR. LINDELL:  Right.
19             DR. FRANK:  But what do they do when they're
20  there?  They have to know what to do.
21             MR. LINDELL:  Right.
22             DR. FRANK:  That's what the algorithm is telling
23  them what to do.
24             MR. LINDELL:  Okay.  Well, let's see -- let's --
25  yeah, let's see what you got.
```

1          DR. FRANK:  Everything here, anybody can do.

2          MR. LINDELL:  Anybody can do it, right, right.

3          DR. FRANK:  You can download it and confirm.

4          MR. LINDELL:  Okay.

5          DR. FRANK:  So this --

6          MR. LINDELL:  Okay.

7          DR. FRANK:  -- that's part of -- so anyway, so

8  here's the population.  This is downloaded from the census.

9  You can see the millennials and the baby boomers and the

10 people --

11         MR. LINDELL:  Right.  But what this is, it's

12 just a graph of Ham- -- Hamilton County --

13         DR. FRANK:  Yep.

14         MR. LINDELL:  -- and the age group of each

15 one --

16         DR. FRANK:  Yep.

17         MR. LINDELL:  -- on the graph.  So there's 10

18 thou- -- or 11,000 people around 60 years of age.

19         DR. FRANK:  Yeah, exactly.

20         MR. LINDELL:  Okay.  All right.

21         DR. FRANK:  This curve, this black curve, is

22 from that voter database that I showed you a minute ago.  This

23 is how many people of each age are registered.

24         MR. LINDELL:  Okay.  Now, that's impossible,

25 correct?

Scientific Proof - April 3, 2021

```
 1                    DR. FRANK:  Yes.  And the look on your --
 2                    MR. LINDELL:  Everybody's registered?  And then
 3       there's a little line here where there's more people registered
 4       than there are population.
 5                    DR. FRANK:  How interesting.
 6                    MR. LINDELL:  Yeah.
 7                    DR. FRANK:  And a little bit over here too.
 8                    MR. LINDELL:  Right.  Right.
 9                    DR. FRANK:  But still, when I've shown this to
10       political experts --
11                    MR. LINDELL:  Right.
12                    DR. FRANK:  -- they're all saying, Doug, no, no,
13       no, it can't be that much.  It's supposed to be about 80
14       percent.
15                    MR. LINDELL:  Right.
16                    DR. FRANK:  No.  This is like 95 percent.
17                    MR. LINDELL:  95.  Right.
18                    DR. FRANK:  So -- so that's the first -- that's
19       the --
20                    MR. LINDELL:  That raised a flag with you?
21                    DR. FRANK:  That's the first red flag.  Okay.
22                    MR. LINDELL:  Right.
23                    DR. FRANK:  That doesn't make any -- make sense.
24       The red curve here --
25                    MR. LINDELL:  Right.
```

Scientific Proof - April 3, 2021

```
 1                    DR. FRANK:  -- from the same voter database,
 2  these are the people who turned in ballots.
 3                    MR. LINDELL:  Right.
 4                    DR. FRANK:  Okay.  And notice I didn't call them
 5  real voters, because I don't think a lot of them are.
 6                    MR. LINDELL:  Right, right.
 7                    DR. FRANK:  Okay.
 8                    MR. LINDELL:  Don't think.  They aren't.  You
 9  know they aren't now.
10                    DR. FRANK:  I know they aren't now.  Now I --
11                    MR. LINDELL:  Because --
12                    DR. FRANK:  But if I'm a scientist going into
13  it, I didn't know, but now I know.
14                    MR. LINDELL:  Right.  Right.  Let's make that
15  clear.  There's no room -- this is 100 --
16                    DR. FRANK:  Yes.
17                    MR. LINDELL:  -- percent --
18                    DR. FRANK:  Yes.
19                    MR. LINDELL:  -- we know machines did this.
20                    DR. FRANK:  Exactly.
21                    MR. LINDELL:  Okay?  So what you have here --
22                    DR. FRANK:  Yes.
23                    MR. LINDELL:  -- and you showed me before, this
24  notice that the ballots turned in match the exact curves.  The
25  odds of that are impossible.
```

1                    DR. FRANK:  Oh, yes.

2                    MR. LINDELL:  And then look at -- I want

3     everyone to look at this, because this is going to come up.

4     That little jump and that little flip --

5                    DR. FRANK:  Yeah.

6                    MR. LINDELL:  -- you know, it's a -- the exact

7     same pattern, all a sudden, everyone exact percentage --

8                    DR. FRANK:  Yes.

9                    MR. LINDELL:  -- gets turned in in votes, I

10    mean, of every age group.  Now --

11                    DR. FRANK:  It's ridiculous.

12                    MR. LINDELL:  Right.  Now, with this -- was that

13    another flag?

14                    DR. FRANK:  Yes.  I just take the black curve

15    and multiply it by 86 percent --

16                    MR. LINDELL:  Right.

17                    DR. FRANK:  -- that helps you to see that those

18    little bumps and wiggles are just absolutely reproduced.

19                    MR. LINDELL:  Right.

20                    DR. FRANK:  It's just -- the odds of that

21    happening in one county are ridiculously small.

22                    MR. LINDELL:  Right.

23                    DR. FRANK:  But guess what, they happened in

24    every county.

25                    MR. LINDELL:  Every county?

Scientific Proof - April 3, 2021

```
 1                    DR. FRANK:  And it's the -- and -- and --
 2                    MR. LINDELL:  Did you do every county in Ohio?
 3                    DR. FRANK:  All 88.
 4                    MR. LINDELL:  All 88 counties?
 5                    DR. FRANK:  Yeah.
 6                    MR. LINDELL:  And they were all the same
 7     pattern?
 8                    DR. FRANK:  And I'll show you that pattern,
 9     because it's even better than this.  I call it "the key."  So
10     if you think of it, you can think of that 86 percent number as
11     the key that converts the registrations into the ballots.
12                    MR. LINDELL:  Right.
13                    DR. FRANK:  And so that's Flag No. 2.
14                    MR. LINDELL:  Right.  Right.
15                    DR. FRANK:  Flag No. 2 that those are similar.
16     Now, the thing is, is we don't have to just use one number.  We
17     could use a different proportion for every age.
18                    MR. LINDELL:  Right.  Right.
19                    DR. FRANK:  Okay.
20                    MR. LINDELL:  Did they do that?
21                    DR. FRANK:  In other words, if you use a
22     different proportion for every age --
23                    MR. LINDELL:  Right.
24                    DR. FRANK:  -- then you just have a little more
25     sophisticated key.  When I show you that key, you're going to
```

Scientific Proof - April 3, 2021

```
 1   be surprised.
 2               MR. LINDELL:  Okay.
 3               DR. FRANK:  Because that's also some bread
 4   crumbs as to the algorithm.  If I use those proportions, then
 5   this is the ballots on top of the registrations.
 6               MR. LINDELL:  But you set those proportions
 7   yourself --
 8               DR. FRANK:  Yes.
 9               MR. LINDELL:  -- just to see if it was
10   duplicated across the state?
11               DR. FRANK:  Yes.  And exact- -- and that's why
12   it doesn't quite agree here.  Because, actually, I'm using one
13   set of proportions for the entire state.
14               MR. LINDELL:  Right.
15               DR. FRANK:  I'm never changing --
16               MR. LINDELL:  You're not changing it, right --
17               DR. FRANK:  No.  And it's -- you know, think of
18   it, it's 18 to 100.  So it's 82 proportions, you put it in one
19   time, you never change it again.
20               MR. LINDELL:  So what you're saying is -- what
21   you're saying across the state, every single 70-year-old across
22   the state was exactly this percentage?
23               DR. FRANK:  Yes.
24               MR. LINDELL:  Exactly?
25               DR. FRANK:  Every single county -- county --
```

```
 1   county --
 2                  MR. LINDELL:  Every single age group was
 3   exactly --
 4                  DR. FRANK:  Yes.
 5                  MR. LINDELL:  -- like X percent --
 6                  DR. FRANK:  Yes.
 7                  MR. LINDELL:  -- of each age group voted?
 8                  DR. FRANK:  Which, of course, is preposterous.
 9                  MR. LINDELL:  Is preposterous, right.
10                  DR. FRANK:  It's preposterous.
11                  MR. LINDELL:  Right.  Okay.
12                  DR. FRANK:  This is the shape of that key.
13                  MR. LINDELL:  Okay.
14                  DR. FRANK:  This is the key that converts
15   registrations to ballots.
16                  Uh-huh.
17                  DR. FRANK:  In other words, the proportion of
18   20-year-olds --
19                  MR. LINDELL:  Right.
20                  DR. FRANK:  -- or the proportion of 30-year-olds
21   or the proportion of 40 --
22                  MR. LINDELL:  Right.
23                  DR. FRANK:  And you look at that curve --
24                  MR. LINDELL:  Right.
25                  DR. FRANK:  -- that's a really smooth curve.
```

Scientific Proof - April 3, 2021

```
1                    MR. LINDELL:  Right.
2                    DR. FRANK:  In fact, mathematicians recognize
3     this.
4                    MR. LINDELL:  How?
5                    DR. FRANK:  It's called the 6th order
6     polynomial.  The beautiful thing about a 6th order polynomial
7     is you only need six numbers.  So now I don't need 82 numbers
8     anymore.
9                    MR. LINDELL:  Right.
10                    DR. FRANK:  I just need six numbers and a
11    turnout number, which would be a 7th number.
12                    MR. LINDELL:  Right.
13                    DR. FRANK:  And I can predict every county in
14    Ohio.
15                    MR. LINDELL:  Right.
16                    DR. FRANK:  Now, six numbers --
17                    MR. LINDELL:  Right.  So what are you -- what's
18    your -- what are you -- what you're saying there, Dr. Frank --
19                    DR. FRANK:  Yes.
20                    MR. LINDELL:  -- they're saying that they set
21    this in the machine --
22                    DR. FRANK:  Yes.
23                    MR. LINDELL:  -- or set this beforehand --
24                    DR. FRANK:  Yes.
25                    MR. LINDELL:  -- they set to see who was going
```

Scientific Proof - April 3, 2021

```
1   to win --
2                   DR. FRANK:  Yep.
3                   MR. LINDELL:  -- and they set this algorithm?
4                   DR. FRANK:  Yes.
5                   MR. LINDELL:  Okay.  These are the algorithms
6   we've been telling you about.
7                   DR. FRANK:  So for example, this is Stark
8   County.  It's -- it's in northern --
9                   MR. LINDELL:  Yeah, I want to show a few
10  counties, because what you've got here, you guys, remember that
11  little flip.  Every county -- these are -- these are the
12  ballots of people that voted.
13                  DR. FRANK:  Right, the red curve, yep.
14                  MR. LINDELL:  There's the registered.
15                  DR. FRANK:  Yep.
16                  MR. LINDELL:  And there's the -- and there's
17  the --
18                  DR. FRANK:  Population.
19                  MR. LINDELL:  -- population.
20                  DR. FRANK:  Yes.
21                  MR. LINDELL:  It doesn't follow that.  It's
22  impossible to have the same glitch --
23                  DR. FRANK:  Every time.
24                  MR. LINDELL:  -- in every single county.  And so
25  far, it's been every single county you've done in the United
```

Scientific Proof - April 3, 2021

```
 1   States.
 2                   DR. FRANK:  So far.
 3                   MR. LINDELL:  The same thing --
 4                   DR. FRANK:  Yes.
 5                   MR. LINDELL:  -- the same machines, the same
 6   attacks --
 7                   DR. FRANK:  Yep.
 8                   MR. LINDELL:  -- the same people --
 9                   DR. FRANK:  Yes.
10                   MR. LINDELL:  -- the same corruption that went
11   on, the same crime against humanity --
12                   DR. FRANK:  Yes.
13                   MR. LINDELL:  -- was all -- crossed all those
14   states.
15                   DR. FRANK:  There's a -- there's an interesting
16   thing.  I'm going to go back to this key for a second.
17                   MR. LINDELL:  Uh-huh.
18                   DR. FRANK:  Because this key works for every
19   county in Ohio.
20                   MR. LINDELL:  Right.
21                   DR. FRANK:  If you step across the border into
22   Pennsylvania --
23                   MR. LINDELL:  Uh-huh.
24                   DR. FRANK:  -- this key doesn't work anymore.
25                   MR. LINDELL:  Really?
```

Scientific Proof - April 3, 2021

```
 1                    DR. FRANK:  You change it just a little bit.
 2   Now that new key works in every county in Pennsylvania.
 3                    MR. LINDELL:  Okay.
 4                    DR. FRANK:  So in other words, it proves that
 5   the algorithm works at the county level and at the state level.
 6                    MR. LINDELL:  And maybe even at the federal
 7   level.
 8                    DR. FRANK:  Well, the federal level's how you
 9   decide the outcome of the election.
10                    MR. LINDELL:  Right.  Right.
11                    DR. FRANK:  So you just -- so you choose the key
12   you want for each state.
13                    MR. LINDELL:  So you could even do this for down
14   tickets.
15                    DR. FRANK:  Oh, absolutely.
16                    MR. LINDELL:  Yeah.
17                    DR. FRANK:  Absolutely.
18                    MR. LINDELL:  And does everybody hear that?  You
19   can actually -- all the down tickets were affected too.
20                    DR. FRANK:  Yes.
21                    MR. LINDELL:  So --
22                    DR. FRANK:  Here's Ohio.  So the population,
23   registrations and the red curve is the ballots.  That shaded
24   curve underneath --
25                    MR. LINDELL:  Right.
```

Scientific Proof - April 3, 2021

1          DR. FRANK:  -- that's what I'm predicting based
2  upon the key.
3          MR. LINDELL:  Oh, wow.  So you already said,
4  Here -- without looking, you're going, Here's what it's going
5  to be?
6          DR. FRANK:  Yeah.  And you --
7          MR. LINDELL:  And it matched?
8          DR. FRANK:  And you know how I did that?  I ran
9  14 counties --
10          MR. LINDELL:  Yeah.
11          DR. FRANK:  -- took the average key, and then
12  never changed it again.  And it works in all 88.
13          MR. LINDELL:  All 88 counties?
14          DR. FRANK:  And -- and you know -- and by the
15  way, there's this R number.  R is a correlation coefficient
16  it's called.
17          MR. LINDELL:  Uh-huh.
18          DR. FRANK:  If R equals 1, it's a perfect
19  correlation.
20          MR. LINDELL:  Right.
21          DR. FRANK:  If it's negative 1, it's a perfect
22  opposite correlation.
23          MR. LINDELL:  Right.
24          DR. FRANK:  If R is 0, that means it's not
25  correlated at all.

Scientific Proof - April 3, 2021

```
1               MR. LINDELL:  Right.
2               DR. FRANK:  So for me to get 1.000 and I'm a
3    physicist, that ain't natural, buddy.
4               MR. LINDELL:  Right.  So it couldn't be done by
5    humans.
6               DR. FRANK:  No.  No.  This is not by --
7               MR. LINDELL:  It's 100 percent impossible?
8               DR. FRANK:  No.  No.
9               MR. LINDELL:  Had to be machines?
10              DR. FRANK:  Yes.
11              MR. LINDELL:  And they had to be online.
12              DR. FRANK:  Constantly online.
13              MR. LINDELL:  Constantly online, everybody.
14              DR. FRANK:  Be- -- beforehand, getting the
15   registrations in place --
16              MR. LINDELL:  Right.
17              DR. FRANK:  -- so you can use the phantom
18   ballots.
19              MR. LINDELL:  Right.
20              DR. FRANK:  Because if you think about it, you
21   can have all the machines in the world changing ballots all you
22   want.
23              MR. LINDELL:  Right.
24              DR. FRANK:  The problem is, is that afterwards,
25   if they count the ballots, it's got to match.
```

Scientific Proof - April 3, 2021

```
1                    MR. LINDELL:  It's got to match.
2                    DR. FRANK:  So you -- so you have to figure out
3    how to --
4                    MR. LINDELL:  So were you surprised -- were you
5    surprised -- I want everyone to understand this.  So you were
6    seeing this, were you thinking how did they do this?  Did they
7    have to have some supercomputer; did that go through your mind?
8                    DR. FRANK:  Oh, are you kidding?  Yes,
9    absolutely.
10                   MR. LINDELL:  Okay.  So now, I want everyone to
11   know this, when you watched Absolute Proof, okay, and you had
12   worked on this for months --
13                   DR. FRANK:  Months.
14                   MR. LINDELL:  -- and you seen this, okay?
15                   DR. FRANK:  Yes.
16                   MR. LINDELL:  And you seen that last fourth of
17   Absolute Proof --
18                   DR. FRANK:  Yes.
19                   MR. LINDELL:  -- you knew that there was such a
20   device out there?
21                   DR. FRANK:  I was on the edge of my seat.  I was
22   going, Oh, my gosh, I see that column.  I know exactly what --
23   I know what they are doing --
24                   MR. LINDELL:  Right.  Right.
25                   DR. FRANK:  -- in each of those steps.
```

1               MR. LINDELL:  Right.  Right.

2               DR. FRANK:  But -- but until that point, I

3   only --

4               MR. LINDELL:  You're going -- you're going, How

5   could they have come up with this supercomputer --

6               DR. FRANK:  Right.

7               MR. LINDELL:  -- or whatever this is?

8               DR. FRANK:  By logic --

9               MR. LINDELL:  Right.

10              DR. FRANK:  -- I could deduce things.

11              MR. LINDELL:  Right.  Right.  You knew it

12  happened, but you didn't know --

13              DR. FRANK:  Yes.

14              MR. LINDELL:  -- like, wow, what did they have,

15  a --

16              DR. FRANK:  No.

17              MR. LINDELL:  -- computer the size of Iowa, you

18  know, or --

19              DR. FRANK:  Yeah, right.  Right.

20              MR. LINDELL:  But -- they do it.  And it does

21  exist, and it does -- it's out there --

22              DR. FRANK:  Yes.

23              MR. LINDELL:  And they -- and we have -- by the

24  grace of God, we have people that were using that -- I mean, at

25  least watching them use that --

Scientific Proof - April 3, 2021

```
 1                    DR. FRANK:  Yes.
 2                    MR. LINDELL:  -- the night of the election and
 3      the five days from the 1st to the 5th.
 4                    DR. FRANK:  Yeah.  Yeah.
 5                    MR. LINDELL:  And so we have every cyber
 6      footprint, every flip, every computer, every ID.
 7                    DR. FRANK:  Right.
 8                    MR. LINDELL:  We have all that.
 9                    DR. FRANK:  We --
10                    MR. LINDELL:  Because it takes a -- it takes a
11      lot of technology --
12                    DR. FRANK:  A lot.
13                    MR. LINDELL:  -- to be able to pull this off.
14                    DR. FRANK:  Yes.  It's like you have to have a
15      whole bunch of computers always online, always interacting this
16      stuff.
17                    MR. LINDELL:  Right.  Right.
18                    DR. FRANK:  I just want you to see that it's not
19      an accident that it worked.
20                    MR. LINDELL:  Okay.  Yeah, let's go to a couple
21      different counties.  So here --
22                    DR. FRANK:  Yeah, here's Ashland --
23                    MR. LINDELL:  Okay.
24                    DR. FRANK:  -- Butler --
25                    MR. LINDELL:  Right.
```

Scientific Proof - April 3, 2021

```
1                    DR. FRANK:  -- Clinton.
2                    MR. LINDELL:  So if everybody's watching here,
3     you remember them two glitches, I mean, they're all --
4                    DR. FRANK:  Yes.
5                    MR. LINDELL:  -- they're all following these --
6     these same patterns.
7                    DR. FRANK:  Over and over again.
8                    MR. LINDELL:  Over and over and over and over
9     again.  And these R is your 999, so it's -- it's the same
10    algorithm.
11                   DR. FRANK:  It's stupid to --
12                   MR. LINDELL:  Yeah.
13                   DR. FRANK:  It's -- it's too good.
14                   MR. LINDELL:  It's too good.
15                   DR. FRANK:  That's not natural.
16                   MR. LINDELL:  Yeah, it's unnatural.
17                   DR. FRANK:  You'll notice that they're being
18    careful to keep the black curve under the blue curve.
19                   MR. LINDELL:  Right.
20                   DR. FRANK:  Be- --
21                   MR. LINDELL:  The black is the register and the
22    population.
23                   DR. FRANK:  Yeah.  Yes.
24                   MR. LINDELL:  Here, it went a little bit by it.
25    Okay?
```

```
 1                  DR. FRANK:  Yeah.  Exact- -- and you don't --
 2    but think about it.  If it goes by it, then you're going to
 3    have dead voters and you're going to have --
 4                  MR. LINDELL:  Right.  Right.
 5                  DR. FRANK:  -- you're going to have --
 6                  MR. LINDELL:  Right there, it went by it, right.
 7                  DR. FRANK:  Exactly.  So you're going to get
 8    caught later.
 9                  MR. LINDELL:  You're -- right.  You don't want
10    to get caught, so you want to try and keep it under the blue
11    line, right.
12                  DR. FRANK:  So you keep the black curve under,
13    and then the red curve is always under that.
14                  MR. LINDELL:  Right.  And then here, they went
15    over again, you know --
16                  DR. FRANK:  Yeah, exactly.  So -- it's -- and I
17    keep --
18                  MR. LINDELL:  It's like coloring, you don't want
19    to go outside the lines.
20                  DR. FRANK:  Perfectly stated.
21                  MR. LINDELL:  Right.  Right.  Colorado.  Explain
22    that little -- well, here's the population.
23                  DR. FRANK:  The blue line.
24                  MR. LINDELL:  And this means that all the --
25    even more people voted than lived there.
```

Scientific Proof - April 3, 2021

```
1              DR. FRANK:  Yes.
2              MR. LINDELL:  And way more people registered.
3              DR. FRANK:  Yes.
4              MR. LINDELL:  Thousands more registered.  Well,
5  how do you explain that?
6              DR. FRANK:  If I was to --
7              MR. LINDELL:  Look at this.  Look at that.
8  What's going on here?
9              DR. FRANK:  There are more people tha- -- there
10 are more registrations than people.  Well, what normally
11 happens is people move out of an area, people die --
12             MR. LINDELL:  Right.
13             DR. FRANK:  -- and you're supposed to take those
14 people off the registration rolls.
15             MR. LINDELL:  Okay.
16             DR. FRANK:  And there -- so -- and it -- and so
17 most registration rolls shrink by about one percent --
18             MR. LINDELL:  Right.
19             DR. FRANK:  -- per month, I've noticed.
20             If you don't do that --
21             MR. LINDELL:  Right.
22             DR. FRANK:  -- if you don't clean up the
23 registration rolls --
24             MR. LINDELL:  Right.
25             DR. FRANK:  -- then over the years --
```

Scientific Proof - April 3, 2021

1                     MR. LINDELL:  Right.

2                     DR. FRANK:  -- you can build up a nice credit

3     line --

4                     MR. LINDELL:  Right.

5                     DR. FRANK:  -- of phantom voters to draw upon.

6                     MR. LINDELL:  Yeah, of course.  Right.  More

7     people voted than live in the county.  Okay?

8                     DR. FRANK:  These are all the county names and

9     this is the eligible population to vote.

10                     MR. LINDELL:  Uh-huh.

11                     DR. FRANK:  And this is not me making this up,

12     this is --

13                     MR. LINDELL:  And what -- what year is this?  Is

14     this --

15                     DR. FRANK:  This is 2020.

16                     MR. LINDELL:  2020?  2020 --

17                     DR. FRANK:  Yeah.

18                     MR. LINDELL:  -- okay.

19                     DR. FRANK:  And this is what percent of the

20     population is registered.

21                     MR. LINDELL:  Really?  150 percent?

22                     DR. FRANK:  Yes.  Okay.  Now --

23                     MR. LINDELL:  I mean -- I mean, this is all --

24     you know...

25                     DR. FRANK:  You notice there -- and there's 64

1    counties in Colorado, and you notice the first 20-some of

2    them --

3                        MR. LINDELL:  Okay.

4                        DR. FRANK:  -- you have more people registered

5    than --

6                        MR. LINDELL:  I want to -- I want to know --

7    okay.  So after looking at all this data --

8                        DR. FRANK:  Yes.

9                        MR. LINDELL:  -- and looking at this research --

10                       DR. FRANK:  Yes.

11                       MR. LINDELL:  -- that you did, they cou- -- if

12   they based it on the 2020 population --

13                       DR. FRANK:  Yeah.  Yeah.

14                       MR. LINDELL:  -- you wouldn't have had this.

15   But they had to base it on something else, right?

16                       DR. FRANK:  The shape, I think they have.  I

17   think --

18                       MR. LINDELL:  Right.  Right.

19                       DR. FRANK:  -- they based the shape -- but I --

20   they shifted the shape --

21                       MR. LINDELL:  Right.

22                       DR. FRANK:  -- because of -- I think they

23   started from the 2010 census.

24                       MR. LINDELL:  The 2010 census.

25                       DR. FRANK:  And that's how I was able to

Scientific Proof - April 3, 2021

1    discover this.

2                    MR. LINDELL:  And that one is what -- that one,

3    you're not 100 percent sure, but it matches at the --

4                    DR. FRANK:  Well, I -- I'm going to be, I'm

5    going to stake my reputation on it because of these two

6    interesting little bumps over here.

7                    MR. LINDELL:  So tell us about the bumps.

8                    DR. FRANK:  So this was the first district I

9    ever looked at, District 4, it's mostly Montgomery County in

10   Pennsylvania.

11                   MR. LINDELL:  Okay.

12                   DR. FRANK:  And everybody knows this is

13   corrupted, and I was asked to look --

14                   MR. LINDELL:  Right, right, right.

15                   DR. FRANK:  -- at those data.

16                   So this is the population.  Now, you notice that

17   not ev- --

18                   MR. LINDELL:  You mean there's a corrupt county

19   in our country?  What?

20                   DR. FRANK:  So this is everybody.  And of

21   course, everybody can't vote.

22                   MR. LINDELL:  Right.

23                   DR. FRANK:  You've got to get rid of your

24   18-year-olds.

25                   MR. LINDELL:  Right, yep.

1                    DR. FRANK:  And plus, you -- and then I did a

2    little research and found out about 2 to 3 percent of the

3    people --

4                    MR. LINDELL:  Yep.  Yep.

5                    DR. FRANK:  -- from other countries and things.

6    So I subtracted 4 percent.  So this is starting from the total

7    population --

8                    MR. LINDELL:  I got it.

9                    DR. FRANK:  -- you can download it from the

10   census, it's not a big deal --

11                   MR. LINDELL:  Right.

12                   DR. FRANK:  -- and subtract 4 percent.  So there

13   are about 550,000 people eligible to vote.

14                   MR. LINDELL:  Right.  Got it.

15                   DR. FRANK:  Now, if you actually download their

16   database, this is who's actually registered.

17                   MR. LINDELL:  Right.

18                   DR. FRANK:  And by the way, did you notice those

19   two bumps again?

20                   MR. LINDELL:  Yeah, there's those two bumps

21   again.

22                   DR. FRANK:  Wait a minute.  I was just showing

23   you Colorado, wasn't I?

24                   MR. LINDELL:  Right, right.  It was exact- --

25                   DR. FRANK:  It's the same two bumps --

1               MR. LINDELL:  It was identical.

2               DR. FRANK:  The same two bumps.  Now, wait a

3    minute.

4               MR. LINDELL:  Right.

5               DR. FRANK:  And so noticing that pattern tells

6    you something --

7               MR. LINDELL:  Right.

8               DR. FRANK:  It's bread crumbs.

9               MR. LINDELL:  Right.

10              DR. FRANK:  And you can --

11              MR. LINDELL:  So you went -- you seen a

12   deviation or a --

13              DR. FRANK:  Yes.

14              MR. LINDELL:  -- you know, that was there?

15              DR. FRANK:  Yes.

16              MR. LINDELL:  And then you went and

17   found what -- you had to go back in time and find out what

18   year --

19              DR. FRANK:  Yes.

20              MR. LINDELL:  -- did the population match that?

21              DR. FRANK:  Yes.

22              MR. LINDELL:  And what year was it?

23              DR. FRANK:  2010.

24              MR. LINDELL:  2010.  I am going to backtrack a

25   little bit.  Now, I want to tell people out there.  You're

1  going, Why are you showing Colorado and Ohio and these other

2  states?  You know, you had told me earlier when you went into

3  Pennsylvania and seen all this massive corruption --

4                DR. FRANK:  Yes.

5                MR. LINDELL:  -- and massive --

6                DR. FRANK:  Yes.  Yeah.

7                MR. LINDELL:  -- algorithms steal of our

8  election --

9                DR. FRANK:  Yeah.

10                MR. LINDELL:  -- you're going, Wow, I'm from

11  Ohio, nothing happened there, right?

12                DR. FRANK:  Oh, you're --

13                MR. LINDELL:  You went jumping back into Ohio,

14  and it's just like I've been telling everyone all along, Donald

15  Trump won 80 million to 66 million.  We know that from our

16  spyware and those -- those great people, those great patriots.

17  But what we also knew that that couldn't happen in just these

18  swing states.

19                DR. FRANK:  Right.

20                MR. LINDELL:  It was all across our country.

21                DR. FRANK:  Yes.

22                MR. LINDELL:  So Ohio that won by 7 or 8 percent

23  really won by --

24                DR. FRANK:  16 or 17.

25                MR. LINDELL:  16 or 17.

Scientific Proof - April 3, 2021

```
1                    DR. FRANK:  Yes.  Exactly.
2                    MR. LINDELL:  And I've been telling people that
3    for a month and a half.
4                    DR. FRANK:  Yeah.
5                    MR. LINDELL:  Double Iowa, double Florida.
6                    DR. FRANK:  Yeah.
7                    MR. LINDELL:  The thing is, they didn't
8    expect -- when you -- when you set these algorithms --
9                    DR. FRANK:  Yes.
10                   MR. LINDELL:  -- okay, now you -- when you set
11   these algorithms, one of the things you really need to know,
12   isn't it kind of like what you predict could be --
13                   DR. FRANK:  Yes.
14                   MR. LINDELL:  -- the number of people that are
15   going to be in the race, so to speak?
16                   DR. FRANK:  Yes.  You have to know ahead of
17   time.
18                   MR. LINDELL:  You have to kind of know --
19                   DR. FRANK:  Yes.
20                   MR. LINDELL:  -- at least get close, right?
21                   DR. FRANK:  Yes, exactly.  And they can adjust
22   it later.
23                   MR. LINDELL:  Right, and they can adjust it
24   later.  But they were so far off --
25                   DR. FRANK:  Yes.
```

Scientific Proof - April 3, 2021

```
1                    MR. LINDELL:  -- with Donald Trump --
2                    DR. FRANK:  Yes.
3                    MR. LINDELL:  -- because he -- they predicted 68
4    million, and he ends up getting 80 million in reality.
5                    DR. FRANK:  Yeah.  Yeah.
6                    MR. LINDELL:  Now, you've got to make some --
7                    DR. FRANK:  Yeah.
8                    MR. LINDELL:  That's why it all --
9                    DR. FRANK:  Yeah.
10                   MR. LINDELL:  -- shut down at 3 in the
11   morning --
12                   DR. FRANK:  Yeah.
13                   MR. LINDELL:  And then we'd go, What are we
14   going to do?  We're out of race --
15                   DR. FRANK:  They had to adjust the algorithm.
16                   MR. LINDELL:  They had to adjust the algorithms,
17   you know?
18                   DR. FRANK:  Yes.  Exactly.
19                   MR. LINDELL:  And so this is amazing.  I just
20   want everyone to know that and why we're showing other states
21   and not just the swing state.
22                   DR. FRANK:  Right.
23                   MR. LINDELL:  It was every state.  It happened
24   in your state, it happened in your state, it happened in your
25   state.  Texas, when they said, Oh, we didn't use the Dominion
```

Scientific Proof - April 3, 2021

```
1   machines.  Doesn't matter.  The name of the --
2                 DR. FRANK:  No.
3                 MR. LINDELL:  -- the name of the machine doesn't
4   matter.
5                 DR. FRANK:  No.  No.  No.
6                 MR. LINDELL:  Smartmatic, ES&S, don't matter.
7                 DR. FRANK:  Right.
8                 MR. LINDELL:  Just in Dallas alone, there was 57
9   votes -- 57,000 votes flipped on -- and I don't even know if
10  that was before noon, you know --
11                DR. FRANK:  Wow.
12                MR. LINDELL:  -- you know, but you see how you
13  can get --
14                DR. FRANK:  Yes.
15                MR. LINDELL:  -- misjudged by 12 million votes,
16  you know?
17                DR. FRANK:  Yes.
18                MR. LINDELL:  We ended up with what, 75 million.
19  So you basically -- 5 million votes disappeared somewhere.
20                DR. FRANK:  Wow.
21                MR. LINDELL:  And then you give the other guy 12
22  million --
23                DR. FRANK:  Yes.
24                MR. LINDELL:  I mean, this is -- and it can only
25  be done by machines.
```

Scientific Proof - April 3, 2021

1                DR. FRANK:  Only by machine.  Because too much
2  is happening too fast.
3                MR. LINDELL:  Right.  Right.
4                DR. FRANK:  And you need to know where you
5  stand --
6                MR. LINDELL:  You've got to know where you
7  stand.  You -- and there has to be some supercomputer --
8                DR. FRANK:  Can you --
9                MR. LINDELL:  -- that's doing that --
10                DR. FRANK:  Can you imagine if this black speak
11  was way up here?  You'd say, Oh, no, something's wrong.
12                MR. LINDELL:  You can't -- something's wrong.
13                DR. FRANK:  And so it has to be tracking the
14  whole time.
15                MR. LINDELL:  Right.  So it has to adjust it?
16                DR. FRANK:  Yes.
17                MR. LINDELL:  But these things here --
18                DR. FRANK:  Oh, yeah.
19                MR. LINDELL:  -- can you show -- let's go back
20  to these things here --
21                DR. FRANK:  Yeah, yeah.
22                MR. LINDELL:  -- where you see this.  Do you
23  have another other count- --
24                DR. FRANK:  Yeah, I do.  I do.
25                MR. LINDELL:  -- other counties where you can

Scientific Proof - April 3, 2021

```
 1  show that?
 2              DR. FRANK:  When I -- well, every county I've
 3  looked at.
 4              MR. LINDELL:  Right.
 5              DR. FRANK:  It's funny because you -- we
 6  mentioned the 2010 census.  Let me just show you that.
 7              MR. LINDELL:  Wow.  Look at this.
 8              DR. FRANK:  This is the -- this is the ballots
 9  for this district.  And you notice the amazing parallelism,
10  just like in the Ohio county that I showed you.  Just --
11              MR. LINDELL:  Right.  Right.  And I'm going to
12  stop it right there.  Look at this, you guys.  These are the
13  registered voters.  Now, do you really think on a normal
14  election that's not using machines, this number could be down
15  here?  You don't have the exact percentage turn in their
16  ballots and vote.
17              DR. FRANK:  Exactly.  Exactly.
18              MR. LINDELL:  Exactly.  You know, every single
19  person that -- to fit this thing would go and vote.  It's --
20  it's 100 percent impossible.
21              DR. FRANK:  Right.
22              MR. LINDELL:  And then to happen -- you could
23  say, Well, in District 4 in Pennsylvania --
24              DR. FRANK:  One time, maybe.
25              MR. LINDELL:  -- you know -- you know, one time.
```

Scientific Proof - April 3, 2021

1    One time would be a one in a trillion, probably.

2                    DR. FRANK:  Right.

3                    MR. LINDELL:  But then everywhere, it's -- it's

4    impossible.  100 percent, it can only be done by machines.  I

5    can't stress that enough.

6                    DR. FRANK:  Absolutely.

7                    MR. LINDELL:  And they all rhyme with Dominion.

8    Oh, wait.  There's others.  Smartmatic, ES&S, all of them.  You

9    know, all of these.  And it's just -- it's just -- you know, I

10   sit here and look at -- I want to -- I want to bring this up.

11   When you seen absent -- when you found all this --

12                   DR. FRANK:  Yes.

13                   MR. LINDELL:  -- I mean, what went through your

14   mind?  I want people to know, you know, this is brand-new,

15   everybody.  This is -- you're seeing this for the first time.

16   I'm seeing this for the first time --

17                   DR. FRANK:  Uh-huh.

18                   MR. LINDELL:  -- ever today.  I was so excited.

19   I'm going, you know, we have enough evidence that we're going

20   to dump for the next six weeks on the whole world and the

21   country, that by the time it gets to the Supreme Court,

22   everyone's going to -- they're all nine going to go, 9-0, yes,

23   our country's been attacked.

24                   DR. FRANK:  Yes.

25                   MR. LINDELL:  We have been attacked by foreign

Scientific Proof - April 3, 2021

```
1   actors, you know, starting with China with help of domestic
2   actors here that, you know, they had to be let in, you know,
3   there's -- there's some bad people --
4               DR. FRANK:  Yep.  Yeah.
5               MR. LINDELL:  But it doesn't matter if you're a
6   Democrat or a Republican.  This is an attack on our country,
7   and we -- and it has to -- this -- we've got to get the word
8   out, we have to show, we have to spread the word of this.
9   And -- and I want everybody to know, they go, Well, you know,
10  all this evidence was looked at.  No judge has looked at any of
11  the evidence.  All those cases that were dismissed, except for
12  a couple in the United States, Antrim County, Michigan,
13  Maricopa -- I -- not Maricopa -- Massachusetts, before the
14  election in a primary.
15              DR. FRANK:  Yeah.
16              MR. LINDELL:  Dr. Shiva, which we showed in the
17  last film or documentary.  But now it's popping up all over.
18  You've got Wisconsin, you've got New Hampshire --
19              DR. FRANK:  Yeah.
20              MR. LINDELL:  -- you've got Maricopa they're
21  going to -- Georgia.  Now all we got to do is take it -- you
22  get a -- you get an audit on these machines, but we don't even
23  need that, everyone.  We've got it all right here now and we
24  have the spyware.  So we marry them together.  It -- it's 100
25  percent absolute proof.
```

Scientific Proof - April 3, 2021

```
1                    If I see one outlet over there of all the media
2    going, It's a conspiracy, no, it's not.  It's an attack on your
3    country, Mr. Fake News.  I mean, you should be worried about --
4    everybody should be worried about our future of humanity of
5    this country.  So when you see --
6                    DR. FRANK:  Right.
7                    MR. LINDELL:  -- this, I mean, you probably
8    thought, I have the key to the world and you're -- I mean...
9                    DR. FRANK:  It was a little scary, but I admit
10   when I was watching the last part, I was on the edge of my
11   seat.
12                   MR. LINDELL:  Right.
13                   DR. FRANK:  Because I was watching their -- the
14   3,000 page log in --
15                   MR. LINDELL:  Yeah.  Yeah.
16                   DR. FRANK:  -- got the IP addresses.
17                   MR. LINDELL:  Right.
18                   DR. FRANK:  And each one was removing ballots.
19   And I'm thinking, I know what's happening in that last column.
20                   MR. LINDELL:  Right.  Right.
21                   DR. FRANK:  I can explain.
22                   MR. LINDELL:  How long did you work on your
23   stuff.
24                   DR. FRANK:  I mean, when -- when I first
25   discovered it back in December --
```

Scientific Proof - April 3, 2021

```
1                    MR. LINDELL:  Oh.
2                    DR. FRANK:  -- I was working day and night --
3                    MR. LINDELL:  Right.  Right.
4                    DR. FRANK:  -- because I was trying to be done
5  by January 6th.
6                    MR. LINDELL:  Right.
7                    DR. FRANK:  And then I was working day and night
8  because I was try- --
9                    MR. LINDELL:  By -- by the inauguration.
10                   DR. FRANK:  By January 20th.
11                   MR. LINDELL:  This is a crime where there's no
12 statute of limitations.  This is a crime against everyone of
13 us, every person on the planet, actually.  It goes far and wide
14 and to everyone.  The whole world is watching.  I said in the
15 first document- -- documentary is, you know, Ronald Reagan
16 said, We're the beacon of light for the world, and --
17                   DR. FRANK:  Oh, absolutely.
18                   MR. LINDELL:  -- if the lights go out here, they
19 go out everywhere.
20                   DR. FRANK:  Yeah.
21                   MR. LINDELL:  And -- but I'm so happy.  It's
22 like living inside of a movie, more keeps coming up.  This is
23 brand-new.  And you put -- put it -- when we get it all out
24 there, everyone spread the world, share it with your friends,
25 tell everyone.  We're putting this one out first, then our next
```

Scientific Proof - April 3, 2021

1  documenta- -- but then we're going to dump so much evidence,
2  it'll be -- it'll make WikiLeaks look like a TinkerToy.  We're
3  going to drop it everywhere, every piece of evidence in --
4  that's ever been found.
5              There's like 50,000 sworn affidavits out there
6  that even I -- you know, these have to do with machines, but
7  also just the organic -- the organic steal, you know, the --
8              DR. FRANK:  Yeah.
9              MR. LINDELL:  -- the stuff that they did on the
10  ground.
11              DR. FRANK:  Yes.
12              MR. LINDELL:  You know -- which by the way, the
13  machine algorithms has to al- -- had to also take into effect
14  all that stuff too.
15              DR. FRANK:  Absolutely.
16              MR. LINDELL:  You know, so that's why if people
17  wonder -- if you go back to that -- this chart here, I want to
18  tell everyone this, you realize that this -- these machines
19  accept these -- this percentage of wins, so to speak --
20              DR. FRANK:  Yes.
21              MR. LINDELL:  -- these algorithms --
22              DR. FRANK:  Exactly.
23              MR. LINDELL:  So let's say you had -- because
24  they're going, Well, how can this be when you have cheating --
25              DR. FRANK:  Right.

```
1                    MR. LINDELL:  -- the other kind of cheating?
2                    DR. FRANK:  Right.
3                    MR. LINDELL:  Because it has to factor that in.
4                    DR. FRANK:  Right.  That's when you have to
5    have --
6                    MR. LINDELL:  Is that right?
7                    DR. FRANK:  -- real time access.
8                    MR. LINDELL:  You have to have to real time
9    access.
10                   DR. FRANK:  Because --
11                   MR. LINDELL:  Otherwise --
12                   DR. FRANK:  Yes.
13                   MR. LINDELL:  -- you would see -- well,
14   actually, we did see it.  Like in Michigan, in the middle of
15   the night in Michigan --
16                   DR. FRANK:  Yes.
17                   MR. LINDELL:  -- on November 4th, you see, beep,
18   beep.
19                   DR. FRANK:  Yeah.
20                   MR. LINDELL:  Now, have you gotten to that -- to
21   Michigan yet?
22                   DR. FRANK:  I haven't done Michigan yet.
23                   MR. LINDELL:  I guarantee you, when you get --
24                   DR. FRANK:  Yeah.
25                   MR. LINDELL:  -- to Michigan --
```

1          DR. FRANK:  Yeah.

2          MR. LINDELL: -- that probably won't follow this

3  line right at the end.  I don't think it will.  Do you?

4          DR. FRANK:  I don't know.  We'll find out.

5          MR. LINDELL:  Because it would have to go --

6          DR. FRANK:  It depends.

7          MR. LINDELL: -- it would have to go (makes

8  noise).

9          DR. FRANK:  It depends how good their algorithms

10 are.

11          MR. LINDELL:  Right.  Right.  Right.  Well, they

12 were working under pressure.  Same way with Wisconsin.

13          DR. FRANK:  Yes.

14          MR. LINDELL:  Wisconsin got -- they got it done,

15 I think within a day, and they were 90-some percent in.  They

16 were running out of track --

17          DR. FRANK:  Yes.

18          MR. LINDELL:  -- in the -- in the Wisconsin.

19 Now they're going to be looking into Wisconsin.

20          DR. FRANK:  Yeah.

21          MR. LINDELL:  And these -- what I want to tell

22 everyone, this is -- what we've learned here, too -- and I want

23 to tell you this Dr. Frank, I feel it's a blessing that it's

24 took till now to get all this, you know, to get all this ready

25 with your work, with what we have over here in Absolute Proof,

1  because if we would have found out earlier -- I said it in our

2  first documentary -- if earlier, they would have done the right

3  thing and everyone would have done their jobs, the legislature,

4  said, Hey, of course dead people can't vote; of course,

5  people -- nonresidents can't vote.  You take them off, Donald

6  Trump wins anyway, he's in power, but we never find out about

7  what?

8                    DR. FRANK:  We would never --

9                    MR. LINDELL:  We would've never known about the

10  algorithm.

11                    DR. FRANK:  I would have never even looked at

12  it.

13                    MR. LINDELL:  You would have never looked at it?

14                    DR. FRANK:  No.

15                    MR. LINDELL:  You hear that, everyone?  We would

16  be done as a --

17                    DR. FRANK:  Yes.

18                    MR. LINDELL:  It's over.  It would be over.

19                    DR. FRANK:  Yes.

20                    MR. LINDELL:  You will never, ever have this

21  opportunity again --

22                    DR. FRANK:  Yes.

23                    MR. LINDELL:  -- to go, This was the big

24  elephant.  This was it.

25                    DR. FRANK:  Yes.

Scientific Proof - April 3, 2021

```
1              MR. LINDELL:  This was the monster --
2              DR. FRANK:  Yes.
3              MR. LINDELL:  -- that started in Venezuela, and
4    if foreign -- the foreign interference, the foreign attack on
5    our country and every other country in the world that's going
6    to be attacked after us.
7              DR. FRANK:  Right.
8              MR. LINDELL:  And with these machines and with
9    these algorithms and with this technology that they have.
10             DR. FRANK:  Yes.
11             MR. LINDELL:  And so it's a blessing we're
12   living in this time and it's -- and besides that, everyone out
13   there -- I have Democrat friends of mine that are going, This
14   is not what we voted for.
15             DR. FRANK:  Right.
16             MR. LINDELL:  We didn't vote for socialism and
17   communism --
18             DR. FRANK:  Right.
19             MR. LINDELL:  -- coming into this country and
20   canceling people out --
21             DR. FRANK:  Right.
22             MR. LINDELL:  -- taking away our First Amendment
23   right of free speech, which we're doing with our new platform,
24   which you probably haven't heard about it.  It's called Frank.
25   You'll be able to use free speech again.  Right now, what
```

Scientific Proof - April 3, 2021

```
 1   Dominion did --
 2                    DR. FRANK:  Yeah.
 3                    MR. LINDELL:  -- what they've done is, like I
 4   said it before at My Pillow, if somebody was out there saying,
 5   Mike, there's rocks and -- and knives in my pillows, I would
 6   say, No, there's not, come and look.  Look at that.  It's a
 7   beautiful patented fill.
 8                    Well, Dominion and -- and Smartmatic and the
 9   machines people, they didn't do that.  They said, You're not
10   looking at our machines.  We're going to sue you and scare you
11   all, live in fear, and we're going to law- -- or we're going to
12   threaten you with lawsuits, so you better not even have
13   somebody coming on your show to talk about, i.e., like a Mike
14   Lindell.
15                    DR. FRANK:  Yeah, right.
16                    MR. LINDELL:  He -- he's going to say something,
17   he's going to say the word "Dominion," you know?  And -- and
18   then -- you know, and then they -- they're even using that and
19   then it gets into the vaccine, people that say, you know, I
20   could talk about that.  I'm not taking it and that's it.  But
21   they're going to try -- you know, doing all this.  If you say
22   something like that --
23                    DR. FRANK:  Yeah.
24                    MR. LINDELL:  -- boom, you lose your YouTube,
25   you lose your social media.
```

Scientific Proof - April 3, 2021

```
1              DR. FRANK:  Right.
2              MR. LINDELL:  And all these things attacking --
3              DR. FRANK:  And I have.
4              MR. LINDELL:  Yep.  And you have.  Well, you
5   have too.
6              DR. FRANK:  Because I said I wasn't going to
7   take the vaccine.
8              MR. LINDELL:  See -- yeah, right.  I mean,
9   but -- but what's -- what -- but what is getting revealed
10  here --
11             DR. FRANK:  Yeah.
12             MR. LINDELL:  -- is even if you're a Democrat or
13  Republican doesn't matter.  We're all people.  And the stuff
14  that's coming in, both with this election fraud that went on --
15             DR. FRANK:  Yeah.
16             MR. LINDELL:  -- everyone should be concerned.
17  This is the biggest concern probably ever for the future of our
18  country and the future of the world.
19             DR. FRANK:  No doubt about it.
20             MR. LINDELL:  It's over if we don't get
21  answer -- address it now and -- and we are.  You know, so it's
22  with all this -- I'm just -- it's like living inside of a
23  movie, I've said before.  We were in the bad part of the movie.
24  I am so happy because I know we have it all.  Can you imagine
25  sitting here now --
```

Scientific Proof - April 3, 2021

```
1              DR. FRANK:  Yes.
2              MR. LINDELL:  -- and not being able to know that
3  this happened?
4              DR. FRANK:  Right.
5              MR. LINDELL:  We would ne- -- if we'd have never
6  known, and then we're sitting here going, Oh, we're going to
7  get them in 2022 or --
8              DR. FRANK:  Yeah, right.
9              MR. LINDELL:  -- or things are going to change,
10 you know, as our country's getting destroyed as we sit here
11 now, destroyed and destroyed day by day.  So this is like a
12 race against time, everybody.  You know, we have to stop this
13 attack and we have to stop it now.  So you've got to spread
14 this out and put it out far and wide --
15             DR. FRANK:  Yes.
16             MR. LINDELL:  -- that this happened and we're
17 living it.  And -- and all you college kids out there, all you
18 people that went through colleges and got brainwashed thinking
19 socialism is (inaudible) around, going -- having a cup of
20 coffee, Hey, I'm being very social today, think again.  You're
21 living it now.  Your friends are getting canceled out, they're
22 getting squished, they're getting attacked and you're next.
23 That's the way it is, you know, in that world.  So -- but
24 anyway, I got on a little tangent there.
25             DR. FRANK:  That's okay.
```

Scientific Proof - April 3, 2021

```
1              MR. LINDELL:  So let's keep going.
2              DR. FRANK:  That's fine.  I -- I love it because
3    I think you're absolutely right.  If we -- we would have been
4    living under the illusion of an election.
5              MR. LINDELL:  Yeah.  We would have -- because we
6    would have said, Oh, it was mail-in voting --
7              DR. FRANK:  Yeah, right, right.
8              MR. LINDELL:  -- and there was -- you know,
9    that's why they didn't want -- they did not want this China
10   virus to go away.  That's why I was attacked last summer --
11             DR. FRANK:  To keep the mail-in votes.
12             MR. LINDELL:  There was people that brought that
13   stuff that worked.
14             DR. FRANK:  Yeah, yes, yes.
15             MR. LINDELL:  You know, they brought stuff that
16   had already worked.
17             DR. FRANK:  Yes.
18             MR. LINDELL:  You know, and they wanted to keep
19   everybody, you know, locked up --
20             DR. FRANK:  Yes, yes.
21             MR. LINDELL:  -- like my terrible governor in
22   Minnesota that says, You can have like eight people in your
23   house over Thanksgiving.
24             DR. FRANK:  Yeah.
25             MR. LINDELL:  You know, what are you talking
```

Scientific Proof - April 3, 2021

```
1   about?  This is crazy.  Or California --
2                DR. FRANK:  Yeah.
3                MR. LINDELL:  -- where they -- before the Super
4   Bowl, all the restaurants, you've got to dine outdoors.
5   They -- they put little partitions on, but then they say, Oh,
6   by the way, you can't have TVs in your room -- or in
7   restaurants for the Super Bowl.  You know -- you know --
8                DR. FRANK:  Yeah.
9                MR. LINDELL:  -- crazy logic, you know?
10               (Pause in audio.)
11               MR. LINDELL:  If you're out -- if you're a
12  worker and you're working for some of these corrupt places like
13  Dominion and you've been part of it and you -- you know, you're
14  feeling like you don't -- Hey, I don't want to spend as much
15  time in jail as my -- as the next guy, turn yourself in.  I'm
16  serious.  Because you're all going to be found out, all of you.
17  You know, the criminals that -- these -- that own these social
18  media platforms, Jack Dorsey --
19               DR. FRANK:  Yeah.  Yeah.
20               MR. LINDELL:  -- Mark Zuckerberg, we talked
21  about that, what he did --
22               DR. FRANK:  Yes.
23               MR. LINDELL:  -- putting these machines in.
24  Where did he put them?
25               DR. FRANK:  In Pennsylvania, yeah.
```

Scientific Proof - April 3, 2021

| | |
|---|---|
| 1 | MR. LINDELL:  In Pennsylvania. |
| 2 | DR. FRANK:  They were easy voter kiosks. |
| 3 | MR. LINDELL:  And they were online. |
| 4 | DR. FRANK:  Yes, of course. |
| 5 | MR. LINDELL:  They were online. |
| 6 | DR. FRANK:  They had to be online. |
| 7 | MR. LINDELL:  How many -- how many did Mark |
| 8 | Zuckerberg put in there? |
| 9 | DR. FRANK:  It's somewhere between 2- and 300 |
| 10 | machines -- |
| 11 | MR. LINDELL:  2- and 300 machines -- |
| 12 | DR. FRANK:  -- all over the state. |
| 13 | MR. LINDELL:  -- just in Pennsylvania? |
| 14 | DR. FRANK:  Yeah.  These two things are what I |
| 15 | recognized. |
| 16 | MR. LINDELL:  Right, right, right.  That's what |
| 17 | you recognized -- okay. |
| 18 | DR. FRANK:  Exactly.  And -- and I noticed the |
| 19 | crazy correlation. |
| 20 | MR. LINDELL:  The same two bumps, yeah. |
| 21 | DR. FRANK:  Exact -- isn't that amazing that |
| 22 | that's staying there?  And so -- but just by a quirk -- |
| 23 | MR. LINDELL:  Yeah. |
| 24 | DR. FRANK:  -- I had been teaching my advanced |
| 25 | math students -- |

Scientific Proof - April 3, 2021

```
1                    MR. LINDELL:  Right.
2                    DR. FRANK:  -- how to do differential calculus
3      on census data.  This is the key --
4                    MR. LINDELL:  Really?
5                    DR. FRANK:  This -- I know, in September.
6                    MR. LINDELL:  What are the odds that you were
7      teaching that?
8                    DR. FRANK:  I know.  It's amazing.
9                    MR. LINDELL:  Census data to your class.  So
10     this is the 2010 U.S. Census?
11                   DR. FRANK:  Yes.  And -- and I multiplied --
12                   MR. LINDELL:  And you remembered these two
13     things?
14                   DR. FRANK:  Yes.  And so -- but only because I
15     was just teaching it to my kids.
16                   MR. LINDELL:  Wow.
17                   DR. FRANK:  How could -- I mean, and how many
18     geeks teach -- use the census to teach their students --
19                   MR. LINDELL:  Right.
20                   DR. FRANK:  -- differential calculus?
21                   MR. LINDELL:  Not too many.
22                   DR. FRANK:  Not very many.  But I'm at a special
23     school --
24                   MR. LINDELL:  Right.
25                   DR. FRANK:  -- and I'm always doing real-life
```

Scientific Proof - April 3, 2021

1   examples.

2                   MR. LINDELL:  Yeah, yeah.

3                   DR. FRANK:  And here it is.  So this was fresh

4   in my mind.  So I kept seeing those two bumps, and I'm like,

5   Wait a minute, I've seen those two bumps somewhere.  Move the

6   2010 census 10 years to the right --

7                   MR. LINDELL:  Right.

8                   DR. FRANK:  -- because that was 2010, now we're

9   in 2020.

10                   MR. LINDELL:  Okay.  You just have someone out

11  there, maybe the -- maybe the head of Dominion, the head of --

12  the head of the China tech, they just spilt their coffee

13  going --

14                   DR. FRANK:  Yes.

15                   MR. LINDELL:  -- he's on to us.

16                   DR. FRANK:  Exactly.

17                   MR. LINDELL:  He's on to us.  You're found out.

18                   DR. FRANK:  Exactly.

19                   MR. LINDELL:  He got it all from the 2010

20  census.

21                   DR. FRANK:  Exactly.

22                   MR. LINDELL:  You didn't even bother on the

23  biggest crime in history, use the 2020 census.

24                   DR. FRANK:  Or they don't have one, right?

25                   MR. LINDELL:  Oh, they don't have one?

Scientific Proof - April 3, 2021

```
1              DR. FRANK:  It wasn't ready.  It's not ready.
2              MR. LINDELL:  It wasn't ready?
3              DR. FRANK:  Yeah.
4              MR. LINDELL:  Wow.
5              DR. FRANK:  So anyway -- so now, here's -- so I
6   shifted it 10 years, because it's 2020, and I include the
7   mortality curve because people die, you know, they don't just
8   get older.
9              MR. LINDELL:  You realize they're already
10  planning how they're going to try and cover this up?  They're
11  getting ahold of all the fake news media and the no news
12  media --
13             DR. FRANK:  Right.
14             MR. LINDELL:  And they're saying, Whatever you
15  do, don't let this get out there.  Somehow we have to stop it.
16  But bad news, you can't stop this, because it's get- -- this is
17  getting out there --
18             DR. FRANK:  Absolutely.
19             MR. LINDELL: -- through the new social media --
20  media platform, Frank.  This one's getting out there just on --
21  it'll be on LindellTV.com.  We'll put it out there.  They
22  didn't -- they couldn't -- they couldn't get us before.  We had
23  it in a power safety or whatever where they couldn't --
24             DR. FRANK:  Yes.
25             MR. LINDELL:  -- break it, and over 150 million
```

1  people --

2                    DR. FRANK:  Awesome.

3                    MR. LINDELL:  -- seen Absolute Proof.  People

4  want to see the truth and they want to get --

5                    DR. FRANK:  Awesome.

6                    MR. LINDELL:  -- help -- and everyone, you can

7  all help by just spreading this far and wide.

8                    DR. FRANK:  Right.

9                    MR. LINDELL:  Tell it to your neighbors.  If you

10 live next to a supreme court justice or you're in their

11 neighborhood, you give it to them 25 times.  Get -- you know,

12 you be over there, you tell them, Have you watched it?  Have

13 you watched it?  Have you watched it?  Judges, get it out to

14 them because all the states -- everyone's going to be coming

15 out now, and they're going to say, Hey, we've seen the same

16 thing.

17                    DR. FRANK:  So this would be shifting the 10

18 years and allowing for people to die.  Simple thing.  But

19 compare it to the registrations.

20                    MR. LINDELL:  Wow.

21                    DR. FRANK:  So this was the clue that told me

22 that they're using population to control registrations.

23                    MR. LINDELL:  Right.

24                    DR. FRANK:  That was the clue.  And I never --

25                    MR. LINDELL:  Population to control

```
 1   registration.
 2                   DR. FRANK:  And I never would have even thought
 3   of that -- except --
 4                   MR. LINDELL:  Right.
 5                   DR. FRANK:  -- I was teaching my kids --
 6                   MR. LINDELL:  Look --
 7                   DR. FRANK:  -- the census.
 8                   MR. LINDELL:  Look at this.  So these are the
 9   registered voters and there's the population.  So what they do,
10   they have everybody -- they register basically everybody --
11                   DR. FRANK:  That they possibly can --
12                   MR. LINDELL:  -- so that they -- that they
13   possibly can.
14                   DR. FRANK:  -- but they need to know what that
15   is.
16                   MR. LINDELL:  But they need to know what that
17   is?
18                   DR. FRANK:  Yes.
19                   MR. LINDELL:  So they're using 2010 --
20                   DR. FRANK:  Yes, yes.
21                   MR. LINDELL:  -- census things.
22                   DR. FRANK:  Yes.
23                   MR. LINDELL:  So when you seen earlier, like in
24   Colorado when it blew by, that just meant the -- the population
25   changed there between 2010 --
```

Scientific Proof - April 3, 2021

1           DR. FRANK:  (Inaudible.)

2           MR. LINDELL:  -- and now, and they registered

3   too many because either people left the county or died.

4           DR. FRANK:  Yes.  Yes.  So now let's go -- let's

5   go knock on those doors.

6           MR. LINDELL:  Let's knock on those doors.

7           DR. FRANK:  Yes, abso- --

8           MR. LINDELL:  And that's what you guys did?

9           DR. FRANK:  And I've got the algorithms and --

10          MR. LINDELL:  Well, let's see that.

11          DR. FRANK:  Okay.  Very good.  Like --

12          MR. LINDELL:  Here we are in Colorado.  They

13   made a mistake, huh?

14          DR. FRANK:  Yes.  Because the -- the blue line

15   is the population.

16          MR. LINDELL:  Right.

17          DR. FRANK:  And the black line are the

18   registrations.  Wait a -- wait a minute.  The registrations

19   going above the blue line.

20          MR. LINDELL:  Wow.

21          DR. FRANK:  Okay.

22          MR. LINDELL:  So now that tells me either people

23   died --

24          DR. FRANK:  Yes.

25          MR. LINDELL:  -- or they moved.

Scientific Proof - April 3, 2021

```
1              DR. FRANK:  Or they moved, exactly.
2              MR. LINDELL:  Or they moved.
3              DR. FRANK:  And this is not too big of an error.
4   If this was all it was, I'd probably walk away.
5              MR. LINDELL:  Right.
6              DR. FRANK:  But the thing is, is if you notice
7   when I just showed you Ohio, normally the black curve stops
8   about 90 percent --
9              MR. LINDELL:  Right.
10             DR. FRANK:  -- and then the red curve stops
11  about 90 percent of that.
12             MR. LINDELL:  Right.  But this is a big
13  deviation because this population changed from 2010 --
14             DR. FRANK:  Yes.
15             MR. LINDELL:  -- to now.
16             DR. FRANK:  Y- --
17             MR. LINDELL:  Look at that spike there that they
18  registered.
19             DR. FRANK:  That's right.
20             MR. LINDELL:  And if you went down, that means
21  you -- everybody, if you're 50 years old, they have huge,
22  almost 400 less 50-year-olds --
23             DR. FRANK:  Yes.
24             MR. LINDELL:  -- that now live in Bloomberg
25  County --
```

Scientific Proof - April 3, 2021

```
1              DR. FRANK:  Right.
2              MR. LINDELL:  -- Colorado.  But yet they all
3    registered.  I don't know.  Did they move?  Did they die?  Did
4    they do- -- you know --
5              DR. FRANK:  Well, they have more ballots, too.
6              MR. LINDELL:  More people voted than were --
7    than -- than were registered.
8              DR. FRANK:  Yes.  Yes.
9              MR. LINDELL:  I mean, that -- that -- or, no,
10   that even live there.
11             DR. FRANK:  That's the point.
12             MR. LINDELL:  More people voted than even lived
13   there.
14             DR. FRANK:  Yes.
15             MR. LINDELL:  So, you know, it's very
16   interesting, too, because you -- you heard -- we heard all this
17   during November and December, everyone's going -- in our
18   county, I mean, I think there's like 50,000 affidavits out
19   there of people's sworn testimony --
20             DR. FRANK:  Yeah.
21             MR. LINDELL:  -- that looked at stuff, they go,
22   you know, we had more people in our county --
23             DR. FRANK:  Yes.
24             MR. LINDELL:  -- that voted than even live here,
25   you know --
```

Scientific Proof - April 3, 2021

```
1                    DR. FRANK:  Yes.  And there --
2                    MR. LINDELL:  You know --
3                    DR. FRANK:  -- there's an example.
4                    MR. LINDELL:  They got -- they went up in -- in
5    Antrim County, Michigan, which is still going on -- these guys
6    are -- it's going to be -- it's going to all open up
7    everything.
8                    DR. FRANK:  Yes.
9                    MR. LINDELL:  This is where they actually got in
10   because of a down ticket.
11                   DR. FRANK:  Yes.
12                   MR. LINDELL:  Okay.
13                   DR. FRANK:  Yes.
14                   MR. LINDELL:  And Matt Shapiro, he -- he -- with
15   this down ticket -- it was a school board race, but there was
16   only 15,000 people in that -- Antrim County that voted.  Now,
17   when you're sit- -- and it's always a traditional red county.
18   It's like 70 percent or something.
19                   DR. FRANK:  Yeah.
20                   MR. LINDELL:  So they're all sitting around the
21   coffee table the next day when they lose by 70 percent --
22                   DR. FRANK:  Yeah, right.
23                   MR. LINDELL:  -- because 7,000 votes flipped.
24   They're going, Who did you vote for?
25                   DR. FRANK:  Yeah.
```

1          MR. LINDELL:  Who did you vote for?  You know,
2    they knew in real time it was a prob- -- and --
3          DR. FRANK:  Yes.
4          MR. LINDELL:  -- they didn't have time to go
5    over and suppress it because it stayed under the radar because
6    it was a school board --
7          DR. FRANK:  Yeah, right, yes.
8          MR. LINDELL:  -- thing, you know, that the judge
9    said, Yeah, go ahead and look at the machine.  They got to it,
10   though.  They destroyed part of it.
11         DR. FRANK:  Yeah.
12         MR. LINDELL:  But they were still able to get
13   it --
14         DR. FRANK:  Yes.
15         MR. LINDELL:  -- and audit it.  And tha- -- this
16   explains why nowhere in the country do they want these machines
17   looked at and do they want the audits done.
18         DR. FRANK:  Right.
19         MR. LINDELL:  Because you're going to find --
20   you're going to find all these things here, and you're going to
21   find more people voted than registered.
22         DR. FRANK:  Yes.  Oh, yes.
23         MR. LINDELL:  You're going to find all these
24   algorithms, but we already have that.  But the beautiful thing
25   is, we don't even need it now.  We've got the -- we've got the

1  spyware that shows the cyber footprints.

2                    DR. FRANK:  Yes.

3                    MR. LINDELL:  We've got your work here --

4  what -- what do we got here?  We've got all kinds of --

5                    DR. FRANK:  Well, what I did was I sorted the

6  counties in Colorado -- there are 64 counties -- in terms of

7  registration as a percent of population.  So we -- in Mineral

8  County, they have 151 percent people --

9                    MR. LINDELL:  Wow.  Now, look at --

10                   DR. FRANK:  -- 50 more --

11                   MR. LINDELL:  So -- okay.  If everybody can see

12  this, we go all the way down, there's probably about --

13                   DR. FRANK:  20.

14                   MR. LINDELL:  -- 15 counties when you get down

15  to 99 percent.  So at least -- about 20 counties --

16                   DR. FRANK:  Yeah, something like that.

17                   MR. LINDELL:  -- about 20 counties just in

18  Colorado --

19                   DR. FRANK:  Yes.

20                   MR. LINDELL:  -- more people registered than

21  that live there.  Okay?  And everyone says, Well, how can that

22  be?  It must be a mistake.  No, it's not a mistake because they

23  used the 2010 census of population in the U.S.

24                   DR. FRANK:  Yes.  Yes.  Yeah.

25                   MR. LINDELL:  So these counties here, I will --

Scientific Proof - April 3, 2021

```
1    I would bet you --
2                    DR. FRANK:  Yeah, yeah.
3                    MR. LINDELL:  -- okay, that if you went to
4    Baca -- Jackson County, if you went there and you pulled a poll
5    now, you'd have all these people that either died or left the
6    county.
7                    DR. FRANK:  Yes.  But they -- we still have a
8    ballot from them somehow.
9                    MR. LINDELL:  Well, yeah.  Well, we know that.
10   You know, bring in the ballots, truck them in, you know?
11                   DR. FRANK:  So you said Jackson, so let's just
12   bring it up because it's -- I'm doing this at random.  We
13   didn't plan this.
14                   MR. LINDELL:  Oh, look at these numbers change.
15   Can everybody see this?  Now, these numbers -- so you made
16   this, you put in the county --
17                   DR. FRANK:  Yeah.
18                   MR. LINDELL:  Okay.  On the red one.
19                   DR. FRANK:  I click over here and it
20   automatically --
21                   MR. LINDELL:  Okay.
22                   DR. FRANK:  -- shows me --
23                   MR. LINDELL:  And what were these numbers that
24   all changed here?
25                   DR. FRANK:  It was just -- you know, it was
```

Scientific Proof - April 3, 2021

```
 1   basically putting in the data for those counties.
 2               MR. LINDELL:  Oh, putting in the data for this.
 3   Okay.
 4               DR. FRANK:  And then you can see the total,
 5   right --
 6               MR. LINDELL:  Okay.  So who -- this is Jackson
 7   County?
 8               DR. FRANK:  Yeah.
 9               MR. LINDELL:  Okay.
10               DR. FRANK:  And you -- and you notice the same
11   as before, the blue curve is the population --
12               MR. LINDELL:  Now, here's peop- -- here's more
13   people that voted than -- than actually live there --
14               DR. FRANK:  Yeah.
15               MR. LINDELL:  -- by a lot.
16               DR. FRANK:  So it's a small county.  So, you
17   know --
18               MR. LINDELL:  Small county but register -- look
19   at this --
20               DR. FRANK:  Yes.
21               MR. LINDELL:  -- huge -- it's -- you know,
22   the -- you're seeing all these lines --
23               DR. FRANK:  Yes.
24               MR. LINDELL:  -- going past -- I'm going to
25   follow my finger here.  You see that.  Everybody?
```

Scientific Proof - April 3, 2021

```
1                    DR. FRANK:  That's the population.
2                    MR. LINDELL:  That's the population.
3                    DR. FRANK:  Yes.
4                    MR. LINDELL:  Look at all these spikes that went
5    past it.  That's impossible.
6                    DR. FRANK:  So think about it.  70-year-olds, it
7    looks like you've got about 10 more 70-year-olds who are
8    registered and who voted --
9                    MR. LINDELL:  Right.
10                   DR. FRANK:  -- than you have people.
11                   MR. LINDELL:  Than you have people.
12                   DR. FRANK:  So go knock on doors.  You only
13   have --
14                   MR. LINDELL:  Right.
15                   DR. FRANK:  -- 30 doors to knock on.
16                   MR. LINDELL:  You only have 30 doors to knock
17   on.  But they did that.  You did that --
18                   DR. FRANK:  Yes, we did that in Pennsylvania.
19                   MR. LINDELL:  -- in Pennsylvania.
20                   DR. FRANK:  Yes.
21                   MR. LINDELL:  This is what they did.
22                   DR. FRANK:  Yes.
23                   MR. LINDELL:  They did 1600, just a test like
24   this --
25                   DR. FRANK:  Yes, exactly.
```

Scientific Proof - April 3, 2021

```
 1                    MR. LINDELL:  -- and they said, This is
 2    impossible --
 3                    DR. FRANK:  Right.
 4                    MR. LINDELL:  -- let's go knock on their door.
 5                    DR. FRANK:  Exactly.
 6                    MR. LINDELL:  Well, they knocked and nobody
 7    could open the door because the guy's not there.  That's -- you
 8    know, somebody lived there.
 9                    DR. FRANK:  That's right.  So it's not just
10    theoretical --
11                    MR. LINDELL:  But it's not the guy that was
12    registered.
13                    DR. FRANK:  So it's not just theoretical.
14                    MR. LINDELL:  No.
15                    DR. FRANK:  It's not just theoretical, so that's
16    fun.  The next thing is that anybody can do this and anybody
17    can download the database, and so guess what, every citizen,
18    every Patriot in our country --
19                    MR. LINDELL:  Right.
20                    DR. FRANK:  -- who wants to do this --
21                    MR. LINDELL:  Right.
22                    DR. FRANK:  -- can get on board and we can go
23    knock on doors and we can clean up our registration rolls.
24                    MR. LINDELL:  Right.
25                    DR. FRANK:  And we can have real ballots.
```

Scientific Proof - April 3, 2021

```
1                    MR. LINDELL:  Get rid of the machines, though.
2                    DR. FRANK:  Get rid of the --
3                    MR. LINDELL:  You've got to get rid of the
4    machine --
5                    DR. FRANK:  Yeah.
6                    MR. LINDELL:  It's funny.  I want to tell
7    everyone this too before the -- before the other documentary
8    comes out we filmed today.  We are doing recalls now around the
9    country and we're -- in -- like in Arizona, to get rid of Doug
10   Ducey, the Secretary of State there, and these other people
11   that blocked -- from Maricopa County to block the audits, we
12   know they're just bad politicians, right?
13                   DR. FRANK:  Yeah.
14                   MR. LINDELL:  So they're doing the recall.  Do
15   you know when you do a recall, it's pretty amazing.  You got
16   the -- you've got to have the exact paper, the exact size, one
17   person, one validated signature, and it's hand-counted.  What a
18   concept?  They do it more careful so they don't get recalled
19   than they are to protect the country.
20                   DR. FRANK:  I hear you.
21                   MR. LINDELL:  Is that -- I was blown away.  And
22   it's like that at all these states, have a special thing for
23   recall, you've got to make sure everything's -- I's are dotted.
24   Well, why wouldn't you have that in an election?
25                   DR. FRANK:  Why would you have it in the first
```

Scientific Proof - April 3, 2021

```
1   place?
2                  MR. LINDELL:  In our most important --
3                  DR. FRANK:  Yes.
4                  MR. LINDELL:  -- thing we have for our country.
5                  DR. FRANK:  Yes.  Yes.  Yes.
6                  MR. LINDELL:  You know, this is -- when we say
7   the big- -- one of the biggest crimes in history, one of the
8   biggest attacks ever, you're attacking every citizen in this
9   country and the world when it's over.  When you've got stuff
10  like this, this is the scariest stuff you can -- people can
11  ever imagine.
12                 DR. FRANK:  Yes.
13                 MR. LINDELL:  Because -- and now they're getting
14  a taste of what's coming at them.  They're getting a taste.
15  When they see their friends disappearing, just erased, you
16  know, boom, their cancel cul- -- you're out.
17                 DR. FRANK:  Yeah.
18                 MR. LINDELL:  Oh, I don't -- I don't like what
19  you say.  Boom, you're out.
20                 DR. FRANK:  Yeah.
21                 MR. LINDELL:  And you have one narrative, all
22  the media out there, all the mainstream media, shame on them.
23  The people behind them -- I'll tell you another thing, we're
24  going to be the biggest lawsuit.  Allen Dershowitz said he's
25  probably -- he's part of my team of lawyers where he's -- he's
```

Scientific Proof - April 3, 2021

```
 1  an advisor to them, I hired, as an advisor to my team of
 2  lawyers, that he said this lawsuit is going to be the most
 3  important lawsuit for the First Amendment in history.  The most
 4  important ever.  Why?  Everyone can see what's happening.  And
 5  if our First Amendment rights of free speech go --
 6              DR. FRANK:  We're done.
 7              MR. LINDELL:  -- it's over, everybody.
 8              DR. FRANK:  We're done, yeah.
 9              MR. LINDELL:  It's over.
10              DR. FRANK:  Yeah.
11              MR. LINDELL:  And you can see it happening now
12  to everyone.  I have friends, 70-some-thousand people I heard
13  that Jack Dorsey took off Twitter.  And you mention anything
14  about the vaccine --
15              DR. FRANK:  Yeah.
16              MR. LINDELL:  -- or mention -- you even men- --
17  my friend mentioned the border the other day, he's got a
18  podcast --
19              DR. FRANK:  Yeah.
20              MR. LINDELL:  -- makes all his money on that,
21  they mentioned -- he just completely -- talking about what --
22  those garbage they're doing on the border --
23              DR. FRANK:  Yes.
24              MR. LINDELL:  -- and the things they're doing
25  and banned, YouTube, two weeks, you know?
```

Scientific Proof - April 3, 2021

```
1              DR. FRANK:  Yeah.
2              MR. LINDELL:  Two weeks.  Who are they to say --
3  who is -- who is Google and Mr. Alphabet and Mark Suck-a-Buck
4  and Jack Dorsey, who are these guys that control us and tell us
5  what we can and can't say?  Do you know when Absolute -- I want
6  to tell everyone, when Absolute Proof came out on February 5th,
7  do you know what Mark Zuckerberg did?  He put up a sign over it
8  on Facebook that said "contains nudity and profanity."
9              You want to talk about that being legal?  No.
10 Can you believe this?  All these guys that just came out today,
11 I just looked at, all these guy- -- it was somebody said it on
12 a -- on one of the mainstream TV show -- shows.  It might have
13 been Fox that said -- the host said, Can you believe they're
14 allowing these groups, these -- these trial traffickers, that's
15 what it was.  It was traffickers.
16             DR. FRANK:  Yeah, the coyotes, yes.
17             MR. LINDELL:  The coyotes.  That's what it was.
18             DR. FRANK:  Yes.
19             MR. LINDELL:  It was an art- -- they were
20 talking about that.  They get to be on social media, but yet
21 everyone else in the country that says something, Hey, I don't
22 agree with the vaccine, I don't agree with this election, I
23 don't agree with -- and then -- and then you have -- and we
24 talk about free speech.  When you can take a company and you
25 can take -- or companies and you can sue people or threaten
```

Scientific Proof - April 3, 2021

1  suits, that if you mention someone, you know what that is?
2  That goes back to racketeering and mafia, and saying, If you
3  do --
4              DR. FRANK:  Yes.
5              MR. LINDELL:  -- this, we're going to break your
6  arms.  I've been there.  I've been there.  When I used to bet
7  football back in the day when I was an addict --
8              DR. FRANK:  Yes.
9              MR. LINDELL:  -- you know, they come to the
10 door.  You do this again, you -- if you don't pay, boom.  If --
11 but if you do this, you know, you're going to do this, and it's
12 out of fear.  So everybody succumbs to the fear, you know?
13             DR. FRANK:  Yes.
14             MR. LINDELL:  Everybody just -- they live in
15 fear.  We can't live in fear now.  So our people say, Well,
16 Mike, you know, boy, you're so brave.  It's easy to be -- it's
17 easy to be brave when there's only one option.  There is only
18 one option.
19             DR. FRANK:  Right.
20             MR. LINDELL:  We get the other option, my
21 company ain't going to be here anyway.  My -- I'm not going to
22 be here.  Nobody's going to be.  We're going to be done.
23 They're going to put -- you know, the -- the suppression, I
24 mean, it's -- we're going to be part, though -- right now,
25 you'll look back in history, what we were a part of, the

```
1   greatest awakening, the greatest reset ever.
2                   DR. FRANK:  I pray for that.
3                   MR. LINDELL:  And the greatest revival in
4   history --
5                   DR. FRANK:  Yes.
6                   MR. LINDELL:  -- to bring this nation back to
7   God, to bring the -- this, you know, it's basically going to
8   save the world for the -- what was happening --
9                   DR. FRANK:  Yeah.
10                  MR. LINDELL:  -- you know what -- because like
11  you say, if it happens here, it can happen anywhere.  You know
12  what -- I'll tell you, if you go out in the world, and every
13  one of them, they're out there worried about -- so worried, you
14  know, is this going to change?  How could you let this happen?
15                  DR. FRANK:  Yeah.
16                  MR. LINDELL:  How could you people let this
17  happen in the United States?
18                  DR. FRANK:  Yes.  The beacon of freedom.
19                  MR. LINDELL:  Yeah.  Yeah.  It can happen --
20                  DR. FRANK:  Yeah.
21                  MR. LINDELL:  -- because they did it with
22  something so complex and hidden --
23                  DR. FRANK:  Yes.
24                  MR. LINDELL:  -- you know, hidden --
25                  DR. FRANK:  Not anymore.
```

Scientific Proof - April 3, 2021

```
1              MR. LINDELL:  But not anymore, everybody.  It's
2  not hidden.  Look at that.
3              DR. FRANK:  Yeah.
4              MR. LINDELL:  This is -- you know, this is --
5  and then you can change -- now, I just think it's great the way
6  you set this up.  And you're going to go to -- what we have,
7  this tool, you're going to go to these other states.  I think
8  we --
9              DR. FRANK:  Yeah.
10             MR. LINDELL:  -- should start with Wisconsin.
11             DR. FRANK:  Okay.
12             MR. LINDELL:  Wisconsin.
13             DR. FRANK:  I'll do Wisconsin next.
14             MR. LINDELL:  Wisconsin, if you're out there and
15 you're in Wisconsin, you guys get the -- right now, they're
16 just saying, Hey, we're going to look at our election.  They're
17 going -- you know -- you know, everybody's getting brave.
18 Let's go to Wisconsin, we show them this.
19             DR. FRANK:  Yes.
20             MR. LINDELL:  Wisconsin -- all the way through
21 Wisconsin, you know.  Wisconsin's one of the first states I
22 looked at on November 4th.  I stayed up all night, I go, this
23 is impossible.
24             DR. FRANK:  There was a glitch in the -- in
25 the -- I saw it.
```

Scientific Proof - April 3, 2021

```
1                    MR. LINDELL:  Yeah, in Wisconsin.

2                    DR. FRANK:  Yeah.

3                    MR. LINDELL:  Right.  Wisconsin, it's like

4    fraud, it goes dink, dink.

5                    DR. FRANK:  Yeah.  Exactly.

6                    MR. LINDELL:  And I'm going -- so I'm looking at

7    Wisconsin and I looked at two counties in Wisconsin outside of

8    Milwaukee.  They were both traditional 70 percent Republican --

9                    DR. FRANK:  Yeah.

10                   MR. LINDELL:  -- both of them --

11                   DR. FRANK:  Yeah.

12                   MR. LINDELL:  -- identical.  Well, one of them

13   was already in -- it ended up being about 75 percent

14   Republican, or for Donald Trump.

15                   DR. FRANK:  Yeah.

16                   MR. LINDELL:  The other one wasn't in yet at

17   that time when they stopped everything.  Well, the next day, it

18   rolls in about 30 percent, you know.  What?  You know, 'cause

19   they were running out of people to flip that --

20                   DR. FRANK:  Yes.

21                   MR. LINDELL:  -- they had to manually flip.

22                   DR. FRANK:  Yes.

23                   MR. LINDELL:  They were running out of race.

24                   DR. FRANK:  Yes.  Yes.

25                   MR. LINDELL:  But Wisconsin did it real fast,
```

Scientific Proof - April 3, 2021

```
1   reacted real fast.
2                   DR. FRANK:  Yeah.
3                   MR. LINDELL:  So then you had -- you had places
4   like Pennsylvania and Michigan that kind of took --
5                   DR. FRANK:  Yes.
6                   MR. LINDELL:  -- took off what happened in
7   Wisconsin.  They got more of the focus because it was like
8   Michigan, (makes noise) oh, yeah, that's normal.  You know?  Or
9   Pennsylvania, it takes you a week to -- to cheat with another
10  million votes --
11                  DR. FRANK:  Yes.
12                  MR. LINDELL:  -- to bring in.
13                  DR. FRANK:  Yes.
14                  MR. LINDELL:  Let's truck in some votes.  Bring
15  them on in.  Go call that guy in New York, bring them in here.
16  We got a whole week.  We changed our rules.
17                  DR. FRANK:  Yes.
18                  MR. LINDELL:  You know?  They changed all these
19  rules too, they changed the game.  Well, see, in order to win
20  this game, we've got to change this.
21                  But Arizona was one of the worst.  Arizona takes
22  a week to count the last one percent because they did -- they
23  ran out of this --
24                  DR. FRANK:  Yes.
25                  MR. LINDELL:  You know, they had to change the
```

1  algorithm.  They had to change everything.  What are we going
2  to do?
3              DR. FRANK:  That's right.  Every computer
4  programmer knows you can't plan for every eventuality.
5              MR. LINDELL:  Right.
6              DR. FRANK:  So you write your algorithms to give
7  yourself all these possibilities.
8              MR. LINDELL:  Right.
9              DR. FRANK:  But they didn't anticipate such a
10  huge turnout.
11              MR. LINDELL:  That many votes.  It's a huge
12  turnout.
13              DR. FRANK:  And it broke their algorithms.
14              MR. LINDELL:  Right.
15              DR. FRANK:  So that's why they had to stop --
16              MR. LINDELL:  Right.
17              DR. FRANK:  -- adjust and resume.
18              MR. LINDELL:  And they panicked.  We have -- you
19  know, tapes with people, that witnessed people are going into a
20  panic.  What are we going to do?  What are we going to do?
21              DR. FRANK:  Yes.  Yes.
22              MR. LINDELL:  You know, and they -- but they --
23  they tried.  They figured -- you know, they thought they almost
24  got away with it.  They almost pulled off the biggest --
25              DR. FRANK:  Almost.

```
1              MR. LINDELL:  -- crime --
2              DR. FRANK:  Yes.
3              MR. LINDELL:  -- ever.  And they -- and I want
4  each -- you know, everyone.  And I'm -- I'm speaking to the
5  Democrats.  You guys, what came in here wasn't what you voted
6  for.
7              DR. FRANK:  No.
8              MR. LINDELL:  This attack -- that's what I want
9  to tell -- you know, these people -- my friends -- I have
10 2500-some employees, but probably 500 are Democrats.  But they
11 see now that this isn't what they traditionally voted for.
12             DR. FRANK:  No, no.
13             MR. LINDELL:  And they -- and even if you're
14 over here, a Republican, now you see all the crooked ones.  I
15 mean, this -- you know --
16             DR. FRANK:  Oh, yeah.
17             MR. LINDELL:  -- this was a big revealing too.
18 We've got a lot of -- you know, once we get -- fix the election
19 and we fix the -- get rid of the machines, now you need to fix
20 what -- politics.  I've learned in politics --
21             DR. FRANK:  Yeah.
22             MR. LINDELL:  -- it seems like they only have a
23 couple of agendas, either a political agenda or a -- or a
24 personal agenda.  And whether that's because they were
25 compromised or they -- blackmailed, who knows.  But I will say
```

```
1   this, there's very few that were like our president, Donald
2   Trump, where it was --
3                   DR. FRANK:  Yeah.
4                   MR. LINDELL:  -- what he did was for the people,
5   all people.
6                   DR. FRANK:  Yeah.
7                   MR. LINDELL:  You've got -- you ta- -- have a
8   problem, you take a solution.  And what is it going to manifest
9   to to help all people?
10                  DR. FRANK:  Right.
11                  MR. LINDELL:  I don't care who you are, you
12  know.  It should be help -- what -- you know, if you're going
13  to do something in politics, you've got to help the people, all
14  the people.  You know, not just your political side or do stuff
15  for political reasons.
16                  DR. FRANK:  Yeah.
17                  MR. LINDELL:  You know, and that's -- you know,
18  well, I'm going to do this so our party wins this or our party
19  wins this.  And nothing gets done, or if it does gets done,
20  it's very tilted to where it doesn't manifest to help anybody.
21                  DR. FRANK:  Right.
22                  MR. LINDELL:  Most of the stuff being done right
23  now -- that's what's kind of nice, that people are seeing it --
24  it doesn't help anybody.
25                  DR. FRANK:  No.
```

Scientific Proof - April 3, 2021

1          MR. LINDELL:  You're telling me the first thing
2   they do on January 20th is take away a pipeline with all these
3   union jobs?
4          DR. FRANK:  Yeah.
5          MR. LINDELL:  Well, that's real Democrat, right?
6          DR. FRANK:  Right, right, yes.
7          MR. LINDELL:  You know, you know.  I mean, this
8   is the stuff they've done, these people.  Let's try to open up
9   the borders during COVID and just let -- you know, it's -- it's
10   a shame, but in a way, it's good that everyone's getting to see
11   this, you know?
12          DR. FRANK:  Yes.
13          MR. LINDELL:  So --
14          (Pause in recording.)
15          MR. LINDELL:  So here's what we have here.  All
16   these here that when you say 100 -- 100 percent and .999
17   percent, all these percentages, that matches that 2010 -- that
18   matches your predictions exactly.
19          DR. FRANK:  My -- it matches my prediction --
20   part per mil- --
21          MR. LINDELL:  Right.
22          DR. FRANK:  It just ridiculously accurate.
23          MR. LINDELL:  Right.  So I just said -- what I
24   just asked, is there any place --
25          DR. FRANK:  Yes.

Scientific Proof - April 3, 2021

```
1              MR. LINDELL:  -- that didn't match that --
2              DR. FRANK:  Yes.
3              MR. LINDELL:  -- and you said one.  And let's
4   pull up that.
5              DR. FRANK:  There is one.
6              MR. LINDELL:  That was in Colorado.
7              DR. FRANK:  Yes.
8              MR. LINDELL:  And tell us again why this big gap
9   here.
10             DR. FRANK:  Well, there's this big gap because
11  they have a big population between the age of 20 and 50.
12             MR. LINDELL:  And what would -- and why -- what
13  would that matter?
14             DR. FRANK:  It turns out that this pop- -- there
15  are only about 5,000 people in this area -- this county.
16             MR. LINDELL:  Right, right.
17             DR. FRANK:  But these are prisoners.
18             MR. LINDELL:  Those were all prisoners?  So look
19  at that.
20             DR. FRANK:  They can't register.
21             MR. LINDELL:  So their algorithms, they couldn't
22  even pull this because these are all prisoners, so that's the
23  only one.  If you look at that fit --
24             DR. FRANK:  Yep.
25             MR. LINDELL:  -- that fits -- did you see it?
```

Scientific Proof - April 3, 2021

```
 1   100 percent over here --
 2                  DR. FRANK:  Yes.
 3                  MR. LINDELL:  -- or 99.9, whatever it was --
 4                  DR. FRANK:  Yes.
 5                  MR. LINDELL:  -- on that one chart, here's the
 6   one, out of all the counties that you've done so far, that
 7   didn't fit.
 8                  DR. FRANK:  It's the only one that didn't fit.
 9                  MR. LINDELL:  So in other words, it's a
10   deviation to this big deviation, which is now the norm for the
11   election.
12                  DR. FRANK:  Yes.
13                  MR. LINDELL:  The norm for the election is they
14   stole it, they used the 2010 census, they set the algorithms --
15                  DR. FRANK:  Yeah.
16                  MR. LINDELL:  -- how much Biden was going to
17   get, how much Donald Trump was going to get --
18                  DR. FRANK:  Yep.  Yep.
19                  MR. LINDELL:  -- and Biden -- you know, they
20   flipped it.
21                  DR. FRANK:  Right.
22                  MR. LINDELL:  The real totals were 80 million
23   to, like, 66 million.
24                  DR. FRANK:  Yes.  Yes.
25                  MR. LINDELL:  But there was a deviation even
```

Scientific Proof - April 3, 2021

```
 1  within that that they didn't account on.  I'm sure whoever set
 2  the algorithms didn't figure, We'll go to this little -- Bent
 3  County, Colorado, and all these people are in prison.
 4                 DR. FRANK:  Yeah.
 5                 MR. LINDELL:  You know...
 6                 DR. FRANK:  By the way, this is still a really
 7  good fit when I use the registrations.  It's only not a good
 8  fit if I try to --
 9                 MR. LINDELL:  Oh, so it fit with the
10  registra- -- so they did it with the registration?
11                 DR. FRANK:  Yes.
12                 MR. LINDELL:  It just didn't fit the people
13  living in the county?
14                 DR. FRANK:  Exactly.  And I can --
15                 MR. LINDELL:  I got it.  Okay.
16                 DR. FRANK:  I -- in other words, I can
17  predict -- oops.  I can predict -- I changed -- I can predict
18  the -- the -- the votes based upon merely the population as
19  well.  Why?  Because I'm able to -- I'm a- -- it's going to
20  bring it up again.
21                 MR. LINDELL:  Uh-huh.
22                 DR. FRANK:  I'm able to -- this is me predicting
23  ballots --
24                 MR. LINDELL:  Right.
25                 DR. FRANK:  -- based upon population.  So, see,
```

Scientific Proof - April 3, 2021

1    I missed.

2              MR. LINDELL:  Right, because -- because of the

3    prison?

4              DR. FRANK:  Exactly.

5              MR. LINDELL:  So what he did --

6              DR. FRANK:  Yes.

7              MR. LINDELL:  -- what Dr. Frank did is, when you

8    seen that, you had to -- you'd probably go, why?

9              DR. FRANK:  Why?

10             MR. LINDELL:  And you had to find out.  You had

11   to look up the -- look up that county --

12             DR. FRANK:  Exactly.

13             MR. LINDELL:  -- and you found out there was a

14   prison there.

15             DR. FRANK:  Yeah.

16             MR. LINDELL:  And it was -- you know, and that's

17   a big prison, big part of this population.

18             DR. FRANK:  There you go.

19             MR. LINDELL:  Okay.  I got it.

20             DR. FRANK:  It -- it's --

21             MR. LINDELL:  So -- so as you do --

22             DR. FRANK:  Yeah.

23             MR. LINDELL:  Based on what you have now -- and

24   we're going to -- you know, like I say, going through all the

25   counties in the country, which we're going to keep dumping to

Scientific Proof - April 3, 2021

```
 1   the public all the time.
 2                  DR. FRANK:  Happy to do it.
 3                  MR. LINDELL:  We're going to start dumping it
 4   and dumping and dumping.
 5                  DR. FRANK:  Yeah.
 6                  MR. LINDELL:  If you're out there, if you live
 7   in Wisconsin, get a hold of your legislatures and tell them
 8   they need to get -- we're going to try and reach them so that
 9   they can either -- your state's getting opened up for the
10   biggest audit ever.  It's going to be amazing.  And if you're
11   in Maricopa County, you're in that audit.  And I know
12   Arizona -- it doesn't matter.  Georgia's opening up again now.
13   They just said --
14                  DR. FRANK:  Oh, wow.
15                  MR. LINDELL:  -- they're going to probably do an
16   audit.
17                  DR. FRANK:  Oh, wow.
18                  MR. LINDELL:  New Hampshire.  It's all over the
19   country.  You know, it's just everybody's got to get on board.
20   Let's -- let's -- let's open up the machines.  Let's look at
21   this.  And here's --
22                  DR. FRANK:  Yes.
23                  MR. LINDELL:  -- what you're going to find.
24                  DR. FRANK:  Yes.
25                  MR. LINDELL:  This was the biggest crime against
```

Scientific Proof - April 3, 2021

1    the United States and the world in history.  I believe it's one
2    of the biggest ever because it affects every single person on
3    the planet.
4                    DR. FRANK:  Absolutely.
5                    MR. LINDELL:  And thank you, Dr. Frank, for
6    your --
7                    DR. FRANK:  My pleasure.
8                    MR. LINDELL:  Wow.  This has been a blessing for
9    me and a blessing to everyone and -- and I'm sure each and
10   every person out there is going to thank you and they do thank
11   you for your time and what you've done.
12                    DR. FRANK:  You're welcome.  My pleasure.
13                    MR. LINDELL:  God bless you.
14                    DR. FRANK:  Yeah.
15                    MR. LINDELL:  Thanks, everybody.
16                    (Recording ends.)
17
18
19
20
21
22
23
24
25

```
1                 C E R T I F I C A T E
2        I, TERRI GARCIA, Certified Shorthand Reporter in and for
3   the State of Texas, certify that the foregoing is a correct
4   transcription from the video recording of the above-entitled
5   matter.
6        I further certify that I am neither counsel for, related
7   to, nor employed by any of the parties to the action in which
8   this recording was transcribed, and further that I am not
9   financially or otherwise interested in the outcome of the
10  action.
11       I further certify that the transcription fee of
12  $_____ was paid/will be paid in full by
13  _____.
14
15
16            _____
                 Terri Garcia, Texas Certified
17               Shorthand Reporter No. 6581
                 Dickman Davenport, Inc.
18               Firm Registration No. #312
                 4228 North Central Expressway
19               Suite 101
                 Dallas, Texas  75206
20               (214) 855-5100
                 My commission expires:  7-31-25
21
22
23
24
25
```

Scientific Proof - April 3, 2021

**A**

a- 89:19
able 29:13 34:25
52:25 55:2
68:12 89:19,22
above-entitled
93:4
absent 44:11
abso- 64:7
absolute 3:22,23
12:12 27:11,17
45:25 50:25
62:3 77:5,6
absolutely 4:3
5:4 10:11,13
17:18 24:15,17
27:9 44:6 47:17
48:15 56:3
61:18 92:4
academics 3:11
accept 48:19
access 7:23 49:7
49:9
accident 4:16
8:15 29:19
account 89:1
accurate 86:22
action 93:7,10
actors 45:1,2
addict 78:7
address 9:8 54:21
addresses 4:1
12:24 46:16
adjust 39:21,23
40:15,16 42:15
83:17
admit 46:9
advanced 58:24
advisor 76:1,1
affidavits 48:5
66:18
afraid 6:11
age 10:15,15,18
10:21 14:14,18
14:23 17:10

18:17,22 20:2,7
87:11
agenda 84:23,24
agendas 84:23
aggressively 3:3
ago 14:22
agree 19:12
77:22,22,23
ahead 39:16 68:9
ahold 2:21 61:11
ain't 26:3 78:21
al- 48:13
algorithm 4:18
6:6 11:11 13:22
19:4 22:3 24:5
30:10 40:15
51:10 83:1
algorithms 3:21
4:6 5:13 22:5
38:7 39:8,11
40:16 48:13,21
50:9 52:9 64:9
68:24 83:6,13
87:21 88:14
89:2
Allen 75:24
allowing 62:18
77:14
Alphabet 77:3
amazing 2:24
13:7 40:19 43:9
58:21 59:8
74:15 91:10
Amendment
52:22 76:3,5
American 12:13
analyzing 3:15
answer 54:21
anticipate 83:9
Antrim 45:12
67:5,16
anybody 6:18
14:1,2 73:16,16
85:20,24
anymore 21:8

23:24 79:25
80:1
anyway 7:13 14:7
51:6 55:24 61:5
78:21
appointment
2:12
area 32:11 87:15
Arizona 74:9
82:21,21 91:12
arms 78:6
art- 77:19
articles 3:6,7
Ashland 29:22
asked 35:13
86:24
attack 45:6 46:2
52:4 55:13 84:8
attacked 44:23
44:25 52:6
55:22 56:10
attacking 54:2
75:8
attacks 5:11 13:2
23:6 75:8
audio 57:10
audit 45:22 68:15
91:10,11,16
audits 68:17
74:11
automatically
70:20
average 25:11
awakening 79:1
Awesome 62:2,5

**B**

baby 14:9
Baca 70:4
back 3:10 23:16
37:17 38:13
42:19 46:25
48:17 78:2,7,25
79:6
background 3:1

backtrack 37:24
bad 9:21,21 45:3
54:23 61:16
74:12
ballot 11:18,22
70:8
ballots 4:7 10:21
10:22 11:14,14
16:2,24 18:11
19:5 20:15
22:12 24:23
26:18,21,25
43:8,16 46:18
66:5 70:10
73:25 89:23
banned 76:25
base 34:15
based 25:1 34:12
34:19 89:18,25
90:23
basically 2:18
7:24 9:17 41:19
63:10 71:1 79:7
Be- 26:14 30:20
beacon 47:16
79:18
beautiful 21:6
53:7 68:24
beep 49:17,18
begins 2:1
believe 77:10,13
92:1
Bent 89:2
bet 70:1 78:6
better 18:9 53:12
Biden 88:16,19
big 36:10 51:23
65:3,12 84:17
87:8,10,11
88:10 90:17,17
big- 75:7
biggest 54:17
60:23 75:7,8,24
83:24 91:10,25
92:2

bit 15:7 24:1
30:24 37:25
black 14:21
17:14 30:18,21
31:12 42:10
64:17 65:7
blackmailed
84:25
bless 92:13
blessing 50:23
52:11 92:8,9
blew 63:24
block 74:11
blocked 74:11
Bloomberg 65:24
blown 74:21
blue 10:20 30:18
31:10,23 64:14
64:19 71:11
board 67:15 68:6
73:22 91:19
boom 53:24
75:16,19 78:10
boomers 14:9
border 23:21
76:17,22
borders 86:9
bother 60:22
Bowl 57:4,7
boy 78:16
brainwashed
55:18
brand-new 44:14
47:23
brave 78:16,17
80:17
bread 19:3 37:8
break 61:25 78:5
bring 44:10
70:10,12 79:6,7
82:12,14,15
89:20
broke 83:13
brought 56:12,15
buddy 26:3

Scientific Proof - April 3, 2021

**build** 33:2
**bumps** 17:18
  35:6,7 36:19,20
  36:25 37:2
  58:20 60:4,5
**bunch** 9:2 29:15
**Butler** 29:24

___

**C**

**C** 93:1,1
**calculus** 59:2,20
**California** 57:1
**call** 6:15 8:8 16:4
  18:9 82:15
**called** 6:6 21:5
  25:16 52:24
**cancel** 75:16
**canceled** 55:21
**canceling** 52:20
**care** 85:11
**careful** 30:18
  74:18
**cases** 45:11
**caught** 31:8,10
**cause** 81:18
**census** 14:8 34:23
  34:24 36:10
  43:6 59:3,9,10
  59:18 60:6,20
  60:23 63:7,21
  69:23 88:14
**Central** 93:18
**Certified** 1:12
  93:2,16
**certify** 93:3,6,11
**change** 19:19
  24:1 55:9 70:14
  79:14 80:5
  82:20,25 83:1
**changed** 25:12
  63:25 65:13
  70:24 82:16,18
  82:19 89:17
**changing** 19:15
  19:16 26:21

**chart** 12:4 48:17
  88:5
**cheat** 82:9
**cheated** 2:20
**cheating** 48:24
  49:1
**check** 5:20
**checked** 4:13
**China** 45:1 56:9
  60:12
**choose** 24:11
**citizen** 73:17 75:8
**class** 59:9
**clean** 5:21,22,23
  5:24 32:22
  73:23
**clear** 16:15
**click** 70:19
**Clinton** 30:1
**close** 39:20
**clue** 62:21,24
**coefficient** 25:15
**coffee** 55:20
  60:12 67:21
**college** 55:17
**colleges** 55:18
**Colorado** 31:21
  34:1 36:23 38:1
  63:24 64:12
  66:2 69:6,18
  87:6 89:3
**coloring** 31:18
**column** 27:22
  46:19
**come** 2:4 4:2 7:16
  17:3 28:5 53:6
  78:9
**comes** 74:8
**coming** 47:22
  52:19 53:13
  54:14 62:14
  75:14
**commission**
  93:20
**communism**

52:17
**companies** 77:25
**company** 77:24
  78:21
**compare** 62:19
**completely** 76:21
**complex** 79:22
**compromised**
  84:25
**computer** 28:17
  29:6 83:3
**computers** 4:1
  5:3,25 13:1
  29:15
**concept** 74:18
**concern** 54:17
**concerned** 54:16
**confirm** 11:18
  14:3
**Congress** 2:14
**Congress-** 2:13
**conspiracy** 46:2
**Constantly** 26:12
  26:13
**contains** 77:8
**control** 4:7,8
  62:22,25 77:4
**converts** 18:11
  20:14
**correct** 14:25
  93:3
**correlated** 25:25
**correlation** 25:15
  25:19,22 58:19
**corrupt** 35:18
  57:12
**corrupted** 35:13
**corruption** 23:10
  38:3
**cou-** 34:11
**counsel** 93:6
**count** 26:25
  82:22
**count-** 42:23
**counties** 18:4

22:10 25:9,13
  29:21 34:1
  42:25 69:6,6,14
  69:15,17,25
  71:1 81:7 88:6
  90:25
**countries** 36:5
**country** 2:8 3:25
  6:16 35:19
  38:20 44:21
  45:6 46:3,5
  52:5,5,19 54:18
  68:16 73:18
  74:9,19 75:4,9
  77:21 90:25
  91:19
**country's** 44:23
  55:10
**county** 4:8 6:16
  14:12 17:21,24
  17:25 18:2
  19:25,25 20:1
  21:13 22:8,11
  22:24,25 23:19
  24:2,5 33:7,8
  35:9,18 43:2,10
  45:12 64:3
  65:25 66:18,22
  67:5,16,17 69:8
  70:4,6,16 71:7
  71:16,18 74:11
  87:15 89:3,13
  90:11 91:11
**couple** 29:20
  45:12 84:23
**course** 20:8 33:6
  35:21 51:4,4
  58:4
**court** 44:21 62:10
**cover** 3:6 61:10
**COVID** 86:9
**coyotes** 77:16,17
**crazy** 57:1,9
  58:19
**credit** 33:2

**crime** 23:11
  47:11,12 60:23
  84:1 91:25
**crimes** 75:7
**criminals** 57:17
**crooked** 84:14
**crossed** 23:13
**crumbs** 19:4 37:8
**cul-** 75:16
**cup** 55:19
**curve** 10:20
  14:21,21 15:24
  17:14 20:23,25
  22:13 24:23,24
  30:18,18 31:12
  31:13 61:7 65:7
  65:10 71:11
**curves** 16:24
**cyber** 12:19 29:5
  69:1
**cyberattack** 3:24

___

**D**

**D.C** 2:14
**Dallas** 41:8 93:19
**data** 3:15 12:7
  34:7 35:15 59:3
  59:9 71:1,2
**database** 6:15
  14:22 16:1
  36:16 73:17
**Davenport** 93:17
**day** 47:2,7 50:15
  55:11,11 67:21
  76:17 78:7
  81:17
**days** 9:3 29:3
**dead** 31:3 51:4
**deal** 36:10
**December** 46:25
  66:17
**decide** 24:9
**deduce** 28:10
**Democrat** 7:7
  45:6 52:13

54:12 86:5
**Democrats** 84:5
84:10
**depends** 50:6,9
**Dershowitz** 75:24
**destroyed** 55:10
55:11,11 68:10
**detail** 4:14
**deviation** 37:12
65:13 88:10,10
88:25
**device** 27:20
**Dickman** 93:17
**die** 32:11 61:7
62:18 66:3
**died** 64:3,23 70:5
**different** 2:21
18:17,22 29:21
**differential** 59:2
59:20
**dig** 3:20
**dine** 57:4
**dink** 81:4,4
**disappeared**
41:19
**disappearing**
75:15
**discover** 35:1
**discovered** 46:25
**discovery** 3:8
**dismissed** 45:11
**district** 7:4 35:8
35:9 43:9,23
**divine** 2:12
**do-** 66:4
**document-** 47:15
**documenta-** 48:1
**documentary** 2:3
2:6,23 3:24
12:13 45:17
47:15 51:2 74:7
**doing** 2:23 3:3
27:23 42:9
52:23 53:21
59:25 70:12

74:8,14 76:22
76:24
**domestic** 45:1
**Dominion** 40:25
44:7 53:1,8,17
57:13 60:11
**Donald** 38:14
40:1 51:5 81:14
85:1 88:17
**door** 2:18,18 7:12
9:13 73:4,7
78:10
**doors** 7:19 8:18
8:25 64:5,6
72:12,15,16
73:23
**Dorsey** 57:18
76:13 77:4
**dotted** 74:23
**double** 39:5,5
**doubt** 54:19
**Doug** 15:12 74:9
**Douglas** 2:5
**down-ballot**
10:25
**download** 6:19
6:25 14:3 36:9
36:15 73:17
**downloaded** 14:8
**Dr** 2:5,10,22 3:2
3:6,10,15,18
4:6,10,12,16,18
4:21,23 5:1,4,6
5:9,12,14,16,18
5:21,23,25 6:3
6:6,9,11,13,19
6:22,25 7:3,6
7:10,15,18,22
8:4,7,11,14,17
8:22,24 9:2,5
9:10,12,15,19
9:23 10:1,3,5,7
10:11,13,20,24
11:2,7,9,11,13
11:16,22,24

12:2,5,9,16,21
12:25 13:4,6,8
13:11,15,19,22
14:1,3,5,7,13
14:16,19,21
15:1,5,7,9,12
15:16,18,21,23
16:1,4,7,10,12
16:16,18,20,22
17:1,5,8,11,14
17:17,20,23
18:1,3,5,8,13
18:15,19,21,24
19:3,8,11,15,17
19:23,25 20:4,6
20:8,10,12,14
20:17,20,23,25
21:2,5,10,13,16
21:18,19,22,24
22:2,4,7,13,15
22:18,20,23
23:2,4,7,9,12
23:15,18,21,24
24:1,4,8,11,15
24:17,20,22
25:1,6,8,11,14
25:18,21,24
26:2,6,8,10,12
26:14,17,20,24
27:2,8,13,15,18
27:21,25 28:2,6
28:8,10,13,16
28:19,22 29:1,4
29:7,9,12,14,18
29:22,24 30:1,4
30:7,11,13,15
30:17,20,23
31:1,5,7,12,16
31:20,23 32:1,3
32:6,9,13,16,19
32:22,25 33:2,5
33:8,11,15,17
33:19,22,25
34:4,8,10,13,16
34:19,22,25

35:4,8,12,15,20
35:23 36:1,5,9
36:12,15,18,22
36:25 37:2,5,8
37:10,13,15,19
37:21,23 38:4,6
38:9,12,19,21
38:24 39:1,4,6
39:9,13,16,19
39:21,25 40:2,5
40:7,9,12,15,18
40:22 41:2,5,7
41:11,14,17,20
41:23 42:1,4,8
42:10,13,16,18
42:21,24 43:2,5
43:8,17,21,24
44:2,6,12,17,24
45:4,15,16,19
46:6,9,13,16,18
46:21,24 47:2,4
47:7,10,17,20
48:8,11,15,20
48:22,25 49:2,4
49:7,10,12,16
49:19,22,24
50:1,4,6,9,13
50:17,20,23
51:8,11,14,17
51:19,22,25
52:2,7,10,15,18
52:21 53:2,15
53:23 54:1,3,6
54:11,15,19
55:1,4,8,15,25
56:2,7,11,14,17
56:20,24 57:2,8
57:19,22,25
58:2,4,6,9,12
58:14,18,21,24
59:2,5,8,11,14
59:17,20,22,25
60:3,8,14,16,18
60:21,24 61:1,3
61:5,13,18,24

62:2,5,8,17,21
62:24 63:2,5,7
63:11,14,18,20
63:22 64:1,4,7
64:9,11,14,17
64:21,24 65:1,3
65:6,10,14,16
65:19,23 66:1,5
66:8,11,14,20
66:23 67:1,3,8
67:11,13,19,22
67:25 68:3,7,11
68:14,18,22
69:2,5,10,13,16
69:19,24 70:2,7
70:11,17,19,22
70:25 71:4,8,10
71:14,16,20,23
72:1,3,6,10,12
72:15,18,20,22
72:25 73:3,5,9
73:13,15,20,22
73:25 74:2,5,13
74:20,25 75:3,5
75:12,17,20
76:6,8,10,15,19
76:23 77:1,16
77:18 78:4,8,13
78:19 79:2,5,9
79:15,18,20,23
79:25 80:3,9,11
80:13,19,24
81:2,5,9,11,15
81:20,22,24
82:2,5,11,13,17
82:24 83:3,6,9
83:13,15,17,21
83:25 84:2,7,12
84:16,21 85:3,6
85:10,16,21,25
86:4,6,12,19,22
86:25 87:2,5,7
87:10,14,17,20
87:24 88:2,4,8
88:12,15,18,21

Scientific Proof - April 3, 2021

88:24 89:4,6,11
89:14,16,22,25
90:4,6,7,9,12
90:15,18,20,22
91:2,5,14,17,22
91:24 92:4,5,7
92:12,14
**draw** 33:5
**drop** 48:3
**Ducey** 74:10
**dump** 44:20 48:1
**dumping** 90:25
91:3,4,4
**duplicated** 19:10

**E**
**E** 93:1,1
**earlier** 38:2 51:1
51:2 63:23
**early** 3:10
**easy** 58:2 78:16
78:17
**edge** 13:8 27:21
46:10
**effect** 48:13
**eight** 56:22
**either** 64:3,22
70:5 84:23 91:9
**election** 3:15 4:8
8:7 11:17 12:22
24:9 29:2 38:8
43:14 45:14
54:14 56:4
74:24 77:22
80:16 84:18
88:11,13
**elections** 6:14
11:2
**elephant** 51:24
**eligible** 33:9
36:13
**employed** 93:7
**employees** 84:10
**ended** 41:18
81:13

**ends** 40:4 92:16
**entire** 19:13
**equals** 25:18
**erased** 75:15
**error** 65:3
**ES&S** 41:6 44:8
**ev-** 35:17
**eventuality** 83:4
**everybody** 2:11
3:1,17 4:22
7:24 24:18
26:13 35:12,20
35:21 44:15
45:9 46:4 55:12
56:19 63:10,10
65:21 69:11
70:15 71:25
76:7 78:12,14
80:1 92:15
**everybody's** 15:2
30:2 80:17
91:19
**everyone's** 44:22
62:14 66:17
86:10
**everything's**
74:23
**evidence** 44:19
45:10,11 48:1,3
**exact** 16:24 17:6
17:7 43:15
58:21 74:16,16
**exact-** 19:11 31:1
36:24
**exactly** 8:11 9:23
13:15 14:19
16:20 19:22,24
20:3 27:22 31:7
31:16 39:1,21
40:18 43:17,17
43:18 48:22
58:18 60:16,18
60:21 65:1
72:25 73:5 81:5
86:18 89:14

90:4,12
**example** 10:14
22:7 67:3
**examples** 60:1
**excellent** 12:11
**excited** 44:18
**exist** 9:22 10:2,4
28:21
**expect** 39:8
**expensive** 6:23
**experts** 15:10
**expires** 93:20
**explain** 31:21
32:5 46:21
**explains** 68:16
**Expressway**
93:18
**extra** 3:12

**F**
**F** 93:1
**Facebook** 77:8
**fact** 21:2
**factor** 49:3
**fake** 46:3 61:11
**far** 4:13 22:25
23:2 39:24
47:13 55:14
62:7 88:6
**fast** 42:2 81:25
82:1
**fear** 53:11 78:12
78:12,15,15
**February** 77:6
**federal** 24:6,8
**fee** 93:11
**feel** 50:23
**feeling** 57:14
**figure** 3:21 27:2
89:2
**figured** 4:10
83:23
**fill** 53:7
**film** 45:17
**filmed** 74:8

**filming** 2:3
**financially** 93:9
**find** 8:20 9:6,22
11:3,13 37:17
50:4 51:6 68:19
68:20,21,23
90:10 91:23
**fine** 56:2
**finger** 71:25
**Firm** 93:18
**first** 3:24 6:13
15:18,21 34:1
35:8 44:15,16
46:24 47:15,25
51:2 52:22
74:25 76:3,5
80:21 86:1
**fit** 43:19 87:23
88:7,8 89:7,8,9
89:12
**fits** 4:3 87:25
**five** 29:3
**fix** 84:18,19,19
**flag** 9:18 15:20
15:21 17:13
18:13,15
**flip** 17:4 22:11
29:6 81:19,21
**flipped** 41:9
67:23 88:20
**Florida** 39:5
**focus** 82:7
**follow** 22:21 50:2
71:25
**following** 30:5
**football** 78:7
**footprint** 29:6
**footprints** 12:19
12:20 69:1
**foregoing** 93:3
**foreign** 44:25
52:4,4,4
**forensic** 12:11
**former** 12:18
**found** 4:6 9:5

10:5 36:2 37:17
44:11 48:4 51:1
57:16 60:17
90:13
**four** 9:3
**fourth** 27:16
**Fox** 77:13
**Frank** 2:5,10,22
3:2,6,10,15,18
4:6,10,12,16,18
4:21,23 5:1,4,6
5:9,12,14,16,18
5:21,23,25 6:3
6:6,9,11,13,19
6:22,25 7:3,6
7:10,15,18,22
8:4,7,11,14,17
8:22,24 9:2,5
9:10,12,15,19
9:23 10:1,3,5,7
10:11,13,20,24
11:2,7,9,11,13
11:16,22,24
12:2,5,9,16,21
12:25 13:4,6,8
13:11,15,19,22
14:1,3,5,7,13
14:16,19,21
15:1,5,7,9,12
15:16,18,21,23
16:1,4,7,10,12
16:16,18,20,22
17:1,5,8,11,14
17:17,20,23
18:1,3,5,8,15
18:15,19,21,24
19:3,8,11,15,17
19:23,25 20:4,6
20:8,10,12,14
20:17,20,23,25
21:2,5,10,13,16
21:18,19,22,24
22:2,4,7,13,15
22:18,20,23
23:2,4,7,9,12

Dickman Davenport, Inc

Scientific Proof - April 3, 2021

23:15,18,21,24
24:1,4,8,11,15
24:17,20,22
25:1,6,8,11,14
25:18,21,24
26:2,6,8,10,12
26:14,17,20,24
27:2,8,13,15,18
27:21,25 28:2,6
28:8,10,13,16
28:19,22 29:1,4
29:7,9,12,14,18
29:22,24 30:1,4
30:7,11,13,15
30:17,20,23
31:1,5,7,12,16
31:20,23 32:1,3
32:6,9,13,16,19
32:22,25 33:2,5
33:8,11,15,17
33:19,22,25
34:4,8,10,13,16
34:19,22,25
35:4,8,12,15,20
35:23 36:1,5,9
36:12,15,18,22
36:25 37:2,5,8
37:10,13,15,19
37:21,23 38:4,6
38:9,12,19,21
38:24 39:1,4,6
39:9,13,16,19
39:21,25 40:2,5
40:7,9,12,15,18
40:22 41:2,5,7
41:11,14,17,20
41:23 42:1,4,8
42:10,13,16,18
42:21,24 43:2,5
43:8,17,21,24
44:2,6,12,17,24
45:4,15,19 46:6
46:9,13,16,18
46:21,24 47:2,4
47:7,10,17,20

48:8,11,15,20
48:22,25 49:2,4
49:7,10,12,16
49:19,22,24
50:1,4,6,9,13
50:17,20,23
51:8,11,14,17
51:19,22,25
52:2,7,10,15,18
52:21,24 53:2
53:15,23 54:1,3
54:6,11,15,19
55:1,4,8,15,25
56:2,7,11,14,17
56:20,24 57:2,8
57:19,22,25
58:2,4,6,9,12
58:14,18,21,24
59:2,5,8,11,14
59:17,20,22,25
60:3,8,14,16,18
60:21,24 61:1,3
61:5,13,18,20
61:24 62:2,5,8
62:17,21,24
63:2,5,7,11,14
63:18,20,22
64:1,4,7,9,11
64:14,17,21,24
65:1,3,6,10,14
65:16,19,23
66:1,5,8,11,14
66:20,23 67:1,3
67:8,11,13,19
67:22,25 68:3,7
68:11,14,18,22
69:2,5,10,13,16
69:19,24 70:2,7
70:11,17,19,22
70:25 71:4,8,10
71:14,16,20,23
72:1,3,6,10,12
72:15,18,20,22
72:25 73:3,5,9
73:13,15,20,22

73:25 74:2,5,13
74:20,25 75:3,5
75:12,17,20
76:6,8,10,15,19
76:23 77:1,16
77:18 78:4,8,13
78:19 79:2,5,9
79:15,18,20,23
79:25 80:3,9,11
80:13,19,24
81:2,5,9,11,15
81:20,22,24
82:2,5,11,13,17
82:24 83:3,6,9
83:13,15,17,21
83:25 84:2,7,12
84:16,21 85:3,6
85:10,16,21,25
86:4,6,12,19,22
86:25 87:2,5,7
87:10,14,17,20
87:24 88:2,4,8
88:12,15,18,21
88:24 89:4,6,11
89:14,16,22,25
90:4,6,7,9,12
90:15,18,20,22
91:2,5,14,17,22
91:24 92:4,5,7
92:12,14
**fraud** 54:14 81:4
**free** 6:20 52:23
  52:25 76:5
  77:24
**freedom** 79:18
**fresh** 60:3
**friend** 76:17
**friends** 47:24
  52:13 55:21
  75:15 76:12
  84:9
**full** 93:12
**fun** 12:9 73:16
**funny** 43:5 74:6
**further** 93:6,8,11

**future** 46:4 54:17
  54:18

_____
G
_____

**G** 2:5
**gal** 2:13
**game** 82:19,20
**gap** 87:8,10
**garbage** 76:22
**Garcia** 93:2,16
**gee** 11:4
**geeks** 59:18
**Georgia** 45:21
**Georgia's** 91:12
**get-** 61:16
**getting** 26:14
  40:4 54:9 55:10
  55:21,22,22
  61:11,17,20
  75:13,14 80:17
  86:10 91:9
**gifted** 3:12
**give** 41:21 62:11
  83:6
**glitch** 22:22
  80:24
**glitches** 30:3
**glove** 4:3
**go** 7:10,11,18
  9:12,21 11:3,4
  11:19 23:16
  27:7 29:20
  31:19 37:17
  40:13 42:19
  43:19 44:22
  45:9 47:18,19
  48:17 50:5,7
  51:23 56:10
  64:4,5 66:21
  68:4,9 69:12
  72:12 73:4,22
  76:5 79:12 80:6
  80:7,18,22
  82:15 89:2 90:8
  90:18

**God** 28:24 79:7
  92:13
**goes** 2:20,20 31:2
  47:13 78:2 81:4
**going** 2:3,9,9
  3:19,22 4:2,24
  7:12 9:20,21
  10:9,10 13:2,13
  16:12 17:3
  18:25 21:25
  23:16 25:4,4
  27:22 28:4,4
  31:2,3,5,7 32:8
  35:4,5 37:24
  38:1,10 39:15
  40:14 43:11
  44:19,19,22,22
  45:21 46:2 48:1
  48:3,24 50:19
  52:5,13 53:10
  53:11,11,16,17
  53:21 54:6 55:6
  55:6,9,19 56:1
  57:16 60:13
  61:10 62:14,15
  64:19 66:17
  67:5,6,6,24
  68:19,20,20,23
  71:24,24 75:24
  76:2 78:5,11,21
  78:21,22,22,23
  78:24 79:7,14
  80:6,7,16,17
  81:6 83:1,19,20
  83:20 85:8,12
  85:18 88:16,17
  89:19 90:24,24
  90:25 91:3,8,10
  91:15,23 92:10
**good** 3:7 10:7
  30:13,14 50:9
  64:11 86:10
  89:7,7
**Google** 77:3
**gosh** 27:22

Scientific Proof - April 3, 2021

**gotten** 49:20
**government** 12:18
**governor** 56:21
**grace** 28:24
**graph** 14:12,17
**great** 38:16,16 80:5
**greatest** 79:1,1,3
**ground** 48:10
**group** 14:14 17:10 20:2,7
**groups** 77:14
**guarantee** 49:23
**guess** 17:23 73:17
**guy** 41:21 57:15 73:11 82:15
**guy's** 73:7
**guy-** 77:11
**guys** 22:10 43:12 64:8 67:5 77:4 77:10 80:15 84:5

**H**

**half** 39:3
**Ham-** 14:12
**Hamilton** 14:12
**Hampshire** 45:18 91:18
**hand-counted** 74:17
**happen** 38:17 43:22 79:11,14 79:17,19
**happened** 3:7 17:23 28:12 38:11 40:23,24 40:24 55:3,16 82:6
**happening** 17:21 42:2 46:19 76:4 76:11 79:8
**happens** 10:16 32:11 79:11

**happy** 47:21 54:24 91:2
**head** 60:11,11,12
**hear** 24:18 51:15 74:20
**heard** 13:2 52:24 66:16,16 76:12
**Hello** 2:2
**help** 2:22 45:1 62:6,7 85:9,12 85:13,20,24
**helps** 17:17
**heroes** 12:14
**Hey** 51:4 55:20 57:14 62:15 77:21 80:16
**hidden** 79:22,24 80:2
**hired** 76:1
**history** 7:7 60:23 75:7 76:3 78:25 79:4 92:1
**hold** 91:7
**host** 77:13
**hour** 2:9,11
**house** 56:23
**houses** 8:25 9:6
**huge** 65:21 71:21 83:10,11
**huh** 64:13
**humanity** 23:11 46:4
**humans** 4:20,25 26:5

**I**

**I's** 74:23
**i-** 13:12
**i.e** 5:3 53:13
**ID** 29:6
**idea** 13:13
**identical** 37:1 81:12
**IDs** 4:1 13:1
**illusion** 56:4

**imagine** 42:10 54:24 75:11
**important** 2:7 75:2 76:3,4
**impossible** 4:25 14:24 16:25 22:22 26:7 43:20 44:4 72:5 73:2 80:23
**inaudible** 55:19 64:1
**inauguration** 47:9
**include** 61:6
**incursions** 13:16
**Input** 5:15
**inside** 47:22 54:22
**instructions** 6:4,9
**interacting** 29:15
**interested** 93:9
**interesting** 15:5 23:15 35:6 66:16
**interference** 52:4
**interview** 2:10
**interviewing** 2:4
**inventions** 3:13
**investigation** 2:19
**invited** 3:7
**Iowa** 28:17 39:5
**IP** 4:1 12:23 46:16
**it'll** 48:2,2 61:21

**J**

**Jack** 57:18 76:13 77:4
**Jackson** 70:4,11 71:6
**jail** 57:15
**January** 2:15 47:5,10 86:2
**jobs** 51:3 86:3

**John** 9:8,10,13 11:19
**judge** 11:3 45:10 68:8
**Judges** 62:13
**jump** 17:4
**jumping** 38:13
**justice** 62:10

**K**

**keep** 30:18 31:10 31:12,17 56:1 56:11,18 90:25
**keeps** 47:22
**kept** 60:4
**key** 18:9,11,25,25 20:12,14 23:16 23:18,24 24:2 24:11 25:2,11 46:8 59:3
**kidding** 27:8
**kids** 3:12 55:17 59:15 63:5
**kind** 39:12,18 49:1 82:4 85:23
**kinds** 69:4
**kiosks** 58:2
**knew** 2:17 13:13 27:19 28:11 38:17 68:2
**knives** 53:5
**knock** 7:11,11,18 9:12 64:5,6 72:12,15,16 73:4,23
**knocked** 8:18 9:6 73:6
**knocking** 8:25
**know** 2:2,19,21 3:25 4:16,22 11:16,17,17 12:25 13:20 16:9,10,13,13 16:19 17:6 19:17 25:8,14

27:11,22,23
28:12,18 31:15
33:24 34:6
37:14 38:2,15
39:11,16,18
40:17,20 41:9
41:10,12,16
42:4,6 43:18,25
43:25 44:9,9,14
44:14,19 45:1,2
45:2,9,9 46:19
47:15 48:6,7,12
48:16 50:4,24
53:17,18,19,21
54:21,24 55:2
55:10,12,23
56:8,15,18,19
56:25 57:7,7,9
57:13,17 59:5,8
61:7 62:11
63:14,16 66:3,4
66:15,22,25
67:2 68:1,8
70:9,10,10,25
71:17,21 73:8
74:12,15 75:6
75:16 76:25
77:5,7 78:1,9
78:11,12,16,23
79:7,10,11,14
79:24 80:4,17
80:17,21 81:18
81:18 82:8,18
82:25 83:19,22
83:23 84:4,9,15
84:18 85:12,12
85:14,17,17
86:7,7,9,11
88:19 89:5
90:16,24 91:11
91:19
**know's** 7:12
**known** 51:9 55:6
**knows** 35:12 83:4 84:25

Scientific Proof - April 3, 2021

| **L** | | | | |
|---|---|---|---|---|
| **lately** 3:15 | 11:21,23,25 | 34:18,21,24 | 60:22,25 61:2,4 | 88:9,13,16,19 |
| **law-** 53:11 | 12:3,6,12,17,22 | 35:2,7,11,14,18 | 61:9,14,19,25 | 88:22,25 89:5,9 |
| **lawsuit** 75:24 | 13:1,5,7,10,12 | 35:22,25 36:4,8 | 62:3,6,9,20,23 | 89:12,15,21,24 |
| 76:2,3 | 13:18,21,24 | 36:11,14,17,20 | 62:25 63:4,6,8 | 90:2,5,7,10,13 |
| **lawsuits** 53:12 | 14:2,4,6,11,14 | 36:24 37:1,4,7 | 63:12,16,19,21 | 90:16,19,21,23 |
| **lawyers** 75:25 | 14:17,20,24 | 37:9,11,14,16 | 63:23 64:2,6,8 | 91:3,6,15,18,23 |
| 76:2 | 15:2,6,8,11,15 | 37:20,22,24 | 64:10,12,16,20 | 91:25 92:5,8,13 |
| **learned** 50:22 | 15:17,20,22,25 | 38:5,7,10,13,20 | 64:22,25 65:2,5 | 92:15 |
| 84:20 | 16:3,6,8,11,14 | 38:22,25 39:2,5 | 65:9,12,15,17 | **LindellTV.com** |
| **left** 3:10 64:3 | 16:17,19,21,23 | 39:7,10,14,18 | 65:20,24 66:2,6 | 61:21 |
| 70:5 | 17:2,6,9,12,16 | 39:20,23 40:1,3 | 66:9,12,15,21 | **line** 15:3 31:11 |
| **legal** 77:9 | 17:19,22,25 | 40:6,8,10,13,16 | 66:24 67:2,4,9 | 31:23 33:3 50:3 |
| **legislature** 51:3 | 18:2,4,6,12,14 | 40:19,23 41:3,6 | 67:12,14,20,23 | 64:14,17,19 |
| **legislatures** 91:7 | 18:18,20,23 | 41:8,12,15,18 | 68:1,4,8,12,15 | **lines** 31:19 71:22 |
| **let's** 2:25 9:22 | 19:2,6,9,14,16 | 41:21,24 42:3,6 | 68:19,23 69:3,9 | **little** 15:3,7 17:4 |
| 11:4,5 13:24,24 | 19:20,24 20:2,5 | 42:9,12,15,17 | 69:11,14,17,20 | 17:4,18 18:24 |
| 13:25 16:14 | 20:7,9,11,13,19 | 42:19,22,25 | 69:25 70:3,9,14 | 22:11 24:1 |
| 29:20 42:19 | 20:22,24 21:1,4 | 43:4,7,11,18,22 | 70:18,21,23 | 30:24 31:22 |
| 48:23 56:1 64:4 | 21:9,12,15,17 | 43:25 44:3,7,13 | 71:2,6,9,12,15 | 35:6 36:2 37:25 |
| 64:4,6,10 70:11 | 21:20,23,25 | 44:18,25 45:5 | 71:18,21,24 | 46:9 55:24 57:5 |
| 73:4 80:18 | 22:3,5,9,14,16 | 45:16,20 46:7 | 72:2,4,9,11,14 | 89:2 |
| 82:14 86:8 87:3 | 22:19,21,24 | 46:12,15,17,20 | 72:16,19,21,23 | **live** 11:20 33:7 |
| 91:20,20,20,20 | 23:3,5,8,10,13 | 46:22 47:1,3,6 | 73:1,4,6,11,14 | 53:11 62:10 |
| **level** 24:5,5,7 | 23:17,20,23,25 | 47:9,11,18,21 | 73:19,21,24 | 65:24 66:10,24 |
| **level's** 24:8 | 24:3,6,10,13,16 | 48:9,12,16,21 | 74:1,3,6,14,21 | 69:21 71:13 |
| **life** 8:9 | 24:18,21,25 | 48:23 49:1,3,6 | 75:2,4,6,13,18 | 78:14,15 91:6 |
| **light** 47:16 | 25:3,7,10,13,17 | 49:8,11,13,17 | 75:21 76:7,9,11 | **lived** 31:25 66:12 |
| **lights** 47:18 | 25:20,23 26:1,4 | 49:20,23,25 | 76:16,20,24 | 73:8 |
| **limitations** 47:12 | 26:7,9,11,13,16 | 50:2,5,7,11,14 | 77:2,17,19 78:5 | **lives** 9:8,13 |
| **Lindell** 2:2 3:5,9 | 26:19,23 27:1,4 | 50:18,21 51:9 | 78:9,14,20 79:3 | **living** 47:22 |
| 3:14,16,19 4:9 | 27:10,14,16,19 | 51:13,15,18,20 | 79:6,10,16,19 | 52:12 54:22 |
| 4:11,15,17,19 | 27:24 28:1,4,7 | 51:23 52:1,3,8 | 79:21,24 80:1,4 | 55:17,21 56:4 |
| 4:22,24 5:2,5,8 | 28:9,11,14,17 | 52:11,16,19,22 | 80:10,12,14,20 | 89:13 |
| 5:10,13,15,17 | 28:20,23 29:2,5 | 53:3,14,16,24 | 81:1,3,6,10,12 | **locked** 56:19 |
| 5:19,22,24 6:2 | 29:8,10,13,17 | 54:2,4,8,12,16 | 81:16,21,23,25 | **log** 46:14 |
| 6:5,8,10,12,18 | 29:20,23,25 | 54:20 55:2,5,9 | 82:3,6,12,14,18 | **logic** 28:8 57:9 |
| 6:21,24 7:2,5,9 | 30:2,5,8,12,14 | 55:16 56:1,5,8 | 82:25 83:5,8,11 | **long** 46:22 |
| 7:14,17,20 8:2 | 30:16,19,21,24 | 56:12,15,18,21 | 83:14,16,18,22 | **look** 10:10 11:4 |
| 8:5,9,13,16,20 | 31:4,6,9,14,18 | 56:25 57:3,9,11 | 84:1,3,8,13,17 | 15:1 17:2,3 |
| 8:23 9:1,4,9,11 | 31:21,24 32:2,4 | 57:20,23 58:1,3 | 84:22 85:4,7,11 | 20:23 32:7,7 |
| 9:14,17,20,24 | 32:7,12,15,18 | 58:5,7,11,13,16 | 85:17,22 86:1,5 | 35:13 43:7,12 |
| 10:2,4,6,9,12 | 32:21,24 33:1,4 | 58:20,23 59:1,4 | 86:7,13,15,21 | 44:10 48:2 53:6 |
| 10:19,23 11:1,6 | 33:6,10,13,16 | 59:6,9,12,16,19 | 86:23 87:1,3,6 | 53:6 63:6,8 |
| 11:8,10,12,15 | 33:18,21,23 | 59:21,24 60:2,7 | 87:8,12,16,18 | 65:17 68:9 69:9 |
| | 34:3,6,9,11,14 | 60:10,15,17,19 | 87:21,25 88:3,5 | 70:14 71:18 |

72:4 78:25 80:2
80:16 87:18,23
90:11,11 91:20
**looked** 35:9 43:3
45:10,10 51:11
51:13 66:21
68:17 77:11
80:22 81:7
**looking** 7:15 25:4
34:7,9 50:19
53:10 81:6
**looks** 72:7
**lose** 53:24,25
67:21
**lost** 2:16
**lot** 7:25 8:11 16:5
29:11,12 71:15
84:18
**love** 12:10 56:2

**M**

**machine** 5:2
21:21 41:3 42:1
48:13 68:9 74:4
**machines** 12:7
13:17 16:19
23:5 26:9,21
41:1,25 43:14
44:4 45:22 48:6
48:18 52:8 53:9
53:10 57:23
58:10,11 68:16
74:1 84:19
91:20
**mafia** 78:2
**magnificent** 4:13
**mail-in** 11:18
56:6,11
**mainstream**
75:22 77:12
**making** 33:11
**managed** 6:14
**manifest** 85:8,20
**manually** 81:21
**Maricopa** 45:13

45:13,20 74:11
91:11
**Mark** 57:20 58:7
77:3,7
**marry** 45:24
**Massachusetts**
45:13
**massive** 38:3,5
**match** 16:24
26:25 27:1
37:20 87:1
**matched** 25:7
**matches** 35:3
86:17,18,19
**matching** 12:1
**math** 58:25
**mathematicians**
21:2
**Matt** 67:14
**matter** 41:1,4,6
45:5 54:13
87:13 91:12
93:5
**mean** 2:10 3:20
7:23 17:10
28:24 30:3
33:23,23 35:18
41:24 44:13
46:3,7,8,24
54:8 59:17 66:9
66:18 78:24
84:15 86:7
**means** 9:7 10:9
25:24 31:24
65:20
**meant** 63:24
**media** 46:1 53:25
57:18 61:11,12
61:19,20 75:22
75:22 77:20
**men-** 76:16
**mention** 76:13,16
78:1
**mentioned** 43:6
76:17,21

**merely** 89:18
**mess** 5:22
**met** 2:12,12,13
2:14
**Michigan** 45:12
49:14,15,21,22
49:25 67:5 82:4
82:8
**middle** 49:14
**Mike** 12:10 53:5
53:13 78:16
**mil-** 86:20
**millennials** 14:9
**million** 38:15,15
40:4,4 41:15,18
41:19,22 61:25
82:10 88:22,23
**Milwaukee** 81:8
**mind** 27:7 44:14
60:4
**mine** 52:13
**Mineral** 69:7
**Minnesota** 56:22
**minute** 9:15
14:22 36:22
37:3 60:5 64:18
**misjudged** 41:15
**missed** 90:1
**mistake** 64:13
69:22,22
**mistakes** 5:23,24
**money** 76:20
**monster** 52:1
**Montgomery**
35:9
**month** 32:19 39:3
**months** 27:12,13
**morning** 40:11
**mortality** 61:7
**move** 32:11 60:5
66:3
**moved** 64:25
65:1,2
**movie** 47:22
54:23,23

**multiplied** 59:11
**multiply** 17:15

**N**

**name** 41:1,3
**names** 33:8
**narrative** 75:21
**nation** 79:6
**nationwide** 4:2
**natural** 26:3
30:15
**ne-** 55:5
**need** 2:23 4:7
6:13 21:7,7,10
39:11 42:4
45:23 63:14,16
68:25 84:19
91:8
**needed** 10:21,24
**negative** 25:21
**neighborhood**
62:11
**neighbors** 62:9
**neither** 93:6
**never** 11:5,13
19:15,19 25:12
51:6,8,9,11,13
51:20 55:5
62:24 63:2
**new** 2:3 3:13 24:2
45:18 52:23
61:19 82:15
91:18
**news** 46:3 61:11
61:11,16
**nice** 33:2 85:23
**night** 12:22 29:2
47:2,7 49:15
80:22
**nine** 44:22
**Nobody's** 78:22
**noise** 13:5 50:8
82:8
**nonresidents**
51:5

**noon** 41:10
**norm** 88:10,13
**normal** 43:13
82:8
**normally** 32:10
65:7
**North** 93:18
**northern** 22:8
**notice** 7:24 10:17
16:4,24 30:17
33:25 34:1
35:16 36:18
43:9 65:6 71:10
**noticed** 32:19
58:18
**noticing** 37:5
**November** 2:16
8:7 12:23 49:17
66:17 80:22
**nudity** 77:8
**number** 10:17,21
18:10,16 21:11
21:11 25:15
39:14 43:14
**numbers** 21:7,7
21:10,16 70:14
70:15,23

**O**

**odds** 16:25 17:20
59:6
**oh** 10:4 17:1
24:15 25:3 27:8
27:22 38:12
40:25 42:11,18
44:8 47:1,17
55:6 56:6 57:5
60:25 68:22
70:14 71:2
75:18 82:8
84:16 89:9
91:14,17
**Ohio** 10:17 18:2
21:14 23:19
24:22 38:1,11

38:13,22 43:10
65:7
**okay** 6:8,10,21
9:15 10:6,12,12
13:24 14:4,6,20
14:24 15:21
16:4,7,21 18:19
19:2 20:11,13
22:5 24:3 27:10
27:11,14 29:20
29:23 30:25
32:15 33:7,18
33:22 34:3,7
35:11 39:10
55:25 58:17
60:10 64:11,21
67:12 69:11,21
70:3,18,21 71:3
71:6,9 80:11
89:15 90:19
**old** 65:21
**older** 61:8
**once** 3:8 8:1,5
84:18
**one's** 61:20
**ones** 84:14
**online** 5:3,17
26:11,12,13
29:15 58:3,5,6
**oops** 89:17
**open** 67:6 73:7
86:8 91:20
**opened** 91:9
**opening** 91:12
**opportunity**
51:21
**opposite** 25:22
**option** 78:17,18
78:20
**order** 21:5,6
82:19
**ordinarily** 3:12
**organic** 48:7,7
**originally** 8:17
**outcome** 24:9

93:9
**outdoors** 57:4
**outlet** 46:1
**outside** 31:19
81:7
**overqualified**
3:17

___

**P**
**page** 46:14
**paid** 93:12
**paid/will** 93:12
**panic** 83:20
**panicked** 83:18
**paper** 74:16
**parallelism** 43:9
**part** 14:7 46:10
54:23 57:13
68:10 75:25
78:24,25 86:20
90:17
**part-per-million**
4:14
**particular** 10:16
**parties** 93:7
**partitions** 57:5
**party** 85:18,18
**patented** 53:7
**path** 9:22
**Patriot** 73:18
**patriots** 38:16
**pattern** 17:7 18:7
18:8 37:5
**patterns** 30:6
**Pause** 57:10
86:14
**pay** 78:10
**Pennsylvania**
2:14 23:22 24:2
35:10 38:3
43:23 57:25
58:1,13 72:18
72:19 82:4,9
**peop-** 71:12
**people** 2:21 7:15

9:22 10:16,17
11:13 14:10,18
14:23 15:3 16:2
22:12 23:8
28:24 31:25
32:2,9,10,11,11
32:14 33:7 34:4
36:3,13 37:25
38:16 39:2,14
44:14 45:3
48:16 51:4,5
52:20 53:9,19
54:13 55:18
56:12,22 61:7
62:1,3,18 64:3
64:22 66:6,12
66:22 67:16
68:21 69:8,20
70:5 71:13
72:10,11 74:10
75:10,23 76:12
77:25 78:15
79:16 81:19
83:19,19 84:9
85:4,5,9,13,14
85:23 86:8
87:15 89:3,12
**people's** 66:19
**perc-** 8:24
**percent** 9:6 10:2
10:4 15:14,16
16:17 17:15
18:10 20:5 26:7
32:17 33:19,21
35:3 36:2,6,12
38:22 43:20
44:4 45:25
50:15 65:8,11
67:18,21 69:7,8
69:15 81:8,13
81:18 82:22
86:16,17 88:1
**percentage** 17:7
19:22 43:15
48:19

**percentages**
86:17
**perfect** 25:18,21
**Perfectly** 31:20
**person** 7:4,24,25
8:20 43:19
47:13 74:17
92:2,10
**personal** 84:24
**Ph.D** 3:2
**phantom** 9:7,16
26:17 33:5
**physicist** 26:3
**piece** 48:3
**Pillow** 53:4
**pillows** 53:5
**pipeline** 86:2
**place** 26:15 75:1
86:24
**places** 57:12 82:3
**plan** 5:10,13
70:13 83:4
**planet** 47:13 92:3
**planning** 61:10
**platform** 52:23
61:20
**platforms** 57:18
**pleasure** 92:7,12
**plus** 36:1
**podcast** 76:18
**point** 28:2 66:11
**political** 15:10
84:23 85:14,15
**politicians** 7:1
74:12
**politics** 84:20,20
85:13
**poll** 70:4
**polynomial** 21:6
21:6
**pop-** 87:14
**popping** 45:17
**population** 14:8
15:4 22:18,19
24:22 30:22

31:22 33:9,20
34:12 35:16
36:7 37:20
62:22,25 63:9
63:24 64:15
65:13 69:7,23
71:11 72:1,2
87:11 89:18,25
90:17
**possibilities** 83:7
**possibly** 63:11,13
**power** 51:6 61:23
**pray** 79:2
**precinct** 6:16
10:13,14,16
**predict** 21:13
39:12 89:17,17
89:17
**predicted** 8:24
9:5 10:5 40:3
**predicting** 25:1
89:22
**prediction** 86:19
**predictions** 86:18
**preposterous**
20:8,9,10
**present** 12:18
**president** 85:1
**pressure** 50:12
**pretty** 3:7 74:15
**primary** 45:14
**print** 11:5,14,22
**prison** 89:3 90:3
90:14,17
**prisoners** 87:17
87:18,22
**prob-** 68:2
**probably** 44:1
46:7 50:2 52:24
54:17 65:4
69:12 75:25
84:10 90:8
91:15
**problem** 26:24
85:8

**profanity** 77:8
**programmer** 83:4
**proof** 1:13 3:22 3:23 12:12 27:11,17 45:25 50:25 62:3 77:6
**proportion** 18:17 18:22 20:17,20 20:21
**proportions** 19:4 19:6,13,18
**protect** 74:19
**proved** 2:19 9:24
**proves** 24:4
**public** 91:1
**publications** 3:4
**pull** 29:13 87:4 87:22
**pulled** 70:4 83:24
**put** 2:6 19:18 47:23,23 55:14 57:5,24 58:8 61:21 70:16 77:7 78:23
**putting** 47:25 57:23 71:1,2

**Q**
**quirk** 58:22
**quite** 19:12

**R**
**R** 25:15,15,18,24 30:9 93:1
**race** 39:15 40:14 55:12 67:15 81:23
**racketeering** 78:2
**radar** 68:5
**raised** 9:18 15:20
**ran** 25:8 82:23
**random** 2:15 70:12
**reach** 91:8
**reacted** 82:1

**ready** 50:24 61:1 61:1,2
**Reagan** 47:15
**real** 8:15,21,23 16:5 49:7,8 68:2 73:25 81:25 82:1 86:5 88:22
**real-life** 59:25
**reality** 40:4
**realize** 48:18 61:9
**really** 2:20 4:15 9:22 10:7 11:9 11:19,22 12:11 20:25 23:25 33:21 38:23 39:11 43:13 59:4 89:6
**reasons** 85:15
**recall** 74:14,15 74:23
**recalled** 74:18
**recalls** 74:8
**recipe** 6:7,9
**recognize** 21:2
**recognized** 58:15 58:17
**recording** 2:1 86:14 92:16 93:4,8
**red** 15:21,24 22:13 24:23 31:13 65:10 67:17 70:18
**register** 30:21 63:10 71:18 87:20
**registered** 10:18 14:23 15:2,3 22:14 32:2,4 33:20 34:4 36:16 43:13 63:9 64:2 65:18 66:3,7 68:21 69:20 72:8

73:12
**registra-** 89:10
**registration** 6:15 32:14,17,23 63:1 69:7 73:23 89:10 93:18
**registrations** 4:7 18:11 19:5 20:15 24:23 26:15 32:10 62:19,22 64:18 64:18 89:7
**related** 93:6
**remember** 22:10 30:3
**remembered** 59:12
**removing** 46:18
**Reporter** 93:2,17
**reproduced** 17:18
**Republican** 7:7 7:11,25 45:6 54:13 81:8,14 84:14
**Republican's** 7:12
**reputation** 35:5
**research** 34:9 36:2
**reset** 79:1
**restaurants** 57:4 57:7
**resume** 83:17
**revealed** 54:9
**revealing** 84:17
**revival** 79:3
**rhyme** 44:7
**rid** 35:23 74:1,2,3 74:9 84:19
**ridiculous** 17:11
**ridiculously** 17:21 86:22
**right** 2:8 3:5,9,14 3:16,16,16 4:4

4:11,17,19 5:1 6:2,5,8,10,12 6:12,24,24,24 7:2,5,9,9,14,14 7:17,17,20 8:10 8:13,16 9:1,4,9 9:11,14,14,25 10:6,19,23 11:1 11:6,6,8,10,12 11:15,15,15,21 11:21,23 12:21 13:10,14,18,21 14:2,2,11,20 15:8,8,11,15,17 15:22,25 16:3,6 16:6,14,14 17:12,16,19,22 18:12,14,14,18 18:18,23 19:14 19:16 20:9,11 20:19,22,24 21:1,9,12,15,17 22:13 23:20 24:10,10,25 25:20,23 26:1,4 26:16,19,23 27:24,24 28:1,1 28:6,9,11,11,19 28:19 29:7,17 29:17,25 30:19 31:4,4,6,6,9,11 31:14,21,21 32:12,18,21,24 33:1,4,6 34:15 34:18,18,21 35:14,14,14,22 35:25 36:11,14 36:17,24,24 37:4,7,9 38:11 38:19 39:20,23 40:22 41:7 42:3 42:3,15 43:4,11 43:11,12,21 44:2 45:23 46:6 46:12,17,20,20

47:3,3,6 48:25 49:2,4,6 50:3 50:11,11,11 51:2 52:7,15,18 52:21,23,25 53:15 54:1,8 55:4,8 56:3,7,7 58:16,16,16 59:1,19,24 60:6 60:7,24 61:13 62:8,23 63:4 64:16 65:5,9,12 65:19 66:1 67:22 68:7,18 71:5 72:9,14 73:3,9,19,21,24 74:12 78:19,24 80:15 81:3 83:3 83:5,8,14,16 85:10,21,22 86:5,6,6,21,23 87:16,16 88:21 89:24 90:2
**rights** 76:5
**rocks** 53:5
**roll** 9:8
**rolls** 32:14,17,23 73:23 81:18
**Ronald** 47:15
**room** 16:15 57:6
**rules** 82:16,19
**running** 2:14 50:16 81:19,23

**S**
**safety** 61:23
**save** 79:8
**saw** 80:25
**saying** 15:12 19:20,21 21:18 21:20 53:4 61:14 78:2 80:16
**says** 9:7 56:22 69:21 77:21

scare 53:10
scariest 75:10
scary 46:9
school 3:12 59:23
  67:15 68:6
science 3:3
scientific 1:13 3:4
scientist 3:2
  16:12
seat 13:8 27:21
  46:11
second 23:16
Secretary 74:10
see 2:11,23 3:19
  3:23 4:2,24
  11:5,19 13:3,15
  13:24,25 14:9
  17:17 19:9
  21:25 27:22
  29:18 41:12
  42:22 46:1,5
  49:13,14,17
  54:8 62:4 64:10
  69:11 70:15
  71:4,25 75:15
  76:4,11 82:19
  84:11,14 86:10
  87:25 89:25
seeing 27:6 44:19
  44:16 60:4
  71:22 85:23
seen 27:14,16
  37:11 38:3
  44:11 60:5 62:3
  62:15 63:23
  90:8
sense 15:23
separate 2:7
September 59:5
serious 57:16
set 6:4,9 19:6,13
  21:20,23,25
  22:3 39:8,10
  80:6 88:14 89:1
shaded 24:23

shame 75:22
  86:10
shape 20:12
  34:16,19,20
Shapiro 67:14
share 47:24
shifted 34:20
  61:6
shifting 62:17
Shiva 45:16
Shorthand 93:2
  93:17
show 10:14 12:7
  18:8,25 22:9
  42:19 43:1,6
  45:8 53:13
  77:12 80:18
showed 2:11 3:23
  12:3 14:22
  16:23 43:10
  45:16 65:7
showing 13:16
  36:22 38:1
  40:20
shown 15:9
shows 7:23 69:1
  70:22 77:12
shrink 32:17
shut 40:10
side 12:11 85:14
sign 77:7
signature 74:17
significant 7:20
  7:22
similar 18:15
simple 11:9 62:18
single 19:21,25
  20:2 22:24,25
  43:18 92:2
sit 44:10 55:10
sit- 67:17
sitting 54:25 55:6
  67:20
six 21:7,10,16
  44:20

size 28:17 74:16
small 17:21 71:16
  71:18
Smartmatic 41:6
  44:8 53:8
Smith 9:8,10,13
  11:19
smooth 20:25
social 53:25
  55:20 57:17
  61:19 77:20
socialism 52:16
  55:19
solution 85:8
somebody 53:4
  53:13 73:8
  77:11
something's
  42:11,12
sophisticated
  18:25
sorry 10:15
sorted 69:5
speak 39:15
  42:10 48:19
speaking 84:4
speaks 3:20
special 3:12
  59:22 74:22
speech 52:23,25
  76:5 77:24
spend 57:14
spike 65:17
spikes 72:4
spilt 60:12
spread 45:8
  47:24 55:13
spreading 62:7
spyware 12:13
  38:16 45:24
  69:1
squished 55:22
stake 35:5
stand 42:5,7
Stark 22:7

start 80:10 91:3
started 34:23
  52:3
starting 8:18
  36:6 45:1
state 4:13 19:10
  19:13,21,22
  24:5,12 40:21
  40:23,24,24,25
  58:12 74:10
  93:3
state's 91:9
stated 31:20
states 6:19,22
  23:1,14 38:2,18
  40:20 45:12
  62:14 74:22
  79:17 80:7,21
  92:1
statute 47:12
stayed 68:5 80:22
staying 58:22
steal 38:7 48:7
step 23:21
steps 27:25
stole 88:14
stop 43:12 55:12
  55:13 61:15,16
  83:15
stopped 81:17
stops 65:7,10
stress 44:5
students 58:25
  59:18
stuff 2:5 12:1,14
  12:18 29:16
  46:23 48:9,14
  54:13 56:13,15
  66:21 75:9,10
  85:14,22 86:8
stupid 5:25 30:11
subtract 36:12
subtracted 36:6
succumbs 78:12
Suck-a-Buck

77:3
sudden 2:16 17:7
sue 53:10 77:25
Suite 93:19
suits 78:1
summer 56:10
Super 57:3,7
supercomputer
  27:7 28:5 42:7
supposed 15:13
  32:13
suppress 68:5
suppression
  78:23
supreme 44:21
  62:10
sure 9:21 10:9
  35:3 74:23 89:1
  92:9
surprised 19:1
  27:4,5
swing 10:25
  38:18 40:21
sworn 48:5 66:19

| T |
| --- |

T 93:1,1
ta- 85:7
table 67:21
take 17:14 32:13
  45:21 48:13
  51:5 54:7 77:24
  77:25 85:8 86:2
takes 29:10,10
  82:9,21
talk 53:13,20
  77:9,24
talked 57:20
talking 12:12
  56:25 76:21
  77:20
tangent 55:24
tapes 83:19
taste 75:14,14
teach 59:18,18

Scientific Proof - April 3, 2021

teaching 3:11
   58:24 59:7,15
   63:5
team 75:25 76:1
tech 60:12
technology 29:11
   52:9
tell 3:1 6:3,4 7:3
   35:7 37:25
   47:25 48:18
   50:21,23 62:9
   62:12 74:6
   75:23 77:4,6
   79:12 84:9 87:8
   91:7
telling 13:22 22:6
   38:14 39:2 86:1
tells 7:6 37:5
   64:22
terms 69:6
Terri 93:2,16
terrible 56:21
terribly 2:17
test 72:23
testimony 66:19
Texas 40:25 93:3
   93:16,19
tha- 32:9 68:15
thank 92:5,10,10
Thanks 92:15
Thanksgiving
   56:23
theoretical 10:8
   73:10,13,15
theory 9:24
thing 6:13 11:9
   12:9 13:16
   18:16 21:6 23:3
   23:16 39:7
   43:19 51:3
   62:16,18 65:6
   68:8,24 73:16
   74:22 75:4,23
   86:1
things 28:10 36:5

39:11 42:17,20
   54:2 55:9 58:14
   59:13 63:21
   68:20 76:24
think 8:14,15
   16:5,8 18:10,10
   19:17 26:20
   31:2 34:16,17
   34:22 43:13
   50:3,15 55:20
   56:3 66:18 72:6
   80:5,7
thinking 27:6
   46:19 55:18
thou- 14:18
thought 46:8
   63:2 83:23
Thousands 32:4
threaten 53:12
   77:25
Thur- 13:11
ticket 67:10,15
tickets 24:14,19
till 50:24
tilted 85:20
time 5:4 7:1 8:9
   8:12 19:19
   22:23 37:17
   39:17 42:14
   43:24,25 44:1
   44:15,16,21
   49:7,8 52:12
   55:12 57:15
   68:2,4 81:17
   91:1 92:11
times 62:11
TinkerToy 48:2
today 44:18
   55:20 74:8
   77:10
told 38:2 62:21
tool 80:7
top 19:5
total 36:6 71:4
totals 88:22

track 50:16
tracking 42:13
traditional 67:17
   81:8
traditionally
   84:11
traffickers 77:14
   77:15
trained 9:2
transcribed 93:8
transcription
   1:12 93:4,11
trial 77:14
tried 83:23
trillion 44:1
truck 70:10
   82:14
Trump 38:15
   40:1 51:6 81:14
   85:2 88:17
truth 62:4
try 31:10 53:21
   61:10 86:8 89:8
   91:8
try- 47:8
trying 47:4
turn 11:7,14
   43:15 57:15
turned 16:2,24
   17:9
turnout 21:11
   83:10,12
turns 87:14
TV 77:12
TVs 57:6
Twitter 76:13
two 4:2 30:3 35:5
   36:19,20,25
   37:2 58:14,20
   59:12 60:4,5
   76:25 77:2 81:7

   U
U.S 59:10 69:23
Uh-huh 4:9

20:16 23:17,23
   25:17 33:10
   44:17 89:21
underneath
   24:24
understand 6:14
   27:5
union 86:3
United 22:25
   45:12 79:17
   92:1
unnatural 30:16
use 7:1 18:16,17
   18:21 19:4
   26:17 28:25
   40:25 52:25
   59:18 60:23
   89:7
usually 7:8,16

   V
vaccine 53:19
   54:7 76:14
   77:22
valid 11:18
validated 74:17
Venezuela 52:3
video 93:4
virus 56:10
volunteers 9:3
vote 7:8,8,9,12
   11:13 33:9
   35:21 36:13
   43:16,19 51:4,5
   52:16 67:24
   68:1
voted 8:3,5,10
   9:10 20:7 22:12
   31:25 33:7
   52:14 66:6,12
   66:24 67:16
   68:21 71:13
   72:8 84:5,11
voter 9:7,16
   14:22 16:1 58:2

voters 11:4 16:5
   31:3 33:5 43:13
   63:9
votes 7:25 8:1
   11:5 17:9 41:9
   41:9,15,19
   56:11 67:23
   82:10,14 83:11
   89:18
voting 7:6 56:6

   W
wait 8:5 9:15
   36:22 37:2 44:8
   60:5 64:18,18
walk 65:4
want 2:11,11
   4:22 7:10,18
   11:3 17:2 22:9
   24:12 26:22
   27:5,10 29:18
   31:9,10,18 34:6
   34:6 37:25
   40:20 44:10,10
   44:14 45:9
   48:17 50:21,22
   56:9,9 57:14
   62:4,4 68:16,17
   74:6 77:5,9
   84:3,8
wanted 2:7,8
   10:25 56:18
wants 73:20
wasn't 36:23 54:6
   61:1,2 81:16
   84:5
watched 27:11
   62:12,13,13
watching 13:9
   28:25 30:2
   46:10,13 47:14
way 6:14 11:17
   11:17 12:10
   25:15 32:2
   36:18 42:11

48:12 50:12
55:23 57:6
69:12 80:5,20
86:10 89:6
**We'll** 50:4 61:21
89:2
**we're** 2:9,9 40:14
40:20 44:19
47:16,25 48:1,2
52:11,23 53:10
53:11,11 54:13
55:6,6,16 60:8
74:9 75:23 76:6
76:8 78:5,22,24
80:16 90:24,25
91:3,8
**we've** 2:3 22:6
45:7,23 50:22
62:15 68:25,25
69:3,4 82:20
84:18
**week** 2:3,4 82:9
82:16,22
**weeks** 44:20
76:25 77:2
**welcome** 2:10
92:12
**went** 2:18,18,21
8:18,24 23:10
30:24 31:6,14
37:11,16 38:2
38:13 44:13
54:14 55:18
65:20 67:4 70:3
70:4 72:4
**whistleblowers**
12:14
**wide** 47:13 55:14
62:7
**widespread** 4:12
**wiggles** 17:18
**WikiLeaks** 48:2
**win** 11:3 22:1
82:19
**wins** 48:19 51:6

85:18,19
**Wisconsin** 45:18
50:12,14,18,19
80:10,12,13,14
80:15,18,20,21
81:1,3,7,7,25
82:7 91:7
**Wisconsin's**
80:21
**witnessed** 83:19
**woke** 2:16
**won** 2:15 38:15
38:22,23
**wonder** 48:17
**word** 6:11 45:7,8
53:17
**words** 5:10 18:21
20:17 24:4 88:9
89:16
**work** 5:20 8:18
12:11 13:13
23:24 46:22
50:25 69:3
**worked** 12:17
27:12 29:19
56:13,16
**worker** 57:12
**working** 3:13
47:2,7 50:12
57:12
**works** 23:18 24:2
24:5 25:12
**world** 26:21
44:20 46:8
47:14,16,24
52:5 54:18
55:23 75:9 79:8
79:12 92:1
**worried** 46:3,4
79:13,13
**worst** 82:21
**would've** 51:9
**wouldn't** 34:14
74:24
**wow** 13:13 25:3

28:14 38:10
41:11,20 43:7
59:16 61:4
62:20 64:20
69:9 91:14,17
92:8
**write** 83:6
**wrong** 2:18 42:11
42:12

---

**X**

**X** 20:5

---

**Y**

**Y-** 65:16
**yeah** 5:5 12:2
13:25 14:19
15:6 17:5 18:5
22:9 24:16 25:6
25:10 28:19
29:4,4,20,22
30:12,16,23
31:1,16 33:6,17
34:13,13 36:20
38:6,9 39:4,6
40:5,5,7,9,12
42:18,21,21,24
45:4,15,19
46:15,15 47:20
48:8 49:19,24
50:1,20 53:2,15
53:23 54:8,11
54:15 55:8 56:5
56:7,14,24 57:2
57:8,19,19,25
58:14,20,23
60:2,2 61:3
66:20 67:19,22
67:25 68:7,9,11
69:16,24 70:2,2
70:9,17 71:8,14
74:5,13 75:17
75:20 76:8,10
76:15,19 77:1
77:16 79:9,15
79:19,19,20

80:3,9 81:1,2,5
81:9,11,15 82:2
82:8 84:16,21
85:3,6,16 86:4
88:15 89:4
90:15,22 91:5
92:14
**year** 33:13 37:18
37:22
**years** 3:3 14:18
32:25 60:6 61:6
62:18 65:21
**yep** 5:12,14,16,18
9:19 14:13,16
22:2,13,15 23:7
35:25 36:4,4
45:4 54:4 87:24
88:18,18
**York** 82:15
**YouTube** 53:24
76:25

---

**Z**

**Zuckerberg**
57:20 58:8 77:7

---

**0**

**0** 25:24

---

**1**

**1** 25:18,21
**1.000** 26:2
**10** 14:17 60:6
61:6 62:17 72:7
**10-hour** 2:6
**100** 16:15 19:18
26:7 35:3 43:20
44:4 45:24
86:16,16 88:1
**101** 93:19
**11,000** 14:18
**12** 41:15,21
**14** 25:9
**15** 69:14
**15,000** 67:16
**150** 33:21 61:25

**151** 69:8
**16** 38:24,25
**1600** 8:25 72:23
**17** 38:24,25
**18** 19:18
**18-year-olds**
35:24
**1996** 3:11
**1st** 12:23 29:3

---

**2**

**2** 18:13,15 36:2
**2-** 58:9,11
**20** 69:13,15,17
87:11
**20-some** 34:1
**20-year-olds**
20:18
**2010** 34:23,24
37:23,24 43:6
59:10 60:6,8,19
63:19,25 65:13
69:23 86:17
88:14
**2020** 33:15,16,16
34:12 60:9,23
61:6
**2022** 55:7
**20th** 47:10 86:2
**214** 93:20
**25** 62:11
**2500-some** 84:10

---

**3**

**3** 36:2 40:10
**3,000** 46:14
**30** 8:24 9:6 10:2
10:5 72:15,16
81:18
**30-year-olds**
20:20
**300** 58:9,11
**312** 93:18
**32** 10:3,4,5
**3rd** 8:7

Scientific Proof - April 3, 2021

| 4 |
|---|
| **4** 35:9 36:6,12 43:23 |
| **40** 3:3 20:21 |
| **400** 65:22 |
| **4228** 93:18 |
| **4th** 2:16 49:17 80:22 |

| 5 |
|---|
| **5** 41:19 |
| **5,000** 87:15 |
| **50** 65:21 69:10 87:11 |
| **50-year-olds** 65:22 |
| **50,000** 48:5 66:18 |
| **500** 84:10 |
| **550,000** 36:13 |
| **57** 41:8 |
| **57,000** 41:9 |
| **5th** 12:23 29:3 77:6 |

| 6 |
|---|
| **60** 3:3 14:18 |
| **64** 33:25 69:6 |
| **6581** 93:17 |
| **66** 38:15 88:23 |
| **68** 40:3 |
| **6th** 21:5,6 47:5 |

| 7 |
|---|
| **7** 38:22 |
| **7-31-25** 93:20 |
| **7,000** 67:23 |
| **70** 67:18,21 81:8 |
| **70-some-thous...** 76:12 |
| **70-year-old** 19:21 |
| **70-year-olds** 72:6 72:7 |
| **75** 41:18 81:13 |
| **75206** 93:19 |

**7th** 21:11

| 8 |
|---|
| **8** 38:22 |
| **80** 15:13 38:15 40:4 88:22 |
| **82** 19:18 21:7 |
| **855-5100** 93:20 |
| **86** 17:15 18:10 |
| **88** 18:3,4 25:12 25:13 |

| 9 |
|---|
| **9-0** 44:22 |
| **90** 65:8,11 |
| **90-some** 50:15 |
| **90s** 3:10 |
| **95** 15:16,17 |
| **99** 69:15 |
| **99.9** 88:3 |
| **999** 30:9 86:16 |

# Exhibit A-19

Absolute Interference

1
2
3
4
5
6
7
8
9
10
11
12  **CERTIFIED TRANSCRIPTION OF**
13      **ABSOLUTE INTERFERENCE**
14
15
16
17
18
19
20
21
22
23
24
25

Absolute Interference

1          (Recording begins.)

2               UNIDENTIFIED SPEAKER:  WVW Broadcast

3  Network is pleased to present the Mike Lindell

4  DocuMovie, Absolute Interference, scientific and

5  national intelligence proof that enemies, foreign and

6  domestic, used computers to hack the 2020 election.  The

7  Mike Lindell DocuMovie, Absolute Proof, was seen by 70

8  million in the first four days and 150 million in the

9  first four weeks.

10               Mike Lindell has absolute proof that the

11 largest cyber crime in world history occurred through

12 absolute interference.  And now, here is your host, Mike

13 Lindell.

14               MR. LINDELL:  Hello, everyone.  The last

15 time I was in this studio, we were filming Absolute

16 Truth.  I want to give you an update on that.  It has

17 now been seen by over 150 million people around the

18 world.  And when that launched, I want to bring you up

19 to date on that.  When we -- all the way up to

20 February 5th -- all the way up to the 4th --

21               I give everyone, all the media, my phone

22 number, my direct phone number, not using any PR firm.

23 I like to talk to them direct.  And these are all your

24 media, from the -- from CNNs to your Foxes to the New

25 York Times, the Washington Post, all of them, USA Today,

Case 1:21-cv-02900-CJN   Document 136-4   Filed 12/09/23   Page 742 of 971

3

<p style="text-align:center">Absolute Interference</p>

1  ABC, NBC, CBS, they all have my direct number.

2          Well, you mean until the 4th, every single

3  day, from morning till night, they called up.  Hey,

4  Mike, you know, they -- you lost your Twitter, you lost

5  your My Pillows Twitter, they're boycotting you,

6  they're -- your retailers are leaving, all these things.

7  And -- and I kept telling them, you know what, the --

8  and the reason they're doing that is because I have

9  proof, 100 percent proof that our country was attacked

10  by China, by communism coming in, this foreign

11  interference to our elections through the machines,

12  Dominion, Smartmatic, ES&S, all of them.

13          So every day, they're mocking me in the

14  news, they're mocking me on late night T.V.  Jimmy

15  Kimmell, he was great at, you know, making fun of the

16  evidence, con- -- you know, it's conspiracy, conspiracy,

17  Mike Lindell's nuts, all these things.

18          Well, I kept telling them, on February 5th,

19  we're going to launch -- we're going to show you all the

20  evidence in this -- in this documentary called Absolute

21  Proof.  I told all the media that.  Well, here's what

22  came.  On February 5th, when I left this studio that

23  morning and this launched at 9:00 a.m. on February 5th,

24  here's what happened.  First of all, crickets.  No -- no

25  media called me, they didn't call, they didn't write,

Absolute Interference

```
1   nothing.
2               But here's what did happen.  This started
3   o- -- it opened up.  Vimeo took it down, YouTube took it
4   down.  This is within the first couple hours.  50,000
5   people a minute were watching in to come in and see this
6   evidence.  50,000 people a minute.
7               Then it goes up on Facebook, and what does
8   Facebook do?  They put a sign over it, it says,
9   "contains nudity and profanity."  They did this big
10  attack on this evidence.  And none of them -- none of
11  them out there said, Oh, this -- you know, this isn't
12  true or this isn't true.  They just completely didn't
13  show it.  They didn't talk about it.
14              But we all seen it.  Every one of you out
15  there seen it.  What we're doing tonight, we're going
16  to -- we have another two-hour documentary here, and
17  this is going to show us.  So far, what we did, we
18  validated what you seen before, the cyberattack, the IP
19  addresses, the I- -- IDs of the computers.  But tonight,
20  I, for the first time, am going to see stuff that I've
21  heard is the most amazing evidence to add on to what we
22  already have, the 100 percent proof times two.  It's
23  going to be a great, great, great two hours, and I can't
24  wait to get started.
25              Hello, everyone.  Well, now we have General
```

Absolute Interference

1  Mike Flynn, a hero in our country, and another divine
2  appointment where I actually met him in January for the
3  first time.  And you know, as you all know, I got my
4  evidence, I got the first piece of evidence, that new
5  evidence on January 9th where I went all in against
6  these machines and this foreign takeover and everything
7  we had in Absolute Proof.
8              And now here in this one, I wanted the
9  general to come in because he knows a lot more and it
10 started a lot earlier for you.
11             GENERAL FLYNN:  Yeah.  Yeah.
12             MR. LINDELL:  And thanks for being here.
13             GENERAL FLYNN:  Yeah.  Well, Mike, you
14 know, thanks for having me.  And Absolute Proof was --
15 or Absolute Truth was an unbelievable show that -- that
16 came up and at the right time.  And -- and what I would
17 just offer on foreign interference, foreign interference
18 in our -- in U.S. elections goes all the way back go the
19 founding of this country.  And without belaboring all
20 the history of it, one of the things that we learned
21 right after the -- the 3 November election, we had in
22 individual who was -- participated in the Venezuela
23 election, and this is where the -- the -- the Dominion
24 machines first popped up.
25             MR. LINDELL:  That was with Smartmatic,

Absolute Interference

```
 1  right, kind of birth of --
 2              GENERAL FLYNN:  The Smartmatic and -- and
 3  Dominion --
 4              MR. LINDELL:  The birth of the machines,
 5  everybody.
 6              GENERAL FLYNN:  -- that's right.  That's
 7  right.  So -- you know, and -- and we'll talk about the
 8  different machines that are used, Dominion, Hart is
 9  another one, ES&S is another one.  But these machines
10  that -- that we have applied to our -- our election
11  system in our country, so what we have is we have this
12  individual and we knew all of this before you even --
13  before we -- we met --
14              MR. LINDELL:  Right, met, right, right.
15              GENERAL FLYNN:  -- and before we started to
16  talk about all this.
17              We're following not just the foreign side
18  of it, but how were they working with people inside of
19  our own system too --
20              MR. LINDELL:  Right.
21              GENERAL FLYNN:  -- inside of the election
22  process in the various counties.
23              MR. LINDELL:  So the -- so the cheating
24  over the decades and centuries that's gone in our
25  election --
```

Absolute Interference

```
1              GENERAL FLYNN:  I mean, they --
2              MR. LINDELL:  -- we just graduated now to
3    where it's high-tech.
4              GENERAL FLYNN:  To it's high-tech.  So what
5    we always had was we always had pressure from foreign
6    influences, foreign interference from different
7    countries.  Back in the beginning of this country, it
8    was Great Britain and -- and France.  It's just migrated
9    to countries like China, Russia, Iran, Venezuela, North
10   Korea.  And these are all countries that have had some
11   play in our election processes for the last -- probably
12   for the last decade.
13             MR. LINDELL:  Right.
14             GENERAL FLYNN:  We -- we've migrated from
15   people going in and voting by hand -- by raising their
16   hands to paper ballots.  Now we're into the 21st century
17   and we have these machines.
18             MR. LINDELL:  Right.
19             UNIDENTIFIED SPEAKER:  This inspired
20   (inaudible) and the organizers of this year's DEF CON
21   Hacking Conference to collect over 30 pieces of
22   voting-related equipment, including voting machines, in
23   a mock elections office and tell a group of hackers to
24   try any means necessary to break into and reverse
25   engineer them.  And it didn't take long.  Several were
```

Absolute Interference

1  compromised within the first hour and a half.

2          UNIDENTIFIED SPEAKER:  So if you're a voter

3  in America, we're likely hacking the machine that you

4  vote on.  There's a few dozen of these machines and also

5  electronic poll books.  In some states, people check in

6  on an electronic device as opposed to a paper book.

7          UNIDENTIFIED SPEAKER:  Do you think that

8  (inaudible), real criminals, have -- already have an

9  idea of some of the vulnerabilities that are being

10  discovered today?

11          UNIDENTIFIED SPEAKER:  Absolutely.  It's

12  all documented.  It's in public documents.  It's not

13  hiding anywhere.  You can go actually to Secretary of

14  State websites and download and learn hundreds and

15  hundreds of vulnerabilities.

16          UNIDENTIFIED SPEAKER:  By the end of the

17  weekend, all of the available machines had been hacked

18  successfully.

19          Do you believe that right now, we are in a

20  position where the 2020 election will be hacked?

21          UNIDENTIFIED SPEAKER:  Oh, without

22  question.  I mean, the 2020 election will be hacked no

23  matter what we do, even if we're as -- more successful

24  that I even think we could be in -- in securing our

25  elections.

Absolute Interference

1    GENERAL FLYNN:  And these machines, what we
2  do know, one of the things that we do know for certain
3  is that the machines are connected to the internet.  And
4  most people -- most people in this country, when you go
5  in to vote, you're -- in fact, I believe everything that
6  we discovered, none of those machines are supposed to be
7  connected to the internet, none of them.
8    You're supposed to go in, take your piece
9  of paper, put it in there.  You know, you -- you vote
10 and it's counted and it's -- and it's a legitimate free,
11 fair and -- and transparent count.  And what we've
12 learned is that because they're connected to the
13 internet, we have all these paths, these electronic
14 pathways or these electronic roads that lead from that
15 machine where that individual voted, where a U.S.
16 citizen voted, and it goes back into these IP addresses.
17    And all an IP address is, it's a -- it's
18 like a roadway, it's an electronic highway, and it goes
19 back into another country.
20    MR. LINDELL:  Right.
21    GENERAL FLYNN:  It goes back into -- we
22 know, because the FBI and -- and the -- and the cyber
23 arm of the Department of Homeland Security, CISA,
24 which -- which some people learned about during the
25 postelection process, they basically gave alerts out on

Absolute Interference

1  the -- I think it was the 28th of October, prior to the
2  election, and on the Election Day, the 3rd of November,
3  and they alerted us that Iran was -- was interfering in
4  our elections.
5          On those two days alone, one was a couple
6  of days prior and one was on the day of the election.
7  So our FBI and CISA, the cyber arm of the Department of
8  Homeland Security --
9          MR. LINDELL:  Right.
10         GENERAL FLYNN:  Yeah, they gave out these
11 alerts and they said, Hey, Iran is interfering in our
12 election process.  Most people don't know that.
13         MR. LINDELL:  Because they could see the
14 cyberattack or --
15         GENERAL FLYNN:  So when -- yeah.
16         MR. LINDELL:  -- they could see the attack?
17         GENERAL FLYNN:  They can -- they can see
18 the -- the -- the actual -- you know, the actual digital
19 fingerprint, or digital --
20         MR. LINDELL:  Right.
21         GENERAL FLYNN:  -- footprint, if you will.
22         MR. LINDELL:  It's that cyber --
23         GENERAL FLYNN:  Right.
24         MR. LINDELL:  It's that spyware we've
25 talked about --

Absolute Interference

```
1              GENERAL FLYNN:  Right.
2              MR. LINDELL:  -- in our -- in Absolute
3   Proof in the --
4              GENERAL FLYNN:  Exactly.  Exactly.
5              MR. LINDELL:  And -- and one of the things,
6   too.  And then -- and then we found out in Absolute
7   Proof, like 60 percent of the attacks came from China --
8              GENERAL FLYNN:  Yeah.
9              MR. LINDELL:  -- the IP addresses.
10             GENERAL FLYNN:  So -- so when you start to
11  talk about the foreign interference, now what you have
12  to understand is, who are these groups of countries that
13  are working together to interfere in our elections?
14  They do not do it one off.  Like, Iran is not on its own
15  doing it, Russia's not on its own doing it, Venezuela's
16  not on its own and neither is China.  The big -- the big
17  sort of gorilla in the room is China.
18             MS. LOFGREN:  Many have concerns about
19  voting systems with remote access software, and I think
20  we want to make sure that companies no longer sell
21  voting machines that have network capabilities.  We need
22  also to understand supply chains.  In December 2019, a
23  study released by Interos, a supply chain monitoring
24  company, showed that one-fifth, or 20 percent of the
25  components in a popular voting machine came from
```

Absolute Interference

```
 1  China-based companies.
 2              Furthermore, close to two-thirds, or
 3  actually 59 percent of suppliers within that machine's
 4  supply chain had locations in either China or Russia.
 5              GENERAL FLYNN:  China is clearly -- I mean,
 6  everything that we've learned about the ownership of
 7  some of these machines --
 8              MR. LINDELL:  Uh-huh, right, right.
 9              GENERAL FLYNN:  -- some of these companies
10  to -- to how they're actually operating inside of this
11  country and then all of the things that we've learned
12  about cyber warfare and information warfare over the
13  last couple of decades, particularly as it relates to
14  China, the theft of various databases and everything
15  that we represent in our digital life, pretty much the
16  Chinese have stolen that information.
17              MR. LINDELL:  Well, and --
18              GENERAL FLYNN:  So now you take it to the
19  elections --
20              MR. LINDELL:  Right.
21              GENERAL FLYNN:  -- you take it to the
22  elections and you look at the -- the machinery that we
23  are using in our election process, which, you know, I
24  don't know how we're going to go forward as a nation and
25  continue to use these machines, knowing that what we
```

Absolute Interference

1  just went through was really a -- a false election.  It
2  was a false election.  When -- when -- and I know that
3  some of the states that we looked at, some of the
4  contracts that we looked at, they -- machines are not
5  supposed to be connected to the internet.
6              MR. LINDELL:  Right, right.
7              GENERAL FLYNN:  They're supposed to be free
8  of the internet.  Well, if it's connected to the
9  internet, that means that anybody in any country -- and
10 I can name some of the countries.
11             MR. LINDELL:  Right.
12             GENERAL FLYNN:  So we know China, we know
13 Iran, we know Spain had something to do with it, we know
14 Serbia, we -- we're -- we've had Italy come up, we've
15 had Germany come up.  I mean, so these are just --
16             MR. LINDELL:  What --
17             GENERAL FLYNN:  And -- and, of course,
18 Russia.
19             UNIDENTIFIED SPEAKER:  Many of the states
20 of these United States still use outdated, easy-to-hack
21 voting machines.
22             MR. HALDERMAN:  In every single case where
23 a U.S. voting machine has been analyzed by -- by
24 competent security researchers, they've found
25 vulnerabilities that would let someone inject malicious

Absolute Interference

1   software and change election data.  Every single case.

2              UNIDENTIFIED SPEAKER:  That's Professor J.

3   Alex Halderman from the University of Michigan.  He's

4   one of the world's leading specialists in voting

5   systems.  He's helped Congress draft legislation on how

6   to beef up election security.  But if the machines

7   aren't actually online when you vote, there's no way to

8   hack them, right?

9              MR. HALDERMAN:  This is something that you

10  hear all the time in the U.S. from election officials.

11  Unfortunately, it's not actually true.  Those election

12  management system workstations sometimes are connected

13  to the internet, or they're -- or the data that's

14  programmed into them passes through an internet

15  connected system.  So we're just one or two hops away

16  from an online attacker.

17              I -- I think we need to worry very much in

18  2020 about not only Russia, but Iran, China, North Korea

19  and -- and other countries that have sophisticated

20  cybersecurity offensive capabilities.

21              GENERAL FLYNN:  Most people won't see it in

22  the regular media in this country, but New Hampshire as

23  an example.

24              MR. LINDELL:  Yeah.

25              GENERAL FLYNN:  So New Hampshire, what --

Absolute Interference

```
1   one of things that they learned up in New Hampshire is
2   that in a parti- -- in one particular district, I guess,
3   or certainly a -- one of the counties up there, all of
4   the machines started the day with 300 votes already in
5   the algorithm or already in the machine counted for --
6   for -- for Joe Biden.  300 votes already before anybody
7   even turned the thing on.  So when they turned them on,
8   300 votes.  We know that in New Hampshire right now.
9   That's being in- -- invested and I -- and I appreciate
10  the people of New Hampshire doing that.
11              In -- in -- I think it's District 20 or 22,
12  Claudia Tenney out of New York, well, she didn't concede
13  her race, and I think that they did three canvassings,
14  she continued to win each canvassing, and lo and behold,
15  in her election runoff, in her election race where she
16  won, and now she's a -- she's a Congresswoman from New
17  York, her problem there was also the machines and the
18  machines not operating properly and to disadvantage her.
19              And now the -- the -- the defense against
20  her, or the people that are attacking her are saying,
21  Well, it's -- you know, the machines are the ones that
22  gave you the race.  So you can't have your cake and eat
23  it too.  We know -- we know from other -- other
24  information that we have, that in other states -- and
25  this information's going to come out.
```

Absolute Interference

1              MR. LINDELL:  Right.
2              GENERAL FLYNN:  In other states with these
3    algorithms and -- even the word algorithm, you know, is
4    too many syllables for most people to understand.  But
5    essentially, what it is, it's a way to manipulate the
6    data in one of these computers, one of these phones or
7    one of these machines that they use.
8              Basically, you can set the machines for a
9    certain amount of -- amount of votes already so when
10   they come in at -- at 6 o'clock in the morning or
11   7 o'clock in the morning on the 3rd of November and they
12   turn the machine on, it automatically has a number
13   that -- that is for the -- for the guy that they want to
14   win.  And in this case, we know of one particular state
15   where we're looking at it, and we think that the -- that
16   the machines were all set at 35,000, Mike.
17             MR. LINDELL:  It is, yes.  Yeah.
18             GENERAL FLYNN:  35,000.
19             MR. LINDELL:  We won't name no states, but
20   Arizona.
21             GENERAL FLYNN:  Yeah.  But they're going
22   to -- it's going to come out.
23             MR. LINDELL:  And it's going to come out.
24   And this is all -- and that's just another way that we
25   can cheat with these machines.

Absolute Interference

1         GENERAL FLYNN:  Right.

2         MR. LINDELL:  There's actually four ways,

3    maybe even more we don't know about, but these are all

4    the --

5         GENERAL FLYNN:  Right.

6         MR. LINDELL:  -- online ways.

7         And you know, we -- we were talking

8    earlier.  If y'all -- if you watched the movie -- I --

9    someone said, Mike, you've got to watch the movie, Kill

10   Chain.

11        GENERAL FLYNN:  Right.

12        MR. LINDELL:  So I watched this movie and

13   I'm going, what?  It was a -- like a year ago, it came

14   out on HBO, and my own senator, Amy Klobuchar, Democrat,

15   she's in the movie --

16        GENERAL FLYNN:  Yeah.

17        MR. LINDELL:  -- saying we should never

18   have these machines.

19        GENERAL FLYNN:  Right.

20        MS. KLOBUCHAR:  We're very concerned

21   because there's only three companies.  You could easily

22   hack into them.  It makes it seem like all these states

23   are doing different things, but, in fact, three

24   companies are controlling this.

25        UNIDENTIFIED SPEAKER:  We don't know

Absolute Interference

1  anything about how they organize themselves and how

2  their software works because it's all proprietary.

3          MR. DANIEL:  The degree to which the voting

4  machine companies will say, "we got this," that's almost

5  always a warning sign for anybody in the cybersecurity

6  business because unless they are really, truly skilled

7  and have been doing cybersecurity as their main business

8  for a long time, they usually don't got this.

9          MR. BRAUN:  Unlike Microsoft, who's

10  actually very transparent about their security issues

11  and they have hackers routinely come in and hack them

12  and then they make their vulnerabilities public

13  information in most cases, the voting machine vendors

14  are the opposite of that.

15          MR. STAUFFER:  What I have found,

16  especially in the voting system arena, is that

17  security's not really taken very seriously.  We hosted a

18  testing plan with the California Secretary of State's

19  office, saying we were going to do X, Y and Z.  And they

20  approved that plan, and so we started that plan of

21  testing.  And what we found is just -- it's -- it's

22  staggering.  There were multiple vulnerabilities that

23  could allow an attacker to get the highest level of

24  privilege or the highest level of -- of rights and then

25  gain remote access into the -- the system and do what

Absolute Interference

1  you want to do, whe- -- whether it's change an election
2  or shut the system down.
3              And when ES&S discovered that we were not
4  using their testing plans, they were appalled.  When we
5  used our own testing plan and found these
6  vulnerabilities, they pretty much told us that they had
7  their own team and that they were not interested.
8              The fact that we had vendors that say "you
9  cannot look at our code" is the first problem.  And in
10  2014, we evaluated Dominion's Democracy Suite.  We found
11  a number of vulnerabilities.  The same thing that --
12  with ES&S.  We found multiple operating system patches
13  missing.  And essentially what that means is an attacker
14  can inject code into that system, execute that with a
15  possibility of receiving some sort of control.
16              If I can get on that system, if I can get
17  access to the ba- -- database and if I can change the
18  elections, change an election for a city, for -- for a
19  county, for a state, however.
20              How can a vendor sell a voting system with
21  this many vulnerabilities?  And I just -- I -- I can't
22  find a straight answer.
23              GENERAL FLYNN:  Amy Klobuchar's in there,
24  Senator Blumenthal, I think is the other senator in
25  there.  And if you watch Kill Chain, which is before

Absolute Interference

1  this happened, over a year ago, before the -- the 3
2  November election, these Democratic senators are talking
3  about the machines and how corrupt they are, and that we
4  shouldn't count on these machines --
5            MR. LINDELL:  Right, right.
6            GENERAL FLYNN:  -- to actually function
7  properly during our federal elections.
8            UNIDENTIFIED SPEAKER:  Voting is our
9  capability to have a peaceful transfer of power.  If you
10 don't have that, the alternatives are revolutions.
11           UNIDENTIFIED SPEAKER:  We call them voting
12 machines, but they're nothing more than obsolete
13 computers.
14           UNIDENTIFIED SPEAKER:  2002 is when they
15 put them in service.
16           UNIDENTIFIED SPEAKER:  A commonly used
17 argument, they are never connected to internet.
18           MR. HICKS:  No voting machines are
19 connected to the internet.
20           MR. COMEY:  Not connected to the internet.
21           MR. HAAS:  Not connected to the internet
22 and therefore cannot be attacked.
23           UNIDENTIFIED SPEAKER:  Oh.  It wants to go
24 to internet.  That's very nice.
25           MS. NIELSEN:  In 2016, we know that Russian

760 of 971

Absolute Interference

1   actors targeted state election systems.

2              UNIDENTIFIED SPEAKER:  When people say "no

3   votes were changed," it misses the point.

4              UNIDENTIFIED SPEAKER:  Imagine you go in

5   and flip the digits of everybody's address.

6              UNIDENTIFIED SPEAKER:  When you prevent

7   people from casting a ballot, you've hacked an election.

8              UNIDENTIFIED SPEAKER:  We may be buying the

9   world's best 20th century military when the battlefront

10  is election security.

11             UNIDENTIFIED SPEAKER:  I had full access.

12  I could have changed any vote.

13             UNIDENTIFIED SPEAKER:  It's called a kill

14  chain.

15             UNIDENTIFIED SPEAKER:  (Inaudible),

16  paralyzation.  When the governments cannot take action,

17  that's when you finish the target.

18             UNIDENTIFIED SPEAKER:  How confident are

19  you that the 2018 midterm elections are going to be

20  legitimate.

21             MS. KLOBUCHAR:  I'm very concerned that you

22  could have a hack that finally went through.  You have

23  21 states that were hacked into.  They didn't find out

24  about it for a year, and the's one of the reasons that

25  we want to pass our bill so that -- that there's now a

Absolute Interference

1  requirement that they tell the individual Secretary of

2  States immediately so they can protect themselves.

3             GENERAL FLYNN:  So they were concerned and

4  they were saying it because -- and the reason -- the

5  reason why Kill Chain was even done was because of all

6  of the noise about Russian interference in the 2016

7  election.  So as they looked at this and they looked at

8  foreign interference, which is rampant --

9             MR. LINDELL:  Right.

10            GENERAL FLYNN:  -- foreign interference has

11 happened in our country for -- for decades, as I

12 mentioned, and it's been going on forever.  We are now

13 just in a much more sophisticated means by which they

14 can interfere, and that's with these machines.  And --

15 and so we can't --

16            MR. LINDELL:  And that's what they --

17            GENERAL FLYNN:  -- count on --

18            MR. LINDELL:  Right.

19            GENERAL FLYNN:  That's what they were

20 arguing about.

21            MR. LINDELL:  That's what they were

22 concerned about it.

23            GENERAL FLYNN:  Yeah.

24            MR. LINDELL:  So here we have -- we have

25 Democrats concerned a year ago.  They were concerned

Absolute Interference

1   that it would happen to them --
2                   GENERAL FLYNN:  Right.
3                   MR. LINDELL:  -- you know, in --
4                   GENERAL FLYNN:  In the 2020 election.
5                   MR. LINDELL:  And -- and -- and here's
6   what -- here's what I want to say.  Right now, it
7   doesn't matter if you're a Democrat or a Republican.
8   These machines and this attack by China and other
9   countries on our country, this is everybody's concern.
10  If we don't -- if this doesn't get changed now, it's
11  over.
12                  GENERAL FLYNN:  We are at a transition
13  point in this country where we're sitting here after
14  this 3rd of November election, and here we are, you
15  know, in -- in March of 2021, and we're facing this sort
16  of divergence for our nation.  Either we're going to
17  continue down the path of being a constitutional
18  republic, or we're going to continue down the -- dow- --
19  toward this path of being a Marxist, socialist country.
20  And -- and I think that what we have to do, Mike, is we
21  have to really resolve this 3rd of November.
22                  MR. LINDELL:  No, and -- right.  And so
23  what we're going to do, just so everybody knows, in the
24  next six weeks, we're pushing out -- just like this
25  documentary you're watching right now, we're going to

Absolute Interference

1  dump this out.  The new social media platform I have up
2  to fight -- right now, our institutional rights are just
3  getting -- our civil rights -- No. 1, the First
4  Amendment, the right to free speech --
5            GENERAL FLYNN:  Right.
6            MR. LINDELL:  -- that's the first thing
7  they've done is taken that way from all of us.  Nobody's
8  hearing about -- but we're going to do an evidence dump,
9  just dump it all out there.
10            GENERAL FLYNN:  Let the (inaudible) --
11            MR. LINDELL:  I believe that it's going to
12  get -- when it gets to the Supreme Court, they're going
13  to look at it this time because everybody -- they all
14  probably watched all this stuff over and over again.
15  And they all -- they -- I'm giving them every reason.
16  They can't say no (inaudible).
17            GENERAL FLYNN:  I mean, we're kidding
18  ourselves on -- on -- on these machines in our -- in our
19  election process.  And for anybody in this country that
20  stands here and tells you, Oh, this is all a conspiracy
21  theory, how many times have we heard the United States
22  Government say we've been cyberhacked by the Chinese or
23  by the North Koreans --
24            MR. LINDELL:  Right.
25            GENERAL FLYNN:  -- or by Russia.  I mean,

Absolute Interference

```
1   we have big -- you know, the -- the -- the big U.S.
2   intelligence community with their intelligence community
3   assessments, the Senate select committee on
4   intelligence, the house select committee on
5   intelligence, the -- the reports that they've come out
6   year in and year out about hacking and about foreign
7   interference in our elections, we have reports in 2017,
8   2018, 2019 and the summer of 2020 that led us to what we
9   know to be true, which is --
10               MR. LINDELL:  Right.
11               GENERAL FLYNN:  -- we know foreign
12   interference is going to occur in our elections.
13               MR. LINDELL:  Right.
14               GENERAL FLYNN:  And so knowing all that,
15   Kill Chain, as you mentioned --
16               MR. LINDELL:  Right.
17               GENERAL FLYNN:  -- you had the Democrats
18   come out --
19               MR. LINDELL:  Yeah.
20               GENERAL FLYNN:  -- and they were all
21   worried about --
22               MR. LINDELL:  Right.
23               GENERAL FLYNN:  -- the machines in the --
24   in the -- in the --
25               MR. LINDELL:  Right.
```

Absolute Interference

1    GENERAL FLYNN:  -- the year leading up to

2 the --

3    MR. LINDELL:  Right, right.

4    GENERAL FLYNN:  -- 2020 election.

5    And now, all of a sudden, when we find out

6 that the machines actually corrupted our -- our election

7 outcome in a -- in a massive way, everybody goes, Oh,

8 wait a second, there's nothing to see here --

9    MR. LINDELL:  Because they've never

10 (inaudible) a certain party.

11    GENERAL FLYNN:  -- that we never get

12 cyberattacked.  Right.

13    MR. LINDELL:  Right.

14    GENERAL FLYNN:  That's right.

15    MR. LINDELL:  But -- but you know what,

16 here's what I say -- I want to say it again.  The

17 miracle -- I think it's a miracle where we're at right

18 now.  When we say we almost missed this, you -- you have

19 the first miracle that they out broke the algorithms

20 that night, because if it hadn't broke the machine

21 algorithms and Donald Trump getting more votes --

22    GENERAL FLYNN:  Exactly.

23    MR. LINDELL:  -- than they ever expected,

24 we would have all went to bed at 3:00 a.m., every state

25 would have turned in their number, we'd have said,

Absolute Interference

1  Better luck next time.

2              GENERAL FLYNN:  Right.

3              MR. LINDELL:  You know, so instead, we

4  open -- you know, we got to this point with all these

5  machines, November 3rd passed, December 14th passed,

6  January 6th passed, January 20 pa- -- March 4th passed.

7  But you know what, I -- I look at it as a good thing.

8  You know why?  Every single person in this country, my

9  friends that are Democrats --

10             GENERAL FLYNN:  Uh-huh.

11             MR. LINDELL:  -- they're going, What is

12  this?

13             GENERAL FLYNN:  Right.

14             MR. LINDELL:  This is socialism that came

15  in and communism.

16             GENERAL FLYNN:  Uh-huh.

17             MR. LINDELL:  This isn't what they voted

18  for as being a Democrat, a traditional Democrat.

19             GENERAL FLYNN:  Right.  Right.

20             MR. LINDELL:  And I believe -- and you know

21  I believe this, we've talked.

22             GENERAL FLYNN:  Yeah.

23             MR. LINDELL:  I believe when this manifests

24  out, it's going to be the greatest uniting of this

25  country.

Absolute Interference

```
 1                    GENERAL FLYNN:  Yeah.
 2                    MR. LINDELL:  I don't care what party, I
 3    don't care what people, and we're going to get back to a
 4    time -- another thing that's come out of this is, all
 5    the corruption has bubbled to the surface.  Whether
 6    you're Republican, the crooked Republicans, like in --
 7    in -- Brian Kemp --
 8                    GENERAL FLYNN:  Right.
 9                    MR. LINDELL:  -- and those people, Brad
10    Raffensperger, all these guys that bubbled up, senators
11    and Republicans and Democrats, all these people.  And
12    now -- what -- this is what I see -- I was never into
13    politics.  I didn't know anything about politics.  And
14    all of a sudden, now that I've been submersed in it for
15    four years and seeing all these -- meeting all these
16    people, what I found out is most of the politicians
17    either have a political agenda --
18                    GENERAL FLYNN:  Uh-huh.
19                    MR. LINDELL:  -- or a personal agenda or a
20    party agenda.  I mean, it's all --
21                    GENERAL FLYNN:  Or they're compromised.
22                    MR. LINDELL:  Or they're compri- -- that
23    was my next thing -- or they're comp- -- or blackmailed
24    somehow.
25                    GENERAL FLYNN:  Yeah.
```

Absolute Interference

```
 1              MR. LINDELL:  So you have that.  And there
 2    were very few people that I found, one being Donald
 3    Trump --
 4              GENERAL FLYNN:  Right.
 5              MR. LINDELL:  -- that -- where he actually
 6    was for the people.  You're making decisions and
 7    ignoring all this noise and saying, Here's a problem,
 8    here's a solution.  But what will it manifest to help
 9    the people?  We're supposed to be a government for the
10    people.
11              GENERAL FLYNN:  Right.
12              MR. LINDELL:  And that's what we know -- we
13    talked about it.
14              GENERAL FLYNN:  Well --
15              MR. LINDELL:  You we start picking
16    politicians going forward, they better have an agenda to
17    help the people.
18              GENERAL FLYNN:  Yeah.  I mean, they have to
19    be -- our -- our country -- you know, it was built on
20    individual liberties.  The Constitution is about
21    individual freedoms and choices.  I mean, that's what
22    it's about.  It's not about collectivism, it's not about
23    state control.
24              So we -- we kid ourselves in this country
25    and -- and I think that this whole Kill Chain -- and
```

Absolute Interference

```
1  I -- and I -- and we've talked about that a few times in
2  this -- in this show because people need to go and watch
3  it to understand why we are making this argument now,
4  because this has been going on for a while.
5              The Democrats -- and you're looking at a
6  guy who stood with Donald Trump going into the campaign
7  in 2016 as a Democrat.  I grew up as a lifelong
8  Democrat, and I -- I've subsequently changed because --
9  because it's never been about, as Mike talks about,
10 getting into politics, it's never been about politics,
11 it's been about the country and serving this country the
12 best that we can.
13             And what I would say is that we are doing
14 our country a disservice if we don't get this thing
15 corrected and if we don't take a hard look of at what
16 happened on the 3rd of November.  If we don't do that,
17 folks, we are not going to have the country that we
18 believe we should have, which is a constitutional
19 republic, built on individual liberties.  We're going to
20 end up with a Marxist socialist country, and all of us
21 are going to wake up one of these days, and we're going
22 to be living in a -- in a police state.
23             MR. LINDELL:  Absolutely.  And you know, in
24 Venezuela when we went back --
25             GENERAL FLYNN:  Right.
```

Absolute Interference

```
 1              MR. LINDELL:  -- and it started in
 2   Venezuela, didn't they flip that country in two years,
 3   right?
 4              GENERAL FLYNN:  Right.  So that --
 5              MR. LINDELL:  Take over.
 6              GENERAL FLYNN:  But we -- what I learned
 7   almost right after the election when we started to
 8   really go, Okay.  Wait a second, what happened.  And we
 9   started to talk about how the machines really were
10   impacting as well as some of the other aspects of what
11   was done, really, from the 4th through the 7th of
12   November, we -- this -- this issue of Venezuela came up,
13   and we had the -- the opportunity to -- to -- to get
14   some feedback from one of the individuals who was in
15   Venezuela at the time who was working with the -- with
16   the Chavez government.
17              And it actually caused -- they were able to
18   take the -- these machines that they had in Venezuela at
19   the time, to basically ensure that -- that Chavez won
20   the election, and then subsequent down the road, Maduro.
21   So -- so it was almost like the machinery was being
22   tested if you will --
23              MR. LINDELL:  Absolutely.
24              GENERAL FLYNN:  -- in another country to
25   kind of get a sense of can you actually do this --
```

Absolute Interference

```
 1              MR. LINDELL:  Right.
 2              GENERAL FLYNN:  -- and -- and work for
 3   them.  And one of the things and -- and -- and I don't
 4   know if -- if you can show it on this show, but
 5   certainly everybody needs to read Justice Clarence
 6   Thomas's Dissenting Opinion that he wrote because his
 7   Dissenting Opinion -- because of all of these cases
 8   that -- that doubled up to the U.S. Supreme Court,
 9   nobody looked at the evidence.
10              MR. LINDELL:  Right.  Nobody -- nobody.
11              GENERAL FLYNN:  No -- no judge --
12              MR. LINDELL:  Zero.
13              GENERAL FLYNN:  -- other than -- other than
14   one brave judge that I'm aware of up in -- up in
15   Michigan that looked at the actual evidence.  Even up to
16   the U.S. Supreme Court.
17              So Justice Thomas's Dissent- -- Dissenting
18   Opinion, which is a -- which is a very historic read, he
19   essentially says, We are going to lose confidence in one
20   of the most precious institutions in our country, which
21   is our ability to conduct an election.  And so that
22   alone should scare every American citizen because --
23              MR. LINDELL:  Right.
24              GENERAL FLYNN:  -- if you have somebody
25   that looks at it like that -- because he's -- he's
```

Absolute Interference

1  looking at the issues in play across the country because
2  he's smart enough to do that, and he's really one of the
3  only brave ones up there at the Supreme Court level
4  to -- to actually look at the system in place and say,
5  Wow, we've got a problem.  None of them looked at the
6  evidence and they didn't -- they didn't bother to do
7  that and that's a shame.
8              So now what we have to do, is we've got to
9  get all this information out there.  Everything that we
10 know, all the things that I've talked about from -- from
11 what we know Venezuela did and what we learned from
12 Venezuela, what we know Iran did -- Iran was interfering
13 in our elections a couple of days prior and then the day
14 of the election.  We know from our own intelligence
15 assessments, we know from our -- from our congressional
16 inspections and investigations that they've done, we
17 have had massive foreign interference in our
18 elections --
19             MR. LINDELL:  Right, right.
20             GENERAL FLYNN:  -- for the last -- you
21 know, for the last ten years, certainly for the last
22 four years.  And they were all griping about it in 2016,
23 yet nobody wants to talk about it right now.
24             MR. LINDELL:  When Brad Raffensperger and
25 the president were on the phone, I -- I -- I can't even

Absolute Interference

1  believe that the logic where we're all li- -- we've all
2  been living in the twilight zone, this call where the
3  president says, Hey, you know, I -- and I don't know
4  about these exact numbers, but you have 8,000 dead
5  people that voted, 22,000 nonresidents, 8,000 minors,
6  10,000 non -- you know, people voted -- double-voted or
7  whatev- -- whatever it was.  He's got all these silos.
8              He goes, We only lost by 11,730.  Can you
9  give us two of the columns and we win.  And -- and
10 what -- if you remember what Brad -- Brad said, he goes,
11 Well, those are the wrong numbers.  And the president
12 said, Well, where are the right numbers?  Or he said to
13 his person, he said --
14              GENERAL FLYNN:  Right.
15              MR. LINDELL:  -- or where do we get these
16 numbers, he said to his person.  His person said, Sir,
17 we got them from the Secretary of State's office.
18              GENERAL FLYNN:  Exactly.
19              MR. LINDELL:  And then what --
20              GENERAL FLYNN:  Off their website.
21              MR. LINDELL:  Yep, off their website.  And
22 then the president said, Well, when are we going to --
23 when are you going to give us the right numbers?  And he
24 didn't answer.  And the other person said, We've been
25 trying to get them for two months.  And you finally get

Absolute Interference

```
 1   Brad Raffensperger --
 2                   GENERAL FLYNN:  Right.
 3                   MR. LINDELL:  -- Raffensperger or --
 4                   GENERAL FLYNN:  Right.
 5                   MR. LINDELL:  -- whatever his name is, you
 6   get him on -- up there on -- if I got him in a
 7   courtroom, I'd say, Well, what were the real numbers
 8   Brad?
 9                   GENERAL FLYNN:  Right.
10                   MR. LINDELL:  You know, why wouldn't you
11   give the president of the United States the real
12   numbers?  I want -- I just want no one out there living
13   in fear anymore because --
14                   GENERAL FLYNN:  Right.
15                   MR. LINDELL:  -- that's what they want.
16   They want us to all live in fear --
17                   GENERAL FLYNN:  Yeah.
18                   MR. LINDELL:  -- the socialism, communism
19   coming in --
20                   GENERAL FLYNN:  Big time.
21                   MR. LINDELL:  -- cancer culture --
22                   GENERAL FLYNN:  Big time.
23                   MR. LINDELL:  -- keep the fear up.  Don't
24   live in fear.  We're in the greatest -- I said before,
25   these are the greatest times ever in history where we're
```

Absolute Interference

1  part of a thing -- like you just said, those two paths
2  we can go.
3              GENERAL FLYNN:  Yeah.
4              MR. LINDELL:  Well, you know --
5              GENERAL FLYNN:  One is to continue on and
6  be a constitutional republic or another is we're going
7  to go the way of the wolves here and we're going to be a
8  socialist --
9              MR. LINDELL:  And I --
10             GENERAL FLYNN:  -- Marxist com- -- country.
11             MR. LINDELL:  And I -- and I believe -- and
12 I believe we're going to be taking the right path --
13             GENERAL FLYNN:  Yeah.
14             MR. LINDELL:  -- and it's going to be the
15 greatest revival ever.  I use Proverbs 3:5, 6.  Trust in
16 the Lord with all your heart, lean not on your own
17 understandings.  In all ways, acknowledge Him and He
18 will guide your paths.
19             GENERAL FLYNN:  Yeah.  Yep.
20             MR. LINDELL:  And we're going down the
21 right path and it's going to -- it's going to all open
22 up and -- and it's going to be the greatest uniting
23 ever.  I really believe that.
24             GENERAL FLYNN:  I -- I think that at the
25 end of this, as we go through this discovery of truth,

Absolute Interference

```
 1  which is really all we want --

 2                  MR. LINDELL:  Uh-huh.

 3                  GENERAL FLYNN:  -- that the -- the American

 4  public are going to realize just how great this country

 5  is again.

 6                  MR. LINDELL:  Uh-huh, yeah.

 7                  GENERAL FLYNN:  You know, when people start

 8  to say that there's an awakening going on, there's an

 9  awakening with -- with -- as Mike, you know, highlights

10  his faith and the faith that we have in our system and

11  in each other, what we need to have is we need to have

12  faith in the institutions of our country, particularly

13  our federal government.

14                  That faith in the -- in the institutions of

15  our country has broken down and it's broken down

16  primarily because of this election.  And we cannot have

17  this in this country.  So in order for us to renew that

18  faith, the faith that we have in -- in -- in God

19  Almighty and the faith that we have in the United States

20  of America as a great country, as the greatest country

21  on the planet in the history of the world, we have to

22  allow the truth to come out.  And trust me, folks, the

23  truth is going come out.

24                  And -- and I will say that -- and I forget

25  the particular date that he said it, but he gave a great
```

Absolute Interference

1  statement, and that was President Donald J. Trump while
2  he was still in office, he made a statement, he said,
3  essentially, If it was a fair game, I'm -- I'll be the
4  first one to say I got it, you know, I -- I -- I worked
5  hard to -- to win and I obviously didn't win.  But this
6  wasn't a fair game.
7                  MR. LINDELL:  Right.
8                  GENERAL FLYNN:  It was not a fair game.
9                  MR. LINDELL:  Right.
10                 GENERAL FLYNN:  And -- and the evolution of
11 our election system with this machinery that exists in
12 every single state, paid for by U.S. taxpayers, and --
13 and -- and now they're telling us that we can't look
14 inside of these things because --
15                 MR. LINDELL:  Now, that's --
16                 GENERAL FLYNN:  -- somebody's -- it's a
17 proprietary software.
18                 MR. LINDELL:  Yeah.
19                 GENERAL FLYNN:  Baloney.
20                 MR. LINDELL:  Yeah.
21                 GENERAL FLYNN:  No way in the world.  This
22 doesn't belong to Dominion, it doesn't belong to ES&S,
23 it doesn't belong to Hart.  It belongs to the American
24 citizenry of those particular states, because guess
25 what, folks, you're paying for it.  And federal dollars

Absolute Interference

1   pay for it in this voting act stuff.  I think they put
2   out -- it's somewhere between 3- and $500 million spread
3   around the states to pay for some of these election
4   processes and systems, principally, these machines.
5               MR. JEFFERSON:  I was the chief technical
6   advisor to the Secretary of State of the largest state
7   in the United States, and I was not allowed to look at
8   the software running in Diebold or any other vendors'
9   voting systems.  To this day, I have not been allowed to
10  look at that software.
11              UNIDENTIFIED SPEAKER:  Software like this
12  is installed in more than 30 states.  If someone tampers
13  with it or it just malfunctions, then the wrong people
14  can win elections.  If that happens, hundreds of
15  representatives, judges and other officials may hold
16  offices they are not elected to.  Democrat or
17  Republican, it affects us all.
18              DR. DILL:  Suppose that we didn't have any
19  computers at all and when you went to vote, the voting
20  booth was separated by a curtain and there was a guy
21  behind the curtain who would write down your votes.  So
22  you just dictate them, he writes them down and when
23  you're done, you leave without being able to look at the
24  ballot.
25              Most people in their right mind would not

Absolute Interference

1   trust this process.  The guy the behind the curtain

2   could be incompetent, he could hear your votes wrong and

3   record them improperly, or it could be that he doesn't

4   like your political affiliation and would prefer to see

5   your votes cast for someone else.

6              In an electronic voting machine, you don't

7   have a little guy inside the machine taking dictation,

8   but you have lots of people who are involved in writing

9   the software and lots of people who could have touched

10  the software before it went into that machine.  If one

11  of those people put something malicious in the software

12  and it's distributed to all the machines, then that one

13  person could be responsible for the change of possibly

14  tens of thousands of votes, maybe even hundreds of

15  thousands across the country.  That's a very dangerous

16  situation.

17             MS. HARRIS:  You know, I began looking into

18  these voting machines and one reason I was so curious is

19  because it's a secret how they work.  The companies that

20  make them keep it a secret, none of computer scientists

21  felt they could even look at the code because the code

22  was supposed to be a secret.  The certification labs

23  that examine it keep their process a secret of what they

24  do, and even the election officials who buy the

25  equipment are prohibited by their contract from ever

Absolute Interference

1  looking and seeing how it works.
2              MR. LINDELL:  Now we have with us
3  Dr. Douglas G. Frank.  And I want to tell a little bit
4  of a introduction here.  I met a gal that actually ran
5  for Congress in Pennsylvania, and she got completely
6  cheated out of her race.  She was in the lead, now the
7  machines did their -- did their flip and she checked
8  in -- she went precinct by precinct, actually.  I got to
9  become good friends with her and -- and I find out just
10  before we were doing this documentary that she had also
11  reached out to other people to get help, and you were
12  one of them, actually the main one, I think, that --
13  that has dug into this.  And what's your background,
14  Doctor?
15              DR. FRANK:  I have a Ph.D. in surface
16  electrochemistry.  It's a -- it's a fancy name, but it
17  basically means, I like to study surfaces.
18              MR. LINDELL:  Right.
19              DR. FRANK:  And in my field, usually there
20  are lots of data coming in and you have to model it.
21              MR. LINDELL:  Right.
22              DR. FRANK:  So give me lots of data --
23              MR. LINDELL:  Right.
24              DR. FRANK:  -- and I have to make models,
25  that sounds like an election to me.

Absolute Interference

```
1                    MR. LINDELL:  Right.  Right.  Absolutely.
2                    DR. FRANK:  And so she asked me to look
3    at --
4                    MR. LINDELL:  Right, right.
5                    DR. FRANK:  -- at her results.
6                    MR. LINDELL:  So you would know deviations
7    and you would know --
8                    DR. FRANK:  Oh, yeah.
9                    MR. LINDELL:  -- the numbers and -- and --
10                   DR. FRANK:  Absolutely.
11                   MR. LINDELL:  See, I -- I deal with a lot
12   of that too daily in my -- with my business too where
13   you see these --
14                   DR. FRANK:  Of course.
15                   MR. LINDELL:  -- you see these spikes or
16   whatever and you wonder how did it happen.
17                   DR. FRANK:  How did it happen.
18                   MR. LINDELL:  Has to have a different input
19   to get a different output, right?
20                   DR. FRANK:  That's right.
21                   MR. LINDELL:  And -- and so you -- well,
22   why don't we dig in to what you did then --
23                   DR. FRANK:  Sure.
24                   MR. LINDELL:  -- with -- so she reached out
25   to you and -- and said --
```

Absolute Interference

```
1              DR. FRANK:  Yes.
2              MR. LINDELL:  -- Hey, can you help me
3  because she --
4              DR. FRANK:  Yes.
5              MR. LINDELL:  (Inaudible.)
6              DR. FRANK:  And I immediately saw some
7  problems.
8              MR. LINDELL:  Okay.  Okay.
9              DR. FRANK:  And I began investigating those
10 problems in her data.
11             MR. LINDELL:  Uh-huh.
12             DR. FRANK:  It's sort of like a physicist
13 trying to figure out a phenomenon.
14             MR. LINDELL:  Right.
15             DR. FRANK:  And I started studying those
16 data, and after a while, I uncovered the algorithm
17 that's being used to control how many registrations
18 there are in a county and how many ballots there are in
19 a county.
20             MR. LINDELL:  Uh-huh.
21             DR. FRANK:  And it's surprising.  And I
22 figured that out in her county, and there's a
23 fascinating correlation with the national census.
24             MR. LINDELL:  Okay.
25             DR. FRANK:  They're using the national
```

Absolute Interference

1  census to regulate that.  But anyway, you can get the
2  census county by county.  But I analyzed her county.
3              MR. LINDELL:  Right.  Right.  I want to --
4  before you -- before we get started on that --
5              DR. FRANK:  Yeah.  Yeah.
6              MR. LINDELL:  -- what you found -- I want
7  everybody to know.  This could only have been done
8  through the internet or through machines; is that
9  correct?
10             DR. FRANK:  Oh, no question.
11             MR. LINDELL:  You could not have done this
12 by hand --
13             DR. FRANK:  No.
14             MR. LINDELL:  -- or this --
15             DR. FRANK:  No.
16             MR. LINDELL:  Had to be done through a
17 machine being online or being a hack coming in or --
18             DR. FRANK:  Absolutely.
19             MR. LINDELL:  Okay.
20             DR. FRANK:  And there are stages to it.
21 You have to prepare ahead of time.
22             MR. LINDELL:  Right.
23             DR. FRANK:  You have to have access during
24 and you have to have access afterwards.
25             MR. LINDELL:  Did everybody hear that?  All

Absolute Interference

```
1   three.  Access before, during and after.
2                   DR. FRANK:  That's correct.
3                   MR. LINDELL:  Wow.  Wow.
4                   DR. FRANK:  And by the way, in
5   Pennsylvania, we proved each of those.
6                   MR. LINDELL:  Okay.
7                   DR. FRANK:  You could see.  We have
8   forensic evidence.
9                   MR. LINDELL:  Wow.
10                  DR. FRANK:  In other words, this isn't just
11  some scientist geek having fun in his laboratory --
12                  MR. LINDELL:  Right, right.
13                  DR. FRANK:  -- hypothesizing something.
14                  MR. LINDELL:  Right.  You --
15                  DR. FRANK:  We actually went and knocked on
16  doors.
17                  MR. LINDELL:  You have a hu- -- you have
18  absolute proof?
19                  DR. FRANK:  Yes, we do.
20                  MR. LINDELL:  What do you mean?  So you
21  knocked on doors?
22                  DR. FRANK:  We -- 1600 doors, we knocked
23  on.  And --
24                  MR. LINDELL:  To see if the people were --
25  actually existed.
```

Absolute Interference

1           DR. FRANK:  And they don't.
2           MR. LINDELL:  And they don't exist?
3           DR. FRANK:  Right.  And so --
4           MR. LINDELL:  You know --
5           DR. FRANK:  Then the questions --
6           MR. LINDELL:  By the way, everyone, I'm
7  hearing this for the first time, too, the first time.
8  We've never talked about this.
9           DR. FRANK:  No, but it's a pleasure.
10          MR. LINDELL:  I want everyone to know that.
11 And the reason I want to do this is because I'm going to
12 have the same questions you would all have out there.  I
13 just heard, Doug -- this -- this is going to be an
14 amazing presentation.
15          DR. FRANK:  Well, when --
16          MR. LINDELL:  Why don't we get right into
17 it.
18          DR. FRANK:  When I use the word
19 "algorithm," a simple way to understand that is it's
20 just like a recipe.
21          MR. LINDELL:  Right.
22          DR. FRANK:  It's a set of steps, a set
23 of --
24          MR. LINDELL:  Right.
25          DR. FRANK:  -- measurements, two teaspoons,

Absolute Interference

```
1   whatever.
2                   MR. LINDELL:  Uh-huh.
3                   DR. FRANK:  But it's not just numbers.
4   It's also got some steps involved.
5                   MR. LINDELL:  Right.
6                   DR. FRANK:  And so that's -- that's what I
7   figured.  I figured, how were they doing this.
8                   MR. LINDELL:  Uh-huh.
9                   DR. FRANK:  So the first thing you need to
10  understand is that every county in the Uni- -- -- in the
11  United States has what they call a "registration
12  database."
13                  MR. LINDELL:  Uh-huh.
14                  DR. FRANK:  It's got the names, it's got
15  the -- the -- when they were registered, when they were
16  born.  And it's also got their entire voter history.
17                  MR. LINDELL:  Uh-huh.
18                  DR. FRANK:  So you can -- and this -- you
19  know, like, for example, this last column is -- is
20  November 3rd election, so everybody who voted in the
21  November 3rd election has a little X here.
22                  MR. LINDELL:  Right.
23                  DR. FRANK:  Okay?  But you notice, a lot of
24  people didn't vote.
25                  MR. LINDELL:  Uh-huh.
```

Absolute Interference

```
1              DR. FRANK:  Look.  Here's a person.
2              MR. LINDELL:  Right.
3              DR. FRANK:  In fact, they shouldn't be on
4    the rolls legally --
5              MR. LINDELL:  Right.
6              DR. FRANK:  -- but there they are, boom,
7    they voted.
8              MR. LINDELL:  Right.
9              DR. FRANK:  Here's one.  Never voted at
10   all.
11             MR. LINDELL:  Wow.
12             DR. FRANK:  So -- they're on the rolls,
13   though.  So the first thing you do, you think of it like
14   a credit line.  You need to fill up the registrations so
15   you have more registrations than you need.
16             MR. LINDELL:  Right.
17             DR. FRANK:  Then you fill in the ballots to
18   get the outcome that you want.
19             MR. LINDELL:  Right.
20             DR. FRANK:  And all you have to do is
21   control one number and you can control the whole
22   election.  Just decide how many --
23             MR. LINDELL:  So these are people that
24   were -- that were registered or never reg- -- right?
25             DR. FRANK:  Well, right now, these are all
```

Absolute Interference

```
 1  registered.
 2              MR. LINDELL:  Right.
 3              DR. FRANK:  The -- the thing about it is,
 4  is how do you know if they're real?
 5              MR. LINDELL:  Right.
 6              DR. FRANK:  There's only one way to know.
 7  You have to go knock on the door and say, hey --
 8              MR. LINDELL:  And that's what -- and that's
 9  what you guys did?
10              DR. FRANK:  We did do that.
11              MR. LINDELL:  And they didn't exist.
12              DR. FRANK:  We predicted, out of the 1600
13  doors we knocked out, we predicted we would find
14  30 percent of the houses would have at least one phantom
15  voter.  Phantom voter is like, you knock on the door
16  and -- and it says on the list that John Smith lives
17  there.
18              MR. LINDELL:  Right.
19              DR. FRANK:  And you have a ballot from John
20  Smith, right, you have an X.
21              MR. LINDELL:  Right.
22              DR. FRANK:  But no John Smith lives there.
23              MR. LINDELL:  Right.
24              DR. FRANK:  And so --
25              MR. LINDELL:  So they're using people that
```

Absolute Interference

```
 1   don't exist, but they're registering them to use for
 2   their algorithms in the machines?
 3               DR. FRANK:  Exactly.  Because you --
 4   because if you think about it, after the election, what
 5   if the election's challenged?  Somebody's going to count
 6   ballots.
 7               MR. LINDELL:  Right.
 8               DR. FRANK:  You better have registrations
 9   and you better have ballots.
10               MR. LINDELL:  To make -- that they match
11   up.
12               DR. FRANK:  Yes.
13               MR. LINDELL:  Yeah.
14               DR. FRANK:  And so you have to control it,
15   don't you?
16               MR. LINDELL:  Right, right.
17               DR. FRANK:  So -- but the thing about it
18   is, the country's big.
19               MR. LINDELL:  Right.
20               DR. FRANK:  You can't have a million people
21   sitting in your computers controlling this.
22               MR. LINDELL:  Right.
23               DR. FRANK:  So you have to have some
24   algorithm, some set of steps --
25               MR. LINDELL:  Right.
```

Absolute Interference

1    DR. FRANK:  -- that can -- computers can
2  run automatically to control it.
3    MR. LINDELL:  Uh-huh.
4    DR. FRANK:  That's what I figured out.
5    MR. LINDELL:  Right.
6    DR. FRANK:  How could I do that?  Well, I
7  knew who's registered and I knew who the ballots were.
8    MR. LINDELL:  Uh-huh.
9    DR. FRANK:  What had to happen in between?
10 So it's sort of like -- it's like a translation, kind of
11 like the windtalkers in World War II.
12    MR. LINDELL:  Right.
13    DR. FRANK:  You know, they translated it
14 into Navajo, then the Navajo would -- and then on the
15 other side --
16    MR. LINDELL:  Right.
17    DR. FRANK:  -- the -- they would translate
18 it back into English so you could get the commands.
19    MR. LINDELL:  Right.
20    DR. FRANK:  So you -- I needed to figure
21 out that language in between --
22    MR. LINDELL:  Uh-huh.
23    DR. FRANK:  -- to get from population or
24 registrations to the ballots.  So --
25    MR. LINDELL:  So, yeah.

Absolute Interference

```
 1                    DR. FRANK:  -- that's what I figured out.
 2   So this is -- this is Hamilton County, Ohio.  And you
 3   notice that across the bottom here, you've got age.
 4   Okay?  And then this is how many people in each of those
 5   coun- -- are of each age.
 6                    MR. LINDELL:  Right.
 7                    DR. FRANK:  This -- these are real data, by
 8   the way, you can download this right from the United
 9   States Census.
10                    MR. LINDELL:  Okay.
11                    DR. FRANK:  Don't even have to do anything
12   nefarious.
13                    MR. LINDELL:  Right.  So these are all
14   registered voters.
15                    DR. FRANK:  This -- no, this one is just
16   population.
17                    MR. LINDELL:  Oh, that's just the
18   population?
19                    DR. FRANK:  Just the population.
20                    MR. LINDELL:  Just the population.
21                    DR. FRANK:  Yeah.  You have 12,000
22   people --
23                    MR. LINDELL:  Okay.  I got ya.
24                    DR. FRANK:  -- in this age and --
25                    MR. LINDELL:  I got ya.  All right.
```

Absolute Interference

1           DR. FRANK:  -- and the rest of the people,
2  you have the Millennials and the Baby Boomers --
3           MR. LINDELL:  Yep.  Yep.
4           DR. FRANK:  -- and then people passing
5  away.
6           MR. LINDELL:  Okay.  Yep.  All right.
7           DR. FRANK:  And that's just United States
8  Census.
9           So as it turns out, the black curve are the
10 number of people who are registered in Hamilton County.
11          MR. LINDELL:  Right.
12          DR. FRANK:  It looks a lot like the
13 population.
14          MR. LINDELL:  It's exactly the population.
15          DR. FRANK:  So the look on your face is
16 exactly the right response.
17          MR. LINDELL:  Right.  Like, how could that
18 be?
19          DR. FRANK:  How can that be?  They've got
20 just about everybody registered.
21          MR. LINDELL:  It's impossible.
22          DR. FRANK:  Just -- everybody is
23 registered.
24          MR. LINDELL:  Everybody's registered.  Wow.
25          DR. FRANK:  So I've shown this to several

Absolute Interference

1  political analysts and experts, and when I showed it,
2  they're like, Wait a minute.  That can't be.
3                 MR. LINDELL:  Right.
4                 DR. FRANK:  The -- most of the time, it's
5  70, 80 percent.
6                 MR. LINDELL:  Right.
7                 DR. FRANK:  How can you --
8                 MR. LINDELL:  You can't.
9                 DR. FRANK:  But county after county, I have
10  seen this.
11                 MR. LINDELL:  County after county?
12                 DR. FRANK:  Yes.
13                 MR. LINDELL:  Now, let -- let me interject
14  right there.
15                 DR. FRANK:  Yeah.
16                 MR. LINDELL:  This is Ohio.  I want
17  everybody to know that these machines, this stuff went
18  across the country, every state, you know.  And they
19  said, Well, how can that be?  Ohio was like 70 percent
20  that --
21                 DR. FRANK:  Trump --
22                 MR. LINDELL:  -- that Trump won by, Donald
23  Trump.
24                 DR. FRANK:  Yeah.
25                 MR. LINDELL:  He actually won by 15 or

Absolute Interference

```
 1  16 percent.
 2              DR. FRANK:  Exactly.
 3              MR. LINDELL:  This is what we had in the
 4  first Absolute Proof where we show you the attack on our
 5  country and the algorithms we show there.
 6              DR. FRANK:  Yes.
 7              MR. LINDELL:  Now, I want everyone to know,
 8  this is completely separate from that.  This is what we
 9  have over here that the -- that we showed you in the
10  first documentary, completely separate.  What you have
11  done is validated what we told them --
12              DR. FRANK:  Yes.
13              MR. LINDELL:  -- in the first Absolute
14  Proof.
15              DR. FRANK:  And as a scientist, I love
16  that --
17              MR. LINDELL:  Yeah.
18              DR. FRANK:  -- because it's a control.
19              MR. LINDELL:  Yeah.
20              DR. FRANK:  This is the first time I've
21  ever spoken like --
22              MR. LINDELL:  That we've -- that we've ever
23  even spoke about it.
24              DR. FRANK:  Exactly.
25              MR. LINDELL:  I -- I'm surpri- -- this is
```

Absolute Interference

```
 1   amazing.
 2              DR. FRANK:  Well -- yeah.
 3              MR. LINDELL:  So why would they do -- why
 4   would they register everybody?
 5              DR. FRANK:  Well, because -- think of it
 6   like a credit line.
 7              MR. LINDELL:  Right.
 8              DR. FRANK:  The more people you have
 9   registered, the more ballots you can put in wherever you
10   need them.
11              MR. LINDELL:  Right.  Right.  Right.
12              DR. FRANK:  In fact, speaking of ballots --
13              MR. LINDELL:  Okay.  That was the first red
14   flag that they (inaudible) --
15              DR. FRANK:  Exactly.  There's something --
16   everything here, none of this is theoretical.  This is
17   all real data.
18              MR. LINDELL:  This is all -- this is all
19   absolute facts and proof.
20              DR. FRANK:  Yes.  And any --
21              MR. LINDELL:  Right.
22              DR. FRANK:  And the exciting thing to me
23   about it is that anybody can do this.
24              MR. LINDELL:  Right.
25              DR. FRANK:  You could go right now online,
```

1  Secretary of State web page in Ohio, which is why I
2  picked Ohio.
3              MR. LINDELL:  Right.
4              DR. FRANK:  You can't do it in some states.
5              MR. LINDELL:  Right, right.
6              DR. FRANK:  And you can download these data
7  for yourself.
8              MR. LINDELL:  And where -- where are all
9  the crooked Secretary of States?  You can't do them in
10 those states, right?
11             DR. FRANK:  That's right.
12             MR. LINDELL:  Brad, we can't do it in
13 Georgia, we get that.
14             DR. FRANK:  I've done several states
15 already and there's several states ongoing.
16             MR. LINDELL:  Right.
17             DR. FRANK:  I've already shown this in
18 Florida --
19             MR. LINDELL:  Right.
20             DR. FRANK:  -- Pennsylvania --
21             MR. LINDELL:  Right.
22             DR. FRANK:  -- in Colorado and Ohio.
23             MR. LINDELL:  Yeah.  And they're all
24 identical?
25             DR. FRANK:  Everywhere.

Absolute Interference

```
 1              MR. LINDELL:  Every single state that
 2   you've been in --
 3              DR. FRANK:  Is using the same algorithm.
 4              MR. LINDELL:  The same algorithms --
 5              DR. FRANK:  Yes.
 6              MR. LINDELL:  -- with the machines?
 7              DR. FRANK:  Yes.
 8              MR. LINDELL:  Wow.
 9              DR. FRANK:  The blue curve is the
10   population.
11              MR. LINDELL:  Right.
12              DR. FRANK:  And that's just downloaded from
13   the census.
14              MR. LINDELL:  Yep.
15              DR. FRANK:  The black curve are the number
16   of people that are registered.
17              MR. LINDELL:  Right.
18              DR. FRANK:  That's just downloaded from the
19   downloadable --
20              MR. LINDELL:  Right, right.
21              DR. FRANK:  -- database.  And the red curve
22   are the number of ballots.  Now, here's --
23              MR. LINDELL:  Now, are these the ballots of
24   people that voted, that actually -- or that they're
25   saying voted?
```

Absolute Interference

```
 1                    DR. FRANK:  Well, stated.  It's who they
 2  say voted.
 3                    MR. LINDELL:  Say voted.
 4                    DR. FRANK:  Yes.
 5                    MR. LINDELL:  Now, I don't have -- I -- I
 6  can see this right now.  I hope everybody notices this.
 7  There is no way in mathematical history that the same --
 8  that the -- that the curve would be like that, the same
 9  amount of people 20 years old voted proportionate to the
10  population; the same amount of 30-year-olds, same amount
11  of 50-year-olds, same amount of 80-year-olds, same
12  amount of 90-year-olds; right?
13                    DR. FRANK:  Absolutely.
14                    MR. LINDELL:  That's the deviation of all
15  time.  It's impossible.
16                    DR. FRANK:  And you ain't seen nothing yet.
17                    MR. LINDELL:  Wow.
18                    DR. FRANK:  Just look -- just look at the
19  sha- -- look at how the details are mirrored.
20                    MR. LINDELL:  Right.
21                    DR. FRANK:  I mean, the shape of the
22  registration is mirrored --
23                    MR. LINDELL:  It's exactly.
24                    DR. FRANK:  -- in the ballot.  In fact --
25                    MR. LINDELL:  This is -- this is --
```

Absolute Interference

```
1                    DR. FRANK:  I'll make it obvious for you.
2                    MR. LINDELL:  Wow.
3                    DR. FRANK:  Okay.  I'll make it obvious.
4                    MR. LINDELL:  You guy- -- everybody, look
5    at this.
6                    DR. FRANK:  Yeah.
7                    MR. LINDELL:  This is what -- it didn't
8    matter what -- who you voted for or what you did.
9                    DR. FRANK:  No.
10                   MR. LINDELL:  They -- they did it for you.
11   This attack on our country by foreign interference,
12   foreign actors coming in at -- with Dominion actors,
13   too, because it had to be preprogrammed, right?
14                   DR. FRANK:  Yep.
15                   MR. LINDELL:  These out -- they had --
16   remember, they had to be -- it had to be planned, they
17   had to be online --
18                   DR. FRANK:  Yes.
19                   MR. LINDELL:  -- and then they had to be
20   online afterwards.
21                   DR. FRANK:  Before, during and after.
22                   MR. LINDELL:  Before, during and after.
23                   DR. FRANK:  Yes.
24                   MR. LINDELL:  And this is 100 percent proof
25   that this happened.  And this is Ohio, but you're
```

Absolute Interference

1   finding every -- every place you're checking.

2            DR. FRANK:  I did all 88 counties in Ohio

3   perfectly.  I can predict every one.  I'll show you that

4   in a minute.

5            MR. LINDELL:  All 88 counties in Ohio.

6            DR. FRANK:  Yeah.  Yeah.  Yeah.  And you

7   would think -- and honestly, when I was working in

8   Pennsylvania --

9            MR. LINDELL:  Right.

10           DR. FRANK:  -- I was bragging about Ohio.

11  Yeah, you guys have all these problems in Pennsylvania.

12           MR. LINDELL:  Right.

13           DR. FRANK:  And -- and so one of the people

14  there said, Well, have you run any other states?  And I

15  hadn't even thought about it --

16           MR. LINDELL:  Right.  Right.

17           DR. FRANK:  -- because I was so busy

18  digging up all the corruption here.

19           MR. LINDELL:  Right, right.

20           DR. FRANK:  So I went over to Ohio and I

21  was all ready to be all proud about it and suddenly --

22           MR. LINDELL:  You're going, what?

23           DR. FRANK:  What?

24           MR. LINDELL:  Yeah.  Well, it's just

25  like -- it's just like Texas.  You know, they didn't --

Absolute Interference

1  they were all proud they didn't use the Dominion
2  machines.  Well, we have -- we have 100 percent proof
3  that it was all in Texas with the other machine --
4              DR. FRANK:  Ex- --
5              MR. LINDELL:  -- the ES&S or Smartmatic,
6  whatever they had.
7              DR. FRANK:  Yes.
8              MR. LINDELL:  So when -- this is why
9  everyone out there, when I say to you-all what we showed
10  in Absolute Proof in the first one, the actual vote
11  totals were almost 80 million for Donald Trump.  And for
12  Biden, it was a little over 66 million.  Those are real.
13  How can these numbers flip so much?  You see this is
14  just Ohio, and all 88 counties having that algorithm.
15              DR. FRANK:  Yes.
16              MR. LINDELL:  And you know, this is --
17  it's -- it was done every single state.
18              DR. FRANK:  Every state.
19              MR. LINDELL:  And this is what -- we have
20  over here with the spyware, we've all -- we've all told
21  you in Absolute Proof, the first one.  Well, we're going
22  to show so- -- you know, some of that in this -- in this
23  documentary too.  But I just -- this is -- this
24  absolutely validates the attack of the algorithms in
25  this --

Absolute Interference

```
1              DR. FRANK:  Yes.
2              MR. LINDELL:  -- you know, flipping
3   through.  So they -- I can't even believe this.
4              DR. FRANK:  Well -- and -- and this is --
5   and all I did here was just take this black curve and
6   multiply it by one number, 86 percent.
7              MR. LINDELL:  86 percent.
8              DR. FRANK:  Yeah.
9              MR. LINDELL:  So what did -- now, what is
10  that telling everybody?
11             DR. FRANK:  One simple number --
12             MR. LINDELL:  Right.
13             DR. FRANK:  -- does that.  But what if you
14  wanted it to fit everywhere?
15             MR. LINDELL:  Right.
16             DR. FRANK:  Why not multiply it by
17  86 percent here and something else here.
18             MR. LINDELL:  Right.
19             DR. FRANK:  Well, anyway, that was red flag
20  number two --
21             MR. LINDELL:  Okay.
22             DR. FRANK:  -- the fact that there's such a
23  good appearance.
24             MR. LINDELL:  Right.
25             DR. FRANK:  That -- that -- what if I
```

Absolute Interference

```
 1   allowed you to have different percentages for each age?
 2               MR. LINDELL:  Right.
 3               DR. FRANK:  Then the 86 percent works here,
 4   but it doesn't work here.
 5               MR. LINDELL:  Right.
 6               DR. FRANK:  But what have I have a number
 7   for each one.
 8               MR. LINDELL:  Right.
 9               DR. FRANK:  Okay.  I can do that.
10               MR. LINDELL:  Right.
11               DR. FRANK:  You need a different --
12               MR. LINDELL:  Proportion for --
13               DR. FRANK:  -- proportion --
14               MR. LINDELL:  -- every age.
15               DR. FRANK:  -- for every age.
16               MR. LINDELL:  Right.  So you could put --
17   they can put that in too.
18               DR. FRANK:  When you do put in a proportion
19   for every age, then you can predict it much better.
20               MR. LINDELL:  Wow.
21               DR. FRANK:  Now, I left a little bit of an
22   error here on purpose, and you'll see why in a minute.
23               MR. LINDELL:  Okay.
24               DR. FRANK:  Because the proportions I'm
25   using are the same ones I used in every county in the
```

Absolute Interference

```
 1  entire state.
 2              MR. LINDELL:  Oh, wow.
 3              DR. FRANK:  In other words one set of
 4  numbers --
 5              MR. LINDELL:  Right.
 6              DR. FRANK:  -- works every county.
 7              MR. LINDELL:  Every single county.  Now,
 8  this is -- it could only be done with on -- machines
 9  that are online.
10              DR. FRANK:  Has to be.
11              MR. LINDELL:  Now -- now, I'm -- now, I'm
12  going to ask you this because you not knowing what we've
13  had --
14              DR. FRANK:  Nope.
15              MR. LINDELL:  Did you watch Absolute Proof?
16              DR. FRANK:  Of course.
17              MR. LINDELL:  Okay.  The stuff that you
18  seen at the end with all the attacks from -- with this
19  spyware --
20              DR. FRANK:  Are you kidding --
21              MR. LINDELL:  Okay.  Now, those --
22              DR. FRANK:  Go ahead.  I'm sorry.  I
23  interrupted you.
24              MR. LINDELL:  Now, those -- now, those --
25  now, those -- what they used there, that system, okay --
```

<center>Absolute Interference</center>

```
1            DR. FRANK:  Yes.
2            MR. LINDELL:  -- now -- it's because you
3  don't know how this happened, you just know it's -- it
4  was -- it couldn't be done by -- by -- by humans.
5            DR. FRANK:  It could not be done by people,
6  no.
7            MR. LINDELL:  By people?
8            DR. FRANK:  No.
9            MR. LINDELL:  It could not be done by
10 people.
11           DR. FRANK:  No.
12           MR. LINDELL:  So what he's validated, it
13 could not be done by people, but we also know who did
14 it, where it came from, where the hacks came from, how
15 they got in, did they break the firewall, did they --
16           DR. FRANK:  Yeah.
17           MR. LINDELL:  -- did they -- were they --
18 were they allowed access, you know?  And it's amazing
19 you haven't found -- you didn't find one -- one county
20 in Ohio or one -- I mean, you checked every one.
21           DR. FRANK:  And boy -- and there's more to
22 that too.  So I was watching Absolute Proof and the
23 first three-fourths of it or so was just stuff I'd
24 already kind of heard in the news, following --
25           MR. LINDELL:  Right, right.
```

Absolute Interference

```
1              DR. FRANK:  -- what's going on.
2              MR. LINDELL:  Right.
3              DR. FRANK:  But when you got to the last
4  fourth, I was on the edge of my seat because --
5              MR. LINDELL:  With all that -- with all the
6  actual attacks.
7              DR. FRANK:  Well, and the graphics were
8  great, but that -- but I'm a numbers guy.  The graphics
9  are cool, but you know what, I was looking at your log.
10 3,000 pages of logs.  And I noticed in the last column,
11 every one of those things is like, take this many
12 ballots away, take that many ballots --
13             MR. LINDELL:  Right, right.
14             DR. FRANK:  -- away, take that many ballots
15 away.  And I'm thinking, I know exactly -- I know
16 exactly what is going on right there.  So I felt like,
17 okay, you're providing all the access.
18             MR. LINDELL:  Right.
19             DR. FRANK:  And I -- what -- but what
20 does -- what does it do once it's in?
21             MR. LINDELL:  Right.
22             DR. FRANK:  I can tell you what it's doing
23 when it's in.
24             MR. LINDELL:  Right.
25             DR. FRANK:  So the two married --
```

Absolute Interference

```
1                    MR. LINDELL:  Fit perfect.
2                    DR. FRANK:  And so I'm -- the whole time --
3                    MR. LINDELL:  Right, right.
4                    DR. FRANK:  -- I'm thinking, I got to talk
5       to Mike.
6                    MR. LINDELL:  Yeah, yeah.
7                    DR. FRANK:  I got to talk to Mike.  Because
8       I've got what -- exactly --
9                    MR. LINDELL:  Right, right.
10                   DR. FRANK:  -- the other half of the story.
11                   MR. LINDELL:  And then -- and then everyone
12      realized this.  And we have the -- this divine
13      connection between the gal that I had met --
14                   DR. FRANK:  Yes.
15                   MR. LINDELL:  -- and the gal that you had
16      met.
17                   DR. FRANK:  Yes.
18                   MR. LINDELL:  And that's how you ended up
19      here.
20                   GENERAL FLYNN:  Yes.
21                   MR. LINDELL:  And I -- and -- and I want to
22      tell you this, as all -- which we found out since you
23      watched that, you know, you seen all those IP addresses
24      and those ID (inaudible) --
25                   DR. FRANK:  Oh, yeah, absolutely.
```

Absolute Interference

```
1              MR. LINDELL:  -- now we've went across the
2    country and validated, you know, and validated, does the
3    I- -- is [sic] this computer exist, does this IP
4    address --
5              DR. FRANK:  Yeah.  Yes.
6              MR. LINDELL:  So we validated that.
7              DR. FRANK:  Yes.
8              MR. LINDELL:  I mean, this is since --
9    since Absolute Proof.  And it's -- and then now to have
10   100 percent evidence --
11             DR. FRANK:  Yes.
12             MR. LINDELL:  -- that it happened
13   everywhere, you know.
14             DR. FRANK:  Yes.
15             MR. LINDELL:  And just -- they just marry
16   each other.  It's perfect.  This is amazing.
17             DR. FRANK:  What I like what you did is
18   you -- you -- you have the log, but then you went on the
19   ground, boots on the ground and confirmed.
20             MR. LINDELL:  And confirmed it.
21             DR. FRANK:  We --
22             MR. LINDELL:  And that's what we did.  And
23   there's -- what you seen there, that was just a
24   sampling.  We have the whole United States.  We have --
25             DR. FRANK:  Yeah.
```

Absolute Interference

1        MR. LINDELL:  -- thou- -- hundreds of
2   thou- -- actually, millions of --
3        DR. FRANK:  Yes.
4        MR. LINDELL:  -- millions of pages of cyber
5   footprints --
6        DR. FRANK:  I have no doubt.
7        MR. LINDELL:  -- of these all attacks.  And
8   then we have -- we convert them into the actual IP
9   address --
10        DR. FRANK:  Yes.
11        MR. LINDELL:  -- that cyber footprint --
12        DR. FRANK:  Yes.
13        MR. LINDELL:  -- who attacked, who did it,
14   what time they did it.
15        DR. FRANK:  Yes.
16        MR. LINDELL:  What computer came out of
17   China to do it and what -- what -- what county attacked
18   here, what computer it went into, the IP of the
19   computer --
20        DR. FRANK:  Wow.
21        MR. LINDELL:  -- the ID of the computer.
22        Now, what I'm going to be doing, just so
23   everybody knows, is taking the data from that and then
24   we're going take this now --
25        DR. FRANK:  Yes.

Absolute Interference

```
1              MR. LINDELL:  -- and go, Wow, they're
2    identical.
3              DR. FRANK:  Yes.
4              MR. LINDELL:  You know.  I mean, this is --
5    and all these states that think that this wasn't -- you
6    know, that they weren't -- you know, the five swing
7    states or six swing states, it was everybody.  So
8    what -- so what that confirmed, like said, I -- I always
9    wondered, like, states like Ohio and Iowa and Florida,
10   which you won by, you know, five to eight percent, they
11   were double that.
12             DR. FRANK:  Oh, easy.
13             MR. LINDELL:  They were easily double that.
14             DR. FRANK:  Yeah.  Yes.
15             MR. LINDELL:  And everyone says, Well, why
16   didn't they take those states too?  Well, because you've
17   got -- if they took everything, obviously, you would
18   have an investigation right away.  We were just a
19   blessing, a miracle --
20             DR. FRANK:  Yes.
21             MR. LINDELL:  -- that on election night,
22   they underpredict- -- they underpredicted by about 12 to
23   14 million votes --
24             DR. FRANK:  Yeah, yes.
25             MR. LINDELL:  -- that President Trump was
```

Absolute Interference

1  going to get because of the -- everyone out voting and
2  getting, you know, this great president that he had
3  fulfilled all his promises and everything else.
4              DR. FRANK:  Yeah.  Yeah.
5              MR. LINDELL:  So they didn't expect that.
6              DR. FRANK:  No.
7              MR. LINDELL:  And that's what broke those
8  algorithms and -- you've seen in Absolute Proof.
9              DR. FRANK:  Well --
10             MR. LINDELL:  They broke it because why?
11  They were running out of railroad track.  They were
12  running out of race.
13             DR. FRANK:  That's why they had to stop it
14  in certain places.
15             MR. LINDELL:  That's why they had to stop
16  it --
17             DR. FRANK:  Exactly.
18             MR. LINDELL:  -- in the middle of the
19  night.  And everybody knows that story and -- and by the
20  way, I want to tell them one more time.  Those --
21  everyone thought that was mail-in votes, those big
22  spikes --
23             DR. FRANK:  No, no.
24             MR. LINDELL:  No, that was -- the mail-in
25  votes came in the day before, the morning of the 3rd.

Absolute Interference

```
 1              DR. FRANK:  Yeah.
 2              MR. LINDELL:  I know that was -- that was a
 3  big truck, going --
 4              DR. FRANK:  Yeah.
 5              MR. LINDELL:  -- Well, what do we do now,
 6  what do we do now?  That's why it took Arizona a week to
 7  figure some out, Pennsylvania a week, you know.
 8              DR. FRANK:  Yes.
 9              MR. LINDELL:  All these things.  Michigan,
10  they just went all in.  Boom, let's just put in
11  100-and-something-thousand votes for Biden, just pop
12  them in there, you know.  But this -- this attack, you
13  know, I don't care if you're a Democrat or a Republican,
14  it doesn't matter.  This is -- what did you think when
15  you seen this as just a citizen of our country going,
16  it's over, right, elections are done forever?
17              DR. FRANK:  Well, I'm a scientist and so
18  the first thing I had was elation.  Woo-hoo, I solved
19  the problem, eureka.
20              MR. LINDELL:  Yeah.
21              DR. FRANK:  Then after that, I felt
22  violated.
23              MR. LINDELL:  Yeah.
24              DR. FRANK:  I felt, our country has been
25  violated.
```

Absolute Interference

```
1              MR. LINDELL:  Right.  This is coming out --
2  now, we have states coming out all over, like Wisconsin
3  now and --
4              DR. FRANK:  Yes.
5              MR. LINDELL:  -- and New Hampshire, and all
6  these things are coming up where they're --
7              DR. FRANK:  Yeah.
8              MR. LINDELL:  It's just going to validate
9  this massive --
10             DR. FRANK:  Oh, yeah.
11             MR. LINDELL:  -- crime against humanity --
12             DR. FRANK:  Yeah.
13             MR. LINDELL:  -- crime against the United
14 States --
15             DR. FRANK:  Yes.
16             MR. LINDELL:  -- and crime against all
17 people.  I don't care what political side you're on.  Do
18 you know that they -- there was a movie, Kill Chain, it
19 came out a year ago, and the Democrats were in there
20 going, We cannot use machines because they have these
21 algorithm, you know.
22             DR. FRANK:  And they were afraid it's going
23 to be used against them?
24             MR. LINDELL:  They were afraid against
25 them.
```

Absolute Interference

```
1              DR. FRANK:  Yeah.
2              MR. LINDELL:  You know, just because
3  you're -- just because you're a -- a Democrat out there
4  and this happened to be this time, you think it's on
5  your side.
6              DR. FRANK:  Yeah.
7              MR. LINDELL:  This isn't the Democratic
8  Party that came in.  This is communism and socialism
9  that came into our country now.
10             DR. FRANK:  Uh-huh.
11             MR. LINDELL:  And everybody -- this is why
12 I'm saying -- actually, what's going on right now, even
13 my Democrat friends are going, Wow, this is -- you know,
14 this is not what we voted for.
15             DR. FRANK:  Right.
16             MR. LINDELL:  This is attack on our First
17 Amendment rights or --
18             DR. FRANK:  Yes.
19             MR. LINDELL:  They -- what do they do when
20 communism and socialism come in, you take away the First
21 Amendment.  You take away free speech, suppress that,
22 cancel culture, cancel people out.
23             DR. FRANK:  Yeah.
24             MR. LINDELL:  And then -- and then you
25 start just going -- going out there and saying,
```

Absolute Interference

1  Here's -- this is one voice and that's their voice
2  and -- and it's all control, you know.
3                  DR. FRANK:  Yes.
4                  MR. LINDELL:  So this is -- it's exciting.
5  I've told before, I said, it's exciting what you just
6  said, then you have peace.  But there's also an
7  excitement.  It would be different --
8                  DR. FRANK:  Yes, I agree.
9                  MR. LINDELL:  You know, at least we know --
10                 DR. FRANK:  Yeah.
11                 MR. LINDELL:  -- that -- that we have all
12  the evidence now.
13                 DR. FRANK:  Yes.
14                 MR. LINDELL:  So what is done with that --
15  you know, I said we're -- over the next five or
16  six weeks, we're going to an evidence dump of just of --
17  of the country and the world --
18                 DR. FRANK:  Yes, yes.
19                 MR. LINDELL:  -- so they can see everything
20  before we get this to the Supreme Court because -- by
21  the way, everyone, no one has seen this evidence.  No
22  one out there -- this wasn't -- this wasn't available
23  on --
24                 DR. FRANK:  No.
25                 MR. LINDELL:  -- in November.  It wasn't

Absolute Interference

1   available in December.  This is all new.  It was -- and
2   yours is even brand-new right now.
3                   DR. FRANK:  Right.  This --
4                   MR. LINDELL:  Brand-new.
5                   DR. FRANK:  Mo- -- (inaudible).
6                   MR. LINDELL:  This is brand-new and it
7   validates what I found --
8                   DR. FRANK:  Yeah.
9                   MR. LINDELL:  -- on Ja- -- brought to me on
10  January 9th.  And from then on, it's been just -- and
11  they're finding it all over the country.  This is the
12  miracle that if we would have -- if -- if everyone would
13  have done their job and -- with the dead people, and
14  like I said in the first Absolute -- and the -- the
15  nonresidents that voted, you could take all the swing
16  states and Donald Trump won them anyway, even with
17  those --
18                  DR. FRANK:  Oh, easily.
19                  MR. LINDELL:  I call it "organ-" --
20  "organic cheating."
21                  DR. FRANK:  Sure.
22                  MR. LINDELL:  But then we wouldn't be where
23  we're at now to catch these machines.
24                  DR. FRANK:  Yeah.
25                  MR. LINDELL:  And if we -- if we didn't do

Absolute Interference

1  this, if this didn't happen, it's over.  Once you say
2  there's never -- why even have another election, right?
3              DR. FRANK:  Oh, no.  The whole thing is an
4  illusion.
5              MR. LINDELL:  It's an illusion.  If --
6  if --
7              DR. FRANK:  Yeah.  Yeah.
8              MR. LINDELL:  If you -- I mean, did that
9  scare you, they're going, Wow, we're never going to have
10 a fair election again in history.
11             DR. FRANK:  And what -- what's the first
12 thing that happens with the --
13             MR. LINDELL:  Yeah.
14             DR. FRANK:  -- new administration, HB1.
15             MR. LINDELL:  Yeah.  Yeah.
16             DR. FRANK:  What does that do?
17             MR. LINDELL:  Yeah.
18             DR. FRANK:  It basically registers
19 everybody.  You're giving them an infinite credit line.
20             MR. LINDELL:  Right.  Yep, you're --
21 it's -- yeah, you're done.
22             DR. FRANK:  It's over.
23             MR. LINDELL:  You're done.  It's over.
24             DR. FRANK:  Yes.
25             MR. LINDELL:  And -- and that's why, the

Absolute Interference

1   whole world is watching.  I've had calls from other

2   countries like you wouldn't believe going, you know,

3   we're praying that you guys can, you know, get this

4   exposed, get the --

5               DR. FRANK:  Yes.

6               MR. LINDELL:  -- truth exposed --

7               DR. FRANK:  Yes.

8               MR. LINDELL:  -- because they're next.

9   They asked me, Would you run?  I said, I wouldn't run

10  for a dogcatcher right now because somebody else would

11  pick the winner.

12              DR. FRANK:  Yeah, right.

13              MR. LINDELL:  Just so everybody knows,

14  we've been -- we've -- have everyone out there, I have

15  all these different groups now on the ground in all

16  these states and, you know, it just came up, I just seen

17  it yesterday in Wisconsin, they're going to -- you know,

18  all these places now, they're going to open up stuff for

19  auditing.

20              DR. FRANK:  Yeah.  Yes, yes.

21              MR. LINDELL:  Wisconsin, Georgia, New

22  Hampshire, all these -- all these deviations.  Now

23  they're going to finally open up so we can look at it.

24  And then we're going to have you -- I'm going to have

25  you, Dr. Frank, out there, you know --

Absolute Interference

```
1                 DR. FRANK:  I'm looking forward to --
2                 MR. LINDELL:  -- using those algorithms --
3                 DR. FRANK:  Yes.
4                 MR. LINDELL:  -- because there's just --
5    now we can validate 3, 4 different ways and validate --
6                 DR. FRANK:  Yes.
7                 MR. LINDELL:  -- that this was the biggest
8    attack ever.  It'll be one of the biggest crimes, I
9    think, committed in world history.
10                DR. FRANK:  Another word for algorithm is
11   model.  The cool thing about having a model is you can
12   predict the way things should be.
13                MR. LINDELL:  Right.
14                DR. FRANK:  Well, if it deviates from
15   there --
16                MR. LINDELL:  Right.
17                DR. FRANK:  -- why?
18                MR. LINDELL:  Yeah, right.
19                DR. FRANK:  Those are the mistakes.
20                MR. LINDELL:  Yeah, those are the mistakes.
21                DR. FRANK:  And we've got a lot of those.
22                MR. LINDELL:  Right.  Oh, that's --
23                DR. FRANK:  And I can take you right to
24   door -- I can take you right to the address of the
25   person we need to knock on their door.
```

Absolute Interference

```
1                    MR. LINDELL:  Right.
2                    DR. FRANK:  Which is so fun about -- that's
3    what's fun about these algorithms.
4                    MR. LINDELL:  Right.  Well, you -- yeah,
5    you can -- it's a validation, validation, validation.
6                    DR. FRANK:  Absolutely, yes.
7                    MR. LINDELL:  And I want everyone -- you
8    know, when you talk about algorithms, too, it's like --
9    like I've said before, you know, I look at -- with my
10   company, I look at -- every day, all I do is look for
11   the deviations, what -- you know --
12                   DR. FRANK:  Wow.
13                   MR. LINDELL:  If one station does ten times
14   more than it was supposed to --
15                   DR. FRANK:  Yeah.
16                   MR. LINDELL:  -- something's wrong.
17                   DR. FRANK:  Yeah.
18                   MR. LINDELL:  You know, or you're cer- --
19   you know --
20                   DR. FRANK:  Yes.
21                   MR. LINDELL:  -- it had to have a different
22   input to get out the output.
23                   DR. FRANK:  Yes.
24                   MR. LINDELL:  Now, over here, I might
25   have -- I might have, let's say, a station did 20,000
```

Absolute Interference

1  that normally does 2,000.  That individual station, you
2  can look into, find out, you know, was the commercial
3  different, did it rain that day, whatever.
4              DR. FRANK:  Yeah.
5              MR. LINDELL:  Something changed it.
6              DR. FRANK:  Yeah.
7              MR. LINDELL:  But when -- but if all of a
8  sudden, one day, all My Pillow outlets were all the --
9  the same and the same -- the same exact percentage --
10             DR. FRANK:  Yes.
11             MR. LINDELL:  -- I'm going, Okay, something
12 happened here.  And it wouldn't be that they really did
13 that money.  It would be something that changed in
14 the -- in my computers that had to do that because you
15 could not --
16             DR. FRANK:  Right.
17             MR. LINDELL:  No way could you ever do that
18 humanly to make all of them exactly --
19             DR. FRANK:  Right.
20             MR. LINDELL:  -- increase the same
21 percentage.
22             DR. FRANK:  When I've shown this to other
23 people, they've said, Well, gee, how could people do
24 that?  And I say, you can't --
25             MR. LINDELL:  They couldn't.  You can't.

Absolute Interference

```
1              DR. FRANK:  -- you couldn't.
2              MR. LINDELL:  It has to be --
3              DR. FRANK:  Has to be.
4              MR. LINDELL:  -- machines.
5              DR. FRANK:  It has to be.
6              MR. LINDELL:  And it rhymes with Dominion,
7    and it rhymes with Smartmatic and ES&S.  All these
8    machines that were used out there and -- and it -- it
9    could be -- and it could be -- once again, I just want
10   you to say it one more time.  Cannot be done by humans.
11             DR. FRANK:  Cannot be done.
12             MR. LINDELL:  And you have to have access
13   before, during and after?
14             DR. FRANK:  The -- this is too extensive.
15   It could not be done by humans.  It has to be done by
16   computers.
17             MR. LINDELL:  Right.
18             DR. FRANK:  I'm imagining a room full of
19   computers somewhere --
20             MR. LINDELL:  Right.
21             DR. FRANK:  -- that's connected to the
22   internet --
23             MR. LINDELL:  Right.
24             DR. FRANK:  -- preparing, monitoring,
25   controlling --
```

Absolute Interference

```
1                    MR. LINDELL:  Right.
2                    DR. FRANK:  -- cleaning up the mess
3    afterwards.
4                    MR. LINDELL:  Right.
5                    DR. FRANK:  And you have to have each
6    step --
7                    MR. LINDELL:  Right.
8                    DR. FRANK:  -- and it could not be humans.
9    There's too much going on.
10                   MR. LINDELL:  So it was -- it was a
11   well-thought-out plan.
12                   DR. FRANK:  And I don't think it started
13   this year.  I think it's been going at least --
14                   MR. LINDELL:  Right, right.
15                   DR. FRANK:  -- since 2008.
16                   MR. LINDELL:  Yeah, right.  And they --
17   and -- and you're exactly right, too.  We've got --
18   that's what we have over here.
19                   DR. FRANK:  You have evidence.
20                   MR. LINDELL:  Yeah.  Yeah, we have all the
21   evidence where it came from.
22                   DR. FRANK:  As a scientist, its fun when
23   you come up with conclusions and they match others.
24                   MR. LINDELL:  And they match other
25   conclusions, yeah.
```

Absolute Interference

```
1              DR. FRANK:  And this is what's happening
2  for me tonight.
3              MR. LINDELL:  So what do we have here?
4              DR. FRANK:  Just a particular random
5  precinct in Ohio.
6              MR. LINDELL:  Right.
7              DR. FRANK:  And what it is, is you've got
8  age across the bottom, just like before, and number of
9  people of each age.
10             MR. LINDELL:  Right.  Right.
11             DR. FRANK:  And so you notice, this is how
12 many people are registered, the blue curve.
13             MR. LINDELL:  Right.
14             DR. FRANK:  And then this is how many
15 ballots there are.
16             MR. LINDELL:  Right, right.
17             DR. FRANK:  So let's say you need to inject
18 a bunch of ballots --
19             MR. LINDELL:  Uh-huh.
20             DR. FRANK:  -- into the election, you need
21 a few more ballots for Biden.  Okay?  Where do you get
22 them?  You come here and you say, Oh, we haven't filled
23 this one up yet, so now you --
24             MR. LINDELL:  Right, right.
25             DR. FRANK:  -- just go back to the data
```

Absolute Interference

1   rolls, you find out who hasn't voted --
2                MR. LINDELL:  Right.
3                DR. FRANK:  -- and you --
4                MR. LINDELL:  And you find -- and you also
5   would have to know if they -- now, what I asked you off
6   camera was --
7                DR. FRANK:  Yeah.
8                MR. LINDELL:  -- yeah, everyone should
9   understand this.  We all heard stories of people after
10  they got -- went to the precinct.
11               DR. FRANK:  Yes.
12               MR. LINDELL:  And they said, Well, you've
13  already voted.  And they go, No, I haven't.
14               DR. FRANK:  Yes.
15               MR. LINDELL:  Because that means they had
16  already took their vote --
17               DR. FRANK:  Yes.
18               MR. LINDELL:  -- and used it.  They might
19  not have ever voted before so -- and they --
20               DR. FRANK:  Yes.
21               MR. LINDELL:  -- didn't expect them to
22  vote.
23               DR. FRANK:  Right.
24               MR. LINDELL:  But in this election, they
25  did vote.

Case 1:21-cv-02900-CJN   Document 136-4   Filed 12/09/23   Page 826 of 971

87

Absolute Interference

```
1              DR. FRANK:  Because people --
2              MR. LINDELL:  Or they wanted to vote.  So
3    there -- that was --
4              DR. FRANK:  Yes.
5              MR. LINDELL:  -- these -- these things, it
6    set up all these, you know, deviations.  I mean --
7              DR. FRANK:  Yes.
8              MR. LINDELL:  -- I'm sure in any other
9    election, they're going --
10             DR. FRANK:  Yeah.
11             MR. LINDELL:  -- you don't get there and
12   say, You've already voted.  I mean, they're -- but
13   everybody -- how did they mix it up?  They're going, Oh,
14   it's because we have mail-in votings and they're just
15   confusing -- you know, and we had the China virus and
16   all this stuff going on.
17             DR. FRANK:  Yes.  Yes.
18             MR. LINDELL:  So they're all using that to
19   try and disguise -- once these deviations started
20   popping up, someone's got to come up with an excuse
21   because, I mean they -- they didn't think -- they did
22   not plan on Donald Trump getting 80 million votes.
23   That's the whole thing right there.
24             DR. FRANK:  I think he got more than that.
25             MR. LINDELL:  Yeah.  Yeah.
```

Absolute Interference

```
 1                    DR. FRANK:  Okay.  I think he --
 2                    MR. LINDELL:  Well, we've -- well, we've --
 3   we've actually looked at the -- at the spyware that
 4   these guys had.
 5                    DR. FRANK:  Yes.
 6                    MR. LINDELL:  And we've come up with right
 7   around 80 million.
 8                    DR. FRANK:  I'll take your word for it.
 9                    MR. LINDELL:  I would bet when you -- yeah,
10   I would bet when you did this, though, across the
11   country, by the time you're done doing every state --
12                    DR. FRANK:  Yeah.
13                    MR. LINDELL:  -- I bet it will be (makes
14   noise) identical.
15                    DR. FRANK:  Oh, yeah.
16                    MR. LINDELL:  When they only predicted 67
17   to 68 million, that's 12 million more votes.  And -- and
18   the only way to get that --
19                    DR. FRANK:  Yes.
20                    MR. LINDELL:  -- is throughout the whole
21   country --
22                    DR. FRANK:  Yes.
23                    MR. LINDELL:  -- which is exactly what they
24   did.
25                    DR. FRANK:  People ask me, Well, gee,
```

Absolute Interference

```
 1  Dr. Frank, if -- if -- why -- if Trump won in Ohio and
 2  they could have manipulated it, why didn't they make
 3  Trump win?
 4              MR. LINDELL:  Uh-huh.
 5              DR. FRANK:  And the answer is, there just
 6  aren't enough bodies --
 7              MR. LINDELL:  Right.
 8              DR. FRANK:  -- left --
 9              MR. LINDELL:  Right.
10              DR. FRANK:  -- in Ohio --
11              MR. LINDELL:  Right.
12              DR. FRANK:  -- to assign.
13              MR. LINDELL:  Right.
14              DR. FRANK:  So --
15              MR. LINDELL:  Right.
16              DR. FRANK:  -- they still have to
17  manipulate it, though, because they've been doing it for
18  years.
19              MR. LINDELL:  Right.
20              DR. FRANK:  And if they suddenly stopped,
21  that would stand out.
22              MR. LINDELL:  Right.
23              DR. FRANK:  That's one red flag.
24              MR. LINDELL:  Right.
25              DR. FRANK:  Another thing is, this is how
```

Absolute Interference

```
 1   they do all the down ballot stuff.
 2                MR. LINDELL:  Right.
 3                DR. FRANK:  Because --
 4                MR. LINDELL:  Did you hear that, everybody?
 5   We're talk -- this -- said something -- we're talking
 6   about "the down ballot stuff."  John James in Michigan,
 7   you know, who really won.  Okay.
 8                DR. FRANK:  How can you have a situation
 9   where, for example, in Ohio, where Trump is winning by
10   this massive --
11                MR. LINDELL:  Right.
12                DR. FRANK:  -- yet you lose conservative
13   judges.
14                MR. LINDELL:  Yeah.
15                DR. FRANK:  How?
16                MR. LINDELL:  Yeah.
17                DR. FRANK:  You come down here and you say,
18   Hey -- and those are usually smaller races.  You only
19   need a few extra hundred ballots --
20                MR. LINDELL:  Right, right.
21                DR. FRANK:  -- to win those.
22                So, you know, and this -- this was Butler
23   County.  They've got 280 precincts.
24                MR. LINDELL:  Right.
25                DR. FRANK:  You only need a couple hundred
```

Absolute Interference

1  ballots?  Can you find two provision -- can you find two
2  ballots in this one?  Yeah --
3                  MR. LINDELL:  Yes, you can.
4                  DR. FRANK:  -- you can find two in it.
5                  MR. LINDELL:  So you can -- everything --
6                  DR. FRANK:  Yes.
7                  MR. LINDELL:  I want everyone to realize
8  that this isn't -- this is a -- this crime against
9  our -- our nation and humanity and the world, they --
10  when they go for every- -- it wasn't just the top
11  ticket.  They worried because --
12                  DR. FRANK:  Oh, yes.
13                  MR. LINDELL:  -- once the algorithms broke,
14  now they had -- that had to be their number one concern.
15                  DR. FRANK:  Yeah.
16                  MR. LINDELL:  We got to make sure --
17                  DR. FRANK:  Yes.
18                  MR. LINDELL:  -- that Donald Trump doesn't
19  win.  Even though we're losing a lot of these other
20  ones, a lot of these congressmen got through --
21                  DR. FRANK:  Yes.
22                  MR. LINDELL:  -- because they -- they
23  didn't have enough track left to do their cheat.
24                  DR. FRANK:  Exactly.
25                  MR. LINDELL:  There wasn't enough people

Absolute Interference

1    left in all these states to cheat.

2                    DR. FRANK:  Yes.

3                    MR. LINDELL:  And especially in places

4    where these Congressmen were.  They -- because how did

5    they win -- I think it was like, I don't know how

6    many -- 15 to 17 of them won?

7                    DR. FRANK:  Yeah.

8                    MR. LINDELL:  And you lose the presidential

9    ra- -- it's impossible.

10                   DR. FRANK:  Not likely, absolutely.

11                   MR. LINDELL:  You know, that's what this is

12   about.

13                   DR. FRANK:  Yeah, exactly.

14                   MR. LINDELL:  So if -- if this wouldn't

15   have happened, if we wouldn't have had that -- this

16   great present where these algorithms broke because of

17   everybody got out and voted --

18                   DR. FRANK:  Yes.  Yes.

19                   MR. LINDELL:  -- if that wouldn't have

20   happened, I mean, it's over.  At 3 o'clock in the

21   morning, we -- all the states would have been done,

22   turned in.  We'd all went to bed, better luck next time.

23   And there wouldn't be a next time because now --

24                   DR. FRANK:  Right.

25                   MR. LINDELL:  -- this is what -- this was

Absolute Interference

```
 1   the big --
 2               DR. FRANK:  Yes.
 3               MR. LINDELL:  -- this was the big
 4   takeover --
 5               DR. FRANK:  Yes.
 6               MR. LINDELL:  -- in history, starting here
 7   and the world, you know.  And their big test was
 8   Venezuela.  They did it, two years, boom, and it's done.
 9   And you know, sai- -- you take over the world, you never
10   have -- and that's down tickets, that's everything.  And
11   you could disguise it.  We know all the -- all the
12   corrupt Republicans that popped their head up, you know.
13               DR. FRANK:  Yeah.
14               MR. LINDELL:  Brian Kemp, Brad
15   Raffensperger.  I mean, all these Republicans, a lot of
16   Secretary of State, governors like Doug Ducey --
17               DR. FRANK:  Yes.
18               MR. LINDELL:  -- you know, these guys
19   popped their heads up, and a lot of senators and, you
20   know, you're showing that they could have -- they could
21   have just manipulated back and forth whoever they wanted
22   to win between them.
23               DR. FRANK:  Yes.
24               MR. LINDELL:  But in -- in reality, it's a
25   new thing coming, and it's socialism and communism.
```

Absolute Interference

```
1              DR. FRANK:  Yes.
2              MR. LINDELL:  And these guys that have --
3    what I've learned in politics, when you get a mix, how
4    could this happen to our country?  With all these bad
5    actors here, though, is how it could happen.  Because
6    what I've learned, in poli- -- in politics -- and I
7    didn't know a thing about them.  I was an ex-addict.
8    That they have -- it seems like there's three things,
9    they either have a political agenda for their party,
10   they're not worried about the people, or they have a
11   personal agenda.  That's really big one.
12             Or maybe they're getting compromised,
13   blackmailed, who knows, you know.  But there's -- it
14   seems to be that.  There's very few of them that I've
15   seen.  You know, our president we had, Donald Trump,
16   when we -- you know, it happened to him where they
17   have -- where the things they're doing are for the
18   people.
19             DR. FRANK:  Yes.
20             MR. LINDELL:  It's supposed to be for the
21   people.  And you have a problem, solution, and what does
22   it manifest to help all people.  I don't care what party
23   you're in or what people, you know, or what race,
24   whatever.  It's for all of us.
25             DR. FRANK:  Yes.
```

Absolute Interference

```
1              MR. LINDELL:  And that's where this will
2  all be fixed.  I really believe that, because this
3  exposed not only this -- the machine, the fraud, the
4  election steal, but it also, for a lot of the
5  corruption, the corruption, people that don't -- laws
6  that should be changed that don't do their job.
7              DR. FRANK:  Oh, yeah.
8              MR. LINDELL:  The constitution that wasn't
9  followed every -- anywhere.  It was not followed
10 anywhere.  And I want everyone to know, well, why did
11 this evidence get looked at or it did get looked at?
12 No, this is all brand-new.  This is new right now,
13 today.  We're in March, you know, and this just -- this
14 just come out now --
15             DR. FRANK:  Yes.
16             MR. LINDELL:  -- to me.
17             DR. FRANK:  Yes.
18             MR. LINDELL:  You know?  And all this
19 stuff, they didn't have this back then.  So anyone that
20 says, Oh, it's all been looked at, the judges looked at
21 it, there was a (inaudible) --
22             DR. FRANK:  No.  No.
23             MR. LINDELL:  -- absolutely not true.
24             And we -- all of you out there, I want you
25 to share this, I want you to get it out everywhere.  You
```

Absolute Interference

1  get this out everywhere because we're going to keep
2  dumping evidence.  We're going to have you back,
3  Dr. Frank, as you do state by state by state --
4              DR. FRANK:  Absolutely.
5              MR. LINDELL:  -- and it's amazing.  But
6  thanks for coming and being a part of this.
7              DR. FRANK:  My pleasure.
8              MR. LINDELL:  This is exciting.  God bless
9  you.
10             Well, everyone, we have great breaking news
11 here.  Since we were filming a couple weeks ago this
12 documentary, John has went out and we -- with all these
13 other questions we had and he has done a great
14 investigation.  And John, what do you have for us right
15 now today?
16             CONFIDENTIAL INFORMANT NO. 3:  Yeah, Mike.
17 I was actually watching the November 3rd election and I
18 was sick to my stomach.  I was watching the vote dump at
19 4:00 a.m. in the morning, I watched the videos on live
20 television of the vote totals slipping in front of
21 everybody.  The mainstream media was so overly quick to
22 call the election in Biden's favor.
23             From there, I decided to see for myself.  I
24 kept on turning over stones, and I found multiple pieces
25 of evidence that proved to me that this was actually a

Absolute Interference

1    well-orchestrated vote theft.

2              A poll manager contacted me on January 3rd,
3    2021, and basically conveyed to me that they were very
4    uncomfortable with this phone that they had.  Now, this
5    phone is a model 40440 flip phone.  Now, what was
6    interesting about this particular phone is that it is a
7    4G Wi-Fi hotspot.  After further digging on this device,
8    we bought it and we were -- I was asked to go back and
9    attain more evidence from poll managers and poll
10   workers.

11             Seeing the device, I was very concerned and
12   I actually bought a copy myself to try to find out who
13   exactly manufactured it.  The phone manufacturer appears
14   to be AT&T, but it was, in fact, outsourced to Alcatel.
15   Alcatel was -- for the cellular world is expected to be
16   a European company.  But back in 2005, TCL bought the
17   Alcatel name out, out of a joint venture.  TCL is
18   actually the true manufacturer/parent company of
19   Alcatel.

20             The operating system on the phone is KaiOS.
21   It was made in Hong Kong and TCL is one of the largest
22   shareholders, and Google invested at least $22 million
23   with this.  So you may ask, who is TCL?  TCL is
24   headquartered in China, founded as a state-owned
25   enterprise.

Absolute Interference

1          Mike, you might ask yourselves, is TCL
2     trustworthy?  Multiple warnings over TCL devices and TCL
3     TVs in government buildings.  They've had multiple
4     security scandals such as their weather forecast app,
5     including major portions of spyware and multiple
6     backdoors into networks via their devices.
7          From here, I decided that I was going to
8     try to do my best to catch them in the act.  I went and
9     collected parts and built a Raspberry Pi Zero W in order
10    to install Kismet, a Lenox operating system, to try to
11    capture Wi-Fi in the air.
12         The device that I worked on actually is
13    able to, like a camera, record all Wi-Fi signals in its
14    vicinity.  So it records anything that's transmitted
15    over Wi-Fi in its immediate vicinity.  Now, what we
16    found with the Raspberry Pi Zeros is we found hidden
17    SSIDs and questionable hack addresses.
18         So is this important?  We found them not in
19    one, but six different precincts in three different
20    counties in Georgia, Cobb, Gwinnett and Fulton, on the
21    January 5th runoff.  The phones were connected to the
22    internet via the TCL flip phones.
23         Mike, you know the first Absolute Proof,
24    you know where we had the white Y area networks?  Well,
25    now here's the other half of the LAN, the local area

Absolute Interference

1  networks at the precinct levels.  We found that at the
2  precinct levels, they were connected to the internet,
3  and TCL was one of the IP addresses that we traced back
4  to China during the steal.  In fact, Mike, TCL accessed
5  over 150 election servers in 14 different states,
6  including multiple Secretary of State networks,
7  according to my data that I collected and other
8  corroborating source.
9          MR. LINDELL:  So what you're saying, John,
10 this actually even shows more evidence of the -- of a
11 state-owned company right out of China attacking us
12 directly with -- through the Secretaries of States,
13 their computers, the -- the machines, using these cell
14 phones that were owned by China as internet devices?
15         CONFIDENTIAL INFORMANT NO. 3:  Mike, what
16 we're saying is, we have verified connection to the
17 (inaudible) paths with China by this TCL flip phone.  We
18 also have the absolute proof of interference by the fact
19 that we have transmissions that go back to this Chinese
20 state-owned company, TCL.  We have the absolute proof of
21 their incursion, their illegal incursion into 150
22 election servers in 14 different states, including
23 multiple Secretary of State offices.  China chose Biden,
24 not the American people.
25         MR. LINDELL:  So you have China, you have

Absolute Interference

1  the TCL company, you have the machines, your Dominions,
2  your Smartmatics, you have these.  You have cell phones
3  that went onto the internet owned by the Chinese
4  company, TCL?
5            CONFIDENTIAL INFORMANT NO. 3:  Yes, sir.
6  What I'm saying is, we have multiple sources that are
7  recording this at the exact same time, showing matching
8  MAC addresses and matching IP addresses for devices
9  communicating with this TCL company in China.
10           MR. LINDELL:  Well, now we're going to
11 welcome back two guests that were on Absolute Proof,
12 General McInerney and Colonel Phil Waldron.  And we all
13 remember during that, the last third of Absolute Proof
14 that all of these IP address, IDs of computers, who
15 attacked, what country it came from.  And we put this
16 out there.  It was evidence that had never been seen
17 before and proved an attack on our country, mostly by
18 China.
19           I want everyone out there to know, none of
20 the mainstream, none of them, you know, said -- refuted
21 everything.  They just went completely silent on us.
22 They didn't say that -- that the evidence was wrong or
23 didn't re- -- refute it or anything.  But I did hear
24 from people going, Well, have you validated these IDs
25 and these I- -- I- -- IP addresses and stuff.  So is

Absolute Interference

1  there news on that?

2           COLONEL WALDRON:  Yeah, so our team started

3  basically doing an independent verification of the --

4  the IP addresses and looking at -- focusing on, you

5  know, the battleground states and those areas that

6  seemed to have the biggest impact.  That's -- that's the

7  piece that our team, our white hat hackers have started

8  working on, at least to confirm the IP addresses and

9  the -- both the U.S. and the foreign IP addresses, for

10 the most part, in areas where the -- the attacks or the

11 interventions were successful.  Those have been

12 verified.

13           MR. LINDELL:  You said that you -- that you

14 even checked some overseas, huh?

15           COLONEL WALDRON:  Correct.  And -- and the

16 point that you just made on independent multiparty

17 validation is really, really critical, using -- using

18 different tools, using different suites and software, so

19 that's -- that's going to be really critical that all of

20 that information folds in together, and there's multiple

21 validations for the -- you know, for the foreign

22 interference.

23           MR. LINDELL:  Right.  And that's what we're

24 going to show in, you know, the five, six weeks as we

25 dump all the evidence to the public and show the world

Absolute Interference

1  all the evidence.  When it -- by the time it gets to the
2  door of the Supreme Court and we put this case there,
3  all nine of them are going to say, Wow.
4            General McInerney, what happened to our
5  country on January -- or on November 3rd?
6            GENERAL MCINERNEY:  Well, we had the most
7  massive cyber warfare attack, Mike, in history on our
8  electoral system.  It's never been anything of that
9  magnitude.  We have precise examples and evidence for
10 the Supreme Court and any other court in the whole
11 world.  It is very precise.  And it shows the magnitude
12 led by the Chinese communist party as a foreign entity.
13            MR. LINDELL:  And these machines, now,
14 allowing for this foreign interference, we've been all
15 the way back to Venezuela when the machines first came
16 in.  And it took only two years for them to completely
17 take Venezuela.
18            I think it's all getting shown to everyone
19 that -- what communism and socialism is like now with
20 our -- their cancel culture, taking away our free speech
21 and -- and all this -- and taking away our freedoms.
22 What an easier way to do it, like you said, with -- you
23 know, introducing a virus, a pandemic, that's going to
24 keep everybody -- take our freedoms away and -- and once
25 again, put fear into everybody.  They have a world

Absolute Interference

1  agenda, don't they?

2              GENERAL MCINERNEY:  Absolutely.  It's a

3  global agenda.  They demonstrated it, what they did to

4  the global economy.  And then specifically the leader in

5  national security and the world was the United States,

6  and look who they put in.

7              MR. LINDELL:  Right.

8              GENERAL MCINERNEY:  And as you said,

9  socialism is the front door to communism.

10              MR. LINDELL:  Right.

11              GENERAL MCINERNEY:  And Venezuela seen it.

12  They're using the same model, Mike.  And it's your

13  leadership that has enabled us to put Absolute Proof

14  together and get Brandon Haas and Mary Fanning, and all

15  these people, Colonel Phil, to show the American people

16  what has happened to them, and they've got to take their

17  country back.

18              MR. LINDELL:  What we're going to is

19  we're -- we've got this new social media platform

20  because, obviously, they've been taking every -- all the

21  influence in the country off, they're suppressing their

22  speech.  But this new platform called "Frank" is going

23  to -- everyone's going to come on there, all the

24  influencers, and they're going to be able to talk about

25  Dominion and Smartmatic and communism coming into our

Absolute Interference

```
 1  country and talk about the vaccine.
 2              COLONEL WALDRON:  Something that General
 3  McInerney said was -- was very, very important, that --
 4  that the viewers can go look up.  This is the Chinese
 5  doctrine of unrestricted warfare, and this goes back to
 6  the writings of Sun Tzu and Mao Zedong in -- in the --
 7  the communist revolution.  So these doctrines are -- are
 8  there.  They're there for people to -- to look at.  They
 9  can go to -- probably to Barnes & Noble and buy Mao's On
10  Guerilla Warfare, which is a -- a very good primer on
11  what -- what happened to the -- China as the -- the
12  communist revolution took place.
13              This is cyber warfare.  This is the Chinese
14  doctrine of unrestricted warfare.  And it goes all the
15  way back to the writings of Sun Tzu, the -- the acme or
16  the pinnacle of -- of war is to win without fighting.
17  And they've done that.  They -- they've won their
18  island-building campaign.  They won't have to fire a
19  shot.
20              They probably won Taiwan.  They'll be
21  unrestricted operating through the Panama Canal -- Canal
22  zone, down through Central and South America, the
23  Caribbean, Africa, Afghanistan, the -- the Ring Road
24  project.  They plan in hundreds of years in -- in
25  strategy.  One other thing that you mentioned, the news
```

Absolute Interference

1  and the FBI and all these other folks said that, Well,

2  we never saw anything.  It's because they weren't

3  looking.  They didn't know where to look.

4           Just like General McInerney said, this was

5  an unprecedented cyber warfare attack.  You have to

6  understand that our intelligence community works on

7  national intelligence priorities.  And they work

8  generally on Band 1 and 2.  In the counter-terrorism,

9  we've got, you know, tar- -- targets, priority target

10  that -- that we look at.  And those lower levels don't

11  get looked at.

12           MR. LINDELL:  That's so bizarre because we

13  talked about in this documentary, we talked about a

14  movie, Kill Chain, that was last year.  And even the

15  Democrats in that -- my own senator from Minnesota, Amy

16  Klobuchar, talked about if these machines are used, we

17  are vulnerable for an attack by foreign country to take

18  our -- to -- you know, interfere with our election.

19           And so with all that -- I mean, they made a

20  movie about it.  How come our intelligence teams would

21  not at least be looking for that?  Isn't that strange?

22           GENERAL MCINERNEY:  Let me interject there.

23  You're being very kind to them.  There is no way that

24  our cyber command and NSA could have ever missed the

25  amount of cyber warfare that went on in the early hours

Absolute Interference

```
 1  of 4 November.  There's no way they could miss it.
 2              Now, I think we have a cancer there.  That
 3  part of the military and that part of the intelligence
 4  community, like the FBI missing it, DHS missing it,
 5  there is no way that they could miss it.  And that's
 6  extremely important, I think, Mike --
 7              MR. LINDELL:  Right.
 8              GENERAL MCINERNEY:  -- for why Absolute
 9  Proof is such a -- a paramount -- you know, of paramount
10  importance to the nation, that this information get out
11  to the American people.
12              MR. LINDELL:  Right.  And we are.  We're
13  going to put all the information out there, and we're
14  going to just pour it out there.  And we're going to
15  keep doing these all the way up to the Supreme Court.  I
16  want to do it where even if you're -- I don't care if
17  you're a Democrat, Republican, who you are.  By the time
18  this gets to the Supreme Court, even those nine will
19  have watched this and -- watched over and over again and
20  seen all the evidence, going, Wow, this is the biggest
21  cyberattack, like the general says, in history.
22              And then, General, I don't know what they
23  do from there, but obviously, you can never have
24  machines ever again.  I want to thank both of you again.
25  And is there anything else either of you would want to
```

Absolute Interference

```
 1   add before we go?
 2              GENERAL MCINERNEY:  I'd just like to say,
 3   Mike, that this nation has never been here before.  And
 4   every American, every American, as you're pointing out,
 5   this is their Normandy battlefield, this is their Iwo
 6   Jima, this is the Mount Suribachi.  We've never been
 7   here before, but we're presenting -- you are presenting
 8   that -- the evidence to show that this election was
 9   stolen with the aid of a foreign power that is bent on
10   global domination.
11              MR. LINDELL:  Thank you.  Thank you.
12              COLONEL WALDRON:  And, Mike, the -- the
13   American people are -- are waking up.  I know we had a
14   conference call earlier this week with the Secretary of
15   State of New Hampshire.  Brilliant -- a brilliant
16   gentleman, knows more about election history and
17   election law than anyone that we've ever -- we've come
18   in contact with since last August.  The folks in Florida
19   and Washington and -- and Georgia, Louisiana, they're --
20   people are becoming involved, and they're finally waking
21   up and understanding what happened and trying to do
22   their best to prevent it from happening again.
23              MR. LINDELL:  Oh, that's awesome.  And that
24   gives everybody out there great hope.  Thanks, Colonel.
25   Thank you, General.  And God bless you both and -- and
```

Absolute Interference

```
 1   we can't look forward -- we'll look forward to seeing
 2   you again in the next report.
 3                  COLONEL WALDRON:  Thank you, Mike.
 4                  GENERAL MCINERNEY:  God bless you, Mike.
 5                  MR. LINDELL:  Thank you.
 6                  GENERAL FLYNN:  And one of the things that,
 7   I think, for the American people is the -- the --
 8   this -- this awakening, but paying attention to the
 9   local things that are happening in your communities.
10   You have to do this.  I mean, you absolutely.  You
11   cannot -- you know, and the -- and the way I would say
12   it is, like a gentleman talked to me the other day in --
13   in the state of Florida at this -- at this one
14   particular event.  He says, I watched what happened and
15   now I am -- I'm getting off my couch and I'm going to
16   get involved in my community because I can't have this
17   happen to -- with my children and my grandchildren going
18   forward in this country.
19                  If there's one thing that I sit here, and
20   why I'm sitting here with -- with Mike Lindell today,
21   one, because we met and we found a -- a -- a common
22   effort that we wanted to get behind, which was this --
23   fighting against this incredibly corrupt election system
24   and process that we have with this machinery.
25                  We have to stop this, we have to get to
```

Absolute Interference

1  another place, and we have to bring our communities
2  together in a much greater way to be able to -- to
3  basically coordinate and -- and to keep an eye on the
4  kinds of things that we need to do for our election
5  system.  So get involved.  Get out there at the local
6  level.
7          Our Constitution gives us those individual
8  rights and individual liberties.  I don't care about the
9  cancel culture, I don't think about the censorship.  The
10 American people are going to work through this, we're
11 going to fight through this, and we're going to overcome
12 this problem because we now know -- we now know what
13 happened in our election and -- and, folks, more and
14 more information is going to come out in the future, and
15 I'm talking about in the very near future --
16          MR. LINDELL:  Uh-huh.
17          GENERAL FLYNN:  -- as Mike talks about with
18 dumping all this information out there.  Pay attention
19 to it, get smart about it, and use it in your own
20 arguments and your own debates in your communities to be
21 able to say, Never again will we allow this to happen.
22 And -- and we should not.
23          MR. LINDELL:  And -- and, you know, I'm
24 getting emails from all over the country.  It -- they --
25 people have already started that.  In their communities,

Absolute Interference

1  the com- -- one of the common things is they're going --
2  they're going and approaching their -- their county
3  election boards and stuff and going, we -- do we have
4  machines?  They're going, Yeah.  And they're going, When
5  did we get them?  2019, 2020.
6                  GENERAL FLYNN:  Right.
7                  MR. LINDELL:  I mean, they're all going --
8  they all just, like, they came in like this big
9  invasion.
10                 GENERAL FLYNN:  Right.
11                 MR. LINDELL:  And they're going, Why do we
12  have them?  We don't want them.  You know, so you get
13  down to that level because we had -- we had Dr. Frank
14  on earlier and, you know, these -- the -- the -- down --
15  down the little -- even school board elections.
16                 GENERAL FLYNN:  Uh-huh, that's right.
17                 MR. LINDELL:  All these things, they can do
18  anything with that.  This isn't just talking about a
19  presidential election.  All the down tickets and stuff,
20  all these down tickets, right down to your own
21  community.  You know, you've got a machine going --
22  somebody could just -- you know, you have -- you have
23  micro- -- micro things down there, all the way up to the
24  macro, the presidential election.  And you take
25  everything in between.  This isn't about just one

Absolute Interference

1  election, this is about everything.
2              GENERAL FLYNN:  Right.
3              MR. LINDELL:  It's about everything we
4  have.
5              GENERAL FLYNN:  I mean, you know, when --
6  when you think about it -- and Mike talked about, you
7  know, rocks and glass and bottles or whatever, broken
8  things inside of his pillow, somebody would go, Hey, you
9  know, this is a bad pillow.  He'd open it up and look at
10 it and go, Yeah, you're right.  We'll fix it.
11             MR. LINDELL:  Right.
12             GENERAL FLYNN:  And every -- every mom that
13 goes to every store, picks up, you know, the -- the milk
14 carton or the cereal box or, you know, the -- the -- the
15 thing of butter and they look at the ingredients inside,
16 and we don't -- the -- the -- these companies, these --
17 these machine-owning companies, they don't want to list
18 the ingredients inside, because they don't want us to
19 know what's inside of these machines.
20             So it's just like buying a -- a piece of
21 food at the supermarket --
22             MR. LINDELL:  Right.
23             GENERAL FLYNN:  -- for every mother out
24 there that -- you know, what we want is -- I want, as an
25 American citizen, I want to know what's inside of that

Absolute Interference

1  thing that is going to elect the next president of the
2  United States --
3                   MR. LINDELL:  Right.
4                   GENERAL FLYNN:  -- or the next member of
5  the school board that's going to make policy for the
6  education of my children.  I want to know the
7  ingredients in every single box that I'm about to use to
8  make a massive decision about my country or about my
9  community.
10                  MR. LINDELL:  Wow, that's a great --
11                  GENERAL FLYNN:  And it's that simple.
12                  MR. LINDELL:  Yeah, that's a great analogy.
13  I mean, and we ask ourselves across our country and
14  across the world, why, if there's nothing to hide --
15                  GENERAL FLYNN:  Right.
16                  MR. LINDELL:  -- why can't you see what's
17  inside the box?
18                  GENERAL FLYNN:  Just let us see it.  Just
19  let us see it.  That's it.  I mean, the -- Dominion,
20  Hart, ES&S, I don't care what the name is.  If we're
21  using these electronic machines to vote for president or
22  dogcatcher --
23                  MR. LINDELL:  Right.
24                  GENERAL FLYNN:  -- I want to make sure that
25  when I -- when I vote -- when I slip that piece of paper

Absolute Interference

1  in or how ever it is that -- that I do it at my local
2  office, my local precinct, I want to make sure that it
3  counts.  So back to -- and -- and I -- I -- you know, as
4  I -- as I look at the audience, you know, I really hope
5  that Senator Amy Klobuchar, Senator Dick Blumenthal
6  watch this show, because if they do, what they need to
7  reflect on is what they said during the documentary,
8  Kill Chain.
9                  MR. LINDELL:  Yeah.
10                 GENERAL FLYNN:  Which they said, The
11  machines are bad.  We have to be careful of the
12  machines.  I mean, go back and look at what you said --
13                 MR. LINDELL:  Right.
14                 GENERAL FLYNN:  -- Klobuchar, Senator
15  Klobuchar --
16                 MR. LINDELL:  Yeah.
17                 GENERAL FLYNN:  -- and Senator Blumenthal
18  and others who were on that show about the -- the way
19  the machines are manipulated, the way that they're used
20  against, in their case, you know, their party, right?
21                 MR. LINDELL:  Right.
22                 GENERAL FLYNN:  So now, all of a sudden, we
23  had the -- the tables turned, and it's nothing to see
24  here, folks, don't worry about it.
25                 MR. LINDELL:  Right.

Absolute Interference

```
1              GENERAL FLYNN:  You know, these people are
2    conspiracy theorists, they're lying to you, you know,
3    they're sore losers.  No.  No.  If this thing was a free
4    and fair election and -- and as transparent as it's
5    supposed to be, we wouldn't be sitting here today
6    talking to the American people about this.
7              MR. LINDELL:  Absolutely not.
8              GENERAL FLYNN:  These -- this election was
9    manipulated both internally and by -- by foreign
10   interference.  The foreign interference is real.  I
11   mean, if you -- if you just believe what the -- what the
12   intelligence community just reported, which is very hard
13   to believe these days, but they just reported that
14   foreign interference did occur in our election, so --
15             MR. LINDELL:  Right.
16             GENERAL FLYNN:  -- okay, let's -- let's see
17   how it occurred because we do not want to have this
18   happen again.  I don't want it happening at the state
19   level for election of a governor or election of a -- of
20   a -- of a -- a county board of supervisors.  And I
21   definitely -- I certainly don't want it happen again at
22   the presidential elec- -- presidential level.
23             I mean, we just cannot allow this type of
24   activity to occur with machines that we know are --
25   they're connected to the internet when they're not
```

Absolute Interference

1  supposed to be.  We have IP addresses, internet protocol
2  addresses, that are high- -- electronic highways going
3  back into these countries, and we can see the activity.
4  We can actually see the electronic activity.
5          And believe me, folks, if you're paying
6  attention and you watch some of the -- some of the data
7  that -- that Mike Lindell is talking about putting out
8  there, take a look at it.  I mean, this is not made-up
9  stuff.  This is real stuff, and it's going to -- and it
10 proves that we had foreign interference in our election.
11          MR. LINDELL:  And now -- you know, we even
12 went a bunch of steps further.  We went and we -- we
13 checked the IP address -- -dresses and the IDs of the
14 computers.
15          GENERAL FLYNN:  Right.
16          MR. LINDELL:  And guess what?  They're a
17 perfect match.
18          GENERAL FLYNN:  Right.
19          MR. LINDELL:  You know, i- -- identical.
20          GENERAL FLYNN:  Right.  Right.
21          MR. LINDELL:  You know, it's just -- it's
22 amazing.  But -- yeah, and we're going to keep making
23 these documentaries, we're going to keep pouring
24 evidence out.  General Flynn, I can't thank you enough
25 for what you've done for our country and for -- you

Absolute Interference

```
 1   know, you look up patriot in the dictionary --
 2                 GENERAL FLYNN:  (Inaudible.)
 3                 MR. LINDELL:  Remember when dictionaries
 4   were out there?  But there you are.  There's a picture
 5   of you, you know.
 6                 GENERAL FLYNN:  Thank you, Michael.
 7                 MR. LINDELL:  And, you know, we'll -- you
 8   know --
 9                 GENERAL FLYNN:  This is an important --
10                 MR. LINDELL:  This is the most important
11   thing --
12                 GENERAL FLYNN:  Yeah, it really is.
13                 MR. LINDELL:  -- in our lifetimes, you
14   know.
15                 GENERAL FLYNN:  Yeah.  If there's anything
16   I've done in my life to -- you know, in service to this
17   country in uniform, overseas, and I love our military --
18                 MR. LINDELL:  Yeah.
19                 GENERAL FLYNN:  -- I love our veterans
20   community, I would just tell you that if I fought for
21   anything, as I've reflected back on what happened on the
22   3rd of November and what I know to be true, this is
23   probably the most important endeavor in my life.  And
24   it's really not for me and it's not for Donald J.
25   Trump.  It's really for my children and my -- especially
```

Absolute Interference

1  my grandchildren going forward because I want this
2  country to continue to be a -- a country of life,
3  liberty and the pursuit of happiness, a constitutional
4  republic.

5          It is an experiment in democracy, but
6  that's okay.  And we have to continue to protect our
7  individual liberties and our individual rights.  To
8  breathe the fresh air of liberty, we need to have a free
9  and fair election process.  And right now, the American
10  people across the board, I don't care what party
11  persuasion you have or you're a part of, nobody trusts
12  our election system right now.  No one.

13          MR. LINDELL:  Wow.  Thanks for coming,
14  General.

15          So now the moment we've all been waiting
16  for.  When we came out with Absolute Proof on
17  February 5th, up to that point, the mainstream media,
18  they called me all day long every day and badmouthed me
19  and said, you know, There's no evidence, there's no
20  evidence.  I said, You wait till February 5th.
21  February 5th came out, 9:00 a.m., we launched Absolute
22  Proof, by the way, seen by 150 million people.

23          And the mainstream media -- everybody went
24  silent.  Everyone.  Social media took it down, they --
25  they just blocked it everywhere.  No one said -- they --

Absolute Interference

1    nobody discredited it.  But I -- so, you know, you had a
2    few people out there that said, Well, Mike, you should
3    validate that.  And you know what, I said, You know,
4    that's a real good idea.  Let's validate this
5    100 percent proof of evidence of this cyberattack by
6    China on the U.S. and these vote flips.
7                    So on February 21st, I went out and
8    retained one of the best cybersecurity and digital
9    forensic experts ever.  And we have him blacked out for
10   a very good reason.  He's going to be one of the
11   experts, witnesses, of many we have once we get this to
12   the Supreme Court.  So, everybody, you're going to now
13   hear about his amazing credentials.
14                    UNIDENTIFIED COMPUTER EXPERT:  So I've
15   been, you know, in cybersecurity and advanced threats
16   for the better part of 15 years, IT, you know, longer
17   than that.  Been around computers a long time.
18                    MR. LINDELL:  Right.  So you've been
19   working within the government and the private sector.
20                    UNIDENTIFIED COMPUTER EXPERT:  Yeah.
21                    MR. LINDELL:  Okay.
22                    UNIDENTIFIED COMPUTER EXPERT:  Both, you
23   know, companies, personal and government.
24                    MR. LINDELL:  Right.  And it -- and with
25   the -- with this, this what we have here on the screen,

Absolute Interference

1  this is the certificates that we have.  This is the
2  highest standard in cybersecurity that there is,
3  correct?
4              UNIDENTIFIED COMPUTER EXPERT:  Yeah, in
5  terms of certification.
6              MR. LINDELL:  Right.  Can you show -- I
7  want everyone to really see these qualifications.
8  They're amazing.  Okay.  So if we go here -- so where --
9  which part of these do you -- will you specialize in?
10             UNIDENTIFIED COMPUTER EXPERT:  Probably the
11 first four --
12             MR. LINDELL:  Okay.
13             UNIDENTIFIED COMPUTER EXPERT:  -- cyber
14 defense, offensive operations, DFIR, which is digital
15 forensic and incident response and file security.
16             MR. LINDELL:  Okay.  And if we go to the
17 next page here, I want everybody to see this.  This
18 here, this is protect and defend.  When you talk about
19 government, right, this is your wheelhouse right here,
20 cyber defense analysis, everybody.  Is this correct?
21             UNIDENTIFIED COMPUTER EXPERT:  Yeah, cyber
22 security defense, infrastructure support, incident
23 response, vulnerability assessment and management.  And
24 essentially, that kind of goes both ways in this chart.
25 So analyze the threat analysis, exploitation analysis,

Absolute Interference

1   all source analysis, targets and language analysis.

2                   MR. LINDELL:  Right.  So what I had you

3   look into was in -- directly in your wheelhouse,

4   correct?

5                   UNIDENTIFIED COMPUTER EXPERT:  Correct.

6                   MR. LINDELL:  So I wanted you-all to see

7   these amazing credentials.  And now what I had him look

8   at was, starting with the raw data all the way to the

9   end, basically do what he does for the government and

10  for the private sector, being one of the best there is.

11  So can you take us from the raw data -- and by the way,

12  you're going to see something you didn't see in Absolute

13  Proof right now.

14                  This is the computer -- why don't you

15  explain what this is here.

16                  UNIDENTIFIED COMPUTER EXPERT:  I mean,

17  really, it's just the encrypted data, so you have to

18  take it from this form in -- in HEX and convert it into,

19  you know, human readable.

20                  MR. LINDELL:  Right.  Now -- now, this is

21  just one piece.  There's a -- there's a lot, right?

22                  UNIDENTIFIED COMPUTER EXPERT:  Yeah.  This

23  is -- there -- there's -- there's millions of rows.

24                  MR. LINDELL:  Millions of rows for -- just

25  for the election?

Absolute Interference

```
 1                  UNIDENTIFIED COMPUTER EXPERT:  Just for the
 2    election.
 3                  MR. LINDELL:  Just for the election.
 4    Everyone hear that?  So this is what you -- you start
 5    with.  Now, could this be -- I want everyone to be clear
 6    on this.  Could this be taken from any other -- can
 7    anyone duplicate these millions of rows or whatever?
 8    Where -- where -- with -- that was the first thing you
 9    had to validate.
10                  UNIDENTIFIED COMPUTER EXPERT:  Well,
11    because -- yeah.  So ea- -- each segment has its own
12    unique signature and -- and so that's what we look for.
13    And, you know, starting there, you preserve, you know,
14    the original copy to maintain the, you know, chain of
15    custody of that so that it's admissible.  And so I work
16    off a copy just like, you know, any other --
17                  MR. LINDELL:  Right.
18                  UNIDENTIFIED COMPUTER EXPERT:  We -- we use
19    a write-block so, you know, nothing ever touches
20    their -- you know, the source stuff.
21                  MR. LINDELL:  Right.  So -- and to explain
22    that to everyone out there, this is -- when you seen
23    this for the first time, when you -- this is the fir- --
24    when you seen this, you -- what did you -- when -- right
25    away, you -- you knew you were looking at something that
```

Absolute Interference

1  was real and you've seen it before, this kind of data,
2  but you knew there was a lot of it?
3                UNIDENTIFIED COMPUTER EXPERT:  Yeah.  So
4  the -- you know, when I -- I first looked, there --
5  there's more to this, you know, this picture or image,
6  you know, there -- there's more rows there.  But
7  essentially, the position of -- of this shot was, you
8  know, millions and millions and millions of rows in.  So
9  I knew I was dealing with a -- a lot of data.
10                MR. LINDELL:  Like a -- and that -- that
11  would be like a big co- -- a big computer?
12                UNIDENTIFIED COMPUTER EXPERT:  A big
13  computer, something --
14                MR. LINDELL:  A mega computer?
15                UNIDENTIFIED COMPUTER EXPERT:  Yes.
16                MR. LINDELL:  Okay.  So what he's saying is
17  these -- this just this -- this -- what we pulled here,
18  just this little picture, is mil- -- there's millions of
19  rows just from the election, correct?
20                UNIDENTIFIED COMPUTER EXPERT:  Yeah.
21                MR. LINDELL:  Okay.  I want everybody to
22  know that.  So then what did you do when you started,
23  you know, tha- -- doing your job as a cyber expert
24  forensic -- by the way, I want to ask one more thing.
25  So what you're saying is, these can't be gone in and be

Absolute Interference

1  changed, correct?  They're like a imprint that --

2              UNIDENTIFIED COMPUTER EXPERT:  Yeah.  So

3  that -- you know, there's signatures and, you know, you

4  can look at the actual -- you know, the drive of that

5  data, look at the metadata, and you can see when it was

6  created, when it was, you know, changed, essentially.

7              MR. LINDELL:  Right.

8              UNIDENTIFIED COMPUTER EXPERT:  And so that

9  would be, you know, the period just before the election

10  and, you know, days after.

11              MR. LINDELL:  Right.  But -- but nobody

12  could go back in and change any of that.

13              UNIDENTIFIED COMPUTER EXPERT:  Right.

14              MR. LINDELL:  It's a cyber footprint that's

15  locked in time; is that correct?

16              UNIDENTIFIED COMPUTER EXPERT:  (Inaudible.)

17  It's 100 percent locked in time because you're capturing

18  a packet as it --

19              MR. LINDELL:  Right.

20              UNIDENTIFIED COMPUTER EXPERT:  -- is being

21  transferred, right?  So you can't go back and --

22              MR. LINDELL:  And change it.

23              UNIDENTIFIED COMPUTER EXPERT:  -- recreate.

24              MR. LINDELL:  You can't recreate?

25              UNIDENTIFIED COMPUTER EXPERT:  There's --

Absolute Interference

1  there's a time stamp, there's a signature, there's, you

2  know, a lot of different identifying, you know,

3  identifiers within that that are just, you know,

4  impossible to kind of recreate.

5              MR. LINDELL:  So in your expert opinion,

6  100 percent, this could not be changed in any way, shape

7  or form.

8              UNIDENTIFIED COMPUTER EXPERT:  No. And you

9  know, the data that I worked off of is a copy, so, you

10  know, that'll never -- that source data will never be

11  altered --

12              MR. LINDELL:  Right.

13              UNIDENTIFIED COMPUTER EXPERT:  -- in any

14  way.  It'll be preserved in its natural...

15              MR. LINDELL:  Right.  What he means by

16  that, "preserved," so when this does get to the Supreme

17  Court, it's locked in, 100 percent, what do you call it,

18  the chain of custody --

19              UNIDENTIFIED COMPUTER EXPERT:  Yeah.

20              MR. LINDELL:  -- and nothing is -- now, if

21  it -- with what you're about to show us, this would be

22  100 percent evidence in -- that -- that -- that this

23  happened on election night, this China attack and these

24  flips.

25              UNIDENTIFIED COMPUTER EXPERT:  Yeah.  I

Absolute Interference

1   mean, it's -- it's pretty -- it's pretty impressive.
2   It's -- it's wild.  You know, I -- I've been doing this
3   a long time, and I have not quite encountered something
4   this --
5                   MR. LINDELL:  Of this magnitude?
6                   UNIDENTIFIED COMPUTER EXPERT:  -- of this
7   magnitude.
8                   MR. LINDELL:  Right.
9                   UNIDENTIFIED COMPUTER EXPERT:  And not just
10  as it relates to everybody, but just the amount of data
11  that you need to unencrypt to, you know, process.
12                  MR. LINDELL:  So with that raw data, now
13  I'm going to show you, when we seen in Absolute Proof
14  all those lines going back and forth, each one of them
15  was an individual attack.  And now we're going to show
16  you again, so if you didn't watch Absolute Proof, go
17  ahead, show us what we have here.  What do we have on
18  the screen?
19                  UNIDENTIFIED COMPUTER EXPERT:  So right
20  here, when you see green, that is a successful
21  intrusion, meaning they -- they flipped votes.
22                  MR. LINDELL:  Right.
23                  UNIDENTIFIED COMPUTER EXPERT:  Red is
24  unsuccessful in terms of flipping votes, but it could be
25  reconnaissance or, you know, passive recon, just looking

Absolute Interference

1  at the different machines to see what the totals are.

2                  MR. LINDELL:  So -- so -- so the green --

3  say that again.  The green attacks here, as we're

4  watching --

5                  UNIDENTIFIED COMPUTER EXPERT:  Those --

6                  MR. LINDELL:  -- those were actually

7  attacks that flipped votes --

8                  UNIDENTIFIED COMPUTER EXPERT:  Correct.

9                  MR. LINDELL:  -- from -- now, from Trump to

10 Biden, correct?

11                 UNIDENTIFIED COMPUTER EXPERT:  From Trump

12 to Biden.

13                 MR. LINDELL:  And the red one -- the red

14 lines are all -- they're like checking on it?

15                 UNIDENTIFIED COMPUTER EXPERT:  Yeah.

16                 MR. LINDELL:  Okay.  Does everyone get

17 that?  They're checking to see what -- what the tallies

18 are.  And then they're -- -- and then the green ones are

19 actually -- when it goes over to this computer, it says,

20 Hey, I'm going to flip some because it's keeping it this

21 cert- -- this certain percentage, correct?

22                 UNIDENTIFIED COMPUTER EXPERT:  So -- so the

23 red doe- -- doesn't necessarily mean -- well, it's

24 unsuccessful in terms of flipping votes, but it serves a

25 purpose because it identifies which votes to flip.

Absolute Interference

1          MR. LINDELL:  Right.  So it comes back,
2  gives an identifier, then it'll send a green one over
3  that gets through, flip the votes.  And it's keeping
4  these, is -- in -- in your expertise, it's keeping this
5  so that the -- the person that's set to win the election
6  by a certain percentage --
7          UNIDENTIFIED COMPUTER EXPERT:  Yeah.
8          MR. LINDELL:  -- that's all it's doing is
9  keeping that?
10         Now -- now, before we get any further, now,
11  I -- I had talked to you before we got on here.  It
12  happened in every state, correct?
13         UNIDENTIFIED COMPUTER EXPERT:  Yeah, as
14  you can --
15         MR. LINDELL:  And even Alaska and Hawaii,
16  right?
17         UNIDENTIFIED COMPUTER EXPERT:  As you can
18  see there, that pretty much (inaudible) --
19         MR. LINDELL:  Yeah.  Look at this.  Okay.
20         UNIDENTIFIED COMPUTER EXPERT:  -- the
21  entire United States.
22         MR. LINDELL:  Entire United States.  But
23  what I had him do, I said, I want you to do -- show us
24  just, like, 19 attacks just on five states:  Arizona,
25  Michigan, Pennsylvania, Wisconsin and Georgia.  Okay?

Absolute Interference

1    And what did we find here?

2             UNIDENTIFIED COMPUTER EXPERT:  So --

3             MR. LINDELL:  Oh, and by -- by the way,

4    now, what you're going to see, these -- each one of

5    these is an attack, and you have a -- a graph here

6    that's going to show us what they con- -- what that

7    means, right?

8             UNIDENTIFIED COMPUTER EXPERT:  Yeah.

9             MR. LINDELL:  So when you've seen all those

10   lines everybody, though, that's -- each one's an

11   individual attack.  And when you take that -- that kind

12   of -- I call it the gibberish that came off of the

13   machine, that there's millions of those lines that we

14   can't read, and then converted -- each one of these is a

15   converted attack that we're going to read across.  This

16   is what you seen in the first Absolute Proof that Mary

17   read and each one that went across, but now you've

18   expanded on that.

19            This -- he -- what I've had him do here is

20   validate every single -- every single thing from IP

21   address to IDs, and he's going to explain each one, as

22   we go across, what happened.

23            UNIDENTIFIED COMPUTER EXPERT:  Yeah.  So

24   each -- each line will essentially represent one of the

25   lines in the map.

Absolute Interference

1              MR. LINDELL:  Yep.

2              UNIDENTIFIED COMPUTER EXPERT:  Right?  So

3    if you go horizontally across, that's -- that's one line

4    in the map.  We have 19 there.

5              MR. LINDELL:  Yeah, there's -- so there's

6    19 of them here, 19 attacks, and they all came from

7    China?

8              UNIDENTIFIED COMPUTER EXPERT:  Yeah.

9              MR. LINDELL:  All came from China.  Now, I

10   want to show over here.  We go line by line.  Let's talk

11   about the date and the time stamp.  Okay?  And by the

12   way, I asked -- I asked him before we started,

13   obviously, they're not going by 3rd, 4th, 5th because

14   they're on what?  You were saying something to me.

15             UNIDENTIFIED COMPUTER EXPERT:  Yeah, so

16   they -- so when you're looking at this, it's UTC time,

17   which is a universal time.  And it's -- military would

18   be Zulu time.  And so, essentially, you have that UTC,

19   and you back it up to, you know, each state.

20             MR. LINDELL:  Right.  I got ya.

21             UNIDENTIFIED COMPUTER EXPERT:  It'll

22   be ahead, you know, six hours from the East Coast, you

23   know --

24             MR. LINDELL:  Right.

25             UNIDENTIFIED COMPUTER EXPERT:  -- going --

Absolute Interference

1  going back towards the west.
2            MR. LINDELL:  Right on.  Right.  So the
3  source, as we go through, what is the source?
4            UNIDENTIFIED COMPUTER EXPERT:  Source is
5  the source IP of the attack, so the -- you know, the --
6  the bad guy.
7            MR. LINDELL:  The bad guy.  Now, this IP,
8  now, this is the -- and then you have latitude,
9  longitude -- la- -- latitude and longitude.  So this is
10 the source, so this should be in China, correct?
11           UNIDENTIFIED COMPUTER EXPERT:  Correct.
12           MR. LINDELL:  And you've validated every
13 longitude, latitude at basically the building where the
14 attack came from, correct?
15           UNIDENTIFIED COMPUTER EXPERT:  There --
16 there's a couple more that are outside of China, but
17 controlled by China.
18           MR. LINDELL:  By China?
19           UNIDENTIFIED COMPUTER EXPERT:  Yeah.
20           MR. LINDELL:  Okay.  So if you tell us
21 here, so this would be the source, the IP address, that
22 you validated, correct?
23           UNIDENTIFIED COMPUTER EXPERT:  Correct.
24           MR. LINDELL:  The latitude/longitude, the
25 building where it's at?

Absolute Interference

1                    UNIDENTIFIED COMPUTER EXPERT:  Correct.
2                    MR. LINDELL:  And then here's the province,
3    city, country.  I think everybody gets that, China,
4    where it came from.
5                    UNIDENTIFIED COMPUTER EXPERT:  So the
6    source was in your original film, right?  So where it
7    says Beijing, you know, Baidu Netcom Science and
8    Technol.  So what that is is the actual network is
9    Beijing Baidu Netcom Science.
10                   MR. LINDELL:  That's right here?
11                   UNIDENTIFIED COMPUTER EXPERT:  Yeah.
12                   MR. LINDELL:  Right.
13                   UNIDENTIFIED COMPUTER EXPERT:  So I grabbed
14   what that ac- -- that network actual registration is,
15   and so there's the full -- full written network, which
16   is Beijing Baidu Netcom Science and Technology Co., Ltd.
17       Q.  So what does this mean?  It came right out of
18   here from that building, that IP address and -- and I
19   mean --
20                   UNIDENTIFIED COMPUTER EXPERT:  So the raw
21   data, you know, is being converted from Chinese, too.
22                   MR. LINDELL:  Oh, you had to convert it
23   from Chinese into that?
24                   UNIDENTIFIED COMPUTER EXPERT:  So the
25   output for, you know, the original source data, you

Absolute Interference

1   know, is coming in here, right?

2                   MR. LINDELL:  Right.

3                   UNIDENTIFIED COMPUTER EXPERT:  And so I

4   looked and grabbed, you know, that actual (inaudible) in

5   English to, you know, go side by side with what was the

6   output to validate it.

7                   MR. LINDELL:  Right.  Wow.  Okay.  Then you

8   get over here.  What's this -- network name, what does

9   that mean, and network registration?

10                  UNIDENTIFIED COMPUTER EXPERT:  So when

11  you're going through, you know, there -- there are ghost

12  IPs or, you know, essentially phantom IPs that are out

13  there.

14                  MR. LINDELL:  Uh-huh.

15                  UNIDENTIFIED COMPUTER EXPERT:  They're no

16  longer in use or, you know, being used as (inaudible) as

17  bought -- you know, bought networks or, you know, just

18  different things.

19                  MR. LINDELL:  Uh-huh.

20                  UNIDENTIFIED COMPUTER EXPERT:  I wanted to

21  validate is it current, it is registered, is it in use

22  and --

23                  MR. LINDELL:  So you went above and beyond

24  the call of duty here on this one?

25                  UNIDENTIFIED COMPUTER EXPERT:  Yeah,

Absolute Interference

1  because, I mean, this -- this is a lot of information,
2  but, you know, you want to make sure it's right.
3            MR. LINDELL:  And everyone, it took a long
4  time to get these 19, correct?  And so now -- what is
5  this network name?  How is this different from the
6  network and the oth- -- the network name and the network
7  registration, the network code; what does all tho- --
8  three of those mean?  We're still on the attacker,
9  correct?
10           UNIDENTIFIED COMPUTER EXPERT:  We're still
11  on the attacker, so, you know, it's -- it's different
12  fields in the registration.
13           MR. LINDELL:  Cyber guys know this stuff?
14           UNIDENTIFIED COMPUTER EXPERT:  Yeah.  It --
15  it's -- I mean, if you register your network, you know,
16  the network name could be a d/b/a.
17           MR. LINDELL:  Okay.  I got ya.
18           UNIDENTIFIED COMPUTER EXPERT:  (Inaudible.)
19           MR. LINDELL:  Okay.  So now as we move
20  on -- now, this is all the attacker, correct?
21           UNIDENTIFIED COMPUTER EXPERT:  Yeah.
22           MR. LINDELL:  From here, this is the
23  attacker.  And what was -- the commonality in every one
24  was China, correct?
25           UNIDENTIFIED COMPUTER EXPERT:  It was.

Absolute Interference

```
1                    MR. LINDELL:  China.  Every single one.
2     These -- of just these 19 attacks of -- of -- by the
3     way, I think you told me before, we had 200 -- 2,995
4     counties were attacked?
5                    UNIDENTIFIED COMPUTER EXPERT:  Yeah,
6     that -- that is essentially the attack surface, is what
7     we would call it.  And so --
8                    MR. LINDELL:  In all 50 states?  Okay.  So
9     we -- this is just a sample we have here of 19 of the
10    2,995 counties that were attacked, but 19 -- just 19 of
11    the flips, correct?
12                   Okay.  So now this is the target here, so
13    what -- what does that mean?  This is the IP address of
14    the -- of the --
15                   UNIDENTIFIED COMPUTER EXPERT:  Of the
16    target machine, you know, where it is,
17    latitude/longitude, you know, state.  Entry point would
18    be the owner and what the network registration is here
19    in the U.S., network code.  In some cases, al- -- almost
20    all, as we'll get into, they're -- they're registered to
21    that county.  So most of the intrusions look like
22    they're at the county level.
23                   MR. LINDELL:  Right.
24                   UNIDENTIFIED COMPUTER EXPERT:  But --
25                   MR. LINDELL:  Now -- now, I want to ask you
```

Absolute Interference

1  this.  So the only way any of this could happen is if
2  the machines were online, correct?
3              UNIDENTIFIED COMPUTER EXPERT:  Yeah, you
4  wouldn't -- you wouldn't see this otherwise.
5              MR. LINDELL:  Right.  Right.  So what we
6  have here, then, the target is the attack with the IP of
7  the actual computer?
8              UNIDENTIFIED COMPUTER EXPERT:  Yeah, so --
9              MR. LINDELL:  Or the machine.
10              UNIDENTIFIED COMPUTER EXPERT:  -- just
11  right there, you wouldn't have an IP if it wasn't --
12              MR. LINDELL:  If it wasn't online?
13              UNIDENTIFIED COMPUTER EXPERT:  Yeah, if it
14  wasn't connected to the internet.
15              MR. LINDELL:  Right.  Right.  Then you have
16  the longitude/latitude, that would be the actual
17  building it happened at.
18              UNIDENTIFIED COMPUTER EXPERT:  Yep.
19              MR. LINDELL:  The state, Michigan.
20              UNIDENTIFIED COMPUTER EXPERT:  Yeah.
21              MR. LINDELL:  Entry point or Delta County,
22  so that's just the -- at the county level.
23              UNIDENTIFIED COMPUTER EXPERT:  Uh-huh.
24              MR. LINDELL:  Then network registration, so
25  you have the actual -- now, would these guys be guilty

Absolute Interference

1  of anything or that's just the registration?

2              UNIDENTIFIED COMPUTER EXPERT:  No.  But you

3  know when you look at that registration and the domain,

4  it -- it goes back to Delta County.  So, you know, they

5  might say, Oh, that -- that's my network.  It's actually

6  the domain is registered as Delta County.

7              MR. LINDELL:  Okay.  I got ya.  And then

8  the network code, what would that mean?

9              UNIDENTIFIED COMPUTER EXPERT:  That's

10 essentially just the -- the (inaudible).

11             MR. LINDELL:  Intrusion.  Now, this is if

12 they either -- tell us what intrusion means here.

13             UNIDENTIFIED COMPUTER EXPERT:  So they

14 could have used credentials implanted in the firewall if

15 there was one present or essentially both.

16             MR. LINDELL:  Right.

17             UNIDENTIFIED COMPUTER EXPERT:  The star is

18 just carrying -- carrying over from the one above it.

19             MR. LINDELL:  Oh, I got -- okay.  Okay.

20 Now, this just means they got in and -- and flipped

21 votes, correct, yes?

22             UNIDENTIFIED COMPUTER EXPERT:  Yes.

23             MR. LINDELL:  Okay.  Now, here, what we

24 want to show -- this is really important.  I want to

25 show everyone.  So Trump down 3,215.  You go all the way

Absolute Interference

1  down here, this one here, it goes all the way through
2  these, Trump down 2,4- -- 24,311.  Now, in those there,
3  those are time stamped, you can't change them, cyber
4  flips that you have validated 100 percent?
5            UNIDENTIFIED COMPUTER EXPERT:  Yeah.  It is
6  captured in the -- in the data and you -- you know,
7  there -- there's -- you're -- you're -- you're checking
8  information and preserving it in its state at the time.
9            MR. LINDELL:  So what we have here, what
10 you can see here, Trump down 3,215, all the way down,
11 all these lists here, this is votes that were flipped
12 from Trump to Biden, correct?
13           UNIDENTIFIED COMPUTER EXPERT:  Correct.
14           MR. LINDELL:  And then all the -- like
15 here, 24,311 votes flipped.  And that was in Michigan.
16 Okay.  Remember, Michigan had that big spike in all
17 these things too.  Well, so all of these, you have
18 validated; they're like time stamped in the computer; is
19 that correct?
20           UNIDENTIFIED COMPUTER EXPERT:  Yeah.  So in
21 that file, you know, you can look at the data and see if
22 there's been any -- you know, anybody's messed with it,
23 any sort of -- anything done to it.  And you know, it's
24 essentially as -- as it was.
25           MR. LINDELL:  So you're 100 percent that

Absolute Interference

1  these are -- everything on here is 100 percent accurate,
2  correct?
3                  UNIDENTIFIED COMPUTER EXPERT:  As the data
4  was collected.
5                  MR. LINDELL:  Right.
6                  UNIDENTIFIED COMPUTER EXPERT:  You know, we
7  were seeing votes go down, you know, during the
8  election, which it was weird.
9                  MR. LINDELL:  Right.
10                  UNIDENTIFIED COMPUTER EXPERT:  You know,
11  just for -- for me, I pick up on stuff like that.
12                  MR. LINDELL:  Right, right, right.
13                  UNIDENTIFIED COMPUTER EXPERT:  You know,
14  like, wait.  If you're adding you know --
15                  MR. LINDELL:  Right, right.
16                  UNIDENTIFIED COMPUTER EXPERT:  -- it's a --
17  it's a building block, you can never go back on it.  So,
18  you know, looking at this, it --
19                  MR. LINDELL:  It makes sense to you now?
20                  UNIDENTIFIED COMPUTER EXPERT:  It really
21  makes sense.
22                  MR. LINDELL:  Right, right.
23                  UNIDENTIFIED COMPUTER EXPERT:  It's not
24  just Trump going down, it's Biden going up --
25                  MR. LINDELL:  Right.

Absolute Interference

```
1              UNIDENTIFIED COMPUTER EXPERT:  -- so those
2    numbers are actually double.
3              MR. LINDELL:  They're actually double.
4    Let's go to that.  Let's look what happened.  So now
5    with just these 19 attacks, everybody, just 19 in those
6    five states, let's see what happened.  So 518,617 votes
7    were switched from Trump to Biden in just those 19
8    intrusions.  Okay.  And now you have here -- what --
9    what do you -- explain what's going on here.
10             UNIDENTIFIED COMPUTER EXPERT:  So this
11   matches up to the -- the number above, the 518,617 and
12   it's just broken out --
13             MR. LINDELL:  By --
14             UNIDENTIFIED COMPUTER EXPERT:  -- by state.
15             MR. LINDELL:  Okay.  By state.  So, now,
16   these were all -- these were all flipped, so they
17   actually are double then?
18             UNIDENTIFIED COMPUTER EXPERT:  They're
19   double.
20             MR. LINDELL:  And what does that do?
21             UNIDENTIFIED COMPUTER EXPERT:  So if Trump
22   goes down, Biden goes up, essentially (inaudible) the
23   ballots.
24             MR. LINDELL:  So does everyone understand
25   that?  This flip here, that -- that -- you're taking 47
```

Absolute Interference

1   away and adding 47 to the other guy.  So let's go to the
2   next video here.  So everyone, I can do this part.  This
3   is exciting.  Okay.  So out of those 19 flips that came
4   from China over to these five states, just 19 of
5   literally thousands --
6               UNIDENTIFIED COMPUTER EXPERT:  Thousands.
7               MR. LINDELL:  Okay.  Here's what it did.
8   Here's Pennsylvania, Georgia, Arizona, Michigan and
9   Wisconsin.  Here's what they told us that Biden won by
10  each state.  Now, remember, with those 19 attacks you
11  just seen, the absolute interference of our election by
12  China, here is the switches and here is what Donald
13  Trump actually won each one of those statements by just
14  with 19 of the flips.  And actually, these numbers are
15  going to be a lot more.  I just wanted to show you one
16  little attack.  So now we have absolute proof of
17  absolute interference by China to switch our election,
18  and we have proven it with one of the government's own
19  cyber experts, one of the best in his field, cert- --
20  certified, validated, every single thing that we've had
21  in Absolute Proof.
22              And we showed Democrats earlier in this
23  film that said, You know what, these machines cannot be
24  used because a foreign country can attack us and flip
25  our election.  They said this.  But now you've got to

Absolute Interference

1  see this.  Just the other day, like a week or so ago,

2  Adam Schiff and Chris Krebs said this.

3          MR. GEIST:  It's Willie Geist, good to see

4  you this morning.  Can you be more specific on China?  I

5  think people understand that China broadly is a threat,

6  and I know this is what you'll be picking through at the

7  hearing today.  But if you're an American, sitting,

8  watching this show right now, what is the most immediate

9  threat that China poses?

10         MR. SCHIFF:  Well, probably what -- what

11 would strike people most in their living room right now

12 is that China has one of the most capable cyber hacking

13 and cyber espionage capabilities.  So China may be in

14 the process of stealing your private data, they may have

15 already stolen your private data.  If you're a business

16 owner or a business leader, they may have stole your

17 corporate trade secrets.  They may be hacking into

18 government agencies to steal defense plans.

19         So this is, you know, how China's actions

20 influence people's lives every day.  It's affecting our

21 economic competitiveness.  They don't need to do the

22 same kind of research and development we do if they can

23 simply steal it from our innovators.

24         MR. GEIST:  Chris, you look down the barrel

25 of these threats in your job inside the government.  How

Absolute Interference

1  did you assess them at the time and how different do you
2  suspect they are right now in terms of China?
3                  MR. KREBS:  So I think the best
4  characterization of the Chinese threat was -- was po- --
5  posed by Rob Joyce, who's now the National Security
6  Agency cybersecurity director at -- leader.  And this
7  was at a conference couple years ago out in
8  San Francisco.  And he said, Russia is like a hurricane,
9  China is like climate change.  So Russia's much more
10 disruptive in the current moment, but China is much more
11 subtle, much more patient.  It -- it's almost a
12 rope-a-dope.  They kind of lull you to sleep, you don't
13 see it, they use their soft power very effectively.  And
14 even at the local level, they -- they influence
15 politics, not just here in the halls of Washington,
16 which they do, but also in our local communities.
17                  So they're -- they're much more deliberate
18 and they have a longer term strategy as opposed to the
19 Russians who are trying to make an -- an impact today.
20                  MR. GEIST:  So Chris, what does that mean
21 when you say that China influences on the local level?
22 So if I'm sitting in my town somewhere in America, China
23 is putting its thumb on the scale somehow, what do you
24 mean by that?
25                  MR. KREBS:  Absolutely.  So they -- they

Absolute Interference

```
 1  influence local races.  If you think about some of the
 2  Confucius institutes that have been established across
 3  our country at colleges and universities, it's an
 4  attempt to influence and say, Hey, you know what, Hong
 5  Kong is part of China long term.  It's -- it's not --
 6  and it -- you know, same goes for Taiwan, the -- the
 7  weaker issue.  Not a big deal.  This is us, you know,
 8  demonstrating our own sovereignty.  So they -- they just
 9  try to shape the narrative locally to -- to their
10  benefit.
11          MR. LINDELL:  So we can all agree, whether
12  you're a Democrat or Republican, doesn't matter, that
13  China attacked our country with their cyber technology,
14  and we are in the middle of the biggest national
15  security threat ever.
16          So now we've all seen more evidence in
17  Absolute Proof times two.  And in just six weeks since
18  we launched Absolute Proof, look what has happened to
19  our country.  You have our First Amendment rights of
20  free speech just attacked, cancel culture running
21  rampant.  You have new- -- news stations afraid to tell
22  the news because they're afraid of getting sued.
23          People -- I have friends of mine have lost
24  their podcasts, the -- their free speech has just been
25  absolutely taken away from us.  Well, I'm going to tell
```

Absolute Interference

1   y'all now what's coming.  What we're going to do -- we
2   have launched -- we've worked for years on a new social
3   media called Frank.  It's launching in 10 to 14 days.
4   By the time you see this, it should already be launched,
5   hopefully.  But it's going to be launched.
6           And what it is, it's like a YouTube and a
7   Twitter combined.  And this is going to be -- it's going
8   to be the most safe, secure place where you're able to
9   take millions and millions of people, of voices, and
10  you're going to be able to speak out and talk about the
11  election fraud.  You're going to be able to say the
12  word, "Dominion," you're going to be able to say the
13  word, "Smartmatic."  You're going to be able to talk
14  about the vaccine or talk about the borders or talk
15  about what's happening to our country.
16          And what we all need to do -- what all you
17  need to do right now is spread the word, you know, take
18  this -- take this documentary and get it out far and
19  wide.  Tell everyone about it.  And get it -- you know,
20  you've all seen Absolute Proof.  Tell them they need to
21  see Absolute Proof times two.  And what we're going to
22  do for the next six weeks, four to six weeks, we're just
23  going to dump evidence.
24          What you've seen here tonight is just a
25  small portion of what we have.  Every day, we're going

Absolute Interference

```
 1   to just pour the evidence out for the -- for everyone in
 2   the world to see, everyone, whether you're a Democrat or
 3   Republican.  By the time we get to this -- to the
 4   Supreme Court, which will be four to six weeks from now,
 5   when that gets there, they're -- all nine of them are
 6   going to go -- they're already going to know.  The case
 7   will have already been over going, everyone -- even if
 8   you're a Democrat, Republican, this was an attack.
 9   They're all going to know, this was an attack on
10   everybody.
11            This was an attack by the communist party
12   coming into our country, foreign entities starting with
13   China, that -- that stole our election, attacked through
14   these machines, and everyone's already going to know
15   that.  And this -- when this gets to the Supreme Court,
16   they're going to welcome it with open arms and go, Wow,
17   9-0, this was an attack, and then what are we going to
18   do about it?
19            And this is going to be -- I really believe
20   that when we get through this, if everybody plays their
21   part and just spreads the word, spreads the evidence,
22   show everybody what really happened, educate everybody
23   on what's going on.  We -- we -- we have shown -- right
24   now, people are seeing that socialism isn't just having
25   a cup of coffee and socializing.  We've all seen that
```

Absolute Interference

1  now.

2           We've seen what can happen in just

3  14 months to a country, to the United States.  What

4  happened from January and February of 2020 until now, we

5  have been flipped upside down, a thing we've never felt

6  before.  Our freedoms are being taken away.  But when we

7  mani- -- when this all manifests out and we get through

8  this, I do believe that we will be -- once again,

9  there'll be the greatest uniting ever of a country,

10 and -- and it'll end up being the greatest revival in

11 history.

12          President Ronald Reagan famously said, "If

13 we lose freedom here, there is no place to escape to.

14 This is the last stand on earth."  And President Reagan

15 was absolutely right.  Please share this information

16 with everyone you know.  God bless you and God bless

17 America.

18          (Recording ends.)

19

20

21

22

23

24

25

Absolute Interference

1    C E R T I F I C A T E
2        I, TERRI GARCIA, Certified Shorthand Reporter in
3    and for the State of Texas, certify that the foregoing
4    is a correct transcription from the video recording of
5    the above-entitled matter.
6        I further certify that I am neither counsel for,
7    related to, nor employed by any of the parties to the
8    action in which this recording was transcribed, and
9    further that I am not financially or otherwise
10   interested in the outcome of the action.
11       I further certify that the transcription fee of
12   $_____ was paid/will be paid in full by
13   _____.
14
15
16       _____
                Terri Garcia, Texas Certified
17              Shorthand Reporter No. 6581
                Dickman Davenport, Inc.
18              Firm Registration No. #312
                4228 North Central Expressway
19              Suite 101
                Dallas, Texas  75206
20              (214) 855-5100
                My commission expires:  7-31-25
21
22
23
24
25

**Absolute Interference**

**A**

**a.m** 3:23 26:24
96:19 117:21
**ABC** 3:1
**ability** 32:21
**able** 31:17 39:23
98:13 103:24
109:2,21 144:8
144:10,11,12
144:13
**above-entitled**
147:5
**absolute** 1:13 2:4
2:7,10,12,15
3:20 5:7,14,15
11:2,6 45:18
55:4,13 56:19
62:10,21 65:15
66:22 69:9 72:8
77:14 98:23
99:18,20
100:11,13
103:13 106:8
117:16,21
120:12 125:13
125:16 128:16
140:11,16,17
140:21 143:17
143:18 144:20
144:21
**absolutely** 8:11
30:23 31:23
42:1,10 44:18
59:13 62:24
68:25 81:6
92:10 95:23
96:4 103:2
108:10 114:7
142:25 143:25
146:15
**ac-** 131:14
**access** 11:19
18:25 19:17
21:11 44:23,24
45:1 66:18

67:17 83:12
**accessed** 99:4
**accurate** 138:1
**acknowledge**
36:17
**acme** 104:15
**act** 39:1 98:8
**action** 21:16
147:8,10
**actions** 141:19
**activity** 114:24
115:3,4
**actors** 21:1 60:12
60:12 94:5
**actual** 10:18,18
32:15 62:10
67:6 70:8 123:4
131:8,14 132:4
135:7,16,25
**Adam** 141:2
**add** 4:21 107:1
**adding** 138:14
140:1
**address** 9:17 21:5
69:4 70:9 80:24
100:14 115:13
128:21 130:21
131:18 134:13
**addresses** 4:19
9:16 11:9 68:23
98:17 99:3
100:8,8,25
101:4,8,9 115:1
115:2
**administration**
78:14
**admissible**
121:15
**advanced** 118:15
**advisor** 39:6
**affiliation** 40:4
**Afghanistan**
104:23
**afraid** 74:22,24
143:21,22

**Africa** 104:23
**age** 52:3,5,24
64:1,14,15,19
85:8,9
**agencies** 141:18
**Agency** 142:6
**agenda** 28:17,19
28:20 29:16
94:9,11 103:1,3
**ago** 17:13 20:1
22:25 74:19
96:11 141:1
142:7
**agree** 76:8
143:11
**ahead** 44:21
65:22 125:17
129:22
**aid** 107:9
**ain't** 59:16
**air** 98:11 117:8
**al-** 134:19
**Alaska** 127:15
**Alcatel** 97:14,15
97:17,19
**alerted** 10:3
**alerts** 9:25 10:11
**Alex** 14:3
**algorithm** 15:5
16:3 43:16
46:19 50:24
58:3 62:14
74:21 80:10
**algorithms** 16:3
26:19,21 50:2
55:5 58:4 62:24
72:8 80:2 81:3
81:8 91:13
92:16
**allow** 18:23 37:22
109:21 114:23
**allowed** 39:7,9
64:1 66:18
**allowing** 102:14
**Almighty** 37:19

**altered** 124:11
**alternatives**
20:10
**amazing** 4:21
46:14 56:1
66:18 69:16
96:5 115:22
118:13 119:8
120:7
**Amendment** 24:4
75:17,21
143:19
**America** 8:3
37:20 104:22
142:22 146:17
**American** 32:22
37:3 38:23
99:24 103:15
106:11 107:4,4
107:13 108:7
109:10 111:25
114:6 117:9
141:7
**amount** 16:9,9
59:9,10,10,11
59:12 105:25
125:10
**Amy** 17:14 19:23
105:15 113:5
**analogy** 112:12
**analysis** 119:20
119:25,25
120:1,1
**analysts** 54:1
**analyze** 119:25
**analyzed** 13:23
44:2
**answer** 19:22
34:24 89:5
**anybody** 13:9
15:6 18:5 24:19
56:23
**anybody's**
137:22
**anymore** 35:13

**anyway** 44:1
63:19 77:16
**app** 98:4
**appalled** 19:4
**appearance**
63:23
**appears** 97:13
**applied** 6:10
**appointment** 5:2
**appreciate** 15:9
**approaching**
110:2
**approved** 18:20
**area** 98:24,25
**areas** 101:5,10
**arena** 18:16
**arguing** 22:20
**argument** 20:17
30:3
**arguments**
109:20
**Arizona** 16:20
73:6 127:24
140:8
**arm** 9:23 10:7
**arms** 145:16
**asked** 42:2 79:9
86:5 97:8
129:12,12
**aspects** 31:10
**assess** 142:1
**assessment**
119:23
**assessments** 25:3
33:15
**assign** 89:12
**AT&T** 97:14
**attack** 4:10 10:16
23:8 55:4 60:11
62:24 73:12
75:16 80:8
100:17 102:7
105:5,17
124:23 125:15
128:5,11,15

**Absolute Interference**

| | | | |
|---|---|---|---|
| 130:5,14 134:6 | 100:11 102:15 | **began** 40:17 43:9 | 143:14 | 57:12 93:14 |
| 135:6 140:16 | 103:17 104:5 | **beginning** 7:7 | **bill** 21:25 | **bragging** 61:10 |
| 140:24 145:8,9 | 104:15 113:3 | **begins** 2:1 | **birth** 6:1,4 | **brand-new** 77:2 |
| 145:11,17 | 113:12 115:3 | **behold** 15:14 | **bit** 41:3 64:21 | 77:4,6 95:12 |
| **attacked** 3:9 | 116:21 123:12 | **Beijing** 131:7,9 | **bizarre** 105:12 | **Brandon** 103:14 |
| 20:22 70:13,17 | 123:21 125:14 | 131:16 | **black** 53:9 58:15 | **BRAUN** 18:9 |
| 100:15 134:4 | 127:1 129:19 | **belaboring** 5:19 | 63:5 | **brave** 32:14 33:3 |
| 134:10 143:13 | 130:1 136:4 | **believe** 8:19 9:5 | **blacked** 118:9 | **break** 7:24 66:15 |
| 143:20 145:13 | 138:17 | 24:11 27:20,21 | **blackmailed** | **breaking** 96:10 |
| **attacker** 14:16 | **backdoors** 98:6 | 27:23 30:18 | 28:23 94:13 | **breathe** 117:8 |
| 18:23 19:13 | **background** | 34:1 36:11,12 | **bless** 96:8 107:25 | **Brian** 28:7 93:14 |
| 133:8,11,20,23 | 41:13 | 36:23 63:3 79:2 | 108:4 146:16 | **brilliant** 107:15 |
| **attacking** 15:20 | **bad** 94:4 111:9 | 95:2 114:11,13 | 146:16 | 107:15 |
| 99:11 | 113:11 130:6,7 | 115:5 145:19 | **blessing** 71:19 | **bring** 2:18 109:1 |
| **attacks** 11:7 | **badmouthed** | 146:8 | **block** 138:17 | **Britain** 7:8 |
| 65:18 67:6 70:7 | 117:18 | **belong** 38:22,22 | **blocked** 117:25 | **Broadcast** 2:2 |
| 101:10 126:3,7 | **Baidu** 131:7,9,16 | 38:23 | **blue** 58:9 85:12 | **broadly** 141:5 |
| 127:24 129:6 | **ballot** 21:7 39:24 | **belongs** 38:23 | **Blumenthal** | **broke** 26:19,20 |
| 134:2 139:5 | 49:19 59:24 | **benefit** 143:10 | 19:24 113:5,17 | 72:7,10 91:13 |
| 140:10 | 90:1,6 | **bent** 107:9 | **board** 110:15 | 92:16 |
| **attain** 97:9 | **ballots** 7:16 | **best** 21:9 30:12 | 112:5 114:20 | **broken** 37:15,15 |
| **attempt** 143:4 | 43:18 48:17 | 98:8 107:22 | 117:10 | 111:7 139:12 |
| **attention** 108:8 | 50:6,9 51:7,24 | 118:8 120:10 | **boards** 110:3 | **brought** 77:9 |
| 109:18 115:6 | 56:9,12 58:22 | 140:19 142:3 | **bodies** 89:6 | **bubbled** 28:5,10 |
| **audience** 113:4 | 58:23 67:12,12 | **bet** 88:9,10,13 | **book** 8:6 | **building** 130:13 |
| **auditing** 79:19 | 67:14 85:15,18 | **better** 27:1 29:16 | **books** 8:5 | 130:25 131:18 |
| **August** 107:18 | 85:21 90:19 | 50:8,9 64:19 | **boom** 48:6 73:10 | 135:17 138:17 |
| **automatically** | 91:1,2 139:23 | 92:22 118:16 | 93:8 | **buildings** 98:3 |
| 16:12 51:2 | **Baloney** 38:19 | **beyond** 132:23 | **Boomers** 53:2 | **built** 29:19 30:19 |
| **available** 8:17 | **Band** 105:8 | **Biden** 15:6 62:12 | **booth** 39:20 | 98:9 |
| 76:22 77:1 | **Barnes** 104:9 | 73:11 85:21 | **boots** 69:19 | **bunch** 85:18 |
| **awakening** 37:8 | **barrel** 141:24 | 99:23 126:10 | **borders** 144:14 | 115:12 |
| 37:9 108:8 | **basically** 9:25 | 126:12 137:12 | **born** 47:16 | **business** 18:6,7 |
| **aware** 32:14 | 16:8 31:19 | 138:24 139:7 | **bother** 33:6 | 42:12 141:15 |
| **awesome** 107:23 | 41:17 78:18 | 139:22 140:9 | **bottles** 111:7 | 141:16 |
| | 97:3 101:3 | **Biden's** 96:22 | **bottom** 52:3 85:8 | **busy** 61:17 |
| **B** | 109:3 120:9 | **big** 4:9 11:16,16 | **bought** 97:8,12 | **Butler** 90:22 |
| **ba-** 19:17 | 130:13 | 25:1,1 35:20,22 | 97:16 132:17 | **butter** 111:15 |
| **Baby** 53:2 | **battlefield** 107:5 | 50:18 72:21 | 132:17 | **buy** 40:24 104:9 |
| **back** 5:18 7:7 | **battlefront** 21:9 | 73:3 93:1,3,7 | **box** 111:14 112:7 | **buying** 21:8 |
| 9:16,19,21 28:3 | **battleground** | 94:11 110:8 | 112:17 | 111:20 |
| 30:24 51:18 | 101:5 | 122:11,11,12 | **boy** 66:21 | |
| 85:25 93:21 | **becoming** 107:20 | 137:16 143:7 | **boycotting** 3:5 | **C** |
| 95:19 96:2 97:8 | **bed** 26:24 92:22 | **biggest** 80:7,8 | **Brad** 28:9 33:24 | **C** 147:1,1 |
| 97:16 99:3,19 | **beef** 14:6 | 101:6 106:20 | 34:10,10 35:1,8 | **cake** 15:22 |

Absolute Interference

California 18:18
call 3:25 20:11
  34:2 47:11
  77:19 96:22
  107:14 124:17
  128:12 132:24
  134:7
called 3:3,20,25
  21:13 103:22
  117:18 144:3
calls 79:1
camera 86:6
  98:13
campaign 30:6
  104:18
Canal 104:21,21
cancel 75:22,22
  102:20 109:9
  143:20
cancer 35:21
  106:2
canvassing 15:14
canvassings
  15:13
capabilities 11:21
  14:20 141:13
capability 20:9
capable 141:12
capture 98:11
captured 137:6
capturing 123:17
care 28:2,3 73:13
  74:17 94:22
  106:16 109:8
  112:20 117:10
careful 113:11
Caribbean
  104:23
carrying 136:18
  136:18
carton 111:14
case 13:22 14:1
  16:14 102:2
  113:20 145:6
cases 18:13 32:7

134:19
cast 40:5
casting 21:7
catch 77:23 98:8
caused 31:17
CBS 3:1
cell 99:13 100:2
cellular 97:15
censorship 109:9
census 43:23 44:1
  44:2 52:9 53:8
  58:13
Central 104:22
  147:18
centuries 6:24
century 7:16 21:9
cer- 81:18
cereal 111:14
cert- 126:21
  140:19
certain 9:2 16:9
  26:10 72:14
  126:21 127:6
certainly 15:3
  32:5 33:21
  114:21
certificates 119:1
certification
  40:22 119:5
certified 1:12
  140:20 147:2
  147:16
certify 147:3,6,11
chain 11:23 12:4
  17:10 19:25
  21:14 22:5
  25:15 29:25
  74:18 105:14
  113:8 121:14
  124:18
chains 11:22
challenged 50:5
change 14:1 19:1
  19:17,18 40:13
  123:12,22

137:3 142:9
changed 21:3,12
  23:10 30:8 82:5
  82:13 95:6
  123:1,6 124:6
characterization
  142:4
choices 29:21
chose 99:23
chart 119:24
Chavez 31:16,19
cheat 16:25 91:23
  92:1
cheated 41:6
cheating 6:23
  77:20
check 8:5
checked 41:7
  66:20 101:14
  115:13
checking 61:1
  126:14,17
  137:7
chief 39:5
children 108:17
  112:6 116:25
China 3:10 7:9
  11:7,16,17 12:4
  12:5,14 13:12
  14:18 23:8
  70:17 87:15
  97:24 99:4,11
  99:14,17,23,25
  100:9,18
  104:11 118:6
  124:23 129:7,9
  130:10,16,17
  130:18 131:3
  133:24 134:1
  140:4,12,17
  141:4,5,9,12,13
  142:2,9,10,21
  142:22 143:5
  143:13 145:13
China's 141:19
China-based
  12:1

Chinese 12:16
  24:22 99:19
  100:3 102:12
  104:4,13
  131:21,23
  142:4
choices 29:21
chose 99:23
Chris 141:2,24
  142:20
CISA 9:23 10:7
citizen 9:16 32:22
  73:15 111:25
citizenry 38:24
city 19:18 131:3
civil 24:3
Clarence 32:5
Claudia 15:12
cleaning 84:2
clear 121:5
clearly 12:5
climate 142:9
close 12:2
CNNs 2:24
co- 122:11
Coast 129:22
Cobb 98:20
code 19:9,14
  40:21,21 133:7
  134:19 136:8
coffee 145:25
collect 7:21
collected 98:9
  99:7 138:4
collectivism
  29:22
colleges 143:3
Colonel 100:12
  101:2,15
  103:15 104:2
  107:12,24
  108:3
Colorado 57:22
column 47:19
  67:10

columns 34:9
com- 36:10 110:1
combined 144:7
come 4:5 5:9
  13:14,15 15:25
  16:10,22,23
  18:11 25:5,18
  28:4 37:22,23
  75:20 84:23
  85:22 87:20
  88:6 90:17
  95:14 103:23
  105:20 107:17
  109:14
comes 127:1
COMEY 20:20
coming 3:10
  35:19 41:20
  44:17 60:12
  74:1,2,6 93:25
  96:6 103:25
  117:13 132:1
  144:1 145:12
command 105:24
commands 51:18
commercial 82:2
commission
  147:20
committed 80:9
committee 25:3,4
common 108:21
  110:1
commonality
  133:23
commonly 20:16
communicating
  100:9
communism 3:10
  27:15 35:18
  75:8,20 93:25
  102:19 103:9
  103:25
communist
  102:12 104:7
  104:12 145:11

Absolute Interference

communities
108:9 109:1,20
109:25 142:16
community 25:2
25:2 105:6
106:4 108:16
110:21 112:9
114:12 116:20
comp- 28:23
companies 11:20
12:1,9 17:21,24
18:4 40:19
111:16,17
118:23
company 11:24
81:10 97:16,18
99:11,20 100:1
100:4,9
competent 13:24
competitiveness
141:21
completely 4:12
41:5 55:8,10
100:21 102:16
components
11:25
compri- 28:22
compromised 8:1
28:21 94:12
computer 40:20
69:3 70:16,18
70:19,21
118:14,20,22
119:4,10,13,21
120:5,14,16,22
121:1,10,18
122:3,11,12,13
122:14,15,20
123:2,8,13,16
123:20,23,25
124:8,13,19,25
125:6,9,19,23
126:5,8,11,15
126:19,22
127:7,13,17,20

128:2,8,23
129:2,8,15,21
129:25 130:4
130:11,15,19
130:23 131:1,5
131:11,13,20
131:24 132:3
132:10,15,20
132:25 133:10
133:14,18,21
133:25 134:5
134:15,24
135:3,7,8,10,13
135:18,20,23
136:2,9,13,17
136:22 137:5
137:13,18,20
138:3,6,10,13
138:16,20,23
139:1,10,14,18
139:21 140:6
computers 2:6
4:19 16:6 20:13
39:19 50:21
51:1 82:14
83:16,19 99:13
100:14 115:14
118:17
CON 7:20
con- 3:16 128:6
concede 15:12
concern 23:9
91:14
concerned 17:20
21:21 22:3,22
22:25,25 97:11
concerns 11:18
conclusions
84:23,25
conduct 32:21
conference 7:21
107:14 142:7
confidence 32:19
confident 21:18
CONFIDENTI...

96:16 99:15
100:5
confirm 101:8
confirmed 69:19
69:20 71:8
Confucius 143:2
confusing 87:15
Congress 14:5
41:5
congressional
33:15
congressmen
91:20 92:4
Congresswoman
15:16
connected 9:3,7
9:12 13:5,8
14:12,15 20:17
20:19,20,21
83:21 98:21
99:2 114:25
135:14
connection 68:13
99:16
conservative
90:12
conspiracy 3:16
3:16 24:20
114:2
constitution
29:20 95:8
109:7
constitutional
23:17 30:18
36:6 117:3
contact 107:18
contacted 97:2
contains 4:9
continue 12:25
23:17,18 36:5
117:2,6
continued 15:14
contract 40:25
contracts 13:4
control 19:15

29:23 43:17
48:21,21 50:14
51:2 55:18 76:2
controlled 130:17
controlling 17:24
50:21 83:25
convert 70:8
120:18 131:22
converted 128:14
128:15 131:21
conveyed 97:3
cool 67:9 80:11
coordinate 109:3
copy 97:12
121:14,16
124:9
corporate 141:17
correct 44:9 45:2
101:15 119:3
119:20 120:4,5
122:19 123:1
123:15 126:8
126:10,21
127:12 130:10
130:11,14,22
130:23 131:1
133:4,9,20,24
134:11 135:2
136:21 137:12
137:13,19
138:2 147:4
corrected 30:15
correlation 43:23
corroborating
99:8
corrupt 20:3
93:12 108:23
corrupted 26:6
corruption 28:5
61:18 95:5,5
couch 108:15
coun- 52:5
counsel 147:6
count 9:11 20:4
22:17 50:5

counted 9:10
15:5
counter-terrori...
105:8
counties 6:22
15:3 61:2,5
62:14 98:20
134:4,10
countries 7:7,9
7:10 11:12
13:10 14:19
23:9 79:2 115:3
country 3:9 5:1
5:19 6:11 7:7
9:4,19 12:11
13:9 14:22
22:11 23:9,13
23:19 24:19
27:8,25 29:19
29:24 30:11,11
30:14,17,20
31:2,24 32:20
33:1 36:10 37:4
37:12,15,17,20
37:20 40:15
54:18 55:5
60:11 69:2
73:15,24 75:9
76:17 77:11
88:11,21 94:4
100:15,17
102:5 103:17
103:21 104:1
105:17 108:18
109:24 112:8
112:13 115:25
116:17 117:2,2
131:3 140:24
143:3,13,19
144:15 145:12
146:3,9
country's 50:18
counts 113:3
county 19:19
43:18,19,22

Absolute Interference

44:2,2,2 47:10
52:2 53:10 54:9
54:9,11,11
64:25 65:6,7
66:19 70:17
90:23 110:2
114:20 134:21
134:22 135:21
135:22 136:4,6
**couple** 4:4 10:5
12:13 33:13
90:25 96:11
130:16 142:7
**course** 13:17
42:14 65:16
**court** 24:12 32:8
32:16 33:3
76:20 102:2,10
102:10 106:15
106:18 118:12
124:17 145:4
145:15
**courtroom** 35:7
**created** 123:6
**credentials**
118:13 120:7
136:14
**credit** 48:14 56:6
78:19
**crickets** 3:24
**crime** 2:11 74:11
74:13,16 91:8
**crimes** 80:8
**criminals** 8:8
**critical** 101:17,19
**crooked** 28:6
57:9
**culture** 35:21
75:22 102:20
109:9 143:20
**cup** 145:25
**curious** 40:18
**current** 132:21
142:10
**curtain** 39:20,21

40:1
**curve** 53:9 58:9
58:15,21 59:8
63:5 85:12
**custody** 121:15
124:18
**cyber** 2:11 9:22
10:7,22 12:12
70:4,11 102:7
104:13 105:5
105:24,25
119:13,20,21
122:23 123:14
133:13 137:3
140:19 141:12
141:13 143:13
**cyberattack** 4:18
10:14 106:21
118:5
**cyberattacked**
26:12
**cyberhacked**
24:22
**cybersecurity**
14:20 18:5,7
118:8,15 119:2
142:6

---

**D**

**d/b/a** 133:16
**daily** 42:12
**Dallas** 147:19
**dangerous** 40:15
**DANIEL** 18:3
**data** 14:1,13 16:6
41:20,22 43:10
43:16 52:7
56:17 57:6
70:23 85:25
99:7 115:6
120:8,11,17
122:1,9 123:5
124:9,10
125:10,12
131:21,25

137:6,21 138:3
141:14,15
**database** 19:17
47:12 58:21
**databases** 12:14
**date** 2:19 37:25
129:11
**Davenport**
147:17
**day** 3:3,13 10:2,6
15:4 33:13 39:9
72:25 81:10
82:3,8 108:12
117:18,18
141:1,20
144:25
**days** 2:8 10:5,6
30:21 33:13
114:13 123:10
144:3
**dead** 34:4 77:13
**deal** 42:11 143:7
**dealing** 122:9
**debates** 109:20
**decade** 7:12
**decades** 6:24
12:13 22:11
**December** 11:22
27:5 77:1
**decide** 48:22
**decided** 96:23
98:7
**decision** 112:8
**decisions** 29:6
**DEF** 7:20
**defend** 119:18
**defense** 15:19
119:14,20,22
141:18
**definitely** 114:21
**degree** 18:3
**deliberate** 142:17
**Delta** 135:21
136:4,6
**democracy** 19:10

117:5
**Democrat** 17:14
23:7 27:18,18
30:7,8 39:16
73:13 75:3,13
106:17 143:12
145:2,8
**Democratic** 20:2
75:7
**Democrats** 22:25
25:17 27:9
28:11 30:5
74:19 105:15
140:22
**demonstrated**
103:3
**demonstrating**
143:8
**Department** 9:23
10:7
**details** 59:19
**development**
141:22
**deviates** 80:14
**deviation** 59:14
**deviations** 42:6
79:22 81:11
87:6,19
**device** 8:6 97:7
97:11 98:12
**devices** 98:2,6
99:14 100:8
**DFIR** 119:14
**DHS** 106:4
**Dick** 113:5
**Dickman** 147:17
**dictate** 39:22
**dictation** 40:7
**dictionaries**
116:3
**dictionary** 116:1
**Diebold** 39:8
**different** 6:8 7:6
17:23 42:18,19
64:1,11 76:7

79:15 80:5
81:21 82:3
98:19,19 99:5
99:22 101:18
101:18 124:2
126:1 132:18
133:5,11 142:1
**dig** 42:22
**digging** 61:18
97:7
**digital** 10:18,19
12:15 118:8
119:14
**digits** 21:5
**DILL** 39:18
**direct** 2:22,23 3:1
**directly** 99:12
120:3
**director** 142:6
**disadvantage**
15:18
**discovered** 8:10
9:6 19:3
**discovery** 36:25
**discredited** 118:1
**disguise** 87:19
93:11
**disruptive** 142:10
**Dissent-** 32:17
**Dissenting** 32:6,7
32:17
**disservice** 30:14
**distributed** 40:12
**district** 15:2,11
**divergence** 23:16
**divine** 5:1 68:12
**Doctor** 41:14
**doctrine** 104:5,14
**doctrines** 104:7
**documentaries**
115:23
**documentary**
3:20 4:16 23:25
41:10 55:10
62:23 96:12

Absolute Interference

105:13 113:7
144:18
**documented** 8:12
**documents** 8:12
**DocuMovie** 2:4,7
**doe-** 126:23
**dogcatcher** 79:10
112:22
**doing** 3:8 4:15
11:15,15 15:10
17:23 18:7
30:13 41:10
47:7 67:22
70:22 88:11
89:17 94:17
101:3 106:15
122:23 125:2
127:8
**dollars** 38:25
**domain** 136:3,6
**domestic** 2:6
**domination**
107:10
**Dominion** 3:12
5:23 6:3,8
38:22 60:12
62:1 83:6
103:25 112:19
144:12
**Dominion's**
19:10
**Dominions** 100:1
**Donald** 26:21
29:2 30:6 38:1
54:22 62:11
77:16 87:22
91:18 94:15
116:24 140:12
**door** 49:7,15
80:24,25 102:2
103:9
**doors** 45:16,21
45:22 49:13
**double** 71:11,13
139:2,3,17,19

**double-voted**
34:6
**doubled** 32:8
**doubt** 70:6
**Doug** 46:13 93:16
**Douglas** 41:3
**dow-** 23:18
**download** 8:14
52:8 57:6
**downloadable**
58:19
**downloaded**
58:12,18
**dozen** 8:4
**Dr** 39:18 41:3,15
41:19,22,24
42:2,5,8,10,14
42:17,20,23
43:1,4,6,9,12
43:15,21,25
44:5,10,13,15
44:18,20,23
45:2,4,7,10,13
45:15,19,22
46:1,3,5,9,15
46:18,22,25
47:3,6,9,14,18
47:23 48:1,3,6
48:9,12,17,20
48:25 49:3,6,10
49:12,19,22,24
50:3,8,12,14,17
50:20,23 51:1,4
51:6,9,13,17,20
51:23 52:1,7,11
52:15,19,21,24
53:1,4,7,12,15
53:19,22,25
54:4,7,9,12,15
54:21,24 55:2,6
55:12,15,18,20
55:24 56:2,5,8
56:12,15,20,22
56:25 57:4,6,11
57:14,17,20,22

57:25 58:3,5,7
58:9,12,15,18
58:21 59:1,4,13
59:16,18,21,24
60:1,3,6,9,14
60:18,21,23
61:2,6,10,13,17
61:20,23 62:4,7
62:15,18 63:1,4
63:8,11,13,16
63:19,22,25
64:3,6,9,11,13
64:15,18,21,24
65:3,6,10,14,16
65:20,22 66:1,5
66:8,11,16,21
67:1,3,7,14,19
67:22,25 68:2,4
68:7,10,14,17
68:25 69:5,7,11
69:14,17,21,25
70:3,6,10,12,15
70:20,25 71:3
71:12,14,20,24
72:4,6,9,13,17
72:23 73:1,4,8
73:17,21,24
74:4,7,10,12,15
74:22 75:1,6,10
75:15,18,23
76:3,8,10,13,18
76:24 77:3,5,8
77:18,21,24
78:3,7,11,14,16
78:18,22,24
79:5,7,12,20,25
80:1,3,6,10,14
80:17,19,21,23
81:2,6,12,15,17
81:20,23 82:4,6
82:10,16,19,22
83:1,3,5,11,14
83:18,21,24
84:2,5,8,12,15
84:19,22 85:1,4

85:7,11,14,17
85:20,25 86:3,7
86:11,14,17,20
86:23 87:1,4,7
87:10,17,24
88:1,5,8,12,15
88:19,22,25
89:1,5,8,10,12
89:14,16,20,23
89:25 90:3,8,12
90:15,17,21,25
91:4,6,12,15,17
91:21,24 92:2,7
92:10,13,18,24
93:2,5,13,17,23
94:1,19,25 95:7
95:15,17,22
96:3,4,7 110:13
**draft** 14:5
**dresses** 115:13
**drive** 123:4
**Ducey** 93:16
**dug** 41:13
**dump** 24:1,8,9
76:16 96:18
101:25 144:23
**dumping** 96:2
109:18
**duplicate** 121:7
**duty** 132:24

**E**
**E** 147:1,1
**ea-** 121:11
**earlier** 5:10 17:8
107:14 110:14
140:22
**early** 105:25
**earth** 146:14
**easier** 102:22
**easily** 17:21
71:13 77:18
**East** 129:22
**easy** 71:12
**easy-to-hack**

13:20
**eat** 15:22
**economic** 141:21
**economy** 103:4
**edge** 67:4
**educate** 145:22
**education** 112:6
**effectively** 142:13
**effort** 108:22
**eight** 71:10
**either** 12:4 23:16
28:17 94:9
106:25 136:12
**elation** 73:18
**elec-** 114:22
**elect** 112:1
**elected** 39:16
**election** 2:6 5:21
5:23 6:10,21,25
7:11 8:20,22
10:2,2,6,12
12:23 13:1,2
14:1,6,10,11
15:15,15 19:1
19:18 20:2 21:1
21:7,10 22:7
23:4,14 24:19
26:4,6 31:7,20
32:21 33:14
37:16 38:11
39:3 40:24
41:25 47:20,21
48:22 50:4
71:21 78:2,10
85:20 86:24
87:9 95:4 96:17
96:22 99:5,22
105:18 107:8
107:16,17
108:23 109:4
109:13 110:3
110:19,24
111:1 114:4,8
114:14,19,19
115:10 117:9

117:12 120:25
121:2,3 122:19
123:9 124:23
127:5 138:8
140:11,17,25
144:11 145:13
**election's** 50:5
**elections** 3:11
5:18 7:23 8:25
10:4 11:13
12:19,22 19:18
20:7 21:19 25:7
25:12 33:13,18
39:14 73:16
110:15
**electoral** 102:8
**electrochemistry**
41:16
**electronic** 8:5,6
9:13,14,18 40:6
112:21 115:2,4
**emails** 109:24
**employed** 147:7
**enabled** 103:13
**encountered**
125:3
**encrypted** 120:17
**endeavor** 116:23
**ended** 68:18
**ends** 146:18
**enemies** 2:5
**engineer** 7:25
**English** 51:18
132:5
**ensure** 31:19
**enterprise** 97:25
**entire** 47:16 65:1
127:21,22
**entities** 145:12
**entity** 102:12
**Entry** 134:17
135:21
**equipment** 7:22
40:25
**error** 64:22

**ES&S** 3:12 6:9
19:3,12 38:22
62:5 83:7
112:20
**escape** 146:13
**especially** 18:16
92:3 116:25
**espionage** 141:13
**essentially** 16:5
19:13 32:19
38:3 119:24
122:7 123:6
128:24 129:18
132:12 134:6
136:10,15
137:24 139:22
**established** 143:2
**eureka** 73:19
**European** 97:16
**evaluated** 19:10
**event** 108:14
**every-** 91:10
**everybody** 6:5
23:23 24:13
26:7 32:5 44:7
44:25 47:20
53:20,22 54:17
56:4 59:6 60:4
63:10 70:23
71:7 72:19
75:11 78:19
79:13 87:13
90:4 92:17
96:21 102:24
102:25 107:24
117:23 118:12
119:17,20
122:21 125:10
128:10 131:3
139:5 145:10
145:20,22,22
**everybody's** 21:5
23:9 53:24
**everyone's**
103:23 145:14

**evidence** 3:16,20
4:6,10,21 5:4,4
5:5 24:8 32:9
32:15 33:6 45:8
69:10 76:12,16
76:21 84:19,21
95:11 96:2,25
97:9 99:10
100:16,22
101:25 102:1,9
106:20 107:8
115:24 117:19
117:20 118:5
124:22 143:16
144:23 145:1
145:21
**evolution** 38:10
**Ex-** 62:4
**ex-addict** 94:7
**exact** 34:4 82:9
100:7
**exactly** 11:4,4
26:22 34:18
50:3 53:14,16
55:2,24 56:15
59:23 67:15,16
68:8 72:17
82:18 84:17
88:23 91:24
92:13 97:13
**examine** 40:23
**example** 14:23
47:19 90:9
**examples** 102:9
**excitement** 76:7
**exciting** 56:22
76:4,5 96:8
140:3
**excuse** 87:20
**execute** 19:14
**exist** 46:2 49:11
50:1 69:3
**existed** 45:25
**exists** 38:11
**expanded** 128:18

**expect** 72:5 86:21
**expected** 26:23
97:15
**experiment** 117:5
**expert** 118:14,20
118:22 119:4
119:10,13,21
120:5,16,22
121:1,10,18
122:3,12,15,20
122:23 123:2,8
123:13,16,20
123:23,25
124:5,8,13,19
124:25 125:6,9
125:19,23
126:5,8,11,15
126:22 127:7
127:13,17,20
128:2,8,23
129:2,8,15,21
129:25 130:4
130:11,15,19
130:23 131:1,5
131:11,13,20
131:24 132:3
132:10,15,20
132:25 133:10
133:14,18,21
133:25 134:5
134:15,24
135:3,8,10,13
135:18,20,23
136:2,9,13,17
136:22 137:5
137:13,20
138:3,6,10,13
138:16,20,23
139:1,10,14,18
139:21 140:6
**expertise** 127:4
**experts** 54:1
118:9,11
140:19
**expires** 147:20

**explain** 120:15
121:21 128:21
139:9
**exploitation**
119:25
**exposed** 79:4,6
95:3
**Expressway**
147:18
**extensive** 83:14
**extra** 90:19
**extremely** 106:6
**eye** 109:3

---

**F**

**F** 147:1
**face** 53:15
**Facebook** 4:7,8
**facing** 23:15
**fact** 9:5 17:23
19:8 48:3 56:12
59:24 63:22
97:14 99:4,18
**facts** 56:19
**fair** 9:11 38:3,6,8
78:10 114:4
117:9
**faith** 37:10,10,12
37:14,18,18,19
**false** 13:1,2
**famously** 146:12
**fancy** 41:16
**Fanning** 103:14
**far** 4:17 144:18
**fascinating** 43:23
**favor** 96:22
**FBI** 9:22 10:7
105:1 106:4
**fear** 35:13,16,23
35:24 102:25
**February** 2:20
3:18,22,23
117:17,20,21
118:7 146:4
**federal** 20:7

**Absolute Interference**

37:13 38:25
**fee** 147:11
**feedback** 31:14
**felt** 40:21 67:16
  73:21,24 146:5
**field** 41:19
  140:19
**fields** 133:12
**fight** 24:2 109:11
**fighting** 104:16
  108:23
**figure** 43:13
  51:20 73:7
**figured** 43:22
  47:7,7 51:4
  52:1
**file** 119:15
  137:21
**fill** 48:14,17
**filled** 85:22
**film** 131:6 140:23
**filming** 2:15
  96:11
**finally** 21:22
  34:25 79:23
  107:20
**financially** 147:9
**find** 19:22 21:23
  26:5 41:9 49:13
  66:19 82:2 86:1
  86:4 91:1,1,4
  97:12 128:1
**finding** 61:1
  77:11
**fingerprint** 10:19
**finish** 21:17
**fir-** 121:23
**fire** 104:18
**firewall** 66:15
  136:14
**firm** 2:22 147:18
**first** 2:8,9 3:24
  4:4,20 5:3,4,24
  8:1 19:9 24:3,6
  26:19 38:4 46:7

46:7 47:9 48:13
  55:4,10,13,20
  56:13 62:10,21
  66:23 73:18
  75:16,20 77:14
  78:11 98:23
  102:15 119:11
  121:8,23 122:4
  128:16 143:19
**fit** 63:14 68:1
**five** 71:6,10
  76:15 101:24
  127:24 139:6
  140:4
**fix** 111:10
**fixed** 95:2
**flag** 56:14 63:19
  89:23
**flip** 21:5 31:2
  41:7 62:13 97:5
  98:22 99:17
  126:20,25
  127:3 139:25
  140:24
**flipped** 125:21
  126:7 136:20
  137:11,15
  139:16 146:5
**flipping** 63:2
  125:24 126:24
**flips** 118:6
  124:24 134:11
  137:4 140:3,14
**Florida** 57:18
  71:9 107:18
  108:13
**Flynn** 5:1,11,13
  6:2,6,15,21 7:1
  7:4,14 9:1,21
  10:10,15,17,21
  10:23 11:1,4,8
  11:10 12:5,9,18
  12:21 13:7,12
  13:17 14:21,25
  16:2,18,21 17:1

17:5,11,16,19
  19:23 20:6 22:3
  22:10,17,19,23
  23:2,4,12 24:5
  24:10,17,25
  25:11,14,17,20
  25:23 26:1,4,11
  26:14,22 27:2
  27:10,13,16,19
  27:22 28:1,8,18
  28:21,25 29:4
  29:11,14,18
  30:25 31:4,6,24
  32:2,11,13,24
  33:20 34:14,18
  34:20 35:2,4,9
  35:14,17,20,22
  36:3,5,10,13,19
  36:24 37:3,7
  38:8,10,16,19
  38:21 68:20
  108:6 109:17
  110:6,10,16
  111:2,5,12,23
  112:4,11,15,18
  112:24 113:10
  113:14,17,22
  114:1,8,16
  115:15,18,20
  115:24 116:2,6
  116:9,12,15,19
**focusing** 101:4
**folds** 101:20
**folks** 30:17 37:22
  38:25 105:1
  107:18 109:13
  113:24 115:5
**followed** 95:9,9
**following** 6:17
  66:24
**food** 111:21
**footprint** 10:21
  70:11 123:14
**footprints** 70:5
**forecast** 98:4

**foregoing** 147:3
**foreign** 2:5 3:10
  5:6,17,17 6:17
  7:5,6 11:11
  22:8,10 25:6,11
  33:17 60:11,12
  101:9,21
  102:12,14
  105:17 107:9
  114:9,10,14
  115:10 140:24
  145:12
**forensic** 45:8
  118:9 119:15
  122:24
**forever** 22:12
  73:16
**forget** 37:24
**form** 120:18
  124:7
**forth** 93:21
  125:14
**forward** 12:24
  29:16 80:1
  108:1,1,18
  117:1
**fought** 116:20
**found** 11:6 13:24
  18:15,21 19:5
  19:10,12 28:16
  29:2 44:6 66:19
  68:22 77:7
  96:24 98:16,16
  98:18 99:1
  108:21
**founded** 97:24
**founding** 5:19
**four** 2:8,9 17:2
  28:15 33:22
  119:11 144:22
  145:4
**fourth** 67:4
**Foxes** 2:24
**France** 7:8
**Francisco** 142:8

**Frank** 41:3,15,19
  41:22,24 42:2,5
  42:8,10,14,17
  42:20,23 43:1,4
  43:6,9,12,15,21
  43:25 44:5,10
  44:13,15,18,20
  44:23 45:2,4,7
  45:10,13,15,19
  45:22 46:1,3,5
  46:9,15,18,22
  46:25 47:3,6,9
  47:14,18,23
  48:1,3,6,9,12
  48:17,20,25
  49:3,6,10,12,19
  49:22,24 50:3,8
  50:12,14,17,20
  50:23 51:1,4,6
  51:9,13,17,20
  51:23 52:1,7,11
  52:15,19,21,24
  53:1,4,7,12,15
  53:19,22,25
  54:4,7,9,12,15
  54:21,24 55:2,6
  55:12,15,18,20
  55:24 56:2,5,8
  56:12,15,20,22
  56:25 57:4,6,11
  57:14,17,20,22
  57:25 58:3,5,7
  58:9,12,15,18
  58:21 59:1,4,13
  59:16,18,21,24
  60:1,3,6,9,14
  60:18,21,23
  61:2,6,10,13,17
  61:20,23 62:4,7
  62:15,18 63:1,4
  63:8,11,13,16
  63:19,22,25
  64:3,6,9,11,13
  64:15,18,21,24
  65:3,6,10,14,16

Absolute Interference

65:20,22 66:1,5
66:8,11,16,21
67:1,3,7,14,19
67:22,25 68:2,4
68:7,10,14,17
68:25 69:5,7,11
69:14,17,21,25
70:3,6,10,12,15
70:20,25 71:3
71:12,14,20,24
72:4,6,9,13,17
72:23 73:1,4,8
73:17,21,24
74:4,7,10,12,15
74:22 75:1,6,10
75:15,18,23
76:3,8,10,13,18
76:24 77:3,5,8
77:18,21,24
78:3,7,11,14,16
78:18,22,24
79:5,7,12,20,25
80:1,3,6,10,14
80:17,19,21,23
81:2,6,12,15,17
81:20,23 82:4,6
82:10,16,19,22
83:1,3,5,11,14
83:18,21,24
84:2,5,8,12,15
84:19,22 85:1,4
85:7,11,14,17
85:20,25 86:3,7
86:11,14,17,20
86:23 87:1,4,7
87:10,17,24
88:1,5,8,12,15
88:19,22,25
89:1,5,8,10,12
89:14,16,20,23
89:25 90:3,8,12
90:15,17,21,25
91:4,6,12,15,17
91:21,24 92:2,7
92:10,13,18,24

93:2,5,13,17,23
94:1,19,25 95:7
95:15,17,22
96:3,4,7 103:22
110:13 144:3
**fraud** 95:3
144:11
**free** 9:10 13:7
24:4 75:21
102:20 114:3
117:8 143:20
143:24
**freedom** 146:13
**freedoms** 29:21
102:21,24
146:6
**fresh** 117:8
**friends** 27:9 41:9
75:13 143:23
**front** 96:20 103:9
**fulfilled** 72:3
**full** 21:11 83:18
131:15,15
147:12
**Fulton** 98:20
**fun** 3:15 45:11
81:2,3 84:22
**function** 20:6
**further** 97:7
115:12 127:10
147:6,9,11
**Furthermore**
12:2
**future** 109:14,15

———————
**G**
**G** 41:3
**gain** 18:25
**gal** 41:4 68:13,15
**game** 38:3,6,8
**Garcia** 147:2,16
**gee** 82:23 88:25
**geek** 45:11
**Geist** 141:3,3,24
142:20

**general** 4:25 5:9
5:11,13 6:2,6
6:15,21 7:1,4
7:14 9:1,21
10:10,15,17,21
10:23 11:1,4,8
11:10 12:5,9,18
12:21 13:7,12
13:17 14:21,25
16:2,18,21 17:1
17:5,11,16,19
19:23 20:6 22:3
22:10,17,19,23
23:2,4,12 24:5
24:10,17,25
25:11,14,17,20
25:23 26:1,4,11
26:14,22 27:2
27:10,13,16,19
27:22 28:1,8,18
28:21,25 29:4
29:11,14,18
30:25 31:4,6,24
32:2,11,13,24
33:20 34:14,18
34:20 35:2,4,9
35:14,17,20,22
36:3,5,10,13,19
36:24 37:3,7
38:8,10,16,19
38:21 68:20
100:12 102:4,6
103:2,8,11
104:2 105:4,22
106:8,21,22
107:2,25 108:4
108:6 109:17
110:6,10,16
111:2,5,12,23
112:4,11,15,18
112:24 113:10
113:14,17,22
114:1,8,16
115:15,18,20
115:24 116:2,6

116:9,12,15,19
117:14
**generally** 105:8
**gentleman**
107:16 108:12
**Georgia** 57:13
79:21 98:20
107:19 127:25
140:8
**Germany** 13:15
**getting** 24:3
26:21 30:10
72:2 87:22
94:12 102:18
108:15 109:24
143:22
**ghost** 132:11
**gibberish** 128:12
**give** 2:16,21 34:9
34:23 35:11
41:22
**gives** 107:24
109:7 127:2
**giving** 24:15
78:19
**glass** 111:7
**global** 103:3,4
107:10
**go** 5:18 8:13 9:4
9:8 12:24 20:23
21:4 30:2 31:8
36:2,7,25 49:7
56:25 65:22
71:1 85:25
86:13 91:10
97:8 99:19
104:4,9 107:1
111:8,10
113:12 119:8
119:16 123:12
123:21 125:16
128:22 129:3
129:10 130:3
132:5 136:25
138:7,17 139:4

140:1 145:6,16
**God** 37:18 96:8
107:25 108:4
146:16,16
**goes** 4:7 5:18
9:16,18,21 26:7
34:8,10 104:5
104:14 111:13
119:24 126:19
136:4 137:1
139:22,22
143:6
**going** 3:19,19
4:15,17,20,23
7:15 12:24
15:25 16:21,22
16:23 17:13
18:19 21:19
22:12 23:16,18
23:23,25 24:8
24:11,12 25:12
27:11,24 28:3
29:16 30:4,6,17
30:19,21,21
32:19 34:22,23
36:6,7,12,14,20
36:21,21,22
37:4,8,23 46:11
46:13 50:5
61:22 62:21
65:12 67:1,16
70:22,24 72:1
73:3,15 74:8,20
74:22 75:12,13
75:25,25 76:16
78:9,9 79:2,17
79:18,23,24,24
82:11 84:9,13
87:9,13,16 96:1
96:2 98:7
100:10,24
101:19,24
102:3,23
103:18,22,23
103:24 106:13

106:14,14,20
108:15,17
109:10,11,11
109:14 110:1,2
110:3,4,4,7,11
110:21 112:1,5
115:2,9,22,23
117:1 118:10
118:12 120:12
125:13,14,15
126:20 128:4,6
128:15,21
129:13,25
130:1 132:11
138:24,24
139:9 140:15
143:25 144:1,5
144:7,7,10,11
144:12,13,21
144:23,25
145:6,6,7,9,14
145:16,17,19
145:23
**good** 27:7 41:9
63:23 104:10
118:4,10 141:3
**Google** 97:22
**gorilla** 11:17
**government**
24:22 29:9
31:16 37:13
98:3 118:19,23
119:19 120:9
141:18,25
**government's**
140:18
**governments**
21:16
**governor** 114:19
**governors** 93:16
**grabbed** 131:13
132:4
**graduated** 7:2
**grandchildren**
108:17 117:1

**graph** 128:5
**graphics** 67:7,8
**great** 3:15 4:23
4:23,23 7:8
37:4,20,25 67:8
72:2 92:16
96:10,13
107:24 112:10
112:12
**greater** 109:2
**greatest** 27:24
35:24,25 36:15
36:22 37:20
146:9,10
**green** 125:20
126:2,3,18
127:2
**grew** 30:7
**griping** 33:22
**ground** 69:19,19
79:15
**group** 7:23
**groups** 11:12
79:15
**Guerilla** 104:10
**guess** 15:2 38:24
115:16
**guests** 100:11
**guide** 36:18
**guilty** 135:25
**guy** 16:13 30:6
39:20 40:1,7
67:8 130:6,7
140:1
**guy-** 60:4
**guys** 28:10 49:9
61:11 79:3 88:4
93:18 94:2
133:13 135:25
**Gwinnett** 98:20

———————
**H**
**Haas** 20:21
103:14
**hack** 2:6 14:8

17:22 18:11
21:22 44:17
98:17
**hacked** 8:17,20
8:22 21:7,23
**hackers** 7:23
18:11 101:7
**hacking** 7:21 8:3
25:6 141:12,17
**hacks** 66:14
**Halderman**
13:22 14:3,9
**half** 8:1 68:10
98:25
**halls** 142:15
**Hamilton** 52:2
53:10
**Hampshire** 14:22
14:25 15:1,8,10
74:5 79:22
107:15
**hand** 7:15 44:12
**hands** 7:16
**happen** 4:2 23:1
42:16,17 51:9
78:1 94:4,5
108:17 109:21
114:18,21
135:1 146:2
**happened** 3:24
20:1 22:11
30:16 31:8
60:25 66:3
69:12 75:4
82:12 92:15,20
94:16 102:4
103:16 104:11
107:21 108:14
109:13 116:21
124:23 127:12
128:22 135:17
139:4,6 143:18
145:22 146:4
**happening** 85:1
107:22 108:9

114:18 144:15
**happens** 39:14
78:12
**happiness** 117:3
**hard** 30:15 38:5
114:12
**HARRIS** 40:17
**Hart** 6:8 38:23
112:20
**hat** 101:7
**Hawaii** 127:15
**HB1** 78:14
**HBO** 17:14
**head** 93:12
**headquartered**
97:24
**heads** 93:19
**hear** 14:10 40:2
44:25 90:4
100:23 118:13
121:4
**heard** 4:21 24:21
46:13 66:24
86:9
**hearing** 24:8 46:7
141:7
**heart** 36:16
**Hello** 2:14 4:25
**help** 29:8,17
41:11 43:2
94:22
**helped** 14:5
**hero** 5:1
**HEX** 120:18
**hey** 3:3 10:11
34:3 43:2 49:7
90:18 111:8
126:20 143:4
**HICKS** 20:18
**hidden** 98:16
**hide** 112:14
**hiding** 8:13
**high-** 115:2
**high-tech** 7:3,4
**highest** 18:23,24

119:2
**highlights** 37:9
**highway** 9:18
**highways** 115:2
**historic** 32:18
**history** 2:11 5:20
35:25 37:21
47:16 59:7
78:10 80:9 93:6
102:7 106:21
107:16 146:11
**hold** 39:15
**Homeland** 9:23
10:8
**honestly** 61:7
**Hong** 97:21
143:4
**hope** 59:6 107:24
113:4
**hopefully** 144:5
**hops** 14:15
**horizontally**
129:3
**host** 2:12
**hosted** 18:17
**hotspot** 97:7
**hour** 8:1
**hours** 4:4,23
105:25 129:22
**house** 25:4
**houses** 49:14
**hu-** 45:17
**huh** 101:14
**human** 120:19
**humanity** 74:11
91:9
**humanly** 82:18
**humans** 66:4
83:10,15 84:8
**hundred** 90:19
90:25
**hundreds** 8:14,15
39:14 40:14
70:1 104:24
**hurricane** 142:8

Absolute Interference

**hypothesizing**
45:13

---

**I**

**i-** 4:19 69:3
100:25,25
115:19
**ID** 68:24 70:21
**idea** 8:9 118:4
**identical** 57:24
71:2 88:14
115:19
**identifier** 127:2
**identifiers** 124:3
**identifies** 126:25
**identifying** 124:2
**IDs** 4:19 100:14
100:24 115:13
128:21
**ignoring** 29:7
**II** 51:11
**illegal** 99:21
**illusion** 78:4,5
**image** 122:5
**Imagine** 21:4
**imagining** 83:18
**immediate** 98:15
141:8
**immediately** 22:2
43:6
**impact** 101:6
142:19
**impacting** 31:10
**implanted** 136:14
**importance**
106:10
**important** 98:18
104:3 106:6
116:9,10,23
136:24
**impossible** 53:21
59:15 92:9
124:4
**impressive** 125:1
**imprint** 123:1

**improperly** 40:3
**in-** 15:9
**inaudible** 7:20
8:8 21:15 24:10
24:16 26:10
43:5 56:14
68:24 77:5
95:21 99:17
116:2 123:16
127:18 132:4
132:16 133:18
136:10 139:22
**incident** 119:15
119:22
**including** 7:22
98:5 99:6,22
**incompetent** 40:2
**increase** 82:20
**incredibly** 108:23
**incursion** 99:21
99:21
**independent**
101:3,16
**individual** 5:22
6:12 9:15 22:1
29:20,21 30:19
82:1 109:7,8
117:7,7 125:15
128:11
**individuals** 31:14
**infinite** 78:19
**influence** 103:21
141:20 142:14
143:1,4
**influencers**
103:24
**influences** 7:6
142:21
**INFORMANT**
96:16 99:15
100:5
**information**
12:12,16 15:24
18:13 33:9
101:20 106:10

106:13 109:14
109:18 133:1
137:8 146:15
**information's**
15:25
**infrastructure**
119:22
**ingredients**
111:15,18
112:7
**inject** 13:25
19:14 85:17
**innovators**
141:23
**input** 42:18
81:22
**inside** 6:18,21
12:10 38:14
40:7 111:8,15
111:18,19,25
112:17 141:25
**inspections** 33:16
**inspired** 7:19
**install** 98:10
**installed** 39:12
**institutes** 143:2
**institutional** 24:2
**institutions** 32:20
37:12,14
**intelligence** 2:5
25:2,2,4,5
33:14 105:6,7
105:20 106:3
114:12
**interested** 19:7
147:10
**interesting** 97:6
**interfere** 11:13
22:14 105:18
**interference** 1:13
2:4,12 3:11
5:17,17 7:6
11:11 22:6,8,10
25:7,12 33:17
60:11 99:18

101:22 102:14
114:10,10,14
115:10 140:11
140:17
**interfering** 10:3
10:11 33:12
**interject** 54:13
105:22
**internally** 114:9
**internet** 9:3,7,13
13:5,8,9 14:13
14:14 20:17,19
20:20,21,24
44:8 83:22
98:22 99:2,14
100:3 114:25
115:1 135:14
**Interos** 11:23
**interrupted**
65:23
**interventions**
101:11
**introducing**
102:23
**introduction**
41:4
**intrusion** 125:21
136:11,12
**intrusions** 134:21
139:8
**invasion** 110:9
**invested** 15:9
97:22
**investigating**
43:9
**investigation**
71:18 96:14
**investigations**
33:16
**involved** 40:8
47:4 107:20
108:16 109:5
**Iowa** 71:9
**IP** 4:18 9:16,17
11:9 68:23 69:3

70:8,18 99:3
100:8,14,25
101:4,8,9 115:1
115:13 128:20
130:5,7,21
131:18 134:13
135:6,11
**IPs** 132:12,12
**Iran** 7:9 10:3,11
11:14 13:13
14:18 33:12,12
**island-building**
104:18
**issue** 31:12 143:7
**issues** 18:10 33:1
**it'll** 80:8 124:14
127:2 129:21
146:10
**Italy** 13:14
**Iwo** 107:5

---

**J**

**J** 14:2 38:1
116:24
**Ja-** 77:9
**James** 90:6
**January** 5:2,5
27:6,6 77:10
97:2 98:21
102:5 146:4
**JEFFERSON**
39:5
**Jima** 107:6
**Jimmy** 3:14
**job** 77:13 95:6
122:23 141:25
**Joe** 15:6
**John** 49:16,19,22
90:6 96:12,14
99:9
**joint** 97:17
**Joyce** 142:5
**judge** 32:11,14
**judges** 39:15
90:13 95:20

**Justice** 32:5,17

**K**

**KaiOS** 97:20
**keep** 35:23 40:20
  40:23 96:1
  102:24 106:15
  109:3 115:22
  115:23
**keeping** 126:20
  127:3,4,9
**Kemp** 28:7 93:14
**kept** 3:7,18 96:24
**kid** 29:24
**kidding** 24:17
  65:20
**kill** 17:9 19:25
  21:13 22:5
  25:15 29:25
  74:18 105:14
  113:8
**Kimmell** 3:15
**kind** 6:1 31:25
  51:10 66:24
  105:23 119:24
  122:1 124:4
  128:11 141:22
  142:12
**kinds** 109:4
**Kismet** 98:10
**Klobuchar** 17:14
  17:20 21:21
  105:16 113:5
  113:14,15
**Klobuchar's**
  19:23
**knew** 6:12 51:7,7
  121:25 122:2,9
**knock** 49:7,15
  80:25
**knocked** 45:15
  45:21,22 49:13
**know** 3:4,7,15,16
  4:11 5:3,3,14
  6:7 9:2,2,9,22

10:12,18 12:23
12:24 13:2,12
13:12,13,13
15:8,21,23,23
16:3,14 17:3,7
17:25 20:25
23:3,15 25:1,9
25:11 26:15
27:3,4,7,8,20
28:13 29:12,19
30:23 32:4
33:10,11,12,14
33:15,21 34:3,3
34:6 35:10 36:4
37:7,9 38:4
40:17 42:6,7
44:7 46:4,10
47:19 49:4,6
51:13 54:17,18
55:7 61:25
62:16,22 63:2
66:3,3,13,18
67:9,15,15
68:23 69:2,13
71:4,6,6,10
72:2 73:2,7,12
73:13 74:18,21
75:2,13 76:2,9
76:9,15 79:2,3
79:16,17,25
81:8,9,11,18,19
82:2 86:5 87:6
87:15 90:7,22
92:5,11 93:7,9
93:11,12,18,20
94:7,13,15,16
94:23 95:10,13
95:18 98:23,24
100:19,20
101:5,21,24
102:23 105:3,9
105:18 106:9
106:22 107:13
108:11 109:12
109:12,23

110:12,14,21
110:22 111:5,7
111:9,13,14,19
111:24,25
112:6 113:3,4
113:20 114:1,2
114:24 115:11
115:19,21
116:1,5,7,8,14
116:16,22
117:19 118:1,3
118:3,15,16,23
120:19 121:13
121:13,14,16
121:19,20
122:4,5,6,8,22
122:23 123:3,3
123:4,6,9,10
124:2,2,3,9,10
125:2,11,25
129:19,22,23
130:5 131:7,21
131:25 132:1,4
132:5,11,12,16
132:17,17
133:2,11,13,15
134:16,17
136:3,4 137:6
137:21,22,23
138:6,7,10,13
138:14,18
140:23 141:6
141:19 143:4,6
143:7 144:17
144:19 145:6,9
145:14 146:16
**knowing** 12:25
  25:14 65:12
**knows** 5:9 23:23
  70:23 72:19
  79:13 94:13
  107:16
**Kong** 97:21
  143:5
**Korea** 7:10 14:18

**Koreans** 24:23
**Krebs** 141:2
  142:3,25

**L**

**la-** 130:9
**laboratory** 45:11
**labs** 40:22
**LAN** 98:25
**language** 51:21
  120:1
**largest** 2:11 39:6
  97:21
**late** 3:14
**latitude** 130:8,9
  130:13
**latitude/longit...**
  130:24 134:17
**launch** 3:19
**launched** 2:18
  3:23 117:21
  143:18 144:2,4
  144:5
**launching** 144:3
**law** 107:17
**laws** 95:5
**lead** 9:14 41:6
**leader** 103:4
  141:16 142:6
**leadership**
  103:13
**leading** 14:4 26:1
**lean** 36:16
**learn** 8:14
**learned** 5:20 9:12
  9:24 12:6,11
  15:1 31:6 33:11
  94:3,6
**leave** 39:23
**leaving** 3:6
**led** 25:8 102:12
**left** 3:22 64:21
  89:8 91:23 92:1
**legally** 48:4
**legislation** 14:5

**legitimate** 9:10
  21:20
**Lenox** 98:10
**let's** 73:10 81:25
  85:17 114:16
  114:16 118:4
  129:10 139:4,4
  139:6 140:1
**level** 18:23,24
  33:3 109:6
  110:13 114:19
  114:22 134:22
  135:22 142:14
  142:21
**levels** 99:1,2
  105:10
**li-** 34:1
**liberties** 29:20
  30:19 109:8
  117:7
**liberty** 117:3,8
**life** 12:15 116:16
  116:23 117:2
**lifelong** 30:7
**lifetimes** 116:13
**Lindell** 2:3,7,10
  2:13,14 5:12,25
  6:4,14,20,23
  7:2,13,18 9:20
  10:9,13,16,20
  10:22,24 11:2,5
  11:9 12:8,17,20
  13:6,11,16
  14:24 16:1,17
  16:19,23 17:2,6
  17:12,17 20:5
  22:9,16,18,21
  22:24 23:3,5,22
  24:6,11,24
  25:10,13,16,19
  25:22,25 26:3,9
  26:13,15,23
  27:3,11,14,17
  27:20,23 28:2,9
  28:19,22 29:1,5

Absolute Interference

29:12,15 30:23
31:1,5,23 32:1
32:10,12,23
33:19,24 34:15
34:19,21 35:3,5
35:10,15,18,21
35:23 36:4,9,11
36:14,20 37:2,6
38:7,9,15,18,20
41:2,18,21,23
42:1,4,6,9,11
42:15,18,21,24
43:2,5,8,11,14
43:20,24 44:3,6
44:11,14,16,19
44:22,25 45:3,6
45:9,12,14,17
45:20,24 46:2,4
46:6,10,16,21
46:24 47:2,5,8
47:13,17,22,25
48:2,5,8,11,16
48:19,23 49:2,5
49:8,11,18,21
49:23,25 50:7
50:10,13,16,19
50:22,25 51:3,5
51:8,12,16,19
51:22,25 52:6
52:10,13,17,20
52:23,25 53:3,6
53:11,14,17,21
53:24 54:3,6,8
54:11,13,16,22
54:25 55:3,7,13
55:17,19,22,25
56:3,7,11,13,18
56:21,24 57:3,5
57:8,12,16,19
57:21,23 58:1,4
58:6,8,11,14,17
58:20,23 59:3,5
59:14,17,20,23
59:25 60:2,4,7
60:10,15,19,22

60:24 61:5,9,12
61:16,19,22,24
62:5,8,16,19
63:2,7,9,12,15
63:18,21,24
64:2,5,8,10,12
64:14,16,20,23
65:2,5,7,11,15
65:17,21,24
66:2,7,9,12,17
66:25 67:2,5,13
67:18,21,24
68:1,3,6,9,11
68:15,18,21
69:1,6,8,12,15
69:20,22 70:1,4
70:7,11,13,16
70:21 71:1,4,13
71:15,21,25
72:5,7,10,15,18
72:24 73:2,5,9
73:20,23 74:1,5
74:8,11,13,16
74:24 75:2,7,11
75:16,19,24
76:4,9,11,14,19
76:25 77:4,6,9
77:19,22,25
78:5,8,13,15,17
78:20,23,25
79:6,8,13,21
80:2,4,7,13,16
80:18,20,22
81:1,4,7,13,16
81:18,21,24
82:5,7,11,17,20
82:25 83:2,4,6
83:12,17,20,23
84:1,4,7,10,14
84:16,20,24
85:3,6,10,13,16
85:19,24 86:2,4
86:8,12,15,18
86:21,24 87:2,5
87:8,11,18,25

88:2,6,9,13,16
88:20,23 89:4,7
89:9,11,13,15
89:19,22,24
90:2,4,11,14,16
90:20,24 91:3,5
91:7,13,16,18
91:22,25 92:3,8
92:11,14,19,25
93:3,6,14,18,24
94:2,20 95:1,8
95:16,18,23
96:5,8 99:9,25
100:10 101:13
101:23 102:13
103:7,10,18
105:12 106:7
106:12 107:11
107:23 108:5
108:20 109:16
109:23 110:7
110:11,17
111:3,11,22
112:3,10,12,16
112:23 113:9
113:13,16,21
113:25 114:7
114:15 115:7
115:11,16,19
115:21 116:3,7
116:10,13,18
117:13 118:18
118:21,24
119:6,12,16
120:2,6,20,24
121:3,17,21
122:10,14,16
122:21 123:7
123:11,14,19
123:22,24
124:5,12,15,20
125:5,8,12,22
126:2,6,9,13,16
127:1,8,15,19
127:22 128:3,9

129:1,5,9,20,24
130:2,7,12,18
130:20,24
131:2,10,12,22
132:2,7,14,19
132:23 133:3
133:13,17,19
133:22 134:1,8
134:23,25
135:5,9,12,15
135:19,21,24
136:7,11,16,19
136:23 137:9
137:14,25
138:5,9,12,15
138:19,22,25
139:3,13,15,20
139:24 140:7
143:11
**Lindell's** 3:17
**line** 48:14 56:6
 78:19 128:24
 129:3,10,10
**lines** 125:14
 126:14 128:10
 128:13,25
**list** 49:16 111:17
**lists** 137:11
**literally** 140:5
**little** 40:7 41:3
 47:21 62:12
 64:21 110:15
 122:18 140:16
**live** 35:16,24
 96:19
**lives** 49:16,22
 141:20
**living** 30:22 34:2
 35:12 141:11
**lo** 15:14
**local** 98:25 108:9
 109:5 113:1,2
 142:14,16,21
 143:1
**locally** 143:9

**locations** 12:4
**locked** 123:15,17
 124:17
**LOFGREN**
 11:18
**log** 67:9 69:18
**logic** 34:1
**logs** 67:10
**long** 7:25 18:8
 117:18 118:17
 125:3 133:3
 143:5
**longer** 11:20
 118:16 132:16
 142:18
**longitude** 130:9,9
 130:13
**longitude/latit...**
 135:16
**look** 12:22 19:9
 24:13 27:7
 30:15 33:4
 38:13 39:7,10
 39:23 40:21
 42:2 48:1 53:15
 59:18,18,19
 60:4 79:23 81:9
 81:10,10 82:2
 103:6 104:4,8
 105:3,10 108:1
 108:1 111:9,15
 113:4,12 115:8
 116:1 120:3,7
 121:12 123:4,5
 127:19 134:21
 136:3 137:21
 139:4 141:24
 143:18
**looked** 13:3,4
 22:7,7 32:9,15
 33:5 88:3 95:11
 95:11,20,20
 105:11 122:4
 132:4
**looking** 16:15

Absolute Interference

30:5 33:1 40:17
41:1 67:9 80:1
101:4 105:3,21
121:25 125:25
129:16 138:18
**looks** 32:25 53:12
**Lord** 36:16
**lose** 32:19 90:12
92:8 146:13
**losers** 114:3
**losing** 91:19
**lost** 3:4,4 34:8
143:23
**lot** 5:9,10 42:11
47:23 53:12
80:21 91:19,20
93:15,19 95:4
120:21 122:2,9
124:2 133:1
140:15
**lots** 40:8,9 41:20
41:22
**Louisiana** 107:19
**love** 55:15 116:17
116:19
**lower** 105:10
**luck** 27:1 92:22
**lull** 142:12
**lying** 114:2

**M**
**MAC** 100:8
**machine** 8:3 9:15
11:25 13:23
15:5 16:12 18:4
18:13 26:20
40:6,7,10 44:17
62:3 95:3
110:21 128:13
134:16 135:9
**machine's** 12:3
**machine-owning**
111:17
**machinery** 12:22
31:21 38:11

108:24
**machines** 3:11
5:6,24 6:4,8,9
7:17,22 8:4,17
9:1,3,6 11:21
12:7,25 13:4,21
14:6 15:4,17,18
15:21 16:7,8,16
16:25 17:18
20:3,4,12,18
22:14 23:8
24:18 25:23
26:6 27:5 31:9
31:18 39:4
40:12,18 41:7
44:8 50:2 54:17
58:6 62:2 65:8
74:20 77:23
83:4,8 99:13
100:1 102:13
102:15 105:16
106:24 110:4
111:19 112:21
113:11,12,19
114:24 126:1
135:2 140:23
145:14
**macro** 110:24
**made-up** 115:8
**Maduro** 31:20
**magnitude** 102:9
102:11 125:5,7
**mail-in** 72:21,24
87:14
**main** 18:7 41:12
**mainstream**
96:21 100:20
117:17,23
**maintain** 121:14
**major** 98:5
**making** 3:15 29:6
30:3 115:22
**malfunctions**
39:13
**malicious** 13:25

40:11
**management**
14:12 119:23
**manager** 97:2
**managers** 97:9
**mani-** 146:7
**manifest** 29:8
94:22
**manifests** 27:23
146:7
**manipulate** 16:5
89:17
**manipulated**
89:2 93:21
113:19 114:9
**manufactured**
97:13
**manufacturer**
97:13
**manufacturer/...**
97:18
**Mao** 104:6
**Mao's** 104:9
**map** 128:25
129:4
**March** 23:15
27:6 95:13
**married** 67:25
**marry** 69:15
**Marxist** 23:19
30:20 36:10
**Mary** 103:14
128:16
**massive** 26:7
33:17 74:9
90:10 102:7
112:8
**match** 50:10
84:23,24
115:17
**matches** 139:11
**matching** 100:7,8
**mathematical**
59:7
**matter** 8:23 23:7

60:8 73:14
143:12 147:5
**McInerney**
100:12 102:4,6
103:2,8,11
104:3 105:4,22
106:8 107:2
108:4
**mean** 3:2 7:1
8:22 12:5 13:15
24:17,25 28:20
29:18,21 45:20
59:21 66:20
69:8 71:4 78:8
87:6,12,21
92:20 93:15
105:19 108:10
110:7 111:5
112:13,19
113:12 114:11
114:23 115:8
120:16 125:1
126:23 131:17
131:19 132:9
133:1,8,15
134:13 136:8
142:20,24
**meaning** 125:21
**means** 7:24 13:9
19:13 22:13
41:17 86:15
124:15 128:7
136:12,20
**measurements**
46:25
**media** 2:21,24
3:21,25 14:22
24:1 96:21
103:19 117:17
117:23,24
144:3
**meeting** 28:15
**mega** 122:14
**member** 112:4
**mentioned** 22:12

25:15 104:25
**mess** 84:2
**messed** 137:22
**met** 5:2 6:13,14
41:4 68:13,16
108:21
**metadata** 123:5
**Michael** 116:6
**Michigan** 14:3
32:15 73:9 90:6
127:25 135:19
137:15,16
140:8
**micro** 110:23
**micro-** 110:23
**Microsoft** 18:9
**middle** 72:18
143:14
**midterm** 21:19
**migrated** 7:8,14
**Mike** 2:3,7,10,12
3:4,17 5:1,13
16:16 17:9
23:20 30:9 37:9
68:5,7 96:16
98:1,23 99:4,15
102:7 103:12
106:6 107:3,12
108:3,4,20
109:17 111:6
115:7 118:2
**mil-** 122:18
**military** 21:9
106:3 116:17
129:17
**milk** 111:13
**Millennials** 53:2
**million** 2:8,8,17
39:2 50:20
62:11,12 71:23
87:22 88:7,17
88:17 97:22
117:22
**millions** 70:2,4
120:23,24

Absolute Interference

121:7 122:8,8,8
122:18 128:13
144:9,9
**mind** 39:25
**mine** 143:23
**Minnesota**
105:15
**minors** 34:5
**minute** 4:5,6 54:2
61:4 64:22
**miracle** 26:17,17
26:19 71:19
77:12
**mirrored** 59:19
59:22
**missed** 26:18
105:24
**misses** 21:3
**missing** 19:13
106:4,4
**mistakes** 80:19
80:20
**mix** 87:13 94:3
**Mo-** 77:5
**mock** 7:23
**mocking** 3:13,14
**model** 41:20
80:11,11 97:5
103:12
**models** 41:24
**mom** 111:12
**moment** 117:15
142:10
**money** 82:13
**monitoring** 11:23
83:24
**months** 34:25
146:3
**morning** 3:3,23
16:10,11 72:25
92:21 96:19
141:4
**mother** 111:23
**Mount** 107:6
**move** 133:19

**movie** 17:8,9,12
17:15 74:18
105:14,20
**multiparty**
101:16
**multiple** 18:22
19:12 96:24
98:2,3,5 99:6
99:23 100:6
101:20
**multiply** 63:6,16

—————————
**N**
—————————
**name** 13:10
16:19 35:5
41:16 97:17
112:20 132:8
133:5,6,16
**names** 47:14
**narrative** 143:9
**nation** 12:24
23:16 91:9
106:10 107:3
**national** 2:5
43:23,25 103:5
105:7 142:5
143:14
**natural** 124:14
**Navajo** 51:14,14
**NBC** 3:1
**near** 109:15
**necessarily**
126:23
**necessary** 7:24
**need** 11:21 14:17
30:2 37:11,11
47:9 48:14,15
56:10 64:11
80:25 85:17,20
90:19,25 109:4
113:6 117:8
125:11 141:21
144:16,17,20
**needed** 51:20
**needs** 32:5

**nefarious** 52:12
**neither** 11:16
147:6
**Netcom** 131:7,9
131:16
**network** 2:3
11:21 131:8,14
131:15 132:8,9
133:5,6,6,6,7
133:15,16
134:18,19
135:24 136:5,8
**networks** 98:6,24
99:1,6 132:17
**never** 17:17
20:17 26:9,11
28:12 30:9,10
46:8 48:9,24
78:2,9 93:9
100:16 102:8
105:2 106:23
107:3,6 109:21
124:10,10
138:17 146:5
**new** 2:24 5:4
14:22,25 15:1,8
15:10,12,16
24:1 74:5 77:1
78:14 79:21
93:25 95:12
103:19,22
107:15 144:2
**new-** 143:21
**news** 3:14 66:24
96:10 101:1
104:25 143:21
143:22
**nice** 20:24
**NIELSEN** 20:25
**night** 3:3,14
26:20 71:21
72:19 124:23
**nine** 102:3
106:18 145:5
**Noble** 104:9

**Nobody's** 24:7
**noise** 22:6 29:7
88:14
**non** 34:6
**nonresidents**
34:5 77:15
**Nope** 65:14
**normally** 82:1
**Normandy** 107:5
**North** 7:9 14:18
24:23 147:18
**notice** 47:23 52:3
85:11
**noticed** 67:10
**notices** 59:6
**November** 5:21
10:2 16:11 20:2
23:14,21 27:5
30:16 31:12
47:20,21 76:25
96:17 102:5
106:1 116:22
**NSA** 105:24
**nudity** 4:9
**number** 2:22,22
3:1 16:12 19:11
26:25 48:21
53:10 58:15,22
63:6,11,20 64:6
85:8 91:14
139:11
**numbers** 34:4,11
34:12,16,23
35:7,12 42:9
47:3 62:13 65:4
67:8 139:2
140:14
**nuts** 3:17

—————————
**O**
—————————
**o'clock** 16:10,11
92:20
**o-** 4:3
**obsolete** 20:12
**obvious** 60:1,3

**obviously** 38:5
71:17 103:20
106:23 129:13
**occur** 25:12
114:14,24
**occurred** 2:11
114:17
**October** 10:1
**offensive** 14:20
119:14
**offer** 5:17
**office** 7:23 18:19
34:17 38:2
113:2
**offices** 39:16
99:23
**officials** 14:10
39:15 40:24
**Oh** 4:11 8:21
20:23 26:7 42:8
44:10 52:17
65:2 68:25
71:12 74:10
77:18 78:3
80:22 85:22
87:13 88:15
91:12 95:7,20
107:23 128:3
131:22 136:5
136:19
**Ohio** 52:2 54:16
54:19 57:1,2,22
60:25 61:2,5,10
61:20 62:14
66:20 71:9 85:5
89:1,10 90:9
**okay** 31:8 43:8,8
43:24 44:19
45:6 47:23 52:4
52:10,23 53:6
56:13 60:3
63:21 64:9,23
65:17,21,25
67:17 82:11
85:21 88:1 90:7

114:16 117:6
118:21 119:8
119:12,16
122:16,21
126:16 127:19
127:25 129:11
130:20 132:7
133:17,19
134:8,12 136:7
136:19,19,23
137:16 139:8
139:15 140:3,7
**old** 59:9
**once** 67:20 78:1
83:9 87:19
91:13 102:24
118:11 146:8
**one's** 128:10
**one-fifth** 11:24
**ones** 15:21 33:3
64:25 91:20
126:18
**ongoing** 57:15
**online** 14:7,16
17:6 44:17
56:25 60:17,20
65:9 135:2,12
**open** 27:4 36:21
79:18,23 111:9
145:16
**opened** 4:3
**operating** 12:10
15:18 19:12
97:20 98:10
104:21
**operations**
119:14
**opinion** 32:6,7,18
124:5
**opportunity**
31:13
**opposed** 8:6
142:18
**opposite** 18:14
**order** 37:17 98:9

**organ-** 77:19
**organic** 77:20
**organize** 18:1
**organizers** 7:20
**original** 121:14
131:6,25
**oth-** 133:6
**outcome** 26:7
48:18 147:10
**outdated** 13:20
**outlets** 82:8
**output** 42:19
81:22 131:25
132:6
**outside** 130:16
**outsourced** 97:14
**overcome** 109:11
**overly** 96:21
**overseas** 101:14
116:17
**owned** 99:14
100:3
**owner** 134:18
141:16
**ownership** 12:6

**P**

**pa-** 27:6
**packet** 123:18
**page** 57:1 119:17
**pages** 67:10 70:4
**paid** 38:12
147:12
**paid/will** 147:12
**Panama** 104:21
**pandemic** 102:23
**paper** 7:16 8:6
9:9 112:25
**paralyzation**
21:16
**paramount** 106:9
106:9
**part** 36:1 96:6
101:10 106:3,3
117:11 118:16

119:9 140:2
143:5 145:21
**parti-** 15:2
**participated** 5:22
**particular** 15:2
16:14 37:25
38:24 85:4 97:6
108:14
**particularly**
12:13 37:12
**parties** 147:7
**parts** 98:9
**party** 26:10 28:2
28:20 75:8 94:9
94:22 102:12
113:20 117:10
145:11
**pass** 21:25
**passed** 27:5,5,6,6
**passes** 14:14
**passing** 53:4
**passive** 125:25
**patches** 19:12
**path** 23:17,19
36:12,21
**paths** 9:13 36:1
36:18 99:17
**pathways** 9:14
**patient** 142:11
**patriot** 116:1
**pay** 39:1,3
109:18
**paying** 38:25
108:8 115:5
**peace** 76:6
**peaceful** 20:9
**Pennsylvania**
41:5 45:5 57:20
61:8,11 73:7
127:25 140:8
**people** 2:17 4:5,6
6:18 7:15 8:5
9:4,4,24 10:12
14:21 15:10,20
16:4 21:2,7

28:3,9,11,16
29:2,6,9,10,17
30:2 34:5,6
37:7 39:13,25
40:8,9,11 41:11
45:24 47:24
48:23 49:25
50:20 52:4,22
53:1,4,10 56:8
58:16,24 59:9
61:13 66:5,7,10
66:13 74:17
75:22 77:13
82:23,23 85:9
85:12 86:9 87:1
88:25 91:25
94:10,18,21,22
94:23 95:5
99:24 100:24
103:15,15
104:8 106:11
107:13,20
108:7 109:10
109:25 114:1,6
117:10,22
118:2 141:5,11
143:23 144:9
145:24
**people's** 141:20
**percent** 3:9 4:22
11:7,24 12:3
49:14 54:5,19
55:1 60:24 62:2
63:6,7,17 64:3
69:10 71:10
118:5 123:17
124:6,17,22
137:4,25 138:1
**percentage** 82:9
82:21 126:21
127:6
**percentages** 64:1
**perfect** 68:1
69:16 115:17
**perfectly** 61:3

**period** 123:9
**person** 27:8
34:13,16,16,24
40:13 48:1
80:25 127:5
**personal** 28:19
94:11 118:23
**persuasion**
117:11
**Ph.D** 41:15
**phantom** 49:14
49:15 132:12
**phenomenon**
43:13
**Phil** 100:12
103:15
**phone** 2:21,22
33:25 97:4,5,5
97:6,13,20
99:17
**phones** 16:6
98:21,22 99:14
100:2
**physicist** 43:12
**Pi** 98:9,16
**pick** 79:11
138:11
**picked** 57:2
**picking** 29:15
141:6
**picks** 111:13
**picture** 116:4
122:5,18
**piece** 5:4 9:8
101:7 111:20
112:25 120:21
**pieces** 7:21 96:24
**pillow** 82:8 111:8
111:9
**Pillows** 3:5
**pinnacle** 104:16
**place** 33:4 61:1
104:12 109:1
144:8 146:13
**places** 72:14

79:18 92:3
**plan** 18:18,20,20
  19:5 84:11
  87:22 104:24
**planet** 37:21
**planned** 60:16
**plans** 19:4 141:18
**platform** 24:1
  103:19,22
**play** 7:11 33:1
**plays** 145:20
**Please** 146:15
**pleased** 2:3
**pleasure** 46:9
  96:7
**po-** 142:4
**podcasts** 143:24
**point** 21:3 23:13
  27:4 101:16
  117:17 134:17
  135:21
**pointing** 107:4
**poli-** 94:6
**police** 30:22
**policy** 112:5
**political** 28:17
  40:4 54:1 74:17
  94:9
**politicians** 28:16
  29:16
**politics** 28:13,13
  30:10,10 94:3,6
  142:15
**poll** 8:5 97:2,9,9
**pop** 73:11
**popped** 5:24
  93:12,19
**popping** 87:20
**popular** 11:25
**population** 51:23
  52:16,18,19,20
  53:13,14 58:10
  59:10
**portion** 144:25
**portions** 98:5

**posed** 142:5
**poses** 141:9
**position** 8:20
  122:7
**possibility** 19:15
**possibly** 40:13
**Post** 2:25
**postelection** 9:25
**pour** 106:14
  145:1
**pouring** 115:23
**power** 20:9 107:9
  142:13
**PR** 2:22
**praying** 79:3
**precinct** 41:8,8
  85:5 86:10 99:1
  99:2 113:2
**precincts** 90:23
  98:19
**precious** 32:20
**precise** 102:9,11
**predict** 61:3
  64:19 80:12
**predicted** 49:12
  49:13 88:16
**prefer** 40:4
**prepare** 44:21
**preparing** 83:24
**preprogrammed**
  60:13
**present** 2:3 92:16
  136:15
**presentation**
  46:14
**presenting** 107:7
  107:7
**preserve** 121:13
**preserved** 124:14
  124:16
**preserving** 137:8
**president** 33:25
  34:3,11,22
  35:11 38:1
  71:25 72:2

94:15 112:1,21
  146:12,14
**presidential** 92:8
  110:19,24
  114:22,22
**pressure** 7:5
**pretty** 12:15 19:6
  125:1,1 127:18
**prevent** 21:6
  107:22
**primarily** 37:16
**primer** 104:10
**principally** 39:4
**prior** 10:1,6
  33:13
**priorities** 105:7
**priority** 105:9
**private** 118:19
  120:10 141:14
  141:15
**privilege** 18:24
**probably** 7:11
  24:14 104:9,20
  116:23 119:10
  141:10
**problem** 15:17
  19:9 29:7 33:5
  73:19 94:21
  109:12
**problems** 43:7,10
  61:11
**process** 6:22 9:25
  10:12 12:23
  24:19 40:1,23
  108:24 117:9
  125:11 141:14
**processes** 7:11
  39:4
**profanity** 4:9
**Professor** 14:2
**programmed**
  14:14
**prohibited** 40:25
**project** 104:24
**promises** 72:3

**proof** 2:5,7,10
  3:9,9,21 4:22
  5:7,14 11:3,7
  45:18 55:4,14
  56:19 60:24
  62:2,10,21
  65:15 66:22
  69:9 72:8 98:23
  99:18,20
  100:11,13
  103:13 106:9
  117:16,22
  118:5 120:13
  125:13,16
  128:16 140:16
  140:21 143:17
  143:18 144:20
  144:21
**properly** 15:18
  20:7
**proportion** 64:12
  64:13,18
**proportionate**
  59:9
**proportions**
  64:24
**proprietary** 18:2
  38:17
**protect** 22:2
  117:6 119:18
**protocol** 115:1
**proud** 61:21 62:1
**proved** 45:5
  96:25 100:17
**proven** 140:18
**Proverbs** 36:15
**proves** 115:10
**providing** 67:17
**province** 131:2
**provision** 91:1
**public** 8:12 18:12
  37:4 101:25
**pulled** 122:17
**purpose** 64:22
  126:25

**pursuit** 117:3
**pushing** 23:24
**put** 4:8 9:9 20:15
  39:1 40:11 56:9
  64:16,17,18
  73:10 100:15
  102:2,25 103:6
  103:13 106:13
**putting** 115:7
  142:23

---

**Q**

**qualifications**
  119:7
**question** 8:22
  44:10
**questionable**
  98:17
**questions** 46:5,12
  96:13
**quick** 96:21
**quite** 125:3

---

**R**

**R** 147:1
**ra-** 92:9
**race** 15:13,15,22
  41:6 72:12
  94:23
**races** 90:18 143:1
**Raffensperger**
  28:10 33:24
  35:1,3 93:15
**railroad** 72:11
**rain** 82:3
**raising** 7:15
**rampant** 22:8
  143:21
**ran** 41:4
**random** 85:4
**Raspberry** 98:9
  98:16
**raw** 120:8,11
  125:12 131:20
**re-** 100:23
**reached** 41:11

Absolute Interference

42:24
**read** 32:5,18
    128:14,15,17
**readable** 120:19
**ready** 61:21
**Reagan** 146:12
    146:14
**real** 8:8 35:7,11
    49:4 52:7 56:17
    62:12 114:10
    115:9 118:4
    122:1
**reality** 93:24
**realize** 37:4 91:7
**realized** 68:12
**really** 13:1 18:6
    18:17 23:21
    31:8,9,11 33:2
    36:23 37:1
    82:12 90:7
    94:11 95:2
    101:17,17,19
    113:4 116:12
    116:24,25
    119:7 120:17
    136:24 138:20
    145:19,22
**reason** 3:8 22:4,5
    24:15 40:18
    46:11 118:10
**reasons** 21:24
**receiving** 19:15
**recipe** 46:20
**recon** 125:25
**reconnaissance**
    125:25
**record** 40:3 98:13
**recording** 2:1
    100:7 146:18
    147:4,8
**records** 98:14
**recreate** 123:23
    123:24 124:4
**red** 56:13 58:21
    63:19 89:23

125:23 126:13
    126:13,23
**reflect** 113:7
**reflected** 116:21
**refute** 100:23
**refuted** 100:20
**reg-** 48:24
**register** 56:4
    133:15
**registered** 47:15
    48:24 49:1 51:7
    52:14 53:10,20
    53:23,24 56:9
    58:16 85:12
    132:21 134:20
    136:6
**registering** 50:1
**registers** 78:18
**registration**
    47:11 59:22
    131:14 132:9
    133:7,12
    134:18 135:24
    136:1,3 147:18
**registrations**
    43:17 48:14,15
    50:8 51:24
**regular** 14:22
**regulate** 44:1
**related** 147:7
**relates** 12:13
    125:10
**released** 11:23
**remember** 34:10
    60:16 100:13
    116:3 137:16
    140:10
**remote** 11:19
    18:25
**renew** 37:17
**report** 108:2
**reported** 114:12
    114:13
**Reporter** 147:2
    147:17

**reports** 25:5,7
**represent** 12:15
    128:24
**representatives**
    39:15
**republic** 23:18
    30:19 36:6
    117:4
**Republican** 23:7
    28:6 39:17
    73:13 106:17
    143:12 145:3,8
**Republicans** 28:6
    28:11 93:12,15
**requirement** 22:1
**research** 141:22
**researchers**
    13:24
**resolve** 23:21
**response** 53:16
    119:15,23
**responsible** 40:13
**rest** 53:1
**results** 42:5
**retailers** 3:6
**retained** 118:8
**reverse** 7:24
**revival** 36:15
    146:10
**revolution** 104:7
    104:12
**revolutions** 20:10
**rhymes** 83:6,7
**right** 5:16,21 6:1
    6:6,7,14,14,14
    6:20 7:13,18
    8:19 9:20 10:9
    10:20,23 11:1
    12:8,8,20 13:6
    13:6,11 14:8
    15:8 16:1 17:1
    17:5,11,19 20:5
    20:5 22:9,18
    23:2,6,22,25
    24:2,4,5,24

25:10,13,16,22
    25:25 26:3,3,12
    26:13,14,17
    27:2,13,19,19
    28:8 29:4,11
    30:25 31:3,4,7
    32:1,10,23
    33:19,19,23
    34:12,14,23
    35:2,4,9,14
    36:12,21 38:7,9
    39:25 41:18,21
    41:23 42:1,1,4
    42:4,19,20
    43:14 44:3,3,22
    45:12,12,14
    46:3,16,21,24
    47:5,22 48:2,5
    48:8,16,19,24
    48:25 49:2,5,18
    49:20,21,23
    50:7,16,16,19
    50:22,25 51:5
    51:12,16,19
    52:6,8,13,25
    53:6,11,16,17
    54:3,6,14 56:7
    56:11,11,11,21
    56:24,25 57:3,5
    57:5,10,11,16
    57:19,21 58:11
    58:17,20,20
    59:6,12,20
    60:13 61:9,12
    61:16,16,19,19
    63:12,15,18,24
    64:2,5,8,10,16
    65:5 66:25,25
    67:2,13,13,16
    67:18,21,24
    68:3,3,9,9
    71:18 73:16
    74:1 75:12,15
    77:2,3 78:2,20
    79:10,12 80:13

80:16,18,22,23
    80:24 81:1,4
    82:16,19 83:17
    83:20,23 84:1,4
    84:7,14,14,16
    84:17 85:6,10
    85:10,13,16,16
    85:24,24 86:2
    86:23 87:23
    88:6 89:7,9,11
    89:13,15,19,22
    89:24 90:2,11
    90:20,20,24
    92:24 95:12
    96:14 99:11
    101:23 103:7
    103:10 106:7
    106:12 110:6
    110:10,16,20
    111:2,10,11,22
    112:3,15,23
    113:13,20,21
    113:25 114:15
    115:15,18,20
    115:20 117:9
    117:12 118:18
    118:24 119:6
    119:19,19
    120:2,13,20,21
    121:17,21,24
    123:7,11,13,19
    123:21 124:12
    124:15 125:8
    125:19,22
    127:1,16 128:7
    129:2,20,24
    130:2,2 131:6
    131:10,12,17
    132:1,2,7 133:2
    134:23 135:5,5
    135:11,15,15
    136:16 138:5,9
    138:12,12,12
    138:15,15,22
    138:22,25

**Absolute Interference**

141:8,11 142:2
144:17 145:23
146:15
**rights** 18:24 24:2
24:3 75:17
109:8 117:7
143:19
**Ring** 104:23
**road** 31:20
104:23
**roads** 9:14
**roadway** 9:18
**Rob** 142:5
**rocks** 111:7
**rolls** 48:4,12 86:1
**Ronald** 146:12
**room** 11:17 83:18
141:11
**rope-a-dope**
142:12
**routinely** 18:11
**rows** 120:23,24
121:7 122:6,8
122:19
**run** 51:2 61:14
79:9,9
**running** 39:8
72:11,12
143:20
**runoff** 15:15
98:21
**Russia** 7:9 12:4
13:18 14:18
24:25 142:8
**Russia's** 11:15
142:9
**Russian** 20:25
22:6
**Russians** 142:19

_____
**S**
**safe** 144:8
**sai-** 93:9
**sample** 134:9
**sampling** 69:24

**San** 142:8
**saw** 43:6 105:2
**saying** 15:20
17:17 18:19
22:4 29:7 58:25
75:12,25 99:9
99:16 100:6
122:16,25
129:14
**says** 4:8 32:19
34:3 49:16
71:15 95:20
106:21 108:14
126:19 131:7
**scale** 142:23
**scandals** 98:4
**scare** 32:22 78:9
**Schiff** 141:2,10
**school** 110:15
112:5
**Science** 131:7,9
131:16
**scientific** 2:4
**scientist** 45:11
55:15 73:17
84:22
**scientists** 40:20
**screen** 118:25
125:18
**seat** 67:4
**second** 26:8 31:8
**secret** 40:19,20
40:22,23
**Secretaries** 99:12
**Secretary** 8:13
18:18 22:1
34:17 39:6 57:1
57:9 93:16 99:6
99:23 107:14
**secrets** 141:17
**sector** 118:19
120:10
**secure** 144:8
**securing** 8:24
**security** 9:23

10:8 13:24 14:6
18:10 21:10
98:4 103:5
119:15,22
142:5 143:15
**security's** 18:17
**see** 4:5,20 10:13
10:16,17 14:21
26:8 28:12 40:4
42:11,13,15
45:7,24 59:6
62:13 64:22
76:19 96:23
112:16,18,19
113:23 114:16
115:3,4 119:7
119:17 120:6
120:12,12
123:5 125:20
126:1,17
127:18 128:4
135:4 137:10
137:21 139:6
141:1,3 142:13
144:4,21 145:2
**seeing** 28:15 41:1
97:11 108:1
138:7 145:24
**seen** 2:7,17 4:14
4:15,18 54:10
59:16 65:18
68:23 69:23
72:8 73:15
76:21 79:16
94:15 100:16
103:11 106:20
117:22 121:22
121:24 122:1
125:13 128:9
128:16 140:11
143:16 144:20
144:24 145:25
146:2
**segment** 121:11
**select** 25:3,4

**sell** 11:20 19:20
**Senate** 25:3
**senator** 17:14
19:24,24
105:15 113:5,5
113:14,17
**senators** 20:2
28:10 93:19
**send** 127:2
**sense** 31:25
138:19,21
**separate** 55:8,10
**separated** 39:20
**Serbia** 13:14
**seriously** 18:17
**servers** 99:5,22
**serves** 126:24
**service** 20:15
116:16
**serving** 30:11
**set** 16:8,16 46:22
46:22 50:24
65:3 87:6 127:5
**sha-** 59:19
**shame** 33:7
**shape** 59:21
124:6 143:9
**share** 95:25
146:15
**shareholders**
97:22
**Shorthand** 147:2
147:17
**shot** 104:19 122:7
**show** 3:19 4:13
4:17 5:15 30:2
32:4,4 55:4,5
61:3 62:22
101:24,25
103:15 107:8
113:6,18 119:6
124:21 125:13
125:15,17
127:23 128:6
129:10 136:24

136:25 140:15
141:8 145:22
**showed** 11:24
54:1 55:9 62:9
140:22
**showing** 93:20
100:7
**shown** 53:25
57:17 82:22
102:18 145:23
**shows** 99:10
102:11
**shut** 19:2
**sic** 69:3
**sick** 96:18
**side** 6:17 51:15
74:17 75:5
132:5,5
**sign** 4:8 18:5
**signals** 98:13
**signature** 121:12
124:1
**signatures** 123:3
**silent** 100:21
117:24
**silos** 34:7
**simple** 46:19
63:11 112:11
**simply** 141:23
**single** 3:2 13:22
14:1 27:8 38:12
58:1 62:17 65:7
112:7 128:20
128:20 134:1
140:20
**sir** 34:16 100:5
**sit** 108:19
**sitting** 23:13
50:21 108:20
114:5 141:7
142:22
**situation** 40:16
90:8
**six** 23:24 71:7
76:16 98:19

101:24 129:22 143:17 144:22 144:22 145:4
skilled 18:6
sleep 142:12
slip 112:25
slipping 96:20
small 144:25
smaller 90:18
smart 33:2 109:19
Smartmatic 3:12 5:25 6:2 62:5 83:7 103:25 144:13
Smartmatics 100:2
Smith 49:16,20 49:22
so- 62:22
social 24:1 103:19 117:24 144:2
socialism 27:14 35:18 75:8,20 93:25 102:19 103:9 145:24
socialist 23:19 30:20 36:8
socializing 145:25
soft 142:13
software 11:19 14:1 18:2 38:17 39:8,10,11 40:9 40:10,11 101:18
solution 29:8 94:21
solved 73:18
somebody 32:24 79:10 110:22 111:8
somebody's 38:16 50:5

someone's 87:20
something's 81:16
sophisticated 14:19 22:13
sore 114:3
sorry 65:22
sort 11:17 19:15 23:15 43:12 51:10 137:23
sounds 41:25
source 99:8 120:1 121:20 124:10 130:3,3,4,5,10 130:21 131:6 131:25
sources 100:6
South 104:22
sovereignty 143:8
Spain 13:13
speak 144:10
SPEAKER 2:2 7:19 8:2,7,11 8:16,21 13:19 14:2 17:25 20:8 20:11,14,16,23 21:2,4,6,8,11 21:13,15,18 39:11
speaking 56:12
specialists 14:4
specialize 119:9
specific 141:4
specifically 103:4
speech 24:4 75:21 102:20 103:22 143:20 143:24
spike 137:16
spikes 42:15 72:22
spoke 55:23
spoken 55:21
spread 39:2

144:17
spreads 145:21 145:21
spyware 10:24 62:20 65:19 88:3 98:5
SSIDs 98:17
stages 44:20
staggering 18:22
stamp 124:1 129:11
stamped 137:3 137:18
stand 89:21 146:14
standard 119:2
stands 24:20
star 136:17
start 11:10 29:15 37:7 75:25 121:4
started 4:2,24 5:10 6:15 15:4 18:20 31:1,7,9 43:15 44:4 84:12 87:19 101:2,7 109:25 122:22 129:12
starting 93:6 120:8 121:13 145:12
state 8:14 16:14 19:19 21:1 26:24 29:23 30:22 38:12 39:6,6 54:18 57:1 58:1 62:17 62:18 65:1 88:11 93:16 96:3,3,3 99:6 99:23 107:15 108:13 114:18 127:12 129:19 134:17 135:19 137:8 139:14

139:15 140:10 147:3
State's 18:18 34:17
state-owned 97:24 99:11,20
stated 59:1
statement 38:1,2
statements 140:13
states 8:5 13:3,19 13:20 15:24 16:2,19 17:22 21:23 22:2 24:21 35:11 37:19 38:24 39:3,7,12 47:11 52:9 53:7 57:4 57:9,10,14,15 61:14 69:24 71:5,7,7,9,16 74:2,14 77:16 79:16 92:1,21 99:5,12,22 101:5 103:5 112:2 127:21 127:22,24 134:8 139:6 140:4 146:3
station 81:13,25 82:1
stations 143:21
STAUFFER 18:15
steal 95:4 99:4 141:18,23
stealing 141:14
step 84:6
steps 46:22 47:4 50:24 115:12
stole 141:16 145:13
stolen 12:16 107:9 141:15
stomach 96:18

stones 96:24
stood 30:6
stop 72:13,15 108:25
stopped 89:20
store 111:13
stories 86:9
story 68:10 72:19
straight 19:22
strange 105:21
strategy 104:25 142:18
strike 141:11
studio 2:15 3:22
study 11:23 41:17
studying 43:15
stuff 4:20 24:14 39:1 54:17 65:17 66:23 79:18 87:16 90:1,6 95:19 100:25 110:3 110:19 115:9,9 121:20 133:13 138:11
submersed 28:14
subsequent 31:20
subsequently 30:8
subtle 142:11
successful 8:23 101:11 125:20
successfully 8:18
sudden 26:5 28:14 82:8 113:22
suddenly 61:21 89:20
sued 143:22
Suite 19:10 147:19
suites 101:18
summer 25:8
Sun 104:6,15

**supermarket**
111:21
**supervisors**
114:20
**suppliers** 12:3
**supply** 11:22,23
12:4
**support** 119:22
**Suppose** 39:18
**supposed** 9:6,8
13:5,7 29:9
40:22 81:14
94:20 114:5
115:1
**suppress** 75:21
**suppressing**
103:21
**Supreme** 24:12
32:8,16 33:3
76:20 102:2,10
106:15,18
118:12 124:16
145:4,15
**sure** 11:20 42:23
77:21 87:8
91:16 112:24
113:2 133:2
**surface** 28:5
41:15 134:6
**surfaces** 41:17
**Suribachi** 107:6
**surpri-** 55:25
**surprising** 43:21
**suspect** 142:2
**swing** 71:6,7
77:15
**switch** 140:17
**switched** 139:7
**switches** 140:12
**syllables** 16:4
**system** 6:11,19
14:12,15 18:16
18:25 19:2,12
19:14,16,20
33:4 37:10

38:11 65:25
97:20 98:10
102:8 108:23
109:5 117:12
**systems** 11:19
14:5 21:1 39:4
39:9

**T**

**T** 147:1,1
**T.V** 3:14
**tables** 113:23
**Taiwan** 104:20
143:6
**take** 7:25 9:8
12:18,21 21:16
30:15 31:5,18
63:5 67:11,12
67:14 70:24
71:16 75:20,21
77:15 80:23,24
88:8 93:9
102:17,24
103:16 105:17
110:24 115:8
120:11,18
128:11 144:9
144:17,18
**taken** 18:17 24:7
121:6 143:25
146:6
**takeover** 5:6 93:4
**talk** 2:23 4:13 6:7
6:16 11:11 31:9
33:23 68:4,7
81:8 90:5
103:24 104:1
119:18 129:10
144:10,13,14
144:14
**talked** 10:25
27:21 29:13
30:1 33:10 46:8
105:13,13,16
108:12 111:6

127:11
**talking** 17:7 20:2
90:5 109:15
110:18 114:6
115:7
**talks** 30:9 109:17
**tallies** 126:17
**tampers** 39:12
**tar-** 105:9
**target** 21:17
105:9 134:12
134:16 135:6
**targeted** 21:1
**targets** 105:9
120:1
**taxpayers** 38:12
**TCL** 97:16,17,21
97:23,23 98:1,2
98:2,22 99:3,4
99:17,20 100:1
100:4,9
**team** 19:7 101:2
101:7
**teams** 105:20
**teaspoons** 46:25
**technical** 39:5
**Technol** 131:8
**technology**
131:16 143:13
**television** 96:20
**tell** 7:23 22:1
41:3 67:22
68:22 72:20
116:20 130:20
136:12 143:21
143:25 144:19
144:20
**telling** 3:7,18
38:13 63:10
**tells** 24:20
**ten** 33:21 81:13
**Tenney** 15:12
**tens** 40:14
**term** 142:18
143:5

**terms** 119:5
125:24 126:24
142:2
**Terri** 147:2,16
**test** 93:7
**tested** 31:22
**testing** 18:18,21
19:4,5
**Texas** 61:25 62:3
147:3,16,19
**tha-** 122:23
**thank** 106:24
107:11,11,25
108:3,5 115:24
116:6
**thanks** 5:12,14
96:6 107:24
117:13
**the's** 21:24
**theft** 12:14 97:1
**theoretical** 56:16
**theorists** 114:2
**theory** 24:21
**thing** 15:7 19:11
24:6 27:7 28:4
28:23 30:14
36:1 47:9 48:13
49:3 50:17
56:22 73:18
78:3,12 80:11
87:23 89:25
93:25 94:7
104:25 108:19
111:15 112:1
114:3 116:11
121:8 122:24
128:20 140:20
146:5
**things** 3:6,17
5:20 9:2 11:5
12:11 15:1
17:23 32:3
33:10 38:14
67:11 73:9 74:6
80:12 87:5 94:8

94:17 108:6,9
109:4 110:1,17
110:23 111:8
132:18 137:17
**think** 8:7,24 10:1
11:19 14:17
15:11,13 16:15
19:24 23:20
26:17 29:25
36:24 39:1
41:12 48:13
50:4 56:5 61:7
71:5 73:14 75:4
80:9 84:12,13
87:21,24 88:1
92:5 102:18
106:2,6 108:7
109:9 111:6
131:3 134:3
141:5 142:3
143:1
**thinking** 67:15
68:4
**third** 100:13
**tho-** 133:7
**Thomas's** 32:6
32:17
**thou-** 70:1,2
**thought** 61:15
72:21
**thousands** 40:14
40:15 140:5,6
**threat** 119:25
141:5,9 142:4
143:15
**threats** 118:15
141:25
**three** 15:13 17:21
17:23 45:1 94:8
98:19 133:8
**three-fourths**
66:23
**thumb** 142:23
**ticket** 91:11
**tickets** 93:10

110:19,20
**till** 3:3 117:20
**time** 2:15 4:20
5:3,16 14:10
18:8 24:13 27:1
28:4 31:15,19
35:20,22 44:21
46:7,7 54:4
55:20 59:15
68:2 70:14
72:20 75:4
83:10 88:11
92:22,23 100:7
102:1 106:17
118:17 121:23
123:15,17
124:1 125:3
129:11,16,17
129:18 133:4
137:3,8,18
142:1 144:4
145:3
**times** 2:25 4:22
24:21 30:1
35:25 81:13
143:17 144:21
**today** 2:25 8:10
95:13 96:15
108:20 114:5
141:7 142:19
**told** 3:21 19:6
55:11 62:20
76:5 134:3
140:9
**tonight** 4:15,19
85:2 144:24
**tools** 101:18
**top** 91:10
**totals** 62:11
96:20 126:1
**touched** 40:9
**touches** 121:19
**town** 142:22
**traced** 99:3
**track** 72:11 91:23

**trade** 141:17
**traditional** 27:18
**transcribed**
147:8
**transcription**
1:12 147:4,11
**transfer** 20:9
**transferred**
123:21
**transition** 23:12
**translate** 51:17
**translated** 51:13
**translation** 51:10
**transmissions**
99:19
**transmitted**
98:14
**transparent** 9:11
18:10 114:4
**truck** 73:3
**true** 4:12,12
14:11 25:9
95:23 97:18
116:22
**truly** 18:6
**Trump** 26:21
29:3 30:6 38:1
54:21,22,23
62:11 71:25
77:16 87:22
89:1,3 90:9
91:18 94:15
116:25 126:9
126:11 136:25
137:2,10,12
138:24 139:7
139:21 140:13
**trust** 36:15 37:22
40:1
**trusts** 117:11
**trustworthy** 98:2
**truth** 2:16 5:15
36:25 37:22,23
79:6
**try** 7:24 87:19

97:12 98:8,10
143:9
**trying** 34:25
43:13 107:21
142:19
**turn** 16:12
**turned** 15:7,7
26:25 92:22
113:23
**turning** 96:24
**turns** 53:9
**TVs** 98:3
**twilight** 34:2
**Twitter** 3:4,5
144:7
**two** 4:22,23 10:5
14:15 31:2 34:9
34:25 36:1
46:25 63:20
67:25 91:1,1,4
93:8 100:11
102:16 143:17
144:21
**two-hour** 4:16
**two-thirds** 12:2
**type** 114:23
**Tzu** 104:6,15

**U**

**U.S** 5:18 9:15
13:23 14:10
25:1 32:8,16
38:12 101:9
118:6 134:19
**Uh-huh** 12:8
27:10,16 28:18
37:2,6 43:11,20
47:2,8,13,17,25
51:3,8,22 75:10
85:19 89:4
109:16 110:16
132:14,19
135:23
**unbelievable**
5:15

**uncomfortable**
97:4
**uncovered** 43:16
**underpredict-**
71:22
**underpredicted**
71:22
**understand**
11:12,22 16:4
30:3 46:19
47:10 86:9
105:6 139:24
141:5
**understanding**
107:21
**understandings**
36:17
**unencrypt**
125:11
**Unfortunately**
14:11
**Uni-** 47:10
**UNIDENTIFI...**
2:2 7:19 8:2,7
8:11,16,21
13:19 14:2
17:25 20:8,11
20:14,16,23
21:2,4,6,8,11
21:13,15,18
39:11 118:14
118:20,22
119:4,10,13,21
120:5,16,22
121:1,10,18
122:3,12,15,20
123:2,8,13,16
123:20,23,25
124:8,13,19,25
125:6,9,19,23
126:5,8,11,15
126:22 127:7
127:13,17,20
128:2,8,23
129:2,8,15,21

129:25 130:4
130:11,15,19
130:23 131:1,5
131:11,13,20
131:24 132:3
132:10,15,20
132:25 133:10
133:14,18,21
133:25 134:5
134:15,24
135:3,8,10,13
135:18,20,23
136:2,9,13,17
136:22 137:5
137:13,20
138:3,6,10,13
138:16,20,23
139:1,10,14,18
139:21 140:6
**uniform** 116:17
**unique** 121:12
**United** 13:20
24:21 35:11
37:19 39:7
47:11 52:8 53:7
69:24 74:13
103:5 112:2
127:21,22
146:3
**uniting** 27:24
36:22 146:9
**universal** 129:17
**universities**
143:3
**University** 14:3
**unprecedented**
105:5
**unrestricted**
104:5,14,21
**unsuccessful**
125:24 126:24
**update** 2:16
**upside** 146:5
**USA** 2:25
**use** 12:25 13:20

Absolute Interference

16:7 36:15
46:18 50:1 62:1
74:20 109:19
112:7 121:18
132:16,21
142:13
**usually** 18:8
41:19 90:18
**UTC** 129:16,18

_____
**V**

**vaccine** 104:1
144:14
**validate** 74:8
80:5,5 118:3,4
121:9 128:20
132:6,21
**validated** 4:18
55:11 66:12
69:2,2,6 100:24
130:12,22
137:4,18
140:20
**validates** 62:24
77:7
**validation** 81:5,5
81:5 101:17
**validations**
101:21
**various** 6:22
12:14
**vendor** 19:20
**vendors** 18:13
19:8
**vendors'** 39:8
**Venezuela** 5:22
7:9 30:24 31:2
31:12,15,18
33:11,12 93:8
102:15,17
103:11
**Venezuela's**
11:15
**venture** 97:17
**verification**

101:3
**verified** 99:16
101:12
**veterans** 116:19
**vicinity** 98:14,15
**video** 140:2 147:4
**videos** 96:19
**viewers** 104:4
**Vimeo** 4:3
**violated** 73:22,25
**virus** 87:15
102:23
**voice** 76:1,1
**voices** 144:9
**vote** 8:4 9:5,9
14:7 21:12
39:19 47:24
62:10 86:16,22
86:25 87:2
96:18,20 97:1
112:21,25
118:6
**voted** 9:15,16
27:17 34:5,6
47:20 48:7,9
58:24,25 59:2,3
59:9 60:8 75:14
77:15 86:1,13
86:19 87:12
92:17
**voter** 8:2 47:16
49:15,15
**voters** 52:14
**votes** 15:4,6,8
16:9 21:3 26:21
39:21 40:2,5,14
71:23 72:21,25
73:11 87:22
88:17 125:21
125:24 126:7
126:24,25
127:3 136:21
137:11,15
138:7 139:6
**voting** 7:15,22

11:19,21,25
13:21,23 14:4
18:3,13,16
19:20 20:8,11
20:18 39:1,9,19
40:6,18 72:1
**voting-related**
7:22
**votings** 87:14
**vulnerabilities**
8:9,15 13:25
18:12,22 19:6
19:11,21
**vulnerability**
119:23
**vulnerable**
105:17

_____
**W**

**W** 98:9
**wait** 4:24 26:8
31:8 54:2
117:20 138:14
**waiting** 117:15
**wake** 30:21
**waking** 107:13
107:20
**Waldron** 100:12
101:2,15 104:2
107:12 108:3
**want** 2:16,18
11:20 16:13
19:1 21:25 23:6
26:16 35:12,12
35:15,16 37:1
41:3 44:3,6
46:10,11 48:18
54:16 55:7
68:21 72:20
81:7 83:9 91:7
95:10,24,25
100:19 106:16
106:24,25
110:12 111:17
111:18,24,24

111:25 112:6
112:24 113:2
114:17,18,21
117:1 119:7,17
121:5 122:21
122:24 127:23
129:10 133:2
134:25 136:24
136:24
**wanted** 5:8 63:14
87:2 93:21
108:22 120:6
132:20 140:15
**wants** 20:23
33:23
**war** 51:11 104:16
**warfare** 12:1,12
102:7 104:5,10
104:13,14
105:5,25
**warning** 18:5
**warnings** 98:2
**Washington** 2:25
107:19 142:15
**wasn't** 38:6 71:5
76:22,22,25
91:10,25 95:8
135:11,12,14
**watch** 17:9 19:25
30:2 65:15
113:6 115:6
125:16
**watched** 17:8,12
24:14 68:23
96:19 106:19
106:19 108:14
**watching** 4:5
23:25 66:22
79:1 96:17,18
126:4 141:8
**way** 2:19,20 5:18
14:7 16:5,24
24:7 26:7 36:7
38:21 45:4 46:6
46:19 49:6 52:8

59:7 72:20
76:21 80:12
82:17 88:18
102:15,22
104:15 105:23
106:1,5,15
108:11 109:2
110:23 113:18
113:19 117:22
120:8,11
122:24 124:6
124:14 128:3
129:12 134:3
135:1 136:25
137:1,10
**ways** 17:2,6
36:17 80:5
119:24
**we'll** 6:7 108:1
111:10 116:7
134:20
**we're** 3:19,19
4:15,15 6:17
7:16 8:3,23
12:24 13:14
14:15 16:15
17:20 23:13,15
23:16,18,23,24
23:25 24:8,17
26:17 28:3 29:9
30:19,21 34:1
35:24,25 36:6,7
36:12,20 62:21
70:24 76:15,16
77:23 78:9 79:3
79:24 90:5,5
91:19 95:13
96:1,2 99:16
100:10 101:23
103:18,19
106:12,13,14
107:7 109:10
109:11 112:20
115:22,23
125:15 126:3

Absolute Interference

128:15 133:8
133:10 144:1
144:21,22,25
**we've** 7:14 9:11
10:24 12:6,11
13:14,14 24:22
27:21 30:1 33:5
33:8 34:1,24
46:8 55:22,22
62:20,20 65:12
69:1 79:14,14
80:21 84:17
88:2,2,3,6
102:14 103:19
105:9 107:6,17
107:17 117:15
140:20 143:16
144:2 145:25
146:2,5
**weaker** 143:7
**weather** 98:4
**web** 57:1
**website** 34:20,21
**websites** 8:14
**week** 73:6,7
107:14 141:1
**weekend** 8:17
**weeks** 2:9 23:24
76:16 96:11
101:24 143:17
144:22,22
145:4
**weird** 138:8
**welcome** 100:11
145:16
**well-orchestrat...**
97:1
**well-thought-out**
84:11
**went** 5:5 13:1
21:22 26:24
30:24 39:19
40:10 41:8
45:15 54:17
61:20 69:1,18

70:18 73:10
86:10 92:22
96:12 98:8
100:3,21
105:25 115:12
115:12 117:23
118:7 128:17
132:23
**weren't** 71:6
105:2
**west** 130:1
**whatev-** 34:7
**whe-** 19:1
**wheelhouse**
119:19 120:3
**white** 98:24
101:7
**Wi-Fi** 97:7 98:11
98:13,15
**wide** 144:19
**wild** 125:2
**Willie** 141:3
**win** 15:14 16:14
34:9 38:5,5
39:14 89:3
90:21 91:19
92:5 93:22
104:16 127:5
**windtalkers**
51:11
**winner** 79:11
**winning** 90:9
**Wisconsin** 74:2
79:17,21
127:25 140:9
**witnesses** 118:11
**wolves** 36:7
**won** 15:16 31:19
54:22,25 71:10
77:16 89:1 90:7
92:6 104:17,20
140:9,13
**wonder** 42:16
**wondered** 71:9
**Woo-hoo** 73:18

**word** 16:3 46:18
80:10 88:8
144:12,13,17
145:21
**words** 45:10 65:3
**work** 32:2 40:19
64:4 105:7
109:10 121:15
**worked** 38:4
98:12 124:9
144:2
**workers** 97:10
**working** 6:18
11:13 31:15
61:7 101:8
118:19
**works** 18:2 41:1
64:3 65:6 105:6
**workstations**
14:12
**world** 2:11,18
37:21 38:21
51:11 76:17
79:1 80:9 91:9
93:7,9 97:15
101:25 102:11
102:25 103:5
112:14 145:2
**world's** 14:4 21:9
**worried** 25:21
91:11 94:10
**worry** 14:17
113:24
**wouldn't** 35:10
77:22 79:2,9
82:12 92:14,15
92:19,23 114:5
135:4,4,11
**wow** 33:5 45:3,3
45:9 48:11
53:24 58:8
59:17 60:2
64:20 65:2
70:20 71:1
75:13 78:9

81:12 102:3
106:20 112:10
117:13 132:7
145:16
**write** 3:25 39:21
**write-block**
121:19
**writes** 39:22
**writing** 40:8
**writings** 104:6,15
**written** 131:15
**wrong** 34:11
39:13 40:2
81:16 100:22
**wrote** 32:6
**WVW** 2:2

———————

**X**

**X** 18:19 47:21
49:20

———————

**Y**

**Y** 18:19 98:24
**y'all** 17:8 144:1
**ya** 52:23,25
129:20 133:17
136:7
**yeah** 5:11,11,13
10:10,15 11:8
14:24 16:17,21
17:16 22:23
25:19 27:22
28:1,25 29:18
35:17 36:3,13
36:19 37:6
38:18,20 42:8
44:5,5 50:13
51:25 52:21
54:15,24 55:17
55:19 56:2
57:23 60:6 61:6
61:6,6,11,24
63:8 66:16 68:6
68:6,25 69:5,25
71:14,24 72:4,4
73:1,4,20,23

74:7,10,12 75:1
75:6,23 76:10
77:8,24 78:7,7
78:13,15,15,17
78:21 79:12,20
80:18,20 81:4
81:15,17 82:4,6
84:16,20,20,25
86:7,8 87:10,25
87:25 88:9,12
88:15 90:14,16
91:2,15 92:7,13
93:13 95:7
96:16 101:2
110:4 111:10
112:12 113:9
113:16 115:22
116:12,15,18
118:20 119:4
119:21 120:22
121:11 122:3
122:20 123:2
124:19,25
126:15 127:7
127:13,19
128:8,23 129:5
129:8,15
130:19 131:11
132:25 133:14
133:21 134:5
135:3,8,13,20
137:5,20
**year** 17:13 20:1
21:24 22:25
25:6,6 26:1
74:19 84:13
105:14
**year's** 7:20
**years** 28:15 31:2
33:21,22 59:9
89:18 93:8
102:16 104:24
118:16 142:7
144:2
**Yep** 34:21 36:19

Absolute Interference

53:3,3,6 58:14
60:14 78:20
129:1 135:18
**yesterday** 79:17
**York** 2:25 15:12
15:17
**you-all** 62:9
120:6
**YouTube** 4:3
144:6

___

**Z**

**Z** 18:19
**Zedong** 104:6
**Zero** 32:12 98:9
**Zeros** 98:16
**zone** 34:2 104:22
**Zulu** 129:18

___

**0**

**0h** 24:20

___

**1**

**1** 24:3 105:8
**10** 144:3
**10,000** 34:6
**100** 3:9 4:22
60:24 62:2
69:10 118:5
123:17 124:6
124:17,22
137:4,25 138:1
**100-and-somet...**
73:11
**101** 147:19
**11,730** 34:8
**12** 71:22 88:17
**12,000** 52:21
**14** 71:23 99:5,22
144:3 146:3
**14th** 27:5
**15** 54:25 92:6
118:16
**150** 2:8,17 99:5
99:21 117:22
**16** 55:1

**1600** 45:22 49:12
**17** 92:6
**19** 127:24 129:4,6
129:6 133:4
134:2,9,10,10
139:5,5,7 140:3
140:4,10,14

___

**2**

**2** 105:8
**2,000** 82:1
**2,4-** 137:2
**2,995** 134:3,10
**20** 11:24 15:11
27:6 59:9
**20,000** 81:25
**200** 134:3
**2002** 20:14
**2005** 97:16
**2008** 84:15
**2014** 19:10
**2016** 20:25 22:6
30:7 33:22
**2017** 25:7
**2018** 21:19 25:8
**2019** 11:22 25:8
110:5
**2020** 2:6 8:20,22
14:18 23:4 25:8
26:4 110:5
146:4
**2021** 23:15 97:3
**20th** 21:9
**21** 21:23
**214** 147:20
**21st** 7:16 118:7
**22** 15:11 97:22
**22,000** 34:5
**24,311** 137:2,15
**280** 90:23
**28th** 10:1

___

**3**

**3** 5:21 20:1 80:5
92:20 96:16
99:15 100:5

**3-** 39:2
**3,000** 67:10
**3,215** 136:25
137:10
**3:00** 26:24
**3:5** 36:15
**30** 7:21 39:12
49:14
**30-year-olds**
59:10
**300** 15:4,6,8
**312** 147:18
**35,000** 16:16,18
**3rd** 10:2 16:11
23:14,21 27:5
30:16 47:20,21
72:25 96:17
97:2 102:5
116:22 129:13

___

**4**

**4** 80:5 106:1
**4:00** 96:19
**40440** 97:5
**4228** 147:18
**47** 139:25 140:1
**4G** 97:7
**4th** 2:20 3:2 27:6
31:11 129:13

___

**5**

**50** 134:8
**50-year-olds**
59:11
**50,000** 4:4,6
**500** 39:2
**518,617** 139:6,11
**59** 12:3
**5th** 2:20 3:18,22
3:23 98:21
117:17,20,21
129:13

___

**6**

**6** 16:10 36:15
**60** 11:7

**6581** 147:17
**66** 62:12
**67** 88:16
**68** 88:17
**6th** 27:6

___

**7**

**7** 16:11
**7-31-25** 147:20
**70** 2:7 54:5,19
**75206** 147:19
**7th** 31:11

___

**8**

**8,000** 34:4,5
**80** 54:5 62:11
87:22 88:7
**80-year-olds**
59:11
**855-5100** 147:20
**86** 63:6,7,17 64:3
**88** 61:2,5 62:14

___

**9**

**9-0** 145:17
**9:00** 3:23 117:21
**90-year-olds**
59:12
**9th** 5:5 77:10

___

# Exhibit A-20

1

2

3

4

5

6

7

8

9

10

11

12  **CERTIFIED TRANSCRIPTION OF**

13   **MAY 3, 2021 NEWS SEGMENT**

14

15

16

17

18

19

20

21

22

23

24

25

News Segment - May 3, 2021

```
1              (Recording begins.)
2              MR. SHARP:  Mike, the pillow man, Lindell.  How
3   are you doing?  Thanks for coming on today.
4              MR. LINDELL:  Yeah.  Thanks for having me on.
5              MR. SHARP:  Absolutely.  So you were on Jimmy
6   Kimmel the other day.  How was [sic] that go?
7              MR. LINDELL:  Well, it went great.  I -- I got
8   to -- I got to say the word "Dominion," I think, "Smartmatic."
9              MR. SHARP:  And they didn't kick you off?
10             MR. LINDELL:  They didn't kick me off and
11  actually --
12             MR. SHARP:  He didn't get up and walk away?
13             MR. LINDELL:  No.  That's right.  But, no, it
14  was amazing.  He let me -- he asked me, you know, hard
15  questions, trying -- I think, you know, he expected maybe me to
16  get upset, but -- you know.
17             MR. SHARP:  It seems like he was trying to push
18  your buttons.
19             MR. LINDELL:  Right.  But I've been through it
20  all, you know, with the media.  I -- I do it every day.  All
21  the media, they have my direct number from your New York Times
22  to your Washington Post.  They all have my direct numbers and,
23  you know, when -- when they -- when there's something I need to
24  say, they don't call, they don't write --
25             MR. SHARP:  So --
```

News Segment - May 3, 2021

1          MR. LINDELL:  So for being on Jimmy, that was
2  amazing now brave he was, because they --
3          MR. SHARP:  Yeah.
4          MR. LINDELL:  -- did not want me on there.  The
5  bots and trolls and all the le- -- people on the left said,
6  Don't bring him on, Jimmy.  And everybody here goes, Don't go
7  on there, Mike, you know?
8          MR. SHARP:  Well, you even got a couple of claps
9  from the audience when you were saying, you know, when you were
10  talking there.
11          MR. LINDELL:  Oh, yeah.  No, the audience was
12  great.  I -- I talked to some -- a lot of them.  They -- they
13  were all, you know -- they're -- they're not -- they were
14  not -- when I got there, it was like, immediately, from his
15  producer on down, it's, like, they might have different -- be
16  very, you know, liberal or whatever you perceive, but there
17  were even some conservatives and -- but they're all people, you
18  know?
19          MR. SHARP:  So for anyone unfamiliar, what have
20  you been working on?  What have you been -- what have you been
21  doing the last few months?
22          MR. LINDELL:  Ever since January 9th when I got
23  a piece of evidence -- obviously, since November 4th, I looked
24  into everything too.  Poured money wherever it needed to go.
25  People that were finding -- you know, you know, anything to do

News Segment - May 3, 2021

1   with fraud.

2                   But on January 9th, it was different.  This was

3   a piece of evidence came off a computer and it was a -- it was

4   a -- it showed -- it showed this attack, just one footprint of

5   an attack by China.  And I'm going -- you know, it was a

6   spyware.

7                   Well, then I find out -- so then from that point

8   on, obviously, I went all in.  I met the guys that -- three --

9   there's three different individuals that were part that they --

10  they're going to be heroes when this comes out, because they --

11  they had -- they got all these footprints from the computers.

12  They got billions of printouts.

13                  And -- and so then I -- since then, I've been,

14  obviously, just fighting every day to get this -- to tell the

15  nation and everybody, the world, these machines where it got

16  hacked, Dominion, Smartmatic, Hart, all of them are the same.

17  ES&S.  Don't -- you just say Dominion, but it's all machines.

18  China hacked into our election and foot -- millions upon

19  millions of votes.

20                  And we have 100 percent evidence, so I put out

21  the two -- three movies now, Absolute Proof, Scientific

22  Proof --

23                  MR. SHARP:  Irrefutable --

24                  MR. LINDELL:  Huh?

25                  MR. SHARP:  Is it Irrefutable Truth?

News Segment - May 3, 2021

```
1                    MR. LINDELL:  It's Absolute.
2                    MR. SHARP:  Okay.
3                    MR. LINDELL:  I mean, that's even higher than
4    irrefutable.
5                    MR. SHARP:  Yeah.
6                    MR. LINDELL:  Okay?  They -- when you get to
7    Absolute Interference, the one I just put out, everybody's got
8    to spread that far and wide, because what I did, I took any
9    questions, any doubt you would have on Absolute Proof, I went
10   and got -- this guy is -- he works for the government.  Okay?
11   He's a white hat hacker, one of the best in the world.  Now, I
12   have him and two other ones, but this guy is the best.  Okay?
13                   The -- he spent five weeks validating just 19
14   attacks from China.  There was -- there was thousands or hu- --
15   about 2,000 something, I believe that night, from there.  And
16   he went, got the -- where's the building, the building, the IP
17   address, the ID of the computer.  But more importantly, of
18   course, then it comes over here.  This is just one hack.  Where
19   it came in, which building, which computer, which IP address.
20   But here's the thing.  He also got the sp- -- stuff that comes
21   off the computer.  We -- I call it gibberish.  You can't read
22   it.  And he goes --
23                   MR. SHARP:  Like the metadata.
24                   MR. LINDELL:  Yeah, yeah, this is right --
25   something -- you and I wouldn't be able to read it.
```

News Segment - May 3, 2021

```
 1              MR. SHARP:  Right.
 2              MR. LINDELL:  But he said, what these are,
 3   they're cyber footprints and he validated when they did the
 4   flips.  So let's say it was at the exact minute.  So let's say
 5   it's 11:03 a.m. on November 3rd.  Here comes an attack.  It
 6   goes into this computer.  We got -- pick a county, Fulton
 7   County, whatever.
 8              MR. SHARP:  And you can see the votes flip?
 9              MR. LINDELL:  And you can see -- and he's got
10   the cyber flip.  Now, I said -- I asked him, Can you go back in
11   time and change that?  No.  This has "chain of custody," he
12   called it.  It's very important.
13              MR. SHARP:  Right.
14              MR. LINDELL:  He said, No, it's impossible.  I
15   said, So this would hold up in any court?  He said, This would
16   hold up anywhere.  You can't change --
17              MR. SHARP:  Okay.  So --
18              MR. LINDELL:  Two plus two is two [sic].
19              MR. SHARP:  This is something I wanted to bring
20   up, because a lot of people, when you go out and you make these
21   statements, they say, Oh, Mike Lindell, you know, he's just
22   making these conspiracy theories, you know, he sell s pillows.
23   What does he know about this?  But the important thing to know
24   is that you are not saying these things.  You have people --
25              MR. LINDELL:  Oh, no.  I'm saying the thing --
```

News Segment - May 3, 2021

| | |
|---|---|
| 1 | MR. SHARP:  -- you hired tea- -- well, no, no. |
| 2 | You're saying that.  But you have teams of investigators who |
| 3 | are finding this information -- |
| 4 | MR. LINDELL:  Right. |
| 5 | MR. SHARP:  -- and providing you with it? |
| 6 | MR. LINDELL:  Right, right.  They -- here's why |
| 7 | I ended up with -- and they even said it on Jimmy.  He goes, |
| 8 | Why you, a pillow guy, when no one else -- you know -- |
| 9 | MR. SHARP:  Right.  Exactly. |
| 10 | MR. LINDELL:  It's only because I had the |
| 11 | biggest voice in this country, that becau- -- and -- and that's |
| 12 | what God gave me this platform, where ev- -- all the media was |
| 13 | coming to me, especially when I started doing -- when bombastic |
| 14 | things started happening, where -- cancel culture, where I'm |
| 15 | losing -- you know, I would lose, like, three box stores a day, |
| 16 | and they'd say -- they'd come to me, Mike, you lost H.E.B. and |
| 17 | Kohls and Bed Bath & Beyond turned on you.  What do you say |
| 18 | about that? |
| 19 | Did you hear about Dominion and China attacking |
| 20 | our country?  So I put the voice out there.  What these guys |
| 21 | were, they -- evidence was already there, you know, they -- but |
| 22 | there were other people trying to get this out there, but they |
| 23 | didn't have a voice. |
| 24 | MR. SHARP:  So that brings up -- |
| 25 | MR. LINDELL:  So -- right. |

News Segment - May 3, 2021

```
1              MR. SHARP:  -- my -- my next point that I want
2    to ask you.
3              MR. LINDELL:  Right.
4              MR. SHARP:  It's fair to say, you're a
5    successful businessman.  You have a great business, you've been
6    selling stuff all over the country.  Why did you feel the need
7    to personally get involved with this?  How did you feel
8    compelled to get involved with this election?
9              MR. LINDELL:  Well, I would -- I would hope
10   anybody --
11             MR. SHARP:  Why you?
12             MR. LINDELL:  Well, first -- first of all, when
13   you talk about November 4th, you know, the day after,
14   obviously, I seen deviations.  I look -- the one thing I do --
15   am an expert at is deviations.  I look at numbers all day long.
16   They don't lie.  If I have a radio station that normally does
17   3,000 and it does 15,000, you had to have a different input to
18   change that output.
19             So there were all these deviations and so I dove
20   in there, mostly with just resources and -- and -- and also
21   with myself looking, my own investigation, going county by
22   county, going this is mathematically impossible.
23             MR. SHARP:  So you saw something suspicious and
24   you wanted to investigate it?
25             MR. LINDELL:  No, it -- well, suspicious wasn't
```

News Segment - May 3, 2021

1  even the word.  There was thousands of deviations.  You could
2  look at -- I could peck out a county and go -- in Wisconsin, so
3  to speak, and look at the track record, look what happened,
4  it's impossible, because the same people lived in the county
5  before.
6                    Now, what happened was, though, all these
7  people, after -- after January 9th, when I went public with
8  that -- with that piece that these guys had gotten me,
9  that piece of Dominion -- Dominion, you know, the -- the
10  cyberattack, when I did that, then these guys trusted me.  The
11  guys that are -- these guys are whistleblowers.  These guys
12  are, you know, that work inside the government and used to work
13  for the government, these are the guys that have all this
14  information, and so they had this.  They can't just go out
15  there.  They're in danger, but they trusted me, so they brought
16  it to me.  I'm not a computer geek.  I don't know anything
17  about it.
18                    MR. SHARP:  Right.
19                    MR. LINDELL:  I don't know this from this.
20                    MR. SHARP:  Right.
21                    MR. LINDELL:  But I do know -- I do know
22  deviations and I do know that this was the answer.  Now, I seen
23  it, so I even validated it by the people that work -- that
24  protect our country.
25                    MR. SHARP:  Okay.

News Segment - May 3, 2021

```
1              MR. LINDELL:  These people protect our country
2   when there's a cyberattack.
3              MR. SHARP:  So --
4              MR. LINDELL:  So I got the best in the world to
5   validate it.
6              MR. SHARP:  The big question that we all want to
7   know, was the 2020 election stolen?
8              MR. LINDELL:  Well, I -- I think everybody
9   already knows that.  I mean, of course it was stolen.  Donald
10  Trump won just shy of 80 million to 66 million for Biden, and
11  that doesn't count the organic theft that was on the ground.
12  Donald Trump won -- now, get -- everyone hear this, 80 million
13  to 66 million.  Mike, come on.  You know, that's just because
14  you like Donald Trump as president.  No.
15             If the -- I'm just telling you the truth.  What
16  do you want me to minimize it and say that, you know, Donald
17  Trump won, but it was close.  It was the biggest landslide
18  ever, I mean, for -- it's just a complete landslide.
19  Highest le- -- highest black vote ever for someone -- for, you
20  know, in -- in the -- that he had.  These were -- in mail-in
21  votes -- even the mail-in votes, everybody -- everyone goes,
22  You know those mail-in votes in Michigan when everything
23  stopped in the middle of the night, they go, Wow, the 106,000
24  votes came in for Biden with no down ticket.
25             Let me tell you, those weren't mail-in votes.
```

News Segment - May 3, 2021

1   They were count -- mail-in votes were counted on the morning of

2   the 3rd.  They were the first thing counted, everybody, except

3   for Pennsylvania, which they -- they had to take a whole week

4   to cheat over there.

5                    But -- and then you had -- you know, like,

6   Arizona took one week to count one percent.  That's all going

7   to be found out now when they open up Maricopa County.  They

8   finish that audit, you guys are going to see 100-some thousand

9   votes flipped.  This was a crime of -- of Biblical proportions.

10  I mean, it's historical proportion.

11                   What I want everyone to know, and I said it on

12  Jimmy, they said, Well, what if it was on the other foot?  You

13  know, what if it had -- if Donald Trump, you know?  And I said,

14  You know what, I would do the same thing.  Here's why.  When

15  you ask what's compelling me to do this, if they would have

16  done their jobs, everybody, and put Donald Trump in on

17  December 14th and said, Yes, we found this -- this theft, you

18  know, there's dead people voted, all these other vote -- things

19  they were talking about that nobody looked at -- nobody looked

20  at that either, not one judge in this country.  It was a joke.

21  So -- but if they do that, if they do their job and the

22  legislators do their job, Donald Trump wins.

23                   MR. SHARP:  So --

24                   MR. LINDELL:  Now, if I'm given the same

25  evidence on January 9th, you don't think that I would say -- of

News Segment - May 3, 2021

1  course, I would be telling the world.

2          MR. SHARP:  So if -- if President Trump had won

3  the election, but you saw the same evidence that showed that

4  Biden had actually won, you would be doing the same thing you

5  are now?

6          MR. LINDELL:  Yes.  Because it's -- this is

7  China attacked our country.  This is -- it doesn't matter --

8  you have to right the 2020 election.  But I'm telling you,

9  everyone, we can never have machines again in history.  The

10  whole world is watching.  If I knew now what I -- you know,

11  right now what I have, I could not keep -- the only person that

12  were to have all this stuff, at one person, it was me and four

13  guys that trusted me.  Then it expanded from there as I got

14  more people, more investigators, put a lot of resources into

15  hiring the best in the world to -- is this real?  Is this true?

16  And they're all going, Yes, it's true.

17          Now, everyone says, Well, why didn't you bring

18  it to the -- to the FBI or to the government?  The -- you know

19  what?  I trust -- I -- right now, I trust bringing it all to

20  the people first, so everyone in this country, whether you're a

21  Democrat or Republican, you see all the evidence and you go,

22  guilty; China attacked our country.

23          When we have all that, because what are we up

24  against?  We're up against this twilight zone thing where,

25  like, the Supreme Court wouldn't look at stuff and judges

News Segment - May 3, 2021

1  wouldn't look at stuff.  Well, what I want to do, you dump this
2  evidence -- we're going to dump it over the next three, four,
3  five weeks, and we're going to do this evidence dump, just like
4  I did in Absolute Interference.  The -- the guy was actually on
5  there telling about what he found.  Okay?
6              This is the stuff -- all the Supreme Court
7  there -- by the time it gets there, then, they're going to go,
8  Wow.  We're under pressure from the -- to save the United
9  States and they're going to accept it.  Well, when they look at
10 it, it's going to be 9-0.  Boom.  It's pulled down.  And
11 there's also two other paths, too, where this election gets
12 pulled down.
13             There's three of them.  The first one's the quo
14 warranto that we're bringing to the Supreme Court.  That's what
15 I've been working on every day to bring that there.  The other
16 part, you start bringing -- you -- Arizona --
17             MR. SHARP:  That's what I wanted to ask you
18 about.
19             MR. LINDELL:  Yeah.  Yeah.
20             MR. SHARP:  -- like, with everything going on in
21 Arizona, what do you see happening there?  How is this going to
22 turn out?
23             MR. LINDELL:  Well, as soon as Arizona fi- -- as
24 soon as the audit's done, there's going to be 100-and-some
25 thousand votes just in that county that got flipped.  The whole

1  state of Arizona, Donald Trump won by over a half a million

2  votes.  That's all going to come out.  They're going to go,

3  wow, amazing --

4               MR. SHARP:  Now, they've been saying that we're

5  not doing this so we can overturn the election.  We're doing

6  this, you know, for cybersecurity efforts and stuff like that.

7  If it turns out that Trump, you know, did win these votes, you

8  know, we're not going to do anything.  What do you think about

9  that?

10              MR. LINDELL:  Who says that?

11              MR. SHARP:  The -- the Maricopa County people,

12  the --

13              MR. LINDELL:  Oh, is that what they say?

14              MR. SHARP:  Yeah.  They say they're just --

15              MR. LINDELL:  Well, I -- I don't know what

16  they're doing, but I --

17              MR. SHARP:  -- doing it for election integrity.

18              MR. LINDELL:  -- I know what I'm doing.  I'm --

19              MR. SHARP:  They say they're not out to change

20  the outcome to the election, is what they said.

21              MR. LINDELL:  Well, you -- you -- there's

22  twofold there.  Then what are they doing it for?  They're doing

23  it because they'll hold Dominion accountable.  If they had

24  nothing to hide this whole time, then why were they hiding it

25  from the people?

```
1              MR. SHARP:  Exactly.  Exactly.
2              MR. LINDELL:  They're -- you know, if you find
3    something -- let me be very clear.  There's no statute of
4    limitations on a crime of this magnitude or any crime like
5    this.  Do you know that there's a precedence for many down
6    tickets -- many down tickets, when they find out the real
7    winner was this person, they flip it over.  And this is that --
8    that's just -- the one pathway of those states, just because
9    there's dates, do you think because, oh, there was a date that
10   went by on December 14, January 6, January 20th, just because
11   those date [sic] pass, and then you find out that this was
12   criminally done, by another country no less, too --
13             MR. SHARP:  Several countries.
14             MR. LINDELL:  -- you know, by -- well, the main
15   one was China --
16             MR. SHARP:  Right.
17             MR. LINDELL:  -- and then -- you know, you can
18   have servers in other countries, too, that did this, but -- but
19   the main one was China.
20             MR. SHARP:  Germany, Pakistan, Italy.
21             MR. LINDELL:  The -- the main one was China.
22   The attack s would come from everywhere.  We -- I have proof,
23   19 attacks directly from China flipped five states, including
24   Arizona.  So that's all I need is just those 19.
25             MR. SHARP:  I just wanted to mention, for anyone
```

1  who does want to help out in Arizona, that there is a

2  fundraiser right now to help pay for everything.  And you

3  can -- you can find it on the website you see on your screen

4  right now.

5                 MR. LINDELL:  Yeah.  Yeah.

6                 MR. SHARP:  You can go and donate --

7                 MR. LINDELL:  Yeah.

8                 MR. SHARP:  -- and it'll help the -- help pay

9  for the venue --

10                 MR. LINDELL:  Right.

11                 MR. SHARP:  -- help pay for the people working

12  there.

13                 MR. LINDELL:  Yeah.

14                 MR. SHARP:  Because the Democrats are trying to

15  shut that down right now.

16                 MR. LINDELL:  Right.  You guys, I can't tell you

17  that's -- you have to donate to this.  There is no other time

18  in the world -- this is the -- I've never asked for any money

19  myself for any of the stuff I put in.  I've just been doing it.

20  I've done -- and put -- ask for any money.  And -- but I do get

21  behind good causes.  Like right now that you're putting up that

22  fund, that fund is so important.  I can tell you, 100 percent

23  of that money is going -- could be -- could be just that

24  state -- that state is a domino.  Once that falls, they -- they

25  all are going to fall like --

News Segment - May 3, 2021

```
1              MR. SHARP:  Right.

2              MR. LINDELL:  -- dominoes.  That's another path

3    to (inaudible) --

4              MR. SHARP:  They'll have the precedence to show

5    if this happens.

6              MR. LINDELL:  But that -- it's -- it's important

7    in more ways than you could ever imagine, because when they do

8    that audit there, it -- they're going to -- it's going to show

9    that -- what went on with these machines being -- being a part

10   of this cyberattack by -- by China.  But those machines, you

11   know, there's two things.  We're going to get the 2020 election

12   fixed, but we also need to get rid of the machines, all of

13   them, forever, around the world.  Never, ever a machine, ever.

14   You can never have an election, ever, with a machine.  So that

15   whole industry goes bye-bye.

16             It's -- you know -- let me tell you in Arizona,

17   too -- and by the way, put money into that fund.  These guys

18   need it.  I just thought it was a -- it was, you know, they are

19   short money and we cannot have -- we've come this far to be

20   short.  You know?  And -- but in Arizona, it's interesting, we

21   were -- we're doing a recall on Doug Ducey -- sorry, Doug.

22   Lose my number.

23             And -- so this recall on Doug Ducey, we --

24   interesting enough, when you do a recall, it's a certain size

25   piece of paper, every -- every signature has to be validated,
```

News Segment - May 3, 2021

1  ID and validated by another -- by -- I think a notary, even.  I
2  mean, it's very -- it's a very -- it's quite a process.  But
3  it's all hand done.  And every vote is hand counted.  There are
4  no machines involved.
5              What a concept.  Wow.  I mean, you have --
6  there -- it's more strict doing that than this just
7  fly-by-night using machines where, you know, a 10-year-old
8  could hack these machines.
9              MR. SHARP:  Right.  Exactly.
10             MR. LINDELL:  They really could.  I mean, it's
11 so simple if you know anything about hacking.
12             MR. SHARP:  Well, they have these hacking
13 conferences where people go in and they said they could do it
14 in under seven minutes.
15             MR. LINDELL:  Yeah, they hack them all.  They
16 hack them all.  You know, you did a great piece on that and
17 they -- but this is -- I can't stress how important Arizona is
18 for all things.  Even to strengthen the -- the quo warranto
19 that we're doing with the Supreme Court, you have -- you
20 compile all that -- I believe there are all these rail- --
21 these three tracks are going to all intersect and that Supreme
22 Court gets their 9-0, let's do something.
23             MR. SHARP:  Okay.
24             MR. LINDELL:  I'm waiting for them to call and
25 say, Hey, we want to do something right now, America.  What

News Segment - May 3, 2021

1  they should do is all nine of them walk out there and bring us

2  what you got, protect our country, because every day that goes

3  by, whatever's in office right now is destroying it.  I saw a

4  picture of the wall where the wall ended, and they -- and the

5  guy said, You know what -- the guy -- reporters down there, he

6  goes, This just didn't end the wall, this will end America.

7              MR. SHARP:  So last question, and this is the

8  really big one.  With all the evidence you've seen and if

9  Arizona flips and everything else, will the election be

10 overturned?  Will President Trump be put back in office?

11             MR. LINDELL:  Yeah, by August.  I've said that

12 before.  Donald Trump will be back in power in August.  We

13 will --

14             MR. SHARP:  You're certain?

15             MR. LINDELL:  Yes.  That's me.  That's -- now,

16 that's me.  Now, do I have -- to back that up?  That's subj- --

17 that's subjective.  That's why -- you know, having me on,

18 that's my opinion, but it's opinion based on a lot of things

19 that when I believe this election's going to be pulled --

20             MR. SHARP:  Why August?

21             MR. LINDELL:  The reason I say August is because

22 of the timeline here.  We're already into April, and I know

23 by -- you know, you get through May, I know that this -- the

24 Supreme Court should probably get our case somewhere around the

25 end of May, maybe early June.  So you have all of June, but

News Segment - May 3, 2021

1  there's going to be so much pressure on them to look at it

2  fast, because you're getting -- this country's getting damaged

3  each and every day.  Every day that goes by, some nonsensical

4  thing gets done by this administration.  50,000 union jobs on

5  the first day of the inauguration, 13 of them have committed

6  suicide.

7              You guys, if things are going on out there that

8  don't make common sense and don't help you, I don't care if

9  you're a Democrat or Republican, if it doesn't help the people,

10  that means politicians -- somebody's making the decision for a

11  political reason or a personal reason or maybe an attack by

12  China.  Hello?  You know, out -- you know, if you -- if you're

13  in this country and you went to college in the last few

14  decades, you've been so brainwashed that socialism is having a

15  cup of coffee and socializing.

16              MR. SHARP:  Oh, China's great.  They're

17  wonderful.

18              MR. LINDELL:  Yeah.  Well, now they're -- yeah.

19  Well, they're all now noticing.  Even -- even them.  I've

20  talked to them people that went to college that were strong

21  Democrats, liberals, lefts.  And they're going -- I said, Is

22  this what you -- you know, is this -- what do you think this is

23  benefiting, this wall ending here, when everything was working?

24  And now we have human traffickers coming over --

25              MR. SHARP:  Bringing drugs.

News Segment - May 3, 2021

```
1              MR. LINDELL:  -- we have drugs pouring in again.
2              MR. SHARP:  Yep.
3              MR. LINDELL:  All these --
4              MR. SHARP:  From China.
5              MR. LINDELL:  -- things and -- yes.  And then
6   here are these guy- -- and the guy goes -- I said, Yeah, you
7   know, I said -- they go, Do you see now how socialism is bad?
8   And they go, Yeah, we're kind of seeing this isn't -- you know,
9   it doesn't make sense.  I said, If it doesn't make sense, guess
10  what, that socialism skipped right over China -- it leads to
11  Chi- -- communism, but it skipped over.  Communism is here.
12  The first thing they do is take away your voice.  That's what
13  they do, everybody.  They've been suppressing --
14             MR. SHARP:  Well, they're doing that everywhere.
15             MR. LINDELL:  Everywhere.
16             MR. SHARP:  All over the country.
17             MR. LINDELL:  Churches speak out for Jesus --
18             MR. SHARP:  You would know.
19             MR. LINDELL:  Yes, I would know.  You know,
20  right now you can talk about borders, machines, vaccines,
21  Jesus.  I mean, you talk about -- I've talked to churches.
22  They're getting suppressed with YouTube and Vimeo.  This is
23  what they're doing.  (Makes noise.)  It'll be pretty soon you
24  won't be able to talk.  There will be -- there won't even be
25  bad journalists anymore, because they -- and I'll give you an
```

News Segment - May 3, 2021

1  example of that.  I -- they -- about, oh, three weeks ago, I
2  was on a network and I said the vaccine was the mark of the
3  beast.  And I said that and it went -- you know, it started to
4  go viral, just two outlets grabbed it.  And you know what?
5  Somebody, Big Brother, shut it down.  They did not want me even
6  saying that.
7            Now, in a normal environment, they would mock me
8  and go, Mike Lindell believes the Bible, you know, that -- you
9  know, mark of the beast.  Instead, they just killed it.  So
10 they do two things.  They either kill a story, kill your voice,
11 or they'll try and say that you're a liar, you know, or a
12 conspiracy theory, right?  Those are their two narratives.  But
13 it's all over.  It's not just social media.
14            MR. SHARP:  Yep.
15            MR. LINDELL:  It's all over the mainstream
16 media --
17            MR. SHARP:  It is, absolutely.
18            MR. LINDELL:  -- and it's horrible.  You've got
19 One America News that's -- you guys are like the -- the only
20 ones -- it should be the Only One America News.
21            MR. SHARP:  All right.  I think that's -- we're
22 running out of time here, but thank you very much, Mike.
23            MR. LINDELL:  Well, thanks for having me on.
24            MR. SHARP:  I appreciate you coming on.
25 Absolutely.

News Segment - May 3, 2021

1          MR. LINDELL:  All right.

2          MR. SHARP:  Cleared some things up.

3          MR. LINDELL:  Right on.

4          (Recording ends.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

News Segment - May 3, 2021

```
1                    C E R T I F I C A T E
2        I, TERRI GARCIA, Certified Shorthand Reporter in and for
3    the State of Texas, certify that the foregoing is a correct
4    transcription from the video recording of the the
5    above-entitled matter.
6        I further certify that I am neither counsel for, related
7    to, nor employed by any of the parties to the action in which
8    this recording was transcribed, and further that I am not
9    financially or otherwise interested in the outcome of the
10   action.
11       I further certify that the transcription fee of
12   $_____ was paid/will be paid in full by
13   _____.
14
15
16       _____
                 Terri Garcia, Texas Certified
17               Shorthand Reporter No. 6581
                 Dickman Davenport, Inc.
18               Firm Registration No. #312
                 4228 North Central Expressway
19               Suite 101
                 Dallas, Texas  75206
20               (214) 855-5100
                 My commission expires:  7-31-25
21
22
23
24
25
```

Dickman Davenport, Inc
214.855.5100     www.dickmandavenport.com     800.445.9548

APP936

News Segment - May 3, 2021

**A**

**a.m** 6:5
**able** 5:25 21:24
**above-entitled** 24:5
**Absolute** 4:21 5:1 5:7,9 13:4
**absolutely** 2:5 22:17,25
**accept** 13:9
**accountable** 14:23
**action** 24:7,10
**address** 5:17,19
**administration** 20:4
**ago** 22:1
**amazing** 2:14 3:2 14:3
**America** 18:25 19:6 22:19,20
**answer** 9:22
**anybody** 8:10
**anymore** 21:25
**appreciate** 22:24
**April** 19:22
**Arizona** 11:6 13:16,21,23 14:1 15:24 16:1 17:16,20 18:17 19:9
**asked** 2:14 6:10 16:18
**attack** 4:4,5 6:5 15:22 20:11
**attacked** 12:7,22
**attacking** 7:19
**attacks** 5:14 15:23
**audience** 3:9,11
**audit** 11:8 17:8
**audit's** 13:24
**August** 19:11,12 19:20,21

**B**

**back** 6:10 19:10 19:12,16
**bad** 21:7,25
**based** 19:18
**Bath** 7:17
**beast** 22:3,9
**becau-** 7:11
**Bed** 7:17
**begins** 2:1
**believe** 5:15 18:20 19:19
**believes** 22:8
**benefiting** 20:23
**best** 5:11,12 10:4 12:15
**Beyond** 7:17
**Bible** 22:8
**Biblical** 11:9
**Biden** 10:10,24 12:4
**big** 10:6 19:8 22:5
**biggest** 7:11 10:17
**billions** 4:12
**black** 10:19
**bombastic** 7:13
**Boom** 13:10
**borders** 21:20
**bots** 3:5
**box** 7:15
**brainwashed** 20:14
**brave** 3:2
**bring** 3:6 6:19 12:17 13:15 19:1
**bringing** 12:19 13:14,16 20:25
**brings** 7:24
**Brother** 22:5
**brought** 9:15
**building** 5:16,16 5:19

**business** 8:5
**businessman** 8:5
**buttons** 2:18
**bye-bye** 17:15

**C**

**C** 24:1,1
**call** 2:24 5:21 18:24
**called** 6:12
**cancel** 7:14
**care** 20:8
**case** 19:24
**causes** 16:21
**Central** 24:18
**certain** 17:24 19:14
**Certified** 1:12 24:2,16
**certify** 24:3,6,11
**chain** 6:11
**change** 6:11,16 8:18 14:19
**cheat** 11:4
**Chi-** 21:11
**China** 4:5,18 5:14 7:19 12:7 12:22 15:15,19 15:21,23 17:10 20:12 21:4,10
**China's** 20:16
**churches** 21:17 21:21
**claps** 3:8
**clear** 15:3
**Cleared** 23:2
**close** 10:17
**coffee** 20:15
**college** 20:13,20
**come** 7:16 10:13 14:2 15:22 17:19
**comes** 4:10 5:18 5:20 6:5
**coming** 2:3 7:13

20:24 22:24
**commission** 24:20
**committed** 20:5
**common** 20:8
**communism** 21:11,11
**compelled** 8:8
**compelling** 11:15
**compile** 18:20
**complete** 10:18
**computer** 4:3 5:17,19,21 6:6 9:16
**computers** 4:11
**concept** 18:5
**conferences** 18:13
**conservatives** 3:17
**conspiracy** 6:22 22:12
**correct** 24:3
**counsel** 24:6
**count** 10:11 11:1 11:6
**counted** 11:1,2 18:3
**countries** 15:13 15:18
**country** 7:11,20 8:6 9:24 10:1 11:20 12:7,20 12:22 15:12 19:2 20:13 21:16
**country's** 20:2
**county** 6:6,7 8:21 8:22 9:2,4 11:7 13:25 14:11
**couple** 3:8
**course** 5:18 10:9 12:1
**court** 6:15 12:25 13:6,14 18:19

18:22 19:24
**crime** 11:9 15:4,4
**criminally** 15:12
**culture** 7:14
**cup** 20:15
**custody** 6:11
**cyber** 6:3,10
**cyberattack** 9:10 10:2 17:10
**cybersecurity** 14:6

**D**

**Dallas** 24:19
**damaged** 20:2
**danger** 9:15
**date** 15:9,11
**dates** 15:9
**Davenport** 24:17
**day** 2:6,20 4:14 7:15 8:13,15 13:15 19:2 20:3 20:3,5
**dead** 11:18
**decades** 20:14
**December** 11:17 15:10
**decision** 20:10
**Democrat** 12:21 20:9
**Democrats** 16:14 20:21
**destroying** 19:3
**deviations** 8:14 8:15,19 9:1,22
**Dickman** 24:17
**different** 3:15 4:2 4:9 8:17
**direct** 2:21,22
**directly** 15:23
**doing** 2:3 3:21 7:13 12:4 14:5 14:5,16,17,18 14:22,22 16:19 17:21 18:6,19

News Segment - May 3, 2021

21:14,23
**Dominion** 2:8
  4:16,17 7:19
  9:9,9 14:23
**domino** 16:24
**dominoes** 17:2
**Donald** 10:9,12
  10:14,16 11:13
  11:16,22 14:1
  19:12
**donate** 16:6,17
**doubt** 5:9
**Doug** 17:21,21,23
**dove** 8:19
**drugs** 20:25 21:1
**Ducey** 17:21,23
**dump** 13:1,2,3

**E**
**E** 24:1,1
**early** 19:25
**efforts** 14:6
**either** 11:20
  22:10
**election** 4:18 8:8
  10:7 12:3,8
  13:11 14:5,17
  14:20 17:11,14
  19:9
**election's** 19:19
**employed** 24:7
**ended** 7:7 19:4
**ends** 23:4
**environment**
  22:7
**ES&S** 4:17
**especially** 7:13
**ev-** 7:12
**everybody** 3:6
  4:15 10:8,21
  11:2,16 21:13
**everybody's** 5:7
**evidence** 3:23 4:3
  4:20 7:21 11:25
  12:3,21 13:2,3

19:8
**exact** 6:4
**Exactly** 7:9 15:1
  15:1 18:9
**example** 22:1
**expanded** 12:13
**expected** 2:15
**expert** 8:15
**expires** 24:20
**Expressway**
  24:18

**F**
**F** 24:1
**fair** 8:4
**fall** 16:25
**falls** 16:24
**far** 5:8 17:19
**fast** 20:2
**FBI** 12:18
**fee** 24:11
**feel** 8:6,7
**fi-** 13:23
**fighting** 4:14
**financially** 24:9
**find** 4:7 15:2,6,11
  16:3
**finding** 3:25 7:3
**finish** 11:8
**Firm** 24:18
**first** 8:12,12 11:2
  12:20 13:13
  20:5 21:12
**five** 5:13 13:3
  15:23
**fixed** 17:12
**flip** 6:8,10 15:7
**flipped** 11:9
  13:25 15:23
**flips** 6:4 19:9
**fly-by-night** 18:7
**foot** 4:18 11:12
**footprint** 4:4
**footprints** 4:11
  6:3

**foregoing** 24:3
**forever** 17:13
**found** 11:7,17
  13:5
**four** 12:12 13:2
**fraud** 4:1
**full** 24:12
**Fulton** 6:6
**fund** 16:22,22
  17:17
**fundraiser** 16:2
**further** 24:6,8,11

**G**
**Garcia** 24:2,16
**geek** 9:16
**Germany** 15:20
**getting** 20:2,2
  21:22
**gibberish** 5:21
**give** 21:25
**given** 11:24
**go** 2:6 3:6,24
  6:10,20 9:2,14
  10:23 12:21
  13:7 14:2 16:6
  18:13 21:7,8
  22:4,8
**God** 7:12
**goes** 3:6 5:22 6:6
  7:7 10:21 17:15
  19:2,6 20:3
  21:6
**going** 4:5,10 8:21
  8:22 11:6,8
  12:16 13:2,3,7
  13:9,10,20,21
  13:24 14:2,2,8
  16:23,25 17:8,8
  17:11 18:21
  19:19 20:1,7,21
**good** 16:21
**gotten** 9:8
**government** 5:10
  9:12,13 12:18

**grabbed** 22:4
**great** 2:7 3:12 8:5
  18:16 20:16
**ground** 10:11
**guess** 21:9
**guilty** 12:22
**guy** 5:10,12 7:8
  13:4 19:5,5
  21:6
**guy-** 21:6
**guys** 4:8 7:20 9:8
  9:10,11,11,11
  9:13 11:8 12:13
  16:16 17:17
  20:7 22:19

**H**
**H.E.B** 7:16
**hack** 5:18 18:8
  18:15,16
**hacked** 4:16,18
**hacker** 5:11
**hacking** 18:11,12
**half** 14:1
**hand** 18:3,3
**happened** 9:3,6
**happening** 7:14
  13:21
**happens** 17:5
**hard** 2:14
**Hart** 4:16
**hat** 5:11
**hear** 7:19 10:12
**Hello** 20:12
**help** 16:1,2,8,8
  16:11 20:8,9
**heroes** 4:10
**Hey** 18:25
**hide** 14:24
**hiding** 14:24
**higher** 5:3
**highest** 10:19,19
**hired** 7:1
**hiring** 12:15
**historical** 11:10

**history** 12:9
**hold** 6:15,16
  14:23
**hope** 8:9
**horrible** 22:18
**hu-** 5:14
**Huh** 4:24
**human** 20:24

**I**
**ID** 5:17 18:1
**imagine** 17:7
**immediately** 3:14
**important** 6:12
  6:23 16:22 17:6
  18:17
**importantly** 5:17
**impossible** 6:14
  8:22 9:4
**inaudible** 17:3
**inauguration**
  20:5
**including** 15:23
**individuals** 4:9
**industry** 17:15
**information** 7:3
  9:14
**input** 8:17
**inside** 9:12
**integrity** 14:17
**interested** 24:9
**interesting** 17:20
  17:24
**Interference** 5:7
  13:4
**intersect** 18:21
**investigate** 8:24
**investigation**
  8:21
**investigators** 7:2
  12:14
**involved** 8:7,8
  18:4
**IP** 5:16,19
**irrefutable** 4:23

News Segment - May 3, 2021

4:25 5:4
**it'll** 16:8 21:23
**Italy** 15:20

---

**J**

**January** 3:22 4:2
  9:7 11:25 15:10
  15:10
**Jesus** 21:17,21
**Jimmy** 2:5 3:1,6
  7:7 11:12
**job** 11:21,22
**jobs** 11:16 20:4
**joke** 11:20
**journalists** 21:25
**judge** 11:20
**judges** 12:25
**June** 19:25,25

---

**K**

**keep** 12:11
**kick** 2:9,10
**kill** 22:10,10
**killed** 22:9
**Kimmel** 2:6
**kind** 21:8
**knew** 12:10
**know** 2:14,15,16
  2:20,23 3:7,9
  3:13,16,18,25
  3:25 4:5 6:21
  6:22,23,23 7:8
  7:15,21 8:13
  9:9,12,16,19,21
  9:21,22 10:7,13
  10:16,20,22
  11:5,11,13,13
  11:14,18 12:10
  12:18 14:6,7,8
  14:15,18 15:2,5
  15:14,17 17:11
  17:16,18,20
  18:7,11,16 19:5
  19:17,22,23,22
  20:12,12,22
  21:7,8,18,19,19

22:3,4,8,9,11
**knows** 10:9
**Kohls** 7:17

---

**L**

**landslide** 10:17
  10:18
**le-** 3:5 10:19
**leads** 21:10
**left** 3:5
**lefts** 20:21
**legislators** 11:22
**let's** 6:4,4 18:22
**liar** 22:11
**liberal** 3:16
**liberals** 20:21
**lie** 8:16
**limitations** 15:4
**Lindell** 2:2,4,7,10
  2:13,19 3:1,4
  3:11,22 4:24
  5:1,3,6,24 6:2,9
  6:14,18,21,25
  7:4,6,10,25 8:3
  8:9,12,25 9:19
  9:21 10:1,4,8
  11:24 12:6
  13:19,23 14:10
  14:13,15,18,21
  15:2,14,17,21
  16:5,7,10,13,16
  17:2,6 18:10,15
  18:24 19:11,15
  19:21 20:18
  21:1,3,5,15,17
  21:19 22:8,15
  22:18,23 23:1,3
**lived** 9:4
**long** 8:15
**look** 8:14,15 9:2
  9:3,3 12:25
  13:1,9 20:1
**looked** 3:23
  11:19,19
**looking** 8:21

**lose** 7:15 17:22
**losing** 7:15
**lost** 7:16
**lot** 3:12 6:20
  12:14 19:18

---

**M**

**machine** 17:13
  17:14
**machines** 4:15,17
  12:9 17:9,10,12
  18:4,7,8 21:20
**magnitude** 15:4
**mail-in** 10:20,21
  10:22,25 11:1
**main** 15:14,19,21
**mainstream**
  22:15
**making** 6:22
  20:10
**man** 2:2
**Maricopa** 11:7
  14:11
**mark** 22:2,9
**mathematically**
  8:22
**matter** 12:7 24:5
**mean** 5:3 10:9,18
  11:10 18:2,5,10
  21:21
**means** 20:10
**media** 2:20,21
  7:12 22:13,16
**mention** 15:25
**met** 4:8
**metadata** 5:23
**Michigan** 10:22
**middle** 10:23
**Mike** 2:2 3:7 6:21
  7:16 10:13 22:8
  22:22
**million** 10:10,10
  10:12,13 14:1
**millions** 4:18,19
**minimize** 10:16

**minute** 6:4
**minutes** 18:14
**mock** 22:7
**money** 3:24
  16:18,20,23
  17:17,19
**months** 3:21
**morning** 11:1
**movies** 4:21

---

**N**

**narratives** 22:12
**nation** 4:15
**need** 2:23 8:6
  15:24 17:12,18
**needed** 3:24
**neither** 24:6
**network** 22:2
**never** 12:9 16:18
  17:13,14
**New** 2:21
**News** 1:13 22:19
  22:20
**night** 5:15 10:23
**nine** 19:1
**noise** 21:23
**nonsensical** 20:3
**normal** 22:7
**normally** 8:16
**North** 24:18
**notary** 18:1
**noticing** 20:19
**November** 3:23
  6:5 8:13
**number** 2:21
  17:22
**numbers** 2:22
  8:15

---

**O**

**obviously** 3:23
  4:8,14 8:14
**office** 19:3,10
**oh** 3:11 6:21,25
  14:13 15:9
  20:16 22:1

**Okay** 5:2,6,10,12
  6:17 9:25 13:5
  18:23
**Once** 16:24
**one's** 13:13
**ones** 5:12 22:20
**open** 11:7
**opinion** 19:18,18
**organic** 10:11
**outcome** 14:20
  24:9
**outlets** 22:4
**output** 8:18
**overturn** 14:5
**overturned** 19:10

---

**P**

**paid** 24:12
**paid/will** 24:12
**Pakistan** 15:20
**paper** 17:25
**part** 4:9 13:16
  17:9
**parties** 24:7
**pass** 15:11
**path** 17:2
**paths** 13:11
**pathway** 15:8
**pay** 16:2,8,11
**peck** 9:2
**Pennsylvania**
  11:3
**people** 3:5,17,25
  6:20,24 7:22
  9:4,7,23 10:1
  11:18 12:14,20
  14:11,25 16:11
  18:13 20:9,20
**perceive** 3:16
**percent** 4:20 11:6
  16:22
**person** 12:11,12
  15:7
**personal** 20:11
**personally** 8:7

---

News Segment - May 3, 2021

pick 6:6
picture 19:4
piece 3:23 4:3 9:8
  9:9 17:25 18:16
pillow 2:2 7:8
pillows 6:22
platform 7:12
plus 6:18
point 4:7 8:1
political 20:11
politicians 20:10
Post 2:22
Poured 3:24
pouring 21:1
power 19:12
precedence 15:5
  17:4
president 10:14
  12:2 19:10
pressure 13:8
  20:1
pretty 21:23
printouts 4:12
probably 19:24
process 18:2
producer 3:15
proof 4:21,22 5:9
  15:22
proportion 11:10
proportions 11:9
protect 9:24 10:1
  19:2
providing 7:5
public 9:7
pulled 13:10,12
  19:19
push 2:17
put 4:20 5:7 7:20
  11:16 12:14
  16:19,20 17:17
  19:10
putting 16:21

**Q**

question 10:6

19:7
questions 2:15
  5:9
quite 18:2
quo 13:13 18:18

**R**

R 24:1
radio 8:16
rail- 18:20
read 5:21,25
real 12:15 15:6
really 18:10 19:8
reason 19:21
  20:11,11
recall 17:21,23
  17:24
record 9:3
recording 2:1
  23:4 24:4,8
Registration
  24:18
related 24:6
Reporter 24:2,17
reporters 19:5
Republican
  12:21 20:9
resources 8:20
  12:14
rid 17:12
right 2:13,19
  5:24 6:1,13 7:4
  7:6,6,9,25 8:3
  9:18,20 12:8,11
  12:19 15:16
  16:2,4,10,15,16
  16:21 17:1 18:9
  18:25 19:3
  21:10,20 22:12
  22:21 23:1,3
running 22:22

**S**

s 6:22 15:22
save 13:8
saw 8:23 12:3

19:3
saying 3:9 6:24
  6:25 7:2 14:4
  22:6
says 12:17 14:10
Scientific 4:21
screen 16:3
see 6:8,9 11:8
  12:21 13:21
  16:3 21:7
seeing 21:8
seen 8:14 9:22
  19:8
SEGMENT 1:13
sell 6:22
selling 8:6
sense 20:8 21:9,9
servers 15:18
seven 18:14
SHARP 2:2,5,9
  2:12,17,25 3:3
  3:8,19 4:23,25
  5:2,5,23 6:1,8
  6:13,17,19 7:1
  7:5,9,24 8:1,4
  8:11,23 9:18,20
  9:25 10:3,6
  11:23 12:2
  13:17,20 14:4
  14:11,14,17,19
  15:1,13,16,20
  15:25 16:6,8,11
  16:14 17:1,4
  18:9,12,23 19:7
  19:14,20 20:16
  20:25 21:2,4,14
  21:16,18 22:14
  22:17,21,24
  23:2
short 17:19,20
Shorthand 24:2
  24:17
show 17:4,8
showed 4:4,4
  12:3

shut 16:15 22:5
shy 10:10
sic 2:6 6:18 15:11
signature 17:25
simple 18:11
size 17:24
skipped 21:10,11
Smartmatic 2:8
  4:16
social 22:13
socialism 20:14
  21:7,10
socializing 20:15
Somebody 22:5
somebody's
  20:10
soon 13:23,24
  21:23
sorry 17:21
sp- 5:20
speak 9:3 21:17
spent 5:13
spread 5:8
spyware 4:6
start 13:16
started 7:13,14
  22:3
state 14:1 16:24
  16:24 24:3
statements 6:21
states 13:9 15:8
  15:23
station 8:16
statute 15:3
stolen 10:7,9
stopped 10:23
stores 7:15
story 22:10
strengthen 18:18
stress 18:17
strict 18:6
strong 20:20
stuff 5:20 8:6
  12:12,25 13:1,6
  14:6 16:19

subj- 19:16
subjective 19:17
successful 8:5
suicide 20:6
Suite 24:19
suppressed 21:22
suppressing
  21:13
Supreme 12:25
  13:6,14 18:19
  18:21 19:24
suspicious 8:23
  8:25

**T**

T 24:1,1
take 11:3 21:12
talk 8:13 21:20
  21:21,24
talked 3:12 20:20
  21:21
talking 3:10
  11:19
tea- 7:1
teams 7:2
tell 4:14 10:25
  16:16,22 17:16
telling 10:15 12:1
  12:8 13:5
Terri 24:2,16
Texas 24:3,16,19
thank 22:22
thanks 2:3,4
  22:23
theft 10:11 11:17
theories 6:22
theory 22:12
they'd 7:16,16
thing 5:20 6:23
  6:25 8:14 11:2
  11:14 12:4,24
  20:4 21:12
things 6:24 7:14
  11:18 17:11
  18:18 19:18

News Segment - May 3, 2021

20:7 21:5 22:10
23:2
**think** 2:8,15 10:8
11:25 14:8 15:9
18:1 20:22
22:21
**thought** 17:18
**thousand** 11:8
13:25
**thousands** 5:14
9:1
**three** 4:8,9,21
7:15 13:2,13
18:21 22:1
**ticket** 10:24
**tickets** 15:6,6
**time** 6:11 13:7
14:24 16:17
22:22
**timeline** 19:22
**Times** 2:21
**today** 2:3
**track** 9:3
**tracks** 18:21
**traffickers** 20:24
**transcribed** 24:8
**transcription**
1:12 24:4,11
**trolls** 3:5
**true** 12:15,16
**Trump** 10:10,12
10:14,17 11:13
11:16,22 12:2
14:1,7 19:10,12
**trust** 12:19,19
**trusted** 9:10,15
12:13
**truth** 4:25 10:15
**try** 22:11
**trying** 2:15,17
7:22 16:14
**turn** 13:22
**turned** 7:17
**turns** 14:7
**twilight** 12:24

**two** 4:21 5:12
6:18,18,18
13:11 17:11
22:4,10,12
**twofold** 14:22

**U**

**unfamiliar** 3:19
**union** 20:4
**United** 13:8
**upset** 2:16

**V**

**vaccine** 22:2
**vaccines** 21:20
**validate** 10:5
**validated** 6:3
9:23 17:25 18:1
**validating** 5:13
**venue** 16:9
**video** 24:4
**Vimeo** 21:22
**viral** 22:4
**voice** 7:11,20,23
21:12 22:10
**vote** 10:19 11:18
18:3
**voted** 11:18
**votes** 4:19 6:8
10:21,21,22,24
10:25 11:1,9
13:25 14:2,7

**W**

**waiting** 18:24
**walk** 2:12 19:1
**wall** 19:4,4,6
20:23
**want** 3:4 8:1 10:6
10:16 11:11
13:1 16:1 18:25
22:5
**wanted** 6:19 8:24
13:17 15:25
**warranto** 13:14
18:18

**Washington** 2:22
**wasn't** 8:25
**watching** 12:10
**way** 17:17
**ways** 17:7
**we're** 12:24 13:2
13:3,8,14 14:4
14:5,8 17:11,21
18:19 19:22
21:8 22:21
**we've** 17:19
**website** 16:3
**week** 11:3,6
**weeks** 5:13 13:3
22:1
**went** 2:7 4:8 5:9
5:16 9:7 15:10
17:9 20:13,20
22:3
**weren't** 10:25
**whatever's** 19:3
**whistleblowers**
9:11
**white** 5:11
**wide** 5:8
**win** 14:7
**winner** 15:7
**wins** 11:22
**Wisconsin** 9:2
**won** 10:10,12,17
12:2,4 14:1
**wonderful** 20:17
**word** 2:8 9:1
**work** 9:12,12,23
**working** 3:20
13:15 16:11
20:23
**works** 5:10
**world** 4:15 5:11
10:4 12:1,10,15
16:18 17:13
**wouldn't** 5:25
12:25 13:1
**wow** 10:23 13:8
14:3 18:5

**write** 2:24

**X**

**Y**

**yeah** 2:4 3:3,11
5:5,24,24 13:19
13:19 14:14
16:5,5,7,13
18:15 19:11
20:18,18 21:6,8
**Yep** 21:2 22:14
**York** 2:21
**YouTube** 21:22

**Z**

**zone** 12:24

**0**

**1**

**10-year-old** 18:7
**100** 4:20 16:22
**100-and-some**
13:24
**100-some** 11:8
**101** 24:19
**106,000** 10:23
**11:03** 6:5
**13** 20:5
**14** 15:10
**14th** 11:17
**15,000** 8:17
**19** 5:13 15:23,24

**2**

**2,000** 5:15
**2020** 10:7 12:8
17:11
**2021** 1:13
**20th** 15:10
**214** 24:20

**3**

**3** 1:13
**3,000** 8:17

**312** 24:18
**3rd** 6:5 11:2

**4**

**4228** 24:18
**4th** 3:23 8:13

**5**

**50,000** 20:4

**6**

**6** 15:10
**6581** 24:17
**66** 10:10,13

**7**

**7-31-25** 24:20
**75206** 24:19

**8**

**80** 10:10,12
**855-5100** 24:20

**9**

**9-0** 13:10 18:22
**9th** 3:22 4:2 9:7
11:25

# Exhibit A-22

1

1
2
3
4
5
6
7
8
9
10
11  CERTIFIED TRANSCRIPTION OF
12          ABSOLUTE 9-0
13
14
15
16
17
18
19
20
21
22
23
24
25

Absolutely 9-0 (2023-10-11_9-19-39)

1           (Recording begins.)

2           MR. LINDELL:  Hello, everyone.  I'm Mike

3    Lindell, and as you-all know, on January 9th, I received

4    evidence of a cyberattack orchestrated by China on our

5    2020 election.  I took that one piece of evidence and I

6    just went all in.  This was something different nobody

7    had seen.  This was something that came through the

8    machines, the Dominion machines, the Smartmatic and

9    other machine.  This was a cyberattack.  I didn't know

10   anything about cyberattacks and, boy, I learned -- I had

11   to learn real fast.

12           And I hired experts to validate this.  I

13   hired -- these guys are white hat hackers that work for

14   the government.  But what I'm going to show you tonight,

15   is you're going to all know now why I have been

16   100 percent sure that when this gets before the Supreme

17   Court, it's going to be 9-0; 9-0 to pull this election

18   down and that this was a -- 100 percent an attack by

19   China on our country through these machines.

20           And with us right now is one of my

21   cybersecurity experts.  These guys are the best.  And

22   this guy has over 20 years of experience working in both

23   the private sector and with government law enforcement

24   and intelligence agencies.  Man- -- he has many

25   information and cybersecurity certifications that

Absolutely 9-0 (2023-10-11_9-19-39)

1  specialize in advanced adversary detection, mitigation
2  and elimination.  And here he is now.  Hello.
3              UNIDENTIFIED COMPUTER EXPERT:  Hello, Mike.
4  Thanks for having me.
5              MR. LINDELL:  Yeah.  Thanks for all the
6  work you've done for our country and thanks for all the
7  work you've done for myself.  And I know I put yourself
8  and many others through a couple months' worth of work
9  now just to get everything validated for our country to
10  show that this evidence is real.
11             So what I'm going to go through, everybody,
12  I'm going to start from -- let's start from January 9th.
13  The stuff that -- that these guys brought to me, these
14  guys were there the night of the election.  And it was
15  like taking a movie -- I compared it to, like, taking a
16  movie, and they have all this information, millions of
17  lines of data.  Why don't we show that right now.  Can
18  you go ahead and say what we're watching here?
19             UNIDENTIFIED COMPUTER EXPERT:  Yeah.
20  That's essentially the raw encrypted data.  And I mean,
21  that would run for -- for the next couple days, you
22  know, that's the amount of data that that we're dealing
23  with here.
24             MR. LINDELL:  So what this contains here is
25  what?  What are the -- what are these?  Is this cyber

Absolutely 9-0 (2023-10-11_9-19-39)

1  forensics?  What are we -- what are we looking at?
2  What -- what are what are these called?  I know -- I
3  know you had told me before they're called, like, PCAPs
4  or something.

5              UNIDENTIFIED COMPUTER EXPERT:  Yeah.  So
6  PCAP is just an acronym for packet capture.  So it's
7  essentially a moment in time that is captured and that
8  the transmission of those packets -- any information
9  that travels between Point A and Point B is essentially
10 a packet.  And so those packets moving back and forth
11 during the election were captured.  But you need to
12 actually record it.  And -- and so that's where we're
13 very blessed and fortunate to have, you know, some of
14 these guys that actually recorded the information as it
15 happened.

16             MR. LINDELL:  Did you -- you heard it here,
17 people.  You heard it here, everyone.  We have -- what a
18 blessing it is that we have the evidence.  This is what
19 I've been telling the -- everybody for months now, since
20 January 9th.  These are these -- the actual evidence
21 that was collected the night of the election and a
22 couple days following.  Now, I can't read these and
23 neither can anyone else that's probably watching unless
24 you're an expert like you --

25             UNIDENTIFIED COMPUTER EXPERT:  Well --

Absolutely 9-0 (2023-10-11_9-19-39)

```
 1                    MR. LINDELL:  -- like you guys are.
 2                    UNIDENTIFIED COMPUTER EXPERT:  One -- on
 3  more --
 4                    MR. LINDELL:  What --
 5                    UNIDENTIFIED COMPUTER EXPERT:  -- one more
 6  piece to that is, you can't go back in time and fake a
 7  PCAP, essentially.  You have to capture that packet in
 8  real time, so you need to record it.  You can't -- you
 9  don't go backwards and, you know, recreate this whole,
10  you know, chain of events.  It happens --
11                    MR. LINDELL:  Wow.
12                    UNIDENTIFIED COMPUTER EXPERT:  -- and you
13  record it.
14                    MR. LINDELL:  Right.  So -- okay.  That's a
15  great point.  So what -- what he's saying there,
16  everyone, is you can't go back in time and say, Okay,
17  I'm going to make these up.  And also, you can't go back
18  and change anything, right?  Once you -- if you have
19  these PCAPs, you can't go change them.  It's a -- it's a
20  blessing we have them.  If we didn't have them,
21  everything -- the evidence would be long gone, correct?
22                    UNIDENTIFIED COMPUTER EXPERT:  Yeah, it --
23  it -- it would definitely be gone.  And, you know,
24  luckily, somebody pressed record during the entire
25  election, so --
```

Absolutely 9-0 (2023-10-11_9-19-39)

```
1              MR. LINDELL:  Wow.
2              UNIDENTIFIED COMPUTER EXPERT:  -- you
3   know...
4              MR. LINDELL:  Yeah, that is a blessing.
5   And -- and they brought it to me.  Why did they bring it
6   to me?  Because I -- I -- at that point, on January 9th,
7   you know, you know, nobody else was -- all the other
8   evidence they'd found for November and December, all
9   that -- I call it the "organic cheating."  All the --
10  you know, dead people voting, nonresidents voting, all
11  this other stuff.  Everyone is so focused on that.  And
12  that -- and these guys, they're -- I mean, they're heros
13  that ended up collecting this the night of the election.
14             So they bring it to me, now, everybody.
15  And I'm going, okay.  I wanted to find -- learn all I
16  could about it.  And one of the things is, I -- now, if
17  you take this stuff here -- and I -- what did I -- one
18  of the things I asked you and many others I -- because I
19  have many cyber -- cyber experts -- I'm going, is there
20  any way -- any way you can go back in time and -- and
21  doctor it, change it?  I -- I think you compared it to,
22  like, a forensic scene at a -- at a crime scene for,
23  like, DNA evidence; is that correct?
24             UNIDENTIFIED COMPUTER EXPERT:  Yeah.  So
25  really what you're looking at is -- I mean there's hatch
```

Absolutely 9-0 (2023-10-11_9-19-39)

1  values, which are unique to each item.  Any change to
2  that, it'll -- it'll change the hatch.  So that's how
3  you verify images or, you know, the PCAP in this -- in
4  this case.  So when you're looking at, you know, this
5  file, you make sure that it hasn't been doctored or
6  anything's been done it to, because when you do the
7  work, it needs to match that original file.  And so
8  that -- that's where you start.
9            And then, you know, we work to unencrypt
10 and pull the data out to identify exactly what happened
11 during that period of time.
12            MR. LINDELL:  Okay.  So have -- now, when
13 you -- in all your work in 20 years, then, you work with
14 these PCAPs a lot or do I -- do most cyber experts?  Is
15 that -- that's what you work with all the time?
16            UNIDENTIFIED COMPUTER EXPERT:  Yeah, a
17 lot -- a lot of the time, we do because, you know --
18 well, you -- if there is a active cyberattack, you
19 record it.  And the way you record it is through a PCAP.
20 That's how you capture that traffic.  And that traffic,
21 when -- when you capture that information, you have the
22 source, you have the destination, you know, you have the
23 files that are being transmitted.
24            MR. LINDELL:  Right.
25            UNIDENTIFIED COMPUTER EXPERT:  And through

Absolutely 9-0 (2023-10-11_9-19-39)

```
 1   what -- through what protocol, it -- it captures a lot
 2   of information and, you know, you go through it --
 3              MR. LINDELL:  Right.  That's what --
 4              UNIDENTIFIED COMPUTER EXPERT:  -- and you
 5   essentially translate it.
 6              MR. LINDELL:  Right.  That's what took so
 7   long.  I -- I believe it's been a couple months now
 8   with -- I've had yourself and many others validating and
 9   translating this -- these CPACs [sic].  And there was
10   literally thousands of hacks, right, from China?
11              UNIDENTIFIED COMPUTER EXPERT:  Yeah.  Well,
12   there were -- there were -- there were a lot.  And there
13   were a lot successful.  Some were just doing
14   reconnaissance and others were flipping votes.  And so
15   it --
16              MR. LINDELL:  Right.
17              UNIDENTIFIED COMPUTER EXPERT:  -- would
18   go -- go in and identify where it needed to flip and
19   then it would flip, so --
20              MR. LINDELL:  Okay.
21              UNIDENTIFIED COMPUTER EXPERT:  Yeah, there
22   was a lot of activity.
23              MR. LINDELL:  So what I had you guys do was
24   go out and get 20 -- just grab 20 of the PCAPs, 20 of
25   them that tran- -- that you could take that data and
```

Absolutely 9-0 (2023-10-11_9-19-39)

1  translate it into something that was readable for all of

2  us here.  So what I did, I said, you know what, let's

3  just see how this -- you know, 'cause this was in the

4  millions and millions of votes that were flipped in our

5  election by China from -- from Trump to Biden.

6          Okay.  So I said, Well, let's just grab 20

7  of them so we can make this -- this absolutely 9-0

8  video.  So we went out, we grabbed 20 of them.  Now, it

9  took, I don't know, what'd it take, four to six weeks to

10  validate just those 20 PCAPs and -- and -- because I

11  wanted every -- I was very particular, wasn't I?  I

12  wanted every little thing validated and 100 percent

13  foolproof.  And these were the five states, these were

14  five states:  Michigan, Wisconsin, Pennsylvania, Arizona

15  and Georgia.

16          Okay.  So now what I want to do is bring up

17  the data that you -- that you took, the PCAPs, and --

18  and translated for us and showed just these 20 attacks,

19  exactly what these PCAPs show and -- that we can all

20  read.

21          On the first line, if we start on the top

22  here, this was from -- if we look at the date, it's

23  11/3/20, the day of the election, at 10:49 p.m.  Can you

24  go ahead and take us through this, when you talk about

25  the source, and take us through it line by line and

Absolutely 9-0 (2023-10-11_9-19-39)

1   explain what this -- what this is.

2                   UNIDENTIFIED COMPUTER EXPERT:  Yeah.  So

3   the source is the IP address from the computer that

4   essentially, you know, changed that vote.  So since we

5   focused on the 20, each one of these resulted in votes

6   being changed.  So that's the source.  Latitude and

7   longitude is essentially within 400 yards of where that

8   device is located.  Beijing, obviously China,

9   Province/City.

10                   And then this next part is the network that

11  was pulled out of -- out of the PCAP, essentially.  But,

12  you know, some of this is in Chinese, so when you

13  translate it, you just want to make sure and, you know,

14  as you've asked us to do, double, triple, quadruple, you

15  know, validate.

16                   MR. LINDELL:  Right.

17                   UNIDENTIFIED COMPUTER EXPERT:  And so we've

18  been going through, making sure the translations and

19  ev- -- all the information checks out.

20                   MR. LINDELL:  So what he's saying here,

21  everybody, is what I did, is I made them all validate

22  the validation.  Isn't that correct?

23                   UNIDENTIFIED COMPUTER EXPERT:  Yeah, so

24  we -- you know, because we're dealing with other

25  languages, we validated the validation that was

Absolutely 9-0 (2023-10-11_9-19-39)

1  validated.

2           MR. LINDELL:  So the -- the next line

3  there, which is the network code, what -- what would

4  that be?

5           UNIDENTIFIED COMPUTER EXPERT:  Yeah, so

6  that -- that -- that's essentially from the registration

7  of -- of that IP.  So, you know, most every single IP is

8  registered to somebody.

9           MR. LINDELL:  Okay.

10          UNIDENTIFIED COMPUTER EXPERT:  So when you

11 look at that network, that network range and, you know,

12 identify who -- who the registered owner is.

13          MR. LINDELL:  Right.  Okay.

14          UNIDENTIFIED COMPUTER EXPERT:  So that's

15 where it comes down.

16          MR. LINDELL:  Okay.  So you got all of this

17 information from the PCAPs; is that correct?

18          UNIDENTIFIED COMPUTER EXPERT:  Yeah.

19          MR. LINDELL:  The next line, it says

20 "target."  Now, we just went through, which would be

21 the -- the hacker or the attacker, so to speak, correct?

22          UNIDENTIFIED COMPUTER EXPERT:  Yes.

23          MR. LINDELL:  And now we're going to get

24 into the target, which is -- I -- I -- I guess I could

25 pull that out, the target, that's the target -- would --

Absolutely 9-0 (2023-10-11_9-19-39)

```
1    that'd be the target's address, and then again, the
2    longitude/latitude.  And the state that it came -- that
3    it was hacked into, correct?
4                 UNIDENTIFIED COMPUTER EXPERT:  Yep.
5                 MR. LINDELL:  And then we have the entry
6    point.  You know, there's Delta County here in this
7    case, and then the network registration.  What is -- so
8    the network registration, that also -- all this stuff
9    came right out of the PCAPs that's preserved in time,
10   you can't change it, and when you have it, it's a --
11   it's 100 percent, it's nonnegotiable, it's not --
12   there's no -- I mean, here it is, this is what it is; is
13   that correct?
14                UNIDENTIFIED COMPUTER EXPERT:  Yeah.  I
15   think we were saying that it -- it's -- this isn't
16   subjective.  It just is what it is.  It's fact, the
17   information, you know, speaks for itself and --
18                MR. LINDELL:  Right.
19                UNIDENTIFIED COMPUTER EXPERT:  -- you go
20   from there.
21                MR. LINDELL:  So before -- before we go to
22   the last couple lines, I want to ask you this.  If you
23   were going to prove a case, a cyber case, a cyberattack,
24   and if you -- if you had a wish list, like, let's say --
25   you know, obviously, when I came to you and said -- and
```

Absolutely 9-0 (2023-10-11_9-19-39)

1  others and said, Hey, I have something that's really
2  going to change the world and it's going to be --
3  because these guys brought me these -- I didn't know
4  they were called PCAPs at the time, from -- but I knew
5  they were from the night of the election -- what would
6  you -- would you say, if you could have your wish list,
7  100 percent proof something, is this what it would be?
8  What would it be in a cyberattack?
9          UNIDENTIFIED COMPUTER EXPERT:  Yeah.  This
10 is 100 percent.  I mean...
11         MR. LINDELL:  This is what you would want?
12 This is --
13         UNIDENTIFIED COMPUTER EXPERT:  Yeah.  A lot
14 of times, you know, you come in, at least, you know, in
15 our line of work, we get called in after the attack.  So
16 this was something that was captured during the attack.
17         MR. LINDELL:  Wow.
18         UNIDENTIFIED COMPUTER EXPERT:  You always
19 want that.
20         MR. LINDELL:  Right.  You always want that?
21         UNIDENTIFIED COMPUTER EXPERT:  You want to
22 catch somebody -- yeah, you want to catch the -- you
23 know, somebody's robbing a bank, you want to have it on
24 video, like --
25         MR. LINDELL:  Right.

Absolutely 9-0 (2023-10-11_9-19-39)

```
 1                UNIDENTIFIED COMPUTER EXPERT:  -- that's
 2   definitive evidence.  This is robbing the bank and
 3   having it on video.
 4                MR. LINDELL:  So I wanted to hear --
 5   everyone to hear that.  This is -- we have what everyone
 6   would ever want if -- if there was a crime committed
 7   cyberly, a cyberattack, we have the forensic evidence,
 8   we have the movie, we have the video of the bank being
 9   robbed, so to speak.  And right before I -- I wanted
10   y'all to hear that before you look at the last couple
11   lines here.
12                You have the -- you have the intrusion,
13   what -- how they got in, firewall or credentials,
14   whether they had the credentials, and was it a success,
15   yes, it was a success.  Here it is, everybody.  What
16   happened?  In this case, Donald Trump, it says down,
17   there were 3,215 votes flipped.  And you can go all the
18   way down this list, and every one of them was a Trump --
19   votes taken from Trump given to Biden.  It was a flip.
20                So these cyber hacks and these attacks, are
21   you saying that these -- these numbers here at the end
22   came right off of those PCAPs; is that correct?
23                UNIDENTIFIED COMPUTER EXPERT:  Yeah,
24   those -- I mean, they're specific numbers, right?
25                MR. LINDELL:  Right.
```

Absolutely 9-0 (2023-10-11_9-19-39)

```
 1              UNIDENTIFIED COMPUTER EXPERT:  So those --
 2   you're not just rounding up.  It's actual specific,
 3   like, to-the-vote numbers that were --
 4              MR. LINDELL:  Wow.
 5              UNIDENTIFIED COMPUTER EXPERT:  -- pulled
 6   out of the PCAPs.
 7              MR. LINDELL:  That is so awesome.  So,
 8   everybody, do you see what this is?  What we have here,
 9   you talk about a smoking gun.  This is why I've been
10   so -- why everyone -- you know, for two months, people
11   have attacked me and told me I didn't have the evidence
12   and all this stuff, and we made these other movies.  But
13   I wanted to get on here and explain to everyone, this
14   was an attack by China on our country through these
15   Dominion and these other machines where -- and they just
16   hacked in -- a cyberattack hacked into our election and
17   flipped it to everyone -- anyone that they wanted to
18   win.  In this case, it was the Democrat Party.
19              I want to ask you something before we go to
20   the next chart.  Going to the Supreme Court, when this
21   gets there, when we -- when we bring this to the Supreme
22   Court and -- so what you're saying, because this isn't
23   subjective and you can't change anything, and with this
24   evidence, if -- and you go in there and -- what would
25   you expect?  Is there any way it could be 5 to 4 or 6 to
```

Absolutely 9-0 (2023-10-11_9-19-39)

```
 1   3 that this is real or 8 to 1, or does it have --
 2              UNIDENTIFIED COMPUTER EXPERT:  No.
 3              MR. LINDELL:  -- to be 9-0.
 4              UNIDENTIFIED COMPUTER EXPERT:  It's
 5   irrefutable.
 6              MR. LINDELL:  Irrefutable.
 7              UNIDENTIFIED COMPUTER EXPERT:  That's the
 8   word.
 9              MR. LINDELL:  Irrefutable.
10              (Speaking simultaneously.)
11              UNIDENTIFIED COMPUTER EXPERT:  (Inaudible.)
12              MR. LINDELL:  And it's not subjective,
13   right?  I mean, this is -- if you --
14              UNIDENTIFIED COMPUTER EXPERT:  Not at all.
15              MR. LINDELL:  Right.
16              UNIDENTIFIED COMPUTER EXPERT:  Yeah, it's
17   blood specks- -- sometimes you have little specks of
18   blood, right?
19              MR. LINDELL:  Right.
20              UNIDENTIFIED COMPUTER EXPERT:  This is a
21   buck- -- a bucket of it.
22              MR. LINDELL:  Wow.
23              UNIDENTIFIED COMPUTER EXPERT:  It --
24   it's -- yeah, you -- you have --
25              MR. LINDELL:  That's so awesome.
```

Absolutely 9-0 (2023-10-11_9-19-39)

```
 1              UNIDENTIFIED COMPUTER EXPERT:  -- you
 2   have --
 3              MR. LINDELL:  Now -- now everybody knows
 4   why I -- why I've had the confidence I've had over the
 5   last couple months.  And now I want to show you -- I
 6   want to show everybody what just -- remember, these are
 7   just 20 of the hacks, everybody, out of thousands that
 8   China orchestrated.  And so whether you're a Democrat or
 9   Republican, this is the most serious thing that's ever
10   happened.  This is the biggest crime against our country
11   and humanity I could think of ever.
12              So now let's pull up the next chart here,
13   and what it's going to show, everybody, is just
14   remember -- we just did -- I just had 20 of the attacks,
15   20 of the thousands of attack on our 2020 election by
16   China.  I just took 20 of them and I had 20 of them
17   validated and revalidated and revalidated.
18              So right now, as we pull up this chart, I'm
19   going to show you what those 20 attacks did.  What they
20   did, if you look at Pennsylvania here, it's where it
21   said Biden won by over 80,000.  Just with these attacks
22   that we showed you, this small sampling, Donald Trump
23   won by over 107,000.
24              You go to Georgia, Donald -- they say Biden
25   won by 11,779.  Just with this small sampling of the
```

Absolutely 9-0 (2023-10-11_9-19-39)

1  attacks, Donald Trump won by al- -- over 35,000 votes.
2  Arizona, same story, over 10,000 votes for Biden, and
3  after you add in these -- just this small sampling of --
4  of the attacks, Donald Trump wins by almost 37,000.
5          You go to Michigan.  Michigan, it says
6  Biden won.  Remember, we had the big thing in Michigan
7  where they injected votes there.  But you have
8  154,000-plus votes in Michigan, and with this small
9  sampling of hacks, these 20 -- these 20 attacks, just 20
10  of them, now Donald Trump wins Michigan by over 48,000
11  votes.
12          Now -- now when you go to Wisconsin, you
13  can see Donald Trump lost by over 20,000 votes, but he
14  really wins by over 49,000, almost 50,000 votes.  And
15  rea- -- realize, this was just 20 of the thousands of
16  attacks.  This is why when we say that Donald Trump
17  really won this election by, like, almost 80 million to
18  68 million for Biden, how can you switch tens of
19  millions of votes?  It had to be done with computers, it
20  had to be done with the machines through these Dominion,
21  through all these machines.  And China -- China did it.
22  It's a cyberattack of historical proportions.
23          And I want to ask you now, if you took this
24  into the Supreme Court with all of this and you -- and
25  just with these -- just with this sampling and with

Absolutely 9-0 (2023-10-11_9-19-39)

```
1   these -- and brought it in there, could any -- any cyber

2   person that works in cyber -- what do you call it, cyber

3   warfare or cyber forensics, they would be able to show

4   these nine justices this evidence.  And is there any way

5   that it would not be a 9-0 vote saying this is

6   100 percent true?

7                  UNIDENTIFIED COMPUTER EXPERT:  No.  And --

8   and I -- I think it would be great for, you know, some

9   of my colleagues and -- and, you know, more people

10  within that community to -- to weigh in because --

11                 MR. LINDELL:  Right.

12                 UNIDENTIFIED COMPUTER EXPERT:  --

13  they'll -- they'll reach the same conclusion.  And, you

14  know, we've been doing this for a long time, we know

15  what we're looking at, and I'm confident in, you know,

16  them seeing the same exact thing as --

17                 MR. LINDELL:  Right.

18                 UNIDENTIFIED COMPUTER EXPERT:  -- you know,

19  we -- we have, so it's -- it's real, it's there, and you

20  can't change it.  So what do you do with that?  You have

21  to -- you have to rule and that ruling is -- it has to

22  be -- you know -- I mean, it's not just majority -- it's

23  not just majority, it's the whole thing, like, it's

24  just -- it's that black and white.  And you know, it

25  doesn't come down to any politics.  That's not what this
```

Absolutely 9-0 (2023-10-11_9-19-39)

1  is about.  It's about, you know, our country and, you
2  know, that -- that falls on both sides of the aisle.
3              So I -- I think, you know, at the end of
4  the day, that's -- that's what needs to be done and I
5  think they'll -- they'll choose the right, you know,
6  decision.
7              MR. LINDELL:  Right.  Well, it'll be 9-0,
8  everybody.  You've heard it here.  These guys, these
9  nine Supreme Court justices, are going to be heros as
10 far as I'm concerned.  They look at this and -- and they
11 don't even have to -- I would like to be one of them,
12 it'd be very easy to be one, knowing that you got
13 brought evidence that is not subjective, is 100 percent
14 nonnegotiable, and so it's a very easy decision for all
15 nine of them.
16              UNIDENTIFIED COMPUTER EXPERT:  Yeah.
17              MR. LINDELL:  I mean, everybody --
18 everybody, you have to realize that these -- these are
19 nine justices, they are Americans, they grew -- they
20 grew up here, they have families, they have
21 grandchildren, and they have neighbors, they have
22 friends.  It doesn't matter what -- if you're a
23 Democrat, a Republican or what you are.  This was
24 100 percent attack by China, the CCP coming into our
25 country, and -- and they just happened to use the

Absolutely 9-0 (2023-10-11_9-19-39)

1  Democratic Party.  That's who they picked to do it with.
2               Well, you know what, the -- the Democrats
3  warned us about this, everybody.  They -- they warned us
4  about this for a long time, that these machines could
5  get hacked.
6               VICE PRESIDENT HARRIS (VIA VIDEO PLAYING):
7  We recently also -- I actually held a demonstration for
8  my colleagues here at the Capitol, where we brought in
9  folks who, before our eyes, hacked election machines,
10 those that are not -- those that are being used in many
11 states, but are not state of the art from our
12 perspective.
13              SENATOR KLOBUCHAR (VIA VIDEO PLAYING):
14 We're very concerned because there's only three
15 companies.  You could easily hack into them.  It makes
16 it seem like all these states are doing different
17 things, but in fact, three companies are controlling
18 that.
19              SENATOR WYDEN (VIA VIDEO PLAYING):
20 43 percent of American voters use voting machines that
21 researchers have found have serious security flaws,
22 including backdoors.  These companies are accountable to
23 no one.  They won't answer basic questions about their
24 cybersecurity practices, and the biggest companies won't
25 answer any questions at all.

Absolutely 9-0 (2023-10-11_9-19-39)

1              Five states have no paper trail, and that
2    means there is no way to prove the numbers the voting
3    machines put out are legitimate.  So much for
4    Cybersecurity 101.
5              MR. HALDERMAN (VIA VIDEO PLAYING):  I know
6    America's voting machines are vulnerable because my
7    colleagues and I have hacked them repeatedly.  We've
8    created attacks that can spread from machine to machine
9    like a computer virus and silently change election
10   outcomes.  And in every single case, we've found ways
11   for attackers to sabotage machines and to steal votes.
12             REPRESENTATIVE LOFGREN (VIA VIDEO PLAYING):
13   Early voters in Georgia in 2018 saw machines deleting
14   votes and switching them to other candidates.
15             UNIDENTIFIED SPEAKER (VIA VIDEO PLAYING):
16   When you say "hacked," what were they able to do once
17   they gained access to the machines?
18             MR. LUTE (VIA VIDEO PLAYING):  Oh, all
19   sorts of things.  They could manipulate the outcome of
20   the vote, they could manipulate the tally, they could
21   delete the tally, and -- and they could compromise the
22   vote in any number of ways.
23             MR. HALDERMAN (VIA VIDEO PLAYING):  I'm
24   pretty sure my undergrad computer security class at
25   Michigan could have changed the outcome of the 2016

Absolutely 9-0 (2023-10-11_9-19-39)

```
 1  Michigan election if we wanted to.  It -- it is that
 2  bad.  And we have a combination of very powerful
 3  adversaries and, unfortunately, quite vulnerable and
 4  obsolete systems.  That's -- that's why I say it's only
 5  a matter of time.
 6              MR. LINDELL:  This is -- this is why I have
 7  been so confident, and everybody that's watching this
 8  now, you need to share this video with everyone you know
 9  in the world.  Every day, get up, text it to people,
10  share it, call people, talk about it.  Because, you know
11  what, this is -- this is our country.  And right now,
12  you have a job to do, everyone.  Spread the word.  Show
13  this evidence everywhere.
14              And why are we doing that?  Because when
15  this gets to the Supreme Court, the big win is, they
16  have to accept it to look at it, everybody.  They have
17  to accept it to look at it.  Because once they look at
18  it, it will be absolutely 9-0.
19              (Recording ends.)
20
21
22
23
24
25
```

Absolutely 9-0 (2023-10-11_9-19-39)

```
 1              C E R T I F I C A T E
 2       I, TERRI GARCIA, Certified Shorthand Reporter in
 3  and for the State of Texas, certify that the foregoing
 4  is a correct transcription from the video recording of
 5  the above-entitled matter.
 6       I further certify that I am neither counsel for,
 7  related to, nor employed by any of the parties to the
 8  action in which this recording was transcribed, and
 9  further that I am not financially or otherwise
10  interested in the outcome of the action.
11       I further certify that the transcription fee of
12  $_____ was paid/will be paid in full by
13  _____.
14
15
16       _____
         Terri Garcia, Texas Certified
17       Shorthand Reporter No. 6581
         Dickman Davenport, Inc.
18       Firm Registration No. #312
         4228 North Central Expressway
19       Suite 101
         Dallas, Texas  75206
20       (214) 855-5100
         My commission expires:  7-31-25
21
22
23
24
25
```

Absolutely 9-0 (2023-10-11_9-19-39)

## A

**able** 19:3 22:16
**above-entitled** 24:5
**ABSOLUTE** 1:12
**absolutely** 9:7 23:18
**accept** 23:16,17
**access** 22:17
**accountable** 21:22
**acronym** 4:6
**action** 24:8,10
**active** 7:18
**activity** 8:22
**actual** 4:20 15:2
**add** 18:3
**address** 10:3 12:1
**advanced** 3:1
**adversaries** 23:3
**adversary** 3:1
**agencies** 2:24
**ahead** 3:18 9:24
**aisle** 20:2
**al-** 18:1
**America's** 22:6
**American** 21:20
**Americans** 20:19
**amount** 3:22
**answer** 21:23,25
**anything's** 7:6
**Arizona** 9:14 18:2
**art** 21:11
**asked** 6:18 10:14
**attack** 2:18 13:15 13:16 15:14 17:15 20:24
**attacked** 15:11
**attacker** 11:21
**attackers** 22:11
**attacks** 9:18 14:20 17:14,19 17:21 18:1,4,9

18:16 22:8
**awesome** 15:7 16:25

## B

**B** 4:9
**back** 4:10 5:6,16 5:17 6:20
**backdoors** 21:22
**backwards** 5:9
**bad** 23:2
**bank** 13:23 14:2 14:8
**basic** 21:23
**begins** 2:1
**Beijing** 10:8
**believe** 8:7
**best** 2:21
**Biden** 9:5 14:19 17:21,24 18:2,6 18:18
**big** 18:6 23:15
**biggest** 17:10 21:24
**black** 19:24
**blessed** 4:13
**blessing** 4:18 5:20 6:4
**blood** 16:17,18
**boy** 2:10
**bring** 6:5,14 9:16 15:21
**brought** 3:13 6:5 13:3 19:1 20:13 21:8
**buck-** 16:21
**bucket** 16:21

## C

**C** 24:1,1
**call** 6:9 19:2 23:10
**called** 4:2,3 13:4 13:15
**candidates** 22:14
**Capitol** 21:8

**capture** 4:6 5:7 7:20,21
**captured** 4:7,11 13:16
**captures** 8:1
**case** 7:4 12:7,23 12:23 14:16 15:18 22:10
**catch** 13:22,22
**cause** 9:3
**CCP** 20:24
**Central** 24:18
**certifications** 2:25
**Certified** 1:11 24:2,16
**certify** 24:3,6,11
**chain** 5:10
**change** 5:18,19 6:21 7:1,2 12:10 13:2 15:23 19:20 22:9
**changed** 10:4,6 22:25
**chart** 15:20 17:12 17:18
**cheating** 6:9
**checks** 10:19
**China** 2:4,19 8:10 9:5 10:8 15:14 17:8,16 18:21,21 20:24
**Chinese** 10:12
**choose** 20:5
**class** 22:24
**code** 11:3
**colleagues** 19:9 21:8 22:7
**collected** 4:21
**collecting** 6:13
**combination** 23:2
**come** 13:14 19:25
**comes** 11:15

**coming** 20:24
**commission** 24:20
**committed** 14:6
**community** 19:10
**companies** 21:15 21:17,22,24
**compared** 3:15 6:21
**compromise** 22:21
**computer** 3:3,19 4:5,25 5:2,5,12 5:22 6:2,24 7:16,25 8:4,11 8:17,21 10:2,3 10:17,23 11:5 11:10,14,18,22 12:4,14,19 13:9 13:13,18,21 14:1,23 15:1,5 16:2,4,7,11,14 16:16,20,23 17:1 19:7,12,18 20:16 22:9,24
**computers** 18:19
**concerned** 20:10 21:14
**conclusion** 19:13
**confidence** 17:4
**confident** 19:15 23:7
**contains** 3:24
**controlling** 21:17
**correct** 5:21 6:23 10:22 11:17,21 12:3,13 14:22 24:4
**counsel** 24:6
**country** 2:19 3:6 3:9 15:14 17:10 20:1,25 23:11
**County** 12:6
**couple** 3:8,21 4:22 8:7 12:22

14:10 17:5
**Court** 2:17 15:20 15:22 18:24 20:9 23:15
**CPACs** 8:9
**created** 22:8
**credentials** 14:13 14:14
**crime** 6:22 14:6 17:10
**cyber** 3:25 6:19 6:19 7:14 12:23 14:20 19:1,2,2 19:3
**cyberattack** 2:4,9 7:18 12:23 13:8 14:7 15:16 18:22
**cyberattacks** 2:10
**cyberly** 14:7
**cybersecurity** 2:21,25 21:24 22:4

## D

**Dallas** 24:19
**data** 3:17,20,22 7:10 8:25 9:17
**date** 9:22
**Davenport** 24:17
**day** 9:23 20:4 23:9
**days** 3:21 4:22
**dead** 6:10
**dealing** 3:22 10:24
**December** 6:8
**decision** 20:6,14
**definitely** 5:23
**definitive** 14:2
**delete** 22:21
**deleting** 22:13
**Delta** 12:6
**Democrat** 15:18

17:8 20:23
**Democratic** 21:1
**Democrats** 21:2
**demonstration**
  21:7
**destination** 7:22
**detection** 3:1
**device** 10:8
**Dickman** 24:17
**different** 2:6
  21:16
**DNA** 6:23
**doctor** 6:21
**doctored** 7:5
**doing** 8:13 19:14
  21:16 23:14
**Dominion** 2:8
  15:15 18:20
**Donald** 14:16
  17:22,24 18:1,4
  18:10,13,16
**double** 10:14

**E**

**E** 24:1,1
**Early** 22:13
**easily** 21:15
**easy** 20:12,14
**election** 2:5,17
  3:14 4:11,21
  5:25 6:13 9:5
  9:23 13:5 15:16
  17:15 18:17
  21:9 22:9 23:1
**elimination** 3:2
**employed** 24:7
**encrypted** 3:20
**ended** 6:13
**ends** 23:19
**enforcement** 2:23
**entire** 5:24
**entry** 12:5
**essentially** 3:20
  4:7,9 5:7 8:5
  10:4,7,11 11:6

ev- 10:19
**events** 5:10
**everybody** 3:11
  4:19 6:14 10:21
  14:15 15:8 17:3
  17:6,7,13 20:8
  20:17,18 21:3
  23:7,16
**evidence** 2:4,5
  3:10 4:18,20
  5:21 6:8,23
  14:2,7 15:11,24
  19:4 20:13
  23:13
**exact** 19:16
**exactly** 7:10 9:19
**expect** 15:25
**experience** 2:22
**expert** 3:3,19 4:5
  4:24,25 5:2,5
  5:12,22 6:2,24
  7:16,25 8:4,11
  8:17,21 10:2,17
  10:23 11:5,10
  11:14,18,22
  12:4,14,19 13:9
  13:13,18,21
  14:1,23 15:1,5
  16:2,4,7,11,14
  16:16,20,23
  17:1 19:7,12,18
  20:16
**experts** 2:12,21
  6:19 7:14
**expires** 24:20
**explain** 10:1
  15:13
**Expressway**
  24:18
**eyes** 21:9

**F**

**F** 24:1
**fact** 12:16 21:17
**fake** 5:6

**falls** 20:2
**families** 20:20
**far** 20:10
**fast** 2:11
**fee** 24:11
**file** 7:5,7
**files** 7:23
**financially** 24:9
**find** 6:15
**firewall** 14:13
**Firm** 24:18
**first** 9:21
**five** 9:13,14 22:1
**flaws** 21:21
**flip** 8:18,19 14:19
**flipped** 9:4 14:17
  15:17
**flipping** 8:14
**focused** 6:11 10:5
**folks** 21:9
**following** 4:22
**foolproof** 9:13
**foregoing** 24:3
**forensic** 6:22
  14:7
**forensics** 4:1 19:3
**forth** 4:10
**fortunate** 4:13
**found** 6:8 21:21
  22:10
**four** 9:9
**friends** 20:22
**full** 24:12
**further** 24:6,9,11

**G**

**gained** 22:17
**Garcia** 24:2,16
**Georgia** 9:15
  17:24 22:13
**given** 14:19
**go** 3:11,18 5:6,9
  5:16,17,19 6:20
  8:2,18,18,24
  9:24 12:19,21

14:17 15:19,24
  17:24 18:5,12
**going** 2:14,15,17
  3:11,12 5:17
  6:15,19 10:18
  11:23 12:23
  13:2,2 15:20
  17:13,19 20:9
**government** 2:14
  2:23
**grab** 8:24 9:6
**grabbed** 9:8
**grandchildren**
  20:21
**great** 5:15 19:8
**grew** 20:19,20
**guess** 11:24
**gun** 15:9
**guy** 2:22
**guys** 2:13,21 3:13
  3:14 4:14 5:1
  6:12 8:23 13:3
  20:8

**H**

**hack** 21:15
**hacked** 12:3
  15:16,16 21:5,9
  22:7,16
**hacker** 11:21
**hackers** 2:13
**hacks** 8:10 14:20
  17:7 18:9
**HALDERMAN**
  22:5,23
**happened** 4:15
  7:10 14:16
  17:10 20:25
**happens** 5:10
**HARRIS** 21:6
**hat** 2:13
**hatch** 6:25 7:2
**hear** 14:4,5,10
**heard** 4:16,17
  20:8

**held** 21:7
**Hello** 2:2 3:2,3
**heros** 6:12 20:9
**Hey** 13:1
**hired** 2:12,13
**historical** 18:22
**humanity** 17:11

**I**

**identify** 7:10 8:18
  11:12
**images** 7:3
**Inaudible** 16:11
**including** 21:22
**information** 2:25
  3:16 4:8,14
  7:21 8:2 10:19
  11:17 12:17
**injected** 18:7
**intelligence** 2:24
**interested** 24:10
**intrusion** 14:12
**IP** 10:3 11:7,7
**irrefutable** 16:5,6
  16:9
**it'd** 20:12
**it'll** 7:2,2 20:7
**item** 7:1

**J**

**January** 2:3 3:12
  4:20 6:6
**job** 23:12
**justices** 19:4 20:9
  20:19

**K**

**KLOBUCHAR**
  21:13
**knew** 13:4
**know** 2:3,9,15
  3:7,22 4:2,3,13
  5:9,10,23 6:3,7
  6:7,10 7:3,4,9
  7:17,22 8:2 9:2
  9:3,9 10:4,12

Absolutely 9-0 (2023-10-11_9-19-39)

10:13,15,24
11:7,11 12:6,17
12:25 13:3,14
13:14,23 15:10
19:8,9,14,14,15
19:18,22,24
20:1,2,3,5 21:2
22:5 23:8,10
knowing 20:12
knows 17:3

**L**

languages 10:25
Latitude 10:6
law 2:23
learn 2:11 6:15
learned 2:10
legitimate 22:3
let's 3:12 9:2,6
12:24 17:12
Lindell 2:2,3 3:5
3:24 4:16 5:1,4
5:11,14 6:1,4
7:12,24 8:3,6
8:16,20,23
10:16,20 11:2,9
11:13,16,19,23
12:5,18,21
13:11,17,20,25
14:4,25 15:4,7
16:3,6,9,12,15
16:19,22,25
17:3 19:11,17
20:7,17 23:6
line 9:21,25,25
11:2,19 13:15
lines 3:17 12:22
14:11
list 12:24 13:6
14:18
literally 8:10
little 9:12 16:17
located 10:8
LOFGREN
22:12

long 5:21 8:7
19:14 21:4
longitude 10:7
longitude/latit...
12:2
look 9:22 11:11
14:10 17:20
20:10 23:16,17
23:17
looking 4:1 6:25
7:4 19:15
lost 18:13
lot 7:14,17,17 8:1
8:12,13,22
13:13
luckily 5:24
LUTE 22:18

**M**

machine 2:9 22:8
22:8
machines 2:8,8
2:19 15:15
18:20,21 21:4,9
21:20 22:3,6,11
22:13,17
majority 19:22
19:23
making 10:18
Man- 2:24
manipulate 22:19
22:20
match 7:7
matter 20:22
23:5 24:5
mean 3:20 6:12
6:25 12:12
13:10 14:24
16:13 19:22
20:17
means 22:2
Michigan 9:14
18:5,5,6,8,10
22:25 23:1
Mike 2:2 3:3

million 18:17,18
millions 3:16 9:4
9:4 18:19
mitigation 3:1
moment 4:7
months 4:19 8:7
15:10 17:5
months' 3:8
movie 3:15,16
14:8
movies 15:12
moving 4:10

**N**

need 4:11 5:8
23:8
needed 8:18
needs 7:7 20:4
neighbors 20:21
neither 4:23 24:6
network 10:10
11:3,11,11 12:7
12:8
night 3:14 4:21
6:13 13:5
nine 19:4 20:9,15
20:19
nonnegotiable
12:11 20:14
nonresidents
6:10
North 24:18
November 6:8
number 22:22
numbers 14:21
14:24 15:3 22:2

**O**

obsolete 23:4
obviously 10:8
12:25
Oh 22:18
okay 5:14,16
6:15 7:12 8:20
9:6,16 11:9,13
11:16

once 5:18 22:16
23:17
orchestrated 2:4
17:8
organic 6:9
original 7:7
outcome 22:19
22:25 24:10
outcomes 22:10
owner 11:12

**P**

p.m 9:23
packet 4:6,10 5:7
packets 4:8,10
paid 24:12
paid/will 24:12
paper 22:1
part 10:10
particular 9:11
parties 24:7
Party 15:18 21:1
PCAP 4:6 5:7 7:3
7:19 10:11
PCAPs 4:3 5:19
7:14 8:24 9:10
9:17,19 11:17
12:9 13:4 14:22
15:6
Pennsylvania
9:14 17:20
people 4:17 6:10
15:10 19:9 23:9
23:10
percent 2:16,18
9:12 12:11 13:7
13:10 19:6
20:13,24 21:20
period 7:11
person 19:2
perspective 21:12
picked 21:1
piece 2:5 5:6
PLAYING 21:6
21:13,19 22:5

22:12,15,18,23
point 4:9,9 5:15
6:6 12:6
politics 19:25
powerful 23:2
practices 21:24
preserved 12:9
PRESIDENT
21:6
pressed 5:24
pretty 22:24
private 2:23
probably 4:23
proof 13:7
proportions
18:22
protocol 8:1
prove 12:23 22:2
Province/City
10:9
pull 2:17 7:10
11:25 17:12,18
pulled 10:11 15:5
put 3:7 22:3

**Q**

quadruple 10:14
questions 21:23
21:25
quite 23:3

**R**

R 24:1
range 11:11
raw 3:20
rea- 18:15
reach 19:13
read 4:22 9:20
readable 9:1
real 2:11 3:10 5:8
16:1 19:19
realize 18:15
20:18
really 6:25 13:1
18:14,17
received 2:3

Absolutely 9-0 (2023-10-11_9-19-39)

reconnaissance
8:14
record 4:12 5:8
5:13,24 7:19,19
recorded 4:14
recording 2:1
23:19 24:4,8
recreate 5:9
registered 11:8
11:12
registration 11:6
12:7,8 24:18
related 24:7
remember 17:6
17:14 18:6
repeatedly 22:7
Reporter 24:2,17
REPRESENT...
22:12
Republican 17:9
20:23
researchers
21:21
resulted 10:5
revalidated 17:17
17:17
right 2:20 3:17
5:14,18 7:24
8:3,6,10,16
10:16 11:13
12:9,18 13:20
13:25 14:9,22
14:24,25 16:13
16:15,18,19
17:18 19:11,17
20:5,7 23:11
robbed 14:9
robbing 13:23
14:2
rounding 15:2
rule 19:21
ruling 19:21
run 3:21

S

sabotage 22:11
sampling 17:22
17:25 18:3,9,25
saw 22:13
saying 5:15 10:20
12:15 14:21
15:22 19:5
says 11:19 14:16
18:5
scene 6:22,22
sector 2:23
security 21:21
22:24
see 9:3 15:8
18:13
seeing 19:16
seen 2:7
SENATOR 21:13
21:19
serious 17:9
21:21
share 23:8,10
Shorthand 24:2
24:17
show 2:14 3:10
3:17 9:19 17:5
17:6,13,19 19:3
23:12
showed 9:18
17:22
sic 8:9
sides 20:2
silently 22:9
simultaneously
16:10
single 11:7 22:10
six 9:9
small 17:22,25
18:3,8
Smartmatic 2:8
smoking 15:9
somebody 5:24
11:8 13:22
somebody's
13:23

sorts 22:19
source 7:22 9:25
10:3,6
speak 11:21 14:9
SPEAKER 22:15
Speaking 16:10
speaks 12:17
specialize 3:1
specific 14:24
15:2
specks 16:17
specks- 16:17
spread 22:8
23:12
start 3:12,12 7:8
9:21
state 12:2 21:11
24:3
states 9:13,14
21:11,16 22:1
steal 22:11
story 18:2
stuff 3:13 6:11,17
12:8 15:12
subjective 12:16
15:23 16:12
20:13
success 14:14,15
successful 8:13
Suite 24:19
Supreme 2:16
15:20,21 18:24
20:9 23:15
sure 2:16 7:5
10:13,18 22:24
switch 18:18
switching 22:14
systems 23:4

T

T 24:1,1
take 6:17 8:25
9:9,24,25
taken 14:19
talk 9:24 15:9

23:10
tally 22:20,21
target 11:20,24
11:25,25
target's 12:1
telling 4:19
tens 18:18
Terri 24:2,16
Texas 24:3,16,19
text 23:9
thanks 3:4,5,6
that'd 12:1
they'd 6:8
thing 9:12 17:9
18:6 19:16,23
things 6:16,18
21:17 22:19
think 6:21 12:15
17:11 19:8 20:3
20:5
thousands 8:10
17:7,15 18:15
three 21:14,17
time 4:7 5:6,8,16
6:20 7:11,15,17
12:9 13:4 19:14
21:4 23:5
times 13:14
to-the-vote 15:3
told 4:3 15:11
tonight 2:14
top 9:21
traffic 7:20,20
trail 22:1
tran- 8:25
transcribed 24:8
transcription
1:11 24:4,11
translate 8:5 9:1
10:13
translated 9:18
translating 8:9
translations
10:18
transmission 4:8

transmitted 7:23
travels 4:9
triple 10:14
true 19:6
Trump 9:5 14:16
14:18,19 17:22
18:1,4,10,13,16
two 15:10

U

undergrad 22:24
unencrypt 7:9
unfortunately
23:3
UNIDENTIFI...
3:3,19 4:5,25
5:2,5,12,22 6:2
6:24 7:16,25
8:4,11,17,21
10:2,17,23 11:5
11:10,14,18,22
12:4,14,19 13:9
13:13,18,21
14:1,23 15:1,5
16:2,4,7,11,14
16:16,20,23
17:1 19:7,12,18
20:16 22:15
unique 7:1
use 20:25 21:20

V

validate 2:12
9:10 10:15,21
validated 3:9
9:12 10:25 11:1
17:17
validating 8:8
validation 10:22
10:25
values 7:1
verify 7:3
VICE 21:6
video 9:8 13:24
14:3,8 21:6,13
21:19 22:5,12

Absolutely 9-0 (2023-10-11_9-19-39)

| | | | |
|---|---|---|---|
| 22:15,18,23 23:8 24:4 | what'd 9:9 | 100 2:16,18 9:12 12:11 13:7,10 19:6 20:13,24 | **7** |
| **virus** 22:9 | **white** 2:13 19:24 | | **7-31-25** 24:20 |
| **vote** 10:4 19:5 22:20,22 | **win** 15:18 23:15 | **101** 22:4 24:19 | **75206** 24:19 |
| **voters** 21:20 22:13 | **wins** 18:4,10,14 | **107,000** 17:23 | |
| | **Wisconsin** 9:14 18:12 | **11,779** 17:25 | **8** |
| **votes** 8:14 9:4 10:5 14:17,19 18:1,2,7,8,11 18:13,14,19 22:11,14 | **wish** 12:24 13:6 | **11/3/20** 9:23 | **8** 16:1 |
| | **won** 17:21,23,25 18:1,6,17 | **154,000-plus** 18:8 | **80** 18:17 |
| | **word** 16:8 23:12 | | **80,000** 17:21 |
| | **work** 2:13 3:6,7,8 7:7,9,13,13,15 13:15 | **2** | **855-5100** 24:20 |
| **voting** 6:10,10 21:20 22:2,6 | **working** 2:22 | **20** 2:22 7:13 8:24 8:24,24 9:6,8 9:10,18 10:5 17:7,14,15,16 17:16,19 18:9,9 18:9,15 | **9** |
| **vulnerable** 22:6 23:3 | **works** 19:2 | | **9-0** 1:12 2:17,17 9:7 16:3 19:5 20:7 23:18 |
| | **world** 13:2 23:9 | | **9th** 2:3 3:12 4:20 6:6 |
| **W** | **worth** 3:8 | **20,000** 18:13 | |
| **want** 9:16 10:13 12:22 13:11,19 13:20,21,22,23 14:6 15:19 17:5 17:6 18:23 | **Wow** 5:11 6:1 13:17 15:4 16:22 | **2016** 22:25 | |
| | **WYDEN** 21:19 | **2018** 22:13 | |
| | | **2020** 2:5 17:15 | |
| | **X** | **214** 24:20 | |
| **wanted** 6:15 9:11 9:12 14:4,9 15:13,17 23:1 | **Y** | **3** | |
| **warfare** 19:3 | **y'all** 14:10 | **3** 16:1 | |
| **warned** 21:3,3 | **yards** 10:7 | **3,215** 14:17 | |
| **wasn't** 9:11 | **yeah** 3:5,19 4:5 5:22 6:4,24 7:16 8:11,21 10:2,23 11:5,18 12:14 13:9,13 13:22 14:23 16:16,24 20:16 | **312** 24:18 | |
| **watching** 3:18 4:23 23:7 | | **35,000** 18:1 | |
| **way** 6:20,20 7:19 14:18 15:25 19:4 22:2 | | **37,000** 18:4 | |
| | | **4** | |
| **ways** 22:10,22 | **years** 2:22 7:13 | **4** 15:25 | |
| **we're** 3:18,22 4:12 10:24 11:23 19:15 21:14 | **Yep** 12:4 | **400** 10:7 | |
| | **you-all** 2:3 | **4228** 24:18 | |
| | | **43** 21:20 | |
| | **Z** | **48,000** 18:10 | |
| **we've** 10:17 19:14 22:7,10 | | **49,000** 18:14 | |
| | **0** | **5** | |
| **weeks** 9:9 | | **5** 15:25 | |
| **weigh** 19:10 | **1** | **50,000** 18:14 | |
| **went** 2:6 9:8 11:20 | **1** 16:1 | **6** | |
| | **10,000** 18:2 | **6** 15:25 | |
| | **10:49** 9:23 | **6581** 24:17 | |
| | | **68** 18:18 | |