# Exhibit B

DocuSign Envelope ID: C023BE5E-26E3-42DC-9BAB-3F8A931955BE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SMARTMATIC USA CORP., | ) | |
| SMARTMATIC HOLDING B.V., AND | ) | |
| SGO CORPORATION LIMITED, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 1:21-cv-02900-CJN |
| v. | ) | |
| | ) | |
| HERRING NETWORKS, INC., D/B/A | ) | |
| ONE AMERICA NEWS NETWORK, | ) | |
| | ) | |
| Defendant. | ) | |

### DECLARATION OF DANIEL BALL IN SUPPORT OF
### OAN'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON ACTUAL MALICE

I, Daniel Ball, declare as follows:

1.      My name is Daniel Ball. I am over the age of twenty-one years, am of sound mind and am otherwise fully competent to testify. All of the facts contained in this Declaration are based upon my personal knowledge, unless stated otherwise, and are true and correct; and if called as a witness, I could and would testify as follows.

2.      I am making this declaration in support of OAN's Motion for Partial Summary Judgment on Actual Malice ("Motion").

3.      I am the host of *Real America with Dan Ball* for Defendant Herring Networks, Inc. dba One America News Network ("OAN"), a position I have held since I began working at OAN in August 2020.

4.      I have read the Declaration of Kevin Kunec ("Kunec Declaration") submitted in support of the Motion. I also have read the certified transcript attached as Exhibit 4 to the Kunec declaration ("November Transcript"), which relates to a broadcast of *Real America with Dan Ball* that aired on November 19, 2020 for which I was the host ("November Broadcast"). I have also

1

**APP973**

DocuSign Envelope ID: C023BE5E-26E3-42DC-9BAB-3F8A931955BE

reviewed the screenshots of the November Broadcast attached to Plaintiffs' Complaint as Exhibit 10A. I understand that Plaintiffs have complained about the November Broadcast.

5.     I also have read the certified transcript attached as Exhibit 15 to the Kunec declaration ("February Transcript"), which relates to a broadcast of Real America with Dan Ball that aired on February 5, 2021 for which I was the host ("February Broadcast"). I have also reviewed Plaintiffs' transcription of the February Broadcast attached to Plaintiffs' Complaint as Exhibit 36 and the screenshots of the February Broadcast attached to Plaintiffs' Complaint as Exhibit 36A. I understand that Plaintiffs have complained about the February Broadcast.

6.     During the November Broadcast, I interviewed Ms. Evi Kokalari-Angelakis about the 2020 Presidential election ("Election") and companies that provided electronic voting services, including companies named Dominion and Smartmatic. At the time of the November Broadcast, those companies had been widely covered by multiple news sources for their involvement in the Election, due in large part to the fact that President Trump and his lawyers, including Rudy Giuliani, were contesting the Election's outcome as a result of those companies' involvement. In my coverage of statements made by Rudy Giuliani and others on this topic, I reported statements made by him about this public controversy, namely the results of the Election and Smartmatic's involvement with those results. In addition to this, there was already ongoing and widespread concern about the vulnerability of electronic voting systems, much of which predated the Election.

7.     Prior to and at the time of the November Broadcast, my analysis was that Kokalari-Angelakis was an executive, political strategist on the Balkans, who fled communist Albania; and that she had an understanding about how Dominion had been used to influence elections in the Balkans. At the time of the November Broadcast, I believed she was a credible source on the topics covered with her in the November Broadcast.

2

DocuSign Envelope ID: C023BE5E-26E3-42DC-9BAB-3F8A931955BE

8.      Based on the information I had at the time of the November Broadcast, I did not know or believe that any statement of fact in the November Broadcast was false, nor did I entertain any serious doubt as to its truth.

9.      During the February Broadcast, I interviewed Mr. Mike Lindell about the Election and his time and effort spent investigating Dominion Voting and Smartmatic, two companies that provided electronic voting services in the Election. He documented these efforts in a broadcast that he produced called *Absolute Proof*, which aired on OAN and I viewed. At the time of the February Broadcast, Smartmatic and Dominion had appeared in a wide range of coverage that I reviewed in multiple other media and news sources for their involvement in the Election, such as CNN, NBC, CBS, Fox News, the New York Times, Breitbart, and Gateway Pundit, to name a few, due in large part to the fact that President Trump and his lawyers had challenged the Election's outcome as a result of those companies' involvement in the Election to an even greater extent than they had been at the time of the November Broadcast. There also was still ongoing widespread concern about the vulnerability of electronic voting systems, much of which predated the Election.

10.     Prior to and at the time of the February Broadcast, my analysis was that, based on other reporting and from Lindell himself, Lindell, had hired a team of forensic experts at great expense to assess voting irregularities around the country. Lindell also had discussed these efforts in interviews on multiple news programs. At the time of the February Broadcast, I believed he was a credible source on the topics covered during the February Broadcast. In his various prior interviews, as well as on the February Broadcast, Lindell addressed evidence related to voting irregularities in the Election related to Smartmatic and Dominion. I reported statements made by Lindell about this public controversy, namely the results of the Election and Smartmatic's involvement with those results.

3

DocuSign Envelope ID: C023BE5E-26E3-42DC-9BAB-3F8A931955BE

11.     Based on the information I had at the time of the February Broadcast, I did not know or believe that any statement of fact in the February Broadcast was false, nor did I entertain any serious doubt as to its truth.

12.     In January or February 2021, but before the February Broadcast, I attempted to contact Smartmatic's Boca Raton office via telephone for comment about the allegations being made against them without results.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 5, 2023.

Daniel Ball

4

**APP976**