# Exhibit C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SMARTMATIC USA CORP.,<br>SMARTMATIC HOLDING B.V., AND<br>SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br>v.<br><br>HERRING NETWORKS, INC., D/B/A<br>ONE AMERICA NEWS NETWORK,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. 1:21-cv-02900-CJN |

## DECLARATION OF MICHAEL DINOW IN SUPPORT OF
## OAN'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON ACTUAL MALICE

I, Michael Dinow, declare as follows:

1.      My name is Michael Dinow. I am over the age of twenty-one years, am of sound mind and am otherwise fully competent to testify. All of the facts contained in this Declaration are based upon my personal knowledge, unless stated otherwise, and are true and correct; and if called as a witness, I could and would testify as follows.

2.      I am making this declaration in support of OAN's Motion for Partial Summary Judgment on Actual Malice ("Motion") in this lawsuit.

3.      I am a Newsroom Anchor for Defendant Herring Networks, Inc. dba One America News Network ("OAN") a position I have held since January 2015 when I began working for OAN.

4.      I am informed Plaintiffs complain about an 11 pm ET OAN Newsroom broadcast on November 16, 2020 ("Broadcast"). I have read the transcript attached as Exhibit 5 to Plaintiffs' Complaint, which I am informed is Plaintiffs' transcript of a portion of the Broadcast. I have also reviewed the screenshots of the Broadcast attached to Plaintiffs' Complaint as Exhibit 5A.

5.      I was the anchor for the Broadcast.

1

**APP978**

6.      During the Broadcast, I relied on statements and reports derived from The Gateway Pundit website and a document posted on WikiLeaks. Also shown during the Broadcast were video excerpts of statements made by the former Mayor of New York, Rudy Giuliani. At the time of the Broadcast, Mr. Giuliani was a lawyer for the President of the United States (Donald Trump). At the time of the Broadcast, I found The Gateway Pundit reports, the documents posted on WikiLeaks, and Mr. Giuliani to be credible sources concerning the topics covered in the Broadcast.

7.      Based on the information I had at the time of the Broadcast, I did not know or believe that any statement of fact in the Broadcast was false, nor did I entertain any serious doubt as to its truth.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 5th, 2023.

_____
Michael Dinow

2