# Exhibit D

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED,  ) ) ) ) | . |
| Plaintiffs,  ) ) | Civil Action No. 1:21-cv-02900-CJN |
| v.  ) ) | |
| HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK,  ) ) ) | |
| Defendant.  ) | |

**DECLARATION OF GLENN A. CHONG IN SUPPORT OF
OAN'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON ACTUAL MALICE**

I, Glenn A. Chong, declare as follows:

1.     My name is Glenn A. Chong. I am over the age of twenty-one years, am of sound mind and am otherwise fully competent to testify. All of the facts contained in this Declaration are based upon my personal knowledge, unless stated otherwise, and are true and correct; and if called as a witness, I could and would testify as follows.

2.     I am a licensed attorney and Certified Public Accountant in the Republic of The Philippines ("Philippines").  I previously served as a member of the House of Representatives in the Philippines from 2007 through 2010.  As a consultant for election protestants and as a prior protestant myself, I have witnessed and have personal knowledge of the conduct of Smartmatic Philippines, Inc., a subsidiary of Plaintiff SGO Corporation Limited (together, "Smartmatic"), and the performance of its electronic voting systems supplied to the Philippines Commission on Elections ("COMELEC") for national and local elections beginning in 2008 through the present.

3.     As detailed below, I have personal knowledge of election automation issues dating back to 2008, and I have personally inspected numerous certified official documents made

1

**APP981**

available to me by COMELEC and other government agencies related to election cycles in the Philippines dating back to 2010. Through this inspection, I have gained personal knowledge regarding numerous anomalies and fraud associated with Smartmatic's participation in the national and local elections in the Philippines since Smartmatic began providing electronic voting systems to my country. The pattern of fraud by Smartmatic that I have identified represents a continuing serious threat to the national security of the Philippines, which has attracted significant public attention through media reports in the Philippines and globally.

### *2008 Election Irregularities*

4.     In 2008, during an Autonomous Region in Muslim Mindanao ("ARMM") live election, Smartmatic was permitted to perform a test of its electronic voting machines and software. Smartmatic deployed machines using software licensed from Dominion Voting Systems ("Dominion") in several precincts in Wao, Lanao del Sur. For accuracy and security purposes, the Smartmatic-Dominion voting machines were supposed to be unidirectional, meaning the machines would only report out voting numbers/results and not accept any incoming information, instruction or data. This unidirectional feature is to ensure the overall integrity of the elections and to prevent any tampering or interference by foreign actors.

5.     The machines had a limit of 300 ballots for which they would print election results. In each of the precincts, there were three election tellers: the Chairman of the Board of Election Inspectors ("BEI"), a poll clerk, and a member of the BEI. The BEI was later renamed to Election Boards in 2016.

6.     In the 2008 ARMM elections, there appeared to be 100% voter turnout with 300 voters present. This was highly unusual and raised questions of fraud. In addition, the three BEI

2

**APP982**

inspectors voted as well, bringing the total to 303 votes.  However, the machines, having an internal limit of 300 votes, could not print any election results (officially referred to as "election returns").

7.      An article in the *Manila Times* reviewed several incidents at these various precincts in Wao, Lanao del Sur, involving Smartmatic voting machines and characterized the zero results (*i.e.,* no election returns) as suspicious.[1]

8.      When the occurrence of no election returns was reported to Smartmatic, I learned that one of their technical employees remotely accessed the voting machines in Wao and made a "correction" remotely from Manila.  Thereafter, the said voting machines were able to print election returns. This remote accessing and changing of the software by Smartmatic demonstrated a significant vulnerability and security issue – *i.e.,* that the Smartmatic-Dominion voting machines were not unidirectional but instead were bidirectional, and as a result were prone to tampering or remote hacking.

### *2010 Election Tampering*

9.      For the 2010 national and local elections, I reviewed COMELEC certified audit logs of the Smartmatic Precinct Count Optical Scan ("PCOS") machines (manufactured by Jarltech International, Inc. in Taiwan under contract with Smartmatic, using software licensed from Dominion to Smartmatic), certified print logs of the Smartmatic canvassing systems, and officially decrypted ballot images.  Below are the result of my personal review of these documents.

10.     A week before the elections, alleged configuration errors in the compact flash cards caused the PCOS machines to misread the votes. As reported in the *Philippine Star*, it resulted in

---

[1] Manila Times, *Never again! ...to Smartmatic* (June 21, 2016), Never again! …to Smartmatic (manilatimes.net).

widespread tabulation errors and caused a massive recall of 76,347 compact flash cards already distributed across the country for reconfiguration and redistribution.[2]

11.      Additionally, there were multiple irregularities discovered when auditing the audit logs of the PCOS machines and the corresponding canvassing server. For example, PCOS No. 7805002 failed to transmit election results to any of the three canvassing servers before it was shut down at 8:39 p.m. on May 10, 2010 (election day). However, at 11:23 p.m. of the same day, the municipal canvassing server received electronically transmitted results from PCOS 7805002, despite the machine being off. While the minutes of the canvassing board claims that it manually uploaded the results of this precinct to the canvassing server, the board's own log sheet and the print log of the canvassing server clearly shows that it was electronically transmitted. This is a clear instance of deceit by the board. In other instances, multiple transmitted election results were received by the municipal canvassing servers at times when no PCOS machines were physically operating. This was observed for PCOS Nos. 7805006, 7805008, 7805011, 7805012, 7805017, 7805018 and 7804011.  A true and correct copy of the audit log from the voting machine (PCOS 7805002), the print log from the canvassing server obtained from COMELEC, and the minutes and log sheet of the Municipal Board of Canvassers are attached as Ex. 1 and incorporated herein by reference.

12.      Additionally, PCOS No. 7808022 transmitted its election results at 11:05 p.m., but the canvassing server received the same results at 10:54 p.m., or 11 minutes before the machine actually transmitted its results. This same irregularity was also present in 52 other PCOS machines, with the time discrepancy ranging from 2 minutes to 131 minutes.

---

[2] Philippine Star, *Comelec Recalls Faulty Voting Machine Cards* (May 4, 2010), https://www.philstar.com/headlines/2010/05/04/571980/comelec-recalls-faulty-voting-machine-cards

4

13.     All of these PCOS machines were within the province of Biliran, my congressional district.  These election result transmission discrepancies are highly irregular and raise questions of cheating and fraud.

14.     More irregularities appeared after election day. Three days after the elections, 65 PCOS machines were found in the house of a Smartmatic technician in a suburb of Metropolitan Manila.[3] When verifying the number of registered voters during the election, the senatorial canvassing server reported 153,902,003 voters, while the presidential canvassing server reported 256,733,195 voters. However, there were only 50,723,733 registered voters in the Philippines as of January 2010 according to the COMELEC website—a more than 100,000,000 and 200,000,000 voter difference, respectively.  Again, these irregularities suggest cheating and fraud to impact election results.

15.     In 2010, Smartmatic project manager Heider Garcia misled the Philippine Congress when assuring it that any tampering of their systems would leave an audit trail.  In a widely publicized hearing, Committee Chairman Teodoro L. Locsin, Jr. screamed at Smartmatic employee Garcia for misrepresenting the capabilities of the system, referring to Smartmatic as those "sons of bitches."[4]  Garcia could not explain the multiple irregularities and anomalies, nor could he explain the deficient audit trail.

---

[3] ABS-CBN News, *Technician takes home 65 PCOS machines* (May 13, 2010), https://news.abs-cbn.com/nation/regions/05/13/10/technician-takes-home-65-pcos-machines; Philippine Commentary, *PCOS Machines in Antipolo* – The Untold Story Part I (June 11, 2010), https://philippinecommentary.blogspot.com/2010/06/pcos-machines-in-antipolo-untold-story.html
[4] ABS-CBN News, '*Teddy Boy' blows top at Smartmatic official* (May 20, 2010), 'Teddy Boy' blows top at Smartmatic official | ABS-CBN News

5

*2013 Election Rigging*

16.     For the 2013 national and local elections, I reviewed certified audit logs of the PCOS machines and officially decrypted ballot images.

17.     In December 2014, I was personally involved in attempting to verify the results of the 2013 election along with the Secretary of the Joint Congressional Oversight Committee on the Automated Election System  ("JCOC-AES") and other stakeholders.  Post-election, the Senate had ordered that 383 randomly selected compact flash ("CF") cards containing configuration files from the Smartmatic-Dominion voting machines be opened and checked.  I was permitted to select 10 random samples as representative of the 383 CF cards to be selected from the overall approximate total of 78,000+ CF cards that had operated in the 2013 election.

18.     For context, each Smartmatic-Dominion voting machine uses a CF card containing the configuration files.  The ballot image taker for each ballot cast using that machine is also stored in the CF card.  For security and accuracy purposes, each physical ballot has a BEI signature, a hologram in the top center, and fiducial marks (black squares) on the sides.  This is to ensure there are multiple indicators of a genuine ballot and to be able to discern a fake or tampered-with ballot.

19.     In a December 10, 2013 Senate hearing by the Technical Evaluation Committee of the Department of Science and Technology, it was disclosed that a mysterious "digital line" appeared on some ballots.   The suspicious "digital line" traversed the selection ovals corresponding to candidates, causing the PCOS to wrongly count the votes either by (a) reading/adding votes where there was none (padding); or (b) nullifying otherwise valid votes because of over-voting (shaving).  A true and correct copy of a ballot with a digital line obtained from COMELEC is attached hereto as Ex. 2 and incorporated herein by reference. This example

6

**APP986**

shows the digital line was interpreted by the machine as votes for eight additional candidates when, in fact, the voter only voted for four candidates.

20.    In December 2014, when I went to COMELEC's offices upon its repeated calls, and following the Senate's orders, COMELEC had provided three laptops from which we were to select the random precincts to test the CF cards. We were allowed to make 10 choices out of what should have been a pool of approximately 78,000+ precincts/CF cards. I recall the Secretary of the JCOC-AES went first and selected his 10 choices. However, the laptop reflected there were four redundancies from his selections – meaning in actuality he only selected six distinct precincts. Then I went up and selected my 10 choices, and again the laptop reflected four redundancies. This led me to believe that these three laptops did not have the complete set of approximately 78,000+ precincts/CF cards but a much smaller pool of CF cards/precincts (closer to probably 1,000) to select from.

21.    At that point, I instructed everyone to not use these laptops as they appeared to me to only contain the "clean" CF Cards/precincts (that is, ones without issues) loaded onto them and not the complete set of approximately 78,000+ CF cards as the Senate had ordered. We then requested the physical printed list of all 78,000+ precincts to randomly select our sample size from. We did so and discovered that out of 200,403 ballot images contained in the 383 randomly selected CF cards, 31,337 showed the suspicious digital lines, which is 15.64% of the total sample size. Extrapolated over the 40,144,207 ballots cast in the 2013 elections, this digital line anomaly affected 6,278,554 ballots. The extrapolation was confirmed as accurate by the Philippines Statistics Authority.   This was a significant and concerning irregularity that I believed demonstrated cheating and election fraud.

7

**APP987**

22.     I attended a hearing of JCOC-AES on August 28, 2014. In that hearing, I disclosed to the Committee the vote discrepancy found by the Regional Trial Court in Nueva Ecija.  During a break, I went to the VIP gallery to talk to a friend who was observing the proceedings. Mr. George Kintanar, a member of the COMELEC Advisory Council, approached me and addressed me as Congressman.  He then said that the COMELEC chairman is "a good friend" and cautioned me not to embarrass the chairman in public and offered to set up a meeting with me and the Chairman that would ensure I would not have any "election problems" in Biliran.  I interpreted this offer to mean that if I would cozy up to the Chairman and stop criticizing COMELEC and Smartmatic, including identifying instances of systematic anomalies, they would ensure my victories in future elections through manipulation of results.

### *2016 Election Tampering*

23.     For the 2016 national and local elections,  I reviewed certified audit logs of the Smartmatic Vote Counting Machines ("VCM") (using Smartmatic software), certified print logs of the Smartmatic canvassing systems, officially decrypted ballot images, and the metadata of all transmitted election results to the transparency server.

24.     In the 2016 election, the results were protested in HRET Case No. 16-005 (EP).  As part of the protest, samples of decrypted ballot images were provided to me, as technical consultant to protesting candidate Luis R. Villafuerte, Sr.  Some of the decrypted ballot images showed abnormalities when compared to the vote results interpreted by the Smartmatic VCMs.  These abnormalities included some candidates who actually received votes but whose votes were not counted and tallied in the final election returns.  Their valid votes were reflected as under-votes, meaning no one was voted for and they were not tallied in the final election result.  An example

of one of these decrypted ballot images and vote summaries obtained from the HRET is attached hereto as Ex. 3 and incorporated herein by reference.

25.     This decrypted ballot image shows a vote for candidate Nelson Legacion for Vice-Mayor and a vote for candidate Frank Drilon for Senator – there are marks indicating the vote but no square bordering the mark.  The vote summary (which represents how the votes were interpreted by the Smartmatic VCM and ultimately counted) shows an under-vote for both Candidates Legacion and Drilon. An under-vote means the vote was not counted.  This is strong evidence of cheating and fraud.

26.     In the 2016 election, another issue with the Smartmatic software arose because there were three candidates that had last names containing an ñ: Señeres, Osmeña, and Napeñas. Smartmatic would have been aware of these candidate names six months prior when, as part of the normal pre-election preparations, Smartmatic would have received those names.  In addition, being a company of Latin American descent, Smartmatic would have been aware of the ubiquitous ñ in their native language and accounted for it in the source code.   Despite these two realities, Smartmatic claimed they did not account for the ñ in the software.

27.     On election night, the ñ was showing up in the transparency server as a question mark (?). At 7:30 p.m., after the tabulation of election results had commenced, Smartmatic remotely made a script change that they described as a mere "cosmetic change" to address this ñ-? glitch.  Remotely accessing the transparency server again demonstrates that the Smartmatic voting systems used in the Philippines were bidirectional, and subject to tampering and/or hacking. I recall that this characterization of the script change at the height of the counting of the votes as merely "cosmetic" was one created by then-COMELEC Chair Andres Bautista.

9

**APP989**

28.     I have subsequently performed analysis of the 2016 vote counts at incremental times during election night.  My analysis showed VP candidate Marcos was leading in the polls before the 7:30 p.m. script change.  His lead, however, started to decline after Smartmatic's script change.  An additional anomaly I found is that the highest-populated areas that favored VP Candidate Marcos (such as Manila, and Regions I and II) were transmitted to the transparency server first, yet the lower density areas that favored VP Candidate Robredo mostly came in after Smartmatic's script change.

29.     Based on my analysis of the ballots, the 7:30 p.m. script change by Smartmatic signifies the point in time when voting trends for Marcos and Robredo flipped.  VP Candidate Robredo ended up winning the election by a hairline margin of less than 300,000 votes.  This is yet another example of evidence of cheating and fraud.

30.     Subsequently, Smartmatic employee Marlon Garcia was charged in court for his criminal acts related to the script change but I learned that before a warrant could be issued for his arrest, he left the Philippines in 2018.

31.     Based on my extensive review of official documents and personal participation in the electoral process, I testified before the Senate of the Philippines on July 31, 2018 concerning the anomalies and fraud involving the Smartmatic voting systems used in the 2016 national and local elections.  I disclosed in the hearing that, based on the secure logs of the DNS server, 459 voting machines were already attempting to transmit election results one day before election day. I also wrote a 250-page Comment that was filed on October 22, 2018 with the Presidential Electoral Tribunal/Supreme Court in the protest case of *Marcos, Jr. v. Robredo* outlining my investigation into the systematic fraud with Smartmatic voting systems.

32.     On December 9, 2018, less than 6 months after both of these events, my trusted and long-time personal security aide, Richard Y. Santillan, was tortured and brutally killed by 20 police officers. ███████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

████████████████████████    The police officers were criminally charged and are in detention while the trial is going on.

33.     Despite this devastating loss, I was not intimidated and continued my investigations into Smartmatic.

***2019 Ballot Irregularities***

34.     For the 2019 national and local elections, I reviewed certified audit logs of the VCMs installed by Smartmatic (using Smartmatic software), certified print logs of the Smartmatic canvassing systems, officially decrypted ballot images, and metadata of all the transmitted election results nationwide to the transparency server.

35.     In 2019, Candidate Villafuerte ran for Congress but lost, and I again served as a consultant to Villafuerte during the course of his protest of the election.  We were able to legally obtain all the ballots from 99 machines in the district and bring them to the House of Representatives Electoral Tribunal ("HRET") for a manual recount/revision.  HRET rules allow the opening of 25% of the ballot boxes in the protested precincts.  This means that from the 400 ballot boxes used in the district election, 100 ballot boxes were retrieved for examination and review.  One box was damaged by water, leaving 99 boxes available for review.  In the Philippines, only the voting machines or the scanner are returned to Manila. The ballot boxes are sealed and

11

**APP991**

deposited in the office of the municipal or city treasurer. They are kept there for three years unless there is an election protest.

36.    If there is a protest, the protesting candidate has to pay for all ballots to be brought to the HRET in Manila.  In 2019 following the election, the ballots were obtained for 99 machines. On the day of the manual recount/revision, three people attend to manually inspect and count the votes.  15 revision committees were formed in this case.

37.    Each committee is composed of three members.  The tribunal's representative acts as the supervisor of the committee, one revisor with the protestant, and one revisor with the protestee.  There were four others from the tribunal acting as overall supervisors.  This is so each candidate (the winner and the loser) has representation to participate in the manual recount/revision.

38.    The Committee first conducts a thorough inspection of the ballot box to ensure all the seals are intact. This will be noted in the report.  Then a UV scanner is run over each and all ballots to confirm that a hologram is there.  This is the only basis to determine whether the ballot is genuine or not.  Once the hologram is confirmed, then the ballots will be separated for each candidate.  Villafuerte v. Bordado are set into separate piles.

39.    The HRET supervisor will then inspect and count the ballots.  Then the two representatives from each candidate will count the ballots.  The findings will be written into the record/report which is signed by all members of the revision committee.

