# Exhibit E

**APP1049**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED, | ) ) ) ) | |
| Plaintiffs, v. | ) ) ) ) | Civil Action No. 1:21-cv-02900-CJN |
| HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK, | ) ) ) ) | |
| Defendant. | ) | |

**DECLARATION OF JOHN HINES IN SUPPORT OF
OAN'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON ACTUAL MALICE**

I, John Hines, declare as follows:

1.      My name is John Hines.  I am over the age of twenty-one years, am of sound mind and am otherwise fully competent to testify.  All of the facts contained in this Declaration are based upon my personal knowledge, unless stated otherwise, and are true and correct; and if called as a witness, I could and would testify as follows.

2.      I am making this declaration in support of OAN's Motion for Partial Summary Judgment on Actual Malice ("Motion").

3.      I am the Chief for the Washington, D.C. Bureau of Defendant Herring Networks, Inc. dba One America News Network ("OAN") a position I have held since 2017. I have worked at OAN since 2015.

**The November 20, 2020 Broadcast**

4.      I have read and am familiar with the Declaration of Kevin Kunec ("Kunec Declaration") submitted in support of the Motion.  I also am familiar with the certified transcript attached as Exhibit 6 to the Kunec Declaration ("November 20 Transcript"), which relates to an OAN broadcast that aired on November 20, 2020 for which I was the reporter (the "November 20

1

**APP1050**

Broadcast"). I am informed that Plaintiffs complain about a portion of this November 20 Broadcast in their Complaint ("November 20 Broadcast Segment"). I have also reviewed the screenshots of the Broadcast Segment attached to Plaintiff's Complaint as Exhibit 16A.

5.      During the November 20 Broadcast Segment, I interviewed Allan Santos about the 2020 Presidential election and his firsthand knowledge of the use of Smartmatic and Dominion voting machines in South America.  Mr. Santos was a journalist with Terça Livre, which is a Brazilian media company. At the time of the Broadcast, there was widespread concern about the vulnerability of the Dominion and Smartmatic electronic voting systems in the 2020 Presidential election.  Given Mr. Santos's credentials and experience covering elections in Latin America, at the time of the November 20 Broadcast, I believed that Mr. Santos was a credible source for the questions I asked him during his interview and that he was accurately reporting his knowledge.

6.      Based upon the information I had at the time of the November 20 Broadcast, I did not know or believe that any statement of fact in the November 20 Broadcast, or in any chyron or graphics in the November 20 Broadcast, was false, nor did I entertain any serious doubt as to its truth.

7.      I believe I accurately reported statements made by Mr. Santos in the November 20 Broadcast Segment on matters of public interest, namely the use of Dominion and Smartmatic voting machine systems in South American countries.

8.      I did not believe any statement of fact in the November 20 Broadcast was false, nor did I entertain any serious doubt as to the truth.

**The December 1, 2020 Broadcast**

9.      I am familiar with the transcript attached as Exhibit 26 to the Smartmatic Complaint ("December 1 Transcript") which relates to an OAN broadcast that aired on December 1, 2020 for which I was the reporter (the "December 1 Broadcast"). I am informed that Plaintiffs complain

about a portion of this December 1 Broadcast in their Complaint ("December 1 Broadcast Segment").  I have also reviewed the screenshots of the Broadcast Segment attached to Plaintiff's Complaint as Exhibit 26A.

10.     During the December 1 Broadcast Segment, I interviewed Tom Fitton, President of Judicial Watch, about President Donald Trump's legal options relating to the outcome of the 2020 Presidential election.  At the time of the Broadcast, there was widespread reporting about steps President Trump and his legal team were taking to contest the 2020 election results in certain states.  Prior to the December 1 Broadcast, I had interviewed Mr. Fitton multiple times on various topics and had always found statements in his interviews to be credible and truthful.  Prior to and at the time of the December 1 Broadcast, I believed that Mr. Fitton was a credible source for the questions I asked him during his interview and that he was accurately reporting his knowledge.

11.     Based upon the information I had at the time of the December 1 Broadcast, I did not know or believe that any statement of fact in the December 1 Broadcast, or in any chyron or graphics in the December 1 Broadcast, was false, nor did I entertain any serious doubt as to its truth.

12.     I believe I accurately reported statements made by Mr. Fitton in the December 1 2020 Broadcast Segment on matters of public interest, namely the legal options for President Trump regarding the 2020 Presidential election results.

13.     I did not believe any statement of fact in the December 1 Broadcast was false, nor did I entertain any serious doubt as to the truth.

**The December 21, 2020 Broadcast**

14.     I also am familiar with the transcript attached as Exhibit 34 to the Smartmatic Complaint ("December 21 Transcript"), which relates to OAN broadcasts that aired on December 21, 2020 for which I was the reporter (the "December 21 Broadcast"). I am informed that Plaintiffs

**APP1052**

complain about a portion of this December 21 Broadcast in their Complaint ("December 21 Broadcast Segment"). I have also reviewed the screenshots of the Broadcast Segment attached to Plaintiff's Complaint as Exhibit 34A.

15.    During the December 21 Broadcast Segment, I interviewed Clay Clark, a talk show host who was in contact with Lin Wood, about President Donald Trump's legal options relating to the outcome of the 2020 Presidential election.  At the time of the Broadcast, there was widespread reporting about steps President Trump and his legal team were taking to contest the 2020 election results in certain states. Prior to and at the time of the December 21 Broadcast, I believed that Mr. Clark was a credible source for the questions I asked him during his interview and that he was accurately reporting his knowledge.

16.    Based on the information I had at the time of the December 21 Broadcast, I did not know or believe that any statement of fact in the December 21 Broadcast, or in any chyron or graphics in the December 21 Broadcast, was false, nor did I entertain any serious doubt as to its truth.

17.    I believe I accurately reported statements made by Mr. Clark in the December 21 Broadcast Segment on matters of public interest, namely the legal options for President Trump regarding the 2020 Presidential election results.

18.    I did not believe any statement of fact in the December 21 Broadcast was false, nor did I entertain any serious doubt as to the truth.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 6, 2023.

John Hines

4