# Exhibit F

APP1054

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br>v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK,<br><br>Defendant. | Civil Action No. 1:21-cv-02900-CJN |

**DECLARATION OF STEPHANIE MYERS IN SUPPORT OF
OAN'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON ACTUAL MALICE**

I, Stephanie Myers, declare as follows:

1. My name is Stephanie Myers. I am over the age of twenty-one years, am of sound mind and am otherwise fully competent to testify. All of the facts contained in this Declaration are based upon my personal knowledge, unless stated otherwise, and are true and correct; and if called as a witness, I could and would testify as follows.

2. I am making this declaration in support of OAN's Motion for Partial Summary Judgment on Actual Malice ("Motion") in this lawsuit.

3. I am a Newsroom Anchor for Defendant Herring Networks, Inc. dba One America News Network ("OAN") a position I have held since June 2017. I have worked at OAN since 2015.

4. I am informed Plaintiffs complain about an 6 am ET OAN Newsroom broadcast on November 20, 2020 ("Broadcast"). I have read the transcript attached as Exhibit 15 to Plaintiffs' Complaint, which I am informed is Plaintiffs' transcript of a portion of the Broadcast. I have also reviewed the screenshots of the Broadcast attached to Plaintiffs' Complaint as Exhibit 15A.

5. I was the anchor for the Broadcast.

6. During the Broadcast, I interviewed Mr. Keith Trippie about the 2020 Presidential election and Christopher Krebs, the former Director of the Cybersecurity and Infrastructure Security Agency (CISA). At the time of the Broadcast Mr. Krebs had recently been fired as the CISA Director, and there was concern about the vulnerability of electronic voting systems. Prior to and at the time of the Broadcast, my analysis was that Mr. Trippie, a retired senior IT/Cyber executive at Department of Homeland Security, was a credible source on these issues.

7. Based on the information I had at the time of the Broadcast, I did not know or believe that any statement of fact in the Broadcast was false, nor did I entertain any serious doubt as to its truth.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 6, 2023.

_____
Stephanie Myers