# Exhibit G

DocuSign Envelope ID: B6B6D01A-7428-4C3E-AE18-0666ADA55B66

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED, | ) ) ) ) | |
| Plaintiffs, v. | ) ) ) ) | Civil Action No. 1:21-cv-02900-CJN |
| HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK, | ) ) ) ) | |
| Defendant. | ) ) | |

### DECLARATION OF STEPHANIE HAMILL IN SUPPORT OF
### OAN'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON ACTUAL MALICE

I, Stephanie Hamill, declare as follows:

1.     My name is Stephanie Hamill. I am over the age of twenty-one years, am of sound mind and am otherwise fully competent to testify. All of the facts contained in this Declaration are based upon my personal knowledge, unless stated otherwise, and are true and correct; and if called as a witness, I could and would testify as follows.

2.     I am making this declaration in support of OAN's Motion for Partial Summary Judgment on Actual Malice ("Motion") in this lawsuit.

3.     I was the host and anchor of *In Focus with Stephanie Hamill*, an opinion show that aired on Defendant Herring Networks, Inc. dba One America News Network ("OAN") from August 2020 to May 2022.

4.     I understand that Plaintiffs have complained about two broadcasts of *In Focus with Stephanie Hamill*, a November 20, 2020 broadcast ("11/20 Broadcast") and a December 3, 2020 broadcast ("12/3 Broadcast"). I was the anchor for the 11/20 Broadcast and the 12/3 Broadcast ("Broadcasts").

DocuSign Envelope ID: B6B6D01A-7428-4C3E-AE18-0666ADA55B66

5.    I have read the certified transcript attached to this Declaration as Exhibit 1, which is from part of the 11/20 Broadcast ("11/20 Broadcast Segment"). I also have reviewed the screenshots of the 11/20 Broadcast Segment attached to the Plaintiffs' Complaint as Exhibit 17A. I also understand Plaintiffs complain that a part of the 11/20 Broadcast Segment was posted on the OAN website on November 25, 2020 ("11/25 Post"), and that this is the subject of Exhibit 21 to Plaintiffs' Complaint, which I have reviewed.

6.    During the 11/20 Broadcast Segment, I provided an introduction and later interviewed Joseph diGenova, the former United States District Attorney for the District of Columbia. Prior to the broadcast, Mr. diGenova had been interviewed many times over the years by other news networks. At the time of the 11/20 Broadcast, Mr. diGenova was one of the attorneys for the President of the United States (Donald Trump), and he was involved in litigation being brought at the time about the 2020 U.S. Presidential Election. I introduced Mr. diGenova during the broadcast as follows: "Joining me now, lawyer, political commentator and former U.S. Attorney for the District of Columbia, Joseph diGenova … You're also part of President Trump's legal team. You were at this press conference yesterday." Given Mr. diGenova's credentials and background, at the time of the 11/20 Broadcast I believed Mr. diGenova to be credible as to the matters he addressed in the 11/20 Broadcast Segment.

7.    Based on the information I had at the time of the 11/20 Broadcast, I did not know or believe that any statement of fact in the 11/20 Broadcast Segment was false, nor did I entertain any serious doubt as to its truth.

8.    Based on the information I had at the time of the 11/25 Post, I did not know or believe that any statement of fact in the 11/25 Post or the 11/20 Broadcast Segment was false, nor did I entertain any serious doubt as to its truth.

2

**APP1059**

DocuSign Envelope ID: B6B6D01A-7428-4C3E-AE18-0666ADA55B66

9.      I have read the certified transcript attached to this Declaration as Exhibit 2, which is from part of the 12/3 Broadcast ("12/3 Broadcast Segment"). I also have reviewed the screenshots of the 12/3 Broadcast Segment attached to the Plaintiffs' Complaint as Exhibit 28A.

10.     During the 12/3 Broadcast Segment, I provided an introduction and later interviewed Tom Fitton, the President of Judicial Watch, the public interest group that investigates and prosecutes government corruption. At the time of the 12/3 Broadcast, Mr. Fitton voiced concerns over the propriety of the 2020 U.S. Presidential Election and the vulnerability of electronic voting systems, both of which were part of the national debate at that time. Based on his credentials and my prior experiences having Mr. Fitton as a guest on *In Focus*, at the time of the 12/3 Broadcast I believed Mr. Fitton to be credible as to the matters he addressed in the 12/3 Broadcast Segment.

11.     Based on the information I had at the time of the 12/3 Broadcast, I did not know or believe that any statement of fact in the 12/3 Broadcast Segment was false, nor did I entertain any serious doubt as to its truth.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December __, 2023.
12/7/2023 | 10:12 AM PST

Stephanie Hamill

910810145R1944E

Stephanie Hamill

# Exhibit G-1

1

2

3

4

5

6

7

8

9

10

11

12          CERTIFIED TRANSCRIPTION OF

13              NOVEMBER 20, 2020

14  IN FOCUS WITH STEPHANIE HAMILL SEGMENT

15

16

17

18

19

20

21

22

23

24

25

1          (Recording begins.)

2          MR. GIULIANI:  You don't have an overvote

3  of 200 percent or 300 percent.  You don't have an

4  overvote of 100 percent.  Most -- most precincts don't

5  have 100 percent turnout.  In fact, classically, it's

6  considered to be an overvote if you go over 80 percent.

7  Well, in Michigan and Wisconsin, we have overvotes in

8  numerous precincts.

9          MS. HAMILL:  Hello, everyone.  I'm

10  Stephanie Hamill.  Welcome to In Focus.  President

11  Trump's personal attorney alleges a national conspiracy

12  by Democrats to steal the 2020 election.  Rudy Giuliani

13  says absentee and mail-in ballots were cast illegally

14  for Biden or tampered with by poll workers.  He also

15  claims those votes were counted while Republican

16  inspectors kept -- were kept at a distance.

17          Furthermore, Giuliani believes some votes

18  for Biden were tallied as many as three times each,

19  saying workers repeatedly fed individual ballots into

20  counting machines.

21          MR. GIULIANI:  What I'm describing to you

22  is a massive fraud.  It isn't a little, teeny one.  It

23  isn't, you know, a hundred votes switched here or there.

24  They're -- in -- in the city of Atlanta, Republicans

25  were not allowed to watch the absentee mail-in ballot

In Focus With Stephanie Hamill Segment - November 20, 2020

1  process.   Inspections com- -- completely cast aside.
2  And we have numerous double voters, we have numerous
3  out-of-state voters, and we have specific evidence of
4  intimidation and changes of vote.  That will all be in
5  the lawsuit that comes out tomorrow.
6                Arizona is a -- is a state that we're
7  looking at very, very carefully.  I would say we're
8  probably going to bring a lawsuit in Arizona.  More than
9  probably.  I think we are going to bring a lawsuit in
10 Arizona.  We're still collecting that evidence.  And the
11 state that we're looking at that would surprise you is
12 we have very, very significant amount of fraud
13 allegations in the state of New Mexico.
14                MS. HAMILL:  Giuliani is not alone in his
15 assertions of widespread voter fraud.  Attorney Sidney
16 Powell says the software used in the voting machines
17 across the country can be manipulated to alter vote
18 totals.  Now, Powell also points out that the software
19 developed by Smartmatic is tied to major Democrat donor
20 George Soros and the Clinton Foundation.
21                This, as Joe Biden considers taking legal
22 action over efforts to delay the presidential
23 transition.  Joining me now, lawyer, political
24 commentator and former U.S. Attorney for the District of
25 Columbia, Joseph DiGenova.

