# Exhibit H

DocuSign Envelope ID: C47C1A28-9901-4FF5-8742-697CF6BDFB04

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., ) <br> SMARTMATIC HOLDING B.V., AND ) <br> SGO CORPORATION LIMITED, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> HERRING NETWORKS, INC., D/B/A ) <br> ONE AMERICA NEWS NETWORK, ) <br> ) <br> Defendant. ) | Civil Action No. 1:21-cv-02900-CJN |

### DECLARATION OF ALEXANDER SALVI IN SUPPORT OF
### OAN'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON ACTUAL MALICE

I, Alexander M. Salvi, declare as follows:

1.     My name is Alexander M. ("Alex") Salvi. I am over the age of twenty-one years, am of sound mind and am otherwise fully competent to testify. All of the facts contained in this Declaration are based upon my personal knowledge, unless stated otherwise, and are true and correct; and if called as a witness, I could and would testify as follows.

2.     I am making this declaration in support of OAN's Motion for Partial Summary Judgment on Actual Malice ("Motion").

3.     From September 2017 until March 2021, I was employed by OAN. I was the host of the OAN program *After Hours with Alex Salvi* from 2019 until my departure.

4.     I understand that, in their Complaint in this case, Plaintiffs complain about the broadcast of *After Hours* that aired on November 12, 2020 ("Broadcast"). Specifically, I understand Plaintiffs complain about a portion of the Broadcast ("Broadcast Segment"). I also understand that the attached Exhibit 1 is a true and correct transcription of the Broadcast Segment ("Transcript"). Related to the Broadcast Segment, I also understand that Plaintiffs complain about certain graphics that are in Exhibit 1A to the Complaint.

1

**APP1100**

DocuSign Envelope ID: C47C1A28-9901-4FF5-8742-697CF6BDFB04

5. At the time the Broadcast aired, there was widespread public concern and debate about the integrity of electronic voting systems and coverage of the efforts being taken by the Trump Campaign, elected officials across the countries, and others to ensure the accuracy of the results of the 2020 Presidential election ("Election"). In the Broadcast Segment I discussed historical concerns about the potential vulnerabilities of electronic voting systems and reports of possible voting irregularities in swing states during the Election.

6. I wrote the script for and hosted the Broadcast. In preparation, I performed research about the subjects addressed in the Broadcast Segment. One source I considered was a *Washington Examiner* article, *Officials raised concerns for years about security of US voting machines, software systems*, dated November 9, 2020. A true and correct copy of that article is attached to this declaration as Exhibit 2. That article discusses historical concerns about the security of electronic voting systems, including the State of Texas's refusal to adopt certain voting systems based on security concerns, and public statements from federal and state elected officials. The article also discusses reports of possible fraud and software issues with Smartmatic software during previous elections in the Philippines. The article also identified Smartmatic as being a subsidiary of Dominion. At the time of the Broadcast, I was a reader of the Washington Examiner and viewed the site as a credible source. Given my prior experience as a reader of the Washington Examiner and the sourcing contained in the article, I found this article to be a credible source on the topics covered in the Broadcast Segment prior to and at the time the Broadcast aired.

7. Another source I considered was a *New York Times* article, *No, Dominion voting machines did not cause widespread voting problems.*, that reported on various state government explanations relating to voting issues. I found the New York Times to be a credible source on this reporting. A true and correct copy of that article is attached to this declaration as Exhibit 3.

DocuSign Envelope ID: C47C1A28-9901-4FF5-8742-697CF6BDFB04

8.      Another source I considered was an Associated Press ("AP") article, *Laptop, USB drives stolen from Philly election-staging site*, dated October 1, 2020. A true and correct copy of that article is attached as Exhibit 4. The article discussed the theft of multiple thumb drives used to program voting machines and an ES&S employee's laptop from a Philadelphia warehouse. The article also discussed the possible ramifications of the theft, including the possible misuse of the thumb drives to compromise vote counts. Based on the AP's reputation for accurate reporting, I believed the article to be credible about the issue of vote counts at the time of the Broadcast.

9.      Another source I considered was a 2016 report by Fox News, at https://www.youtube.com/watch?v=KmihqVmKGT4, featuring Dr. Andrew Appel. A true and correct copy of that segment, obtained from YouTube, is attached as Exhibit 5. That report discusses Professor Appel's prior experiments, in which he successfully hacked an electronic voting machine, and discussed the feasibility of manipulating electronic voting systems. Prior to and at the time of the Broadcast, I understood that Dr. Appel was a professor of computer science at Princeton University and subject matter expert in electronic voting systems, and on that basis, I believed him to be a credible source on the issue of the integrity of voting machines. Likewise, prior to and at the time of the Broadcast, I believed Fox News to be a credible source.

10.     I also considered the guest on the Broadcast, Ms. Harmeet Dhillon, as a credible source. Ms. Dhillon discussed the possible avenues for the Trump Campaign's legal team to investigate and challenge reports of voting irregularities. At the time of the Broadcast, I was aware that Ms. Dhillon was an attorney, the Co-Chair of the Republican National Lawyers Association, and the Chief Executive Officer and Founder of the Center for American Liberty, a civil rights non-profit organization. Based on that understanding, I believed Ms. Dhillon was a credible source on the topics she discussed.

DocuSign Envelope ID: C47C1A28-9901-4FF5-8742-697CF6BDFB04

11.     Based on the information I had at the time of the Broadcast, I did not know or believe that any statement of fact in the Transcript, or in any chyron or graphics in the Broadcast Segment, was false, nor did I entertain any serious doubt as to its truth.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 7 , 2023.

DocuSigned by:

*Alexander M. Salvi*

459A01764E47408

_ Alexander M. Salvi

4

# Exhibit H-1

1

2

3

4

5

6

7

8

9

10

11  CERTIFIED TRANSCRIPTION OF

12       NOVEMBER 12, 2020

13  AFTER HOURS WITH ALEX SALVI

14

15

16

17

18

19

20

21

22

23

24

25

Alex Salvi - November 12, 2020

1                    (Recording begins.)

2                    MR. SALVI:   The Trump campaign is

3      exhausting its remaining resources, utilizing recounts,

4      lawsuits and allegations of voter fraud to keep the

5      re-election efforts alive.  At the center of that latter

6      argument today are concerns about the voting machine

7      company known as Dominion.  It's a Canadian company with

8      its headquarters in Denver, although much of the

9      manufacturing is done in China, where it makes software

10     that local governments use to run their elections here

11     in the U.S.

12                   The New York Times reporting on Wednesday,

13     quote, Dominion voting systems, which makes software

14     that local governments around the nation use to help run

15     their elections, is now at the center of baseless claims

16     that software glitches led to mistakes and vote tallies

17     in Michigan and Georgia last week.  This article goes on

18     to list several examples of the voting system being at

19     the center of controversy, specifically in Michigan and

20     Georgia.

21                   So in regard to Michigan, quote, in the two

22     Michigan counties that had -- had mistake s, the

23     inaccuracies were because of human errors, not software

24     problems, according to the Michigan Department of State,

25     county officials and election security experts.  Only

Alex Salvi - November 12, 2020

1   one of the two Michigan counties used Dominion software.

2                   And then in regard to Georgia, quote,

3   Issues in three Georgia counties had other explanations.

4   In one county, an apparent problem with Dominion

5   software delayed officials' reporting of the vote

6   tallies, but did not affect the actual vote count.   In

7   two other counties, a separate company software slowed

8   poll workers' ability to check in voters.

9                   So many of you may be familiar with these

10  types of machines.   They're used in 28 states all across

11  the country, serving over 40 percent of U.S. voters.

12                  UNIDENTIFIED SPEAKER:   The system requires

13  voters to select candidates on a computer screen.   The

14  machine would print a paper ballot showing the voters'

15  choices, stamped with a QR code.   The voter would put

16  the ballot in a scanner which would scan the QR code.

17  Critics say the scanner would also encode a time stamp,

18  indicating the time of day the vote was cast.

19                  MR. SALVI:   So simple enough.   But the sign

20  of confidence from the New York Times, it may help some

21  of you sleep at night, but it also ignores years' worth

22  of alarms being raise raised about these systems.

23  Professor Andrew Appel, a computer scientist at

24  Princeton University has been raising the alarms about

25  Dominion voting systems for years.   In fact, back in

Alex Salvi - November 12, 2020

1  2008, he was asked to hack into one of those machines as
2  part of an election lawsuit against officials in the
3  state of New Jersey.
4            UNIDENTIFIED SPEAKER:  He says it could
5  happen by simply swapping the machine's computer chip
6  for his own.
7            PROFESSOR APPEL:  And I'll just have to
8  replace this one chip with a fraudulent computer
9  program.
10           UNIDENTIFIED SPEAKER:  He was able to
11  change the votes the machine counted.
12           PROFESSOR APPEL:  I figured out how to make
13  a slightly different computer program that just before
14  the close of the polls, it shifts some votes around from
15  one candidate to another.  And I wrote that computer
16  program onto a memory chip like this, and now to hack a
17  voting machine, you have to get seven minutes alone with
18  it with a screwdriver.
19           MR. SALVI:  I understand, a lot has changed
20  since 2008, but the allegations against Dominion voting
21  did not stop them.  The Washington Examiner reporting
22  this week, quote, The Dominion voting systems which has
23  been used in multiple states where fraud has been
24  alleged in the 2020 U.S. election was rejected three
25  times by data communications experts from the Texas

Alex Salvi - November 12, 2020

1  Secretary of State and Attorney General's Office for
2  failing to meet basic security standards.  But it's not
3  only Dominion.  It's also Dominion's subsidiaries, such
4  as Smartmatic, which was used for the Philippine
5  elections back in 2010 and 2013.
6              The Washington Examiner reporting, quote,
7  Litigation over Smartmatic glitches alleges they
8  impacted the 2010 and 2013 midterm elections in the
9  Philippines, raising questions of cheating and fraud.
10 An independent review of the source codes used in the
11 machines found multiple problems, which concluded the
12 software inventory provided by Smartmatic is inadequate,
13 which brings into question the software credibility.
14             So when you understand all of this, you
15 begin to realize why Republicans were concerned when
16 they learned this happened in Michigan.
17             MICHIGAN GOP CHAIR:  In Antrim County,
18 ballots were counted for Democrats that were meant for
19 Republicans, causing a 6,000-vote swing against our
20 candidates.  The county clerk came forward and said
21 tabulating software glitched and caused a miscalculation
22 of the votes.  Since then, we have now discovered that
23 47 counties used this same software in the same
24 capacity.
25             MR. SALVI:  Now, to be clear, at this

Alex Salvi - November 12, 2020

1  point, we don't have any independent evidence that any

2  additional votes have been affected by these voting

3  systems or that the results were tainted in any way by

4  large-scale voter fraud.  But that doesn't mean that

5  people should be shamed for asking because it's not out

6  of the realm of possibility, and you don't have to take

7  my word for it.

8           Remember Professor Appel, the Princeton

9  professor from earlier, who's probably smarter than me,

10  he's been speaking out on these systems as recently as

11  last year.

12           PROFESSOR APPEL:  If the machine is hacked,

13  then they can install software that marks votes on the

14  ballot after the voter last saw it.  And if the piece of

15  paper can be marked by the computer after the last time

16  the voter saw it, then the whole paper trail is

17  compromised.

