# Exhibit I

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., <br> SMARTMATIC HOLDING B.V., AND <br> SGO CORPORATION LIMITED, <br><br> Plaintiffs, <br> v. <br><br> HERRING NETWORKS, INC., D/B/A <br> ONE AMERICA NEWS NETWORK, <br><br> Defendant. | Civil Action No. 1:21-cv-02900-CJN |

**DECLARATION OF ROBERT HERRING, JR. IN SUPPORT OF
OAN'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON ACTUAL MALICE**

I, Robert Herring, Jr., declare as follows:

1. My name is Robert Herring, Jr. I am over the age of twenty-one years, am of sound mind, and am otherwise fully competent to testify. All of the facts contained in this Declaration are based upon my personal knowledge, unless stated otherwise, and are true and correct; and if called as a witness, I could and would testify as follows.

2. I am making this declaration in support of OAN's Motion for Partial Summary Judgment on Actual Malice ("Motion").

3. I am the general manager of Defendant Herring Networks, Inc. dba One America News Network ("OAN"), a position I have held since 2003. In this role, my responsibilities include oversight of traffic department, master control, and programming.

4. OAN is a news organization that focuses on national political affairs and produces both news reporting and opinion shows at different time slots during the day. At times, OAN also airs content produced by third parties over which OAN does not exercise editorial control.

5. I have read the Complaint dated November 3, 2021 filed by the Plaintiffs against OAN in this lawsuit (the, "Complaint").

1

6.      Even before the 2020 U.S. Presidential Election ("Election"), election security has been a matter of public concern. Elected officials (both Democrats and Republicans), journalists, and technical experts had been raising concerns regarding the vulnerability of electronic voting machines since at least 2016. After the Election, multiple news sources, including OAN, Fox News, and ABC News, continued to discuss widespread concerns about the vulnerability of electronic voting machines and their involvement in the Election, due in large part to the fact that President Trump and his lawyers were contesting the Election's outcome as a result of the involvement of electronic voting machines. For example, the President's lawyers filed lawsuits in multiple states across the country seeking audits and recounts to verify the results of the Election. Similarly, numerous state election officials and state representatives conducted hearings regarding election integrity including hearings related to electronic voting machines in Georgia and Michigan.

7.      In 2020 and 2021, one of the voices in the news discussing widespread concerns about the vulnerability of electronic voting systems with respect to the Election was Michael Lindell ("Lindell").  After November 2020, it was widely reported that Lindell spent significant time and effort investigating companies that provided electronic voting services in the Election. He documented those efforts in multiple programs that he produced including *Absolute Proof*, *Absolute Interference*, *Scientific Proof*, and *Absolutely 9-0* (the, "Lindell Programming"). The Lindell Programming aired on OAN.  Each of the Lindell Programming contains complained-of statements as set forth in the Complaint at ¶¶ 156, 157, 161, 171(hh), 184(aa), 184(bb), 184(cc), 205(m) (*Absolute Proof*); ¶¶ 171(jj), 184(dd), 196(y) (*Absolute Proof* with Bannon Interview); ¶¶ 162, 163, 171(kk), 184(ee), 184(ff), 196(z)-(bb), 205(o) (*Scientific Proof*); ¶¶ 164, 165, 171(ll),

2

**APP1156**

196(s)-(x), 196(cc) (*Absolute Interference*); and ¶¶ 167, 168, 171(nn), 184(hh), 196(ee), 205(p)-(r) (*Absolutely 9-0)*.

8. OAN has no corporate affiliation with Lindell or any of his companies. The Lindell Programming aired on OAN as the product of an arm's length third-party transaction between OAN and Lindell. Lindell was the sole author and executive producer of the Lindell Programming and was solely and exclusively responsible for its content. OAN did not produce, edit, write, or source any of the Lindell Programming.

9. As each Lindell Programming aired, it appeared that his team of assembled experts continued to mine the potential voting machines vulnerabilities further in what seemed to be thorough examinations at the time. The guests interviewed in the Lindell Programming include individuals such as Russell Ramsland, Col. Phil Waldron, Dr. Shiva Ayyadurai, Terry Turchie, and Gen. Michael Flynn. Prior to the airing of each of the Lindell Programming, I had no reason to question the credibility of the sources.

### *Absolute Proof*

10. I also have read the Declarations of Kevin Kunec ("Kunec Declaration") submitted in support of the Motion. I also am familiar with the certified transcript attached as Exhibit 16 to the Kunec declaration which relates to OAN's broadcast of *Absolute Proof* aired on February 5, 2021 ("*Absolute Proof* Broadcast"). The *Absolute Proof* Broadcast was of a video that was provided to OAN by Lindell. Plaintiffs complain about this Broadcast in their Complaint.

