# Exhibit J

APP1161

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., <br> SMARTMATIC HOLDING B.V., AND <br> SGO CORPORATION LIMITED, <br><br> Plaintiffs, <br> v. <br><br> HERRING NETWORKS, INC., D/B/A <br> ONE AMERICA NEWS NETWORK, <br><br> Defendant. | Civil Action No. 1:21-cv-02900-CJN |

## DECLARATION OF PEARSON SHARP IN SUPPORT OF
## OAN'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON ACTUAL MALICE

I, Pearson Sharp, declare as follows:

1. My name is Pearson Sharp. I am over the age of twenty-one years, am of sound mind and am otherwise fully competent to testify. All of the facts contained in this Declaration are based upon my personal knowledge, unless stated otherwise, and are true and correct; and if called as a witness, I could and would testify as follows.

2. I am making this declaration in support of OAN's Motion for Partial Summary Judgment on Actual Malice ("Motion").

3. I am an investigative reporter for Defendant Herring Networks, Inc. dba One America News Network ("OAN"), a position I have held since 2017.

4. I have read the Declaration of Kevin Kunec ("Kunec Declaration") submitted in support of the Motion. I also have read the certified transcript attached as Exhibit A-20 to the Kunec declaration, which relates to a broadcast of my interview of Michael Lindell ("Lindell") that aired on May 3, 2021 ("May Broadcast"). I understand that Plaintiffs have complained about the May Broadcast.

5. During the May Broadcast, I interviewed Lindell about the Election and his time and effort spent investigating electronic voting companies who provided services in the Election. At the time of the May Broadcast, Smartmatic and Dominion had been widely covered by multiple other media and news sources for their involvement in the Election, such as Fox News, CNN, ABC, NBC, CBS, the New York Times, Reuters and others, due in large part to the fact that President Trump and his lawyers had challenged the Election's outcome as a result of those companies' involvement in the Election. In addition to this, there was still ongoing widespread concern about the vulnerability of electronic voting systems, much of which predated the Election.

6. Prior to and at the time of the May Broadcast, my analysis was that, based on other reporting and from Lindell himself, Lindell had hired a team of forensic experts at great expense to assess voting irregularities around the country and had discussed these efforts in interviews on multiple news programs, was highly credible on this topic. In his various prior interviews, as well as on the May Broadcast, Lindell addressed evidence related to voting irregularities in the Election related to Smartmatic and Dominion. I reported statements made by Lindell about this public controversy, namely the results of the Election and Smartmatic's involvement with those results.

7. Based on the information I had at the time of the May Broadcast, I did not know or believe that any statement of fact in the May Broadcast was false, nor did I entertain any serious doubt as to its truth.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 7, 2023.

_____
Pearson Sharp