# Exhibit K

DocuSign Envelope ID: 810F0BBF-485E-4BA3-8BAD-B549A5C0C29C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SMARTMATIC USA CORP.,   )
SMARTMATIC HOLDING B.V., AND   )
SGO CORPORATION LIMITED,   )
  )
          Plaintiffs,   )
  )        Civil Action No. 1:21-cv-02900-CJN
          v.   )
  )
HERRING NETWORKS, INC., D/B/A   )
ONE AMERICA NEWS NETWORK,   )
  )
          Defendant.   )

## DECLARATION OF KARA MCKINNEY IN SUPPORT OF
## OAN'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON ACTUAL MALICE

I, Kara McKinney, declare as follows:

1.      My name is Kara McKinney. I am over the age of twenty-one years, am of sound mind and am otherwise fully competent to testify. All of the facts contained in this Declaration are based upon my personal knowledge, unless stated otherwise, and are true and correct; and if called as a witness, I could and would testify as follows.

2.      I am making this declaration in support of OAN's Motion for Partial Summary Judgment on Actual Malice ("Motion").

3.      I am the host of *Tipping Point with Kara McKinney* for Defendant Herring Networks, Inc. dba One America News Network ("OAN"), a position I have held since September 2020. On *Tipping Point*, I discuss my opinions with guests on the news stories of the day.

4.      I also have read and am familiar with the Declarations of Kevin Kunec ("Kunec Declaration") submitted in support of the Motion.

5.      I am familiar with the certified transcript attached as Exhibit 2 to the Kunec Declaration ("11/16 Transcript"), which relates to a broadcast of *Tipping Point* that aired on November 16, 2020 for which I was the host ("11/16 Broadcast"). I understand that Plaintiffs

1

DocuSign Envelope ID: 810F0BBF-485E-4BA3-8BAD-B549A5C0C29C

complain about portions of the 11/16 Broadcast ("11/16 Broadcast Segments") in their Complaint. I have also reviewed the screenshots of the 11/16 Broadcast attached as Exhibits 3A and 4A of Plaintiffs' Complaint.

6.      I also understand Plaintiffs complain that a video excerpt of the 11/16 Broadcast Segment was posted on OAN's Twitter on November 18, 2020 ("Tweet") and that this is reflected by Exhibit 7 of Plaintiffs' Complaint, which I have reviewed. And, I am informed Plaintiffs complain that a video excerpt of the 11/16 Broadcast Segment was posted on OAN's Facebook page on November 18, 2020 ("Facebook Post") and that this is reflected by Exhibit 8 of Plaintiffs' Complaint, which I have reviewed.

7.      I am familiar with the certified transcript attached as Exhibit 3 to the Kunec Declaration ("11/17 Transcript"), which relates to a broadcast of *Tipping Point* that aired on November 17, 2020 for which I was the host ("11/17 Broadcast"). I understand that Plaintiffs complain about a portion of the 11/17 Broadcast ("11/17 Broadcast Segment") in their Complaint. I have also reviewed the screenshots of the 11/17 Broadcast attached as Exhibit 6A of Plaintiffs' Complaint.

8.      I am familiar with the certified transcript attached as Exhibit 8 to the Kunec Declaration ("11/20 Transcript"), which relates to a broadcast of *Tipping Point* that aired on November 20, 2020 for which I was the host ("11/20 Broadcast"). I understand that Plaintiffs complain about a portion of the 11/20 Broadcast ("11/20 Broadcast Segment") in their Complaint.

9.      I am familiar with the certified transcript attached as Exhibit 9 to the Kunec Declaration ("11/18 Transcript"), which relates to a broadcast of *Tipping Point* that aired on November 18, 2020 for which I was the host ("11/18 Broadcast"). In their Complaint, Plaintiffs erroneously state that it aired on November 22, 2020. I understand that Plaintiffs complain about

DocuSign Envelope ID: 810F0BBF-485E-4BA3-8BAD-B549A5C0C29C

a portion of the 11/18 Broadcast ("11/18 Broadcast Segment") in their Complaint. I have also reviewed the screenshots of the 11/18 Broadcast attached as Exhibit 18A of Plaintiffs' Complaint.

10.    I am familiar with the certified transcript attached as Exhibit 10 to the Kunec Declaration ("11/23 Transcript"), which relates to a broadcast of *Tipping Point* that aired on November 23, 2020 for which I was the host ("11/23 Broadcast"). I understand that Plaintiffs complain about a portion of the 11/23 Broadcast ("11/23 Broadcast Segment") in their Complaint. I have also reviewed the screenshots of the 11/23 Broadcast attached as Exhibit 20A of Plaintiffs' Complaint.

11.    I am familiar with the certified transcript attached as Exhibit 11 to the Kunec Declaration ("11/27 Transcript"), which relates to a broadcast of *Tipping Point* that aired on November 27, 2020 for which I was the host ("11/27 Broadcast"). In the Complaint, Plaintiffs erroneously state that it aired on November 28, 2020. I understand that Plaintiffs complain about a portion of the 11/27 Broadcast ("11/27 Broadcast Segment") in their Complaint. I have also reviewed the screenshots of the 11/27 Broadcast attached as Exhibit 25A of Plaintiffs' Complaint.

12.    I am familiar with the certified transcript attached as Exhibit 12 to the Kunec Declaration ("12/1 Transcript"), which relates to a broadcast of *Tipping Point* that aired on December 1, 2020 for which I was the host ("12/1 Broadcast"). I understand that Plaintiffs complain about a portion of the 12/1 Broadcast ("12/1 Broadcast Segment") in their Complaint. I have also reviewed the screenshots of the 12/1 Broadcast attached as Exhibit 27A of Plaintiffs' Complaint.

13.    I am familiar with the certified transcript attached as Exhibit 14 to the Kunec Declaration ("12/7 Transcript"), which relates to a broadcast of *Tipping Point* that aired on December 7, 2020 for which I was the host ("12/7 Broadcast"). I understand that Plaintiffs

DocuSign Envelope ID: 810F0BBF-485E-4BA3-8BAD-B549A5C0C29C

complain about a portion of the 12/7 Broadcast ("12/7 Broadcast Segment") in their Complaint. I have also reviewed the screenshots of the 12/7 Broadcast attached as Exhibit 33A of Plaintiffs' Complaint.

### November 16, 2020 Broadcast

14.    At the time of the 11/16 Broadcast, there was ongoing widespread concern about the vulnerability of electronic voting systems, much of which predated the 2020 Presidential election ("Election"). That concern was amplified by public statements made by representatives of the President of the United States (Donald Trump), including Sidney Powell and Rudy Giuliani, public officials, and subject matter experts stating that voting irregularities compromised the results of the Election.

15.    I wrote the material for the 11/16 Broadcast. In preparation, I reviewed various news articles and online publications. One article I read was a November 15, 2020 Washington Examiner article titled "Trump attorney Sidney Powell says they are 'fixing to overturn the results of the election in several states.'" A true and correct copy of that article is attached as Exhibit 1 to this declaration. That article discussed the Trump Campaign's forthcoming legal challenges based on alleged election irregularities. The article stated: "Trump attorney Sidney Powell said a member of President-elect Joe Biden's transition team, Peter Neffenger, is also a member of the board of directors for a company that committed election fraud that could cause the results of the 2020 election to be overturned." Based on the sourcing in the Washington Examiner article and my experiences as a regular reader of the Washington Examiner, I believed the article to be a credible source for the statements contained therein.

16.    The Washington Examiner article included multiple quotes from Ms. Powell about Smartmatic, including: "We have sworn witness testimony of why the software was designed, it

4

DocuSign Envelope ID: 810F0BBF-485E-4BA3-8BAD-B549A5C0C29C

was designed to rig elections." And, the article featured a video of Ms. Powell speaking on Fox News on the same topic. A true and correct copy of that video, which I originally viewed at https://www.washingtonexaminer.com/news/trump-attorney-sidney-powell-says-they-are-fixing-to-overturn-the-results-of-the-election-in-several-states, is attached to this declaration as Exhibit 2. At the time of the 11/16 Broadcast, I understood that Sidney Powell was an attorney on President Trump's legal team, and knew that she had successfully represented President Trump's former national security adviser, Michael Flynn. Ms. Powell had also appeared as a guest on *Tipping Point with Kara McKinney* prior to the Election, and I had previously found the statements in her prior interview to be credible and truthful. On the basis of her role and credentials, as well as my prior experience with her, I believed Sidney Powell to be a credible source on the issues discussed in the article and video.

17.    I also relied on another Washington Examiner article, "Officials raised concerns for years about security of US voting machines, software systems," dated November 9, 2020. A true and correct copy of that article is attached to this declaration as Exhibit 3. That article discussed historical concerns about the security of electronic voting systems, including the State of Texas's refusal to adopt certain voting systems based on security concerns. and public statements from federal and state elected officials. The article also discussed reports of possible fraud and other issues with Smartmatic software during previous elections in the Philippines. Additionally, that article identified Smartmatic as being a subsidiary of Dominion, and discussed Smartmatic chairman Mark Malloch-Brown's involvement in George Soros's investment funds. Given my prior experience as a reader of the Washington Examiner and the sourcing contained in the article, I found this article to be a credible source on the topics covered in the Broadcast Segment prior to and at the time of the 11/16 Broadcast.

**APP1169**

DocuSign Envelope ID: 810F0BBF-485E-4BA3-8BAD-B549A5C0C29C

18.     Prior to the 11/16 Broadcast, I also read a November 12, 2020 article from Blaze Media, titled, "Joe Biden's new chief of staff, Ronald Klain, in 2014 said elections are 'rigged.'" A true and correct copy of that article is attached to this declaration as Exhibit 4. That article discussed a 2014 Tweet from Ronald Klain's Twitter account, in which he stated that U.S. elections are rigged. At the time of the 11/16 Broadcast, I believed the article to be a credible source for the information discussed therein.

19.     Also prior to the 11/16 Broadcast, I reviewed a series of letters from Democratic Senators Warren, Klobuchar, and Wyden, and U.S. Representative Pocan dated December 6, 2019. A true and correct copy of those letters is attached as Exhibit 5 to this declaration. In those letters, sitting congressmen voiced their concerns over the lack of transparency of ownership of and the security flaws inherent in electronic voting systems, including allegations of vote switching. Given that the letters were sent by sitting elected officials, I viewed them to be credible sources for the information discussed therein.

20.     Also during the 11/16 Broadcast, I interviewed Michael Johns about the Election and the use of electronic voting systems to calculate Election results. At the time of the 11/16 Broadcast, I was aware that Mr. Johns was a former speechwriter for President George H. W. Bush, was a prominent leader of the Tea Party political movement, and had previously worked as an analyst for the Heritage Foundation, a reputable think tank in Washington D.C. I was also aware that he had contributed to multiple other news outlets, including BBC and CBS. I had interviewed Mr. Johns at least once before and have always found statements in his interviews to be credible and truthful. On the basis of his background and credentials, as well as my prior experience, I believed Mr. Johns to be a credible source on the topics discussed during the 11/16 Broadcast Segment.

**APP1170**

DocuSign Envelope ID: 810F0BBF-485E-4BA3-8BAD-B549A5C0C29C

21.     Based on the information I had at the time of the 11/16 Broadcast, I did not know or believe that any statement of fact in the 11/16 Broadcast Segments was false, nor did I entertain any serious doubt as to its truth.

22.     Based on the information I had at the time the Tweet was published, I did not know or believe that any statement of fact in the Tweet or the 11/16 Broadcast Segments was false, nor did I entertain any serious doubt as to its truth.

23.     Based on the information I had at the time the Facebook Post was published, I did not know or believe that any statement of fact in the Facebook Post or the 11/16 Broadcast Segments was false, nor did I entertain any serious doubt as to its truth.

### November 17, 2020 Broadcast

24.     Widespread concerns about the integrity of the Election remained at the time of the 11/17 Broadcast. I wrote the material for the 11/17 Broadcast. In preparation for the 11/17 Broadcast and my interview of Tom Fitton, I read various news articles and online publications, including an American Greatness article by Debra Heine, titled "Trump Lawyers Powell and Giuliani Claim 'Massive' Vote Rigging by Dominion, Allege Company Link to Antifa," dated November 16, 2020. A true and correct copy of that article is attached as Exhibit 6 to this declaration. At the time, I was a regular reader of American Greatness and was familiar with Debra Heine's reporting, both of which I believed to be credible. The article stated: Ms. Powell "revealed that retired Admiral Peter Neffenger, president and a board member of Smartmatic, has joined Biden's presidential transition team, which she predicted would soon be 'nonexistent' because 'we're fixing to overturn the results of the election in multiple states.'" The article quoted Rudy Giuliani as stating that Smartmatic had "been used to cheat in elections in South America." At the time of the 11/17 Broadcast, I understood that Mr. Giuliani was a prominent Republican lawyer

7

DocuSign Envelope ID: 810F0BBF-485E-4BA3-8BAD-B549A5C0C29C

and politician, former New York City mayor, and a member of President Trump's legal team. Mr. Giuliani had also appeared as a guest on *Tipping Point with Kara McKinney* prior to the Election, and I had previously found the statements in his prior interview to be credible and truthful. Based on the article's extensive sourcing, including statements from Ms. Powell and Mr. Giuliani—who I believed to be credible based on their credentials and experience—I believed the article was a credible source for the issues discussed in the 11/17 Broadcast Segment.

25.    I also viewed a 2017 Associated Press ("AP") video titled. "Election Company: Venezuela Result was Tampered" in advance of the 11/17 Broadcast. A true and correct copy of that    video,    which    I    originally    viewed    on    the    AP's    YouTube    page    at https://www.youtube.com/watch?v=f7wm50JzrR0, is attached as Exhibit 7 to this declaration. In that video, Smartmatic CEO Antonio Mugica discusses that Smartmatic systems were manipulated during an election, stating: "It is therefore with the deepest regret that we have to report that the turnout numbers on Sunday 30th of July for the constituent assembly in Venezuela were tampered with." Given that the video depicts Mugica himself explaining matters concerning Smartmatic's voting systems, and the AP's reputation for fact-based reporting, I found this video to be a credible source.

26.    I also read a November 14, 2020 New York Times article, "Giuliani adds fuel to discredited theories about voting machines." A true and correct copy of that article, as it was originally published, is attached as Exhibit 8 to this declaration. The article confirmed that Smartmatic chairman Mark Malloch-Brown was on the board of George Soros's Open Society Foundation. The article also stated: "Smartmatic has been used in elections around the world. In Venezuela's election, the software was manipulated to report a skewed tally." At the time, I believed that the article was a credible source for those assertions.

8

DocuSign Envelope ID: 810F0BBF-485E-4BA3-8BAD-B549A5C0C29C

27.     I also relied on a November 16, 2020 Tweet from the official Twitter account for Elections Canada, @ElectionsCan_E. A true and correct copy of that Tweet is attached to this declaration as Exhibit 9. That Tweet stated: "Elections Canada does not use Dominion Voting Systems. We use paper ballots counted by hand in front of scrutineers and have never used voting machines or electronic tabulators to count votes in our 100-year history." Based on the fact that the Tweet was from the official Twitter account for Elections Canada, I believed it to be a credible source.

28.     Additionally, I reviewed included the following in preparation for the 11/17 Broadcast: "Race in Nevada County Rejected for Certification Over Ballot 'Discrepancies' That We Can't Explain" published by the Daily Wire on November 17, 2020, a true and correct copy of which is attached as Exhibit 10; "Trump Gets Nearly Twice As Many Votes As Biden Out of 2,600 Ballots Found In Georgia, Calls Grow For Election Official to Resign" published by the Daily Wire on November 17, 2020, a true and correct copy of which is attached as Exhibit 11; and "Denver Business Owner: Dominion's Eric Coomer Is an Unhinged Sociopath—His Internet Profile Is Being Deleted and Erased (AUDIO)" published by Gateway Pundit on November 16, 2020, a true and correct copy of which is attached as Exhibit 12. Based on the information I had at the time of the 11/17 Broadcast, I believed these articles to be credible.

29.     During the 11/17 Broadcast, I interviewed Tom Fitton about his investigations into alleged election irregularities in key swing states. At the time of the 11/17 Broadcast, I was aware that Mr. Fitton was the President of Judicial Watch, a watchdog group that investigates government corruption. I was also aware that he had previously appeared on multiple other news outlets, including Fox News, ABC, CBS, NBC, CNN, C-Span, and MSNBC. On the basis of his

9

DocuSign Envelope ID: 810F0BBF-485E-4BA3-8BAD-B549A5C0C29C

background and credentials, I believed Mr. Fitton to be a credible source on the topics discussed during the 11/17 Broadcast.

30. Based on the information I had at the time of the 11/17 Broadcast, I did not know or believe that any statement of fact in the 11/17 Broadcast Segment was false, nor did I entertain any serious doubt as to its truth.

### November 18, 2020 Broadcast

31. During the 11/18 Broadcast Segment, I interviewed Kyle Becker. At the time, I understood that Mr. Becker was a former producer and writer for Fox News and a prolific conservative journalist. Based on his credentials, sourcing, and fact-based reporting, I believed Mr. Becker was a credible source on the topics discussed during the 11/18 Broadcast Segment.

32. Based on the information I had at the time of the 11/18 Broadcast, I did not know or believe that any statement of fact in the 11/18 Broadcast Segment was false, nor did I entertain any serious doubt as to its truth.

### November 20, 2020 Broadcast

33. I wrote the monologue for the 11/20 Broadcast Segment. In preparation, I read various news articles and online publications. One of the articles I read was by Debra Heine, "Giuliani Scorches Media for Censoring Mounting Evidence of Election Fraud And Condoning Threats Against Lawyers and Witnesses," published on American Greatness on November 19, 2020. A true and correct copy of that article is attached to this declaration as Exhibit 13. That article featured statements made by Mr. Giuliani at a press conference in which senior lawyers representing President Trump's Campaign discussed their strategy to seek legal recourse for alleged voting irregularities. According to the article, Mr. Giuliani admonished reporters: "you keep reporting falsely that we have no evidence, that we have no specific acts of fraud." The article also repeated Mr. Giuliani's statements that the legal team possessed "100 more affidavits attesting

10

DocuSign Envelope ID: 810F0BBF-485E-4BA3-8BAD-B549A5C0C29C

to election fraud," and Ms. Powell's assertion that she had "collected evidence of a vote switching scheme involving Dominion machine and Smartmatic software." At the time of the 11/20 Broadcast, I still believed Mr. Giuliani and Ms. Powell to be credible sources based on their backgrounds and positions. And, given the sourcing in the article and my familiarity with American Greatness and Ms. Heine's work, I found the article to be a credible source.

34.     I also read an article from the AP on October 30, 2018 titled, "US election integrity depends on security-challenged firms," a true and correct copy of which is attached as Exhibit 14 to this declaration. That article discussed historical, widespread concerns about the transparency and security of privately owned voting systems companies, including Dominion. Specifically, the article recited experts' concerns that those companies "have long skimped on security in favor of convenience, making it more difficult to detect intrusions such as occurred in Russia's 2016 election meddling" and that hackers could theoretically "secretly introduce software to flip votes" or "scramble tabulation systems." The article also cited experts' concerns over the "abundant evidence of sloppy software development" by those companies, including "'multiple critical vulnerabilities' in Dominion's Democracy Suite that could allow skilled hackers to compromise an election's outcome." Given the sourcing in the article and the AP's reputation for reliable reporting, I believed the article to be a credible source at the time of the 11/20 Broadcast.

35.     I also reviewed a May 1, 2013 order from *Smartmatic Int'l Corp. v. Dominion Voting Sys. Int'l Corp.*, C.A. No. 7844-VCP, pending in Delaware Chancery Court. A copy of that order is attached as Exhibit 15 to this declaration. The order discussed that, in "October 2009, Dominion granted Smartmatic a worldwide (except for the United States and Canada) nonexclusive license to certain precinct count optical scan ('PCOS') voting systems" including the license to certain of Dominion's patents and patent applications. Given that this was an order

11

DocuSign Envelope ID: 810F0BBF-485E-4BA3-8BAD-B549A5C0C29C

written by a Delaware court from a lawsuit between Smartmatic and Dominion, I believed the facts to be credible as cited therein.

36.     I also read a November 8, 2007 press release, titled "Smartmatic Announces Sale of Sequoia Voting Systems." A true and correct copy of that press release, which I obtained from Congresswoman Carolyn Maloney's website, is attached to this declaration as Exhibit 16. That press release stated: "Last year, Smartmatic decided to sell Sequoia rather than complete an investigation by the Committee on Foreign Investment in the United States (CFIUS)." The press release also detailed Smartmatic's and Sequoia's historical ties to Venezuela, as well as Congresswoman Maloney's investigation. Based on the fact that the press release was issued by the office of a U.S. Representative, I found it to be a credible source.

37.     I also reviewed an excerpt of Dominion's Democracy Suite Use Procedures, which I obtained from a Tweet posted by journalist Kyle Becker on November 13, 2020. A true and correct copy of that Tweet is attached as Exhibit 17. That excerpt described various threats that may compromise the use of Dominion machines, specifically, the threat that "a malicious attacker can try to infiltrate the EMS Database system to perform the destruction or alteration of the election data prior, during, or after voting. This can be done remotely or internally if attacker has help from an insider. In this case the validity of the election event becomes questionable." The guide stated there was a "Medium" risk of such an event occurring. Based on the fact that these excerpts came from Dominion's own guidebook, and my experience as a reader of Mr. Becker's work, I believed it to be a credible source at the time of the 11/20 Broadcast.

38.     Additionally, I watched a 2015 video titled "Smartmatic denies being favored by COMELEC" as a source. I originally obtained that video from the Philippine news outlet's ABS-CBN's YouTube page at https://www.youtube.com/watch?v=vsSGbilTyxQ, a true and correct

DocuSign Envelope ID: 810F0BBF-485E-4BA3-8BAD-B549A5C0C29C

copy of which is attached as Exhibit 18. In that video, Smartmatic Chairman Mark Malloch-Brown discusses his extensive involvement in Smartmatic, the widespread adoption and trust of voting machines in Latin America, concerns over the transparency and credibility of Smartmatic, and Smartmatic's licensing of Dominion technology. Because the video features Smartmatic's Chairman, I found the video to be a credible source on the matters discussed in the 11/20 Broadcast Segment.

39.     Also in preparation for the 11/20 Broadcast, I reviewed the following articles: "Fact Check: Have Senior Democrats Raised Concerns About the Smartmatic Voting Software, as Trump's Lawyer Claims," published by Newsweek on November 16, 2020, a true and correct copy of which is attached as Exhibit 19; "Lawyer Working With Sidney Powell: Tucker Carlson Needs To 'Stop Harassing' Powell To Give Evidence To Back Claims," published by Daily Wire on November 20, 2020, a true and correct copy of which is attached as Exhibit 20; "Obama: 'No Actual Evidence' Anything Illegal, Fraudulent Took Place in Election—Trump Has Shown 'Flimsy Relationship' to the Truth," published by Breitbart on November 19, 2020, a true and correct copy of which is attached as Exhibit 21; "Dominion Voting Systems 'Lawyers Up,' Abruptly Backs Out of PA State House Fact-Finding Hearing," published by American Greatness on November 20, 2020, a true and correct copy of which is attached as Exhibit 22; a November 15, 202 Tweet by Kyle Becker containing screenshots of Dominion's bid to conduct elections for the city of Philadelphia, a true and correct copy of which is attached as Exhibit 23; a November 13, 2020 Tweet by Kyle Becker containing a screenshot of a letter to Staple Street Capital by sitting U.S. Senators, a true and correct copy of which is attached as Exhibit 24; video footage of a November 19, 2020 press conference given by senior attorneys for President Trump's Campaign, a true and correct copy of which is attached as Exhibit 25; and "APNewsBreak: Georgia election

13

DocuSign Envelope ID: 810F0BBF-485E-4BA3-8BAD-B549A5C0C29C

server wiped after suit filed," published by the AP on October 27, 2017, a true and correct copy of which is attached as Exhibit 26. I found these sources to be credible prior to and at the time of the 11/20 Broadcast.

40.     Based on the information I had at the time of the 11/20 Broadcast, I did not know or believe that any statement of fact in the 11/20 Broadcast Segment was false, nor did I entertain any serious doubt as to its truth.

### November 23, 2020 Broadcast

41.     At the time of the 11/23 Broadcast, there remained widespread concern about the integrity of electronic voting systems and foreign interference in the Election. The 11/23 Broadcast Segment discussed an affidavit that was filed by a former body guard to Venezuelan dictator Hugo Chavez and included an interview with J. Michael Waller related to these matters of public concern.

42.     To write the 11/23 Broadcast and prepare for the interview with Mr. Waller, I reviewed the following sources: "Simplest Source of Voter Fraud is Baked Into the System," published by American Greatness on November 22, 2020, a true and correct copy of which is attached as Exhibit 27; and "Fraud, Evidence, Proof, Power," published by American Greatness on November 22, 2020, a true and correct copy of which is attached as Exhibit 28. I found these sources to be credible prior to and at the time of the 11/23 Broadcast.

43.     During the 11/23 Broadcast, I also referred to an affidavit reportedly obtained by President Trump's legal team. My statements on this issue relied on information contained in an article: "Sworn Affidavit from High-Ranking Military Officer Claims Smartmatic Was Designed to Change Votes Without Being Detected," published in American Greatness on November 17, 2020, a true and correct copy of which is attached to this declaration as Exhibit 29. Given my prior

**APP1178**

DocuSign Envelope ID: 810F0BBF-485E-4BA3-8BAD-B549A5C0C29C

experience as a reader of American Greatness and the sourcing contained in the article, I found this article to be a credible source on the issues discussed therein at the time of the 11/23 broadcast.

44. During the 11/23 Broadcast, I also referred to an article published by CNN on November 20, 2020 titled: "Fact-checking Giuliani and the Trump legal team's wild, fact-free press conference." A true and correct copy of that article is attached to this declaration as Exhibit 30. During the Broadcast I projected a graphic from this article on the screen, and I pointed out inconsistencies in the article. Based on the information I had at the time of the 11/23 Broadcast, I did not know or believe any statement of fact I made in reference to this article to be false, nor did I entertain any serious doubt as to its truth.

45. During the 11/23 Broadcast Segment, I also interviewed J. Michael Waller about Smartmatic and Dominion's connection and foreign ties, an issue that was a matter of public interest in the wake of the 2020 presidential election. Mr. Waller was a senior analyst for strategy at the Center for Security Policy, a nonprofit, nonpartisan organization that seeks to secure America's founding principles and freedom through forthright national security analysis and policy solutions. I became familiar with the Center for Security Policy through Frederick Fleitz, who was senior vice president for policy and programs at the Center for Security Policy and a regular guest on Fox News. Prior to the 11/23 Broadcast, I interviewed Mr. Fleitz a number of times and found him to be credible.

46. Given Mr. Waller's credentials and experience, including his work at the Center for Security Policy, at the time of the 11/23 Broadcast, I believed that Mr. Waller was a credible source for the questions I asked him during his interview and that he was accurately reporting his knowledge. I have interviewed Mr. Waller various times and have always found statements in his interviews to be credible and truthful.

15

DocuSign Envelope ID: 810F0BBF-485E-4BA3-8BAD-B549A5C0C29C

47.     Based on the information I had at the time of the 11/20 Broadcast, I did not know or believe that any statement of fact in the 11/20 Broadcast Segment was false, nor did I entertain any serious doubt as to its truth.

### November 27, 2020 Broadcast

48.     During the 11/27 Broadcast Segment, I interviewed Michael Johns to discuss the status of President Trump's legal team's efforts to ensure the integrity of the Election. During the 11/27 Broadcast Segment, Mr. Johns discussed the allegations pled in lawsuits filed by President Trump's legal team.

49.     Also at the time of the 11/27 Broadcast and based on his credentials, experience, and my familiarity with his commentary, I continued to believe Mr. Johns was a credible source on the topics discussed in the 11/27 Broadcast Segment.

50.     Based on the information I had at the time of the 11/27 Broadcast, I did not know or believe that any statement of fact in the 11/27 Broadcast Segment was false, nor did I entertain any serious doubt as to its truth.

### December 1, 2020 Broadcast

51.     At the time of the 12/1 Broadcast, there continued to be widespread concern about the integrity of electronic voting systems and foreign interference and fraud related to the 2020 Presidential election. The 12/1 Broadcast Segment discussed political donations by Dominion and Smartmatic employees as well as Dominion's and Smartmatic's foreign ties.

52.     I wrote the monologue for the 12/1 Broadcast. In preparation, I read various news articles and reports about the subjects addressed therein. Sources I reviewed included the following articles: "The Badger State's Ballot 'Fix' Was In," published by American Greatness on November 30, 2020, a true and correct copy of which is attached as Exhibit 31; "Mathematician Says Biden

16

DocuSign Envelope ID: 810F0BBF-485E-4BA3-8BAD-B549A5C0C29C

May have Received 130 Percent of the Democrat Vote in Maricopa County, AZ," published by American Greatness on November 30, 2020, a true and correct copy of which is attached as Exhibit 32; "WATCH: Michigan witness testifies that military ballots looked like photocopies with ZERO votes for Trump," published by The Post Millennial on December 1, 2020, a true and correct copy of which is attached as Exhibit 33; "What Do Democrats Think About the Integrity of the Election? One Poll Shows Surprising Findings," published by Townhall on December 1, 2020, a true and correct copy of which is attached as Exhibit 34; "Legitimacy of Biden Win Buried by Objective Data," published by The American Spectator on November 30, 2020, a true and correct copy of which is attached as Exhibit 35; "DATA: Michigan Analysis Suggests Absentee Votes 'Manipulated By Computer', Flags Hundreds of Thousands of Ballots," published by the National Pulse, a true and correct copy of which is attached as Exhibit 36; "WATCH: Soros-Linked Smartmatic Chairman Admits 'Technology Is Licensed From Dominion'," published by the National Pulse, a true and correct copy of which is attached as Exhibit 37; "Soros Promotes Smartmatic Chairman to Open Society President," published by the National Pulse, a true and correct copy of which is attached as Exhibit 38; "EXPLOSIVE: Michigan Illegally Counted or Ignored 500K Ballots, Lawsuit Claims," published by PJ Media on November 30, 2020, a true and correct copy of which is attached as Exhibit 39; "Reasons why the 2020 presidential election is deeply puzzling," published by the Spectator on November 27, 2020, a true and correct copy of which is attached as Exhibit 40; and "Trump Campaign to File Lawsuit in Wisconsin, Claiming 220,000 Absentee Ballots Illegally Cast," published by the National Review on December 1, 2020, a true and correct copy of which is attached as Exhibit 41. Due to my experience with these websites and the sourcing in the individual articles, I found these articles to be credible sources on the topics covered in the 12/1 Broadcast Segment prior to and at the time of the 12/1 Broadcast.

17

**APP1181**

DocuSign Envelope ID: 810F0BBF-485E-4BA3-8BAD-B549A5C0C29C

53.     I also reviewed a December 1, 2020 press release by Donald Trump: "Trump Campaign Files Lawsuit in Wisconsin to Restore Election Integrity." A true and correct copy of that press release is attached to this declaration as Exhibit 42. At the time of the Broadcast, I believed Mr. Trump's statement to be both credible and newsworthy.

54.     To write the monologue, I also reviewed several Tweets. I reviewed a Tweet published by Mike Balsamo on December 1, 2020, a true and correct copy of which is attached as Exhibit 43. During the Broadcast, I projected this Tweet on the screen and discussed my concerns with the reliability of statements made by the Department of Justice. I also reviewed a Tweet published by President Trump on November 12, 2020, a true and correct copy of which is attached as Exhibit 44. At the time of the Broadcast, I believed Mr. Trump's statement to be both credible and newsworthy. I also reviewed a Tweet published by Rasmussen Reports on November 20, 2020, a true and correct copy of which is attached as Exhibit 45. Rasmussen Reports is a polling company, which, at the time of the 12/1 Broadcast, I believed to be a credible source. At the time of the 12/1 Broadcast, I did not know or believe that any statement of fact I made related to any of these Tweets was false, nor did I entertain any serious doubt as to its truth.

55.     I also reviewed an article titled "96% of Dominion Voting Systems Political Donations Went to Democrats," published by the National Pulse, a true and correct copy of which is attached as Exhibit 46. This article included a screenshot of Federal Election Commission (FEC) records, which showed how Dominion employees were largely Democratic donors. I also reviewed an article titled "REVEALED: Smartmatic Claims It 'Prohibits' Political Donations but 86% Of Its Staff Gave To Dems," published by the National Pulse, a true and correct copy of which is attached as Exhibit 47. This article likewise included a screenshot of FEC records, which showed that Smartmatic employees were largely Democratic donors. At the time of the Broadcast, I was a

18

**APP1182**

DocuSign Envelope ID: 810F0BBF-485E-4BA3-8BAD-B549A5C0C29C

reader of the National Pulse and viewed the site as a credible source. Given my prior experience as a reader of the National Pulse and the sourcing contained in the articles, including direct links to the FEC website, I found these articles to be a credible source on the topics covered in the Broadcast Segment prior to and at the time the 12/1 Broadcast aired.

56.     I also reviewed Smartmatic's website at a page, titled "Smartmatic Fact-checked," a true and correct copy of which is attached as Exhibit 48. That page stated: "Smartmatic's founders and employees adhere to a strict ethics code that, among other things, prohibits them from making political donations." I believed the Smartmatic website to be a reliable source for information regarding Smartmatic at the time of the 12/1 Broadcast.

57.     I also reviewed several videos, including "Michigan Witness Says All Military Ballots Looked Like Xerox Copies—Had ZERO Trump votes," which I originally obtained from The Post Millennial at https://thepostmillennial.com/michigan-witness-alleges-ballots-were-counted-that-looked-like-photocopies, and a true and correct copy of which is attached as Exhibit 49 to this declaration. In this video, a poll worker provides direct testimony of her experience on election day during a governmental hearing. Based on the fact that it depicted a firsthand eye witness, I believed this video to be a credible source. I also reviewed "Election Integrity Hearing with Select Members of Arizona's Legislature," which I originally obtained at https://amgreatness.com/2020/11/30/mathematician-says-biden-may-have-received-130-percent-of-the-democrat-vote-in-maricopa-county-az/, and a true and correct copy of which is attached as Exhibit 50. And, I watched a video from WOOD-TV—a local Michigan news station—titled "Michigan Senate Committee Hears Allegations of Fraud," which I obtained at https://www.woodtv.com/news/michigan/michigan-senate-oversight-committee-detroit-tcf-center-count-testimony/. A true and correct copy of that video is attached as Exhibit 51. I believed

DocuSign Envelope ID: 810F0BBF-485E-4BA3-8BAD-B549A5C0C29C

these videos to be credible sources based on the fact that they were from reputable news organizations. At the time of the 12/1 Broadcast, I did not know or believe that any statement of fact I made related to these videos was false, nor did I entertain any serious doubt as to its truth.

58.     Mr. Becker also returned as a guest during the 12/1 Broadcast. At the time, I still believed Mr. Becker to be credible given the quality of his reporting and my prior experiences with him.

59.     Based on the information I had at the time of the 12/1 Broadcast, I did not know or believe that any statement of fact in the 12/1 Broadcast Segment was false, nor did I entertain any serious doubt as to its truth.

### December 7, 2020 Broadcast

60.     At the time of the 12/7 Broadcast, the status of President Trump's legal team's efforts to ensure the integrity of the Election continued to be a topic of widespread public concern and debate. Mr. Johns returned to *Tipping Point* to provide additional commentary on the lawsuits.

61.     At the time of the 12/7 Broadcast and based on his credentials, experience, and my familiarity with his commentary, I continued to believe Mr. Johns was a credible source on the topics discussed in the 12/7 Broadcast Segment.

62.     Based on the information I had at the time of the 12/7 Broadcast, I did not know or believe that any statement of fact in the 12/7 Broadcast Segment was false, nor did I entertain any serious doubt as to its truth.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 7 , 2023.

Kara McKinney

20

**APP1184**

# Exhibit K-1

CAMPAIGN 2020

# Trump attorney Sidney Powell says they are 'fixing to overturn the results of the election in several states'

by Michael Lee, Social Media Writer
November 15, 2020 03:39 PM

Trump attorney Sidney Powell said a member of President-elect Joe Biden's transition team, Peter Neffenger, is also a member of the board of directors for a company that committed election fraud that could cause the results of the 2020 election to be overturned.

"He is president and on the board of directors of Smartmatic, and it just so happens he's on Mr. Biden's presidential transition team that's going to be nonexistent, because we're fixing to overturn the results of the election in multiple states," said Powell during an appearance on *Sunday Morning Futures* with Maria Bartiromo. "President Trump won by not just hundreds of thousands of votes but by millions of votes that were shifted by this software that was designed expressly for that purpose."

Powell said Neffenger had knowledge that the software provided by Smartmatic was designed to rig elections.

"We have sworn witness testimony of why the software was designed, it was designed to rig elections," Powell said. "He was fully briefed on it, he saw it happen in other countries, it was exported internationally for profit by the people that are behind Smartmatic and Dominion."

"They did this on purpose, it was calculated, they've done it before," Powell continued. "We have evidence from 2016 in California. We have so much evidence I feel like it's coming in through a fire hose."

Neffenger, a retired U.S. Coast Guard admiral, joined Biden's agency review team last week under the Department of Homeland Security team. Review teams help incoming presidents and vice presidents understand agency operations to ensure a smooth transition of power. He is listed on Smartmatic's website as the chairman of the board of directors.

The comments come a day after Trump attorney Rudy Giuliani mentioned the company's election involvement in a tweet.

"Did you know a foreign company, DOMINION, was counting our vote in Michigan, Arizona, and Georgia and other states," Giuliani said on Twitter. "But it was a front for SMARTMATIC, who was really doing the computing."

"Look up SMARTMATIC and tweet me what you think," Giuliani continued. "It will all come out."

The *New York Times* reported Saturday that Smartmatic's vote-counting software was "manipulated to report a skewed tally" in Venezuela's election, but the company said the result was an anomaly caused by a lack of election monitors.

Dominion has also denied claims its software was manipulated, citing a statement by the Department of Homeland Security that said there was "no evidence that any voting system deleted or lost votes, changed









Sidney Powell: We're Fixing to Overturn the Results of the Election in Several States

TRUMP TEAM LEGAL CHALLENGES REMAIN
ACTIVE IN SEVERAL BATTLEGROUND STATES
SUNDAY MORNING FUTURES

**Latest**

Trump says Biden won't 'make it' to 2024 election: 'He's in bad shape physically'

By: Mabinty Quarshie

Trump brushes off dictatorship rumors in Fox News town hall: 'Except for day one'

By: Mabinty Quarshie

DeSantis sets aside $1 million of state money for Florida State College Football Playoff lawsuit

By: Misty Severi

**Videos**

Biden concedes he is 'not sure' he would be seeking reelection if it wasn't for Trump

Jamaal Bowman to face censure after House Republican forces vote over fire alarm incident

Musk says he couldn't play GTA V because it required 'shooting police officers'

Tommy Tuberville ends military blockade in the Senate sparked by abortion policy

# Exhibit K-2

MP4 File (Sidney Powell_We're Fixing to Overturn the Results of the Election in Several States)

# Exhibit K-3

🔒 **Page Vault**

| | |
|---|---|
| Document title: | Officials raised concerns for years about security of US voting machines, software systems | Washington Examiner |
| Capture URL: | https://www.washingtonexaminer.com/politics/officials-raised-concerns-for-years-about-security-of-us-voting-machines-software-systems |
| Page loaded at (UTC): | Tue, 21 Nov 2023 16:58:03 GMT |
| Capture timestamp (UTC): | Tue, 21 Nov 2023 16:59:12 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 5 |
| Capture ID: | kTWSgo8gt9rNyx8hiBaUiQ |
| User: | jw-mvillalpando |

PDF REFERENCE #:      m6ZWWVDbxCy7QB3VsSwxR8

**APP1191**



Solinst 301 Level Sensor

Water Level Temperature Sensor; Submersible Level Transmitter

Solinst Canada Ltd.                    Open >

STATES

# Officials raised concerns for years about security of US voting machines, software systems

by Bethany Blankley, The Center Square | November 09, 2020 12:00 PM



The Dominion Voting Systems, which has been used in multiple states where fraud has been alleged in the 2020 U.S. Election, was rejected three times by data communications experts from the Texas Secretary of State and Attorney General's Office for failing to meet basic security standards.

Unlike Texas, other states certified the use of the system, including Pennsylvania, where voter fraud has been alleged on multiple counts this week.

Dominion Voting Systems, a Canadian company headquartered in Denver, is one of three companies primarily used in U.S. elections. The others are Election Systems and Software and Texas-based Hart InterCivic.

The Dominion system was implemented in North Carolina and Nevada, where election results are being challenged, and in Georgia and Michigan, where a "glitch" that occurred reversed thousands of votes for Republican President Donald Trump to Democrat Joe Biden.

While Biden declared victory Saturday in his U.S. presidential race against Trump, the Trump campaign is launching several challenges to vote counts in states across the country, alleging fraud.



PRICE DROP          PRICE DROP



LOOK AT ME BEING ALL FESTIVE AND SH*T

Yes, I'm Still Freezing

MERRY CHRISTMAS   FASHION CLOTHES   SHOP NOW>

## Latest


Al Sharpton claims Trump critics are 'not taking him out of context' in dictator comparisons
By: Asher Notheis


Virginia Democrats propose abortion rights amendment after election victory
By: Gabrielle M. Etzel


Class-action settlement: Deadline to file for $3.6

Document title: Officials raised concerns for years about security of US voting machines, software systems | Washington Examiner
Capture URL: https://www.washingtonexaminer.com/politics/officials-raised-concerns-for-years-about-security-of-us-voting-machines-software-systems
Capture timestamp (UTC): Tue, 21 Nov 2023 16:59:12 GMT

Page 1 of 4

**APP1192**



☰ Q

Sign In    Subscribe

Tuesday, November 21, 2023

f  y  in


Save up to 90% on Temu
Temu

Dominion's Democracy Suite system was chosen for statewide implementation in New Mexico in 2013, the first year it was rejected by the state of Texas.

Louisiana modernized its mail ballot system by implementing Dominion's ImageCast Central software statewide; Clark County, Nevada, implemented the same system in 2017. Roughly 52 counties in New York, 65 counties in Michigan and the entire state of Colorado and New Mexico use Dominion systems.

According to a Penn Wharton study, "The Business of Voting," Dominion Voting Systems reached approximately 71 million voters in 1,635 jurisdictions in the U.S. in 2016.

Dominion "got into trouble" with several subsidiaries it used over alleged cases of fraud. One subsidiary is Smartmatic, a company "that has played a significant role in the U.S. market over the last decade," according to a report published by UK-based AccessWire.



29+ Coolest Gifts Nobody Would Think Of

Litigation over Smartmatic "glitches" alleges they impacted the 2010 and 2013 mid-term elections in the Philippines, raising questions of cheating and fraud. An independent review of the source codes used in the machines found multiple problems, which concluded, "The software inventory provided by Smartmatic is inadequate, ... which brings into question the software credibility," ABS-CBN reported.

Smartmatic's chairman is a member of the British House of Lords, Mark Malloch Brown, a former vice-chairman of George Soros' Investment Funds, former vice-president at the World Bank, lead international partner at Sawyer Miller, a political consulting firm, and former vice-chair of the World Economic Forum who "remains deeply involved in international affairs." The company's reported globalist ties have caused members of the media and government officials to raise questions about its involvement in the U.S. electoral process.

In January, U.S. lawmakers expressed concern about foreign involvement through these companies' creation and oversight of U.S. election equipment. Top executives from the three major companies were grilled by both Democratic and Republican members of the U.S. House Committee on House Administration about the integrity of their systems.

Also in January, election integrity activists expressed concern "about what is known as supply-chain security, the tampering of election equipment during manufacturing," the Associated Press reported. "A document submitted to North Carolina elections officials by ES&S last year shows, for example, that it has manufacturing operations in the Philippines."

PRICE DROP
  PRICE DROP  
TEMU
▷ × ⊟

Class-action settlement: Deadline to file for $3.6 million Spartan Mosquito repellent settlement in 10 days

By: Eden Villalovas

### Videos

 Talking turkey: Thanksgiving travelers set to clog skies and...

 Sheetz offering gas for under $2 per gallon to travelers this Thanksgivin...

 Houthi rebels release video showing seizure of cargo ship in Red...

 Trump's team requests file-sharing between Jack Smith and...

### Newsletters



Sign up now to get the Washington Examiner's breaking news and timely commentary delivered right to your inbox.



Save up to 90% on Temu
Temu

All three companies "have faced criticism over a lack of transparency and reluctance to open up their proprietary systems to outside testing," the Associated Press reported. In 2019, the AP found that these companies "had long skimped on security in favor of convenience and operated under a shroud of financial and operational secrecy despite their critical role in elections."

In its third examination of Dominion systems in 2019, Texas officials once again rejected using it after identifying "multiple hardware and software issues that preclude the Office of the Texas Secretary of State from determining that the Democracy Suite 5.5-A system satisfies each of the voting-system requirements set forth in the Texas Election Code."

The examiners raised specific concerns about whether the system "was suitable for its intended purpose; operates efficiently and accurately; and is safe from fraudulent or unauthorized manipulation."

They concluded that Dominion systems and corresponding hardware devices did not meet Texas Election Code certification standards.

Last December, a group of Democratic politicians sent a letter to leaders of private equity firms that own the major election vendors asking them to disclose information including ownership, finances and research investments.

"The voting machine lobby, led by the biggest company, ES&S, believes they are above the law," Sen. Ron Wyden, D-Ore., a member of the Intelligence Committee and co-signer of the letter, said. "They have not had anybody hold them accountable even on the most basic matters."

ES&S Chief Executive Tom Burt dismissed the criticism, telling NBC News that it was "inevitable and impossible to answer," and called on Congress to implement "greater oversight of the national election process."

"There are going to be people who have opinions from now until eternity about the security of the equipment, the bias of those companies who are producing the equipment, the bias of the election administrators who are conducting the election," Burt told NBC News.

"What the American people need is a system that can be audited, and then those audits have to happen and be demonstrated to the American public," Burt said.

Burt argued last year in an op-ed published by Roll Call that national regulatory oversight was needed, including requirements for paper backups of individual votes, mandatory post-election audits and additional resources for the U.S. Election Assistance Commission.

NBC News examined publicly available online shipping records for ES&S and found that many parts for U.S. election machines, including electronics and tablets, were made in China and the Philippines. When it raised concerns about the potential for technology theft or sabotage, Burt said the overseas facilities were "very secure" and the final assembly of machines occurs in the U.S.

The AP also surveyed the election software being used by all 50 states, the District of Columbia and territories. Roughly 10,000 election jurisdictions nationwide were using Windows 7 or an older operating system in 2019 to create ballots, program voting machines, tally votes and report counts, the AP found. Windows 7 reached the end of its operational life in January 2020.

After Jan. 14, Microsoft stopped providing technical support and producing "patches" to fix software vulnerabilities, making Windows 7 easy to hack unless U.S. jurisdictions paid a fee to receive security updates through 2023, the AP found.

According to its assessment, multiple states were affected by the end of Windows 7 support, including Arizona, Florida, Georgia, Iowa, Indiana, Michigan, North Carolina, many counties in Pennsylvania, and Wisconsin.



Tuesday, November 21, 2023

Sign In   Subscribe

ES&S Chief Executive Tom Burt dismissed the criticism, telling NBC News that it was "inevitable and impossible to answer," and called on Congress to implement "greater oversight of the national election process."

"There are going to be people who have opinions from now until eternity about the security of the equipment, the bias of those companies who are producing the equipment, the bias of the election administrators who are conducting the election," Burt told NBC News.

"What the American people need is a system that can be audited, and then those audits have to happen and be demonstrated to the American public," Burt said.

Burt argued last year in an op-ed published by Roll Call that national regulatory oversight was needed, including requirements for paper backups of individual voters, mandatory post-election audits and additional resources for the U.S. Election Assistance Commission.

NBC News examined publicly available online shipping records for ES&S and found that many parts for U.S. election machines, including electronics and tablets, were made in China and the Philippines. When it raised concerns about the potential for technology theft or sabotage, Burt said the overseas facilities were "very secure" and the final assembly of machines occurs in the U.S.

The AP also surveyed the election software being used by all 50 states, the District of Columbia and territories. Roughly 10,000 election jurisdictions nationwide were using Windows 7 or an older operating system in 2019 to create ballots, program voting machines, tally votes and report counts, the AP found. Windows 7 reached the end of its operational life in January 2020.

After Jan. 14, Microsoft stopped providing technical support and producing "patches" to fix software vulnerabilities, making Windows 7 easy to hack unless U.S. jurisdictions paid a fee to receive security updates through 2023, the AP found.

According to its assessment, multiple states were affected by the end of Windows 7 support, including Arizona, Florida, Georgia, Iowa, Indiana, Michigan, North Carolina, many counties in Pennsylvania, and Wisconsin.

States   News   Voting   Cybersecurity

  Share your thoughts with friends.

---

**Paid Content**                                                                    Outbrain ▷



**APP1195**

# Exhibit K-4

🔒 **Page Vault**

| | |
|---|---|
| Document title: | Ronald Klain, Biden's chief of staff, said elections rigged \| Blaze Media |
| Capture URL: | https://www.theblaze.com/news/biden-chief-staff-klain-elections-riggedged |
| Page loaded at (UTC): | Tue, 21 Nov 2023 17:00:21 GMT |
| Capture timestamp (UTC): | Tue, 21 Nov 2023 17:01:49 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 5 |
| Capture ID: | 25wJUm38KEt74tuBDXM4pR |
| User: | jw-mvillalpando |

PDF REFERENCE #:     rTdTJKG2gziqDvj89kpXCF

**APP1197**

SIGN IN   SUBSCRIBE



NEWS
OPINION
RADIO
BLAZETV
SHOP



RONALD KLAIN

# Joe Biden's new chief of staff, Ronald Klain, in 2014 said elections are 'rigged'

PAUL SACCA
NOVEMBER 12, 2020



Andrew Harrer/Bloomberg via Getty Images

© 2021 BLAZE MEDIA LLC. ALL RIGHTS RESERVED

## The comment has raised eyebrows

Former Vice President Joe Biden selected Ronald Klain as his White House chief of staff on Wednesday. Within hours of Klain being named to the new position, a 2014 tweet by Klain saying that elections are "rigged" resurfaced and raised eyebrows.

Klain's tweet was a reply to a Vox.com post on Twitter linking to an article titled, "68% of Americans think elections are rigged." Klain reacted to the article by declaring, "That's because they are."

The article, which was written by Vox founder Ezra Klein, argues, "Elections are rigged in favor of incumbents. And they're basically right."

The article claims election fraud isn't the problem.



Sign up for the Blaze newsletter





---

Document title: Ronald Klain, Biden&#39;s chief of staff, said elections rigged | Blaze Media
Capture URL: https://www.theblaze.com/news/biden-chief-staff-klain-elections-riggedged
Capture timestamp (UTC): Tue, 21 Nov 2023 17:01:49 GMT

**APP1198**

The article claims election fraud isn't the problem.



Sign up for the Blaze newsletter

Your email →

"Incumbents get a voice in gerrymandering — meaning that the politicians, in an inversion of the normal rules of democracy, get to choose their voters," Klein wrote.

The article highlights that "very few congressional elections are seriously competitive" because "reelection rates for incumbents tend to hover around 90 percent — and they occasionally get perilously close to 100 percent." Adding that the "powers of incumbency are so strong that overall congressional approval ratings barely affect congressional reelection rates."

The Vox article cited a 2014 Rasmussen poll with the headline, "68% Think Election Rules Rigged for Incumbents."

As of Thursday morning, Klain's tweet was still up, and Twitter had not slapped a warning label on it.

— (@)

Klain was the general counsel to Democratic presidential nominee Al Gore during the Florida recount in the 2000 election against Republican George W. Bush. He argued against counting overseas absentee ballots, which would have "potentially thrown out the votes of hundreds of military members stationed overseas," as reported by CNN.

"The idea that people were going to vote after the election and have those votes count, that's a pretty irregular idea," Klain said in 2000.

Following a machine recount, Bush's lead stood at 327 votes. Klain called Florida a "Third World banana republic" for its handling of the 2000 recount.

Klain served as chief of staff to Gore when he was vice president between 1995 and 1999, as well as to former Vice President Biden from 2009 to 2011.

On Wednesday, Biden issued a statement on selecting Klain as his White House chief of staff:

> "Ron has been invaluable to me over the many years that we have worked together, including as we rescued the American economy from one of the worst downturns in our history in 2009 and later overcame a daunting public health emergency in 2014. His




Blaze media



On Wednesday, Biden issued a statement on selecting Klain as his White House chief of staff:

> "Ron has been invaluable to me over the many years that we have worked together, including as we rescued the American economy from one of the worst downturns in our history in 2009 and later overcame a daunting public health emergency in 2014. His deep, varied experience and capacity to work with people all across the political spectrum is precisely what I need in a White House chief of staff as we confront this moment of crisis and bring our country together again."



| Comments |
|---|

© 2023 BLAZE MEDIA LLC. ALL RIGHTS RESERVED.

## PAUL SACCA

Paul Sacca is a staff writer for Blaze News.

**@Paul_Sacca** →

## MORE STORIES



CARLOS GARCIA

Homeless 15-year-old charged with stabbing and killing one man and injuri...



JOSEPH MACKINNON

DEI won't die easy at Texas A&M, but Blaze News report demonstrates ther...



BLAZETV STAFF

THESE celebrities say they're leaving America if Trump wins 2024 election

| Load More |
|---|







*moment of crisis and bring our country together again."*

Comments

## PAUL SACCA

Paul Sacca is a staff writer for Blaze News.

@Paul_Sacca →

## MORE STORIES

**CARLOS GARCIA**

Homeless 15-year-old charged with stabbing and killing one man and injuri...

**JOSEPH MACKINNON**

DEI won't die easy at Texas A&M, but Blaze News report demonstrates ther...

**BLAZETV STAFF**

THESE celebrities say they're leaving America if Trump wins 2024 election

Load More

© 2023 BLAZE MEDIA LLC. ALL RIGHTS RESERVED.

**Blaze media**

Get the stories that matter most delivered directly to your inbox.

Terms of Use   Privacy Policy   California Privacy Notice
Do Not Sell or Share My Personal Information

© 2023 Blaze Media LLC. All rights reserved.

Your email

# Exhibit K-5

# Congress of the United States
## Washington, DC 20510

December 6, 2019

Sami Mnaymneh
Founder and Co-Chief Executive Officer
H.I.G. Capital, LLC

████████████████████

Tony Tamer
Founder and Co-Chief Executive Officer
H.I.G. Capital, LLC

████████████████████

Dear Messrs. Mnaymneh and Tamer:

We are writing to request information regarding H.I.G. Capital's (H.I.G.) investment in Hart InterCivic Inc. (Hart InterCivic) one of three election technology vendors responsible for developing, manufacturing and maintaining the vast majority of voting machines and software in the United States, and to request information about your firm's structure and finances as it relates to this company.

Some private equity funds operate under a model where they purchase controlling interests in companies and implement drastic cost-cutting measures at the expense of consumers, workers, communities, and taxpayers. Recent examples include Toys "R" Us and Shopko.[1] For that reason, we have concerns about the spread and effect of private equity investment in many sectors of the economy, including the election technology industry—an integral part of our nation's democratic process. We are particularly concerned that secretive and "trouble-plagued companies,"[2] owned by private equity firms and responsible for manufacturing and maintaining voting machines and other election administration equipment, "have long skimped on security in favor of convenience," leaving voting systems across the country "prone to security problems."[3] In light of these concerns, we request that you provide information about your firm, the portfolio

---

[1] Atlantic, "The Demise of Toys 'R' Us Is a Warning," Bryce Covert, July/August 2018 issue, https://www.theatlantic.com/magazine/archive/2018/07/toys-r-us-bankruptcy-private-equity/561758/; Axios, "How workers suffered from Shopko's bankruptcy while Sun Capital made money," Dan Primack, "How workers suffered from Shopko's bankruptcy while Sun Capital made money," June 11, 2019, https://www.axios.com/shopko-bankruptcy-sun-capital-547b97ba-901c-4201-92cc-6d3168357fa3.html.

[2] ProPublica, "The Market for Voting Machines Is Broken. This Company Has Thrived in It.," Jessica Huseman, October 28, 2019, https://www.propublica.org/article/the-market-for-voting-machines-is-broken-this-company-has-thrived-in-it.

[3] Associated Press News, "US Election Integrity Depends on Security-Challenged Firms," Frank Bajak, October 28, 2019, https://apnews.com/f6876669cb6b4e4c9850844f8e015b4c.

companies in which it has invested, the performance of those investments, and the ownership and financial structure of your funds.

Over the last two decades, the election technology industry has become highly concentrated, with a handful of consolidated vendors controlling the vast majority of the market. In the early 2000s, almost twenty vendors competed in the election technology market.[4] Today, three large vendors—Election Systems & Software, Dominion Voting Systems, and Hart InterCivic—collectively provide voting machines and software that facilitate voting for over 90% of all eligible voters in the United States.[5] Private equity firms reportedly own or control each of these vendors, with very limited "information available in the public domain about their operations and financial performance."[6] While experts estimate that the total revenue for election technology vendors is about $300 million, there is no publicly available information on how much those vendors dedicate to research and development, maintenance of voting systems, or profits and executive compensation.[7]

Concentration in the election technology market and the fact that vendors are often "more seasoned in voting machine and technical services contract negotiations" than local election officials, give these companies incredible power in their negotiations with local and state governments. As a result, jurisdictions are often caught in expensive agreements in which the same vendor both sells or leases, and repairs and maintains voting systems–leaving local officials dependent on the vendor, and the vendor with little incentive to substantially overhaul and improve its products.[8] In fact, the Election Assistance Commission (EAC), the primary federal body responsible for developing voluntary guidance on voting technology standards, advises state and local officials to consider "the cost to purchase or lease, operate, and maintain a voting system over its life span … [and to] know how the vendor(s) plan to be profitable" when signing contracts, because vendors typically make their profits by ensuring "that they will be around to maintain it after the sale." The EAC has warned election officials that "[i]f you do not manage the vendors, they will manage you."[9]

Election security experts have noted for years that our nation's election systems and infrastructure are under serious threat. In January 2017, the U.S. Department of Homeland Security designated the United States' election infrastructure as "critical infrastructure" in order to prioritize the protection of our elections and to more effectively assist state and local election

---

[4] Bloomberg, "Private Equity Controls the Gatekeepers of American Democracy," Anders Melin and Reade Pickert, November 3, 2018, https://www.bloomberg.com/news/articles/2018-11-03/private-equity-controls-the-gatekeepers-of-american-democracy.
[5] Penn Wharton Public Policy Initiative, "The Business of Voting," July 2018, https://publicpolicy.wharton.upenn.edu/live/files/270-the-business-of-voting.
[6] Id.
[7] Id.
[8] Brennan Center for Justice, "America's Voting Machines at Risk," Lawrence Norden and Christopher Famighetti, 2015, https://www.brennancenter.org/sites/default/files/publications/Americas_Voting_Machines_At_Risk.pdf; Penn Wharton Public Policy Initiative, "The Business of Voting," July 2018, https://publicpolicy.wharton.upenn.edu/live/files/270-the-business-of-voting.
[9] U.S. Election Assistance Commission, "Ten Things to Know About Selecting a Voting System," October 14, 2017, https://www.eac.gov/documents/2017/10/14/ten-things-to-know-about-selecting-a-voting-system-cybersecurity-voting-systems-voting-technology/.

APP1204

officials in addressing these risks.[10] However, voting machines are reportedly falling apart across the country, as vendors neglect to innovate and improve important voting systems, putting our elections at avoidable and increased risk.[11] In 2015, election officials in at least 31 states, representing approximately 40 million registered voters, reported that their voting machines needed to be updated, with almost every state "using some machines that are no longer manufactured."[12] Moreover, even when state and local officials work on replacing antiquated machines, many continue to "run on old software that will soon be outdated and more vulnerable to hackers."[13]

In 2018 alone "voters in South Carolina [were] reporting machines that switched their votes after they'd inputted them, scanners [were] rejecting paper ballots in Missouri, and busted machines [were] causing long lines in Indiana."[14] In addition, researchers recently uncovered previously undisclosed vulnerabilities in "nearly three dozen backend election systems in 10 states."[15] And, just this year, after the Democratic candidate's electronic tally showed he received an improbable 164 votes out of 55,000 cast in a Pennsylvania state judicial election in 2019, the county's Republican Chairwoman said, "[n]othing went right on Election Day. Everything went wrong. That's a problem."[16] These problems threaten the integrity of our elections and demonstrate the importance of election systems that are strong, durable, and not vulnerable to attack.

H.I.G. reportedly owns or has had investments in Hart InterCivic, a major election technology vendor. In order to help us understand your firm's role in this sector, we ask that you provide answers to the following questions no later than December 20, 2019.

1. Please provide the disclosure documents and information enumerated in Sections 501 and 503 of the *Stop Wall Street Looting Act*.[17]

2. Which election technology companies, including all affiliates or related entities, does H.I.G. have a stake in or own? Please provide the name of and a brief description of the services each company provides.

---

[10] Department of Homeland Security, "Statement by Secretary Jeh Johnson on the Designation of Election Infrastructure as a Critical Infrastructure Subsector," January 6, 2017, https://www.dhs.gov/news/2017/01/06/statement-secretary-johnson-designation-election-infrastructure-critical.
[11] AP News, "US election integrity depends on security-challenged firms," Frank Bajak, October 29, 2018, https://apnews.com/f6876669cb6b4e4c9850844f8e015b4c; Penn Wharton Public Policy Initiative, "The Business of Voting," July 2018, https://publicpolicy.wharton.upenn.edu/live/files/270-the-business-of-voting.
[12] Brennan Center for Justice, "America's Voting Machines at Risk," Lawrence Norden and Christopher Famighetti, 2015, https://www.brennancenter.org/sites/default/files/publications/Americas_Voting_Machines_At_Risk.pdf.
[13] Associated Press, "AP Exclusive: New election systems use vulnerable software," Tami Abdollah, July 13, 2019, https://apnews.com/e5e070c31f3c497fa9e6875f426ccde1.
[14] Vice, "Here's Why All the Voting Machines Are Broken and the Lines Are Extremely Long," Jason Koebler and Matthew Gault, November 6, 2018, https://www.vice.com/en_us/article/59vzgn/heres-why-all-the-voting-machines-are-broken-and-the-lines-are-extremely-long.
[15] Vice, "Exclusive: Critical U.S. Election Systems Have Been Left Exposed Online Despite Official Denials," Kim Zetter, August 8, 2019, https://www.vice.com/en_us/article/3kxzk9/exclusive-critical-us-election-systems-have-been-left-exposed-online-despite-official-denials.
[16] New York Times, "A Pennsylvania Country's Election Day Nightmare Underscores Voting Machine Concerns," Nick Corasaniti, November 30, 2019, https://www.nytimes.com/2019/11/30/us/politics/pennsylvania-voting-machines.html.
[17] Stop Wall Street Looting Act, S.2155, https://www.congress.gov/bill/116th-congress/senate-bill/2155.

APP1205

    a. Which election technology companies, including all affiliates or related entities, has H.I.G. had a stake in or owned in the past twenty years? Please provide the name of and a brief description of the services each company provides or provided.

    b. For each election technology company H.I.G. had a stake in or owned in the past twenty years, including all affiliates or related entities, please provide the following information for each year that the firm has had a stake in or owned this company and the five years preceding the firm's investment.

        i. The name of the company
        ii. Ownership stake
        iii. Total revenue
        iv. Net income
        v. Percentage of revenue dedicated to research and development
        vi. Total number of employees
        vii. A list of all state and local jurisdictions with which the company has a contract to provide election related products or services
        viii. Other private-equity firms that own a stake in the company

3. Has any election technology company, including all affiliates or related entities, in which H.I.G. has an ownership stake or has had an ownership stake in the last twenty years, been found to have been in noncompliance with the EAC's Voluntary Voting System Guidelines? If so, please provide a copy of each EAC noncompliance notice received by the company and a description of what steps the company took to resolve each issue.

4. Has any election technology company, including all affiliates or related entities, in which H.I.G. has an ownership stake or has had an ownership stake in the last twenty years, been found to have been in noncompliance with any state or local voting system guidelines or practices? If so, please provide a list of all such instances and a description of what steps the company took to resolve each issue.

5. Has any election technology company, including all affiliates or related entities, in which H.I.G. has an ownership stake or has had an ownership stake in the last twenty years, been found to have violated any federal or state laws or regulations? If so, please provide a complete list, including the date and description, of all such violations.

6. Has any election technology company, including all affiliates or related entities, in which H.I.G. has an ownership stake or has had an ownership stake in the last twenty years, reached a settlement with any federal or state law enforcement entity related to a potential violation of any federal or state laws or regulations? If so, please provide a complete list, including the date and description, of all such settlements.

4

7. Has any election technology company, including all affiliates or related entities, in which H.I.G. has an ownership stake or has had an ownership stake in the past twenty years, reached a settlement with any state or local jurisdiction related to a potential violation of or breach of contract? If so, please provide a complete list, including the date and description, of all such settlements.

Thank you for your attention to this matter.

Sincerely,

Elizabeth Warren
United States Senator

Amy Klobuchar
United States Senator

Ron Wyden
United States Senator

Mark Pocan
Member of Congress

5

**APP1207**

# Congress of the United States
## Washington, DC 20510

December 6, 2019

Michael McCarthy
Chairman
McCarthy Group, LLC

████████████████████

Dear Mr. McCarthy:

We are writing to request information regarding McCarthy Group, LLC's (McCarthy Group) investment in Election Systems & Software (ES&S), one of three election technology vendors responsible for developing, manufacturing and maintaining the vast majority of voting machines and software in the United States, and to request information about your firm's structure and finances as it relates to this company.

Some private equity funds operate under a model where they purchase controlling interests in companies and implement drastic cost-cutting measures at the expense of consumers, workers, communities, and taxpayers. Recent examples include Toys "R" Us and Shopko.[1] For that reason, we have concerns about the spread and effect of private equity investment in many sectors of the economy, including the election technology industry—an integral part of our nation's democratic process. We are particularly concerned that secretive and "trouble-plagued companies,"[2] owned by private equity firms and responsible for manufacturing and maintaining voting machines and other election administration equipment, "have long skimped on security in favor of convenience," leaving voting systems across the country "prone to security problems."[3] In light of these concerns, we request that you provide information about your firm, the portfolio companies in which it has invested, the performance of those investments, and the ownership and financial structure of your funds.

Over the last two decades, the election technology industry has become highly concentrated, with a handful of consolidated vendors controlling the vast majority of the market. In the early

---

[1] Atlantic, "The Demise of Toys 'R' Us Is a Warning," Bryce Covert, July/August 2018 issue, https://www.theatlantic.com/magazine/archive/2018/07/toys-r-us-bankruptcy-private-equity/561758/; Axios, "How workers suffered from Shopko's bankruptcy while Sun Capital made money," Dan Primack, "How workers suffered from Shopko's bankruptcy while Sun Capital made money," June 11, 2019, https://www.axios.com/shopko-bankruptcy-sun-capital-547b97ba-901c-4201-92cc-6d3168357fa3.html.
[2] ProPublica, "The Market for Voting Machines Is Broken. This Company Has Thrived in It.," Jessica Huseman, October 28, 2019, https://www.propublica.org/article/the-market-for-voting-machines-is-broken-this-company-has-thrived-in-it.
[3] Associated Press News, "US Election Integrity Depends on Security-Challenged Firms," Frank Bajak, October 28, 2019, https://apnews.com/f6876669cb6b4e4c9850844f8e015b4c.

2000s, almost twenty vendors competed in the election technology market.[4] Today, three large vendors—ES&S, Dominion Voting Systems, and Hart InterCivic—collectively provide voting machines and software that facilitate voting for over 90% of all eligible voters in the United States.[5] Private equity firms reportedly own or control each of these vendors, with very limited "information available in the public domain about their operations and financial performance."[6] While experts estimate that the total revenue for election technology vendors is about $300 million, there is no publicly available information on how much those vendors dedicate to research and development, maintenance of voting systems, or profits and executive compensation.[7]

Concentration in the election technology market and the fact that vendors are often "more seasoned in voting machine and technical services contract negotiations" than local election officials, give these companies incredible power in their negotiations with local and state governments. As a result, jurisdictions are often caught in expensive agreements in which the same vendor both sells or leases, and repairs and maintains voting systems–leaving local officials dependent on the vendor, and the vendor with little incentive to substantially overhaul and improve its products.[8] In fact, the Election Assistance Commission (EAC), the primary federal body responsible for developing voluntary guidance on voting technology standards, advises state and local officials to consider "the cost to purchase or lease, operate, and maintain a voting system over its life span … [and to] know how the vendor(s) plan to be profitable" when signing contracts, because vendors typically make their profits by ensuring "that they will be around to maintain it after the sale." The EAC has warned election officials that "[i]f you do not manage the vendors, they will manage you." [9]

Election security experts have noted for years that our nation's election systems and infrastructure are under serious threat. In January 2017, the U.S. Department of Homeland Security designated the United States' election infrastructure as "critical infrastructure" in order to prioritize the protection of our elections and to more effectively assist state and local election officials in addressing these risks.[10] However, voting machines are reportedly falling apart across the country, as vendors neglect to innovate and improve important voting systems, putting our

---

[4] Bloomberg, "Private Equity Controls the Gatekeepers of American Democracy," Anders Melin and Reade Pickert, November 3, 2018, https://www.bloomberg.com/news/articles/2018-11-03/private-equity-controls-the-gatekeepers-of-american-democracy.
[5] Penn Wharton Public Policy Initiative, "The Business of Voting," July 2018,
https://publicpolicy.wharton.upenn.edu/live/files/270-the-business-of-voting.
[6] Id.
[7] Id.
[8] Brennan Center for Justice, "America's Voting Machines at Risk," Lawrence Norden and Christopher Famighetti, 2015, https://www.brennancenter.org/sites/default/files/publications/Americas_Voting_Machines_At_Risk.pdf; Penn Wharton Public Policy Initiative, "The Business of Voting," July 2018,
https://publicpolicy.wharton.upenn.edu/live/files/270-the-business-of-voting.
[9] U.S. Election Assistance Commission, "Ten Things to Know About Selecting a Voting System," October 14, 2017, https://www.eac.gov/documents/2017/10/14/ten-things-to-know-about-selecting-a-voting-system-cybersecurity-voting-systems-voting-technology/.
[10] Department of Homeland Security, "Statement by Secretary Jeh Johnson on the Designation of Election Infrastructure as a Critical Infrastructure Subsector," January 6, 2017,
https://www.dhs.gov/news/2017/01/06/statement-secretary-johnson-designation-election-infrastructure-critical.

elections at avoidable and increased risk.[11] In 2015, election officials in at least 31 states, representing approximately 40 million registered voters, reported that their voting machines needed to be updated, with almost every state "using some machines that are no longer manufactured."[12] Moreover, even when state and local officials work on replacing antiquated machines, many continue to "run on old software that will soon be outdated and more vulnerable to hackers."[13]

In 2018 alone "voters in South Carolina [were] reporting machines that switched their votes after they'd inputted them, scanners [were] rejecting paper ballots in Missouri, and busted machines [were] causing long lines in Indiana."[14] In addition, researchers recently uncovered previously undisclosed vulnerabilities in "nearly three dozen backend election systems in 10 states."[15] And, just this year, after the Democratic candidate's electronic tally showed he received an improbable 164 votes out of 55,000 cast in a Pennsylvania state judicial election in 2019, the county's Republican Chairwoman said, "[n]othing went right on Election Day. Everything went wrong. That's a problem."[16] These problems threaten the integrity of our elections and demonstrate the importance of election systems that are strong, durable, and not vulnerable to attack.

McCarthy Group reportedly owns or has had investments in ES&S, a major election technology vendor. In order to help us understand your firm's role in this sector, we ask that you provide answers to the following questions no later than December 20, 2019.

1.  Please provide the disclosure documents and information enumerated in Sections 501 and 503 of the *Stop Wall Street Looting Act*.[17]

2.  Which election technology companies, including all affiliates or related entities, does McCarthy Group have a stake in or own? Please provide the name of and a brief description of the services each company provides.

    a.  Which election technology companies, including all affiliates or related entities, has McCarthy Group had a stake in or owned in the past twenty

---

[11] AP News, "US election integrity depends on security-challenged firms," Frank Bajak, October 29, 2018, https://apnews.com/f6876669cb6b4e4c9850844f8e015b4c; Penn Wharton Public Policy Initiative, "The Business of Voting," July 2018, https://publicpolicy.wharton.upenn.edu/live/files/270-the-business-of-voting.

[12] Brennan Center for Justice, "America's Voting Machines at Risk," Lawrence Norden and Christopher Famighetti, 2015, https://www.brennancenter.org/sites/default/files/publications/Americas_Voting_Machines_At_Risk.pdf.

[13] Associated Press, "AP Exclusive: New election systems use vulnerable software," Tami Abdollah, July 13, 2019, https://apnews.com/e5e070c31f3c497fa9e6875f426ccde1.

[14] Vice, "Here's Why All the Voting Machines Are Broken and the Lines Are Extremely Long," Jason Koebler and Matthew Gault, November 6, 2018, https://www.vice.com/en_us/article/59vzgn/heres-why-all-the-voting-machines-are-broken-and-the-lines-are-extremely-long.

[15] Vice, "Exclusive: Critical U.S. Election Systems Have Been Left Exposed Online Despite Official Denials," Kim Zetter, August 8, 2019, https://www.vice.com/en_us/article/3kxzk9/exclusive-critical-us-election-systems-have-been-left-exposed-online-despite-official-denials.

[16] New York Times, "A Pennsylvania Country's Election Day Nightmare Underscores Voting Machine Concerns," Nick Corasaniti, November 30, 2019, https://www.nytimes.com/2019/11/30/us/politics/pennsylvania-voting-machines.html.

[17] Stop Wall Street Looting Act, S.2155, https://www.congress.gov/bill/116th-congress/senate-bill/2155.

APP1210

years? Please provide the name of and a brief description of the services each company provides or provided.

b.  For each election technology company McCarthy Group had a stake in or owned in the past twenty years, including all affiliates or related entities, please provide the following information for each year that the firm has had a stake in or owned this company and the five years preceding the firm's investment.
   i.   The name of the company
   ii.  Ownership stake
   iii. Total revenue
   iv.  Net income
   v.   Percentage of revenue dedicated to research and development
   vi.  Total number of employees
   vii. A list of all state and local jurisdictions with which the company has a contract to provide election related products or services
   viii. Other private-equity firms that own a stake in the company

3. Has any election technology company, including all affiliates or related entities, in which McCarthy Group has an ownership stake or has had an ownership stake in the last twenty years, been found to have been in noncompliance with the EAC's Voluntary Voting System Guidelines? If so, please provide a copy of each EAC noncompliance notice received by the company and a description of what steps the company took to resolve each issue.

4. Has any election technology company, including all affiliates or related entities, in which McCarthy Group has an ownership stake or has had an ownership stake in the last twenty years, been found to have been in noncompliance with any state or local voting system guidelines or practices? If so, please provide a list of all such instances and a description of what steps the company took to resolve each issue.

5. Has any election technology company, including all affiliates or related entities, in which McCarthy Group has an ownership stake or has had an ownership stake in the last twenty years, been found to have violated any federal or state laws or regulations? If so, please provide a complete list, including the date and description, of all such violations.

6. Has any election technology company, including all affiliates or related entities, in which McCarthy Group has an ownership stake or has had an ownership stake in the last twenty years, reached a settlement with any federal or state law enforcement entity related to a potential violation of any federal or state laws or regulations? If so, please provide a complete list, including the date and description, of all such settlements.

7. Has any election technology company, including all affiliates or related entities, in which McCarthy Group has an ownership stake or has had an ownership stake in the

4

past twenty years, reached a settlement with any state or local jurisdiction related to a potential violation of or breach of contract? If so, please provide a complete list, including the date and description, of all such settlements.

Thank you for your attention to this matter.

Sincerely,

Elizabeth Warren
United States Senator

Amy Klobuchar
United States Senator

Ron Wyden
United States Senator

Mark Pocan
Member of Congress

5

# Congress of the United States
## Washington, DC 20510

December 6, 2019

Stephen D. Owens
Managing Director
Staple Street Capital Group, LLC

███████████████████████

Hootan Yaghoobzadeh
Managing Director
Staple Street Capital Group, LLC

███████████████████████

Dear Messrs. Owens and Yaghoobzadeh:

We are writing to request information regarding Staple Street Capital Group, LLC's (Staple Street) investment in Dominion Voting System (Dominion) one of three election technology vendors responsible for developing, manufacturing and maintaining the vast majority of voting machines and software in the United States, and to request information about your firm's structure and finances as it relates to this company.

Some private equity funds operate under a model where they purchase controlling interests in companies and implement drastic cost-cutting measures at the expense of consumers, workers, communities, and taxpayers. Recent examples include Toys "R" Us and Shopko.[1] For that reason, we have concerns about the spread and effect of private equity investment in many sectors of the economy, including the election technology industry—an integral part of our nation's democratic process. We are particularly concerned that secretive and "trouble-plagued companies,"[2] owned by private equity firms and responsible for manufacturing and maintaining voting machines and other election administration equipment, "have long skimped on security in favor of convenience," leaving voting systems across the country "prone to security problems."[3] In light of these concerns, we request that you provide information about your firm, the portfolio

---

[1] Atlantic, "The Demise of Toys 'R' Us Is a Warning," Bryce Covert, July/August 2018 issue, https://www.theatlantic.com/magazine/archive/2018/07/toys-r-us-bankruptcy-private-equity/561758/; Axios, "How workers suffered from Shopko's bankruptcy while Sun Capital made money," Dan Primack, "How workers suffered from Shopko's bankruptcy while Sun Capital made money," June 11, 2019, https://www.axios.com/shopko-bankruptcy-sun-capital-547b97ba-901c-4201-92cc-6d3168357fa3.html.
[2] ProPublica, "The Market for Voting Machines Is Broken. This Company Has Thrived in It.," Jessica Huseman, October 28, 2019, https://www.propublica.org/article/the-market-for-voting-machines-is-broken-this-company-has-thrived-in-it.
[3] Associated Press News, "US Election Integrity Depends on Security-Challenged Firms," Frank Bajak, October 28, 2019, https://apnews.com/f6876669cb6b4e4c9850844f8e015b4c.

companies in which it has invested, the performance of those investments, and the ownership and financial structure of your funds.

Over the last two decades, the election technology industry has become highly concentrated, with a handful of consolidated vendors controlling the vast majority of the market. In the early 2000s, almost twenty vendors competed in the election technology market.[4] Today, three large vendors—Election Systems & Software, Dominion, and Hart InterCivic—collectively provide voting machines and software that facilitate voting for over 90% of all eligible voters in the United States.[5] Private equity firms reportedly own or control each of these vendors, with very limited "information available in the public domain about their operations and financial performance."[6] While experts estimate that the total revenue for election technology vendors is about $300 million, there is no publicly available information on how much those vendors dedicate to research and development, maintenance of voting systems, or profits and executive compensation.[7]

Concentration in the election technology market and the fact that vendors are often "more seasoned in voting machine and technical services contract negotiations" than local election officials, give these companies incredible power in their negotiations with local and state governments. As a result, jurisdictions are often caught in expensive agreements in which the same vendor both sells or leases, and repairs and maintains voting systems–leaving local officials dependent on the vendor, and the vendor with little incentive to substantially overhaul and improve its products.[8] In fact, the Election Assistance Commission (EAC), the primary federal body responsible for developing voluntary guidance on voting technology standards, advises state and local officials to consider "the cost to purchase or lease, operate, and maintain a voting system over its life span … [and to] know how the vendor(s) plan to be profitable" when signing contracts, because vendors typically make their profits by ensuring "that they will be around to maintain it after the sale." The EAC has warned election officials that "[i]f you do not manage the vendors, they will manage you."[9]

Election security experts have noted for years that our nation's election systems and infrastructure are under serious threat. In January 2017, the U.S. Department of Homeland Security designated the United States' election infrastructure as "critical infrastructure" in order to prioritize the protection of our elections and to more effectively assist state and local election

---

[4] Bloomberg, "Private Equity Controls the Gatekeepers of American Democracy," Anders Melin and Reade Pickert, November 3, 2018, https://www.bloomberg.com/news/articles/2018-11-03/private-equity-controls-the-gatekeepers-of-american-democracy.

[5] Penn Wharton Public Policy Initiative, "The Business of Voting," July 2018, https://publicpolicy.wharton.upenn.edu/live/files/270-the-business-of-voting.

[6] Id.

[7] Id.

[8] Brennan Center for Justice, "America's Voting Machines at Risk," Lawrence Norden and Christopher Famighetti, 2015, https://www.brennancenter.org/sites/default/files/publications/Americas_Voting_Machines_At_Risk.pdf; Penn Wharton Public Policy Initiative, "The Business of Voting," July 2018, https://publicpolicy.wharton.upenn.edu/live/files/270-the-business-of-voting.

[9] U.S. Election Assistance Commission, "Ten Things to Know About Selecting a Voting System," October 14, 2017, https://www.eac.gov/documents/2017/10/14/ten-things-to-know-about-selecting-a-voting-system-cybersecurity-voting-systems-voting-technology/.

officials in addressing these risks.[10] However, voting machines are reportedly falling apart across the country, as vendors neglect to innovate and improve important voting systems, putting our elections at avoidable and increased risk.[11] In 2015, election officials in at least 31 states, representing approximately 40 million registered voters, reported that their voting machines needed to be updated, with almost every state "using some machines that are no longer manufactured."[12] Moreover, even when state and local officials work on replacing antiquated machines, many continue to "run on old software that will soon be outdated and more vulnerable to hackers."[13]

In 2018 alone "voters in South Carolina [were] reporting machines that switched their votes after they'd inputted them, scanners [were] rejecting paper ballots in Missouri, and busted machines [were] causing long lines in Indiana."[14] In addition, researchers recently uncovered previously undisclosed vulnerabilities in "nearly three dozen backend election systems in 10 states."[15] And, just this year, after the Democratic candidate's electronic tally showed he received an improbable 164 votes out of 55,000 cast in a Pennsylvania state judicial election in 2019, the county's Republican Chairwoman said, "[n]othing went right on Election Day. Everything went wrong. That's a problem."[16] These problems threaten the integrity of our elections and demonstrate the importance of election systems that are strong, durable, and not vulnerable to attack.

 Staple Street reportedly owns or has had investments in Dominion, a major election technology vendor. In order to help us understand your firm's role in this sector, we ask that you provide answers to the following questions no later than December 20, 2019.

   1. Please provide the disclosure documents and information enumerated in Sections 501 and 503 of the *Stop Wall Street Looting Act*.[17]

   2. Which election technology companies, including all affiliates or related entities, does Staple Street have a stake in or own? Please provide the name of and a brief description of the services each company provides.

---

[10] Department of Homeland Security, "Statement by Secretary Jeh Johnson on the Designation of Election Infrastructure as a Critical Infrastructure Subsector," January 6, 2017, https://www.dhs.gov/news/2017/01/06/statement-secretary-johnson-designation-election-infrastructure-critical.
[11] AP News, "US election integrity depends on security-challenged firms," Frank Bajak, October 29, 2018, https://apnews.com/f6876669cb6b4e4c9850844f8e015b4c; Penn Wharton Public Policy Initiative, "The Business of Voting," July 2018, https://publicpolicy.wharton.upenn.edu/live/files/270-the-business-of-voting.
[12] Brennan Center for Justice, "America's Voting Machines at Risk," Lawrence Norden and Christopher Famighetti, 2015, https://www.brennancenter.org/sites/default/files/publications/Americas_Voting_Machines_At_Risk.pdf.
[13] Associated Press, "AP Exclusive: New election systems use vulnerable software," Tami Abdollah, July 13, 2019, https://apnews.com/e5e070c31f3c497fa9e6875f426ccde1.
[14] Vice, "Here's Why All the Voting Machines Are Broken and the Lines Are Extremely Long," Jason Koebler and Matthew Gault, November 6, 2018, https://www.vice.com/en_us/article/59vzgn/heres-why-all-the-voting-machines-are-broken-and-the-lines-are-extremely-long.
[15] Vice, "Exclusive: Critical U.S. Election Systems Have Been Left Exposed Online Despite Official Denials," Kim Zetter, August 8, 2019, https://www.vice.com/en_us/article/3kxzk9/exclusive-critical-us-election-systems-have-been-left-exposed-online-despite-official-denials.
[16] New York Times, "A Pennsylvania Country's Election Day Nightmare Underscores Voting Machine Concerns," Nick Corasaniti, November 30, 2019, https://www.nytimes.com/2019/11/30/us/politics/pennsylvania-voting-machines.html.
[17] Stop Wall Street Looting Act, S.2155, https://www.congress.gov/bill/116th-congress/senate-bill/2155.

**APP1215**

a. Which election technology companies, including all affiliates or related entities, has Staple Street had a stake in or owned in the past twenty years? Please provide the name of and a brief description of the services each company provides or provided.

b. For each election technology company Staple Street had a stake in or owned in the past twenty years, including all affiliates or related entities, please provide the following information for each year that the firm has had a stake in or owned this company and the five years preceding the firm's investment.
   i. The name of the company
   ii. Ownership stake
   iii. Total revenue
   iv. Net income
   v. Percentage of revenue dedicated to research and development
   vi. Total number of employees
   vii. A list of all state and local jurisdictions with which the company has a contract to provide election related products or services
   viii. Other private-equity firms that own a stake in the company

3. Has any election technology company, including all affiliates or related entities, in which Staple Street has an ownership stake or has had an ownership stake in the last twenty years, been found to have been in noncompliance with the EAC's Voluntary Voting System Guidelines? If so, please provide a copy of each EAC noncompliance notice received by the company and a description of what steps the company took to resolve each issue.

4. Has any election technology company, including all affiliates or related entities, in which Staple Street has an ownership stake or has had an ownership stake in the last twenty years, been found to have been in noncompliance with any state or local voting system guidelines or practices? If so, please provide a list of all such instances and a description of what steps the company took to resolve each issue.

5. Has any election technology company, including all affiliates or related entities, in which Staple Street has an ownership stake or has had an ownership stake in the last twenty years, been found to have violated any federal or state laws or regulations? If so, please provide a complete list, including the date and description, of all such violations.

6. Has any election technology company, including all affiliates or related entities, in which Staple Street has an ownership stake or has had an ownership stake in the last twenty years, reached a settlement with any federal or state law enforcement entity related to a potential violation of any federal or state laws or regulations? If so, please provide a complete list, including the date and description, of all such settlements.

4

7. Has any election technology company, including all affiliates or related entities, in which Staple Street has an ownership stake or has had an ownership stake in the past twenty years, reached a settlement with any state or local jurisdiction related to a potential violation of or breach of contract? If so, please provide a complete list, including the date and description, of all such settlements.

Thank you for your attention to this matter.

Sincerely,

Elizabeth Warren
United States Senator

Amy Klobuchar
United States Senator

Ron Wyden
United States Senator

Mark Pocan
Member of Congress

5

# Exhibit K-6

🔒 **Page Vault**

| | |
|---|---|
| Document title: | Trump Lawyers Powell and Giuliani Claim 'Massive' Vote Rigging By Dominion, Allege Company Link to Antifa › American Greatness |
| Capture URL: | https://amgreatness.com/2020/11/16/trump-lawyers-powell-and-giuliani-claim-massive-vote-rigging-by-dominion-allege-company-link-to-antifa/ |
| Page loaded at (UTC): | Tue, 28 Nov 2023 16:49:16 GMT |
| Capture timestamp (UTC): | Tue, 28 Nov 2023 16:51:44 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 14 |
| Capture ID: | 4aPDTAGvEaJVrfrDNXAPcU |
| User: | jw-mvillalpando |

PDF REFERENCE #:     8RGvZZ43fYHXCTTYAFfXd4

**APP1219**



**NEWS**

# Trump Lawyers Powell and Giuliani Claim 'Massive' Vote Rigging By Dominion, Allege Company Link to Antifa

*By Debra Heine*    *November 16, 2020*

Two members of President Trump's legal team and the president himself are claiming to have discovered evidence of massive election fraud generated by software produced by Smartmatic and Dominion Voting Systems.



**Donald J. Trump** @realDonaldTrump · Follow

Dominion is running our Election. Rigged!

**Donald J. Trump** @realDonaldTrump

Document title: Trump Lawyers Powell and Giuliani Claim 'Massive' Vote Rigging By Dominion, Allege Company Link to Antifa › American Greatness
Capture URL: https://amgreatness.com/2020/11/16/trump-lawyers-powell-and-giuliani-claim-massive-vote-rigging-by-dominion-allege-company-link-to-antifa/
Capture timestamp (UTC): Tue, 28 Nov 2023 16:51:44 GMT

**APP1220**

☰  **AG** AMERICAN GREATNESS    🔍 Search    Join AG+    Log In

Dominion is running our Election. Rigged!



Donald J. Trump @realDonaldTrump

1:26 PM · Nov 16, 2020

♥ 108.1K    Reply    Copy link

Read 8.5K replies



Urologist: Enlarged Prostate? Do This Immediately (Genius!)



Elon: Cut Your Electric Bill By 90%

Sidney Powell, lead lawyer for former National Security Advisor Lt. Gen. (Ret.) Michael Flynn, and Trump's personal lawyer Rudy Giuliani are both alleging that statistical evidence shows hundreds of thousands of votes switched from Trump to the "projected winner" Joe Biden and that President Trump actually won the election in a landslide.

According to Giuliani, the president has no intention of conceding and is "vigorously" contesting the election in court." During an interview with Fox Business host Maria Bartiromo, Giuliani also revealed stunning information regarding a top officer at Dominion. Giuliani was alluding to Eric Coomer, allegedly the Voting Systems Officer of Strategy and Security at Dominion. The former New York mayor called him "a big supporter of antifa" who has written "horrible things about the president" on social media.

On Friday, Powell told Fox Business host Lou Dobbs that she was about to "release the Kraken" to prove it, saying she could "hardly wait to put forth all the evidence we have collected on Dominion."

"President Trump won this election in a landslide," Powell told Dobbs. "It's going to be irrefutable. Patriots are coming forward every day, all day, faster than we can collect their information."

  

"President Trump won this election in a landslide," Powell told Dobbs. "It's going to be irrefutable. Patriots are coming forward every day, all day, faster than we can collect their information."

"We've got statistical evidence of just hundreds of thousands of votes just being put in and replicated," she added, before calling for a "massive criminal investigation," which she says will "affect millions of voters and elections."

"People need to come forward now and get on the right side of this issue and report the fraud they know existed in Dominion Voting Systems because that's what it was created to do," she continued. "It was its sole original purpose, it has been used all over the world to defy the will of people who wanted freedom."

Both Dominion and Smartmatic both deny the allegations.

In a statement on its website, Dominion Voting Systems said that it "categorically denies false assertions about vote switching issues." Smartmatic meanwhile said in a statement says it "has never provided Dominion Voting Systems with any software, hardware or other technology. The two companies are competitors in the marketplace."



Powell told Fox News's Maria Bartiromo on Sunday that votes cast for Trump through Dominion and Smartmatic were simply "wiped away." She also revealed that retired Admiral Peter Neffenger, president and a board member of Smartmatic, has joined Biden's presidential transition team, which she predicted would soon be "nonexistent" because "we're fixing to

  

Powell told Fox News's Maria Bartiromo on Sunday that votes cast for Trump through Dominion and Smartmatic were simply "wiped away." She also revealed that retired Admiral Peter Neffenger, president and a board member of Smartmatic, has joined Biden's presidential transition team, which she predicted would soon be "nonexistent" because "we're fixing to overturn the results of the election in multiple states."

The attorney told Bartiromo: "President Trump won by not just hundreds of thousands of votes, but by millions of votes that were shifted by this software that was designed expressly for that purpose. We have sworn witness testimony of why the software was designed. It was designed to rig elections." She added that the witness was "fully briefed on it" and "saw it happen in other countries."

"It was exported internationally for profit by the people that are behind Smartmatic and Dominion," Powell told Bartiromo. "They did this on purpose. It was calculated. They have done it before."

She said she's seen overwhelming evidence of the election fraud and it keeps coming in.

"We have evidence from 2016 in California. We have so much evidence, I feel like it's coming in through a fire hose," she said.

Bartiromo pointed out that Trump's legal team have very little time to prove the fraud, since the election is supposed to be certified in early December:

"Well, let me put it this way," Powell said. "First of all, I never say anything I can't prove. Secondly, the evidence is coming in so fast, I can't even process it all. Millions of Americans have written, I would say, by now. Definitely, hundreds of thousands have stepped forward with their different experiences of voter fraud.

But this is a massive election fraud, and I'm very concerned it involved not only Dominion and its Smartmatic software, but that the software essentially was used by other election machines also. It's the software that was the problem."

Document title: Trump Lawyers Powell and Giuliani Claim 'Massive' Vote Rigging By Dominion, Allege Company Link to Antifa › American Greatness
Capture URL: https://amgreatness.com/2020/11/16/trump-lawyers-powell-and-giuliani-claim-massive-vote-rigging-by-dominion-allege-company-link-to-antifa/
Capture timestamp (UTC): Tue, 28 Nov 2023 16:51:44 GMT
Page 4 of 13

APP1223

 

She continued:

> *"Even their own manual explains how votes can be wiped away. They can put — it's like drag-and-drop — Trump votes to a separate folder and then delete that folder. It's absolutely brazen how people bought this system and why they bought this system.*
>
> *In fact, every state that bought Dominion, for sure, should have a criminal investigation or at least a serious investigation of the federal — of the officers in the states who bought the software. We have even got evidence of some kickbacks, essentially."*

Powell said she's collecting evidence from various whistle-blowers, who are "aware of substantial sums of money being given to family members of state officials who bought this software."

She blasted the U.S. government for ignoring complaints, even from Democrats such as Sens. Elizabeth Warren and Amy Klobuchar, who complained in 2019 about "secretive and trouble-plagued companies that are responsible for manufacturing and maintaining voting machines and other election administration equipment," but have "skimped on security...leaving voting systems across the country prone to security problems," including vote switching.

Powell said Dominion's manual — "if you sat down and read it, would explain how and why no honest person would use this system. And it's not just Dominion. There are other companies in the voting machine business in this country, too, that may very well and are likely using the same software.

"We have detected voting irregularities that are inexplicable and aligned with these problems in other states that think they have valid systems. But the people who bought the Dominion system, for sure, knew exactly what they were getting. It should never have been installed anywhere.

Document title: Trump Lawyers Powell and Giuliani Claim 'Massive' Vote Rigging By Dominion, Allege Company Link to Antifa › American Greatness
Capture URL: https://amgreatness.com/2020/11/16/trump-lawyers-powell-and-giuliani-claim-massive-vote-rigging-by-dominion-allege-company-link-to-antifa/
Capture timestamp (UTC): Tue, 28 Nov 2023 16:51:44 GMT

**APP1224**

 

"And we are going to show the public exactly how rotten the entire state is."

According to Powell, "They can watch votes in real time. They can shift votes in real time. We have identified mathematically the exact algorithm they used and planned to use from the beginning to modify the votes, in this case, to make sure Biden won…And they can do anything they want with the votes. They can have the machines not read the signature. They can have the machines not read the down-ballot. They can make the machines read and catalog only the Biden vote.

"It's like drag-and-drop whatever you want, wherever you want, upload votes."

She called it "massive election fraud" that's "going to undo the entire election."

"In fact, we have got math in Michigan and Pennsylvania, I think it is, that, all of a sudden, hundreds of thousands of votes at a 67 percent ratio for Biden, 23 percent for Trump were uploaded multiple times into the system."

Powell said she has a sworn statement from a witness who knows exactly how the alleged fraud worked.

President Trump, in a flurry of tweets over the weekend, wrote in all caps; "I WON THE ELECTION!"

He also alluded to problems with Dominion Voting Systems, which he said was "turned down by Texas and many others because it was not good or secure."

"Why does the Fake News Media continuously assume that Joe Biden will ascend to the Presidency, not even allowing our side to show, which we are just getting ready to do, how badly shattered and violated our great Constitution has been in the 2020 Election," Trump tweeted on Sunday.

"It was attacked, perhaps like never before! From large numbers of Poll Watchers that were thrown out of vote counting rooms in many of our States, to millions of ballots that have been altered by Democrats, only for Democrats, to voting after the Election was over, to using Radical Left owned Dominion Voting Systems, turned down by Texas and many others because it was not good or secure, those responsible for the safeguarding of our Constitution cannot allow the

Document title: Trump Lawyers Powell and Giuliani Claim 'Massive' Vote Rigging By Dominion, Allege Company Link to Antifa › American Greatness
Capture URL: https://amgreatness.com/2020/11/16/trump-lawyers-powell-and-giuliani-claim-massive-vote-rigging-by-dominion-allege-company-link-to-antifa/
Capture timestamp (UTC): Tue, 28 Nov 2023 16:51:44 GMT

**APP1225**

 

altered by Democrats, only for Democrats, to voting after the Election was over, to using Radical Left owned Dominion Voting Systems, turned down by Texas and many others because it was not good or secure, those responsible for the safeguarding of our Constitution cannot allow the Fake results of the 2020 Mail-In Election to stand. The world is watching!"



Giuliani told Bartiromo that President Trump is outraged by the vast amount of vote rigging that went on through a foreign company that has close ties to Venezuela and China.

It's way beyond what people think," he said. "It [Dominion] uses Venezuelan software that's been used to steal elections in other countries," he said, stressing that the company is a national security threat.

Giuliani added that Dominion is "a radical left company" that employs "a big supporter of antifa" who has written "horrible things about the president" on social media for years.

The former New York Mayor was referring to Eric Coomer, who joined Dominion as Vice President of U.S. Engineering in 2010 and was later later promoted to Voting Systems Officer of Strategy and Security. Coomer's name was recently removed from the Dominion page of directors.

Giuliani also claimed that Dominion's software is handled by Smartmatic, a company that was founded by Hugo Chavez, the former dictator of Venezuela.

Document title: Trump Lawyers Powell and Giuliani Claim 'Massive' Vote Rigging By Dominion, Allege Company Link to Antifa › American Greatness
Capture URL: https://amgreatness.com/2020/11/16/trump-lawyers-powell-and-giuliani-claim-massive-vote-rigging-by-dominion-allege-company-link-to-antifa/
Capture timestamp (UTC): Tue, 28 Nov 2023 16:51:44 GMT

  

directors.

Giuliani also claimed that Dominion's software is handled by Smartmatic, a company that was founded by Hugo Chavez, the former dictator of Venezuela.

"It's been used to cheat in elections in South America. It was banned by the United States about a decade ago. It's come back now as a subcontractor to other countries," he explained.

"This company has tried and true methods for fixing elections," he said, which includes calling a halt to the vote counting when their candidate is falling to far behind.



In a stunning interview on Friday, Joe Oltman, the founder of Faith Education Commerce United, revealed how he came to find out that an antifa radical was a top official of the company and shareholder.

Earlier this year, Oltman was named an Entrepreneur Of The Year® 2020 Mountain Desert Region Award finalist for starting PIN Business Network, "a Data as a Service (DaaS) company that privatizes and leverages first-party data to enable businesses to thrive."

He told conservative commentator Michelle Malkin that he had infiltrated Antifa and was able to get in on a call with antifa members and supporters in late September discussing the upcoming election.

Document title: Trump Lawyers Powell and Giuliani Claim 'Massive' Vote Rigging By Dominion, Allege Company Link to Antifa › American Greatness
Capture URL: https://amgreatness.com/2020/11/16/trump-lawyers-powell-and-giuliani-claim-massive-vote-rigging-by-dominion-allege-company-link-to-antifa/
Capture timestamp (UTC): Tue, 28 Nov 2023 16:51:44 GMT

 

He told conservative commentator Michelle Malkin that he had infiltrated Antifa and was able to get in on a call with antifa members and supporters in late September discussing the upcoming election.

He described how the leftists on the call—which included members of the corporate media—repeatedly used the word "fascist" to describe their political opponents.

"It's unbelievable how they speak to each other," Oltman said.

The entrepreneur told Malkin that at one point during the call, he heard someone named Eric tell the antifa members they needed to "keep up the pressure."

When someone asked, "Who's Eric?" one of the other participants answered, "Eric, he's the Dominion guy," he said. Oltman said that at the time he didn't know what Dominion was, but he wrote the information down in the notes he took during the call.

Oltman said that as the conversation continued, someone asked, "What are we gonna do if f*cking Trump wins?" Oltman paraphrased how Eric from Dominion responded, "Don't worry about the election, Trump's not gonna win. I made f*cking sure of that, hahaha!"

After Oltman finished the call, he started to investigate "Eric from Dominion," and realized it was Eric Coomer, Dominion's Voting Systems Officer. He said it seemed odd to him that an officer from a voting software company would be on an Antifa call because that at the time he knew nothing about Dominion Voting Systems. Oltman said he was ashamed to admit that didn't know the voting software was being used in multiple states.

He said it wasn't until he heard more about Dominion Voting Systems in the news following the election that he remembered the remarks made by "Eric from Dominion" during the Antifa chat.

"The deeper I got into it, the worse it got," he said. "Because he had his fingerprints everywhere."

"If you look at some of the patents he's written ... and you look at the people who were associated with him in those patents, it would scare you," he said.

Oltman said he began digging into Coomer's background, and accessed what he claims was Eric Coomer's Facebook page.



associated with him in those patents, it would scare you," he said.

Oltman said he began digging into Coomer's background, and accessed what he claims was Eric Coomer's Facebook page.

He said he's never seen such hate and vitriol coming from someone who has a Ph.D. in Nuclear Physics. Oltman explained to Malkin that Coomer actually re-posted the Antifa manifesto to President Trump on his Facebook page.

Before that, he posted YouTube videos of songs that said "f—k the police," and "f—k the USA," Oltman said.

He pointed out that Dominion "is in 40 states and handle most of the elections in 28 states."

"The market share of Dominion is why this reaches from conspiracy theory to conspiracy truth," Malkin remarked.

"It is truth. It's 100 percent truth," Oltman insisted. "I'm betting everything on it."



Michelle Malkin
@michellemalkin · Follow

#MalkinLive: Election update

pscp.tv
#MalkinLive: Election update



### Related Articles

**Meet the Drug Trafficker Who Claims He Partied with Obama in 1999**

**Déjà Vu in Washington**

**How RICO Law Designed For the Mob Is Weaponized Against Trump in GA**





Share on

### About Debra Heine

Debra Heine is a conservative Catholic mom of six and longtime political pundit. She has written for several conservative news websites over the years, including Breitbart and PJ Media.

Archive

Photo: (Photo by Joshua Roberts/Getty Images)

## Around The Web



This Weird Method Can Restore Your Vision Naturally (Watch)
Live Healthy Today

The Coolest Gift for kids' Birthdays and Holidays
Libiyi

Your Memory is Photographic if You Can Name 16/30 of These Shows Correctly
Dad Patrol

2023 Silver American Eagle Soliver Coin, Silver Spot Price
quesell

Ears Ringing? when Tinnitus Won't Stop, Do This [Its Genius]
doctors · health · quest · corrers

[Watch] Rub This Blue Plant on Your Face Instead of Using Cream [Crazy Results]
Neotonics

 **AMERICAN GREATNESS**

☰   Search   Join AG+   Log In

This Weird Method Can Restore Your Vision Naturally (Watch)
Live Healthy Today

The Coolest Gift for Kids Birthdays and Holidays
Libey

Your Memory is Photographic if You Can Name 16/30 of These Shows Correctly
Dad Patrol



2023 Silver American Eagle Soliver Coin, Silver Spot Price
Sursell



Ears Ringing? when Tinnitus Won't Stop, Do This [Its Genius]
doctors-health-quest-secrets



[Watch] Rub This Blue Plant on Your Face Instead of Using Cream [Crazy Results]
beverlogies



The Christmas Gift Kids Are Completely Obsessed With!
Dotmalls

[Doctor's Shocked] Unusual Tea Trick Proves to Shed Unwanted Belly Fat Fast
KetoSlim



Moles and Skin Tags Can Be Quickly Removed by Just Doing This
Frmy Pet Fear

---

**ABOUT**
Meet the Team
Our Declaration
Winston 84

**SECTIONS**
Elections
Greatness Agenda
Great America
First Principles

**SOCIAL**
Facebook
Twitter
Parler

**SUPPORT**
Contact
Privacy Policy
Terms of Service

©2013 – 2023 American Greatness. All rights reserved.
America's Talking is a registered trademark of Braveheart Media Holdings LLC. All rights reserved.

# Exhibit K-7

MP4 File (Election Company_Venezuela Result was Tampered)

# Exhibit K-8

The Wayback Machine - https://web.archive.org/web/20201117152603/https://www.nytimes.com/2020/11/14/...

**The New York Times**   https://nyti.ms/3iys6Rt

# Giuliani adds fuel to discredited theories about voting machines.

 **By Zach Montague**

Nov. 14, 2020

Rudolph W. Giuliani, the president's personal lawyer, continued on Saturday his effort to delegitimize votes cast through electronic voting machines, citing several conspiracies connected to the companies that make the machines and the software they run in a post on Twitter.

Looking to sow doubt about the vote count in multiple swing states that were recently called for President-elect Joseph R. Biden Jr., Mr. Giuliani hinted support for a discredited theory that one of the companies that manufactures the voting machines used in some states, Smartmatic, is controlled by the billionaire philanthropist George Soros.

"Look up SMARTMATIC and tweet me what you think?" Mr. Giuliani wrote. "It will all come out."

Hours later, President Trump picked up a similar refrain, stating in a tweet that the election was "stolen" by "privately owned Radical Left company, Dominion," without providing evidence or explaining why Dominion was distinct among the many other privately owned election system vendors that routinely administer elections in the United States.

Speculation that Mr. Soros has any influence over Smartmatic or its operations has been thoroughly debunked, and he does not own the company. Mr. Soros's

distant connection to the company is through his association with Smartmatic's chairman, Mark Malloch-Brown, who is on the board of Mr. Soros's Open Society Foundation.

Smartmatic has been used in elections around the world. In Venezuela's election, the software was manipulated to report a skewed tally. But the company said that it was an anomaly and cited the lack of election monitors as part of the problem. In the United States, monitors from both parties are allowed to watch vote counting.

In the tweet, Mr. Giuliani appeared to backtrack on an earlier claim that Dominion Voting Systems, which makes the secure software used by voting machines, was involved in changing tallies, claiming that the company was in fact a "front" for Smartmatic, which he claimed was really doing the computing. Mr. Giuliani had previously said he was in contact with "whistle-blowers" from Dominion, and he claimed, despite overwhelming evidence to the contrary, that the company had altered vote tallies in battleground states that had elected Mr. Biden such as Michigan and Georgia.

On Friday, Dominion pushed back against related claims, citing a joint statement by the Department of Homeland Security stating that there was "no evidence that any voting system deleted or lost votes, changed votes, or was in any way compromised."

On Thursday, a group of federal, state and local officials working with the department said the election was "the most secure in American history."

# Exhibit K-9

**🔒 Page Vault**

| | |
|---|---|
| Document title: | (20) Elections Canada on X: "Elections Canada does not use Dominion Voting Systems. We use paper ballots counted by hand in front of scrutineers and have never used voting machines or electronic tabulators to count votes in our 100-year history. #CdnPoli https://t.co/dp7ZiB84ql" / X |
| Capture URL: | https://twitter.com/ElectionsCan_E/status/1328449565096366083 |
| Page loaded at (UTC): | Tue, 28 Nov 2023 16:43:05 GMT |
| Capture timestamp (UTC): | Tue, 28 Nov 2023 16:47:46 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 36 |
| Capture ID: | dZg2BVvLtWobBAceH9gwuo |
| User: | jw-mvillalpando |

PDF REFERENCE #:     etKMFYy68xxDYNXQY5cjFq

**APP1238**





← Post

🔍 Search

**Relevant people**

**Elections Canada** ✓
@ElectionsCan_E   [Follow]
Official account of Elections Canada.
#ItsOurVote Terms of Use:
bit.ly/1xtWXnE Contact Us:
ow.ly/mIhV3040Ufy Français :
@ElectionsCan_F

**What's happening**

NFL · Last night
**Bears at Vikings**

Music streaming service · Trending
**Spotify Wrapped**
88.3K posts

Trending
**Multiverse of Madness**
6,185 posts

Politics · Trending
**President Obama**
22.7K posts

Only on X · Trending
**#tuesdayvibe**
8,993 posts

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···  © 2023 X Corp.

---

Get Yours Here · zodurty.com/trimmer-skin

**VACUUM AUTOMATIC ADSORPTION FOOT GRINDER**
0:25

💬 33    ⟲ 511    ♡ 3.1K    ⬚ 11M    🔖  ⬆

**Dominic Fernandez** @domfernz · Nov 17, 2020    ···
BUT, they Print-out and mail-out to all whether legal or not.
💬 7    ⟲    ♡ 7    ili    🔖  ⬆

**Elections Canada** ✓ @ElectionsCan_E · Nov 17, 2020    ···
Hi there, to vote in a federal election you must be a Canadian citizen, be at
least 18 years old on election day, and prove your identity and address. 1/2
💬 7    ⟲ 7    ♡ 45    ili    🔖  ⬆

Show replies

**David 'the good guy' Weed** @TheRealDaveWeed · Nov 17, 2020    ···
Curious what the human error rate is vs the machines.  Are there audit results
out there?
💬 2    ⟲    ♡ 3    ili    🔖  ⬆

**Elections Canada** ✓ @ElectionsCan_E · Nov 17, 2020    ···
Hi there, as already mentioned, at the federal level, we don't use voting
machines in Canada. Ballots are marked and counted by hand.
💬 2    ⟲    ♡ 7    ili    🔖  ⬆

**xbu** 🔲 @xbu_88 · Nov 17, 2020    ···
How do feel about my ballot being opened and looked at before I was
allowed to put it in the official box?
💬 5    ⟲    ♡ 1    ili    🔖  ⬆

**Elections Canada** ✓ @ElectionsCan_E · Nov 17, 2020    ···
Hi there. The federal electoral process has many safeguards, including
measures to inform voters, check their ID, and keep votes secret and
secure.elections.ca/content.aspx?s... (1/3)
💬 2    ⟲    ♡ 9    ili    🔖  ⬆

**Claude Berthiaume** @108mainst · Nov 17, 2020    ···
Why do we use a pencil instead of a pen? The pencil can be erased while the
ink is permanent!
💬 12    ⟲ 4    ♡ 3B    ili    🔖  ⬆

---



← Post



**Disenchanted Canadian** @CanDisenchanted · Nov 17, 2020
This is a terrible and stupid tweet and message from Elections Canada and Canadian Government ! What is wrong with these idiots???

💬 127    🔁 13    ♡ 194    📊    🔖 ⬆️

**M Silva** @Marcos_AFSilva · Nov 18, 2020
Transparência maior, impossível.
@SenadoFederal
@camaradeputados
@STF_oficial

💬    🔁    ♡ 2    📊    🔖 ⬆️

**Naresh Ajwani** @NareshAjwani2 · Nov 18, 2020
High time to ponder upon it

💬    🔁    ♡    📊    🔖 ⬆️

**Ivor Henderson** @jafcon · Nov 18, 2020
I know because I've counted them.

💬    🔁    ♡    📊    🔖 ⬆️

**Charlie M.P.** @CharlieMP_Red · Nov 17, 2020
Serious question from a new voter in Canada: why the use of a pencil and not a pen on the voting ballot?

💬 4    🔁    ♡ 3    📊    🔖 ⬆️

**Elections Canada** @ElectionsCan_E · Nov 24, 2020
Hi Charlie, Thanks for your question! The law requires poll workers to provide black lead pencils for use on ballots. There's nothing in the law to prevent you from marking your ballot with a pen or another writing tool.

💬 1    🔁 1    ♡ 1    📊    🔖 ⬆️

Show replies

**CryptAnon** @CC1o1 · Nov 17, 2020
Weird....Dominion disagrees with your claim...

## THE DOMINION DIFFERENCE - WE DELIVER!

Founded in 2003, Dominion Voting Systems is a leading supplier of election technology across the U.S., Canada and globally.

250+

💬 1    🔁 2    ♡ 3    📊    🔖 ⬆️

**Elections Canada** @ElectionsCan_E · Nov 17, 2020
Hi there, Provincial and municipal elections are outside of our jurisdiction and their laws and practices may differ. At the federal level, we don't use voting machines in Canada. Ballots are marked and counted by hand.

---

Q Search

**Relevant people**

**Elections Canada** ✓
@ElectionsCan_E    [Follow]
Official account of Elections Canada.
#ItsOurVote Terms of Use:
bit.ly/1xIWXnE Contact Us:
ow.ly/miHW3040Ufy Français :
@ElectionsCan_F

**What's happening**

NFL · Last night
**Bears at Vikings**

Music streaming service · Trending
**Spotify Wrapped**
88.3K posts

Trending
**Multiverse of Madness**
6,185 posts

Politics · Trending
**President Obama**
22.7K posts

Only on X · Trending
**#tuesdayvibe**
8,993 posts

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···  © 2023 X Corp.

---



















← Post

Q Search

**Relevant people**

**OneTireOnFire** @wh400 · Nov 17, 2020
And evil Canada requires ID to vote... elections.ca/content.aspx?s...

Elections Canada @
@ElectionsCan_E                    Follow
Official account of Elections Canada.
#ItsOurVote Terms of Use:
bit.ly/1xtWXnE Contact Us:
ow.ly/mIhW3040Ufy Français :
@ElectionsCan_F

**GordonC** @Gordon17883225 · Nov 17, 2020
Please - MOVE TO CANADA! 🇨🇦

♡ 4

**neil townsend** @kidcorn1 · Nov 18, 2020
What is wrong with you? You needed a tweet from Donald Trump? This is
worse than the WE scandal. Someone should lose their job for this. Terrible.

♡ 3          ♡ 2

**What's happening**

NFL · Last night
**Bears at Vikings**

**Michael Catlett** @Michael52943487 · Nov 18, 2020
Trump doesn't want to know what is going on right now!
He is too busy trying to create and watch the results of his conspiracy
theories, threats, abuse of power, undermining our democracy and national
security on TV instead of getting briefed to save American lives.

♡ 15          ♡ 4

Music streaming service · Trending
**Spotify Wrapped**
88.3K posts

Trending
**Multiverse of Madness**
6,185 posts

**Patrick (Novacs) Heath** @pkheath · Nov 18, 2020
So, how does the jerkweezle keep winning?

♡ 1

Politics · Trending
**President Obama**
22.7K posts

**JoMo Kids (Learning For Ages 3-7 On YouTu** @JoMoSenp · Nov 17, 2020
Hey thank you guys for fueling Trump's fascist propaganda. A job well done
today and a win for all Canadians..

Only on X · Trending
**#tuesdayvibe**
8,993 posts

Show more



II  GIF  ALT

♡ 3

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···  © 2023 X Corp.

**JL** 🔇 @sondry · Nov 18, 2020
This is the best case for FPTP - losers can't cry foul and blame machines

**kempokelly** @kempokelly · Nov 18, 2020
Should go back to 2016 voting then. If everything is true - you stole 2016
elections!







← **Post**                                          🔍 Search

**Relevant people**

Sean Dewskie @SeanDewskie · Nov 18, 2020
You lie.

Elections Canada ⊘
@ElectionsCan_E
Official account of Elections Canada.
#ItsOurVote Terms of Use:
bit.ly/1xtWXnE Contact Us:
ow.ly/mlhV3040Ufy Français :
@ElectionsCan_F

SuiteUnderground @reyechev369 · Nov 18, 2020
I cant believe USA uses machines yo count votes...what the actual fuck....its
soooo hackeable

FranzHans99 @FranzHans99 · Nov 18, 2020
Liar liar pants on fire:



Justin Trudeau votes online with Dominion Voting technology.

**What's happening**

NFL · Last night
**Bears at Vikings**

Music streaming service · Trending
**Spotify Wrapped**
88.3K posts

Trending
**Multiverse of Madness**
6,185 posts

Politics · Trending
**President Obama**
22.7K posts

Only on X · Trending
**#tuesdayvibe**
8,993 posts

Show more

kobby graine @KGraine · Nov 18, 2020
The same process made you a president 4 years ago. You didn't see anything
wrong with it then. The results are only rigged in states you are losing.
Disgraceful

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••   © 2023 X Corp.

Alex Saunders @thesaunders8 · Nov 18, 2020
Do you see what you're doing? Dont tweet this stuff until #DonnieDump is
out of office.

Todd. @ToddRiddolls · Nov 18, 2020
Straight up  bullshit!

Lloyd Glass @lbglass · Nov 19, 2020
It's time the US could learn something proven from Canada, with mandatory
picture IDs and no electionic Tom foolishness.

Lejanaysola @Lejanaysola · Nov 16, 2020
Well done. All that remains is for Canada to get rid of the undemocratic FPTP
system.

Bevaist ⊘ @BevaistCom                                   Ad •••
I got these for my husband because he's a mechanic he has been able to
work so much better with the gloves than holding a stupid flashlight
🔦 Get Yours▸   bevaist.com/light-gloves









X

Post

saying one thing in private and another on air, two
leading conservatives left the network to continue
building a media company dedicated to the truth.

Jonah Goldberg and Stephen Hayes launched
**The Dispatch** in 2019 to build an enduring
presence on the center-right for
sane conservatism.

Today, tens of thousands of members rely on us for
the kind of fact-based news and analysis that helps
make sense of a political world gone crazy.

**Sign up today for free.**

THE DISPATCH

Search

**Relevant people**

**Elections Canada** ✓
@ElectionsCan_E          Follow
Official account of Elections Canada.
#ItsOurVote Terms of Use:
bit.ly/1xlWXnE Contact Us:
ow.ly/mIIiV3040Ufy Français :
@ElectionsCan_F

**What's happening**

NFL · Last night
**Bears at Vikings**

Music streaming service · Trending
**Spotify Wrapped**
88.3K posts

Trending
**Multiverse of Madness**
6,185 posts

Politics · Trending
**President Obama**
22.7K posts

Only on X · Trending
**#tuesdayvibe**
8,993 posts

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···  © 2023 X Corp

**FeistyFabulousBoosted&Masked** @MizVaccinated · Nov 17, 2020
I've been a scrutineer multiple times. The system works.

**Al Crosby** @Alvin_XB · Nov 17, 2020
Skeptics should volunteer as scrutineers during an election to put their mind
at rest. Anyone posting misinformation about Canadian elections should be
reported so warnings can be added about misinformation.

**Bear Trapp** @Beartholemue · Nov 17, 2020
If this isn't a clue to YOU that something bad happened in the US elections,
nothing will wake you up.  This is elections Canada saying this.

**Vote for new blue end WEF** @Bob98270393 · Nov 17, 2020
Notice the way they are wording it "Dominion voting system," I do know it's
a large corporate company so it runs under a lot of different names like most
do. EC needs to be invested

**The Age of Hysteria** @EndCanada · Nov 17, 2020
I worked at a poll for the 1997 federal election.

Our paper ballots with representatives of each party watching the count is a
very good system.

**Linda "a bit of a rabble rouser"** @butlerdunn · Nov 17, 2020
Perhaps we might consider moving into the 21st century. I have counted the
ballots and reconciled that paperwork. There are better ways.

**squirrel0ne** @squirrel0ne · Nov 17, 2020
Dominion voting system was used in municipal elections





**APP1262**

Post



**hoppinpoppies** 🏳️‍🌈 ⭐ multi 🎗 🏴 @hoppinpoppies · Nov 16, 2020
As a Canadian, I am most grateful!

♡ 4    ⇄ 2    ♡ 73    �11l    🔖    ⬆

**Erin Naylor** @ENaylor13 · Nov 17, 2020
I was a scruitineer as an undergrad, and can confirm, it was almost shockingly quick and aboveboard

♡ 2    ⇄ 2    ♡ 40    11l    🔖    ⬆

**Latixi** @LatixiCo                                    Ad ···
🔬 T Give your kids an amazing gift this Christmas. Explore nature with this Pocket Microscope
🔬 Features - Adjustable Magnification - Easy Cell Phone Recording - Strong Light Transmission
🔬 latixi.com/pocket-microsc...

### Let kids explore the world from a different lens
0:38

♡ 2    ⇄ 4    ♡ 42    11l 285K    🔖    ⬆

**Rob** 🧑 **Mellow** @RobMellow1 · Nov 17, 2020
I love tech. I have a ton of gizmos. Yet I am vehemently opposed to any kind of voting machines. Paper ballots only; forever.

♡ 2    ⇄ 2    ♡ 28    11l    🔖    ⬆

**Your approval is not required** 🔫🎪🦠🦠🎗 ⚡ @Seventie · Nov 17, 2020 ···
And our elections results come out within an hour of the polls closing

♡    ⇄    ♡ 10    11l    🔖    ⬆

**Kyle L Luker** @bigkyle28 · Nov 17, 2020
You only have a total population of about 40 million people.

♡ 1    ⇄    ♡    11l    🔖    ⬆

**BSA (Gen. Aibinuori BSA)** @Olaneeyee · Nov 17, 2020
To our dear,

@TundunAbiola, @ruffydfire, @abati1990 and other electronic/diaspora voting geng...saner clime says...Hello.

@imecnigena, do not allow @YIAGA, @SituationRoomNg, stampede y3u. Perfect our voting sys to allow those who want to vote do so. @atiku is lurking.@ishakaa

♡ 1    ⇄ 2    ♡ 6    11l    🔖    ⬆

## Relevant people

**Elections Canada** ✓
@ElectionsCan_E                    Follow
Official account of Elections Canada. #ItsOurVote Terms of Use: bit.ly/1xtWXnE Contact Us: ow.ly/mIhV3040Ufy Français : @ElectionsCan_F

## What's happening

NFL · Last night
**Bears at Vikings**

Music streaming service · Trending
**Spotify Wrapped**
88.3K posts

Trending
**Multiverse of Madness**
6,185 posts

Politics · Trending
**President Obama**
22.7K posts

Only on X · Trending
**#tuesdayvibe**
8,993 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2023 X Corp.



← Post

Relevant people



Walter Spicer ▮◆▮ (ウォルタースパイヤー) @Walterverse · Nov 17, 2020
If we drop FPTP it also works with ranked balloting (123 instead of X) so it can survive change too.  As an IT person please never go digital.  The fact that it's paper works perfectly fine. Checked and double checked. Locally controlled. A human process for a human requirement

○ 1       ↻ 2       ♡ 13

Monica @chevymo · Nov 17, 2020
June 2017: Canadian company the Conservatives used to count leadership vote leads election tech industry on both sides of the border
hilltimes.com/2017/06/21/can...

○         ↻ 5       ♡ 12

Make Simelane @MakeSimelane · Nov 17, 2020
Points for the word "scrutineers."

○ 3       ↻ 1       ♡ 28

Mrs Chippy · mrschippy@bluesky.social @mrschippy15 · Nov 17, 2020
Trump is now using your Tweet to back up his claims that the US election was rigged. 🙂

○ 2       ↻         ♡ 2

Padraic Heneghan @heneghanp · Nov 17, 2020
Congratulations for being retweeted by Trump with this ill-timed tweet.

Abuelo Simpson 🏴 @GrandpaSimp · Nov 17, 2020
Same here in Spain. Paper ballots in glass boxes counted by hand in front of everyone who wants to witness, including scrutineers of every party. I don't understand how the US has such an opaque system, no wonder why there are so many accusations of fraud

○         ↻ 1       ♡ 5

Ines Allen @iallen66 · Nov 17, 2020
So 4 years ago the voting system was fine only as long as you won!  P'ft

○ 37      ↻ 3       ♡ 174

milber @beatrizriosc58 · Nov 17, 2020
En Colombia por ahora ya cayó el voto electrónico.gracias a Dios

○         ↻ 6       ♡ 19

---

Elections Canada @ElectionsCan_E
Official account of Elections Canada.
#ItsOurVote Terms of Use:
bit.ly/1xIWXnE Contact Us:
ow.ly/miliV3040Ufy Français :
@ElectionsCan_F

**Follow**

What's happening

NFL · Last night
**Bears at Vikings**

Music streaming service · Trending
**Spotify Wrapped**
88.3K posts

Trending
**Multiverse of Madness**
6,185 posts

Politics · Trending
**President Obama**
22.7K posts

Only on X · Trending
**#tuesdayvibe**
8,893 posts

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···  © 2023 X Corp.







← Post

**0:19**

♡ 4    ↺ 3    ♡ 98    ⬙ 253K    🔖    ⬆

**All You Need** @allyouneed71 · Nov 17, 2020    •••
You forgot to mention : We usually have the results ON THE SAME NIGHT no fuss no muss no mess

and a centralized national voting authority insures everybody across the country plays by the same rules

♡ 1    ↺    ♡ 1    ⬙    🔖    ⬆

**WL Weller** @cardsfaninky · Nov 17, 2020    •••
Canadians do have absentee ballots- vote from home

♡ 1    ↺    ♡    ⬙    🔖    ⬆

**Nick Lehrling** @nicklehrling · Nov 17, 2020    •••
No offense, but there aren't many people in Canada vs the USA. Second, machine counting is actually more accurate than hand counting which is prone to human error. We have had fair and accurate elections this way in Arizona for decades.

♡ 23    ↺ 1    ♡ 15    ⬙    🔖    ⬆

**Mike Thomson** @thomsontweeted · Nov 17, 2020    •••
Canada counted 17.8 million votes by hand and took 18 days to finalize them. USA has 152.3+ million votes and still counting.
It would take Canada over 5 months to count that many votes by hand. Come on, not apples to apples here people, use your common sense.

♡ 3    ↺ 1    ♡ 5    ⬙    🔖    ⬆

**cecelia gouveia** @cecegouveia · Nov 18, 2020    •••
This is basically how we do it. We don't have a vote on who we want as a Prime Minister like the states do for a president and our Prime Minister doesn't get their family members and friends to work in the government either.

ALL    NEWS    IMAGES    SHOPPING    VIDEO

Canada's electoral system is referred to as a "first past the post" system. The candidate with the most votes in a riding wins a seat in the House of Commons and represents that riding as its Member of Parliament (MP). ... The party whose candidates win the second largest number of seats becomes the Official Opposition.

W̄ en.m.wikipedia.org › wiki › Canadi...
Canadian electoral system ...

Q Search

**Relevant people**

**Elections Canada** ✓
@ElectionsCan_E    [ Follow ]
Official account of Elections Canada.
#ItsOurVote Terms of Use:
bit.ly/1xtWXnE Contact Us:
ow.ly/mIhV3040Ufy Français :
@ElectionsCan_F

**What's happening**

NFL · Last night
**Bears at Vikings**

Music streaming service · Trending
**Spotify Wrapped**
88.3K posts

Trending
**Multiverse of Madness**
6,185 posts

Politics · Trending
**President Obama**
22.7K posts

Only on X · Trending
**#tuesdayvibe**
8,993 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••   © 2023 X Corp.





**Post**

Relevant people

**Elections Canada** ✓
@ElectionsCan_E
Official account of Elections Canada.
#ItsOurVote Terms of Use:
bit.ly/1xtWXnE Contact Us:
ow.ly/mlhV3040Ufy Français :
@ElectionsCan_F

**What's happening**

NFL · Last night
**Bears at Vikings**

Music streaming service · Trending
**Spotify Wrapped**
88.3K posts

Trending
**Multiverse of Madness**
6,185 posts

Politics · Trending
**President Obama**
22.7K posts

Only on X · Trending
**#tuesdayvibe**
8,993 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2023 X Corp.

3.1K

**Mahsa A** @mahsa_yan · Nov 17, 2020
What is the point of posting this right now?
2

**latanya taylor** @latturtay · Nov 18, 2020
You were fine with machine voting when you won in 2016!! Concede and
Leave! Enough already!! 🙄
1                1

**Canadian Candy Coated Cutie** @agirlhasnoshaym · Nov 18, 2020
And the longest it's ever taken me to vote (as a Canadian) is 5 minutes. And
that factors in the walk to the polling station.
1                6

**Joan McCaul** @JoanMcCaul_ · Nov 18, 2020
The best way to do it.
1                1

**CldaDuarte** @cidaduarte74 · Nov 18, 2020
E aí @LRobertoBarroso o que nos diz? Achas que somos mais evoluídos que
os canadenses
2

**Taco Larry** @TacoLarry4 · Nov 18, 2020
Someone there actually thought posting this was a good idea??? Really? It's
the 21st century. Counting millions of ballots by hand vs using technology is
not a good idea!
2

**Alex** @h_symposiarch · Nov 18, 2020
Stay out of the US shenanigans. I cannot believe an official Canadian twitter
account is playing into this. It's shameful.
2                1

**Patti** @Patti_Duke4Life · Nov 18, 2020
But you don't like paper ballots you said it causes fraud give it up Trump you
lost stop trying to over turn the results you lost in the popular vote too
1

**ChristineLovesTheVaccine** @ChrisChambie · Nov 17, 2020
Their population: 37.5 m
1

**FrannyBananny** @FBananny · Nov 18, 2020
Any particular reason why you randomly tweeted that out @ElectionsCan_E
???

**Intro** @useintro                                                    Ad ···
"AMAAAZING!!!! By far THE BEST startup advice I have gotten. 10/10!"– Ajay |
Founder of Birthdate | May 2023 | Review of Intro

Get personalized business advice from the world's top founders. Book your







← Post

**sandra sullivan** @sandrasulliva12 · Nov 18, 2020
And the people that follow you that have children I feel bad for the kid
because they think that they should never lose and that's going to always
start a fight in school with their kids and that's how their president teaches
them

**Relevant people**

**Elections Canada** ✓
@ElectionsCan_E
Official account of Elections Canada.
#ItsOurVote Terms of Use:
bit.ly/1x1WXnE Contact Us:
ow.ly/miliV3040Ufy Français :
@ElectionsCan_F

**Follow**

**What's happening**

NFL · Last night
**Bears at Vikings**

Music streaming service · Trending
**Spotify Wrapped**
88.3K posts

Trending
**Multiverse of Madness**
6,185 posts

Politics · Trending
**President Obama**
22.7K posts

Only on X · Trending
**#tuesdayvibe**
8,993 posts

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···  © 2023 X Corp.

# Exhibit K-10

🔒 PageVault

| | |
|---|---|
| Document title: | Race In Nevada County Rejected For Certification Over Ballot 'Discrepancies That We Can't Explain' \| The Daily Wire |
| Capture URL: | https://www.dailywire.com/news/race-in-nevada-county-rejected-for-certification-over-ballot-discrepancies-that-we-cant-explain |
| Page loaded at (UTC): | Tue, 28 Nov 2023 17:09:09 GMT |
| Capture timestamp (UTC): | Tue, 28 Nov 2023 17:12:15 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 8 |
| Capture ID: | 6kaKtQdTpifKJtsu8UTffz |
| User: | jw-mvillalpando |



DAILYWIRE+    Read   Listen   Watch   Discuss   Shop   Kids     Log In   Sign Up

*Lady Ballers* — **Premieres 12/1 at 8pm ET** — Watch exclusively on DailyWire+ — ▶ Watch Trailer Now

### DAILY WIRE

— NEWS AND COMMENTARY —

# Race In Nevada County Rejected For Certification Over Ballot 'Discrepancies That We Can't Explain'

By Amanda Prestigiacomo · Nov 17, 2020 · DailyWire.com



SDI Productions via Getty Images

A Nevada county voted Monday to certify Election Day results except for the Clark County Commission District C race over "discrepancies" that can't be explained.

That race, as it stands now, has Democrat Ross Miller winning over Republican Stavros Anthony by 10 votes — 76,586 votes to 76,576 votes.





"After listening to public comment, one of which included the letter received by the Stavros Anthony Campaign which requested that election results not be certified Monday on the grounds that there were discrepancies that would prevent from certifying the Clark County Commissioner District C race," reported 8 News Now Las Vegas on Monday. "As it stands the results show democrat Ross Miller winning republican Stavros Anthony by 10 votes."

A special election to be held in December is currently up for consideration since a recount would not satisfy the apparent discrepancies at hand.

"Joe Gloria on District C race: 'We have found discrepancies that we can't explain that would cast a doubt on whether or not that margin of victory is solid,'" posted investigative reporter David Charns of 8 News Now.

**The best men's shoes for walking and standing all day**
Casual Men Shoes

READ MORE

Ad

"Gloria says District C is the only Clark County race where the discrepancies could change the outcome. Again, 10-vote margin," Charns added.





Read 1 reply



## Here Are 97 of the Coolest Gifts for This 2023

As noted by the news outlet, Registrar of Voters Joe Gloria delivered a full report to county commissioners on Monday and included the following findings:

- 936 discrepancies in ballots

- 710 with mail-in precincts

- 121 in early voting precincts

- 105 on election day

- 6 voters voted twice

"The Clark County Registrar of Voters Joe Gloria stated that they had found issues related to tracking, moving from signature to manual signature verifications as well as in the ballot curing process," the report said. "Some of the discrepancies found in the early voting and election day results according to Gloria included: 'Inadvertent canceled votes,' 'Voter check-ins,' 'Reactivated voter cards,' 'Duplicate activations,' and 'Check-in errors.'"

President Donald Trump on Monday cited the news report as evidence that "Clark County officials do not have confidence in their own election security,"

The president, who has yet to concede the election, has asserted in many tweets and at a post-election press conference that he is the winner of the 2020 election if only "legal" votes are to be counted. The Trump team has lawsuits pending in multiple states over alleged voter irregularities

The president, who has yet to concede the election, has asserted in many tweets and at a post-election press conference that he is the winner of the 2020 election if only "legal" votes are to be counted. The Trump team has lawsuits pending in multiple states over alleged voter irregularities and potential fraud.

Trump issued the following statement, last weekend:

*We all know why Joe Biden is rushing to falsely pose as the winner, and why his media allies are trying so hard to help him: they don't want the truth to be exposed. The simple fact is this election is far from over. Joe Biden has not been certified as the winner of any states, let alone any of the highly contested states headed for mandatory recounts, or states where our campaign has valid and legitimate legal challenges that could determine the ultimate victor. In Pennsylvania, for example, our legal observers were not permitted meaningful access to watch the counting process. Legal votes decide who is president, not the news media.*

*Beginning Monday, our campaign will start prosecuting our case in court to ensure election laws are fully upheld and the rightful winner is seated. The American People are entitled to an honest election: that means counting all legal ballots, and not counting any illegal ballots. This is the only way to ensure the public has full confidence in our election. It remains shocking that the Biden campaign refuses to agree with this basic principle and wants ballots counted even if they are fraudulent, manufactured, or cast by ineligible or deceased voters. Only a party engaged in wrongdoing would unlawfully keep observers out of the count room – and then fight in court to block their access.*

*So what is Biden hiding? I will not rest until the American People have the honest vote count they deserve and that Democracy demands.*

 Nevada Voting

  

**Around The Web**



**40 Witty Facts That Are Perfect for**



**25 Movies Everyone Should See at**



**Why Costco Really Checks Receipts**



**40 Witty Facts That Are Perfect for Trivia Night with Friends**

Factable



**25 Movies Everyone Should See at Least Once**

Todays Wave



**Why Costco Really Checks Receipts Before You Leave**

Money Pop



**Diabetes is Not from Sweets! Meet the Main Enemy of Diabetes**

Health-Review24



**If You Can Name 13 of These Objects, You're Getting Old**

Quizscape



**The Bra Designed by the 60-year-old Grandma Are Taking Washington by Storm!**

Libiyi



**Stephen Curry and Nike's $14 Billion Mistake**

Gameday News



**Here Are 23 of the Coolest Gifts for This 2023**

TrendingGifts



**Old Man's Rude Neighbors Cinder Blocked His Driveway, This is How He Responds**

Money Pop



UP NEXT

**DailyWire+ Drops Trailer For 'The Most Triggering Comedy Of The Year' Mocking Men In Women's Sports**

By Daily Wire

## Popular in the Community



**Dramatic Changes Coming to IRA/401K Accounts**

Wild market swings. Learn how IRA & 401(K) savers are preparing (Do This One Thing Today)



**Dramatic Changes Coming to IRA/401K Accounts**
Wild market swings. Learn how IRA & 401(K) savers are preparing (Do This One Thing Today)

**FREE GOLD GUIDE >>**

AdChoices ▷                    Sponsored



# Create a free account to join the conversation!

[ Start Commenting ]

## Conversation

Our chat and comment features are intended to improve our community's experience interacting with our content. View our Community Guidelines here.

---

〜�√〜

# Hotwire

Our Most Important Stories Right Now



**'Where Can I See This?': Excitement Builds After DailyWire+ Drops Trailer For New Comedy Mocking Men In Women's Sports**

By Daily Wire



**Terrorists 'Violate' Temporary Ceasefire In Gaza As Israeli Forces Come Under Attack: IDF**

By Ryan Saavedra



**Elon Musk Tours Kibbutz Massacred On October 7: 'Jarring To See The Scene'**

By Ryan Saavedra and Kassy Dillon



**Doocy Corners Press Sec On 'Bidenomics': 'Americans Outside Of This Building Are Not Buying It'**

By Virginia Kruta









## Conversation

Our chat and comment features are intended to improve our community's experience interacting with our content. View our Community Guidelines here.



# Hotwire

Our Most Important Stories Right Now



**'Where Can I See This?': Excitement Builds After DailyWire+ Drops Trailer For New Comedy Mocking Men In Women's Sports**

By Daily Wire



**Terrorists 'Violate' Temporary Ceasefire In Gaza As Israeli Forces Come Under Attack: IDF**

By Ryan Saavedra



**Elon Musk Tours Kibbutz Massacred On October 7: 'Jarring To See The Scene'**

By Ryan Saavedra and Kassy Dillon



**Doocy Corners Press Sec On 'Bidenomics': 'Americans Outside Of This Building Are Not Buying It'**

By Virginia Kruta



**'It Is Poison': Ted Cruz Blasts NSA Over Woke Diversity Glossary Uncovered By Daily Wire**

By Spencer Lindquist



**Disney: Lack Of 'Consumer Acceptance' Cutting Into Company Revenue**

By Tim Pearce



**Natalie Portman Says Children Shouldn't Be Actors: 'Kids Should Play And Go To School'**

By Amanda Harding



**Widow Of Serial Killer Charged With Aiding In Kidnappings And Murders**

By Ashe Schow



The Daily Wire > Read > Race In Nevada County Rejected For Certification Over Ballot 'Discrepancies That We Can't Explain'

About
Authors
Advertise With Us
Book our Speakers
Do Not Sell or Share My Personal Information
Legal

Support
Standards & Policies
Shipping & Returns
Careers
Media & Press Inquires

© Copyright 2023, The Daily Wire LLC | Terms | Privacy

# Exhibit K-11

🔒 Page Vault

| | |
|---|---|
| Document title: | Trump Gets Nearly Twice As Many Votes As Biden Out Of 2,600 Ballots Found In Georgia, Calls Grow For Election Official To Resign | The Daily Wire |
| Capture URL: | https://www.dailywire.com/news/trump-gets-nearly-twice-as-many-votes-as-biden-out-of-2600-ballots-found-in-georgia-calls-grow-for-election-official-to-resign |
| Page loaded at (UTC): | Tue, 28 Nov 2023 17:03:40 GMT |
| Capture timestamp (UTC): | Tue, 28 Nov 2023 17:05:04 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 7 |
| Capture ID: | iPeSXhubdseSLZivUnCfWG |
| User: | jw-mvillalpando |

PDF REFERENCE #:      6ynQz5C9Wty2L1QbpZV43z

**APP1284**



DAILY WIRE+   Read   Listen   Watch   Discuss   Shop   Kids   🔍   Log In   Sign Up

*Lady Ballers*   Premieres 12/1 at 8pm ET   Watch exclusively on DailyWire+   ► Watch Trailer Now

### THE DAILY WIRE



— NEWS AND COMMENTARY —

# Trump Gets Nearly Twice As Many Votes As Biden Out Of 2,600 Ballots Found In Georgia, Calls Grow For Election Official To Resign

By Ryan Saavedra · Nov 17, 2020 · DailyWire.com · 🅕 🅣 ✈



Adam Glanzman/Bloomberg via Getty Images

President Donald Trump closed the gap on Democrat Joe Biden's lead in Georgia on Monday by nearly 800 votes after edging out Biden by a nearly 2-1 ratio in a batch of 2,600 ballots that were discovered in Floyd County.

Gabriel Sterling, who oversaw the implementation of the new statewide election system for the state, said that the unofficial breakdown of ballots was 1,643 for Trump, 865 for Biden and 16 for Libertarian Jo Jorgensen. The mistake happened because election officials reportedly missed uploading a memory card containing the votes to a ballot counting machine.



Men: Try This,

uploading a memory card containing the votes to a ballot counting machine.



**Men: Try This, You'll Never Have Trouble Getting Started Again!**

WATCH NOW



**Claire Simms Chaffins** · Nov 16, 2020
@ClaireSChaffins · Follow
Replying to @ClaireSChaffins
MORE: @GabrielSterling said the votes uncovered in Floyd County don't change the final outcome in Georgia, but they do change the percentages slightly--only about an 800 vote gain for President Trump,. @FOX5Atlanta #gapol

**Claire Simms Chaffins**
@ClaireSChaffins · Follow

NEW--@GabrielSterling just released the official vote breakdown from the ballots previously uncounted in Floyd County:
Trump--1,643
Biden--865
Jorgensen--16
TOTAL--2,524
@FOX5Atlanta

2:50 AM · Nov 17, 2020

♥ 1K      Reply     Copy link

Read 92 replies

"The Georgia Secretary of State is asking for the executive director of the Floyd County Board of Elections, Robert Brady, to step down after 2,600 ballots were left uncounted prior to the county's initial certification," Fox 5 Atlanta reported. "The error was discovered on Sunday during the third day of the state's audit."



IHG HOTELS & RESORTS   **CYBER SALE**   BOOK & SAVE MORE ON EPIC TRAVEL

Officials were quick to caution that the additional votes for Trump were not enough to change the outcome of the presidential election in the



Officials were quick to caution that the additional votes for Trump were not enough to change the outcome of the presidential election in the state.

The Daily Wire reported on the development earlier in the day:

> The recovered votes may also help out GOP Sen. David Perdue, who is roughly 14,000 votes away from securing 50% of the vote in his bid for reelection and avoiding a runoff against Democratic candidate Jon Ossoff.
>
> "It's very concerning," Martin said. "But this doesn't appear to be a widespread issue. I'm glad the audit revealed it, and it's important that all votes are counted."
>
> Georgia Secretary of State Brad Raffensperger's office said the votes were missed because election workers failed to upload a memory card containing the votes into a ballot counting machine. The Floyd County discrepancy does not appear to be a widespread issue, the office of the secretary of state said.
>
> Floyd County has had other problems tallying votes this election cycle. About half of a batch of 5,000 ballots were not initially recorded after being missed by scanner.

 Georgia

  

### Around The Web



**No More Expensive Car Cleaning: The Vacuum Car Washes Don't Want You To Discover**
EZVacPro



**This is What Vikings Were Actually Like. the Photos Are Strikingly Scary**
Explored Planet



**The Identity of the Person Carly Simon Wrote "You're So Vain" Finally Revealed**
Factable







Document title: Trump Gets Nearly Twice As Many Votes As Biden Out Of 2,600 Ballots Found In Georgia, Calls Grow For Election Official To Resign | The Daily Wire
Capture URL: https://www.dailywire.com/news/trump-gets-nearly-twice-as-many-votes-as-biden-out-of-2600-ballots-found-in-georgia-calls-grow-for-election-official-to-…
Capture timestamp (UTC): Tue, 28 Nov 2023 17:05:04 GMT

**APP1287**

**The Vacuum Car Washes Don't Want You To Discover**

EZVacPro

**Like. the Photos Are Strikingly Scary**

Explored Planet

**Simon Wrote "You're So Vain" Finally Revealed**

Factable



**Old Man's Rude Neighbors Cinder Blocked His Driveway, This is How He Responds**

Money Pop



**Bras designed by a 60-year-old Granny are popular in Washington!**

Libbyl

**Diabetes is Not from Sweets! Meet the Main Enemy of Diabetes**

Health-Review24



**You're Getting Old if You Can Name 13 of These Objects**

Quizscape



**#1 Nutrient You Need After 50 for Swollen Legs. Watch Now**

NativePath



**Free Trump 2024 Camo Hat Issued For All Trump Supporters!**

PatriotsInspired.com



UP NEXT

**DailyWire+ Drops Trailer For 'The Most Triggering Comedy Of The Year' Mocking Men In Women's Sports**

By Daily Wire

## Popular in the Community

AdChoices

Sponsored



AdChoices ▷          Sponsored



Create a free account to join
the conversation!

Start Commenting

Conversation

Our chat and comment features are intended to improve our community's experience interacting with our
content. View our Community Guidelines here.

〜〜🎙

# Hotwire

Our Most Important Stories Right Now

'Where Can I See This?': Excitement
Builds After DailyWire+ Drops Trailer For
New Comedy Mocking Men In Women's
Sports

**'Where Can I See This?': Excitement
Builds After DailyWire+ Drops
Trailer For New Comedy Mocking
Men In Women's Sports**

By Daily Wire



**Terrorists 'Violate' Temporary
Ceasefire In Gaza As Israeli Forces
Come Under Attack: IDF**

By Ryan Saavedra



**Elon Musk Tours Kibbutz
Massacred On October 7: 'Jarring
To See The Scene'**

By Ryan Saavedra and Kassy Dillon



**Doocy Corners Press Sec On
'Bidenomics': 'Americans Outside Of
This Building Are Not Buying It'**

By Virginia Kruta



**'It Is Poison': Ted Cruz Blasts NSA
Over Woke Diversity Glossary
Uncovered By Daily Wire**

By Spencer Lindquist



**Disney: Lack Of 'Consumer
Acceptance' Cutting Into Company
Revenue**

By Tim Pearce



**Natalie Portman Says Children
Shouldn't Be Actors: 'Kids Should
Play And Go To School'**

By Amanda Harding



**Widow Of Serial Killer Charged With
Aiding In Kidnappings And Murders**

By Ashe Schow

The Daily Wire  >  Read  >  Trump Gets Nearly Twice As Many Votes As Biden Out Of 2,600 Ballots Found In Georgia, Calls Grow For Election Official To Resign

## Conversation

Our chat and comment features are intended to improve our community's experience interacting with our content. View our Community Guidelines here.

## Hotwire
Our Most Important Stories Right Now



'Where Can I See This?': Excitement Builds After DailyWire+ Drops Trailer For New Comedy Mocking Men In Women's Sports

By Daily Wire



Terrorists 'Violate' Temporary Ceasefire In Gaza As Israeli Forces Come Under Attack: IDF

By Ryan Saavedra



Elon Musk Tours Kibbutz Massacred On October 7: 'Jarring To See The Scene'

By Ryan Saavedra and Kassy Dillon

Doocy Corners Press Sec On 'Bidenomics': 'Americans Outside Of This Building Are Not Buying It'

By Virginia Kruta



'It Is Poison': Ted Cruz Blasts NSA Over Woke Diversity Glossary Uncovered By Daily Wire

By Spencer Lindquist



Disney: Lack Of 'Consumer Acceptance' Cutting Into Company Revenue

By Tim Pearce



Natalie Portman Says Children Shouldn't Be Actors: 'Kids Should Play And Go To School'

By Amanda Harding



Widow Of Serial Killer Charged With Aiding In Kidnappings And Murders

By Ashe Schow

The Daily Wire  >  Read  >  Trump Gets Nearly Twice As Many Votes As Biden Out Of 2,600 Ballots Found In Georgia, Calls Grow For Election Official To Resign

About

Authors

Advertise With Us

Book our Speakers

Do Not Sell or Share My Personal Information

Legal

Support

Standards & Policies

Shipping & Returns

Careers

Media & Press Inquires

© Copyright 2023, The Daily Wire LLC | Terms | Privacy

**APP1290**

# Exhibit K-12

🔒 **PageVault**

| | |
|---|---|
| Document title: | Denver Business Owner: Dominion's Eric Coomer Is an Unhinged Sociopath -- His Internet Profile Is Being Deleted and Erased (AUDIO) \| The Gateway Pundit \| by Jim Hoft |
| Capture URL: | https://www.thegatewaypundit.com/2020/11/denver-business-owner-dominions-eric-coomer-unhinged-sociopath-internet-profile-deleted-erased-audio/ |
| Page loaded at (UTC): | Tue, 28 Nov 2023 16:56:44 GMT |
| Capture timestamp (UTC): | Tue, 28 Nov 2023 17:00:00 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 19 |
| Capture ID: | qw68vaSqoysmbLnFRGaq4X |
| User: | jw-mvillalpando |

PDF REFERENCE #:     xh86rAXXkwcmcebhT9WV6N

**APP1292**





**Claim Your Free Trump 2024 Camo Hat Now - Act Fast!**

Ad by PatriotsInspired.com



**If You Can Finish 10 of These Phrases You're Getting Old**

Ad by Explored Planet



**Amazon Left Scrambling As Shoppers Find out About Secret Deals**

Ad by Online Shopping Tools



**Three Banks in Seattle May Now Offer 12% Interest on Savings**

Ad by Savings Accounts

# Denver Business Owner: Dominion's Eric Coomer Is an Unhinged Sociopath — His Internet Profile Is Being Deleted and Erased (AUDIO)

✏️ By Jim Hoft    📅 Nov. 16, 2020 10:55 am    💬 409 Comments

[ Truth ]  [ X Tweet ]  [ Share ]  [ Gettr ]  [ Gab ]  [ Telegram ]  💬  💬  ✉️  🖨️





In 2010 Eric Coomer joined Dominion as Vice President of U.S. Engineering. According to his **bio**, Coomer graduated from the University of California, Berkeley with a Ph.D. in Nuclear Physics.

Eric Coomer was later promoted to Voting Systems Officer of Strategy and Security at Dominion.  Coomer has **since been removed** from the Dominion page of directors.



**People in Seattle Are Replacing Cable TV with This New Hdtv Antenna**

UltraLink TV Antenna



**Denzel Washington's Daughter Was Beautiful Child, Look at Her Now**

The Finance Chatter







**Erika Eleniak, 64, Leaves Nothing to Imagination–proof in Pictures**

The Finance Chatter

In fact, in our interview with Denver native Joe Oltmann, Eric Coomer's presence is being SCRUBBED FROM THE INTERNET!

**Flash Sale On MyPillow's Giza Dream Sheets – "The Nicest I've Ever Owned"**

The Gateway Pundit's Jim Hoft interviewed Denver business owner Joe Oltmann on Sunday. Oltmann, the founder of FEC (Faith Education Commerce) United, revealed how he infiltrated Antifa and how during a conversation with Antifa members, he discovered "Eric from Dominion" was allegedly part of the chat during the week of September 27, 2020.

## Video of the Week

EXCLUSIVE: Rep. Andy Biggs Discusses Mayorkas Impeachment, Reveals News From "Classified Briefing" That 2 MILLION+ Illegals Have Crossed Border and "We Don't Know Who They Are/We Can't Vet Them" (VIDEO)



Advertisement



**Elon: Cut Your Electric Bill By 90%**



**Forget The Blue Pill, Use This Household Food...Wives Are Speechless**



**Urologist: Enlarged Prostate? Do This Immediately (Genius!)**

## Trending on TGP



Going Viral: Ivanka Trump Looks Flawless as She Shows Off Her Surfing Skills in the Bahamas (VIDEO)



Jill Biden Unveils This Year's TACKY White House Christmas Decorations with Flying Reindeer, Floating Ice Cream Cones and Cupcakes



BREAKING: Arrest Made After Three Palestinian Students Shot in Vermont – Suspect Identified



Mega-Jolt: The Costs and Logistics of Plugging in EVs Are About to Become Supercharged



Elon Musk Lands in Israel – Meets with Netanyahu and Tours Southern Israel Where Hamas Slaughtered 1,400 Innocents and Points Out the Obvious

Oltmann told TGP that "Eric" was telling the Antifa members they needed to "keep up the pressure." When one of the caller's on a September group call asked, "Who's Eric?" someone answered, **"Eric, he's the Dominion guy."**

Oltmann said that as the conversation continued, someone asked, "What are we gonna do if F*cking Trump wins?" Oltmann paraphrased how Eric (the Dominion guy) responded, **"Don't worry about the election, Trump's not gonna win. I made f*cking sure of that!"**

Oltmann, who runs a Denver data company, started to investigate "Eric from Dominion," following the call and came upon Eric Coomer.

## Become A TGP Insider

Sign up for our free email newsletter, and we'll make sure to keep you in the loop.

**Did Democrats try to steal the election?**

○ Yes ○ No

[ Enter your email ]    [ Submit ]

Completing this poll entitles you to our news updates free of charge. You may opt out at anytime. You also agree to our Privacy Policy and Terms of Use.

Oltmann admitted that it didn't make sense that Eric Coomer would be the Antifa member on the call and that at the time, he knew nothing about Dominion Voting Systems.

It wasn't until after he started hearing about Dominion Voting Systems in the news following the election that he remembered the remarks made by "Eric from Dominion" on the Antifa chat.

Oltmann began digging into Eric Coomer, trying to find anything he could about him. Oltmann finally **hit gold when he was able to (legally) access** what he claims is Dominion VP, Eric

Completing this poll entitles you to our news updates free of charge. You may opt out at anytime. You also agree to our Privacy Policy and Terms of Use.

Dominion Voting Systems in the news following the election that he remembered the remarks made by "Eric from Dominion" on the Antifa chat.

Oltmann began digging into Eric Coomer, trying to find anything he could about him. Oltmann finally **hit gold when he was able to (legally) access** what he claims is Dominion VP, Eric Coomer's Facebook page.


Elon: Cut Your Electric Bill By 90%


Podiatrist: Don't Delay, Do This Immediately if You Have Neuropathy


Forget The Blue Pill, Use This Household Food...Wives Are Speechless

**Joe Oltmann said he never saw such hate and vitriol coming from someone who has a Ph.D. in Nuclear Physics. Oltmann explained to Malkin that Coomer actually re-posted the Antifa manifesto to President Trump on his Facebook page.**

Oltmann told The Gateway Pundit he believes Eric Coomer is mentally ill and a sociopath. Coomer plays the corporate executive during the day and an unhinged Trump hater and Antifa supporter in his private life.

The Gateway Pundit posted  a copy of **that Antifa letter to Trump** in a previous report that Coomer posted on his Facebook page before it was taken down.

## Around the Web


Free Trump 2024 Camo Hat Issued For All Trump Supporters!
Ad by PatrioticLoyal.com


People in Seattle Are Replacing Cable TV with This New Hdtv Antenna
Ad by Ultra HD TV Enhancer


The Bra Designed by the 60-year-old Grandma Are Taking Washington by Storm!
Ad by Libiyi

**Joe Oltmann was removed from Twitter last week after he exposed Eric Coomer from Dominion.**

**Joe's tweets on Eric Coomer obviously upset big tech.**

Oltman admits that by revealing this information about Coomer, he is putting himself in danger but he is resolute in exposing Coomer and the company he works for.

## Around the Web






**Become A TGP Insider**

Sign up for our free email newsletter, and we'll make sure to keep you in the loop.

Email Address

Subscribe



Visit AmericanGulag.org to learn how to help the prisoners of the protest on January 6th.



As the mainstream media repeatedly fails and loses public trust, TGP has continued to offer accurate and timely reporting for almost two decades. Visit TGP FactCheck to see how we get it right.

TGP  FACTCHECK

Check out **TGP FactCheck** to see how terribly wrong the legacy media can get it.

**Please Help The Gateway Pundit**

Please Donate Here

AROUND THE WEB



Here Are 29+ of the Coolest Gifts for This 2023
Consumerbags



but he is resolute in exposing Coomer and the company he works for.

Advertisement

## Around the Web



**Latest Gift to Trump Backers Leaves Liberals Fuming!**
Ad by trainioncoinquards.com



**Obvious Signals of Bipolar Disorder You Don't Notice: Quick Test**
Ad by Bipolar Test | Search Ads



**What is My House Worth Right Now? Check Your Home's Value in Seconds!**
Ad by Home Value | Search Ads

Joe Oltmann later in the interview told The Gateway Pundit that he is receiving numerous death threats after exposing Coomer and Dominion systems.

**According to Oltmann, Coomer may have a Ph.D. in Nuclear Physics, but when it comes to hiding his hatred for President Trump, Trump supporters, law enforcement, or even for Texans, Dominion's Eric Coomer isn't very smart.**

**Trending:** Going Viral: Ivanka Trump Looks Flawless as She Shows Off Her Surfing Skills in the Bahamas (VIDEO)

Dominion's Director of Strategy and Security's response to Rubin's article appears to be a bit unhinged: "And in other news...There be some serious fuckery going on right here fueled by our Cheeto-in-chief stocking lie after lie on the flames of [former Kansas Sec. of State Chris] Kobach...You want something serious to worry about? This is it. "

Advertisement

## Around the Web



**Don't Pay for New Gutters. Get This 3-in-1 System Instead**
Ad by LeaF Filter USA



**The Coolest Gift for kids' Birthdays and Holidays**
Ad by 1 Mag



**2023 Silver American Eagle Soliver Coin, Silver Spot Price**
Ad by Sursell

> Eric Coomer
> September 14, 2017 · Pahrump, NV ·
>
> And in other news... There be some serious fuckery going on right here fueled by our Cheeto-in-chief stocking lie after lie on the flames of Kobach... You want something serious to worry about? This is it.
>
> WASHINGTONPOST.COM
> **The voting commission is a fraud itself. Shut it down.**
>
> 7                    1 Comment 1 Share

Here Are 23+ of the Coolest Gifts for This 2023
Consumerbags



**2023 Silver American Eagle Soliver Coin, Silver Spot Price**
Sursell



**This "1" Knee Sleeve Has Surgeons Speechless, Here's Why**
Compressa



**Urologist: Enlarged Prostate? Do This Immediately (Genius!)**



**Elon: Cut Your Electric Bill By 90%**



**Forget The Blue Pill, Use This Household Food...Wives Are Speechless**



Forget The Blue Pill, Use This
Household Food...Wives Are
Speechless

**TGP Stats**

**TRENDING NEWS**

Rep. Gallagher Criticizes
'Satanic Christmas Tree' In
Wisconsin Hom...

These 5 Kirkland Products at
Costco Are Made by Brands
You Know and...

'Horses Can Feel Her': Meet
the 2-Year-Old 'Horse
Whisperer'

38 States That Don't Tax
Social Security Benefits

Judge says CZ can't return to
UAE ahead of sentencing, for
now

Joe Biden's Pick to Head
Social Security Wants to Make
These Changes

Here's what Coomer had to say to his "friends" on Facebook on July 21, 2016, who are Trump supporters.





**Eliminate Cable TV Bill**
UltraLink TV Antenna

**Sarah Palin, 59, Now Lives Alone In Washington**
Cars&Yachts;





**Eliminate Cable TV Bill**
UltraLink TV Antenna

**From Coomer's Facebook post:**

Facebook friend land- open call-

If you are planning to vote for the autocratic, narcissistic, fascists, ass-hat blowhard and his Christian jihadist VP pic, UNFRIEND ME NOW! No, I'm not joking. I'm all for reasoned political discourse and healthy debate- I'm looking at you ( 3 names of friends). I disagree with you three on many philosophical grounds but respect your opinions. Only and absolute FUCKING IDIOT could ever vote for that wind-bag fuck-tard FASCIST RACIST FUCK! No bullshit, I don't give a damn if you're friend, family, or random acquaintance, pull the lever, mark an oval, touch a screen for that carnival barker—UNFRIEND ME NOW. I have no desire whatsoever to ever interact with you. You are beyond hope, beyond reason. you are controlled by fear, reaction, and bullshit. Get your shit together.



**Sarah Palin, 59, Now Lives Alone In Washington**
Cars&Yachts

## Around the Web



The Bra Designed by the 60-year-old Grandma Are Taking Washington by Storm!



Here Are 23+ Hottest Gifts of 2023



The Coolest Gift for kids' Birthdays and Holidays



**The Wedding Photographer Hadn't Expected This Photo**
Cars&Yachts

Oh, it that doesn't persuade you, FUCK YOU! Seriously, this fucking ass-clown stands against everything that makes this country awesome! You want in on that? You deserve nothing but contempt.

Near the bottom of his rant, Coomer clarifies: "These opinions are rational and completely my own. They are based in reason and highly credible. Though they are not necessarily the thoughts of my employer, though if not, I should probably find another job. Who wants to work for complete morons?" Comer appears to be trying to cover his tracks, "None of my personal opinions affect my professional conduct or attitudes," adding, "I am non-partisan."



**20 Iconic Stores That Are No Longer in Business in 2023**
Explored Luxury



**The 20 Worst Tourist Traps in America, Ranked in Order**
Explored Planes

Document title: Denver Business Owner: Dominion&#39;s Eric Coomer Is an Unhinged Sociopath -- His Internet Profile Is Being Deleted and Erased (AUDIO) | The…
Capture URL: https://www.thegatewaypundit.com/2020/11/denver-business-owner-dominions-eric-coomer-unhinged-sociopath-internet-profile-deleted-erased-audio/
Capture timestamp (UTC): Tue, 28 Nov 2023 17:00:00 GMT
Page 6 of 18

**APP1298**



**Eliminate Cable TV Bill**

UltraLink TV Antenna



**Sarah Palin, 59, Now Lives Alone In Washington**

Cars&Yachts;



**The Wedding Photographer Hadn't Expected This Photo**

Cars&Yachts;



**20 Iconic Stores That Are No Longer in Business in 2023**

Explored Luxury



**The 20 Worst Tourist Traps in America, Ranked in Order**

Explored Planet

According to Oltmann, Eric Coomer isn't a big fan of the police. During his interview with Michelle Malkin, he shared several screenshots of anti-police rhetoric like an image a link to YouTube from the hip-hop song "Dead Prez."

Advertisement

## Around the Web



**[Must-See] The Morning Hack That Supercharges Fat Loss - It Feels Like Cheating!**



**The Vacuum Car Wash Owners Are Hiding from You (It Threatens Their Business)**

**15 Actors That Hollywood Banned for Life**

**As reported earlier, here's a portion of the lyrics from the "Dead Prez" song in case it's not on your personal playlist:**

Is there heaven for us hip-hop heathens

**As reported earlier, here's a portion of the lyrics from the "Dead Prez" song in case it's not on your personal playlist:**

Is there heaven for us hip-hop heathens
Big Pop and Pac, even Eazy had 'em leanin'
We all children lookin' for a reason
What do you believe in, betrayal, treason?
I'm out for dead presidency
I'm out for dead presidency
I'm out for dead presidency
I'm out for dead fuckin' presidents that represent me




**Eliminate Cable TV Bill**
UltraLink TV Antenna


**Sarah Palin, 59, Now Lives Alone In Washington**
Cars&Yachts;


**The Wedding Photographer Hadn't Expected This Photo**
Cars&Yachts;


**20 Iconic Stores That Are No Longer in Business in 2023**
Explored Luxury


**The 20 Worst Tourist Traps in America, Ranked in Order**
Explored Planet

This screenshot, captured by Joe Oltmann, makes one wonder if Eric's not a fan of the United States either.

## Around the Web

Advertisement



Method Discovered by Accident Relieves Ringing Ears [Watch Now]

Ad by doctors-health-quest-secrets



[Doctor's Stunned] This 10-Second Morning Ritual Burns Belly Fat in Weeks

Ad by Tea Burn



Vacuuming Your Vehicle Has Never Been Easier (Try This Tonight)

Ad by CleanPro





Eliminate Cable TV Bill
UltraLink TV Antenna

Sarah Palin, 59, Now Lives Alone In Washington
Cars&Yachts;

The Wedding Photographer Hadn't Expected This Photo
Cars&Yachts;

20 Iconic Stores That Are No Longer in Business in 2023
Explored Luxury

The Most Horrible Tourist Traps In America, Ranked In Order

The 20 Worst Tourist Traps in America, Ranked in Order
Explored Planet

WORLDWIDE (OFFICIAL VERSION HCWW)





**Eliminate Cable TV Bill**
UltraLink TV Antenna

**Sarah Palin, 59, Now Lives Alone In Washington**
Cars&Yachts;

**The Wedding Photographer Hadn't Expected This Photo**
Cars&Yachts;

**20 Iconic Stores That Are No Longer in Business in 2023**
Explored Luxury

**The 20 Worst Tourist Traps in America, Ranked in Order**
Explored Planes

A lot of people may be glad to know that Texas rejected using Dominion Voting Systems in their state after reading this garbage!

30 states in America, including every critical swing state in the November election, used Dominion Voting Systems.



Here is our interview with Joe Oltmann on Sunday night.





Here is our interview with Joe Oltmann on Sunday night.




**Eliminate Cable TV Bill**
UltraLink TV Antenna

Advertisement



**Sarah Palin, 59, Now Lives Alone In Washington**
Cars&Yachts;



No More Expensive Car Cleaning: The Vacuum Car Washes Don't Want You To Discover



18+ Photos of Teachers Who Clearly Weren't Thinking



3 Toxic Foods For Dogs: The One Meat You Should Never Feed Your Dog



**The Wedding Photographer Hadn't Expected This Photo**
Cars&Yachts;



Your Memory is Photographic if You Can Name 16/30 of These Actors



Free Trump 24k Gold Plated Commemorative Bill for All Supporters!



MD: If You Have Dark Spots, Do This Immediately (It's Genius!)



**20 Iconic Stores That Are No Longer in Business in 2023**
Explored Luxury

**Submit additional information.**

        



**The 20 Worst Tourist Traps in America, Ranked in Order**
Explored Planes

### Jim Hoft

Jim Hoft is the founder and editor of The Gateway Pundit, one of the top conservative news outlets in America. Jim was awarded the Reed Irvine Accuracy in Media Award in 2013 and is the proud recipient of the Breitbart Award for Excellence in Online Journalism from the Americans for Prosperity Foundation in May 2016. In 2023, The Gateway Pundit received the Most Trusted Print Media Award at the American Liberty Awards.



Jim Hoft is the founder and editor of The Gateway Pundit, one of the top conservative news outlets in America. Jim was awarded the Reed Irvine Accuracy in Media Award in 2013 and is the proud recipient of the Breitbart Award for Excellence in Online Journalism from the Americans for Prosperity Foundation in May 2016. In 2023, The Gateway Pundit received the Most Trusted Print Media Award at the American Liberty Awards.

You can **email Jim Hoft here**, and **read more of Jim Hoft's articles here.**

ALSO ON THE GATEWAY PUNDIT

25 minutes ago · 103 comme... **Confused Leftist Actor Robert De Niro ...**

40 minutes ago · 55 comments **Leading Gold Company Fires Christian for ...**

14 hours ago · 175 comments **Pennsylvania Water System Hacked By ...**

an hour ago · 178 comments **Target Learned Nothing From Their Pride ...**

**The Gateway Pundit Comment Policy**

We welcome comments from our readers while reserving the right to edit or remove comments that do not meet our policy.

Please read our Comment Policy before commenting.

**Got it**

**409 Comments**                                             ① **Login ▼**

G  Join the discussion...

LOG IN WITH          OR SIGN UP WITH DISQUS ⑦          Name:

**Like Gateway Pundit?**

Subscribe to The Gateway Pundit to receive daily updates of the latest articles delivered straight to your email.

✉ Enter email address          **Subscribe**          Hide this message

♡ 20    ⬆ Share                              Best   Newest   Oldest

O  **On The Right Side**
3 years ago
Finding a far left democrat that is not a sociopath would be an exhaustive search

👍 171    👎 1    Reply • Share ›

**Peace Revolution** ✓ ⟶ On The Right Side
3 years ago
If Trump is robbed of our victory - it will be up to the 80 million Trump supporters to save the Republic... There can be no other alternative. Biden is owned by communist China - a Biden win means a Chinese puppet will be President, that can not be allowed... THIS is the END GAME for world government (what the globalists are calling the 'Great Reset'. If we lose this election contest for any reason it will be the end of America.

**Eliminate Cable TV Bill**
UltraLink TV Antenna

**Sarah Palin, 59, Now Lives Alone In Washington**
Cars&Yachts;

**The Wedding Photographer Hadn't Expected This Photo**
Cars&Yachts;

**20 Iconic Stores That Are No Longer in Business in 2023**
Explored Luxury

**The 20 Worst Tourist Traps in America, Ranked in Order**
Explored Planet



👍 171  👎 1  •  Reply  •  Share›

**Peace Revolution** ⚑  →  On The Right Side
3 years ago

If Trump is robbed of our victory - it will be up to the 80 million Trump supporters to save the Republic... There can be no other alternative. Biden is owned by communist China - a Biden win means a Chinese puppet will be President, that can not be allowed... THIS is the END GAME for world government (what the globalists are calling the 'Great Reset'). If we lose this election contest for any reason it will be the end of America.

👍 34  👎 0  •  Reply  •  Share›

**BlackPantherHunter** ⚑  →  Peace Revolution
3 years ago

We didn't spend the entire Obama administration stockpiling guns and ammo just to hand it all over to Beto and his gun grabbers. We have a Great Reset of our own...

👍 22  👎 0  •  Reply  •  Share›

**extra salt** ⚑  →  BlackPantherHunter
3 years ago

OK, but if you are not already out at the Trump "stop the steal" rallies then this is all just hot air.

It is easier to go out and hold a sign and face down aunty-fa then it tis to face down the deepstate in charge of all military and law enforcement.

So if you won't even do all the easy legal things now then you won't do jack later. So is this all big talk or are you wearing a Trump hat in public? Are you out showing a Trump sign? Have you called and written to government officials?

At some time way way way in the future I will really fight says every cheap keyboard warrior. All the good men who want to stop evil are out doing so right now without force of arms. So which are you?

👍 9  👎 0  •  Reply  •  Share›

**Florida_Local** ⚑  →  BlackPantherHunter
3 years ago

I have 2000 rounds of 223 ...

👍 0  👎 0  •  Reply  •  Share›

**Shine208** ⚑  →  BlackPantherHunter
3 years ago

Remember when the alphabet agencies were buying up all the ammo???

👍 0  👎 1  •  Reply  •  Share›

**extra salt** ⚑  →  Peace Revolution
3 years ago

Have you got your Trump hat on whenever you are in public (except at your place of employment)?

Do you have a Trump sign in the yard and on your car (unless you live in portland which is behind enemy lines)?

Have you personally gone to a "Stop the steal" rally? Will you go to another or at least hold a sign and pass out fliers on a busy street near you?

Have you spoken to people at church, at the store, and every contact on your phone and email?

Have you cancelled cable and all funding for the enemy and told them why?

Have you called your gop reps and demanded they do the right thing?

Anything short of all of US doing all of these types of things will result in Trump failing to stop the steal; Trump can only do so much, he can lead, but he can't do everything without good strong followers demonstrating they are in the fight.

👍 10  👎 0  •  Reply  •  Share›

**kelvinskye** ⚑  →  extra salt
3 years ago

extra salt....I'm just now seeing your posting, but completely agree. I personally am doing as many of those things as possible, including regularly calling every member of the Senate and House for my state - regardless of what party they are affiliatd with. I encourage everyone to do the same, on a daily basis. Most of the time you will not actually talk with a

**Eliminate Cable TV Bill**
UltraLink TV Antenna

**Sarah Palin, 59, Now Lives Alone In Washington**
Cars&Yachts

**The Wedding Photographer Hadn't Expected This Photo**
Cars&Yachts

**20 Iconic Stores That Are No Longer in Business in 2023**
Explored Luxury

**The Most Horrible Tourist Traps In America, Ranked In Order**
**The 20 Worst Tourist Traps in America, Ranked in Order**
Explored Planet

Document title: Denver Business Owner: Dominion's Eric Coomer Is an Unhinged Sociopath -- His Internet Profile Is Being Deleted and Erased (AUDIO) | The…
Capture URL: https://www.thegatewaypundit.com/2020/11/denver-business-owner-dominions-eric-coomer-unhinged-sociopath-internet-profile-deleted-erased-audio/
Capture timestamp (UTC): Tue, 28 Nov 2023 17:00:00 GMT

**APP1305**

👍 10   👎 0   Reply • Share ›

**K**   kelvinskye  ↱ extra salt
3 years ago

extra salt....I'm just now seeing your posting, but completely agree. I personally am doing as many of those things as possible, including regularly calling every member of the Senate and House for my state ; regardless of what party they are affiliated with. I encourage everyone to do the same, on a daily basis. Most of the time you will not actually talk with a live person, and can leave voice mail, but keep it short, because most members of congress have time limits and the voice mail systems might cut you off....this is so many people can call and leave messages.

👍 3   👎 0   Reply • Share ›

**Hammerstrike** ⬛  ↱ Peace Revolution
3 years ago

"Biden is owned by China"

Pretty sure the big problem with the *Kamala* administration is that they would be anti-white globalists intend on effectively destroying the US and all of the west, then erase these from history. Question of priorities.

👍 6   👎 0   Reply • Share ›

**Richard Turpin** ⬛  ↱ Peace Revolution
3 years ago

80 million Vs the Biden babies = no contest....the Republic will be saved and the defeated enemies executed

👍 2   👎 0   Reply • Share ›

**D**   David S  ↱ Peace Revolution
3 years ago

I'm ok with the end of the United States. Peacefully getting rid of the federal government would be the best thing for us all, and the best thing we could do to prevent a violent civil war. 50 sovereign nation states (or way more would be even better), would undermine any Chinese plans of takeover, etc. and would forever keep that kind of power out of the hands of the globalist puppetmasters. Those who dream of a Trump victory need to rethink their undying love of the "united" states or this problem is going to continue year after year until they are successful. Better to divorce now that be forced to do what will be required to save freedom and liberty down the road.

👍 0   👎 2   Reply • Share ›

**r3volution** ⬛  ↱ David S
3 years ago

So you think if we broke up into 50 tiny chaotic states that China couldn't come in and stomp us?

👍 2   👎 0   Reply • Share ›

**96leroy**  ↱ David S
3 years ago • edited

No. Go live elsewhere you ingrate.

👍 1   👎 0   Reply • Share ›

**K**   kelvinskye  ↱ 96leroy
3 years ago

David S ...not intending to come across as adversarial, but are you even aware of what's going on around the world?

👍 1   👎 0   Reply • Share ›

**96leroy**  ↱ kelvinskye
3 years ago

Missed him by a minute!

👍 0   👎 0   Reply • Share ›

**G**   GFTW  ↱ On The Right Side
3 years ago

Only 99% of far left Demokkkrauts give the rest a bad name. Okay, 99.9% of them. 99.99%?

👍 10   👎 0   Reply • Share ›



**Eliminate Cable TV Bill**
UltraLink TV Antenna

**Sarah Palin, 59, Now Lives Alone In Washington**
Cars&Yachts;

**The Wedding Photographer Hadn't Expected This Photo**
Cars&Yachts;

**20 Iconic Stores That Are No Longer in Business in 2023**
Explored Luxury

**The Most Horrible Tourist Traps In America, Ranked In Order**

**The 20 Worst Tourist Traps in America, Ranked in Order**
Explored Planet



👍 0   👎 0   Reply • Share ›

**GFTW** → On The Right Side
3 years ago

Only 99% of far left Demokkkrauts give the rest a bad name. Okay, 99.9% of them. 99.99%?

👍 10   👎 0   Reply • Share ›

**Tex** → On The Right Side
3 years ago

100 years ago, there would have been public hangings for the treason that has been committed by democrats and their comrades in the media.

👍 4   👎 0   Reply • Share ›

**Garity Yager** → On The Right Side
3 years ago

They are working with China to attack us.

👍 4   👎 0   Reply • Share ›

**TexasJerri** → On The Right Side
3 years ago

But aren't you glad he put that "I'm a non-partisan" disclaimer in there. For a minute there, I was afraid he might mess with the voting machines. /s

👍 4   👎 0   Reply • Share ›

**George Holcomb** → On The Right Side
3 years ago

Have you not hear. The democrat party don't is no longer. It gone forever.
It is call the DEMONCRAT PARTY now.

👍 3   👎 0   Reply • Share ›

> **Landrew** → George Holcomb
> 3 years ago
>
> Actually it's demonrat. We voted.
>
> 👍 0   👎 0   Reply • Share ›

**csak** → On The Right Side
3 years ago

That sure is the truth. The whole Dem party is nothing but lunatics and sociopaths. Scary to think they may be in charge shortly.

👍 2   👎 0   Reply • Share ›

**amongoose** → On The Right Side
3 years ago

I disagree, sorta.
I would use futile.

👍 1   👎 0   Reply • Share ›

**LadyGreenEyes_MAGA** → On The Right Side
3 years ago   edited

That dude, based on the eyes, looks more like a full-blown psychopath to me.

👍 0   👎 0   Reply • Share ›

**mrredneck** → On The Right Side
3 years ago

Good news is there's really only about 25% in the population the rest are over a 100 ears.

👍 0   👎 0   Reply • Share ›

**Tracydchp** → On The Right Side
3 years ago

Like a Leprechaun..

👍 0   👎 0   Reply • Share ›

**The last waltz of the tyrants** → On The Right Side

**Eliminate Cable TV Bill**
UltraLink TV Antenna

**Sarah Palin, 59, Now Lives Alone In Washington**
Cars&Yachts;

**The Wedding Photographer Hadn't Expected This Photo**
Cars&Yachts;

**20 Iconic Stores That Are No Longer in Business in 2023**
Explored Luxury

**The Most Horrible Tourist Traps In America, Ranked In Order**

**The 20 Worst Tourist Traps in America, Ranked in Order**
Explored Planes



**Tracydchp** → On The Right Side
3 years ago

Like a Leprechaun..

👍 0   👎 0 · Reply · Share ›

**The last waltz of the tyrants** → On The Right Side
3 years ago

lol for real

👍 0   👎 0 · Reply · Share ›

**Whyusostupit** → On The Right Side   edited
3 years ago

I'm weighing the difference.....sasquatch? or a non sociopathic democrat?

👍 0   👎 0 · Reply · Share ›

**CamelotGirl** → On The Right Side
3 years ago

Like looking for the Holy Grail, only probably a lot harder to find.

👍 0   👎 0 · Reply · Share ›

**Hadonic Adjustment** → On The Right Side
3 years ago

Exhaustive? I think it would be a worthless pursuit because they all have drank the Kool-aide and are terminally stupid.

👍 0   👎 0 · Reply · Share ›

This comment was deleted.

**extra salt** → Guest
3 years ago

If enough of US keep taking to the streets and showing the flag then we can win this peacefully so long as Trump is leading US and the Deep State figures out nobody will stand down.

You can buy a Trump sign and put it in your yard cheaper than you can buy a box of ammo, and it will be much more effective.

Everyone talking about going to guns right now is likely a secretcuck who wants to excuse themselves from taking to the streets because they are scared of aunty-fa. The same guy who lacks the sack to go face to face with aunty-fa right now will never lift a finger later either because cowards are cowards.

So if you have been to a stop the steal rally knowing bim and aunty-fa could show up then you are a patriot and if you are not doing all these things already then you are cowed and will never stand up later either. And everyone knows it.

👍 1   👎 0 · Reply · Share ›

This comment was deleted.

**BraveHeart** → Guest
3 years ago

It's a bullseye!

👍 10   👎 0 · Reply · Share ›

**u-r-vermin** ✓Deplorable → BraveHeart
3 years ago

This is great can't stop laughing 😂😂

👍 1   👎 0 · Reply · Share ›

**aquaroyale** → Guest
3 years ago

Give him a quarter and go downtown and have a rat chew that thing off of his face.

👍 2   👎 0 · Reply · Share ›

This comment was deleted.

**Eliminate Cable TV Bill**
UltraLink TV Antenna

**Sarah Palin, 59, Now Lives Alone In Washington**
Cars&Yachts;

**The Wedding Photographer Hadn't Expected This Photo**
Cars&Yachts;

**20 Iconic Stores That Are No Longer in Business in 2023**
Explored Luxury

**The 20 Worst Tourist Traps in America, Ranked in Order**
Explored Planet



**aquaroyale** → Guest
3 years ago

Give him a quarter and go downtown and have a rat chew that thing off of his face.

👍 2   👎 0   Reply • Share ›

This comment was deleted.

**YeahYouRight** → Guest
3 years ago

Deviant sociopaths *with security clearances.* That gives me shivers.

👍 78   👎 0   Reply • Share ›

**gaspar** → YeahYouRight
3 years ago

Did i hear that susan rice still has a security clearance?

👍 40   👎 0   Reply • Share ›

**LINER011** → gaspar
3 years ago

Ben Rhodes is as bad as any of them. He had access to NSA surveillance.

👍 26   👎 0   Reply • Share ›

**gman** → LINER011
3 years ago

One thing for certain, Leftists may have degrees and even PhDs,
But 0 common sense!
That's why they have been caught!
Stop the Steal 2020

👍 39   👎 0   Reply • Share ›

**Hellfish Bonanza** → gman
3 years ago

Very true, but contrary to the leftist narrative we also have degree. My mom is a cardio thoracic surgeon, my dad and sister are both CPA's, my brother is a critical care pulmonary doctor. They all voted for President Trump. I'm only a humble firefighter / paramedic, I don't make a lot of money. I voted for Trump as well. I guess my point is that MAGA is a movement that is really a cross section of America; the party of the people. I'm not impressed by liberal elitism or their pseudo intellectualism. We're smarter, funnier, and nicer than liberals. I don't care about what a barista with a philosophy degree thinks or anything. I only care about what hard working Patriots think; regardless of education level.

👍 25   👎 0   Reply • Share ›

**George Holcomb** → Hellfish Bonanza
3 years ago

I'm am the poorest of the poor.
I voted for Trump, because he's American, and he watch out for the American people.
He hates the one world gov.

👍 17   👎 0   Reply • Share ›

**Hellfish Bonanza** → George Holcomb
3 years ago

Very true. Some people say we live in a time without heroes but they just don't know where to look. President Trump is proof positive. And you vote for him because you're a patriot with grit,spirit, and backbone to spare. Money is important to a degree but some of the poorest people I know are in fact very wealthy. Being spiritually and morally bankrupt is something money cannot fix.

👍 11   👎 0   Reply • Share ›

**cashills** → Hellfish Bonanza
3 years ago

Amen brother...

👍 6   👎 0   Reply • Share ›

**Joshua Schainbaum** → Hellfish Bonanza

**The Wedding Photographer Hadn't Expected This Photo**
Cars&Yachts;

**20 Iconic Stores That Are No Longer in Business in 2023**
Explored Luxury

**The 20 Worst Tourist Traps in America, Ranked in Order**
Explored Planet

**29+ Coolest Gifts Nobody Would Think of**
Consumerbags

**Pit Bull Refuses to Be Adopted, Here's Why**
Give It Love



I voted for Trump, because he's American, and he watch out for the American people. He hates the one world gov.

△ 17  ▽ 0 • Reply • Share ›

**Hellfish Bonanza**  → George Holcomb
3 years ago

Very true. Some people say we live in a time without heroes but they just don't know where to look. President Trump is proof positive. And you vote for him because you're a patriot with grit, spirit, and backbone to spare. Money is important to a degree but some of the poorest people I know are in fact very wealthy. Being spiritually and morally bankrupt is something money cannot fix.

△ 11  ▽ 0 • Reply • Share ›

**cashills**  → Hellfish Bonanza
3 years ago

Amen brother..

△ 6  ▽ 0 • Reply • Share ›

**Joshua Schainbaum**  → Hellfish Bonanza
3 years ago

Wow, you and your family is committed to saving lives and financial lives. Respect.

△ 2  ▽ 0 • Reply • Share ›

This comment was deleted.

**Grand2833**  → Guest
3 years ago

The protests, the looting, the rioting, the burning of businesses and destruction of monuments were all a distraction while the Democrats were working to rig the election. It's the old trick of getting everyone's attention focused on something while the hidden activities were going on behind the scenes. Look! Look! Look here! Look at what I have in my left hand, keep their attention on the left hand and they don't realize what the right hand is doing. Replacing voting machines across the country? Really? Why was that necessary, did all the voting machines in 30 states suddenly break down? Was there a public outcry for new voting machines and tabulators with internet access? I don't think so or we would have noticed and there was nothing in the local news, national media or online about all those voting machines being changed out for Dominion systems.

△ 10  ▽ 0 • Reply • Share ›

**Wumingren**  → Grand2833
3 years ago

All Dominion voting machines must be destroyed in their warehouses across the nation, but not too early, because we don't want to give them time to bring in new machines in time for the next election. Force the Democrats into emergency procurement of paper ballots.

△ 13  ▽ 0 • Reply • Share ›

**celtic cross**  → Grand2833
3 years ago

You can do a whole lot with $4 trillion in covid money. Right, San Fran Nan?

△ 9  ▽ 0 • Reply • Share ›

Load more comments

□ Subscribe  🔒 Privacy  ⊘ Do Not Sell My Data

**29+ Coolest Gifts Nobody Would Think of**
Consumerbags

**Pit Bull Refuses to Be Adopted, Here's Why**
Give It Love

**20+ Gardening Ideas to Elevate Any Yard, No Matter the Size!**
Explored Luxury

**You're a Grease Monkey if You Can Identify 10 Cars**
Brake For It

**The Incredible 340-year-old Shipwreck Frozen in Time**
Explored Planet

## GATEWAY PUNDIT
WHERE HOPE FINALLY MADE A COMEBACK

© 2023 The Gateway Pundit

Home   About Us   Contact   Privacy Policy   Get Ad Free

Document title: Denver Business Owner: Dominion&#39;s Eric Coomer Is an Unhinged Sociopath -- His Internet Profile Is Being Deleted and Erased (AUDIO) | The…
Capture URL: https://www.thegatewaypundit.com/2020/11/denver-business-owner-dominions-eric-coomer-unhinged-sociopath-internet-profile-deleted-erased-audio/
Capture timestamp (UTC): Tue, 28 Nov 2023 17:00:00 GMT
Page 18 of 18

# Exhibit K-13

| | |
|---|---|
| Document title: | Giuliani Scorches Media For Censoring Mounting Evidence of Election Fraud And Condoning Threats Against Lawyers and Witnesses › American Greatness |
| Capture URL: | https://amgreatness.com/2020/11/19/giuliani-scorches-media-for-censoring-mounting-evidence-of-election-fraud-and-condoning-threats-against-lawyers-and-witnesses/ |
| Page loaded at (UTC): | Tue, 28 Nov 2023 18:05:34 GMT |
| Capture timestamp (UTC): | Tue, 28 Nov 2023 18:07:21 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 11 |
| Capture ID: | 3VfKYkjX75ZGy2tMXSoJk2 |
| User: | jw-mvillalpando |

PDF REFERENCE #:        9NEcgxNxfN3q2pbp64ckTH

**APP1312**

ADVERTISEMENT

**Economical Electric Car for Seniors: the Price Will Blow You Away! (See Prices)**

Sponsored by Branded Links

☰  **AMERICAN GREATNESS**    🔍 Search    Join AG+    Log In



NEWS

# Giuliani Scorches Media For Censoring Mounting Evidence of Election Fraud And Condoning Threats Against Lawyers and Witnesses

By Debra Heine      November 19, 2020

During a press conference Thursday, President Trump's personal lawyer Rudy Giuliani scorched the corporate media for refusing to cover what he called "a massive attack on the integrity of the voting system" in the United States.

☰  AG AMERICAN GREATNESS          🔍 Search          Join AG+   Log In

During a press conference Thursday, President Trump's personal lawyer Rudy Giuliani scorched the corporate media for refusing to cover what he called "a massive attack on the integrity of the voting system" in the United States.

The Trump Campaign hosted the presser at RNC headquarters in Washington, D.C. with Giuliani, Trump Campaign Legal Advisor Jenna Ellis, and Trump lawyer Sidney Powell.

Throughout the news conference, Giuliani blasted the MSM for going along with the ruse that Democrat Joe Biden won the 2020 election fair and square amid mounting evidence of massive election fraud. He also chastised them for refusing to cover or condemn threats and harassment against witnesses of the fraud and lawyers on Trump's legal team.  "It's tolerated because YOU condone it in the press and you don't cover it and you don't condemn it," he charged.

Giuliani said that that the only reason Democrat Joe Biden got more votes than President Trump is because thousands of illegal ballots were produced and allowed to be used after the election was over. "Give us an opportunity to prove it in court, and we will," Giuliani promised.



These 2 Vegetables Kill Your Belly And Neck Fat Overnight!



Podiatrist: Don't Delay, Do This Immediately if You Have Neuropathy

The former New York Mayor informed reporters that his team has gathered a vast amount of evidence that points to a conspiracy involving multiple states that was executed from a centralized location.

"This was not a singular [case] of voter fraud in just one state," Giuliani said. "This pattern repeats itself in a number of states. Almost exactly the same pattern which any experienced investigator, prosecutor would suggest that there was a plan from a centralized place to execute these various acts of voter fraud specifically focused on big cities and specifically focused on, as you can imagine, big cities controlled by Democrats, and particularly focused on big cities that have a long history of corruption." He noted that the number of voter fraud cases in Philadelphia alone "could fill a library."

In Pennsylvania, Giuliani pointed out, the margin of "victory" for Biden was 69,140 votes, but there were 682,770 mail-in ballots that the Democrat machines in Pittsburgh and Philly did not allow to be inspected before they were entered into the vote.

ADVERTISEMENT



☰   AG AMERICAN GREATNESS          🔍 Search          Join AG+   Log In

ADVERTISEMENT



When Neuropathy Hits, Try This (It's Genius!)          When Neuropathy Hits, Try This (It's Genius!)

Report Ad          Report Ad

"Mail ballots are particularly prone to fraud," Giuliani said, going on to note that the absent-minded Biden actually admitted a few days before the election "that he had the best voter fraud team in the world."

"They were good," Giuliani allowed. "I don't know that they were *that* good because they made significant mistakes like all crooks do, and we caught them," he added.

One of the mistakes he said they made was barring Republican poll watchers to inspect the mail-in ballots. The former mayor pointed out that even in 3rd world countries, inspections are allowed for mail-in ballots because they are so susceptible to fraud. He said he has 50 to 60 witnesses who will testify that not only were they barred from inspecting the ballots, in some cases, they were physically assaulted.

Giuliani revealed that there were 15,000 provisional ballots in Pittsburgh that were filled out by people who were told when they showed up to vote that they had already voted. All of these people denied that they had voted, according to Giuliani. He went on to say that Trump's legal team have witnesses who will testify to stunning corruption on behalf of their Democrat bosses who told them that when they had a ballot where no one was registered, "just assign it to somebody."

Giuliani scoffed at the media for refusing to report on these serious issues. "You don't even ask Biden about this," he laughed. "He doesn't get asked questions about it. He doesn't get asked questions about all the evidence of the crimes he's committed.

ADVERTISEMENT



1 Odd Trick Restores Your Eyes To Perfect 20/20 Vision

"I know you keep reporting falsely that we have no evidence, that we have no specific acts of fraud" Giuliani told reporters. "That's because the coverage of this had been almost as dishonest

Document title: Giuliani Scorches Media For Censoring Mounting Evidence of Election Fraud And Condoning Threats Against Lawyers and Witnesses › American…
Capture URL: https://amgreatness.com/2020/11/19/giuliani-scorches-media-for-censoring-mounting-evidence-of-election-fraud-and-condoning-threats-against-lawyers-…
Capture timestamp (UTC): Tue, 28 Nov 2023 18:07:21 GMT          Page 3 of 10

**APP1315**



Join AG+     Log In

"I know you keep reporting falsely that we have no evidence, that we have no specific acts of fraud" Giuliani told reporters. "That's because the coverage of this had been almost as dishonest as the scheme itself. The American people are entitled to know this. You don't have a right to keep it from them. You don't have a right to lie about it, and you are."

Giuliani noted that he can't present all of the affidavits that he has because the people are afraid of being harassed and threatened by left-wing extremists, aided and abetted by the media.

"They may lose their job, they may lose their friends. We've lost lawyers because they've been threatened.  We've had lawyers who need protection," Giuliani lamented. Speaking directly to the reporters in the room, he added: "What's going on in this country is horrible and the censorship that you're imposing is making it worse."

He produced an affidavit from a Democrat election worker in Michigan who testified that she was instructed to change the dates on absentee ballots to reflect that they came in on or before Election Day. He chastised the media again for repeatedly reporting that there is no evidence of election fraud when their most definitely is.

Giuliani stressed that he has 100 more affidavits attesting to election fraud but the witnesses are afraid to have their names publicized because "they don't want to have their lives torn apart by the goons on the other side.

"We don't do that to them" the former NY mayor noted. "They've done that to a lot of our people And they've done it for four years. And it's outrageous that it's tolerated, and it's tolerated because YOU condone it in the press and you don't cover it and you don't condemn it," Giuliani declared, pointing at the reporters in the room. "A lawyer shouldn't have to withdraw from a case because he's representing the president of the United States."

"In Michigan and Wisconsin we have overvotes in numerous precincts of 150 percent, 200 percent, and 300 percent. One of the reasons the two Republicans did not certify in Wayne County, Michigan is because the overvote was so high—monstrously high in about two thirds of the precincts in the city of Detroit," Giuliani told reporters.

Sidney Powell said that she has collected evidence of a vote switching scheme involving Dominion machine and Smartmatic software.

She told reporters that the Smartmatic technology software was developed in Venezuela to steal

Document title: Giuliani Scorches Media For Censoring Mounting Evidence of Election Fraud And Condoning Threats Against Lawyers and Witnesses › American…
Capture URL: https://amgreatness.com/2020/11/19/giuliani-scorches-media-for-censoring-mounting-evidence-of-election-fraud-and-condoning-threats-against-lawyers-…
Capture timestamp (UTC): Tue, 28 Nov 2023 18:07:21 GMT

**APP1316**



≡   AMERICAN GREATNESS                    🔍 Search                    Join AG+    Log in

Dominion machine and Smartmatic software.

She told reporters that the Smartmatic technology software was developed in Venezuela to steal elections for Venezuelan dictator Hugo Chavez almost 15 years ago, and stated that she had a strong witness who had submitted an affidavit testifying to that.

Powell called the use of the compromised voting technology "stunning, heartbreaking, infuriating, and the most unpatriotic act I can even imagine for people in this country to have participated in in any way shape or form."

Echoing Giuliani's message to the media, she added: "And I want the American public to know right now that we will not be intimidated. American patriots are fed up with the corruption from the local level to the highest level of our government, and we are going to take our country back, we are not going to be intimidated, we are not going to back down. We are going to clean this mess up now."

Said Powell: "President Trump won in a landslide. We are going to prove it, and we are going to reclaim the United States of America for the people who vote for freedom."

ADVERTISEMENT





**Top Biologist: If Anyone Has Tinnitus (Ear Ringing) Do This Immediately**

A reporter asked the fiery lawyer about her previous vow to "release the Kraken."

"Is the country ready for this? I mean America should be astonished at what you're saying here today. Is the country on the verge of an electoral breakdown?" the reporter asked.

"We've already had it," Powell replied. "But the Constitution, as Jenna explained, has provisions in it for how you fix this. And there should never be another election in this country—I don't care if it's for local dog-catcher—using a Dominion machine and Smartmatic software."

Giuliani noted that Democrats have been stealing elections for years on a small scale.

"When they passed the mail-in voter statute, which all of a sudden, multiplied by ten times the number of mail-in votes, they realized they could have a field day," he explained. "They could do precisely what Jimmy Carter and [former Secretary of State James] Baker warned us about. All you have to do is own an election board and you can get away with it."

"The most important thing here is that this has been a massive attack on the integrity of the voting system in the greatest democracy on earth. The people who did this have committed one

**APP1317**



☰   **AG** AMERICAN GREATNESS                 Search                    Join AG+    Log In

you have to do is own an election board and you can get away with it.

"The most important thing here is that this has been a massive attack on the integrity of the voting system in the greatest democracy on earth. The people who did this have committed one of the worst crimes that I've ever seen or observed, Giuliani said. "One of the things we're the most proud of in this country is that we've been such a longstanding democracy based on the right to vote. They have trashed the right to vote, they've dishonored the right to vote, they've destroyed the right to vote in their greed for power and money, and there's no doubt about it," he exclaimed. " This is not an individual idea of 10 or 12 Democrat bosses. This is a plan. You would have to be a *fool* not to realize that. They do the same thing in exactly the same way in ten big, Democrat-controlled, in most cases crooked cities, he argued, adding that if people don't believe him they should look up how many Democrat officials have gone to jail in the past 20 to 50 years "that they have dominated and destroyed those cities."

The former mayor continued: "They picked the places where they could get away with it. He said such places have political judges who summarily dismiss the testimony of Republicans. "They pick places where they can get a sheriff that refused to enforce a court order."

Giuliani was referring to the unfair treatment of Republican poll watchers in Philadelphia, Pennsylvania.

"When we got a court order that said that we could be ten feet closer, our representatives were told, 'if you try to do it, I'll arrest you."

Giuliani said the Trump team's investigation into the election malfeasance "began as a national conspiracy," as "that evidence emerged very, very quickly."

"The minute I saw that it was the same thing in ten states, just using logic, I said, this can't be an accident." He added that he was surprised "by the dimension of it."

"Not inspecting over 700,000 ballots is astounding!" he exclaimed, referring to the lack of oversight in the Philadelphia and Pittsburgh.

ADVERTISEMENT



**Full Mouth Dental Implants (Take a Look at the Prices)**



## Full Mouth Dental Implants (Take a Look at the Prices)



Giuliani told reporters that he had no idea of how much Joe Biden was aware of the fraud that pushed him over the top in the election. "I'm not trying to be cute. I've watched him, I've observed him ... I don't know how much he decides and how much things are decided for him," he said.

He said he would love to release all of the evidence that he has, but "most of you wouldn't cover it. The former mayor added: "The censorship that is going on in this country right now by Big Tech, and by Big Media is almost as dangerous as the election fraud we're revealing. Maybe just as dangerous. We're headed to a very bad place."





Podiatrist: Don't Delay, Do This Immediately if You Have Neuropathy



Elon: Cut Your Electric Bill By 90%



These 2 Vegetables Kill Your Belly And Neck Fat Overnight!



Urologist: Enlarged Prostate?



Foot Neuropathy Doctors Rave



Car Wash Owners Don't Want



Urologist: Enlarged Prostate? Do This Immediately (Genius!)

Foot Neuropathy Doctors Rave About This Incredible Gadget

Car Wash Owners Don't Want You to Know About This Vacuum

Related Articles



**Special Counsel Jack Smith's Connections to Lois Lerner and George Soros**

**The Half-Baked Plan to Stop Global Warming**

**Trump Triumphant Again**



Get the news corporate media won't tell you.

Get caught up on today's most read stories.

Your Name

Phone Number

Enter Your Email

Sign Up



Share on

About Debra Heine

Debra Heine is a conservative Catholic mom of six and longtime political pundit. She has written for several conservative news websites over the years, including Breitbart and PJ Media.

Archive

*Photo: (Photo By Tom Williams/CQ-Roll Call, Inc via Getty Images)*



☰   AG **AMERICAN GREATNESS**    🔍 Search    Join AG+    Log In

🖼 *Photo: (Photo By Tom Williams/CQ-Roll Call, Inc via Getty Images)*

## Around The Web    ⟳



**This Weird Method Can Restore Your Vision Naturally (Watch)**

Live Healthy Today



**Here Are 23+ Hottest Gifts of 2023**

TrendingGifts



**The Coolest Gift for kids' Birthdays and Holidays**

Libivi



**Here Are the Coolest Gadgets Of November**

Holiday Gift Guide

**MD: If You Have Dark Spots, Do This Immediately (It's Genius!)**

BauidryMD





**Ears Ringing? when Tinnitus Won't Stop, Do This [Its Genius]**

doctors-health-quest-secrets



**[Watch] Rub This Blue Plant on Your Face Instead of Using Cream [Crazy Results]**

Nootercmy

**[Doctor's Shocked] Unusual Tea Trick Proves to Shed Unwanted Belly Fat Fast**

The Burst



**Try This Simple Hack To Eliminate Toenail Fungus [Watch]**

LifeHakk

**ABOUT**          **SECTIONS**                          **SOCIAL**          **SUPPORT**

Meet the Team          Elections                          Facebook          Contact

Document title: Giuliani Scorches Media For Censoring Mounting Evidence of Election Fraud And Condoning Threats Against Lawyers and Witnesses › American…
Capture URL: https://amgreatness.com/2020/11/19/giuliani-scorches-media-for-censoring-mounting-evidence-of-election-fraud-and-condoning-threats-against-lawyers-…
Capture timestamp (UTC): Tue, 28 Nov 2023 18:07:21 GMT

**APP1321**

☰  AG  AMERICAN
         GREATNESS

🔍 Search                    Join AG+    Log In



This Weird Method Can
Restore Your Vision
Naturally (Watch)
*Live Healthy Today*

Here Are 23+ Hottest Gifts of
2023
*TrendingGifts*

The Coolest Gift for kids'
Birthdays and Holidays
*Libiyi*

Here Are the Coolest Gadgets
Of November
*Holiday Gift Guide*

MD: If You Have Dark Spots,
Do This Immediately (It's
Genius!)
*GundryMD*

Ears Ringing? when Tinnitus
Won't Stop, Do This [Its
Genius]
*doctors-health-quest-secrets*



[Watch] Rub This Blue Plant
on Your Face Instead of
Using Cream [Crazy Results]
*Nucentix*

[Doctor's Shocked] Unusual
Tea Trick Proves to Shed
Unwanted Belly Fat Fast
*Tea Burn*

Try This Simple Hack To
Eliminate Toenail Fungus
[Watch]
*LifeHabit*

**ABOUT**              **SECTIONS**                              **SOCIAL**              **SUPPORT**
Meet the Team          Elections                                 Facebook                Contact
Our Declaration        Greatness Agenda                          Twitter                 Privacy Policy
Winston 84             Great America                             Parler                  Terms of Service
                       First Principles

©2013 - 2023 American Greatness. All rights reserved.
America's Talking is a registered trademark of Braveheart Media Holdings LLC. All rights reserved.

Document title: Giuliani Scorches Media For Censoring Mounting Evidence of Election Fraud And Condoning Threats Against Lawyers and Witnesses › American…
Capture URL: https://amgreatness.com/2020/11/19/giuliani-scorches-media-for-censoring-mounting-evidence-of-election-fraud-and-condoning-threats-against-lawyers-…
Capture timestamp (UTC): Tue, 28 Nov 2023 18:07:21 GMT
Page 10 of 10

**APP1322**

# Exhibit K-14

🔒 PageVault

| | |
|---|---|
| Document title: | US election integrity depends on security-challenged firms \| AP News |
| Capture URL: | https://apnews.com/article/f6876669cb6b4e4c9850844f8e015b4c |
| Page loaded at (UTC): | Tue, 28 Nov 2023 19:45:44 GMT |
| Capture timestamp (UTC): | Tue, 28 Nov 2023 19:48:17 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 12 |
| Capture ID: | iM33cWekNghU66qTwFzmnU |
| User: | jw-mvillalpando |

PDF REFERENCE #:          jC7dCyiERpSa9rJNEihDeA

**APP1324**



# US election integrity depends on security-challenged firms

1 of 9 | In this July 11, 2018, photo, Peter Lichtenheld, vice president of operations for voting systems vendor Hart InterCivic, testifies during a Senate hearing on election security in Washington. Experts say top election vendors have long skimped on security in favor of convenience and cost. Read More

BY FRANK BAJAK
Published 12:33 AM UTC, October 30, 2018

Share

It was the kind of security lapse that gives election officials nightmares. In 2C17, a private contractor left data on Chicago's 1.8 million registered voters — including addresses, birth dates and partial Social Security numbers — publicly exposed for months on an Amazon cloud server.

Suggested For You                                   by Taboola

EVEN WHEN THE NEWS IS FREE, JOURNALISM IS NOT.
SUPPORT THE ASSOCIATED PRESS THIS GIVING TUESDAY.   DONATE

**AP**   ☰   WORLD   U.S.   POLITICS   SPORTS   ENTERTAINMENT   BUSINESS   SCIENCE   FACT CHECK   ODDITIES   HEALTH   VIDEO   CLIMATE   SPOTLIGHT   ⋯   🔍

Israel-Hamas war   Rosalynn Carter memorial service   Frank Reich fired   Pope Francis   WWE star Tammy 'Sunny' Sytch sentenced

Later, at a tense hearing , Chicago's Board of Elections dressed down the top three executives of Election Systems & Software, the nation's dominant supplier of election equipment and services.

The three shifted uneasily on folding chairs as board members grilled them about what went wrong. ES&S CEO Tom Burt apologized and repeatedly stressed that there was no evidence hackers downloaded the data.

ADVERTISEMENT



**The Coolest Gift For Kids' Birthdays and Holidays**

Advertisement: The Pineapple Life     Read More



**Public Signs That Had Us Giggling the Whole Time**

Advertisement: Investing.com

The Chicago lapse provided a rare moment of public accountability for the closely held businesses that have come to serve as front-line guardians of U.S. election security.

A trio of companies — ES&S of Omaha, Nebraska; Dominion Voting Systems of Denver and Hart InterCivic of Austin, Texas — sell and service more than 90 percent of the machinery on which votes are cast and results tabulated. Experts say they have long skimped on security in favor of convenience, making it more difficult to detect intrusions such as occurred in Russia's 2016 election meddling.

The businesses also face no significant federal oversight and operate under a shroud of financial and operational secrecy despite their pivotal role underpinning American democracy.

In much of the nation, especially where tech expertise and budgets are thin, the companies effectively run elections either directly or through subcontractors.

"They cobble things together as well as they can," University of Connecticut election-technology expert Alexander Schwartzman said of the industry leaders. Building truly secure systems would likely make them unprofitable, he said.



**Seniors Are Getting $275/month Grocery Benefit - Only If You Live In These Zip Codes**

Advertisement: Senior Grocery Benefit



**Your "Glory Days" are Ahead of You**

Advertisement: LifeMD     Learn More

ADVERTISEMENT



ADVERTISEMENT


Document title: US election integrity depends on security-challenged firms | AP News
Capture URL: https://apnews.com/article/f6876669cb6b4e4c9850844f8e015b4c
Capture timestamp (UTC): Tue, 28 Nov 2023 19:48:17 GMT

**APP1326**

EVEN WHEN THE NEWS IS FREE, JOURNALISM IS NOT.
SUPPORT THE ASSOCIATED PRESS THIS GIVING TUESDAY.

DONATE

AP   ☰   WORLD   U.S.   POLITICS   SPORTS   ENTERTAINMENT   BUSINESS   SCIENCE   FACT CHECK   ODDITIES   HEALTH   VIDEO   CLIMATE   SPOTLIGHT   ⋯   🔍

Israel-Hamas war      Rosalynn Carter memorial service      Frank Reich fired      Pope Francis      WWE star Tammy 'Sunny' Sytch sentenced

The costs of inadequate security can be high. Left unmentioned at the Chicago hearing: The exposed data cache included roughly a dozen encrypted passwords for ES&S employee accounts . In a worst-case scenario, a sophisticated attacker could have used them to infiltrate company systems, said Chris Vickery of the security firm Upgard, which discovered the data lapse.

"This is the type of stuff that leads to a complete compromise," he said. ES&S said the passwords were only used to access the company's Amazon cloud account and that "there was no unauthorized access to any data or systems at any time."

All three of the top vendors declined to discuss their finances and insist that security concerns are overblown. ES&S, for instance, said in an email that "any assertions about resistance to input on security are simply untrue" and argued that for decades the company has "been successful in protecting the voting process."

## STONEWALLING ON SECURITY

Many voting systems in use today across the more than 10,000 U.S. election jurisdictions are prone to security problems. Academic computer scientists began hacking them with ease more than a decade ago, and not much has changed.

ADVERTISEMENT

Hackers could theoretically wreak havoc at multiple stages of the election process. They could alter or erase lists of registered voters to sow confusion, secretly introduce software to flip votes, scramble tabulation systems or knock results-reporting sites offline.

There's no evidence any of this has happened, at least not yet.



The vendors say there's no indication hackers have penetrated any of their systems. But authorities acknowledge that some election mischief or malware booby traps may

AS IT H  PENS.
AP NEWSROOM.
Instant access to global sports imagery, with simplified licensing.

Explore now →



Shop Merrell® Sale
Merrell.com

The costs of inadequate security can be high. Left unmentioned at the Chicago hearing: The exposed data cache included roughly a dozen encrypted passwords for ES&S employee accounts . In a worst-case scenario, a sophisticated attacker could have used them to infiltrate company systems, said Chris Vickery of the security firm Upgard, which discovered the data lapse.

"This is the type of stuff that leads to a complete compromise," he said. ES&S said the passwords were only used to access the company's Amazon cloud account and that "there was no unauthorized access to any data or systems at any time."

All three of the top vendors declined to discuss their finances and insist that security concerns are overblown. ES&S, for instance, said in an email that "any assertions about resistance to input on security are simply untrue" and argued that for decades the company has "been successful in protecting the voting process."

## STONEWALLING ON SECURITY

Many voting systems in use today across the more than 10,000 U.S. election jurisdictions are prone to security problems. Academic computer scientists began hacking them with ease more than a decade ago, and not much has changed.

ADVERTISEMENT



Shop Merrell® Sale
Merrell.com

Hackers could theoretically wreak havoc at multiple stages of the election process. They could alter or erase lists of registered voters to sow confusion, secretly introduce software to flip votes, scramble tabulation systems or knock results-reporting sites offline.

There's no evidence any of this has happened, at least not yet.



The vendors say there's no indication hackers have penetrated any of their systems. But authorities acknowledge that some election mischief or malware booby traps may



Shop Merrell® Sale
Merrell.com

The costs of inadequate security can be high. Left unmentioned at the Chicago hearing: The exposed data cache included roughly a dozen encrypted passwords for ES&S employee accounts . In a worst-case scenario, a sophisticated attacker could have used them to infiltrate company systems, said Chris Vickery of the security firm Upgard, which discovered the data lapse.

"This is the type of stuff that leads to a complete compromise," he said. ES&S said the passwords were only used to access the company's Amazon cloud account and that "there was no unauthorized access to any data or systems at any time."

All three of the top vendors declined to discuss their finances and insist that security concerns are overblown. ES&S, for instance, said in an email that "any assertions about resistance to input on security are simply untrue" and argued that for decades the company has "been successful in protecting the voting process."

## STONEWALLING ON SECURITY

Many voting systems in use today across the more than 10,000 U.S. election jurisdictions are prone to security problems. Academic computer scientists began hacking them with ease more than a decade ago, and not much has changed.

ADVERTISEMENT



Shop Merrell® Sale
Merrell.com

Hackers could theoretically wreak havoc at multiple stages of the election process. They could alter or erase lists of registered voters to sow confusion, secretly introduce software to flip votes, scramble tabulation systems or knock results-reporting sites offline.

There's no evidence any of this has happened, at least not yet.



The vendors say there's no indication hackers have penetrated any of their systems. But authorities acknowledge that some election mischief or malware booby traps may



EVEN WHEN THE NEWS IS FREE, JOURNALISM IS NOT.
SUPPORT THE ASSOCIATED PRESS THIS GIVING TUESDAY.    DONATE

ES&S told The Associated Press that it allows independent, open-ended testing of its corporate systems as well as its products. But the company would not name the testers and declined to provide documentation of the testing or its results.

Dominion's vice president of government affairs, Kay Stimson, said her company has also had independent third parties probe its systems but would not name them or share details. Hart InterCivic, the No. 3 vendor, said it has done the same using the Canadian cybersecurity firm Bulletproof, but would not discuss the results.

ES&S hired its first chief information security officer in April. None of the big three vendors would say how many cybersecurity experts they employ. Stimson said that "employee confidentiality and security protections outweigh any potential disclosure."

## SLOPPY SOFTWARE AND VULNERABILITY

Experts say they might take the industry's security assurances more seriously if not for the abundant evidence of sloppy software development, a major source of vulnerabilities.

During this year's primary elections, ES&S technology stumbled on several fronts.

In Los Angeles County, more than 118,000 names were left off printed voter rolls. A subsequent outside audit blamed sloppy system integration by an ES&S subsidiary during a database merge.

No such audit was done in Kansas' most populous county after a different sort of error in newly installed ES&S systems delayed the vote count by 13 hours as data uploading from thumb drives crawled.

University of Iowa computer scientist Douglas Jones said both incidents reveal mediocre programming and insufficient pre-election testing. And voting equipment vendors have never seemed security conscious "in any phase of their design," he said.

For instance, industry leader ES&S sells vote-tabulation systems equipped with cellular modems, a feature that experts say sophisticated hackers could exploit to tamper with vote counts. A few states ban such wireless connections; in Alabama, the state had to force ES&S to remove them from machines ordered for one of its counties earlier this year.



EVEN WHEN THE NEWS IS FREE, JOURNALISM IS NOT.
SUPPORT THE ASSOCIATED PRESS THIS GIVING TUESDAY.     DONATE

AP   ☰   WORLD   U.S.   POLITICS   SPORTS   ENTERTAINMENT   BUSINESS   SCIENCE   FACT CHECK   ODDITIES   HEALTH   VIDEO   CLIMATE   SPOTLIGHT   ⋯   🔍

•   Israel-Hamas war   Rosalynn Carter memorial service   Frank Reich fired   Pope Francis   WWE star Tammy 'Sunny' Sytch sentenced

year.

"It seemed like there was a lot more emphasis about how cool the machines could be than there was actual evidence that they were secure," said John Bennett, the Alabama secretary of state's deputy chief of staff.

California conducts some of the most rigorous scrutiny of voting systems in the U.S. and has repeatedly found chronic problems with the most popular voting systems. Last year, a state security contractor found multiple vulnerabilities in ES&S's Electionware system that could, for instance, allow an intruder to erase all recorded votes at the close of voting.

ES&S referred the AP to a brief California report that found "two out of the three initially identified vulnerabilities" were fixed and that a third would be handled in "future ES&S releases." The company did not say whether the third problem was ever resolved.

In 2014, the same contractor, Jacob Stauffer of the security firm Coherent Cyber, found "multiple critical vulnerabilities" in Dominion's Democracy Suite that could allow skilled hackers to compromise an election's outcome.

"These systems are Frankenstein's monster, essentially," Stauffer said.

The federal Department of Homeland Security began offering confidential vulnerability testing to vendors over the summer. But only one vendor has submitted to such testing, said an agency official who spoke on condition of anonymity because the official was not authorized to discuss the matter publicly.



AS IT H PENS.
AP NEWSROOM.
Instant access to global sports imagery, with simplified licensing.

Explore now →

## STALLED INNOVATION

More competition might help, but industry barriers to smaller vendors are "absolutely enormous," said Larry Moore, president of upstart Clear Ballot. Its auditable voting system took two and a half years to win federal certification at a cost of $1 million.

Startups are hard-pressed to disrupt an industry whose main players rely heavily on proprietary technologies. ES&S and other vendors have jealously guarded them in court — and also unleash lawyers against election officials who purchase competitors' products.

In October, ES&S sued Cook County, Illinois, seeking to void its $30 million, 10-year contract with a competitor. It also recently threatened Louisiana and Douglas County, Kansas, with lawsuits for choosing other suppliers.

Cook County elections director Noah Praetz said litigious behavior only chills modernization. Competition and innovation are already hampered in an industry with "really low" margins, especially considering limited government funding for election equipment.

"The market isn't functioning real well," he said.



## LIMITED OVERSIGHT

Document title: US election integrity depends on security-challenged firms | AP News
Capture URL: https://apnews.com/article/f6876669cb6b4e4c9850844f8e015b4c
Capture timestamp (UTC): Tue, 28 Nov 2023 19:48:17 GMT

**APP1331**

EVEN WHEN THE NEWS IS FREE, JOURNALISM IS NOT.
SUPPORT THE ASSOCIATED PRESS THIS GIVING TUESDAY.   DONATE

 ☰   WORLD   U.S.   POLITICS   SPORTS   ENTERTAINMENT   BUSINESS   SCIENCE   FACT CHECK   ODDITIES   HEALTH   VIDEO   CLIMATE   SPOTLIGHT   •••   🔍

Israel-Hamas war   Rosalynn Carter memorial service   Frank Reich fired   Pope Francis   WWE star Tammy 'Sunny' Sytch sentenced

## LIMITED OVERSIGHT

Elections are run by the states, whose oversight of suppliers varies. California, New York and Colorado are among states that keep a close eye on the vendors, but many others have cozier relationships with them.

And the vendors can be recalcitrant. In 2017, for instance, Hart InterCivic refused to provide Virginia with a paperless e-Slate touchscreen voting machine for testing, said Edgardo Cortes, then the state election commissioner.

In this year's midterms — as in the 2016 election — roughly 1 in 5 voters will use such electronic machines. Their tallies cannot be verified because they produce no paper record.

Cortes decided to decertify all such systems. If anyone tried to break in and alter votes, he concluded, "there was really no way for us to tell if that had happened." Hart InterCivic's vice president of operations, Peter Lichtenheld, did not dispute Cortes' account in July Senate testimony, but said its Virginia customers were already moving to newer machines.

At the federal level, no authority accredits election vendors or vets them or their subcontractors. No federal law requires them to report security breaches or to perform background checks on employees or subcontractors.

Election vendors don't even have to be U.S. companies. Dominion was Canadian-owned until July, when a New York private equity firm bought a controlling interest.

Federal oversight is limited to the little-known Election Assistance Commission, a 30-employee agency that certifies voting equipment but whose recommendations are strictly voluntary. It has no oversight power and cannot sanction manufacturers for any shortcomings.

"We can't regulate," EAC chairman Thomas Hicks said during a July 11 congressional hearing when the question came up. Neither can DHS, even though it designated the nation's election systems "critical infrastructure" in early 2017.

———

Frank Bajak on Twitter: https://twitter.com/fbajak

**Suggested For You**                                                    by Taboola [>





AS IT H PENS.
AP NEWSROOM.
Instant access to global sports imagery, with simplified licensing.

Explore now →



Document title: US election integrity depends on security-challenged firms | AP News
Capture URL: https://apnews.com/article/f6876669cb6b4e4c9850844f8e015b4c
Capture timestamp (UTC): Tue, 28 Nov 2023 19:48:17 GMT

Page 8 of 11

EVEN WHEN THE NEWS IS FREE, JOURNALISM IS NOT.
SUPPORT THE ASSOCIATED PRESS THIS GIVING TUESDAY.   DONATE



≡   WORLD   U.S.   POLITICS   SPORTS   ENTERTAINMENT   BUSINESS   SCIENCE   FACT CHECK   ODDITIES   HEALTH   VIDEO   CLIMATE   SPOTLIGHT   ⋯   🔍

Israel-Hamas war   Rosalynn Carter memorial service   Frank Reich fired   Pope Francis   WWE star Tammy 'Sunny' Sytch sentenced

## LIMITED OVERSIGHT

Elections are run by the states, whose oversight of suppliers varies. California, New York and Colorado are among states that keep a close eye on the vendors, but many others have cozier relationships with them.

And the vendors can be recalcitrant. In 2017, for instance, Hart InterCivic refused to provide Virginia with a paperless e-Slate touchscreen voting machine for testing, said Edgardo Cortes, then the state election commissioner.

In this year's midterms — as in the 2016 election — roughly 1 in 5 voters will use such electronic machines. Their tallies cannot be verified because they produce no paper record.

Cortes decided to decertify all such systems. If anyone tried to break in and alter votes, he concluded, "there was really no way for us to tell if that had happened." Hart InterCivic's vice president of operations, Peter Lichtenheld, did not dispute Cortes' account in July Senate testimony, but said its Virginia customers were already moving to newer machines.

At the federal level, no authority accredits election vendors or vets them or their subcontractors. No federal law requires them to report security breaches or to perform background checks on employees or subcontractors.

Election vendors don't even have to be U.S. companies. Dominion was Canadian-owned until July, when a New York private equity firm bought a controlling interest.

Federal oversight is limited to the little-known Election Assistance Commission, a 30-employee agency that certifies voting equipment but whose recommendations are strictly voluntary. It has no oversight power and cannot sanction manufacturers for any shortcomings.

"We can't regulate," EAC chairman Thomas Hicks said during a July 11 congressional hearing when the question came up. Neither can DHS, even though it designated the nation's election systems "critical infrastructure" in early 2017.

———

Frank Bajak on Twitter: https://twitter.com/fbajak

Suggested For You                                        by Taboola [>



AS IT H   PENS.
AP NEWSROOM.
Instant access to global
sports imagery, with
simplified licensing.

Explore now →




EVEN WHEN THE NEWS IS FREE, JOURNALISM IS NOT.
SUPPORT THE ASSOCIATED PRESS THIS GIVING TUESDAY.   DONATE

AP   WORLD   U.S.   POLITICS   SPORTS   ENTERTAINMENT   BUSINESS   SCIENCE   FACT CHECK   ODDITIES   HEALTH   VIDEO   CLIMATE   SPOTLIGHT   ...

Israel-Hamas war   Rosalynn Carter memorial service   Frank Reich fired   Pope Francis   WWE star Tammy 'Sunny' Sytch sentenced

## LIMITED OVERSIGHT

Elections are run by the states, whose oversight of suppliers varies. California, New York and Colorado are among states that keep a close eye on the vendors, but many others have cozier relationships with them.

And the vendors can be recalcitrant. In 2017, for instance, Hart InterCivic refused to provide Virginia with a paperless e-Slate touchscreen voting machine for testing, said Edgardo Cortes, then the state election commissioner.

In this year's midterms — as in the 2016 election — roughly 1 in 5 voters will use such electronic machines. Their tallies cannot be verified because they produce no paper record.

Cortes decided to decertify all such systems. If anyone tried to break in and alter votes, he concluded, "there was really no way to tell if that had happened." Hart InterCivic's vice president of operations, Peter Lichtenheld, did not dispute Cortes' account in July Senate testimony, but said its Virginia customers were already moving to newer machines.

At the federal level, no authority accredits election vendors or vets them or their subcontractors. No federal law requires them to report security breaches or to perform background checks on employees or subcontractors.

Election vendors don't even have to be U.S. companies. Dominion was Canadian-owned until July, when a New York private equity firm bought a controlling interest.

Federal oversight is limited to the little-known Election Assistance Commission, a 30-employee agency that certifies voting equipment but whose recommendations are strictly voluntary. It has no oversight power and cannot sanction manufacturers for any shortcomings.

"We can't regulate," EAC chairman Thomas Hicks said during a July 11 congressional hearing when the question came up. Neither can DHS, even though it designated the nation's election systems "critical infrastructure" in early 2017.

———

Frank Bajak on Twitter: https://twitter.com/fbajak

**Suggested For You**                                    by Taboola ▷





EVEN WHEN THE NEWS IS FREE, JOURNALISM IS NOT.
SUPPORT THE ASSOCIATED PRESS THIS GIVING TUESDAY.   DONATE

AP   ☰   WORLD   U.S.   POLITICS   SPORTS   ENTERTAINMENT   BUSINESS   SCIENCE   FACT CHECK   ODDITIES   HEALTH   VIDEO   CLIMATE   SPOTLIGHT   ⋯   🔍

• Israel-Hamas war   Rosalynn Carter memorial service   Frank Reich fired   Pope Francis   WWE star Tammy 'Sunny' Sytch sentenced

## LIMITED OVERSIGHT

Elections are run by the states, whose oversight of suppliers varies. California, New York and Colorado are among states that keep a close eye on the vendors, but many others have cozier relationships with them.

And the vendors can be recalcitrant. In 2017, for instance, Hart InterCivic refused to provide Virginia with a paperless e-Slate touchscreen voting machine for testing, said Edgardo Cortes, then the state election commissioner.

In this year's midterms — as in the 2016 election — roughly 1 in 5 voters will use such electronic machines. Their tallies cannot be verified because they produce no paper record.

Cortes decided to decertify all such systems. If anyone tried to break in and alter votes, he concluded, "there was really no way to tell if that had happened." Hart InterCivic's vice president of operations, Peter Lichtenheld, did not dispute Cortes' account in July Senate testimony, but said its Virginia customers were already moving to newer machines.

At the federal level, no authority accredits election vendors or vets them or their subcontractors. No federal law requires them to report security breaches or to perform background checks on employees or subcontractors.

Election vendors don't even have to be U.S. companies. Dominion was Canadian-owned until July, when a New York private equity firm bought a controlling interest.

Federal oversight is limited to the little-known Election Assistance Commission, a 30-employee agency that certifies voting equipment but whose recommendations are strictly voluntary. It has no oversight power and cannot sanction manufacturers for any shortcomings.

"We can't regulate," EAC chairman Thomas Hicks said during a July 11 congressional hearing when the question came up. Neither can DHS, even though it designated the nation's election systems "critical infrastructure" in early 2017.

———

Frank Bajak on Twitter: https://twitter.com/fbajak

**Suggested For You**                                    by Taboola ▷





Document title: US election integrity depends on security-challenged firms | AP News
Capture URL: https://apnews.com/article/f6876669cb6b4e4c9850844f8e015b4c
Capture timestamp (UTC): Tue, 28 Nov 2023 19:48:17 GMT

**APP1335**

# Exhibit K-15

EFiled:  May 01 2013 04:03PM EDT
Transaction ID 52067675
Case No. 7844-VCP

## THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| SMARTMATIC INTERNATIONAL CORPORATION, ET AL., | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DOMINION VOTING SYSTEMS INTERNATIONAL CORPORATION, ET AL., | ) | C.A. No. 7844-VCP |
| | ) | |
| Defendants. | ) | |
| | ) | |
| DOMINION VOTING SYSTEMS INTERNATIONAL CORPORATION, ET AL., | ) | |
| | ) | |
| Counterclaim-Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SMARTMATIC INTERNATIONAL CORPORATION, ET AL., | ) | |
| | ) | |
| Counterclaim-Defendants. | ) | |
| | ) | |
| DOMINION VOTING SYSTEMS INTERNATIONAL CORPORATION, ET AL., | ) | |
| | ) | |
| Third-Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SMARTMATIC TIM CORPORATION, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

## MEMORANDUM OPINION

Submitted:  January 14, 2013
Decided:  May 1, 2013

**APP1337**

Raymond J. DiCamillo, Esq., Kevin M. Gallagher, Esq., RICHARDS, LAYTON & FINGER, P.A., Wilmington, Delaware; Bruce D. Oakley, Esq., Aaron R. Crane, Esq., HOGAN LOVELLS US LLP, Houston Texas; *Attorneys for Plaintiffs and Counterclaim-Defendants Smartmatic International Corporation and Smartmatic USA Corporation, Plaintiff Smartmatic International Holding B.V., and Third-Party Defendant Smartmatic TIM Corporation.*

R. Judson Scaggs, Jr., Esq., Megan Ward Cascio, Esq., Matthew R. Clark, Esq., MORRIS, NICHOLS, ARSHT & TUNNELL LLP, Wilmington, Delaware; Richard A. Johnston, Esq., Peter C. Mulcahy, Esq., WILMER CUTLER PICKERING HALE AND DORR LLP, Boston, Massachusetts; *Attorneys for Defendants Dominion Voting Systems International Corporation, Dominion Voting Systems Corporation and Dominion Voting Systems, Inc.*

**PARSONS, Vice Chancellor.**

The motion before me presents the narrow issue of whether the term "in the United States," as used in an October 2009 license agreement, includes Puerto Rico. The license agreement grants the plaintiffs a worldwide (other than the United States and Canada) nonexclusive license to certain technology the defendants developed related to automated voting machines. The agreement's noncompetition provision prohibited the plaintiffs from selling the licensed products "in the United States." The plaintiffs attempted to sell such products in Puerto Rico. In response, the defendants purported to terminate the license agreement for breach of the noncompetition provision. The defendants also ceased performing their obligations under the agreement. This lawsuit followed.

The motion before me is the plaintiffs' motion for partial summary judgment on the meaning of the term "in the United States." For the reasons stated in this Memorandum Opinion, I find that the license agreement is ambiguous and that the ambiguity cannot be resolved on the limited record before me. I therefore deny the plaintiffs' motion.

## I.      BACKGROUND

### A.      Parties

There are three plaintiffs in this action: Smartmatic International Corporation, a Barbados corporation; Smartmatic USA Corporation, a Delaware corporation; and Smartmatic International Holding B.V, a Netherlands corporation (collectively, "Smartmatic" or "Plaintiffs").

1

There are two sets of defendants.  The first set includes: Dominion Voting Systems International Corporation, a Barbados corporation; Dominion Voting Systems, Inc., a Delaware corporation; and Dominion Voting Systems Corporation, a Canadian corporation (collectively, "Dominion" or "Defendants").  The remaining defendant, Iron Mountain Intellectual Property Management, Inc., a Delaware corporation, did not brief the motion before me.

In their Answer, Verified Counterclaim, and Third-Party Complaint, Defendants asserted claims against a third-party defendant, Smartmatic TIM Corporation, a Philippines corporation.

### B.      Facts

In October 2009, Dominion granted Smartmatic a worldwide (except for the United States and Canada) nonexclusive license to certain precinct count optical scan ("PCOS") voting systems that Dominion had developed (the "License Agreement" or the "Agreement").  The License Agreement granted Smartmatic rights to certain patents and patent applications that Dominion owned or controlled (the "Licensed Patent Rights") and to "all know-how, trade secrets, methodologies and other technical information owned or possessed by Dominion" (the "Licensed Technology").[1]  The License Agreement contains a noncompetition provision.  This provision limits Smartmatic's

---

[1]      Clark Aff. Ex. A, PCOS Framework License Agreement ("License Agreement"), §§ 1.2 & 1.4.  The full definition of Licensed Patent Rights, Licensed Products, and Licensed Technology is set forth *infra* Part II.B.4.a.

2

rights to develop, market, or sell[2] products that embody the Licensed Technology (the "Licensed Products"). The noncompetition provision, discussed in detail *infra*, restricts Smartmatic's right to sell both Licensed Products (*i.e.*, Dominion PCOS voting systems) and non-Dominion PCOS voting systems. These restrictions apply differently in different parts of the world. The section of the noncompetition provision that gives rise to this dispute is Section 3.4(b), which states in relevant part that "Smartmatic shall not develop, market or sell any Licensed Product *in the United States*."[3]

When the parties entered into the License Agreement, Dominion intended to focus its efforts on Canada and the United States.[4] Smartmatic would focus on emerging international markets.[5] In fact, before entering the License Agreement and based on prior agreements with Dominion, Smartmatic contracted with the Republic of the Philippines to provide certain technology and services to modernize and automate the Philippines' national elections.[6]

The parties' relationship hit a snag in June 2011 after the Puerto Rico State Elections Commission issued a request for proposals. The Commission sought to acquire

---

[2]   Each relevant subsection in the noncompetition provision refers to limitations on Smartmatic's right to "develop, market, or sell" certain types of products. In the interest of brevity, I use the shorthand "sell" to refer to this group of actions.

[3]   License Agreement § 3.4(b) (emphasis added).

[4]   Answer, Verified Countercl., and Verified Third Party Compl. of the Dominion Defs. ("Answer") ¶ 24.

[5]   Compl. ¶ 24.

[6]   Compl. ¶ 14.

3

products to implement a uniform electronic vote-counting system using optical scanning voting technology like Dominion's. Both Smartmatic and Dominion submitted bids. On May 23, 2012, Dominion notified Smartmatic by letter that Smartmatic was in breach of the License Agreement because it submitted a bid to the Government of Puerto Rico to sell Licensed Products "in the United States" in violation of Section 3.4(b). Dominion also purported to terminate the agreement as a result of Smartmatic's alleged breach.[7] In a May 24 response, Smartmatic rejected Dominion's termination as invalid because Puerto Rico is not "in the United States." The parties now contest, among other things, the validity of Dominion's purported termination. Since the termination, Dominion has not performed its obligations under the License Agreement.

### C.    Procedural History

Smartmatic filed a complaint and a motion for expedited proceedings on September 6, 2012. Dominion filed an answer and counterclaims on October 12. On October 29, Plaintiffs moved for partial summary judgment on the issue of whether Puerto Rico is "in the United States" for purposes of the License Agreement. Defendants responded to Smartmatic's motion by requesting in their answering brief that the Court deny the motion and instead declare "that[:] (i) Puerto Rico is 'in the United States' for the purposes of the non-competition provisions in the License Agreement; (ii)

---

[7]    Section 7.2 of the License Agreement allows for termination by either party if the other party is "in default of any of its obligations hereunder and shall fail to remedy any such default within sixty (60) days after notice" to the defaulting party. Dominion maintained that Smartmatic's breach could not be remedied. Clark Aff. Ex. K.

Smartmatic violated the relevant non-competition provision by competing against Dominion and/or marketing Dominion's voting systems in Puerto Rico; (iii) Dominion was entitled to terminate the license agreement as a result of such competition; and (iv) Dominion validly terminated the license agreement."[8]   Although Defendants did not cross move for partial summary judgment, they requested the opportunity to submit a cross motion if the Court finds it necessary.   I do find Defendants' request for summary declaratory relief to be overly broad, but I do not consider it productive for Defendants to cross move for partial summary judgment at this time.[9]   Smartmatic understandably has briefed and argued only the issue that is the subject of their motion for partial summary judgment.[10]   Thus, I will treat the motion before me and Dominion's response as the equivalent of a cross motion for partial summary judgment on the issue of whether Puerto Rico is "in the United States" for the purposes of the noncompetition provision in the License Agreement.

The validity of Dominion's purported termination of the License Agreement depends on the resolution of this threshold issue.   Whether the License Agreement

---

[8]   Dominion Defs.' Answering Br. in Opp'n to Pls.' Mot. for Partial Summ. J. ("Defs.' Opp'n Br.") 2.

[9]   The Court of Chancery has "the inherent authority to grant summary judgment *sua sponte* against a party seeking summary judgment."   *Stroud v. Grace*, 606 A.2d 75, 81 (Del. 1992).

[10]   *Id.* ("[T]he Court of Chancery should only *sua sponte* grant summary judgment against a party seeking summary judgment when the state of the record is such that the non-moving party is clearly entitled to such relief." (citations omitted)).

5

properly was terminated will affect whether Dominion owes Smartmatic continuing obligations under the Agreement. Moreover, such obligations are important to other claims the parties have against each other that are not relevant to the motion now before me.

The parties argued Plaintiffs' motion on December 21, 2012. Shortly after the argument, I requested that the parties submit additional briefing to address whether, in construing the License Agreement, I should consider the fact that, under 35 U.S.C. § 100(c), Dominion's United States patents would apply to actions taken by Smartmatic in Puerto Rico. The parties completed briefing on this issue on January 14, 2013. This Memorandum Opinion constitutes my ruling on Plaintiffs' motion for partial summary judgment.

## D.       Parties' Contentions

Both parties argue that the License Agreement is unambiguous and should be interpreted in their favor. Smartmatic asserts that the ordinary meaning of "in the United States" does not include Puerto Rico. In support of this assertion, they rely on dictionary definitions, case law, and statutes that explicitly distinguish between Puerto Rico and the United States. Plaintiffs also argue that because the term at issue appears in the License Agreement's noncompetition provision, it should be construed narrowly.

Dominion counters that the ordinary meaning of "in the United States" includes Puerto Rico. To support their interpretation, Defendants assert that Puerto Rico is considered to be part of the United States under most federal laws. They also rely on language in the noncompetition provision to demonstrate that the parties specifically

6

address the question of competition "in the United States," in Section 3.4(b), and "in any country other than the Unites States," in Section 3.4(c).  Dominion argues that because Puerto Rico is not a "country other than the United States," it must be included in the contract language "in the United States."  Thus, according to Defendants, the plain language of the License Agreement demonstrates the parties' intent that the term "in the United States" would include Puerto Rico.  In addition, Defendants emphasize that the statute most relevant to the Agreement, the Help America Vote Act, treats Puerto Rico as part of the United States.[11]  They also dispute that dictionary definitions and case law support Smartmatic's argument that the ordinary meaning of United States excludes Puerto Rico.  Lastly, Dominion contends that the canons of construction *noscitur a sociis* and *ejusdem generis* favor their interpretation.

## II.        ANALYSIS

### A.        Summary Judgment Standard

The parties chose Delaware law to govern the License Agreement.[12]  In Delaware, "[s]ummary judgment is granted if the pleadings, depositions, answers to interrogatories and admissions on file, together with the affidavits, show that there is no genuine issue as to any material fact and that the moving party is entitled to a judgment as a matter of

---

[11]     *See* 42 U.S.C. § 15541 (defining "State" to include "the District of Columbia, the Commonwealth of Puerto Rico, Guam, American Samoa, and the United States Virgin Islands").

[12]     License Agreement § 8.2.

**APP1345**

law."[13]   When considering a motion for summary judgment, the evidence and the inferences drawn from the evidence are to be viewed in the light most favorable to the nonmoving party.[14]   As noted *supra*, at Defendants' request, I have treated the parties' submissions as presenting cross motions for partial summary judgment.  Thus, I draw no inferences in Dominion's favor based on its technical status as the nonmoving party. Furthermore, although the parties agree that the issue before me can be resolved as a matter of law, the Court "maintains the discretion to deny summary judgment if it decides that a more thorough development of the record would clarify the law or its application."[15]

When the issue being presented for summary judgment is one of contractual interpretation, summary judgment may be appropriate where "the dispute centers on the proper interpretation of an unambiguous contract."[16]   Therefore, the threshold inquiry on a motion for summary judgment is whether the contract is ambiguous.[17]   Ambiguity is said to exist "when the provisions in controversy are reasonably or fairly susceptible of

---

[13]    *Twin Bridges Ltd. P'ship v. Draper*, 2007 WL 2744609, at *8 (Del. Ch. Sept. 14, 2007) (citing Ct. Ch. R. 56(c)).

[14]    *Id.*; *see also Judah v. Del. Trust Co.*, 378 A.2d 624, 632 (Del. 1977).

[15]    *Tunnell v. Stokley*, 2006 WL 452780, at *2 (Del. Ch. Feb. 15, 2006) (quoting *Cooke v. Oolie*, 2000 WL 710199, at *11 (Del. Ch. May 24, 2000)).

[16]    *Seidensticker v. Gasparilla Inn, Inc.*, 2007 WL 4054473, at *2 (Del. Ch. Nov. 8, 2007) (citing *HIFN, Inc. v. Intel Corp.*, 2007 WL 1309376, at *9 (Del. Ch. May 2, 2007)); *see also AHS N.M. Hldgs., Inc. v. Healthsource, Inc.*, 2007 WL 431051, at *3 (Del. Ch. Feb. 2, 2007).

[17]    *United Rentals, Inc. v. RAM Hldgs., Inc.*, 937 A.2d 810, 830 (Del. Ch. 2007).

different interpretations or may have two or more different meanings."[18]  Ambiguity does

not exist, however, simply because the parties disagree about what the contract means.[19]

When interpreting a contract, the court will give effect to the parties' intent based

on the parties' words and the plain meaning of those words.[20]  The Court will give

disputed terms their ordinary and usual meaning.[21]  Of paramount importance is what a

reasonable person in the position of the parties would have thought the language of the

contract meant.[22]  If either party demonstrates that their construction of the contract "is

the *only* reasonable interpretation," that party will be entitled to summary judgment.[23]  In

addition, "[i]f parties introduce conflicting interpretations of a term, but one

interpretation better comports with the remaining contents of the document or gives effect

to all the words in dispute, the court may, as a matter of law and without resorting to

---

[18]     *Rhône-Poulenc Basic Chems. Co. v. Am. Motorists Ins. Co.*, 616 A.2d 1192, 1196
        (Del. 1992).

[19]     *United Rentals, Inc.*, 937 A.2d at 830.

[20]     *Lorillard Tobacco Co. v. Am. Legacy Found.*, 903 A.2d 728, 739 (Del. 2006).

[21]     *AHS N.M. Hldgs., Inc.*, 2007 WL 431051, at *3.

[22]     *Id.* (citing *Rhône-Poulenc Basic Chems. Co.*, 616 A.2d at 1195–96).

[23]     *United Rentals, Inc.*, 937 A.2d at 832 n.104 (noting that a party seeking summary
        judgment effectively bears the burden to demonstrate that its interpretation is the
        *only* reasonable interpretation as a matter of law).

9

extrinsic evidence, resolve the meaning of the disputed term in favor of the superior interpretation."[24]

"[E]xtrinsic, parol evidence cannot be used to manufacture an ambiguity in a contract that facially has only one reasonable meaning."[25]  If the words of a contract, however, "can *only* be known through an appreciation of the context and circumstances in which they are used[,] a court is not free to disregard extrinsic evidence of what the parties intended."[26]  In this regard, the Delaware Supreme Court stated in *Eagle Industries, Inc. v. DeVilbiss Health Care, Inc.* that

> [t]here may be occasions where it is appropriate for the trial court to consider some undisputed background facts to place the contractual provision in its historical setting without violating [the principle that, if a contract is unambiguous, extrinsic evidence may not be used to interpret the intent of

---

[24]   *Wills v. Morris, James, Hitchens & Williams*, 1998 WL 842325, at *2 (Del. Ch. Nov. 6, 1998) (accepting one party's interpretation where the other party's interpretation resulted in an internal redundancy).

[25]   *United Rentals, Inc.*, 937 A.2d at 830.

[26]   *City Investing Co. Liquidating Trust v. Continental Cas. Co.*, 624 A.2d 1191, 1198 (Del. 1993) (citing *Klair v. Reese*, 531 A.2d 219, 223 (Del. 1987)) (internal quotation marks omitted).  In *Klair*, the Supreme Court stated that "the court is not free to exclude or disregard extrinsic evidence; for the meaning of words used in an agreement can only be known through an appreciation of the context and circumstances in which they were used."  *Klair*, 531 A.2d at 223.  Since 1993, however, the Supreme Court has limited this language: "*Klair* should be construed narrowly to conform to the principle that, where contract language is unambiguous, extrinsic evidence may not be used to interpret the intent of the parties, to vary the terms of the contract or to create ambiguity."  *Cincinnati SMSA Ltd. P'ship v. Cincinnati Bell Cellular Sys.*, 708 A.2d 989, 993 n.19 (Del. 1998); *see also Capital Mgmt. Co. v. Brown*, 813 A.2d 1094, 1097 n.1 (Del. 2002) (reiterating disapproval of *Klair*).

10

the parties, to vary the terms of the contract, or to create an ambiguity].[27]

The Supreme Court cautioned that "the trial court must be careful in entertaining background facts to avoid encroaching on the basic principles set forth [in *Eagle Industries, Inc.*]."[28]   Thus, to the limited extent the License Agreement's language can only be understood through an appreciation of the context and circumstances in which it is used, I may consider undisputed background facts to place the Agreement in its historical setting.

### B.     Ordinary Meaning of the Term "in the United States"

The narrow issue before me is whether the term "in the United States," as used in Section 3.4(b) of the License Agreement, includes or excludes Puerto Rico.   Section 3.4(b) states in relevant part: "Smartmatic shall not develop, market or sell any Licensed Products in the United States at any time during the term of this Agreement."[29]   I consider first the plain and ordinary meaning of the term "United States."[30]

---

[27]   702 A.2d 1228, 1232 n.7 (Del. 1997).

[28]   *Id.*

[29]   License Agreement § 3.4(b).   Section 3.4 is set forth in its entirety *infra* Part II.B.4.

[30]   *Sassano v. CIBC World Mkts. Corp.*, 948 A.2d 453, 462 (Del. Ch. Jan. 17, 2008) (stating that to determine the parties' shared intent, the court first reviews the words in the contract and "ascribes to the words their 'common or ordinary meaning,' and interprets them as would an 'objective reasonable third-party observer'" (citations omitted)).

11

### 1.    Dictionary definitions of the term "United States"

Delaware courts "will look to dictionaries for assistance in determining the plain meaning of terms which are not defined in a contract."[31]  The Random House Webster's Unabridged Dictionary defines the United States as "a republic in the N[orth] Western Hemisphere comprising 48 coterminous states, the District of Columbia, and Alaska in North America, and Hawaii in the N[orth] Pacific."[32]  Black's Law Dictionary defines the United States as "a federal republic formed after the War of Independence and made up of 48 coterminous states, plus the state of Alaska and the District of Columbia in North America, plus the state of Hawaii in the Pacific."[33]  Webster's New World Dictionary provides that the United States of America is a "country made up of the N[orth] American area extending from the Atlantic Ocean to the Pacific Ocean between Canada and Mexico, together with Alaska & Hawaii."[34]  Similarly, the New Oxford American Dictionary defines the Unites States as "a country that occupies most of the southern half of North America as well as Alaska and the Hawaiian Islands."[35]  The American Heritage

---

Absent a termination for breach, the term of the Agreement was from October 19, 2009 until April 3, 2014, or approximately four years and six months.  License Agreement preamble & § 7.1.

[31]   *Lorillard Tobacco Co. v. Am. Legacy Found.*, 903 A.2d 728, 738 (Del. 2006).

[32]   Pls.' Mot. for Partial Summ. J. 15 (citing Random House Webster's Unabridged Dictionary 2077 (2d ed. 2001)).

[33]   Black's Law Dictionary 1675 (9th ed. 2009).

[34]   Webster's New World Dictionary 1552–53 (2d ed. 1986).

[35]   New Oxford American Dictionary 1892 (3d ed. 2010).

APP1350

College Dictionary of the English Language, however, provides this definition of the United States: "A country of central and northwest North America with coastlines on the Atlantic and Pacific Oceans.  It includes the non-contiguous states of Alaska and Hawaii and various island territories in the Caribbean Sea and Pacific Ocean."[36]

Thus, the cited dictionary definitions, although not unanimous, overwhelmingly suggest that the ordinary meaning of the United States includes only the forty-eight contiguous states, the District of Columbia, Alaska, and Hawaii.  I consider next how the courts have defined the United States.

### 2.      Case law considering the definition of "United States"

Although no Delaware court squarely has addressed whether Puerto Rico is "in the United States," courts in other jurisdictions have considered this question.  Most notably, in *In re Airline Ticket Commission Antitrust Litigation*, the United States Court of Appeals for the Eighth Circuit considered the scope of a settlement agreement that covered "[a]ll travel agencies in the Unites States who, at any time from February 10, 1995, to the present, issued tickets . . . for travel on any of the defendant airlines within and between the continental United States, Alaska, Hawaii, Puerto Rico and the U.S. Virgin Islands."[37]  The Eighth Circuit applied Missouri law, but the Delaware Supreme

---

[36]    Am. Heritage College Dictionary of the English Language 1895 (5th ed. 2011).  As Smartmatic notes, this dictionary also includes a depiction of the United States that does not show Puerto Rico.  Pls.' Reply in Supp. of Their Mot. for Summ. J. ("Pls.' Reply Br.") 5–6 & Ex. A.

[37]    *In re Airline Ticket Comm'n Antitrust Litig.*, 268 F.3d 619, 621 (8th Cir. 2001).

13

Court has observed that Missouri law comports with Delaware law.[38]  The court affirmed

the district court's finding that the settlement agreement's reference to "all travel

agencies in the United States" did not include travel agencies in Puerto Rico.  The court

of appeals approved of the district court's reliance on a lay person's understanding and a

dictionary definition of the term "United States."  Notably, the Eighth Circuit rejected the

appellant's argument that the district court should have considered the following

definition of the "United States" from the  Federal Aviation Act: "the States of the United

States, the District of Columbia, and the territories and possessions of the United States,

including the territorial sea and the overlying airspace."[39]  Instead, the Eighth Circuit

found that "the [district] court correctly gave the contract language its plain and ordinary

meaning.  Indeed, it heeded the admonition that a court should not ignore the common

and popular usage of a contract term."[40]  In addition, the court relied on the language of

the agreement in question that referred first to the "United States" and then later to

"travel . . . within and between the continental United States, Alaska, Hawaii, Puerto

Rico, and the U.S. Virgin Islands."[41]  To give effect to all the terms of the agreement, the

---

[38]   *AT&T Corp. v. Lillis*, 953 A.2d 241, 253 n.35 (Del. 2008) ("Missouri law
comports with Delaware law requir[ing] contractual terms be given their plain and
ordinary meaning, absent a specific definition provided in the contract." (citations
omitted)).

[39]   *In re Airline Ticket Comm'n Antitrust Litig.*, 268 F.3d at 623.

[40]   *Id.*

[41]   *Id.* at 622.

14

**APP1352**

court reasoned that the first reference to the "United States" must have excluded Puerto Rico.

Several courts, including Delaware courts, have noted that Puerto Rico is "part of" the United States.  First, the Delaware Supreme Court stated that Puerto Rico is "part of" the United States in *State of Sao Paulo v. American Tobacco Co.*[42]  In this case, two foreign governments appealed a Superior Court decision that the governments lacked standing to assert their claims as *parens patriae*.  *Parens patriae* standing allows U.S. states, but not foreign sovereigns, to assert claims on behalf of their citizens in certain limited circumstances.   In considering this issue, the Supreme Court summarized a prior case that had accorded Puerto Rico *parens patriae* standing because "Puerto Rico, like the fifty American States, had given up certain sovereign rights to become *part of the United States*."[43]  The Court noted that "[f]oreign governments . . . on the other hand, retained the full array of sovereign rights that the American States and Puerto Rico had ceded to the United States government."[44]

In addition, the Delaware Family Court held that travel to Puerto Rico is not considered travel outside of the United States in a ruling on visitation rights to a child.[45] In that case, the child's paternal grandmother petitioned to take the child to Puerto Rico

---

[42]   919 A.2d 1116, 1122 (Del. 2007).

[43]   *Id.* (emphasis added).

[44]   *Id.*

[45]   *See J.A. v. I.A.*, 2005 WL 3560810, at *1 (Del. Fam. 2005).

15

and his mother asked to take him to Ecuador.  The court permitted the mother to take the child to Ecuador because Ecuador is a signatory to The Hague Convention on International Child Abduction and, if the child were wrongfully retained in Ecuador, the mother could be required to return him to Delaware.  The court, however, would not allow the paternal grandmother to take the child to Puerto Rico without the mother's consent because "Puerto Rico is a territory of the United States," and such a trip "would not be considered travel outside of the United States and The Hague Convention would not apply."[46]

The United States Court of Appeals for the First Circuit also has stated that Puerto Rico is "part of" the United States.  Dominion avers that First Circuit cases are particularly authoritative on issues involving Puerto Rico because the First Circuit's jurisdiction includes Puerto Rico.  In *Lopez Lopez v. Aran*, the First Circuit considered a challenge by a person from Puerto Rico to a U.S. Immigration and Naturalization Services ("INS") checkpoint at an international airport in Puerto Rico.  In describing the basis for the plaintiff's claims, the First Circuit noted that "[a]s Puerto Rico is part of the United States, it is not an immigration threshold, and the only excuse for the INS procedure is that illegal aliens find Puerto Rico an especially facile location to obtain freedom of movement to the mainland by concealment of status."[47]

---

[46]    *Id.*

[47]    *Lopez Lopez v. Aran*, 894 F.2d 16, 17 (1st Cir. 1990).

The second First Circuit case Defendants rely on is *Uffner v. La Reunion Francaise, S.A.*[48]  According to Defendants, the First Circuit found that the District Court of Puerto Rico was a proper venue for a dispute between parties who had agreed by contract to submit to "the jurisdiction of a court of competent jurisdiction within the United States of America."  Even considering Dominion's gloss on the court's decision,[49] this case is not particularly helpful to them.  In setting forth the case background, the *Uffner* court mentioned that the underwriting agent "places yacht policies in the United States (including Puerto Rico)."[50]  By specifically mentioning Puerto Rico, the First Circuit implicitly recognized that the term "in the United States" does not categorically include Puerto Rico.

---

[48]      244 F.3d 38 (1st Cir. 2001).

[49]      The court considered whether venue was proper under 28 U.S.C. § 1391(a) which states, in relevant part, that a civil action may be brought in "a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred."  *Id.* at 41–42.  The dispute at issue in *Uffner* was an insurance claim for a vessel that sunk in Puerto Rico.  The court concluded that "in a suit against an insurance company to recover for losses resulting from a vessel casualty, the jurisdiction where that loss occurred [(*i.e.*, Puerto Rico)] is 'substantial' for venue purposes."  *Id.* at 43.  The court added that its conclusion did not run contrary to the statute's purpose "to protect the defendant against the risk that a plaintiff will select an unfair or inconvenient place of trial" for several reasons.  One of those reasons was that the parties broadly had agreed to submit to the jurisdiction of a court of competent jurisdiction within the United States of America.  *Id.* at 43 & n.7.

[50]      *Id.* at 40.

17

An additional case relied upon by Smartmatic is of only marginal relevance.  In *Iberia Foods Corp. v. Romeo*,[51] the sole statement on point appears in a footnote in which the Third Circuit agreed "with the district court's conclusion that the [license] agreement transferred to Iberia only those trademark rights relating to the continental United States."[52]  The district court, however, partly based its decision on extrinsic evidence that the parties intended contract language granting trademark rights that "relate to the United States" to grant rights only with respect to the continental United States.[53]

Thus, a review of the cases reveals that courts have engaged in a case-by-case determination with no consensus on whether the term "in the United States" has only one reasonable meaning.  The Delaware Supreme Court recognized that Puerto Rico is "part of" the United States, but Puerto Rico's status was not the question before the Court.  Thus, the statement in *State of Sao Paulo* is neither controlling nor very probative on the issue presented here.  Likewise, the Delaware Family Court did not analyze whether the ordinary meaning of "in the United States" includes Puerto Rico.  Rather, it simply noted

---

[51]    150 F.3d 298 (3d Cir. 1998).

[52]    *Id.* at 301.

[53]    In another case relied on by Plaintiffs, *Bolen International, Inc. v. Medow*, 191 So. 2d 51 (Fla. Dist. Ct. App. 1966), the Florida court interpreted the term "the area of the United States" in a noncompetition agreement.  That court considered the term in "a geographical sense" and held that "the Commonwealth of Puerto Rico is not within the United States."  *Id.* at 53.  Dominion criticizes the *Bolen* case because, among other things, it relies on authority from 1827 and 1930 and has never been cited for the proposition that the United States does not include Puerto Rico.  It is unnecessary to evaluate those criticisms, however, because the different language at issue in *Bolen* renders it distinguishable.

18

the fact that travel between the United States and Puerto Rico generally is not considered to be international travel.

The Eighth Circuit's decision in *In re Airline Ticket* is the most apposite to this case. There, the Eighth Circuit upheld the district court's holding that the ordinary meaning of "in the United States" excludes Puerto Rico. In addition, the court noted that "if the parties intended to include Puerto Rico and the U.S. Virgin Islands, they knew the language to do so."[54] The Agreement at issue in that case, however, expressly addressed travel "within and between the continental United States, Alaska, Hawaii, *Puerto Rico* and the U.S. Virgin Islands."[55] That fact alone renders the decision in *In re Airline Ticket* only marginally helpful in construing the License Agreement here.

### 3.   Definition of "United States" in statutes

The parties take a different approach in assessing the relevance of federal statutes. Dominion focuses on the fact that many statutes treat Puerto Rico as part of the United States or as the equivalent of a state. Indeed, the statutes most relevant to the parties' dispute define the "United States" to include Puerto Rico. These statutes include federal laws that regulate voting,[56] federal patent and trademark laws,[57] and the Help America

---

[54]    *In re Airline Ticket Comm'n Antitrust Litig.*, 268 F.3d 619, 623 (8th Cir. 2001).

[55]    *Id.* at 621 (emphasis added).

[56]    *See* 42 U.S.C. § 1971(a)(1).

[57]    *See* 35 U.S.C. § 100(c).

Vote Act.[58]  In addition, federal courts presume that federal statutes apply to Puerto Rico as though it were a state unless specific evidence otherwise indicates.[59]  Defendants also highlight that Puerto Rico is integrated into the United States' judicial system,[60] economy,[61] political system,[62] legal system,[63] and national defense regime.[64]  In addition, Dominion cites nearly twenty provisions of the Delaware Code that include Puerto Rico within the definition of the terms "United States" and "State."  These facts, according to Defendants, bolster their argument as to the interpretation of the License Agreement, *i.e.*, that the only reasonable meaning of "in the United States" includes Puerto Rico. Moreover, they contend that this Court may consider this evidence of the context of the

---

[58]     *See* 42 U.S.C. § 15541.

[59]     Defs.' Opp'n Br. 32 (citing *Antilles Cement Corp. v. Fortuno*, 670 F.3d 310, 322 (1st Cir. 2012) ("[A]lthough we now generally presume that Congress intends its laws to have the same effect on Puerto Rico as they do on any state, that presumption can be overcome by 'specific evidence' to the contrary or by 'clear policy reasons embedded in' a statute.")).

[60]     *Id.* at 19 (Puerto Rico is a U.S. judicial district and has a federal district court).

[61]     *Id.* (Puerto Rico uses American currency and the same postal system); *id.* at 19–20 (goods passing between the United States and Puerto Rico are not subject to duties or tariffs).

[62]     *Id.* at 18 (Puerto Ricans are U.S. citizens and are represented in the U.S. House of Representatives by a non-voting delegate); *id.* at 21 (the Puerto Rico constitution was approved by the U.S. Congress and signed into law by the President of the United States).

[63]     *Id.* at 20 (Puerto Ricans are subject to U.S. securities laws, federal patent and trademark laws, environmental laws, and food and drug safety laws, and they benefit from Medicare, Social Security, and federal unemployment insurance).

[64]     *Id.* at 21 (Puerto Ricans serve in the U.S. armed forces).

20

License Agreement because Delaware's objective theory of contract requires a determination of what "a reasonable person *in the position of the parties* would have thought [the agreement] meant."[65]   The parties to the License Agreement in question here are sophisticated technology firms who reasonably could be expected to understand relevant federal laws, especially the laws governing U.S. patents and the voting system industry.

Smartmatic counters that the fact that the statutes Defendants rely on contain express language extending the laws of the United States to Puerto Rico affirms their position that the plain and ordinary meaning of "in the United States" does not include Puerto Rico.  According to Plaintiffs, "if Puerto Rico were actually in the United States, the laws would apply there by their own force."[66]   In this regard, the Help America Vote Act supports Plaintiffs' interpretation.  This statute governs the parties' business of developing and selling voting systems.  In this context, when the drafters intended to include Puerto Rico within the definition of "State," they did so expressly: "In this Act, the term "State" includes the District of Columbia, the Commonwealth of Puerto Rico, Guam, American Samoa, and the United States Virgin Islands."[67]   Additionally, Smartmatic points out that the reason federal courts presume that federal statutes apply to

---

[65]   *Lorillard Tobacco Co. v. Am. Legacy Found.*, 903 A.2d 728, 740 (Del. 2006) (emphasis added).

[66]   Pls.' Reply Br. 13.

[67]   42 U.S.C. § 15541.

21

Puerto Rico is not because Puerto Rico is "in the United States," but because the U.S. Code explicitly provides that "[t]he statutory laws of the United States not locally inapplicable, except as hereinbefore or hereinafter otherwise provided, shall have the same force and effect in Puerto Rico as in the United States."[68]

Additionally, Plaintiffs argue that the United States Constitution supports their interpretation. The Fourteenth Amendment provides: "All persons born or naturalized *in the United States*, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside."[69]  Puerto Ricans are not citizens of the United States by virtue of the Fourteenth Amendment.[70]  Rather, citizenship has been extended to Puerto Ricans by statute.[71]  Thus, Smartmatic argues, the Constitution compels a conclusion that the ordinary meaning of "in the United States"—the same term that the parties' used in the noncompetition provision in the License Agreement—excludes Puerto Rico.

---

[68]  48 U.S.C. § 734; *see also United States v. Acosta-Martinez*, 252 F.3d 13, 18 (1st Cir. 2001) ("[T]he default rule for questions under the Puerto Rican Federal Relations Act is that, as a general matter, a federal statute does apply to Puerto Rico pursuant to 48 U.S.C. § 734.")

[69]  U.S. Const. amend. XIV, § 1 (emphasis added).

[70]  *See Nolos v. Holder*, 611 F.3d 279, 282 (5th Cir. 2010) ("The courts of appeals explained that the term 'United States' as it is used in the Citizenship Clause of the Fourteenth Amendment did not, without more, include 'United States territories simply because the territories [were] 'subject to the jurisdiction' or 'within the dominion' of the United States.'" (citing Second, Third, and Ninth Circuit cases)).

[71]  Jones Act, Pub. L. No. 64-368, § 5, 39 Stat. 951, 953 (1917).

22

**4.      Use of the term "United States" in the noncompetition provision**

Although Dominion responded to each of Smartmatic's previous "ordinary meaning" arguments, Dominion's main contention is that the Agreement itself supports its interpretation.  The noncompetition provision provides as follows:

> 3.4      <u>Non-Compete</u>.
>
> a)      Smartmatic shall not develop, market or sell any PCOS voting systems in Canada at any time during the term of this Agreement.
>
> b)      Smartmatic shall not develop, market or sell any Licensed Products *in the United States* at any time during the term of this Agreement.  Smartmatic shall also not develop, market or sell any third party PCOS voting systems in the United States for a period of twelve (12) months commencing on the Effective Date, and Smartmatic shall also not develop, market or sell its own PCOS voting systems in the United States for a period of four (4) years and six (6) months commencing on the Effective Date.  For clarification, Smartmatic shall only have the right to market or sell third party PCOS voting systems in the United States after the 12 month US non-compete provision has ended.
>
> c)      Smartmatic shall not develop, market or sell any PCOS voting systems other than the Licensed Products *in any country other than the United States* for a period of four (4) years and six (6) months commencing on the Effective Date.  For clarification, Smartmatic shall only have the right to develop, market and sell other PCOS voting systems (its own or third party systems) in markets outside the United States after the four (4) year six (6) months non-compete provision has ended. . . .[72]

_____

[72]      License Agreement § 3.4 (emphasis added).  The provision also contains a subsection (d) that is not relevant here.

According to Dominion, the language and organization of Section 3.4 restricting Smartmatic's ability to compete in various respects supports Defendants' construction of "in the United States" to include Puerto Rico.

### a.        Restrictive covenant

"Delaware courts construe restrictive covenants narrowly as written."[73]  To the extent the term "in the United States" does not clearly include Puerto Rico, therefore, I generally would construe the term in its most narrow sense, *i.e.*, as including only the fifty U.S. states and the District of Columbia.[74]  In the License Agreement, however, the term "in the United States" appears not only in the noncompetition provision but also in the license-granting provisions.  For example, Section 2.1 states in part: "Dominion hereby grants to Smartmatic a worldwide (other than the United States and Canada), nonexclusive license under all of the Licensed Patent Rights and Licensed Technology, to . . . sell Licensed Products."   Section 2.3, entitled "License Limitations," states in relevant part: "The licenses granted to Smartmatic in Section 2.1 also do not include the right to authorize resale of any Licensed Products *in the United States* and Canada."[75] Because the term "in the United States" is used in other parts of the Agreement, besides

---

[73]     *Concord Steel, Inc. v. Wilm. Steel Processing Co.*, 2008 WL 902406, at *6 (Del. Ch. Apr. 3, 2008); *Equitable Trust Co. v. O'Neill*, 420 A.2d 1196, 1201 (Del. Super. 1980) ("It is no surprise that restrictive covenants which act to restrain trade, are strictly construed.").

[74]     *See Allied Cap. Corp. v. GC-Sun Hldgs., L.P.*, 910 A.2d 1020, 1024 (Del. Ch. 2006); *see also Concord Steel, Inc.*, 2008 WL 902406, at *6 ("Delaware courts construe restrictive covenants narrowly *as written*." (emphasis added)).

[75]     License Agreement § 2.3 (emphasis added).

24

the noncompetition provision, I do not find it appropriate to rely as heavily as Smartmatic suggests on the canon that calls for narrowly interpreting terms in a noncompetition agreement. Rather, it is only one of many factors relevant to my analysis.

To accept Smartmatic's "narrow" interpretation of "in the United States," for example, would create an internal inconsistency within the Agreement. In Section 2.1, "Dominion . . . grants to Smartmatic a worldwide (other than the United States and Canada), nonexclusive license under all of the Licensed Patent Rights and Licensed Technology, to make, have made, use, import, offer for sale, lease and sell Licensed Products." The Agreement defines Licensed Patent Rights, Licensed Products, and Licensed Technology as follows:

> 1.2 "Licensed Patent Rights" means all patents and patent applications . . . throughout the world, covering or relating to the Licensed Technology, including any substitutions, extensions, reissues, reexaminations, renewals, divisions, continuations or continuations-in-part, which Dominion owns or controls, and under which Dominion has the right to grant sublicenses to Smartmatic, as of the date of this Agreement and thereafter.
>
> 1.3 "Licensed Products" means a product which embodies the Licensed Technology.
>
> 1.4 "Licensed Technology" means all know-how, trade secrets, methodologies and other technical information owned or possessed by Dominion as of the date of this Agreement and thereafter, whether patentable or otherwise, relating to the generally released Dominion PCOS voting systems . . . which information is used for the manufacture, use and/or sell Licensed Products [under the License Agreement].[76]

---

[76]   *Id.* §§ 1.2–1.4.

Thus, Licensed Products include both PCOS voting systems made by Dominion and PCOS voting systems produced by Smartmatic that embody the Licensed Technology, including, potentially, technology covered by Licensed Patent Rights.

By definition, Licensed Patent Rights include or could include Dominion's U.S. patents. The plain and ordinary meaning of the license grant in Section 2.1 is that Dominion did not grant Smartmatic a license under any Dominion U.S. patent. U.S. patent rights extend to Puerto Rico.[77] Thus, assuming Dominion has U.S. patents or in the future may have U.S. patent rights, those patents would give Dominion the right to exclude Smartmatic from, among other things, selling products embodying Dominion's patented inventions in Puerto Rico.[78] Stated differently, because Smartmatic has no license under Dominion's U.S. patents, it would be an infringement of those patents if Smartmatic were to sell a product embodying the patented invention in Puerto Rico.

In contrast, under a narrow interpretation of "in the United States" in Section 3.4(b) that excludes Puerto Rico, that provision would not prevent Smartmatic from selling Licensed Products in Puerto Rico. Thus, Smartmatic could compete in Puerto Rico without breaching the terms of the noncompetition provision, but potentially would be exposed to a patent-infringement lawsuit for the same conduct. Construing the Agreement more "broadly," in accordance with Dominion's position, would result in no

---

[77]   *See* 35 U.S.C. § 100(c).

[78]   *See id.* (defining United States to include Puerto Rico); *id.* § 271(a) ("[W]hoever without authority makes, uses, offers to sell, or sells any patented invention, within the United States . . . during the term of the patent . . . infringes the patent.").

26

**APP1364**

such inconsistency between the scope of Smartmatic's license and the geographic area in which the Agreement permits Smartmatic to compete.[79]

Based on the apparent inconsistency that could result from accepting a narrow construction, it would be unwise to favor Smartmatic's interpretation based largely on the canon of construction applicable to restrictive covenants.  In addition, Smartmatic and Dominion are sophisticated parties who negotiated a relatively complex allocation of rights in different areas of the world in which the party receiving a license to the other party's technology could compete against that party.  In this case, therefore, I consider it preferable to determine the parties' intent, through extrinsic evidence if necessary, before resorting to a "narrow" meaning of "in the United States" based on a canon of construction.

### b.       Additional canons of construction

Dominion argues that two additional canons of construction favor their interpretation: (1) that a word in a contract is to be read in light of the words around it (*noscitur a sociis*); and (2) that the last, catch-all term in a list of terms is limited in scope

---

[79]   In this scenario, there also would be no internal conflict with Section 2.3 of the License Agreement.  In Section 2.3, the parties agreed that "[t]he licenses granted to Smartmatic in Section 2.1 also do not include the right to authorize resale of any Licensed Products in the United States or Canada, and Smartmatic shall use its best efforts to enter into an agreement with each of its customers to which it sells or otherwise distributes Licensed Products in which each such customer agrees not to resell any Licensed Products into the United States or Canada."  Thus, for example, if Dominion had a patented invention covered by patents in Mexico and the United States, Smartmatic would be licensed to sell a product that included that invention in Mexico, but the purchaser would not be authorized to resell that product in the United States, including Puerto Rico.

27

by the terms that come before it (*ejusdem generis*).  Defendants contend that to understand Section 3.4(b), the Court must read it in the context of the entire noncompetition provision.  Specifically, Defendants aver that, based on the words used in Section 3.4(c), the only reasonable interpretation of Section 3.4(b)'s term "in the United States" is that it includes Puerto Rico.

Preliminarily, it will be helpful to clarify the groups of products at issue in the noncompetition provision.  First, the provision addresses PCOS voting systems in general.  Second, it addresses Licensed Products, which are defined to "mean[] a product which embodies the Licensed Technology."[80]  Such products would include Dominion's own PCOS products and others embodying Dominion's Licensed Technology.  Lastly, the provision addresses "any PCOS voting systems other than the Licensed Products," which could include both Smartmatic systems and third party systems.  I will refer to these as "Non-Dominion PCOS Voting Systems."

The License Agreement delineates Smartmatic's rights as to these different groups of product as follows:

> (a)  Smartmatic cannot sell *any* PCOS voting systems "in Canada";
>
> (b)(i) Smartmatic cannot sell Licensed Products "*in the United States*" and (ii) for twelve months after the Effective Date of the License Agreement, it cannot sell any third party

---

[80]   "Licensed Technology," in turn, is defined to "mean[] all know-how, trade secrets, methodologies and other technical information owned or possessed by Dominion as of the date of this Agreement and thereafter, whether *patentable* or otherwise . . . ."  License Agreement § 1.4 (emphasis added).

28

PCOS voting system "*in the United States*," and, (iii) for four years and six months, it cannot sell its own PCOS voting systems in the United States; and

(c)     Smartmatic cannot sell "any PCOS voting systems other than Licensed Products" (*i.e.*, Non-Dominion PCOS Voting Systems) "*in any country other than the United States*" for a period of four years and six months after the Effective Date.[81]

During the period before 2014, the noncompetition provision can be summarized as follows: (1) Smartmatic cannot compete with Dominion at all in Canada (Dominion's home state), (2) (i) Smartmatic cannot compete with Dominion in the United States at all using Licensed Products, but after twelve months it may compete using third party PCOS voting systems, and (3) Smartmatic can compete with Dominion in any country other than the United States using only Licensed Products.

Based on these provisions, Dominion argues that Section 3.4(c)'s reference to "any country other than the United States" is a "catch-all." According to Defendants, the Agreement carves the world into three zones: Canada, the United States, and any country other than the United States. Thus, Dominion argues that any place that is not a country other than the United States is "in the United States." Because Puerto Rico is not a country but a territory of the United States, Defendants aver that the agreement must be interpreted to include Puerto Rico in the meaning of the term "in the United States."

---

[81]     *See id.* § 3.4 (emphasis added). In this regard, I note that the four year six month period roughly corresponds to the term of the License Agreement. *Id.* § 7.1.

Smartmatic denies that the parties intended the terms used in Sections 3.4(b) and 3.4(c) to be "flip sides of the same coin."[82]  They contend that these subsections address two distinct limitations on Smartmatic's use of PCOS voting systems: one limiting Smartmatic's use of Licensed Products in subsection (b) and the other limiting Smartmatic's use of Non-Dominion PCOS Voting Systems in subsection (c).  Smartmatic asserts that "[o]ne [subsection] does not spring from the other, and the two do not complement each other."[83]  In addition, Dominion purported to terminate the License Agreement based solely on Smartmatic's alleged violation of subsection (b).  Therefore, Smartmatic maintains that the language of subsection (b) is what is important and urges the Court to reject Dominion's focus on the language of subsection (c) as a red herring.

I find Dominion's arguments as to the applicability of the *noscitur a sociis* and *ejusdem generis* canons of construction more persuasive, but they are not dispositive in the circumstances of this case.  First, I agree with Dominion that Section 3.4(b) must be read in the context of the entire noncompetition provision.  In that regard, Smartmatic's contention that subsections (b) and (c) address two distinct limitations on its ability to sell various PCOS voting systems that do not complement each other is strained.  Unlike Smartmatic, I consider it more appropriate to focus on the way those two sections treat Licensed Products.  Section 3.4(b) precludes Smartmatic from selling Licensed Products in the United States, while 3.4(c) provides that, in any country other than the United

---

[82]    Pls.' Reply Br. 17.

[83]    *Id.* at 18.

States, Smartmatic may sell only Licensed Products for four years and six months after the Effective Date.

Thus, I am inclined to accept Dominion's argument that Sections 3.4(a), (b), and (c) should be read as a list and that, under the principles of *nocsitur a sociis* and *ejusdem generis*, Section 3.4(c)'s reference to "*any country* other than the United States" informs the definition of the terms that come before it. In applying these canons of construction together, the Delaware Supreme Court stated:

> words grouped in a list should be given related meaning . . . [and] where general language follows an enumeration of persons or things, by words of a particular and specific meaning, such general words are not to be construed in their widest extent, but are to be held as applying only to persons or things of the same general kind or class as those specifically mentioned.[84]

The purpose of *ejusdem generis*, therefore, is to limit the general language following a list of related things to things of the same general kind or class as the things previously specified.[85] Here, however, it is not particularly relevant what the scope of "any country other than the United States" is in Section 3.4(c). In addition, the second sentence of Section 3.4(c) sets forth a "clarification": "For clarification, Smartmatic shall only have the right to develop, market and sell other PCOS voting systems (its own or third party systems) *in markets outside the United States* after the four (4) year six (6) months non-

---

[84]   *See Del. Bd. of Nursing v. Gillespie*, 41 A.3d 423, 427–28 (Del. 2012).

[85]   *See* 17A Am. Jur. 2d *Contracts* § 364 (2013).

compete provision has ended."[86]   This suggests that the parties considered the phrases "any country other than the United States" and "markets outside the United States" to be synonymous.   One reasonable inference from this usage is that the parties were not focused on defining "United States" with precision, and that their intention in using the words "any country other than the United States" in Section 3.4(c) was not deliberately to include Puerto Rico in the scope of the term "in the United States" in Section 3.4(b).

Notably, however, if Puerto Rico is not "in the United States" and is not covered by the phrase "any country other than the United States," then the noncompetition provision would be silent on Smartmatic's ability to compete in Puerto Rico.   According to Dominion, this result is unreasonable and does not harmonize the entire agreement.[87] That conclusion finds some support in the use of "the United States" elsewhere in the License Agreement.

### 5.   Use of the term "United States" elsewhere in the Agreement

In construing the term "in the United States" in the noncompetition provision, I consider, lastly, whether reference to "the United States" elsewhere in the License Agreement helps to give meaning to that term in the noncompetition provision. Importantly, this disputed term appears in a license agreement.   As mentioned, the license

---

[86]   License Agreement § 3.4(c) (emphasis added).

[87]   Defs.' Opp'n Br. 39 (citing *Axis Reins. Co. v. HLTH Corp.*, 993 A.2d 1057, 1063 (Del. 2010) ("Where a contract provision lends itself to two interpretations, a court will not adopt the interpretation that leads to unreasonable results, but instead will adopt the construction that is reasonable and that harmonizes the affected contract provisions.")).

32

grant in Section 2.1 of the Agreement explicitly states that its scope is "worldwide (other than the United States and Canada)." The plain and ordinary meaning of that license grant is that it does not grant Smartmatic a license under any of Dominion's U.S. or Canadian patents. In this regard, I note that Dominion's U.S. patents extend, as a matter of law, to the United States' territories and possessions.[88] Under patent law, therefore, Smartmatic would infringe Dominion's U.S. patent rights if it "makes, uses, offers to sell, or sells any patented invention" in the United States or its territories and possessions, which include Puerto Rico.[89] Thus, one reasonable interpretation of the license grant provision excluding the United States from the scope of Smartmatic's license is that the parties recognized that Smartmatic's sale of Licensed Products covered by Licensed Patent Rights in Puerto Rico could infringe Dominion's U.S. patent rights. The same logic also could be extended to mean that the parties intended to impose the same geographic limitation on Smartmatic's right to compete "in the United States" by way of selling Licensed Products.[90] Based on this possibility, I asked the parties to submit additional briefing on the issue of whether the definition of "United States" under federal patent law affects the definition of that term in the License Agreement.

---

[88]   *See* 35 U.S.C. § 100(c) ("The terms "United States" and "this country" mean the United States of America, its territories and possessions.").

[89]   35 U.S.C. § 271(a).

[90]   Evidence of the parties' intent to limit Smartmatic's right to compete in the United States also appears in Section 2.3. *See supra* note 79.

33

Smartmatic maintains that this Court cannot consider the definition of "United States" under federal patent law for three reasons.  First, they argue that the Eighth Circuit's *In re Airline Ticket* decision[91] addressed and rejected a similar argument that the Federal Aviation Act should be used to inform the interpretation of United States in the context of a settlement agreement involving travel agencies.  The Eighth Circuit—applying Missouri law which the Delaware Supreme Court has said "comports with Delaware law"[92]—applied a "lay person" standard to give the contract language its plain and ordinary meaning.  Second, Plaintiffs assert that federal patent law is extrinsic evidence that should not be used to create ambiguity.  Third, Smartmatic contends that, even if reading the specialized meaning of a term under patent law were appropriate in a license agreement, the term United States does not qualify as a term with specialized meaning.

Dominion argues that Smartmatic has no license to sell Licensed Products covered by the Licensed Patent Rights in Puerto Rico.  Specifically, Defendants assert in their supplemental briefing that they hold one U.S. Patent: No. 8,195,505.  Defendants also contend that their U.S. patent and the federal patent law are appropriate evidence for the Court to consider in construing the term "in the United States" in the noncompetition provision, because Delaware law requires an inquiry into "what a reasonable person *in*

---

[91]    *See In re Airline Ticket Comm'n Antitrust Litig.*, 268 F.3d 619, 621 (8th Cir. 2001).

[92]    *See AT&T Corp. v. Lillis*, 953 A.2d 241, 253 n.35 (Del. 2008).

*the position of the parties* would have thought [the agreement] meant."[93]   Emphasizing

that the parties to the License Agreement are sophisticated technology firms, Dominion

maintains that a reasonable person in the position of the parties would have understood

the definition of United States under U.S. patent law.   It also avers that the phrase "in the

United States" in the noncompetition provision must be read in context with the usage of

"United States" elsewhere in the Agreement to give effect to every term and reconcile all

provisions.[94]   According to Defendants, such a reading compels the conclusion that the

term "in the United States" includes Puerto Rico.

   Having carefully considered the parties' supplemental briefs, I conclude that the

definition of United States under federal patent law is extrinsic evidence that the Court

should not rely on in determining whether the noncompetition provision is ambiguous.

This is not a case where the definition of United States "can *only* be known through an

appreciation" of federal patent law.[95]   The Agreement defines the Licensed Technology

to include not only patentable technology but also Dominion's "know-how, trade secrets,

---

[93]   *Lorillard Tobacco Co. v. Am. Legacy Found.*, 903 A.2d 728, 740 (Del. 2006) (emphasis added).

[94]   *See* Dominion Defs.' Opening Supplemental Mem. of Law 4 (citing *Stonewall Ins. Co. v. E.I. du Pont de Nemours & Co.*, 996 A.2d 1254, 1260 (Del. 2010) ("[A] single clause or paragraph of a contract cannot be read in isolation, but must be read in context.")); *see also Whittington v. Dragon Gp. L.L.C.*, 2011 WL 1457455, at *10 (Del. Ch. Apr. 15, 2011).

[95]   *City Investing Co. Liquidating Trust v. Continental Cas. Co.*, 624 A.2d 1191, 1198 (Del. 1993).

methodologies and other technical information."[96]   The Agreement is governed by state law.[97]   The parties do not refer to U.S. patent law in their agreement.   The Agreement does not identify any Dominion patent.   Rather, it defines "Licensed Patent Rights" in broad and general terms.

I recognize that excluding Puerto Rico from the definition of "in the United States," would create a potential inconsistency between the license-granting provisions and the noncompetition provision.   I am not convinced, however, that the parties ever focused on this point.   The Agreement is silent on federal patent law and how it defines the United States.   At the same time, Section 2.1 indicates that Smartmatic is not licensed under Dominion's U.S. patents, which would give Dominion the right to preclude Smartmatic from selling the patented invention in Puerto Rico.[98]   Presumably, therefore, if Smartmatic were competing in Puerto Rico using products protected by a Dominion U.S. patent, it would be infringing that patent.   Whether Smartmatic is infringing a Dominion U.S. patent, however, is not the issue before this Court.   The question before me relates to the meaning of the term "in the United States" in the noncompetition

---

[96]   License Agreement § 1.2.

[97]   *See Pfizer Inc. v. Elan Pharm. Research Corp.*, 812 F. Supp. 1352, 1359 (D. Del. 1993) (determining that state law governs the interpretation of a patent license agreement).

[98]   Conceivably, Dominion could grant Smartmatic a limited license to practice Dominion's U.S. patented technology solely in the territories and possessions of the United States.   Nothing in the License Agreement, however, suggests that the parties intended to enter into such a license.

36

provision. In this context, I cannot decide on the limited record before me whether the parties intended that the definition of "United States" under U.S. patent law would be controlling throughout the License Agreement.

### C.   Is the License Agreement Subject to More than One Reasonable Interpretation?

Against this backdrop, I consider whether the Agreement's noncompetition provision is subject to only one reasonable interpretation. If it is, then summary judgment is appropriate. If I conclude that the provision is subject to more than one reasonable interpretation, then the contract is ambiguous and I must consider extrinsic evidence to determine what meaning the parties intended to give the noncompetition provision. In that case, summary judgment would be inappropriate based on the existence of a genuine issue of material fact and the need for a more thorough development of the record.[99]

I conclude first that Smartmatic's interpretation is reasonable. The ordinary meaning of "in the United States" could be said to exclude its territories and possessions such as Puerto Rico. Dictionaries almost universally define United States to include only the fifty U.S. states and the District of Columbia. Case law and statutory support also exist for a definition of the United States that excludes Puerto Rico. Several cases have recognized the noncontroversial proposition that Puerto Rico is not a foreign country and

---

[99]   *See Cooke v. Oolie*, 2000 WL 710199, at *11 (Del. Ch. May 24, 2000) ("The Court . . . maintains the discretion to deny summary judgment if it decides that a more thorough development of the record would clarify the law or its application.").

is "part of" the United States.  These determinations, however, do not address whether Puerto Rico is encompassed by the term "United States," or more specifically, the term "in the United States."  Statutes, including the Help America Vote Act and federal patent law, expressly include Puerto Rico in the definition of United States when it is their intention to extend the definition of "United States" to include its territories.  This suggests that the ordinary meaning of United States excludes Puerto Rico and the United States' other territories.  Thus, Smartmatic has adduced sufficient evidence to support a finding that the plain and ordinary meaning of "in the United States" excludes Puerto Rico and that it was the parties' intent to incorporate this plain meaning into the License Agreement.

I consider next whether Dominion's interpretation is also reasonable.  "A court must interpret contractual provisions in a way that gives effect to every term of the instrument, and that, if possible, reconciles all of the provisions of the instrument when read as a whole."[100]  Thus, even faced with substantial evidence that the plain meaning of "in the United States" would exclude Puerto Rico, I must interpret that term in a way that reconciles all the provisions of the License Agreement, if possible.  In that regard, I conclude that Dominion's interpretation of "in the United States" as including Puerto Rico is also reasonable.

Defendants' position rests on two main theories.  First, that the Court should consider the language of the entire noncompetition provision and reconcile how the

---

[100]     *Council of Dorset Condo. Apartments v. Gordon*, 801 A.2d 1, 7 (Del. 2002).

38

parties divided the world up among independent sovereign countries.  Second, Dominion argues that I should consider undisputed background information to place this License Agreement in context.  Specifically, they highlight that the Agreement was entered into to take advantage of the 2002 Help America Vote Act, that Dominion was formed in 2003 after this Act was passed, that the definition of United States in the Help America Vote Act includes Puerto Rico, that Puerto Rico is eligible for aid under the Act, and that Dominion intended to focus its efforts on Canada and the United States while Smartmatic would focus on emerging international markets.

I base my conclusion that Dominion's competing interpretation is also reasonable, however, primarily on the language used in the noncompetition provision and in the license grant.  At this preliminary stage of the litigation, I have not relied on the historical information that Dominion presented.  In the noncompetition provision, the use of the term "any country other than the United States" in Section 3.4(c) reasonably could inform how the parties intended to define the term "in the United States" in Section 3.4(b). These two provisions address different restrictions on Smartmatic's right to compete.  In that regard, it is reasonable to infer that the geographical scopes they address are related. This is particularly so where, as here, to employ Smartmatic's interpretation and exclude Puerto Rico from the term "in the United States" would mean that virtually the only areas of the world not addressed by the noncompetition provision would be Puerto Rico and the other territories of the United States.

I also find Dominion's interpretation to be reasonable based on the context of this Agreement as a license agreement that grants Smartmatic certain rights under, among

39

other things, Dominion's patents.  The Agreement does not grant Smartmatic a license to Dominion's U.S. patents.  This fact supports a reading of the term "in the United States" in the Agreement's noncompetition provision that is consistent with the definition of United States under U.S. patent law, *i.e.*, as including Puerto Rico.  In addition, this fact counsels against a mechanical application in the context of this case of the canon of construction that favors construing restrictive covenants narrowly.   The Delaware Supreme Court has instructed courts to be cautious when entertaining background facts and to avoid using extrinsic evidence to vary the terms of a contract or to create ambiguity.[101]   In reaching my conclusion, therefore, I have eschewed incorporating wholesale the definition of "United States" under federal patent law to avoid any potentially improper use of extrinsic evidence.  Rather, I have limited consideration of such evidence to the license grant in Sections 2.1 and 2.3 as to the Licensed Patent Rights, where use of the federal statute is plainly apposite.

In sum, the parties have advanced two mutually exclusive, but reasonable interpretations of the disputed phrase "in the United States" in the noncompetition provision.  Therefore, I find that the term is ambiguous and deny the parties' cross motions for summary judgment in favor of a more thorough development of the record on the parties' intent.

---

[101]   *See Eagle Indus., Inc. v. DeVilbiss Health Care, Inc.*, 702 A.2d 1228, 1232–33 & n.7 (Del. 1997).

40

### III.      CONCLUSION

For all of these reasons, I deny Smartmatic's motion for partial summary judgment and Dominion's implicit cross motion for summary judgment because both Smartmatic and Dominion have presented reasonable, albeit mutually exclusive, interpretations of "in the United States" as that term is used in the License Agreement.

**IT IS SO ORDERED.**

41

# Exhibit K-16

| | |
|---|---|
| Document title: | Smartmatic Announces Sale of Sequoia Voting Systems \| Congresswoman Carolyn Maloney |
| Capture URL: | https://web.archive.org/web/20140912181022/https://maloney.house.gov/media-center/press-releases/smartmatic-announces-sale-sequoia-voting-systems |
| Page loaded at (UTC): | Tue, 28 Nov 2023 18:00:58 GMT |
| Capture timestamp (UTC): | Tue, 28 Nov 2023 18:01:44 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 3 |
| Capture ID: | 4Jp5kSFbwFTuGquftC9Acv |
| User: | jw-mvillalpando |



Carolyn B. Maloney

About   Contact   Services   Media Center   Issues   My Work in Congress

Email Carolyn

Home > Media Center >

# Smartmatic Announces Sale of Sequoia Voting Systems

Nov 8, 2007 | Press Release

WASHINGTON – Smartmatic, the voting machine firm with ties to the Venezuelan government, today announced that it is divesting ownership of the voting machine company Sequoia Voting Systems. Congresswoman Carolyn Maloney (D-NY) shined the congressional spotlight on the Sequoia purchase last year by Smartmatic because it posed serious national security concerns about the integrity of our elections. Last year, Smartmatic decided to sell Sequoia rather than complete an investigation by the Committee on Foreign Investment in the United States (CFIUS), the government entity charged with ensuring the safety of foreign investment in the U.S. (To read the official Sequoia sale announcement:
http://www.sequoiavote.com/press.php).

"I am relieved by the news of this sale – it was a long time coming," said Maloney. "The integrity of our voting machines and elections is vital to national security. Given all of the past uncertainty and anxiety surrounding electronic voting, it's nice that voters will have this added reassurance when they enter the voting booth this Election Day."

Smartmatic was the subject of controversy in 2004 when the Hugo Chavez-led Venezuelan government selected it to provide the voting machines system for the presidential recall election, even though it would have been the company's first time providing machines for an election. Smartmatic teamed up with a Venezuelan software company, Bitza, which at the time was 28 percent owned by Chavez's government. In 2005, a Chicago city alderman questioned the possible ties between Sequoia and the Venezuelan government when that company's machines were used in the March 2006 Chicago primaries.

"When I first raised concerns about the Smartmatic case with the U.S. Treasury Department, I knew it was ripe for a CFIUS investigation. There were just too many questions and lingering doubts, which Smartmatic was clearly unable to overcome," Maloney said.

At first, Smartmatic flatly refused to undergo a CFIUS review. It eventually agreed to a review, but later dropped out of the review process and announced its intent to divest of Sequoia.
"The Smartmatic case reinforces the importance of a strong CFIUS review system. That's why I worked hard to pass new CFIUS reforms this year that encourage safe foreign investment in the U.S. without jeopardizing our nation's security," added Maloney.

Maloney authored the new law to strengthen CFIUS. For more information on Congresswoman Maloney's work on CFIUS reform.

Background/Timeline:

May 2006 - Maloney first raised questions about Smartmatic with then-Treasury Secretary Snow, inquiring whether the deal for Sequoia had undergone a CFIUS investigation

July 2006 - Treasury acknowledged that it had initially contacted Smartmatic, although a CFIUS investigation was not underway at the time. In early October, Maloney wrote to

**Media Center**

Press Releases

In the News

Newsletters

Photos

Videos

Get e-news alerts.



questioned the possible ties between Sequoia and the Venezuelan government when that company's machines were used in the March 2006 Chicago primaries.

"When I first raised concerns about the Smartmatic case with the U.S. Treasury Department, I knew it was ripe for a CFIUS investigation. There were just too many questions and lingering doubts, which Smartmatic was clearly unable to overcome," Maloney said.

At first, Smartmatic flatly refused to undergo a CFIUS review. It eventually agreed to a review, but later dropped out of the review process and announced its intent to divest of Sequoia.

"The Smartmatic case reinforces the importance of a strong CFIUS review system. That's why I worked hard to pass new CFIUS reforms this year that encourage safe foreign investment in the U.S. without jeopardizing our nation's security," added Maloney.

Maloney authored the new law to strengthen CFIUS. For more information on Congresswoman Maloney's work on CFIUS reform.

Background/Timeline:

May 2006 - Maloney first raised questions about Smartmatic with then-Treasury Secretary Snow, inquiring whether the deal for Sequoia had undergone a CFIUS investigation

July 2006 - Treasury acknowledged that it had initially contacted Smartmatic, although a CFIUS investigation was not underway at the time. In early October, Maloney wrote to Treasury Secretary Paulson to apprise him of the lingering questions surrounding Smartmatic:
http://maloney.house.gov/sites/maloney.house.gov/files/documents/financial/acquisitions/20061006ElectionsCFIUS_paulson.pdf

October 2006: Smartmatic announced that it was undergoing a CFIUS investigation

December 2006: Smartmatic announced it was withdrawing from CFIUS review and selling Sequoia

# # #

**Issues:** Financial Services, Foreign Acquisitions and National Security



**Washington, DC Office**
2308 Rayburn House Office Building
Washington, DC 20515-0001
Phone: 202-225-7944
Fax: 202-225-4709

Hours:
Monday – Friday 9:00am – 6:00pm

**Manhattan District Office**
1651 3rd Avenue, Suite 311
New York, NY 10128-3679
Phone: 212-860-0606
Fax: 212-860-0704

Hours:
Monday – Friday 9:00am – 6:00pm

**Queens District Office**
31-19 Newtown Ave.
Astoria, NY 11102-1391
Phone: 718-932-1804
Fax: 718-932-1805

Hours:
Monday 9:30am – 2:00pm
Tuesday – Thursday 9:30am – 5:00pm
Friday 10:00am – 4:00pm

**Brooklyn District Office**
619 Lorimer Street
Brooklyn, NY 11211-2228
Phone: 718-349-5972
Fax: 718-349-5973

Hours:
Tuesday 9:00am – 5:00pm

Tools   Accessibility   Privacy   Copyright

Document title: Smartmatic Announces Sale of Sequoia Voting Systems | Congresswoman Carolyn Maloney
Capture URL: https://web.archive.org/web/20140912181022/https://maloney.house.gov/media-center/press-releases/smartmatic-announces-sale-sequoia-voting-systems
Capture timestamp (UTC): Tue, 28 Nov 2023 18:01:44 GMT

# Exhibit K-17

🔒 **Page Vault**

| | |
|---|---|
| Document title: | Kyle Becker auf Twitter: "Dominion Security System's security vulnerabilities have been called nothing more than conservative prattle. Well, here is *DOMINION ITSELF* admitting to "Medium" & "High" Risks in its user's manual. (H/T @JPMediaBoss) Its recommended remedy: "Invalidation of the election."    … https://t.co/eSebOJdDRX" |
| Capture URL: | https://web.archive.org/web/20201113215056/https://twitter.com/kylenabecker/status/1327368214238597123 |
| Page loaded at (UTC): | Tue, 28 Nov 2023 19:24:28 GMT |
| Capture timestamp (UTC): | Tue, 28 Nov 2023 19:27:01 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | dYeoJPjHZ3ujXcCCidMBWr |
| User: | jw-mvillalpando |

PDF REFERENCE #:     gxz7RRkpkgMEYMCQJ6pbYB

**APP1385**



**Kyle Becker** @kylenabecker

Dominion Security System's security vulnerabilities have been called nothing more than conservative prattle.

Well, here is *DOMINION ITSELF* admitting to "Medium" & "High" Risks in its user's manual. (H/T @JPMediaBoss)

Its recommended remedy: "Invalidation of the election."

13:50 · 13. Nov. 2020

15 Retwents   36 „Gefällt mir"-Angaben

○ 1      ⇄ 15      ♡ 36

**Andrew Boyd** @3rdDukeofDank · 13 Sek.
Antwort an @kylenabecker @JPMediaBoss

Or rather, the mass audit of any area that used Dominion.

# Exhibit K-18

MP4 File (Smartmatic denies being favored by COMELEC)

APP1387

# Exhibit K-19

🔒 Page Vault

| | |
|---|---|
| Document title: | Fact Check: Have Senior Democrats Raised Concerns About the Smartmatic Voting Software, as Trump's Lawyer Claims? |
| Capture URL: | https://www.newsweek.com/fact-check-have-senior-democrats-raised-concerns-about-smartmatic-voting-software-trumps-1547802 |
| Page loaded at (UTC): | Tue, 28 Nov 2023 18:12:38 GMT |
| Capture timestamp (UTC): | Tue, 28 Nov 2023 18:14:59 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 13 |
| Capture ID: | 9QhxJvzPSxx3KDNPmURvXy |
| User: | jw-mvillalpando |

PDF REFERENCE #:        tB2GsFvQJm97EoH9Y4znG4

**APP1389**

Newsweek 90

SUBSCRIBE FOR $1    Login

Politics | 2020 Presidential Election | Rudy Giuliani | Sidney Powell | Donald Trump | Voting

# Fact Check: Have Senior Democrats Raised Concerns About the Smartmatic Voting Software, as Trump's Lawyer Claims?

Nov 16, 2020 at 2:34 PM EST



ADVERTISING

By Meghan Roos
Live Blog Writer

FOLLOW

💬 41

A lawyer representing President Donald Trump in his legal battle challenging the outcome of the presidential election recently said that some congressional Democrats raised concerns in the past about the trustworthiness of election software used in several states.

Election officials use Dominion Voting Systems in 28 states, including several key battleground states. Members of Trump's legal team have alleged that the company uses voting software that can be controlled by operators overseas to "steal" elections, much as they alleged the election was stolen from Trump.

## The Claim

ADVERTISING



What Disease Causes
Sleepiness? See The
Causes of Excessiv

Rudy Giuliani and Sidney Powell, both members of Trump's legal team, spoke with Fox News' Maria

### Trending



**01** Ben & Jerry's Vermont Shooting Message Sparks Outrage

16 comments

**02** Marjorie Taylor Greene's Request to go on



Rudy Giuliani and Sidney Powell, both members of Trump's legal team, spoke with Fox News' Maria Bartiromo on Sunday to discuss allegations that voting software used in this election contributed to widespread voter fraud.

In separate interviews, Giuliani and Powell alleged that the voting software Smartmatic changed millions of votes initially cast for Trump to give President-elect Joe Biden a lead in several swing states.

NEWSLETTER
**The Bulletin**   Your daily briefing of everything you need to know   Email address   **SIGN UP**

Giuliani told Bartiromo that Dominion "sends everything" to Smartmatic, a company that he said has close ties to Venezuela and China.

ADVERTISING



*Don't wait.*
**Reach out.**
FIND RESOURCES

"This Dominion company is a radical left company," Giuliani said. "One of the people there is a big supporter of Antifa and has written horrible things about the president for the last three or four years. And the software that they use is done by a company called Smartmatic."

Giuliani also wrote in a tweet posted one day earlier that Dominion was operating as a front for Smartmatic.

"Did you know a foreign company,DOMINION,was counting our vote in Michigan, Arizona and Georgia and other states," he tweeted. "But it was a front for SMARTMATIC, who was really doing the computing."

Rudy W. Giuliani ✓
@RudyGiuliani · Follow                           X

Did you know a foreign company,DOMINION,was counting our vote in Michigan, Arizona and Georgia and other states.

But it was a front for SMARTMATIC, who was really doing the computing.

Look up SMARTMATIC and tweet me what you think?

It will all come out.

2:16 PM · Nov 14, 2020 from Washington, DC                    ⓘ

💬 66K       ↻ Reply      ⚲ Copy link

SUBSCRIBE FOR $1    Login

01  Ben & Jerry's Vermont Shooting Message Sparks Outrage
16 comments

02  Marjorie Taylor Greene's Request to go on Jimmy Kimmel Brutally Declined
13 comments

03  Donald Trump Says He Never Swore Oath 'to Support the Constitution'
202 comments

04  Disneyland Streaker Arrest Video Goes Viral
2 comments

05  COVID Map Shows US Regions With Higher Positive Cases
7 comments

To Homepage

**THE DEBATE**

The Populist Wave in Argentina, the Netherlands Is a Good Course Correction
By Jonathan Tobin



VS

The Netherlands' Lurch to the Right Has Lessons for Woke Democrats
By Dan Perry



SPONSOR INSIGHT

**Holy Family University School of Nursing & Health Sciences**

Philadelphia, PA

Why Nursing and Rehabilitation Therapy Programs are Becoming Increasingly Popular

Nursing and rehabilitation therapy programs are growing in popularity for a multitude of reasons. The combination of job security, personal satisfaction, and societal impact is a compelling draw for prospective students and the heroic efforts of healthcare professionals during the COVID-19 pandemic have all contributed to the rising interest in these careers. Find out more.

LEARN MORE



SUBSCRIBE FOR $1   Login



Rudy Giuliani, a lawyer for President Donald Trump, speaks to the media at a press conference held in the back parking lot of Four Seasons Total Landscaping on November 7, 2020, in Philadelphia, Pennsylvania. On Sunday, Giuliani and another attorney for Trump, Sidney Powell, spoke with Fox News' Maria Bartiromo to discuss allegations of widespread voter fraud during the 2020 election.
CHRIS MCGRATH/GETTY



SPONSOR INSIGHT

**Holy Family University School of Nursing & Health Sciences**

Philadelphia, PA

Why Nursing and Rehabilitation Therapy Programs are Becoming Increasingly Popular

Nursing and rehabilitation therapy programs are growing in popularity for a multitude of reasons. The combination of job security, personal satisfaction, and societal impact is a compelling draw for prospective students and the heroic efforts of healthcare professionals during the COVID-19 pandemic have all contributed to the rising interest in these careers. Find out more.

LEARN MORE

## The Facts

Allegations of widespread voter fraud in the presidential election have been widely discredited. Even so, the president, his legal team and his close advisers have continued to allege that voter fraud occurred on a monumental scale.

Attacks from Trump's team over the past week inspired Dominion, which has headquarters in Canada and the U.S., to release a statement on November 13 responding directly to some of the allegations made about the company and its software.

ADVERTISING



Here Are 29 of the Coolest Gifts for This 2023

"Dominion has no company ownership relationships with any member of the Pelosi family, the Feinstein family, or the Clinton Global Initiative, Smartmatic, Scytl, or any ties to Venezuela," the company's statement read. "Dominion works with all political parties; our customer base and our government outreach practices reflect this nonpartisan approach."

Smartmatic, a company that was founded in Florida and is now based in London, also denied financial connections to Dominion in a post on its website.

" **S**martmatic has never owned any shares or had any financial stake in Dominion Voting Systems. Smartmatic has never provided Dominion Voting Systems with any software, hardware or other technology. The two companies are competitors in the marketplace," Smartmatic's post read.

Document title: Fact Check: Have Senior Democrats Raised Concerns About the Smartmatic Voting Software, as Trump&#39;s Lawyer Claims?
Capture URL: https://www.newsweek.com/fact-check-have-senior-democrats-raised-concerns-about-smartmatic-voting-software-trumps-1547802
Capture timestamp (UTC): Tue, 28 Nov 2023 18:14:59 GMT

**APP1393**

"Smartmatic has never owned any shares or had any financial stake in Dominion Voting Systems. Smartmatic has never provided Dominion Voting Systems with any software, hardware or other technology. The two companies are competitors in the marketplace," Smartmatic's post read.

Though the Trump team's allegations have been largely debunked, Democrats have raised concerns about both companies in the past. During her discussion with Bartiromo, Powell mentioned Representative Carolyn Maloney of New York, Massachusetts Senator Elizabeth Warren and Minnesota Senator Amy Klobuchar as examples of Democrats who have done so.

ADVERTISING



**CYBER SALE**

Save up to 78%* for
**Black Friday &
Cyber Monday.**

⊘ norton      Buy now

*First year. Terms apply.

Warren and Klobuchar co-signed letters sent to investors of the three major voting systems used in the U.S. last December, including a Dominion investor. A letter sent to the managing directors of the private equity firm Staple Street Capital Group, LLC, which was also signed by Oregon Senator Ron Wyden and Representative Mark Pocan of Wisconsin, requested information on what the nature of the firm's financial relationship with Dominion was.

The letter drew attention to a handful of incidents during the 2018 midterm elections in which voters reported that the machines they used switched their votes, raising concerns about the machines' security and the importance of updating voting machine technology whenever possible.

Several years earlier, Maloney raised concerns about Smartmatic's purchase of a different voting machine company based in the U.S. called Sequoia Voting Systems. In a 2006 news release, Maloney identified Smartmatic as a company with "possible ties to the Venezuelan government," citing how Venezuela tapped the company to assist with a recall election in 2004.

ADVERTISING



**Here Are 29 of the Coolest
Gifts for This 2023**

Smartmatic later sold that U.S.-based voting machine company in 2007. The company denies that it is a Venezuelan company on its website because of its origin in Florida and its current headquarters in the U.K.

## The Ruling

False.



SPONSOR INSIGHT

**Holy Family University School
of Nursing & Health Sciences**

Philadelphia, PA

Why Nursing and Rehabilitation Therapy
Programs are Becoming Increasingly
Popular

Nursing and rehabilitation therapy programs are
growing in popularity for a multitude of reasons.
The combination of job security, personal
satisfaction, and societal impact is a compelling
draw for prospective students and the heroic
efforts of healthcare professionals during the
COVID-19 pandemic have all contributed to the
rising interest in these careers. Find out more.

LEARN MORE

**APP1394**

the U.K.

## The Ruling

False.

The letters that Warren and Klobuchar co-signed last December did raise concerns about how investors might be influencing the funding and security of Dominion, but the senators did not mention Smartmatic. While Maloney questioned Smartmatic's ties to Venezuela 14 years ago, her queries were regarding Smartmatic's purchase of Sequoia, not to any alleged ties the company had with Dominion.



ADVERTISING

Here Are 29 of the Coolest Gifts for This 2023

READ MORE

- Trump Says Biden Won, But Only Because the 'Election Was Rigged'
- Peter Neffenger, Biden Transition Member, May Be Target of Trump Lawsuit
- Federal Committees Call 2020 Election the 'Most Secure in American History'
- Dominion Voting Systems 'Categorically Denies' Election Tech Glitches
- Fact Check: Did Dominion Voting Systems Cause Widespread Voter Fraud?

For more information about this ranking please click on this LINK

Request Reprint & Licensing    Submit Correction    View Editorial Guidelines

## About the writer

Meghan Roos

FOLLOW

Meghan Roos is a Newsweek reporter based in Southern California. Her focus is reporting on breaking news for Newsweek's Live... read more

To read how Newsweek uses AI as a newsroom tool, click here.

SPONSORED CONTENT                                    mgid ▷



SPONSOR INSIGHT

**Holy Family University School of Nursing & Health Sciences**

Philadelphia, PA

Why Nursing and Rehabilitation Therapy Programs are Becoming Increasingly Popular

Nursing and rehabilitation therapy programs are growing in popularity for a multitude of reasons. The combination of job security, personal satisfaction, and societal impact is a compelling draw for prospective students and the heroic efforts of healthcare professionals during the COVID-19 pandemic have all contributed to the rising interest in these careers. Find out more.

LEARN MORE

## APP1395

☰ **Newsweek** 90

SUBSCRIBE FOR $1    Login    🔍

To read how Newsweek uses AI as a newsroom tool, click here.

SPONSORED CONTENT                                                    mgid ▷


**6 Movies That Are Widely Considered To Be The Best Of The Worst**
Newswom.com


**If Prehistoric Beasts Were Alive Today**
Wanderzest


**A Dozen Egg Abnormalities: How They Affect Egg Quality**
Goodtberind


**He Became A Muslim To Marry Her The Egyptian Actress**
Brainberries


**Gillian Anderson's Incredible Style Journey**
Herebeauty


**8 Most Heavily Guarded People In The World**
Newswomn

ADVERTISING


**Here Are 29 of the Coolest Gifts for This 2023**

Donald Trump says undercover agents should...
CarlEdward · 1h

Fani Willis' "perplexing" court move against Donald Trump
GOPnomore · 1d

Russia scores timely victory near Avdiivka
Magirus · 16h



SPONSOR INSIGHT

**Holy Family University School of Nursing & Health Sciences**

Philadelphia, PA

**Why Nursing and Rehabilitation Therapy Programs are Becoming Increasingly Popular**

Nursing and rehabilitation therapy programs are growing in popularity for a multitude of reasons. The combination of job security, personal satisfaction, and societal impact is a compelling draw for prospective students and the heroic efforts of healthcare professionals during the COVID-19 pandemic have all contributed to the rising interest in these careers. Find out more.

LEARN MORE



☰⊋ Newsweek 90

SUBSCRIBE FOR $1    Login    🔍

Donald Trump says undercover agents should...

Fani Willis' "perplexing" court move against Donald Trump

Russia scores timely victory near Avdiivka

CarlEdward · 1h
HIS undercover agents? He WAS the President at the time... Then...
🗨 Top Comment          👍 9

GOPnomore · 1d
Willis said. "I don't, when making decisions about cases to bring,...
🗨 Top Comment          👍 22

Magirus · 16h
Why are western democracies st holding back in helping Ukraine...
🗨 Top Comment          👍

SPONSOR INSIGHT

**The Kronzek Firm PLC**

Lansing, MI

**The Excellence of Top Law Firms: A Testament to Legal Prowess**

Top law firms earn their status through decades of dedication to excellence, unparalleled expertise, and unwavering commitment to their clients. Find out more about these exemplary practices.

LEARN MORE

## Conversation 41 Comments

Start a discussion, not a fire. Post with kindness. Read our guidelines here.

🔔    Log in | Sign up

What do you think?                          📷  GIF

Sort by Best ⌄

**NW_Moderator**  STAFF                          FEATURED
16 November, 2020
President Donald Trump's latest unsubstantiated assertion of victory in the recent US election has sparked an immediate backlash on social media, with Twitter users creating an array of memes mocking the Republican incumbent's handling of the actual results.

🔗 link entity   **Donald Trump's "I won the election" tweet met with wave of derisive memes**
newsweek.com

Reply    👍 5  👎 7    Share

> **BACK_THE_BLUE**
> 22 November, 2020
> It's odd that you could use the word "unsubstantiated" when we're still waiting on evidence from Sidney Powell and those working on the case. At the very least we'd expect a true journalist to suggest the jury is still out on IF there is evidence, and WHAT that evidence consists of. It's a sad day ...**See more**
> Reply   👍 2  👎 2   Share
> ↳ Show 3 more replies

**David Stevens**
17 November, 2020
Smartmatic and diminion are something even George Orwell didnt  predict. True or not we need to count votes in future elections in a failsafe way.
Reply   👍 21  👎 2   Share

> **Tbeard**
> 21 November, 2020
> Wrong.  Fix this election.  Future elections?  We the People demand that only legal votes should be count in our Democratic elections. We now know that Newsweek is owned by un-Americans that support voter fraud and do not report the news honestly.
> Reply   👍 3  👎   Share
> ↳ Show 2 more replies

**Jdd**
17 November, 2020
A few key facts which were somehow "overlooked." Powell identified Adm. Peter Neffenger (ret.) of the Atlantic Council as the president of Smartmatic, who is now on Biden's transition team. Powell said that anyone who took the time to read Smartmatic's own manual would see that "they explain how vc...**See**



≡⟩ **Newsweek** 90

SUBSCRIBE FOR $1    Login    ⚲

**J**  Jdd
17 November, 2020
A few key facts which were somehow "overlooked." Powell identified Adm. Peter Neffenger (ret.) of the Atlantic Council as the president of Smartmatic, who is now on Biden's transition team. Powell said that anyone who took the time to read Smartmatic's own manual would see that "they explain how vo...**See more**

Reply   👍 31  👎 7  |  Share

**C**  CyanBus
18 November, 2020
This week Lin Wood invited the Ga. Gov. , Sec. Of state and house majority leader to sue him for slander saying he can prove they were paid off to buy Dominion.

All republicans

No slander suits yet.  Just a lot of bluster and vehement denials....**See more**

Reply   👍 3  👎 4  |  Share

↳ Show 2 more replies

**b**  bzfgt bzfgt
21 November, 2020
Has anyone bothered to check this stuff, or are we just reproducing what Smartmatic and Dominion say and calling it a "fact check"?

Reply   👍 15  👎 1  |  Share

**M**  MG
24 June, 2022
I am in the middle of a discussion about the 2020 election. I have brought the following article where Senators Warren, Klobuchar, and Wyden bring to light the issues with our election security, faulty voting machines, and private investments being a serious threat to our elections. https://www.war...**See more**

🔗link entity    **Warren, Klobuchar, Wyden, and Pocan Investigate Vulnerabilities and Shortcomings of Election...**
warren.senate.gov

Reply   👍 2  👎 1  |  Share

**HA**  Honest Abe
17 November, 2020
Total Scam. For years cheaters have been bribing and blackmailing Secretaries of state and other high political office holders. We all see it now. We see the rabbit up the magician's sleeve and now can't unsee it! WOOT! Four more years of TRUMP!

Reply   👍 15  👎 7  |  Share

**R**  Raymond
16 December, 2020
This "fact check" is a travesty, like a great many other fact checks the headline has little to do with the body of the article. And by the way there are three separate letters in 3 different years by 3 different groups of democrats raising concerns about voting machines an I have no doubt News Wee...**See more**

Reply   👍 4  👎 1  |  Share

**P**  PurpleSubmarine
23 November, 2020
And the drumbeat of calls putting pressure on Trump to concede...that's to save the global embarrassment that comes from the notion that American elections, the "Gold Standard" for elections and Democracy, are as fraudulent and rigged as a Banana Republic. Thank you Democratic Parry!

Reply   👍 4  👎 2  |  Share

**M**  Me
18 November, 2020
The Cybersecurity and Infrastructure Security Agency says it's the most secure election in U.S. history

SPONSOR INSIGHT

**The Kronzek Firm PLC**
Lansing, MI

**The Excellence of Top Law Firms: A Testament to Legal Prowess**

Top law firms earn their status through decades of dedication to excellence, unparalleled expertise, and unwavering commitment to their clients. Find out more about these exemplary practices.

LEARN MORE



**Newsweek** 90

SUBSCRIBE FOR $1 | Login

M **Me**
16 November, 2020

The Cybersecurity and Infrastructure Security Agency says it's the most secure election in U.S. history

Let's see a Trumpster argue with that, the CISA by the way is run by Trump appointee's. How is it that he supposedly knows things that this group doesn't???

Reply | 12 | 23 | Share

R **Raymond**
16 December, 2020

They are not Trump appointees, Trump signed the order authorizing the creation of CISA, also Dominion and Smartmatic are both members of a panel of companies that a part of CISA and so it's pretty clear a glaring and undeniable conflict of interest even allowing for democrats strange definitions of...**See more**

Reply | 2 | 1 | Share

Show 3 more replies

R **RuhRohScoob**
16 November, 2020

So Dominion bought out a company who was wholly dependent on Smartmatic IP...lol

The CEO and President of Sequoia and SVS Holdings is Jack Blaine, a former Smartmatic executive. During a conference call with company employees, Blaine admitted that SVS/Sequoia did not control the intellectual...**See more**

Reply | 4 | 5 | Share

1 reply

**Show More Comments**

Powered by OpenWeb

Terms | Privacy | Feedback

**SPONSOR INSIGHT**

**The Kronzek Firm PLC**

Lansing, MI

**The Excellence of Top Law Firms: A Testament to Legal Prowess**

Top law firms earn their status through decades of dedication to excellence, unparalleled expertise, and unwavering commitment to their clients. Find out more about these exemplary practices.

LEARN MORE



ADVERTISING

**CYBER SALE**

Save up to 78%* for Black Friday & Cyber Monday.

◎ norton | Buy now

*First year. Terms apply.

Premium Subscription | Digital + Monthly (Ad Free Trial)

✓ Newsweek magazine delivered to your door
✓ Ad free Newsweek.com experience
✓ All newsletters + podcasts
✓ Unlimited access to Newsweek.com
✓ iOS and Android app access

SUBSCRIBE NOW

**Top Stories**

Document title: Fact Check: Have Senior Democrats Raised Concerns About the Smartmatic Voting Software, as Trump&#39;s Lawyer Claims?
Capture URL: https://www.newsweek.com/fact-check-have-senior-democrats-raised-concerns-about-smartmatic-voting-software-trumps-1547802
Capture timestamp (UTC): Tue, 28 Nov 2023 18:14:59 GMT

Page 10 of 12

**APP1399**

☰ **Newsweek** 90     SUBSCRIBE FOR $1   Login   🔍

## Top Stories

 

**Ron DeSantis Reacts to Losing Big Donors to Nikki Haley**

**Donald Trump's Obamacare Attack Could Backfire Spectacularly**



**Why Are US Flags At Half Mast Today?**



**Chris Christie Wants to Raise Retirement Age But Gen Z Has Other Plans**

## RECOMMENDED FOR YOU



**Donald Trump greeted by loud boos at South Carolina football game**



**Aileen Cannon may have just "screwed" Donald Trump: Legal analyst**



**Bob Woodward pours cold water on Donald Trump's Mar-a-Lago boxes excuse**



**Steve Bannon issues ominous warning to Mark Milley**



**Donald Trump "closer and closer" to losing freedom: Ex-GOP congressman**



**MAGA furious over Mitt Romney saying he'd vote for Democrats**



**Evangelical leader fires back at Donald Trump**



**Donald Trump's South Carolina appearance shows he's worried: Ex-GOP rep**



**Newsweek**

in ⓘ 🐦 f

| U.S. | World | Science | Health | Rankings |
| Opinion | Culture | Fact Check | My Turn | Sports |
| Sports Betting | Podcasts | Better Planet | Vault | Mightier |
| Autos | Newsletters | Unconventional | Vantage | Experts |

Subscriptions

Digital+ Monthly (Ad Free Trial) $1.00
Digital+ Yearly $49.00
Premium Monthly $9.99
Premium Yearly $99



# Exhibit K-20

| | |
|---|---|
| Document title: | Lawyer Working With Sidney Powell: Tucker Carlson Needs To 'Stop Harassing' Powell To Give Evidence To Back Claims \| The Daily Wire |
| Capture URL: | https://www.dailywire.com/news/lawyer-working-with-sidney-powell-tucker-carlson-needs-to-stop-harassing-powell-to-give-evidence-to-back-claims |
| Page loaded at (UTC): | Tue, 28 Nov 2023 18:09:05 GMT |
| Capture timestamp (UTC): | Tue, 28 Nov 2023 18:10:15 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 8 |
| Capture ID: | 66rSGfgsBrruJfkAbbD3vi |
| User: | jw-mvillalpando |

PDF REFERENCE #:     rBTLC9pKUCaNY1WZgNtJJf

**APP1403**



— NEWS AND COMMENTARY —

# Lawyer Working With Sidney Powell: Tucker Carlson Needs To 'Stop Harassing' Powell To Give Evidence To Back Claims

By Ryan Saavedra · Nov 20, 2020 · DailyWire.com



Al Drago/Bloomberg via Getty Images

An attorney working with Trump attorney Sidney Powell's law office said that Fox News host Tucker Carlson needs to "stop harassing" Powell by demanding that she provide evidence to backup up serious and unproven allegations that she has made in recent days about the validity of the 2020 election results.

Tucker highlighted during his show on Thursday one of the claims that Powell has made recently, in this case earlier in the day at a press conference, in which she claimed that the election was stolen by international leftists who manipulated the vote tabulating software and flipped millions of votes from President Donald Trump to Democrat Joe Biden.



international leftists who manipulated the vote tabulating software and flipped millions of votes from President Donald Trump to Democrat Joe Biden.



Carlson highlighted the following statement that Powell made during the press conference:

*One of its most characteristic features is its ability to flip votes. It can set and run an algorithm that probably ran all over the country to take a certain percentage of votes from President Trump and flip them to President Biden, which we might never have uncovered had the votes for President Trump not been so overwhelming in so many of these states that it broke the algorithm that had been plugged into the system, and that's what caused them to have to shut down in the states they shut down in.*

Carlson then said that his show has repeatedly and politely asked Powell to appear on his program to provide details and evidence about what she was claiming. In response, Carlson said, she became angry and told him to stop contacting her.



Molly McCann, Of Counsel for Sidney Powell, P.C., responded to Carlson's demand for transparency and truth by saying that he sounded "like a spoiled brat."

In a lengthy Twitter rant, McCann said Tucker needed to do "something constructive" with his show – the highest rated cable news show in history – instead of "harassing an absolute warrior of a woman."

spoiled brat."

In a lengthy Twitter rant, McCann said Tucker needed to do "something constructive" with his show — the highest rated cable news show in history — instead of "harassing an absolute warrior of a woman."

McCann's full remarks are featured below:



Here Are 97 of the Coolest Gifts for This 2023

*I like @TuckerCarlson a lot, and he has one of the best shows on television. But he sounds like a spoiled brat here. I wonder if he recalls his tepid and skeptical attitude toward Lt. General Michael Flynn in the past four years? Because I do. Sidney Powell came to D.C. and tirelessly battered at the doors of the Department of Justice for over a year, all while posh D.C. mocked her as a crazy and continued to defame a war hero.*

*She pushed through it all. It was Sidney who finally forced the DOJ to start turning over shocking documents; she forced them to reveal details that not only exonerated Flynn but provided critical evidence about the attempted coup against the Trump administration by senior members of the FBI, DOJ, and critically, Barack Obama and Joe Biden. Michael Flynn, an innocent man and a remarkable patriot, would be doing jail time right now were it not for Sidney Powell's absolute conviction that he was innocent and that she could and would reveal the truth, come hell or high water.*

*Frankly, had Sidney not come along and Flynn had gone to jail, I don't think Tucker would have given it a second thought. Now, fresh off that exhausting year and half, Sidney has taken on an even more titanic struggle. She is working to prove that there is systemic, banana republic-like election fraud in our country. She says she has the evidence; she says she can't send it yet...ok. So we have to be a little patient!*

*The million-dollar question isn't why won't Sidney (who barely has time to sleep or eat) text Tucker the evidence he wants. The question is why won't Tucker text her and say "whenever you are ready, and if you*

Document title: Lawyer Working With Sidney Powell: Tucker Carlson Needs To 'Stop Harassing' Powell To Give Evidence To Back Claims | The Daily Wire
Capture URL: https://www.dailywire.com/news/lawyer-working-with-sidney-powell-tucker-carlson-needs-to-stop-harassing-powell-to-give-evidence-to-back-claims
Capture timestamp (UTC): Tue, 28 Nov 2023 18:10:15 GMT
Page 3 of 7

**APP1406**

*like election fraud in our country. She says she has the evidence; she says she can't send it yet...ok. So we have to be a little patient!*

*The million-dollar question isn't why won't Sidney (who barely has time to sleep or eat) text Tucker the evidence he wants. The question is why won't Tucker text her and say, "whenever you are ready, and if you choose, my platform is at your disposal to present your case to the nation, and until then good luck in the fight." Tucker's rant at Sidney tonight isn't journalistic hardball, I might add.*

*This was just petty whining at the best of times, but all the more abrasive and unimpressive given the grave stakes we are facing in this critical period in our history. Give Sidney some time and the benefit of the doubt – she has earned it[.] Stop harassing an absolute warrior of a woman, who has already proven herself multiple times over, and do something constructive with your air time, Tucker.*

McCann's claim that Carlson asking for evidence wasn't "journalistic hardball" comes after Powell <u>responded</u> to Carlson's segment by saying that he needed to "conduct" his "own investigations" to get evidence.

🏷 <u>Donald Trump</u>, <u>Joe Biden</u>, <u>Sidney Powell</u>, <u>Tucker Carlson</u>   

## Around The Web





**29 Coolest Gift Ideas for People Who Have Everything**

Tech Household



**"Shocking" Stops Ringing Ears with This Easy and Natural Method**

Tinnitus Research Center



**If You Can Name 13 of These Objects, You're Getting Old**

Quizscape



**Diabetes is Not from Sweets! Meet the #1 Enemy of Diabetes**

Health-Review24



**No More Swollen Legs, Ankles, or Feet. Try This! Watch Now**

NativePath



**The Bra Designed by the 60-year-old Grandma Are Taking Washington by Storm!**

Libiyi



Document title: Lawyer Working With Sidney Powell: Tucker Carlson Needs To 'Stop Harassing' Powell To Give Evidence To Back Claims | The Daily Wire
Capture URL: https://www.dailywire.com/news/lawyer-working-with-sidney-powell-tucker-carlson-needs-to-stop-harassing-powell-to-give-evidence-to-back-claims
Capture timestamp (UTC): Tue, 28 Nov 2023 18:10:15 GMT                                                          Page 4 of 7

**APP1407**

**Diabetes is Not from Sweets! Meet the #1 Enemy of Diabetes**

Health-Review24

**No More Swollen Legs, Ankles, or Feet. Try This! Watch Now**

NativePath

**The Bra Designed by the 60-year-old Grandma Are Taking Washington by Storm!**

Libiyi



**Your Memory is Photographic if You Can Name 16/30 of These Shows Correctly**

Daail Patrol



**Claim Your Free Trump 2024 Camo Hat Now - Act Fast!**

PatriotsInspired.com

**Old Man's Rude Neighbors Cinder Blocked His Driveway, This is How He Responds**

Money Pop



UP NEXT

**DailyWire+ Drops Trailer For 'The Most Triggering Comedy Of The Year' Mocking Men In Women's Sports**

By Daily Wire

## Popular in the Community

The best men's shoes for walking and standing all day

AdChoices ▷          Sponsored



# Create a free account to join the conversation!

Start Commenting

## Conversation

Our chat and comment features are intended to improve our community's experience interacting with our

Start Commenting

## Conversation

Our chat and comment features are intended to improve our community's experience interacting with our content. View our Community Guidelines here.

## Hotwire

Our Most Important Stories Right Now



'Where Can I See This?': Excitement Builds After DailyWire+ Drops Trailer For New Comedy Mocking Men In Women's Sports

By Daily Wire



Terrorists 'Violate' Temporary Ceasefire In Gaza As Israeli Forces Come Under Attack: IDF

By Ryan Saavedra



Doocy Corners Press Sec On 'Bidenomics': 'Americans Outside Of This Building Are Not Buying It'

By Virginia Kruta



Elon Musk Tours Kibbutz Massacred On October 7: 'Jarring To See The Scene'

By Ryan Saavedra and Kassy Dillon



'It Is Poison': Ted Cruz Blasts NSA Over Woke Diversity Glossary Uncovered By Daily Wire

By Spencer Lindquist



Disney: Lack Of 'Consumer Acceptance' Cutting Into Company Revenue

By Tim Pearce



Natalie Portman Says Children Shouldn't Be Actors: 'Kids Should Play And Go To School'

By Amanda Harding



Widow Of Serial Killer Charged With Aiding In Kidnappings And Murders

By Ashe Schow



The Daily Wire > Read > Lawyer Working With Sidney Powell: Tucker Carlson Needs To 'Stop Harassing' Powell To Give Evidence To Back Claims

| | |
|---|---|
| About | Support |
| Authors | Standards & Policies |
| Advertise With Us | Shipping & Returns |
| Book our Speakers | Careers |
| Do Not Sell or Share My Personal Information | Media & Press Inquires |
| Legal | |

## Conversation

Our chat and comment features are intended to improve our community's experience interacting with our content. View our Community Guidelines here.



# Hotwire
Our Most Important Stories Right Now



'Where Can I See This?': Excitement Builds After DailyWire+ Drops Trailer For New Comedy Mocking Men In Women's Sports

By Daily Wire



Terrorists 'Violate' Temporary Ceasefire In Gaza As Israeli Forces Come Under Attack: IDF

By Ryan Saavedra



Doocy Corners Press Sec On 'Bidenomics': 'Americans Outside Of This Building Are Not Buying It'

By Virginia Pruta



Elon Musk Tours Kibbutz Massacred On October 7: 'Jarring To See The Scene'

By Ryan Saavedra and Kassy Dillon



'It Is Poison': Ted Cruz Blasts NSA Over Woke Diversity Glossary Uncovered By Daily Wire

By Spencer Lindquist



Disney: Lack Of 'Consumer Acceptance' Cutting Into Company Revenue

By Tim Pearce



Natalie Portman Says Children Shouldn't Be Actors: 'Kids Should Play And Go To School'

By Amanda Harding



Widow Of Serial Killer Charged With Aiding In Kidnappings And Murders

By Ashe Schow

The Daily Wire  >  Read  >  Lawyer Working With Sidney Powell: Tucker Carlson Needs To 'Stop Harassing' Powell To Give Evidence To Back Claims

About

Authors

Advertise With Us

Book our Speakers

Do Not Sell or Share My Personal Information

Legal

Support

Standards & Policies

Shipping & Returns

Careers

Media & Press Inquires

© Copyright 2023, The Daily Wire LLC | Terms | Privacy

# Exhibit K-21

**Page Vault**

| | |
|---|---|
| Document title: | Obama: 'No Actual Evidence' Anything Illegal, Fraudulent Took Place in Election -- Trump Has Shown 'Flimsy Relationship' to the Truth |
| Capture URL: | https://www.breitbart.com/clips/2020/11/19/obama-no-actual-evidence-anything-illegal-fraudulent-took-place-in-election-trump-has-shown-flimsy-relationship-to-the-truth/ |
| Page loaded at (UTC): | Tue, 28 Nov 2023 18:29:21 GMT |
| Capture timestamp (UTC): | Tue, 28 Nov 2023 18:32:21 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 6 |
| Capture ID: | pfw9zU4v4sMzPyD4dDrWip |
| User: | jw-mvillalpando |

PDF REFERENCE #:     5apwndCwowJe4hSVY7yinb

**APP1412**



BREITBART'S GIFT TO YOU FREE!
AN ANTIDOTE TO LIBERAL MADNESS

25 AMAZING CONSERVATIVE QUOTES

SEND IT TO ME NOW

# B BREITBART

TRENDING    ISRAEL WAR    JAVIER MILEI    2024 RACE    CONTROLIGARCHS    BIDEN CRIME FAMILY    BROKEN BORDER    UKRAINE

| 54 | Rob Schneider: Disney Got Financially Spanked by American Families | 1 | Bidenomics: Big Mac Extra Value Meal Costs $18, Up $10 from 2018 | 23 | Hagerty: Biden Funding Both Sides of Israel-Hamas War | 24 | Nolte: Wh... Captain M... Connor |

# OBAMA: 'NO ACTUAL EVIDENCE' ANYTHING ILLEGAL, FRAUDULENT TOOK PLACE IN ELECTION — TRUMP HAS SHOWN 'FLIMSY RELATIONSHIP' TO THE TRUTH

| f | 32,520 | 🐦 TWEET | ✉ EMAIL | ⊤ TRUTH |



BARACK OBAMA: A PROMISED LAND          MSNBC

*by* JEFF POOR   19 Nov 2020   17,678

▶   🎧 LISTEN TO STORY                    1:31

During an hour-long special to promote his recently released book "A Promised Land," former President Barack Obama dismissed suggestions that anything inappropriate had taken place in the presidential election earlier this month.

He called those allegations "bald assertions" and took a jab at his successor, President Donald Trump.

"Look, Joe Biden's going to be the next president of the United States," he said. "Kamala Harris will be the next vice president. I have been troubled like I think every American, whether you're a Republican or Democrat or Independent, should be troubled, when you start having attempts to block, negate, overturn the people's vote when there's no actual

B   SOCIAL          BREITBART STORE

f   🐦   📷   ▶   ⊤

SPONSORED STORIES



WEIRD DIY SOLAR DEVICE SLASHES POWER BILL BY 65% [START SAVING IMMEDIATELY]
*DIY Energy Research*

29 BEST GIFTS FOR THE "HARD-TO-BUY-FOR" DAD
*Tech Household*

Document title: Obama: &#39;No Actual Evidence&#39; Anything Illegal, Fraudulent Took Place in Election -- Trump Has Shown &#39;Flimsy Relationship&#39; to the…
Capture URL: https://www.breitbart.com/clips/2020/11/19/obama-no-actual-evidence-anything-illegal-fraudulent-took-place-in-election-trump-has-shown-flimsy-…
Capture timestamp (UTC): Tue, 28 Nov 2023 18:32:21 GMT                                    Page 1 of 5

**APP1413**

  

**Menu** ☰  **BREITBART**

"Look, Joe Biden's going to be the next president of the United States," he said. "Kamala Harris will be the next vice president. I have been troubled like I think every American, whether you're a Republican or Democrat or Independent, should be troubled, when you start having attempts to block, negate, overturn the people's vote when there's no actual evidence that there was anything illegal or fraudulent taking place."

"These are just bald assertions," Obama continued. "They've been repeatedly rejected by the courts. And I think I'm less surprised by Donald Trump doing this. You know, he has shown only a flimsy relationship to the truth. I'm more troubled that you're seeing a lot of Republican officials go along with it, not because they actually believe it, but because they feel intimidated by it, and the degree to which you've seen some news outlets that cater to the right and the conservative viewpoint somehow try to prop up these bogus claims."

*Follow Jeff Poor on Twitter @jeff_poor*

**READ MORE STORIES ABOUT:**

2020 Election, Clips, Politics, Barack Obama, Donald Trump, jonathan capehart, MSNBC

[ f SHARE ]   [ 🐦 TWEET ]   [ ✉ EMAIL ]

## SPONSORED STORIES



**29 BEST GIFTS FOR THE "HARD-TO-BUY-FOR" DAD**

*Tech Household*



**THESE ARE THE TOP 29 GIFT IDEAS OF 2023**

*Tech Household*



**AFFORDABLE NEW MATTRESSES IN 2024**

*Mattresses | Sponsored*



**PHOTOS OF KIDS FROM THE PAST THAT WOULD MAKE PARENTS TODAY CRINGE**

*Explored History*



**LAURA INGRAHAM IS HAPPILY MARRIED TO THIS BEAUTY**

*The Fitness Chatter*



**16 CARTOONS ONLY TRUE OLD-TIMERS CAN NAME**

*Quirtoope*

DAD

*Tech Household*

  

**29 COOLEST GIFT IDEAS FOR PEOPLE WHO HAVE EVERYTHING**

*Tech Household*



**AWKWARD FAMILY PHOTOS REVEAL TOO MUCH**

*History Obsessed*



**DOCTORS: IF YOU HAVE TINNITUS (EAR RINGING) DO THIS IMMEDIATELY!**

*Tinnitus Research Center*



**25 Dog Breeds That Will Guard You With Their Life, Ranked In Order**

**20 DOG BREEDS THAT WILL GUARD YOU WITH THEIR LIFE, RANKED IN ORDER**

*Explored Luxury*



**BREITBART'S GIFT TO YOU FREE!**
*AN ANTIDOTE TO LIBERAL MADNESS*

Document title: Obama: &#39;No Actual Evidence&#39; Anything Illegal, Fraudulent Took Place in Election -- Trump Has Shown &#39;Flimsy Relationship&#39; to the…
Capture URL: https://www.breitbart.com/clips/2020/11/19/obama-no-actual-evidence-anything-illegal-fraudulent-took-place-in-election-trump-has-shown-flimsy-…
Capture timestamp (UTC): Tue, 28 Nov 2023 18:32:21 GMT                                    Page 2 of 5

APP1414



Menu ≡    **BREITBART**    🔍 👤


'Stab White People' Village Attack Could be Tipping Point, Warns Govt
*700 comments*




Hunter Biden Offers to Testify Before Congress in Public Hearing
*1,574 comments*



## FROM THE HOMEPAGE


Lawyer: Hunter Biden Only Willing to Testify in Public Before House Committee
💬 8,299 *Comments*


Report: Sports Illustrated Caught Using Articles from Fake AI-Generated 'Writers'
💬 35 *Comments*


Nikki Haley wins backing from powerful Koch network as she aims to take on Trump
💬 876 *Comments*


Exclusive: Matt Gaetz Demands Air Force Reveal Who Told Airmen Not to Attend a Conservative Rally in North Dakota
💬 306 *Comments*


Source: Biden Pressure on Israeli Tactics Will Leave Hamas Intact and in Power
💬 122 *Comments*


Watch: Biden's Education Secretary Butchers Famous Ronald Reagan Quote
💬 37 *Comments*


Hamas Releases American Hostage Whose Family Purchased Hunter Biden's Art
💬 13 *Comments*


Possible Cyberattack Takes Down Fire and Police Phone Lines in Israel
💬 14 *Comments*









# Exhibit K-22

**Page Vault**

| | |
|---|---|
| Document title: | Dominion Voting Systems 'Lawyers Up,' Abruptly Backs Out of PA State House Fact-Finding Hearing › American Greatness |
| Capture URL: | https://amgreatness.com/2020/11/20/dominion-voting-systems-lawyers-up-abruptly-backs-out-of-pa-state-house-fact-finding-hearing/ |
| Page loaded at (UTC): | Tue, 28 Nov 2023 18:02:47 GMT |
| Capture timestamp (UTC): | Tue, 28 Nov 2023 18:04:54 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 8 |
| Capture ID: | mH28JybaQosikqqarHmRPf |
| User: | jw-mvillalpando |

PDF REFERENCE #:      7Z7VtJtanaQiAxi1VnRyNA

**APP1419**

TEXT JOIN TO 77022                                                                                    ×

ADVERTISEMENT

☰   **AG** AMERICAN GREATNESS                      🔍 Search              Join AG+    Log In





NEWS

# Dominion Voting Systems 'Lawyers Up,' Abruptly Backs Out of PA State House Fact-Finding Hearing

By Debra Heine            November 20, 2020

**D**ominion Voting Systems Thursday night abruptly backed out of attending a fact-finding hearing that was set for Friday morning with the Pennsylvania House State Government Committee.

Document title: Dominion Voting Systems 'Lawyers Up,' Abruptly Backs Out of PA State House Fact-Finding Hearing › American Greatness
Capture URL: https://amgreatness.com/2020/11/20/dominion-voting-systems-lawyers-up-abruptly-backs-out-of-pa-state-house-fact-finding-hearing/
Capture timestamp (UTC): Tue, 28 Nov 2023 18:04:54 GMT

**APP1420**



Q Search

Join AG+   Log in

**D**ominion Voting Systems Thursday night abruptly backed out of attending a fact-finding hearing that was set for Friday morning with the Pennsylvania House State Government Committee.

At a press conference Friday morning, State Govt Committee Chair Seth Grove said the 1.3. million Pennsylvanians who used Dominion's voting machines have been "hung out to dry and slapped in their faces."

Pennsylvania lawmakers had scheduled the hearing with the voting machine manufacturer "to help identify and correct any irregularities in the election process," according to the House Republican Caucus.

"It is vitally important voters have faith in the machines they use to cast their ballots. On the heels of Gov. Tom Wolf unilaterally decertifying every voting machine in the Commonwealth, we need to know whether these new machines met expectations, whether they are reliable and whether they are not subject to interference," said Rep. Grove (R-York).

Dominion had initially agreed to attend the hearing, before it "abruptly canceled," Grove said.

"I was impressed at what appeared to be the willingness that Dominion Voting Systems to address accusations and it would have put 1.3. million Pennsylvanians who used their machines at ease—including myself, thinking that Dominion was willing to publicly back up their product which PA taxpayers invested millions to purchase" he noted during the presser. "Unfortunately, last evening, Dominion Voting Systems lawyered up, and backed out of their commitment to the people of Pennsylvania to provide their input in a public format."

Grove blasted the company for "retreating into the darkness," rather than appearing at the hearing with "honesty and integrity."

The committee chair said he wanted to know why a company with nothing to hide would back out.

"Why would a vender of public goods fear discussing their product sold to the public for the public good? If Dominion's products were successful and operated as they were supposed to, why wouldn't Dominion take the opportunity to publicly review its success?" Grove demanded. "How hard is it to say, 'our ballot machines worked exactly as promised and they're 100 percent accurate'?"

"After weeks of accusations, why has Dominion Voting Systems not released any analysis of the



"How hard is it to say, 'our ballot machines worked exactly as promised and they're 100 percent accurate'?"

"After weeks of accusations, why has Dominion Voting Systems not released any analysis of the success of its voting machines to the public in order to stop their accusers in their tracks? If they have nothing to hide, why are they hiding from us?" he asked.

"Today I am saddened to report to the taxpayers of Pennsylvania and the 1.3 million voters who trusted Dominion Voting Systems with their ballots, that Dominion Voting Systems has hung you out to dry and slapped you in your faces." the committee chair declared.

Grove stated that Dominion's behavior lent credibility to their accusers' accusations.



Rep. Dawn Keefer noted that fourteen counties used the Dominion Voting Systems software, so they owe it to Pennsylvania voters to show up and answer some questions.

"We trust the workers in our polling places and in our counties," Keefer said. "But what we don't

Document title: Dominion Voting Systems 'Lawyers Up,' Abruptly Backs Out of PA State House Fact-Finding Hearing › American Greatness
Capture URL: https://amgreatness.com/2020/11/20/dominion-voting-systems-lawyers-up-abruptly-backs-out-of-pa-state-house-fact-finding-hearing/
Capture timestamp (UTC): Tue, 28 Nov 2023 18:04:54 GMT

**APP1422**



they owe it to Pennsylvania voters to show up and answer some questions.

"We trust the workers in our polling places and in our counties," Keefer said. "But what we don't know is the role of 3rd party companies. And when they rescind their participation in our hearing, we're left wondering why."

Keefer added: "Transparency is key for our election security. Dominion Voting Software is asking us to give them only blind trust. We're very disappointed in Dominion's last minute cancelation in today's hearing.
Transparency is key for our election security. Dominion Voting Software is asking us to give them only blind trust. We're very disappointed in Dominion's last minute cancelation in today's hearing."



**PA House Republicans** 🏴 ✔
@PAHouseGOP · Follow

Rep. Dawn Keefer details questions #PAHouse is left with after Dominion Voting Systems abruptly canceled their participation in this morning's hearing.

Watch on X

3:53 PM · Nov 20, 2020

♥ 597    💬 Reply    🔗 Copy link

Read 74 replies


Elon: Cut Your Electric Bill By 90%


Podiatrist: Don't Delay, Do This Immediately if You Have Neuropathy


These 2 Vegetables Kill Your Belly And Neck Fat Overnight!







Document title: Dominion Voting Systems 'Lawyers Up,' Abruptly Backs Out of PA State House Fact-Finding Hearing › American Greatness
Capture URL: https://amgreatness.com/2020/11/20/dominion-voting-systems-lawyers-up-abruptly-backs-out-of-pa-state-house-fact-finding-hearing/
Capture timestamp (UTC): Tue, 28 Nov 2023 18:04:54 GMT

**APP1423**




**Urologist: Enlarged Prostate? Do This Immediately (Genius!)**


**Foot Neuropathy Doctors Rave About This Incredible Gadget**


**Say Goodbye To Neuropathy: This New Device Is Changing Lives**

---

Related Articles


**Meet the Blue States That Tried to Undermine New York State Rifle and Pistol Association v. Bruen**


**How Being an Illegal Immigrant Gets You Free Rent in Chicago**


**Exposed: The Dirty Scheme to Make Trump Lose in New Hampshire**



## Get the news corporate media won't tell you.

Get caught up on today's must read stories!

Your Name

Phone Number

Enter Your Email

Sign Up



Share on

---

### About Debra Heine

Debra Heine is a conservative Catholic mom of six and longtime political pundit. She has written for several conservative news websites over the years, including Breitbart and PJ Media.

Archive



Q Search    Join AG+    Log In

## Around The Web



**This Weird Method Can Restore Your Vision Naturally (Watch)**
Live Healthy Today



**This "1" Knee Sleeve Has Surgeons Speechless, Here's Why**
Top Gift



**Keurig Owners Beware: the Shocking Reason Many Nearly Gave Up Their Machines!**
Coffee Magazine



**The Coolest Gift for kids' Birthdays and Holidays**
Libiyi



**Ears Ringing? when Tinnitus Won't Stop, Do This [Its Genius]**
doctors-health-quest-secrets



**[Watch] Rub This Blue Plant on Your Face Instead of Using Cream [Crazy Results]**
Neotonics



**The Christmas Gift Kids Are Completely Obsessed With!**
Dotmalls



**[Doctor's Shocked] Unusual Tea Trick Proves to Shed Unwanted Belly Fat Fast**
Tea Burn



**Moles and Skin Tags Can Be Quickly Removed by Just Doing This**
Filter For Free

ADVERTISEMENT



Taking Metformin? Using This Household Food May Lower Blood Sugar
Wellness Guide 101     Learn More ›
People Ad



Taking Metformin? Using This Household Food May Lower Blood Sugar
Wellness Guide 101     Learn More ›
People Ad



Taking Metformin? Using This Household Food May Lower Blood Sugar
Wellness Guide 101     Learn More ›
People Ad

ABOUT          SECTIONS                    SOCIAL          SUPPORT



# Exhibit K-23

Page Vault

| | |
|---|---|
| Document title: | Kyle Becker auf Twitter: "PHILADELPHIA.          Dominion submitted a bid to The City of Philadelphia to be considered for use in elections. Although the bid was given to ES&S, there is something quite curious about its application: It's REDACTED. And not only that, look *what* is redacted.          … https://t.co/JigmKvTjQJ" |
| Capture URL: | https://web.archive.org/web/20201115194742/https://twitter.com/kylenabecker/status/1328061821820035072 |
| Page loaded at (UTC): | Tue, 28 Nov 2023 19:49:28 GMT |
| Capture timestamp (UTC): | Tue, 28 Nov 2023 19:50:45 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 3 |
| Capture ID: | j2dQWTvKZSD1oKCzstj1Ra |
| User: | jw-mvillalpando |

PDF REFERENCE #:          6vaNQ8KavFQJMdqi9foT48

**APP1428**



Document title: Kyle Becker auf Twitter: &quot;PHILADELPHIA.        Dominion submitted a bid to The City of Philadelphia to be considered for use in elections. Althoug

Capture URL: https://web.archive.org/web/20201115194742/https://twitter.com/kylenabecker/status/1328061821820035072

Capture timestamp (UTC): Tue, 28 Nov 2023 19:50:45 GMT

Page 1 of 2

**APP1429**



Document title: Kyle Becker auf Twitter: &quot;PHILADELPHIA.       Dominion submitted a bid to The City of Philadelphia to be considered for use in elections. Althoug

Capture URL: https://web.archive.org/web/20201115194742/https://twitter.com/kylenabecker/status/1328061821820035072

Capture timestamp (UTC): Tue, 28 Nov 2023 19:50:45 GMT                                                                                                              Page 2 of 2

**APP1430**

# Exhibit K-24

🔒 **PageVault**

| | |
|---|---|
| Document title: | Kyle Becker auf Twitter: "Dominion.     "These problems threaten the integrity of our elections." Senators Elizabeth Warren (D), Amy Klobuchar (D) & Ron Wyden (D) issue a formal complaint in 2019 to Dominion Voting Systems. Among the complaints? Allegations of 'vote-switching.'     https://t.co/4MYMNnMUyl... https://t.co/LSADzahPt8" |
| Capture URL: | https://web.archive.org/web/20201113175641/https://twitter.com/kylenabecker/status/1327305801824940047 |
| Page loaded at (UTC): | Tue, 28 Nov 2023 19:41:46 GMT |
| Capture timestamp (UTC): | Tue, 28 Nov 2023 19:43:40 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 3 |
| Capture ID: | qEznk8MxiHec4QNH6jwi6h |
| User: | jw-mvillalpando |

PDF REFERENCE #:      hRdt8rS1JnW4PWpTZoE4RG

**APP1432**





**APP1434**

# Exhibit K-25

MP4 File (live-legal-advisor-giuliani-heads-trump-campaign-news-conference)

# Exhibit K-26

| | |
|---|---|
| Document title: | APNewsBreak: Georgia election server wiped after suit filed \| AP News |
| Capture URL: | https://apnews.com/article/877ee1015f1c43f1965f63538b035d3f |
| Page loaded at (UTC): | Tue, 28 Nov 2023 19:07:14 GMT |
| Capture timestamp (UTC): | Tue, 28 Nov 2023 19:09:04 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 16 |
| Capture ID: | nCAB34MADP3EaMRjMXLiFE |
| User: | jw-mvillalpando |

PDF REFERENCE #:     oPSVc3MWfTaJTjgmgFlaDW

**APP1437**



EVEN WHEN THE NEWS IS FREE, JOURNALISM IS NOT.
SUPPORT THE ASSOCIATED PRESS THIS GIVING TUESDAY.
DONATE

AP | WORLD U.S. POLITICS SPORTS ENTERTAINMENT BUSINESS SCIENCE FACT CHECK ODDITIES HEALTH VIDEO CLIMATE SPOTLIGHT ...

Israel-Hamas war | Rosalynn Carter memorial service | Frank Reich fired | Pope Francis | India tunnel rescue

# APNewsBreak: Georgia election server wiped after suit filed

BY FRANK BAJAK
Published 2:59 AM UTC, October 27, 2017

Share

A computer server crucial to a lawsuit against Georgia election officials was quietly wiped clean by its custodians just after the suit was filed, The Associated Press has learned.

The server's data was destroyed July 7 by technicians at the Center for Elections Systems at Kennesaw State University, which runs the state's election system. The data wipe was revealed in an email sent last week from an assistant state attorney general to plaintiffs in the case that was later obtained by the AP. More emails obtained in a public records request confirmed the wipe.

The lawsuit, filed July 3 by a diverse group of election reform advocates, aims to force Georgia to retire its antiquated and heavily criticized election technology. The server in question, which served as a statewide staging location for key election-related data, made national headlines in June after a security expert disclosed a gaping security hole that wasn't fixed six months after he reported it to election authorities.



ADVERTISEMENT

Ford

Stay in **Adventure** Mode With Ford Accessories

Weekend warriors gear up at Accessories.ford.com. It's part of You Mode. The delight of owning a Ford. Made just for you.

SHOP NOW

Suggested For You

by Taboola





EVEN WHEN THE NEWS IS FREE, JOURNALISM IS NOT.
SUPPORT THE ASSOCIATED PRESS THIS GIVING TUESDAY.   DONATE

WORLD   U.S.   POLITICS   SPORTS   ENTERTAINMENT   BUSINESS   SCIENCE   FACT CHECK   ODDITIES   HEALTH   VIDEO   CLIMATE   SPOTLIGHT   •••

Israel-Hamas war   Rosalynn Carter memorial service   Frank Reich fired   Pope Francis   India tunnel rescue

## WIPED OUT

It's not clear who ordered the server's data irretrievably erased.

The Kennesaw elections center answers to Georgia's secretary of state, Brian Kemp, a Republican running for governor in 2018 and the suit's main defendant. His spokeswoman issued a statement Thursday saying his office had neither involvement nor advanced warning of the decision. It blamed "the undeniable ineptitude" at the Kennesaw State elections center.

After declining comment for more than 24 hours, Kennesaw State's media office issued a statement late Thursday attributing the server wiping to "standard operating procedure." It did not respond to the AP's question on who ordered the action.

Plaintiffs in the lawsuit, mostly Georgia voters, want to scrap the state's 15-year-old vote-management system — particularly its 27,000 AccuVote touchscreen voting machines, hackable devices that don't use paper ballots or keep hardcopy proof of voter intent. The plaintiffs were counting on an independent security review of the Kennesaw server, which held elections staging data for counties, to demonstrate the system's unreliability.

ADVERTISEMENT



Now 50% off   SUNDAY TICKET   YouTube · YouTube TV
GET IT NOW

Wiping the server "forestalls any forensic investigation at all," said Richard DeMillo, a Georgia Tech computer scientist following the case. "People who have nothing to hide don't behave this way."

## STATE SECURITY

The server data could have revealed whether Georgia's most recent elections were compromised by hackers. The plaintiffs contend results of both last November's election and a special June 20 congressional runoff— won by Kemp's predecessor, Karen Handel — cannot be trusted.



Nobody Knew This Existed Until A Drone Took This Picture

Advertisement: StreetInsider.com



Washington College Named Worst College In The US

Advertisement: BrainSharper



...onaire's New Girlfriend Is Raising ...rows

...ment: MW   Click Here



How Long Does $1 Million Last After 60?

Advertisement: Fisher Investments   Learn More

ADVERTISEMENT



Ad



| ≡ | WORLD | U.S. | POLITICS | SPORTS | ENTERTAINMENT | BUSINESS | SCIENCE | FACT CHECK | ODDITIES | HEALTH | VIDEO | CLIMATE | SPOTLIGHT | ⋯ |

Israel-Hamas war    Rosalynn Carter memorial service    Frank Reich fired    Pope Francis    India tunnel rescue

Possible Russian interference in U.S. politics, including attempts to penetrate voting systems, has been an acute national preoccupation since the Obama administration sounded the alarm more than a year ago.

Kemp and his GOP allies insist Georgia's elections system is secure. But Marilyn Marks, executive director of the Coalition for Good Governance, a plaintiff, believes server data was erased precisely because the system isn't secure.

ADVERTISEMENT



"I don't think you could find a voting systems expert who would think the deletion of the server data was anything less than insidious and highly suspicious," she said.

## NOW YOU SEE IT, NOW YOU DON'T

It could still be possible to recover relevant information from the server.

The FBI is known to have made an exact data image of the server in March when it investigated the security hole. The Oct. 18 email disclosing the server wipe said the state attorney general's office was "reaching out to the FBI to determine whether they still have the image" and also disclosed that two backup servers were wiped clean Aug. 9, just as the lawsuit moved to federal court.

On Wednesday, the attorney general's office notified the court of its intent to subpoena the FBI seeking the image.

ADVERTISEMENT







It can be dangerously easy to steal your identity

Lifelock                              Learn more

Atlanta FBI spokesman Stephen Emmett would not say if that image still exists. Nor would he say whether agents examined it to determine whether the server's files might have been altered by unauthorized users.

## FAILING TO SERVICE THE SERVER

A 180-page collection of Kennesaw State emails, obtained Friday by the Coalition for Good Governments via an open records search, details the destruction of the data on all three servers and a partial and ultimately ineffective effort by Kennesaw State systems engineers to fix the main server's security hole.

As a result of the failed effort, sensitive data on Georgia's 6.7 million voters — including Social Security numbers, party affiliation and birthdates — as well as passwords used by county officials to access elections management files remained exposed for months.

The problem was first discovered by Atlanta security researcher Logan Lamb while doing online research in August 2016. He informed the election center's director at the time, noting in an email "there is a strong possibility your site is already compromised."

ADVERTISEMENT

Based on his review of the emails, Lamb believes that electronic polling books could have been altered in Georgia's biggest counties to add or drop voters or to scramble their data. Malicious hackers could have altered the templates of voting machine memory cards to skew results. An attacker could even have potentially modified "ballot-building" files to corrupt the outcome, said Lamb, who works at Atlanta-based security firm Bastille Networks.

## THE BIGGER PICTURE



Though striking, the wayward election server is seen as just part of a much larger problem.



EVEN WHEN THE NEWS IS FREE, JOURNALISM IS NOT.
SUPPORT THE ASSOCIATED PRESS THIS GIVING TUESDAY.   DONATE

Atlanta FBI spokesman Stephen Emmett would not say if that image still exists. Nor would he say whether agents examined it to determine whether the server's files might have been altered by unauthorized users.



## FAILING TO SERVICE THE SERVER

A 180-page collection of Kennesaw State emails, obtained Friday by the Coalition for Good Governments via an open records search, details the destruction of the data on all three servers and a partial and ultimately ineffective effort by Kennesaw State systems engineers to fix the main server's security hole.

As a result of the failed effort, sensitive data on Georgia's 6.7 million voters — including Social Security numbers, party affiliation and birthdates — as well as passwords used by county officials to access elections management files remained exposed for months.

The problem was first discovered by Atlanta security researcher Logan Lamb while doing online research in August 2016. He informed the election center's director at the time, noting in an email "there is a strong possibility your site is already compromised."

ADVERTISEMENT



Adventure Ready Shoes
On Sale

Based on his review of the emails, Lamb believes that electronic polling books could have been altered in Georgia's biggest counties to add or drop voters or to scramble their data. Malicious hackers could have altered the templates of voting machine memory cards to skew results. An attacker could even have potentially modified "ballot-building" files to corrupt the outcome, said Lamb, who works at Atlanta-based security firm Bastille Networks.

## THE BIGGER PICTURE



Though striking, the wayward election server is seen as just part of a much larger problem.



The Department of Homeland Security says 21 states had elections systems scanned or penetrated by Russia-backed hackers last year, though there's no evidence they altered voting outcomes.

But computer security experts say it's possible Russians or other malicious actors have sown undetected booby traps in the highly decentralized U.S. voting landscape. In June, a leaked National Security Agency memo showed that 122 elections officials in various states were targeted with phishing emails crafted by Russian agents intent on stealing their passwords.

## CALL TO INVESTIGATE

Georgia Attorney General Chris Carr was urged Thursday to investigate. GOP state Rep. Scot Turner: "They should go and look at who did it and why they did it and see ... whether there was criminal intent." Carr's office declined comment.

Georgia U.S. Rep Hank Johnson, a Democrat, separately said the server wipe "appears to be a willful and premeditated destruction of evidence" by election officials, adding, "Georgia voters should be as outraged as I am."

Sara Henderson, executive director of Common Cause Georgia, noted Kemp has repeatedly denied involvement in the university's decisions on voting machine security.

"Georgia is not creating a climate of voting integrity for our citizens by continuing to blame shift," Henderson said via email.

——

Frank Bajak on Twitter: http://twitter.com/fbajak

**Suggested For You**                                              by Taboola ▷





Document title: APNewsBreak: Georgia election server wiped after suit filed | AP News
Capture URL: https://apnews.com/article/877ee1015f1c43f1965f63538b035d3f
Capture timestamp (UTC): Tue, 28 Nov 2023 19:09:04 GMT

**APP1443**



EVEN WHEN THE NEWS IS FREE, JOURNALISM IS NOT.
SUPPORT THE ASSOCIATED PRESS THIS GIVING TUESDAY.   DONATE

**AP**   ☰   WORLD   U.S.   POLITICS   SPORTS   ENTERTAINMENT   BUSINESS   SCIENCE   FACT CHECK   ODDITIES   HEALTH   VIDEO   CLIMATE   SPOTLIGHT   ···   🔍

Israel-Hamas war   Rosalynn Carter memorial service   Frank Reich fired   Pope Francis   India tunnel rescue

Tab○○la Feed



**Sandy Hook families offer to settle Alex Jones' $1.5 billion legal debt for a...**
Families of children and educators killed in the Sandy Hook Elementary School shooting have made an offe...
AP News



**Intercepted calls from the front lines in Ukraine show a growing number of...**
In audio intercepts from the front lines in Ukraine, Russian soldiers speak in shorthand. They describe ...
AP News



**Amazon Hates When You Do This, But They Can't Stop You (It's Genius)**
Advertisement: Online Shopping Tools



**Fourth Grader Suspended By Principal - Then She Says, "Do You Know Who I Am?"**
Advertisement: familyfeed.net



**Cardiologists: Overweight? Do This Before Bed**
Advertisement: Healthy Guru    Learn More



**Amazon Hates When Prime Members Do This, But They Can't Stop You**
Advertisement: Online Shopping T...    Learn More

DAY SALE 30% OFF TENUTO
**Our Biggest Sale of the Year is here!**
Advertisement: MysteryVibe    Shop Now



**Elisabeth Shue Shows Off Her Perfect Figure In A New Photo**
Advertisement: Wordsa



**What Bernadette From The Big Bang Theory Looks Like In Real Life Is Stunning!**
Advertisement: DailyStuff    Read More



**Decades Later They Found The Submarine, They Opened It Up**
Advertisement: StreetInsider.com





ASKED MY GRANDPA HOW HE GETS EGGS OUT OF THE COOP.







EVEN WHEN THE NEWS IS FREE, JOURNALISM IS NOT.
SUPPORT THE ASSOCIATED PRESS THIS GIVING TUESDAY.   DONATE

**AP**   WORLD   U.S.   POLITICS   SPORTS   ENTERTAINMENT   BUSINESS   SCIENCE   FACT CHECK   ODDITIES   HEALTH   VIDEO   CLIMATE   SPOTLIGHT   ···

Israel-Hamas war   Rosalynn Carter memorial service   Frank Reich fired   Pope Francis   India tunnel rescue

**Fisherman Caught Weird Creature - Bursts Into Tears When He Discovers What It...**
Advertisement: globetip.com

**Public Signs That Had Us Giggling the Whole Time**
Advertisement: investing.com

**Washington Bridge Named Most Dangerous In The World**
Advertisement: SheBudgets.com   Read More



**Woman's decades-old mosaic of yard rocks and decorative art work may have...**
A midwestern woman who filled her front yard with stones, statues and art is facing the possibility of ...
AP News



**Ecuador's newly sworn-in president repeals guidelines allowing people to...**
Ecuador President Daniel Noboa — less than 48 hours into his term — has repealed controversial guidelines...
AP News



**Side Sleepers Get Achy Shoulders, Few Know This "Side Sleeper" Trick**
Advertisement: dreamyfoam.com   Learn More



**Here Are 23 Of The Coolest Gifts For Cyber Monday 2023**
Advertisement: Best Tech Trend   Learn More



**Bear Tries To Get Attention From Runner - When She Realizes Why, She Decides...**
Advertisement: globetip.com



**Stephen Colbert's 'The Late Show' pulled until next week as host recovers from...**
First this fall, a new round with COVID-19 shuttered Stephen Colbert's "The Late Show." Now the show is ...
AP News

**6 teenagers go on trial for their alleged role in the 2020 beheading of a French...**
Six teenagers go on trial in Paris for their alleged role in the beheading of a teacher who showed caricature...
AP News



**The Jet That Escorts Air Force One, Explained**
Advertisement: Livestly



**Jenna Bush Hager's Inheritance Makes The Headlines**
Advertisement: Sweet Penny Stocks



**This Looks Like A Regular Cane, But Take A Closer Look...**
Advertisement: TactiStaff   Learn More



EVEN WHEN THE NEWS IS FREE, JOURNALISM IS NOT.
SUPPORT THE ASSOCIATED PRESS THIS GIVING TUESDAY.    DONATE

**AP**   ☰   WORLD   U.S.   POLITICS   SPORTS   ENTERTAINMENT   BUSINESS   SCIENCE   FACT CHECK   ODDITIES   HEALTH   VIDEO   CLIMATE   SPOTLIGHT   ⋯   🔍

Israel-Hamas war    Rosalynn Carter memorial service    Frank Reich fired    Pope Francis    India tunnel rescue



**Banker involved in big loans to Trump's company testifies for his defense in civi...**

A Deutsche Bank executive says the bank followed its own guidelines — which include independently ...

AP News



**Rep. George Santos says he expects to be kicked out of Congress as expulsion vot...**

Rep. George Santos has said he expects to be expelled from Congress following a scathing report by the ...

AP News



**Total 2023 Cost for Full Gutter Service**

Advertisement: LeafFilter    Get Quote



**Seattle: How Much Does Medicare Pay Towards A Walk In Tub?**

Advertisement: bathrooms    Learn More



**Test Your Knowledge With The ASVAB Practice Test (Questions Here)**

Advertisement: ASVAB Practice Test



**In new challenge to indictment, Trump's lawyers argue he had good basis to...**

Former President Donald Trump's lawyers are arguing that he had a good faith basis to question the outco...

AP News



**Women falls to death down a well shaft hidden below rotting floorboards in a...**

Authorities say an 83-year-old woman has died after she fell through rotting floorboards in a century-old ...

AP News



**This Incredible Deal Offers America's Most Trusted Roof Drainage System At Huge...**

Advertisement: leaffilterusa.com    Learn More



**$275/month Grocery Stimulus for Seniors Living in These Washington Zip...**

Advertisement: MEDICARE GROCERIES



**Alaska Cruises Are Offering Discounts To Seniors**

Advertisement: Alaska Cruise Deals    Search Now







EVEN WHEN THE NEWS IS FREE, JOURNALISM IS NOT.
SUPPORT THE ASSOCIATED PRESS THIS GIVING TUESDAY.   DONATE

**AP**   ≡   WORLD   U.S.   POLITICS   SPORTS   ENTERTAINMENT   BUSINESS   SCIENCE   FACT CHECK   ODDITIES   HEALTH   VIDEO   CLIMATE   SPOTLIGHT   ···   🔍

Israel-Hamas war   Rosalynn Carter memorial service   Frank Reich fired   Pope Francis   India tunnel rescue

**sentenced to 17 years in prison for fatal...**

Former pro wrestler Tammy "Sunny" Sytch has been sentenced to more than 17 years in prison for ...

AP News

**used alternate email under name of Hall...**

Wisconsin Gov. Tony Evers used an alternative state email account using the name of Hall of Fame ...

AP News



**Countries Where Girls Are Exceptionally Pretty**

Advertisement. YourDIY



**Look For Any High School Yearbook, It's Free**

Advertisement. Classmates   Click Here



**Join The Military As A Senior And Earn Up To $50k Bonus!**

Advertisement. GoFindYou   Learn More

**Alex Murdaugh, already convicted of murder, will be sentenced for stealing...**

For years, South Carolina attorney Alex Murdaugh looked his anguished clients in the eyes and promise...

AP News

**Elon Musk visits Israel to meet top leaders as accusations of antisemitism ...**

Elon Musk visited Israel, where he toured a kibbutz attacked by Hamas militants and held talks with top ...

AP News

**21 Photos Accidentally Captured by Trail Cams**

Advertisement. DailyChoff   Read More

**Stock-picking AI Predicts #1 Stock of 2024**

Advertisement. Altmetry   Learn More

**Tommy Chong: They Lied About Everything**

Advertisement. Tommy Chong's I...   Watch Now

**John Harbaugh sticks up for his brother amid investigation: 'They don't have...**

Baltimore Ravens coach John Harbaugh says he's spoken to his brother, Jim, quite a bit, and he's proud...

AP News

**Ryan Day's decisions may haunt him after No. 3 Michigan beats No. 2 Ohio State fo...**

Ryan Day's decisions in The Game may haunt him. Again. No. 3 Michigan beat No. 2 Ohio State 30-24 ...

AP News







EVEN WHEN THE NEWS IS FREE, JOURNALISM IS NOT.
SUPPORT THE ASSOCIATED PRESS THIS GIVING TUESDAY.

DONATE

AP

WORLD   U.S.   POLITICS   SPORTS   ENTERTAINMENT   BUSINESS   SCIENCE   FACT CHECK   ODDITIES   HEALTH   VIDEO   CLIMATE   SPOTLIGHT   ...

Israel-Hamas war   Rosalynn Carter memorial service   Frank Reich fired   Pope Francis   India tunnel rescue

### Greek officials angry and puzzled after UK's Sunak scraps leaders' meeting ove...

Greek officials say they will continue talks with the British Museum on bringing the Parthenon Marbles ...

AP News

### German-Israeli singer admits he lied when accusing hotel of antisemitism in ...

A German-Israeli singer who claimed he had been turned away from a hotel in the eastern German city ...

AP News

Hand Gesture Controlled RC Car Is The Coolest Gift For 2024

Advertisement: The Pineapple Life   Read More

Amazing: 29+ Incredible Gifts Under $60

Advertisement: FeedBest   Click Here

How would you react if the US got attacked? Game simulates geopolitics

Advertisement: Conflict of Nations...   Play Now

### Michigan's Jim Harbaugh says he would take less salary if it meant college...

Michigan coach Jim Harbaugh is ready to put his money where his mouth is if it means college footbal...

AP News

### Nikki Haley argues Donald Trump is always followed by 'chaos' before a larg...

Nikki Haley says former President Donald Trump causes too much chaos to be successful in a second ...

AP News

How The Cast Of 'Gilligan's Island' Turned Out After 56 Years

Advertisement: PenaAndPatron

Dad Clings To '70s Polaroid Of His First Love - Then His Daughter Says, "I Know Her"

Advertisement: pdfwonder.com

Dana Delany 67 Shows off Age-Defying Figure in New Photos

Advertisement: Best Of Senior



AP

THE ASSOCIATED PRESS
Advancing the Power of Facts

The Associated Press is an independent global

THE ASSOCIATED PRESS
AP.ORG
CONTACT US
CAREERS
ADVERTISE WITH US

MORE FROM AP NEWS
ABOUT
AP NEWS VALUES AND PRINCIPLES
AP'S ROLE IN ELECTIONS
AP LEADS







# Exhibit K-27

🔒 Page Vault

| | |
|---|---|
| Document title: | Simplest Source of Voter Fraud Is Baked Into the System |
| Capture URL: | https://amgreatness.com/2020/11/22/simplest-source-of-voter-fraud-is-baked-into-the-system/ |
| Page loaded at (UTC): | Tue, 28 Nov 2023 16:51:08 GMT |
| Capture timestamp (UTC): | Tue, 28 Nov 2023 16:52:20 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 34.227.126.78 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 8 |
| Capture ID: | 5aWWWSUCQfD78gfFA6bgNe |
| User: | jw-therndon |

ADVERTISEMENT



ELECTIONS

# Simplest Source of Voter Fraud Is Baked Into the System

In a rank, raw democracy, where might makes right, and almost every vote is a lien against someone's private property, voter fraud by default is a big deal.

By Ilana Mercer  November 22, 2020

**B**ack in 2016, when broadcaster Lars Larson attempted to find out whether one Arcan Cetin was a citizen of the United States, the U.S. Immigration and Customs Enforcement agency told him, essentially, "Sorry, our obligation is to protect this migrant's privacy."



B Arcan Cetin was a citizen of the United States, the U.S. Immigration and Customs Enforcement agency told him, essentially, "Sorry, our obligation is to protect this migrant's privacy."

"Who," you ask, "is Mr. Cetin"? Cetin is a contributor to the phenomenon I term "murder-by-Muslim-immigrant." He murdered five innocents, north of Seattle.

Arcan Cetin voted, reports Larson. But nobody at ICE was willing to tell a good citizen like our broadcaster if Cetin voted legally or not.

As it turned out, a sigh of relief was in order. The stellar Cetin, who, like most Muslim immigrants, voted Democrat, violated the Sixth Commandment five times, but, thank God, did not appear to have violated the commandment against voter fraud. Rumor has it that the murderer had been awarded citizenship, although it's impossible to ascertain.

The point is you can rest assured voter fraud is as rampant in the United States as it is in any banana republic—and not only because Americans are barred from checking whether a Muslim murderer is a fellow citizen. But, rather, because the progressive, globalist Left has fought down-and-dirty *to bar any proof of citizenship at the time of voting.*

Yes, the law requires, in my state, as in most of these United States, that you be a citizen, as well as a resident of the state in which you're voting. *But you don't have to provide proof of citizenship when voting.*

To vote in Washington State, as in most states, all that's needed is a driver's license or a current state ID card. Essentially, the American voting system, thanks to the triumph of left-liberalism, is based on an honor system.

Journalist John Fund's research has shown that when they vote; "80 percent of non-citizens vote Democratic." And that "6.4 percent of non-citizens voted illegally in the 2008 election." Funds' sources confirm that a significant number of "non-citizens register as voters" and have voted in sufficient numbers to sway elections. And when these efforts fail, the government might step in and commit indirect voter fraud.

For instance, in 2016, or thereabouts, the Feds wrongly granted citizenship to hundreds facing deportation, an "error" the culprits were unwilling to correct.

The point is that the progressive Left—Obama's Justice Department in particular—pursued every



For instance, in 2016, or thereabouts, the Feds wrongly granted citizenship to hundreds facing deportation, an "error" the culprits were unwilling to correct.

The point is that the progressive Left—Obama's Justice Department in particular—pursued every legal remedy in the book against states seeking to require proof of citizenship from voters.

The point is that we're a sprawling country of competing interests, in which raw, ripe democracy has long-since usurped the old constitutional republic, where limits were placed on the power of thumping majorities.

In a rank, raw democracy, where might makes right, and almost every vote is a lien against someone's private property; voter-fraud by default is a big deal.

Donald Trump's supporters might be the losers in something of a rigged electoral system; but they're certainly not stupid.

That's another oft-repeated insult. Trump's base of supporters is referred to as whites without college degrees. Again and again we've heard that Trump overperformed with white men without college degrees. The reference is intended not only as a demographic marker, but as a Mark of Cain.

Implicit in tethering a lack of education to Trump support is the notion that the more educated a voter, the smarter. And the smarter the voter, the more likely he or she is to support the Democrats.

Correlation, of course, is not causation. My hypothesis, however, points to a confounding variable or factor—in other words, another variable related to both education and voting patterns that could account for the good sense displayed by degreeless Trump supporters.

Voters without college or university degrees have not been institutionalized during life's formative years.

Voters without college or university degrees have not spent years in the tertiary school asylums, where, as in Edgar Allan Poe's "The System of Dr. Tarr and Prof. Fether," inmates in an asylum overpower their wardens, tar and feather them, throw them into underground cells, and proceed to have "a jolly season of it." (The point of Poe's story, mind you, was that the inmates are at least as "sane" as the wardens.)

In other words, many of Trump's supporters are less likely to have been brainwashed and



proceed to have "a jolly season of it."  (The point of Poe's story, mind you, was that the inmates are at least as "sane" as the wardens.)

In other words, many of Trump's supporters are less likely to have been brainwashed and propagandized by the asphyxiating, postmodern, racial and gender agitprop that makes college-educated kids insufferable. Trump voters are not subject to groupthink and atavistic acting out commensurate with "education" emphasizing a wanton abandoning of inhibitions.

Spending protracted time in college or university is almost guaranteed to turn out individuals whose uniformity of opinion is as scary as its uninformed nature.

Support for Trump is associated with a less propagandized population.

In my thoroughly propagandized county, 70 percent approved a charter amendment to transfer property (we all pay for) to be used for low-income housing (read: the homeless, to whom the city of Seattle has already been ceded.) Don't complain, neighbors, when the sh-t hits the fan.

Also, 57 percent of subjects  in my county, King County, decided to relinquish their sovereignty and let a council of Jenny Durkans choose their sheriff for them—thus making the sheriff a patronage position.

Most of my neighbors voted to allow the political class to invest public money in causes driven by their politics.

Majorities opted to assign more taxpayer-funded lawyers to assorted claims-makers and add more protected-species categories to already oppressively expansive, extant law.

Washingtonians said "hell, yes" to more twerking, transgendered genitalia in the faces of their toddlers.

more protected-species categories to already oppressively expansive, extant law.

Washingtonians said "hell, yes" to more twerking, transgendered genitalia in the faces of their toddlers.

The neighbors seconded Charter Amendment No. 3, which trashes the word "citizen," and replaces it with "member of the public" or "resident," all the better to facilitate wealth transfer. The "People of the World" passing through our county may get free goodies or vote to get them if denied.

Neighbors voted to impose more sensitivity training on our demoralized and defunded police force. Oh, and should you call in a burglary, why, a "mental-health professional" may arrive on your doorstep. It's called "resourcing alternatives." Yes, English is also on the wane in the Evergreen State.

Governor Jay Inslee won 58 percent of the vote. If you're among the business owners who voted for this chap—suck it up! Having voted for Inslee's internment terrorism, you can't expect sympathy, now, can you?

Love thy neighbor as thyself? Forgive me, vengeful God of the Hebrews, but it's getting harder and harder . . .



These 2 Vegetables Kill Your Belly And Neck Fat Overnight!



Podiatrist: Don't Delay, Do This Immediately if You Have Neuropathy



Elon: Cut Your Electric Bill By 90%



Urologist: Enlarged Prostate? Do This Immediately (Genius!)



Car Wash Owners Don't Want You to Know About This Vacuum



Say Goodbye To Neuropathy: This New Device Is Changing Lives

**Related Articles**



**The Timeless and The Confined**



**New Bacteria Spreading in U.S.: Here Are the Symptoms**



**Meet the Drug Trafficker Who Claims He Partied with Obama**



**The Timeless and The Confined**

**New Bacteria Spreading in U.S.: Here Are the Symptoms**

**Meet the Drug Trafficker Who Claims He Partied with Obama in 1999**



Get the news corporate media won't tell you.

Get caught up on today's must read stores!

Your Name

Phone Number

Enter Your Email

Sign Up



Share on

### About Ilana Mercer

Ilana Mercer has been writing a weekly, paleolibertarian column since 1999. She is the author of *Into the Cannibal's Pot: Lessons for America From Post-Apartheid South Africa* (2011) and *The Trump Revolution: The Donald's Creative Destruction Deconstructed* (2016). She's currently on Parler, Gab, YouTube and LinkedIn, but has been banned by Facebook and throttled by Twitter.

 Archive

*Photo: BackyardProduction/Getty Images*

## Around The Web



**This Weird Method Can Restore Your Vision Naturally (Watch)**
Live Healthy Today



**The Coolest Gift for kids' Birthdays and Holidays**
Libiyi

**The Christmas Gift Kids Are Completely Obsessed With!**
Dotmalls

 

This Weird Method Can
Restore Your Vision
Naturally (Watch)
Live Healthy Today

The Coolest Gift for kids'
Birthdays and Holidays
Libiyi

The Christmas Gift Kids Are
Completely Obsessed With!
Dotmalls

  

Want Youthful Knees Again?
These "Bionic" Knee Sleeves
Will Transform Your Knees
Compressa

A 70-year-old Grandmother
Designed a Bra for Women
That is Popular All over
Libiyi

2023 New Remote Control
Stunt Gesture Induction Car
Toys
Theosbi

  

Here Are 23+ Hottest Gifts of
2023
TrendingGifts

Here Are 29+ of the Coolest
Gifts for This 2023
Consumerbags

The Animal Most Likely to
Kill You in Every State,
Washington is Terrifying
HealthSymptoms



**ABOUT**
Meet the Team
Our Declaration
Winston 84

**SECTIONS**
Elections
Greatness Agenda
Great America
First Principles

**SOCIAL**
Facebook
Twitter
Parler

**SUPPORT**
Contact
Privacy Policy
Terms of Service

©2013 – 2023 American Greatness. All rights reserved.
America's Talking is a registered trademark of Braveheart Media Holdings LLC. All rights reserved.

**APP1461**

# Exhibit K-28

🔒 PageVault

| | |
|---|---|
| Document title: | Fraud, Evidence, Proof, Power › American Greatness |
| Capture URL: | https://amgreatness.com/2020/11/22/fraud-evidence-proof-power/ |
| Page loaded at (UTC): | Tue, 28 Nov 2023 16:52:35 GMT |
| Capture timestamp (UTC): | Tue, 28 Nov 2023 16:53:47 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 34.227.126.78 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 7 |
| Capture ID: | xrokDnPqTGicTYm7xK2k4k |
| User: | jw-therndon |

ADVERTISEMENT

**Top Biologist: If Anyone Has Tinnitus (Ear Ringing) Do This Immediately**

Sponsored by Wellnessguide101.com



ELECTIONS

# Fraud, Evidence, Proof, Power

Sidney Powell and Tucker Carlson ignore the relationship that American law commands between evidence, proof, and power. They should be focused on probable cause, not proof.

By Angelo Codevilla  November 22, 2020

The Trump campaign alleges that massive voter fraud, especially perpetrated by computer software, is responsible for the widely published figures indicating Joe Biden won the presidential election. Consensus has spread from the Left, through the Republican establishment (e.g. the *Wall Street Journal*) to honest Tucker Carlson, that the Trump team has presented no proof and, absent that, must concede. But even the few who adhere to that consensus honestly do so based on neglect of law, facts, and even of

---

Document title: Fraud, Evidence, Proof, Power › American Greatness
Capture URL: https://amgreatness.com/2020/11/22/fraud-evidence-proof-power/
Capture timestamp (UTC): Tue, 28 Nov 2023 16:53:47 GMT

**APP1464**



☰    Search    Join AG+    Log In

the Republican establishment (e.g. the *Wall Street Journal*) to honest Tucker Carlson, that the Trump team has presented no proof and, absent that, must concede. But even the few who adhere to that consensus honestly do so based on neglect of law, facts, and even the English language.

For Trump's highly paid lawyers, there is no excuse whatsoever to submit to that expectation.

What follows is a dose of remedial reality. Pay attention.

*Fraud*, and its general methodology, was generally expected in this election. The Democrats' successful demands for mail-in voting—which divorces millions of ballots from the individuals who may or may not have cast them and, simultaneously, from the lists of registered voters, and the counting thereof by computers programmed (and possibly reprogrammed) out of sight of competing monitors—guaranteed that fraud could happen and that ordinary recounts could not *prove* that it happened.

But the method and circumstances of 2020 could not and did not erase all evidence that presidential election fraud might have and probably did happen. The Trump campaign has produced various affidavits and pointed to methods and circumstances that raise suspicion— e.g., batches of ballots being run through machines multiple times and recording operations being shielded from observation by the erection of barriers and the removal of observers. Various other researchers have reported facts that raise vital questions about wholesale machine fraud.

Who programmed the Dominion voting systems in Georgia, Pennsylvania, Michigan and Wisconsin? Can those who did so and operated the systems on and after November 3 show convincingly that the numbers of votes they reported relate to choices made by real persons that correspond to names on lists of registered voters? Why is the discrepancy between results in the down-ballot races and the presidential race so great? What did the ballot dumps that did so much to change the presidential race do with regard to the other races?

None of this proves systemic machine fraud big enough to change the reported results. But neither are these facts irrelevant to the question.

Now, black letter law.

The Trump campaign are plaintiffs. They have no obligation to prove anything. Nor do they have the power to subpoena things, documents, and persons, nor to compel testimony that



Now, black letter law.

The Trump campaign are plaintiffs. They have no obligation to prove anything. Nor do they have the power to subpoena things, documents, and persons, nor to compel testimony that might be dispositive regarding the sufficiency of fraud. Nor do they have the right to adjudicate disputes any more than the press has the right or power to do so.

The plaintiff's only burden is to establish in the minds of persons who are empowered by law to subpoena evidence, compel, testimony, etc. what the semi-sacred words of American law call "probable cause" that fraud *may have been* committed. These persons are principally federal, as well as state legislatures that possess investigative powers, as well as the U.S. Justice Department. These institutions (other than Justice) are also the only ones that have the right to decide *what constitutes sufficient proof of what.*

The Trump campaign has spoken in ways that suggest that it can prove fraud. It cannot. *Not* as a matter of law nor, given its lack of subpoena powers and compulsive power, can it do so as a matter of fact. Giving that impression, it has tended to discourage the persons who should be seized by their duty to follow "probable cause" *of fraud—and there is plenty of that.*

The courts, historically, have been as partisan and as corrupt parts of the establishment as any other. Like others, they tend to decide without giving reason or trying to convince. But there is a hierarchy in courts. And at the top, the Supreme Court is under the greatest pressure to rule in a manner that tries to convince Americans that justice is being done.

Usually the Supreme Court refuses to act as a trial court, but dictates a result by telling the relevant lower courts to review the case according to criteria it specifies. Other times, it has decided a similar case (*Bush v. Gore*) more directly by deciding who has jurisdiction to do what and who does not. In the present case, yes, the Supreme Court can effectively validate or invalidate millions of *numbers* of votes. But it must try to give convincing reasons.

The country needs convincing reasons for accepting or rejecting these numbers. Why the establishment fears, or finds irrelevant and hence opposes that, is understandable. What is not understandable is why figures such as Sidney Powell and Tucker Carlson are not focusing on the relationship that American law commands between evidence, proof, and power. They should be focused, instead, on dealing with abundant "*probable cause.*"



☰  **AG** AMERICAN
GREATNESS

🔍 Search        Join AG+    Log In

focused, instead, on dealing with abundant "*probable cause.*"



Podiatrist: Don't Delay, Do This Immediately if You Have Neuropathy



These 2 Vegetables Kill Your Belly And Neck Fat Overnight!



Elon: Cut Your Electric Bill By 90%



Urologist: Enlarged Prostate? Do This Immediately (Genius!)



Forget The Blue Pill, Use This Household Food...Wives Are Speechless



Car Wash Owners Don't Want You to Know About This Vacuum

≣ Related Articles



**How Do Helicopter Parents Cause Child Mental Disorders? Read the Study**



**The New Woke Way to Lose Child Custody in California**



**It's No Surprise That Democrats in This State are Trying to Ban Trump From Running**



## Get the news corporate media won't tell you.

Get caught up on today's must read stories!

Your Name

Phone Number

Enter Your Email

Sign Up



Share on  🐦  f  ₽



Join AG+    Log In

Share on 

### About Angelo Codevilla

Angelo M. Codevilla was a distinguished fellow of the Center for American Greatness. He was professor of international relations at Boston University and the author of several books including *To Make And Keep Peace* (Hoover Institution Press, 2014).

🎙 Archive

📷 *Photo: Getty Images*

Content created by the Center for American Greatness, Inc. is available without charge to any eligible news publisher that can provide a significant audience. For licensing opportunities for our original content, please contact licensing@centerforamericangreatness.com.

## Around The Web



**This Weird Method Can Restore Your Vision Naturally (Watch)**

Live Healthy Today



**The Coolest Gift for kids' Birthdays and Holidays**

Libiyi



**The Christmas Gift Kids Are Completely Obsessed With!**

Dotmalls



**Want Youthful Knees Again? These "Bionic" Knee Sleeves Will Transform Your Knees**

Compressa



**A 70-year-old Grandmother Designed a Bra for Women That is Popular All over**

Libiyi



**2023 New Remote Control Stunt Gesture Induction Car Toys**

Theorbi



**Here Are 23+ Hottest Gifts of 2023**



**Turn off Your Central Heating & Plug New Mini**



**[Photos] the Most Famous Movie Line of All Time Was**



This Weird Method Can
Restore Your Vision
Naturally (Watch)

Live Healthy Today

The Coolest Gift for Kids
Birthdays and Holidays

Libiyi

The Christmas Gift Kids Are
Completely Obsessed With!

Dotmalls




Want Youthful Knees Again?
These "Bionic" Knee Sleeves
Will Transform Your Knees

Compressa

A 70-year-old Grandmother
Designed a Bra for Women
That is Popular All over

Libiyi

2023 New Remote Control
Stunt Gesture Induction Car
Toys

Theoshi





Here Are 23+ Hottest Gifts of
2023

TrendingGifts

Turn off Your Central
Heating & Plug New Mini
Heater - is It Really Cheap
Heat?

Alpha Heater

[Photos] the Most Famous
Movie Line of All Time Was
Made Up on the Spot

YeastDIY



**ABOUT**

Meet the Team

Our Declaration

Winston 84

**SECTIONS**

Elections

Greatness Agenda

Great America

First Principles

**SOCIAL**

Facebook

Twitter

Parler

**SUPPORT**

Contact

Privacy Policy

Terms of Service

©2013 — 2023 American Greatness. All rights reserved.
America's Talking is a registered trademark of Braveheart Media Holdings LLC. All rights reserved.

Document title: Fraud, Evidence, Proof, Power › American Greatness
Capture URL: https://amgreatness.com/2020/11/22/fraud-evidence-proof-power/
Capture timestamp (UTC): Tue, 28 Nov 2023 16:53:47 GMT

**APP1469**

# Exhibit K-29



Q Search

≡



NEWS

# Sworn Affidavit From High–Ranking Military Officer Claims Smartmatic Was Designed to Change Votes Without Being Detected

*By Debra Heine*  *November 17, 2020*

Sidney Powell, a member of President Trump's legal team, revealed on Monday that she has obtained a sworn affidavit from a high-ranking military officer that describes in detail how Smartmatic's voting software was specifically designed to manipulate election outcomes. Smartmatic was developed by three engineers in Caracas, Venezuela. According to the affidavit, the officer was present when the company's voting software was being created.

Powell and Trump's personal attorney Rudy Giuliani have in recent days been sounding the alarm about the corrupt, Democrat-tied Dominion Voting Systems, which is used in 30 states. Dominion's software is handled by Smartmatic, which, according to the affidavit, designed the software to meet the needs of former Venezuelan dictator Hugo Chavez.

Powell appeared on Fox Business last night with host Lou Dobbs, who announced toward the end of the interview that the FBI is investigating the 2020 election.

×

**APP1471**

12/6/23, 7:52 PM          Sworn Affidavit From High-Ranking Military Officer Claims Smartmatic Was Designed to Change Votes Without Being Detected › A...



Reading from the affidavit, the attorney revealed that former Chavez had insisted that the software be designed "in a way that the system could change the vote of each voter without being detected."

> "He wanted the software itself to function in such a manner that if the voter were to place their thumbprint or fingerprint on a scanner, then the thumbprint would be tied to a record of the voter's name and identity as having voted, but that voter would not be tracked to the changed vote.
>
> He made it clear that the system would have to be set up to not leave any evidence of the changed vote for a specific voter and that there would be no evidence to show and nothing to contradict that the name or the fingerprint or thumbprint was going with a changed vote.
>
> Smartmatic agreed to create such a system and produced the software and hardware that accomplished that result for President Chavez."

The military officer swore in the affidavit that after the vote-rigging system was put into place, he "closely observed several elections where the results were manipulated," including the 2006 election between Chavez and his opponent Manuel Rosales. Chavez won that race in a landslide,  6 million votes to 3.7 million votes.

**APP1472**

14. Smartmatic's electoral technology was called "Sistema de Gestión Electoral (the "Electoral Management System"). Smartmatic was a pioneer in this area of computing systems. Their system provided for transmission of voting data over the internet to a computerized central tabulating center. The voting machines themselves had a digital display, fingerprint recognition feature to identify the voter, and printed out the voter's ballot. The voter's thumbprint was linked to a computerized record of that voter's identity. Smartmatic created and operated the entire system.

15. Chavez was most insistent that Smartmatic design the system in a way that the system could change the vote of each voter without being detected. He wanted the software itself to function in such a manner that if the voter were to place their thumb print or fingerprint on a scanner, then the thumbprint would be tied to a record of the voter's name and identity as having voted, but that voter would not tracked to the changed vote. He made it clear that the system would have to be setup to not leave any evidence of the changed vote for a specific voter and that there would be no evidence to show and nothing to contradict that the name or the fingerprint or thumb print was going with a changed vote. Smartmatic agreed to create such a system and produced the software and hardware that accomplished that result for President Chavez.

16. After the Smartmatic Electoral Management System was put in place, I closely observed several elections where the results were manipulated using Smartmatic software. One such election was in December 2006 when Chavez was running against Rosales. Chavez won with a landslide over Manuel Rosales - a margin of nearly 6 million votes for Chavez versus 3.7 million for Rosales.

17. On April 14, 2013, I witnessed another Venezuelan national election in which the Smartmatic Electoral Management System was used to manipulate and change the results for the person to succeed Hugo Chávez

"It goes on and on," Powell told Dobbs. "He was in the control room where multiple digital display screens were shown for results and voting, The actual voting results were fed into that room and onto the displays over an internet feed which was connected to a sophisticated internet system created by Smartmatic. People in that room were able to see in real time whether the votes that came through the electronic voting system was in their favor, or against them."

Most significantly, she said, according to the officer's testimony, "persons controlling the vote tabulation computer had the ability to change the recording of votes by moving votes from one candidate to the other by using the Smartmatic software." Powell pointed out that the vote-rigging software has been used all over the world, "and it's all Venezuelan, Cuban and essentially communist money doing this."

The Cuban regime's involvement in funding voting software tech companies is significant, according to Michael Waller, Vice President for Government Relations at the Center for Security Policy.

**APP1473**

"Intelligence and subversion are Cuba's only significant manufactured exports," wrote Waller. "Regimes like China, Russia, and Venezuela pay Cuba for the services."

Dobbs said that he found it "extraordinary" that the Chairman of the Board of Directors of Smartmatic, former Admiral Peter Neffenger, just happens to be on former Vice President Joe Biden's transition team.

Powell said that it's also extraordinary that Smartmatic's software was being used all around the world and the CIA somehow didn't know about it.

"People have been reporting this to our government for several years, including Democrats, and nobody's done a damn thing about it!" Powell exclaimed. "I can't even express how furious I am."

Dobbs cut in to say a "highly reliable source" informed him that the FBI has an investigative team looking into the election results.

"I do have some news to break here at this moment. I have now received word from a highly reliable source that the FBI does have an investigative team that is now looking into this election. Now, what that means beyond that — but at least its confirmation that they are investigating, and we'll see what moves," Dobbs said.

Later on in the show, former Rep. Jason Chaffetz (R-Utah) corroborated Dobbs' report, saying the FBI was investigating "astonishing acts of misconduct, for days, associated with the vote count."

Cardiologist: Too Much Belly Fat? Do This Before Bed

Elon: Cut Your Electric Bill By 90%

**APP1474**

These 2 Vegetables Kill Your Belly And Neck Fat Overnight!

Vacuuming Your Vehicle Has Never Been This Easy!

Podiatrist: Don't Delay, Do This Immediately if You Have Neuropathy

This New Device is Leaving Neuropathy Experts Baffled

Related Articles

**Trump Triumphant Again**

**Special Report: Secret Chinese Biolab in China**

**Shocking Allegations Surface in New Lawsuit Against Major Healthcare Provider's 'Vaccine' Policy**



Get the news corporate media won't tell you.

Get caught up on today's must read stories

Your Name

Phone Number

Enter Your Email

Sign Up

By submitting your information, you agree to receive exclusive AG+ content, including special promotions, and agree to our Privacy Policy and Terms. By providing your phone number and checking the box to opt in, you are consenting to receive recurring SMS/MMS messages, including automated texts, to that number from my short code. Msg & data rates may apply. Reply HELP for help, STOP to end. SMS opt-in will not be sold, rented, or shared.

Share on

## About Debra Heine

Debra Heine is a conservative Catholic mom of six and longtime political pundit. She has written for several conservative news websites over the years,

**APP1475**

including Breitbart and PJ Media.

 Archive

## Around The Web



Mcafee License
Renewal Notice: Click
Here to Activate Your
Mcafee Antivirus

McAfee

Here's What New
Gutter Guards Should
Cost You in 2023

LeafFilter Partner

New Scientific
Research: "Blue-
Antioxidant" 43X
Better Than Retinol
[Watch Now]

Neotonics

Top Podiatrist: Do This
For 3 Minutes A Day If
You Have Toe Fungus
[Watch Now]

Confidential Health Insider

[Doctor's Stunned]
This 10-Second
Morning Ritual Burns
Belly Fat in Weeks

Tea Burn

Dallas Residents
Switching to Free
Internet (Their
Providers Hate It)

SmartConsumerInsider

Want Pink Healthy
Gums and White
Teeth? [Try This
Tonight!]

doctors-health-quest-secrets

Bone on Bone? These
"Bionic" Knee Sleeves
Will Transform Your
Knees Back Years

Compressa

29+ Coolest Gifts
Nobody Would Think
of

Consumerbags

**APP1476**



Privacy Policy    Terms of Service

©2013 – 2023 American Greatness. All rights reserved.
America's Talking is a registered trademark of Braveheart Media Holdings LLC. All rights reserved.

**APP1477**

# Exhibit K-30

12/6/23, 7:53 PM    Fact-checking Giuliani and the Trump legal team's wild, fact-free press conference | CNN Politics

 ☰  politics                                                                AudioLive TV

# Facts First ☑

## Fact-checking Giuliani and the Trump legal team's wild, fact-free press conference

By Tara Subramaniam, Holmes Lybrand and CNN staff, CNN

🕐 9 minute read · Updated 10:06 AM EST, Fri November 20, 2020



A breakdown of Giuliani's role in Trump's post-election fight

Video Ad Feedback

04:11 - Source: CNN

---

| See More Videos |
| --- |

---

**APP1479**

personal attorney Rudy Giuliani, the Trump campaign's legal team laid out its case for widespread voter fraud in the election. The roughly 90-minute briefing was overflowing with falsehoods and conspiracy theories.

At no point did Trump's legal team offer any proof for their allegations of widespread fraud. Jenna Ellis, a legal adviser for the campaign, said the group was laying out an "introductory statement" with more to come, and called the team an "elite strike force." Also working for the campaign, attorney Sidney Powell made extreme, baseless claims about communist Venezuela and George Soros supposedly interfering in the US election. Giuliani on multiple occasions made allegations citing individuals he said couldn't be revealed for their own safety and wellbeing.

Many of their specific claims have already been refuted by federal election security experts and a wide, bipartisan array of election administrators across the country.



ADVERTISING

Here's a look at some of the top claims made during the briefing and the facts around them.

 FactsFirst

CNN holds elected officials and candidates accountable by pointing out what's true and what's not.
**Here's a look at our recent fact checks.**

## Certification in Wayne County

Giuliani said the Trump campaign withdrew one case in Michigan because its goal was to get the Wayne County board to decertify and they did.

**Facts First:** *This is false. The county's results were certified on Tuesday night.*

Two Republican members of the Board initially deadlocked the vote but then reversed their decision and voted to certify Tuesday night. They have since sent in affidavits to rescind their vote but have not filed any lawsuits to try to force the county to call a new meeting. Since the deadline has passed, the certification still stands.

after the fact.

*– Tara Subramaniam and Annie Grayer*

## 'Overvotes' in Michigan

"One of the reasons why the Republicans did not certify in Wayne County, Michigan, was because the over-vote was so high," Giuliani claimed. He added, "what I'm describing to you is a massive fraud."

**Facts First:** *This is false.*

What Giuliani called an over-vote is often referred to as an imbalance where the number of ballots tabulated does not equal the number of people signed in to vote at a specific polling location.



**WHAT MATTERS**

Sign up for **CNN's What Matters** newsletter
Every day we summarize What Matters and deliver it straight to your inbox.

Sign Me Up          No, Thanks

By subscribing you agree to our privacy policy.

Past elections in Michigan with larger imbalances have been certified without issue, including in 2016 when Trump won the state, according the Michigan Secretary of State.

"They certified the vote in 2016 with 80% of Detroit precincts out of balance. And yet today, 42% were out of balance and yet it didn't get certified, so clearly there is no valid point here," Michigan Secretary of State Jocelyn Benson said.

Benson told CNN it's "quite common" for precincts to be out of balance but "it doesn't indicate there's any malfeasance," adding "it's more of a bookkeeping, clerical issue."

There are many reasons a precinct could be out of balance and have a discrepancy between the number of ballots cast and the number of people registered into the poll book, according to Chris Thomas who served as a senior adviser to the Detroit City Clerk. Thomas, who has built a decades-long career serving both Republican and Democratic Secretaries of State, told CNN that in general, through his many years of experience, an imbalance should be viewed as clerical mistakes and not fraud.

*– Tara Subramaniam and Annie Grayer*

## Poll watchers

Giuliani claimed that more than 600,000 ballots in Pennsylvania "weren't inspected which renders them ballots that are null and void."

**Facts First:** *This is false. Nothing is illegitimate about those ballots.*

**APP1481**

A Pennsylvania Supreme Court justice decided that the Philadelphia County board of elections complied with the law in how it allowed observers access to the canvassing process.

The law allows the observers to be present, the judge wrote, but they do not have the right to inspect or look over the shoulders of the workers counting the ballots. The judge ruled canvas watchers in Philadelphia cannot challenge ballots and don't need to inspect each individual signature.

– Tara Subramaniam

## Mail-in ballots

Giuliani falsely claimed that mail-in ballots are "prone to fraud."

**Facts First:** *Election experts have told CNN time and time again that mail-in ballots are a safe form of voting and not subject to widespread fraud.*

– Holmes Lybrand

## Justice Alito and Pennsylvania

At one point Giuliani suggested that US Supreme Court Justice Samuel Alito intervened in Pennsylvania and told the state that, "any ballot that comes in after 8 o'clock on November 3, 2020 had to be put aside and not opened."

**Facts First:** *It's false for Giuliani to claim Alito ordered counties not to open ballots received after 8 p.m. on Election Day. Instead, Alito directed the county boards of election to follow the guidance issued by Pennsylvania's Secretary of State, which called for segregating ballots arriving November 4-6, and to keep them separate even if they were counted.*

On November 6, the Republican Party of Pennsylvania asked the US Supreme Court to order Secretary of State Kathy Boockvar to "log, to segregate, and otherwise not to take any action related to any ballots that arrive" after Election Day.

Alito said he would refer the application to the court. The justices have yet to rule on the Republicans' petition that "no action" be taken on the ballots.

Alito, who has jurisdiction over the Pennsylvania region, issued an order November 6 that directed that "all county boards of election" are ordered to "comply with" the guidelines put forward by the Secretary of the Commonwealth, essentially maintaining the status quo.

– Ariane deVogue and Tara Subramaniam

## 71% inconsistent data

Ellis, a senior legal adviser for the Trump campaign, claimed that Wayne County, Michigan, was not going to certify its results "because 71% of counties have inconsistent data."

**Facts First:** *This is misleading.*

**APP1482**

while Ellis did not specify what she meant by inconsistent data, it's likely she was referring to precincts that are out of balance, where the number of voters recorded in the poll book doesn't match the number of ballots cast.

According to the Michigan Secretary of State's office, 71% of the absentee ballot-counting locations in Detroit, which is part of Wayne County, didn't balance. However, the total number of precincts that did not balance in the city overall was much lower. Including in-person ballots, 42% of the total precincts in Detroit did not balance.



**RELATED ARTICLE**
Inside Rudy Giuliani's attempt to sow chaos on behalf of Trump and steal the election

Imbalances were part of the reason two Republican members of the Wayne County Board of Canvassers temporarily blocked certification of the county's results. The results were ultimately certified after an agreement which stipulated in part that Michigan's Secretary of State would be called on to do a comprehensive audit on the specific precincts in Detroit that did not balance.

Clerical errors resulting in these imbalances have not stopped past certifications in the county. In the August primary, Wayne County certified its results when 72% of absentee counting boards in Detroit and 46% of the total precincts in the county did not reconcile.

For this election the Wayne County Board of Canvassers has not officially released their final report that will include which precincts in the county did not balance.

*– Tara Subramaniam and Annie Grayer*

## Dominion Voting Systems and Venezuela

Powell claimed that widely used voting machines from the election technology company Dominion Voting Systems featured software created "at the direction" of former Venezuelan President Hugo Chavez to swing his own election results, and that the company has ties to the Clinton Foundation and Soros.

***Facts first:*** *None of this is true. Dominion has no corporate ties with Venezuela, the Clinton Foundation or Soros.*

Powell and other Trump allies have tried to tie Dominion, which sells election technology that was used in more than two dozen states, to another voting company called Smartmatic. During the 2020 election, Smartmatic's technology was used only in Los Angeles County, and not in any swing states, a spokesperson for the company told CNN.

Smartmatic was founded in Florida by two Venezuelans, and did provide election technology to the Venezuelan government. Powell has posted on social media a purported affidavit from an unnamed Venezuelan official claiming Smartmatic software was used to change votes in the country. But those claims have no evidence, and there's no reason to believe the company's software was created to make sure Chavez "never lost an election," as Powell claimed. The company actually spoke out to accuse the

The bigger issue with this claim is that there is no evidence that Dominion machines used Smartmatic software, as Powell suggested – and thus zero connection between Venezuela and the company whose voting machines were actually used in the swing states Trump is focusing on. Both Dominion and Smartmatic have said that they are competitors with no corporate links.

The origin of the claim linking the companies seems to be a convoluted corporate transfer: In 2005, Smartmatic acquired a company called Sequoia Voting Systems, but sold it in 2007 after questions from members of Congress over the acquisition by a company linked to Venezuela. Three years later, Dominion, which was founded as a Canadian company but is now majority owned by Americans, acquired Sequoia. In addition, Smartmatic licensed Dominion machines for use in the Philippines in 2009, but the contract ended in a lawsuit, Dominion said in its statement.

Neither Dominion nor Smartmatic have corporate ties to the Clintons or Soros, a major Democratic donor. While Dominion did agree to donate its technology to "emerging democracies" as part of a program run by the Clinton Foundation in 2014, according to the foundation's website, Dominion said in its statement that it has "no company ownership relationships" with the foundation. And while the chairman of the board of Smartmatic's parent company is also on the board of a foundation run by Soros, Open Society Foundations, Soros himself is not involved in either company.

-Casey Tolan

## Dominion and algorithms

In one of the most outlandish claims of the press conference, Powell also said that the software used by Dominion "can set and run an algorithm that probably ran all over the country to take a certain percentage of votes from President Trump and flip them to President Biden."

**Facts first:** *There is absolutely no evidence of this happening. Federal officials have said there was no widespread fraud or irregularities during the election, and most states use paper ballots that can be audited to double-check the vote totals.*

Experts have said that those ideas are devoid of factual backing. Notably, states are able to review and recount paper ballots, which can validate vote totals. And a joint group of federal, state, local and private election officials called the 2020 election the most secure in American history last week.

While there were a few isolated issues reported with Dominion technology on Election Day and Election Night, there have been no credible reports that any problems with the company's machines affected vote counts.

To allege the possibility of hacking, Powell appeared to cite research by Princeton University professor Andrew Appel, who has warned about potential vulnerabilities in voting machines from Dominion and other companies and has demonstrated the potential that exists to hack those machines. But Appel argued this month that the election results can be trusted due to the paper trail supporting the vote counts.

"Vulnerabilities are not the same as rigged elections, especially when we have paper ballots in almost all the states," Appel wrote on his blog last week. "The U.S. mostly uses paper ballots now, and that's how we

**APP1484**

– *Casey Tolan*

*This story has been updated.*



**PAID CONTENT**                                                            RECOMMENDED BY Outbrain



**The new electric BMW IX (Take a look at the prices)**
Sponsored: faqarena.com



**Hands Down One of the Best Cards for Good Credit**
Sponsored: The Motley Fool



**Crystalize Your Pet in a Stunning, Custom 3D Crysta…**
Sponsored: ArtPix 3D



**Steve Jobs Left His Daughter Billions Making Her The…**
Sponsored: Investing Magazine



**Outdated Fashion Trends Old Women Still Wear**
These fashion mistakes are aging women 10+ years.
Sponsored: HomeTalk



**Dallas: These Unsold Storage Units May Now Be Almost…**
Sponsored: SmartConsumerInsider



**We tried the $30 Amazon nightgown dress — this is what we thought**
Underscored



**Liz Cheney warns about second Trump presidency. Hear Graham's response**
Politics



**James Carville: This is a bigger threat to the US than Al Qaeda**
Politics





**APP1485**

12/6/23, 7:53 PM                    Fact-checking Giuliani and the Trump legal team's wild, fact-free press conference | CNN Politics



**Here Are The 33 Coolest Gifts Nobody Would Think Of**

Sponsored: The Gift Discovery

**Mckayla Maroney Is Definitely Not a Gymnast Anymore**

Sponsored: Investing Magazine



**Photos of Melania's Bedroom Inside Air Force One**

Sponsored: Livestly



**Here Are 23 Of The Coolest Gifts For Stocking Stuffers…**

Sponsored: Coolest Gifts 2023

**These Old Vinyls Are Worth More Than Your House**

Sponsored: Street Insider



**[Photos] This Is Absolutely Normal In The Netherlands,…**

Sponsored: Investing Magazine

**MORE FROM CNN**


Judge chastises Rudy Giuliani for failing to appear at hearing …


Trump's avalanche of dishonesty: Fact-checking 102 of his …


Trump tells appeals court that threats to judge and clerk in …

BUILD

CapitalOne

**4.35**%APY

Member FDIC

TRUST

**APP1486**

**Capital**One

- No fees or minimums
- Earn Interest
- Open in about 5 min

citi

**4.45**%
APY ⓘ

Member FDIC

Sponsors of ☐ Banking Rates

**CONTENT BY POWER LIFE**

Aging Americans Should Do This Daily

Here's What Older "Ripped" Guys Are Doing

Get Fitter After 40 With This Trick (No Exercise Needed)

The 1-Minute Routine Aging Americans Should Do

Always Feel Empty On Energy, This Could Be Why

Paid Links

Search CNN

**APP1487**



**Log In**

Live TV

Audio

US

World

Politics

Business

Markets

Opinion

Health

Entertainment

Tech

Style

Travel

Sports

Videos

Audio

CNN Underscored

Coupons

Weather

About CNN



**FOLLOW CNN POLITICS**

      

**APP1488**

© 2023 Cable News Network. A Warner Bros. Discovery Company. All Rights Reserved.
CNN Sans ™ & © 2016 Cable News Network.

**APP1489**

**APP1490**

**APP1491**

# Exhibit K-31

🔒 Page Vault

| | |
|---|---|
| Document title: | The Badger State's Ballot 'Fix' Was In › American Greatness |
| Capture URL: | https://amgreatness.com/2020/11/30/the-badger-states-ballot-fix-was-in/ |
| Page loaded at (UTC): | Tue, 28 Nov 2023 17:49:03 GMT |
| Capture timestamp (UTC): | Tue, 28 Nov 2023 17:50:08 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 34.227.126.78 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 8 |
| Capture ID: | 6LjJiA9xdnA2VVSBAHQEy9 |
| User: | jw-therndon |

ADVERTISEMENT



Seattle: Medicare Deadline Alert - Everyone On Medicare Can Apply For This

Sponsored by Thehealthy-club.com

≡  **AG** AMERICAN GREATNESS

🔍 Search          Join AG+     Log In



ELECTIONS

# The Badger State's Ballot 'Fix' Was In

Wisconsin now appears to have the same legal problem as Pennsylvania. Will Badger State Republicans, who hold a significant majority in both the state house and senate, follow their lead?

*By Julie Kelly*  *November 30, 2020*



Nearly 7 million absentee votes were cast, mostly for Joe Biden, in the three states responsible for his presumptive win; a mere 250,000 votes now separate Biden from Donald Trump in Michigan, Wisconsin, and Pennsylvania.

Document title: The Badger State's Ballot 'Fix' Was In › American Greatness
Capture URL: https://amgreatness.com/2020/11/30/the-badger-states-ballot-fix-was-in/
Capture timestamp (UTC): Tue, 28 Nov 2023 17:50:08 GMT

Page 1 of 7

☰  AMERICAN GREATNESS

Search

Join AG+    Log In



Nearly 7 million absentee votes were cast, mostly for Joe Biden, in the three states responsible for his presumptive win; a mere 250,000 votes now separate Biden from Donald Trump in Michigan, Wisconsin, and Pennsylvania.

Trump's victory in that once solid "blue wall" in 2016—Wisconsin last elected a Republican president in 1984—shocked the nation and elevated him to the presidency. The pivotal Rust Belt states have something else in common: according to state election laws, mail-in ballots cannot be processed prior to 7 a.m. on Election Day. (Michigan has a slight caveat for larger cities, which allows ballot inspection to begin the day before.)

As I wrote last week, it's clear that Pennsylvania election officials violated the law by alerting voters to correct mistakes on or "cure" their mail-in ballots days before Election Day. This means not only were election workers inspecting mail-in envelopes in advance of the legal deadline, the unlawful pre-canvassing occurred without observers present, another obvious violation.



Further, Pennsylvania is one of several states that does not have a ballot "curing" provision on the books. "Ballot curing refers to the process by which voters can correct mistakes—such as a missing or mismatched signature—with an absentee/mail-in ballot so that the ballot can be counted," according to Ballotpedia, an online repository of election data and information. "Ballot curing provisions lay out this process in state law. States without such provisions do not count absentee/mail-in ballots with errors." Pennsylvania voters had the option to check a database to see if their ballot had been rejected; if so, the voter needed to request a provisional ballot, not correct the existing one.

Wisconsin also doesn't authorize any sort of ballot "curing." But, just as in Pennsylvania, that didn't stop election workers from contacting voters about erroneous—i.e., disqualifying—information on their mail-in ballot envelopes. Wisconsin law requires the voter's signature, a witness signature, and the witness's address on the mailing envelope, which acts as a certification for the enclosed ballot. Deficiencies in any of the verification steps should render the ballot invalid; the requirements meet the bare minimum for any sort of legitimate absentee voting.

Document title: The Badger State's Ballot 'Fix' Was In › American Greatness
Capture URL: https://amgreatness.com/2020/11/30/the-badger-states-ballot-fix-was-in/
Capture timestamp (UTC): Tue, 28 Nov 2023 17:50:08 GMT

APP1495



the ballot invalid; the requirements meet the bare minimum for any sort of legitimate absentee voting.

But even that low bar was too high for some Wisconsinites, so election officials stepped in, without explicit authority under Wisconsin election law, to help.

"We make every effort that we can to contact them," Monona City Clerk Joan Andrusz told a Dane County news outlet in late September. "[We] fix what we can in the office, but if we can't, we will have to mail the ballot back."

That "fix" included election clerks writing in the home address of the witness if it wasn't included on the envelope. "Some voters make this mistake when they live at the same address as their witness," one Wausau newspaper reported on October 27, 2020. "The Wisconsin Elections Commission permits clerks to fill out witness addresses using information they draw from the voter database."

Whether that guesswork is accurate is, well, anyone's guess. How would an election clerk know whether the address he attached to the witness signature is updated or even correct? And what's the point of requesting a witness address if some county workers can simply fill it in indiscriminately?

Claire Woodall-Vogg, the executive director of the Milwaukee Election Commission, confirmed that any in-house corrections were made "in a red pen, so that we know it was our office and not the voter providing the address."

Oh, that's a relief.

Even though Wisconsin election law clearly states that any absentee ballot with a missing witness address "may not be counted," in October 2016, the Wisconsin Election Commission unilaterally decided to undercut that statute by allowing election workers to fill in the blanks:

 

> *"The clerk is able to reasonably discern the missing address or address component by information appearing on the envelope or from some other source, such as: The voter has provided his or her complete address and the clerk has personal knowledge that the witness resides at the same address as the voter. The clerk has personal knowledge of the witness and knows his/or her address. The voter's complete address appears on the address label, and the witness indicates the same street address as the voter. The clerk is able to utilize lists or databases at his or her disposal to determine the witness's address."*

As mail-in ballots deluged Wisconsin county election offices this fall, the commission again reiterated its intentionally vague and possibly unlawful guidance that instructed clerks to rectify voter error without the voter's knowledge or approval.

"Please note that the clerk should attempt to resolve any missing witness address information prior to Election Day if possible, and this can be done through reliable information (personal knowledge, voter registration information, through a phone call with the voter or witness)," the October 19 memo read. "The witness does not need to appear to add a missing address."

That guidance doesn't jibe with Wisconsin's election law or the commission's own instructions to voters about how to properly complete the mail-in certification envelope. There's no caveat that assures voters a missing witness address will be filled in by county election workers.

The Trump's campaign's paid recount in Dane and Milwaukee counties unsurprisingly found no extra votes for the president; he remains 20,000 votes short.

Democratic governor Tony Evers, who, like Biden, barely won his 2018 race after a trove of absentee ballots from Milwaukee County put him over the top, certified Wisconsin's results late Monday. The president, however, is threatening subsequent legal action partially based on the doctoring of mail-in ballot envelopes.

"The Wisconsin recount is not about finding mistakes in the count, it is about finding people who have voted illegally, and that case will be brought after the recount is over, on Monday or Tuesday," the president tweeted over the weekend. "We have found many illegal votes. Stay tuned!"

Wisconsin now appears to have the same legal problem as Pennsylvania—clear cut, documented evidence that "pre-canvassing" of absentee ballots, including the unauthorized "curing" of mailing envelopes, occurred well before the Election Day start date and without the involvement of legal poll watchers.

 

Pennsylvania Republicans, who run both chambers of the state legislature, seem ready for battle. Will Badger State Republicans, who hold a significant majority in both the state house and senate, follow their lead?



These 2 Vegetables Kill Your Belly And Neck Fat Overnight!



Urologist: Enlarged Prostate? Do This Immediately (Genius!)



Elon: Cut Your Electric Bill By 90%



Podiatrist: Don't Delay, Do This Immediately if You Have Neuropathy



Car Wash Owners Don't Want You to Know About This Vacuum



Put Your Feet On This Special Rug To Ease Your Neuropathy

### Related Articles



**Who Are the Four Trump Prosecutors?**



**Experts Show HPV Vaccine Linked to Dangerous New Symptoms**



**This State is 6th to Crack Down on Campus 'Diversity' Programs**

**Get the news corporate media won't tell you.**

Get caught up on today's must read stories!

 



## Get the news corporate media won't tell you.

Get caught up on today's must read stories!

| Your Name | | Phone Number |

Enter Your Email


Sign Up

Share on

### About Julie Kelly

Julie Kelly is a political commentator and senior contributor to *American Greatness*. She is the author of *January 6: How Democrats Used the Capitol Protest to Launch a War on Terror Against the Political Right* and *Disloyal Opposition: How the NeverTrump Right Tried—And Failed—To Take Down the President*. Her past work can be found at *The Federalist* and *National Review*. She also has been featured in the *Wall Street Journal*, *The Hill*, *Chicago Tribune*, *Forbes*, and *Genetic Literacy Project*. She is the co-host of the "Happy Hour Podcast with Julie and Liz." She is a graduate of Eastern Illinois University and lives in suburban Chicago with her husband and two daughters.

 Archive

Photo: Mandel Ngan/AFP via Getty Images

Content created by the Center for American Greatness, Inc. is available without charge to any eligible news publisher that can provide a significant audience. For licensing opportunities for our original content, please contact licensing@centerforamericangreatness.com.

### Around The Web








This Weird Method Can Restore Your Vision Naturally (Watch)
Live Healthy Today


The Coolest Gift for kids' Birthdays and Holidays
Libiyi


The Christmas Gift Kids Are Completely Obsessed With!
Dotmalls



This Weird Method Can
Restore Your Vision
Naturally (Watch)

*Live Healthy Today*

The Coolest Gift for kids'
Birthdays and Holidays

*Libiyi*

The Christmas Gift Kids Are
Completely Obsessed With!

*Dotmalls*

Want Youthful Knees Again?
These "Bionic" Knee Sleeves
Will Transform Your Knees

*Compressa*

A 70-year-old Grandmother
Designed a Bra for Women
That is Popular All over

*Libiyi*

2023 New Remote Control
Stunt Gesture Induction Car
Toys

*Theoobi*

Here Are 23+ Hottest Gifts of
2023

*TrendingGifts*

Every Vehicle Has This
Button, Most Use It Wrong

*HealthSymptoms*

1 Simple Trick to Cut Your
Electric Bill by 90% (Try
Tonight)

*GadgetVanguard*



**ABOUT**

Meet the Team

Our Declaration

Winston 84

**SECTIONS**

Elections

Greatness Agenda

Great America

First Principles

**SOCIAL**

Facebook

Twitter

Parler

**SUPPORT**

Contact

Privacy Policy

Terms of Service

©2013 – 2023 American Greatness. All rights reserved.
America's Talking is a registered trademark of Braveheart Media Holdings LLC. All rights reserved.

Document title: The Badger State's Ballot 'Fix' Was In › American Greatness
Capture URL: https://amgreatness.com/2020/11/30/the-badger-states-ballot-fix-was-in/
Capture timestamp (UTC): Tue, 28 Nov 2023 17:50:08 GMT

**APP1500**

# Exhibit K-32

🔒 Page Vault

| | |
|---|---|
| Document title: | Mathematician Says Biden May have Received 130 Percent of the Democrat Vote in Maricopa County, AZ › American Greatness |
| Capture URL: | https://amgreatness.com/2020/11/30/mathematician-says-biden-may-have-received-130-percent-of-the-democrat-vote-in-maricopa-county-az/ |
| Page loaded at (UTC): | Tue, 28 Nov 2023 17:50:32 GMT |
| Capture timestamp (UTC): | Tue, 28 Nov 2023 17:51:27 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 34.227.126.78 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 7 |
| Capture ID: | nUmwGdguFHNFCkiCwP3dA7 |
| User: | jw-therndon |

TEXT JOIN TO 77022                                              ×

☰  **AG** AMERICAN GREATNESS          🔍 Search            Join AG+    Log In



NEWS

# Mathematician Says Biden May have Received 130 Percent of the Democrat Vote in Maricopa County, AZ

*By Debra Heine*      *November 30, 2020*

A scientist in the fields of pattern recognition in mathematical analysis, testified Monday that Biden may have received a weighted 130 percent of Democrat votes in Maricopa County, Arizona, to help him win the state.

Dr. Shiva Ayyadurai is an Indian-American scientist, engineer, politician, and entrepreneur who holds four degrees from the Massachusetts Institute of Technology, including a Ph.D. in biological engineering.

Ayyadurai presented his findings via video to select members of Arizona's legislature during a public hearing at the Hyatt Regency in downtown Phoenix. The event was put on by members

Document title: Mathematician Says Biden May have Received 130 Percent of the Democrat Vote in Maricopa County, AZ › American Greatness
Capture URL: https://amgreatness.com/2020/11/30/mathematician-says-biden-may-have-received-130-percent-of-the-democrat-vote-in-maricopa-county-az/
Capture timestamp (UTC): Tue, 28 Nov 2023 17:51:27 GMT

**APP1503**

a Ph.D. in biological engineering.

Ayyadurai presented his findings via video to select members of Arizona's legislature during a public hearing at the Hyatt Regency in downtown Phoenix. The event was put on by members of President Donald Trump's legal team to gather and examine evidence of 2020 election irregularities and fraud in the state.



The point of the "fact-finding mission," led by Trump lawyers Rudy Giuliani and Jenna Ellis, was to collect evidence for Arizona lawmakers that could justify holding a special session to investigate further.



These 2 Vegetables Kill Your Belly And Neck Fat Overnight!



Urologist: Enlarged Prostate? Do This Immediately (Genius!)

Ayyadurai presented an image of a curve that he said represented the actual cumulative vote counts for Biden and Trump on election night.

"What we're attempting to do using mathematics is curve fitting where you can change certain variables to attempt to fit this curve," the scientist said.

He explained that his computer program changed variables such as the number of Democrats who voted for Trump or Biden, and the number of Republicans who voted for Trump or Biden in an effort to match the curve.

**APP1504**

 

Ayyadurai said that the computer found that in order for Biden to have surged ahead of Trump in the vote count, 130 percent of the Democrat vote had to have gone to the Democrat and -30 percent of the Democrat vote had to have gone to Trump.

The scientist noted that there were only two things that could explain that improbable result.

He admitted that there could be a demographic within the Independent voters who voted for Biden that that he could not see in his model.

"Another possibility is that Mr. Biden's votes were simply multiplied by 1.3, meaning each single vote Biden received became 1.3 reported votes," Shiva explained. "And President Trump's votes are reduced by that 0.3 or 30 percent gained by Mr. Biden. Simply put, you could call this vote swapping."

Shiva testified that he believed Dominion voting machines have a weighted voting feature that would allow a Democrat candidate to receive 130 percent of the vote and for the Republican to receive 7/10ths of the vote.

"The more important thing to understand is our votes are stored not as whole integer numbers but as decimal fractions," he explained.

He added that there is documentation of weighted votes being used as early as 2002 and that the only reason to have votes stored as fractions is to enable cheating.

The pattern of cumulative vote count curve in Maricopa County, he noted, was "highly implausible."

"In the era of electronic software systems, I think the courts need to step in and reclarify one person, one vote going back to the Equal Protection Clause of the United States Constitution," h



Document title: Mathematician Says Biden May have Received 130 Percent of the Democrat Vote in Maricopa County, AZ › American Greatness
Capture URL: https://amgreatness.com/2020/11/30/mathematician-says-biden-may-have-received-130-percent-of-the-democrat-vote-in-maricopa-county-az/
Capture timestamp (UTC): Tue, 28 Nov 2023 17:51:27 GMT
Page 3 of 6

**APP1505**


☰  Search   Join AG+   Log In

implausible."

"In the era of electronic software systems, I think the courts need to step in and reclarify one person, one vote going back to the Equal Protection Clause of the United States Constitution," he said.


These 2 Vegetables Kill Your Belly And Neck Fat Overnight!


Urologist: Enlarged Prostate? Do This Immediately (Genius!)


Elon: Cut Your Electric Bill By 90%


Podiatrist: Don't Delay, Do This Immediately if You Have Neuropathy


Car Wash Owners Don't Want You to Know About This Vacuum


Say Goodbye To Neuropathy: This New Device Is Changing Lives

 Related Articles


**Proof Reveals Pfizer's Hidden Contaminants in COVID-19 Vaccines That Put Unborn**


**No, the Challenges to the 2020 Election Were Not 'Baseless'**


**The Democratic Candidate Who Became the FBI's Top Agent in Miami**



Document title: Mathematician Says Biden May have Received 130 Percent of the Democrat Vote in Maricopa County, AZ › American Greatness
Capture URL: https://amgreatness.com/2020/11/30/mathematician-says-biden-may-have-received-130-percent-of-the-democrat-vote-in-maricopa-county-az/
Capture timestamp (UTC): Tue, 28 Nov 2023 17:51:27 GMT

**APP1506**



☰   **AMERICAN GREATNESS**          🔍 Search          Join AG+   Log In

**Proof Reveals Pfizer's Hidden Contaminants in COVID-19 Vaccines That Put Unborn Babies at Risk**

**No, the Challenges to the 2020 Election Were Not 'Baseless'**

**The Democratic Candidate Who Became the FBI's Top Agent in Miami**



### Get the news corporate media won't tell you.

Get caught up on today's must read stores!

| Your Name | | Phone Number |

Enter Your Email

Sign Up

Privacy Policy and Terms



Share on  🐦  f  ⫼

## About Debra Heine

Debra Heine is a conservative Catholic mom of six and longtime political pundit. She has written for several conservative news websites over the years, including Breitbart and PJ Media.

  Archive

## Around The Web                    ↻



**This Weird Method Can Restore Your Vision Naturally (Watch)**
Live Healthy Today



**The Coolest Gift for kids' Birthdays and Holidays**
Libiyi



**The Christmas Gift Kids Are Completely Obsessed With!**
Dotmalls











AMERICAN GREATNESS



Join AG+    Log In

...World Method Can
Restore Your Vision
Naturally (Watch)

Live Healthy Today

The Coolest Gift for Kids
Birthdays and Holidays

Libiyi

The Christmas Gift that Are
Completely Obsessed With!

Domalis



Top Cardiologist: Overweight?
Do This Before Bed

Getfitspresso.org



Here Are the Coolest Gadgets
Of November

Holiday Gift Guide



Top Heart Surgeon: This
Simple Trick Helps Empty
Your Bowels Every Morning

GundryMD

Want Youthful Knees Again?
These "Bionic" Knee Sleeves
Will Transform Your Knees

Compressa

If Your Dog Has Tear Stains
(Most Dog Owners Don't
Know This)

UltimateDogFoodGuide.com

A 70-year-old Grandmother
Designed a Bra for Women
That is Popular All over

Libiyi

ADVERTISEMENT

When Neuropathy Hits,
Try This (It's Genius!)



**ABOUT**
Meet the Team
Our Declaration
Winston 84

**SECTIONS**
Elections
Greatness Agenda
Great America
First Principles

**SOCIAL**
Facebook
Twitter
Parler

**SUPPORT**
Contact
Privacy Policy
Terms of Service

# Exhibit K-33

**Page Vault**

| | |
|---|---|
| Document title: | WATCH: Michigan witness testifies that military ballots looked like photocopies with ZERO votes for Trump | The Post Millennial | thepostmillennial.com |
| Capture URL: | https://thepostmillennial.com/michigan-witness-alleges-ballots-were-counted-that-looked-like-photocopies |
| Page loaded at (UTC): | Tue, 28 Nov 2023 18:41:36 GMT |
| Capture timestamp (UTC): | Tue, 28 Nov 2023 18:44:50 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 34.227.126.78 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 5 |
| Capture ID: | gv2o9QkzWAe3pq5FDPWFdr |
| User: | jw-therndon |

PDF REFERENCE #:    cgDaDoXq1wgShyQYzJ4nR1

**APP1510**





GO AD FREE NOW FOR AS LITTLE AS $5

ADVERTISEMENT

Washington Trail Camera Captures The Unthinkable

"Not one of the military ballots was a registered voter and the ballots looked like they were all exactly the same xerox copies of the ballot," the witness testified to the state's Senate Oversight Committee at the Binsing Office Building in Lansing, Mich.

This testimony on the absentee ballot counting process at the TCF Center in Detroit came approximately a month after the Senate and House Oversight Committees first approved subpoenas related to Michigan's general election.

**Ian Miles Cheong** ✔ ☰
@stillgray · Follow

A witness at the Michigan hearing says that the Dominion voting machines were connected to the internet. If true, that's such a security vulnerability I don't even know where to begin.

twitter.com/PolitiKurd/sta...

5:33 PM · Dec 1, 2020

♡ 1.4K    💬 Reply    🔗 Copy link

Read 41 replies

She continued: "They were all for Biden across the board. There wasn't a single Trump vote. And none of the voters were registered."

"They had to manually enter the names and addresses and the birth date of 1-1-2020, which would override the system," the witness stated.

"And a lot of them had to enter non-registered voters, which I saw several that day. Throughout the day, that's how they would override voters that were neither in electronic poll book or the supplemental updated poll book."

TRENDING

MD: If You Have Dark Spots, Do This Immediately (It's Genius!)
GundryMD

1 Odd Trick Restores Your Eyes To Perfect 20/20 Vision
Daily-Healthtips.com

If Your Dog Has Tear Stains (Most Dog Owners Don't Know This)
UltimateDogFoodGuide.com

Top Doctor: If You Eat Oatmeal Every Day, This Is What Happens
GundryMD

Top Heart Surgeon: This Simple Trick Helps Empty Your Bowels Every Morning
GundryMD

Heart Surgeon Begs Americans: "Stop Eating This"
GundryMD

Doctor Stunned: This Household Item Removes Wrinkles Like Crazy (Try Tonight)
101 Life Hacks

Forget Retinol, Use This Household Item To Fill In Wrinkles
Beverly Hills MD

IHG HOTELS & RESORTS   CYBER SALE   BOOK & SAVE MORE ON EPIC TRAVEL   FIND OUT HOW

**APP1512**





PM. NEWS CULTURE NEWS ANALYSIS DONATE LOGIN  GO AD-FREE



**Top Heart Surgeon: This Simple Trick Helps Empty Your Bowels Every Morning**



**Doctor Stunned: This Household Item Removes Wrinkles Like Crazy! (Try Tonight)**



**A 70-year-old Grandmother Designed a Bra for Women That is Popular All over**

### ALSO ON PM.



**WATCH: Steve Bannon tells Tucker Carlson how the migrant troubles of Ireland are...**



**Biden's HHS demands foster parents 'affirm' sex changes for kids, teens**



**DC Judge Chutkan refuses to allow Trump attorneys to gain access to 'missing...**



**BREAKING: Hunter Biden agrees to testify before House Oversight Committee**



**Student stabbed to death, one injured during brawl at North Carolina school**



**Sandy Hook families offer to settle with Alex Jones for $85 million over ten years**

CONTINUE >

Lets Move Easy

## Join and support independent free thinkers!

We're independent and can't be cancelled. The establishment media is increasingly dedicated to divisive cancel culture, corporate wokeism, and political correctness, all while covering up corruption from the corridors of power. The need for fact-based journalism and thoughtful analysis has never been greater. When you support The Post Millennial, you support freedom of the press at a time when it's under direct attack. **Join the ranks of independent, free thinkers by supporting us today for as little as $1.**

SUPPORT THE POST MILLENNIAL       REMIND ME NEXT MONTH



**Shameless T-Shirts People Wore In Public**

## The Post Millennial.

### Term of Use

Terms of Service

Terms of Contribution

Privacy Policy

Ad Choices

### Membership Support

Experiencing Tech Issue

Need Other Help

### Company

Careers

About Us

Ethical Journalism Policy

Mission Statement

© 2023 The Post Millennial. Privacy Policy



Document title: WATCH: Michigan witness testifies that military ballots looked like photocopies with ZERO votes for Trump | The Post Millennial | thepostmillennial.com
Capture URL: https://thepostmillennial.com/michigan-witness-alleges-ballots-were-counted-that-looked-like-photocopies
Capture timestamp (UTC): Tue, 28 Nov 2023 18:44:50 GMT                                                     Page 4 of 4

# Exhibit K-34

🔒 Page Vault

| | |
|---|---|
| Document title: | What Do Democrats Think About the Integrity of the Election? One Poll Shows Surprising Findings. |
| Capture URL: | https://townhall.com/tipsheet/leahbarkoukis/2020/12/01/30-percent-of-dems-think-their-party-cheated-n2580862 |
| Page loaded at (UTC): | Tue, 28 Nov 2023 18:24:44 GMT |
| Capture timestamp (UTC): | Tue, 28 Nov 2023 18:26:40 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 34.227.126.78 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 7 |
| Capture ID: | 13DtttpAyqkCqP6LdpnNbB |
| User: | jw-therndon |

PDF REFERENCE #:    bjgV9GBE6dZjB1GsLX4PGP

**APP1516**

**Townhall**    COLUMNS    TIPSHEET    CARTOONS    PODCASTS    VIDEOS    ≡VIP    [SUBSCRIBE]    [LOGIN]    🔍

TIPSHEET

# What Do Democrats Think About the Integrity of the Election? One Poll Shows Surprising Findings.

 Leah Barkoukis | December 01, 2020 8:15 AM          X  f  🖨  ✉  💬

Advertisement

   

INSTRUMART    Shop Online At Instrumart
Instrumart



*AP Photo/Carolyn Kaster*

Advertisement

**Townhall**
Presidential Primary
Straw Poll

Ron DeSantis          62.75%
Donald Trump          19.79%

[ Vote for your choice ]

After so many sworn affidavits about Election Day oddities and statistical improbabilities, a majority of Republicans think the 2020 election was neither free nor fair. Apparently, they are not the only ones. A sizable percentage of Democrats don't think Joe Biden won fair and square either, according to a recent Rasmussen survey.

Trending on Townhall Media

1  'Facts are FACTS'! Elon Musk Rubs Community Notes SALT in Woke Liar's WOUNDS and it's a GLORIOUS Thing
   twitchy

2  Elon Musk Celebrates Community Notes and Wrecks Deadspin's Attack on Child, Ted Cruz Joins in the Fun
   RedState

3  Deadspin Writer Tries Smearing a Young Chiefs Fan As Racist. It Does Not End Well.
   Townhall

Advertisement
Ads by Google
[Send feedback]  Why this ad? ▷

Advertisement

Townhall ⊑VIP   VS  BIG TECH   JOIN THE FIGHT

"How likely is it that Democrats stole votes or destroyed pro-Trump ballots in several states to ensure that Biden would win?" Rasmussen asked.

Surprisingly, 30 percent of Democrats responded that it was likely, with 20 percent believing it was "very likely." Seventy-five percent of Republicans, meanwhile, said they felt Democrats "stole votes or destroyed pro-Trump ballots" in a number of states. Overall, nearly half the country is not confident in the integrity of 2020's election.



Advertisement

## Most Popular

**Watching Media Outlets Die**

**American Jews Who Worked for a Secular America Made a Fatal Error**

**Family of the First American Released by Hamas Bought Hunter Biden's Art**

**Hamas Just Broke the Ceasefire Deal...Again**

**Deadspin Writer Tries Smearing a Young Chiefs Fan As Racist. It Does Not End Well.**
Spencer Brown

Advertisement

Ads by Google

Send feedback   Why this ad? ▷

**Townhall** ≡VIP    COLUMNS    TIPSHEET    CARTOONS    PODCASTS    VIDEOS    ≡VIP    SUBSCRIBE    LOGIN    🔍



11:02 AM · Nov 20, 2020    ⓘ

♥ 4.5K    ↩ Reply    🔗 Copy link

Read 401 replies



**Deadspin Writer Tries Smearing a Young Chiefs Fan As Racist. It Does Not End Well.**

Spencer Brown

Advertisement

Regardless of the election's outcome, one thing is certain: ensuring the integrity of the election will be paramount going forward to give all Americans confidence in the results.

In a recent interview with Townhall, True the Vote president and founder Catherine Engelbrecht said the nation is in the midst of an "awakening."

### Recommended



**Deadspin Writer Tries Smearing a Young Chiefs Fan As Racist. It Does Not End Well.**

Spencer Brown

Advertisement

Townhall ≡VIP
VS
BIG TECH
JOIN THE FIGHT

"I think both sides of the aisle have seen a process that was not secure, was not transparent and it was hyper partisan," she said. "And I don't think that that's what the American people want. So I think we're in the middle of an awakening when it comes to election integrity."

To see true change, citizen leaders will need to start at the grassroots level.

"We need to now remember that we have to roll up our sleeves and make this local," Engelbrecht continued. "Let's just make sure that we don't have controversy in our hometown. Let's just work together towards the honor of the process."

***Editor's Note:*** Joe Biden's leftist, "America Last" agenda is destroying our

←  Ads by Google
Send feedback    Why this ad? ▷





Document title: What Do Democrats Think About the Integrity of the Election? One Poll Shows Surprising Findings.

Capture URL: https://townhall.com/tipsheet/leahbarkoukis/2020/12/01/30-percent-of-dems-think-their-party-cheated-n2580862

Capture timestamp (UTC): Tue, 28 Nov 2023 18:26:40 GMT

Page 5 of 6

APP1521



# Exhibit K-35

| | |
|---|---|
| Document title: | Legitimacy of Biden Win Buried by Objective Data - The American Spectator | USA News and Politics |
| Capture URL: | https://spectator.org/legitimacy-of-biden-win-buried-by-objective-data/ |
| Page loaded at (UTC): | Tue, 28 Nov 2023 18:37:05 GMT |
| Capture timestamp (UTC): | Tue, 28 Nov 2023 18:38:31 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 34.227.126.78 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 58 |
| Capture ID: | mPrEBHsU4y56FJzCiVkxQR |
| User: | jw-therndon |

PDF REFERENCE #:        1ibhM82nQxoJierjd9keho

**APP1524**



f ⬤ y ▶ ABOUT AUTHORS CONTACT SUBMISSIONS FOUNDATION 🔍 SEARCH 🔍 LOGIN SUBSCRIBE

MAGAZINE BLOG **THE AMERICAN SPECTATOR** DONATE
FOUNDED BY R. EMMETT TYRRELL, JR.

Home » Hot off the Press » Legitimacy of Biden Win Buried by Objective Data

THE RIGHT PRESCRIPTION

# Legitimacy of Biden Win Buried by Objective Data

*Emerging information from the states render his victory less and less plausible.*

*by* DAVID CATRON

November 30, 2020, 12:02 AM



*Joe Biden reading his Thanksgiving message on Nov. 25 (YouTube screenshot)*

During the weeks following November 3, innumerable election experts and statistical analysts have pored over the voting data upon which former Vice President Joe Biden's purported campaign victory ostensibly stands. A growing body of evidence ranging from straightforward ballot audits to complex quantitative analyses suggests that the tabulation of the votes was characterized by enough chicanery to alter the outcome of the election. Consequently, a consensus has gradually developed among the auditors of publicly available information released by the states, and it *contradicts* the narrative promulgated by the Democrats and the media. The more data experts see, the less convinced they are that Biden won.

Among the analysts who question the legitimacy of Biden's victory is Dr. Navid Keshavarz-Nia, a cybersecurity expert whose technical expertise was touted by the *New York Times* last September and who has been described as a hero in the *Washington Monthly*. It's unlikely that either publication will be singing his praises for his work pursuant to the recent election. His damning analysis of the electronic manipulation of votes that occurred in the early hours of November 4 appears in a sworn affidavit included with *C.J. Pearson v. Kemp*, a lawsuit filed by Attorney Sidney Powell in the U.S. District Court for the Northern District of Georgia. His nine-page affidavit (Exhibit 26) describes how it is possible to manipulate votes, where this occurred, and sums up his findings as follows:



**BLACK FRIDAY** SAVE UP TO $999* OFF ON BUSINESS CLASS SEATS CLICK TO BOOK



THE AMERICAN SPECTATOR

powered by Insticator

damning analysis of the electronic manipulation of votes that occurred in the early hours of November 4 appears in a sworn affidavit included with *C.J. Pearson v. Kemp*, a lawsuit filed by Attorney Sidney Powell in the U.S. District Court for the Northern District of Georgia. His nine-page affidavit (Exhibit 26) describes how it is possible to manipulate votes, where this occurred, and sums up his findings as follows:

> I conclude with high confidence that the election 2020 data were altered in all battleground states resulting in hundreds of thousands of votes that were cast for President Trump to be transferred to Vice President Biden. These alterations were the result of systemic and widespread exploitable vulnerabilities in DVS, Scytl/SOE Software and Smartmatic systems that enabled operators to achieve the desired results. In my view, the evidence is overwhelming and incontrovertible.





Dr. Keshavarz-Nia is by no means the only expert to reach the conclusion that widespread vote-tampering occurred. This examination of the election results, for example, uses quantitative analysis to identify some very odd anomalies in the 2020 vote patterns. But it isn't necessary to be a sophisticated statistician or cybersecurity expert possessed of arcane knowledge of how voting machines operate to see that enough ballot fraud occurred to change the election results in several states. That Keshavarz-Nia provides his findings in a sworn affidavit, under penalty of perjury, renders him highly credible. Still, his conclusions are rather opaque to anyone without an enormous amount of training and experience in his field. This requires many of us to take what he says on faith.

Bearing this in mind, Matt Braynard of the Voter Integrity Project (VIP) approached the 2020 results in a far less arcane fashion. His team analyzed publicly available data on absentee ballots, and he explained his findings in a way that any intelligent voter can understand. VIP looked at suspicious ballot activity in Arizona, Georgia, Michigan, Nevada, Pennsylvania, and Wisconsin. Among the most significant VIP findings involved people who changed their state of residence, yet voted absentee using their prior address. In Arizona, which Biden "won" by 10,457 votes, there were 19,997 questionable votes. In Georgia, which Biden "won" by 12,670 votes, VIP found 138,221 such votes. In Wisconsin, which Biden "won" by 20,608 votes, there were 26,673 such votes. As Braynard told the *Epoch Times*:



> This election, it appears to me, has been decided by ballots that are highly questionable.... I can give you the list of the people who voted in this election, who filed National Change of Address cards in Georgia, moving themselves to another state.... I can also show you the subsequent state voter registrations of these individuals in other states, who then cast absentee ballots back in Georgia.... I have no confidence that Joe Biden is the deserved winner of this election.

Braynard has been asked to present the findings of the Voter Integrity Project to Monday's hearing with members of Arizona's legislature. Moreover, as Braynard tweeted Friday, "The VIP findings have also been included in court filings in PA, GA, MI, WI, and AZ, including declarations we collected." Sunday, another tweet by Braynard revealed that the FBI has proactively requested VIP findings that may indicate illegal ballots.  Meanwhile, no discussion of 2020 election skulduggery is complete without a discussion of the Democrat precincts that record more votes than registered voters. Rep. Bill Posey (R-Fla.) tweeted the following on that perennial topic: "According to an affidavit in the MI lawsuit, one Michigan precinct/twnship had 781.91% turnout. How does this happen?"

Good question. No fewer than six precincts listed by Rep. Posey experienced turnout exceeding 120 percent. Another 18 allegedly enjoyed 100 percent turnout. This is an insult to the



A FURTHER PERSPECTIVE



Document title: Legitimacy of Biden Win Buried by Objective Data - The American Spectator | USA News and Politics
Capture URL: https://spectator.org/legitimacy-of-biden-win-buried-by-objective-data/
Capture timestamp (UTC): Tue, 28 Nov 2023 18:38:31 GMT

**APP1526**

of 2020 election shenanigans is complete without a discussion of the Democrat precincts that record more votes than registered voters. Rep. Bill Posey (R-Fla.) tweeted the following on that perennial topic: "According to an affidavit in the MI lawsuit, one Michigan precinct/twnship had 781.91% turnout. How does this happen?"

Good question. No fewer than six precincts listed by Rep. Posey experienced turnout exceeding 120 percent. Another 10 allegedly enjoyed 100 percent turnout. This is an insult to the electorate's intelligence, and it happened in Democrat precincts all across the nation. From World War II through 2016 average turnout in a presidential election was about 56 percent. Yet we are expected to believe that, in 2020, the national turnout was 66 percent. It simply does not pass the laugh test. This looks to be the result of widespread Democrat chicanery facilitated by high-handed flouting of federal, state, and county election laws. Joe Biden's victory is no more legitimate than his plagiarized rhetoric or working-class credentials. His Potemkin presidency would be no more authentic than the man himself.





## DAVID CATRON

**FOLLOW THEIR STORIES:**

VIEW MORE

David Catron is a recovering health care consultant and frequent contributor to *The American Spectator*. You can follow him on Twitter at @Catronicus.



A FURTHER PERSPECTIVE

### Solzhenitsyn: Defeat Progressivism Through Conversation

*by* LEWIS M. ANDREWS



IN SEARCH OF WISDOM

### No Culture Is Immune to Human-Made Horrors

*by* SHMUEL KLATZKIN



THE TALKIES

### *Jingle Smells* Becomes an Instant Christmas Classic

*by* JEFFREY LORD

DRAWN TO HUMOR

### Playing With Fire

*by* YOGI LOVE



THE END IS NIGH



THE END IS NIGH

Making Climate Change a
Republican Issue in 2024

*by* GARY ANDERSON



Subscribe to

THE AMERICAN
SPECTATOR

EDITED BY R. EMMETT TYRRELL, JR.

only $10.99/month

Get Started

## MOST POPULAR



ERETZ YISRAEL

Why I Am Not Moved by Gazan Deaths

I get the daily Washington Post. It is important
for me...Read More



CULTURAL DECLINE

What Happens When Men Choose
Robot Brides?

About twenty years ago, colleges and universities
began chasing men...Read More



COMMIE WATCH

Killed by a 'Silly,' Deadly Communist

Sixty years ago today, the president of the United
States...Read More





**ERETZ YISRAEL**

## Why I Am Not Moved by Gazan Deaths

I get the daily Washington Post. It is important for me...Read More

**CULTURAL DECLINE**

## What Happens When Men Choose Robot Brides?

About twenty years ago, colleges and universities began chasing men...Read More

**COMMIE WATCH**

## Killed by a 'Silly,' Deadly Communist

Sixty years ago today, the president of the United States...Read More





**CHURCH AND STATE**

## Joe Scarborough Thinks Catholics Shouldn't Be on the Supreme Court

Catholics who oppose abortion apparently are "supercharged Christian national[ists]" who...Read More

**DAILY FOLIOS AND CONSECUTIVE SENTENCES**

## Guess the Anti-Semite: Charlie Kirk, Tucker Carlson, or Candace Owens?

The Hamas-ISIS Gaza War has erupted not only in the...Read More

**BUY THE BOOK**

## *Racism, Revenge and Ruin*: The Hellish Forces of Barack Obama

Racism, Revenge and Ruin: It's All Obama By Scott McKay...Read More







**Macular Degeneration Can Vanish, Do This Before Bed!**

🔥 1,806

**Why Didn't Anybody Tell Me Chrome Can Block Ads (Here Is How)**

🔥 5,692

**Heart Surgeon Begs Americans: "Stop Doing This To Your Fruit"**

🔥 2,092







**Congress Is About To "Sucker Punch" American Retirees**

🔥 2,056

**Doctor: "Doing This Every Morning Can Snap Back Aging Skin (No Creams Needed)"**

🔥 29,383

**Doctor Warns Americans: "Avoid This Vegetable At All Costs"**

🔥 11,558

Sponsored Ad.





103 Responses

| Upvote | Funny | Love | Surprised | Angry | Sad |

**422 Comments**

🔒 Login ▾

**G**   Join the discussion...

LOG IN WITH     OR SIGN UP WITH DISQUS ⓘ

D F T G      Name

♡ 5    • Share                                           Best  Newest  Oldest

**T**  **TheRealBilboBaggins** 👤⁺
3 years ago • edited
The media reporting for Biden's "victory" is like watching a Kim Jong Un crowd at a news conference: "Don't be the one to stop furiously clapping first!"

👍 82   💬 1   ↰ Reply  • Share ›

**NAVY**  **Navy 74** 👤⁺  ↱ TheRealBilboBaggins
3 years ago
You got that right. The media is rushing to purchase their knee pads to service the senile old goat, both the women and the men.

👍 36   💬 1   ↰ Reply  • Share ›

**orenv** 👤⁺  ↱ Navy 74
3 years ago
Not them, the actual string pullers that control the money.

👍 17   💬   ↰ Reply  • Share ›

**Sharp Shtik**  ↱ orenv
3 years ago • edited
Obama "won" 873 counties in 2008 while Biden "won" only 524 counties, but somehow Biden had 10M+ more votes than Obama.

From 1980-2016, 19 of 3,000+ counties voted for the president but only 1 of the 19 voted for Biden.

Republicans gained seats across the nation, but Trump and a few candidates in AZ, NV, GA, NC, MI, WI, PA bucked the national mood of voters.

Biden lost minority support to Trump across the nation compared to Obama, but in Detroit, Philadelphia, Milwaukee, etc. Biden got more support from black voters than Obama, including more votes than voters in many cases.

👍 26   💬 2   ↰ Reply  • Share ›

**Salty 1** 👤⁺  ↱ Sharp Shtik
3 years ago
Yeah, but do you have evidence? Asking for the doj...

👍 3   💬 0   ↰ Reply  • Share ›

**Major Rage**  ↱ Salty 1
3 years ago • edited
A lawsuit filed last week by the Amistad Project against the Michigan Secretary of State alleges that the number of ballots that were legal but not counted, illegal but counted, and fraudulently distributed without a voter request exceeded 500,000. That number far exceeds the margin of so-called victory in Michigan. Among other evidentiary material - the Amistad Project is relying on state and county records as proof of its allegations.

The Voter Integrity Project has been examining and analyzing publicly available data on absentee indicballots only in the Battleground States. In Arizona, Georgia, and Wisconsin the number of "suspect" ballots rendered by voters who departed the state and voted elsewhere exceeded the margins of difference for Biden over Trump in each of those states.

There's a whole lot more evidence out there and you can find it if you read carefully and make note of what's being reported. What I just indicated above strongly suggests that the results in 4 states should be overturned. Similar findings are likely for Nevada and Pennsylvania and is sure to be the granddaddy of all the bogus ballot battlegrounds. I haven't even touched on the President's legal team and what they have gathered - but, I know it's a treasure trove of proof of fraud.

Fortunately, legislators and the Supreme Court will know relevant evidence when they see it. I'm confident they will make the right decision.

Document title: Legitimacy of Biden Win Buried by Objective Data - The American Spectator | USA News and Politics
Capture URL: https://spectator.org/legitimacy-of-biden-win-buried-by-objective-data/
Capture timestamp (UTC): Tue, 28 Nov 2023 18:38:31 GMT

**APP1530**

Arizona, Georgia, and Wisconsin the number of "suspect" ballots rendered by voters who departed the state and voted elsewhere exceeded the margins of difference for Biden over Trump in each of those states.

There's a whole lot more evidence out there and you can find it if you read carefully and make note of what's being reported. What I just indicated above strongly suggests that the results in 4 states should be overturned. Similar findings are likely for Nevada and Pennsylvania is sure to be the granddaddy of all the bogus ballot battlegrounds. I haven't even touched on the President's legal team and what they have gathered - but, I know it's a treasure trove of proof of fraud.

Fortunately, legislators and the Supreme Court will know relevant evidence when they see it. I'm confident they will make the right decision.

👍 20  👎 1   Reply  •  Share

**C**  **Calvin Harper**  �ⁿ  ➜ Major Rage   — ▶
3 years ago

"legislators and the Supreme Court will know relevant evidence when they see it"

Hope you are correct, but somehow I doubt it.

👍 1  👎 0   Reply  •  Share

**J**  **JerryMander**  🔺  ➜ Major Rage   — ▶
3 years ago · edited

Here is an article about the Amistad Project lawsuit: https://www.detroitnews.com.... Your comments on the article would be of interest. It appears to me the lawsuit will not go anywhere...

I went to the Voter Integrity Project website. It's good that they are bird dogging voter fraud. The actual number of votes under question on the site seem small. One article talks about a recount in Bladen County NC being a hoax. Since Voter Integrity Project is using Bladen County Board of Elections as a source, I am using the same source that backs up this article to find out about the recount.

https://bladenonline.com/wi...

It discovered one additional vote. It concludes "On a motion by Republican Michael Aycock, with a second by Democrat Deborah Belle, the results of the recount of the November 30, 2020 election were unanimously accepted." It seems to me should let Bladen County go on about its business of running their elections and get out of their hair.

OK, I looked at Voter Integrity Project. Will you look at this source? Can't hurt!

https://www.brennancenter.o...

👍 0  👎 6   Reply  •  Share

**J**  **jimie orleg**  🔺  ➜ JerryMander   — ▶
3 years ago

No foolin?? A recount of the same ballots changed nothing. VERIFYING the votes, by all means, was not done.

👍 12  👎 0   Reply  •  Share

**J**  **JerryMander**  🔺  ➜ jimie orleg   — ▶
3 years ago

They were verified.

https://apnews.com/article/...
https://www.wdio.com/news/w...

👍 0  👎 4   Reply  •  Share

**D**  **D.R. Scott**  ➜ JerryMander   — ▶
3 years ago

This site is from the Far Left...

👍 6  👎 0   Reply  •  Share

**J**  **JerryMander**  🔺  ➜ D.R. Scott   — ▶
3 years ago

Do you disagree with what they are saying because you believe the site is far left?

As I mentioned before, the Trump supporters only accept what Trump, and those who agree with Trump, have to say. The media, information sources, Republicans, Democrats, courts, government officials and other information sources who don't agree with Trump, are not accepted.

👍 0  👎 2   Reply  •  Share

**Mike Voltamp**  ➜ Sally 1   — ▶
3 years ago

Video shows Dominion election worker suspiciously handling USB stick in Georgia.
https://www.distributednews...

👍 2  👎 0   Reply  •  Share





👍 0   👎 2 · Reply · Share ›

**Mike Voltamp** → Salty I
3 years ago ·

Video shows Dominion election worker suspiciously handling USB stick in Georgia.
https://www.distributednews...

👍 2   👎 0 · Reply · Share ›

**Mike Voltamp** → Sharp Shrik
3 years ago ·

More people have died, so there are more new Democrat voters.

👍 2   👎 0 · Reply · Share ›

**oregun** → Sharp Shrik
3 years ago ·

The number of likes to dislikes is about the ratio of the votes between President Trump and Slow Joe. Trump won in a landslide.

👍 1   👎 0 · Reply · Share ›

**Tom Anderson** → Sharp Shrik
3 years ago ·

Counties don't vote. American citizens vote. Spend some time studying population density.

👍 0   👎 1 · Reply · Share ›

**JerryMander** → Sharp Shrik
3 years ago ·  edited

Yes, you are right. Biden won far fewer counties in 2020 versus Obama. The reason is that the Biden voters are concentrated in highly populated urban centers. Geographically, the country is more red than ever whereas in terms of population, the urban concentration continues to grow in the blue "pockets".

Another data set is economic. The Brookings Institute points out that "the 477 counties Mr Biden won account for 70 per cent of America's economic activity, while Mr Trump's "base of 2497 counties represents 29 per cent of the economy". If this doesn't change, there will be hell to pay. Bickering over the 2020 elections will seem like child's play, if the economic well being of the country isn't more evenly distributed.

https://www.news.com.au/wor...

👍 0   👎 7 · Reply · Share ›

**Krista Woodrunner** → JerryMander
3 years ago ·

"Yes, you are right. Biden won far fewer counties in 2020 versus Obama."

Just one more reason he should not be selected.

👍 6   👎 0 · Reply · Share ›

**Mungo McFuque** → Krista Woodrunner
3 years ago ·

I also saw this counties win and how it favoured Trump so obviously

That's because Biden's election theft could only stage a cheat in relatively few select counties, every single one Democrat run in a swing state.

This Democrat theft of the election is dreadful for our country and it cannot stand. It is so blatant and deceitful.

👍 8   👎 0 · Reply · Share ›

**scylla242** → Krista Woodrunner
3 years ago ·

LOL - well, you're definitely going to have to talk to the Framers about THAT concept: instead of voting being an individual expression of liberty, we use counties as the 'unit' of representation??

👍 0   👎 1 · Reply · Share ›

**Krista Woodrunner** → scylla242
3 years ago ·  edited

Are you illiterate? I said "not based on votes but rather is based on **states**" so don't twist my words. And, yes, states can decide how they vote. We see a misguided effort by a few to thwart the electoral college by not voting according to their raw vote count.

👍 0   👎 0 · Reply · Share ›

**JerryMander** → Krista Woodrunner
3 years ago ·



3 years ago · edited

Are you illiterate? I said "not based on votes but rather is based on **states**" so don't twist my words. And, yes, states can decide how they vote. We see a misguided effort by a few to thwart the electoral college by not voting according to their raw vote count.

👍 0   👎   Reply · Share ·

**JerryMander** ⬚⁺ → Krista Woodrunner
3 years ago ·

Please explain. Is the election based on votes? Or the number of counties won?

👍 0   👎 2   Reply · Share ·

**Krista Woodrunner** ⬚⁺ → JerryMander
3 years ago

Jerry, don't be so daft or are you trying to be coy? The massive fraud occurred in four metropolitan areas while the rest of the country gives the nod in overwhelming numbers to Donald Trump. We will neither be ruled by four wacko strongholds nor subversive cheaters. The election is not based on votes but rather is based on states. It's called the electoral college.

FOUR MORE YEARS
MAGA - Donald Trump term II.

👍 3   👎 0   Reply · Share ·

**JerryMander** ⬚⁺ → Krista Woodrunner
3 years ago · edited

I have had my daft moments. Otherwise, I'm 66 and I think my coy days are behind me.

But you will always believe in this massive election fraud in 11/20. Tens of millions of other Donald Trump supporters think the same way, so how can you not? Based on this belief I don't see how, in good conscience, you can ever vote in any future elections. While you are at it, you should convince all the Republicans you know to avoid the ballot box on election day from here on out. In this way, you will forever stand on your principles.

👍 0   👎 0   Reply · Share ·

**Krista Woodrunner** ⬚⁺ → JerryMander
3 years ago

This is completely wrong idea, Jerry: "Based on this belief" because it's a fact based deduction. Ever have a course in logical reasoning?

A belief would be something like global warming, Covid-1984 hoopla, America is racist and other such faith based nonsense.

This condescending, snide remark is characteristic of the liberal group and the reason you no longer matter: "to avoid the ballot box on election day" Obama did great damage to the democratic party but you guys are finishing it off. You destroyed yourselves.

👍 0   👎 0   Reply · Share ·

**JerryMander** ⬚⁺ → Krista Woodrunner
3 years ago · edited

Are you saying that the November 2020 election fraud is a fact, and not a belief? If so, even better. If this is established in the minds of 10's of millions of Republicans, it will do a great job of undermining faith in elections and convincing them to not vote. We only need 10% of Republicans to stay away from the polls. That should be a reasonable expectation, considering the high numbers of Republicans who are convinced that Trump won in 2020. So, my invitation stands. All Republicans are invited to not vote.

👍 0   👎 0   Reply · Share ·

**oregun** → JerryMander
3 years ago

What we need are honest elections where the ballot has a chain of custody and can be verified by the voter. I am old enough that I remember that very thing being the case in my State. Since then we have lost our ability to verify our votes as there are no identifying marks on my ballot so that I can be assured it was counted properly. This allows stacks and stacks of ballots to show up with no way to prove where they came from.

This is a criminal organizations wet dream of forever determining the elections while the voters can't prove otherwise. Exactly what is happening today and the criminals are all out there forever screaming prove it when they know the ballots mean nothing without a collective chain of custody showing where and who the ballot is from.

An honest election would show quite a lot if allowed to happen.

👍 1   👎 0   Reply · Share ·

**JerryMander** ⬚⁺ → oregun
3 years ago

Suddenly voting is fraudulent, and only in the states and counties that Donald Trump lost.

Give me a break.

👍 0   👎 0   Reply · Share ·

**M** **mbnick** ⬚⁺ → JerryMander



**JerryMander** 👤⁺ → oregon
3 years ago

Suddenly voting is fraudulent, and only in the states and counties that Donald Trump lost.

Give me a break.

👍 0  👎 0  Reply • Share ›

**mbnick** 👤⁺ → JerryMander
3 years ago

Looks like it is based on who tallies the votes. esp. the ones wearing Biden pins.

👍 2  👎 0  Reply • Share ›

**SirIzakNuton** 👤⁺ → JerryMander
3 years ago

"Mr Biden won account for 70 per cent of America's economic activity" This proves the Democrat party is the party of the rich.

👍 0  👎 1  Reply • Share ›

**JerryMander** 👤⁺ → SirIzakNuton
3 years ago

A much debated topic. In many blue counties, the poorest vote Democrat due in large part to race. And in red and blue counties, a significant number of high income voters are Republicans.

However, spreading the wealth from the urban to rural areas has to be done. On that I can completely agree.

https://qz.com/1919592/why-...

👍 0  👎 0  Reply • Share ›

**bluesdoc70** 👤⁺ → isewn
3 years ago

Bingo. Give that man a cigar.

👍 4  👎 0  Reply • Share ›

**ServosT** → Navy 74
3 years ago

They are feverishly awaiting the shocking and very very "sad" death of President Joe and the glorious rise of the first female American President!!!!!

👍 5  👎 1  Reply • Share ›

**Red Rover** 👤⁺ → ServosT
3 years ago

Camel Toe Harris is a man in drag.

👍 0  👎 0  Reply • Share ›

**Krista Woodrunner** 👤⁺ → ServosT
3 years ago

Bwawawaawwa

But, I'm feeling much better. As are most of us and that's what counts.

👍 0  👎 0  Reply • Share ›

**John Pittman** 👤⁺ → TheRealBoboBaggins
3 years ago

If this fraudulent plot is not stopped before the Electoral College votes , this will be most egregious act by the democrats ever. where in the hell has the FBI and DOJ been before and after this shameful theft ?

👍 15  👎 0  Reply • Share ›

**Sapper 9** → John Pittman
3 years ago

The FBI and DOJ have probably been involved in the planning of this coup attempt, they need their corruption in 2016 until present to stay buried.

👍 11  👎 0  Reply • Share ›

**YogicCowboy** 👤⁺ → Sapper 9
3 years ago

Even if not so, they despise the thought of We The People choosing a President not to their liking.

👍 7  👎 0  Reply • Share ›



👍 11   👎 0   Reply • Share

**YogicCowboy** → Sapper 9
3 years ago

Even if not so, they despise the thought of We The People choosing a President not to their liking.

👍 7   👎 0   Reply • Share

**John Pittman** → Sapper 9
3 years ago

Absolutely Sapper 9 ! ..and BTW where the hell is John Durham ? AG Barr said this past spring that their " Criminal Investigation " would be complete in late spring. We know one thing for sure, if biden takes office and his radical pick for AG will make the egregious spying and coup attempt investigation " Disappear "
So once again miscreants such as obama, biden, hillary, comey , mccabe, brennan, clapper escape Justice as a obvious " UPPER TIER JUSTICE " applies only to them. This is a shameful insult to most Americans !

👍 5   👎 0   Reply • Share

**Sapper 9** → John Pittman
3 years ago

Durham is afraid of retribution from a corrupt Biden administration and the FIB is up to their ears in the corruption, our elections have been high jacked by our Government.

There is absolutely no separation between the alphabet agencies, the propagandists, the DNC, academia and Hollyweird.

👍 2   👎 0   Reply • Share

**D.R. Scott** → Sapper 9
3 years ago

I hope you are wrong... but from what has happened over the last 4 years :(.

👍 3   👎 0   Reply • Share

**Symniac Brimnehole** → John Pittman
1 years ago

The 'Left-BI' and the 'Department of Just Us' are probably in on the whole scheme, much like they were in for Hillary.

👍 4   👎 0   Reply • Share

**John Pittman** → Symniac Brimnehole
3 years ago

So true and " So very Sad ". Time after time we Patriotic Americans are beyond disappointment that the democrat " Criminals " never face consequences for their " Criminal Behavior " . This should be sickening to most of Americans.

👍 4   👎 0   Reply • Share

**Seanzorelli** → John Pittman
3 years ago

FBI? Dept of "Justice"? I'm sure whoever oozed into Rosenstein's chair is going to do the right thing.

👍 4   👎 0   Reply • Share

**Krista Woodrunner** → John Pittman
3 years ago

Civil War II is the final remedy.

👍 1   👎 0   Reply • Share

**scylla242** → John Pittman
1 years ago

Maybe FBI and DOJ are/were looking at verifiable information (a.k.a the facts)? We've gotten so used to years of POTUS and team spouting whatever.. ahem, stuff... that came to mind on Twitter and mainstream media (i.e. Fox, Newsmax, OAN), that perhaps some forget that a robust, functioning legal system works off of proof and facts. It doesn't care what the echo chamber says. Anything else. and I'd join the other poster in saying "have a banana"

👍 0   👎 1   Reply • Share

**Mungo McFuque** → TheRealBilboBaggins
3 years ago

The 2020 election was a solid Trump win, which everyone with a brain knows, as does everyone know that Biden represents a shameless deceitful and corrupt project to steal the Presidency

All the Democrats had in 2020 was lying and cheating. And CHEAT is what they did.

2020 ELECTION CANNOT STAND

Document title: Legitimacy of Biden Win Buried by Objective Data - The American Spectator | USA News and Politics
Capture URL: https://spectator.org/legitimacy-of-biden-win-buried-by-objective-data/
Capture timestamp (UTC): Tue, 28 Nov 2023 18:38:31 GMT

**APP1535**



**Mungo McFuque** ☆✔ → TheRealBilboBaggins
3 years ago

The 2020 election was a solid Trump win, which everyone with a brain knows, as does everyone know that Biden represents a shameless deceitful and corrupt project to steal the Presidency

All the Democrats had in 2020 was lying and cheating. And CHEAT is what they did.

2020 ELECTION CANNOT STAND

👍 4   👎 0   Reply • Share ›

**Putin Apologist** ☆ → TheRealBilboBaggins   edited

Agreed, "the media reporting for Biden's 'victory' is so, well, dishonest, it reminds me of their reporting on the Israeli-Palestinian conflict. "Today another ten years old female terrorist was killed when she and her classmates tried to attack an Israeli column of Merkava tanks that was delivering supplies to their school."

👍 8   👎 2   Reply • Share ›

**I** | **IrishMailey** ☆✔ → TheRealBilboBaggins
3 years ago

From this article to God's ear.

👍 0   👎 0   Reply • Share ›

This comment was deleted.

**Bunky** ☆✔ → Guest
3 years ago

No, that can't be right. Joe Biden, with a *personality*? There is something else at work here, like - o I dunno. Vote fraud, maybe.

👍 1   👎 0   Reply • Share ›

**scylla242** → Guest
3 years ago

You forgot 45.

👍 0   👎 1   Reply • Share ›

**Frank McCarthy** ☆✔ → TheRealBilboBaggins   edited

Your allegory is absolutely superb! How about ...check for calluses of the media/celebrities appearing on their knees and hands after climbing and attempting to clutch onto the the bulging bandwagon that is bursting at it's seams.

👍 0   👎 0   Reply • Share ›

**T** | **TheRealBilboBaggins** ☆✔

How many Republican majority precincts had more than 100% turnout? I googled this and didn't get any hits. Yet according to this article Dem precincts had 31 precincts reporting more than 100%, with one nearly 800%. The election was rigged.

👍 30   👎 0   Reply • Share ›

**Ludevine** ☆✔ → TheRealBilboBaggins
3 years ago

The best part was people voting in two states! How much did they get paid off to temporarily move to a Motel 6 outside their true state of residence to cast an illegitimate vote after voting by absentee ballot? Good investigative work! Now arrest the criminals who did it.

👍 14   👎 1   Reply • Share ›

**R** | **Rod** ☆✔ → Ludevine
3 years ago

They didn't necessarily vote in two states. While some no doubt did, it's more likely that operatives within the state the voters were no longer living took advantage of the fact that the voters were still registered in the state they'd left and cast ballots for them. Every registration presented an opportunity for cheating, as some voters found when they went to vote and learned their vote had already been cast.

👍 14   👎 1   Reply • Share ›

**Krista Woodrunner** ☆✔ → Rod
3 years ago

What's with Tom Anderson doing a down vote here? He should be investigated for ballot tampering.

👍 0   👎 0   Reply • Share ›

This comment was removed.



**Krista Woodrunner** → Rod
3 years ago

What's with Tom Anderson doing a down vote here? He should be investigated for ballot tampering.

👍 0   👎 0   Reply • Share ⌄

*This comment was deleted.*

**Salty 1** → Guest
3 years ago

In the military if you are stationed in Virginia but have not changed your state of residence to that state you cast your vote in the state listed as your home of record via absentee ballot, NOT in Virginia.

👍 0   👎 0   Reply • Share ⌄

**secondgenamerican** → Guest
3 years ago

There were thousands of out of state votes cast of which hundreds were from the military. How about the other thousands minus hundreds? https://thehill.com/policy/...

👍 3   👎 0   Reply • Share ⌄

*This comment was deleted.*

**cribdawg** → Guest
3 years ago

Biden lost in a landslide and you know it. My questions to you democRats are, why do you want a corrupt to the core, lying, cheating complete mess of a democRat party running out government? Why do you hate America so much that you want to let your democRat politicians ruin US for good while they fleece our tax dollars and destroy our economy and government?? Why do you want US to become a 3rd world s hole democRats?

👍 12   👎 1   Reply • Share ⌄

*This comment was deleted.*

**Salty 1** → Guest
3 years ago

Fictitious votes don't count.

👍 6   👎 1   Reply • Share ⌄

**david** → Salty 1
3 years ago

No evidence counts. Lets get back to being Americans and shove this silly trump crybaby stuff to the toilet of history.

👍 0   👎 0   Reply • Share ⌄

**Tom Anderson** → Salty 1
3 years ago

There is no evidence of significant voter fraud. You are part of a cult.

👍 0   👎 7   Reply • Share ⌄

**conversantme** → Tom Anderson
3 years ago · edited

"No evidence".... and some "men" have periods, too... right? America was founded in 1619, eh? Trump is a Russian agent, right? Free speech is violence, yes? Rioting is just "peaceful protest", amirite?
Not only has there been a MASSIVE amount of evidence presented but you leftists have lost ALL ability to discern reality from fantasy... much less truth from lie.... Just shut your wicked lying hole and watch as Trump and the Patriots win and eviscerate the globalist traitors at the same time.

👍 13   👎 0   Reply • Share ⌄

**Cam** → conversantme
a year ago

This pitiful screed sure aged well

👍 0   👎 0   Reply • Share ⌄

**smokey©** → Tom Anderson
3 years ago

😂😂😂😂😂😂😂

👍 1   👎 0   Reply • Share ⌄



This pitiful screed sure aged well

**smokey©** 👤⁺ → Tom Anderson
3 years ago

👍 1   👎 0   Reply • Share

**Tom Anderson** 👤⁺ → smokey©
3 years ago

You can laugh from your position of ignorance. However, facts are on my side. NO ONE has come forward with any substantiated claims of significant voter fraud. Trump's lawyers and the GOP have been all but laughed out of court with their nonsense cases. Come into the real world.

👍 0   👎 1   Reply • Share

**Krista Woodrunner** 👤⁺ → Guero
3 years ago

You are either incredibly stupid or profoundly evil.

👍 1   👎 1   Reply • Share

**Tom Anderson** 👤⁺ → cr0ckawg
3 years ago

We don't want a corrupt to the core, lying, cheating complete mess of a Donald Trump so WE THE PEOPLE voted to fire him. It's simple. Your right wing nut job talking points don't work against facts.

👍 0   👎 8   Reply • Share

**John Pittman** 👤⁺ → Tom Anderson
3 years ago · edited

You can not ignore the incredible accomplishments of President Trump . So you instead voted for an. " Elitisl Fraud with Dementia " ...This reveals that you are incredibly IGNORANT

👍 10   👎 1   Reply • Share

**Tom Anderson** 👤⁺ → John Pittman
3 years ago

That is beyond delusional and laughable. Trump doesn't have incredible accomplishments, unless you consider making us the laughingstock of the world, increasing the debit with unnecessary military increases and a tax cut that went 82% to the top 1% of the population. Not to mention being the first president to be openly laughed AT while giving a speech. Or accumulating the most lies of any president in history. I leave the ignorance to you and your fellow mindless trump minions.

👍 0   👎 8   Reply • Share

**smokey©** 👤⁺ → Tom Anderson
3 years ago

You surely mistook him for the senile man occupying the fictitious Office of the President-Elect 🧓

👍 3   👎 1   Reply • Share

**Deoxy** → Tom Anderson
3 years ago

"Trump doesn't have incredible accomplishments".

You can dislike the man all you like (he's certainly not someone I would want my children to be around), but that's simply ridiculous. The peace deals he has facilitated in the Middle East are, all on their own, among the greatest accomplishments of any President since at least WWII. His accomplishments with the North Koreans are the greatest since the Korean War (a Kim visited South Korea! HELLO?!?).

His actions domestically produced the lowest minority unemployment ever recorded, and more generally produced one of the best economies ever recorded, arguable the best ever.

He cleared the very, very low bar of doing the most about border security of any President in decades.

Whatever else you want to say about Trump's handling of the coronavirus, Operation Warp Speed was an amazing accomplishment.

This is just the obvious, off-the-top-of-my-head stuff. He says stupid, rude stuff. He also accomplishes amazing things.

👍 3   👎 1   Reply • Share

**Tom Anderson** 👤⁺ → Deoxy
3 years ago

No, his actions didn't create the unemployment. He inherited a growing economy, his tax giveaway to the rich gave the stock market a little sugar high. There was nothing he did that reduced black unemployment, it just happened because overall unemployment was dropping.

This is just the obvious, off-the-top-of-my-head stuff. He says stupid, rude stuff. He also accomplishes amazing things.

3 | Reply • Share ›

**Tom Anderson** ▸ Deety
3 years ago

No, his actions didn't create the unemployment. He inherited a growing economy, his tax giveaway to the rich gave the stock market a little sugar high. There was nothing he did that reduced black unemployment, it just happened because overall unemployment was dropping.
Operation warp speed wasn't any amazing deal. The government threw money at companies and they were working hard to put out vaccines. In a global pandemic, they were doing that anyway. You give him far to much credit for playing golf.

0 | Reply • Share ›

**John Pittman** ▸ Tom Anderson
3 years ago • edited

I forgot to never argue or debate with an IDIOT. My apology tom !
NOTE : Noncapitization of your name is intentional

1 | Reply • Share ›

**Tom Anderson** ▸ John Pittman
3 years ago

Yes, it is true I should not be arguing with an idiot, but you were here and posting nonsense, so I responded. I knew there would be all kinds of people like you who live in a fact free echo chamber on this thread, but I'm amazed at the level of your immersion in an alternate reality.

0 | Reply • Share ›

**John Pittman** ▸ Tom Anderson
3 years ago

Take your " Delusional " mind and go straight to Hell tommie

0 | Reply • Share ›

**Tom Anderson** ▸ John Pittman
3 years ago

No, I'll stay with my verifiable facts. I don't think hell would be too much fun, there would be too many ignorant people like you there.

0 | Reply • Share ›

This comment was deleted.

**Notbuyingit3337** ▸ Guest
3 years ago

Also, during Obama years, HHS found that "comprehensive" sex ed programs were either ineffective or had negative outcomes. Trump tried to defund these programs, and the MSM all ran headlines saying Trump was trying to increase teen pregnancy. Huffpo's piece on it was so biased, it didn't even mention the HHS study at all, and advertised one of Planned Parenthood's programs that increased teen pregnancy. It was so bad HHS put this out:
https://www.hhs.gov/ash/abo...

0 | Reply • Share ›

**Tom Anderson** ▸ Guest
3 years ago

Your cut and paste list of "accomplishments" is a full on partisan fantasy alternative reality. Many of the accomplishments listed are bad things for the nation. The fact that he signed things put in front of him are not his accomplishments. The aid he gave to farmers was due to his stupid tariffs that accomplished NOTHING but cost the consumers in the USA.
Your so called accomplishments are garbage in the real world, outside your fact free echo chamber

2 | Reply • Share ›

**Krista Woodrunner** ▸ Tom Anderson
3 years ago

Tommy, dear, what you are experiencing has a name. It's called "cognitive dissonance."

2 | Reply • Share ›

**Tom Anderson** ▸ Krista Woodrunner
3 years ago

Laughable. I deal in facts. I leave the "alternative facts" (lies) to you and Trump. Your alternative reality is not the real world.

0 | Reply • Share ›

**N. A. R II** ▸ Guest
3 years ago • edited

It is actually just an example of one of several ways this way done.



Tom Anderson
3 years ago

Laughable. I deal in facts. I leave the "alternative facts" (lies) to you and Trump. Your alternative reality is not the real world.

👍 0   👎 0   Reply  •  Share ·

N. A. R II  ➜ Guest
3 years ago · edited

It is actually just an example of one of several ways this way done.
The problem is finding the systems that were used in the limited amount of time we have.

👍 2   👎 0   Reply  •  Share ·

DrHowardFine  ➜ secondgenamerican
3 years ago

Yes... That's how the media pushes it's narrative, that all these fraud claims are unmerited. The twist the data to fit THEIR narrative

👍 0   👎 1   Reply  •  Share ·

John Pittman  ➜ Guest
3 years ago

Your pathetic position of condoning " Voter Fraud " reveals you to be a truly " Loathsome POS !

👍 4   👎 2   Reply  •  Share ·

Tom Anderson  ➜ John Pittman
3 years ago

No one is condoning voter fraud, since there is no significant voter fraud there is nothing to condone.

👍 0   👎 0   Reply  •  Share ·

Frank McCarthy  ➜ Lindvine
3 years ago

Makes one wonder how "potential voters" were 'managed' , what strikes one again as even stranger are the 100's of thousands of ballots having only one box checked the one on top Biden/Harris, and no one else??
This is the work of people who have little clue on how or desire how to vote. Folks I know vote either their party line or for the candidates of their choosing, this is the beauty and joy of vote casting, heck I even enjoy reading the amendments for referendums.

👍 2   👎 0   Reply  •  Share ·

Mad Max  ➜ TheRealBilboBaggins
3 years ago

It wasn't just rigged. Election officials in several battleground states unlawfully and unconstitutionally set aside duly enacted election laws in violation of the plenary authority granted state legislatures by Article II, Section 1, Clause 2 of the US Constitution.

The election is invalid in Georgia, Michigan, Wisconsin, Pennsylvania and likely some other states.

👍 13   👎 1   Reply  •  Share ·

TheRealBilboBaggins  ➜ Mad Max
3 years ago

Correct.

👍 3   👎 0   Reply  •  Share ·

Tari  ➜ Mad Max
3 years ago

You are truly crazy! What an utter imbecile

👍 1   👎 8   Reply  •  Share ·

Mad Max  ➜ Tari
3 years ago

No. You are just ignorant of the law and an imbecile for self-identifying..

👍 11   👎 1   Reply  •  Share ·

Tom Anderson  ➜ Mad Max
3 years ago

You are so painfully misinformed and deluded to believe that pile of garbage. You have no idea what you're talking about and the people who are telling you this garbage are lying to you.

👍 0   👎 7   Reply  •  Share ·

Mad Max  ➜ Tom Anderson



**Tom Anderson** → Mad Max
3 years ago

You are so painfully misinformed and deluded to believe that pile of garbage. You have no idea what you're talking about and the people who are telling you this garbage are lying to you.

👍 0  👎 7  Reply • Share ›

**Mad Max** → Tom Anderson
3 years ago

Sorry, I'll take the word of Supreme Court Justice Samuel Alito over yours as his matters substantially more than yours does in this case.

👍 9  👎 1  Reply • Share ›

**J   John Pittman** → Tom Anderson
3 years ago

You and your despicable party are masters at " Dishonesty and Deception " !

👍 6  👎 1  Reply • Share ›

**B   bumbershoot** → TheRealBilboBaggins
3 years ago

That's because Trump's famous -- and incredibly competent -- legal Kraken mixed up Michigan and Minnesota in the Very Serious Legal Filings they've made to the court.

👍 7  👎 2  Reply • Share ›

**R   Rod** → bumbershoot
3 years ago

Quick question for you bumber. If this election was stolen, would you be fine with that? I suspect the answer is "sure," but would like to know.

👍 3  👎 2  Reply • Share ›

**B   bumbershoot** → Rod
3 years ago

Of course not. But as Rudy Giuliani himself put it in court, "This is not a fraud case."

Or to quote the words of a Trump-appointed judge on the 3rd Circuit Court of Appeals, "Charges require specific allegations and then proof. We have neither here."

👍 3  👎 4  Reply • Share ›

**robertjbarron** → bumbershoot
3 years ago

Bumbershoot, those words- from a Trump-appointed Judge- told me that this Country is still in good hands. Of course, many people (including Trump himself) probably think in terms of "Trump Judges. Obama Judges. Clinton Judges".......it doesn't work that way. It never will. When you put on those black robes, you transcend politics. But millions (including, I suspect, many of the commentators here) will accept that.

👍 3  👎 3  Reply • Share ›

**scylla242** → TheRealBilboBaggins
3 years ago

"I googled this and didn't get any hits. Yet according to this article..." Really, that's the full extent of your inquiry that brought you to such certainty? No wonder that the whole concept of 'verifiable fact' is dismissed by many commenting here, and ridiculed whenever someone brings it up.

👍 0  👎 0  Reply • Share ›

**T   TheRealBilboBaggins** → scylla242
3 years ago  edited

So without evidence you discount my evidence? Why don't you provide some evidence on your own that Republican districts are over counting a 100%

👍 0  👎 0  Reply • Share ›

This comment was deleted.

**secondgenamerican** → Guest
3 years ago

You're correct, there were errors in the filings. Are you O.K. with fraud because the attorneys screwed up some initials or misspelled some words? Unlike Mueller, the Trump attorneys weren't given an indefinite amount of time and money to write their filings. They were under a time crunch and didn't have hundreds of government employees at their beck and call to reread it time and again to make sure there were no errors in the filings.

👍 19  👎 0  Reply • Share ›

This comment was deleted.

**Salty1** → Guest

You're correct, there were efforts in the filings. Are you O.K. with fraud because the attorneys screwed up some initials or misspence some words? Unlike Mueller, the Trump attorneys weren't given an indefinite amount of time and money to write their filings. They were under a time crunch and didn't have hundreds of government employees at their beck and call to reread it time and again to make sure there were no errors in the filings.

👍 10   👎 1   Reply  •  Share ›

This comment was deleted.

**Salty I** ✿˙  ↱ Guest
3 years ago

Spin it however you like but the unconstitutional acts by state officials are prima facie...

👍 7   👎 1   Reply  •  Share ›

**B**   **bumbershoot** ✿˙  ↱ Guest

Both Krakens and "elite strike teams" have a hard time with US state abbreviations, it turns out.

👍 1   👎 3   Reply  •  Share ›

**N**   **noman**
3 years ago

On November 9 2016 the Left vowed "Never again" and began an all out effort to steal 2020.

Looks like it worked. They stole it, the media will bury it, and the courts will hammer it home.

Have a banana.

👍 25   👎 1   Reply  •  Share ›

**southsider** ✿˙  ↱ noman
3 years ago

The goofs were so sure of victory in 2016 that the most unpleasant,unlikable candidate in the history of the Republic,the un-indicted felon,ran the worst campaign in history. The goofs took a day or two to catch their breath and then launched their "all out effort to steal 2o2o".
Have a pleasant week.

👍 6   👎 1   Reply  •  Share ›

**L**   **Ludevine** ✿˙  ↱ noman
3 years ago

The underhanded Left always manages to keep their promises. Biden was the biggest banana in the bunch. Overripe, but big.

👍 7   👎 2   Reply  •  Share ›

**Krista Woodrunner** ✿˙  ↱ Ludevine
1 years ago

Banana split.

👍 0   👎 0   Reply  •  Share ›

**Glider driver** ✿˙  ↱ noman
3 years ago

It won't stop the Movement only strengthen it and motivate its members.

👍 0   👎 0   Reply  •  Share ›

**John II** ✿˙
3 years ago

"Joe Biden's victory is no more legitimate than his plagiarized rhetoric or working class credentials. His Potemkin presidency would be no more authentic than the man himself."

Nice zinger. But no trolls yet. Maybe they're looking up terms like "plagiarized rhetoric" and "Potemkin presidency" before they respond with their usual squid-like bursts of electronic ink. Or maybe they're getting a little nervous with the prospect of no Orange Man to fake indignation over.

These are muddy waters.

👍 21   👎 3   Reply  •  Share ›

**L**   **Ludevine** ✿˙  ↱ John II
3 years ago

The election waters were sullied by Obama. By the way, I wish I could recall where I've seen that phrase you filched about the squid like bursts of ink. Nice.

👍 8   👎 2   Reply  •  Share ›

**John II** ✿˙  ↱ Ludevine

△ 21   �ó 3   ⤶ Reply • Share ⌄

**Ludevine** ♣⁺ ⤷ John II
3 years ago

The election waters were sullied by Obama. By the way, I wish I could recall where I've seen that phrase you filched about the squid like bursts of ink. Nice.

👍 8   👎 2   Reply • Share ⌄

> **John II** ♣⁺ ⤷ Ludevine
> 3 years ago
>
> The basic metaphor, without my update, appears in George Orwell's essay on "Politics and the English Language" (1946).
>
> 👍 2   👎 0   Reply • Share ⌄

> This comment was deleted
>
> > **John II** ♣⁺ ⤷ Guest
> > 3 years ago   edited
> >
> > Well--no. What he refers to as "pretentious diction" is the consequence of slovenly habit. I often use inflated diction deliberately for rhetorical effect--such as annoying the hell out of folks like yourself--but never pretentious diction.
> >
> > Among my favorite mots in that essay (which I've read, literally, more than a hundred times: I used it among the required readings of the writing classes I was stuck with for more than 40 years) comes near the end, where Orwell invites his reader to look back over his own writing in that very essay for more examples of the crap he's ridiculing.
> >
> > By the way, the essay was finally banned from standard college texts in the 1990's, DReddie, under pressure from the kinds of lefty academies to which Orwell was too clearly alluding in his passing reference to "some comfortable English professor defending Russian totalitarianism."
> >
> > But I'm glad to see you've read it anyhow. Now all you have to do is take it to heart.
> >
> > 👍 3   👎 0   Reply • Share ⌄

> > This comment was deleted.
> >
> > > **John II** ♣⁺ ⤷ Guest
> > > 3 years ago
> > >
> > > I dunno. But given what I know of his writing, I can guess.
> > >
> > > If you asked him about "the non-existent voter fraud," he would probably blink, stare at you a few seconds, and say, "I'm sorry, but I'm not sure what you're saying. Are you asking about voter fraud that's non-existent . . . or about a fraud that involves the imposition of non-existent voters on an election?"
> > >
> > > But that's only a guess. I'm certain he would *not* say anything like "Unless you are deliberately begging the question, kindly disambiguate."
> > >
> > > 👍 1   👎 1   Reply • Share ⌄

> > > **Jack** ♣⁺ ⤷ John II
> > > 3 years ago
> > >
> > > Get off of Trump's meat.
> > >
> > > 👍 0   👎 0   Reply • Share ⌄

> **Gray Panther** ♣⁺ ⤷ Ludevine
> 3 years ago
>
> Indeed. Now he will get his third term. I can hardly wait. 😑
>
> 👍 0   👎 1   Reply • Share ⌄

**Oh Dee** ♣⁺ ⤷ John II
3 years ago

Excellent! They'll have to look up the squid-reference too!

👍 1   👎 0   Reply • Share ⌄

**Trever** ⤷ John II
3 years ago   edited

John II,

*"These are muddy waters."*

Excellent choice of phrase.

"These are very deep waters," said Holmes; "pray go on with your narrative."

— Sherlock Holmes. "The Adventure of the Speckled Band"





John II,

*"These are muddy waters."*

Excellent choice of phrase.

"These are very deep waters," said Holmes; "pray go on with your narrative."

— Sherlock Holmes, "The Adventure of the Speckled Band"

https://www.pagebypagebooks...

👍 1   👎 0   Reply • Share ›

**John II** 🔹 → Trevor
3 years ago

Hmmm, our reading habits are amazingly similar. I've been filching that "deep waters" business, in various patterns, from Conan Doyle for years now.

👍 2   👎 0   Reply • Share ›

This comment was deleted.

This comment was deleted.

**Governor Mumps** 🔹 → Guest
3 years ago

I live in Minnesota and I have seen the precinct by precinct vote totals for 2020 versus 2016. Higher turnouts, sure. But also lots of specific voting irregularities. Why is Minnesota not on the list of battleground states being challenged by Trump et al? Because of the principle of "low hanging fruit". Minnesota would take a lot more resources and staff to challenge. As it is, there is an effort in MN CD2 to overturn the congressional results because of fraud

👍 4   👎 0   Reply • Share ›

**Paul Kersey** 🔹 → Guest
3 years ago

no they just merged last nite lmao we now have Michesota - look it up

👍 0   👎 0   Reply • Share ›

This comment was deleted.

**Tom Anderson** 🔹 → Guest
3 years ago

Just because you can't take a frank discussion of facts doesn't make anyone else a troll. There were no precincts that actually had more votes than registered voters. The idiot who said that was using the voter registration data from towns in Minnesota instead of towns in Michigan. He made an error and got his numbers wrong.

👍 1   👎 3   Reply • Share ›

**Krista Woodrunner** 🔹 → Tom Anderson
3 years ago

I doubt you would recognize a fact even if it were forged into a nail and used to fasten you to a cross.

👍 0   👎 0   Reply • Share ›

**Tom Anderson** 🔹 → Krista Woodrunner
3 years ago

And the troll replies with a personal attack and no facts. Fact, none of the voting precincts had a vote count higher than the registered number of voters. The person claiming they did make a mistake and used information for Minnesota.

👍 0   👎 0   Reply • Share ›

**William Westchester** 🔹   edited
3 years ago

Barack Obama has spent four years crafting an election theft program that would not be able to be discovered, unwound, and reversed in the 40 days' time between election day and the meeting of the electoral college. The man is evil.

👍 17   👎 4   Reply • Share ›

**Benny Havens** 🔹 → William Westchester
3 years ago

Remember just before the 2016 election, there was a report that a number of foreign governments were actively trying to influence our election. Obama came out, diddle bobbed to the podium to assure the American public, with a smirk on his face, that "these countries can't get into our voting machines". Well this go around it's not foreign governments, it's the demorate party that is involved and he knows it.

Document title: Legitimacy of Biden Win Buried by Objective Data - The American Spectator | USA News and Politics
Capture URL: https://spectator.org/legitimacy-of-biden-win-buried-by-objective-data/
Capture timestamp (UTC): Tue, 28 Nov 2023 18:38:31 GMT

**APP1544**



△ 17   ▽ 4   Reply   Share ›

**Benny Havens** 👤⁺  ➜ William Westchester
3 years ago

Remember just before the 2016 election, there was a report that a number of foreign governments were actively trying to influence our election. Obama came out, diddle bobbed to the podium to assure the American public, with a smirk on his face, that "these countries can't get into our voting machines". Well this go around it's not foreign governments, it's the demarcate party that is involved and he knows it.

△ 12   ▽ 1   Reply   Share ›

> **Krista Woodrunner** 👤⁺  ➜ Benny Havens
> 1 years ago
>
> I, [name], do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, **foreign and domestic**; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.
>
> △ 0   ▽ 0   Reply   Share ›

> **William Westchester** 👤⁺  ➜ Benny Havens
> 3 years ago
>
> You the dude with a tavern just outside a famous college in Orange County?
>
> △ 0   ▽ 0   Reply   Share ›

**Ludevine** 👤⁺  ➜ William Westchester
3 years ago

Obama is as evil as they come and Michelle runs a close second.

△ 15   ▽ 3   Reply   Share ›

> **SUBVET** 👤⁺  ➜ Ludevine
> 3 years ago
>
> where does the rapist wife measure up ....
>
> △ 1   ▽ 0   Reply   Share ›

**southsider** 👤⁺  ➜ William Westchester
3 years ago

BHO is a cipher. He couldn't "craft" a cheese pizza. His handlers directed him.
Be well.

△ 2   ▽ 0   Reply   Share ›

**bumbershoot** 👤⁺  ➜ William Westchester
3 years ago

Barack Obama has spent four years crafting an election theft program that would not be able to be discovered, unwound, and reversed in the 40 days' time between election day and the meeting of the electoral college.

You better get all the ironclad evidence you've presented for this assertion to Trump's "elite strike team" AT ONCE!

They keep losing court case after court case after court case and they need all the help they can get!

△ 4   ▽ 9   Reply   Share ›

> **Cat Shot** ➜ bumbershoot
> 3 years ago
>
> I suspect Trump will continue losing cases, but not for the reasons you apparently think. What judge wants to sign up to they mayhem Democrats will inflict on the nation if the courts rule in Trumps favor?
>
> △ 3   ▽ 1   Reply   Share ›

> > **fiscal conserv 58** 👤⁺  ➜ Cat Shot
> > 3 years ago · edited
> >
> > It's becoming clearer everyday why POTUS nominated Mrs. ACB to SCOTUS. Roberts is no conservative and appears to be compromised, but there is now a disticly 5-4 conservative representation. Should make for fascinating TV, pass the popcorn please, extra butter & I'll double up on my Crestor..
> >
> > Pop Corn Joe, not Cornpop!
> >
> > △ 5   ▽ 2   Reply   Share ›

> > **Tom Anderson** 👤⁺  ➜ Cat Shot



3 years ago · edited

It's becoming clearer everyday why POTUS nominated Mrs. ACB to SCOTUS. Roberts is no conservative and appears to be compromised, but there is now a distictly 5-4 conservative representation. Should make for fascinating TV, pass the popcorn please. extra butter & I'll double up on my Crestor.

Pop Corn Joe, not Cornpop!

👍 5    👎 2    Reply • Share ›

**Tom Anderson**   ➔ Cut Shot
3 years ago

The level of alternate reality you people live in is amazing. Trump is losing cases because he has NO evidence. NO evidence. What part of that don't you understand. None of their false claims stand up in court, it has nothing to do with Democrats. You need to pull your head out of the fact free right wing nut job echo chamber.

👍 3    👎 2    Reply • Share ›

**Deoxy**   ➔ Tom Anderson
3 years ago

Right, because evidence isn't evidence unless the Democrats or the media (but I repeat myself) say so.

No, I'll look at it myself and make my own determination, thanks. Most of it isn't hard (western nations have been publishing "how to spot fraud"-style articles for the average person for decades... they were intended for use in third-world nations, but I guess we're there now).

👍 0    👎 0    Reply • Share ›

**robertjbarron**   ➔ bumbershoot
3 years ago

Bumbershoot, that ALONE was worth the price of admission!

👍 1    👎 0    Reply • Share ›

**Jonathan Galt**   ➔ bumbershoot
3 years ago

What we "need" is for the thousands of traitors like yourself to be given a fair trial, then hung. Trust me, we won't need to "cheat" in the trials.

👍 2    👎 2    Reply • Share ›

**bumbershoot**   ➔ Jonathan Galt
3 years ago

And there's that famous right wing tolerance and hatred of "cancel culture" we hear so much about!

👍 1    👎 1    Reply • Share ›

**Jonathan Galt**   ➔ bumbershoot
3 years ago

We've been tolerant of your criminal behavior far too long. That grace period is passed, and you will be held accountable.

👍 0    👎 1    Reply • Share ›

**bumbershoot**   ➔ Jonathan Galt
3 years ago

What criminal behavior have I personally committed, Jonathan?

👍 3    👎 2    Reply • Share ›

**Jonathan Galt**   ➔ bumbershoot
3 years ago

Aiding and abetting criminals.

👍 0    👎 1    Reply • Share ›

**bumbershoot**   ➔ Jonathan Galt
3 years ago

I did?!?

I'm overcome with remorse!

What police station should I visit to turn myself in?
And what specific "criminals" did I "aid and abet"?

Be precise -- the cops won't arrest me unless I can show I've committed a crime, and I'd hate to turn myself in for nothing.

👍 1    👎 0    Reply • Share ›

**Jonathan Galt**   ➔ bumbershoot
3 years ago

What police station should I visit to turn myself in?
And what specific "criminals" did I "aid and abet"?

Be precise -- the cops won't arrest me unless I can show I've committed a crime, and I'd hate to turn myself in for nothing

👍 1   👎 0   Reply • Share ·

**Jonathan Galt** → bumbershoot
3 years ago

I think your public confession here is enough for them to get started on. But, given that you are less meaningful in the big scheme of things than a fart, perhaps you will escape prosecution.

👍 2   👎 1   Reply • Share ·

**bumbershoot** 👤⁺ → Jonathan Galt
3 years ago

Sure, but I still need a specific charge -- can you point one out to me?

👍 1   👎 0   Reply • Share ·

**Tom Anderson** 👤⁺ → Jonathan Galt
3 years ago

You are a delusional cult member, not a patriot. You believe lies and you spread lies.

👍 0   👎 1   Reply • Share ·

**Jonathan Galt** → Tom Anderson
3 years ago

Truth really terrifies you, doesn't it?

👍 0   👎 0   Reply • Share ·

**Tom Anderson** 👤⁺ → Jonathan Galt
3 years ago

You have no truth, you have delusions and conspiracy theory nonsense. NONE of it having any actual evidence to back it up. At this point it just looks like you're a troll here to cause conflict among actual Americans and you lie about being a fighter pilot and everything else you post. NO one could be ignorant enough to believe the garbage that you post.

👍 0   👎 1   Reply • Share ·

**Jonathan Galt** → Tom Anderson
3 years ago

Yep, you are terrified of the truth

👍 0   👎 0   Reply • Share ·

**Tom Anderson** 👤⁺ → Jonathan Galt
3 years ago

LOL, you're such a funny little troll. When you actually get some truth to replace the lies you've been spewing, come on back.

👍 0   👎 0   Reply • Share ·

**Jonathan Galt** → Tom Anderson
3 years ago

And yet you can't find anything I say that isn't the truth. That terrifies you and makes you wonder if all your hate posting is worth the few Rubles you get paid.

👍 0   👎 0   Reply • Share ·

**Tom Anderson** 👤⁺ → Jonathan Galt
3 years ago

More nonsense from the troll. Well junior, since you seem to have no concept of critical thinking or burden of proof, I'll give you some insight, even though I'm just feeding a troll.
When you make outrageous claims, things like people should be hung for treason involving collaboration with China, YOU have to show evidence to back up those claims. It is not up to me to disprove something, the burden of proof is on the claimant.
Everything you've posted is lies. You have no proof of any of your wild accusations.
You are just an impotent troll spreading lies.

👍 0   👎 0   Reply • Share ·

**Jonathan Galt** → Tom Anderson
3 years ago

"When you make outrageous claims, things like people should be hung for treason involving collaboration with China,..."

But that isn't outrageous at all - it is the literal punishment for treason, and there is clear evidence that the Chinese were participants in this fraudulent

Document title: Legitimacy of Biden Win Buried by Objective Data - The American Spectator | USA News and Politics
Capture URL: https://spectator.org/legitimacy-of-biden-win-buried-by-objective-data/
Capture timestamp (UTC): Tue, 28 Nov 2023 18:38:31 GMT

**APP1547**



You are just an impotent troll spreading lies.

👍 0    👎    Reply • Share ›

**Jonathan Galt** ➜ Tom Anderson
3 years ago

"When you make outrageous claims, things like people should be hung for treason involving collaboration with China,..."

But that isn't outrageous at all - it is the literal punishment for treason, and there is clear evidence that the Chinese were participants in this fraudulent election.

That you won't take the time to educate yourself on the evidence simply shows you care nothing for election integrity, honesty, ethical behavior, the rule of law - in other words, you are a sociopath, by definition. Please take your mental illness somewhere else - I am not a special needs teacher, and do not care if you get better.

👍 0    👎    Reply • Share ›

**Tom Anderson** ⚑↑ ➜ Jonathan Galt
3 years ago

You have provided no evidence or sources for your outrageous claims. I care for facts and evidence, you have neither. All you have is conspiracy theory, accusations and lies.

👍 0    👎 1    Reply • Share ›

**Jonathan Galt** ➜ Tom Anderson
3 years ago

In addition to your sociopathy, you are a perfect hypocrite. For years you claimed to be convinced that President Trump and his campaign colluded with Russians when in fact the ONLY material evidence clearly showed that it was a massive hoax perpetrated first by Hillary Clinton LITERALLY colluding with Russians quickly followed by virtually every Democrat, yourself included, singing the same hoax in unison. Clearly, you care nothing about evidence. And now here, when the evidence abounds and is easily verified, you twist and squirm and parrot, "No evidence! No evidence!" in unison with your lying masters.

You are truly a pathetic specimen.

👍 0    👎 0    Reply • Share ›

**Tom Anderson** ⚑↑ ➜ Jonathan Galt
3 years ago

Ok, junior. Your entire post is hogwash. I didn't claim for years that Trump and his campaign colluded. No, the evidence didn't show that it was a massive hoax, if you believe that, you live in the RWNJ fact free echo chamber. Clinton did not collude with the Russians that is just a RWNJ talking point, not a fact.
You have provided not one single source of your lies regarding Democrats and China. You just keep whining treason with no evidence.
You are a pathetic troll and you are dismissed.

👍 0    👎 1    Reply • Share ›

**Jonathan Galt** ➜ Tom Anderson
3 years ago

So sad, moron, but Trump will be serving his second term - while you will be in a straightjacket.

https://www.citizenfreepres...

👍 0    👎 0    Reply • Share ›

**Tom Anderson** ⚑↑ ➜ Jonathan Galt
3 years ago

Your post is laughably false and ignorant, just like the rest of your posts.
The Georgia video is just more nonsense from the ignorant who see something and make something else out of it. You think the video shows something because you want it to.

👍 0    👎    Reply • Share ›

**Jonathan Galt** ➜ Tom Anderson
3 years ago

Your heroes are going to hang. You will be sad.

👍 0    👎 0    Reply • Share ›

**Jonathan Galt** ➜ Tom Anderson
3 years ago

Clinton DID collude with "Russians" - the fake dossier she purchased came from a Russian with ties to Russian intelligence, and our own intelligence agencies concluded it was probably Russian propaganda. By promoting this information as "factual" she was acting as a lackey for Putin. your dearest one. She then circulated it with her friends in the Dpt of State, who in turn shared it with leftist hacks in the DoJ and intelligence agencies - who then hatched a plot to promote this Russian propaganda by strategically leaking it to their allies in the press.

At the end of the Mueller investigation, an ironic name since he had no idea what those 17 angry Democrats actually did during it, all we learned for



**Jonathan Galt** → Tom Anderson
3 years ago ·

Clinton DID collude with "Russians" - the fake dossier she purchased came from a Russian with ties to Russian intelligence, and our own intelligence agencies concluded it was probably Russian propaganda. By promoting this information as "factual" she was acting as a lackey for Putin, your adored one. She then circulated it with her friends in the Dpt of State, who in turn shared it with leftist hacks in the DoJ and intelligence agencies - who then hatched a plot to promote this Russian propaganda by strategically leaking it to their allies in the press.

At the end of the Mueller investigation, an ironic name since he had no idea what those 17 angry Democrats actually did during it, all we learned for certain is that the Trump campaign were just about the only people in DC who DIDN'T "collude with Russians."

As for your feeble and childish demands that I spoon feed you what is available daily and readily on the internet, pound sand moron. As I have told you repeatedly, if you are too stupid to figure this out for yourself from readily available sources then there is no reason on earth for me to try to "fix" your idiocy. If you can't take the time to keep abreast of current events, you have no business having an OPINION, let alone posting here. Uninstall the internet immediately - it is clearly too mystifying and terrifying for you to handle. Adulting is hard, and you aren't ready yet. Maybe you never will be.

👍 0    👎 0    Reply  •  Share ·

**Tom Anderson** ⬝⁺ → Jonathan Galt
3 years ago ·

Everything you've posted is garbage from the right wing nut job fact free bubble. It's lies and BS.
Your China claims of collusion with Dems are lies and BS.
I only asked your sources because what you claim comes from conspiracy websites, not actual news.
Your nonsense opinions that you are willing to have people hung for treason over show that your ignorance cannot be fixed.
In the FACTUAL data, nothing you claim is true. Your 17 angry democrats comment shows that you believe lies.
Everything you post is lies.
I'm done with your stupidity.
You are dismissed. I'm not going to respond to your BS and lies anymore. Your alternative facts are just lies.

👍 0    👎 0    Reply  •  Share ·

**Jonathan Galt** → Tom Anderson
3 years ago ·

Poor Boris - in other words, you cannot refute a single thing I said and it makes you weep to be exposed.

Perhaps "Tom Anderson" is a psuedoname for one of the 17 angry Democrats, eh? So sad - 3 years, no collusion, no obstruction. It must make you shake with impotent rage.

👍 0    👎 0    Reply  •  Share ·

**Jonathan Galt** → Tom Anderson
3 years ago ·

Translation: You cannot refute a single word I've said, deflect.

👍 0    👎 0    Reply  •  Share ·

**Jonathan Galt** → Tom Anderson
3 years ago ·

Look, you are obviously a patriot - for Russia. We don't need you here.

👍 0    👎 0    Reply  •  Share ·

This comment was deleted.

**Jonathan Galt** → Guest
3 years ago ·

Try looking in the Constitution, dunce. It will be a first for you. Then, tell all of your fellow Chinese trolls what you found.

👍 2    👎 1    Reply  •  Share ·

**tom f** ⬝⁺ → Jonathan Galt
3 years ago ·

Jonathan, maybe you should look at the Constitution ·

Treason against the United States, shall consist only in levying War against them, or in adhering to their Enemies, giving them Aid and Comfort. No Person shall be convicted of Treason unless on the Testimony of two Witnesses to the same overt Act, or on Confession in open Court.

So Jonathan, maybe you can prove that all these Democrats were working for an enemy of the US. On the other hand, Trump has businesses in a number of foreign countries where he still receives compensation.

👍 1    👎 1    Reply  •  Share ·

**Tom Anderson** ⬝⁺ → Jonathan Galt
3 years ago ·

You right wing nut jobs throw that word traitor around pretty easy. But it's you and trump that are the actual traitors to our nation.

So Jonathan, maybe you can prove that all these Democrats were working for an enemy of the US. On the other hand, Trump has businesses in a number of foreign countries where he still receives compensation.

👍 1   👎 1   Reply • Share ·

**Tom Anderson** 👤⁺  ↱ Jonathan Galt
3 years ago

You right wing nut jobs throw that word traitor around pretty easy. But it's you and trump that are the actual traitors to our nation.

👍 0   👎 1   Reply • Share ·

**Jonathan Galt**  ↱ Tom Anderson
3 years ago

I am not "right wing." I am centrist. You fell over the left edge and so cannot even see center anymore, which explains your confusion.

I served our military for nine years as a fighter pilot, and have NEVER taken the word "traitor" lightly. The real problem is that you don't see actual treason as a problem if it gets you what you think you want. Such people are clinically called "sociopaths," having no moral / ethical compass.

Attempts to steal the election in cooperation with foreign hostile powers qualify as treason. This is not a personal opinion, it is statement of fact. This is especially true as we now know there is evidence from our military cyber battalion indicating the theft was coordinated between American citizens and China.

👍 2   👎 0   Reply • Share ·

**Tom Anderson** 👤⁺  ↱ Jonathan Galt
3 years ago

Garbage, you are not centrist, you spew all of the lies and false talking points of a right wing nut job.
The ONLY attempt to steal this election is coming from Trump trying to override the will of WE THE PEOPLE just for his own ego and power. It's not going to happen troll.

👍 0   👎 2   Reply • Share ·

**Jonathan Galt**  ↱ Tom Anderson
3 years ago

...says the leftist nut job. You're so whacked you have no clue your party has been trying to stage a coup for over 100 years.

👍 0   👎 0   Reply • Share ·

**Jonathan Galt**  ↱ Tom Anderson
3 years ago

...says the leftist nut job. You are so whacked you have no clue your own part

👍 0   👎 0   Reply • Share ·

**Tom Anderson** 👤⁺  ↱ Jonathan Galt
3 years ago

What we need in this nation is for ultra right authoritarian fascists like yourself to come to an understanding of what the Constitution actually says and to come into the 21st century because you live somewhere in the dark ages.

👍 0   👎 2   Reply • Share ·

**Jonathan Galt**  ↱ Tom Anderson
3 years ago

You leftist cultists continually accuse others of your sins. We now know that some of the attempted steal was identified by our military cyber battalion - collusion between U.S. Citizens and China (among other hostile nations). This meets the Constitutional definition of treason - a crime punishable by execution.

I'm over 60, a former fighter pilot (for this country, Boris, not yours), and a life long student of our Constitution. I swore a life-long oath to uphold and defend our Constitution against all threats, foreign or domestic. At this point in time, you and other people trying to excuse election theft meet that definition.

Oh, and your silly "progressive" idiotology is really just neo-Feudalism - actual dark ages ideas, not progressive like the individual liberty enshrined in our Constitution.

👍 3   👎 1   Reply • Share ·

**Tom Anderson** 👤⁺  ↱ Jonathan Galt
3 years ago

"We now know" Really? what is the source of this knowledge. Breitbart? infowars? Just the news? What far right propaganda and conspiracy theory site did you get this equine excrement from?
What we KNOW due to confirmation from all intelligence agencies, is that Russia helped Trump get elected in 2016. That is what we know.
What you are CLAIMING without actual evidence is that US Citizens are colluding with China. By the way, collusion isn't an actual crime.
You MAY have been a fighter pilot, but you have lost your mind if you believe the garbage you are posting. What YOU are doing is spread lies about the election. There was no significant fraud, but Trump and low-life's like you continue to undermine our democratic processes with lies.
YOU and Trump ARE the threats to our Constitution.



**Tom Anderson** → Jonathan Galt
3 years ago

"We now know" Really? what is the source of this knowledge. Breitbart? infowars? Just the news? What far right propaganda and conspiracy theory site did you get this equine excrement from?

What we KNOW due to confirmation from all intelligence agencies, is that Russia helped Trump get elected in 2016. That is what we know.
What you are CLAIMING without actual evidence is that US Citizens are colluding with China. By the way, collusion isn't an actual crime.
You MAY have been a fighter pilot, but you have lost your mind if you believe the garbage you are posting. What YOU are doing is spread lies about the election. There was no significant fraud, and Trump and low-life's like you continue to undermine our democratic processes with lies.
YOU and Trump ARE the threats to our Constitution.

👍 0    👎 0    Reply • Share ›

**Jonathan Galt** → Tom Anderson
3 years ago

OMG - Russia - drink!

Back to your asylum cell, whack job. The only people who DIDN'T collude with Russians in the 2016 elections were Republicans.

👍 0    👎 0    Reply • Share ›

**Tom Anderson** → Jonathan Galt
3 years ago

That's where you've really gone off the rails of reality troll. ALL of our intelligence agencies said that Russia interfered with our elections in support of trump to undermine our democratic processes. Now Trump is doing the heavy lifting for them, lying and causing division, undermining our democratic processes. Stay in your own country troll and stay out of our political processes.

👍 0    👎 0    Reply • Share ›

**Jonathan Galt** → Tom Anderson
3 years ago

Moron, every one of them ALSO said under oath that it didn't affect a single vote and that Trump and his campaign had nothing to do with the Russian interference.

It takes a special kind of stupid to still believe the hoax after the first failed coup conspirator has already p,ead guilty in Federal court.

👍 0    👎 0    Reply • Share ›

**William Westchester** → bumbershoot
3 years ago

Last night Mark Levin was on top of this. The PA courts are partisan to the extreme, presenting a situation where the petitioners had no standing before the election, but after it was too late. The fact that the state corrupted the process of electing the president presents a case for appeal to SCOTUS. Check out what he said.

👍 0    👎 0    Reply • Share ›

This comment was deleted.

**bumbershoot** → Guest
3 years ago

Normally we don't refer to a humiliating loss in a federal appellate court as "closing" a case, but I guess you're new to the law, Leon?

As for the many cases Trump has lost -- or "closed" -- I'm happy to help!

Here they are:

https://en.wikipedia.org/wi...

👍 1    👎 2    Reply • Share

**SUBVET** → bumbershoot
3 years ago

U have no clue.......

👍 0    👎 0    Reply • Share ›

**bumbershoot** → SUBVET
3 years ago

Enlighten me.

👍 0    👎 0    Reply • Share ›

**SUBVET** → bumbershoot
3 years ago

I can explain it to you , but I can't comprehend it for you.......

👍 0    👎 0    Reply • Share ›



Enlighten me.

👍 0   👎 0   Reply • Share •

**SUBVET** → bumberdoor
3 years ago

I can explain it to you , but I can't comprehend it for you.......

👍 0   👎 0   Reply • Share •

**ClubaLeftist2** → William Westchester
3 years ago

Obama is an evil Marxist puke, no doubt. But please, he did no "crafting". The man has average intelligence at best. His one and only skill is being an excellent empty suit, he is able to sound "smart and impressive" to people who are low IQ and completely uninformed. In other words, he can fool only the absolute morons. So, that said, the real "crafters" have been using this leftist dunce since 2008 to further their leftist agenda.

👍 1   👎 0   Reply • Share •

**Independent4Life** → William Westchester
3 years ago

First time here at this website. Will also be the last time. Christ you guys are delusional.

👍 1   👎 0   Reply • Share •

**JackNYC** → William Westchester
3 years ago

My favorite part of this idiot conspiracy theory around a stolen election in 2020 is that we're supposed to believe the Dems were able to act on voting machines and control ballots in multiple states across scores of precincts to deliver for Biden but couldn't figure out how to give themselves the Senate. Criminally genius and incompetent at the same time.

👍 0   👎 0   Reply • Share •

**Joe Cogan** → William Westchester
3 years ago

Overestimating how smart your political enemies are is as foolish a mistake as underestimating it.

👍 0   👎 0   Reply • Share •

**Tom Anderson** → William Westchester
3 years ago

You are beyond delusional with that steaming pile of equine excrement. Obama hasn't been doing anything political for years, just writing books, making money and living rent free in your empty scull.

👍 0   👎 0   Reply • Share •

**bmarie55** → William Westchester
3 years ago

He's not a real man. He is an ideology wrapped in a lie, not quite covering up the narcissist core.

👍 0   👎 0   Reply • Share •

**Johnny**
3 years ago

Whoever actually won or lost, so be it.
I'd hate to see Biden get in, but if the American electorate is that stupid, then that's what America has to go through.
But I don't believe America is collectively quite that dumb, just yet.
And the one thing I don't want is for someone, anyone, to win by cheating.
Let every vote be checked, and every legal vote be counted, and every illegal vote be rejected.
Find everyone who tried to circumvent the system and prosecute them to the full extent of the law.
I want Trump to win, but only if he wins fair and square.
I don't want Biden to win, but if he does so, fair and square, so be it.
And for all those out there who resist confirming the veracity of this election, what exactly are you trying to hide?

👍 5   👎 0   Reply • Share •

**Felix**
3 years ago

The evidence of fraud is everywhere.
But matters not.
After watching 60 Minutes interview touting "the most secure election in history", an observer sitting next to me had this to say when I offered there was evidence to the contrary and would be happy to show it....
"Just shut the f**k up".

👍 7   👎 1   Reply • Share •



3 years ago

The evidence of fraud is everywhere.
But matters not.
After watching 60 Minutes interview touting "the most secure election in history", an observer sitting next to me had this to say when I offered there was evidence to the contrary and would be happy to show it...
"Just shut the f**k up".

👍 7    👎 1    Reply • Share ›

**orenv** 👤✛ ➜ Felix
3 years ago

60 minutes is the very last place I would ever look for anything other than entertainment. They make up stories and edit things to create their own narratives. They are entertainers, not journalists.

👍 3    👎 0    Reply • Share ›

**Felix** 👤✛ ➜ orenv
3 years ago

Not entertainers... not even.
They are "Narrative Engineers"
Propagandists

👍 3    👎 0    Reply • Share ›

**Dustoff** ➜ orenv
3 years ago • edited

Heck I remember years ago when 60minx faked the info on a crash of a F-16. Calming it was bad electrical. When it was just a hot dog pilot.

👍 1    👎 0    Reply • Share ›

This comment was deleted.

**Felix** 👤✛ ➜ Guest
3 years ago

My wishes are two.
One, for Trump-haters to understand the future costs of their operant hatred.
and
Two, getting a pony for my birthday in less than 6 weeks.

👍 3    👎 0    Reply • Share ›

**Rod** 👤✛ ➜ Felix
3 years ago

That must have made for a fun Thanksgiving.

👍 0    👎 0    Reply • Share ›

**Felix** 👤✛ ➜ Rod
3 years ago

Not much different than before, the patient still has a fever wrought by Trump Derangement Syndrome. Perhaps climbing a degree higher.
The real crisis will come when cognitive dissonance meets the unavoidable - in its many forms.

👍 4    👎 0    Reply • Share ›

**Tom Anderson** 👤✛ ➜ Felix
3 years ago

Trump's own person in charge of election integrity said that it was the most secure election in history. Trump of course fired him for telling the truth. You're not allowed to tell the truth to Trump if it doesn't fit his delusions.

👍 0    👎 1    Reply • Share ›

**Felix** 👤✛ ➜ Tom Anderson
3 years ago

"Person in charge".
What a hoot.
Tom Anderson _depends_ on readers not knowing that SISA was and is a wholly-owned subsidiary of the Deep State, just another bureaucracy serving the Uniparty. Don't believe me? Look up who currently makes up the heavy-hitters in SISA leadership.
Tom Anderson is a hack who really ought to tell us... is he/she/it paid by the hour-on-line? Or by the word?

👍 3    👎 1    Reply • Share ›

**Tom Anderson** 👤✛ ➜ Felix
3 years ago

Tom Anderson _depends_ on readers not knowing that SISA was and is a wholly-owned subsidiary of the Deep State, just another bureaucracy serving the Uniparty. Don't believe me? Look up who currently makes up the heavy-hitters in SISA leadership.

Tom Anderson is a hack who really ought to tell us... is he/she/it paid by the hour-on-line? Or by the word?

👍 1    👎 1    Reply • Share •

**Tom Anderson** 👤⁺    ➔ Felix
3 years ago

Laughably ignorance on your part. The person in charge was hired by Trump to oversee national election security. You cultists with your deep state nonsense would be funny if you weren't so pathetic and dangerous to our nation. You believe lies and conspiracy theory rather than face facts. You cultist sheep need to get some facts and slink back under your rocks.

👍 0    👎 1    Reply • Share •

**bumbershoot** 👤⁺    ➔ Felix
3 years ago  edited

The evidence of fraud is everywhere.

That's not what the Trump campaign is alleging where it counts -- in court!

Even Rudy Giuliani *himself* has admitted in court that the campaign has no evidence for widespread fraud, Felix.

👍 0    👎 5    Reply • Share •

This comment was deleted.

**bumbershoot** 👤⁺    ➔ Guest
3 years ago

They already have been. Here's what a Trump-appointed federal appellate judge wrote just a few days ago:

"Free, fair elections are the lifeblood of our democracy," Judge Stephanos Bibas wrote on behalf of the appeals court in a unanimous decision. "Charges require specific allegations and then proof. We have neither here."

👍 1    👎 0    Reply • Share •

This comment was deleted.

**bumbershoot** 👤⁺    ➔ Guest
3 years ago

Writing for a unanimous Court (all GOP appointees), Trump-appointee Judge Bibas goes on:

"Charges of unfairness are serious. But calling an election unfair does not make it so."

"Voters, not lawyers, choose the president. Ballots, not briefs, decide elections," Bibas said in the opinion, which also denied the campaign's request to stop the state from certifying its results, a demand he called "breathtaking."

👍 1    👎 0    Reply • Share •

This comment was deleted.

**Tom Anderson** 👤⁺    ➔ Guest
3 years ago

And where did you get this pile of garbage? No, states are not lining up to agree not to certify.

👍 0    👎 0    Reply • Share •

**Jake Redwood** 👤⁺    ➔ Guest
3 years ago

You are aware of the fact that also all Trump appointed judges said pretty much the same - no evidence, no specific charges, right?

Ah yes, at least two (2) **Trump appointed judges** actually laughed at the "cases" Giuliani and his minions presented to them. And at their "evidence" as well, including "secret affidavits".

Let that sink down: Trump judges actually laughed at Giuliani "cases" and "evidence". One cannot be more incompetent than that.

And, Giuliani explicitly said (and made damn sure it is repeated in each and every case) that he and the rest of the Trump lawyers are NOT alleging fraud nor conspiracy to commit fraud nor anything remotely similar in their cases.

Do you know why Giuliani is claiming that nothing like fraud and conspiracy to commit fraud exist, and meticulously repeated it in each and every case?

Because he knows very well that spewing BS in the back of a landscaping company, between dildo shop and crematorium is for gullible Trumpsters, and alleging actual fraud before a judge (even a Trump appointed one) means felony and automatic serious jail time.

👍 1    👎 1    Reply • Share •

fraud nor conspiracy to commit fraud nor anything remotely similar in their cases.

Do you know why Giuliani is claiming that nothing like fraud and conspiracy to commit fraud exist, and meticulously repeated it in each and every case?

Because he knows very well that spewing BS in the back of a landscaping company, between dildo shop and crematorium is for gullible Trumpsters, and alleging actual fraud before a judge (even a Trump appointed one) means felony and automatic serious jail time.

👍 1   👎 ·   Reply  •  Share ·

---

This comment was deleted.

**Tom Anderson** ♦ → Gord
3 years ago

I already know the truth about my vote. I cast it for Biden just like around 80 million other American citizens that are sick to death of the child in the White House throwing temper tantrums and destroying our once great nation's standing in the world. Not to mention grifting the treasury and using his position to make money from visiting dignitaries.

👍 0   👎 0   Reply  •  Share ·

**CTConservatives47** ♦ → bumbershoot
3 years ago

That's why the Democraps tried to remove the winner of the 2016 election by a coup d'etat and spent three more years to do so by other means. Don't give us your crap about the "lifeblood of our democracy."

👍 0   👎 1   Reply  •  Share ·

**bumbershoot** ♦ → CTConservatives47
3 years ago

Fun fact: a lawful attempt, explicitly authorized by the US Constitution, to remove a sitting chief executive is not the same as a "coup".

Coup, noun:

"a sudden, violent, and illegal seizure of power from a government."

👍 1   👎 0   Reply  •  Share ·

**Tom Anderson** ♦ → CTConservatives47
3 years ago

Trump was impeached due to his abuse of power in pressuring a foreign leader to make claims of investigation against his expected political rival.

👍 0   👎 0   Reply  •  Share ·

---

**Ranger_Ric**
3 years ago

It is not enough that trump will win this election and remain in the White House. I want these tens of thousands of people prosecuted to the fullest extent of the law!

👍 3   👎 0   Reply  •  Share ·

**Salty 1** ♦
3 years ago

Anyone who believes SloJoe won that election is either a simple minded fool or a communist bent on the destruction of the USA.

👍 3   👎 0   Reply  •  Share ·

**Richard Haden** ♦ → Salty 1
3 years ago

I don't know of any communist in the US political system who have any sway on the direction of the US economy! Do you?

AS FOR Trump... we fired him and now we are reminded, how awful the man child is, in that he lies to the very end.

What happens when a lame duck pardons a turkey and is too chicken to eat crow Because his goose is cooked.

👍 0   👎 2   Reply  •  Share ·

**Steve Jackson** ♦
3 years ago

Biden has been a lying corrupt scumbag his entire career in "public service". It's only fitting he would be the beneficiary of a stolen election.

👍 0   👎 0   Reply  •  Share ·



**randysjwilliams** ♦
3 years ago

The first American election I paid attention to was in 1960: JFK vs Nixon. I was a Canadian kid of 13 and as a Catholic I was pleased when Kennedy won. But even then I remember hearing about how dead people were voting in Chicago. It was a very close election, but Nixon accepted the results without much of a fuss. Over the intervening 60 years the

---

Document title: Legitimacy of Biden Win Buried by Objective Data - The American Spectator | USA News and Politics
Capture URL: https://spectator.org/legitimacy-of-biden-win-buried-by-objective-data/
Capture timestamp (UTC): Tue, 28 Nov 2023 18:38:31 GMT

**APP1555**

Biden has been a lying corrupt scumbag his entire career in "public service.". It's only fitting he would be the beneficiary of a stolen election.

👍 3   👎   Reply • Share ›

 **randysjwilliams** 👤⁺
3 years ago

The first American election I paid attention to was in 1960: JFK vs Nixon. I was a Canadian kid of 13 and as a Catholic I was pleased when Kennedy won. But even then I remember hearing about how dead people were voting in Chicago. It was a very close election, but Nixon accepted the results without much of a fuss. Over the intervening 60 years the Democrats have tuned and honed their skills at election chicanery, and rarely has there been a focused effort by the opposition Party to expose and punish their election fraud. The result? More and sophisticated voter fraud. After their embarrassment in 2000, the Dems had an 8 year temper tantrum until the Republicans rolled over for 8 years of Obama. The humiliation of 2016 induced a 4 year psychotic break by Democrats, but this time the Republican base stayed strong, and their Party had a strong leader. Millions more voters than in 2016 cast ballots for President Trump - and lost.

As I watched the returns on Nov. 3, several truths emerged: 1. The phrase "voter fraud" had largely been replaced by "voter irregularities"; 2. Those irregularities included the physical tampering of votes, and the inability of Republican poll watchers to interfere with such tampering; 3. The counting of votes was halted in a number of states with no apparent justification other than the need for more time - days - to make sure the total vote count reflected the wishes of the Dem. Party; 4. There is some evidence that Democrats have developed AIGorisms to alter electronic voting results. Breathtaking, Premeditated, Calculated Election Fraud.

So, is there is a cancer in the American body politic? If so, the cure is surely light. Either our elections become transparently free and fair, with one legal voter entitled to be counted with one legal vote, or our elections continue to become a managed and manipulated process that further divides us.

Fiat Lux!

👍 3   👎   Reply • Share ›

 **PolishKnightCIIIA** 👤⁺  ➜ randysjwilliams
3 years ago

Keep in mind that since 1960, the left has transformed from a working class socialist party into purely "identity politics" comprised of either cynical race entitlement seekers or self hating whites and/or men. We're in an era now when a woman pretends to be an Indian princess to become a Harvard professor and men cut off their junk to be women even as supposedly women are an oppressed class.

As insane as it is that conservatives haven't confronted this all head on for a half century, the left now live in a strange warped universe where they think everyone who disagrees with them is literally Hitler or that it's "racist" for someone to stop them from grabbing goodies because of THEIR race.

Stuffing ballot boxes is trivial for someone in that universe. It's like asking a bank robber if he'd feel guilty about shoplifting. (Well, some of them would.)

👍 2   👎   Reply • Share ›

 **CTConservatives47** 👤⁺
3 years ago

This was rather obvious from the beginning. Engage in widespread vote cheating, electronic and otherwise, produce a purported Biden victory, then mount a united front by Democrats and media to push the corrupt geriatric crook over the finish with cries "No evidence" of fraud in the hopes that the public will believe it. And make it a fait a compli.

👍 6   👎 2   Reply • Share ›

 **freelancewriternyc** 👤⁺  ➜ CTConservatives47
3 years ago

It is a fait accompl. Deal with it.

👍 1   👎   Reply • Share ›

 This comment was deleted.

 **Tom Anderson** 👤⁺  ➜ Guest
3 years ago

Garbage, Biden did win fairly and you have just buried your heads in conspiracy theory nonsense and lies. There was no significant voter fraud in the real world. Only in your fact free right wing nut job bubble.

👍 1   👎   Reply • Share ›

 This comment was deleted.

 **Tom Anderson** 👤⁺  ➜ Guest
3 years ago

Yeah, right. They have presented no actual evidence in all of the court cases. They have been almost literally laughed out of the court rooms. You rubes just keep believing that next time will be the key. There is no evidence of significant voter fraud because there isn't significant voter fraud. Our systems have sufficient checks and balances. The most voter fraud we have going on is the GOP doing everything they can think of to disenfranchise anyone they think will vote for dems.

👍   👎   Reply • Share ›

 **Dustoff** 👤⁺
3 years ago

Look out. The dem-RATS are worried.

👍 4   👎 1   Reply • Share ›





👍 0   👎 0   Reply • Share ›

**Dustoff**
3 years ago

Look out. The dem-RATS are worried.

👍 4   👎 1   Reply • Share ›

**PolishKnightCIIIA** → Dustoff
3 years ago

They certainly were All-In this time.

If Trump survives this, it's now a question of whether he's going to be a nice guy this time around. He let Hillary off the hook. He didn't engage in mass firings at the FBI and other agencies. He's executive in chief.

They're not joking around: They mean to put Trump in jail and destroy his childrens' lives. I've seen them mock his son as supposedly retarded even as he's just a very large tween. His son is going to be a lady killer (in the best way.)

Moving forward, is it going to be more tax cuts and raising all boats and being kissy kissy with the left or will Trump be p*ssed off this second term?

What will the left do if Trump prevails? Burn down their own cities?

Again?

👍 2   👎 1   Reply • Share ›

**Tom Anderson** → PolishKnightCIIIA
3 years ago

How delusional can you be? There was NO kissy kissy with the left, Trump has done nothing but pander to his ignorant base for 4 years. He never worked with the Dems, he acted like the only people in this nation were his supporters. In this election, where there was NO significant voter fraud, WE THE PEOPLE told him he was fired.

👍 2   👎 0   Reply • Share ›

**PolishKnightCIIIA** → Tom Anderson
3 years ago

I suppose that's a rhetorical question? :-)

Every State of the Union speech has had Trump pander to the identity voting groups of the left: Jews, women, African Americans, and Hispanics. Cuban Americans voted for him. He had Kanye West in the white house.

Compare and contrast to the outreach (or lack of it) from Obama or even Biden for that matter towards the "ignorant base" of the right which is mocked (oh, for a century ago when democrats actually respected working class whites...)

👍 0   👎 0   Reply • Share ›

**Putin Apologist** → PolishKnightCIIIA
3 years ago

"What will the left do if Trump prevails?"

We could see a second civil war... and rightfully so.

👍 0   👎 0   Reply • Share ›

**SUBVET** → Dustoff
3 years ago

hey...D...notice plugs wearing a boot...because he twisted his ankle...mcflame wore one just before he died.....why..?

👍 1   👎 1   Reply • Share ›

**CTConservatives47** → SUBVET
3 years ago

His brain should be in a sling, along with number shoot.

👍 1   👎 1   Reply • Share ›

**fiscal conserv 58** → Dustoff
3 years ago

I'm kinda surprised they're not booking flights out of the country to nations w/o a US Extradition agreement.....

👍 0   👎 0   Reply • Share ›

**Navy 74** ✚ edited
3 years ago

Perhaps we can get an honest answer of what happened on election day, and thereafter, from old Joe's "palmist" which he relies on a few times in his most recent yellow background

Document title: Legitimacy of Biden Win Buried by Objective Data - The American Spectator | USA News and Politics
Capture URL: https://spectator.org/legitimacy-of-biden-win-buried-by-objective-data/
Capture timestamp (UTC): Tue, 28 Nov 2023 18:38:31 GMT

**APP1557**



I'm kinda surprised they're not booking flights out of the country to nations w/o a US Extradition agreement....

👍 0   👎 0   Reply • Share ›

**Navy 74** 👤⁺
3 years ago   edited

Perhaps we can get an honest answer of what happened on election day, and thereafter, from old Joe's "palmist" which relies on a few times in his most recent yellow background plea for unity. His "palmist" can take a reading of his hands, or maybe Trumps as well just to be fair. But the end result is the same if old Joe and his buddy, Obama, the half black genius, have their way. Hauling Trump's lifeless political career to the cemetery by Obama's "corpsman". Yes, the half black O and his former sidekick, dementia Joe, are a real tag team when it comes to word pronunciations. What with Joe Biden's rotting brain, and Obama's gigantic ego, that's all you need. Right, left wing rats?

👍 4   👎 1   Reply • Share ›

> **bumbershoot** 👤⁺ ↱ Navy 74
> 3 years ago
>
> > Perhaps we can get an honest answer of what happened on election day,
>
> We did. Biden won.
>
> 👍 2   👎 5   Reply • Share ›

> > **CTConservatives47** 👤⁺ ↱ bumbershoot
> > 3 years ago
> >
> > You are delusional. Wishing doesn't make it so. Greatest election manipulation in American history.
> >
> > 👍 1   👎 1   Reply • Share ›

> > > **bumbershoot** 👤⁺ ↱ CTConservatives47
> > > 3 years ago
> > >
> > > In the words of Judge Bibas, a Trump appointee writing for a unanimous federal appeals court, "Charges of unfairness are serious. But calling an election unfair does not make it so. Charges require specific allegations and then proof. We have neither here."
> > >
> > > 👍 1   👎 0   Reply • Share ›

> > > **Tom Anderson** 👤⁺ ↱ CTConservatives47
> > > 3 years ago
> > >
> > > You believe and spread lies. Trump is the worst president in history but he is a great con man. He mobilized his mindless supporters and he mobilized the rest of us who want to return sanity and integrity to the White House. Trump has never had either of those.
> > >
> > > 👍 0   👎 6   Reply • Share ›

**freelancewriternyc** 👤⁺ ↱
3 years ago

Anyone with any sense at all couldn't believe that the worst president in history could have won a 2nd term

👍 1   👎 1   Reply • Share ›

**Tom Anderson** 👤⁺ ↱
3 years ago

Rallies aren't votes. Trump has a very dedicated mindless following that enthusiastically goes to rallies despite the risk of covid. Millions of American citizens voted and WE THE PEOPLE told Trump he was fired because he is the worst president in the history of the nation.

👍 0   👎 0   Reply • Share ›

**lfox** 👤⁺
3 years ago

The Supreme Court DOES have the authority to step in - they have before, when the issue of violated civil rights reached the courts.
Civil Rights is a term that is often used by people as a shorthand way of saying Black Peoples' Rights. That would be an incorrect use of the term.
Instead, at the time the courts intervened into a state issue of sovereignty, People of Color (to use the more popular phrase) were the major group affected by the systematic effort to deprive them of their civil rights, among them the right to vote - AND to have their vote counted fairly.
This time, it is a group that is best defined as NL (Non-Leftists), The Deplorables, or - in Kurt Schlichter's phrase, The Normals, that is the victim of this deprivation of civil rights. Some of them are White, but that group spans all ethnic and racial groups.
What they are is people for whom the Elites have considerable contempt, and would prefer not to have empowered.

👍 2   👎 0   Reply • Share ›

**BuckeyeState**
3 years ago

The numbers don't add up and the democrats and the media know it. They are all complicit in the fraud.

👍 2   👎 0   Reply • Share ›

**Joe McCarthy was right** 👤⁺
3 years ago

**B** **BuckeyeState**
3 years ago

The numbers don't add up and the democrats and the media know it. They are all complicit in the fraud.

👍 2   👎 0   Reply • Share ›

**Joe McCarthy was right** 👤
3 years ago

Biden should concede, because the investigators are digging deeper. Very likely to find more bodies, maybe even Obama's real birth certificate.

👍 2   👎 0   Reply • Share ›

**S** **Seanzorelli** 👤
3 years ago

Suddenly I understand why the Democrat insiders chose Joe Biden, of all people, to be their candidate. Only Joe could be relied on to accept the ignominy of a flagrantly stolen election, and to occupy office as an obvious fraud.

👍 2   👎 0   Reply • Share ›

> **Katherine** → Seanzorelli
> 3 years ago
>
> Joe Biden seems to believe his lies, so he might not even recognize that he's the beneficiary of the greatest fraud.
>
> 👍 1   👎 0   Reply • Share ›

**R** **Richard lane** 👤
3 years ago

We all know it was fraud.....and no one knows it better than the Dems who instigated the crime. They will fight dirty, and they will use violence, threats, and intimidation. they know that if they don't get away with it now.....they are toast. They will be calling in the favours owed to them.....by the FBI, the CIA, the media, and the judges who have been bought and paid for. It is going to be a Helluva fight. Good luck.

👍 2   👎 0   Reply • Share ›

**C** **CJT1957**
3 years ago

"We have put together, I think, the most extensive and inclusive voter fraud organization in the history of American politics," Biden said in the video.
Nuff said.

👍 2   👎 0   Reply • Share ›

**C** **Cleve Barrister** 👤
3 years ago

The media is trying to instill a feeling in any politician or judge that "this train is too far down the tracks to change anything now" to implicitly pressure anyone from objecting. They have created in a large segment of our population the "reality" that Biden won, no sane person questions that, and that of course he'll be inaugurated in Jan. That is the basis for widespread cognitive dissonance- and anger- if anyone has the courage to stop this fraud, and will lead to violent riots. They are literally endangering people and our country by their refusal to report the facts honestly.

👍 2   👎 0   Reply • Share ›

**1** **1Mojo_Risin9**
3 years ago

Democrats can't be allowed to steal the 2020 election. Biden did not win diddly-squat!

The US Supreme Court will have to make an intensely important decision to tell Democrats, 'Sorry, your time is up!'

👍 2   👎 0   Reply • Share ›

> **freelancewriternyc** 👤 → 1Mojo_Risin9
> 3 years ago
>
> SCOTUS isn't taking any of these cases.
>
> 👍 1   👎 1   Reply • Share ›

**T** **Trever**
3 years ago · edited

*"Meanwhile, no discussion of 2020 election skulduggery is complete without a discussion of the Democrat precincts that record more votes than registered voters."*

The leftist media's reporting about this travesty is deliberately low-key (of course!) and covered up by repeated assertions that Biden won the election forthrightly. These media centers care nothing about the truth or untruth of their reporting. Or the very serious consequences that will fester and grow over time, damaging the quality of life in our republic.

In other words, situation normal. It's common knowledge that "mainstream media" reportage is stark, staring leftist propaganda — like the Soviet propaganda rags Pravda and Izvestia.





3 years ago   edited

*"Meanwhile, no discussion of 2020 election skulduggery is complete without a discussion of the Democrat precincts that record more votes than registered voters."*

The leftist media's reporting about this travesty is deliberately low-key (of course!) and covered up by repeated assertions that Biden won the election forthrightly. These media centers care nothing about the truth or untruth of their reporting. Or the very serious consequences that will fester and grow over time, damaging the quality of life in our republic.

In other words, situation normal. It's common knowledge that "mainstream media" reportage is stark, staring leftist propaganda — like the Soviet propaganda rags Pravda and Izvestia.

https://www.pinterest.com/s...

https://en.m.wikipedia.org/...

👍 2   👎 0   Reply • Share ›

**MartinRheaume** ✪
3 years ago

"yyyyyyyyaaaaaaaaaaaaaaaaaaaaawwwwwwwwwwwwwwwwwwnnnnn"

Wake me up when you have something new and interesting to say.

Trump concluded the election was stolen before it began. When you have a preconceived conclusion, everything looks like evidence.

👍 3   Reply • Share ›

**PolishKnightCIIIA** ✪ ➤ MartinRheaume
3 years ago

And the left cried about tin-foil hat Russian collusion for 3 years from a hack report that Hillary Clinton paid for and Obama used to Watergate spy on the Trump administration.

The only difference is that this time, there's ACTUAL evidence.

👍 3   👎 0   Reply • Share ›

**MartinRheaume** ✪ ➤ PolishKnightCIIIA
3 years ago

Yep, and they looked pretty stupid doing it. It was a big waste of our time and poisoned the political discourse. Trump thought it looked like such a good idea, he would try to repeat it. What an effing genius.

When you say evidence, do you mean to say that it's provable that election fraud directly impacted the results of the election?

👍 1   👎 0   Reply • Share ›

**PolishKnightCIIIA** ✪ ➤ MartinRheaume
3 years ago

When several thousands of votes for Biden arrive under circumstances that are fraudulent as listed above such as voters who moved out of state submitting absentee ballots or machine votes taking away votes for candidates, then yes, that's pretty proven. Even if the individual votes are not identified, it makes those votes questionable and if other votes CAN be affected, also questionable.

Let's say you find a pint of ice cream at the store with a turd in it and the ice cream isn't sealed from tampering and the store has a policy of not protecting the product from tampering. Do you want to have a bowl of ice cream from another container in the fridge?

https://www.cnn.com/videos/...

👍 3   👎 0   Reply • Share ›

This comment was deleted.

**MartinRheaume** ✪ ➤ Guest
3 years ago

Well yes, elections are concluded to be legitimate until proven otherwise.

👍 0   👎 0   Reply • Share ›

**J** Jonathan Galt
3 years ago

This isn't even close. Cheating added nearly 10 million votes to the senile meat puppet, Joe Xiden. The entire DNC and their operatives need to be tried and, using the new guidelines released by the DoJ last week, get their choice of execution by firing squad or hanging.

👍 3   👎 2   Reply • Share ›

**B** **bumbershoot** ✪ ➤ Jonathan Galt
3 years ago

Evidence?

👍 1   👎 1   Reply • Share ›

released by the DoJ last week, get their choice of execution by firing squad or hanging.

👍 3   👎 2   Reply • Share ›

**B  bumbershoot** ⚫ → Jonathan Galt
3 years ago

Evidence?

👍 1   👎   Reply • Share ›

**J  Jonathan Galt** → bumbershoot
3 years ago

Plenty of it. Try opening your eyes.

👍 0   👎 0   Reply • Share ›

**B  bumbershoot** ⚫ → Jonathan Galt
3 years ago

Sooooo, that's a "no" on providing the evidence, then?

👍 0   👎 1   Reply • Share ›

**J  Jonathan Galt** → bumbershoot
3 years ago

Not my role, Sparky - or perhaps you're dumb enough to assume people on the internet are part of Trump's legal team?

But, please remember to post video of yourself when you first learn Trump will be serving a second term.

👍 0   👎 0   Reply • Share ›

**J  Jonathan Galt** → bumbershoot
3 years ago

Wait your turn, it is coming to the courts. You will cry.

👍 0   👎 0   Reply • Share ›

**B  bumbershoot** ⚫ → Jonathan Galt
3 years ago

It already has gone to the courts, Jonathan.

And WOW has the Trump "elite strike team" humiliated itself.

Here's what a Trump-appointed federal appellate judge wrote just a few days ago:

"Free, fair elections are the lifeblood of our democracy," Judge Stephanos Bibas wrote on behalf of the appeals court in a unanimous decision. "Charges require specific allegations and then proof. We have neither here."

👍 2   👎 1   Reply • Share ›

**J  Jonathan Galt** → bumbershoot
3 years ago

Trump only needs to win once, poor sap. You can't afford a single loss. Better pray they concealed ALL the evidence.

👍 1   👎 0   Reply • Share ›

**Ruspanic** ⚫ → Jonathan Galt
3 years ago

absolutely delusional

👍 1   👎 2   Reply • Share ›

**J  Jonathan Galt** → Ruspanic
3 years ago

Aw, you posted your entire autobiography just for me!

👍 0   👎 0   Reply • Share ›

**J  JerryMander** ⚫
3 years ago

Among those who support Trump, any concrete evidence that doesn't refute Trump's claim about voter fraud by the courts, RINO's, state and federal governments, media outlet and other sources are rejected.

The only source considered reliable by the Trump supporters is Trump and those who agree with him.

Misled much?

👍 4   👎 5   Reply • Share ›

Document title: Legitimacy of Biden Win Buried by Objective Data - The American Spectator | USA News and Politics
Capture URL: https://spectator.org/legitimacy-of-biden-win-buried-by-objective-data/
Capture timestamp (UTC): Tue, 28 Nov 2023 18:38:31 GMT

**APP1561**



**JerryMander**
3 years ago

Among those who support Trump, any concrete evidence that doesn't refute Trump's claim about voter fraud by the courts, RINO's, state and federal governments, media outlet and other sources are rejected.

The only source considered reliable by the Trump supporters is Trump and those who agree with him.

Misled much?

👍 5   👎 6   Reply • Share

**TheRealBilboBaggins** ⊙⁺ → JerryMander
3 years ago

If that is correct, why didn't you give some factual evidence. You wasted 4 lines of typing smearing when you could have offered evidence. Democrats respond like this almost 100% of the time. Very seldom are Dems willing to confront any issue factually. Dems presume the Republicans are always better prepared and will make them look stupid.

👍 8   👎 0   Reply • Share

**TGWArdent** ⊙⁺ → TheRealBilboBaggins
3 years ago

Here are the facts: Trump campaign files law suits where, unlike the internet or their press conferences, they have to present evidence and risk sanctions for lying. They persistently disclaim arguing there was fraud, and they persistently lose. If you want to hold on to this myth right now, fine-- but do the republic a favor and commit that if they cannot gain any traction in court with these supposedly rock-solid allegations, you'll concede that the people just voted Trump out.

👍 2   👎 2   Reply • Share

**Ludevine** ⊙⁺ → TGWArdent
3 years ago

It's not over yet and the more evidence that comes in, the deeper the MSM buries it and the louder Team Biden yells. If the judicial system in this country has any credibility it will rule in favor of the facts. If not, Trump still won, and Biden will have an asterisk after his name, in perpetuity.

👍 3   👎 1   Reply • Share

**TGWArdent** ⊙⁺ → Ludevine
3 years ago

In other words, you will never believe Biden won regardless of what comes out or how it is adjudicated in a court of law, because you trust your feelings over facts.

Why are you demanding the other side present evidence, if by your own admission you won't believe anything they present?

👍 2   👎 3   Reply • Share

**Ludevine** ⊙⁺ → TGWArdent
3 years ago

Little Ben Shapiro, I do not trust feelings over facts. I trust facts. Period. And the facts are in despite what MSM says. I did n't demand evidence from Team Biden, but since you mentioned it, a confession from them would be appropriate at this point.

👍 1   👎 1   Reply • Share

**TGWArdent** ⊙⁺ → Ludevine
3 years ago

Really? Where are your facts? The garbage in this article? The lies you tell each other on Twitter and Facebook? You can lie to yourself, but you already told us what you're doing-- you want Trump to have won and anything that says he didn't will automatically be rejected.

But this is a fantasy. It's not real. That's why Trump cases keep getting thrown out of court, even by his own appointees, and it's why republican election officials keep contradicting the president, and it is why that will keep happening. If you want to play in fantasyland, fine-- contrary to what you guys keep telling yourselves, no one is trying to stop anyone from looking into anything. Just let the courts do their job and accept the result.

👍 0   👎 0   Reply • Share

**oreny** ⊙⁺ → TGWArdent
3 years ago

If the facts are on your side, you should be eating popcorn and laughing at the imbecility of it all. Instead your side goes negative and tries to coerce us into "assimilation".

👍 2   👎 0   Reply • Share

**TGWArdent** ⊙⁺ → oreny
3 years ago

1) I am. It is, frankly, highly entertaining.

2) I have never seen anyone on the left try to stop anyone on the right from doing any of this. Pointing out that it is stupid and unhealthy is not the same as saying you shouldn't be allowed to do it. Literally no one on the left is worried that the election will be overturned.

3) The issue is that it is that undermining faith in our democracy is bad: If everyone on the right would agree to accept the results of these court battles

Document title: Legitimacy of Biden Win Buried by Objective Data - The American Spectator | USA News and Politics
Capture URL: https://spectator.org/legitimacy-of-biden-win-buried-by-objective-data/
Capture timestamp (UTC): Tue, 28 Nov 2023 18:38:31 GMT

**APP1562**



**TGWArdent** — oreuv
3 years ago

1) I am. It is, frankly, highly entertaining.

2) I have never seen anyone on the left try to stop anyone on the right from doing any of this. Pointing out that it is stupid and unhealthy is not the same as saying you shouldn't be allowed to do it. Literally no one on the left is worried that the election will be overturned.

3) The issue is that it is that undermining faith in our democracy is bad. If everyone on the right would agree to accept the results of these court battles and to celebrate the security of our process if (when) their court challenges fail, I'd say keep it up! Keep going! Prove yourselves wrong and entertain me more! But we all know that's not what will happen. Lose in court and the court will be corrupt. Or there will be some other conspiracy theory about how the evidence was stolen or Rudy was an inside man for the deep state or -something-. This never ends. It's lies all the way down, and it's toxic.

👍 0   👎 0   Reply • Share

**bumbershoot** — oreuv
3 years ago

If the facts are on your side, you should be eating popcorn and laughing at the imbecility of it all.

We are.

But maybe another Very Serious Press Conference held in a landscape store parking lot will convince me otherwise.

👍 0   👎 1   Reply • Share

**Joe DeCaro** — TheRealBilboBaggins
3 years ago

Where is the factual evidence for election fraud?

👍 3   👎 6   Reply • Share

**Maggie The Bird Dog** — Joe DeCaro
3 years ago

Another armchair cyber security expert that cannot read the article they are posting about. You could just read the court filings and review the affidavits or maybe just look at the vote tally's as they came in, they are evidence in their own right.

👍 6   👎 0   Reply • Share

**TGWArdent** — Maggie The Bird Dog
3 years ago

Did you? I read the affidavit, it is complete garbage. For example, it explicitly relies on the (unsupported even in the affidavit itself) idea that votes were changed after being cast. But the machines create paper ballots at the time the vote is cast (ie before this "expert" claims they would have been changed) and those paper back-ups are what was counted in Georgia. They verified the result.

That is evidence that your evidence is unreliable. You could accept that, or actually go back and look at your own "facts" with a critical eye to verify for yourself, or you could just go add another layer to your conspiracy theory to explain it. My guess is you'll do the latter, but if you don't examine your own side critically, you'll never get to the right conclusion.

👍 2   👎 0   Reply • Share

**oreuv** — TGWArdent
3 years ago

Who verifies that the paper ballot says what the voter wanted?

👍 4   👎 0   Reply • Share

**TGWArdent** — oreuv
3 years ago

The voter did when it printed out.

But that's not even the point -- the point is that what the affidavit alleges cannot possibly be true. Because the affidavit alleges that the vote happened AFTER the vote was cast, when the electronic vote was sent off to be tabulated. If that were true, though, then the paper vote that prints out AT THE SAME TIME THE VOTE IS CAST would still reflect the original vote.

In other words, if you changed the vote after it was cast, counting the paper ballots would reveal the fraud. And in GA, they DID count the paper ballots-- and didn't find fraud. This "objective evidence" is, objectively, BS.

👍 0   👎 0   Reply • Share

**oreuv** — TGWArdent
3 years ago

I voted on a machine and got a paper stub, but my vote was not on it. We will know some day I am sure.

👍 1   👎 0   Reply • Share



👍 0   👎 0   Reply • Share ›

**oreny** 👤⁺ → TGWArdent
3 years ago
I voted on a machine and got my paper stub, but my vote was not on it. We will know some day I am sure.

👍 1   👎 0   Reply • Share ›

**Joe DeCaro** 👤⁺ → Maggie The Bird Dog
3 years ago
Vote tallies -- not "tally's" -- are evidence of the voters' will and by a large electoral majority they have rejected Donald J. Trump.

👍 0   👎 0   Reply • Share ›

**olderwiser** 👤⁺ → Joe DeCaro
3 years ago
Tons of factual evidence has been presented. You choose to deny it, but that won't make it go away.

👍 5   👎 0   Reply • Share ›

**Joe DeCaro** 👤⁺ → olderwiser
3 years ago
Presented where and to whom?

Certainly not Philadelphia where 3rd Circuit Judge Stephanos Bibas said "Charges require specific allegations and then proof. We have neither here."

👍 1   👎 0   Reply • Share ›

**TheRealBilboBaggins** 👤⁺ → Joe DeCaro
3 years ago
What Maggie the Bird Dog said and this: When an article gives factual evidence of fraud, and you respond with, "Where is the factual evidence for election fraud?", it make readers think you are insincere or some kind of AI bot (because AI bots sound . . . ult, er, . . . dumb).

👍 3   👎 0   Reply • Share ›

**Joe DeCaro** 👤⁺ → TheRealBilboBaggins
3 years ago
As dumb as someone who attends a crowded Trump rally without a mask?

And exactly what was the factual evidence you said this article presented?

👍 1   👎 0   Reply • Share ›

**Dustoff** → Joe DeCaro
3 years ago
Try reading. O. I forgot. You only read comics.

👍 2   👎 0   Reply • Share ›

**ronbet** 👤⁺ → Joe DeCaro
3 years ago
You have never seen or heard it because you get your "news" from CNN/MSNBC/ABC/NBC/CBS

👍 2   👎 0   Reply • Share ›

**Joe DeCaro** 👤⁺ → ronbet
3 years ago
The federal judges have never heard of it in their appeals courts either.

"'...Charges of unfairness are serious. But calling an election unfair does not make it so. Charges require specific allegations and then proof. We have neither here,' 3rd Circuit Judge Stephanos Bibas, a Trump appointee, wrote for the three-judge panel, all appointed by Republican presidents."

Apparently you never heard of them because all you watch is Fox.

👍 1   👎 0   Reply • Share ›

**BanBait** 👤⁺ → Joe DeCaro
3 years ago
100,000 absence ballots show up in Harrisburg the day after, the day of or the day BEFORE they were allegedly mailed out? Biden ballots can now time travel?

👍 2   👎 0   Reply • Share ›

**Joe DeCaro** 👤⁺ → BanBait
3 years ago



3 years ago

100,000 absentee ballots show up in Harrisburg the day after, the day of or the day BEFORE they were allegedly mailed out? Biden ballots can now time travel?

👍 2    👎 0    Reply  •  Share ▾

**Joe DeCaro** ⭐⁺  → BanBid

3 years ago

Legit link for your claim?

👍 0    👎 0    Reply  •  Share ▾

**Maggie The Bird Dog** ⭐⁺  → Joe DeCaro

3 years ago

OK, so in the thread we have Joe DeCaro that just wants to attack people (and grammar) but not make a valid argument, so we can discount Jo DeCaro. The other post by TGWArdent presents a counter argument (rare from pro Bidens), however it relies on believing that the printed ballots as backup are in any way reliable and in any event is a very narrow view across a massive body of evidence.

👍 1    👎 0    Reply  •  Share ▾

**Joe DeCaro** ⭐⁺  → Maggie The Bird Dog

3 years ago

What "massive body of evidence"?
None of the appellate judges have seen it.

And you can discount me as easily as you discount everything else that's not in the script of Trump's latest reality TV show — the Apprentice President.

BTW, it ends with "You're fired, Donald"

👍 0    👎 0    Reply  •  Share ▾

**JerryMander** ⭐⁺  → TheRealBilboBaggins

3 years ago

In my view, voting is governed by law and voting fraud should be proven in court, backed by factual evidence. If the sources in this article say there was such fraud, it should be a straightforward to prove it in court. This has not happened.

Here is a list of lawsuits filed by the Trump campaign and others since the Nov Elections. Each lawsuit has links to original sources, so you can verify them.

https://en.wikipedia.org/wi...

I count 36 lawsuits, of which 22 were dropped, dismissed or denied. Some were voluntarily dismissed. This means the case was dropped by the plaintiff, the party who brought the legal action. In other words, the "Sharpie lawsuit" was dropped by the lawyers representing Donald J Trump. Pretty good proof it wasn't true, in my book.

So far, there hasn't been a ruling about voter fraud in favor of the Trump campaign and others filing such lawsuits. That means, voter fraud in November 2020 has not yet been proven in court. Until it is proven, backed by evidence in court, I don't see how it can be true.

Do you accept the information shown in Wikipedia? Or reject it, because the source is Wikipedia?

👍 0    👎 0    Reply  •  Share ▾

**Ludevine** ⭐⁺  → JerryMander

3 years ago

You don't like the NYT experts? They were reputable until they said something that went against the Democrats' narrative. That's pretty clear.
How do you account for the factual evidence as in people registered to vote in two states? Maybe you were one of them? Obviously, you didn't read the article in its entirety, tripped up by "plagiarizing" and "Potemkin presidency" no doubt.

👍 7    👎 1    Reply  •  Share ▾

**JerryMander** ⭐⁺  → Ludevine

3 years ago

What NYT experts? Where is the factual evidence for people registered to vote in two states? If there is such evidence, has it gone into one of the many lawsuits from the Trump Campaign and others alleging voter fraud? If it exists, I'd imagine a lawsuit would be a piece of cake.

👍 0    👎 0    Reply  •  Share ▾

**Maggie The Bird Dog** ⭐⁺  → JerryMander

3 years ago

Com'on man! Did you not read the article? Dr. Navid Keshavarz-Nia, a cybersecurity expert, says it was rigged. Not Trump or the sugar tooth fairy, but a well respected cybersecurity expert. If you think you are better qualified to make a determination then put your credentials in the thread and make you case. If not, then if you don't mind we will assume you are a biased troll with no idea what they are talking about.

👍 5    👎 1    Reply  •  Share ▾

**UT Ex**  → Maggie The Bird Dog



Maggie The Bird Dog
3 years ago

Com'on man! Did you not read the article? Dr. Navid Keshavarz-Nia, a cybersecurity expert, says it rigged. Not Trump or the sugar tooth fairy, but a well respected cybersecurity expert. If you think you are better qualified to make a determination then put your credentials in the thread and make you case. If not, then if you don't mind we will assume you are a biased troll with no idea what they are talking about.

👍 5   👎 1   Reply • Share ›

UT Ex   → Maggie The Bird Dog
3 years ago

REAL science is something they're not interested in.

👍 4   👎 0   Reply • Share ›

JerryMander   → Maggie The Bird Dog
3 years ago · edited

I read the article. It says about Dr. Navid Keshavarz-Nia "Still, his conclusions are rather opaque..." and "This requires many of us to take what he says on faith." I read Nia's affidavit and came to the same conclusion. From my point of view, faith alone is not enough.

I hope Nia's claims go into a robust lawsuit backed by hard data, ASAP. If these things are true, they need to be resolved by the courts.

I think our election systems needed to be more secure and 2016 and much work remains to make sure they are secure in the future. However, tremendous progress has been made with election security, thanks to the Trump administration. Chris Krebs was sworn in by President Trump in June, 2018 to run the first Cybersecurity and Infrastructure Security Agency to protect US elections. Mr Krebs "accomplished something remarkable: a significant improvement in the security of American election infrastructure and coordination on election integrity matters between federal authorities and hundreds of state and local governments." I am puzzled about why he would put so much effort into protecting the elections and allow voter fraud against the interest of Donald Trump, who formed CISA and assigned Krebs in the first place.

I've read Nia's affidavit. In exchange, will you read these sources? I'd ask that that you at least look at Kreb's 60 Minutes interview. If you send more info backing Nia's claims. I will look at it objectively. Deal?

https://www.lawfareblog.com...
https://www.metabunk.org/th...
https://www.cato.org/blog/v...
https://www.cbsnews.com/new...

👍 0   👎 0   Reply • Share ›

TreeofLiberty
3 years ago · edited

*"The Office of the President Elect"*
must be changed to read,
*"The Office of the **Fraudster** Elect"*

👍 1   👎 0   Reply • Share ›

ChuSez   → TreeofLiberty
3 years ago · edited

Mitch McConnell acknowledged reality today.
Trump lost, Joe Biden won.

You can escape your delusional bubble too, all you have to do is try.

👍 0   👎 0   Reply • Share ›

TreeofLiberty   → ChuSez
3 years ago

It's OK. I understand. You are a denier.
A fraud denier.

**Leftists**, like schizophrenics, perceive and invent their own reality.
But there may be a mental health professional in your local area with enough patience to help.
It's worth a try.

👍 1   👎 0   Reply • Share ›

ChuSez   → TreeofLiberty
3 years ago

That "widespread fraud" claim is a lie, promoted by such well known liars as Trump, Guiliani and Crazy Q Lady Powell. Hence the string of losses for Trump in court.

👍 0   👎 0   Reply • Share ›

TreeofLiberty   → ChuSez



**ChuSez** 👤⁺ → TreeofLiberty
3 years ago
That "widespread fraud" claim is a lie, promoted by such well known liars as Trump, Guiliani and Crazy Q Lady Powell. Hence the string of losses for Trump in court.

👍 0   👎 0   Reply • Share ›

**TreeofLiberty** 👤⁺ → ChuSez
3 years ago · edited
... "well known liars . . . Crazy Q Lady"

Well, with such irrefutable evidence, I guess that settles it, huh.

/SARC

P.S. Save the BS for your gullible, useful idiot buddies.

;

👍 0   👎 0   Reply • Share ›

**ChuSez** 👤⁺ → TreeofLiberty
3 years ago
Here, educate yourself.

Sidney Powell's Ties to QAnon Movement Explained

https://www.newsweek.com/si...

👍 0   👎 0   Reply • Share ›

**ChuSez** 👤⁺ → TreeofLiberty
3 years ago
Bill Barr couldn't find any and he had the resources of the DOJ at his hand.
The same for the Kobach Commission, that disbanded without even filing a report after fruitlessly searching for voter fraud.
https://apnews.com/article/...

👍 0   👎 0   Reply • Share ›

**ChuSez** 👤⁺
3 years ago
Give it up Catron, you're looking more and more the fool as you whine about Trump losing the election.
The courts have spoken, all of Trump's frivolous lawsuits have made their way into the toilet where they belong.
And still you whine...

👍 1   👎 0   Reply • Share ›

**C  Calvin Harper** 👤⁺
3 years ago
Article points out some great truths, yet the complicit media, foolish corporate giants and RINOs refuse to give a hearing.

Only way this works out for the Country is for the SC to order a recount of all legitimate votes. Sadly, ain't gonna happen.

👍 1   👎 0   Reply • Share ›

**Ella Disenchanted** 👤⁺
3 years ago
This article is a trash fire. 😒

👍 1   👎 0   Reply • Share ›

**Katherine**
3 years ago
He may end up being inaugurated, but he will always be the Commander in Thief.

👍 1   👎 0   Reply • Share ›

**L  Leo60**
3 years ago
Biden didn't win, And we'll fight until everybody is dead to keep him from the White House.

👍 1   👎 0   Reply • Share ›

**Wildman**
3 years ago
Biden did not win and Trump has not lost. Fight, fight, fight. We ought to ask every 74million voters that voted for Trump sign their name to sworn affidavits under perjury of law and send them into the Whitehouse. It would prove we voted, prove our numbers and prove I believe the Democrats lied and attempted to steal this election.

Document title: Legitimacy of Biden Win Buried by Objective Data - The American Spectator | USA News and Politics
Capture URL: https://spectator.org/legitimacy-of-biden-win-buried-by-objective-data/
Capture timestamp (UTC): Tue, 28 Nov 2023 18:38:31 GMT

**APP1567**



Biden didn't win. And we'll fight until everybody is dead to keep him from the White House.

👍 1  👎 0  Reply • Share ›

**Wildman**
3 years ago

Biden did not win and Trump has not lost. Fight, fight, fight. We ought to ask every 74million voters that voted for Trump sign their name to sworn affidavits under perjury of law and send them into the Whitehouse. It would prove we voted, prove our numbers and prove I believe the Democrats lied and attempted to steal this election.

👍 1  👎 0  Reply • Share ›

**BeaconX** 👤▪ → Wildman
3 years ago

uC8jc.Google.Se

👍 0  👎 0  Reply • Share ›

**MrSmithInDC**
3 years ago

Joe Biden has been placed under arrest and is wearing a tracking device around his ankle.

👍 1  👎 0  Reply • Share ›

**ScorchedEarth✓**
3 years ago

Excellent article. It's important to note that the election has not officially been called. Let's hope that justice can be served and the real winner, President Donald J. Trump, transitions to a smooth second term.

👍 1  👎 0  Reply • Share ›

**cribdawg** 👤▪
3 years ago

Although this year the democRats cheated at level never before seen, they have been cheating for many decades with zero consequences. The democRats stole the gwornment from we the people a long time ago and they will fight to the bitter end to keep control of the government that they have stolen from US. After stealing our government the democRats cemented their corruption and graft, took over the media, education , the culture and the courts and began to systimatically dismantle the constitution and rule of law. The complete takeover is in sight now and if this massive democRat election fraud is allowed to stand our freedom liberty independance and the United States of America are finished .

👍 1  👎 0  Reply • Share ›

**Bob Acker** 👤▪
3 years ago

0 for 36 in court, you worthless ignorant trash. That little fact is beneath your notice, pathetic dunce.

👍 1  👎 0  Reply • Share ›

**CJT1957** 👤▪ → Bob Acker
3 years ago

"We have put together, I think, the most extensive and inclusive voter fraud organization in the history of American politics," Biden said in the video.

👍 0  👎 0  Reply • Share ›

**Davesix** 👤▪
3 years ago • edited

I think, with Occam's Razor in mind, that this election was stolen with variations of old-fashioned "ballot box stuffing", combined with fraudulent tabulation out of sight of republican observers. In a number of documented ways, votes were added to Biden's column or subtracted from Trump's column. The middle-of-the-night counting pause was necessitated by the colossal scale of the impending Trump victory-the sheer number of votes that needed to be manufactured. It takes time to find the fraud, because the perpetrators work under the radar. By the time the fraud is found in a manner sufficient to satisfy a court, the election is certified. The fix was in, and it depended for its success on the widespread adoption of mail-in voting.

👍 1  👎 0  Reply • Share ›

**BanBait** 👤▪
3 years ago

And just how do we force the Supreme Court to face these facts?

👍 1  👎 0  Reply • Share ›

**Rod** 👤▪ → BanBait
3 years ago

Maybe just by getting the right cases in front of them, and quickly.

👍 1  👎 0  Reply • Share ›

And just how do we force the Supreme Court to face these facts?

**Rod** → BanBait
3 years ago

Maybe just by getting the right cases in front of them, and quickly.

👍 1   👎 0   Reply • Share ›

**Anne Schauble**
3 years ago

Our new President's physical and mental acuity is so poor that he fell yesterday breaking his ankle. The man needs a walker.

👍 0   👎 0   Reply • Share ›

**BanBait** → Anne Schauble
3 years ago

The PermaLid started a couple of months early.

👍 1   👎 0   Reply • Share ›

**Tupatshakur**
3 years ago

If the FBI is involved looking at the data this is not a good omen for President Trump, the FBI has made it perfectly clear what side they are on.

👍 1   👎 0   Reply • Share ›

**Noodles**
3 years ago

the remedy to fraud as alleged is the court. So far, Dump has lost 48+ cases and won none of substance. Even when a W or Dump appointee reviewed the allegations.
After gore lost in SCOTUS he gave it up. SCOTUS has not shown any inclination to take any cases (notably no briefing schedule issued for Texas' megacase filed today) . The electors have been chosen. Votes have been certified. Show some honor like Gore did after SCOTUS ruled against him in 2000 and call it a night.

On the other hand, maybe just keep fighting, it will be fun to watch the GOP commit fratricide over the next four years.

👍 1   👎 1   Reply • Share ›

**Bob Acker**
3 years ago

You trashy, lying dunce. Kemp and Raffensberger wouldn't go for this. That's also true for Chris Wray and Bill Barr, who hasn't so much as appeared in a news story since November 13. It's true of every election board in every state. It's true of every Court that's had to rule on any part of this. No one in a responsible position will touch this. Trump is out there all by himself, him and his ridiculous true-believing fools.

👍 1   👎 1   Reply • Share ›

**cellofello**
3 years ago

"According to an affidavit in the MI lawsuit, one Michigan precinct/township had 781.91% turnout. How does this happen?"

Easy. Russell Ramsland was so sloppy that not only did he not proofread, in another affidavit he confused Minnesota locations with Michigan. The claim under examination here comes from Exhibit 104 of King v Whitmer and concerns the entirety of North Muskegon City, which consists of two precincts. It is located in Muskegon County, MI.

https://co.muskegon.mi.us/D...

See p. 460. N. Muskegon P1: 1,178 of 1,602 = 73.53%.
See p. 467. N. Muskegon P2: 1,470 of 1,788 = 82.21%
P1 + P2 = 2,648 of 3,390 = 78.11%.

The same exhibit listed Zeeland Charter Township twice, once with a 460.51% turnout and once with a 90.59% turnout. Again sloppily, no precinct number is provided in the affidavit. Zeeland Charter Township is in Ottawa County, MI. I went to that website and examined the Zeeland precinct data. Unlike the Muskegon County data, it did not list the number of registered voters in each precinct. However, I looked up the total population of Zeeland Township, and the vote total did not appear at all excessive in relation to the total population. What I was able to determine is that the most Biden-friendly precinct in the township went 2-1 for Trump, and some were near 3-1 Trump. So if there had been any finagling in Zeeland Charter Township, it was in Trump's favor.

The same exhibit claimed the City of Detroit had 139.29% turnout. According to the Detroit Free Press, Michigan's turnout was 68.5%, Wayne County was 61.5%, and the City of Detroit was 49.6%.

Ramsland gave no source for his data, and the North Muskegon screwup alone shows clearly that this affidavit cannot be relied upon.

👍 1   👎 1   Reply • Share ›

**Jake Redwood** → cellofello
3 years ago   edited

OH NO!

THE FACTS!

Ramsland gave no source for his data, and the North Muskegon screwup alone shows clearly that this affidavit cannot be relied upon.

👍 1   👎 1   Reply • Share ›

**Jake Redwood** 👤⁺ → cellofello
3 years ago • edited

OH NO!

THE FACTS!

How dare you do research and present actual facts here?

Are you not concerned that seeing cold hard facts will melt Trumpsters faces down, Raiders of the Lost Ark-style?

👍 0   👎 0   Reply • Share ›

> **cellofello** 👤⁺ → Jake Redwood
> 3 years ago
>
> I am more afraid of the possibility of an "Independence Day" alien invasion than I am of the possibility of facts penetrating a Trumpster brain. I do this for the lolz.
>
> 👍 1   👎 0   Reply • Share ›

**Optimus_Maximus**
3 years ago

The Main Stream Media, reminds Trump supporters, and any objective thinking American voter; as nothing so much as "Baghdad Bob" screaming "We are driving the Americans back, Iraq will be victorious!" as pictures of American tanks rolling into Baghdad during the second gulf war can be simultaneously seen on live tv.

"No credible evidence!" the MSM keeps screaming while ignoring the overwhelming statistical evidence, as well as the hundreds of sworn affidavits from eye witnesses to the scale of the voter fraud in just a handful of democratically controlled precincts in swing states.

Who are you going to believe, the media or your lying eyes?

Don't let them gaslight you.

IF you are a citizen of one of the swing states, PLEASE call or write your congressmembers non-stop. Tell them to support the constitution, and investigate the fraud transparently, openly, and honestly, and let the chips fall where they may.

Our country is at stake.

👍 1   👎 1   Reply • Share ›

**Patricia E.** 👤⁺
3 years ago

Here is a very interesting article which looks into the deep background of the Trumpian claim that the voting was rigged.
Here is my simplified analysis of the argument:
This issue began with a survey conducted by Matt Braynard. Matt Braynard is a former Trump campaign data director and pollster. He collected data in Pennsylvania and then provided that data to Steven Miller (a respected mathematician) who analyzed the data. Miller's analysis suggests serious ballot irregularities in Pennsylvania.
The problem is that Steven Miller's analysis is based entirely on the data from Matt Braynard. If that data is flawed then the analysis by Steven Miller is flawed. And there is widespread concern about the data from Matt Braynard.
Here is the article:
https://williamsrecord.com/...

👍 1   👎 1   Reply • Share ›

**Jerry Abercrombie** 👤⁺
3 years ago • edited

You have to be a special kind of person if you believe Democrats cooked up a massive conspiracy yet forgot to capture the Senate, underperforming all the poll projections. And you have to be an even more special kind of person if you think thousands of people could keep a secret. Heck, even one person can't keep a secret, let alone thousands.

👍 1   👎 1   Reply • Share ›

**freelancewriternyc** 👤⁺
3 years ago

Supposed anomalies in voting patterns aren't admissible evidence in a court of law. Keshavarz-Nia can conclude with all the high confidence he wants that voting machines were manipulated, but unless he can prove it with substantive evidence, it doesn't mean a thing.

👍 2   👎 2   Reply • Share ›

**Jake Redwood** 👤⁺
3 years ago • edited

You all are aware of the fact that also all Trump appointed judges said pretty much the same - no evidence, no specific charges, no case - right?

Ah yes, at least two (2) **Trump appointed judges** actually laughed at the "cases" Giuliani and his minions presented to them. And at their "evidence" as well, including "secret affidavits". Several more Trump appointed judges and conservative republican judges ridiculed the "cases" and "evidence" in their comments too.





**Jake Redwood** 👤ᵛ  edited
3 years ago · edited

You all are aware of the fact that also all Trump appointed judges said pretty much the same - no evidence, no specific charges, no case - right?

Ah yes, at least two (2) **Trump appointed judges** actually laughed at the "cases" Giuliani and his minions presented to them. And at their "evidence" as well, including "secret affidavits". Several more Trump appointed judges and conservative republican judges ridiculed the "cases" and "evidence" in their comments too.

Let that sink down: Trump judges actually laughed at Giuliani "cases" and "evidence". One cannot be more incompetent than that.

And, Giuliani explicitly said (and made damn sure it is repeated in each and every case) that he and the rest of the Trump lawyers are NOT alleging fraud nor conspiracy to commit fraud nor anything remotely similar in their cases.

Do you know why Giuliani is claiming that nothing like fraud and conspiracy to commit fraud exist, and meticulously repeated it in each and every case?

Because he knows very well that spewing BS in the back of a landscaping company, between dildo shop and crematorium is for gullible Trumpsters, and alleging actual fraud before a judge (even a Trump appointed one) without any evidence means felony and automatic serious jail time. Rudy G. might be prepared to do anything his current master, but he's obviously not completely unaware of the consequences of lying on the record.

👍 2    💬 2    Reply · Share ›

This comment was deleted.

> **Jake Redwood** 👤ᵛ  ➜ Guest
> 3 years ago · edited
>
> But you see, there is no judge that will ride with Rudy G. to his or her demise.
>
> Also, you seem to think the SC works the way Trump thinks it works, which is false. Look it up.
>
> By the way, this is finally dawning on Trump as well:
>
> "The problem is it's hard to get into the Supreme Court," he [Trump] told Fox News presenter Maria Bartiromo. "I've got the best Supreme Court advocates … lawyers that want to argue the case if it gets there. But they said it's very hard to get a case up there," he added.
>
> It seems someone in Team Trump finally found balls to tell Trump that Supreme Court is not working like Trump thought it is, and that it won't "help" him.
>
> 👍 1    💬 1    Reply · Share ›

**Jack London** 👤ᵛ
3 years ago

Ah the bat**** crazy Sidney Powell, playing the Kraken card. But the Kraken was pretty easily defeated by Perseus, who held the Medusa. All of this makes more sense than any idea of voter fraud and Georgia's result has been certified.

👍 2    💬 2    Reply · Share ›

This comment was deleted.

> **freelancewriternyc** 👤ᵛ  ➜ Guest
> 3 years ago
>
> Please let this comment be satire!
>
> 👍 0    💬 0    Reply · Share ›

**AkProf** 👤ᵛ
3 years ago

Gosh! I wonder why all this "objective" data hasn't gained an inch of traction in court? I guess despite the efforts of Mitch McConnell, Donald, & company the courts remain a corrupt arm of the omnipotent Left. It's just amazing that no one will look at non-existent evidence. What a revolin' development this is!

👍 2    💬 3    Reply · Share ›

> **Optimus_Maximus** 👤ᵛ  ➜ AkProf
> 3 years ago · edited
>
> Maybe because it's been presented to majority democrat controlled courts? One judge in PA ordered the stop of certification of electors by PA legislators until the evidence could be heard, and was promptly over-ruled by the corrupt PA supreme court.
>
> The evidence of fraud is overwhelming, from statistical analysis, and hundreds of sworn affidavits from eyewitnesses to the fraud.
>
> What is the problem with hearing the evidence, and examining the signatures of mail in votes?
>
> Are you worried about what the evidence will show?
>
> If not, you should welcome the honest investigation of voter fraud, if for no other reason, to confirm that the elections were fair and honest to the American voters, and remove the asterisk that will inevitably be attached to a Biden presidency.
>
> Transparency in the vote count is required to reassure the American voter in the legitimacy of the election. Half the country's voters demand transparency.
>
> 👍 4    💬 0    Reply · Share ›

What is the problem with hearing the evidence, and examining the signatures of mail in votes?

Are you worried about what the evidence will show?

If not, you should welcome the honest investigation of voter fraud, if for no other reason, to confirm that the elections were fair and honest to the American voters, and remove the asterisk that will inevitably be attached to a Biden presidency.

Transparency in the vote count is required to reassure the American voter in the legitimacy of the election. Half the country's voters demand transparency.

👍 4    👎 0    Reply  •  Share ›

**freelancewriternyc** 👤✦ → Optimus_Maximus
3 years ago

All 3 justices who ruled against Giuliani in scathing language are Republicans — one even appointed by Trump himself.

👍 0    👎 1    Reply  •  Share ›

**Optimus_Maximus** 👤 → freelancewriternyc
3 years ago

(1) Judge William Brann was nominated by Obama - denied the case had merit in a Federal Court Hearing on 11/17/20 and again ruled no merit on amended case 11/19/20. To my knowledge, that is the only Federal Court in PA that has heard the Giuliani suit brought by Trump's lawyers.
(2) Judge Patricia McCullough, PA state court, ruled in the case brought by Pennsylvania voters including Rep. Mike Kelly, R-Pa., that the case had merit and a high likelihood of succeeding and ordered the state to stop certification of PA electors. This was immediately appealed to the PA Supreme Court which overturned the decision. Case not brought by Trump's legal team.
(3) PA Supreme Court over-ruled Judge McCullough, and ordered that state of PA should continue to certify the electors based on the "popular vote" of the people.
(4) PA Supreme Court consists of 7 judges elected by the people of PA. The makeup is as follows (5 Dems vs 2 Repubs):
Chief Justice Thomas G. Saylor, 71, a Republican
Justice Max Baer, 70, a Democrat
Justice Debra McCloskey Todd, 60, a Democrat
Justice Christine Donohue, 65, a Democrat
Justice Kevin M. Dougherty, 55, a Democrat
Justice David Wecht, 55, a Democrat
Justice Sallie Updyke Mundy, 55, a Republican

Tell me, why wouldn't you want any "alleged" improprieties to be investigated, so that "slow Joe" could take office without an asterisk by his election, and to prove to the 70 million people that voted for Trump that we had a free and fair election?

What do you have to fear?

👍 1    👎 0    Reply  •  Share ›

**PolishKnightUSA** 👤✦ → AkProf
3 years ago

https://youtu.be/VA4x1-nWN5...

👍 0    👎 0    Reply  •  Share ›

**Jack** 👤✦
3 years ago • edited

The high-pitched WHINE of the Trump cultists permeates the day.

Get over it, the liar in chief lost.

👍 1    👎 3    Reply  •  Share ›

**JimBob777** 👤✦ → Jack
3 years ago

Dolt, China Bribes Joe Biden did not win- he was napping thru most of the campaign.

👍 0    👎 0    Reply  •  Share ›

This comment was deleted.

**freelancewriternyc** 👤✦ → Guest
3 years ago

No, we're just having fun gloating.

👍 0    👎 1    Reply  •  Share ›

**Therin** 👤✦
3 years ago

https://www.youtube.com/wat... here is how forensic proof of voter fraud can be proves in mass quickly

👍 0    👎 0    Reply  •  Share ›



Document title: Legitimacy of Biden Win Buried by Objective Data - The American Spectator | USA News and Politics
Capture URL: https://spectator.org/legitimacy-of-biden-win-buried-by-objective-data/
Capture timestamp (UTC): Tue, 28 Nov 2023 18:38:31 GMT

**APP1572**



**Therin** ☆
3 years ago

https://www.youtube.com/wat... here is how forensic proof of voter fraud can be proves in mass quickly

👍 6    👎 6    Reply • Share ›

**James Scott** ☆ edited
3 years ago

Who owns the private central banks that have the government allowing them to create wealth from nothing and loan it to the gov't at 6% interest forever? Who are these people that have used this lock on the money supply to buy up the media and most of our establishment? Is there a group we can point to who control 20 times more wealth than they are represented in the population? Who is forcing the politicians to go against the founding stock in the USA by filling it with low IQ people from all over the 3rd world? Again who owns the media that will ruin any person in the public eye who questions this policy of replacing the people who founded and built the USA. Who is doing this to us? There is a group who work together as an ethnic/religious group responsible for everything above and much much more. They are what is wrong with the West.

I don't ask questions that I don't already know the answer to. The fact that most people know exactly which group I am referring to means I am correct about them. Emotional cries of racism and bigotry will not change the FACT that this malevolent anti white group is ruining the USA and is going to turn it into a 3rd world failed state. If you are white all of your cries of racism when you are the victim will be laughed at. Your abusers will not have their own kind telling them how evil they are. You can count on that. If you are white and offended by what I wrote then you have forgotten the faces of your fathers. Shame on you.

I do not know if this site censors but if it does and this gets taken down this is for the moderator.

You are a traitor. You personally are the enemy of freedom. Calling it your job ol hoss sure don't make it right.

👍 0    👎 0    Reply • Share ›

**ChuSez** ☆ ➜ James Scott
3 years ago

I suspect that you were always an azzhole before you became a racist azzhole and an antiSemite.
Hell gapes for you.

👍 1    👎 0    Reply • Share ›

**James Scott** ☆ ➜ ChuSez
3 years ago

Ad hominim attacks no longer work fool. It won't be long now. History is not over.

👍 0    👎 0    Reply • Share ›

**ChuSez** ☆ ➜ James Scott
3 years ago

You are a racist and an antiSemite and I don't give a tinker's dam about you
You are vermin.

👍 6    👎 0    Reply • Share ›

**James Scott** ☆ ➜ ChuSez
3 years ago

You are the vermin. Go back where you belong.

👍 0    👎 0    Reply • Share ›

**ChuSez** ☆ ➜ James Scott
3 years ago    edited

Get it?

👍 0    👎 0    Reply • Share ›

**James Scott** ☆ ➜ ChuSez
3 years ago

I understand you are a parasite. I understand that without white people you would be picking bugs out of your crotch for a snack.

👍 0    👎 0    Reply • Share ›

**ChuSez** ☆ ➜ James Scott
3 years ago

More racism from the jackass.

👍 0    👎 0    Reply • Share ›

**James Scott** ☆ ➜ ChuSez
3 years ago

Racism is only use3d when the truth is not on your side. You are a parasite who needs white people to live a 1st world life



3 years ago
More racism from the jackass.

👍 0   👎 0   Reply • Share ›

**James Scott** ⚊⁺  ↱ ChuSez
3 years ago
Racism is only use3d when the truth is not on your side. You are a parasite who needs white people to live a 1st world life

👍 0   👎 0   Reply • Share ›

**Cousin Ed** ⚊⁺
3 years ago
Navid Keshavarz-Nia testimony is from in King v. Whitmer, NOT Pearson v. Kemp!

👍 0   👎 0   Reply • Share ›

This comment was deleted.

**ChuSez** ⚊⁺  ↱ Guest
3 years ago
Nonsense that no court would entertain.
But if it helps you sleep nights...

👍 0   👎 0   Reply • Share ›

**Jim_AZ** ⚊⁺
1 years ago
By now, there is no doubt that it was stolen.

The only remaining doubt is whether the cheat will or will not be hoisted upon the Republic.

👍 0   👎 0   Reply • Share ›

**disqus_yMXXnhjJbV**
3 years ago
biden will be forever remembered as #46 with an asterisk. #46*

👍 0   👎 0   Reply • Share ›

**Mike Voltamp**
1 years ago
Trump won. Democrats and the CCP are evil and greedy. They got caught because of that greed. God's flooding in China has pushed Xi, he needs this win. Trump would destroy the CCP with 4 more years. Biden is an asset, long time.
Trump wins; Xi & CCP loses face, so sorry!!!!!

👍 0   👎 0   Reply • Share ›

**GWB2000** ⚊⁺
3 years ago
"I conclude with high confidence that the election 2020 data were altered in all battleground states resulting in hundreds of thousands of votes that were cast for President Trump to be transferred to Vice President Biden. These alterations were the result of systemic and widespread exploitable vulnerabilities in DVS, Scytl/SOE Software and Smartmatic systems that enabled operators to achieve the desired results. In my view, the evidence is overwhelming and incontrovertible."

Maybe someone should contact Barr on this. I hear there is an ongoing investigation where he is having trouble finding his rear end with both hands.

👍 0   👎 0   Reply • Share ›

**ConradLuxman47** ⚊⁺
3 years ago
Tick Tock......https://www.worldviewweekend.com/tv...

👍 0   👎 0   Reply • Share ›

**James Linsley** ⚊⁺
3 years ago
A recount of the same ballots without verification is like counting a deck of cards with 11 aces...

👍 0   👎 0   Reply • Share ›

**Ted G** ⚊⁺
3 years ago · edited
Take note that the same crowd that completely accepts that "Systemic and widespread racism" exists and is ongoing though its not supported by the numbers anywhere, now dispute and laugh off Systemic and widespread discrepancies in the results of this election that the numbers do support!

Document title: Legitimacy of Biden Win Buried by Objective Data - The American Spectator | USA News and Politics
Capture URL: https://spectator.org/legitimacy-of-biden-win-buried-by-objective-data/
Capture timestamp (UTC): Tue, 28 Nov 2023 18:38:31 GMT

**APP1574**

A recount of the same ballots without verification is like counting a deck of cards with 11 aces.

👍 0   👎 0   Reply • Share ›

**Ted G** 👤⁺
1 years ago · edited

Take note that the same crowd that completely accepts that "Systemic and widespread racism" exists and is ongoing though its not supported by the numbers anywhere, now dispute and laugh off Systemic and widespread discrepencies in the results of this election that the numbers do support!

Just sayin'

Joe Biden is an illegitimate "president elect" !!

👍 0   👎 0   Reply • Share ›

**Tay LaPeen** 👤
3 years ago

Oh puh-leeze! Presidents Biden and Harris won the election and are now poised to return us to the love, truth and purity of TOTAL Obama Style!

👍 0   👎 0   Reply • Share ›

**Just call me Joe** 👤⁺
3 years ago

I chose not to believe the early reports of election fraud to the benefit of Biden because it didn't seem to be of sufficient magnitude. But as reports keep coming in of swing state voting by people who do not live in those states, even of people who moved out and said they didn't vote in the state they used to live in, but there is a record that they did, the drop off ballots disappearing from Republican strongholds and extra ballots showing up in Democratic ones, the malware in voter machine software, and many more fraudulent activities, I am starting to move my belief to the conclusion that Trump is the legitimate winner.

👍 0   👎 0   Reply • Share ›

**4Commencefiring4** 👤⁺
3 years ago

A consistently mediocre math student takes his final exam, which is a take-home test. A couple days later, he turns it in. He gets a 100. He got every problem right. Did he cheat? Can't prove it, but what would common sense tell you?

👍 0   👎 0   Reply • Share ›

**Budman** 👤⁺
3 years ago

If it is known that people who moved voted twice, then every one of them must be charged with illegally voting by the FBI.

👍 0   👎 0   Reply • Share ›

**Kpar** 👤⁺
3 years ago

Well, we shall see. The FBI is, as usual, a day late and a dollar short. Which brings to mind another question.

Where is John Durham?

👍 0   👎 0   Reply • Share ›

**A    ArmyAviator** 👤⁺
1 years ago

Joe Biden has cemented his place in history, as the most crooked, immoral, sleazy CONMAN and Grifter in the history of the nation!
Democrats for generations, will celebrate the old creep as a hero! He can be assured on that! But...he will never be President of the United States!

👍 0   👎 0   Reply • Share ›

    **A    ArmyAviator** 👤⁺   → ArmyAviator
    3 years ago

    Even more so than the Clinton's! Now THAT is a real accomplishment!

    👍 0   👎 0   Reply • Share ›

        **Kpar** 👤⁺   → ArmyAviator
        3 years ago

        Well, at least the Clinton's did their own grifting. China Joe didn't even do that, he had others do it for him.

        👍 0   👎 0   Reply • Share ›

**H    hanblecheya** 👤⁺
3 years ago

Normally, the way you proceed in these cases is you take the little fish, like the ones counting ballots during the water main break or the ones who prevented election observers from observing and charge them with whatever, make it treason, just to get their attention, and then you plea bargain for the testimony on the big fish. Except that the DOJ is nowhere in sight. Maybe Trump isn't what we thought. He is more naive than my little sister.

Well, at least the Clinton's did their own grifting. China Joe didn't even do that, he had others do it for him.

👍 0   👎 0   Reply   • Share ›

**H**  **hanblecheya** ⬛⁺
3 years ago

Normally, the way you proceed in these cases is you take the little fish, like the ones counting ballots during the water main break or the ones who prevented election observers from observing and charge them with whatever, make it treason, just to get their attention, and then you plea bargain for the testimony on the big fish. Except that the DOJ is nowhere in sight. Maybe Trump isn't what we thought. He is more naive than my little sister.

👍 0   👎 0   Reply   • Share ›

**G**  **Gary jones** ⬛⁺
3 years ago

I don't know how we'll do it but the bad actors have to be rooted out and dealt with. No matter how "high" the corruption runs, or which political parties.

👍 0   👎 0   Reply   • Share ›

**Craig Austin** ⬛⁺
3 years ago

Trump has a plan, I hope it includes a perp walk for the "president elect" preferably on his inauguration day

👍 0   👎 0   Reply   • Share ›

This comment was deleted.

**E**  **E550wahoo** ⬛⁺  ➜ Guest
3 years ago

This is exactly why I acquired a PSA AR-15 and 1,000 rounds of 5.56 over a month ago.

👍 0   👎 0   Reply   • Share ›

**TheMadKing** ⬛⁺
3 years ago

Regardless of how this election turns out, half the country will be in a warlike state. Yeehaa!

👍 0   👎 0   Reply   • Share ›

**T-Bone** ⬛⁺
3 years ago

Where is the data showing voting anomalies (ex: vote totals, % of turnout, black votes, Hispanic votes, late votes, absentee votes, etc), so we can see, for example, that in black communities across the country, the turnout was 50%, the % for Trump was 20%, the downballot votes were on 90% of ballots etc, and then contrasting that with Milwaukee, Detroit, Philadelphia, Atlanta, Phoenix, Las Vegas, where the stats became something like turnout of 95%, % for Trump 1%, downballot voting 2%, etc?

There is a reason for larger turnout with mass mail in voting. But %'s of other measures across the country should have some historical relationship. Anomalies contributed to COVID and mail in ballots are not the same as traditional voting metrics which are wildly out of line.

👍 0   👎 0   Reply   • Share ›

**jitterbugsandy** ⬛⁺
3 years ago

Give me your address and I'll come over and install windows 7 in your poter and then we will wait to see how long it takes to clean your bank account out and credit cards.

👍 0   👎 0   Reply   • Share ›

**R**  **Rick McHale** ⬛⁺ • edited
3 years ago

I worked a local polling place in southeastern Pennsylvania from the mid 1980's up through 1994. My wife usually also had a role in the election day proceedings. Our children used to walk down and do their homework at the empty spots on the wooden tables set up for the day. The other election workers, of both parties, thought that this was a gas. Our highest calculated voter turnout was @ 89 % for the George Bush - Michael Dukakis election in 1988. We all thought that figure was a truly great turnout number and we were all duly proud of our neighbors, many of whom were very elderly and needed help getting up the two brick steps at the entrance. Our precinct was in a densely populated part of town where the majority of voters lived no more than a 10 minute easy walk to the historic school house we used for all of our elections. The highly inflated numbers for our 2020 presidential election are so clearly deceitful, often absurdly so, that any honest Democrat would demand an accurate and expeditious reckoning in deference to our ancestors, and their many sacrifices made for us, and as the righteous example to set for our young people. I have not read or heard of a single prominent Democrat to have done this yet or even one of them encouraging Republicans to do so. I am not ashamed of my Country but my diminished respect for the Democratic party and its supporters will disappear completely if this treasonous spectacle is not brought to an honorable conclusion.

👍 0   👎 0   Reply   • Share ›

**Gary Smith** ⬛⁺
3 years ago

The validity of questionable ballots should be determined by those who have expertise in that field, something that I have no experience in, or knowledge of. But it doesn't take a genius or expert to know that Democrat precincts having over 100% voter participation/ in some cases WAY over , 350-800%!!) were engaging in election tampering and voter fraud! That, in and of itself, should be solid evidence warranting further investigation.



👍 0   👎 0   Reply • Share ›

**Gary Smith** ⚫⁺
3 years ago

The validity of questionable ballots should be determined by those who have expertise in that field, something that I have no experience in, or knowledge of. But it doesn't take a genius or expert to know that Democrat precincts having over 100% voter participation (in some cases WAY over ; 350-800%!) were engaging in election tampering and voter fraud! That, in and of itself, should be solid evidence warranting further investigation.

👍 0   👎 0   Reply • Share ›

⚫ This comment was deleted.

**Jake Redwood** ⚫⁺  ↱ Guest
3 years ago   edited

Nope, it's a lie, debunked a while ago.

PA state Sen. Mastriano claimed that "*1.8 main-in ballots were sent out, and 2.6 million came back*". A crudely constructed lie, in fact. That particular urban legend mixes up numbers pertaining voting by mail in PRIMARY and GENERAL elections.

**Primary Elections:** 1,823,148 mail-in ballot requests were made and were sent out, almost 1.5 million of those were returned.

**General Elections:** 3,087,524 mail-in ballot requests were made and were sent out, 2,589,242 of those were returned.

You are free to look up the data yourself, it's all available on the PA government website.

**This f*ckup and straight, bald-faced lie comes from the PA state Sen. Doug Mastriano**, who, intentionally or not, mixed up the numbers for primary and general elections and hurried up to tweet this garbage to suck up to his beloved master.

He probably did this intentionally, since he never bothered to correct his initial statement since, fully knowing that his lie will go viral, but correction will be much harder to spread.

👍 0   👎 0   Reply • Share ›

**C** **crsrds**
3 years ago

I'm not following the logic in the affidavit re Mukegon County in Michigan. The county experienced a rise in registered voters to the tune of around 20k.

2016 turnout rate – ~62%
2020 turnout rate – ~65%

2016 - close to 80k people voted for President
2020 - close to 92k people voted for President

Increase could be attributed to rise in registered voter population.

Someone please explain how the affidavit can claim a ~781% in voter turnout.

👍 0   👎 0   Reply • Share ›

⚫ This comment was deleted.

**freelancewriternyc** ⚫⁺  ↱ Guest
3 years ago

What's unbelievable is that Trump could have won a 2nd term.

👍 0   👎 0   Reply • Share ›

⚫ This comment was deleted.

**PolishKnightCIIIA** ⚫⁺  ↱ Guest
3 years ago

Nice Try.

Do you think the S.C. is going to buy that? :-)

👍 1   👎 0   Reply • Share ›

⚫ This comment was deleted.

**PolishKnightCIIIA** ⚫⁺  ↱ Guest
3 years ago

So what's your side going to do if Trump prevails? Burn and loot Starbucks again in your own cities? :-)

The left engaged in this desperate fraud because Orange Man hurt their widdle feelings. Awwwww.

Document title: Legitimacy of Biden Win Buried by Objective Data - The American Spectator | USA News and Politics
Capture URL: https://spectator.org/legitimacy-of-biden-win-buried-by-objective-data/
Capture timestamp (UTC): Tue, 28 Nov 2023 18:38:31 GMT

**APP1577**



This comment was deleted.

**PolishKnightIIIA** ☻⁺ → Guest
3 years ago

So what's your side going to do if Trump prevails? Burn and loot Starbucks again in your own cities? :-)

The left engaged in this desperate fraud because Orange Man hurt their widdle feelings. Awwwww.

3 years of a Russian collusion hoax that came out to nothing. Impeachment for just asking why a crackhead got millions of dollars in fees just as the father bragged about firing the prosecutor on the case.

KB, your side isn't merely delusional but rather doesn't make any sense. You want European socialism but you hate Europeans (and claim to be anti-racist) and have brownshirt "antifa" thugs out on the streets.

Does this make sense to you? I guess it does. Me? I have a wife and child, a community (including a diverse community of brown foreign friends), and a life. I don't just have a jug of Cool Aid which is what most of my childhood leftist friends have. Nearly all of them single and childless.

I have more in common with the working class union men of a century ago than you do.

And we both know it.

👍 2   👎 0 · Reply • Share ›

**PaulNik** ☻⁺ → PolishKnightIIIA
3 years ago

They absolutely do not want European Socialism. They wan Venezuelan/Cuban Socialism.

👍 0   👎 0 · Reply • Share ›

This comment was deleted.

**PolishKnightIIIA** ☻⁺ → Guest
3 years ago

Assuming that's the case, there is dozens of other evidence, unlike the Russian collusion snipe hunt, winding their way through the colon of the court system.

And you know it, KB.

Repeat your spoon fed narrative but fortunately, this isn't a banana republic (yet).

👍 2   👎 0 · Reply • Share ›

This comment was deleted.

**Tom Anderson** ☻⁺ → Guest
3 years ago

That wasn't real, it was a mistake by someone who can't tell the difference between Michigan and Minnesota. Get some facts for a change.

👍 0   👎 0 · Reply • Share ›

**Bob Acker** ☻⁺
3 years ago   edited

Now it all becomes clear, in case it wasn't before. It turns out Trump has raised over $150 million on these fraudulent claims, so of course he's not going to stop.

Not that it means anything in terms of the election. $150 million means $147 million net, since they just blew $3 million in two counties in Wisconsin, earning Joe Biden 87 votes in the process. Next come the all-important Guam recount, a real game-changer in the making. The bunch that blew through over $1 billion under the inimitable Brad Parscale will have no trouble at all burning this money up.

So much for the election. But the point isn't the election, it's who's paying for the show. Speaking of which: is this Catron "person" in on the take or just another mark?

👍 0   👎 1 · Reply • Share ›

**Submarine Steve** ☻⁺ → Bob Acker
3 years ago

What a wonderful Never-Trumper posting there Bob. You used to be a reasonable commenter on the WSJ but I ended up blocking them because the comments were so BS

👍 1   👎 0 · Reply • Share ›

**PetePatriot** ☻⁺ → Submarine Steve
3 years ago

That was a long time ago. He's been disagreeable for a long time. Did I say disagreeable? I meant jerk.

👍 1   👎 0 · Reply • Share ›

👍 1   👎 0   Reply • Share ›



**PetePatriot** ⚑♦ → Submarine Steve
3 years ago

That was a long time ago. He's been disagreeable for a long time. Did I say disagreeable? I meant jerk.

👍 1   👎 0   Reply • Share ›

**marty lopez** ⚑♦
3 years ago

Does the President intend to do his duty, whatever is necessary to protect & defend the constitution of the US as per his oath of office.

Far too long now, the American people have confused Trump's willingness & desire to stand up for America & her people with him actually fighting for America, which he has never done. He has advocated, worked like hell, confronted the media & he tweeted regularly when they allowed him. He even held rallies & performed whirlwind tours.

But so far he hasn't fought, not ever, not once, not the CIA, NSA, DHS, DOD, FBI, DOJ, FISA Courts, big tech, Wall Street. Truth be told, The President hasn't issued a blow, not a lick.

He adopted a hands off policy deferring to Barr & Durham, refused to fire Sessions, refused to act as his own Attorney General, refused to appoint special prosecutors.

Trump has always played by the rules & against all the odds, as he thought best & I'm not here to criticize. But now we all see where that has taken us.

This fraud is blatant, so outrageous one hardly knows where to begin, which I guess is of no import since no one seems willing, or able to do anything about it.

The question now is does Trump finally then have the stones as well as the wherewithall to do his duty to protect & defend the constitution? Will he fight? Has he a contigency plan? Does he know how the military will go? Can he isolate and confine the Joint Chiefs, the DOD? Will the military follow, do their duty. Is he prepared to meet resistence and riot in the street, ininiate the mass arrests of big tech titans and employees, Wall Street's board rooms, the media broadcasters?

Trump has managed to unite a vast majority of America's people, his supporters. Will he find the personal commitment, courage & dedication to mobilize them? Will he prove able to coordinate & execute it all, or will he turn out to be a reality TV star, a real estate developer & a mere marketer after all? Mr. President?

👍 0   👎 1   Reply • Share ›

**Richard Haden** ⚑♦
3 years ago

Trump is obviously - desperately - attempting to force his own voter fraud conspiracy on American voters. Trump is seriously trying to disenfranchise millions of legal voters through fake conspiracies. We first witnessed Trump defunding the post-office through his political appointee - Louis DeJoy, Together, Trump and Louis DeJoy conspired to dismantle sorting machines in several post-office sorting centers with the intention of slowing down the delivery of legally cast absentee / vote by mail ballots. This obviously failed because as we witnessed, Trump ultimately was fired by a higher volume of mail in votes than in person votes - especially in swing states.

Trump told his cult to vote in person... they did. But more legal voters voted by mail or dropped off ballots and showed up to vote in person, as I did, than those who voted for Trump, primarily in person.

So, now we see so many desperate attempts to use once credible statistical analyst, like Navid Keshavarz-Nia to help Trump overturn a legitimate election.

Debunked: Navid Keshavarz-Nia's Claims of "A Sudden Rise in Slope" as Election Fraud Evidence.. read below.

https://www.metabunk.org/th...

Get over it:

What happens when a lame duck pardons a turkey and is too chicken to eat crow Because his goose is cooked.

👍 0   👎 1   Reply • Share ›



**mcsandberg** ⚑♦ → Richard Haden
3 years ago

Huh? The turnout increased by 20% over 2016. That *cannot* happen. There's a real pile of evidence now https://www.americanthinker...

👍 0   👎 0   Reply • Share ›

**tom f** ⚑♦
3 years ago

Let's look. A recount/audit in WI showed Biden the winner. Two recounts/audits in GA showed Biden the winner. I guess that the Republicans involved in those recounts sold themselves to the Democrats. Biden won MI by 150,000 votes and PA by 80,000 votes, I guess the Democrats filled out and snuck in all those votes, actually a lot more since Trump was leading significantly in PA). After all, someone did see a man sneaking in a case to the counting location. Unfortunately, it was a TV camera.

👍 0   👎 1   Reply • Share ›



**CJT1957** → tom f
3 years ago

When you count the same fraudulent votes....

👍 2   👎 0   Reply • Share ›

**tom f** ⚑♦ → CJT1957
4 years ago

Apparently the Republican poll workers didn't judge the votes to be fraudulent. But you win im better. You probably followed every fraudulent voter to the polls



**CJT1957** → tom f
3 years ago

When you count he same fraudulent votes...

👍 2   👎 0   Reply • Share ›

**tom f** 🔗 → CJT1957
3 years ago

Apparently the Republican poll workers didn't judge the votes to be fraudulent. But you know better. You probably followed every fraudulent voter to the polls. You probably investigated each fraudulent mail vote. You know better than those Republican poll workers. Or maybe you just spout Trumpian BS.

👍 0   👎 0   Reply • Share ›

This comment was deleted.

**jedbutler** → Guest
3 years ago

247 comments so far on a piece posted this morning ... maybe a record?? This trollapalooza is shrill, unkind, illogical (as usual) but kind of curious for people who think they've won so you've asked a **really important** question that they probably cannot coherently answer.

👍 0   👎 0   Reply • Share ›

This comment was deleted.

**jedbutler** → Guest
3 years ago

yes and we verify a legal vote with a credible government ID - like the kind we need to get on a plane, like they require for welfare benefits or even food banks with veritable voter lists. We can look to South Africa for the model (just heard a guy from SA talking about what it takes to vote there). If it's good enough for them, why is it bad for us? They need to answer that as well

👍 1   👎 0   Reply • Share ›

**Kdubi**
3 years ago

Article makes three arguments for why the election is fraudulent.

1-Laughable turnout rate of 66% is not out of the realm of possibility given its a 4pt increase to 2016 during a pandemic with high anxiety, high unemployment and increased access to voting. The claim of vote turnout more than 100% has been demonstrated as false with mixing up same county names indifferent states

2-the affidavit referenced above makes the claim that the vote tabulations were manipulated in all swing states. The Georgia hand recount would have exposed this form of tabulation fraud, but it did not.

3-the quantitative data analysis I've seen have been performed on the publicly available data from reporting sites and were uploaded in batches. The premise of this argument makes an assumption that the tabulation records and the reporting records are the same when they are not.

👍 0   👎 1   Reply • Share ›

**bumbershoot** 🔗 edited
3 years ago

| "According to an affidavit in the MI lawsuit, one Michigan precinct/twnship had 781,91% turnout. How does this happen?"

It didn't. The lawsuit mixed up numbers from Michigan and Minnesota. Turns out Krakens have a hard time understanding the two-letter state abbreviations.

👍 0   👎 2   Reply • Share ›

This comment was deleted.

**bumbershoot** 🔗 → Guest
3 years ago

Happy to!

The right-leaning PowerLine Blog discovered the problem and has all the details.

"Evidently a researcher, either Mr. Ramsland or someone working for him, was working with a database and confused "MI" for Minnesota with "MI" for Michigan. (The postal code for Minnesota is MN, while Michigan is MI, so one can see how this might happen.) So the affidavit, which addresses "anomalies and red flags" in Michigan, is based largely, and mistakenly, on data from Minnesota..."

This is a catastrophic error, the kind of thing that causes a legal position to crash and burn. Trump's lawyers are fighting an uphill battle, to put it mildly, and confusing Michigan with Minnesota will at best make the hill steeper."

https://www.powerlineblog.c...

👍 0   👎 0   Reply • Share ›

**Load more comments**



247 comments so far on a piece posted this morning ... maybe a record!? This trollapalooza is shrill, unkind, illogical (as usual) but kind of curious for people who think they've won so you've asked a **really important** question that they probably cannot coherently answer.

👍 0    👎 0    Reply • Share ›

This comment was deleted.

**jedbutler** ➔ Guest
3 years ago

yes and we verify a legal vote with a credible government ID - like the kind we need to get on a plane, like they require for welfare benefits or even food banks with verifiable voter lists. We can look to South Africa for the model (just heard a guy from SA talking about what it takes to vote there). If it's good enough for them, why is it bad for us? They need to answer that as well.

👍 1    👎 0    Reply • Share ›

**K**  **Kdubi**
3 years ago

Article makes three arguments for why the election is fraudulent.
1-Laughable turnout rate of 66% is not out of the realm of possibility given its a 4pt increase to 2016 during a pandemic with high anxiety, high unemployment and increased access to voting. The claim of vote turnout more than 100% has been demonstrated as false with mixing up same county names indifferent states
2-the affidavit referenced above makes the claim that the vote tabulations were manipulated in all swing states. The Georgia hand recount would have exposed this form of tabulation fraud, but it did not.
3-the quantitative data analysis I've seen have been performed on the publicly available data from reporting sites and were uploaded in batches. The premise of this argument makes an assumption that the tabulation records and the reporting records are the same when they are not.

👍 0    👎 1    Reply • Share ›

**B**  **bumbershoot**  🔊⁺  edited
3 years ago

"According to an affidavit in the MI lawsuit, one Michigan precinct/twnship had 781.91% turnout. How does this happen?"

It didn't. The lawsuit mixed up numbers from Michigan and Minnesota. Turns out Krakens have a hard time understanding the two-letter state abbreviations.

👍 0    👎 2    Reply • Share ›

This comment was deleted.

**B**  **bumbershoot**  🔊⁺ ➔ Guest
3 years ago

Happy to!

The right-leaning PowerLine Blog discovered the problem and has all the details:

"Evidently a researcher, either Mr. Ramsland or someone working for him, was working with a database and confused "MI" for Minnesota with "MI" for Michigan. (The postal code for Minnesota is MN, while Michigan is MI, so one can see how this might happen.) So the affidavit, which addresses "anomalies and red flags" in Michigan, is based largely, and mistakenly, on data from Minnesota...

This is a catastrophic error, the kind of thing that causes a legal position to crash and burn. Trump's lawyers are fighting an uphill battle, to put it mildly, and confusing Michigan with Minnesota will at best make the hill steeper."

https://www.powerlineblog.c...

👍 0    👎 0    Reply • Share ›

Load more comments

📧 Subscribe    🔒 Privacy    🚫 Do Not Sell My Data                    DISQUS

Sign up to receive our latest updates!    REGISTER

f  🐦  ✉

ABOUT    AUTHORS    CONTACT    SUBMISSIONS    FOUNDATION

TERMS OF SERVICE    COOKIE POLICY    PRIVACY POLICY

# Exhibit K-36

🔒 PageVault

| | |
|---|---|
| Document title: | DATA: Michigan Analysis Suggests Absentee Votes 'Manipulated By Computer', Flags Hundreds Of Thousands Of Ballots » The National Pulse+ |
| Capture URL: | https://thenationalpulse.com/archive-post/michigan-election-fraud-analysis/ |
| Page loaded at (UTC): | Tue, 28 Nov 2023 18:30:01 GMT |
| Capture timestamp (UTC): | Tue, 28 Nov 2023 18:30:38 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 34.227.126.78 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 5 |
| Capture ID: | bJUC8uoL9MPe3VvCygMegD |
| User: | jw-therndon |

PDF REFERENCE #:        cC45eVV7WzMnqJJ1p1oc9n

**APP1583**



pulse+     The National Pulse     WAR ROOM     PLECCAS TALKS          GET THE APP

# The National Pulse.
RADICALLY INDEPENDENT

LIVE ●     Tuesday, November 28, 202...

- 🏠 The Pulse
- 🗐 Analysis
- ▣ Streaming

Sign in     Unlock pulse+

Analysis only on pulse+

**WAX & OLSON: Trump Gains in New York – Could He Win the State in 2024?**
GAVIN WAX & TROY OLSON

**DR. GINA LOUDON: Ronna's RNC Vacationed While Republicans Lost. It's Obvious – #RonnaMustGo.**
DR. GINA LOUDON

**It Is Remembrance Day, But Something Is Rotten in London.**
JACK MONTGOMERY

**Still Think 'Allahu Akbar' Means 'God is Great'? You Should Probably Read This.**
ROBERT SPENCER

Videos only on pulse+     SEE ALL



3 YEARS AGO     NATALIE WINTERS AND RAHEEM KASSAM

## DATA: Michigan Analysis Suggests Absentee Votes 'Manipulated By Computer', Flags Hundreds Of Thousands Of Ballots

**New analysis of Michigan voter data reveals hundreds of thousands of mail-in ballots flagged as potentially fraudulent, leading statisticians to posit "strong evidence" exists that results were "manipulated by a computer algorithm."**

The "non-partisan effort by unpaid citizens and volunteer experts" and PhDs comes to the conclusion that an "audited recount" ought to be carried out in Michigan counties that returned voting results that were statistically unlikely, if not impossible.

**MAIL-IN MADNESS.**

The report also raises concerns about Michigan election official's conduct regarding mail-in balloting. Of the 3,507,129 ballots requested, the report flags hundreds of thousands of ballots with qualities, such as "duplicate ballot IDs," "missing ballot address," or "year of birth before 1921."

| Measure | Count |
| --- | --- |
| Duplicate Voter ID | 8341 |
| Duplicate Ballot ID | 32 |
| Missing Ballot ID | 35897 |
| Missing Ballot Number | 36035 |
| Missing Application Sent Date | 495065 |
| Missing Application Return Date | 0 |
| Missing Ballot Sent Date | 36052 |
| Missing Ballot Returned Date | 217271 |
| Missing Ballot Address | 35988 |
| Missing Resident Address | 41 |
| Rejected Ballots | 47226 |

Document title: DATA: Michigan Analysis Suggests Absentee Votes &#39;Manipulated By Computer&#39;, Flags Hundreds Of Thousands Of Ballots » The National Pul…
Capture URL: https://thenationalpulse.com/archive-post/michigan-election-fraud-analysis/
Capture timestamp (UTC): Tue, 28 Nov 2023 18:30:38 GMT

## APP1584

# The National Pulse.

🏠 The Pulse

📑 Analysis

📺 Streaming

Sign in     Unlock **pulse+**

**Fleccas Talks Podcast, Episode 127: 'Ireland Wakes Up'.**
🔵 Fleccas Talks

**MAILBAG #5**
🔵 Fleccas Talks: Bonus Land

**THANKSGIVING – Fleccas Talks: THE PODCAST**
🔵 Fleccas Talks

Exclusive Fleccas Talks Content.

| | |
|---|---|
| Missing Ballot Sent Date | 36052 |
| Missing Ballot Returned Date | 217271 |
| Missing Ballot Address | 35988 |
| Missing Resident Address | 41 |
| Rejected Ballots | 47226 |
| Spoiled Ballots | 87793 |
| Year of Birth Earliest | 1850 |
| Year of Birth Latest | 2002 |
| Year of Birth before 1921 | 1414 |

Ballots Flagged In report.

The report explains in detail the various red flags, such as "288,783 [ballots] that have the application sent and ballot received on the same day."

*The data also includes the voter's year of birth. One is 170 years old, likely an error but their application was not rejected. In total, more than 1400 of these absentee voters are over 100 years old. These could well be nursing home patients. There are 217,271 applications without a recorded date (i.e. never received back). More interesting is the 288,783 that have the application sent and ballot received on the same day.*

**Computer Interference.**

The fifth section of the report, "Irrational MI Absentee Ballots Findings" also posits there is "very strong evidence that the absentee voting counts in Michigan have been manipulated by a computer algorithm."

"On the surface, it would seem that the tabulating equipment in each precinct has been programmed to shift a percentage of absentee votes from Trump to Biden," the report continues.

The allegations are premised on the fact that the absentee voting trends of Michigan counties deviate from the nationwide norm and that "the percentage of Democratic absentee voters exceeds the percentage of Republican absentee voters in every precinct."
The picture below shows "normal (non-manipulated) absentee voting results should be," representing "the actual percentage of absentee ballots received by each 2020 presidential candidate in a swing state county, by precinct (Red = R and Blue = D)."



Nationwide absentee ballot trends.

And the plot below reveals a statistically unlikely trend in Monroe County.

"Specifically, save for outliers, the percentage of Democratic absentee voters exceeds the percentage of Republican absentee voters in every precinct. Even more remarkable – and unbelievable – these two independent variables appear to track one another," the report notes.

Monroe County MI 2020 Presidential election absentee voting% by precinct

**The National Pulse.**

🏠 The Pulse

📑 Analysis

▶️ Streaming

Sign in     Unlock **pulse+**

"Specifically, save for outliers, the percentage of Democratic absentee voters exceeds the percentage of Republican absentee voters in every precinct. Even more remarkable – and unbelievable – these two independent variables appear to track one another," the report notes.



*DEM% = # of absentee votes for Biden / total # of Biden votes*
*REP% = # of absentee votes for Trump / total # of Trump votes*

Michigan absentee ballot trends.

A similar pattern emerges in Oakland County.

**WAYNE & OAKLAND.**

Two counties raised red flags to the statisticians concerning the spread of votes for Biden vs. President Trump. Wayne and Oakland Counties "stand out as problematic," as the report concludes "40,000 and 46,000 estimated excessive votes, respectively" for Biden.
Concerning Wayne County:

> *What's curious is that above the 2016 totals, a new vote ratio appears in contrast to the history of the area – showing new votes going 70% Democrat vs 30% Republican – a 15- point mismatch to the same area just in the last Presidential Election.*

In 2016, Wayne county split 55 percent for Hillary Clinton and 45 percent for President Trump. The other outlier county, Oakland, saw a similar "mismatch" between its 2016 and 2020 results:

> *In Oakland, all votes added by both candidates above the 2016 take show a new vote ratio of 72% Democrat to 28% Republican – an 18-point mismatch to the same area just since the last Presidential Election.*

**READ THE FULL REPORT:**

MI 2020 Voter Analysis Report (1) by Natalie Winters on Scribd

§ SCRIBD

# MICHIGAN 2020 VOTING ANALYSIS REPORT

Document title: DATA: Michigan Analysis Suggests Absentee Votes &#39;Manipulated By Computer&#39;, Flags Hundreds Of Thousands Of Ballots » The National Pul…
Capture URL: https://thenationalpulse.com/archive-post/michigan-election-fraud-analysis/
Capture timestamp (UTC): Tue, 28 Nov 2023 18:30:38 GMT

Page 3 of 4

**APP1586**

*What's curious is that above the 2016 totals, a new vote ratio appears in contrast to the history of the area – showing new votes going 70% Democrat vs 30% Republican – a 15- point mismatch to the same area just in the last Presidential Election.*

In 2016, Wayne county split 55 percent for Hillary Clinton and 45 percent for President Trump. The other outlier county, Oakland, saw a similar "mismatch" between its 2016 and 2020 results:

*In Oakland, all votes added by both candidates above the 2016 take show a new vote ratio of 72% Democrat to 28% Republican – an 18-point mismatch to the same area just since the last Presidential Election.*

**READ THE FULL REPORT:**

MI 2020 Voter Analysis Report (1) by Natalie Winters on Scribd



**MICHIGAN 2020 VOTING ANALYSIS REPORT**

**11-27-20** (rev 12-2-20)

Download this PDF          1   of 31

A Radical, Real News Revolution.

Join pulse+

MORE FROM THE PULSE

© 2023 Pulse Media Group          Jobs   Contact   Privacy Policy   Terms of Service

# Exhibit K-37

🔒 Page Vault

| | |
|---|---|
| Document title: | WATCH: Soros-Linked Smartmatic Chairman Admits 'Technology Is Licensed From Dominion' » The National Pulse+ |
| Capture URL: | https://thenationalpulse.com/archive-post/soros-linked-smartmatic-chair-on-dominion/ |
| Page loaded at (UTC): | Tue, 28 Nov 2023 18:32:08 GMT |
| Capture timestamp (UTC): | Tue, 28 Nov 2023 18:32:57 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 34.227.126.78 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 4 |
| Capture ID: | vafeYQDw2hSxrsNb7X1kL4 |
| User: | jw-therndon |



**3 YEARS AGO** · NATALIE WINTERS

# WATCH: Soros-Linked Smartmatic Chairman Admits 'Technology Is Licensed From Dominion'

Despite voter tech firm Smartmatic's insistence that it has "no affiliate relationships or financial ties" with the foreign-owned Dominion Voting Systems, the company Chairman has previously admitted during interviews that "part of our technology is licensed from Dominion."

The comments came from Smartmatic company Chairman Lord Mark Malloch-Brown, who enjoys intricate financial relations and a "famous friendship" with leftist mega-donor George Soros. During a June 2015 interview with Philippine news outlet ABS-CBN, Lord Malloch-Brown admitted, "...yes part of our technology is licensed from Dominion."

The news will raise further questions as to why both Dominion and Smartmatic have gone to recent lengths to distance themselves from one another, following allegations of corruption during the 2020 U.S. elections.

Recently, the pair claimed they were competitors in order to deflect from the idea that their technologies were both used to defraud people in the United States. The National Pulse soon after revealed that the companies actually have a non-compete agreement.

Malloch-Brown is pressed by the interviewer about difficulties experienced with Smartmatic products in the 2010 election, when he reveals that Smartmatic has a "license for the international use of that particular piece of the technology that we employ":

> HOST: "It was never supposed to be allowed to bid in the 2010 elections because it did not actually own the software – Dominion Voting Systems owned the software. Plus the difficulty which Smartmatic had to put the COMELEC through just in order to access the source code."

> MALLOCH-BROWN: "Well, look. I think that's competitors who say that. The fact is, yes part of our technology is licensed from Dominion, but you tell me a large technology company which isn't using in part licenses from other companies. We have a license for the international use of that particular piece of the technology that we employ."

**The National Pulse.**
RADICALLY INDEPENDENT

🏠 The Pulse

📑 Analysis

📰 Streaming

Sign in     Unlock **pulse+**



**Fleccas Talks Podcast, Episode 127: 'Ireland Wakes Up'.**

🔵 Fleccas Talks



**MAILBAG #5**

🔵 Fleccas Talks: Bonus Land



**THANKSGIVING – Fleccas Talks: THE PODCAST**

🔵 Fleccas Talks



*MALLOCH-BROWN: "Well, look. I think that's competitors who say that. The fact is, yes part of our technology is licensed from Dominion, but you tell me a large technology company which isn't using in part licenses from other companies. We have a license for the international use of that particular piece of the technology that we employ."*

The interviewer follows up by inquiring if "the license issued by Dominion for you to use their proprietary software" is "live," "active," "and has not been revoked." Malloch-Brown confirms all three answers are "yes."

**The Soros Connection.**

When moving to New York, Malloch-Brown rented his home from Soros, for what critics allege was priced below market rate.

Noting "they are good friends," a United Nations spokesperson described the arrangement, as "since both are public figures, they decided to set up the living arrangement as a commercial transaction, rather than a gift."

In 2007, he was appointed Vice-President of Soros's Quantum Fund as well as vice-chairman of Soros Fund Management and the Open Society Institute in the same year.

Despite this, Smartmatic maintains it "has no ties to governments or political parties."

**WATCH:**



 share



Document title: WATCH: Soros-Linked Smartmatic Chairman Admits &#39;Technology Is Licensed From Dominion&#39; » The National Pulse+
Capture URL: https://thenationalpulse.com/archive-post/soros-linked-smartmatic-chair-on-dominion/
Capture timestamp (UTC): Tue, 28 Nov 2023 18:32:57 GMT

**APP1591**

## The National Pulse.
EXPERTLY INDEPENDENT

🏠 The Pulse

📑 Analysis

🎛 Streaming

Sign in     Unlock pulse+

**Fleccas Talks Podcast, Episode 127: 'Ireland Wakes Up'.**

🎙 Fleccas Talks

MAILBAG

**MAILBAG #5**

🎙 Fleccas Talks: Bonus Land

**THANKSGIVING — Fleccas Talks: THE PODCAST**

🎙 Fleccas Talks

Comment on your favorite articles.

Join pulse

The interviewer follows up by inquiring if "the license issued by Dominion for you to use their proprietary software" is "live," "active," "and has not been revoked." Malloch-Brown confirms all three answers are "yes."

**The Soros Connection.**

When moving to New York, Malloch-Brown rented his home from Soros, for what critics allege was priced below market rate.

Noting "they are good friends," a United Nations spokesperson described the arrangement, as "since both are public figures, they decided to set up the living arrangement as a commercial transaction, rather than a gift."

In 2007, he was appointed Vice-President of Soros's Quantum Fund as well as vice-chairman of Soros Fund Management and the Open Society Institute in the same year.

Despite this, Smartmatic maintains it "has no ties to governments or political parties."

**WATCH:**



⤴ Share

**Comment on your favorite articles.**

Join pulse

MORE FROM THE PULSE

© 2023 The National Pulse

f  ⊙  𝕏

Jobs   Contact   Privacy Policy   Terms of Service

**APP1592**

# Exhibit K-38

🔒 Page Vault

| | |
|---|---|
| Document title: | Soros Promotes Smartmatic Chairman to Open Society President » The National Pulse+ |
| Capture URL: | https://thenationalpulse.com/archive-post/soros-smartmatic-president/ |
| Page loaded at (UTC): | Tue, 28 Nov 2023 18:33:26 GMT |
| Capture timestamp (UTC): | Tue, 28 Nov 2023 18:33:59 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 34.227.126.78 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 3 |
| Capture ID: | ozCpcp4szMK4JjM9PqV8Z5 |
| User: | jw-therndon |

PDF REFERENCE #:    wkS9Mt5Wp1ip9cvwMGFvnC

**APP1594**



# The National Pulse.

RADICALLY INDEPENDENT.

LIVE ●    Tuesday, November 28, 2023

- 🏠 The Pulse
- 📑 Analysis
- ▶️ Streaming

Sign in    Unlock pulse+

*Analysis only on* pulse+

**WAX & OLSON: Trump Gains in New York – Could He Win the State in 2024?**
GAVIN WAX & TROY OLSON

**DR. GINA LOUDON: Ronna's RNC Vacationed While Republicans Lost. It's Obvious – #RonnaMustGo.**
DR. GINA LOUDON

🔒 **It Is Remembrance Day, But Something Is Rotten in London.**
JACK MONTGOMERY

**Still Think 'Allahu Akbar' Means 'God is Great'? You Should Probably Read This.**
ROBERT SPENCER

*Videos only on* pulse+    SEE ALL

---

3 YEARS AGO    👤 NATALIE WINTERS

## Soros Promotes Smartmatic Chairman to Open Society President

**Lord Mark Malloch-Brown, the chairman of the voting company Smartmatic, has been promoted to the role of President within George Soros's Open Society Foundation.**

The December 4th announcement adds to the long list of intricate ties Malloch-Brown has to the progressive megadonor, including renting a home from him in New York. Malloch-Brown will be filling in for Patrick Gaspard, who many allege will join Joe Biden's cabinet, potentially as Secretary of Labor.

"Succeeding him as president will be Mark Malloch-Brown, the former UN deputy secretary-general and UK minister, who currently serves on the Foundations' Global Board. Malloch-Brown will take over effective January 1," the Open Society Foundation's press release reads. The press release contains no reference to Malloch-Brown's position as Chairman of Smartmatic, the voting company that has seen its results tampered with and enjoys a close relationship to Dominion.

Speaking on behalf of Smartmatic, Malloch-Brown himself admitted in 2010 that "part of our technology is licensed from Dominion."

Prior to his promotion, Malloch-Brown served as Vice-President of Soros's Quantum Fund as well as vice-chairman of Soros Fund Management and the Open Society Institute.

Malloch-Brown's new position, however, adds to the growing list of suspicious connections U.S. voting companies have with anti-Trump actors, as Soros has funneled millions into beating President Trump.

↗ Share

## Comment on your



### The National Pulse.
RADICALLY INDEPENDENT

- The Pulse
- Analysis
- Streaming

Sign in    Unlock pulse+

**Comment on your favorite articles.**

join pulse+

MORE FROM THE PULSE

**Fleccas Talks Podcast, Episode 127: 'Ireland Wakes Up'.**

Fleccas Talks

**MAILBAG #5**

Fleccas Talks: Bonus Land

**THANKSGIVING – Fleccas Talks: THE PODCAST**

Fleccas Talks

Document title: Soros Promotes Smartmatic Chairman to Open Society President » The National Pulse+
Capture URL: https://thenationalpulse.com/archive-post/soros-smartmatic-president/
Capture timestamp (UTC): Tue, 28 Nov 2023 18:33:59 GMT

**APP1596**

# Exhibit K-39

**Page Vault**

| | |
|---|---|
| Document title: | Lawsuit: Michigan Illegally Counted or Omitted 500K Ballots |
| Capture URL: | https://web.archive.org/web/20201201043036/https://pjmedia.com/election/tyler-o-neil/2020/11/30/explosive-michigan-illegally-counted-or-ignored-500k-ballots-lawsuit-claims-n1181826 |
| Page loaded at (UTC): | Tue, 28 Nov 2023 18:39:54 GMT |
| Capture timestamp (UTC): | Tue, 28 Nov 2023 18:41:02 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 34.227.126.78 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 6 |
| Capture ID: | cBk7Ucbc9KRnzJvVwpkvnM |
| User: | jw-therndon |

PDF REFERENCE #:        uAJQftkgxWw4ynHppo48oC

**APP1598**



https://pjmedia.com/election/tyler-o-neil/2020/11/30/explosive-michigan-illegally-counted-or-ignored-500k-ballots-lawsuit-claims-n1181826

53 captures
30 Nov 2020 - 29 Aug 2023

ELECTION 2020

# EXPLOSIVE: Michigan Illegally Counted or Ignored 500K Ballots, Lawsuit Claims

BY TYLER O'NEIL NOV 30, 2020 5:33 PM ET

   



AP Photo/Paul Sancya, File

In the wee hours of Thanksgiving Day, the Amistad Project of the Thomas More Society filed an explosive election lawsuit asking Michigan's Supreme Court to prevent Secretary of State Jocelyn Benson from certifying the election results until the Michigan legislature can fully investigate fraud claims and to force election officials to hand over all election materials to the legislature for this purpose. The lawsuit claims that officials illegally counted or threw out no fewer than 508,016 ballots, far more than Joe Biden's 154,000-vote margin over Donald Trump.



PJ TRENDING

Four Data Dumps in the Witching Hour After the Election Gave Biden Victory. Rand Paul Has Questions

EXPLOSIVE: Michigan Illegally Counted or Ignored 500K Ballots, Lawsuit Claims

UPDATED: Johns Hopkins Study Saying COVID-19 Has 'Relatively No Effect on Deaths' in U.S. Spiked After Publication

PJ EDITOR'S CHOICE

Chinese Government Stepping Up Propaganda to Change COVID Origin Story

Study Finds 89% of Patients Who Died From COVID-19 Had a Do-Not-Resuscitate Order

Computer Repairman Who Threatened Biden's Electoral Prospects Goes Into Hiding

https://pjmedia.com/election/tyler-o-neil/2020/11/30/explosive-michigan-illegally-counted-or-ignored-500k-ballots-lawsuit-claims-n1181826

53 captures
30 Nov 2020–29 Aug 2023

"State and local officials brazenly violated election laws in order to advance a partisan political agenda," Phil Kline, director of The Amistad Project, said in a statement. "The pattern of lawlessness was so pervasive and widespread that it deprived the people of Michigan of a free and fair election, throwing the integrity of the entire process into question."

The Amistad Project is representing two female Michigan voters, Angelic Johnson and Linda Lee Tarver, who claim that election officials effectively robbed them of their votes by illegally undermining a fair election. In an interview with PJ Media, Ian Northon, an attorney representing Johnson and Tarver, explained the seven types of illegal counting the lawsuit alleges.

Citing state records, the lawsuit claims that Benson's office sent out 355,392 unsolicited ballots. Northon explained that Michigan law requires two signatures for absentee voting: a signature on an application form and a signature on the security sleeve for the ballot. In this election, officials mailed out more than 300,000 ballots that no one had requested.

"They didn't request them. You've just flooded the market with unsolicited ballots. No good can come of that," Northon insisted.

Perhaps more concerning, almost 30,000 voters said they had sent in absentee ballots but Michigan's voting records show those ballots were not counted. The lawyer explained that Matthew Brainard conducted a survey and found "29,682 people said they requested a ballot, said they voted, and their ballot wasn't counted. The state's records show it wasn't counted."

Why did their ballots not make it to the final tally? Northon said the Amistad Project has "more than three dozen affidavits" testifying that officials threw out ballots when they did not like the result. It is unclear whether or not the officials threw out ballots for Trump while counting ballots for Biden, but "when government officials are not following the laws as written, you've got a problem."

Michigan officials counted another 35,109 ballots that were not associated with any address. This statistic is nothing short of mindboggling. According to Northon, voters "were sent an absentee ballot, but there's no address on file. They voted. That violates the law."

Michigan officials also counted 13,248 ballots cast by individuals who were registered to vote in another state. They also counted 317 ballots from people who voted more than once and 259 ballots from voters who listed only an email address instead of a physical address. Finally, election officials mailed out at least 74,000 absentee ballots that voters requested online.

"The statute requires a signature, all they're doing is checking a box," Northon explained.

These illegal tabulations and omissions add up to more than three times the margin of victory in the State of Michigan. While it is far from clear whether or not the alleged illegal tabulations helped Biden clinch victory in the Wolverine State, the allegations are disturbing nonetheless.



These illegal tabulations and omissions add up to more than three times the margin of victory in the State of Michigan. While it is far from clear whether or not the alleged illegal tabulations helped Biden clinch victory in the Wolverine State, the allegations are disturbing nonetheless.

**Michigan Presidential Election Contest⁶**
**Margin +154,188**

| Type of Error* | Description | Margin |
|---|---|---|
| 1. Unlawful Ballots | Unsolicited Ballots | 355,392 |
| 2. Legal Votes Not Counted | Estimate of the minimum number of absentee ballots that the requester returned but were not counted | (29,682) |
| 3. Illegal Votes Counted | Electors voted with no address | 35,109 |
| 4. Illegal Votes Counted | Out of state residents voting in Michigan | 13,248 |
| 5. Illegal Votes Counted | Double Votes | 317 |
| 6. Illegal Votes Counted | Electors voted listing email only | 259 |

⁶ See Braynard Decl. and Zhang Decl. **Appendix** 278-299. *May overlap

20

| 7. Unlawful ballots | No signature required to obtain ballot | 74,000 |
|---|---|---|
| | TOTAL | 508,016 |

The Amistad Project Michigan election lawsuit illegal votes tabulated.

Due to these and other alleged violations of state law, the lawsuit asks Michigan's Supreme Court to "take immediate custody and control of all ballots, ballot boxes, poll books, and other indicia of the Election from Respondents or their designees to prevent spoliation or destruction, to prevent further irregularities, and to ensure that the Michigan Legislature and this Court have a chance to perform a constitutionally sound audit of individual votes."

The lawsuit also asks the court to segregate illegal ballots, declare that Benson "violated Petitioners' fundamental constitutional rights," declare Benson's ballot scheme illegal, enjoin Benson or Gov. Gretchen Whitmer (D-Mich.) from certifying the election results, or appoint a special master or committee from the Michigan legislature to "investigate all claims of mistake, irregularity, and fraud at the TCF Center" in Detroit.

The lawsuit also raises two disturbing claims regarding the way Michigan officials managed the 2020 election.

Document title: Lawsuit: Michigan Illegally Counted or Omitted 500K Ballots
Capture URL: https://web.archive.org/web/20201201043036/https://pjmedia.com/election/tyler-o-neil/2020/11/30/explosive-michigan-illegally-counted-or-ignored-500k-…
Capture timestamp (UTC): Tue, 28 Nov 2023 18:41:02 GMT
Page 3 of 5

APP1601



irregularity, and fraud at the TCF Center" in Detroit.

The lawsuit also raises two disturbing claims regarding the way Michigan officials managed the 2020 election.

In September, the Detroit City Council approved a $1 million contract for the staffing firm P.I.E. Management to hire up to 2,000 workers to work the polls and staff the ballot-counting machines at the TCF Center. P.I.E. Management reportedly paid temporary workers at least $50 per hour, far above rates in most rural communities. The lawsuit claims that this money came from Facebook CEO Mark Zuckerberg through the group CTCL, "which paid over $400 million nationwide to Democrat-favoring election officials and municipalities."

Perhaps even more disturbingly, Northon told PJ Media that Benson gave sensitive voter data to the left-leaning activist group Rock the Vote. Benson partnered with Rock the Vote in order to enable groups to register new voters. Yet in doing so, she may have put voter information at risk.

Benson gave Rock the Vote voters' "eye color, social security number, and birthday" through the program, Northon told PJ Media. He referenced a December 2019 report from the auditor-general of Michigan, which found that "too many people had full access or improper access to the qualified voting records."

"When you try to increase the franchise, when you try to get people to vote, you have to do it lawfully," Northon insisted.

Rather than addressing these very real concerns, officials are "trying to hurry up and move this along. They don't want a second look."

Yet The Amistad Project filed the lawsuit directly to the Michigan Supreme Court because "an audit six months later doesn't do anybody any good."

**Editor's Note: Want to support PJ Media so we can continue telling the truth about the 2020 election?** Join PJ Media VIP TODAY **and use the promo code LAWANDORDER to get 25% off your** VIP membership.

**Tyler O'Neil is the author of** *Making Hate Pay: The Corruption of the Southern Poverty Law Center.* **Follow him on Twitter at** @Tyler2ONeil.

*Team Trump Demands Signature Audit as Dominion Server Crash Delays Georgia Recount*



program, Northon told PJ Media. He referenced a December 2019 report from the auditor-general of Michigan, which found that "too many people had full access or improper access to the qualified voting records."

"When you try to increase the franchise, when you try to get people to vote, you have to do it lawfully," Northon insisted.

Rather than addressing these very real concerns, officials are "trying to hurry up and move this along. They don't want a second look."

Yet The Amistad Project filed the lawsuit directly to the Michigan Supreme Court because "an audit six months later doesn't do anybody any good."

**Editor's Note: Want to support PJ Media so we can continue telling the truth about the 2020 election?** Join PJ Media VIP TODAY **and use the promo code LAWANDORDER to get 25% off your** VIP membership**.**

**Tyler O'Neil is the author of** *Making Hate Pay: The Corruption of the Southern Poverty Law Center***. Follow him on Twitter at** @Tyler2ONeil**.**

*Team Trump Demands Signature Audit as Dominion Server Crash Delays Georgia Recount*



*FRAUD? Rand Paul Raises Serious Questions About Suspicious Data Dumps in Swing States*

*Team Trump: Evidence Shows 'More Than Double' the Vote Margin in Swing States Is From Illegal Ballots*

*House Republicans Demand Congressional Investigation Into the 'Integrity of the 2020 Election'*



Tags:   MICHIGAN    ELECTION 2020    LAWSUIT

SHOW COMMENTS



About Us    Advertise With Us    Contact Us    Terms & Conditions    Privacy Policy    California – Do Not Sell My Personal Information    California - CCPA Notice

Copyright ©2020 PJmedia.com/Salem Media. All Rights Reserved. Terms under which this service is provided to you.

Document title: Lawsuit: Michigan Illegally Counted or Omitted 500K Ballots
Capture URL: https://web.archive.org/web/20201201043036/https://pjmedia.com/election/tyler-o-neil/2020/11/30/explosive-michigan-illegally-counted-or-ignored-500k-...
Capture timestamp (UTC): Tue, 28 Nov 2023 18:41:02 GMT
Page 5 of 5

**APP1603**

# Exhibit K-40

| | |
|---|---|
| Document title: | Reasons why the 2020 presidential election is deeply puzzling | Spectator USA |
| Capture URL: | https://web.archive.org/web/20201201001234/https://spectator.us/reasons-why-the-2020-presidential-election-is-deeply-puzzling/ |
| Page loaded at (UTC): | Tue, 28 Nov 2023 17:41:08 GMT |
| Capture timestamp (UTC): | Tue, 28 Nov 2023 17:42:21 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 34.227.126.78 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 6 |
| Capture ID: | dytdLqe2vst8Mbji9Ygnmw |
| User: | jw-therndon |

INTERNET ARCHIVE
WayBackMachine
https://spectator.us/reasons-why-the-2020-presidential-election-is-deeply-puzzling/ Go
294 captures
27 Nov 2020 - 26 May 2023
NOV DEC JAN
◀ 01 ▶
2019 2020 2021
About this capture

# THE SPECTATOR



SUBSCRIBE | TRY A MONTH FREE

MAGAZINE   US POLITICS   COCKBURN   WORLD   LIFE   ARTS   BOOKS   WRITERS   PODCAST   SPECTATOR TV   NEWSLETTER      LOG IN | REGISTER

DONALD TRUMP   POLITICS   US POLITICS

# Reasons why the 2020 presidential election is deeply puzzling

*If only cranks find the tabulations strange, put me down as a crank*

**Patrick Basham**



*Ballots are recounted in Gwinnett County, Georgia (Getty)*

To say out-loud that you find the results of the 2020 presidential election odd is to invite derision. You must be a crank or a conspiracy theorist. Mark me down as a crank, then. I am a pollster and I find this election to be deeply puzzling. I also think that the Trump campaign is still well within its rights to contest the tabulations. Something very strange happened in America's democracy in the early hours of Wednesday November 4 and the days that followed. It's reasonable for a lot of Americans to want to find out exactly what.

First, consider some facts. President Trump received more votes than any previous incumbent seeking reelection. He got 11 million more votes than in 2016, the third largest rise in support ever for an

**Patrick Basham**
November 27, 2020
3:44 PM

Sign up to receive a daily summary of the best of The Spectator

Email Address

SIGN UP

FOLLOW US

EDITOR'S CHOICE



**Germans face a 'lockdown light' for Christmas**



**Here comes President Joebama**







https://spectator.us/reasons-why-the-2020-presidential-election-is-deeply-puzzling/   Go   NOV DEC JAN
294 captures   ◄ 01 ►
27 Nov 2020 - 26 May 2023   2019 2020 2021

any previous incumbent seeking reelection. He got 11 million more votes than in 2016, the third largest rise in support ever for an incumbent. By way of comparison, President Obama was comfortably reelected in 2012 with 3.5 million fewer votes than he received in 2008.

Trump's vote increased so much because, according to exit polls, he performed far better with many key demographic groups. Ninety-five percent of Republicans voted for him. He did extraordinarily well with rural male working-class whites.

He earned the highest share of all minority votes for a Republican since 1960. Trump grew his support among black voters by 50 percent over 2016. Nationally, Joe Biden's black support fell well below 90 percent, the level below which Democratic presidential candidates usually lose.

Trump increased his share of the national Hispanic vote to 35 percent. With 60 percent or less of the national Hispanic vote, it is arithmetically impossible for a Democratic presidential candidate to win Florida, Arizona, Nevada, and New Mexico. Bellwether states swung further in Trump's direction than in 2016. Florida, Ohio and Iowa each defied America's media polls with huge wins for Trump. Since 1852, only Richard Nixon has lost the Electoral College after winning this trio, and that 1960 defeat to John F. Kennedy is still the subject of great suspicion.

Midwestern states Michigan, Pennsylvania, and Wisconsin always swing in the same direction as Ohio and Iowa, their regional peers. Ohio likewise swings with Florida. Current tallies show that, outside of a few cities, the Rust Belt swung in Trump's direction. Yet, Biden leads in Michigan, Pennsylvania, and Wisconsin because of an apparent avalanche of black votes in Detroit, Philadelphia, and Milwaukee. Biden's 'winning' margin was derived almost entirely from such voters in these cities, as coincidentally his black vote spiked only in exactly the locations necessary to secure victory. He did not receive comparable levels of support among comparable demographic groups in comparable states, which is highly unusual for the presidential victor.

We are told that Biden won more votes nationally than any presidential candidate in history. But he won a record low of 17 percent of counties; he only won 524 counties, as opposed to the 873 counties Obama won in 2008. Yet, Biden somehow outdid Obama in total votes.

Victorious presidential candidates, especially challengers, usually have down-ballot coattails; Biden did not. The Republicans held the Senate and enjoyed a 'red wave' in the House, where they gained a large number of seats while winning all 27 toss-up contests. Trump's

Patrick Basham
November 27, 2020
3:44 PM


My kids think my move into the garden shed means divorce


Collective will blow you away

MOST READ


Reasons why the 2020 presidential election is deeply puzzling


More Salem than Thanksgiving

Gina Carano has ruined Stars War for me



have down-ballot coattails; Biden did not. The Republicans held the Senate and enjoyed a 'red wave' in the House, where they gained a large number of seats while winning all 27 toss-up contests. Trump's party did not lose a single state legislature and actually made gains at the state level.

Another anomaly is found in the comparison between the polls and non-polling metrics. The latter include: party registrations trends; the candidates' respective primary votes; candidate enthusiasm; social media followings; broadcast and digital media ratings; online searches; the number of (especially small) donors; and the number of individuals betting on each candidate.

Despite poor recent performances, media and academic polls have an impressive 80 percent record predicting the winner during the modern era. But, when the polls err, non-polling metrics do not; the latter have a 100 percent record. Every non-polling metric forecast Trump's reelection. For Trump to lose this election, the mainstream polls needed to be correct, which they were not. Furthermore, for Trump to lose, not only did one or more of these metrics have to be wrong for the first time ever, but every single one had to be wrong, and at the very same time; not an impossible outcome, but extremely unlikely nonetheless.

Atypical voting patterns married with misses by polling and non-polling metrics should give observers pause for thought. Adding to the mystery is a cascade of information about the bizarre manner in which so many ballots were accumulated and counted.

The following peculiarities also lack compelling explanations:

1. Late on election night, with Trump comfortably ahead, many swing states stopped counting ballots. In most cases, observers were removed from the counting facilities. Counting generally continued without the observers

2. Statistically abnormal vote counts were the new normal when counting resumed. They were unusually large in size (hundreds of thousands) and had an unusually high (90 percent and above) Biden-to-Trump ratio

3. Late arriving ballots were counted. In Pennsylvania, 23,000 absentee ballots have impossible postal return dates and another 86,000 have such extraordinary return dates they raise serious questions

4. The failure to match signatures on mail-in ballots. The destruction of mail-in ballot envelopes, which must contain signatures

5. Historically low absentee ballot rejection rates despite the massive expansion of mail voting. Such is Biden's narrow margin that, as

**Patrick Basham**
*November 27, 2020*
3:44 PM

Gina Carano has ruined Stars War for me



Letter from the online trenches

Trump's story is still not over



of mail-in ballot envelopes, which must contain signatures

5. Historically low absentee ballot rejection rates despite the massive expansion of mail voting. Such is Biden's narrow margin that, as political analyst Robert Barnes observes, 'If the states simply imposed the same absentee ballot rejection rate as recent cycles, then Trump wins the election'

6. Missing votes. In Delaware County, Pennsylvania, 50,000 votes held on 47 USB cards are missing

7. Non-resident voters. Matt Braynard's Voter Integrity Project estimates that 20,312 people who no longer met residency requirements cast ballots in Georgia. Biden's margin is 12,670 votes

*\*\**

*Get a digital subscription to* The Spectator.
*Try a month free, then just $3.99 a month*

*\*\**

8. Serious 'chain of custody' breakdowns. Invalid residential addresses. Record numbers of dead people voting. Ballots in pristine condition without creases, that is, they had not been mailed in envelopes as required by law

9. Statistical anomalies. In Georgia, Biden overtook Trump with 89 percent of the votes counted. For the next 53 batches of votes counted, Biden led Trump by the same exact 50.05 to 49.95 percent margin in every single batch. It is particularly perplexing that all statistical anomalies and tabulation abnormalities were in Biden's favor. Whether the cause was simple human error or nefarious activity, or a combination, clearly something peculiar happened.

If you think that only weirdos have legitimate concerns about these findings and claims, maybe the weirdness lies in you.

*Patrick Basham is director of the Democracy Institute.*

**Patrick Basham**
*November 27, 2020*
*3.44 PM*

*Sign up to receive a daily summary of the best of Spectator USA*

Email Address

**SIGN UP**

SEE ALSO

2020 election →   Michigan →   Pennsylvania →   Voter fraud →   Wisconsin →



8. Serious 'chain of custody' breakdowns. Invalid residential addresses. Record numbers of dead people voting. Ballots in pristine condition without creases, that is, they had not been mailed in envelopes as required by law

9. Statistical anomalies. In Georgia, Biden overtook Trump with 89 percent of the votes counted. For the next 53 batches of votes counted, Biden led Trump by the same exact 50.05 to 49.95 percent margin in every single batch. It is particularly perplexing that all statistical anomalies and tabulation abnormalities were in Biden's favor. Whether the cause was simple human error or nefarious activity, or a combination, clearly something peculiar happened.

If you think that only weirdos have legitimate concerns about these findings and claims, maybe the weirdness lies in you.

*Patrick Basham is director of the Democracy Institute.*

**Patrick Basham**
*November 27, 2020*
3:44 PM

Sign up to receive a daily summary of the best of Spectator USA





SEE ALSO

2020 election →   Michigan →   Pennsylvania →   Voter fraud →   Wisconsin →

# THE SPECTATOR

ABOUT

About Us

Magazine

Contact Us

Privacy Policy

Terms and Conditions

MORE FROM THE SPECTATOR

Spectator UK

The Spectator Australia

Apollo Magazine

The Spectator Shop

# Exhibit K-41

🔒 Page Vault

| | |
|---|---|
| Document title: | Wisconsin Election Lawsuit: Trump Campaign to File Suit, Claiming Absentee Ballots Illegally Cast \| National Review |
| Capture URL: | https://www.nationalreview.com/news/trump-campaign-to-file-lawsuit-in-wisconsin-claiming-220000-absentee-ballots-illegally-cast/ |
| Page loaded at (UTC): | Tue, 28 Nov 2023 18:00:25 GMT |
| Capture timestamp (UTC): | Tue, 28 Nov 2023 18:01:48 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 34.227.126.78 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 8 |
| Capture ID: | cbZpcbkcFt2aCiX4G5mj53 |
| User: | jw-therndon |

PDF REFERENCE #:      9E8gTyYYRxBgs453xPD6YV

**APP1612**



☰ **NATIONAL REVIEW**    DONATE   CORNER   MAGAZINE   LOGIN   SUBSCRIBE   🔍

**Washington Weather Girl Named Most Beautiful**
SheBudgets                                        READ MORE

Ad

**NEWS** ELECTIONS

# Trump Campaign to File Lawsuit in Wisconsin, Claiming 220,000 Absentee Ballots Illegally Cast

Share



President Donald Trump listens to administration officials in the Brady Press Briefing Room at the White House in Washington, D.C., November 20, 2020. (Carlos Barria/Reuters)

By **MAIREAD MCARDLE**
December 1, 2020 8:35 AM

Comments 💬    Listen ▶

The Trump campaign is set to file a lawsuit Tuesday morning in Wisconsin's Supreme Court alleging that abuse of absentee voting affected 220,000 ballots in the battleground state that President-elect Joe Biden won.

**All Our Opinion in Your Inbox**

NR Daily is delivered right to you every afternoon. No charge.

Enter your email

SUBSCRIBE





Get what you need at over 30,000 retailers. **No credit needed.** Own it in 12 months or less.

Learn More                    🟠 Progressive Leasing™

Share



| NEW | PRICE DROP | | -20% |
|---|---|---|---|
| $4.98 | $1.57 | $2.97 | $1.35 |

Save up to 90% on Temu
Temu

The campaign makes several claims of election officials intentionally breaking the law, resulting in illegal votes being cast and counted. According to the lawsuit, Wisconsin Election Commission officials as well as the city clerks of Milwaukee and Madison "willfully disregarded the current statute and made conscious efforts to circumvent Wisconsin election law," causing a substantial number of votes to be counted that were cast "well outside of the bounds of Wisconsin law."



Top Stories

READ MORE

Menstrual-Product Company Launches 'Tampons for Men'

One such instance involves election officials accepting ballots without the required absentee ballot request forms on file, as Wisconsin law mandates, the campaign claims. Ballots that were cast without an absentee ballot application on file should be challenged, the campaign said.

The campaign also claims that municipal clerks were "illegally altering ballot envelopes themselves" and fixing errors such as missing addresses.

Election officials also allowed voters to flout voter ID laws, the lawsuit alleges, by allowing them to vote absentee even though they were not "indefinitely confined," meaning they are "physically ill, infirm, elderly or disabled," the group for which Wisconsin reserves absentee voting.

Finally, the lawsuit claims the city of Madison allowed "unlawful polling

**TOP STORIES**

1. **NYU Law Students Vote to Oust Bar Association President Who Blamed Israel for Hamas Attack, Tore Down Hostage Posters**
   ZACH KESSEL
   NR PLUS

2. **There Is No 'Trans Genocide'**
   WILFRED REILLY
   NR PLUS

3. **U.S. Destroyer Captures Houthi Pirates, Israeli-Linked Tanker Saved**
   LUTHER RAY ABEL



Get what you need at over 30,000 retailers.
**No credit needed.** Own it in 12 months or less.
Learn More
Progressive Leasing
✕

Share

Finally, the lawsuit claims the city of Madison allowed "unlawful polling locations at over 200 locations throughout the city's Democracy in the Park voting events," making ballots cast at those locations illegal. The Biden campaign also encouraged and advertised those events, according to the campaign.



Save up to 90% on Temu
Temu

The head of the Trump campaign's Wisconsin legal team, former Wisconsin Circuit Court Judge Jim Troupis, admitted that Wisconsin's ten electoral votes likely will not change the overall outcome of the election but said the campaign also sees long-term benefits of challenging the election process in the state.

"Exposing exactly how the election processes were abused in Wisconsin holds enormous value for this election beyond a victory for President Trump, but the fact is, our state's electoral votes likely won't change the overall outcome," Troupis said. "Regardless, we're demonstrating that the results of this election unequivocally ought to be questioned."

The campaign's suit comes after Wisconsin finished a partial recount of the vote tally on Sunday, which added 87 votes to Biden's lead in the state. Democratic Governor Tony Evers certified the election results Monday night, a day before the deadline to do so.

Hours earlier Arizona also certified its election results, affirming Biden as the first Democrat to be victorious in the state since 1996.

Trump has so far refused to concede since the election, claiming that widespread fraud occurred with large numbers of mail ballots sufficient to overturn his victory.

*Send a tip to the news team at NR.*

**NEXT NEWS ARTICLE**   **Georgia Secretary of State Investigating Voter Registration Group Run by Warnock**

← BACK TO NEWS

Share ➤   Comments 💬



Get what you need at over 30,000 retailers.
**No credit needed.** Own it in 12 months or less.
Learn More
Progressive Leasing

**APP1615**





☰ NR   Trump Campaign to File Lawsuit in Wisconsin, Claiming 220,000 Absentee Ballots Illegally Cast

## SPONSORED



**The Worst College in America is in Washington**
SHEBUDGETS.COM



**Experience Firewood Collection Made Easy with This Incredible Drill Bit**
SHEREM



**A 70-yr-old Granny Designed a Bra for Elderly Ladies That is Popular All Around**
LIBIYI



**Here Are 23+ Hottest Gifts of 2023**
TRENDINGGIFTS



**Seniors Say It's Like Getting a New Pair of Knees (Bone on Bone)**
COMPRESSA

**Warning: Big Brands' K-cup Secrets - Taste, Freshness, Reality!**
COFFEE MAGAZINE



**The Coolest Gift for kids' Birthdays and Holidays**
DOTMALLS



**Put a Toilet Paper Roll Under the Toilet Seat at Night if Alone, Here's Why**
SOGOODLY



**Chrissy Metz's Photos After Her Weight Loss Are a Bit Too Much**
AUTHORS PICK

1.  LIVE FLIGHT STATUS   ›
2.  WATCH LIVE STREAMING   ›
3.  BEST FOOD TO EAT FOR BREAKFAST   ›
4.  LOW INCOME HOMES FOR RENT   ›
5.  JOBS NEAR ME   ›
6.  FREE TRADING ACCOUNTS   ›
7.  FLIGHT INFORMATION   ›
8.  BEST CARS TO BUY   ›

Featured Insights



**NEVER MISS A HEADLINE**

Explore our newsletters and get the best of NR straight to your inbox.

Sign Up

## RECOMMENDED



**Republicans Should Stop Nominating Mushy Moderates to the Supreme Court**
THOMAS SOWELL



**There's Much for Conservatives to Like in Brett Kavanaugh**
SHANNEN W. COFFIN





Republicans Should Stop Nominating Mushy
Moderates to the Supreme Court

THOMAS SOWELL



Rand Paul Is Right:
Judicial Restraint Is
Wrong

EVAN BERNICK



The Constitution Is
Clear: Congress Should
Legislate, Not the
Administrative State

GEORGE F. WILL



Should the Senate
Defer to the
President's Supreme
Court Picks?

RAMESH PONNURU



'But Gorsuch' Is Still
Trump's Best
Argument

DAVID HARSANYI

## THE LATEST



Deep-Pocketed Koch Network Endorses Nikki
Haley as Top Trump Alternative in 2024 Race

BRITTANY BERNSTEIN



Hunter Biden Willing to Testify Publicly before
House Oversight Committee

DAVID ZIMMERMANN



Hamas Hands
Youngest Israeli
Hostage, a Ten-Month-
Old Infant, to Separate
Terror Group in Gaza,
IDF Says

DAVID ZIMMERMANN



Israel Shouldn't Be
Told When to Resume
Fire

THE EDITORS



Was Napoleon a
Dullard?

RICH LOWRY



No Labels' 2024 'Unity
Ticket' Continues to
Torment the Biden
Coalition

AUDREY FAHLBERG



  

## MOST POPULAR

**1**

NYU Law Students Vote to Oust Bar
Association President Who Blamed Israel for
Hamas Attack, Tore Down Hostage Posters

ZACH KESSEL

**2**

America Is Under Attack

NOAH ROTHMAN

**3**

Menstrual-Product Company Launches
'Tampons for Men'

ABIGAIL ANTHONY

*VIEW MORE*



---

Document title: Wisconsin Election Lawsuit: Trump Campaign to File Suit, Claiming Absentee Ballots Illegally Cast | National Review
Capture URL: https://www.nationalreview.com/news/trump-campaign-to-file-lawsuit-in-wisconsin-claiming-220000-absentee-ballots-illegally-cast/
Capture timestamp (UTC): Tue, 28 Nov 2023 18:01:48 GMT

**APP1619**

# Exhibit K-42

Page Vault

| | |
|---|---|
| Document title: | Trump Campaign Files Lawsuit in Wisconsin to Restore Election Integrity | Donald J. Trump for President |
| Capture URL: | https://web.archive.org/web/20201201161031/https://www.donaldjtrump.com/media/trump-campaign-files-lawsuit-in-wisconsin-to-restore-election-integrity/ |
| Page loaded at (UTC): | Tue, 28 Nov 2023 18:22:53 GMT |
| Capture timestamp (UTC): | Tue, 28 Nov 2023 18:24:09 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 34.227.126.78 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 3 |
| Capture ID: | xa5rEZ85YbfHwjtojRPMHf |
| User: | jw-therndon |

PDF REFERENCE #:        uoKbPNzRrBiCbxX2CuhKER

**APP1621**

CLICK HERE TO DONATE TO THE ELECTION DEFENSE FUND

December 01, 2020

# TRUMP CAMPAIGN FILES LAWSUIT IN WISCONSIN TO RESTORE ELECTION INTEGRITY

Share: f  t

Tags

Press Release

President Donald J. Trump's re-election campaign filed a lawsuit to the Wisconsin Supreme Court following the campaign's requested recount to uncover fraud and abuse that irrefutably altered the outcome of this election. Today's suit includes four cases with clear evidence of unlawfulness, such as illegally altering absentee ballot envelopes, counting ballots that had no required application, overlooking unlawful claims of indefinite confinement, and holding illegal voting events called Democracy in the Park. These unlawful actions affected no less than approximately 221,000 ballots out of over the three million ballots cast in Wisconsin.

The Wisconsin Elections Commission directed municipal clerks to illegally alter incomplete absentee ballot envelopes contrary to Wisconsin law. Clerks were instructed that they could rely on their own "personal knowledge," or unspecified "lists or databases at his or her disposal" to add in missing information on returned absentee ballots. Under Wisconsin law, incomplete absentee ballots must be corrected by the voter, and only the voter or they may not be counted.

In another example, municipal clerks issued absentee ballots to voters without requiring the mandatory application, in direct conflict with Wisconsin's absentee voting safeguards. Wisconsin law expressly requires that absentee ballots may not be issued without receiving a written application requesting the ballot. Despite clear statute, clerks in Madison and Milwaukee issued thousands of absentee ballots without collecting a written application during the two-week in-person absentee voting period that ran from October 20, 2020, through November 1, 2020.

Voter identification is an essential requirement in Wisconsin to ensure only eligible voters cast ballots. In Madison and Milwaukee, voters were fraudulently permitted by election officials to circumvent voter ID laws and claim an absentee voting status that is only to be used for voters who are indefinitely confined under the circumstances that they are physically ill, infirm, elderly, or disabled. More than 20,000 voters claimed that status and received and returned ballots without providing proper identification and without meeting the requirements for that status, and those ballots should not be counted in accordance with Wisconsin statute.

Finally, the city of Madison created unlawful polling locations at over 200 parks and city locations through their Democracy in the Park voting events. These voting events were held outside of the county's approved polling locations and did not follow the state's strict absentee voting requirements. Not only did they not follow the law, but Joe Biden's campaign encouraged this unlawful voting, advertising these events as opportunities to vote and telling voters to bring their completed ballot to turn in or their incomplete ballot to have a so-called "poll worker" serve as a witness. Voters are not allowed to turn in their absentee ballots anywhere other than their designated polling locations, and any ballots illegally cast there should not be counted.

"The people of Wisconsin deserve election processes with uniform enforcement of the law, plain and simple. During the recount in Dane and Milwaukee counties, we know with absolute certainty illegal ballots have unduly influenced the state's election results. Wisconsin cannot allow the over three million legal ballots to be eroded by even a single illegal ballot," **said Jim Troupis, counsel to the**

## OTHER NEWS

**Trump Campaign Files Lawsuit in Wisconsin to Restore Election Integrity**

READ MORE

**Trump Campaign Sends 5th Request to Georgia Secretary of State for Signature Audit**

READ MORE

**PENNSYLVANIA, ARIZONA, MICHIGAN LEGISLATURES TO HOLD PUBLIC HEARINGS ON 2020 ELECTION**

READ MORE

**Trump Legal Team Statement on State Certifications**

READ MORE

**Trump Campaign Statement on Legal Team**

READ MORE

**Statement from the Trump legal team on Georgia**

READ MORE

**Trump campaign statement on Pennsylvania ruling**

READ MORE

**Trump Campaign Releases Statement on Wisconsin Recount**

READ MORE

**Trump campaign statement on Georgia**

READ MORE

**Trump campaign statement on Michigan litigation**

READ MORE



expressly requires that absentee ballots may not be issued without receiving a written application requesting the ballot. Despite clear statute, clerks in Madison and Milwaukee issued thousands of absentee ballots without collecting a written application during the two-week in-person absentee voting period that ran from October 20, 2020, through November 1, 2020.

Voter identification is an essential requirement in Wisconsin to ensure only eligible voters cast ballots. In Madison and Milwaukee, voters were fraudulently permitted by election officials to circumvent voter ID laws and claim an absentee voting status that is only to be used for voters who are indefinitely confined under the circumstances that they are physically ill, infirm, elderly, or disabled. More than 20,000 voters claimed that status and received and returned ballots without providing proper identification and without meeting the requirements for that status, and those ballots should not be counted in accordance with Wisconsin statute.

Finally, the city of Madison created unlawful polling locations at over 200 parks and city locations through their Democracy in the Park voting events. These voting events were held outside of the county's approved polling locations and did not follow the state's strict absentee voting requirements. Not only did they not follow the law, but Joe Biden's campaign encouraged this unlawful voting, advertising these events as opportunities to vote and telling voters to bring their completed ballot to turn in or their incomplete ballot to have a so-called "poll worker" serve as a witness. Voters are not allowed to turn in their absentee ballots anywhere other than the designated polling locations, and any ballots illegally cast there should not be counted.

"The people of Wisconsin deserve election processes with uniform enforcement of the law, plain and simple. During the recount in Dane and Milwaukee counties, we know with absolute certainty illegal ballots have unduly influenced the state's election results. Wisconsin cannot allow the over three million legal ballots to be eroded by even a single illegal ballot," **said Jim Troupis, counsel to the campaign.** "We will continue fighting on behalf of the American people to defend their right to a free and fair election by helping to restore integrity and transparency in our elections."

"As we have said from the very beginning of this process, we want all legal votes and only legal votes to be counted," **said Rudy Giuliani, former New York City Mayor and Personal Attorney to President Trump.** "Americans must be able to trust in our election results, and we not stop until we can ensure voters once again have faith in our electoral process."

The original action was sent to the Wisconsin Supreme Court and can be found here.

← PREVIOUS
Trump Campaign Sends 50-
Request to Georgia Secretary of
State for Signature Audit

### Statement from the Trump legal team on Georgia

READ MORE

### Trump campaign statement on Pennsylvania ruling

READ MORE

### Trump Campaign Releases Statement on Wisconsin Recount

READ MORE

### Trump campaign statement on Georgia

READ MORE

### Trump campaign statement on Michigan litigation

READ MORE

← Back to News



Join Our Movement

ENTER YOUR EMAIL    ZIP CODE    →

Text TRUMP to 88022 to receive mobile alerts!
**Message and data rates may apply. Text "STOP" to opt-out.
T&C/Privacy Policy: smp-terms.com/88022

Follow Us

DOWNLOAD THE TRUMP APP

Paid for by Donald J. Trump for President, Inc.    Privacy Policy    Terms & Conditions    Contact Us

Document title: Trump Campaign Files Lawsuit in Wisconsin to Restore Election Integrity | Donald J. Trump for President
Capture URL: https://web.archive.org/web/20201201161031/https://www.donaldjtrump.com/media/trump-campaign-files-lawsuit-in-wisconsin-to-restore-election-integrity/
Capture timestamp (UTC): Tue, 28 Nov 2023 18:24:09 GMT                    Page 2 of 2

# Exhibit K-43

**Page Vault**

| | |
|---|---|
| Document title: | (3) Mike Balsamo on X: "NEW: Attorney General Bill Barr tells @AP the Justice Department has not uncovered evidence of widespread voter fraud that would change the outcome of the 2020 presidential election. https://t.co/VbKwriefpB" / X |
| Capture URL: | https://twitter.com/MikeBalsamo1/status/1333853228979662860 |
| Page loaded at (UTC): | Tue, 28 Nov 2023 17:34:12 GMT |
| Capture timestamp (UTC): | Tue, 28 Nov 2023 17:38:37 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 34.227.126.78 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 34 |
| Capture ID: | qMxbU8qR4gchGNzwaWb8DC |
| User: | jw-therndon |

PDF REFERENCE #:      m7kkZALDATbBWkMv5Uavzu

**APP1625**





Document title: (3) Mike Balsamo on X: &quot;NEW: Attorney General Bill Barr tells @AP the Justice Department has not uncovered evidence of widespread voter fraud…

Capture URL: https://twitter.com/MikeBalsamo1/status/1333853228979662860

Capture timestamp (UTC): Tue, 28 Nov 2023 17:38:37 GMT

Page 2 of 33

APP1627



X

🏠 Home
🔍 Explore
🔔 Notifications
✉️ Messages
☰ Lists
🔖 Bookmarks
✖️ Communities
✖️ Premium
👤 Profile
⊙ More

**Post**

← **Post**

🔍 Search

**Relevant people**

**Mike Balsamo** ✓
@MikeBalsamo1    **Follow**
U.S. Law Enforcement News Editor @AP. Board member @PressClubDC. Prior gigs covering DOJ, NYC & LA. Long Island native. Taco aficionado. Tips? MBalsamo@ap.org

**AP** **The Associated P** ✓
@AP    **Follow**
Advancing the power of facts, globally 🌐

**What's happening**

NHL · This morning
**Golden Knights at Flames**

Sports · Trending
**Texans**
13.6K posts

Politics · Trending
**Melania**
29.7K posts

Sports · Trending
**Bregman**
1,727 posts

Sports · Trending
**Aggies**
1,969 posts

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More···
© 2023 X Corp.



🇨🇦 **ThoughtsCanada** 🇨🇦✓ @ThoughtsCanad · Dec 1, 2020 ···
Yes, we all knew that already. But has he bothered to inform @realDonaldTrump?

💬  ↻ 2   ♡ 4   📊   🔖  ⬆️

**The Following Program** ✓ @TheFollowingPro · Dec 1, 2020 ···
This may catch his attention:

● **Donald J. Trump** ✓ @realDonaldTrump · Dec 1, 2020
Jesse Morgan—a truck driver (subcontractor) with USPS in PENNSYLVANIA...

LIVE
ARLINGTON VA

HAPPENING NOW
ELECTION WHISTLEBLOWERS COME FORWARD
REVEAL DETAILS OF FRAUD POSSIBLY AFFECTING HUNDREDS OF THOUSANDS OF BALLOTS
CAMPAIGN FILES LAWSUIT ASKING WISCONSIN SUPREME COURT TO TOSS 221K

💬  ↻   ♡   📊   🔖  ⬆️

**Zachary Pernikliyski** ✓ @zachary1978 · Dec 1, 2020 ···
No way Are you sure? 😳

💬  ↻   ♡   📊   🔖  ⬆️

**Edge O. Erin** ✓ @EdgeOErin1 · Dec 1, 2020 ···
Man, the last few years has been rough on Roseanne!

💬  ↻   ♡   📊   🔖  ⬆️

**Jeffrey Beatty ▯ccessibility ▯ens** ✓ @macjbby · Dec 2, 2020 ···
Joseph N. Welch struggled to maintain his composure, he looked at (Trump) and declared, "Until this moment, (President), I think I never really gauged your cruelty or your recklessness." It was then (Trump's) turn to be silent, "Have you no sense of decency, sir, at long last?"

**Tim Herndon** 🔒 ✓
@therndon11    ···

**Post**

**Messages**  ✉️ ⌃



Document title: (3) Mike Balsamo on X: &quot;NEW: Attorney General Bill Barr tells @AP the Justice Department has not uncovered evidence of widespread voter fraud…
Capture URL: https://twitter.com/MikeBalsamo1/status/1333853228979662860
Capture timestamp (UTC): Tue, 28 Nov 2023 17:38:37 GMT                                                    Page 5 of 33







← Post

He'll be announcing his resignation soon...which he and Trump will attempt to use to save the need for a pardon.
I hope this stunt backfires. Bill Barr has some serious, unlawful 'splaining to do.

💬 1      🔁 8      ♡ 198

**Theodore Antoniuk** @Theoantiks · Dec 1, 2020
Here you go @msg768 don't worry, Biden won't turn off the electricity to your Mothers basement.

💬 1

**Joe Shmoe** @tweetingAway4 · Dec 1, 2020
#BillBarr will be fired tomorrow. Stay tuned! #TrumpMeltdown

**Bernie Dowling** @bentbananabooks · Dec 1, 2020
Bill Barr:  the Justice Department has not uncovered evidence of widespread voter fraud.
A rat deserting the sinking ship has a bite of Trump.

**Chorambe** @chochinator · Dec 1, 2020
Barr still a criminal

**Marcus Smith** @mgvsmith · Dec 1, 2020
Of course there isn't any widespread fraud, the whole idea has been concocted by a despot who only wants to hang on to power at any cost.

**Mick Muffin** @pastwarranty · Dec 1, 2020
@LouDobbs is going to be pissed! I'm beginning to think this Kraken thing is a total hoax. #TrumpConcede

**Angie Cantone** @AngieCantone · Dec 1, 2020
Finally you found your balls!

**rusty** @Keptchair · Dec 1, 2020
How long before trump trashes him?

**Kyle Rawson** @georawson · Dec 1, 2020
Hey yo @realDonaldTrump your boy couldn't even find anything. Go away.

**peanutbutter** @peanutb17912041 · Dec 1, 2020
Even this ass knows.
😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂

**Rickman** @extremerickman · Dec 1, 2020
Lol he about to get fired by the man child

**BrightBoy** @BrightBoy · Dec 1, 2020
Too Little, Too Late From The #LowBarrLiar

**Tim Herndon** 🔒
@therndon11

---

🔍 Search

**Relevant people**

**Mike Balsamo**  [Follow]
@MikeBalsamo1
U.S. Law Enforcement News Editor @AP. Board member @PressClubDC. Prior gigs covering DOJ, NYC & LA. Long Island native. Taco aficionado. Tips? MBalsamo@ap.org

**The Associated P...**  [Follow]
@AP
Advancing the power of facts, globally 🌐

**What's happening**

NHL · This morning
**Golden Knights at Flames**

Sports · Trending
**Texans**
13.6K posts

Politics · Trending
**Melania**
29.7K posts

Sports · Trending
**Bregman**
1,727 posts

Sports · Trending
**Aggies**
1,969 posts

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More···
© 2023 X Corp.

Messages

---









**APP1637**







X

⌂ Home

🔍 Explore

🔔 Notifications

✉ Messages

▤ Lists

🔖 Bookmarks

👥 Communities

✖ Premium

👤 Profile

⊙ More

**Post**

---

← **Post**

💬 1   ⟲   ♡   ▫

🔲 I support Ukraine 🟦 @patl8n1 · Dec 1, 2020
You forgot to add, "in a pathetic attempt to save his own reputation,..."

💬   ⟲   ♡ 2   ▫   🔖   ⬆

JK9 @johnkadziorski · Dec 1, 2020
Waiting for a Trumper Tantrum.

💬   ⟲   ♡   ▫   🔖   ⬆

Sean Rolon @citiboi31987 · Dec 1, 2020
Glad to see the devil Agee's that the election was fair, still won't change Georgia

💬   ⟲   ♡   ▫   🔖   ⬆

Blake Robbins @robbins_blake · Dec 1, 2020
Bill Barr just another #RINO working with the deep state to bring @realDonaldTrump down

Right?

#BillBarr
#TrumpIsMadCrazy

💬   ⟲   ♡   ▫   🔖   ⬆

Sore Loser Trump @Marley91518056 · Dec 1, 2020
I'm a political cockblock.

💬   ⟲   ♡   ▫   🔖   ⬆

McEllie @McEllie4 · Dec 1, 2020
amp.cnn.com/cnn/2020/11/27...

Is he fired yet ? And will #Rump order a firing squad ?

💬   ⟲   ♡   ▫   🔖   ⬆

ccain529 @ccain529 · Dec 1, 2020
Uh oh.  Guess who just got fired and is a "terrible person"? 🙄🙄🙄

💬   ⟲   ♡   ▫   🔖   ⬆

BOB THE DEAD VIKING @DeadVikingBob · Dec 1, 2020
Barr is a dead man walking in the Trump Regime. How dare he go against Donald.

💬   ⟲   ♡   ▫   🔖   ⬆

Stephen John Ford @1mohawklawyer · Dec 1, 2020
Trump will fire those that don't uphold his lies.

💬   ⟲   ♡   ▫   🔖   ⬆

Susan C Dawson @SusanCDawson2 · Dec 1, 2020
He's been a nobody legitimate since his Muller report lie!

💬   ⟲   ♡   ▫   🔖   ⬆

AlbTri @423303BT · Dec 2, 2020
Another one that drops the MORON'S tooo!!hoot hot 👏👏👏

Tim Herndon 🔒
@therndon11
···

---

🔍 Search

**Relevant people**

Mike Balsamo
@MikeBalsamo1          [Follow]
U.S. Law Enforcement News Editor @AP. Board member @PressClubDC. Prior gigs covering DOJ, NYC & LA. Long Island native. Taco aficionado. Tips? MBalsamo@ap.org

AP  The Associated P...      [Follow]
@AP
Advancing the power of facts, globally 🌐

**What's happening**

NHL · This morning
**Golden Knights at Flames**

Sports · Trending
**Texans**
13.6K posts

Politics · Trending
**Melania**
29.7K posts

Sports · Trending
**Bregman**
1,727 posts

Sports · Trending
**Aggies**
1,969 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2023 X Corp.

**Messages**   ✉  ⌃



← Post

**Big Cat** @Big__Cat_ · Dec 1, 2020
I LOVE THIS GUY < NOW

**Stephen Roy** @angmarsrealm · Dec 1, 2020
Oh, is the useless load trying to fight back against trump claims that Barr has had a hand in the so-called election fraud?

**David Wooderson** @LorenzoVanMatt4 · Dec 2, 2020
Laughing my ass off at the permarage from the Trumertard Covidiots that take @OANN as gospel freaking out over this.

**No Name** @kdsmurray · Dec 2, 2020
Barr is about to be #deactivated by Trump. 😂😂😂😂😂😂😂😂😂😂

**Kathi** @kathi3SkyDancer · Dec 2, 2020
Well. His ass is grass.. just sayin'

**Layne Staley** @1CentMomo · Dec 1, 2020
He's fired lol

**Ron Patey** @RonPateyGolf · Dec 1, 2020
Say hello to Mr. Covering My Ass.

**crossover basketball 25** @crossoverbb25 · Dec 1, 2020
Uh oh, looks like @realDonaldTrump will be firing Bill Barr tomorrow 😂😂😂

**BLZ** **BrightLuzo** ✓ @BrightLuzoCo  Ad ···
Durable fun for your furry friend! 🐾 Unleash the Immortal Squeaker Plush Toy – designed for the toughest chewers! Playtime perfected! 🐶
Get Yours 🛒 brightluzo.co/immortal-chewe...
#DogToys #DurableFun

**INVINCIBLE ROBUSTPIG**
Made for your heavy chewers!

**Tim Herndon** 🔒 ···
@therndon11

Q Search

**Relevant people**

**Mike Balsamo** [Follow]
@MikeBalsamo1
U.S. Law Enforcement News Editor @AP. Board member @PressClubDC. Prior gigs covering DOJ, NYC & LA. Long Island native. Taco aficionado. Tips? MBalsamo@ap.org

**AP** **The Associated P** [Follow]
@AP
Advancing the power of facts, globally 🌐

**What's happening**

NHL · This morning
**Golden Knights at Flames**

Sports · Trending
**Texans**
13.6K posts

Politics · Trending
**Melania**
29.7K posts

Sports · Trending
**Bregman**
1,727 posts

Sports · Trending
**Aggies**
1,969 posts

Show more

Terms of Service · Privacy Policy · Cookie Policy
Accessibility · Ads info · More···
© 2023 X Corp.

**Messages**







**APP1645**

# X

- 🏠 Home
- 🔍 Explore
- 🔔 Notifications
- ✉️ Messages
- 📋 Lists
- 🔖 Bookmarks
- 👥 Communities
- ✖️ Premium
- 👤 Profile
- ⊙ More

**Post**

← Post

🔍 Search

**Relevant people**

**jacqui** @jacqui96932700 · Dec 1, 2020
Well of course there isn't any evidence. I'm just surprised that Barr has admitted this publicly. Will he be fired in the next few hours?

💬 1    🔁 2    ♡ 39    📊

**Bob Mellors** @SofaAssoc · Dec 1, 2020
If Bill Barr can't find (or create ?)

"evidence of widespread voter fraud"

To help his buddy tRump

Then it doesn't exist.

@cgarrett101

💬 1    🔁    ♡ 3    📊

**Anatya L** @Anatya77 · Dec 1, 2020
OMG! Is Bill Barr doing the lawful thing and not overthrowing democracy?!! That's a huge deal.

💬 1    🔁    ♡ 4    📊

BLZ **BrightLuzo** ✓ @BrightLuzoCo          Ad ···
Durable fun for your furry friend! 🐾 Unleash the Immortal Squeaker Plush Toy – designed for the toughest chewers! Playtime perfected! 🐕
Get Yours 📦 brightluzo.co/immortal-chewe...
#DogToys #DurableFun



💬 36    🔁 29    ♡ 312    📊 3.8M    🔖    ⬆️

**marym** @MaryMur50333014 · Dec 1, 2020
He didn't look at either @LindseyGrahamSC or @realDonaldTrump BOTH of which have OPENINGLY committed voter fraud

💬    🔁    ♡ 5    📊

**It was fun while it lasted... Braz** @Brazbit · Dec 1, 2020
When asked for comments the President states that he doesn't know Bill Barr, never met the guy. There might be a photo of the two of them together or something.
He then introduced the new AG. The new AG knows nothing of law but has made several huge campaign donations recently.

**Mike Balsamo** [Follow]
@MikeBalsamo1
U.S. Law Enforcement News Editor @AP. Board member @PressClubDC. Prior gigs covering DOJ, NYC & LA. Long Island native. Taco aficionado. Tips? MBalsamo@ap.org

AP **The Associated P...** [Follow]
@AP
Advancing the power of facts, globally 🌐

**What's happening**

NHL · This morning
**Golden Knights at Flames**

Sports · Trending
**Texans**
13.6K posts

Politics · Trending
**Melania**
29.7K posts

Sports · Trending
**Bregman**
1,727 posts

Sports · Trending
**Aggies**
1,969 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2023 X Corp.

**Tim Herndon** 🔒
@therndon11

**Messages**







← Post

## Relevant people

**Mike Balsamo**
@MikeBalsamo1     [Follow]
U.S. Law Enforcement News Editor
@AP. Board member
@PressClubDC. Prior gigs covering
DOJ, NYC & LA. Long Island native.
Taco aficionado. Tips?
MBalsamo@ap.org

**The Associated P...**
@AP     [Follow]
Advancing the power of facts,
globally 🌍

## What's happening

NHL · This morning
**Golden Knights at Flames**

Sports · Trending
**Texans**
13.6K posts

Politics · Trending
**Melania**
29.7K posts

Sports · Trending
**Bregman**
1,727 posts

Sports · Trending
**Aggies**
1,969 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2023 X Corp.

**MiMi** 🔇 ·@MiMi___KAAB · Dec 1, 2020

**ROOS** @roospooscreate · Dec 1, 2020
Oh  shocks it's all happening ! #Barr on a tit for tat spree. Two can
play that game Trump ! Barr coming for you.

**EILEEN MACLEOD** @MacleodJust · Dec 2, 2020
The man with the forked tongue,  the man that couldn't lie straight
in bed , the man that is a stranger to what truth is . . .  Says. . .
🤣👏👏👏👏👏👏👏

**Caesar Brooks** @CaesarBrooks1 · Dec 1, 2020
Your fired your not doing your damn job lol 🤣

Tim Herndon 🔒
@therndon11

Messages









**APP1653**

X

🏠 Home
🔍 Explore
🔔 Notifications
✉️ Messages
📋 Lists
🔖 Bookmarks
👥 Communities
✖️ Premium
👤 Profile
⊙ More

**Post**

← **Post**



II GIF ALT

💬    ⇄ 1    ♡ 4    ᴵ�11    🔖 ⬆️

**Susan Schooley** @SusanSchooley8 · Dec 1, 2020
Pinch me

💬    ⇄    ♡    ᴵ11    🔖 ⬆️

**Debbie Hemenway** @DebbieHemenway · Dec 1, 2020
Uh oh. Tweets incoming.

💬    ⇄    ♡    ᴵ11    🔖 ⬆️

**The Dispatch** ✓ @thedispatch                Ad ⋯
Welcome to The Dispatch. Here's a little about what we're doing –
and why.

Long before Fox News hosts were exposed for
saying one thing in private and another on air, two
leading conservatives left the network to continue
building a media company dedicated to the truth.

Jonah Goldberg and Stephen Hayes launched
**The Dispatch** in 2019 to build an enduring
presence on the center-right for
sane conservatism.

Today, tens of thousands of members rely on us for
the kind of fact-based news and analysis that helps
make sense of a political world gone crazy.

**Sign up today for free.**

THE DISPATCH

💬 1.5K    ⇄ 1.3K    ♡ 7.1K    ᴵ11 10M    🔖 ⬆️

**Tim Herndon** 🔒
@therndon11        ⋯

**Jeff in Exile** @JeffHGreen · Dec 1, 2020
Well duh. Other people are doing it.

💬    ⇄    ♡    🔖 ↑

🔍 Search

**Relevant people**

**Mike Balsamo**        [ Follow ]
@MikeBalsamo1
U.S. Law Enforcement News Editor
@AP. Board member
@PressClubDC. Prior gigs covering
DOJ, NYC & LA. Long Island native.
Taco aficionado. Tips?
MBalsamo@ap.org

AP  **The Associated P**...    [ Follow ]
@AP
Advancing the power of facts,
globally 🌐

**What's happening**

NHL · This morning
**Golden Knights at Flames**

Sports · Trending
**Texans**
13.6K posts

Politics · Trending
**Melania**
29.7K posts

Sports · Trending
**Bregman**
1,727 posts

Sports · Trending
**Aggies**
1,969 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2023 X Corp.

**Messages**        ✉️⊕  ⌄



← Post

♡ 1.5K    ⟳ 1.3K    ♡ 7.1K    �␣ 10M    🔖    ⬆

**Jeff in Exile** @JeffHGreen · Dec 1, 2020
Well duh. Other people are doing it.

**Donnie** @OhhDonnie · Dec 1, 2020
So there is fraud but just not enough to change the outcome? Is that what you are saying?

**Sylvia Patriarca** @Charrita · Dec 1, 2020
Yet!  Strategy

**David Bakker** @DavidBakker13 · Dec 1, 2020
Bye, bye, Barr! Lol

**Scott** 💎 ⌐ ⊏ ⊐ @Steelersmo85 · Dec 1, 2020
Barr knows he's a civilian in 50 days. Cutting ties with Trump is the right move.

🔲🔲🔲🔲🔲 @vL2nXBld29DguL0 · Dec 1, 2020
🔲🔲🔲🔲🔲

**Fritz** @Fritz46676028 · Dec 1, 2020
It's about time!

**Shawn Canales** @Scanales52 · Dec 1, 2020
He's about to get fired

**sammytryingtostayinforme** @samanth8948202 · Dec 1, 2020
🎵He about to lose his job🎵

**CB** @ccb81 · Dec 1, 2020

‖ GIF  ALT                    HUSTLE

**The Dispatch** @thedispatch    Ad ···
Welcome to The Dispatch. Here's a little about what we're doing – and why.

---

🔍 Search

### Relevant people

**Mike Balsamo** @MikeBalsamo1    [Follow]
U.S. Law Enforcement News Editor @AP. Board member @PressClubDC. Prior gigs covering DOJ, NYC & LA. Long Island native. Taco aficionado. Tips? MBalsamo@ap.org

**AP** The Associated P... @AP    [Follow]
Advancing the power of facts, globally 🌐

### What's happening

NHL · This morning
**Golden Knights at Flames**

Sports · Trending
**Texans**
13.6K posts

Politics · Trending
**Melania**
29.7K posts

Sports · Trending
**Bregman**
1,727 posts

Sports · Trending
**Aggies**
1,969 posts

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More···
© 2023 X Corp.

---

**Tim Herndon** 🔒 ···
@therndon11

Messages

---

Document title: (3) Mike Balsamo on X: &quot;NEW: Attorney General Bill Barr tells @AP the Justice Department has not uncovered evidence of widespread voter fraud…
Capture URL: https://twitter.com/MikeBalsamo1/status/1333853228979662860
Capture timestamp (UTC): Tue, 28 Nov 2023 17:38:37 GMT





Document title: (3) Mike Balsamo on X: &quot;NEW: Attorney General Bill Barr tells @AP the Justice Department has not uncovered evidence of widespread voter fraud…
Capture URL: https://twitter.com/MikeBalsamo1/status/1333853228979662860
Capture timestamp (UTC): Tue, 28 Nov 2023 17:38:37 GMT

**APP1657**



# Exhibit K-44

🔒 **Page Vault**

| | |
|---|---|
| Document title: | (3) Donald J. Trump on X: ""REPORT: DOMINION DELETED 2.7 MILLION TRUMP VOTES NATIONWIDE. DATA ANALYSIS FINDS 221,000 PENNSYLVANIA VOTES SWITCHED FROM PRESIDENT TRUMP TO BIDEN. 941,000 TRUMP VOTES DELETED. STATES USING DOMINION VOTING SYSTEMS SWITCHED 435,000 VOTES FROM TRUMP TO BIDEN." @ChanelRion @OANN" / X |
| Capture URL: | https://twitter.com/realDonaldTrump/status/1326926226888544256?ref_src=twsrc%5Etfw%7Ctwcamp%5Etweetembed%7Ctwterm%5E1326926226888544256%7Ctwgr%5Ee18650672d8b8ce04c8a76a23b107ba62bdc04a7%7Ctwcon%5Es1_&ref_url=https%3A%2F%2Fthenationalpulse.com%2Farchive-post%2Fdominion-dem-donors%2F |
| Page loaded at (UTC): | Tue, 28 Nov 2023 18:07:14 GMT |
| Capture timestamp (UTC): | Tue, 28 Nov 2023 18:11:06 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 34.227.126.78 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 42 |
| Capture ID: | etv4knhd6PsmMmG4VbgrY5 |
| User: | jw-therndon |

PDF REFERENCE #:     ghbNRLmhVAt5omdFZL1t84

**APP1660**







**APP1663**







Document title: (3) Donald J. Trump on X: &quot;"REPORT: DOMINION DELETED 2.7 MILLION TRUMP VOTES NATIONWIDE. DATA ANALYSIS FINDS 221,000…

Capture URL: https://twitter.com/realDonaldTrump/status/1326926226888544256?ref_src=twsrc%5Etfw%7Ctwcamp%5Etweetembed%7Ctwterm…

Capture timestamp (UTC): Tue, 28 Nov 2023 18:11:06 GMT

Page 6 of 41

APP1666





**APP1668**





**APP1670**





**APP1672**









**APP1676**









**APP1680**







**APP1683**



**APP1684**





**APP1686**









**APP1690**





X

🏠 Home
🔍 Explore
🔔 Notifications
✉️ Messages
📋 Lists
🔖 Bookmarks
👥 Communities
✖ Premium
👤 Profile
⊙ More

**Post**

← Post

🔍 Search

**Relevant people**

**Donald J. Trump** ✓   Follow
@realDonaldTrump
45th President of the United
States of America🇺🇸

**Chanel Rion OAN** ✓   Follow
@ChanelRion
@OANN Chief White House
Correspondent | ChanelRion.com |
Wordebys.com | Chanel's OAN
Reports here: shorturl.at/djsuK

**One America New** ✓   Follow
@OANN
Join us at OAN, your source for
credible news, commentary, and
more. Visit live.oann.com to enjoy
OAN's 24/7 LIVE streaming app
today. live.oann.com #OAN

**What's happening**

NBA · Yesterday
**Lakers at 76ers**

Sports · Trending
**Bregman**
1,626 posts

Trending in United States
**All 41**
42.8K posts

Sports · Trending
**Aggies**
1,952 posts

Politics · Trending
**Jim Jordan**
Trending with Hunter Biden, Jim Jordan

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2023 X Corp.

---

**rich m** @rich998877654 · Oct 29
we already knew this  the election was stolen  also by the 2000
mules check out the movie to see how it was also stolen

💬 2      🔁          ♡ 3          📊 20          🔖  ⬆

**Mark Hartig** 🇺🇸 @markhartig · Nov 12, 2020
Lost by 5.25 MILLION votes and counting. #sad

💬 31      🔁 1      ♡ 150          📊          🔖  ⬆

**Facettes Paris** ✓ @FacettesParis                    Ad  ···
📆Dubbed the most shocking, hilarious, and grotesque calendar of
the year; "Dogs Pooping in Beautiful Places" will surely get you
questioning your love for dogs.
🛒Own it now:  facettes-paris.com/dog

facettes-paris.com

💬 1      🔁          ♡ 37          📊 53K          🔖  ⬆

**Bonnie** 🐾 ✓ @NEIN_HAYIR_NA · Nov 12, 2020

💬 33      🔁 6      ♡ 217          📊          🔖  ⬆

**Pardon me** @LeftOfCenter18 · Nov 12, 2020
Oh because @OANN said so? They're about as reliable as
@RudyGiuliani where the only difference is that @oann has their
hands down YOUR pants.

**Tim Herndon** 🔒    ···
@therndon11

---

**Messages**  ✉ ^

Document title: (3) Donald J. Trump on X: &quot;"REPORT: DOMINION DELETED 2.7 MILLION TRUMP VOTES NATIONWIDE. DATA ANALYSIS FINDS 221,000…
Capture URL: https://twitter.com/realDonaldTrump/status/1326926226888544256?ref_src=twsrc%5Etfw%7Ctwcamp%5Etweetembed%7Ctwterm…
Capture timestamp (UTC): Tue, 28 Nov 2023 18:11:06 GMT                                                           Page 32 of 41

**APP1692**



← **Post**

💬 33    🔁 6    ♡ 217

**Pardon me** @LeftOfCenter18 · Nov 12, 2020    •••
Oh because @OANN said so? They're about as reliable as
@RudyGiuliani where the only difference is that @oann has their
hands down YOUR pants.

💬 157    🔁 18    ♡ 1K

**Honorable DF** @DF72811 · Nov 12, 2020    •••
@Twitter how are you still allowing him to tweet?  Suspend the
account!!!  This is getting ridiculous.

💬 63    🔁 9    ♡ 236

**Boomer Bob was BobA1959 I'm Pissed** @Bol··· Nov 12, 2020  •••
@Twitter @TwitterSafety this is false. He's spreading disinformation
with zero facts to support this claim. Please flag accordingly.

💬 486    🔁 69    ♡ 2.8K

**Bill Shapiro** @Bill_Shapiro · Nov 12, 2020    •••
@twitter This is false and misleading

💬 8    🔁 1    ♡ 14

**Steven Greenhouse** @greenhousenyt · Nov 12, 2020    •••
This sounds like yet another of Donald Trump's more than 22,000
lies. This sounds preposterous.  Show us the evidence.

Your lawyers have clearly failed to come up with real evidence to
convince any judges that there was fraud..
washingtonpost.com/politics/2020/...

💬 2    🔁 4    ♡ 10

**Vince Cestone** @Vince_Cestone · Nov 12, 2020    •••
Please provide valid proof. THANK YOU

💬 20    🔁 7    ♡ 20

**Jennifer Barbosa** @TeamJenBarbosa · Nov 12, 2020    •••
And @SidneyPowell1 made a great point when she suggested this
isn't just about changing votes from GOP to DEM, but also taking
votes from 1 DEM and giving them to another. (Like by helping
Pelosi defeat her leftist challenger by 50 points)

💬 27    🔁 87    ♡ 392

**Joey C** @PalmeirasJoe · Nov 27    •••
Ok. All well and good. Now, when do we round up the culprits and
start to prosecute? Because we can have all these findings come up
every year for decades but if nobody pays the price what good is it
finding these "discrepancies"?

💬    🔁    ♡    ⬇ 8

**The Dispatch** @thedispatch    Ad  •••
Welcome to The Dispatch. Here's a little about what we're doing –
and why.

Long before Fox News hosts were exposed for
saying one thing in private and another on air, two
leading conservatives left the network to continue
building a media company dedicated to the truth.

Jonah Goldberg and Stephen Hayes launched
**The Dispatch** in 2019 to build an enduring
presence on the center-right for

**Tim Herndon** 🔒    •••
@therndon11

---

## X

🏠 Home
🔍 Explore
🔔 Notifications
✉ Messages
📋 Lists
🔖 Bookmarks
👥 Communities
✖ Premium
👤 Profile
⊙ More

**Post**

---

🔍 Search

**Relevant people**

**Donald J. Trump** ✓    [ Follow ]
@realDonaldTrump
45th President of the United
States of America🇺🇸

**Chanel Rion OAN** ✓    [ Follow ]
@ChanelRion
@OANN Chief White House
Correspondent | ChanelRion.com |
Wordebys.com | Chanel's OAN
Reports here: shorturl.at/djsuK

**One America New** ✓    [ Follow ]
@OANN
Join us at OAN, your source for
credible news, commentary, and
more. Visit live.oann.com to enjoy
OAN's 24/7 LIVE streaming app
today. live.oann.com #OAN

**What's happening**

NBA · Yesterday
**Lakers at 76ers**

Sports · Trending
**Bregman**
1,626 posts

Trending in United States
**All 41**
42.8K posts

Sports · Trending
**Aggies**
1,952 posts

Politics · Trending
**Jim Jordan**
Trending with Hunter Biden, Jim Jordan

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More···
© 2023 X Corp.

**Messages**    ✉⌄  ⌃



← Post

Jonah Goldberg and Stephen Hayes launched
**The Dispatch** in 2019 to build an enduring
presence on the center-right for
sane conservatism.

Today, tens of thousands of members rely on us for
the kind of fact-based news and analysis that helps
make sense of a political world gone crazy.

**Sign up today for free.**

THE DISPATCH

1.5K    1.3K    7.1K    10M

**Andy Daly** @TVsAndyDaly · Nov 12, 2020
FEEL FREE TO LEAVE EARLY

2            19

**Big Figgy** @the_big_fig · Nov 18, 2020
Don't go away mad, just go away.

**shortandcurlies** @beardofpubes · Nov 18, 2020
Dude is just sooo thirsty to dry hump the girl from OAN with the
weird eyebrows that got played by Borat.

**Loretta Shane** @CHALD16 · Nov 19, 2020
@twitter these tweets are lies and are fir the purpose of sowing
discord and smashing the American Democratic System You have to
do more than a little message #democracy

**Ivan, RN** @Ivanivyjanna · Nov 19, 2020
Prove it, bitch. I dare you! 😂😂😂

**Ian** @StellasKid · Nov 19, 2020
So present the evidence in court, @realDonaldTrump. Oh wait....

#DonaldTrump #ElectionResults2020 #uspoli #SoreLoser
#SoreLoserInChief

**Gary Principato** @GPrincipato · Nov 20, 2020
Disputed my ass!

**VegasBaby** @theresavance_lv · Nov 21, 2020
JUST BECAUSE IT'S ALL IN CAPS DOESN'T MAKE IT TRUE.  YOU LOST.
GET OVER IT. Thank you.

**Angela #VoteBlue** @IVoteClimate · Nov 28, 2020
You keep lying. Here's the truth:

You lost.

**Tim Herndon** 🔒
@therndon11

X

🏠 Home

🔍 Explore

🔔 Notifications

✉️ Messages

☰ Lists

🔖 Bookmarks

✖ Communities

✕ Premium

👤 Profile

⊙ More

**Post**

🔍 Search

**Relevant people**

**Donald J. Trump** ✓    Follow
@realDonaldTrump
45th President of the United
States of America🦅

**Chanel Rion OAN** ✓    Follow
@ChanelRion
@OANN Chief White House
Correspondent | ChanelRion.com |
Wordebys.com | Chanel's OAN
Reports here: shorturl.at/djsuK

**One America New** ✓    Follow
@OANN
Join us at OAN, your source for
credible news, commentary, and
more. Visit live.oann.com to enjoy
OAN's 24/7 LIVE streaming app
today. live.oann.com #OAN

**What's happening**

NBA · Yesterday
**Lakers at 76ers**

Sports · Trending
**Bregman**
1,626 posts

Trending in United States
**All 41**
42.8K posts

Sports · Trending
**Aggies**
1,952 posts

Politics · Trending
**Jim Jordan**
Trending with Hunter Biden, Jim Jordan

Show more

Terms of Service · Privacy Policy · Cookie Policy
Accessibility · Ads info · More···
© 2023 X Corp.

**Messages**



**APP1695**





**APP1697**



X

- Home
- Explore
- Notifications
- Messages
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

**Post**

← **Post**

Today, tens of thousands of members rely on us for the kind of fact-based news and analysis that helps make sense of a political world gone crazy.

**Sign up today for free.**

THE DISPATCH

🗨 1.5K   ⟲ 1.3K   ♡ 7.1K   10M   🔖   ⬆

**Jim Kessler** @ThirdWayKessler · Nov 12, 2020
Brave Republican Senators and Representatives: Care to intervene now?

🗨   ⟲   ♡ 2   📊   🔖   ⬆

**David Sklepko** @joyful_Mel · Nov 12, 2020
Is there actual evidence other than the rambling of trumpAmericanNews?

🗨 73   ⟲ 3   ♡ 137   📊   🔖   ⬆

**Adam Christensen** @A_J_Christensen · Nov 12, 2020
This isn't a thing, OAN is a conspiracy site, you are losing by 5 Million votes, the election is over. It's time we all move on!

🗨 3   ⟲   ♡ 18   📊   🔖   ⬆

**Diane Warren** @Diane_Warren · Nov 12, 2020
We just deleted U

🗨   ⟲   ♡ 5   📊   🔖   ⬆

**Christopher Anderson** @CAnderson2020 · Nov 12, 2020

> 🔵 **Christopher Anderson** @CAnderson2020 · Oct 31, 2020
> Help @realDonaldTrump win PA. I explain why all African Americans should vote for Trump. #Walkaway & @kimKBaltimore started this great come back, let's finish it now. Support this historic effort: secure.anedot.com/people-for-chr…
>
> Christopher Anderson
> Baltimore City Council Candidate for District 7 ... Explains
> TRUMP HOLDS KAG RALLY IN HERSHEY, PA
> Why African Americans need to consider voting for Trump.
> @canderson2020
> 2:17

🗨   ⟲ 1   ♡ 2   📊   🔖   ⬆

**🏴‍☠️Georgia Resister🏴‍☠️Woke** @ResisterChic · Nov 12, 2020
No, Dominion voting machines did not cause widespread problems

The Dominion software was used in only 2 of 5 counties and in every instance there was detailed explanation for what happened. In all of cases, software did not affect the vote counts.

**Tim Herndon** 🔒
@therndon11

---

🔍 Search

**Relevant people**

**Donald J. Trump** ✓   [Follow]
@realDonaldTrump
45th President of the United States of America🇺🇸

**Chanel Rion OAN** ✓   [Follow]
@ChanelRion
@OANN Chief White House Correspondent | ChanelRion.com | Wordebys.com | Chanel's OAN Reports here: shorturl.at/djsuK

**One America New** ✓   [Follow]
@OANN
Join us at OAN, your source for credible news, commentary, and more. Visit live.oann.com to enjoy OAN's 24/7 LIVE streaming app today. live.oann.com #OAN

**What's happening**

NBA · Yesterday
**Lakers at 76ers**

Sports · Trending
**Bregman**
1,626 posts

Trending in United States
**All 41**
42.8K posts

Sports · Trending
**Aggies**
1,952 posts

Politics · Trending
**Jim Jordan**
Trending with Hunter Biden, Jim Jordan

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2023 X Corp.

**Messages**





**APP1700**



# Exhibit K-45

**🔒 Page Vault**

| | |
|---|---|
| Document title: | (3) Rasmussen Reports on X: "Huge: "How likely is it that Democrats stole votes or destroyed pro-Trump ballots in several states to ensure that Biden would win?" Democrats - 30% - 20% say Very Likely (VL) Unaffiliated - 39% - 29% say VL Republicans - 75% - 61% say VL All Voters - 47% - 36% say VL https://t.co/ EbIRuV2AXY" / X |
| Capture URL: | https://twitter.com/Rasmussen_Poll/status/1329741803025801217?ref_src=twsrc %5Etfw%7Ctwcamp%5Etweetembed%7Ctwterm %5E1329741803025801217%7Ctwgr %5E632459c0d23527ca2a914d77c8283c8afb736a1f%7Ctwcon %5Es1_&ref_url=https%3A%2F%2Ftownhall.com%2Ftipsheet%2Fleahbarkoukis %2F2020%2F12%2F01%2F30-percent-of-dems-think-their-party-cheated-n2580862 |
| Page loaded at (UTC): | Tue, 28 Nov 2023 18:25:00 GMT |
| Capture timestamp (UTC): | Tue, 28 Nov 2023 18:29:09 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 34.227.126.78 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 23 |
| Capture ID: | ddi4C5mBUWGidE5pFKeBKp |
| User: | jw-therndon |

PDF REFERENCE #:      i29JEuN8zytL5AG79kKb7G

**APP1703**



**APP1704**



Document title: (3) Rasmussen Reports on X: &quot;Huge; &quot;How likely is it that Democrats stole votes or destroyed pro-Trump ballots in several states to ensure...
Capture URL: https://twitter.com/Rasmussen_Poll/status/1329741803025801217?ref_src=twsrc%5Etfw%7Ctwcamp%5Etweetembed%7Ctwterm...
Capture timestamp (UTC): Tue, 28 Nov 2023 18:29:09 GMT

**APP1705**





← Post

**Kyle J. Maxwell** ✓ @khendriix · Dec 20, 2020
This whole graph is wrong, there's only two genders listed. That's offensive!!

💬   🔁   ♡ 2   �oᴏ   🔖   ⬆

**mrnolimit**▦◼✚◼ ✓ @andersbjorkman · Dec 20, 2020

"We put together I think the most extensive and inclusive voter fraud organization in the history of American politics."

-Joe Biden

💬   🔁   ♡   ᴏᴏ   🔖   ⬆

**~DeTheBrat~** ✓ @DeTheBrat · Jan 4, 2021
It is sort of interesting. I know several Dems that haven't gone as far as to say "stolen" but they have stated they feel this election was pretty shady and probably needs to be looked at. But they hate Trump so they're not exactly screaming from the rooftops.

💬 2   🔁   ♡ 6   ᴏᴏ   🔖   ⬆

**ΩΩΩ Ω** @BriaResists · Nov 21, 2020
What an incredibly massive load of bull 💩

💬   🔁   ♡ 1   ᴏᴏ   🔖   ⬆

**Stamps Plus** @stampsplus · Nov 29, 2020
Very interesting data. What's also very interesting, is that the Twitter snowflake team members haven't dared to edit your post. Very interesting!!!!

💬 1   🔁 2   ♡ 17   ᴏᴏ   🔖   ⬆

**Matt S** @Mrtraveler02 · Nov 29, 2020
Leave it to you guys to shatter trust in our election system just because you guys lost.

At least you guys are more open about being right-wing hacks.

💬   🔁   ♡   ᴏᴏ   🔖   ⬆

**laughlinren** @reneaps5 · Nov 30, 2020
100 they stole votes nad cheated every way they found possible

---

**X**
🏠 Home
🔍 Explore
🔔 Notifications
✉ Messages
🗒 Lists
🔖 Bookmarks
👥 Communities
✖ Premium
👤 Profile
⊙ More

**Post**

**Tim Herndon** 🔒 @therndon11   ···

---

🔍 Search

**Relevant people**

Ⓡ **Rasmussen Repo**  ✓   **Follow**
@Rasmussen_Poll
An independent media company specializing in the collection and publication of public opinion information since 2003. If it's in the news, it's in our polls.

**What's happening**

NBA · Last night
**Lakers at 76ers**

Sports · Trending
**Bregman**
1,640 posts

Sports · Trending
**Micah Parsons**
2,842 posts

Sports · Trending
**Aggies**
1,992 posts

Sports · Trending
**Stroud**
13.5K posts

Show more

Terms of Service   Privacy Policy · Cookie Policy
Accessibility   Ads info   More···
© 2023 X Corp.

**Messages**   ✉ ⌃

Document title: (3) Rasmussen Reports on X: &quot;Huge: &quot;How likely is it that Democrats stole votes or destroyed pro-Trump ballots in several states to ensure…
Capture URL: https://twitter.com/Rasmussen_Poll/status/1329741803025801217?ref_src=twsrc%5Etfw%7Ctwcamp%5Etweetembed%7Ctwterm…
Capture timestamp (UTC): Tue, 28 Nov 2023 18:29:09 GMT

**APP1707**



**APP1708**



Document title: (3) Rasmussen Reports on X: &quot;Huge: &quot;How likely is it that Democrats stole votes or destroyed pro-Trump ballots in several states to ensure…
Capture URL: https://twitter.com/Rasmussen_Poll/status/1329741803025801217?ref_src=twsrc%5Etfw%7Ctwcamp%5Etweetembed%7Ctwterm…
Capture timestamp (UTC): Tue, 28 Nov 2023 18:29:09 GMT

**APP1709**





**APP1711**



← **Post**                                          🔍 Search

Take the quiz >>

**Relevant people**

Ⓡ **Rasmussen Repo...** ✓     [Follow]
@Rasmussen_Poll

An independent media company specializing in the collection and publication of public opinion information since 2003. If it's in the news, it's in our polls.

**What's happening**

NBA · Last night
**Lakers at 76ers**

Sports · Trending
**Bregman**
1,640 posts

Sports · Trending
**Micah Parsons**
2,842 posts

Sports · Trending
**Aggies**
1,992 posts

Sports · Trending
**Stroud**
13.5K posts

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More···
© 2023 X Corp.

↻ 4        ♡ 120        343K        🔖  ⬆

**Rick Dennis** @radennis2000 · Nov 25, 2020
@DerrickGaffney Depending on the question. Do I believe there was shady shit going on? Yes. Do I believe it changed the outcome of the election? No.
💬 1        ↻          ♡ 2        ⬆

**Cat Ling the Rice Girl Patriots fan** @myricegirl · Nov 26, 2020 ···
Stop the steal
💬          ↻          ♡ 2        ⬆

🎃🎄🎋 *Flower Power* 🎐🎃🐾 @FlowerFreak· Nov 28, 2020 ···
Rasmussen. 🎃
💬 2        ↻          ♡ 3        ⬆

**keyvan Yadegari** @YadegariKeyvan · Nov 29, 2020        ···
Biden is NOT the PRESIDENT.
💬          ↻          ♡ 2        ⬆

**Leaving Vancouver** @Sandwichman_eh · Nov 30, 2020        ···
It is "very likely" or "somewhat likely" that Rasmussen skewed its sampling to boost the likelihood of "very likely" or "somewhat" likely responses to its poll.
💬 4        ↻          ♡ 22        ⬆

📜 **Madam Margaret** @teragramus · Nov 30, 2020        ···
an easier question:

was this election a trainwreck?  yes or no
💬          ↻ 1        ♡ 4        ⬆

**Ronald Munson** @munson104 · Nov 30, 2020        ···
Agree
💬          ↻          ♡ 2        ⬆

**Randy Mayeux** @Randy1116 · Dec 1, 2020
Now compare it to your polling numbers, say early 2016, on

**Messages**  ✉  ⌃

**Post**

**Tim Herndon** 🔒     ···
@therndon11

Document title: (3) Rasmussen Reports on X: &quot;Huge: &quot;How likely is it that Democrats stole votes or destroyed pro-Trump ballots in several states to ensure…
Capture URL: https://twitter.com/Rasmussen_Poll/status/1329741803025801217?ref_src=twsrc%5Etfw%7Ctwcamp%5Etweetembed%7Ctwterm…
Capture timestamp (UTC): Tue, 28 Nov 2023 18:29:09 GMT                                                      Page 9 of 22

**APP1712**

X

- Home
- Explore
- Notifications
- Messages
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

Post

← Post

Agree
♡ 2

**Randy Mayeux** @Randy1116 · Dec 1, 2020
Now compare it to your polling numbers, say early 2016, on whether or not Obama was born in the USA.
💬 2        ♡ 2

**Lana Tahtinen** @TahtinenLana · Nov 25, 2020

**Soy la presidente** @Yomisma1122 · Nov 25, 2020
I love you.

**Upstep** ✓ @UpStepOrthotics        Ad ···
🦶 Custom orthotics. 100% from home.
🗓 180-day money-back guarantee.
📦 Free shipping & returns.

Take the quiz >>



💬        ♡ 120        343K

**James R Falsey** @jrfent1946 · Nov 26, 2020
Well, this is a surprise. I figured pollsters have thrown in the towel by now......
♡ 1

**April's daily showers** 🎌 😔 @cole_pettifer · Nov 26, 2020 ···
Let's see what the People's Pundit Richard Barris has to say.

**Trump's Fetish** @KinkyDonald · Nov 29, 2020
Sorry! We don't believe the FAKE polls.

**Schism** @raskolnehkov · Nov 29, 2020
This seems like an incredibly poorly worded question.

**Tim Herndon** 🔒
@therndon11

Search

**Relevant people**

R **Rasmussen Repor** ✓    [Follow]
@Rasmussen_Poll
An independent media company specializing in the collection and publication of public opinion information since 2003. If it's in the news, it's in our polls.

**What's happening**

NBA · Last night
**Lakers at 76ers**

Sports · Trending
**Bregman**
1,640 posts

Sports · Trending
**Micah Parsons**
2,842 posts

Sports · Trending
**Aggies**
1,992 posts

Sports · Trending
**Stroud**
13.5K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2023 X Corp.

Messages

Document title: (3) Rasmussen Reports on X: &quot;Huge: &quot;How likely is it that Democrats stole votes or destroyed pro-Trump ballots in several states to ensure…
Capture URL: https://twitter.com/Rasmussen_Poll/status/1329741803025801217?ref_src=twsrc%5Etfw%7Ctwcamp%7Ctweetembed%7Ctwterm…
Capture timestamp (UTC): Tue, 28 Nov 2023 18:29:09 GMT
Page 10 of 22

**APP1713**



**APP1714**



**APP1715**



**APP1716**



**APP1717**


## X

🏠 Home

🔍 Explore

🔔 Notifications

✉️ Messages

🗒 Lists

🔖 Bookmarks

👥 Communities

✖️ Premium

👤 Profile

⊙ More

**Post**

---

← **Post**

The moly poll that should ever matter. We should all trust our election process. The fact that such huge numbers from both sides don't means it is time for drastic changes.

💬 1      ↻      ♡ 3      ᐧᐧᐧ      🔖  ⬆️

**Soothsayer** @Soothsa12801949 · Dec 20, 2020      ᐧᐧᐧ
So the mainstream media still have brainwashing powers..."Very Likely" should be in the 90's.

💬      ↻      ♡      ᐧᐧᐧ      🔖  ⬆️

**John Betts** @JohnFromCranber · Dec 20, 2020      ᐧᐧᐧ
And yet it seems almost certain that Donald Trump isn't going to get his day in court to determine whether we're be inaugurating the right person 20 January

💬 1      ↻ 3      ♡ 13      ᐧᐧᐧ      🔖  ⬆️

**Jerry Boggs** @DeepSpace41 · Dec 20, 2020      ᐧᐧᐧ
I say this in all sincerity: If everyone read Sharyl Attkisson's newly-released book "Slanted," the percentages would have been triple.

From "Slanted":

### Does Trump "Lie" More Often?

It is a fair question to ask whether "Trump is the biggest liar ever" is a false narrative or rooted in truth. I am not sure there is an objective way to know. One reason is that the measure of Trump's—or anyone's—lies can often be a subjective exercise, as I have already discussed. It requires knowing, not just assuming or deducing, a person's knowledge and intent. Another reason it is so difficult to divine the truth is that some in the media set out to tarnish and destroy Trump in a way they have never done with any other political figure.

💬 4      ↻ 2      ♡ 6      ᐧᐧᐧ      🔖  ⬆️

**JakeNGracie** @jakengracie2 · Dec 25, 2020      ᐧᐧᐧ
Old poll. One done DEC 3 shows changed replies, but not redone after all the challenges failed and respondents saw there was no evidence to support allegations. And saw Trumps team embarrass themselves.

💬      ↻      ♡ 4      ᐧᐧᐧ      🔖  ⬆️

**Upstep** ✓ @UpStepOrthotics                    Ad  ᐧᐧᐧ
🦶 Custom orthotics. 100% from home.
🦶 180-day money-back guarantee.
🦶 Free shipping & returns.

Take the quiz >>

**Tim Herndon** 🔒      ᐧᐧᐧ
@therndon11


🔍 Search

**Relevant people**

Ⓡ  **Rasmussen Repo**  ✓    [ Follow ]
    @Rasmussen_Poll
    An independent media company specializing in the collection and publication of public opinion information since 2003. If it's in the news, it's in our polls.

**What's happening**

NBA · Last night
**Lakers at 76ers**

Sports · Trending            ᐧᐧᐧ
**Bregman**
1,640 posts

Sports · Trending            ᐧᐧᐧ
**Micah Parsons**
2,842 posts

Sports · Trending            ᐧᐧᐧ
**Aggies**
1,992 posts

Sports · Trending            ᐧᐧᐧ
**Stroud**
13.5K posts

Show more

Terms of Service · Privacy Policy · Cookie Policy
Accessibility · Ads info · More···
© 2023 X Corp.

**Messages**    ✉️  ⌃

Document title: (3) Rasmussen Reports on X: &quot;Huge! &quot;How likely is it that Democrats stole votes or destroyed pro-Trump ballots in several states to ensure…
Capture URL: https://twitter.com/Rasmussen_Poll/status/1329741803025801217?ref_src=twsrc%5Etfw%7Ctwcamp%5Etweetembed%7Ctwterm…
Capture timestamp (UTC): Tue, 28 Nov 2023 18:29:09 GMT

**APP1718**





← Post

**Ann Tovar-Castro** @mozart94 · Dec 20, 2020
Fake polls! 🤣

**IrishMac69** @IrishMac69 · Dec 21, 2020
I know that I wasn't part of this poll. So these are not even close to being accurate, just like the election wasn't! #TRUMPWON2020

**Neil John** @NeilNongnong · Dec 21, 2020
...but they let Republican candidates win!?

**B** @ResistingLib · Dec 22, 2020
Rasmussen is one of the least accurate pollsters—almost always skews right.

**mary cusack** @Cusmary12Mary · Nov 30, 2020
Bot

**Little Mingo** @LittleMingo · Dec 1, 2020
How many people? This is like a child's attempt at convincing someone of their deluded reality

**Upstep** ✓ @UpStepOrthotics    Ad
🦶 Custom orthotics. 100% from home.
🦶 180-day money-back guarantee.
🦶 Free shipping & returns.

Take the quiz >>

**Tim Herndon** 🔒
@therndon11

---

Q Search

**Relevant people**

Ⓡ **Rasmussen Repo** ✓    Follow
@Rasmussen_Poll
An independent media company specializing in the collection and publication of public opinion information since 2003. If it's in the news, it's in our polls.

**What's happening**

NBA · Last night
**Lakers at 76ers**

Sports · Trending
**Bregman**
1,640 posts

Sports · Trending
**Micah Parsons**
2,842 posts

Sports · Trending
**Aggies**
1,992 posts

Sports · Trending
**Stroud**
13.5K posts

Show more

Terms of Service · Privacy Policy · Cookie Policy
Accessibility · Ads info · More···
© 2023 X Corp.

**Messages**

**APP1720**



← Post

🔍 Search

**Relevant people**

R **Rasmussen Repor** ✓
@Rasmussen_Poll      [Follow]
An independent media company
specializing in the collection and
publication of public opinion
information since 2003. If it's in
the news, it's in our polls.

**What's happening**

NBA · Last night
**Lakers at 76ers**

Sports · Trending
**Bregman**
1,640 posts

Sports · Trending
**Micah Parsons**
2,842 posts

Sports · Trending
**Aggies**
1,992 posts

Sports · Trending
**Stroud**
13,5K posts

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More···
© 2023 X Corp.

🔁 4    ♡ 120    343K    🔖 ⬆

**Ave Nging** @avngangel · Dec 1, 2020
Who writes your questions?  Trump?

**Linda** @Linda94559743 · Dec 2, 2020
Stop it

**Bill Barnes** @wrbgolf · Dec 3, 2020
Despite mass media predetermined coverage and no
investigation...the people are not duped.

**Serenity** @AllianzPetra · Dec 3, 2020
Trump team and company have now lost 40 election lawsuits.

YOU LOSE!

⏸ GIF  ALT

**max josephson** @maxwellcoffee · Dec 3, 2020
What they are calling "very likely" is actually the "very likely" and
"somewhat likely" opinions added together (you can see this for
yourself in the chart below). For instance, their data shows only
20% of Democrats marked "very likely", but they show that as
"30% - 20% say VL"

**Anjeanne Andor, LCSW** @AnjeAndor · Dec 4, 2020
Ridiculous

**Marc** @Marc46871152 · Dec 5, 2020
Didn't you just complain about the polls during the election?

**PWMCT** @pwmct2020 · Dec 10, 2020
cool spreadsheet, bro

**Lynn** @LynnPA62 · Dec 19, 2020

**Tim Herndon** 🔒
@therndon11        ···

**Messages**        ✉ ⌃

Document title: (3) Rasmussen Reports on X: &quot;Huge! &quot;How likely is it that Democrats stole votes or destroyed pro-Trump ballots in several states to ensure…
Capture URL: https://twitter.com/Rasmussen_Poll/status/1329741803025801217?ref_src=twsrc%5Etfw%7Ctwcamp%7Etweetembed%7Ctwterm…
Capture timestamp (UTC): Tue, 28 Nov 2023 18:29:09 GMT
Page 18 of 22

APP1721











Document title: (3) Rasmussen Reports on X: &quot;Huge: &quot;How likely is it that Democrats stole votes or destroyed pro-Trump ballots in several states to ensure…
Capture URL: https://twitter.com/Rasmussen_Poll/status/1329741803025801217?ref_src=twsrc%5Etfw%7Ctwcamp%5Etweetembed%7Ctwterm…
Capture timestamp (UTC): Tue, 28 Nov 2023 18:29:09 GMT                                                Page 21 of 22

**APP1724**



Document title: (3) Rasmussen Reports on X: &quot;Huge: &quot;How likely is it that Democrats stole votes or destroyed pro-Trump ballots in several states to ensure…
Capture URL: https://twitter.com/Rasmussen_Poll/status/1329741803025801217?ref_src=twsrc%5Etfw%7Ctwcamp%5Etweetembed%7Ctwterm…
Capture timestamp (UTC): Tue, 28 Nov 2023 18:29:09 GMT

**APP1725**

# Exhibit K-46

🔒 PageVault

| | |
|---|---|
| Document title: | 96% Of Dominion Voting Systems Political Donations Went To Democrats » The National Pulse+ |
| Capture URL: | https://thenationalpulse.com/archive-post/dominion-dem-donors/ |
| Page loaded at (UTC): | Tue, 28 Nov 2023 18:05:53 GMT |
| Capture timestamp (UTC): | Tue, 28 Nov 2023 18:06:57 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 34.227.126.78 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 4 |
| Capture ID: | d7rchQERD72k9ds7urJRwV |
| User: | jw-therndon |

PDF REFERENCE #:     7ttDZTiZ8595RmCsDHDNNo

**APP1727**



The National Pulse.
RADICALLY INDEPENDENT

**The Pulse**

**Analysis**

**Streaming**

Sign in    Unlock pulse+

Analysis only on pulse+

**WAX & OLSON: Trump Gains in New York – Could He Win the State in 2024?**
GAVIN WAX & TROY OLSON

**DR. GINA LOUDON: Ronna's RNC Vacationed While Republicans Lost. It's Obvious – #RonnaMustGo.**
DR. GINA LOUDON

**It Is Remembrance Day, But Something Is Rotten in London.**
JACK MONTGOMERY

**Still Think 'Allahu Akbar' Means 'God is Great'? You Should Probably Read This.**
ROBERT SPENCER

Videos only on pulse+     SEE ALL

3 YEARS AGO     NATALIE WINTERS

## 96% Of Dominion Voting Systems Political Donations Went To Democrats

**Of 96 political donations coming from employees of Dominion Voting Systems, nearly 96 percent of contributions were directed to Democratic candidates.**

The company in question, Dominion Voting Systems, improperly counted ballots to create a fraudulent win for Joe Biden in Antrim County, Michigan and caused several other "glitches" that required extended voting hours and delayed results.

Federal Election Commission (FEC) records, however, reveal the company is overwhelmingly staffed by Democratic donors – perhaps contributing to the explanation as to how the machines malfunctioned exclusively to Biden's benefit.

FEC Records.

From 2014 to 2020, nine individuals who list "Dominion Voting" or "Dominion Voting Systems" as



# The National Pulse.

🏠 The Pulse

📑 Analysis

📱 Streaming

Sign in    Unlock pulse+

**IRELAND WAKES UP**

**Fleccas Talks Podcast, Episode 127: 'Ireland Wakes Up'.**

⬤ Fleccas Talks

**MAILBAG #5**

⬤ Fleccas Talks: Bonus Land

**THANKSGIVING – Fleccas Talks: THE PODCAST**

⬤ Fleccas Talks

**Comment on your favorite articles.**

Join pulse+



FEC Records.

From 2014 to 2020, nine individuals who list "Dominion Voting" or "Dominion Voting Systems" as their employer contributed money to national political campaigns, including the 2020 presidential election. Totaling 96 donations, the sum between employees amounts to $1,241.15.

Employees positions span the entirety of the voting system's process from set-up to tabulation, including software developers, network engineers, software production specialists, and implementation managers.

Of the 96 donations, 92 in total – or 95.8 percent – went to Democratic candidate, predominantly via ActBlue. This means that of the $1,241.15, a total of $1,154.90 went to boost Democrats.

One donation, for example, from a Dominion software developer went to MoveOn.org – a leftist political action committee the describes itself as a "pillar" and "at the forefront" of the anti-Trump "resistance" movement.

In contrast, just four donations – equivalent to $86.25 – over the six-year period went to Republican candidates, specifically President Trump.

Dominion has also employed a host of Democratic party-linked lobbyists to assist on issues including "monitor[ing] federal legislation" and "issues related to election security." For example, a former Chief of Staff for Nancy Pelosi and a director of vote protection for Obama's 2012 campaign are currently retained by the voting company.

President Trump also raised red flags about the company's potential to have swayed the 2020 election on Twitter:

⬤ **Donald J. Trump** ✔  ✕
@realDonaldTrump · Follow

"REPORT: DOMINION DELETED 2.7 MILLION TRUMP VOTES NATIONWIDE. DATA ANALYSIS FINDS 221,000 PENNSYLVANIA VOTES SWITCHED FROM PRESIDENT TRUMP TO BIDEN. 941,000 TRUMP VOTES DELETED. STATES USING DOMINION VOTING SYSTEMS SWITCHED 435,000 VOTES FROM TRUMP TO BIDEN." @ChanelRion @OANN

4:34 PM · Nov 12, 2020   ⓘ

♥ 443.3K      ↩ Reply   ⊘ Copy link

Read 138.2K replies

↗ Share



**A Radical, Real News Revolution.**

Join pulse+



including software developers, network engineers, software production specialists, and implementation managers.

Of the 96 donations, 92 in total – or 95.8 percent – went to Democratic candidate, predominantly via ActBlue. This means that of the $1,241.15, a total of $1,154.90 went to boost Democrats.

One donation, for example, from a Dominion software developer went to MoveOn.org – a leftist political action committee the describes itself as a "pillar" and "at the forefront" of the anti-Trump "resistance" movement.

In contrast, just four donations – equivalent to $86.25 – over the six-year period went to Republican candidates, specifically President Trump.

Dominion has also employed a host of Democratic party-linked lobbyists to assist on issues including "monitor[ing] federal legislation" and "issues related to election security." For example, a former Chief of Staff for Nancy Pelosi and a director of vote protection for Obama's 2012 campaign are currently retained by the voting company.

President Trump also raised red flags about the company's potential to have swayed the 2020 election on Twitter:

**Donald J. Trump** ✔
@realDonaldTrump · Follow

"REPORT: DOMINION DELETED 2.7 MILLION TRUMP VOTES NATIONWIDE. DATA ANALYSIS FINDS 221,000 PENNSYLVANIA VOTES SWITCHED FROM PRESIDENT TRUMP TO BIDEN. 941,000 TRUMP VOTES DELETED. STATES USING DOMINION VOTING SYSTEMS SWITCHED 435,000 VOTES FROM TRUMP TO BIDEN." @ChanelRion @OANN

4:34 PM · Nov 12, 2020

♥ 443.3K      ↩ Reply     ⧉ Copy link

Read 138.2K replies

↪ Share

**A Radical, Real News Revolution.**

Join pulse+

MORE FROM THE PULSE

© 2023 Pulse Media Group        f  ⧉  𝕏        Jobs   Contact   Privacy Policy   Terms of Service

### Sidebar

The National Pulse.

🏠 The Pulse
📖 Analysis
🎞 Streaming

Sign in     Unlock pulse+

MAILBAG

**MAILBAG #5**
Fleccas Talks: Bonus Land

FRESH BONUSLAND EPISODE AVAILABLE NOW

**THANKSGIVING – Fleccas Talks: THE PODCAST**
Fleccas Talks

Comment on your favorite articles.
Join pulse

# Exhibit K-47

🔒 Page Vault

| | |
|---|---|
| Document title: | REVEALED: Smartmatic Claims It 'Prohibits' Political Donations But 86% Of Its Staff Gave To Dems » The National Pulse+ |
| Capture URL: | https://thenationalpulse.com/archive-post/smartmatic-election-donation/ |
| Page loaded at (UTC): | Tue, 28 Nov 2023 17:43:45 GMT |
| Capture timestamp (UTC): | Tue, 28 Nov 2023 17:45:02 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 34.227.126.78 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 4 |
| Capture ID: | uFdgA26UjTYUgd7afqtSyy |
| User: | jw-therndon |

PDF REFERENCE #:     xekfiPxveMrFP247bWzQd6

**APP1732**



### REVEALED: Smartmatic Claims It 'Prohibits' Political Donations But 86% Of Its Staff Gave To Dems

3 YEARS AGO   NATALIE WINTERS

**Despite Smartmatic insisting its employees are "prohibited from making political donations," Federal Election Commission records reveal employees from the company have sent hundreds of dollars to political campaigns – nearly 86% to Democrats, The National Pulse can reveal.**

In addition to labeling itself a competitor and insisting it never worked with Dominion Vote Systems, the unearthed donations serve as another blow to Smartmatic's credibility.

The company's recently added "fact check" webpage – which exists to exonerate the company from bias claims – states clearly:

> *"Smartmatic's founders and employees adhere to a strict ethics code that, among other things, prohibits them from making political donations."*

The claim, which falls under the "Smartmatic's Credibility is Our Most Important Asset" heading, is easily disproven by Federal Election Commission (FEC) records.

From 2019 to 2020, individuals listing "Smartmatic" as their employer donated to national political campaigns. Of the 28 total donations, 24 were directed to Democratic candidates via ActBlue.

Only four donations – worth a total of $90 – went to Republican candidates.



Smartmatic FEC donations.

In addition to Joe Biden, failed presidential candidates such as Elizabeth Warren and Pete Buttigieg along with congressional candidate Adam Schiff were recipients of Smartmatic employee money.

Cross-referencing the names on the FEC database appears to confirm the individual's employment with Smartmatic.

Geoff Sproat, who made a donation of $100 to Biden for President, lists himself as a Smartmatic Senior Product Manager on LinkedIn. Liliana Armas, who also donated to Biden, is listed on Smartmatic's own site as the company's General Counsel.

The overwhelming support for Democrats, as nearly 86 percent of donations went to Democrats, shares a similar pattern to employees of Dominion voting, which counts 96 percent of all donations as helping Democratic candidates.

→ Share

# The National Pulse.

- 🏠 The Pulse
- 📖 Analysis
- ▶️ Streaming

Sign in    Unlock pulse+

Fleccas Talks Podcast, Episode 127: 'Ireland Wakes Up'.

🎙 Fleccas Talks

MAILBAG #5

🎙 Fleccas Talks: Bonus Land

THANKSGIVING – Fleccas Talks: THE PODCAST

🎙 Fleccas Talks

Exclusive Content with Steve Bannon.

Join pulse+



Smartmatic FEC donations.

In addition to Joe Biden, failed presidential candidates such as Elizabeth Warren and Pete Buttigieg along with congressional candidate Adam Schiff were recipients of Smartmatic employee money.

Cross-referencing the names on the FEC database appears to confirm the individual's employment with Smartmatic.

Geoff Sproat, who made a donation of $100 to Biden for President, lists himself as a Smartmatic Senior Product Manager on LinkedIn. Liliana Armas, who also donated to Biden, is listed on Smartmatic's own site as the company's General Counsel.

The overwhelming support for Democrats, as nearly 86 percent of donations went to Democrats, shares a similar pattern to employees of Dominion voting, which counts 96 percent of all donations as helping Democratic candidates.

↗ Share

## Comment on your favorite articles.

Join pulse+

MORE FROM THE PULSE

© 2023 Pulse Media Group

f  📷  𝕏

Jobs  Contact  Privacy Policy  Terms of Service

# Exhibit K-48

Page Vault

| | |
|---|---|
| Document title: | Smartmatic Fact-checked - Smartmatic |
| Capture URL: | https://web.archive.org/web/20201201125549/https://www.smartmatic.com/us/smartmatic-fact-checked/ |
| Page loaded at (UTC): | Tue, 28 Nov 2023 17:32:24 GMT |
| Capture timestamp (UTC): | Tue, 28 Nov 2023 17:33:10 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 34.227.126.78 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 4 |
| Capture ID: | tvLpaG1Brdeoy7gfTYQiQi |
| User: | jw-therndon |

  

About ⌄   Elections ⌄   eGov ⌄   Case studies   Media ⌄   Blog

HOME  >  SMARTMATIC FACT-CHECKED

# Smartmatic Fact-checked

Following the 2020 US election, misinformation and unfounded conspiracy theories have exploded across social media and other online outlets. **Do not be conned by it.** Check anything you read online with credible sources before you believe it or repost it.

## Smartmatic's Credibility is Our Most Important Asset

We know that to be credible and trusted partners to governments and election officials we need to be transparent and forthright. Here are the facts about our company and our history. No spin. No polish.

- Smartmatic's software was developed by our own engineers to do three things: accurately process votes, keep them secure and facilitate audits. That's it. There is no other agenda. Our technology has been proven in audited elections for almost 20 years.

- Smartmatic election technologies and services have been authenticated by independent third-party validators, including the US Election Assistance Commission, the State of California, PriceWaterhouseCoopers and SLI Global. They have also been validated by world-renowned institutions such as the Carter Center, the United Nations, the Organization of American States, and the European Union.

- Smartmatic has no ties to governments or political parties. Governments are clients with whom we do business – just like every other commercial entity – but we do not have any alliances, relationships or "deals" with any politician, political organization or government. Smartmatic's founders and employees adhere to a strict ethics code that, among other things, prohibits them from making political donations.

- Two of the founders, Antonio Mugica and Roger Piñate, run the company as CEO and President, respectively. The majority of company shares are held by the Mugica and Piñate families. The remaining shares (less than 20%) are held by employees and angel investors.

- George Soros is not one of those angel investors mentioned above. Mr. Soros has no ownership interest in Smartmatic. He's not on the Board, nor is he employed by Smartmatic. He never has been. That's been proven time and again.

- The founders of Smartmatic were born in Venezuela. The company, however, was founded in Boca Raton, Florida in 2000 and still maintains its US base there. Tesla, Procter & Gamble, Kohl's, TJ Maxx, Houzz.com, Google and many other American companies were founded by people born outside the US. A US company is still a US company, regardless of where its founders or shareholders happened to be born.

- There are no ties between Dominion Voting Systems and Smartmatic – plain and simple. No ownership ties, no software leasing, no business at all between them. In 2009, (that's more than a decade ago) Smartmatic licensed scanning machines from Dominion for use in The Philippines for a Smartmatic election project. Our one contract with Dominion was short-lived and ended in a lawsuit. That was the first and last time that Smartmatic and Dominion tried to do business together.

- Smartmatic has only owned one election company in the US, Sequoia Voting systems. Smartmatic sold the company in 2007 to Sequoia's management team. More than three years later Sequoia was bought by Dominion Voting Systems. Smartmatic had no part in Sequoia's acquisition by Dominion.

Document title: Smartmatic Fact-checked - Smartmatic
Capture URL: https://web.archive.org/web/20201201125549/https://www.smartmatic.com/us/smartmatic-fact-checked/
Capture timestamp (UTC): Tue, 28 Nov 2023 17:33:10 GMT
Estimated post date: 12/01/2020 12:55:49 PM

Page 1 of 3

**APP1738**

 SMARTMATIC    About ˅   Elections ˅   eGov ˅   Case studies   Media ˅   Blog       SUBSCRIBE TO OUR NEWSLETTER    EN˅ | 

in 2007 to Sequoia's management team. More than three years later Sequoia was bought by Dominion Voting Systems. Smartmatic had no part in Sequoia's acquisition by Dominion.

- Smartmatic technology was used only in Los Angeles County, California in the 2020 election. The system we provided to LA County does not count, tabulate or store votes.

- The company has not closed any offices since the 2020 US election and all our employees are safe and sound, and still hard at work. Many are working from home because there's a global pandemic and we care about them.

- Smartmatic does not have any operations in Venezuela. We did election projects in Venezuela from 2004 to 2017, and Smartmatic's equipment, software and people all performed successfully every time. In 2017, our technology helped prove that the government was reporting false turnout numbers – so we blew the whistle on them – and stopped doing business there.

## Statement from the Department of Homeland Security

This statement from the Department of Homeland Security's Cybersecurity & Infrastructure Security Agency (CISA), which oversees U.S. election security, provides expert assessment of the 2020 US election from a cybersecurity standpoint. "There is no evidence that any voting system deleted or lost votes, changed votes, or was in any way compromised."

## Fact Checks About Smartmatic by Third-Party Sources

Here are some credible sources that are doing their own, independent fact checking. Read what they have to say.

**Reuters News Services Nov. 20**

Smartmatic CEO is not on Biden's team, Smartmatic software is not on Dominion voting machines

**Associated Press Nov. 19**

Trump legal team's batch of false vote claims

**Associated Press Nov. 17**

Smartmatic does not own Dominion Voting Systems

**CATO Institute Nov. 20**

Voting Machine Conspiracy Theories Harm U.S. Cybersecurity

**PolitiFact Nov. 19**

Trump lawyer falsely claims voting technology companies were created for changing election results

## Resources for Fact Checking

Rumor vs. Reality Cybersecurity & Infrastructure Security Agency's Q&A document with links

www.factcheck.org/tag/2020-election  A nonpartisan, nonprofit consumer advocate for voters by the Annenberg Public Policy Center

www.politifact.com/2020  A nonpartisan fact-checking website owned by the Poynter Institute, a nonprofit school for journalists

 ...s://apnews.com/hub/election-2020  Associated Press' election fact check site

Document title: Smartmatic Fact-checked - Smartmatic
Capture URL: https://web.archive.org/web/20201201125549/https://www.smartmatic.com/us/smartmatic-fact-checked/
Capture timestamp (UTC): Tue, 28 Nov 2023 17:33:10 GMT
Estimated post date: 12/01/2020 12:55:49 PM

Page 2 of 3

**APP1739**

Here are some credible sources that are doing their own, independent fact checking. Read what they have to say.

**Reuters News Services Nov. 20**

Smartmatic CEO is not on Biden's team, Smartmatic software is not on Dominion voting machines

**Associated Press Nov. 19**

Trump legal team's batch of false vote claims

**Associated Press Nov. 17**

Smartmatic does not own Dominion Voting Systems

**CATO Institute Nov. 20**

Voting Machine Conspiracy Theories Harm U.S. Cybersecurity

**PolitiFact Nov. 19**

Trump lawyer falsely claims voting technology companies were created for changing election results

## Resources for Fact Checking

Rumor vs. Reality Cybersecurity & Infrastructure Security Agency's Q&A document with links

www.factcheck.org/tag/2020-election A nonpartisan, nonprofit consumer advocate for voters by the Annenberg Public Policy Center

www.politifact.com/2020 A nonpartisan fact-checking website owned by the Poynter Institute, a nonprofit school for journalists

https://apnews.com/hub/election-2020 Associated Press' election fact check site

www.reuters.com/fact-check Reuters News Service fact check site

© 2020 Smartmatic Sitemap Terms of use Cookie policy Privacy policy Modern Slavery Act Statement

Document title: Smartmatic Fact-checked - Smartmatic
Capture URL: https://web.archive.org/web/20201201125549/https://www.smartmatic.com/us/smartmatic-fact-checked/
Capture timestamp (UTC): Tue, 28 Nov 2023 17:33:10 GMT
Estimated post date: 12/01/2020 12:55:49 PM

# Exhibit K-49

MP4 File (Michigan Witness Says All Military Ballots Looked Like Xerox Copies - Had ZERO Trump Votes)

# Exhibit K-50

MP4 File (Dr  Shiva Ayyadurai, MIT PhD Testimony 113020)

# Exhibit K-51

MP4 File (woodtv.com_2023-11-28_12-54-54)

**APP1743**