# Exhibit L

**APP1744**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., ) <br> SMARTMATIC HOLDING B.V., AND ) <br> SGO CORPORATION LIMITED. ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> HERRING NETWORKS, INC., D/B/A ) <br> ONE AMERICA NEWS NETWORK, ) <br> ) <br> Defendant. ) | Civil Action No. 1:21-cv-02900-CJN |

**DECLARATION OF CHRISTINA BOBB IN SUPPORT OF
OAN'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON ACTUAL MALICE**

I, Christina Bobb, declare as follows:

1. My name is Christina Bobb. I am over the age of twenty-one years, am of sound mind and am otherwise fully competent to testify. All of the facts contained in this Declaration are based upon my personal knowledge, unless stated otherwise, and are true and correct to the best of my knowledge and belief; and if called as a witness, I could and would testify as follows.

2. I am making this Declaration in support of OAN's Motion for Partial Summary Judgment on Actual Malice ("Motion") in this lawsuit.

3. I was the host of *Weekly Briefing with Christina Bobb*, an opinion show that aired on Defendant Herring Networks, Inc. dba One America News Network ("OAN"), from approximately June 2020 to March 2022.

4. I am informed that Plaintiffs complain about the broadcast of *Weekly Briefing with Christina Bobb* that aired on December 26, 2020 ("Broadcast"). I have read Plaintiffs' transcript of a portion of the Broadcast, which I understand is attached to their Complaint as Exhibit 45 ("Transcript"). Specifically, I understand Plaintiffs complain about a portion of the Broadcast, from page 4, line 5 through page 6, line 11 of the Transcript ("Broadcast Segment"). I also have

1

reviewed the screenshots of the Broadcast Segment attached to Plaintiffs' Complaint as Exhibit 15A.

5. Guests Mr. Cory Mills and Mr. Chris Farrell both appeared as panelists on the Broadcast Segment. During the Broadcast Segment, Mr. Mills and Mr. Farrell discussed their opinions of Newsmax's retraction of certain statements concerning two voting systems companies.

6. At the time of the Broadcast, I understood Mr. Mills was a combat veteran, foreign policy expert, CEO of security firm PACEM Solutions International LLC, and appointee to the Department of Defense's Defense Business Board. Mr. Mills had been featured on Fox News, Newsmax, and other media outlets. Mr. Mills had also been a prior guest on *Weekly Briefing with Christina Bobb*. Based on his experience and credentials, at the time of the Broadcast, I viewed Mr. Mills as a credible source as to the matters he addressed in the Broadcast Segment.

7. At the time of the Broadcast, I understood Mr. Farrell was the Director of Investigations and Research at Judicial Watch and a former military intelligence officer. Mr. Farrell had appeared on numerous national TV and radio shows, including prior appearances on *Weekly Briefing with Christina Bobb*. Given Mr. Farrell's credentials and background, at the time of the Broadcast I believed Mr. Farrell to be credible as to the matters he addressed in the Broadcast Segment.

8. During the Broadcast, I commented that Smartmatic and Dominion shared the same address in the Bahamas, and I have since been told that they were both located at the same location, Pine Road, in Barbados not the Bahamas.

///

///

///

2

**APP1746**

9.    Based on the information I had at the time of the Broadcast, I did not know or believe that any statement of fact in the Broadcast Segment was false, nor did I entertain any serious doubts as to their truth.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on December 8, 2023.

*Christina Bobb*
Christina Bobb