40.    When they compared the results of the manual recount, the physical ballots in almost all the ballot boxes did not match with the results produced by the machines.  A true and correct copy of one of the 99 official manual recount/revision reports obtained from the HRET,

12

**APP992**

representing the Revision Team No. 9 report, is attached hereto as Ex. 4 and incorporated herein by reference.

41.     Revision Team No. 9 report, covering Clustered Precinct No. 5, Brgy. San Isidro, Calabanga, Camarines Sur, readily shows that, per "Item I. Condition of the Ballot Box" (p. 1), all the six self-locking security seals, identified by their respective serial number, are intact, properly locked, and in good condition. Ex. 4.  In "Item II. B. Data from the Election Returns (ER)" (p. 2), the results printed by Smartmatic's voting machine show that protestant Villafuerte garnered 73 votes while protestee Bordado garnered 419 votes. Ex. 4. However, in "Item III. A. Valid Paper Ballots" (p. 2), the valid paper ballots containing votes for protestant Villafuerte, as officially manually recounted, is actually 391, while the valid paper ballots containing votes for protestee Bordado, as officially manually recounted, is only 226. Ex. 4. Thus, Smartmatic's voting machine in this precinct did not count or subtract the votes for Villafuerte by 318 votes while at the same time the same machine counted non-existent votes or padded the votes for Bordado by 193 votes.

42.     These differences in numbers definitely affected the results.  In this election, vote totals for the protesting candidate, Villafuerte, were shaved down by over 13,000 votes.  Those were valid votes placed on the 99 machines that were removed.  The winning candidate, Bordado, was found to have gained over 8,000 votes that were not found in the physical ballots.  There were also 696 fake ballots bearing votes for Bordado that were discovered without a hologram. The net vote gain, or vote recovery, for Villafuerte in the 99 precincts is more than sufficient to overturn the presumptive winning margin of the candidate proclaimed as the winner by Smartmatic's voting machines.

13

**APP993**

43.     Villafuerte unfortunately died on September 8, 2021.  However, the HRET allowed his daughter to represent him.  But when the revision reports were issued and the discrepancies discovered, the HRET hurriedly dismissed his protest.

### *Smartmatic Disqualification*

44.     On June 15, 2023, a petition was submitted to COMELEC seeking to disqualify Smartmatic from bidding for the 2025 automated election system.  COMELEC *en banc* signed a Resolution granting the petition on November 29, 2023, resulting in the disqualification of Smartmatic from participating in any public bidding process for elections in The Philippines.  A true and correct copy of COMELEC's Resolution promulgated on November 29, 2023 is attached hereto as Ex. 5 and incorporated herein by reference ("Resolution").  COMELEC also referred the matter to the Special Bids and Awards Committee ("SBAC") to consider permanent disqualification and blacklisting of Smartmatic from all government procurement proceedings, not just in relation to elections.  Resolution at 14.

45.     COMELEC explained its basis for the disqualification of Smartmatic in its Resolution.  Specifically, COMELEC identified previous requests for documents made to the commission related to an investigation by the United States government into former COMELEC Chairman Juan Andres D. Bautista ("Bautista").  Subsequently, the United States Department of Justice filed a criminal complaint in the United States District Court, Southern District of Florida, on September 20, 2023, alleging that Bautista had engaged in money laundering, wire fraud, conspiracy, and violation of the Foreign Corrupt Practices Act.  These charges were based on allegations that Bautista, while acting Chairman of COMELEC, received bribes from Smartmatic in exchange for awarding contracts for election machines in the Philippines.  The bribe money was

14

then laundered through multiple entities, including a foreign shell company, to hide the bribe payments.

46.     Such allegations and charges, according to the Resolution, tended to cause distrust in the integrity of the electoral process. Due to the gravity of the allegations, COMELEC recognized an imminent threat to the strength and integrity of the democratic processes in the Philippines, which casts a shadow over procurements that eroded the public's confidence in the electoral system.   Thus, COMELEC was "compelled" to take decisive action to disallow Smartmatic from participating in the procurement process.   The disqualification of Smartmatic was widely covered in the press, including this excerpt from a recent news report:

> The downfall of the London-headquartered firm [Smartmatic], if or when made final, certainly won't be lamented by many Filipinos long disillusioned by the lack of transparency that has been the hallmark of Smartmatic, whose longevity is inexplicable and undeserved in the face of the string of scandals that has hounded our last five general elections.[5]

47.     Based on my own personal experience, the disqualification of Smartmatic was long overdue.  My investigations, based on review of certified documents provided for my review by the government, have revealed that Smartmatic machines and software used in the Philippines since 2008 were designed to, and have been used to, commit fraud through automated vote padding and vote shaving – that is, adding votes or subtracting votes to affect election results.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 6, 2023.

_____

Glenn A. Chong

_____

[5] Inquirer, *Good riddance, Smartmatic?* (December 5, 2023), Good riddance, Smartmatic? | Inquirer Opinion

**APP995**

then laundered through multiple entities, including a foreign shell company, to hide the bribe payments.

46.     Such allegations and charges, according to the Resolution, tended to cause distrust in the integrity of the electoral process. Due to the gravity of the allegations, COMELEC recognized an imminent threat to the strength and integrity of the democratic processes in the Philippines, which casts a shadow over procurements that eroded the public's confidence in the electoral system.   Thus, COMELEC was "compelled" to take decisive action to disallow Smartmatic from participating in the procurement process.   The disqualification of Smartmatic was widely covered in the press, including this excerpt from a recent news report:

> The downfall of the London-headquartered firm [Smartmatic], if or when made final, certainly won't be lamented by many Filipinos long disillusioned by the lack of transparency that has been the hallmark of Smartmatic, whose longevity is inexplicable and undeserved in the face of the string of scandals that has hounded our last five general elections.[5]

47.     Based on my own personal experience, the disqualification of Smartmatic was long overdue.   My investigations, based on review of certified documents provided for my review by the government, have revealed that Smartmatic machines and software used in the Philippines since 2008 were designed to, and have been used to, commit fraud through automated vote padding and vote shaving – that is, adding votes or subtracting votes to affect election results.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 6, 2023.

Glenn A. Chong

---

[5] Inquirer, *Good riddance, Smartmatic?* (December 5, 2023), Good riddance, Smartmatic? | Inquirer Opinion

15

# Exhibit D-1

Tue May 11 01:26:25 2010

************************

Republic of the Philippines
COMMISSION ON ELECTIONS

Philippines 2010 Election Region VIII
Monday, May 10, 2010

AUDIT LOG

Clustered Precinct: 7805003 - 0007A 0008A 0009A

PCOS ID: 7805003

Province: BILIRAN

City-Municipality: CULABA

Barangay: BINONGTOAN

Precinct(s)
7805003

| | |
|---|---|
| 1 | May 08/2010 08:41:02 |
| Asymmetric Cryptographic Keys detected | |
| 2 | May 08/2010 08:42:33 |
| Administrator key for 'Username' detected. | |
| 3 | May 08/2010 08:42:35 |
| Using Asymmetric keys (rc=0) | |
| 4 | May 08/2010 08:42:36 |
| System clock updated for timezone = 8.0 hours from GMT. | |
| 5 | May 08/2010 08:42:49 |
| System Starting | |
| 6 | May 08/2010 08:42:49 |
| Unit Model Type PCOS-310B (Rev 106) | |
| 7 | May 08/2010 08:42:49 |
| Unit Serial Number: N609315000085 | |
| 8 | May 08/2010 08:42:49 |
| Protective Counter: 29 | |
| 9 | May 08/2010 08:42:49 |
| Software Version: 3.6.16-Ph #2 Thu Feb 4 20:35:58 PHT 2010 | |
| 10 | May 08/2010 08:43:32 |
| Admin chose Utilities Options | |
| 11 | May 08/2010 08:43:37 |
| Admin chose Run Diagnostics. | |
| 12 | May 08/2010 08:45:32 |
| Blank ballot detected. | |
| 13 | May 08/2010 08:45:45 |
| rc(0). SE(52713). rjt(t). | |
| 14 | May 08/2010 08:46:11 |
| Complete Diagnostics finished. | |
| 15 | May 08/2010 08:46:29 |
| Admin chose to Print Tabulator Info Report. | |
| 16 | May 08/2010 08:47:30 |
| Admin chose Utilities Options | |
| 17 | May 08/2010 08:48:35 |
| Admin chose to Open Poll | |
| 18 | May 08/2010 08:49:33 |
| SecurityKey Password mismatch. | |
| 19 | May 08/2010 08:49:33 |
| SecurityKey Password mismatch. | |
| 20 | May 08/2010 08:49:33 |
| SecurityKey Password accepted. | |
| 21 | May 08/2010 08:49:53 |
| SecurityKey Password mismatch. | |
| 22 | May 08/2010 08:49:53 |
| SecurityKey Password accepted. | |
| 23 | May 08/2010 08:50:20 |
| Admin chose to Zero & Open poll | |
| 24 | May 08/2010 08:50:23 |

ELECTION OFFICER II

JOELIBETH S. MARANGA-ONG

ELECTION OFFICER II

************************

Republic of the Philippines
COMMISSION ON ELECTIONS

Philippines 2010 Election Region VIII
Monday, May 10, 2010

AUDIT LOG

Clustered Precinct: 7805002 - 0006A

PCOS ID: 7805002

Province: BILIRAN

City-Municipality: CULABA

Barangay: BACOLOD

Precinct(s)
7805002

| | |
|---|---|
| 1 | May 08/2010 09:20:00 |
| Asymmetric Cryptographic Keys detected. | |
| 2 | May 08/2010 09:21:08 |
| Administrator key for 'Username' detected. | |
| 3 | May 08/2010 09:21:10 |
| Using Asymmetric keys (rc=0) | |
| 4 | May 08/2010 09:21:12 |
| System clock updated for timezone = 8.0 hours from GMT. | |
| 5 | May 08/2010 09:21:24 |
| System Starting | |
| 6 | May 08/2010 09:21:24 |
| Unit Model Type PCOS-310B (Rev 106) | |
| 7 | May 08/2010 09:21:24 |
| Unit Serial Number: N622993000318 | |
| 8 | May 08/2010 09:21:24 |
| Protective Counter: 28 | |
| 9 | May 08/2010 09:21:24 |
| Software Version: 3.6.16-Ph #2 Thu Feb 4 20:35:58 PHT 2010 | |
| 10 | May 08/2010 09:22:00 |
| Admin chose Utilities Options | |
| 11 | May 08/2010 09:22:06 |
| Admin chose Run Diagnostics. | |
| 12 | May 08/2010 09:24:24 |
| rc(46023). SE(1). rjt(t). | |
| 13 | May 08/2010 09:24:26 |
| Complete Diagnostics finished. | |
| 14 | May 08/2010 09:24:35 |
| Admin chose Utilities Options. | |
| 15 | May 08/2010 09:24:44 |
| Admin chose Run Diagnostics. | |
| 16 | May 08/2010 09:25:57 |
| Blank ballot detected. | |
| 17 | May 08/2010 09:27:07 |
| rc(0). SE(52713). rjt(t). | |
| 18 | May 08/2010 09:27:42 |
| Complete Diagnostics finished. | |
| 19 | May 08/2010 09:28:14 |
| Admin chose to Print Tabulator Info Report. | |
| 20 | May 08/2010 09:28:36 |
| Admin chose Utilities Options | |
| 21 | May 08/2010 09:29:15 |
| Admin chose to Open Poll | |
| 22 | May 08/2010 09:30:14 |
| Password timed out. | |
| 23 | May 08/2010 09:30:25 |
| Admin chose to Open Poll | |
| 24 | May 08/2010 09:30:39 |
| SecurityKey Password mismatch | |

JOELIBETH S. MARANGA-ONG
ELECTION OFFICER II

************************

Republic of the Philippines
COMMISSION ON ELECTIONS

Philippines 2010 Election Region VIII
Monday, May 10, 2010

AUDIT LOG

Clustered Precinct: 7805005 - 0012A 0013A 0013B 0014A 0015A

PCOS ID: 7805005

Province: BILIRAN

City-Municipality: CULABA

Barangay: BOOL EAST (POB.)

Precinct(s)
7805005

| | |
|---|---|
| 1 | May 08/2010 08:39:46 |
| Asymmetric Cryptographic Keys detected. | |
| 2 | May 08/2010 08:40:14 |
| Administrator key for 'Username' detected | |
| 3 | May 08/2010 08:40:16 |
| Using Asymmetric keys (rc=0) | |
| 4 | May 08/2010 08:40:18 |
| System clock updated for timezone = 8.0 hours from GMT | |
| 5 | May 08/2010 08:40:30 |
| System Starting | |
| 6 | May 08/2010 08:40:30 |
| Unit Model Type PCOS-310B (Rev 106) | |
| 7 | May 08/2010 08:40:30 |
| Unit Serial Number N609315000718 | |
| 8 | May 08/2010 08:40:30 |
| Protective Counter: 29 | |
| 9 | May 08/2010 08:40:30 |
| Software Version: 3.6.16-Ph #2 Thu Feb 4 20:35:58 PHT 2010 | |
| 10 | May 08/2010 08:40:51 |
| Admin chose Utilities Options | |
| 11 | May 08/2010 08:41:00 |
| Admin chose Run Diagnostics. | |
| 12 | May 08/2010 08:51:10 |
| rc(0). SE(52713) rjt(t) | |
| 13 | May 08/2010 08:51:22 |
| Complete Diagnostics finished | |
| 14 | May 08/2010 08:51:49 |
| Admin chose Utilities Options | |
| 15 | May 08/2010 08:52:49 |
| Admin chose to Open Poll | |
| 16 | May 08/2010 08:53:20 |
| SecurityKey Password mismatch. | |
| 17 | May 08/2010 08:53:20 |
| SecurityKey Password mismatch | |
| 18 | May 08/2010 08:53:20 |
| SecurityKey Password accepted | |
| 19 | May 08/2010 08:53:51 |
| SecurityKey Password mismatch. | |
| 20 | May 08/2010 08:53:51 |
| SecurityKey Password accepted. | |
| 21 | May 08/2010 08:54:07 |
| Admin chose to Zero & Open poll | |
| 22 | May 08/2010 08:54:10 |
| Results re-[illegible] | |
| 23 | May 08/2010 08:54:14 |
| Printing 1 copy of INITIALIZATION REPORT tape | |
| 24 | May 08/2010 09:02:[illegible] |
| Administrator declined to print another [illegible] of [illegible] | |
| 25 | [illegible] |

381 | May 10/2010 13:20:54
rc(46023). SE(1). rjt(t).

382 | May 10/2010 13:21:07
Vote cast(# 108).

383 | May 10/2010 13:21:48
Vote cast(# 109).

384 | May 10/2010 13:23:14
Vote cast(# 110).

385 | May 10/2010 13:25:37
Vote cast(# 111).

386 | May 10/2010 13:26.16
rc(46023). SE(1). rjt(t).

387 | May 10/2010 13:26:20
Invalid ballot sequence number (0).

388 | May 10/2010 13:26:27
rc(0). SE(52711). rjt(t).

389 | May 10/2010 13:26:36
rc(46023). SE(1). rjt(t).

390 | May 10/2010 13:26:48
Vote cast(# 112).

391 | May 10/2010 13:27:03
rc(46023). SE(1). rjt(t).

392 | May 10/2010 13:27:04
rc(46023). SE(1). rjt(t).

393 | May 10/2010 13:27:05
rc(46023). SE(1). rjt(t).

394 | May 10/2010 13:27:08
rc(46023). SE(1). rjt(t).

395 | May 10/2010 13:27:21
Vote cast(# 113).

396 | May 10/2010 13:27:41
Vote cast(# 114).

397 | May 10/2010 13:28:04
Vote cast(# 115).

398 | May 10/2010 13:28:29
Vote cast(# 116).

399 | May 10/2010 13:28:47
Vote cast(# 117).

400 | May 10/2010 13:33:34
Vote cast(# 118).

401 | May 10/2010 13:36:13
Vote cast(# 119).

402 | May 10/2010 13:36:33
Multisheet detected.

403 | May 10/2010 13:36:38
rc(70001). SE(2). rjt(t).

404 | May 10/2010 13:36:42
rc(46023). SE(1). rjt(t).

405 | May 10/2010 13:36:53
Over-voted contest detected.

406 | May 10/2010 13:37:01
Vote cast(# 120).

407 | May 10/2010 13:44:25
rc(46023). SE(1). rjt(t).

408 | May 10/2010 13:44:26
rc(46023). SE(1). rjt(t).

409 | May 10/2010 13:44:42
Vote cast(# 121).

410 | May 10/2010 13:44:54
rc(46023). SE(1). rjt(t).

411 | May 10/2010 13:45:07
Vote cast(# 122).

412 | May 10/2010 13:45:31
Vote cast(# 123).

413 | May 10/2010 13:45:42
Over-voted contest detected.

414 | May 10/2010 13:45:50
Vote cast(# 124).

415 | May 10/2010 13:46:12
rc(46023). SE(1). rjt(t).

416 | May 10/2010 13:46:16
Over-voted contest detected.

417 | May 10/2010 13:46:24
Vote cast(# 125).

418 | May 10/2010 13:47:01
Over-voted contest detected.

419 | May 10/2010 13:47:10
Vote cast(# 126).

420 | May 10/2010 13:47:33
rc(46023). SE(1). rjt(t).

421 | May 10/2010 13:47:47
Vote cast(# 127).

422 | May 10/2010 13:48:07
rc(46023). SE(1). rjt(t).

387 | May 10/2010 15:46:22
ReverseBallot: Paper Jam Cleared. Proceeding...

388 | May 10/2010 15:46:22
rc(46023). SE(1). rjt(t).

389 | May 10/2010 15:46:45
Vote cast(# 166).

390 | May 10/2010 19:21:01
Administrator key for 'Username' detected.