1          Thank you so much for joining me.  You're
2  also part of President Trump's legal team.  You were at
3  this press conference yesterday.  I saw you standing
4  there on the platform.  Let's go over some of the key
5  claims and allegations that were presented by Team Trump
6  yesterday because there's so much to unpack.
7          MR. DIGENOVA:  Well, the most important one
8  is the denial of equal protection and due process in
9  Michigan, Pennsylvania and elsewhere, Wisconsin.  Now,
10 hundreds and hundreds of thou- -- thousands of votes,
11 indeed, several million votes were counted.  These are
12 mail-in votes.  These are votes that came in after the
13 closing of the polls, and they number in the millions.
14          The observers, who are legally allowed to
15 be in the counting area, were not allowed to be close
16 enough to view the envelopes.  What happens when you
17 have an absentee ballot, a mail-in ballot or a mail-out
18 ballot is, it comes in an envelope.  On that envelope is
19 very important information:  A signature, a date stamp,
20 other information.
21          Once that ballot is removed from that
22 envelope and that envelope is thrown away, you can never
23 go back and verify that -- that particular vote.  That
24 happened in over 800,000 cases in Pennsylvania.  And the
25 bottom line is this -- and in Detroit.  And the bottom

In Focus With Stephanie Hamill Segment - November 20, 2020

1  line is this.  Not a single Republican observer viewed
2  any of these 800,000 envelopes, so therefore, they were
3  never able to verify what is being claimed as a
4  legitimate vote.  That is the single most important
5  allegation.
6             After that, we have statistical anomalies.
7  There are votes that are astronomically different than
8  historical records indicate.  Those anomalies include
9  too many people voting, percentages of errors.  For
10  example, usually in mail-ins, there's a -- there's a
11  very substantial error rate because people make
12  mistakes, usually three percent or more.
13             In these mail-in, mail-out and absentee
14  ballots, there is less than one percent -- in fact, it's
15  .03 percent error rate.  That's a statistical
16  impossibility.  So what do all of these statistics mean?
17  They mean that this was not an accident.  It wasn't a
18  coincidence.  It was a coincidence with a purpose, and
19  that purpose was a scheme, a plan to do exactly what the
20  Democrats started doing three years ago, which was try
21  to get all the states to change their mail-in voting
22  procedures to allow this to occur.
23             And by the way, this is very important.
24  They started doing this change to mail-in ballots long
25  before COVID ever existed.  So COVID has nothing to do

In Focus With Stephanie Hamill Segment - November 20, 2020

1  with this.  That's not the reason this was set up.  This
2  was set up as a plan to make sure they were able to get
3  enough votes after midnight to give somebody a victory.
4           MS. HAMILL:  Yeah.  No, Democrats have been
5  pushing for this for years, and then they used COVID-19
6  as an excuse to push it through.  And -- and you pointed
7  out, I mean, there's just really strange things going
8  on, like the overvote, for example, which we heard
9  Giuliani say --
10          MR. DIGENOVA:  Yes.
11          MS. HAMILL:  -- in the video, 100 to
12  200 percent voter turnout.  We have kids voting, we have
13  dead people voting.  There's real examples of voter
14  fraud, yet people in the media, reporters, investigative
15  journalists, like, they're all turning a blind eye to
16  this, they don't care.  In fact, those who questioned
17  voter fraud and use these real examples are written off
18  as, like, conspiracy theorists and liars and, you know,
19  President Trump's doing damage to democracy.
20          But the -- no, there's real questions and
21  these legal challenges are legitimate.  And there's some
22  things that -- here that these reporters should be
23  concerned about and they're not.  I mean, it's really
24  disturbing, and I saw some of the questions that were
25  thrown at you guys yesterday.  And you could -- you

In Focus With Stephanie Hamill Segment - November 20, 2020

1   could feel the hostility.

2              MR. DIGENOVA:  Well, there's no doubt that

3   a very significant number of people in the press hate

4   this president and hate anybody who tries to help him or

5   work for him.  We've had lawyers on our team threatened,

6   people that have had to drop out of the representation.

7   There was a firm in Philadelphia that had to drop out

8   because they were receiving threats to their lawyers.

9              One of our lawyers in Philadelphia has U.S.

10  Marshals protecting her because of death threats.  This

11  is something that the media doesn't care about.  You

12  haven't seen a single story outside of local press in

13  Pennsylvania reporting about the death threats against

14  lawyers representing the president.  And that's because

15  the media doesn't care.  They'd be quite happy if

16  somebody on the Trump team was killed.  It's really sort

17  of sick.

18              We don't have journalism anymore.  We have

19  advocacy and propagandas, and we just have to live with

20  that until the American people force a change in

21  journalism.  But they hate this president and they hate

22  anybody who's helping him.

23              MS. HAMILL:  Well, and we saw what happened

24  in Michigan where the canvassers in Wayne County were

25  threatened --

In Focus With Stephanie Hamill Segment - November 20, 2020

```
 1              MR. DIGENOVA:  Yes.
 2              MS. HAMILL:  -- they were intimidated, they
 3    were doxxed to the point that they changed their vote,
 4    and then they ended upcoming out and changing their vote
 5    again because they realized that it wasn't right.  They
 6    needed to do the -- the correct thing, which was to be
 7    honest and truthful.  And they had real concerns about
 8    the voting tally in Michigan and in their county, so...
 9              But, yet, where's the outrage?  Could you
10    imagine if that was the other way around?  I mean, we
11    saw the video of them even being threatened, so it's
12    just really incredible.
13              MR. DIGENOVA:  Well, I think one of the --
14    one of best pieces of evidence of how corrupt the voting
15    process was in Detroit, Michigan was that canvassing
16    video showing how the people who were doing the
17    canvassing and the -- the two members of the
18    certification team who were accused of being racist,
19    having their -- their integrity questioned.
20              One of the most amazing performances, how
21    can anybody have confidence in the performance of those
22    other public officials threatening two canvassers that
23    way.  What it -- what it does show is the partisan
24    nature of what happened in Detroit, and it -- it
25    underscores the importance of getting to the bottom of
```

In Focus With Stephanie Hamill Segment - November 20, 2020

1  the hundreds of thousands of votes which were dro- --
2  driven into the counting center in Detroit at 4:30 in
3  the morning, where the ballots were pristine, untouched,
4  had a single circle with Joe Biden's name on it circled.
5  All the same, all identical, hundreds of thousands of
6  votes.
7        So once again, in Michigan, in Pennsylvania
8  and elsewhere, Trump goes to bed with hundreds of
9  thousands of vote leads in each state, wakes up in the
10  morning and he's behind.  That is statistical
11  impossibility and it was done for one reason.  It's the
12  result of fraud.
13        MS. HAMILL:  Yeah.  And the people say this
14  election, referendum on President Trump and his policies
15  and his hateful rhetoric and his Tweets.  But at the end
16  of the day, he got way more votes than in 2016.  And I
17  haven't met anyone who's voted for Trump who isn't
18  vot- -- who didn't vote for Trump in this election.  So
19  that's a total fraud and scam.
20        Really quickly, what really stood out to me
21  in the press conference yesterday was Sidney Powell
22  talking about the voting machines suggesting that our
23  votes are being counted overseas, that Dominion voting
24  machines and Smartmatic use software that are controlled
25  by foreign interests.  If you could expand on that?

1          MR. DIGENOVA:  I noticed that Dominion
2   software and its other entities issue a -- issued a
3   statement today saying they're not controlled by foreign
4   entities, et cetera, et cetera.  They never denied that
5   the votes are actually counted in computers in
6   Frankfurt, Germany and Barcelona, Spain.
7          Ask yourself this question.  Why would any
8   state hire a company which is going to have its vote
9   tallies done in Frankfurt, Germany and Barcelona, Spain,
10  where the tallying cannot be monitored by any American
11  citizen during the process and where tabulations could
12  be altered without the knowledge of anybody because
13  these computer systems have a back door so that they can
14  be hacked.
15          My answer to Dominion is, allow all of your
16  computers to be subject to a forensic audit immediately.
17  Let's see if they agree to that.
18          MS. HAMILL:  Yeah.  I wanted to ask you
19  about the Georgia recount, Biden pulling ahead.  And at
20  the end of the day, if you have a bunch of fraudulent
21  votes and you count the fraudulent votes again, you're
22  going to get the same result.
23          MR. DIGENOVA:  Well, the Georgia recount is
24  a joke.  It's really a Monty Python vote.  What they've
25  done is, they took a soiled ballot, despoiled ballots