18           MR. SALVI:  Joining us now for updates on

19  the legal fight that may be ahead is Harmeet Dhillon,

20  the co-chair of the Republican National Lawyer's

21  Association and the CEO and founder of the Center for

22  American Liberty.  So, Harmeet, I'm really glad to have

23  you on the program tonight because we know that today,

24  there are some developments in favor of the Trump

25  campaign coming in the state of Pennsylvania as well.

1                   But I want to get your input on the legal
2   battle in general.  Do you believe that there is a
3   strong case so far?
4                   MS. DHILLON:  Yes.  There is a strong case,
5   but a lot of people have kind of dumbed this down to
6   just being fraud, and I don't think that that's --
7   that's a way to win this election, quite frankly.  I
8   think some of the big pieces are whether ballots were
9   counted that shouldn't have been counted, and this may
10  have happened in multiple states where the law says
11  ballots have to be received by a certain date or they
12  have to have a date and a signature and an address on
13  them, or they have to have a secrecy envelope.  And some
14  of those things are not there.
15                  Other instances that could make a
16  difference in the outcome of the election is whether
17  ballots have to be recounted, where they weren't
18  witnessed by Republican volunteers.
19                  And finally, you have Georgia where they're
20  doing an automatic recount, an audit, and it -- and it's
21  by hand, using hand record, paper records.  So these are
22  the types of things that, taken together, could be
23  enough to make a difference in the outcome.  It is an
24  uphill battle to change multiple states, so those are
25  some of the challenges.

1          MR. SALVI:  And in fact, we're hearing from
2    Republican state senators in Michigan too that they're
3    also looking for a recount in that state.  But the
4    development, when it comes to Pennsylvania, I think
5    you're right to say that it doesn't necessarily have to
6    do with fraud, but it has to do with some of these
7    ballots coming in after the allotted time period, the
8    deadline that was created and whether or not state
9    executives have the power to make those kind of
10   deadlines because the constitution is pretty clear that
11   it's state legislatures that really have that power to
12   do so.
13          So when we look ahead to possible
14   litigation brought forth by the Trump campaign, what do
15   they to prove?  It's not, as you were saying,
16   necessarily, bringing in widespread voter fraud
17   evidence, but more so looking at the law as it's
18   written, correct?
19          MS. DHILLON:  That's right.  And the
20   Supreme Court has repeatedly ruled on this issue of the
21   elections and the elector's clause in the United States
22   Constitution, which in turn provides that only state
23   legislatures make the time, place and manner regulations
24   in our voting.
25          And earlier this year, our governor in

1  California attempted to unilaterally impose a change in
2  our voting laws, and we sued them, Republican National
3  Committee and our Republican lawyers sued them, and the
4  governor then went to the legislature to pass the same
5  regulations that he wanted.  And that's the correct way
6  to do it, although I disagree with the regulations.
7              But in Pennsylvania, where there is a
8  Republican legislature and they refuse to extend the
9  deadline to receive the ballots to three days or more
10 after the election, the Secretary of State, who dislikes
11 the president, went ahead and did that on her own, and
12 then she got that certified by the Pennsylvania Supreme
13 Court.  That's the case before the United States Supreme
14 Court.
15             And today's ruling that you mentioned
16 doesn't have to do with that issue, but it has to do
17 with a separate issue that the attorney -- that the
18 Secretary of State imposed on the state, and that is
19 that she attempted to extend the deadline by which
20 first-time voters must provide the state with voter ID.
21 That is, by statute, six days, which seems to be plenty
22 of time, right, that voting is a precious right and
23 people should treat it seriously to nine days.  And
24 that's what the Court today struck down, says she
25 doesn't have the authority to do that.

Alex Salvi - November 12, 2020

1           MR. SALVI:  And I believe that's referred
2  to as curing the ballots, where they submitted the
3  ballot and they do have a time period where they can go
4  back and make the proper changes if need be.  But as we
5  were saying, it's not necessarily the job of an
6  executive official in a state to unilaterally extend
7  that time period.
8           But I do want to touch on that first case
9  as well because Justice Samuel Alito, he did give the
10 Trump campaign another victory in a sort earlier this
11 week when he said that ballots that arrived after the
12 deadlines, they can still be counted, but they have to
13 be done so separately.  And now is the reason for that
14 because this could end up before the Supreme Court, and
15 in case there is any sort of remedy, they want to make
16 sure that these ballots aren't tainted in the sense that
17 they're all put together and you can't necessarily
18 differentiate between the two types?
19          MS. DHILLON:  That is the issue.  Now, the
20 problem is that the Supreme Court already ordered that
21 before the election.  And, yet, a few days later when
22 these parties went back to court, the -- the Secretary
23 of State of Pennsylvania and the Trump side were unable
24 to tell the Court that, indeed, that segregation had
25 occurred, the -- because the counties in the state said

Alex Salvi - November 12, 2020

1   they were unable to give that assurance.  So that's very

2   troubling.

3           So in fact, there may not have been a

4   segregation occurring before that second order by -- by

5   Justice Alito.  So what does that mean?  Well, in

6   addition to the fact that there are 600,000 ballots that

7   apparently were not witnessed at all in Pennsylvania,

8   that could suggest a need for a recount.  Under

9   Pennsylvania law, the state is supposed to keep the

10  envelopes and supposed to have a date stamp on each

11  ballot or envelope what -- what day they received it.

12  So even though they didn't segregate them, those paper

13  records are supposed to be there.  Are they?  We shall

14  see.

15          MR. SALVI:  And I think that is actually a

16  very important "maybe" because, for example, I'm trying

17  to think this out logically.  And if these ballots were

18  counted in their totality, for example, and the Supreme

19  Court eventually does take up a case and say, you know

20  what, anything that did arrive after this deadline

21  should not be counted because that's against the law as

22  it's written, we know that there are now conservative

23  text rules on the Supreme Court as well.

24          So say, for example, that the state of

25  Pennsylvania did combine these ballots and they counted

Alex Salvi - November 12, 2020

1  them all, but now the Supreme Court rules, for example,

2  and says, you know what, anything that arrives after the

3  deadline can't be counted, but we don't really

4  necessarily have a way to differentiate between those,

5  what then happens?  Would it be an ask for a totally new

6  election?  Would it be asking for certain votes to be

7  counted in a different way?  Then what happens?

8           MS. DHILLON:  Well, it's very interesting.

9  It's somewhat unprecedented, but you may recall that

10  there was a ballot harvesting scandal in the 2018

11  election in a neighboring nearby state of North Carolina

12  where I grew up and there was -- now where it's illegal.

13  And indeed, the Republican candidate staffer was accused

14  of -- of doing that.  And, you know, ultimately, a new

15  election was called as a remedy.

16           And so, obviously, we don't want that,

17  but -- and I don't want to assume that the records

18  aren't there, necessarily, okay, but we -- you know, if

19  the records are there, we ought to be able to unscramble

20  that egg, as it were, and there should be a recount

21  anyway based on the fact that Republicans weren't

22  allowed to observe that.

23           But, you know, bottom line, elections are

24  about numbers, right?  So right now, there's a

25  50,000-vote spread putatively between the two sides in

Alex Salvi - November 12, 2020

1  Pennsylvania.  The Secretary of State of Pennsylvania
2  has come out and said it's about 10,000 or so ballots
3  that were received after -- though I don't know how she
4  can say that when she told the Supreme Court she's not
5  sure how -- you know, whether those ballots are being
6  segregated or not.
7              But if it is 10,000, you know, that's out
8  of 40,000, so you have to find another way to glo- --
9  close that gap, and there are places to do that.  The
10 places to do that include Philadelphia counting a number
11 of ballots, that according to state law are incomplete.
12 They don't have the date, they don't have the address,
13 they don't have the signature, necessarily, and they
14 don't have that secrecy envelope.  One of those
15 problems, those should not have been counted, okay?
16             And then there's other counties that have
17 just simply voted in their local election boards to
18 ignore state law that requires ballots to be dated.  And
19 those are important laws and they are there for a
20 reason.  And so if you add up all of these
21 irregularities and you do a recount, it is possible to
22 make up that vote difference, but there are a lot of
23 "ifs" there.
24             MR. SALVI:  Yeah.  And you know, I've heard
25 some people say this, too.  The media may have the first