11. OAN did not produce, write, edit, or source *Absolute Proof*. OAN had no input into the content and did not exercise editorial control over its creation.

12. Lindell featured guests including, Russell Ramsland, Col. Phil Waldron, Matthew DePerno, Patrick Colbeck, Dr. Shiva Ayyadurai, Mary Fanning, and Terry Turchie.

13. In connection with my responsibilities as general manager at OAN, I reviewed *Absolute Proof*. Based upon the information I had considered at the time, I did not know or believe any statement of fact therein was false, nor did I entertain any serious doubt as to its truth.

### *Absolute Proof* with Bannon Interview of Lindell

14. I also have read the certified transcript attached as Exhibit 17 to the Kunec declaration, which relates to OAN's broadcast of *Absolute Proof* aired on February 11, 2021 ("Bannon Interview Broadcast"). The Bannon Interview Broadcast was of an interview of Michael Lindell by Steve Bannon. Plaintiffs complain about this Broadcast in their Complaint.

15. OAN did not produce, write, edit, or source the Bannon Interview Broadcast. OAN had no input into the content and did not exercise editorial control over the Bannon Interview Broadcast.

16. In connection with my responsibilities as general manager at OAN, I reviewed the Bannon Interview Broadcast. Based upon the information I had considered at the time, I did not know or believe any statement of fact therein was false, nor did I entertain any serious doubt as to its truth.

### *Scientific Proof*

17. I also have read the certified transcript attached as Exhibit 18 to the Kunec declaration, which relates to OAN's broadcast of *Scientific Proof* aired on April 3-4, 2021 ("*Scientific Proof* Broadcast"). The *Scientific Proof* Broadcast was of a video that was provided to OAN by Lindell. Plaintiffs complain about this Broadcast in their Complaint.

18. OAN did not produce, write, edit, or source the *Scientific Proof* Broadcast. OAN had no input into the content and did not exercise editorial control over its creation.

19. Lindell featured a guest, Dr. Douglas Frank.

20. In connection with my responsibilities as general manager at OAN, I reviewed the *Scientific Proof* Broadcast. Based upon the information I had considered at the time, I did not know or believe any statement of fact therein was false, nor did I entertain any serious doubt as to its truth.

### *Absolute Interference*

21. I also have read the certified transcript attached as Exhibit 19 to the Kunec declaration, which relates to OAN's broadcast of *Absolute Interference* aired on April 22, 2021 ("*Absolute Interference* Broadcast"). The *Absolute Interference* Broadcast was of a video that was provided to OAN by Lindell. Plaintiffs complain about this Broadcast in their Complaint.

22. OAN did not produce, write, edit, or source the *Absolute Interference* Broadcast. OAN had no input into the content and did not exercise editorial control over its creation.

23. Lindell featured guests including Dr. Douglas Frank, General Tom McInerney, and General Michael Flynn.

24. In connection with my responsibilities as general manager at OAN, I reviewed the *Absolute Interference* Broadcast. Based upon the information I had considered at the time, I did not know or believe any statement of fact therein was false, nor did I entertain any serious doubt as to its truth.

### *Absolutely 9-0*

25. I also have read the certified transcript attached as Exhibit 22 to the Kunec declaration, which relate to OAN's broadcast of *Absolutely 9-0* aired on June 5-6, 2021 ("*Absolutely 9-0* Broadcast"). The *Absolutely 9-0* broadcast was of a video that was provided to OAN by Lindell. Plaintiffs complain about this Broadcast in their Complaint.

26. OAN did not produce, write, edit, or source the *Absolutely 9-0* Broadcast. OAN had no input into the content and did not exercise editorial control over its creation.

27. Lindell featured an unidentified computer expert who he introduced as someone with over twenty years of experiences and an information and cybersecurity expert. Lindell also featured video clips of Democratic politicians, include current Vice President Kamala Harris, Georgia Congresswoman Zoe Lofgren, and Senator Amy Klobuchar, expressing concerns regarding the vulnerabilities of electronic voting machines.

28. In connection with my responsibilities as general manager at OAN, I reviewed the *Absolutely 9-0* Broadcast. Based upon the information I had considered at the time, I did not know or believe any statement of fact therein was false, nor did I entertain any serious doubt as to its truth.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 7th, 2023.

Bobby Herring