391 | May 10/2010 19:21:01
Administrative Key inserted

392 | May 10/2010 19:21:05
Admin chose to Close Poll

393 | May 10/2010 19:21:05
Confirmation needed to close poll.

394 | May 10/2010 19:21:33
SecurityKey Password mismatch.

395 | May 10/2010 19:21:33
SecurityKey Password mismatch.

396 | May 10/2010 19:21:33
SecurityKey Password accepted.

397 | May 10/2010 19:21:48
SecurityKey Password mismatch.

398 | May 10/2010 19:21:48
SecurityKey Password accepted.

399 | May 10/2010 19:21:51
Passwords accepted.

400 | May 10/2010 19:21:51
Admin chose to Close the Poll

401 | May 10/2010 19:22:15
Printing 8 copies of NATIONAL RETURNS tape

402 | May 10/2010 19:30:07
Administrator declined to print another copy of TAPE.

403 | May 10/2010 19:30:07
Printing 8 copies of LOCAL RETURNS tape

404 | May 10/2010 19:36:43
Administrator chose to print another copy of TAPE.

405 | May 10/2010 19:37:16
Administrator chose to print another copy of TAPE.

406 | May 10/2010 19:38:36
Administrator declined to print another copy of TAPE.

407 | May 10/2010 19:38:36
Generating EML results file

408 | May 10/2010 19:38:48
No BEI keys with which to sign results.

409 | May 10/2010 19:41:08
Transmitting reports to 'MBOC: 7805000'

410 | May 10/2010 19:41:08
About to transmit file '/cflash/ResTrans' (17565 bytes)

411 | May 10/2010 19:41:24
Unsuccessful transmission of '/cflash/ResTrans' on retry 1/3, rc=1009

412 | May 10/2010 19:41:40
Unsuccessful transmission of '/cflash/ResTrans' on retry 2/3, rc=1009

413 | May 10/2010 19:41:57
Unsuccessful transmission of '/cflash/ResTrans' on retry 3/3, rc=1009

414 | May 10/2010 19:41:57
Unsuccessful transmission to 'MBOC: 7805000'

415 | May 10/2010 19:42:29
Transmitting reports to 'MBOC: 7805000'

416 | May 10/2010 19:42:29
About to transmit file '/cflash/ResTrans' (17565 bytes)

417 | May 10/2010 19:42:45
Unsuccessful transmission of '/cflash/ResTrans' on retry

366 | [illegible]
Vote cast(# [illegible]).

367 | May 10/2010 [illegible]
Vote cast(# [illegible]).

368 | May 10/2010 [illegible]
Multisheet detected.

369 | May 10/2010 [illegible]
rc(70001). SE[illegible]

370 | May 10/2010 [illegible]
rc(46023[illegible]

371 | May 10/2010 [illegible]
Vote cast(# [illegible]).

372 | May 10/2010 [illegible]
Vote cast(# [illegible]).

373 | May [illegible]
Vote cast(# [illegible]).

374 | [illegible]
Vote cast(# [illegible]).

375 | May [illegible]
Vote cast(# [illegible]).

376 | May [illegible]
Vote cast(# [illegible]).

377 | May [illegible]
Vote cast(# [illegible]).

378 | May [illegible]
Vote cast(# [illegible]).

379 | May [illegible]
Vote cast(# [illegible]).

380 | May 10/2010 [illegible]
Invalid ballot sequence number (3457).

381 | May 10/2010 [illegible]

Vote cast(# 165).

380 | May 10/2010 12:07:07
Invalid ballot sequence number (3457).

381 | May 10/2010 12:07:14
rc(0). SE(52711). rjt(t).

382 | May 10/2010 12:07:29
Vote cast(# 166).

383 | May 10/2010 12:08:02
Vote cast(# 167).

384 | May 10/2010 12:09:06
Vote cast(# 168).

385 | May 10/2010 12:10:52
Vote cast(# 169).

386 | May 10/2010 12:16:16
rc(46023). SE(1). rjt(t).

387 | May 10/2010 12:16:20
Invalid ballot sequence number (0).

388 | May 10/2010 12:16:28
rc(0). SE(52711). rjt(t).

389 | May 10/2010 12:16:47
Vote cast(# 170).

390 | May 10/2010 12:17:07
Over-voted contest detected.

391 | May 10/2010 12:17:16
Vote cast(# 171).

392 | May 10/2010 12:18:15
rc(46023). SE(1). rjt(t).

393 | May 10/2010 12:18:19
Invalid ballot sequence number (3250).

394 | May 10/2010 12:18:26
rc(0). SE(52711). rjt(t).

395 | May 10/2010 12:18:50
Vote cast(# 172).

396 | May 10/2010 12:19:21
Vote cast(# 173).

397 | May 10/2010 12:19:52
Vote cast(# 174).

398 | May 10/2010 12:20:31
Vote cast(# 175).

399 | May 10/2010 12:20:43
rc(46023). SE(1). rjt(t).

400 | May 10/2010 12:20:57
Vote cast(# 176).

401 | May 10/2010 12:21:11
rc(46023). SE(1). rjt(t).

402 | May 10/2010 12:21:23
Vote cast(# 177).

JOELIBETH S. ARANGA-ONG
ELECTION OFFICER II

```
422    May 10/2010 13:48:07
rc(48023), SE(1), rjt(t).
423    May 10/2010 13:48:09
rc(48023), SE(1), rjt(t).
424    May 10/2010 13:48:11
rc(48023), SE(1), rjt(t).
425    May 10/2010 13:48:13
rc(48023), SE(1), rjt(t).
426    May 10/2010 13:48:16
rc(48023), SE(1), rjt(t).
427    May 10/2010 13:48:35
Vote cast(# 128).
428    May 10/2010 13:48:53
Vote cast(# 129).
429    May 10/2010 13:49:02
rc(48023), SE(1), rjt(t).
430    May 10/2010 13:49:04
rc(48023), SE(1), rjt(t).
431    May 10/2010 13:49:05
rc(48023), SE(1), rjt(t).
432    May 10/2010 13:49:06
rc(48023), SE(1), rjt(t).
433    May 10/2010 13:49:22
Vote cast(# 130).
434    May 10/2010 13:49:46
Multisheet detected.
435    May 10/2010 13:49:51
rc(70001), SE(2), rjt(t).
436    May 10/2010 13:50:07
Vote cast(# 131).
437    May 10/2010 13:51:40
Vote cast(# 132).
438    May 10/2010 14:00:10
Vote cast(# 133).
439    May 10/2010 14:04:38
Over-voted contest detected.
440    May 10/2010 14:04:44
Vote cast(# 34).
441    May 10/2010 14:07:16
Vote cast(# 135).
442    May 10/2010 14:10:14
Vote cast(# 136).
443    May 10/2010 14:10:45
Vote cast(# 137).
444    May 10/2010 14:10:59
rc(48023), SE(1), rjt(t).
445    May 10/2010 14:11:03
Over-voted contest detected.
446    May 10/2010 14:11:11
Vote cast(# 138).
447    May 10/2010 14:11:41
Vote cast(# 139).
448    May 10/2010 14:12:07
Vote cast(# 140).
449    May 10/2010 14:12:41
Vote cast(# 141).
450    May 10/2010 14:13:04
Vote cast(# 142).
451    May 10/2010 14:13:27
Vote cast(# 143).
452    May 10/2010 14:13:41
rc(48023), SE(1), rjt(t).
453    May 10/2010 14:13:54
Vote cast(# 144).
454    May 10/2010 14:19:03
Invalid ballot sequence number
(0).
455    May 10/2010 14:19:11
rc(0), SE(52511), rjt(t).
456    May 10/2010 14:19:41
Over-voted contest detected.
457    May 10/2010 14:19:49
Vote cast(# 145).
458    May 10/2010 14:20:08
rc(48023), SE(1), rjt(t).
459    May 10/2010 14:20:15
Over-voted contest detected.
460    May 10/2010 14:20:23
Vote cast(# 146).
461    May 10/2010 14:20:51
Vote cast(# 147).
462    May 10/2010 14:21:07
Over-voted contest detected.
463    May 10/2010 14:21:15
Vote cast(# 148).
```

```
...    May 10/2010 19:43:02
Unsuccessful transmission of
'/cflash/ResTrans' on retry
2/3, rc=1009
419    May 10/2010 19:43:18
Unsuccessful transmission of
'/cflash/ResTrans' on retry
3/3, rc=1009
420    May 10/2010 19:43:18
Unsuccessful transmission to
'HBOC: 7805000'
421    May 10/2010 19:44:57
Transmitting reports to 'HBOC:
7805000'
422    May 10/2010 19:44:57
About to transmit file
'/cflash/ResTrans' (17565
bytes)
423    May 10/2010 19:45:13
Unsuccessful transmission of
'/cflash/ResTrans' on retry
1/3, rc=1009
424    May 10/2010 19:45:30
Unsuccessful transmission of
'/cflash/ResTrans' on retry
2/3, rc=1009
425    May 10/2010 19:45:47
Unsuccessful transmission of
'/cflash/ResTrans' on retry
3/3, rc=1009
426    May 10/2010 19:45:47
Unsuccessful transmission to
'HBOC: 7805000'
427    May 10/2010 19:46:50
Admin chose to skip
transmitting to 'HBOC:
7805000'
428    May 10/2010 19:47:00
Transmitting reports to
Central Server'
429    May 10/2010 19:47:00
About to transmit file
'/cflash/ResTrans' (17565
bytes)
430    May 10/2010 19:47:16
Unsuccessful transmission of
'/cflash/ResTrans' on retry
1/3, rc=1009
431    May 10/2010 19:47:33
Unsuccessful transmission of
'/cflash/ResTrans' on retry
2/3, rc=1009
432    May 10/2010 19:47:49
Unsuccessful transmission of
'/cflash/ResTrans' on retry
3/3, rc=1009
433    May 10/2010 19:47:49
Unsuccessful transmission to
'Central Server'
434    May 10/2010 19:49:34
Admin chose to skip
transmitting to 'Central
Server'
435    May 10/2010 19:49:43
Transmitting reports to 'KBP
Parties Citizen'
436    May 10/2010 19:49:43
About to transmit file
'/cflash/ResTrans' (17565
bytes)
437    May 10/2010 19:49:58
Unsuccessful transmission of
'/cflash/ResTrans' on retry
1/3, rc=1009
438    May 10/2010 19:50:16
Unsuccessful transmission of
'/cflash/ResTrans' on retry
2/3, rc=1009
439    May 10/2010 19:50:33
Unsuccessful transmission of
'/cflash/ResTrans' on retry
3/3, rc=1009
440    May 10/2010 19:50:33
Unsuccessful transmission to
'KBP Parties Citizen'
441    May 10/2010 19:50:38
Admin chose to skip
transmitting to 'KBP Parties
Citizen'
```

```
403    May 10/2010 12:21:58
Vote cast(# 178).
404    May 10/2010 12:22:28
Vote cast(# 179).
405    May 10/2010 12:22:33
rc(48023), SE(1), rjt(t).
406    May 10/2010 12:22:34
rc(48023), SE(1), rjt(t).
407    May 10/2010 12:23:51
Invalid ballot sequence number
(0).
408    May 10/2010 12:23:58
rc(0), SE(52711), rjt(t).
409    May 10/2010 12:24:35
Vote cast(# 180).
410    May 10/2010 12:24:51
Over-voted contest detected.
411    May 10/2010 12:24:59
Vote cast(# 181).
412    May 10/2010 12:25:20
Vote cast(# 182).
413    May 10/2010 12:25:35
rc(48023), SE(1), rjt(t).
414    May 10/2010 12:25:38
rc(48023), SE(1), rjt(t).
415    May 10/2010 12:25:49
Vote cast(# 183).
416    May 10/2010 12:26:40
rc(48023), SE(1), rjt(t).
417    May 10/2010 12:26:45
Ambiguous marks detected
418    May 10/2010 12:26:53
rc(0), SE(52705), rjt(t).
419    May 10/2010 12:27:27
rc(48023), SE(1), rjt(t).
420    May 10/2010 12:27:39
Vote cast(# 184).
421    May 10/2010 12:29:38
rc(48023), SE(1), rjt(t).
422    May 10/2010 12:29:31
rc(48023), SE(1), rjt(t).
423    May 10/2010 12:29:45
Vote cast(# 185).
424    May 10/2010 12:31:51
Vote cast(# 186).
425    May 10/2010 12:34:33
Vote cast(# 187).
426    May 10/2010 12:34:52
Invalid ballot sequence number
(1).
427    May 10/2010 12:34:59
rc(0), SE(52711), rjt(t).
428    May 10/2010 12:35:29
Vote cast(# 188).
429    May 10/2010 12:37:03
Over-voted contest detected.
430    May 10/2010 12:37:12
Vote cast(# 189).
431    May 10/2010 12:43:23
Vote cast(# 190).
432    May 10/2010 12:56:54
Vote cast(# 191).
433    May 10/2010 13:03:21
Vote cast(# 192).
434    May 10/2010 13:04:51
Invalid ballot sequence number
(0).
435    May 10/2010 13:05:00
rc(0), SE(52711), rjt(t).
436    May 10/2010 13:06:31
Vote cast(# 193).
437    May 10/2010 13:07:00
Vote cast(# 194).
438    May 10/2010 13:07:19
Vote cast(# 195).
439    May 10/2010 13:07:33
Invalid ballot sequence number
(12272).
440    May 10/2010 13:07:40
rc(0), SE(52711), rjt(t).
441    May 10/2010 13:07:59
Vote cast(# 196).
442    May 10/2010 13:08:23
Vote cast(# 197).
443    May 10/2010 13:08:06
```

JOELIBETH S. TARANGA-ONG
ELECTION OFFICER II

Vote cast(# 148).
464 | May 10/2010 14:36:13
ForwardBallot: Paper Jam
Cleared. Proceeding.
465 | May 10/2010 14:36:13
Vote cast(# 149).
466 | May 10/2010 14:36:52
Vote cast(# 150).
467 | May 10/2010 14:37:55
Invalid ballot sequence number
(0).
468 | May 10/2010 14:38:02
rc(0). SE(527)1). rjt(t).
469 | May 10/2010 14:42:41
Duplicate sequence number
10726 for ballot 7805003
470 | May 10/2010 14:42:49
rc(0). SE(70006). rjt(t).
471 | May 10/2010 14:49:44
Invalid ballot sequence number
(0).
472 | May 10/2010 14:49:52
rc(0). SE(527)1). rjt(t).
473 | May 10/2010 14:52:31
Vote cast(# 151).
474 | May 10/2010 14:52:53
Vote cast(# 152).
475 | May 10/2010 14:53:24
Vote cast(# 153).
476 | May 10/2010 14:53:50
Vote cast(# 154).
477 | May 10/2010 14:54:17
Vote cast(# 155).
478 | May 10/2010 14:54:40
Vote cast(# 156).
479 | May 10/2010 14:56:16
Over-voted contest detected.
480 | May 10/2010 14:56:24
Vote cast(# 157).
481 | May 10/2010 14:56:58
Vote cast(# 158).
482 | May 10/2010 14:57:27
Vote cast(# 159).
483 | May 10/2010 14:58:43
Over-voted contest detected.
484 | May 10/2010 14:58:51
Vote cast(# 160).
485 | May 10/2010 14:59:16
Vote cast(# 161).
486 | May 10/2010 14:59:26
rc(46023). SE(1). rjt(t).
487 | May 10/2010 14:59:39
Vote cast(# 162).
488 | May 10/2010 15:00:13
Vote cast(# 163).
489 | May 10/2010 15:01:32
Over-voted contest detected.
490 | May 10/2010 15:01:40
Vote cast(# 164).
491 | May 10/2010 15:15:23
Vote cast(# 165).
492 | May 10/2010 15:15:47
rc(46023). SE(1). rjt(t).
493 | May 10/2010 15:15:53
Over-voted contest detected.
494 | May 10/2010 15:18:01
Vote cast(# 166).
495 | May 10/2010 15:17:13
Ambiguous marks detected
496 | May 10/2010 15:17:20
rc(0). SE(5205). rjt(t).
497 | May 10/2010 15:22:42
Vote cast(# 167).
498 | May 10/2010 15:22:50
rc(46023). SE(1). rjt(t).
499 | May 10/2010 15:22:51
rc(46023). SE(1). rjt(t).
500 | May 10/2010 15:22:52
rc(46023). SE(1). rjt(t).
501 | May 10/2010 15:23:05
Vote cast(# 168).
502 | May 10/2010 15:23:33
Vote cast(# 169).
503 | May 10/2010 15:23:52
Ambiguous marks detected
504 | May 10/2010 15:24:00

transmitting to kbp parties
Citizen'
442 | May 10/2010 19:50:38
Finished transmitting results:
0 successful transmissions for
3 servers
443 | May 10/2010 19:51:37
Admin chose Print Reports
Options
444 | May 10/2010 19:52:16
Printing 22 copies of NATIONAL
RETURNS tape
445 | May 10/2010 20:19:32
Administrator chose to print
another copy of NATIONAL
RETURNS.
446 | May 10/2010 20:21:02
Administrator declined to
print another copy of NATIONAL
RETURNS.
447 | May 10/2010 20:21:27
Admin chose Print Reports
Options
448 | May 10/2010 20:21:44
Printing 22 copies of LOCAL
RETURNS tape
449 | May 10/2010 20:29:43
Administrator declined to
print another copy of LOCAL
RETURNS.
450 | May 10/2010 20:33:43
Admin chose Print Reports
Options
451 | May 10/2010 20:34:56
Printing 1 copy of STATISTICS
REPORT tape
452 | May 10/2010 20:34:59
Printing Statistics tape
453 | May 10/2010 20:35:58
Administrator chose to print
another copy of TAPE.
454 | May 10/2010 20:36:02
Printing Statistics tape
455 | May 10/2010 20:36:33
Administrator declined to
print another copy of TAPE.
456 | May 10/2010 20:36:37
Admin chose Print Reports
Options
457 | May 10/2010 20:36:48
Printing 1 copy of AUDIT LOG
tape