In Focus With Stephanie Hamill Segment - November 20, 2020

1  and recounted the same ballots.  They didn't do
2  anything.  They didn't go back and check, they didn't go
3  back and do any statistical analysis.  They simply, by
4  hand, counted the same corrupted ballots a second time.
5  That is not a recount, it's not an au- -- it's not an
6  audit, it is a joke.  And it will not stand up and
7  additional lawsuits are being filed today on this, not
8  only by the Trump campaign, but by three or four other
9  public interest groups in Georgia.
10             MS. HAMILL:  Yeah.  My question is, where
11  is the FBI?  I mean, isn't this something that they
12  should tackle, because you heard the reporters asking
13  you guys questions yesterday that really, you -- you
14  can't answer.  You need the help of government
15  authorities for some of the things that you're looking
16  for in -- in your legal challenges.  Now, what was -- in
17  Michigan, there was, like, over 200-and-something
18  affidavits.  I mean, people are giving information,
19  they're so -- you know, like --
20             MR. DIGENOVA:  That's correct.
21             MS. HAMILL:  -- whistleblowers.  And -- and
22  these reporters are pretending that this isn't the --
23  the right process.
24             MR. DIGENOVA:  The -- first of all, we have
25  hundreds and hundreds of affidavits in each precinct,

In Focus With Stephanie Hamill Segment - November 20, 2020

1   including Democrat poll workers who were being
2   whistleblowers about the corruption that they were
3   seeing, being ordered to change dates on ballots,
4   being -- in other words, being ordered to backdate them
5   so they -- they would meet the deadline.  Putting names
6   on envelopes and ballots that were -- were nonexistent,
7   going to the registrations and getting the name of a
8   voter and putting it on a ballot.  There are hundreds
9   and hundreds in each state, so there are thousands of
10  these affidavits.
11              Where is the FBI?  That is a very good
12  question.  I can only -- Chris Wray, our FBI director,
13  is the only person who knows the answer to that.  But I
14  can tell you, from all of our work in all of the states,
15  talking to all of our lawyers on the ground, not one
16  single group of lawyers has been contacted by the FBI
17  for information.  And neither has any local Republican
18  counting group or monitoring group.
19              MS. HAMILL:  Yeah.  Well, we're going to
20  leave it here.  Thank you again.  Keep fighting the good
21  fight.  And as I said --
22              MR. DIGENOVA:  Thank you.
23              MS. HAMILL:  -- Trump supporters across the
24  country, they want answers.  They want to make sure that
25  this is a free and fair election.  Thank you.

1                    MR. DIGENOVA:   Thank you.

2                    (Recording ends.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

In Focus With Stephanie Hamill Segment - November 20, 2020

1          C E R T I F I C A T E
2      I, TERRI GARCIA, Certified Shorthand Reporter in
3  and for the State of Texas, certify that the foregoing
4  is a correct transcription from the video recording of
5  the the above-entitled matter.
6      I further certify that I am neither counsel for,
7  related to, nor employed by any of the parties to the
8  action in which this recording was transcribed, and
9  further that I am not financially or otherwise
10  interested in the outcome of the action.
11      I further certify that the transcription fee of
12  $_____ was paid/will be paid in full by
13  _____.
14
15
16      _____
                  Terri Garcia, Texas Certified
17                  Shorthand Reporter No. 6581
                  Dickman Davenport, Inc.
18                  Firm Registration No. #312
                  4228 North Central Expressway
19                  Suite 101
                  Dallas, Texas  75206
20                  (214) 855-5100
                  My commission expires:  7-31-25
21
22
23
24
25

**A**

able 5:3 6:2
above-entitled 14:5
absentee 2:13,25 4:17 5:13
accident 5:17
accused 8:18
action 3:22 14:8 14:10
additional 11:7
advocacy 7:19
affidavits 11:18 11:25 12:10
ago 5:20
agree 10:17
ahead 10:19
allegation 5:5
allegations 3:13 4:5
alleges 2:11
allow 5:22 10:15
allowed 2:25 4:14 4:15
alter 3:17
altered 10:12
amazing 8:20
American 7:20 10:10
amount 3:12
analysis 11:3
anomalies 5:6,8
answer 10:15 11:14 12:13
answers 12:24
anybody 7:4,22 8:21 10:12
anymore 7:18
area 4:15
Arizona 3:6,8,10
aside 3:1
asking 11:12
assertions 3:15
astronomically 5:7

**Atlanta** 2:24
attorney 2:11 3:15,24
au- 11:5
audit 10:16 11:6
authorities 11:15

**B**

back 4:23 10:13 11:2,3
backdate 12:4
ballot 2:25 4:17 4:17,18,21 10:25 12:8
ballots 2:13,19 5:14,24 9:3 10:25 11:1,4 12:3,6
Barcelona 10:6,9
bed 9:8
begins 2:1
believes 2:17
best 8:14
Biden 2:14,18 3:21 10:19
Biden's 9:4
blind 6:15
bottom 4:25,25 8:25
bring 3:8,9
bunch 10:20

**C**

C 14:1,1
campaign 11:8
canvassers 7:24 8:22
canvassing 8:15 8:17
care 6:16 7:11,15
carefully 3:7
cases 4:24
cast 2:13 3:1
center 9:2
Central 14:18
certification 8:18

**Certified** 1:12 14:2,16
certify 14:3,6,11
cetera 10:4,4
challenges 6:21 11:16
change 5:21,24 7:20 12:3
changed 8:3
changes 3:4
changing 8:4
check 11:2
Chris 12:12
circle 9:4
circled 9:4
citizen 10:11
city 2:24
claimed 5:3
claims 2:15 4:5
classically 2:5
Clinton 3:20
close 4:15
closing 4:13
coincidence 5:18 5:18
collecting 3:10
Columbia 3:25
com- 3:1
comes 3:5 4:18
commentator 3:24
commission 14:20
company 10:8
completely 3:1
computer 10:13
computers 10:5 10:16
concerned 6:23
concerns 8:7
conference 4:3 9:21
confidence 8:21
considered 2:6
considers 3:21

**conspiracy** 2:11 6:18
contacted 12:16
controlled 9:24 10:3
correct 8:6 11:20 14:4
corrupt 8:14
corrupted 11:4
corruption 12:2
counsel 14:6
count 10:21
counted 2:15 4:11 9:23 10:5 11:4
counting 2:20 4:15 9:2 12:18
country 3:17 12:24
county 7:24 8:8
COVID 5:25,25
COVID-19 6:5

**D**

Dallas 14:19
damage 6:19
date 4:19
dates 12:3
Davenport 14:17
day 9:16 10:20
dead 6:13
deadline 12:5
death 7:10,13
delay 3:22
democracy 6:19
Democrat 3:19 12:1
Democrats 2:12 5:20 6:4
denial 4:8
denied 10:4
describing 2:21
despoiled 10:25
Detroit 4:25 8:15 8:24 9:2

**developed** 3:19
Dickman 14:17
different 5:7
DiGenova 3:25 4:7 6:10 7:2 8:1 8:13 10:1,23 11:20,24 12:22 13:1
director 12:12
distance 2:16
District 3:24
disturbing 6:24
doing 5:20,24 6:19 8:16
Dominion 9:23 10:1,15
donor 3:19
door 10:13
double 3:2
doubt 7:2
doxxed 8:3
driven 9:2
dro- 9:1
drop 7:6,7
due 4:8

**E**

E 14:1,1
efforts 3:22
election 2:12 9:14 9:18 12:25
employed 14:7
ended 8:4
ends 13:2
entities 10:2,4
envelope 4:18,18 4:22,22
envelopes 4:16 5:2 12:6
equal 4:8
error 5:11,15
errors 5:9
et 10:4,4
evidence 3:3,10 8:14

exactly 5:19
example 5:10 6:8
examples 6:13,17
excuse 6:6
existed 5:25
expand 9:25
expires 14:20
Expressway 14:18
eye 6:15

**F**
F 14:1
fact 2:5 5:14 6:16
fair 12:25
FBI 11:11 12:11 12:12,16
fed 2:19
fee 14:11
feel 7:1
fight 12:21
fighting 12:20
filed 11:7
financially 14:9
firm 7:7 14:18
first 11:24
Focus 1:14 2:10
force 7:20
foregoing 14:3
foreign 9:25 10:3
forensic 10:16
former 3:24
Foundation 3:20
four 11:8
Frankfurt 10:6,9
fraud 2:22 3:12 3:15 6:14,17 9:12,19
fraudulent 10:20 10:21
free 12:25
full 14:12
further 14:6,9,11
Furthermore 2:17

**G**
Garcia 14:2,16
George 3:20
Georgia 10:19,23 11:9
Germany 10:6,9
getting 8:25 12:7
Giuliani 2:2,12 2:17,21 3:14 6:9
give 6:3
giving 11:18
go 2:6 4:4,23 11:2,2
goes 9:8
going 3:8,9 6:7 10:8,22 12:7,19
good 12:11,20
government 11:14
ground 12:15
group 12:16,18 12:18
groups 11:9
guys 6:25 11:13