Alex Salvi - November 12, 2020

1  word when it comes to calling this election, but it
2  seems that there's no doubt that the federal courts will
3  have the last.  It seems like this is going to the
4  courts.  It's just a matter of how they end up deciding
5  on this.  So I advise everybody to just stay calm, wait
6  for these results to play out because at this point, it
7  is too close to call, as you were saying.  But Harmeet
8  Dhillon, I really appreciate you coming on the program
9  tonight, breaking down the complexities of this
10 situation.  Thank you.
11                 (Recording ends.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1              C E R T I F I C A T E
 2       I, TERRI GARCIA, Certified Shorthand Reporter in
 3  and for the State of Texas, certify that the foregoing
 4  is a correct transcription from the video recording of
 5  the the above-entitled matter.
 6       I further certify that I am neither counsel for,
 7  related to, nor employed by any of the parties to the
 8  action in which this recording was transcribed, and
 9  further that I am not financially or otherwise
10  interested in the outcome of the action.
11       I further certify that the transcription fee of
12  $_____ was paid/will be paid in full by
13  _____.
14
15
16              _____
                Terri Garcia, Texas Certified
17              Shorthand Reporter No. 6581
                Dickman Davenport, Inc.
18              Firm Registration No. #312
                4228 North Central Expressway
19              Suite 101
                Dallas, Texas  75206
20              (214) 855-5100
                My commission expires:  7-31-25
21
22
23
24
25
```

Alex Salvi - November 12, 2020

**A**

ability 3:8
able 4:10 12:19
above-entitled 15:5
accused 12:13
action 15:8,10
actual 3:6
add 13:20
addition 11:6
additional 6:2
address 7:12 13:12
advise 14:5
affect 3:6
ahead 6:19 8:13 9:11
alarms 3:22,24
ALEX 1:13
Alito 10:9 11:5
alive 2:5
allegations 2:4 4:20
alleged 4:24
alleges 5:7
allotted 8:7
allowed 12:22
American 6:22
Andrew 3:23
Antrim 5:17
anyway 12:21
apparent 3:4
apparently 11:7
Appel 3:23 4:7 4:12 6:8,12
appreciate 14:8
argument 2:6
arrive 11:20
arrived 10:11
arrives 12:2
article 2:17
asked 4:1
asking 6:5 12:6
Association 6:21
assume 12:17

assurance 11:1
attempted 9:1,19
attorney 5:1 9:17
audit 7:20
authority 9:25
automatic 7:20

**B**

back 3:25 5:5 10:4,22
ballot 3:14,16 6:14 10:3 11:11 12:10
ballots 5:18 7:8 7:11,17 8:7 9:9 10:2,11,16 11:6 11:17,25 13:2,5 13:11,18
based 12:21
baseless 2:15
basic 5:2
battle 7:2,24
begins 2:1
believe 7:2 10:1
big 7:8
boards 13:17
bottom 12:23
breaking 14:9
bringing 8:16
brings 5:13
brought 8:14

**C**

C 15:1,1
California 9:1
call 14:7
called 12:15
calling 14:1
calm 14:5
campaign 2:2 6:25 8:14 10:10
Canadian 2:7
candidate 4:15 12:13
candidates 3:13 5:20

capacity 5:24
Carolina 12:11
case 7:3,4 9:13 10:8,15 11:19
cast 3:18
caused 5:21
causing 5:19
center 2:5,15,19 6:21
Central 15:18
CEO 6:21
certain 7:11 12:6
certified 1:11 9:12 15:2,16
certify 15:3,6,11
CHAIR 5:17
challenges 7:25
change 4:11 7:24 9:1
changed 4:19
changes 10:4
cheating 5:9
check 3:8
China 2:9
chip 4:5,8,16
choices 3:15
claims 2:15
clause 8:21
clear 5:25 8:10
clerk 5:20
close 4:14 13:9 14:7
co-chair 6:20
code 3:15,16
codes 5:10
combine 11:25
come 13:2
comes 8:4 14:1
coming 6:25 8:7 14:8
commission 15:20
Committee 9:3
communications 4:25

company 2:7,7 3:7
complexities 14:9
compromised 6:17
computer 3:13 3:23 4:5,8,13 4:15 6:15
concerned 5:15
concerns 2:6
concluded 5:11
confidence 3:20
conservative 11:22
constitution 8:10 8:22
controversy 2:19
correct 8:18 9:5 15:4
counsel 15:6
count 3:6
counted 4:11 5:18 7:9,9 10:12 11:18,21 11:25 12:3,7 13:15
counties 2:22 3:1 3:3,7 5:23 10:25 13:16
counting 13:10
country 3:11
county 2:25 3:4 5:17,20
court 8:20 9:13 9:14,24 10:14 10:20,22,24 11:19,23 12:1 13:4
courts 14:2,4
created 8:8
credibility 5:13
Critics 3:17
curing 10:2

**D**

Dallas 15:19
data 4:25
date 7:11,12 11:10 13:12
dated 13:18
Davenport 15:17
day 3:18 11:11
days 9:9,21,23 10:21
deadline 8:8 9:9 9:19 11:20 12:3
deadlines 8:10 10:12
deciding 14:4
delayed 3:5
Democrats 5:18
Denver 2:8
Department 2:24
development 8:4
developments 6:24
Dhillon 6:19 7:4 8:19 10:19 12:8 14:8
Dickman 15:17
difference 7:16 7:23 13:22
different 4:13 12:7
differentiate 10:18 12:4
disagree 9:6
discovered 5:22
dislikes 9:10
doing 7:20 12:14
Dominion 2:7,13 3:1,4,25 4:20 4:22 5:3
Dominion's 5:3
doubt 14:2
dumbed 7:5

**E**

E 15:1,1
earlier 6:9 8:25

Alex Salvi - November 12, 2020

10:10
**efforts** 2:5
**egg** 12:20
**election** 2:25 4:2
  4:24 7:7,16
  9:10 10:21 12:6
  12:11,15 13:17
  14:1
**elections** 2:10,15
  5:5,8 8:21
  12:23
**elector's** 8:21
**employed** 15:7
**encode** 3:17
**ends** 14:11
**envelope** 7:13
  11:11 13:14
**envelopes** 11:10
**errors** 2:23
**eventually** 11:19
**everybody** 14:5
**evidence** 6:1 8:17
**Examiner** 4:21
  5:6
**example** 11:16,18
  11:24 12:1
**examples** 2:18
**executive** 10:6
**executives** 8:9
**exhausting** 2:3
**experts** 2:25 4:25
**expires** 15:20
**explanations** 3:3
**Expressway**
  15:18
**extend** 9:8,19
  10:6

**F**
**F** 15:1
**fact** 3:25 8:1 11:3
  11:6 12:21
**failing** 5:2
**familiar** 3:9
**far** 7:3

**favor** 6:24
**federal** 14:2
**fee** 15:11
**fight** 6:19
**figured** 4:12
**finally** 7:19
**financially** 15:9
**find** 13:8
**Firm** 15:18
**first** 10:8 13:25
**first-time** 9:20
**foregoing** 15:3
**forth** 8:14
**forward** 5:20
**found** 5:11
**founder** 6:21
**frankly** 7:7
**fraud** 2:4 4:23
  5:9 6:4 7:6 8:6
  8:16
**fraudulent** 4:8
**full** 15:12
**further** 15:6,9,11

**G**
**gap** 13:9
**Garcia** 15:2,16
**general** 7:2
**General's** 5:1
**Georgia** 2:17,20
  3:2,3 7:19
**give** 10:9 11:1
**glad** 6:22
**glitched** 5:21
**glitches** 2:16 5:7
**glo-** 13:8
**go** 10:3
**goes** 2:17
**going** 14:3
**GOP** 5:17
**governments**
  2:10,14
**governor** 8:25
  9:4
**grew** 12:12

**H**
**hack** 4:1,16
**hacked** 6:12
**hand** 7:21,21
**happen** 4:5
**happened** 5:16
  7:10
**happens** 12:5,7
**Harmeet** 6:19,22
  14:7
**harvesting** 12:10
**headquarters** 2:8
**heard** 13:24
**hearing** 8:1
**help** 2:14 3:20
**HOURS** 1:13
**human** 2:23

**I**
**ID** 9:20
**ifs** 13:23
**ignore** 13:18
**ignores** 3:21
**illegal** 12:12
**impacted** 5:8
**important** 11:16
  13:19
**impose** 9:1
**imposed** 9:18
**inaccuracies** 2:23
**inadequate** 5:12
**include** 13:10
**incomplete** 13:11
**independent** 5:10
  6:1
**indicating** 3:18
**input** 7:1
**install** 6:13
**instances** 7:15
**interested** 15:10
**interesting** 12:8
**inventory** 5:12
**irregularities**
  13:21
**issue** 8:20 9:16

9:17 10:19
**Issues** 3:3

**J**
**Jersey** 4:3
**job** 10:5
**Joining** 6:18
**Justice** 10:9 11:5

**K**
**keep** 2:4 11:9
**kind** 7:5 8:9
**know** 6:23 11:19
  11:22 12:2,14
  12:18,23 13:3,5
  13:7,24
**known** 2:7

**L**
**large-scale** 6:4
**law** 7:10 8:17
  11:9,21 13:11
  13:18
**laws** 9:2 13:19
**lawsuit** 4:2
**lawsuits** 2:4
**Lawyer's** 6:20
**lawyers** 9:3
**learned** 5:16
**led** 2:16
**legal** 6:19 7:1
**legislature** 9:4,8
**legislatures** 8:11
  8:23
**Liberty** 6:22
**line** 12:23
**list** 2:18
**litigation** 5:7
  8:14
**local** 2:10,14
  13:17
**logically** 11:17
**look** 8:13
**looking** 8:3,17
**lot** 4:19 7:5 13:22

**M**
**machine** 2:6 3:14
  4:11,17 6:12
**machine's** 4:5
**machines** 3:10
  4:1 5:11
**manner** 8:23
**manufacturing**
  2:9
**marked** 6:15
**marks** 6:13
**matter** 14:4 15:5
**mean** 6:4 11:5
**meant** 5:18
**media** 13:25
**meet** 5:2
**memory** 4:16
**mentioned** 9:15
**Michigan** 2:17
  2:19,21,22,24
  3:1 5:16,17 8:2
**midterm** 5:8
**minutes** 4:17
**miscalculation**
  5:21
**mistake** 2:22
**mistakes** 2:16
**multiple** 4:23
  5:11 7:10,24

**N**
**nation** 2:14
**National** 6:20 9:2
**nearby** 12:11
**necessarily** 8:5
  8:16 10:5,17
  12:4,18 13:13
**need** 10:4 11:8
**neighboring**
  12:11
**neither** 15:6
**new** 2:12 3:20 4:3
  12:5,14
**night** 3:21
**nine** 9:23

Alex Salvi - November 12, 2020

**North** 12:11
15:18
**NOVEMBER**
1:12
**number** 13:10
**numbers** 12:24

**O**

**observe** 12:22
**obviously** 12:16
**occurred** 10:25
**occurring** 11:4
**Office** 5:1
**official** 10:6
**officials** 2:25 4:2
**officials'** 3:5
**okay** 12:18 13:15
**order** 11:4
**ordered** 10:20
**ought** 12:19
**outcome** 7:16,23
15:10

**P**

**paid** 15:12
**paid/will** 15:12
**paper** 3:14 6:15
6:16 7:21 11:12
**part** 4:2
**parties** 10:22
15:7
**pass** 9:4
**Pennsylvania**
6:25 8:4 9:7,12
10:23 11:7,9,25
13:1,1
**people** 6:5 7:5
9:23 13:25
**percent** 3:11
**period** 8:7 10:3,7
**Philadelphia**
13:10
**Philippine** 5:4
**Philippines** 5:9
**piece** 6:14
**pieces** 7:8

**place** 8:23
**places** 13:9,10
**play** 14:6
**plenty** 9:21
**point** 6:1 14:6
**poll** 3:8
**polls** 4:14
**possibility** 6:6
**possible** 8:13
13:21
**power** 8:9,11
**precious** 9:22
**president** 9:11
**pretty** 8:10
**Princeton** 3:24
6:8
**print** 3:14
**probably** 6:9
**problem** 3:4
10:20
**problems** 2:24
5:11 13:15
**professor** 3:23
4:7,12 6:8,9,12
**program** 4:9,13
4:16 6:23 14:8
**proper** 10:4
**prove** 8:15
**provide** 9:20
**provided** 5:12
**provides** 8:22
**put** 3:15 10:17
**putatively** 12:25

**Q**

**QR** 3:15,16
**question** 5:13
**questions** 5:9
**quite** 7:7
**quote** 2:13,21 3:2
4:22 5:6

**R**

**R** 15:1
**raise** 3:22
**raised** 3:22

**raising** 3:24 5:9
**re-election** 2:5
**realize** 5:15
**really** 6:22 8:11
12:3 14:8
**realm** 6:6
**reason** 10:13
13:20
**recall** 12:9
**receive** 9:9
**received** 7:11
11:11 13:3
**record** 7:21
**recording** 2:1
14:11 15:4,8
**records** 7:21
11:13 12:17,19
**recount** 7:20 8:3
11:8 12:20
13:21
**recounted** 7:17
**recounts** 2:3
**referred** 10:1
**refuse** 9:8
**regard** 2:21 3:2
**Registration**
15:18
**regulations** 8:23
9:5,6
**rejected** 4:24
**related** 15:7
**remaining** 2:3
**remedy** 10:15
12:15
**Remember** 6:8
**repeatedly** 8:20
**replace** 4:8
**Reporter** 15:2,17
**reporting** 2:12
3:5 4:21 5:6
**Republican** 6:20
7:18 8:2 9:2,3,8
12:13
**Republicans** 5:15
5:19 12:21

**requires** 3:12
13:18
**resources** 2:3
**results** 6:3 14:6
**review** 5:10
**right** 8:5,19 9:22
9:22 12:24,24
**ruled** 8:20
**rules** 11:23 12:1
**ruling** 9:15
**run** 2:10,14

**S**

**s** 2:22
**SALVI** 1:13 2:2
3:19 4:19 5:25
6:18 8:1 10:1
11:15 13:24
**Samuel** 10:9
**saw** 6:14,16
**saying** 8:15 10:5
14:7
**says** 4:4 7:10
9:24 12:2
**scan** 3:16
**scandal** 12:10
**scanner** 3:16,17
**scientist** 3:23
**screen** 3:13
**screwdriver** 4:18
**second** 11:4
**secrecy** 7:13
13:14
**Secretary** 5:1
9:10,18 10:22
13:1
**security** 2:25 5:2
**see** 11:14
**segregate** 11:12
**segregated** 13:6
**segregation**
10:24 11:4
**select** 3:13
**senators** 8:2
**sense** 10:16

**separate** 3:7 9:17
**separately** 10:13
**seriously** 9:23
**serving** 3:11
**seven** 4:17
**shamed** 6:5
**shifts** 4:14
**Shorthand** 15:2
15:17
**showing** 3:14
**side** 10:23
**sides** 12:25
**sign** 3:19
**signature** 7:12
13:13
**simple** 3:19
**simply** 4:5 13:17
**situation** 14:10
**six** 9:21
**sleep** 3:21
**slightly** 4:13
**slowed** 3:7
**smarter** 6:9
**Smartmatic** 5:4,7
5:12
**software** 2:9,13
2:16,23 3:1,5,7
5:12,13,21,23
6:13
**somewhat** 12:9
**sort** 10:10,15
**source** 5:10
**SPEAKER** 3:12
4:4,10