Serial No.N622V93000318

Mon May 10 20:39:01 2010



JOELIBETH S. ARANGA-ONG
ELECTION OFFICER II

462 | May 10/2010 13:32:39
Vote cast(# 208).
463 | May 10/2010 13:33:04
Vote cast(# 209).
464 | May 10/2010 13:33:32
Vote cast(# 210).
465 | May 10/2010 13:33:56
Vote cast(# 211).
466 | May 10/2010 13:34:04
Over-voted contest detected.
467 | May 10/2010 13:34:04
Vote cast(# 212).
468 | May 10/2010 13:37:18
Vote cast(# 213).
469 | May 10/2010 13:37:51
rc(46023). SE(1). rjt(t).
470 | May 10/2010 13:38:10
Blank ballot detected.
471 | May 10/2010 13:38:18
Vote cast(# 214).
472 | May 10/2010 13:39:54
Vote cast(# 215).
473 | May 10/2010 13:40:28
Over-voted contest detected.
474 | May 10/2010 13:40:36
Vote cast(# 216).
475 | May 10/2010 13:43:33
Multisheet detected.
476 | May 10/2010 13:43:38
rc(70001). SE(2). rjt(t).
477 | May 10/2010 13:43:42
Scan: Cropping of ballot image
from the scanned image error
(S1201).
478 | May 10/2010 13:43:49
rc(0). SE(527)1). rjt(t).
479 | May 10/2010 13:44:20
Vote cast(# 217).
480 | May 10/2010 13:45:53
rc(46023). SE(1). rjt(t).
481 | May 10/2010 13:46:06
Vote cast(# 218).
482 | May 10/2010 13:49:41
Vote cast(# 219).
483 | May 10/2010 13:50:18
Vote cast(# 220).
484 | May 10/2010 13:52:12
rc(0). SE(527)1). rjt(t).
485 | May 10/2010 13:52:32
Vote cast(# 221).
486 | May 10/2010 13:53:02
Vote cast(# 222).
487 | May 10/2010 13:53:29
Vote cast(# 223).
488 | May 10/2010 13:54:24
Vote cast(# 224).
489 | May 10/2010 13:54:37
Multisheet detected.
490 | May 10/2010 13:54:41
rc(70001). SE(1). rjt(t).
491 | May 10/2010 13:54:44
Multisheet detected.
492 | May 10/2010 13:54:48
rc(70001). SE(2). rjt(t).
493 | May 10/2010 13:54:51
Multisheet detected.
494 | May 10/2010 13:54:55
rc(70001). SE(1). rjt(t).
495 | May 10/2010 13:54:58
Multisheet detected.
496 | May 10/2010 13:55:03
Possible jam with Ballot Id 0.
497 | May 10/2010 13:56:09
ReverseBallot: Paper Jam
Cleared. Proceeding...
498 | May 10/2010 13:56:09
rc(70001). SE(2). rjt(t).
499 | May 10/2010 13:56:16
Multisheet detected.
500 | May 10/2010 13:58:21
Possible jam with Ballot Id 0.
501 | May 10/2010 13:56:30
ReverseBallot: Paper Jam
Cleared. Proceeding...
502 | May 10/2010 13:56:37



# May 10, 2010 National and Local Elections
## Print Logs

The print logs allows you to visualize and print the messages that have been registered in the event log of the system.

| NÂ° | Code | Date | User | Description |
|---|---|---|---|---|
| 1 | 13374877 | 2010-05-11 14:24:02:0 | | Consolidated Report successfully created |
| 2 | 13374876 | 2010-05-11 14:14:41:0 | usr1346 | [Server: 127.0.0.1] Certificates of Canvass and Proclamation emission: "CULABA Municipal Board of Canvassers", Login: usr1346, Deliberative organism: 1019983, "MAYOR and VICE-MAYOR CULABA - BILIRAN", Election Return number: 2 |
| 3 | 13374875 | 2010-05-11 14:01:32:0 | usr1346 | [Server: 127.0.0.1] Certificate of Canvass and Proclamation: "CULABA Municipal Board of Canvassers", Login: usr1346, Contest: 1078059, "MEMBER, SANGGUNIANG BAYAN of BILIRAN - CULABA ...", Election Return number: 1 |
| 4 | 13374874 | 2010-05-11 13:50:12:0 | usr1346 | Login OK - usr1346 - "CULABA Municipal Board of Canvassers" - Canvass Profile Mun - IP-client: 127.0.0.1 - Region: "CULABA" |
| 5 | 13374873 | 2010-05-11 12:45:00:0 | | Consolidated Report successfully created |
| 6 | 13374872 | 2010-05-11 12:36:54:0 | usr1346 | Login OK - usr1346 - "CULABA Municipal Board of Canvassers" - Canvass Profile Mun - IP-client: 127.0.0.1 - Region: "CULABA" |
| 7 | 13374871 | 2010-05-11 11:34:06:0 | | Consolidated Report successfully created |
| 8 | 13374870 | 2010-05-11 11:30:27:0 | usr1346 | Login OK - usr1346 - "CULABA Municipal Board of Canvassers" - Canvass Profile Mun - IP-client: 127.0.0.1 - Region: "CULABA" |
| 9 | 13374869 | 2010-05-11 10:30:20:0 | | Consolidated Report successfully created |
| 10 | 13374868 | 2010-05-11 10:16:44:0 | usr1346 | Login OK - usr1346 - "CULABA Municipal Board of Canvassers" - Canvass Profile Mun - IP-client: 127.0.0.1 - Region: "CULABA" |
| 11 | 13374867 | 2010-05-11 09:25:30:0 | | Consolidated Report successfully created |
| 12 | 13374866 | 2010-05-11 09:19:14:0 | usr1346 | [Server: 127.0.0.1] Certificate of Canvass emission: "CULABA Municipal Board of Canvassers", Login: usr1346, Contest: 1049305, "MEMBER, SANGGUNIANG BAYAN of BILIRAN - CULABA ...", Election Return number: 22 |
| 13 | 13374865 | 2010-05-11 | usr1346 | [Server: 127.0.0.1] Certificate of Canvass emission: "CULABA Municipal Board of Canvassers", Login: usr1346, Contest: 1049278, "VICE-MAYOR of BILIRAN - CULABA", Election Return number: 21 |

... ... emission: "CULABA Municipal Board of Canvassers", Login: usr1346, Contest: 1049268 "MAYOR of ...

| 800 | | | Successfully processed the information from tally numbered [7805002.478009.0] from the device [] from the Ip [127.0.0.1] |
| 801 | 13374077 | 2010-05-10 23:29:10.0 | Successfully processed the information from tally numbered [7805002.778009.0] from the device [] from the Ip [127.0.0.1] |
| 802 | 13374076 | 2010-05-10 23:29:08.0 | Successfully processed the information from tally numbered [7805002.1199001.0] from the device [] from the Ip [127.0.0.1] |
| 803 | 13374075 | 2010-05-10 23:29:01.0 | Successfully processed the information from tally numbered [7805002.399001.0] from the device [] from the Ip [127.0.0.1] |
| 804 | 13374074 | 2010-05-10 23:25:39.0 | Successfully processed the information from tally numbered [7805002.299001.0] from the device [] from the Ip [127.0.0.1] |
| 805 | 13374073 | 2010-05-10 23:29:09.0 | Successfully processed the information from tally numbered [7805002.199001.0] from the device [] from the Ip [127.0.0.1] |
| 806 | 13374072 | 2010-05-10 23:25:40.0 | The EML Data from 10.12.3.143 was successfully imported. |
| 807 | 13374071 | 2010-05-10 23:25:03.0 | Received 17,565 bytes from 10.12.3.143 |
| 808 | 13374070 | 2010-05-10 23:23:73.0 | Received a PCOS Connection attemp from 10.12.3.143 |
| 809 | 13374069 | 2010-05-10 23:27:76.0 | Received a PCOS Connection attemp from 10.15.29.126 |
| 810 | 13374068 | 2010-05-10 23:03:10.0 | Successfully processed the information from tally numbered [7805005.1078059.0] from the device [] from the Ip [127.0.0.1] |
| 811 | 13374067 | 2010-05-10 23:03:09.0 | Successfully processed the information from tally numbered [7805005.978059.0] from the device [] from the Ip [127.0.0.1] |
| 812 | 13374066 | 2010-05-10 23:03:09.0 | Successfully processed the information from tally numbered [7805005.878059.0] from the device [] from the Ip [127.0.0.1] |
| 813 | 13374065 | 2010-05-10 23:03:08.0 | Successfully processed the information from tally numbered [7805005.678002.0] from the device [] from the Ip [127.0.0.1] |
| 814 | 13374064 | 2010-05-10 23:03:08.0 | Successfully processed the information from tally numbered [7805005.578009.0] from the device [] from the Ip [127.0.0.1] |
| 815 | 13374063 | 2010-05-10 23:03:07.0 | Successfully processed the information from tally numbered [7805005.478009.0] from the device [] from the Ip [127.0.0.1] |
| 816 | 13374062 | 2010-05-10 23:03:01.0 | Successfully processed the information from tally numbered [7805005.778009.0] from the device [] from the Ip [127.0.0.1] |
| 817 | 13374061 | 2010-05-10 23:03:10.0 | Successfully processed the information from tally numbered [7805005.1199001.0] from the device [] from the Ip [127.0.0.1] |

JOELIBETH S. MARANGA - ONG
ELECTION OFFICER II

**APP1003**

| 788 | 13374090 | 2010-05-10 21:49:55.0 | A tally has been processed from device [] from Ip [127.0.0.1] that returns identical to one previously received for the same poll book and contest has been processed. The received Election Return number is [7805002.299001.0] |
| 789 | 13374091 | 2010-05-10 21:49:52.0 | A tally has been processed from device [] from Ip [127.0.0.1] that returns identical to one previously received for the same poll book and contest has been processed. The received Election Return number is [7805002.199001.0] |
| 790 | 13374088 | 2010-05-10 21:48:42.0 | The EML Data from 10.12.3.143 was successfully imported. |
| 791 | 13374087 | 2010-05-10 21:48:10.0 | Received 17,565 bytes from 10.12.3.143 |
| 792 | 13374086 | 2010-05-10 21:44:48.0 | Received a PCOS Connection attemp from 10.12.3.143 |
| 793 | 13374085 | 2010-05-10 23:37:50.0 | There was a error triying to import the EML Data |
| 794 | 13374084 | 2010-05-10 23:37:44.0 | Received a PCOS Connection attemp from 10.15.29.126 |
| 795 | 13374083 | 2010-05-10 23:25:13.0 | Successfully processed the information from tally numbered [7805002.1078059.0] from the device [] from the Ip [127.0.0.1] |
| 796 | 13374082 | 2010-05-10 23:25:12.0 | Successfully processed the information from tally numbered [7805002.978059.0] from the device [] from the Ip [127.0.0.1] |
| 797 | 13374081 | 2010-05-10 23:25:12.0 | Successfully processed the information from tally numbered [7805002.878059.0] from the device [] from the Ip [127.0.0.1] |
| 798 | 13374080 | 2010-05-10 23:25:11.0 | Successfully processed the information from tally numbered [7805002.678002.0] from the device [] from the Ip [127.0.0.1] |
| 799 | 13374079 | 2010-05-10 23:25:11.0 | Successfully processed the information from tally numbered [7805002.578009.0] from the device [] from the Ip [127.0.0.1] |
| 800 | 13374078 | 2010-05-10 23:25:10.0 | Successfully processed the information from tally numbered [7805002.478009.0] from the device [] from the Ip [127.0.0.1] |
| 801 | 13374077 | 2010-05-10 23:25:06.0 | Successfully processed the information from tally numbered [7805002.778009.0] from the device [] from the Ip [127.0.0.1] |
| 802 | 13374076 | 2010-05-10 23:25:02.0 | Successfully processed the information from tally numbered [7805002.1199001.0] from the device [] from the Ip [127.0.0.1] |
| 803 | 13374075 | 2010-05-10 23:25:01.0 | Successfully processed the information from tally numbered [7805002.399001.0] from the device [] from the Ip [127.0.0.1] |
| 804 | 13374074 | 2010-05-10 23:25:00.0 | Successfully processed the information from tally numbered [7805002.299001.0] from the device [] from the Ip [127.0.0.1] |

JOELIBETH S. MARANGA–ONG
ELECTION OFFICER II

**APP1004**

| '73 | 13374105 | 2010-05-10 23:53:44 0 | | A tally has been processed from device [] from Ip [127.0.0.1] that returns identical to one previously received for the same poll book and contest has been processed. The received Election Return number is [7805011.099001.0] |
| '74 | 13374104 | 2010-05-10 23:53:44 0 | | A tally has been processed from device [] from Ip [127.0.0.1] that returns identical to one previously received for the same poll book and contest has been processed. The received Election Return number is [7805011.299001.0] |
| '75 | 13374103 | 2010-05-10 23:53:44 0 | | A tally has been processed from device [] from Ip [127.0.0.1] that returns identical to one previously received for the same poll book and contest has been processed. The received Election Return number is [7805011.199001.0] |
| '76 | 13374102 | 2010-05-10 23:53:43 0 | | The EML Data from 10.11.19.202 was successfully imported. |
| '77 | 13374101 | 2010-05-10 23:53:44 0 | | Received 17,629 bytes from 10.11.19.202 |
| '78 | 13374100 | 2010-05-10 23:51:00 0 | | Received a PCOS Connection attemp from 10.11.19.202 |
| '79 | 13374099 | 2010-05-10 23:49:15 0 | | A tally has been processed from device [] from Ip [127.0.0.1] that returns identical to one previously received for the same poll book and contest has been processed. The received Election Return number is [7805002.1078059.0] |
| '80 | 13374098 | 2010-05-10 23:49:15 0 | | A tally has been processed from device [] from Ip [127.0.0.1] that returns identical to one previously received for the same poll book and contest has been processed. The received Election Return number is [7805002.978059.0] |
| '81 | 13374097 | 2010-05-10 23:49:14 0 | | A tally has been processed from device [] from Ip [127.0.0.1] that returns identical to one previously received for the same poll book and contest has been processed. The received Election Return number is [7805002.878059.0] |
| '82 | 13374096 | 2010-05-10 23:49:14 0 | | A tally has been processed from device [] from Ip [127.0.0.1] that returns identical to one previously received for the same poll book and contest has been processed. The received Election Return number is [7805002.678002.0] |
| '83 | 13374095 | 2010-05-10 23:49:14 0 | | A tally has been processed from device [] from Ip [127.0.0.1] that returns identical to one previously received for the same poll book and contest has been processed. The received Election Return number is [7805002.578009.0] |
| '84 | 13374094 | 2010-05-10 23:49:14 0 | | A tally has been processed from device [] from Ip [127.0.0.1] that returns identical to one previously received for the same poll book and contest has been processed. The received Election Return number is [7805002.478009.0] |
| 85 | 13374093 | 2010-05-10 23:49:13 0 | | A tally has been processed from device [] from Ip [127.0.0.1] that returns identical to one previously received for the same poll book and contest has been processed. The received Election Return number is [7805002.778009.0] |
| 86 | 13374092 | 2010-05-10 23:49:13 0 | | A tally has been processed from device [] from Ip [127.0.0.1] that returns identical to one previously received for the same poll book and contest has been processed. The received Election Return number is [7805002.1199001.0] |
| 87 | 13374091 | 2010-05-10 23:49:13 0 | | A tally has been processed from device [] from Ip [127.0.0.1] that returns identical to one previously received for the same poll book and contest has been processed. The received Election Return number is [7805002.399001.0] |

JOELIBETH S. NARANGA  ONG
ELECTION OFFICER II

age 18 of 23                              11/May/2010 02 37 PM                              (Seal)

1273559854600 Print Logs

"MINUTES OF THE PROCEEDINGS OF THE MUNICIPAL BOARD OF CANVASSERS (MBOC) ON THE SYNCHRONIZED NATIONAL AND LOCAL ELECTIONS HELD AT THE CULABA LEGISLATIVE BUILDING ON MAY 10, 2010"

The Municipal Board of Canvassers (MBOC) convened at exactly 12:00 o'clock noon May 10, 2010 at the Legislative Building of the Municipality of Culaba.

PRESENT:

1. Marietta C. Ventulan ------------------------ Chairman
2. John Fedil P. Pascubillo---------------------- Vice Chairman
3. Aniceta M. Ocheña --------------------------- Member/secretary
4. Engr. Joel Dalumpines ----------------------- CCS Operator
5. Jorge Fabon ---------------------------------- RC 6
6. Venancio C. Sumayod ------------------------ Watcher PPCRV
7. Fairlady Osorio ------------------------------- NP Lead Counsel
8. Elisa C. Gurrea ------------------------------- NP Legal Counsel
9. Evelyn B. Bonachita -------------------------- Support Staff
10. Victor A. Florida, Sr. ------------------------- Watcher NP
11. Catalina Lanzarrote ------------------------- Watcher for Bonita Orbong , Ind. Candidate
12. Atty. Tarcelo Sabarre ---------------------- LAKAS-KAMPI-CMD Legal Counsel
13. Exzal J. Padecio ------------------------------ MBOC Secretary

CERTIFIED TRUE COPY

The MBOC undertook the initialization report activity by opening the box and checking its contents according to what are contained on the list. The chairman read the ground rules on the said activity. At 12:25 P.M. the printing of the initialization report with 24 pages was undertaken by the MBOC. After finding out that things were in order, the members of the MBOC and the watcher of the different political parties signed the said report. The chairman declared a recess at 2:00 P.M. and instructed the members to be back at 5:30 P.M.