**H**
hacked 10:14
Hamill 1:14 2:9 2:10 3:14 6:4 6:11 7:23 8:2 9:13 10:18 11:10,21 12:19 12:23
hand 11:4
happened 4:24 7:23 8:24
happens 4:16
happy 7:15
hate 7:3,4,21,21
hateful 9:15
heard 6:8 11:12
Hello 2:9
help 7:4 11:14
helping 7:22

hire 10:8
historical 5:8
honest 8:7
hostility 7:1
hundred 2:23
hundreds 4:10,10 9:1,5,8 11:25 11:25 12:8,9

**I**
identical 9:5
illegally 2:13
imagine 8:10
immediately 10:16
importance 8:25
important 4:7,19 5:4,23
impossibility 5:16 9:11
include 5:8
including 12:1
incredible 8:12
indicate 5:8
individual 2:19
information 4:19 4:20 11:18 12:17
Inspections 3:1
inspectors 2:16
integrity 8:19
interest 11:9
interested 14:10
interests 9:25
intimidated 8:2
intimidation 3:4
investigative 6:14
issue 10:2
issued 10:2

**J**
Joe 3:21 9:4
joining 3:23 4:1
joke 10:24 11:6
Joseph 3:25

journalism 7:18 7:21
journalists 6:15

**K**
Keep 12:20
kept 2:16,16
key 4:4
kids 6:12
killed 7:16
know 2:23 6:18 11:19
knowledge 10:12
knows 12:13

**L**
lawsuit 3:5,8,9
lawsuits 11:7
lawyer 3:23
lawyers 7:5,8,9 7:14 12:15,16
leads 9:9
leave 12:20
legal 3:21 4:2 6:21 11:16
legally 4:14
legitimate 5:4 6:21
Let's 4:4 10:17
liars 6:18
line 4:25 5:1
little 2:22
live 7:19
local 7:12 12:17
long 5:24
looking 3:7,11 11:15

**M**
machines 2:20 3:16 9:22,24
mail-in 2:13,25 4:12,17 5:13,21 5:24
mail-ins 5:10
mail-out 4:17

5:13
major 3:19
manipulated 3:17
Marshals 7:10
massive 2:22
matter 14:5
mean 5:16,17 6:7 6:23 8:10 11:11 11:18
media 6:14 7:11 7:15
meet 12:5
members 8:17
met 9:17
Mexico 3:13
Michigan 2:7 4:9 7:24 8:8,15 9:7 11:17
midnight 6:3
million 4:11
millions 4:13
mistakes 5:12
monitored 10:10
monitoring 12:18
Monty 10:24
morning 9:3,10

**N**
name 9:4 12:7
names 12:5
national 2:11
nature 8:24
need 11:14
needed 8:6
neither 12:17 14:6
never 4:22 5:3 10:4
New 3:13
nonexistent 12:6
North 14:18
noticed 10:1
NOVEMBER 1:13

In Focus With Stephanie Hamill Segment - November 20, 2020

**number** 4:13 7:3
**numerous** 2:8 3:2
    3:2

**O**

**observer** 5:1
**observers** 4:14
**occur** 5:22
**officials** 8:22
**once** 4:21 9:7
**ordered** 12:3,4
**out-of-state** 3:3
**outcome** 14:10
**outrage** 8:9
**outside** 7:12
**overseas** 9:23
**overvote** 2:2,4,6
    6:8
**overvotes** 2:7

**P**

**paid** 14:12
**paid/will** 14:12
**part** 4:2
**particular** 4:23
**parties** 14:7
**partisan** 8:23
**Pennsylvania** 4:9
    4:24 7:13 9:7
**people** 5:9,11
    6:13,14 7:3,6
    7:20 8:16 9:13
    11:18
**percent** 2:3,3,4,5
    2:6 5:12,14,15
    6:12
**percentages** 5:9
**performance**
    8:21
**performances**
    8:20
**person** 12:13
**personal** 2:11
**Philadelphia** 7:7
    7:9
**pieces** 8:14

**plan** 5:19 6:2
**platform** 4:4
**point** 8:3
**pointed** 6:6
**points** 3:18
**policies** 9:14
**political** 3:23
**poll** 2:14 12:1
**polls** 4:13
**Powell** 3:16,18
    9:21
**precinct** 11:25
**precincts** 2:4,8
**presented** 4:5
**president** 2:10
    4:2 6:19 7:4,14
    7:21 9:14
**presidential** 3:22
**press** 4:3 7:3,12
    9:21
**pretending** 11:22
**pristine** 9:3
**probably** 3:8,9
**procedures** 5:22
**process** 3:1 4:8
    8:15 10:11
    11:23
**propagandas**
    7:19
**protecting** 7:10
**protection** 4:8
**public** 8:22 11:9
**pulling** 10:19
**purpose** 5:18,19
**push** 6:6
**pushing** 6:5
**putting** 12:5,8
**Python** 10:24

**Q**

**question** 10:7
    11:10 12:12
**questioned** 6:16
    8:19
**questions** 6:20,24

    11:13
**quickly** 9:20
**quite** 7:15

**R**

**R** 14:1
**racist** 8:18
**rate** 5:11,15
**real** 6:13,17,20
    8:7
**realized** 8:5
**really** 6:7,23 7:16
    8:12 9:20,20
    10:24 11:13
**reason** 6:1 9:11
**receiving** 7:8
**recording** 2:1
    13:2 14:4,8
**records** 5:8
**recount** 10:19,23
    11:5
**recounted** 11:1
**referendum** 9:14
**Registration**
    14:18
**registrations**
    12:7
**related** 14:7
**removed** 4:21
**repeatedly** 2:19
**Reporter** 14:2,17
**reporters** 6:14,22
    11:12,22
**reporting** 7:13
**representation**
    7:6
**representing**
    7:14
**Republican** 2:15
    5:1 12:17
**Republicans** 2:24
**result** 9:12 10:22
**rhetoric** 9:15
**right** 8:5 11:23
**Rudy** 2:12

**S**

**saw** 4:3 6:24 7:23
    8:11
**saying** 2:19 10:3
**says** 2:13 3:16
**scam** 9:19
**scheme** 5:19
**second** 11:4
**see** 10:17
**seeing** 12:3
**seen** 7:12
**SEGMENT** 1:14
**set** 6:1,2
**Shorthand** 14:2
    14:17
**show** 8:23
**showing** 8:16
**sick** 7:17
**Sidney** 3:15 9:21
**signature** 4:19
**significant** 3:12
    7:3
**simply** 11:3
**single** 5:1,4 7:12
    9:4 12:16
**Smartmatic** 3:19
    9:24
**software** 3:16,18
    9:24 10:2
**soiled** 10:25
**somebody** 6:3
    7:16
**Soros** 3:20
**sort** 7:16
**Spain** 10:6,9
**specific** 3:3
**stamp** 4:19
**stand** 11:6
**standing** 4:3
**started** 5:20,24
**state** 3:6,11,13
    9:9 10:8 12:9
    14:3
**statement** 10:3
**states** 5:21 12:14

**statistical** 5:6,15
    9:10 11:3
**statistics** 5:16
**steal** 2:12
**Stephanie** 1:14
    2:10
**stood** 9:20
**story** 7:12
**strange** 6:7
**subject** 10:16
**substantial** 5:11
**suggesting** 9:22
**Suite** 14:19
**supporters** 12:23
**sure** 6:2 12:24
**surprise** 3:11
**switched** 2:23
**systems** 10:13

**T**

**T** 14:1,1
**tabulations** 10:11
**tackle** 11:12
**talking** 9:22
    12:15
**tallied** 2:18
**tallies** 10:9
**tally** 8:8
**tallying** 10:10
**tampered** 2:14
**team** 4:2,5 7:5,16
    8:18
**teeny** 2:22
**tell** 12:14
**Terri** 14:2,16
**Texas** 14:3,16,19
**Thank** 4:1 12:20
    12:22,25 13:1
**theorists** 6:18
**They'd** 7:15
**thing** 8:6
**things** 6:7,22
    11:15
**think** 3:9 8:13
**thou-** 4:10