**speaking** 6:10
**specifically** 2:19
**spread** 12:25
**staffer** 12:13
**stamp** 3:17 11:10
**stamped** 3:15
**standards** 5:2
**state** 2:24 4:3 5:1
6:25 8:2,3,8,11
8:22 9:10,18,18
9:20 10:6,23,25

Alex Salvi - November 12, 2020

11:9,24 12:11
13:1,11,18 15:3
**states** 3:10 4:23
7:10,24 8:21
9:13
**statute** 9:21
**stay** 14:5
**stop** 4:21
**strong** 7:3,4
**struck** 9:24
**submitted** 10:2
**subsidiaries** 5:3
**sued** 9:2,3
**suggest** 11:8
**Suite** 15:19
**supposed** 11:9,10
11:13
**Supreme** 8:20
9:12,13 10:14
10:20 11:18,23
12:1 13:4
**sure** 10:16 13:5
**swapping** 4:5
**swing** 5:19
**system** 2:18 3:12
**systems** 2:13 3:22
3:25 4:22 6:3
6:10

_____

**T**

**T** 15:1,1
**tabulating** 5:21
**tainted** 6:3 10:16
**take** 6:6 11:19
**taken** 7:22
**tallies** 2:16 3:6
**tell** 10:24
**Terri** 15:2,16
**Texas** 4:25 15:3
15:16,19
**text** 11:23
**Thank** 14:10
**things** 7:14,22
**think** 7:6,8 8:4
11:15,17

**three** 3:3 4:24 9:9
**time** 3:17,18 6:15
8:7,23 9:22
10:3,7
**times** 2:12 3:20
4:25
**today** 2:6 6:23
9:24
**today's** 9:15
**told** 13:4
**tonight** 6:23 14:9
**totality** 11:18
**totally** 12:5
**touch** 10:8
**trail** 6:16
**transcribed** 15:8
**transcription**
1:11 15:4,11
**treat** 9:23
**troubling** 11:2
**Trump** 2:2 6:24
8:14 10:10,23
**trying** 11:16
**turn** 8:22
**two** 2:21 3:1,7
10:18 12:25
**types** 3:10 7:22
10:18

_____

**U**

**U.S** 2:11 3:11
4:24
**ultimately** 12:14
**unable** 10:23
11:1
**understand** 4:19
5:14
**UNIDENTIFI...**
3:12 4:4,10
**unilaterally** 9:1
10:6
**United** 8:21 9:13
**University** 3:24
**unprecedented**
12:9

**unscramble**
12:19
**updates** 6:18
**uphill** 7:24
**use** 2:10,14
**utilizing** 2:3

_____

**V**

**victory** 10:10
**video** 15:4
**volunteers** 7:18
**vote** 2:16 3:5,6
3:18 13:22
**voted** 13:17
**voter** 2:4 3:15 6:4
6:14,16 8:16
9:20
**voters** 3:8,11,13
9:20
**voters'** 3:14
**votes** 4:11,14
5:22 6:2,13
12:6
**voting** 2:6,13,18
3:25 4:17,20,22
6:2 8:24 9:2,22

_____

**W**

**wait** 14:5
**want** 7:1 10:8,15
12:16,17
**wanted** 9:5
**Washington** 4:21
5:6
**way** 6:3 7:7 9:5
12:4,7 13:8
**we're** 8:1
**Wednesday** 2:12
**week** 2:17 4:22
10:11
**went** 9:4,11
10:22
**weren't** 7:17
12:21
**widespread** 8:16
**win** 7:7

**witnessed** 7:18
11:7
**word** 6:7 14:1
**workers'** 3:8
**worth** 3:21
**written** 8:18
11:22
**wrote** 4:15

_____

**X**

_____

**Y**

**Yeah** 13:24
**year** 6:11 8:25
**years** 3:25
**years'** 3:21
**York** 2:12 3:20

_____

**Z**

_____

**0**

_____

**1**

**10,000** 13:2,7
**101** 15:19
**12** 1:12

_____

**2**

**2008** 4:1,20
**2010** 5:5,8
**2013** 5:5,8
**2018** 12:10
**2020** 1:12 4:24
**214** 15:20
**28** 3:10

_____

**3**

**312** 15:18

_____

**4**

**40** 3:11
**40,000** 13:8
**4228** 15:18
**47** 5:23

_____

**5**

**50,000-vote**

12:25

_____

**6**

**6,000-vote** 5:19
**600,000** 11:6
**6581** 15:17

_____

**7**

**7-31-25** 15:20
**75206** 15:19

_____

**8**

**855-5100** 15:20

# Exhibit H-2

**Page Vault**

| | |
|---|---|
| Document title: | Officials raised concerns for years about security of US voting machines, software systems | Washington Examiner |
| Capture URL: | https://www.washingtonexaminer.com/politics/officials-raised-concerns-for-years-about-security-of-us-voting-machines-software-systems |
| Page loaded at (UTC): | Tue, 21 Nov 2023 16:58:03 GMT |
| Capture timestamp (UTC): | Tue, 21 Nov 2023 16:59:12 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 5 |
| Capture ID: | kTWSgo8gt9rNyx8hiBaUiQ |
| User: | jw-mvillalpando |

PDF REFERENCE #:          m6ZWWVDbxCy7QB3VsSwxR8



☰  🔍

# Washington Examiner

Tuesday, November 21, 2023

Sign In      Subscribe

News ▾   Policy ▾   Opinion ▾   Watch ▾   Restoring America   Newsletters   SUBSCRIBER CONTENT ▾

Solinst 301 Level Sensor

Water Level Temperature Sensor: Submersible Level Transmitter

Solinst Canada Ltd.          Open ›

STATES

# Officials raised concerns for years about security of US voting machines, software systems

by Bethany Blankley, The Center Square | November 09, 2020 12:00 PM

   

The Dominion Voting Systems, which has been used in multiple states where fraud has been alleged in the 2020 U.S. Election, was rejected three times by data communications experts from the Texas Secretary of State and Attorney General's Office for failing to meet basic security standards.

Unlike Texas, other states certified the use of the system, including Pennsylvania, where voter fraud has been alleged on multiple counts this week.

Dominion Voting Systems, a Canadian company headquartered in Denver, is one of three companies primarily used in U.S. elections. The others are Election Systems and Software and Texas based-Hart InterCivic.

The Dominion system was implemented in North Carolina and Nevada, where election results are being challenged, and in Georgia and Michigan, where a "glitch" that occurred reversed thousands of votes for Republican President Donald Trump to Democrat Joe Biden.

While Biden declared victory Saturday in his U.S. presidential race against Trump, the Trump campaign is launching several challenges to vote counts in states across the country, alleging fraud.





## Latest


Al Sharpton claims Trump critics are 'not taking him out of context' in dictator comparisons
By: Asher Notheis


Virginia Democrats propose abortion rights amendment after election victory
By: Gabrielle M. Etzel


Class-action settlement: Deadline to file for $3.6

Document title: Officials raised concerns for years about security of US voting machines, software systems | Washington Examiner
Capture URL: https://www.washingtonexaminer.com/politics/officials-raised-concerns-for-years-about-security-of-us-voting-machines-software-systems
Capture timestamp (UTC): Tue, 21 Nov 2023 16:59:12 GMT

Page 1 of 4

**APP1126**






Tuesday, November 21, 2023


Save up to 90% on Temu
Temu

Dominion's Democracy Suite system was chosen for statewide implementation in New Mexico in 2013, the first year it was rejected by the state of Texas.

Louisiana modernized its mail ballot system by implementing Dominion's ImageCast Central software statewide; Clark County, Nevada, implemented the same system in 2017. Roughly 52 counties in New York, 65 counties in Michigan and the entire state of Colorado and New Mexico use Dominion systems.

According to a Penn Wharton study, "The Business of Voting," Dominion Voting Systems reached approximately 71 million voters in 1,635 jurisdictions in the U.S. in 2016.

Dominion "got into trouble" with several subsidiaries it used over alleged cases of fraud. One subsidiary is Smartmatic, a company "that has played a significant role in the U.S. market over the last decade," according to a report published by UK-based AccessWire.

AD

29+ Coolest Gifts Nobody
Would Think Of
Consumerbags

Litigation over Smartmatic "glitches" alleges they impacted the 2010 and 2013 mid-term elections in the Philippines, raising questions of cheating and fraud. An independent review of the source codes used in the machines found multiple problems, which concluded, "The software inventory provided by Smartmatic is inadequate, ... which brings into question the software credibility," ABS-CBN reported.

Smartmatic's chairman is a member of the British House of Lords, Mark Malloch Brown, a former vice-chairman of George Soros' Investment Funds, former vice-president at the World Bank, lead international partner at Sawyer Miller, a political consulting firm, and former vice-chair of the World Economic Forum who "remains deeply involved in international affairs." The company's reported globalist ties have caused members of the media and government officials to raise questions about its involvement in the U.S. electoral process.

In January, U.S. lawmakers expressed concern about foreign involvement through these companies' creation and oversight of U.S. election equipment. Top executives from the three major companies were grilled by both Democratic and Republican members of the U.S. House Committee on House Administration about the integrity of their systems.

Also in January, election integrity activists expressed concern "about what is known as supply-chain security, the tampering of election equipment during manufacturing," the Associated Press reported. "A document submitted to North Carolina elections officials by ES&S last year shows, for example, that it has manufacturing operations in the Philippines."

AD

PRICE DROP


PRICE DROP

TEMU

## Sidebar

Class-action settlement: Deadline to file for $3.6 million Spartan Mosquito repellent settlement in 10 days
By: Eden Villalovas

### Videos


Talking turkey: Thanksgiving travelers set to clog skies and...


Sheetz offering gas for under $2 per gallon to travelers this Thanksgivin...


Houthi rebels release video showing seizure of cargo ship in Red...


Trump's team requests file-sharing between Jack Smith and...

### Newsletters



Sign up now to get the Washington Examiner's breaking news and timely commentary delivered right to your inbox.

☰    🔍

*Washington Examiner*

Tuesday, November 21, 2023

Sign In    Subscribe

🔗 🔗 🔗






Save up to 90% on Temu
Temu

All three companies "have faced criticism over a lack of transparency and reluctance to open up their proprietary systems to outside testing," the Associated Press reported. In 2019, the AP found that these companies "had long skimped on security in favor of convenience and operated under a shroud of financial and operational secrecy despite their critical role in elections."

In its third examination of Dominion systems in 2019, Texas officials once again rejected using it after identifying "multiple hardware and software issues that preclude the Office of the Texas Secretary of State from determining that the Democracy Suite 5.5-A system satisfies each of the voting-system requirements set forth in the Texas Election Code."

The examiners raised specific concerns about whether the system "was suitable for its intended purpose; operates efficiently and accurately; and is safe from fraudulent or unauthorized manipulation."

They concluded that Dominion systems and corresponding hardware devices did not meet Texas Election Code certification standards.

Last December, a group of Democratic politicians sent a letter to leaders of private equity firms that own the major election vendors asking them to disclose information including ownership, finances and research investments.

"The voting machine lobby, led by the biggest company, ES&S, believes they are above the law," Sen. Ron Wyden, D-Ore., a member of the Intelligence Committee and co-signer of the letter, said. "They have not had anybody hold them accountable even on the most basic matters."

ES&S Chief Executive Tom Burt dismissed the criticism, telling NBC News that it was "inevitable and impossible to answer," and called on Congress to implement "greater oversight of the national election process."

"There are going to be people who have opinions from now until eternity about the security of the equipment, the bias of those companies who are producing the equipment, the bias of the election administrators who are conducting the election," Burt told NBC News.

"What the American people need is a system that can be audited, and then those audits have to happen and be demonstrated to the American public," Burt said.