At exactly 5:30 P.M. the MBOC convened. The chairman instructed the secretary to reflect in the minutes that the vice chairman was still not around when the MBOC reconvened. However, the vice chairman arrived in just about a few minutes; thus making the board complete. The board waited until 7:00 P.M. when transmission of election results was suppose to start. Since not a single transmission ever took place yet, the chairman declared a break at 7:05 P.M. for the members to eat their dinner. The board resumed business at 7:14 P.M. It continued to wait for the transmission that took place with the following chronology:





- **7:41** Precinct No. 40A and 41A-Barangay Salvacion
- **9:06** Precinct No. 44A,44B,46A,46B,&51A-Barangay Virginia

While waiting the transmission from the other precincts, the MBOC, upon the request of the representatives from the different political parties, read or examined the results from the transmission. This procedure was adopted all throughout the entire proceedings.

- **10:34** Precinct No. 24A,25A,26A&26B- Barangay Looc
- **11:02** Precinct No. 44A,44B,46A,46B,51A- Barangay Virginia (Pob.)
- **11:03** Precinct No. 12A,13A,13B,14A&15A – Baranagy Bool East
- **11:25** Precinct No. 6A – Barangay Bacolod
- **12:18** Precinct No. 7A,8A&9A – Barangay Binongto-an
- **1:00**  Precinct No. 42A&43A – Barangay San Roque (Not Transmitted)
- **1:09**  Precinct No. 22A&23A – Barangay Habuhab (Not Transmitted)
- **1:10** Precinct No. 10A,10B,11A – Barangay Bool Central
- **1:56** Precinct No. 16A,16B,17A &18A – Barangay Bool West
- **1:57** Precinct No. 1A,1B,2A &2B – Barangay Poblacion
- **2:17** Precinct No. 27A,28A,29A30A,31A,31B &32A – Barangay Marvel
- **2:34** Precinct No. 21A &21B – Barangay Guindapunan (Not Transmitted)
- **2:53** Precinct No. 33A,34A,35A – Barangay Patag (Not Transmitted)
- **4:07** Precinct No. 19A & 20A – Barangay Calipayan (Not Transmitted)
- **7:14** Precinct No. 3A,4A,5A – Barangay Acaban (Not Transmitted)
- **9:15**  Precinct  No.  36A,36B,37A,38A,38B  &39A  –  Barangay  Pinamihagan  (Not Transmitted)

Of the eighteen (18) precincts in the entire municipality of Culaba only seven (7) election results were not successfully transmitted thru the PCOS machine due to some technical problems (Please see attached copy of MBOC Log Sheet). However, the said results were safely brought to the MBOC which were successfully read by the card reader provided to the MBOC by the COMELEC.

Immediately after the last results had from Barangay Pinamihagan had been submitted, the MBOC,thru the CCS operator started to generate the needed election returns. At 10:20 A.M., May 11, 2010, the MBOC again, thru the CCS Operator ,transmitted the results to the Provincial  Board of Canvassers (PBOC). At 10:45 A.M. the chairman announced the initial results that every candidate garnered from the president down to the local positions. After the announcement, the chairman informed the winning candidates that the board will generate another 22 copies of the COCs in addition to first 8 copies it previously generated. At 12:25 the chairman of the board declared a lunch break.





The board resumed session at 12:55 P.M. At 2:49 P.M. the MBOC,thru its chairman, proclaimed the winning candidates for the municipal positions. The first to be proclaimed were the municipal mayor and vice mayor. The statement of votes for each winning candidate for the municipal councilors followed.

After all the post election canvassing preparations had been done and accomplished; and, having NO election related protest had been manifested, the MBOC, thru its chairman, finally declared an adjournment of its business at 4:00 P.M.


**MARRIETA C. VENTULAN**
Chairman

**JOHN FEDIL P. PASCUBILLO**
Vice-Chairman

**ANICETA M. OCHEÑA**
Member/Secretary

**APP1008**

Republic of the Philippines
**COMMISSION ON ELECTIONS**
**MUNICIPAL BOARD OF CANVASSERS**
Culaba, Biliran

**MBOC LOG SHEET**

| Barangay | Clustered Prec. No./ PCOS No. | Election Returns for MBOC | | | Main Memory Card | | | Remarks | Received | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Envelope Serial No. | Paper Seal Serial No. | Condition of Paper Seal | Envelope Serial No. | Paper Seal Serial No | Condition of Paper Seals | | Date | Time | Signature of Receiving Officer |
| Habuhab | 22A & 23A (10) | 18282 | 1881885 | Good | None | 1881887 | Good | Not Transmitted | 5-11-10 | 12:05 | |
| Sn. Roque | 42A & 43A (16) | 18288 | 1882391 | Good | None | 1882351 | Good | Not Transmitted | 5-11-10 | 1:20 | |
| Salvacion | 40A & 41A (15) | 18287 | 1882328 | Good | None | 1882259 | Good | Transmitted | 5-11-10 | 1:27 | |
| Bacotod | 6A (2) | 18277 | 1881323 | Good | None | 1881302 | Good | Transmitted | 5-11-10 | 1:57 | |
| Bunga penan | 21A & 21B (9) | 18281 | 1881812 | Good | None | 1881802 | Good | Not trans | 5-11-10 | 2:37 | |
| Patag | 33A,34A &35A (13) | 18285 | 182151 | Good | None | 182124 | Good | Not tran | 5-11-10 | 2:52 | |
| Calipayan | 19A & 20A (7) | 18279 | 1881662 | Good | None | 1881667 | Good | Not Transmitted | 5-11-10 | 4:06 | |
| Looc | 24A,25A,26A &26B (11) | 18283 | 1881990 | Good | None | 1881986 | Good | Transmitted | 5-11-10 | 4:49 | |
| Bool Central | 10A,10B,11-A (4) | 18276 | 1881435 | Good | None | 1881461 | Good | Transmitted | 5-11-10 | 4:56 | |
| Virginia | 44A,44B,46A 46B,51A (17) | 18289 | 1882404 | Good | None | 1882406 | Good | Transmitted | 5-11-10 | 5:07 | |
| Binongto-an | 7A,8A,9A (3) | 18275 | 1881409 | Good | None | 1881474 | Good | Transmitted | 5-11-10 | 6:13 | |
| Poblacion | 1A,1B,2A & 2B (8) | 18280 | 1881739 | Good | None | 1881755 | Good | Transmitted | 5-11-10 | 6:44 | |
| Bool West | 16A,16B,17A & 18A (7) | 18278 | 1881650 | Good | None | 1881647 | Good | Transmitted | 5-11-10 | 7:10 | |
| Acaban | 3A,4A & 5A (1) | 18273 | 1881202 | Good | None | 1881235 | Good | Not Transmitted | 5-11-10 | 7:18 | |

**APP1009**

Republic of the Philippines
COMMISSION ON ELECTIONS
MUNICIPAL BOARD OF CANVASSERS
Guiana, Bataan

## MBOC LOG SHEET

| Barangay | Clustered Prec. No. / PCOS No. | Election Returns for MBOC | | | Main Memory Card | | | Remarks | Date | Time | Received Signature / Receiving Office |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Envelope Serial No. | Paper Seal Serial No. | Condition of Paper Seal | Envelope Serial No. | Paper Seal Serial No. | Condition of Paper Seals | | | | |
| Bool East | 18A,19A,13B,7A(A) + 45A (C5) | 182.77 | 18819501 | Good | None | 18154.35 | Good | Transmitted | 6-11-10 | 8:00 | tairin |
| Panamihayan | 36A, 36B, 37A 38A,38B+39A(Ag) | 182.86 | 18822.14 | Good | None | 18139.99 | Good | Not Transmitted | 6-11-10 | 9:45 | tairin |
| Virginia | 46A,47A,48A,50A 40A, C180 | 18290 | 1882484 | Good | None | 18826330 | Good | Transmitted | 6-11-10 | 945 | Notrin |
| Manuel | 20A,24,18A 50A, 18A,18B 19A(2) | | | | | 1788.7060 | Good | Transmitted | 6-11-10 | 945 | tairin |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

MARIETTA C. VENTALIM
Chairman

ANICETA h. CORULA
Member
tairin

Member

# Exhibit D-2



22260193_936537.bmp

**OFFICIAL BALLOT**

MAY 13, 2013 NATIONAL AND LOCAL ELECTIONS

TALIMA, LAPU-LAPU CITY (OPON), CEBU

PARAAN NG PAGBOTO

Ballot ID  22260193

Clustered Precinct
060 / A 0807B 0829A 0830B

Signature of BEI Chairman

### SENATOR
Vote for 12

| | | | |
|---|---|---|---|
| 1 ALCANTARA, SAMSON (SJS) | 10 DELOS REYES, JC (KPTRAN) | 19 LEGARDA, LOREN (NPC) | 28 POE, GRACE |
| 2 ANGARA, EDGARDO (LDP) | 11 EJERCITO ESTRADA, JV (UNA) | 20 LLASOS, MARWIL (KPTRAN) | 29 SEÑERES, CHRISTIAN (DPP) |
| 3 AQUINO, BENIGNO BAM (LP) | 12 ENRILE, JUAN PONCE JR (NPC) | 21 MACEDA, MANONG ERNIE (UNA) | 30 TRILLANES, ANTONIO IV (NP) |
| 4 BELGICA, GRECO (DPP) | 13 ESCUDERO, CHIZ | 22 MADRIGAL, JAMBY (LP) | 31 VILLANUEVA, BRO EDDIE (BP) |
| 5 BINAY, NANCY (UNA) | 14 FALCONE, BAI (DPP) | 23 MAGSAYSAY, MITOS (UNA) | 32 VILLAR, CYNTHIA HANEPBUHAY (NP) |
| 6 CASIÑO, TEDDY (MKB) | 15 GORDON, DICK (UNA) | 24 MAGSAYSAY, RAMON JR (LP) | 33 ZUBIRI, MIGZ (UNA) |
| 7 CAYETANO, ALAN PETER (NP) | 16 HAGEDORN, ED | 25 MONTAÑO, MON | |
| 8 COJUANGCO, TINGTING (UNA) | 17 HONASAN, GRINGO (UNA) | 26 PENSON, RICARDO | |
| 9 DAVID, LITO (KPTRAN) | 18 HONTIVEROS, RISA (AKBAYAN) | 27 PIMENTEL, KOKO (PDP) | |

### PARTY LIST
Vote for 1

| | | | |
|---|---|---|---|
| 1 1-CARE | 36 ATING KOOP | 72 1-AALALAY | 107 A BLESSED |
| 2 ABS | 37 PISTON | 73 ABANTE KA | 108 AMA |
| 3 PASANG MASDA | 38 AGAP | 74 1-BAP | 109 AKAP-BATA INC. |
| 4 OFW FAMILY | 39 AGBIAG! | 75 BANTAY | 110 SMART |
| 5 MAGDALO | 40 ALIF | 76 1-BRO-PGBI | 111 ABP |
| 6 AMS | 42 ANG PROLIFE | 77 AFPSBGCO | 112 ANAD |
| 7 ABONO | 43 AVE | 78 A-IPRA | 113 ADA |
| 8 BAYANI | 44 BINHI | 79 BAYAN MUNA | 114 ARARO |
| 9 A TEACHER | 45 ATING GURO | 80 MTM PHILS | 115 KAP |
| 10 PWD | 46 ARAL | 82 ANG KASANGGA | 116 APEC |
| 11 1-LAMBAT | 49 ACT TEACHERS | 84 LPGMA | 117 AKBAYAN |
| 12 AAMA | 50 BUTIL | 85 ANG MINERO | 118 1 SAGIP |
| 13 BH | 51 COOP-NATCCO | 86 AA-KASOSYO | 119 1-AMG |
| 14 SANLAKAS | 52 VFP | 87 1 ANG PAMILYA | 120 AKO BAHAY |
| 15 AKMA-PTM | 53 ACT-CIS | 88 1ST KABAGIS | 121 ADAM |
| 16 KABATAAN | 54 GABRIELA | 90 1-UTAK | 122 AKO |
| 17 AKB | 55 1-AAMOVER | 91 DIWA | 123 ABAMIN |
| 18 AANI | 56 AMIN | 92 ARC | 124 APPEND |
| 19 UNI-MAD | 57 LIMALAB KA | 92 CIBAC | 125 AGRI |
| 20 ALIM | 58 ALYANSA NG OFW | 93 AGRA | 126 AANGAT TAYO |
| 21 ALAY BUHAY | 59 ABAKADA | 94 1GANAP/GUARDIANS | 127 ANG NARS |
| 22 AN WARAY | 60 YACAP | 95 AGHAM | 128 GREEN FORCE |
| 23 PBA | 61 ABROAD | 96 MIGRANTE | 129 SENIOR CITIZENS |
| 24 FIRM 24-K | 62 KAAKBAY | 97 AWAT MINDANAO | 130 ALIF |
| 25 TUCP | 64 AMA | 98 ALLIMAD | 131 KALINGA |
| 26 ANG LADLAD | 65 AMOR SEAMAN | 95 ATM | 132 ANAKPAWIS |
| 27 ADING | 66 ANAC-IP | 100 PACYAW | 133 1-PABAHAY |
| 28 ABANTE RETIREES | 67 ANGKLA | 103 KLBP | 134 KAKUSA |
| 29 1-ABILIDAD | 68 ATONG PAGLAUM | 104 AASENSO | 135 BUHAY |
| 30 KATRIBU | 70 ABA | 105 AG | 136 ABANG LINGKOD |
| 31 COCOFED | 71 AAMBIS OWA | 106 ALAGAD | |

**APP1012**

BALLOT ID: 22260193
SENATOR OF PHILIPPINES:
5. BINAY, NANCY (UNA) (UNA),
16. HAGEDORN, ED (IND),
19. LEGARDA, LOREN (NPC) (NPC),
20. LLASOS, MARWIL (KPTRAN) (KPTRAN),
21. MACEDA, MANONG ERNIE (UNA) (UNA),
22. MADRIGAL, JAMBY (LP) (LP),
23. MAGSAYSAY, MITOS (UNA) (UNA),
24. MAGSAYSAY, RAMON JR. (LP) (LP),
25. MONTANO, MON (IND),
26. PENSON, RICARDO (IND),
27. PIMENTEL, KOKO (PDP) (PDP),
32. VILLAR,CYNTHIA HANEPBUHAY (NP) (NP),
PARTY LIST OF PHILIPPINES:
OVERVOTES: 1
MEMBER, HOUSE OF REPRESENTATIVES OF CEBU - LAPU-LAPU CITY  (OPON)
- LONE LEGDIST:
 2. RADAZA, AILEEN (LAKAS) (LAKAS).
MAYOR OF CEBU - LAPU-LAPU CITY  (OPON):

 3. RADAZA, PAZ (LAKAS) (LAKAS),
VICE-MAYOR OF CEBU - LAPU-LAPU CITY  (OPON):
 3. YCONG, MARCIAL (LAKAS) (LAKAS),
MEMBER, SANGGUNIANG PANLUNGSOD OF CEBU - LAPU-LAPU CITY  (OPON)
LONE DIST:
 UNDER-VOTE BY: 3
 8. CUIZON, EDDIE (LAKAS) (LAKAS),
 10. DIGNOS-VIDAL, MELISSA (LAKAS) (LAKAS),
 12. GESTOPA, JUNREY (LAKAS) (LAKAS),
 13. HERRERA, EFREN (LAKAS) (LAKAS).
 18. MERCADO, LEO (LAKAS) (LAKAS),
 19. PATALINJUG, BOY (LAKAS) (LAKAS),
 20. POZON, FLOY (LAKAS) (LAKAS), 22260193_936537.bmp
 21. RADAZA, HARRY (LAKAS) (LAKAS,

**APP1013**

# Exhibit D-3



17240081-17240081-133-2661-01-0.pdf

Vote Summary

Machine Id: FPM1B00FA01038297

Ballot Id: 17240081-133

PRESIDENT
- ROXAS, MAR DAANG MATUWID (LP)

VICE-PRESIDENT
- ROBREDO, LENI DAANG MATUWID (LP)

SENATOR
- LAPID, MARK (AKSYON)
- PACQUIAO, MANNY (UNA)
- HONTIVEROS, RISA (AKBYN)
- ROMULO, ROMAN (IND)
- UNDERVOTE
- UNDERVOTE
- UNDERVOTE
- UNDERVOTE
- UNDERVOTE
- UNDERVOTE
- UNDERVOTE
- UNDERVOTE

PARTY LIST
- UNDERVOTE

MEMBER, HOUSE OF REPRESENTATIVES
- BORDADO, GABRIEL JR. (LP)

MAYOR
- BONGAT, JOHN (LP)

VICE-MAYOR
- UNDERVOTE

MEMBER, SANGGUNIANG PANLUNGSOD
- DELA ROSA, MARCO (CDU)
- RENTOY, RAY-AN (LP)
- RATOLA, SONNY (LP)
- UNDERVOTE
- UNDERVOTE
- UNDERVOTE
- UNDERVOTE
- UNDERVOTE
- UNDERVOTE

Total Overvotes:  0
Total Undervotes:  17

**APP1016**

# Exhibit D-4

**Republic of the Philippines**
**House of Representatives Electoral Tribunal**
Electoral Tribunal Building
Commonwealth Avenue, Quezon City

*CERTIFIED TRUE COPY*
Name: _____
Date: JAN 0 7 2022

LUIS R. VILLAFUERTE,

### Protestant,

- versus -

GABRIEL H. BORDADO Jr.,

### Protestee.

HRET Case No. _19 - 015_
Legislative District _THIRD_
Municipality/City _CALABANGA_
Barangay _SAN ISIDRO_
Province _CAMARINES SUR_

Please check subject of revision:

☑ Protest
☐ Counter-Protest
☐ Common

Revision Team No. ____9____

## REVISION REPORT

(Fill or supply the needed data when applicable or indicate "N/A" if not applicable.)

| Date & Time Commenced: | Clustered Precinct No. |
|---|---|
| DECEMBER 07, 2021   9:08 AM | CP - 05 |
| Date & Time Finished: | Established Precinct Nos.: 5 |
| DECEMBER 07, 2021   3:30 PM | 0013A, 0013B, 0014A, 0015A, 0015B |