In Focus With Stephanie Hamill Segment - November 20, 2020

**thousands** 4:10
9:1,5,9 12:9
**threatened** 7:5
7:25 8:11
**threatening** 8:22
**threats** 7:8,10,13
**three** 2:18 5:12
5:20 11:8
**thrown** 4:22 6:25
**tied** 3:19
**time** 11:4
**times** 2:18
**today** 10:3 11:7
**tomorrow** 3:5
**total** 9:19
**totals** 3:18
**transcribed** 14:8
**transcription**
1:12 14:4,11
**transition** 3:23
**tries** 7:4
**Trump** 4:5 7:16
9:8,14,17,18
11:8 12:23
**Trump's** 2:11 4:2
6:19
**truthful** 8:7
**try** 5:20
**turning** 6:15
**turnout** 2:5 6:12
**Tweets** 9:15
**two** 8:17,22

**U**

**U.S** 3:24 7:9
**underscores** 8:25
**unpack** 4:6
**untouched** 9:3
**upcoming** 8:4
**use** 6:17 9:24
**usually** 5:10,12

**V**

**verify** 4:23 5:3
**victory** 6:3
**video** 6:11 8:11

8:16 14:4
**view** 4:16
**viewed** 5:1
**vot-** 9:18
**vote** 3:4,17 4:23
5:4 8:3,4 9:9,18
10:8,24
**voted** 9:17
**voter** 3:15 6:12
6:13,17 12:8
**voters** 3:2,3
**votes** 2:15,17,23
4:10,11,12,12
5:7 6:3 9:1,6,16
9:23 10:5,21,21
**voting** 3:16 5:9
5:21 6:12,13
8:8,14 9:22,23

**W**

**wakes** 9:9
**want** 12:24,24
**wanted** 10:18
**wasn't** 5:17 8:5
**watch** 2:25
**way** 5:23 8:10,23
9:16
**Wayne** 7:24
**we're** 3:6,7,10,11
12:19
**We've** 7:5
**Welcome** 2:10
**whistleblowers**
11:21 12:2
**widespread** 3:15
**Wisconsin** 2:7
4:9
**words** 12:4
**work** 7:5 12:14
**workers** 2:14,19
12:1
**Wray** 12:12
**written** 6:17

**X**

**Y**

**Yeah** 6:4 9:13
10:18 11:10
12:19
**years** 5:20 6:5
**yesterday** 4:3,6
6:25 9:21 11:13

**Z**

**0**

**03** 5:15

**1**

**100** 2:4,5 6:11
**101** 14:19

**2**

**20** 1:13
**200** 2:3 6:12
**200-and-somet...**
11:17
**2016** 9:16
**2020** 1:13 2:12
**214** 14:20

**3**

**300** 2:3
**312** 14:18

**4**

**4:30** 9:2
**4228** 14:18

**5**

**6**

**6581** 14:17

**7**

**7-31-25** 14:20
**75206** 14:19

**8**

**80** 2:6
**800,000** 4:24 5:2
**855-5100** 14:20

# Exhibit G-2

1

2

3

4

5

6

7

8

9

10

11

12        CERTIFIED TRANSCRIPTION OF

13           DECEMBER 3, 2020

14  IN FOCUS WITH STEPHANIE HAMILL SEGMENT

15

16

17

18

19

20

21

22

23

24

25

In Focus With Stephanie Hamill Segment - December 3, 2020

1           (Recording begins.)

2           PRESIDENT TRUMP:  President, I have no

3   higher duty than to defend the laws and the Constitution

4   of the United States.  That is why I am determined to

5   protect our election system, which is now under

6   coordinated assault and siege.  For months leading up to

7   the presidential election, we were warned that we should

8   not declare a premature victory.  We were told

9   repeatedly that it would take weeks, if not months, to

10  determine the winner, to count the absentee ballots and

11  to verify the results.

12          My opponent was told to stay away from the

13  election.  Don't campaign.  We don't need you, we've got

14  it.  This election is done.  In fact, they were acting

15  like they already knew what the outcome was going to be.

16  They had it covered, and perhaps they did, very sadly

17  for our country.

18          MS. HAMILL:  Hello, everyone.  I'm

19  Stephanie Hamill.  Welcome to In Focus.  President Trump

20  is pressing forward with his fight, contesting the

21  results of the 2020 presidential election.  In a

22  45-minute address to the nation, the president laid out

23  allegations of widespread voter fraud and voting

24  irregularities reported from coast to coast.  He's also

25  promising to present the evidence of mass fraud in

In Focus With Stephanie Hamill Segment - December 3, 2020

1  court.

2           Meantime, in Michigan, President Trump's

3  attorney, former New York City mayor, Rudy Giuliani

4  testified before the Michigan House Oversight Committee.

5  He also called on several witnesses who gave their

6  personal accounts on what they experienced on election

7  night.  Keep in mind, these folks signed affidavits and

8  swore to the truth under the threat of penalty for

9  perjury.

10           UNIDENTIFIED WITNESS 1:  Around 4:30 a.m.,

11  we had an announcement that a new shipment of ballots

12  were arriving.  Each box had approximate 600 ballots,

13  and it was like a full -- what you have to know is that

14  these tables -- there's about seven tables.  They were

15  ten-foot tables each.  Every table was full of boxes of

16  ballots.  It's not 10's of thousands or 20 thousands.  I

17  approximate 50,000 ballots were brought in.

18           Now, were all of those ballots brought in

19  from the rear entrance of the TCF center?  I don't know.

20  They were brought in from the TCF center, but they

21  were -- there was a lot more than just the ones that

22  were brought in from the T- -- the rear entrance of the

23  TCF center.  And I'm talking this is the 6:00 a.m. --

24  this is when we're starting at 6:00 a.m., the 4:35 a.m.

25  It was 50,000 ballots on the table.

1    UNIDENTIFIED WITNESS 2:  I know for a fact
2  there was illegal activity going on there.  People have
3  pictures of people carrying ballots out of that place.
4  There is pictures of vans full of ballots coming out of
5  that place.
6    UNIDENTIFIED WITNESS 3:  Lots of the time,
7  you will see a ballot has been already send to that
8  voter, but when they come to you, they -- they said, I
9  never requested a ballot.  I never received any ballot,
10  I never requested for a ballot, can I vote now?  I'm
11  here, I want to vote now.  I said, Of course, I mean, I
12  can spoil the ballot, then you can -- I can issue
13  another ballot and you can vote.
14    So I have done that many times.  But for
15  the -- that was -- I was instructed to do like that.
16    MS. HAMILL:  There are now hundreds of
17  affidavits sworn under pental [sic] -- penalty of
18  perjury detailing widespread voter fraud.  Those who get
19  their news from the mainstream media have no idea.
20    Joining me now from Washington, D.C.,
21  president of Judicial Watch, Tom Fitton.  Tom, thanks
22  for joining us.  Tom, I find it really incredible.  I
23  mean, it's hard to even find these hearings live.  It's
24  like none of the networks even bothered to run these
25  hearings when there's so much damning information, and

1  these witnesses who are so brave to come forward,

2  explaining what they witnessed on election night.  And

3  One America News, basically, is one of the only networks

4  that even bothered to run these hearings live.

5          MR. FITTON:  I mean, if Joe Biden were

6  pushing this angle, it would be floored, you know,

7  morning-to-night coverage, on all networks.  They'd have

8  a select committee out of Congress.  And as you point

9  out, this is information.  "The big media," as I call

10  it, doesn't want the American people to see, which is --

11  and I think the president is fundamentally right on

12  this.  We had this attack on clean elections through

13  this mail-in ballot scheme.  All this was foreseeable,

14  and they broke the rules, they broke the law, the

15  evidence suggests, in a way that puts the alleged result

16  that Joe Biden won these battleground states into --

17  into severe question.

18          MS. HAMILL:  Yeah.  And so we're told over

19  and over again, the narrative is that there was no voter

20  fraud, nothing to see here.  In fact, we were told this

21  was, like, one of the safest elections ever, which is

22  kind of hard to believe.  But I don't know how much more

23  evidence that they want.  I mean, we have the

24  statistical evidence, we have the people who signed the

25  affidavits.  I mean, they could face a lot of trouble

In Focus With Stephanie Hamill Segment - December 3, 2020

1  for lying.