Burt argued last year in an op-ed published by Roll Call that national regulatory oversight was needed, including requirements for paper backups of individual votes, mandatory post-election audits and additional resources for the U.S. Election Assistance Commission.

NBC News examined publicly available online shipping records for ES&S and found that many parts for U.S. election machines, including electronics and tablets, were made in China and the Philippines. When it raised concerns about the potential for technology theft or sabotage, Burt said the overseas facilities were "very secure" and the final assembly of machines occurs in the U.S.

The AP also surveyed the election software being used by all 50 states, the District of Columbia and territories. Roughly 10,000 election jurisdictions nationwide were using Windows 7 or an older operating system in 2019 to create ballots, program voting machines, tally votes and report counts, the AP found. Windows 7 reached the end of its operational life in January 2020.

After Jan. 14, Microsoft stopped providing technical support and producing "patches" to fix software vulnerabilities, making Windows 7 easy to hack unless U.S. jurisdictions paid a fee to receive security updates through 2023, the AP found.

According to its assessment, multiple states were affected by the end of Windows 7 support, including Arizona, Florida, Georgia, Iowa, Indiana, Michigan, North Carolina, many counties in Pennsylvania, and Wisconsin.



Tuesday, November 21, 2023



ES&S Chief Executive Tom Burt dismissed the criticism, telling NBC News that it was "inevitable and impossible to answer," and called on Congress to implement "greater oversight of the national election process."

"There are going to be people who have opinions from now until eternity about the security of the equipment, the bias of those companies who are producing the equipment, the bias of the election administrators who are conducting the election," Burt told NBC News.

"What the American people need is a system that can be audited, and then those audits have to happen and be demonstrated to the American public," Burt said.

Burt argued last year in an op-ed published by Roll Call that national regulatory oversight was needed, including requirements for paper backups of individual votes, mandatory post-election audits and additional resources for the U.S. Election Assistance Commission.

NBC News examined publicly available online shipping records for ES&S and found that many parts for U.S. election machines, including electronics and tablets, were made in China and the Philippines. When it raised concerns about the potential for technology theft or sabotage, Burt said the overseas facilities were "very secure" and the final assembly of machines occurs in the U.S.

The AP also surveyed the election software being used by all 50 states, the District of Columbia and territories. Roughly 10,000 election jurisdictions nationwide were using Windows 7 or an older operating system in 2019 to create ballots, program voting machines, tally votes and report counts, the AP found. Windows 7 reached the end of its operational life in January 2020.

After Jan. 14, Microsoft stopped providing technical support and producing "patches" to fix software vulnerabilities, making Windows 7 easy to hack unless U.S. jurisdictions paid a fee to receive security updates through 2023, the AP found.

According to its assessment, multiple states were affected by the end of Windows 7 support, including Arizona, Florida, Georgia, Iowa, Indiana, Michigan, North Carolina, many counties in Pennsylvania, and Wisconsin.

`States`  `News`  `Voting`  `Cybersecurity`

     Share your thoughts with friends.

**Paid Content**

Outbrain ▷



Do Not Sell or Share My Personal Information

About Examiner   Magazine Archive   Staff   Policies and Standards   Sitemap   Terms Of Service

Subscription Terms of Use   Privacy Policy   Your Privacy Choices   Transparency In Coverage

Advertise   Contact   Subscribe   Newsletters   Careers   Facebook   Twitter

Copyright 2023. Washington Examiner. All Rights Reserved.

# Exhibit H-3

# Page Vault

| | |
|---|---|
| Document title: | No, Dominion voting machines did not cause widespread voting problems. - The New York Times |
| Capture URL: | https://web.archive.org/web/20201111222146/https://www.nytimes.com/2020/11/11/technology/no-dominion-voting-machines-did-not-cause-widespread-voting-problems.html |
| Page loaded at (UTC): | Sat, 02 Dec 2023 21:36:47 GMT |
| Capture timestamp (UTC): | Sat, 02 Dec 2023 21:38:11 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 34.227.126.78 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 5 |
| Capture ID: | fuQb4VVTharLVA1pDr5KcG |
| User: | jw-therndon |

PDF REFERENCE #:       gnxG3rJRDDmd9ZETSvN1MW

**APP1131**

INTERNET ARCHIVE
WayBack Machine

https://www.nytimes.com/2020/11/11/technology/no-dominion-voting-machines-did-not-cause-widespread-voting-problems.html   Go

147 captures
11 Nov 2020 - 27 Oct 2023

OCT  **NOV**  DEC
      **11**
2019 **2020** 2021

ADVERTISEMENT

‹ **Election Results: Live Tracker of Viral Disinformation**

# No, Dominion voting machines did not cause widespread voting problems.

**Nov. 11, 2020, 4:25 p.m. ET**



A demonstration in September in Atlanta of the Dominion voting system used there.
John Bazemore/Associated Press

Dominion Voting Systems, which makes software that local governments around the nation use to help run their elections, is now at the center of baseless claims that "software glitches" led to mistakes in vote tallies in Michigan and Georgia last week.

The Dominion software was used in only two of the five counties that had problems in Michigan and Georgia, and in every instance there was a detailed explanation for what had happened. In all of

https://www.nytimes.com/2020/11/11/technology/no-dominion-voting-machines-did-not-cause-widespread-voting-problems.html

147 captures
11 Nov 2020 - 27 Oct 2023

OCT NOV DEC
11
2019 2020 2021

The Dominion software was used in only two of the five counties that had problems in Michigan and Georgia, and in every instance there was a detailed explanation for what had happened. In all of the cases, software did not affect the vote counts.

In the two Michigan counties that had mistakes, the inaccuracies were because of human errors, not software problems, according to the Michigan Department of State, county officials and election-security experts. Only one of the two Michigan counties used Dominion software.

Issues in three Georgia counties had other explanations. In one county, an apparent problem with Dominion software delayed officials' reporting of the vote tallies, but did not affect the actual vote count. In two other counties, a separate company's software slowed poll workers' ability to check-in voters.

"Many of the claims being asserted about Dominion and questionable voting technology is misinformation at best and, in many cases, they're outright disinformation," said Edward Perez, an election-technology expert at the OSET Institute, a nonprofit that studies voting infrastructure. "I'm not aware of any evidence of specific things or defects in Dominion software that would lead one to believe that votes had been recorded or counted incorrectly."

Right-wing voices across the internet this week have claimed incorrectly that Dominion was responsible for mistakes in vote counts, and President Trump shared a Breitbart article on Twitter that incorrectly tied the Michigan issues to separate problems in Georgia.

Many of those people have said, contrary to evidence, that Dominion software was used to switch votes. Some people even suggested that the company was doing the bidding of the Clintons, a conspiracy theory that was shared on Twitter by President Trump. On Wednesday, Rudolph W. Giuliani, the president's lawyer, said he was in contact with "whistle-blowers" from Dominion, though he did not provide evidence.

Dominion, originally a Canadian company that now has its effective headquarters in Denver, makes machines for voters to cast ballots and for poll workers to count them, as well as software that helps government officials organize and keep track of election results.

Georgia spent $107 million on 30,000 of the company's machines last year. In some cases, they proved to be headaches in the state's primary elections in June, though officials largely attributed the problems to a lack of training for election workers.

Dominion did not immediately respond to a request for comment.

In Antrim County, Mich., unofficial results initially showed

INTERNET ARCHIVE
WayBackMachine
https://www.nytimes.com/2020/11/11/technology/no-dominion-voting-machines-did-not-cause-widespread-voting-problems.html    Go
147 captures
11 Nov 2020 · 27 Oct 2023

OCT    NOV    DEC
11
2019    2020    2021    ▼ About this capture

problems to a lack of training for election workers.

Dominion did not immediately respond to a request for comment.

In Antrim County, Mich., unofficial results initially showed President-elect Joseph R. Biden Jr. beating Mr. Trump by roughly 3,000 votes. But that didn't seem right in the Republican stronghold, so election workers checked again.

It turned out that they had configured the Dominion ballot scanners and reporting software with slightly different versions of the ballot, which meant that the votes were counted correctly but that they were reported incorrectly, state officials said. The correct tallies showed Mr. Trump beat Mr. Biden by roughly 2,500 votes in the county.

In Oakland County, Mich., election officials also spotted an error after they first reported the unofficial counts. They realized they had mistakenly counted votes from the city of Rochester Hills, Mich., twice, according to the Michigan Department of State.

The revised tallies showed that an incumbent Republican county commissioner had kept his seat, not lost it. Oakland County used software from a company called Hart InterCivic, not Dominion, though the software was not at fault.

Both errors, which appeared to go against Republicans, spurred conspiracy theories in conservative corners of the internet. That drew a response from Tina Barton, the Republican clerk in Rochester Hills, Mich., the city that had its votes briefly counted twice.

"As a Republican, I am disturbed that this is intentionally being mischaracterized to undermine the election process," she said in a video she posted online. "This was an isolated mistake that was quickly rectified."

Michigan officials added that the errors came in the counties' unofficial tallies and that they were fixed before another layer of checks meant to catch such mistakes. In that review, two Republican and two Democratic "canvassers" certify the vote counts in each county, checking poll books, ballot summaries and tabulator tapes.

In Georgia's Gwinnett County, the vote count was delayed because of an apparent problem with the Dominion software, according to a detailed explanation from county officials. The software properly counted the votes, the county said, but it would not send some tallies to the state's central database. Joe Sorenson, a Gwinnett County spokesman, said that the county has since been able to report the accurate totals to the state, but that it remains unclear what exactly happened with the software.