### I. Condition of the Ballot Box

| No. of Self-locking Security Seals: | 6 | COMELEC   SEAL |
|---|---|---|
| Self-locking Security Seal Serial Nos.: | | |
| COMELEC METAL SEAL SN: 0041481 | | |
| COMELEC PLASTIC SEAL SN: 0202743, 0202742, 0202744, 0202741, 0202740 | | |
| Condition (State if properly attached and locked or not): | | |
| PROPERLY LOCKED AND IN GOOD CONDITION | | |

### II. Contents of Ballot Box

| A. Data from Minutes of Voting | |
|---|---|
| Envelope Paper Seal Serial No.: 90000149 | Number of Ballots received: 873 |
| Condition of Envelope and Paper Seal: SEALED | Number of Official Ballots used: 682 |
| Inner Paper Seal Serial No.: NONE | Number of Official Ballots unused: 190 |
| Total No. of Registered Voters: NONE | Number of Official Ballots rejected: NONE |
| Total No. of Voters who Actually Voted: 683 | No. of Illiterate/Physically Disabled Voters: 99 |

RODERT MAYONO
PROTESTANT

MARICEL F. AGUILAR
HEAD REVISOR

**APP1018**

— Page 2 —

HRET Case No. 19-015
VILLAFUERTE vs. DOROADO JR
Clustered Precinct No.: CP-05
Established Precinct Nos. 00124, 00129, 00148, 00172, 00193

Legislative District THIRD
Municipality/City CALABANGA
Barangay: SAN ISIDRO
Province CAMARINES SUR

## B. Data from the Election Returns (ER) for Local Positions

| Condition of Envelope and Paper Seal: SEALED | Envelope Paper Seal Serial No.: 40000017 40000022 | Election Returns Paper Seal Serial No. NONE |
|---|---|---|
| No. of Registered Voters: 873 | | Votes for Protestant: 73 |
| No. of Voters Who Actually Voted 683 | | Votes for Protestee: 419 |
| Valid Ballots Counted 683 | | Votes for Other Candidates 155 |

## III. Revision of Ballots

### A. Valid Paper Ballots / Printed Picture Image of Ballots

| Please check subject of revision: ☑ Valid paper ballots ☐ Printed picture image of ballots | 4. No. of ballots for OTHER CANDIDATES: 61 |
|---|---|
| | a. Claimed by Protestant: NONE Exhibit Nos. — to — (See Annex "B") |
| 1. No. of Paper Valid Ballots / Printed Picture Image of Ballots: 683 | b. Claimed by Protestee: NONE Exhibit Nos. — to — (See Annex "B-1") |
| 2. No. of Ballots for PROTESTEE: 226 | c. No. of Commonly claimed Ballots for Other Candidates: NONE |
| | d. No. of Unclaimed Ballots for Other Candidates: 61 |
| a. Objected to by Protestant: 24 Exhibit Nos. V1 to V24 (See Annex "A") | 5. No. of STRAY BALLOTS: 5 |
| b. Uncontested Ballots for Protestee: 202 | a. Claimed by Protestant: 1 Exhibit Nos. V25 to — (See Annex "C") |
| 3. No. of Ballots for PROTESTANT: 391 | |
| a. Objected to by Protestee: 391 Exhibit Nos. B1 to B391 (See Annex "A-1") | b. Claimed by Protestee: NONE Exhibit Nos. — to — (See Annex "C-1") |
| b. Uncontested Ballots for Protestant: 0 (zero) | c. No. of Commonly claimed Stray Ballots: NONE |
| | d. No. of Unclaimed Stray Ballots: 9 |

### B. Envelope for Rejected Ballots

| Condition of Envelope and Paper Seal NONE | Envelope Paper Seal Serial No.: NONE |
|---|---|
| No. of REJECTED BALLOTS NONE | No. of Commonly claimed Rejected Ballots: NONE |
| | No. of Unclaimed Rejected Ballots: NONE |
| Claimed by Protestant: NONE Exhibit Nos. — to — (See Annex "D") | Claimed by Protestee: NONE Exhibit Nos. — to — (See Annex "D-1") |

JAN 0 7 2022

MARIGOLD P. AGUILAR
HEAD REVISOR

APP1019

— Page 3 —

HRET Case No. _19-018_
VILLAFUERTE vs. BOGADOG JR

Clustered Precinct No.: _CP-09_
Established Precinct Nos. _0013A, 0013B, 0014A_
_0015A, 0015B_

Legislative District _THIRD_
Municipality/City _CALABANGA_
Barangay: _CAH YORO_
Province _CAMARINES SUR_

C. Total No. of Official Ballots (Total of A and B): _683_

IV. **Comments/Observations** (Include here a statement of the Annexes used and Data indicated in the Initialization Report particularly the number of votes obtained by each congressional candidate during the testing and sealing):

| | | | | | |
|---|---|---|---|---|---|
| HAL-TORN BALLOT SN: 4000049 (SEALED) | | LEFT = 185 | | RIGHT = 5 | |
| DATA FROM ER's | PHYSICAL COUNTING | | | VOTERS RECEIPT | |
| REGISTERED VOTERS : 873 | PROTESTANT = 391 | | | PROTESTANT = 71 | |
| ACTUALLY VOTED : 683 | PROTESTEE = 226 | | | PROTESTEE = 419 | |
| PROTESTANT : 73 | OTHERS = 61 | | | OTHER = 155 | |
| PROTESTEE : 419 | STRAY = 5 | | | OV = 6 | |
| OTHER : 155 | 683 | | | OV/UN = 30 | |
| | | | | | 681 |
| ANNEXES USED | | | | | |
| A = 1 | | | | | |
| C = 1 | | | | | |
| A1 = 1 | | | | | |
| TOTAL : 3 | | | | | |
| ENVELOPES USED : 7 | | | | | |
| NEW METAL SEAL ISSUED SN: HRET 01619 | | | | | |

V. **Certification**

We hereby certify that the data written and conclusions reached in this Revision Report are _true_ and _correct_.

MARION P. AGUILAR
**Head Revisor**
(SIGNATURE OVER PRINTED NAME)

RHODORA MAXONO
_Protestant's Revisor_
(SIGNATURE OVER PRINTED NAME)

ABEGAEL T. MATEO
_Protestee's Revisor_
(SIGNATURE OVER PRINTED NAME)

Received by:

FRANCIAC BALENA
LSA II, CBS

R-72a

_Revision Report Appraiser_
(SIGNATURE OVER PRINTED NAME)

CERTIFIED TRUE COPY

JAN 0 7 2022

HRET Case No. 19-015
VILLAFUERTE vs. BORDADO
Clustered Precinct No.: 05
Established Precinct Nos. 0013A/B, 0014A, 0015A/B

Legislative District THIRD
Municipality/City CALABANGA
Barangay: SAN ISIDRO
Province CAMARINES SUR

C. Total No. of Official Ballots (Total of A and B): ____________

IV. Comments/Observations (Include here a statement of the Annexes used and Data indicated in the Initialization Report particularly the number of votes obtained by each congressional candidate during the testing and sealing):

* PROTESTEE'S COMMENTS AND OBSERVATION *

THE VOTES OBTAINED BY PROTESTEE BORDADO, GABBY AS PER E.R/VOTER'S RECEIPT ARE 419 BUT AFTER THE PHYSICAL COUNT IT WAS REDUCED TO 226, WHILE THE VOTES OBTAINED BY P'TANT VILLAFUERTE, LUIS AS PER E-RETURN/VOTER'S RECEIPT ARE 71 (73) BUT AFTER THE PHYSICAL COUNT IT WAS INCREASE TO 391, THE ABNORMAL DECREASE IN THE NUMBER OF VOTES FOR THE PROTESTEE IS HIGHLY IRREGULAR SUSPICIOUS AND STATISTICALLY IMPROBABLE SO WITH THAT OF THE PROTESTANT.

THE DISCREPANCY THAT WE OBSERVE UPON RECOUNTING OF THE BALLOTS SUCH AS SUBSTANTIAL INCREASE OF THE NUMBER OF VOTES OF P'TANT VILLAFUERTE, AND THE ABNORMAL DECREASE OF VOTES OF P'TEE BORDADO.

- LOST OF VOTES CAN BE FOUND ON TIMING MARKS UPON PICTURE IMAGE IF THE POSITION HAVE BEEN SHADED OR NOT.

N/F

V. Certification

We hereby certify that the data written and conclusions reached in this Revision Report are *true* and *correct*.

______________________
*Head Revisor*
(SIGNATURE OVER PRINTED NAME)

______________________
*Protestant's Revisor*
(SIGNATURE OVER PRINTED NAME)

ABELARDO [illegible]
*Protestee's Revisor*
(SIGNATURE OVER PRINTED NAME)

Received by:

______________________
*Revision Report Appraiser*
(SIGNATURE OVER PRINTED NAME)

[illegible] Electoral Tribunal
Caseness Board Service
CERTIFIED TRUE COPY
Name: ____________
Date: JAN 07 2022

PAGE 1 OF 1

HRET Case No. 19-015
VILLAPUENTE vs. BOROMEO JR.
Clustered Precinct No.: 05
Established Precinct Nos. 13 A/B, 14 A, 15 A/B

Legislative District 3RD
Municipality/City CALABANGA
Barangay: SAN ISIDRO
Province CAMARINES SUR

## Annex "A"

### BALLOTS FOR PROTESTEE OBJECTED TO BY PROTESTANT

| EXHIBIT NOS. | OBJECTIONS |
|---|---|
| V1 to V20 (20) | SUBSTITUTE BALLOTS → THE SIGNATURE AFFIXED ON THE BALLOTS SUPPOSEDLY TO BE THAT OF THE CHAIRMAN OF THE BEI APPEARED TO BE DIFFERENT FROM THE SIGNATURE AFFIXED BY THE SAID CHAIRMAN ON THE OTHER BALLOTS/ELECTION DOCUMENTS. THE BALLOTS W/C WERE FED INTO THE VCM WERE NOT THE ONES GIVEN BY THE CHAIRMAN TO THE VOTERS. |
| V23 to V24 (2) | STRAY/INVALID VOTES → THE SHAPE OF THE OVAL BESIDE PRE-PRINTED NAME "BOROMEO" IS ABOUT 30% to 35% ONLY. SECTION 6(I) RULE 15 COMELEC RESOLUTION NO. 8804 PROVIDED THAT MARKS OR SHADES W/C ARE LESS THAN 50% OF THE OVAL SHALL NOT BE CONSIDERED AS VALID VOTES. |
|  |  |
|  |  |
| 24 (twenty four) |  |

House of Representatives Electoral Tribunal
...

CERTIFIED TRUE COPY
Name:
Date: JAN 07 1998

MARICEL P. AGUILAR
HEAD RUMSOPC

page 1 of 1

HRET Case No. 19-015
VILLAFUERTE   vs.   BONGADO
Chustered Precinct No.:   05
Established Precinct Nos. 0013 A1B ; 0014A
0015A1B

Legislative District   THIRD
Municipality/City   CALABANGA
Barangay:   SAN ISIDRO
Province   CAMARINES SUR

Annex "A-1"

## BALLOTS FOR PROTESTANT OBJECTED TO BY PROTESTEE

| EXHIBIT NOS. | OBJECTIONS |
|---|---|
| B1 - B290 | SPURIOUS BALLOT / FAKE BALLOTS – Different BEI signature ; texture of the fake ballots compared to the official ballots, different hologram & blurred hologram than to the official ballots ; timing marks are much indented to the left side of the fake ballots compared to the official ballots ; the ink used was darken than to official ballots. |
| B291 - B317 | MARKED BALLOTS – PATTERN VOTING, same sequence of vote shaded on congressman, governor, vice-gov down to vice mayor slot was done intentionally and prepared before election, to easily count the vote in favor of the said candidates, these ballots should declared invalid/void. |
| B318 - B387 | MARKED BALLOTS : DISTINCTIVE markings was done intentionally and prepared before election to easily count the vote in favor of protestant, it should declared as invalid |
| B388 - B391 | MISC. STRAY – shaded oval before protestant name VILLAFUERTE, LUIS on congressman slot is shaded below 25% threshold – it should considered as stray vote for the said candidate. |

391   three thunnred ninety one

MARKED P. AGUILAR
HEAD REVISOR



PAGE 1 of 1

HRET Case No. 19-015
VILLAFUERTE vs. BONODIO JR.
Clustered Precinct No.: 05
Established Precinct Nos. 12 A/B, 14 A, 15 A/B

Legislative District 2RD
Municipality/City CAMALANGA
Barangay: Sbil ISIORO
Province CAMARINES SUR

**Annex "C"**

## STRAY BALLOTS CLAIMED BY PROTESTANT

| EXHIBIT NOS. | OBJECTIONS |
|---|---|
| V25 (1) | INTENT RULE → SHADE WAS PLACED OUTSIDE THE OVAL SHAPE BESIDES PRE-PRINTED NAME OF PROTESTANT "VILLAFUERTE" SAME AS WITH OTHER VOTED LOCAL CANDIDATES. THE BALLOT WAS CLEARLY VOTED FOR PTANT "VILLAFUERTE" AS A RULE, THE PURPOSE OF EVERY ELECTION IS TO UPHOLD THE VOTER'S EXPRESSION OF HIS WILL, NO MATTER HOW IT IS EXPRESSED. |

House of Representatives Electoral Tribunal
Commission Lundon Division

CERTIFIED TRUE COPY
Name:
Date: JAN 0 1 2022

MARICEL P. AGUILAR
HEAD REVISOR

APP1024

# Exhibit D-5



Republic of the Philippines
**Commission on Elections**
**Office of the Clerk of the Commission**
8th Floor, Palacio del Gobernador
Intramuros, Manila

## EN BANC

IN THE MATTER OF THE PETITION TO
REVIEW THE QUALIFICATIONS OF
SMARTMATIC PHILIPPINES, INC. AS A
PROSPECTIVE BIDDER IN VIEW OF ITS
FAILURE IN THE 2022 ELECTIONS TO
COMPLY WITH CERTAIN MINIMUM
SYSTEM       CAPABILITIES       THAT
RESULTED IN SERIOUS AND GRAVE
IRREGULARITIES       IN       THE
TRANSMISSION AND RECEIPT OF
ELECTION     RETURNS     AND,     IF
WARRANTED,       TO       DISQUALIFY
SMARTMATIC FROM PARTICIPATING
IN  THE  BIDDING  FOR  THE  2025
AUTOMATED ELECTION SYSTEM,

**E.M. No. 23-003**

ELISEO MIJARES RIO, JR., AUGUSTO
CADELIÑA     LAGMAN,     FRANKLIN
FAYLOGA  YSAAC,  and  LEONARDO
OLIVERA ODOÑO,

*Petitioners.*

x------------------------------------------------------------x

## N O T I C E

1.  **ATTY. JOSE M. JOSE**
    *Counsel for the Petitioners*
    60 Rivera Street, Barangay Progreso
    San Juan City, Manila
    jmjose64@yahoo.com

2.  **ATTY. CHRISTIAN ROBERT S. LIM**
    **ATTY. MARIA DENISE CLAIRE C. MARCELO**
    *Counsels for the Respondent* – Smartmatic TIM Corporation
    Leynes Garcia Trillana Lim Lozada Golez Onrubia

    15th and 16th Floors, Petron Mega Plaza
    358 Sen. Gil Puyat Avenue
    1200 Makati City, Metro Manila
    lgton@lgtonlaw.com
    crlim@lgtonlaw.com
    ccmarcelo@lgton.com

**Notice of Resolution**

In the Matter of the Petition to Review the Qualifications of Smartmatic Philippines, Inc. as a Prospective Bidder in view of its failure in the 2022 Elections to comply with certain minimum System Capabilities that resulted in serious and grave irregularities in the transmission and receipt of Election Returns and, if warranted, to disqualify Smartmatic from participating in the Bidding for the 2025 Automated Election System,

Eliseo Mijares Rio, Jr., Augusto Cadeliña Lagman, Franklin Fayloga Ysaac, And Leonardo Olivera Odoño,
*Petitioners.*
E.M. Case No. 23-003
EN BANC

3. **ATTY. GEORGE S.D. AQUINO**
   **ATTY. LEO FREDERICK Z. CRUZ**
   **ATTY. MIGUEL RICO E. DE GUZMAN**
   **ATTT. GINO ISMAEL S. GERODIAS**
   **ATTY. GE-AN KATHLEENA SALUD**
   *Collaborating Counsels for the Respondent* - Smartmatic TIM Corp.
   Angara Abello Concepcion Regala & Cruz
   22nd Floor, ACCRALAW Tower
   2nd Avenue corner 30th Street, Cresent Park West
   Bonifacio Global City, 1635 Taguig City
   accra@accralaw.com gksalud@accralaw.com

4. The **LAW DEPARTMENT**
   This Commission
   law@comelec.gov.ph

5. The **EDUCATION & INFORMATION DEPARTMENT**
   This Commission
   eid@comelec.gov.ph

**GREETINGS:**

Attached is a copy of the **RESOLUTION** of the Commission **(EN BANC)** with **SEPARATE OPINION** of Commissioner Aimee P. Ferolino promulgated on 29 November 2023 in the above-entitled case.

Given this 29th day of November, 2023, City of Manila, Philippines.