2           And so these are just regular, everyday

3  Americans who do have a lot to lose, and they know what

4  happens to people who come forward and speak out,

5  whether it's people in the Trump orbit or even some of

6  the restaurants and business owners who speak out

7  against COVID restrictions, they come and get shut down

8  and their liquor license is taken.

9           MR. FITTON:  Well, that's a good point,

10 Steph.  They -- it -- it doesn't matter what the leftist

11 media narrative is.  If you're at a -- if you have a

12 dissenting point of view, if you have facts and

13 evidence, no matter how well-founded, they don't care.

14 They'll either ignore it, or in the case of big tech,

15 they'll suppress it and falsely label it and censor it.

16          So this is a major -- this is a big hill

17 the president has to climb, even -- even with the powers

18 of the presidency and the platform he has.  Thankfully,

19 the State legislators and State legislatures at least

20 are investigating this, because they have an independent

21 Constitutional obligation to make sure these elections

22 were -- were good enough in terms of ascertaining what

23 the will of the state was in terms of the voters.

24          And we don't have that assurance, certainly

25 not in these states like Pennsylvania, Michigan,

In Focus With Stephanie Hamill Segment - December 3, 2020

1   Wisconsin, et cetera.

2               MS. HAMILL:  Yeah.  I'm sure you've been

3   keeping a close eye on these hearings.  They've been

4   hours long for the past few days.  What has stood out to

5   you the most?

6               MR. FITTON:  The -- the -- the kind of --

7   it -- the -- the arrogance of the local machine

8   politicians and officials who thought they could just do

9   whatever they want and it didn't matter, because it

10  seemed to me they were used to doing whatever they want

11  because no one ever asked them questions before.

12              And -- and thankfully, we've got concerned

13  citizen, con- -- people who were involved in the process

14  directly who didn't have an axe to grind one way or

15  another, who have come forward to say, This is a mess.

16  This was a mess.  And we can't be confident that these

17  ballots were handled appro- -- handled appropriately.

18              MS. HAMILL:  Yeah.  President Trump, in his

19  45-minute speech, highlighted his concern for the

20  Dominion.  He was suggesting that maybe we should go

21  back to paper voting.  Is that something that you would

22  support?  Do you think that's a good idea?

23              MR. FITTON:  Well, we've always had the

24  kind of hybrid mix between paper and machine counting,

25  and there's a difference between machine counting and

In Focus With Stephanie Hamill Segment - December 3, 2020

1  having a -- a network computer election system that

2  could be potentially suspect to nefarious activities,

3  either internally or from external factors.  And I'm not

4  at all confident that our election security is secure

5  enough in terms of someone on the inside being able to

6  manipulate the systems.

7          What I thi- -- thought was very interesting

8  about the whole Hugo Chavez controversy is, it's pretty

9  much clear, and this is based on mainstream reporting

10 before the election, that Chavez had manipulated the

11 election results using electronic computer systems,

12 name- -- namely, Smartmatic in Venezuela.  And it's a

13 fair question to ask whether those result -- whether

14 results using similar systems could be similarly

15 manipulated.

16          It's not to say it happened, but we're not

17 even allowed to ask the question?  Of course, the left

18 had been asking the question, but now it's politically

19 inconvenient, so now we're not allowed to ask it.  It's

20 just unbelievable.

21          MS. HAMILL:  Yeah, we played a video here

22 on the show yesterday of CNN asking questions about

23 Smartmatic and Dominion.  And then also, we had

24 democrats like Senator Elizabeth Warren, who was

25 questioning it before, other folks in the media, even

In Focus With Stephanie Hamill Segment - December 3, 2020

1   comedians kind of making jokes about it before.  But now
2   all of a sudden, you can't, like, ask about it.  They
3   want to write you off as a conspiracy theorist.
4   You're -- you're just not allowed to do it.
5                 I wanted to get your thoughts on the -- the
6   Stop the Steal rally in Georgia.  Some are
7   questioning -- I don't know if you personally know Lin
8   Wood, the Trump attorney.  Do -- some are questioning
9   his motives, suggesting that he's, like, su- --
10  supported Democrats in the past, and they were upset
11  that he was calling on Republicans to not vote in the
12  Senate runoffs.
13                MR. FITTON:  Look, I -- you know, I -- I'm
14  not getting involved in whether to vote for or against
15  any candidate as head of Judicial Watch.  People are
16  going to say what they're going to say.  My view is that
17  Georgia should fix its system, do its best to limit vote
18  by mail because we know it's more susceptible to fraud.
19  You're more likely to have your vote intercepted,
20  miscounted, thrown out.  And it's a bad policy.  And we
21  should have less of it rather than more of it.
22                And I'm hoping that this new election in
23  January is an opportunity for election officials in
24  Georgia to clean it up a bit.  People should be
25  encouraged to vote in person.  Vote by mail is a menace

In Focus With Stephanie Hamill Segment - December 3, 2020

```
 1   to free and fair election.
 2                 MS. HAMILL:  Yeah.
 3                 MR. FITTON:  We're seeing that all over the
 4   country now.  The left knew that was the case, and we
 5   can't be confident that voter fraud is sufficiently kept
 6   out of the process when you vote by mail.  And anyone
 7   who tells you otherwise is lying about the expert
 8   opinion on vote by mail, because prior to it being
 9   politically convenient by the left, every election
10   expert knew vote by mail was more susceptible to fraud,
11   was virtually unchecked in terms of being able to figure
12   out who was voting and under what circumstances they
13   were voting.  It's an awful process that we should be --
14   we should throw it out the window.
15                 MS. HAMILL:  Yeah.  And just to be clear,
16   that was Breitbart who did the report on Lin Wood,
17   suggesting that he had voted for Democrats and donated
18   to their campaigns for decades.  I have not reached out
19   to Lin Wood, so I don't know what his voting past or
20   donation past is.
21                 MR. FITTON:  I mean, good.  You know, you
22   have people who vote for Democrats --
23                 MS. HAMILL:  Yeah.
24                 MR. FITTON:  -- and then vote for
25   Republicans.  I don't know.
```

In Focus With Stephanie Hamill Segment - December 3, 2020

1              MS. HAMILL:  Yeah.  Either way --

2              MR. FITTON:  I know --

3              MS. HAMILL:  -- I -- I see where he's

4    coming from and his --

5              MR. FITTON:  I'm more concerned about his

6    legal claims than his political outlook.

7              MS. HAMILL:  Yeah.  And I -- I see where

8    he's coming from, is that in Georgia, they have to make

9    sure that there is a free and fair election.  And there

10   was a lot of question on what happened on November 3rd

11   there.  And so they're suggesting that it needs to be

12   fixed -- not suggesting.  They're demanding it be fixed

13   before this next election.  And at the end of the day, I

14   just -- I don't think that Republicans should stay home.

15   Republicans need to go and vote, and all hands on deck

16   for this -- for these races.  It's so critical for our

17   country.

18             MR. FITTON:  Well, certainly, it's going to

19   be very interesting to see what happens in the Senate

20   next year, no matter who becomes president on -- in

21   January of next year, because the left has a big agenda,

22   and they think they need the full Senate to -- or the --

23   if they have the full Senate, will be more easily

24   attainable.

25             On the other hand, if President Trump

In Focus With Stephanie Hamill Segment - December 3, 2020

1   remains the president, it -- it could change the

2   equation quite dramatically, no matter what happens in

3   the Senate.

4           MS. HAMILL:  Yeah.  I want to shift gears

5   here really quickly and get your reaction to this.

6   According to the AP, Barr appointed a special counsel on

7   the Russia probe investigation.  Is this like a day late

8   and a dollar short?

9           MR. FITTON:  I -- you know, I'm just so

10  disappointed with the way the Barr Justice Department

11  and Mr. Durham have handled these corruption

12  investigations.  I don't see any evidence he's

13  investigating anyone of a senior nature.  I'm -- I'm --

14  I'm happy to be proven wrong.  I guess this appointing

15  him as special counsel, to the degree it gives us

16  anything, it probably a- -- almost guarantees we'll get

17  a report.  But, you know, a report isn't going to put

18  anyone in jail.

19          MS. HAMILL:  Yeah.  It's kind of weird,

20  like, a weird announcement.  And like I said, it's a

21  little bit late and --

22          MR. FITTON:  Or he -- he announced it -- he

23  appointed him as special counsel in October.  And that

24  information's been withheld from the American people for

25  a month.  I mean, it's interesting how all these

In Focus With Stephanie Hamill Segment - December 3, 2020

1  decisions by the Justice Department tend to go one way.