https://www.nytimes.com/2020/11/11/technology/no-dominion-voting-machines-did-not-cause-widespread-voting-problems.html   Go

147 captures
11 Nov 2020 · 27 Oct 2023

OCT  **NOV**  DEC
      **11**
2019  **2020**  2021
About this capture

drew a response from Tina Barton, the Republican clerk in Rochester Hills, Mich., the city that had its votes briefly counted twice.

"As a Republican, I am disturbed that this is intentionally being mischaracterized to undermine the election process," she said in a video she posted online. "This was an isolated mistake that was quickly rectified."

Michigan officials added that the errors came in the counties' unofficial tallies and that they were fixed before another layer of checks meant to catch such mistakes. In that review, two Republican and two Democratic "canvassers" certify the vote counts in each county, checking poll books, ballot summaries and tabulator tapes.

In Georgia's Gwinnett County, the vote count was delayed because of an apparent problem with the Dominion software, according to a detailed explanation from county officials. The software properly counted the votes, the county said, but it would not send some tallies to the state's central database. Joe Sorenson, a Gwinnett County spokesman, said that the county has since been able to report the accurate totals to the state, but that it remains unclear what exactly happened with the software.

Spalding and Morgan counties in Georgia had separate problems with systems that check-in voters at the polls. Those so-called Poll Pads were made by a company called KnowInk, not Dominion, said Harri Hursti, an election security expert on the ground in Georgia.

"People are comparing apples to oranges in the name of Dominion," Mr. Hursti said.

Mr. Perez, the election-technology researcher, said it was fair to ask for more transparency and accountability from the companies that make the technology that underpins elections, but there is no evidence of any fraud or widespread errors in the 2020 race.

"It's reasonable for citizens and politicians to look at the role of private vendors in the machinery of democracy and to ask questions," he said. "Now that doesn't mean elections are rigged."

Nicole Perlroth contributed reporting.



© 2020 The New York Times Company   NYTCo   Contact Us   Work with us   Advertise   T Brand Studio   Your Ad Choices   Privacy Policy   Terms of Service   Terms of Sale   Site Map   Help   Subscriptions

# Exhibit H-4

# Page Vault

| | |
|---|---|
| Document title: | Laptop, USB drives stolen from Philly election-staging site | AP News |
| Capture URL: | https://apnews.com/article/voting-machines-voting-custodio-elections-philadelphia-f8a6453dc9e211ef20e9412d003511b1 |
| Page loaded at (UTC): | Sat, 02 Dec 2023 22:15:23 GMT |
| Capture timestamp (UTC): | Sat, 02 Dec 2023 22:17:03 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 34.227.126.78 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 16 |
| Capture ID: | 13B8EaaL8o3AWSSa25sY5y |
| User: | jw-therndon |

PDF REFERENCE #:      gF3dd6PDJiyyZupBTeGADz

**APP1137**



EVEN WHEN THE NEWS IS FREE, JOURNALISM IS NOT.
SUPPORT INDEPENDENT, FACT-BASED JOURNALISM.

**DONATE**

AP

WORLD   U.S.   POLITICS   SPORTS   ENTERTAINMENT   BUSINESS   SCIENCE   FACT CHECK   ODDITIES   HEALTH   VIDEO   CLIMATE   SPOTLIGHT   •••

Israel-Hamas war   Philippines earthquake   Big 12 committed to title game   Germany snowstorm   Derek Chauvin stabbing suspect

# Laptop, USB drives stolen from Philly election-staging site



1 of 3 | The City of Philadelphia Elections warehouse front room as seen through the glass door on Thursday, Oct. 1, 2020, in Philadelphia. Computer thumb drives used to program Philadelphia voting machines were stolen from the city warehouse along with the laptop of an employee from the ma...   Read More

BY FRANK BAJAK AND CLAUDIA LAUER
Published 1:08 AM UTC, October 2, 2020

Share ⬆

PHILADELPHIA (AP) — Computer thumb drives used to program Philadelphia voting machines were stolen from a city warehouse along with the laptop of an employee from the machines' manufacturer.

The items were stolen from a warehouse in the city's East Falls section, city election

ADVERTISEMENT



Suggested For You                              by Taboola

EVEN WHEN THE NEWS IS FREE, JOURNALISM IS NOT.
SUPPORT INDEPENDENT, FACT-BASED JOURNALISM.

DONATE

**AP**

☰   WORLD   U.S.   POLITICS   SPORTS   ENTERTAINMENT   BUSINESS   SCIENCE   FACT CHECK   ODDITIES   HEALTH   VIDEO   CLIMATE   SPOTLIGHT   •••

🔍

● Israel-Hamas war   Philippines earthquake   Big 12 committed to title game   Germany snowstorm   Derek Chauvin stabbing suspect

commission spokesman Nick Custodio said in a brief emailed statement, adding: "We are confident that this incident will not in any way compromise the integrity of the election." The Philadelphia Inquirer, which first reported the theft in the majority Democratic city, said they were stolen this week.

The laptop did not hold any "sensitive election-related data" and was not used for election programming, said spokeswoman Katina Granger, of Election Systems & Software of Omaha, Nebraska, the manufacturer. She said ES&S immediately cut it off from the vendor's network upon learning of the theft.

ADVERTISEMENT



Granger said she was not able to address specifics about the stolen USB drives, including how many were taken and what was on them. Custodio did not answer emailed questions, including whether any of the 3,750 ExpressVote XL touchscreen ballot-marking devices used by the city might have been affected.

Pennsylvania is a crucial battleground which Trump won by 44,000 votes in 2016, with Hillary Clinton winning Philadelphia by a 67% margin, or 475,000 votes.

Election security expert Eddie Perez of the nonpartisan OSET Institute said Philadelphia voters' confidence in the integrity of the election demands on transparency from officials that is so far lacking: "This is supposed to be a secured facility," he said, "and apparently neither the county nor the election vendor adequately protected these sensitive assets. Why not?"

Granger of ES&S said the companies' USB devices use multiple levels of encryption and are "married" to single voting machines during programming. But Perez said that it's so far unclear how far along Philadelphia was in programming for the Nov. 3 election — and thus how much of a threat the theft might pose.

"It is very, very common that a USB stick has a wealth of information that is related not only to the configuration of the election and its ballot — and the behavior of the voting device — but also internal system data used to validate the election," said Perez. "In principle, someone possessing the information on one of these USBs could disrupt the opening and closing of the devices in polling places. They could disrupt how ballots are displayed on the screen and they could potentially disrupt counting votes on those ballots."


**Help Pay Down Balances Instead Of Interest**
Advertisement: Credit Karma   Learn More

 
This Drugstore Wrinkle Cream Sold Out At ...et (In 2 Days)
Advertisement: BrunchesNCrunches   Learn More


**How Much Does Medicare Pay Towards A Walk In Tub?**
Advertisement: bathrooms   Learn More


**Animal Activist Katherine Heigl: Add This To Your Dog's Kibble (Free Guide)**
Advertisement: Badlands Ranch   Click Here

ADVERTISEMENT
AP





ADVERTISEMENT





An "insider" bent on tampering with the election would only need to alter a subset of ballot-marking devices to compromise voting, Perez said.

In an emailed statement, Mayor Jim Kenney said police were investigating and "enhanced security" would be added at the warehouse. "This matter should not deter Philadelphians from voting, nor from having confidence in the security of this election."

In a further incident, a WHYY public radio reporter walked right into the warehouse's voting machine storage area unimpeded on Thursday morning. City spokesman Mike Dunn confirmed the incident and said the mayor would shortly be adding 24/7 security at the site.

"These changes will be put into place expeditiously," he said.

The system potentially impacted by the incident is not the same as mail-in voting, which President Donald Trump has repeatedly sought to discredit with unfounded claims. On Tuesday, Philadelphia began accepting mail-in, or absentee ballots, at satellite elections offices that aren't considered official polling locations.

ADVERTISEMENT





FBI headquarters in Washington, D.C. declined to comment on whether it was assisting in the investigation.

EVEN WHEN THE NEWS IS FREE, JOURNALISM IS NOT.
SUPPORT INDEPENDENT, FACT-BASED JOURNALISM.

DONATE



WORLD    U.S.    POLITICS    SPORTS    ENTERTAINMENT    BUSINESS    SCIENCE    FACT CHECK    ODDITIES    HEALTH    VIDEO    CLIMATE    SPOTLIGHT    •••

Israel-Hamas war    Philippines earthquake    Big 12 committed to title game    Germany snowstorm    Derek Chauvin stabbing suspect



Although the nation's 8,800 voting jurisdictions are managed by state and local governments, they have been designated critical national infrastructure and multiple federal agencies have stepped up security assistance since the 2016 Russian election interference.

———

Bajak reported from Boston

**Suggested For You**                                                    by Taboola ▷





Taboola Feed



**Police charge director of Miss Nicaragua pageant with running 'beauty queen...**

Nicaraguan police want to arrest the director of the Miss Nicaragua pageant, accusing her of intentionall...

AP News



**Illinois appeals court affirms actor Jussie Smollett's convictions and jail sentence**

Appeals court upheld the convictions of Jussie Smollett, who was accused of staging a racist, ...

AP News



**Work with a home-field advantage. Hiring remote**



**Get out of debt faster with 0% intro APR**



**Would your strategy save the US and its allies? This**

EVEN WHEN THE NEWS IS FREE, JOURNALISM IS NOT. SUPPORT INDEPENDENT, FACT-BASED JOURNALISM.

DONATE

**AP**

WORLD   U.S.   POLITICS   SPORTS   ENTERTAINMENT   BUSINESS   SCIENCE   FACT CHECK   ODDITIES   HEALTH   VIDEO   CLIMATE   SPOTLIGHT   •••

● Israel-Hamas war    Philippines earthquake    Big 12 committed to title game    Germany snowstorm    Derek Chauvin stabbing suspect

advantage. Hiring remote roles.
Advertisement: Fidelity Investments

0% intro APR
Advertisement: CompareCredit.com   [Read More]

the US and its allies? This game simulates geopolitic...
Advertisement: Conflictionists - ...   [Play Now]

Here's The Average Price Of Gutter Protection For Houses In US
Advertisement: LeafFilter Partner   [Learn More]

Finally, a Natural Aid for Sleepless Nights in Seattle
Advertisement: CBDistillery   [Learn More]

A Truly Unique Handmade Sea Glass Artwork,Sea Glass Rainbow Birds.
Advertisement: Dotmalls   [Learn More]

AS IT HAPPENS.
AP NEWSROOM.
Instant access to global sports imagery, with simplified licensing.
Explore now →

Keep Warm This Fall With The New Innovative Heater Which Is Selling Like Crazy
This is How Thousands are Heating up Their Homes and Slashing Electric Bills