FOR THE COMMISSION:

**ATTY. GENESIS M. GATDULA**
*Clerk of the Commission*



Republic of the Philippines
**COMMISSION ON ELECTIONS**
Manila

*EN BANC*

IN THE MATTER OF THE
PETITION TO REVIEW THE
QUALIFICATIONS OF
SMARTMATIC PHILIPPINES,
INC. AS A PROSPECTIVE
BIDDER IN VIEW OF ITS
FAILURE IN THE 2022
ELECTIONS TO COMPLY
WITH CERTAIN MINIMUM
SYSTEM CAPABILITIES THAT
RESULTED IN SERIOUS AND
GRAVE IRREGULARITIES IN
THE TRANSMISSION AND
RECEIPT OF ELECTION
RETURNS AND, IF
WARRANTED, TO
DISQUALIFY SMARTMATIC
FROM PARTICIPATING IN
THE BIDDING FOR THE 2025
AUTOMATED ELECTION
SYSTEM,

**EM CASE NO. 23-003**

Promulgated:

NOV 2 9 2023

ELISEO MIJARES RIO, JR.,
AUGUSTO CADELIÑA
LAGMAN, FRANKLIN
FAYLOGA YSAAC, AND

Case 1:21-cv-02900-CJN   Document 136-7   Filed 12/09/23   Page 50 of 69

**LEONARDO**      **OLIVERA**
**ODOÑO**

*Petitioners.*

x-------------------------------------------x

# RESOLUTION

Before the Commission (*En Banc*) is a *Petition to Review the Qualifications of Smartmatic Philippines Inc. as a Prospective Bidder in view of its Failure in the 2022 Elections to Comply with Certain Minimum System Capabilities that Resulted in Serious and Grave Irregularities in the Transmission and Receipt of Election Returns and, if Warranted, to Disqualify Smartmatic from Participating in the Bidding for the 2025 Automated Election System ("Petition")[1]* filed by **Eliseo Mijares Rio, Jr., Augusto Cadeliña Lagman, Franklin Fayloga Ysaac, and Leonardo Olivera Odoño** (*"Petitioners"*).

## FACTS

On 15 June 2023, Petitioners filed the instant *Petition*, contending that they have identified serious irregularities in the automated election system employed by Respondent, Smartmatic Philippines Inc. ("Smartmatic") during the 09 May 2022 National and Local Elections. The alleged irregularities pertain to discrepancies between the transmission logs and reception logs of election returns (ER) from the precinct level to the Transparency Server.

The Petitioners are likewise alleging that during the period from 7:00 pm to at least 9:00 pm on 09 May 2022, the Transparency Server was reportedly receiving and tallying more votes than what the Voting Counting Machines (VCMs) were transmitting.

On 29 June 2023, the Petitioners submitted a *Supplemental Petition[2]* claiming that election results were transmitted from the VCMs to the Transparency Server using private Internet Protocol (IP) addresses instead

---

[1] *Records,* E.M No. 23-003.
[2] *Id.*

**APP1029**

Case 1:21-cv-02900-CJN  Document 136-7  Filed 12/09/23  Page 51 of 69

of public IP addresses, introducing another layer of concern regarding the electoral process.

The Petitioners argue that these unexplained discrepancies violate the legally mandated minimum system capabilities, thereby casting serious doubts on the integrity of the entire election process. If left unexplained, these issues are deemed sufficient to disqualify Smartmatic from participating in the procurement for the 2025 Automated Election System (AES).

As grounds to support their Petition for the disqualification of Smartmatic, the Petitioners invoked Paragraph 8.9 of Item 8, Appendix 32 of 2016 Updated 2016 Revised Implementing Rules and Regulations of Republic Act No. 9184 (2016 R-IRR) or the Guidelines on the Use of Framework Agreement by All Procuring Entities, which reads:

> "8.9 Notwithstanding the eligibility of a bidder, the BAC reserves the right to review the qualifications of the supplier or service provider. If there has been any change in the capability of the supplier or service provider to undertake its obligations under the framework agreement so that if it fails the eligibility criteria set thereon, the procuring entity shall consider the said supplier or service provider as ineligible and shall disqualify it from obtaining any award or contract."

Petitioners further invoked Section 6 of Republic Act No. 8436 as amended by Republic Act No. 9369, which states:

> SEC.6. *Minimum System Capabilities.* – The automated election system must at least have the following functional capabilities:
>
> a. Adequate security against unauthorized access;
> b. Accuracy in recording and reading of votes as well as in the tabulation, consolidation/canvassing, electronic transmission, and storage of results;
> c. Error recovery in case of non-catastrophic failure of device;
> d. System integrity which ensures physical stability and functioning of the vote recording and counting process;
> e. Provision for voter verified paper audit trail;
> f. System auditability which provides supporting documentation for verifying the correctness of reported election results;
> g. An election management system for preparing ballots and programs for use in the casting and counting of votes and to consolidate, report and display election result in the shortest time possible;
> h. Accessibility to illiterates and disable voters;
> i. Vote tabulating program for election, referendum or plebiscite;
> j. Accurate ballot counters;
> k. Data retention provision;

Case 1:21-cv-02900-CJN   Document 136-7   Filed 12/09/23   Page 52 of 69

> l. *Provide for the safekeeping, storing and archiving of physical or paper resource used in the election process;*
> m. *Utilize or generate official ballots as herein defined;*
> n. *Provide the voter a system of verification to find out whether or not the machine has registered his choice; and*
> o. *Configure access control for sensitive system data and function.*
>
> *In the procurement of this system, the Commission shall develop and adopt an evaluation system to ascertain that the above minimum system capabilities are met. This evaluation system shall be developed with the assistance of an advisory council. (Section 7, RA 9369 amending RA 8436).*

On 12 September 2023, the Petitioners submitted a *Second Supplemental Petition*[3] alleging that based on newly-discovered information, a Presidential candidate met with representatives of Smartmatic. Petitioners claim that this is a violation of Article 5.13 of the Contract with the Commission for the Procurement of Secure Electronic Transmission Services (SETS), which states:

> *5.13. The PROVIDER, including but limited to its employees, representatives and agents shall not make any direct or indirect contact with any political party, candidate, partisan organization, or group at any given time with respect to the SETS project for the duration of this contract, except as provided by law to present technical demonstration or as may be authorized by the COMELEC.*

In support thereof, Petitioner submitted the Affidavit[4] of Atty. Glenn A. Chong who alleged that representatives of Respondent met with representatives of a presidential candidate in April 2022, in violation of the above contractual provision.

On 10 August 2023, the Commission (En Banc) issued an *Order*[5] directing the Law Department to review and submit a recommendation on the Petition and Supplemental Petition within ten (10) days from receipt.

The Law Department filed a *Motion for Extension of Time to Submit a Recommendation*, which the Commission (En Banc) in turn granted on 23 August 2023, giving the Law Department until 31 August 2023 to comply.

---

[3] *Id.*
[4] *Id.*
[5] *Id.*

On 31 August 2023, the Law Department submitted its *Compliance*,[6] arguing that there is no legal basis to prohibit Smartmatic from participating in the Commission's Procurement Processes.

The Law Department argues that since Smartmatic was given its corresponding contracts through Public or Competitive Bidding and Repeat Order, none of the projects were subject of a Framework Agreement. As such, the Petitioner's invocation of Appendix 32 is misplaced.

The Law Department also notes that the right to review a bidder's qualifications stated in Section 23.6 of the 2016 R-IRR is similar to Item 8.9 of Appendix 32 cited by the Petitioners, which provides:

> 23.6 *Notwithstanding the eligibility of a bidder, the Procuring Entity concerned reserves the right to review the qualifications of the bidder at any stage of the procurement process if the Procuring Entity has reasonable grounds to believe that a misrepresentation has been made by the said bidder, or that there has been a change in the bidder's capability to undertake the project from the time it submitted its eligibility requirements. Should such review uncover any misrepresentation made in the eligibility requirements, statements or documents, or any changes in the situation of the bidder which will affect the capability of the bidder to undertake the project so that it fails the eligibility criteria, the Procuring Entity shall consider the said bidder as ineligible and shall disqualify it from obtaining an award or contract, in accordance with Rules XXI, XXII, and XXIII of this IRR.*

This right to review allows the Procuring Entity to reassess a bidder's qualifications at any stage of the procurement process if there is a belief of misrepresentation or a change in the bidder's capability. However, the right to review under Section 23.6 becomes operative when a particular project has already begun the procurement process, particularly when bidders have already submitted the required documents to prove eligibility.

The Law Department concluded that although the Terms of Reference for the 2025 National and Local Elections (NLE) Automation Project has been published, the procurement process has not started, making it premature to determine if the project will involve a Framework Agreement. Hence, there is simply no basis to review Smartmatic's or any other bidder's eligibility. Since the procurement process is yet to be commenced, there is no avenue to review the eligibility of Smartmatic either under Item 8.9 of Appendix 32 or Section 23.6 of the 2016 R-IRR.

---

[6] *Id.*

In addition, the prohibition to participate in the procurement process of a government which may be through suspension or blacklisting must be imposed in accordance with the Uniform Guidelines on Blacklisting integrated as Appendix 17 of the 2016 R-IRR as an administrative penalty for the following violations:

> a) *Submission of eligibility requirements containing false information or falsified documents.*
>
> b) *Submission of Bids that contain false information or falsified documents, or the concealment of such information in the Bids in order to influence the outcome of eligibility screening, or any other stage of the competitive bidding.*
>
> c) *Allowing the use of one's name, or using the name of another for purposes of competitive bidding.*
>
> d) *Withdrawal of a bid, or refusal to accept an award, or enter into contract with the Government without justifiable cause, after he had been adjudged as having submitted the Lowest Calculated Responsive Bid or Highest Rated Responsive Bid.*
>
> e) *Refusal or failure to post the required performance security within the prescribed time.*
>
> f) *Termination of the contract due to the default of the bidder.*
>
> g) *Refusal to clarify or validate in writing its bid during post-qualification within a period of seven (7) calendar days from receipt of the request for clarification.*
>
> h) *Any documented attempt by a bidder to unduly influence the outcome of the bidding in his favor.*
>
> i) *All other acts that tend to defeat the purpose of the competitive bidding, such as habitually withdrawing from bidding, submitting late Bids or patently, insufficient bid, for at least three (3) times within a year, except for valid reasons.*

For violations committed during the contract implementation stage, the penalty of blacklisting may be imposed only after the termination of the contract. Where termination of the contract is no longer possible, the procedure for blacklisting must be initiated within seven (7) days after the lapse of the project duration.

Upon inquiry to and as confirmed by the PMD, no suspension and blacklisting proceedings are pending or initiated against Smartmatic in relation to the projects it provided for the 2022 NLE. Therefore, there is no legal basis to prohibit Smartmatic from participating in the procurement process of the Commission.

With regard to other issues raised by the Petitioners, the Law Department contends that the Petitioners failed to substantiate the serious and material irregularities. Petitioners merely allege the existence of serious and material irregularities, and readily conclude that these violate the minimum system capabilities required under Section 6 of RA No. 8436, as amended by Republic Act No. 9369.

On 05 October 2023, the Commission (En Banc) issued an *Order*[7] setting the instant case for hearing on 17 October 2023. It also required Smartmatic to Comment on the Petition and two (2) Supplemental Petitions within five (5) days from receipt.

On 12 October 2023, Smartmatic filed its *Ex Abundanti Ad Cautelam Comment*.[8] Smartmatic stressed its consistent compliance with the Commission's guidelines since 2010, contributing to credible elections. Smartmatic asserts that the almost perfect match rate (99.84%) between physical and electronic Election Results in the 2022 Philippine NLE demonstrates the effectiveness of its system under the SETS Contract. Smartmatic also highlighted in its comment that the canvassing was unchallenged by major presidential candidates, Atty. Maria Leonor "Leni" Gerona Robredo and Francisco Moreno Domagoso.

Addressing the issue of early transmission of results, Smartmatic explains that the process for transmitting election results does not take as long as Petitioners claim. They elaborate that after the Electoral Boards close the election and complete necessary procedures, the VCMs can quickly print the first eight election results and transmit them. This process, contrary to the Petitioners' claims, need not take 19 minutes, debunking the improbability of transmitting twenty million votes within the first hour. Smartmatic further clarifies that each ER is only about five kilobytes (KB) of data, and the total data transmitted by approximately 39,000 VCMs is only around nineteen megabytes (MB), a volume easily manageable in modern data transmission standards.

Regarding the vote counting speed, Smartmatic refutes the notion of improbability in this aspect. They state that the 'Accumulated VCM Transmissions' and the 'Reception Logs' come from the same 'Transmission Router Logs', which accounts for all data transmission through their

---

[7] *Id.*
[8] *Id.*

infrastructure. They argue that if the graphs for both the 'Accumulated VCM Transmissions' were plotted accurately, there would be no discrepancy between the data received at the National Board of Canvassers and the Transparency Servers. They also point out that the Petitioners' graphs misrepresent the data, like showing accumulated transmissions for the first two hours compared to hourly data, which leads to skewed conclusions.

In addressing the allegation about the use of private IP addresses in the first *Supplemental Petition*, Smartmatic firmly refutes any suggestion of wrongdoing or fraud related to this matter. They stress that the use of private IP addresses does not translate to the utilization of any prohibited or unauthorized Local Area Network (LAN). Smartmatic clarifies that there is no evidence provided by the Petitioners, nor any laws stated, that would prohibit the use of private IP addresses for the transmission of ERs. They point out that there is no mandate under the Election Automation Law (RA No. 8436 as amended by RA No. 9369) requiring public IP addresses for the transmission of ERs.

Smartmatic further explains the technological context of their system's use of IP addresses. They note an upgrade in technology from 3G to 4G USB modems due to the discontinuation of 3G networks. This upgrade necessitated the use of both 3G and 4G modems in the 2022 NLE, with 4G modems undergoing rigorous review and certification. The use of 4G modems, unlike 3G modems, does not involve dialing to connect to a Service Provider Network. Instead, they function more like WIFI routers with a Wide Area Network (WAN) interface and a LAN interface, the latter being through a USB in this specific case.

The private IP addresses used were a result of the manufacturer's design, assigning all 4G USB modems a LAN IP Address of 192.168.0.1. When these modems are attached to a VCM, they assign the VCM a LAN IP address of 192.168.0.2, allowing the VCM and modem to communicate in a LAN environment. Additionally, the Subscriber Identity Module (SIM) card in the modem connects to the WAN of telecommunication companies, which then assigns a WAN IP Address for transmission in the Private Network created for election transmission purposes.

In their response to the allegations about an alleged improper meeting mentioned in the second *Supplemental Petition*, Smartmatic categorically

denies the claim. They describe this allegation as "completely false and untrue," emphasizing that it is based on an unverified and irresponsible statement by a person who is a stranger to the electoral process. Smartmatic contends that such an allegation is grounded in speculation rather than evidence, asserting that there was no illicit meeting that compromised the integrity of the election process.

They further elaborate that the petitions filed against them are improper, lacking legitimate issues worthy of consideration. Smartmatic argues that the Petitioners, through their filings, are attempting to resurrect disproven and moot issues.

On 13 October 2023, Petitioners filed their summary of exhibits.[9]

## ISSUE

The issue that must be resolved is whether or not the Commission as head of the Procuring Entity can review the qualifications of Smartmatic and potentially disqualify it from participating in the procurement process for the 2025 AES.

## RULING

At this stage of the procurement process for the 2025 AES, the Commission, as head of the procuring entity, cannot review the qualifications of Smartmatic. The procedural infirmity of the instant Petition must be pointed out.

The governing law on procurement-related subject matter is R.A. No. 9184 and its corresponding 2016 Revised Implementing Rules and Regulations (2016 R-IRR). On the issue of qualification of bidders, Section 23.6 of the 2016 R-IRR explicitly grants the relevant procuring entity the authority to assess the qualifications of a bidder at any juncture during the procurement process, provided there are reasonable grounds to suspect misrepresentation by the bidder or a change in the bidder's capacity to undertake the project since the submission of eligibility requirements.

---

[9] *Id.*

This provision underscores the Procuring Entity's right to examine a bidder's qualifications at any phase of the procurement process, irrespective of the bidder's initial eligibility. Notably, the right conferred by Section 23.6 becomes effective when a specific project has already initiated the procurement process, especially when bidders have already submitted the necessary documents to establish their eligibility.

Verily, at the time of filing or on 15 June 2023, neither the Commission nor the Special Bids and Awards Committee for 2025 AES (SBAC) for the 2025 AES possessed jurisdiction as the procurement process had not yet commenced.

However, on 13 November 2023, the SBAC conducted a pre-bid conference, marking the initial phase of the bidding process which gave SBAC the power to review the eligibility of all bidders. The pre-bid conference serves as the initial forum for discussions between the Procuring Entity's representatives and eligible bidders, covering various aspects of the ongoing procurement.[10]

Four (4) entities, including Smartmatic, manifested their interest to join the competitive bidding.

Since the holding of a pre-bid conference for the 2025 AES, the SBAC assumed jurisdiction over matters relative to the procurement of the 2025 AES, including those that pertained to the qualification of all prospective bidders. It must be noted, however, that the SBAC does not have the authority to readily decide on the qualification or disqualification of the prospective bidders pursuant to the procedure laid down in the 2016 R-IRR of R.A. No. 9184.

In NPM No. 104-2017,[11] the Government Procurement Policy Board (GPPB) clarified that a bidder may only be disqualified **during Eligibility Screening, Bid Evaluation and Post Qualification**. The relevant provisions

---

[10] Section 22, 2016 Revised Implementing Rules and Regulations of Republic Act No. 9184.
[11] 29 December 2017, accessible at https://www.gppb.gov.ph/wp-content/uploads/2023/06/NPM-No.-104-2017.pdf last accessed on 23 November 2023.

under the Revised IRR of the GPPB Rules are Sections 23,[12] 30,[13] 32[14] and 34,[15] respectively. Expounding the process of disqualification, the GPPB stated:

"During Eligibility screening, we explained that the submission of the eligibility documents enumerated in Section 23.1 of the 2016 IRR is a mandatory requirement that must be complied with by the prospective bidders, such that failure to submit any of the documents or the submission of an otherwise incomplete or patently insufficient document, will disqualify the bidder based on the discretionary "pass/fail" criterion under Section 30.1 of the IRR.

On the other hand, disqualification during the preliminary examination of bids provided under Section 30.1 of the 2016 IRR of RA 984 may lie when the BAC checks the submitted documents of each bidder against the checklist of required documents to ascertain if they are all present, using a non-discretionary "pass/fail" criterion…. Section 30.2 of the 2016 IRR, vests upon the authority to determine each bidder's compliance with the required documents for purposes of eligibility.