2  And it is -- as it -- it isn't in favor of President

3  Trump's rights and full justice for the American people.

4              MS. HAMILL:  Yeah.  It's certainly

5  unfortunate.  Well, Tom, we're going to leave it here.

6  Thank you.

7              MR. FITTON:  You're welcome.  Thanks,

8  Steph.

9              (Recording ends.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

In Focus With Stephanie Hamill Segment - December 3, 2020

1              C E R T I F I C A T E
2       I, TERRI GARCIA, Certified Shorthand Reporter in
3  and for the State of Texas, certify that the foregoing
4  is a correct transcription from the video recording of
5  the the above-entitled matter.
6       I further certify that I am neither counsel for,
7  related to, nor employed by any of the parties to the
8  action in which this recording was transcribed, and
9  further that I am not financially or otherwise
10 interested in the outcome of the action.
11      I further certify that the transcription fee of
12 $_____ was paid/will be paid in full by
13 _____.
14
15
16      _____
         Terri Garcia, Texas Certified
17       Shorthand Reporter No. 6581
         Dickman Davenport, Inc.
18       Firm Registration No. #312
         4228 North Central Expressway
19       Suite 101
         Dallas, Texas  75206
20       (214) 855-5100
         My commission expires:  7-31-25
21
22
23
24
25

In Focus With Stephanie Hamill Segment - December 3, 2020

**A**

a- 12:16
a.m 3:10,23,24
  3:24
able 8:5 10:11
above-entitled
  14:5
absentee 2:10
accounts 3:6
acting 2:14
action 14:8,10
activities 8:2
activity 4:2
address 2:22
affidavits 3:7
  4:17 5:25
agenda 11:21
allegations 2:23
alleged 5:15
allowed 8:17,19
  9:4
America 5:3
American 5:10
  12:24 13:3
Americans 6:3
angle 5:6
announced 12:22
announcement
  3:11 12:20
AP 12:6
appointed 12:6
  12:23
appointing 12:14
appro- 7:17
appropriately
  7:17
approximate
  3:12,17
arriving 3:12
arrogance 7:7
ascertaining 6:22
asked 7:11
asking 8:18,22
assault 2:6
assurance 6:24

attack 5:12
attainable 11:24
attorney 3:3 9:8
awful 10:13
axe 7:14

**B**

back 7:21
bad 9:20
ballot 4:7,9,9,10
  4:12,13 5:13
ballots 2:10 3:11
  3:12,16,17,18
  3:25 4:3,4 7:17
Barr 12:6,10
based 8:9
basically 5:3
battleground
  5:16
begins 2:1
believe 5:22
best 9:17
Biden 5:5,16
big 5:9 6:14,16
  11:21
bit 9:24 12:21
bothered 4:24
  5:4
box 3:12
boxes 3:15
brave 5:1
Breitbart 10:16
broke 5:14,14
brought 3:17,18
  3:20,22
business 6:6

**C**

C 14:1,1
call 5:9
called 3:5
calling 9:11
campaign 2:13
campaigns 10:18
candidate 9:15
care 6:13

carrying 4:3
case 6:14 10:4
censor 6:15
center 3:19,20,23
Central 14:18
certainly 6:24
  11:18 13:4
Certified 1:12
  14:2,16
certify 14:3,6,11
cetera 7:1
change 12:1
Chavez 8:8,10
circumstances
  10:12
citizen 7:13
City 3:3
claims 11:6
clean 5:12 9:24
clear 8:9 10:15
climb 6:17
close 7:3
CNN 8:22
coast 2:24,24
come 4:8 5:1 6:4
  6:7 7:15
comedians 9:1
coming 4:4 11:4
  11:8
commission
  14:20
committee 3:4
  5:8
computer 8:1,11
con- 7:13
concern 7:19
concerned 7:12
  11:5
confident 7:16
  8:4 10:5
Congress 5:8
conspiracy 9:3
Constitution 2:3
Constitutional
  6:21

contesting 2:20
controversy 8:8
convenient 10:9
coordinated 2:6
correct 14:4
corruption 12:11
counsel 12:6,15
  12:23 14:6
count 2:19
counting 7:24,25
country 2:17
  10:4 11:17
course 4:11 8:17
court 3:1
coverage 5:7
covered 2:16
COVID 6:7
critical 11:16

**D**

D.C 4:20
Dallas 14:19
damning 4:25
Davenport 14:17
day 11:13 12:7
days 7:4
decades 10:18
DECEMBER
  1:13
decisions 13:1
deck 11:15
declare 2:8
defend 2:3
degree 12:15
demanding 11:12
democrats 8:24
  9:10 10:17,22
Department
  12:10 13:1
detailing 4:18
determine 2:10
determined 2:4
Dickman 14:17
difference 7:25
directly 7:14

disappointed
  12:10
dissenting 6:12
doing 7:10
dollar 12:8
Dominion 7:20
  8:23
donated 10:17
donation 10:20
dramatically
  12:2
Durham 12:11
duty 2:3

**E**

E 14:1,1
easily 11:23
either 6:14 8:3
  11:1
election 2:5,7,13
  2:14,21 3:6 5:2
  8:1,4,10,11
  9:22,23 10:1,9
  11:9,13
elections 5:12,21
  6:21
electronic 8:11
Elizabeth 8:24
employed 14:7
encouraged 9:25
ends 13:9
entrance 3:19,22
equation 12:2
et 7:1
everyday 6:2
evidence 2:25
  5:15,23,24 6:13
  12:12
experienced 3:6
expert 10:7,10
expires 14:20
explaining 5:2
Expressway
  14:18
external 8:3

eye 7:3

**F**

F 14:1
face 5:25
fact 2:14 4:1 5:20
factors 8:3
facts 6:12
fair 8:13 10:1 11:9
falsely 6:15
favor 13:2
fee 14:11
fight 2:20
figure 10:11
financially 14:9
find 4:22,23
Firm 14:18
Fitton 4:21 5:5 6:9 7:6,23 9:13 10:3,21,24 11:2 11:5,18 12:9,22 13:7
fix 9:17
fixed 11:12,12
floored 5:6
Focus 1:14 2:19
folks 3:7 8:25
foregoing 14:3
foreseeable 5:13
former 3:3
forward 2:20 5:1 6:4 7:15
fraud 2:23,25 4:18 5:20 9:18 10:5,10
free 10:1 11:9
full 3:13,15 4:4 11:22,23 13:3 14:12
fundamentally 5:11
further 14:6,9,11

**G**

Garcia 14:2,16

gears 12:4
Georgia 9:6,17 9:24 11:8
getting 9:14
Giuliani 3:3
gives 12:15
go 7:20 11:15 13:1
going 2:15 4:2 9:16,16 11:18 12:17 13:5
good 6:9,22 7:22 10:21
grind 7:14
guarantees 12:16
guess 12:14

**H**

Hamill 1:14 2:18 2:19 4:16 5:18 7:2,18 8:21 10:2,15,23 11:1 11:3,7 12:4,19 13:4
hand 11:25
handled 7:17,17 12:11
hands 11:15
happened 8:16 11:10
happens 6:4 11:19 12:2
happy 12:14
hard 4:23 5:22
head 9:15
hearings 4:23,25 5:4 7:3
Hello 2:18
higher 2:3
highlighted 7:19
hill 6:16
home 11:14
hoping 9:22
hours 7:4
House 3:4

Hugo 8:8
hundreds 4:16
hybrid 7:24

**I**

idea 4:19 7:22
ignore 6:14
illegal 4:2
inconvenient 8:19
incredible 4:22
independent 6:20
information 4:25 5:9
information's 12:24
inside 8:5
instructed 4:15
intercepted 9:19
interested 14:10
interesting 8:7 11:19 12:25
internally 8:3
investigating 6:20 12:13
investigation 12:7
investigations 12:12
involved 7:13 9:14
irregularities 2:24
issue 4:12

**J**

jail 12:18
January 9:23 11:21
Joe 5:5,16
joining 4:20,22
jokes 9:1
Judicial 4:21 9:15
justice 12:10 13:1 13:3

**K**

Keep 3:7
keeping 7:3
kept 10:5
kind 5:22 7:6,24 9:1 12:19
knew 2:15 10:4 10:10
know 3:13,19 4:1 5:6,22 6:3 9:7,7 9:13,18 10:19 10:21,25 11:2 12:9,17