Advertisement: SmartLifestyleTrends   [Learn more]

AI Flashes "Buy" On This Ignored U.S. Stock
Vanguard, Blackrock, and even Warren Buffett have quietly built massive stakes in this one under-the-...
Advertisement: Altimetry   [Learn More]

1-Day Gutter Replacement: See How Much it Will Cost You
Advertisement: leaffilterusa.com   [Learn More]

The Secret to Getting Straight Teeth Without Anyone Noticing
Advertisement: Smile Insiders

If You Are 45 Years Old, this Strategic Game is a Must-Have
Advertisement: Forge Of Empires ...   [Play Now]



Ewers throws 4 TDs as No. 7 Texas bids farewell to Big 12 with 49-21 title win...
Seventh-ranked Texas is leaving the Big 12 with bookend championships. Quinn Ewers set a career ...
AP News



Miami (Ohio) upsets No. 23 Toledo 23-14 to win MAC championship
Rashad Amos ran for two touchdowns, Graham Nicholson kicked three field goals and Miami (Ohio) ...
AP News



EVEN WHEN THE NEWS IS FREE, JOURNALISM IS NOT.
SUPPORT INDEPENDENT, FACT-BASED JOURNALISM.

DONATE



☰  WORLD   U.S.   POLITICS   SPORTS   ENTERTAINMENT   BUSINESS   SCIENCE   FACT CHECK   ODDITIES   HEALTH   VIDEO   CLIMATE   SPOTLIGHT   •••

🔍

● Israel-Hamas war    Philippines earthquake    Big 12 committed to title game    Germany snowstorm    Derek Chauvin stabbing suspect



**The Most Realistic PC Game of 2024**

Advertisement: Raid: Shadow Leg...    Install Now



**Here Are 23 Of The Coolest Gifts For Christmas 2023**

Advertisement: Best Tech Trend    Learn More



**What if WW1 had never happened? Game simulates historical scenarios**

Advertisement: Historical Strategy...    Play Now



AS IT HAPPENS.
AP NEWSROOM.

Instant access to global sports imagery, with simplified licensing.

Explore now →



**Russia's foreign minister faces Western critics at security meeting and walks ou...**

Russian Foreign Minister Sergey Lavrov faced Western critics while attending international security talks ...

AP News



**Family of Marine killed in Afghanistan fails to win lawsuit against Alec Baldwin**

Alec Baldwin didn't have to pay anything to resolve a $25 million lawsuit filed by the family members after...

AP News



**Experts Say This Drugstore Wrinkle Cream Is Actually Worth It**

Advertisement: BrunchesNCrunch...    Learn More



**Homeowners: The Uprising Way To Take Out Equity Isn't Being Televised**

Advertisement: Home Equity

**$275/month Grocery Stimulus for Seniors Living in These Washington Zip...**

Advertisement: MEDICARE GROCERIES



**Former ambassador and Republican politician sues to block Tennessee votin...**

Former Ambassador to Poland and longtime Republican politician Victor Ashe is suing Tennessee ...

AP News



**Judge extends pause on John Oates' sale of stake in business with Daryl Hall as...**

A judge sided with Daryl Hall in his request to keep John Oates temporarily blocked from selling his shar...

AP News







Document title: Laptop, USB drives stolen from Philly election-staging site | AP News
Capture URL: https://apnews.com/article/voting-machines-voting-custodio-elections-philadelphia-f8a6453dc9e211ef20e9412d003511b1
Capture timestamp (UTC): Sat, 02 Dec 2023 22:17:03 GMT

Page 6 of 15

EVEN WHEN THE NEWS IS FREE, JOURNALISM IS NOT. SUPPORT INDEPENDENT, FACT-BASED JOURNALISM.

**DONATE**

**AP**

☰  WORLD   U.S.   POLITICS   SPORTS   ENTERTAINMENT   BUSINESS   SCIENCE   FACT CHECK   ODDITIES   HEALTH   VIDEO   CLIMATE   SPOTLIGHT   •••   🔍

● Israel-Hamas war    Philippines earthquake    Big 12 committed to title game    Germany snowstorm    Derek Chauvin stabbing suspect

**This Weird Plug-In Device Makes Dusty Homes A Thing Of The Past**
Advertisement: Clarifion    [Read More]

**Killer New Mazda CX-5 Will Leave You Speechless (Take a Look at The Prices)**
Advertisement: Mazda CX-5 Clear...    [Search Now]

**1oz Costco Gold Bars Cause Stir (Take a Look at The Price)**
Advertisement: COSCO GOLD BARS



**Inmate who stabbed Derek Chauvin 22 times is charged with attempted murde...**
John Turscak stabbed ex-Minneapolis police Officer Derek Chauvin 22 times at a federal prison in Tucson,...
AP News



**Kim's sister rejects US offer of dialogue with North Korea and vows more satelli...**
The powerful sister of North Korean leader Kim Jong Un has dismissed U.S. calls for a return to diplomacy ...
AP News



**Sleep Apnea Treatments Without CPAP May Leave You Feeling Refreshed (Tak...**
Advertisement: Sleep Apnea    [Search Now]



**7 Seconds Coffee Trick to Turn Your Body in to Fat Burner**
Advertisement: WellnessGuide101    [Try Now]



**Plaque Psoriasis Is Silent But Deadly - Know the Signs**
Advertisement: Plaque Psoriasis    [Search Now]



**North Carolina trial judges block election board changes made by Republican...**
North Carolina trial judges have blocked portions of a new law that would eliminate Democratic Gov. Roy ...
AP News



**Russia's Lavrov declares at security talks that his country's goals in Ukraine are...**
Russian Foreign Minister Sergey Lavrov has delivered a blunt message to Western leaders and declared at an...
AP News



**23 Genius Stocking Stuffers**
Advertisement: TrendingGifts    [Learn More]

**Seniors Are Getting $275/month Grocery Benefit - Only If You Live In These...**
Advertisement: Senior Grocery Be...    [Search Now]

**Locate Almost Anyone By Entering Their Name (This Is Addicting!)**
Advertisement: TruthFinder    [Search Now]



**AS IT HAPPENS. AP NEWSROOM.**
Instant access to global sports imagery, with simplified licensing.

Explore now →



EVEN WHEN THE NEWS IS FREE, JOURNALISM IS NOT.
SUPPORT INDEPENDENT, FACT-BASED JOURNALISM.

**DONATE**

**AP**

WORLD    U.S.    POLITICS    SPORTS    ENTERTAINMENT    BUSINESS    SCIENCE    FACT CHECK    ODDITIES    HEALTH    VIDEO    CLIMATE    SPOTLIGHT    •••

● Israel-Hamas war    Philippines earthquake    Big 12 committed to title game    Germany snowstorm    Derek Chauvin stabbing suspect



### Massachusetts lawmakers consider funding temporary shelter for homeless...

Massachusetts lawmakers are weighing a bill that includes money for temporary shelter spaces for ...

AP News



### Las Vegas man accused of threats against Jewish US senator and her family is...

A federal grand jury has indicted a Las Vegas man on charges of making antisemitic threats against U.S.

AP News



AS IT HAPPENS.
AP NEWSROOM.
Instant access to global sports imagery, with simplified licensing.

Explore now →



**Silent Diabetes: Discover the Warning Signs**
Advertisement: Type 2 Diabetes    Search Now



**Here Are 23+ Hottest Gifts Of 2023**
Advertisement: CoolGifts



**The First Signs Of Macular Degeneration (Write These Down)**
Advertisement: Macular Degenera...    Search Now



### Another top official leaves a super PAC backing Ron DeSantis' campaign

The chairman of most powerful independent group supporting Florida Gov. Ron DeSantis' presidential ...

AP News



### A yoga leader promised followers enlightenment. But he's now accused of...

Gregorian Bivolaru was known by his followers as "Grieg" and their guide through tantra yoga toward ...

AP News



**Total 2023 Cost for Full Gutter Service**
Advertisement: LeafFilter    Get Quote



**A Lithium Field To Rival S. America and Australia**
Advertisement: Wall Street Star



**$275/month Grocery Stimulus for Seniors Living in These Zip Codes**
Advertisement: Medicare Groceries    Search Now







EVEN WHEN THE NEWS IS FREE, JOURNALISM IS NOT.
SUPPORT INDEPENDENT, FACT-BASED JOURNALISM.

**DONATE**

**AP**

☰ WORLD   U.S.   POLITICS   SPORTS   ENTERTAINMENT   BUSINESS   SCIENCE   FACT CHECK   ODDITIES   HEALTH   VIDEO   CLIMATE   SPOTLIGHT   •••

● Israel-Hamas war   Philippines earthquake   Big 12 committed to title game   Germany snowstorm   Derek Chauvin stabbing suspect

**Ex-correctional officer at federal prison in California gets 5 years for sexually...**

A federal correctional officer has been sentenced to more than five years in prison for sexually abusing tw...

AP News

**Titleholder Italy joins Spain, Croatia in tough group at Euro 2024. Host German...**

Defending champion Italy has been drawn in a tough group at the 2024 European Championship with two-...

AP News



**Do You Know What Plaque Psoriasis Is? (Take A Look)**

Advertisement: PLAQUE PSORIASIS



**If You See This Bug You Have A Big Problem**

Advertisement: Bedtimez



**Join The Military As A Senior And Earn Up To $50k Bonus!**

Advertisement: Senior Military Jobs



**Texas judge rips into Biden administration's handling of border in...**

A judge for now isn't stopping Border Patrol agents from cutting razor wire that Texas has put on the U.S...

AP News



**No. 17 UNC uses 22-point run to erase 14-point hole and beat Florida State 78-70 i...**

RJ Davis scored 27 points and No. 17 North Carolina ran off 22 unanswered points in the second half to ...

AP News



**Chuck Norris' Wife Gena Loves His Energy After This!**

Advertisement: Roundhouse Provi...   Learn More

**The Killer New Volvo XC40: The Ultimate Vehicle For Seniors (Especially At Thes...**

Advertisement: Senior Volvo Deals   Search Now



**Effortless Firewood Kindling in Seconds**

Advertisement: SheremArt   Learn More



**No. 1 Georgia bolstered by return of Bowers, Ratledge, McConkey from...**

Georgia tight end Brock Bowers and right guard Tate Ratledge have returned from injuries to start for the...



**Missouri prosecutor accuses 3 men of holding student from India captive and...**

A Missouri prosecutor says three men held a student from India captive over the course of several months...

**AS IT HAPPENS.
AP NEWSROOM.**

Instant access to global sports imagery, with simplified licensing.

**Explore now →**

EVEN WHEN THE NEWS IS FREE, JOURNALISM IS NOT.
SUPPORT INDEPENDENT, FACT-BASED JOURNALISM.

**DONATE**

AP    ☰    WORLD    U.S.    POLITICS    SPORTS    ENTERTAINMENT    BUSINESS    SCIENCE    FACT CHECK    ODDITIES    HEALTH    VIDEO    CLIMATE    SPOTLIGHT    •••    🔍

● Israel-Hamas war    Philippines earthquake    Big 12 committed to title game    Germany snowstorm    Derek Chauvin stabbing suspect

Ratledge have returned from injuries to start for the ...

AP News

from India captive over the course of several months...

AP News





**What Bernadette From The Big Bang Theory Looks Like In Real Life Is Stunning!**

Advertisement: DailyStuff    Read More



**Washington: Small New Electric Cars For Seniors - Take A Look At Prices!**

Advertisement: Senior EVs



**Everyone Hates Car Scratches, Few know This Removal Trick**

Advertisement: NanoSparkle    Learn More



**A US Navy plane went into a Hawaii bay. Underwater video shows its tires are...**

Tires from a large airplane that's been stuck in a Hawaii bay for more than a week are resting on parts ...

AP News



**Congress is eying immigration limits as GOP demands border changes in swap f...**

Republican demands to stop the flow of migrants at the Mexico-U.S. border have left Congress scrambling.

AP News



**Drexel Dragons burst through Big 5 Classic with 57-55 win over No. 18...**

Amari Williams scored 12 points and blocked No. 18 Villanova's tying-attempt with 3 seconds left to help ...

AP News



**Daryl Hall accuses John Oates of 'ultimate partnership betrayal' in plan t...**

Daryl Hall has accused his longtime music partner John Oates of committing the "ultimate partnership ...