Section 32.2.4 of the Revised IRR, likewise provides that the total bid prices as evaluated and corrected for computational error shall be ranked in ascending order, and those that exceeded the ABC shall be disqualified.

Disqualification during the Post-Qualification stage is covered by Section 34 of RA 9184 and its 2016 IRR. The objective of the post-qualification is to determine whether the bidder complies with and is responsive to all the requirements and conditions specified in the bidding documents. During the post qualification, the BAC verifies, validates and ascertains all statements made and documents submitted by the bidder with the lowest calculated bid (LCB) or highest rated bid (HRB, as the case may be, using non-discretionary pass/fail criteria.

These criteria shall consider the legal, technical, and financial requirement… Hence, the verification under the post-qualification stage is not limited to examination of documents submitted by the bidder, but also includes inspection of the subject equipment vis-á-vis the technical specifications specified in the bidding documents."

A careful review of these provisions will show that at this stage of the procurement process, the SBAC for AES 2025 is constrained to refrain from

---

[12] Section 23. Eligibility Requirements for the Procurement of Goods and Infrastructure Projects. Full provision is accessible at https://www.gppb.gov.ph/wp-content/uploads/2023/07/Updated-2016-Revised-IRR-of-RA-No.-9184-as-of-03-July-2023.pdf, last accessed on 23 November 2023.

[13] Section 30. Preliminary Examination of Bids. Full provision is accessible at https://www.gppb.gov.ph/wp-content/uploads/2023/07/Updated-2016-Revised-IRR-of-RA-No.-9184-as-of-03-July-2023.pdf, last accessed on 23 November 2023.

[14] Section 32. Bid Evaluation for the Procurement of Goods and Infrastructure Projects. Full provision is accessible at https://www.gppb.gov.ph/wp-content/uploads/2023/07/Updated-2016-Revised-IRR-of-RA-No.-9184-as-of-03-July-2023.pdf, last accessed on 23 November 2023.

passing upon the matter of qualifications of any potential bidder, including Smartmatic. According to the 2025 AES' timeline of procurement activities, the opening of bids is scheduled to be conducted on 12 December 2023.

Moreover, the blacklisting of Smartmatic cannot be insisted on regardless if the action is during the procurement stage or contract-implementation stage because of Petitioners' non-compliance with the procedural rules for blacklisting laid down under the 2016 R-IRR .

Under Section 5.0 of Appendix 17 of the Revised IRR, the procedure for blacklisting during the implementation stage is as follows:

> Any bidder/prospective bidder or duly authorized observer may initiate the blacklisting proceedings by filing a written complaint with the Bids and Awards Committee ("BAC"). The BAC may also motu proprio (by itself) commence the proceedings upon prima facie (self-sufficient) determination that the contractor as a bidder or prospective bidder has committed any of the grounds for blacklisting during the procurement stage.

> At the option of the procuring entities, a reasonable fee may be required for initiating the blacklisting proceedings.

On the other hand, under Section 6.2 of Appendix 17 of the Revised IRR, the procedure for blacklisting during the contract-implementation stage is commenced by a written notice of the Head of the Procuring Entity to the contractor, upon recommendation by the Implementing Unit.

Upon inquiry to and as confirmed by the PMD, no suspension and blacklisting proceedings are pending or initiated against Smartmatic in relation to the projects it provided for the 2022 NLE for purposes of pursuing the action during the contract-implementation stage, and for the bidding for the 2025 AES as regards the blacklisting of Smartmatic during the procurement process.

*The Commission, in the exercise of its plenary powers, may disqualify a potential bidder from participating in its procurement processes*

Separately, however, to the power granted to the Commission (EN Banc) as the Procuring Entity under relevant procurement laws, Sec. 2 (1) of Article IX of the 1987 Constitution grants upon the Commission the broad power to "enforce and administer all laws and regulations relative to the conduct of an election, plebiscite, initiative, referendum and recall."

In a plethora of cases,[16] the Supreme Court has repeatedly held that there can hardly be any doubt that the text and intent of this constitutional provision is to give the Commission all the necessary and incidental powers for it to achieve the holding of free, orderly, honest, peaceful and credible elections.

Verily, the Commission was deliberately constituted as a separate and independent body from other branches of government in order to ensure the integrity of our electoral processes. It occupies a distinct place in government as the constitutional body charged with the administration of our election laws. For this reason, the Constitution and our laws granted it powers and independence in the exercise of its powers and the discharge of its responsibilities.

The task of ensuring electoral integrity necessarily includes maintaining the public's confidence in the elections. To discharge this duty completely and effectively, the Commission should also assure the public that this obligation extends to its partners.

As early as October 2022, the Commission (En Banc), through the Department of Justice, received requests for official documents relative to an ongoing investigation from the United States government against former COMELEC Chairman Juan Andres D. Bautista (Bautista) and other individuals and entities for violation of U.S. criminal laws.

Pursuant to the treaty between the Government of the Philippines and the Government of the United States on Mutual Legal Assistance in Criminal Matters (PH-US MLAT), an investigation was conducted for the alleged violation of U.S. criminal laws, including the Foreign Corrupt Practices Act, conspiracy, wire fraud, and money laundering. The U.S. prosecutor sought

---

[16] *Bedol v Commission on Elections, G.R. No. 179830, 03 December 2009; citing Loong v Commission on Elections, G.R. No. 133676, 14 April 19909.*

assistance in obtaining official records from the Commission as part of the efforts to establish a case.

The evidence requested is deemed crucial for tracking the flow of suspected bribe payments and identifying other individuals involved in the alleged scheme. It is noteworthy that Bautista, who served as the Chairman of the Commission, was formally charged in September 2023, in connection with allegations of receiving bribes in exchange for awarding a contract for election machines to Smartmatic Corp. Bautista and others are alleged to have laundered the bribe money through multiple entities. It was revealed that Bautista established a foreign shell company, which was used to receive bribe payments from Smartmatic. The charges against Smartmatic and former Chairman Bautista are of public knowledge and tend to cause speculation and distrust in integrity of the electoral process.

Given the gravity of allegations related to bribery and compromised procurement processes, as independently determined by foreign bodies, the Commission recognizes the imminent threat to the strength and integrity of our democratic processes. In light of these findings, the Commission acknowledges the imminent peril to the integrity and robustness of our democratic institutions. These allegations, not only undermine and cast a shadow over the procurement protocols but also threaten to erode the public's confidence in the electoral system. Consequently, pursuant to administrative powers which cover all aspects of election, the Commission is compelled to take decisive action to disallow Smartmatic from participating in the procurement process forthwith.

Moreover, the Commission finds it imperative to refer the matter to the SBAC for possible permanent disqualification and blacklisting of Smartmatic from all government procureemnt proceedings, not just in relation to elections. This critical step reflects the Commission's unwavering dedication to maintaining the sanctity of our elections and ensuring that each component of the electoral process, especially its partnerships, upholds the highest standards of transparency and integrity.

The Commission (En Banc), in pursuing the instant course of action, recognizes its duty to uphold the integrity of elections. It cannot overlook the serious, unresolved allegations against Smartmatic related to previous elections. Although these allegations, stemming from incidents potentially

spanning at least three election cycles, have not been conclusively proven, their gravity and potential to damage public trust warrant the Commission (En Banc's) proactive measures to safeguard the integrity of elections and democratic institutions.

To be clear, the Commission (En Banc) categorically states that no irregularities attended the conduct of the 2022 NLE. The allegations of Petitioners pertaining to the alleged consistency in the ratio of transmitted results, the use of single IP address, and alleged discrepancies in the transmission and election returns have been sufficiently addressed by the Commission at length.

In fact, apart from the successful conduct of the Random Manual Audit attended by independent observers and accredited political parties showing the consistency in the results, and the observations by accredited citizens' arms.[17] Petitioners themselves admitted that the parallel count conducted by the Parish Pastoral Council for Responsible Voting (PPCRV) matched the transmitted results. Nevertheless, the Commission is cognizant that issues casting doubt on the veracity of the 2022 NLE results undermine our democracy by eroding public trust and confidence in our electoral processes. The Commission will do everything necessary and within its power to demonstrate its commitment to electoral integrity and full transparency.

Regarding the prayer of Petitioners for the Commission to post in its official website the List of Vote Counting Machines (VCM) Transmission for the 2022 NLE corroborated by the telecommunication companies' Call Detail Record (telco's CDR), it bears noting that the request has been mooted as the Commission has already uploaded the telecommunication provider logs in its official website as of 6 September 2023. Therefore, the same has been made available to Petitioners and the public.

Still pursuant to its constitutional mandate to decide all matters affecting elections, and in line with its commitment to transparency, the Commission (En Banc) during the 17 October 2023 hearing[18] stated that it

---

[17] *See* "NAMFREL Final Report, 2022 National and Local Elections," published by the National Citizens Movement for Free Elections (NAMFREL), published on 19 August 2022, last accessed at https://namfrel.org.ph/2022/files/NAMFREL%202022%20NLE%20REPORT%20(FINAL,%20DIGITAL), pdf on 23 November 2023 and *Letter Addressed to Coordinator and Volunteers* of the Parish Pastoral Council for Responsible Voting, dated 29 August 2023, last accessed at https://www.scribd.com/document/668618029/A-year-after-polls-PPCRV-reiterates-rigging-claims-unsubstantiated#download&from_embed on 23 November 2023.

[18] *Transcropt of Stenographic Notes*, En Banc Hearing, 17 October 2023.

may authorize a recount by opening the ballot boxes of every region in the country upon Petitioners' instance, considering that the most reliable evidence in an election is typically the ballots themselves. This process, incidental to the Commission's mission, aligns with the public interest and the right to information in all matters relating to the election. In the landmark case of *Chavez vs. Gonzales*,[19] the Supreme Court underscored the overwhelming right and need of the public to be informed of matters concerning elections, by stating:

> The right of the people to know matters pertaining to the integrity of the election process is of paramount importance. It cannot be sideswiped by the mere speculation that a public disturbance will ensue. Election is a sacred instrument of democracy. Through it, we choose the people who will govern us. We entrust to them our businesses, our welfare, our children, our lives. Certainly, each one of us is entitled to know how it was conducted. What could be more disheartening than to learn that there exists a tape containing conversations that compromised the integrity of the election process. The doubt will forever hang over our heads, doubting whether those who sit in government are legitimate officials. In matters such as these, leaving the people in darkness is not an alternative course. (Citations omitted)

The Commission (En Banc) shall, upon motion, authorized a recount, utilizing for the said purpose either the physical ballots or the ballot images which are the functional equivalent of the physical ballot, at no cost to Petitioner. This is consistent with the Commission (En Banc)'s commitment to uphold fair, orderly, and honest elections and to pursue all avenues to strengthen transparency in the conduct of elections.

**WHEREFORE,** premises considered, the Commission *(En Banc)* hereby **RESOLVED** to **GRANT** the Petition. **SMARTMATIC PHILIPPINES, INC. is DISQUALIFIED AND DISALLOWED** from participating in any public bidding process for elections, in the exercise of its administrative power to decide all matters affecting election and in pursuit of its constitutional mandate.

**FURTHER**, the Commission *(En Banc)* hereby **RESOLVES** that in the exercise of its administrative power, it may, upon Petitioner's instance, order the conduct of the recount of ballots in areas in every region in the country, the procedure and extent of which to be determined, and at no cost to Petitioner.

---

[19] G.R. No. 168338, 15 February 2008.

**SO ORDERED.**

**GEORGE ERWIN M. GARCIA**
*Chairman*

**SOCORRO B. INTING**
*Commissioner*

with separate opinion

**AIMEE P. FEROLINO**
*Commissioner*

**MARLON S. CASQUEJO**
*Commissioner*

**REY E. BULAY**
*Commissioner*

**ERNESTO FERDINAND P. MACEDA, JR.**
*Commissioner*

**NELSON J. CELIS**
*Commissioner*

## CERTIFICATION

I hereby certify that the conclusions in the above resolution were reached in consultation among the members of the Commission (En Banc) before the case was assigned to the writer of the opinion of the Commission.

**GEORGE ERWIN M. GARCIA**
*Chairman*

This Petition is hinged on the alleged serious irregularities employed by Respondent Smartmatic Philippines, Inc.[3] on the Automated Election System during the 09 May 2022 National and Local Elections (NLE).

Backed by the result of the Random Manual Audit as well as the declaration by the accredited citizens' arms, we are unanimous in affirming the credibility of the concluded 2022 NLE. On the issues raised in the Petition, I agree with the Law Department that Petitioners failed to substantiate the alleged irregularities. As regards procedural rules, I concur that the Commission lacks jurisdiction to disqualify Smartmatic Philippines, Inc., or any prospective bidder, before the submission of the eligibility documents pursuant to the 2016 Revised Implementing Rules and Regulations of Republic Act No. 9184[4] (IRR).

In accordance with the Uniform Guidelines on Blacklisting under the 2016 R-IRR,[5] a bidder may be prohibited from participating in the procurement process for a given period through blacklisting. This process may be initiated motu proprio by the Bids and Awards Committee during Competitive Bidding Stage upon prima facie (self-sufficient) determination that the contractor as a bidder or prospective bidder has committed any of the grounds for blacklisting. During the contract implementation, the Head of the Procuring Entity shall immediately issue a Blacklisting Order upon termination of the contract due to default of the contractor, disqualifying the erring contractor from participating in the bidding.

I concur with the Majority that the blacklisting of Smartmatic cannot be insisted on whether the action is during the procurement or contract implementation stage due to Petitioners' non-observance of the aforementioned Guidelines. Surely, the procedures provided under R.A. No. 9184 and its IRR are mandatory and cannot be simply brushed aside by the Commission.

It strikes me that a distant matter has been interjected into this case. In disqualifying Smartmatic, the majority invokes an authority outside of R.A. No. 9184 and its IRR, and based their ruling solely on the allegations and issues involving former COMELEC Chairman Juan Andres D. Bautista (Chairman Bautista).

---

[3] See Note 1.

The contracts (1) Vote Counting Machines Refurbishment with Consumables (SBAC Reference No. 01-2020 VCMRC) and (2) Lease of OMR/OPSCAN Precinct Counter with SD Cards for Use in the 2022 NLE (SBAC Reference No. 15-2021OMR) were awarded to SMMT-TIM 2016, Inc.

[4] An Act Providing for the Modernization, Standardization and Regulation of the Procurement Activities of the Government and for Other Purposes.

[5] Uniform Guidelines for Blacklisting of Manufacturers, Suppliers, Distributors, Contractors and Consultants.

It may be proper to take into consideration the criminal case filed in the United States against Chairman Bautista on the alleged bribery relating to the contract with Smartmatic for the election machines. This circumstance alone, however, does not warrant an outright condemnation of persons or entities involved in the said foreign criminal case.This case is still pending investigation, and there is no supporting evidence on record. Indeed, the Commission may take judicial notice of matters of public knowledge, but we must first "allow the parties to be heard thereon.[6]"

In administrative proceedings, such as this, due process demands that the adjudicating body properly informs a party of the charges against them and afford them the opportunity to present their defenses and supporting evidence, which it must consider in making its decision.

To note, the Petitions dated 15 June 2023, Supplemental Petition dated 29 June 2023, and Second Supplemental Petition dated 11 September 2023 did not contain the allegations of bribery against Smartmatic. No evidence in relation thereto was pre-marked, more so presented or discussed during the 17 October 2023 hearing. The only mention of this issue was found for the very first time in the Motion for Early Resolution dated 03 October 2023 of Petitioners and the single paragraph in the prefatory statement in Petitioner's Memorandum. It was however neither cited as an argument in the Memorandum nor any document in support of the existence and veracity thereof offered in Petitioner's Formal Offer of Evidence with Manifestation and Motion dated 23 October 2023.

In ruling against Smartmatic based on an issue never properly raised, Respondent Smartmatic was deprived of its right to be properly notified of the allegations against it and was not given an opportunity to defend itself against those allegations.

The disqualification of Smartmatic was anchored upon the Commission's broad power to "enforce and administer all laws and regulations relative to the conduct of an election, plebiscite, initiative, referendum and recall" under Section 2(1) of Article IX-C of the 1987 Constitution. It is important to note that under Section 2, Article IX-C of the 1987 Constitution, the COMELEC exercises both administrative and quasi-judicial powers.

In *Baytan v. COMELEC*[7], the Supreme Court differentiated between these two functions, explicitly stating that under Section 2 of Article IX-C of the Constitution, subsections 2(1), and (3) to (9) are exercised under the

---

[6] Herrera vs Bollos, G.R. No. 138258, 18 January 2002.

[7] G.R. No. 153945, 4 February 2003.

administrative functions of the COMELEC, while it exercises quasi-judicial functions in relation to those cases enumerated under Section 2(2).

It should be emphasized that the Commission's administrative power under Section 2(1), Article IX-C of the 1987 Constitution, as stated therein, refers only to the enforcement and administration of election laws. For this constitutional provision to be validly invoked, there must be an election law to "enforce" or "administer." Hence, the Commission, in the exercise of such power, cannot whimsically rule on any and all election matters without any basis in law or its own prescribed rules. This is consistent with the definition of its administrative adjudication, which is the power to hear and determine questions of fact to which the legislative policy is to apply and to decide under the standards laid down by the law itself in enforcing and administering the same.

Case law further provides that a constitutional provision is not self-executing where it merely announces a policy and its language prescribes another means by which the policy shall be carried into effect. In the case of *Ang Bagong Bayani-OFW Labor Party v. COMELEC*[8], it was held that where the law is "interspersed with phrases like 'in accordance with law' or 'as may be provided by law', then it is up to Congress to sculpt in granite the lofty objective of the Constitution."

We value greatly the faith and confidence of the people in the integrity of the electoral process; thus, we must afford them with the utmost degree of prudence in all our actions. It is my submission that integrity is adherence to principles while being steadfast in the observance of the laws and rules.

With due deference to the majority opinion, my vote is for the dismissal of the instant Petition.

**AIMEE P. FEROLINO**
Commissioner

---

[8] G.R. No. 147589, 25 June 2003.