**L**

label 6:15
laid 2:22
late 12:7,21
law 5:14
laws 2:3
leading 2:6
leave 13:5
left 8:17 10:4,9 11:21
leftist 6:10
legal 11:6
legislators 6:19
legislatures 6:19
license 6:8
limit 9:17
Lin 9:7 10:16,19
liquor 6:8
little 12:21
live 4:23 5:4
local 7:7
long 7:4
Look 9:13
lose 6:3
lot 3:21 5:25 6:3 11:10
Lots 4:6
lying 6:1 10:7

**M**

machine 7:7,24

7:25

mail 9:18,25 10:6 10:8,10
mail-in 5:13
mainstream 4:19 8:9
major 6:16
making 9:1
manipulate 8:6
manipulated 8:10,15
mass 2:25
matter 6:10,13 7:9 11:20 12:2 14:5
mayor 3:3
mean 4:11,23 5:5 5:23,25 10:21 12:25
media 4:19 5:9 6:11 8:25
menace 9:25
mess 7:15,16
Michigan 3:2,4 6:25
mind 3:7
miscounted 9:20
mix 7:24
month 12:25
months 2:6,9
morning-to-nig- 5:7
motives 9:9

**N**

name- 8:12
narrative 5:19 6:11
nation 2:22
nature 12:13
need 2:13 11:15 11:22
needs 11:11
nefarious 8:2
neither 14:6

network 8:1
networks 4:24
   5:3,7
never 4:9,9,10
new 3:3,11 9:22
news 4:19 5:3
night 3:7 5:2
North 14:18
November 11:10

**O**

obligation 6:21
October 12:23
officials 7:8 9:23
ones 3:21
opinion 10:8
opponent 2:12
opportunity 9:23
orbit 6:5
outcome 2:15
   14:10
outlook 11:6
Oversight 3:4
owners 6:6

**P**

paid 14:12
paid/will 14:12
paper 7:21,24
parties 14:7
penalty 3:8 4:17
Pennsylvania
   6:25
pental 4:17
people 4:2,3 5:10
   5:24 6:4,5 7:13
   9:15,24 10:22
   12:24 13:3
perjury 3:9 4:18
person 9:25
personal 3:6
personally 9:7
pictures 4:3,4
place 4:3,5
platform 6:18
played 8:21

point 5:8 6:9,12
policy 9:20
political 11:6
politically 8:18
   10:9
politicians 7:8
potentially 8:2
powers 6:17
premature 2:8
present 2:25
presidency 6:18
president 2:2,2
   2:19,22 3:2
   4:21 5:11 6:17
   7:18 11:20,25
   12:1 13:2
presidential 2:7
   2:21
pressing 2:20
pretty 8:8
prior 10:8
probably 12:16
probe 12:7
process 7:13 10:6
   10:13
promising 2:25
protect 2:5
proven 12:14
pushing 5:6
put 12:17
puts 5:15

**Q**

question 5:17
   8:13,17,18
   11:10
questioning 8:25
   9:7,8
questions 7:11
   8:22
quickly 12:5
quite 12:2

**R**

R 14:1
races 11:16

rally 9:6
reached 10:18
reaction 12:5
really 4:22 12:5
rear 3:19,22
received 4:9
recording 2:1
   13:9 14:4,8
Registration
   14:18
regular 6:2
related 14:7
remains 12:1
repeatedly 2:9
report 10:16
   12:17,17
reported 2:24
Reporter 14:2,17
reporting 8:9
Republicans 9:11
   10:25 11:14,15
requested 4:9,10
restaurants 6:6
restrictions 6:7
result 5:15 8:13
results 2:11,21
   8:11,14
right 5:11
rights 13:3
Rudy 3:3
rules 5:14
run 4:24 5:4
runoffs 9:12
Russia 12:7

**S**

sadly 2:16
safest 5:21
scheme 5:13
secure 8:4
security 8:4
see 4:7 5:10,20
   11:3,7,19 12:12
seeing 10:3
SEGMENT 1:14

select 5:8
Senate 9:12
   11:19,22,23
   12:3
Senator 8:24
send 4:7
senior 12:13
seven 3:14
severe 5:17
shift 12:4
shipment 3:11
short 12:8
Shorthand 14:2
   14:17
show 8:22
shut 6:7
sic 4:17
siege 2:6
signed 3:7 5:24
similar 8:14
similarly 8:14
Smartmatic 8:12
   8:23
speak 6:4,6
special 12:6,15
   12:23
speech 7:19
spoil 4:12
starting 3:24
state 6:19,19,23
   14:3
states 2:4 5:16
   6:25
statistical 5:24
stay 2:12 11:14
Steal 9:6
Steph 6:10 13:8
Stephanie 1:14
   2:19
stood 7:4
Stop 9:6
su- 9:9
sudden 9:2
sufficiently 10:5
suggesting 7:20

9:9 10:17 11:11
   11:12
suggests 5:15
Suite 14:19
support 7:22
supported 9:10
suppress 6:15
sure 6:21 7:2
   11:9
susceptible 9:18
   10:10
suspect 8:2
swore 3:8
sworn 4:17
system 2:5 8:1
   9:17
systems 8:6,11,14

**T**

T 14:1,1
T- 3:22
table 3:15,25
tables 3:14,14,15
take 2:9
taken 6:8
talking 3:23
TCF 3:19,20,23
tech 6:14
tells 10:7
ten-foot 3:15
tend 13:1
terms 6:22,23 8:5
   10:11
Terri 14:2,16
testified 3:4
Texas 14:3,16,19
Thank 13:6
thankfully 6:18
   7:12
thanks 4:21 13:7
theorist 9:3
They'd 5:7
thi- 8:7
think 5:11 7:22
   11:14,22

thought 7:8 8:7
thoughts 9:5
thousands 3:16
  3:16
threat 3:8
throw 10:14
thrown 9:20
time 4:6
times 4:14
told 2:8,12 5:18
  5:20
Tom 4:21,21,22
  13:5
transcribed 14:8
transcription
  1:12 14:4,11
trouble 5:25
Trump 2:2,19 6:5
  7:18 9:8 11:25
Trump's 3:2 13:3
truth 3:8

**U**
unbelievable
  8:20
unchecked 10:11
unfortunate 13:5
UNIDENTIFI...
  3:10 4:1,6
United 2:4
upset 9:10

**V**
vans 4:4
Venezuela 8:12
verify 2:11
victory 2:8
video 8:21 14:4
view 6:12 9:16
virtually 10:11
vote 4:10,11,13
  9:11,14,17,19
  9:25,25 10:6,8
  10:10,22,24
  11:15
voted 10:17

voter 2:23 4:8,18
  5:19 10:5
voters 6:23
voting 2:23 7:21
  10:12,13,19

**W**
want 4:11 5:10
  5:23 7:9,10 9:3
  12:4
wanted 9:5
warned 2:7
Warren 8:24
Washington 4:20
Watch 4:21 9:15
way 5:15 7:14
  11:1 12:10 13:1
we'll 12:16
we're 3:24 5:18
  8:16,19 10:3
  13:5
we've 2:13 7:12
  7:23
weeks 2:9
weird 12:19,20
welcome 2:19
  13:7
well-founded
  6:13
widespread 2:23
  4:18
window 10:14
winner 2:10
Wisconsin 7:1
withheld 12:24
WITNESS 3:10
  4:1,6
witnessed 5:2
witnesses 3:5 5:1
won 5:16
Wood 9:8 10:16
  10:19
write 9:3
wrong 12:14

**X**

**Y**
Yeah 5:18 7:2,18
  8:21 10:2,15,23
  11:1,7 12:4,19
  13:4
year 11:20,21
yesterday 8:22
York 3:3

**Z**

**0**

**1**
1 3:10
10's 3:16
101 14:19

**2**
2 4:1
20 3:16
2020 1:13 2:21
214 14:20

**3**
3 1:13 4:6
312 14:18
3rd 11:10

**4**
4:30 3:10
4:35 3:24
4228 14:18
45-minute 2:22
  7:19

**5**
50,000 3:17,25

**6**
6:00 3:23,24
600 3:12
6581 14:17

**7**
7-31-25 14:20
75206 14:19

**8**
855-5100 14:20