AP News



**Why Your Firewood Needs This Drill Bit?**

Advertisement: Libiyi    Learn More



**Here is the real cost of full mouth dental implants in 2023**

Advertisement: Multiple Sclerosis Relief | Search Ads



**Clean Smarter, Not Harder**

Advertisement: Honmoons    Shop Now







EVEN WHEN THE NEWS IS FREE, JOURNALISM IS NOT.
SUPPORT INDEPENDENT, FACT-BASED JOURNALISM.

DONATE



WORLD   U.S.   POLITICS   SPORTS   ENTERTAINMENT   BUSINESS   SCIENCE   FACT CHECK   ODDITIES   HEALTH   VIDEO   CLIMATE   SPOTLIGHT   •••

Israel-Hamas war    Philippines earthquake    Big 12 committed to title game    Germany snowstorm    Derek Chauvin stabbing suspect





### Trump will hold a fundraiser instead of appearing at next week's Republican...

Donald Trump will be headlining a closed-door fundraiser in Florida next week as his Republican ...

AP News

### Massachusetts GOP lawmakers block money for temporary shelters for...

Republican lawmakers in Massachusetts again blocked approval of a spending bill that includes money for ...

AP News







### Here Are 25 of the Coolest Gifts For This 2024

Advertisement: Cool Gadgets    Get Offer

### Seattle: Best Dentist Near You. See the List

Advertisement: GoFindYou    Learn More

### Three Seattle Banks Paying Record High Interest - See the List

Advertisement: Suggest-me

AS IT HAPPENS.
AP NEWSROOM.
Instant access to global sports imagery, with simplified licensing.

Explore now →







### What if Donald Trump is convicted? The 2024 Republican convention rules don't...

Rules for next year's nominating contest and convention have been released, but a major question...

AP News

### Mom convicted of killing kids in Idaho taken to Arizona in murder conspiracy...

A woman is in an Arizona jail facing charges in a killing after she was sentenced to life in an Idaho prison for ...

AP News





### US border officials are closing a remote Arizona crossing because of...

The U.S. Customs and Border Protection says it will temporarily close south and northbound traffic to ...

AP News

### Argentina won't join BRICS as scheduled, says member of Milei's transition team

Argentina will not be joining the BRICS bloc of developing economies next year as scheduled, a seni...

AP News









EVEN WHEN THE NEWS IS FREE, JOURNALISM IS NOT.
SUPPORT INDEPENDENT, FACT-BASED JOURNALISM.

DONATE

AP

☰   WORLD   U.S.   POLITICS   SPORTS   ENTERTAINMENT   BUSINESS   SCIENCE   FACT CHECK   ODDITIES   HEALTH   VIDEO   CLIMATE   SPOTLIGHT   •••

● Israel-Hamas war   Philippines earthquake   Big 12 committed to title game   Germany snowstorm   Derek Chauvin stabbing suspect

**Experience Dexcom G7®
Yourself. Request A Free
Sample.**
Advertisement: Dexcom    Try Now

**Seniors Under 85 Can Get a
$50k Life Insurance At No
Cost**
Advertisement: GoFindYou    Learn More

**Compare Our Picks For
Balance Transfer Cards**
Advertisement: Credit Karma    Learn More

**Anthony Fauci will testify before
Congress on COVID origins and the US...**

Former chief White House medical adviser Anthony
Fauci is expected to testify before Congress early ne...

AP News

**Putin orders the Russian military to add
170,000 troops for a total of 1.32 million**

Russian President Vladimir Putin has ordered the
Russian military to increase the number of troops by ...

AP News



**What Does an Atopic
Dermatitis Rash Look Like?
(See for Yourself)**
Advertisement: ATOPIC DERMATITIS



**2023 Silver American Eagle
Sliver Coin, Silver Spot Price**
Advertisement: Sursell    Read More

**Look for any high school
yearbook, it's free**
Advertisement: Classmates.com

**House Republicans reiterate their
demand for Hunter Biden to appear for ...**

House Republicans are demanding that Hunter Biden
appear this month for a closed-door deposition, ...

AP News

**Hungary will not agree to starting EU
membership talks with Ukraine, ministe...**

The chief of staff to Hungarian Prime Minister Viktor
Orbán says Hungary will not support any European ...

AP News

**Academy Sports is paying $2.5 million to
families of a serial killer's victims for ...**

**Kari Lake loses suit to see ballot
envelopes in 3rd trial tied to Arizona...**

AS IT HA**PP**ENS.
AP NEWSROOM.
Instant access to global
sports imagery, with
simplified licensing.

Explore now →

EVEN WHEN THE NEWS IS FREE, JOURNALISM IS NOT.
SUPPORT INDEPENDENT, FACT-BASED JOURNALISM.

DONATE



☰    WORLD    U.S.    POLITICS    SPORTS    ENTERTAINMENT    BUSINESS    SCIENCE    FACT CHECK    ODDITIES    HEALTH    VIDEO    CLIMATE    SPOTLIGHT    •••

Israel-Hamas war    Philippines earthquake    Big 12 committed to title game    Germany snowstorm    Derek Chauvin stabbing suspect

A sporting goods chain is paying the families of three people shot to death by a South Carolina serial killer ...

AP News

PHOENIX (AP) — A judge has rejected Kari Lake's request to examine signed ballot envelopes of 1.3 ...

AP News



AS IT HAPPENS.
AP NEWSROOM.
Instant access to global sports imagery, with simplified licensing.

Explore now →



### The Best Space Heater We've Ever Tested

Advertisement: consumerexpertreview.com



### How The Cast Of 'Gilligan's Island' Turned Out After 56 Years

Advertisement: PensAndPatron



### $275/month Grocery Stimulus Benefit for Seniors Living in These Washingto...

Advertisement: Grocery Stimulus    Search Now



### Mavericks likely will end up in the hands of one of Las Vegas' most powerful...

Mark Cuban in many ways has been the face of the Dallas Mavericks since 2000, so the news that he was...

AP News



### For a male sexual assault survivor, justice won in court does not equal healing

It took eight years and the #MeToo movement to spur Sam Schultz to tell police they were sexually assaulte...

AP News



### The Coolest Gift for kids' Birthdays and Holidays.

Advertisement: RC Car    Get Offer



### Tommy Chong: They Lied From The Start

Advertisement: Tommy Chong's C...    Watch Now



### The First Red Flag Of Metastatic Breast Cancer (Write This Down)

Advertisement: Metastatic Breast Cancer



### Trucking boss gets 7 years for role in 2019 smuggling that led to deaths of 39...

The final member in a migrant smuggling ring that was responsible for the deaths of 39 Vietnamese ...

AP News



### GOP Rep. George Santos refuses to resign and warns his expulsion from Congress...

A defiant Rep. George Santos is refusing to resign and warned on Thursday that his expulsion from Congres...

AP News





Document title: Laptop, USB drives stolen from Philly election-staging site | AP News
Capture URL: https://apnews.com/article/voting-machines-voting-custodio-elections-philadelphia-f8a6453dc9e211ef20e9412d003511b1
Capture timestamp (UTC): Sat, 02 Dec 2023 22:17:03 GMT

**APP1150**

EVEN WHEN THE NEWS IS FREE, JOURNALISM IS NOT.
SUPPORT INDEPENDENT, FACT-BASED JOURNALISM.

**DONATE**

**AP**

WORLD   U.S.   POLITICS   SPORTS   ENTERTAINMENT   BUSINESS   SCIENCE   FACT CHECK   ODDITIES   HEALTH   VIDEO   CLIMATE   SPOTLIGHT   •••

Israel-Hamas war    Philippines earthquake    Big 12 committed to title game    Germany snowstorm    Derek Chauvin stabbing suspect



### Female athletes sue the University of Oregon alleging Title IX violations by th...

A group of female athletes has filed a federal lawsuit against the University of Oregon alleging Title IX ...

AP News



### China says US arms sales to Taiwan are turning the island into a 'powder keg'

The Chinese defense ministry's top spokesperson has said that the U.S. should stop interfering in both ...

AP News



AS IT HAPPENS.
AP NEWSROOM.
Instant access to global sports imagery, with simplified licensing.

**Explore now →**



### Atopic Dermatitis Is Silent But Deadly - Know the Signs

Advertisement: Atopic Dermatitis



### Itchy Dog! Top Vet Says To Avoid This Hidden Meat Toxin

Advertisement: Ultimate Pet Nutri...   Learn More



### Thinning Lashes? Women over 50 are Loving this Mascara

Advertisement: Prime Prometics



### Driver arrested after 2 troopers killed in Las Vegas freeway hit-and-run was...

Two Nevada state troopers have died in a hit-and-run while helping another driver and a suspect is in ...

AP News



### Congress members, activists decry assaults against anti-China protesters...

A man protesting against the Chinese government during the recent Asia-Pacific economic summit in ...

AP News



### Discovering The Real Culprit of Seborrheic Dermatitis

Advertisement: Seborrheic Dermatitis



### There's no Trick in this Treat!

Advertisement: RIU Hotels & Resor...   Click Here



### If You Need To Kill Time On Your Computer, This Adventure Game Is A Must.

Advertisement: Sunrise Village   Learn More







EVEN WHEN THE NEWS IS FREE, JOURNALISM IS NOT.
SUPPORT INDEPENDENT, FACT-BASED JOURNALISM.

DONATE



☰  WORLD   U.S.   POLITICS   SPORTS   ENTERTAINMENT   BUSINESS   SCIENCE   FACT CHECK   ODDITIES   HEALTH   VIDEO   CLIMATE   SPOTLIGHT   •••

Israel-Hamas war    Philippines earthquake    Big 12 committed to title game    Germany snowstorm    Derek Chauvin stabbing suspect

**Driver arrested after 2 troopers killed in Las Vegas freeway hit-and-run was...**

Two Nevada state troopers have died in a hit-and-run while helping another driver and a suspect is in ...

AP News

**Congress members, activists decry assaults against anti-China protesters...**

A man protesting against the Chinese government during the recent Asia-Pacific economic summit in ...

AP News



AS IT HAPPENS.
AP NEWSROOM.

Instant access to global sports imagery, with simplified licensing.

Explore now →



**Discovering The Real Culprit of Seborrheic Dermatitis**

Advertisement: Seborrheic Dermatitis



**There's no Trick in this Treat!**

Advertisement: RIU Hotels & Resor...    Click Here



**If You Need To Kill Time On Your Computer, This Adventure Game Is A Must.**

Advertisement: Sunrise Village    Learn More



**A teenage girl who says she discovered a camera in an airplane bathroom is suing...**

A teenage girl and her parents are suing American Airlines, saying that a flight attendant secretly filme...

AP News



**US prosecutors say plots to assassinate Sikh leaders were part of a campaign of...**

Law enforcement authorities say in court papers that the plot driven by a government official in India to ...

AP News



**THE ASSOCIATED PRESS**

Advancing the Power of Facts

The Associated Press is an independent global news organization dedicated to factual reporting. Founded in 1846, AP today remains the most trusted source of fast, accurate, unbiased news in all formats and the essential provider of the technology and services vital to the news business. More than half the world's population sees AP journalism every day.

THE ASSOCIATED PRESS

AP.ORG ↗

CONTACT US ↗

CAREERS ↗

ADVERTISE WITH US ↗

ACCESSIBILITY STATEMENT

COOKIE SETTINGS

TERMS OF USE

PRIVACY POLICY

MORE FROM AP NEWS

ABOUT ↗

AP NEWS VALUES AND PRINCIPLES ↗

AP'S ROLE IN ELECTIONS ↗

AP LEADS ↗

AP DEFINITIVE SOURCE BLOG ↗

AP IMAGES SPOTLIGHT BLOG ↗

AP STYLEBOOK ↗

Copyright 2023 The Associated Press. All Rights Reserved.

   𝕏   📷   f

# Exhibit H-5

MP4 File (Professor demonstrates how to hack a voting machine)