# Exhibit M

DocuSign Envelope ID: FA6465D5-49D7-4F21-BAFD-CA748F6201D4

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP.,<br>SMARTMATIC HOLDING B.V., AND<br>SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br>v.<br><br>HERRING NETWORKS, INC., D/B/A<br>ONE AMERICA NEWS NETWORK,<br><br>Defendant. | Civil Action No. 1:21-cv-02900-CJN |

### DECLARATION OF CHRISTOPHER SCHICKEDANZ IN SUPPORT OF OAN'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON ACTUAL MALICE

I, Christopher Schickedanz, declare as follows:

1.     My name is Christopher ("Chris") Schickedanz. I am over the age of twenty-one years, am of sound mind and am otherwise fully competent to testify. All of the facts contained in this Declaration are based upon my personal knowledge, unless stated otherwise, and are true and correct; and if called as a witness, I could and would testify as follows.

2.     I am making this declaration in support of OAN's Motion for Partial Summary Judgment on Actual Malice ("Motion").

3.     I am the Production Manager for Defendant Herring Networks, Inc. dba One America News Network ("OAN"), a position I have held since August 2020. I am familiar with the manner in which its records are created and maintained by virtue of my duties and responsibilities as Production Manager of OAN.

4.     I also have read and am familiar with the Complaint dated November 3, 2021, filed by the Plaintiffs against OAN in this lawsuit.

5.     Exhibit 2 to the Smartmatic Complaint is a transcript that relates to a broadcast the Plaintiffs claim was broadcast by OAN at 5 am ET on November 16, 2020. Plaintiffs complain

1

DocuSign Envelope ID: FA6465D5-49D7-4F21-BAFD-CA748F6201D4

about this broadcast in their Complaint. This Broadcast referred to a video of Eric Bolling interviewing Sidney Powell, a true and correct copy of which is attached as Exhibit 1; a tweet posted by Rudy Giuliani on November 14, 2020, a true and correct copy of which is attached as Exhibit 2; and also relies on a video interview of Sidney Powell by Maria Bartiromo and a November 15, 2020 Washington Examiner article, true and correct copies of which are attached as Exhibits 3 and 4.

6.      Exhibit 9 to the Smartmatic Complaint is a transcript that relates to a broadcast the Plaintiffs claim was broadcast by OAN at 7 pm ET on November 19, 2020. Plaintiffs complain about the broadcast in their Complaint. This Broadcast referred to statements made by Rudy Giuliani and Sidney Powell at a November 19, 2020 press conference. A true and correct copy of that press conference is attached as Exhibit 5.

7.      Exhibit 14 to the Smartmatic Complaint is a transcript that relates to a broadcast the Plaintiffs claim was broadcast by OAN on November 20, 2020. Plaintiffs complain about the broadcast in their Complaint. This Broadcast referred to statements made by Rudy Giuliani and Sidney Powell at a November 19, 2020 press conference. A true and correct copy of that press conference is attached as Exhibit 5.

8.      Exhibit 19 to the Smartmatic Complaint is a transcript that relates to a broadcast the Plaintiffs claim was broadcast by OAN at 6 pm on November 22, 2020. Plaintiffs complain about the broadcast in their Complaint. This Broadcast referred to statements made by Rudy Giuliani during his podcast, Rudy Giuliani's Common Sense, a true and correct copy of which is attached as Exhibit 6.

9.      Exhibit 29 to the Smartmatic Complaint is a transcript that relates to a broadcast the Plaintiffs claim was broadcast by OAN at 9 am ET on December 5, 2020. Plaintiffs complain

DocuSign Envelope ID: FA6465D5-49D7-4F21-BAFD-CA748F6201D4

about the broadcast in their Complaint. This Broadcast referred to an interview with Mark Malloch-Brown on ABS-CBN, a true and correct copy of which is attached as Exhibit 7; a Tweet published by Smartmatic on November 14, 2020, a true and correct copy of which is attached as Exhibit 8; and also relies on a November 22, 2020 Gateway Pundit article titled *Smartmatic Lied: Lord Mark Malloch Brown Admitted to License Agreement Between Smartmatic and Dominion in 2015 Interview (VIDEO)*, a true and correct copy of which is attached as Exhibit 9.

10.    Exhibit 22 to the Smartmatic Complaint is a copy of a Website article that Plaintiffs allege appeared on November 27, 2020. Plaintiffs complain about the article in their Complaint. This article referred to a federal complaint filed in the Eastern District of Michigan on November 25, 2020 in *King et al., v. Whitmer, et al.*, Case 2:20-cv-13134-LVP- RSW, a true and correct copy of which is attached as Exhibit 10; a federal complaint filed in Northern District of Georgia on November 25, 2020 in *Pearson et al., v. Kemp, et al.*, Case No. 1:20-cv-04809-TCB, a true and correct copy of which is attached as Exhibit 11.

11.    Exhibit 30 to the Smartmatic Complaint is a copy of a Website article that Plaintiffs allege appeared on December 7, 2020. Plaintiffs complain about the article in their Complaint. This article referred to a Tweet published by George Soros on December 4, 2020, a true and correct copy of which is attached as Exhibit 12.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 8 , 2023.

DocuSigned by:

*Christopher Schickedanz*

Christopher Schickedanz

3

# Exhibit M-1

MP4 File (Bolling Interview referenced by Aksalic Sidney Powell with Eric Bolling on the accuracy of Dominion voting machines)

# Exhibit M-2

🔒 **Page Vault**

| | |
|---|---|
| Document title: | Rudy W. Giuliani on X: "Did you know a foreign company,DOMINION,was counting our vote in Michigan, Arizona and Georgia and other states. But it was a front for SMARTMATIC, who was really doing the computing. Look up SMARTMATIC and tweet me what you think? It will all come out." / X |
| Capture URL: | https://twitter.com/RudyGiuliani/status/1327616396939948032?lang=en |
| Page loaded at (UTC): | Thu, 07 Dec 2023 16:25:22 GMT |
| Capture timestamp (UTC): | Thu, 07 Dec 2023 16:29:42 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 18 |
| Capture ID: | h4fE9DK2S2tbZ7i6Y5rqLj |
| User: | jw-mvillalpando |

PDF REFERENCE #:      1kjzAuN64SP3ZFDfKYHNSN

**APP1754**







Document title: Rudy W. Giuliani on X: &quot;Did you know a foreign company,DOMINION,was counting our vote in Michigan, Arizona and Georgia and other states. Bu...
Capture URL: https://twitter.com/RudyGiuliani/status/1327616396939948032?lang=en
Capture timestamp (UTC): Thu, 07 Dec 2023 16:29:42 GMT

**APP1757**













Post
Revenue $250 million[2] (2014)
54 493 991
John H. Stahl @bizcoachny · Nov 14, 2020
Wait, weren't these machines used in States were Trump won? Didn't Republicans gain seats in the House? Didn't McConnell, Collins, and Graham get another term?
41 32
amandaAF @leftmyhartinsf · Nov 14, 2020
Wow so the same company that was in charge of the voting during the 2016 election??? The election Trump won by a thin margin? Or was this company only a cheating company starting this year? I can't keep up.
9 12
Lindsay's Ugly Cry @passive3some · Nov 14, 2020
If rudy had credible evidence he would present it in court, not twitter. Hes just setting up the nxt conspiracy theory "they arrested me bc i knew too much" setup. Remember this tweet
1 1
IamLegend @Gshu1tz · Nov 14, 2020
I think massive corruption took and us still taking place and it really pisses me off! Looking forward to the days and weeks to come.
2 1 10
Mindy Robinson @iheartmindy · Nov 14, 2020
Smartmatic is clearly being used to visibly rig elections in socialists countries and now here, which of course has direct ties to the Left etc.
What I'd like to know is *who* arranged it in our government here for our elections...because they need to be charged with treason.
83 437 1.7K
paul pisano @paul_pisano · Nov 14, 2020
i believe you are dealing with a systemic plot to ruin our country. somebody engineered it.
6 23 118
Leopoldo Cottin @leocottin · Nov 16, 2020
You're on the right track, Mr Giuliani. Smartmatic has been tampering with elections in Venezuela since 2004. It was a creation of Chavez and Jorge Rodriguez
1 2 1
PPV-TAHOE - News Journalist @ppv_tahoe · Nov 14, 2020
The election MUST BE REDONE!! We will NOT STAND FOR THIS CORRUPTION
3 16 71
Junson Chan Trading | Success | Politic @realjunsonct · Nov 14, 2020
Now that is actual foreign interference into our elections.
5 23
Sabrina De Sousa @Sadiso · Nov 14, 2020
When?
1 8
Search
Relevant people
Rudy W. Giuliani @RudyGiuliani Follow
Subscribe to the Common Sense podcast through the link below or on your audio podcast apps.
What's happening
NBA · Last night
Heat at Raptors
#SleeperPicks
$1M Giveaway on Sleeper
Promoted by Sleeper
Trending
Eric
106K posts
Only on X · Trending
USS Arizona
7,689 posts
Trending in United States
#TheGameAwards
Awards
The Game Awards 2023
29.6K posts
Show more
Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.



← Post

↩ 5    ♡ 23    ⊪

**Sabrina De Sousa** ✓ @Sadiso · Nov 14, 2020    ···
When?

↩ 1    ♡ 8    ⊪

**Susan A Sonley** ✓ @Susanson1 · Nov 15, 2020    ···
I hope it comes out sooner than later and in time!!!

↩    ♡    ⊪

**Ron wright** ✓ @ronsterd89 · Nov 16, 2020    ···
or was in any way compromised."  The government & private sector councils
that support this mission called the 2020 election "the most secure in
American history."

↩    ♡    ⊪

**Igor Schatz** @Copernicus2013 · Nov 14, 2020    ···
Umm.. surely, this information was available well before the elections.. not
sure why no one looked into it months ago if you thought this was
problematic

↩ 38    ♡ 33    ⊪

**J P** @carforsp · Nov 15, 2020    ···
Why didn't we know about this BEFORE the election

↩ 1    ♡    ⊪

**Laurie Yannon Wing** ✓ @lauriejwing · Nov 15, 2020    ···
Foreign interference in a U.S. election. So, we've got 45 days!
whitehouse.gov/presidential-a...

↩    ♡ 1    ⊪

**Ode to Coffee** @CoffeeForever5 · Nov 14, 2020    ···
Did you know that in his effort to dig up dirt on Joe Biden, Rudy Giuliani met
with a Russian agent who was actively trying to influence the 2020 election?

Weasel.

↩ 34    ↩ 2    ♡ 58    ⊪

**Paul Samuel** @PaulSteveSamuel · Nov 14, 2020    ···
I think you are compromised

↩    ♡ 3    ⊪

**Augies wife** @AugiesWife · Nov 14, 2020    ···
It's over Rudy!  What do I think?  Don is terrified to leave because his
businesses are failing, his debts are tremendous, he can't pardon himself of
state charges and SDNY will bury him in litigation.  Stop defending this vile
man

↩    ↩    ♡    ⊪

Q Search

**Relevant people**

**Rudy W. Giuliani** ✓    [Follow]
@RudyGiuliani
Subscribe to the Common Sense
podcast through the link below or on
your audio podcast apps. 🎧

**What's happening**

NBA · Last night
**Heat at Raptors**

**#SleeperPicks** 🎰
$1M Giveaway on Sleeper
▶ Promoted by Sleeper

Trending
**Eric**
106K posts

Only on X · Trending
**USS Arizona**
7,689 posts

Trending in United States
**#TheGameAwards** ✓

Awards
The Game Awards 2023
29.6K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2023 X Corp.

← **Post**

**Augies wife** @AugiesWife · Nov 14, 2020
It's over Rudy!  What do I think? Don is terrified to leave because his
businesses are failing, his debts are tremendous, he can't pardon himself of
state charges and SDNY will bury him in litigation.  Stop defending this vile
man

💬 16          🔁          ♡ 13

**Papa Bear** @Papabear_steve · Nov 14, 2020
If this is true, then it's a coup!
No need to fight in court, release the proof!
We the people will decide

If not, you're setting up a civil war!

Show your hand...

💬 4          🔁          ♡ 32

**More in common than u think** @kaydykayd · Nov 14, 2020
Rudy give it up with your conspiracy theories. They are always proven to be
BS.  We have human United States citizens counting the ballots by hand and
trump still lost. It's gone beyond a stunt now. Quit trying to start a civil war. Is
that what you want? This can't end well.

💬          🔁          ♡ 2

**Alexandre Rangel** ✅ @AlexandrRangel · Nov 14, 2020
Put him behind barrs!



💬          🔁          ♡ 2

**sunofcn** @sunofcn99 · Nov 14, 2020
Thoroughly investigate it & bring the criminal cabals to justice!

💬          🔁          ♡ 1

**KatySays** @kat96819281 · Nov 14, 2020
This isn't even claimed in court, because it's BS. If trumps lawyers believed in
this crap 💩 they'd have filed it. They didn't. You are just pushing conspiracy
to his gullible followers.

💬          🔁          ♡

**Jan Kenny** @decoratingJan · Nov 14, 2020
If you would have cleaned the swamp in Epsteins case with all high
government officials involved do you think our President would be in this
voter fraud fix, No the criminals most of government & most of dirty
Hollywood would be locked nice & tight in a jail cell,

💬          🔁          ♡

**LK** @Larcastleland · Nov 15, 2020
Smarmatic He was the one who made the election and the carter center

---

**Relevant people**

🔍 Search

Rudy W. Giuliani ✅
@RudyGiuliani                    **Follow**
Subscribe to the Common Sense
podcast through the link below or on
your audio podcast apps. 📖

**What's happening**

NBA · Last night
Heat at Raptors

#SleeperPicks 🎰
$1M Giveaway on Sleeper
⬛ Promoted by Sleeper

Trending
**Eric**
106K posts

Only on X · Trending
**USS Arizona**
7,689 posts

Trending in United States
**#TheGameAwards** 🏆

Awards
The Game Awards 2023
29.6K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2023 X Corp.



← Post

Search

**Schnauzergun** @Melissare2 · Nov 19, 2020
Do you have a brain injury we don't know about?

**The Masked Mom** @chef_sue · Dec 22, 2020
I think they should sue you for your lies.

**john wayne** @John10746717 · Nov 14, 2020
urgent...I have important information regarding fraud My wife was voted while she is pregnant Please send me the information to go and testify front of the judge my number is .1800 trump the losssserrr

♡ 70      ⟲ 2      ♡ 64

**Tellote** ✓ @Tellotecom                                    Ad ···
🎄Christmas is coming. Fun gifts for everybody!
Magic Flying Levitating Ball.
Get it here 👉 tellote.com/flying-ball



💬 46      ⟲ 102      ♡ 869      3.3M

**Biden IS your President** @Suck_It_Nazis · Nov 14, 2020
Rudy, you've been thrown out of every court you've been to. Give it up bud

💬 83      ⟲ 1      ♡ 76

**Susan Coward** @susieqewtie · Nov 14, 2020
Praying all corruption is exposed!! And for all of you helping our President!
🙏🙏🙏

💬 5      ⟲ 3      ♡ 75

**Mel Hindin** @mytheodoramora · Nov 14, 2020
306

💬 1      ⟲      ♡ 42

**Tellote** ✓ @Tellotecom                                    Ad ···
Explore the marvel of a flying ball! 🎈 Don't miss our special Christmas offer - available today only! 🎁✨
Check it out: tellote.com/flying-ball

## Relevant people

**Rudy W. Giuliani** ✓          Follow
@RudyGiuliani
Subscribe to the Common Sense podcast through the link below or on your audio podcast apps. 📖

## What's happening

NBA · Last night
**Heat at Raptors**

**#SleeperPicks** 🎯
$1M Giveaway on Sleeper
📱 Promoted by Sleeper

Trending
**Eric**
106K posts

Only on X · Trending
**USS Arizona**
7,689 posts

Trending in United States
**#TheGameAwards** ✨
The Game Awards 2023
29.6K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2023 X Corp.

Document title: Rudy W. Giuliani on X: &quot;Did you know a foreign company,DOMINION,was counting our vote in Michigan, Arizona and Georgia and other states. Bu…
Capture URL: https://twitter.com/RudyGiuliani/status/1327616396939948032?lang=en
Capture timestamp (UTC): Thu, 07 Dec 2023 16:29:42 GMT                                    Page 13 of 17

**APP1767**









Document title: Rudy W. Giuliani on X: &quot;Did you know a foreign company,DOMINION,was counting our vote in Michigan, Arizona and Georgia and other states. Bu…
Capture URL: https://twitter.com/RudyGiuliani/status/1327616396939948032?lang=en
Capture timestamp (UTC): Thu, 07 Dec 2023 16:29:42 GMT

# Exhibit M-3

MP4 File (sidney-powell-were-fixing-to-overturn-the-results-of-the-election-in-several-states)

# Exhibit M-4

Page Vault

| | |
|---|---|
| Document title: | Trump attorney Sidney Powell says they are 'fixing to overturn the results of the election in several states' \| Washington Examiner |
| Capture URL: | https://www.washingtonexaminer.com/news/trump-attorney-sidney-powell-says-they-are-fixing-to-overturn-the-results-of-the-election-in-several-states |
| Page loaded at (UTC): | Tue, 28 Nov 2023 15:33:49 GMT |
| Capture timestamp (UTC): | Tue, 28 Nov 2023 15:34:30 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 4 |
| Capture ID: | dTpsHCfxWz4SABZPgBRFSZ |
| User: | jw-mvillalpando |

PDF REFERENCE #:      wV6Q4ScoMvSxpfkuYMmK6A

**APP1774**



    

2023 HOLIDAY Sale
台塑生醫北美購物網
全站9折+特選商品優惠
消費滿$44.90 免運！

CAMPAIGN 2020

# Trump attorney Sidney Powell says they are 'fixing to overturn the results of the election in several states'

by Michael Lee, Social Media Writer | November 15, 2020 03:39 PM

Trump attorney Sidney Powell said a member of President-elect Joe Biden's transition team, Peter Neffenger, is also a member of the board of directors for a company that committed election fraud that could cause the results of the 2020 election to be overturned.

"He is president and on the board of directors of Smartmatic, and it just so happens he's on Mr. Biden's presidential transition team that's going to be nonexistent, because we're fixing to overturn the results of the election in multiple states," said Powell during an appearance on *Sunday Morning Futures* with Maria Bartiromo. "President Trump won by not just hundreds of thousands of votes but by millions of votes that were shifted by this software that was designed expressly for that purpose."



Ad ⓘ ✕

TEMU

Save up to 90% on Temu
Temu

Powell said Neffenger had knowledge that the software provided by Smartmatic was designed to rig elections.

"We have sworn witness testimony of why the software was designed, it was designed to rig elections," Powell said. "He was fully briefed on it, he saw it happen in other countries, it was exported internationally for profit by the people that are behind Smartmatic and Dominion."

"They did this on purpose, it was calculated, they've done it before," Powell continued. "We have evidence from 2016 in California. We have as much evidence I feel like it's coming in through a fire hose."

## Latest

**Pence considered skipping 2020 electoral certification at Trump's suggestion: Report**
By: Julia Johnson


**Christopher Hitchens and the collapse of journalism and critical thinking**
By: Mark Judge


**Jimmy Kimmel roasts Marjorie Taylor Greene for asking to discuss book on his show**
By: Asher Notheis


## Videos


Travel Tuesday 2023: Everything you need to know about the travel...


Car thefts have risen 93% in 2023 in DC as district struggles to beat...


'Twitter Files' authors to testify before House in first weaponizatio...


White House dances around Biden campaign shake-up as poll...

## Newsletters

☰  🔍

# Washington Examiner

Sign In   Subscribe

Tuesday, November 28, 2023

Powell said. "He was fully briefed on it, he saw it happen in other countries, it was exported internationally for profit by the people that are behind Smartmatic and Dominion."

"They did this on purpose, it was calculated, they've done it before," Powell continued. "We have evidence from 2016 in California. We have so much evidence I feel like it's coming in through a fire hose."

Ad ✕

Save up to 90% on Temu
Temu

Neffenger, a retired U.S. Coast Guard admiral, joined Biden's agency review team last week under the Department of Homeland Security team. Review teams help incoming presidents and vice presidents understand agency operations to ensure a smooth transition of power. He is listed on Smartmatic's website as the chairman of the board of directors.

The comments come a day after Trump attorney Rudy Giuliani mentioned the company's election involvement in a tweet.

"Did you know a foreign company, DOMINION, was counting our vote in Michigan, Arizona, and Georgia and other states," Giuliani said on Twitter. "But it was a front for SMARTMATIC, who was really doing the computing."

"Look up SMARTMATIC and tweet me what you think," Giuliani continued. "It will all come out."

The *New York Times* reported Saturday that Smartmatic's vote-counting software was "manipulated to report a skewed tally" in Venezuela's election, but the company said the result was an anomaly caused by a lack of election monitors.

Dominion has also denied claims its software was manipulated, citing a statement by the Department of Homeland Security that said there was "no evidence that any voting system deleted or lost votes, changed votes, or was in any way compromised." Instead, a group of officials working with the department said the election was "the most secure in American history."



Sidney Powell: We're Fixing to Overturn the Results of the Election in Several States

`Campaign 2020`   `Donald Trump`   `Joe Biden`   `Rudy Giuliani`   `Election Fraud`   `News`

---

Jimmy Kimmel roasts Marjorie Taylor Greene for asking to discuss book on his show
By: Asher Notheis

## Videos


Travel Tuesday 2023: Everything you need to know about the travel...


Car thefts have risen 93% in 2023 in DC as district struggles to beat...


'Twitter Files' authors to testify before House in first weaponizatio...


White House dances around Biden campaign shake-up as poll...

## Newsletters



Sign up now to get the Washington Examiner's breaking news and timely commentary delivered right to your inbox.



**Washington Examiner**

Sign In   Subscribe

Tuesday, November 28, 2023

and other states," Giuliani said on Twitter. "But it was a front for SMARTMATIC, who was really doing the computing."

"Look up SMARTMATIC and tweet me what you think," Giuliani continued. "It will all come out."

The *New York Times* reported Saturday that Smartmatic's vote-counting software was "manipulated to report a skewed tally" in Venezuela's election, but the company said the result was an anomaly caused by a lack of election monitors.

Dominion has also denied claims its software was manipulated, citing a statement by the Department of Homeland Security that said there was "no evidence that any voting system deleted or lost votes, changed votes, or was in any way compromised." Instead, a group of officials working with the department said the election was "the most secure in American history."

## Newsletters



Sign up now to get the Washington Examiner's breaking news and timely commentary delivered right to your inbox.

Sidney Powell: We're Fixing to Overturn the Results of the Election in Several States

Campaign 2020   Donald Trump   Joe Biden   Rudy Giuliani   Election Fraud   News

      Share your thoughts with friends.



Do Not Sell or Share My Personal Information

About Examiner   Magazine Archive   Staff   Policies and Standards   Sitemap   Terms Of Service

Subscription Terms of Use   Privacy Policy   Your Privacy Choices   Transparency In Coverage

Advertise   Contact   Subscribe   Newsletters   Careers   Facebook   Twitter

Copyright 2023. Washington Examiner. All Rights Reserved.

# Exhibit M-5

MP4 File (Nov. 19 press conference)

# Exhibit M-6

MP4 File (American-Votes-Tallied-In-Foreign-Countries-Rudy-Giulianis-Common-Sense-Ep-87)

# Exhibit M-7

MP4 File (ABS-CBN video)

# Exhibit M-8

🔒 Page Vault

| | |
|---|---|
| Document title: | Smartmatic on X: "Against false statements, the facts: Smartmatic does not own Dominion Voting Systems and has never provided Dominion with any technology. Smartmatic has never had ties with any government or political group anywhere in the world #elections2020 https://t.co/tpEMDgLu9V" / X |
| Capture URL: | https://twitter.com/smartmatic/status/1327676396928462857 |
| Page loaded at (UTC): | Thu, 07 Dec 2023 16:29:57 GMT |
| Capture timestamp (UTC): | Thu, 07 Dec 2023 16:35:17 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 35 |
| Capture ID: | 8A7H3PLR8wY7wJZSqvvz5n |
| User: | jw-mvillalpando |









← Post

🔍 Search

**Jamie** ✓ @Gribbs7 · Nov 15, 2020
Here for the ratio 🍿
#ReleaseTheKraken

**Joe Petitjean** @JoePetitjean · Nov 19, 2020
Lie and discredit

💬  🔁  ♡ 2

**boldenbear** ✓ @boldenbear · Nov 19, 2020
Who is this guy? Part of Biden "transition team"



HOME > ABOUT > OUR TEAM

# Peter Neffenger

Chairman
-

Smartmatic USA Board
Vice Admiral Peter Neffenger (USCG

💬  🔁 2  ♡ 22

**goort1409**〓〓🖐📦 @goort1409 · Nov 20, 2020
This claim from Smartmatic is disputed

💬  🔁  ♡ 2

**Miss_Deplorable** ✓ @Miss_Deplorable · Nov 20, 2020
Interesting that you and Dominikn both had everything connecting you
scrubbed from the internet 4 days ago.

Here's the thing... archives don't lie.

It's cool that Google has your back, but unfortunately, there are other
browsers that still mange to bring up some results

**Sharmila H. Viswasam** ⚡✓ @RealtorStarShar · Nov 28, 2020
Sounds like a straight up fraudulent statement

💬  🔁  ♡ 1

**politically unaffiliated** @Tige2340 · Nov 19, 2020
Sue Rudy and Trump's lawyers

💬 47  🔁 1  ♡ 8

**shinywooly** ✓ @Shiny_Wooly · Nov 15, 2020
Then why is he on the Biden transition team if you're not affiliated with any
party?

### Relevant people

**Smartmatic** ✓
@smartmatic                    **Follow**
We're the global leader in secure,
accessible, transparent election
technology & support services. We
believe in equality and justice for all.
#SafeElections

### What's happening

NBA · Yesterday
**76ers at Wizards**

**#SleeperPicks** 🛌
$1M Giveaway on Sleeper
▶ Promoted by Sleeper

Trending in United States
**Bob Eiger**
22.8K posts

Only on X · Trending
**#thursdaymorning**
9,887 posts

Politics · Trending
**Dictator**
140K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2023 X Corp.



← Post

💬 47     🔁 1     ♡ 8     📊

**shinywooly** ✓ @Shiny_Wooly · Nov 15, 2020     •••
Then why is he on the Biden transition team if you're not affiliated with any party?

SMARTMATIC     About ▾ Elections ▾ eBox ▾ Core studies   Media ▾ Blog   Contact

**Peter Neffenger**

Chairman · Smartmatic USA Board

Vice Admiral Peter Neffenger (USCG retired) enjoyed a distinguished career in the U.S. Coast Guard, where he served as the 29th Vice Commandant until June 2015 when he was confirmed by the U.S. Senate to head the Transportation Security Administration (TSA), a position he held until January 2017. He was named one of the 25 most influential business travel executives of 2016 by Business Travel News after he led a complete transformation of TSA.

💬     🔁 2     ♡ 3     📊

**Quantum Mechanic** ✓ 🌀 @MasonwabeWeber · Nov 16, 2020     •••
Within American law, if someone is spreading false information you can send them an order to desist, given that you can prove what they are saying is patently false.

Why not just sue those you claim are lying about you... let it go to court... you have nothing to lose... right?

💬     🔁     ♡     📊

**Tom Royce** ✓ @TomRoyce · Nov 19, 2020     •••
The PR team is not used to dealing with Lawyers.

You have to do better.

💬     🔁 6     ♡ 178     📊

**The Dispatch** ✓ @thedispatch     Ad   •••
Welcome to The Dispatch. Here's a little about what we're doing – and why.

> Long before Fox News hosts were exposed for saying one thing in private and another on air, two leading conservatives left the network to continue building a media company dedicated to the truth.
>
> Jonah Goldberg and Stephen Hayes launched **The Dispatch** in 2019 to build an enduring presence on the center-right for sane conservatism.
>
> Today, tens of thousands of members rely on us for the kind of fact-based news and analysis that helps make sense of a political world gone crazy.
>
> **Sign up today for free.**
>
> THE DISPATCH

thedispatch.com

💬 2K     🔁 1.8K     ♡ 9.5K     📊 15M

**Jason 杰森** ✓ @jasonboshi · Nov 19, 2020     •••
Fact check: Smartmatic owned Sequoia, and injected its technology into Sequoia. Later Sequoia was pinned out of Smartmatic, and was then bought

**Relevant people**

**Smartmatic** ✓     [Follow]
@smartmatic

We're the global leader in secure, accessible, transparent election technology & support services. We believe in equality and justice for all.
#SafeElections

**What's happening**

NBA · Yesterday
**76ers at Wizards**

#SleeperPicks 🎰
$1M Giveaway on Sleeper
📣 Promoted by Sleeper

Trending in United States
**Bob Eiger**
22.8K posts

Only on X · Trending
**#thursdaymorning**
9,887 posts

Politics · Trending
**Dictator**
140K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••   © 2023 X Corp.





← Post

**Jorge Andres** @cabuya1 · Nov 17, 2020
Smartma-shit

💬          🔁          ♡ 1          ⊪          🔖     ⬆

**Alfredo Sahagun** @alfredosahagun · Nov 17, 2020
can easily county up to 25 rigged elections for castro chavez from 2000 to
2019, in 2014 with Maduro Smartmatic started veiling their narc frontmen
frontmen from Venezuela to miami then UK servers in Germany.. all too well
known in the phillipinas rigging as well.. liars frauds

💬 3          🔁 8          ♡ 53          ⊪          🔖     ⬆

**Juan Chirinos** @JuanChirinos3 · Nov 19, 2020
@SmartmaticEsp You guys will go to jail!! I'm sure!!!!

💬 1          🔁 1          ♡ 12          ⊪          🔖     ⬆

**ToddAnderson** @Todd_E_Anderson · Nov 15, 2020
Thw truth is coming out .

💬          🔁          ♡ 38          ⊪          🔖     ⬆

**ToddAnderson** @Todd_E_Anderson · Nov 15, 2020
Tick tok.. tick tok .... and thats not the app...

💬 3          🔁 1          ♡ 77          ⊪          🔖     ⬆

**Lindsay** @ACIMDaily · Nov 15, 2020
PANIC

💬 1          🔁 1          ♡ 69          ⊪          🔖     ⬆

**Fudmonkey** @Fudmonkey1 · Nov 15, 2020
This says otherwise

> address 88 Baker Street, London, United
> Kingdom, W1U 6TQ . Company status
> Active Company type Private limited
> Company Incorporated on 27 April 2010.
> Accounts. Next accounts made up to 31 ...
>
> ---
>
> SMARTMATIC ELECTIONS UK
> LIMITED - Overview (free company ...
> 🅰 https://find-and-update.company-informatio...
> People for **SMARTMATIC** ELECTIONS UK
> LIMITED (08704199) More for
> **SMARTMATIC** ELECTIONS UK LIMITED
> (08704199) Registered office address 88
> Baker Street, London, United Kingdom,
> W1U 6TQ . Company status Active
> Company type Private limited Company
> Incorporated on 24 September 2013 .
> Accounts. Next ...
>
> Smartmatic - Wikipedia

💬 5          🔁 14          ♡ 73          ⊪          🔖     ⬆

**dreamy121** @dreamy121 · Nov 15, 2020
I believe there's evidence to the contrary!

💬 2          🔁 4          ♡ 77          ⊪          🔖     ⬆

**JAP** @webgirl1357 · Nov 15, 2020
Liar liar pants on fire

💬 1          🔁          ♡ 20          ⊪          🔖     ⬆

🔍 Search

### Relevant people

**Smartmatic** ✔
@smartmatic                                    **Follow**
We're the global leader in secure,
accessible, transparent election
technology & support services. We
believe in equality and justice for all.
#SafeElections

### What's happening

NBA · Yesterday
**76ers at Wizards**

#SleeperPicks 🛏
$1M Giveaway on Sleeper
📧 Promoted by Sleeper

Trending in United States
**Bob Eiger**
22.8K posts

Only on X · Trending
**#thursdaymorning**
9,887 posts

Politics · Trending
**Dictator**
140K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••   © 2023 X Corp.











Document title: Smartmatic on X: &quot;Against false statements, the facts: Smartmatic does not own Dominion Voting Systems and has never provided Dominion with…
Capture URL: https://twitter.com/smartmatic/status/1327676396928462857
Capture timestamp (UTC): Thu, 07 Dec 2023 16:35:17 GMT

**APP1795**

← Post

🔍 Search

**Jonathan Drake** @jadrake83 · Nov 19, 2020
Boy caught with hand in cookie jar denies that it is a cookie jar, that this is his hand, and that he is even there at all.

💬 4    🔁 9    ♡ 114    📊

**Pxl Pshr** @pxlpshr16 · Nov 19, 2020
Dominion also provides optical scanners to SmartMatics. "the chairman of SmartMatics and the SGO Group, Mark Malloch-Brown, serves on the Open Society Foundations Global Board — founded by George Soros."

💬 1    🔁 1    ♡    📊

**cookboy** @andrewsiff · Nov 19, 2020



💬    🔁 2    ♡ 3    📊

**jsm291135** @jsm291135 · Nov 19, 2020
Venezuelans would beg to differ. Lawyer up

💬 1    🔁 1    ♡ 22    📊

**booyah** @HurricaneMy · Nov 15, 2020
look how many likes this tweet has? nobody believes you!

💬    🔁    ♡    📊

**Kaleb Forrest.XRP** @Kaleb4rest · Nov 19, 2020
Y'all sound like Biden defending H Biden! 🤡

💬    🔁    ♡    📊

**Tattoo Billy** @tat2billyed · Nov 19, 2020
BS better start covering your tracks

💬    🔁    ♡    📊

**A m a n d a** ✅ @stinginbelle57 · Nov 28, 2020
Poor job at lying 👏

💬    🔁    ♡    📊

**Isabel Berry** @IsabelB1025 · Nov 28, 2020
LIES, LIES, AND MORE LIES!!!!!

💬    🔁    ♡    📊

**Relevant people**

**Smartmatic** ✓
@smartmatic
We're the global leader in secure, accessible, transparent election technology & support services. We believe in equality and justice for all.
#SafeElections

[Follow]

**What's happening**

NBA · Yesterday
**76ers at Wizards**

#SleeperPicks 🎲
$1M Giveaway on Sleeper
Promoted by Sleeper

Trending in United States
**Bob Eiger**
22.8K posts

Only on X · Trending
**#thursdaymorning**
9,887 posts

Politics · Trending
**Dictator**
140K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2023 X Corp.

Document title: Smartmatic on X: &quot;Against false statements, the facts: Smartmatic does not own Dominion Voting Systems and has never provided Dominion with…
Capture URL: https://twitter.com/smartmatic/status/1327676396928462857
Capture timestamp (UTC): Thu, 07 Dec 2023 16:35:17 GMT
Page 14 of 34







# Post

Dominion Voting Systems subsidiary, Smartmatic USA Board Chairman, is Vice Admiral Peter Neffenger (Ret).

Neffenger currently sits on Joe Biden's transition team.

💬   🔁 3   ❤ 4

**Soixtta** @soixtfta · Nov 15, 2020
I... don't... believe... you.

💬   🔁 2   ❤ 38

**Retweet Anon** @Rose26572157 · Nov 15, 2020
Prove it.

💬   🔁   ❤ 1

**T.V.** @MomOfMetal · Nov 15, 2020
Perp walks incoming, learn how to get through the humilation.

💬   🔁 2   ❤ 58

**Diana Floss** @DianaFloss1 · Nov 15, 2020
Semantic. It's a subsidiary of Dominion.

💬   🔁   ❤ 3

**Rebellion 1776** @Bootlegging101 · Nov 15, 2020
Meet "Q" followed by "Kraken" followed by the "US Marshalls", bam!!!

💬   🔁   ❤ 4

**janet hazen** @janethazen · Nov 15, 2020
You lie!

💬   🔁   ❤

**I'M BACK** 🔫 @Best_Handgun · Nov 14, 2020
You don't own Dominion, okay, but what ties/relationship (business and otherwise) do you have to them?

💬   🔁   ❤ 10

**Polarisstash** ✔ @Polarisstash        Ad ···
Effortless returns with our dedicated customer service team! 📦 ✨ Elevate your cooking experience and make life simpler with the must-have Extend Kitchen Sink Drain Basket for every household! 🧼 ⭐
🛒 Shop now>> polarisstash.com/products/sink-...

0:01 / 0:19

## Relevant people

**Smartmatic** ✔
@smartmatic       [Follow]

We're the global leader in secure, accessible, transparent election technology & support services. We believe in equality and justice for all. #SafeElections

## What's happening



NBA · Yesterday
**76ers at Wizards**

#SleeperPicks 🎰
$1M Giveaway on Sleeper
▶ Promoted by Sleeper

Trending in United States
**Bob Eiger**
22.8K posts

Only on X · Trending
**#thursdaymorning**
9,887 posts

Politics · Trending
**Dictator**
140K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2023 X Corp.



← Post

🔍 Search

**Relevant people**

Smartmatic ✓
@smartmatic    **Follow**

We're the global leader in secure, accessible, transparent election technology & support services. We believe in equality and justice for all. #SafeElections

**What's happening**

NBA · Yesterday
**76ers at Wizards**

#SleeperPicks 🎰
$1M Giveaway on Sleeper
📣 Promoted by Sleeper

Trending in United States
**Bob Eiger**
22.8K posts

Only on X · Trending
**#thursdaymorning**
9,887 posts

Politics · Trending
**Dictator**
140K posts

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···  © 2023 X Corp.

Uncle Cian, No Relation 🏴 FTM @Rhapsodypride · Nov 15, 2020
Lie all you want. It won't save you

Tick Tock, kid...

GIF  ALT

💬   🔁   ♡ 12   ◫

CJG @CWG1900 · Nov 15, 2020
PANIC more

💬   🔁   ♡ 4   ◫

#GodWinsALWAYS @ACommonSenseWay · Nov 15, 2020
Word footsie at its finest.....doesn't matter, #WeHaveItAll and @SidneyPowell1 is who you will reckon with!

💬   🔁 1   ♡ 12   ◫

Skinny Bastard the Dragoon. @BkMars3 · Nov 15, 2020
So what you are saying is that @smartmartic is owned by Dominion and has some of the same tech.

💬   🔁   ♡   ◫

Seano @contrasynergism · Nov 15, 2020

▶

Document title: Smartmatic on X: &quot;Against false statements, the facts: Smartmatic does not own Dominion Voting Systems and has never provided Dominion with…
Capture URL: https://twitter.com/smartmatic/status/1327676396928462857
Capture timestamp (UTC): Thu, 07 Dec 2023 16:35:17 GMT

**APP1800**

← **Post**



| | |
|---|---|
| **Relevant people** | |

**Smartmatic** ✓
@smartmatic                    **Follow**

We're the global leader in secure, accessible, transparent election technology & support services. We believe in equality and justice for all.
#SafeElections

**What's happening**

NBA · Yesterday
**76ers at Wizards**

#SleeperPicks 🛌
$1M Giveaway on Sleeper
Promoted by Sleeper

Trending in United States
**Bob Eiger**
22.8K posts

Only on X · Trending
**#thursdaymorning**
9,887 posts

Politics · Trending
**Dictator**
140K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2023 X Corp.

---



❤ 1     🔁 2

**DOL** @Jonatha21903706 · Nov 15, 2020
Love the CYA wording, but you'll have to CYA better than that. LOL

💬   🔁   ❤ 4   📊   🔖   ⬆

**~ 🐰 Raging Rabbit ~** @RabbitHolDown · Nov 15, 2020
Do you care to make a statement? Can we discuss the transfer claims?
casetext.com/brief/smartmat...

💬   🔁   ❤ 2   📊   🔖   ⬆

**Goaltender73** @goaltender73 · Nov 15, 2020
That is not what reputable sources have said.

💬   🔁   ❤ 3   📊   🔖   ⬆

**dreamy121** @dreamy121 · Nov 15, 2020
I think there's a lot of evidence to the contrary!
twitter.com/MajorPatriot/s...

💬   🔁   ❤ 2   📊   🔖   ⬆

**justmejill** @justmejill · Nov 15, 2020
Trying to scrabble back out of the picture now? Right?

💬   🔁   ❤ 1   📊   🔖   ⬆

**darrellford** @hanson361 · Nov 14, 2020
Stone cold lie!

💬   🔁 1   ❤ 83   📊   🔖   ⬆

**Florida Renegade** 🌴🗽⚓ @MsRobotoFL · Nov 15, 2020
Smartmatic (also referred as Smartmatic Corp. or Smartmatic International); is a Venezuelan-owned multinational company that specializes in technology solutions aimed at governments.

Explains why they are in panic mode.

💬   🔁   ❤ 2   📊   🔖   ⬆

**Xyvizo** @Xyvizocom    Ad ···
Experience a tape like never before—our Super Sticky Resilient Clear Tape will transform your daily tasks into a breeze! 🛠✨ Crafted with upgraded PE material and strong cloth mesh, it ensures heavy-duty sticking for any surface or item. 🚀🔗
🛒 Shop now >> xyvizo.com/products/super...

---

🔍 Search

### Relevant people

**Smartmatic** ✔ @smartmatic   [ Follow ]
We're the global leader in secure, accessible, transparent election technology & support services. We believe in equality and justice for all. #SafeElections

### What's happening



NBA · Yesterday
**76ers at Wizards**

#SleeperPicks 🏀
$1M Giveaway on Sleeper
▶ Promoted by Sleeper

Trending in United States
**Bob Eiger**
22.8K posts

Only on X · Trending
**#thursdaymorning**
9,887 posts

Politics · Trending
**Dictator**
140K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···   © 2023 X Corp.









Document title: Smartmatic on X: &quot;Against false statements, the facts: Smartmatic does not own Dominion Voting Systems and has never provided Dominion with…
Capture URL: https://twitter.com/smartmatic/status/1327676396928462857
Capture timestamp (UTC): Thu, 07 Dec 2023 16:35:17 GMT

**APP1806**



← Post

Search

**Readers added context to this video**

Please exercise caution if purchasing from this store as it is part of an AI generated network of stores selling drop shipped products. The products may be priced higher than normal, be unfit for purpose and may not be shipped at all.

More info: bbc.co.uk/news/technolog...

Do you find this helpful?                          Rate it

Context is written by people who use X, and appears when rated helpful by others. Find out more.

💬      ⟲ 576      ♡ 4.1K      ᴵᴵᴵ 7.5M

**Ligia Elena GV**▬🔵 @ligiaelenagv · Nov 16, 2020
You guys are so so involved and every time you deny it is even worst.
💬 1          ⟲          ♡ 6          ᴵᴵᴵ

**Stev3** @86_Stev3 · Nov 19, 2020
You're not in the place now to say "The facts"
💬          ⟲          ♡ 6          ᴵᴵᴵ

**Paul Gilliam** @txkingwoody · Nov 19, 2020
You should sue.
💬 1          ⟲          ♡ 1          ᴵᴵᴵ

**Rio de Janeiro Penny Stocks** @rjpennystocks · Nov 19, 2020
Because Vice Admiral Peter Neffenger served on Obama's Admin. as TSA chief and he's on Biden/Harris "transition team" and he happens to be @smartmatic USA Chairman.

I might add, there's lots of prints in case they change wiki.
en.m.wikipedia.org/wiki/Smartmatic
💬 2          ⟲ 5          ♡ 18          ᴵᴵᴵ

**Just Lisa** @ellkay_44 · Nov 19, 2020
Ya know. We are not ALL technical illiterates. So while you split hairs: Software IS technology. Dominion staff interview confirmed  the license agreement. THAT is fact.
💬 2          ⟲          ♡ 19          ᴵᴵᴵ

**steve shears** @steveshears · Nov 19, 2020
multitaskers, I see. Tweeting as you're cleaning out offices and scrubbing files.
💬 1          ⟲          ♡ 36          ᴵᴵᴵ

**Sweater Yams** @Sweater_Yams_ · Nov 19, 2020
Say that under oath
💬          ⟲          ♡ 5          ᴵᴵᴵ

**Bev A** 🖤♡🚶🔴🇹🔴🚶🔴🖤 @bevand09 · Nov 14, 2020
We will keep digging deeper!
💬 2          ⟲          ♡ 8          ᴵᴵᴵ

**Daniela RamirezMoret** @MDanielaRamirez · Nov 15, 2020
👏👏 nice try!
💬          ⟲          ♡ 1          ᴵᴵᴵ

**BlueSky Boutique** ✔ @ayca1941                              Ad ···
🎄 PERFECT CHRISTMAS GIFT 🎄 Immediately clean the screen of your mobile phones, tablets, laptops,monitors and TV. ✨

**Relevant people**

**Smartmatic** ✔
@smartmatic                                    Follow
We're the global leader in secure, accessible, transparent election technology & support services. We believe in equality and justice for all.
#SafeElections

**What's happening**

NBA · Yesterday
76ers at Wizards

#SleeperPicks 🎰
$1M Giveaway on Sleeper
Promoted by Sleeper

Trending in United States
Bob Eiger
22.8K posts

Only on X · Trending
#thursdaymorning
9,887 posts

Politics · Trending
Dictator
140K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2023 X Corp.









← Post

🔍 Search

**Relevant people**

⬭ Smartmatic ✓
@smartmatic                    **Follow**

We're the global leader in secure, accessible, transparent election technology & support services. We believe in equality and justice for all. #SafeElections

**What's happening**

NBA · Yesterday
**76ers at Wizards**

#SleeperPicks 🎰
$1M Giveaway on Sleeper
📢 Promoted by Sleeper

Trending in United States
**Bob Eiger**
22.8K posts

Only on X · Trending
**#thursdaymorning**
9,887 posts

Politics · Trending
**Dictator**
140K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2023 X Corp.

---

💬    ⟲ 9    ♡ 100    📊 277K    🔖 ⬆

L23 @cuordileone23 · Nov 15, 2020          ···
PETER NEFFENGER.

> 🎨 Art TakingBack 🏴 @ArtValley818_ · Nov 15, 2020
> This woman is a national treasure!
>
> @QuickWitNitWit
> TRUMP TEAM LEGAL CHALLENGES REMAIN
> ACTIVE IN SEVERAL BATTLEGROUND STATES
> SUNDAY MORNING FUTURES
> FOX NEWS  1:09 ... OF DOMINION VOTING, WHICH SUPPLIES VOTING MACHINES THROUGHOUT U.S., AND ACCUSED ...

💬    ⟲    ♡ 1    📊

Ohthat Ron @trothmetalcraft · Nov 15, 2020          ···
1) No - Dominion owns Smartmatic - likely same flow for tech.

2) Except your Chairman, who is a member of the House of Lords.

...care to try that again - maybe this time in a slightly les disengenuous manner?

💬    ⟲    ♡ 1    📊    🔖 ⬆

Trump Ribeirão 🏴 @DoriaCadela · Nov 15, 2020          ···
🇧🇷

💬    ⟲    ♡    📊    🔖 ⬆

BobbyKay77 @BobbyKay77 · Nov 15, 2020          ···
This account will be deleted in 3,2,1...

💬    ⟲    ♡ 1    📊    🔖 ⬆

Fed Up American @DeniseEmtin · Nov 15, 2020          ···
Like you're going to come right out and say, "Yes, we tamper with election results. Sorry. We'll do better."

💬    ⟲    ♡ 70    📊    🔖 ⬆

Document title: Smartmatic on X: &quot;Against false statements, the facts: Smartmatic does not own Dominion Voting Systems and has never provided Dominion with…
Capture URL: https://twitter.com/smartmatic/status/1327676396928462857
Capture timestamp (UTC): Thu, 07 Dec 2023 16:35:17 GMT

**APP1811**

← Post

**Fed Up American** @DeniseEmtin · Nov 15, 2020
Like you're gone to come right out and say, "Yes, we tamper with election results. Sorry. We'll do better."
♡ 70

**Dr. Dingus Maximus D.D.S. Supreme** @Real_Brian_M_2 · Nov 16, 2020
Lol you guys are sooo fooked, it ain't even funny (I'm laughing though.)
♡ 2

**Luis Francisco Cáceres** @caceresymartin1 · Nov 16, 2020
JAJAAAJAAAJAA
♡ 1

**AndreaValentiSalazar** @andreavalenti77 · Nov 16, 2020
😂😂😂😂😂😂😂



♡ 2

**Paul Pickett** @Paul_Pickett · Nov 15, 2020
This won't age well
♡ 2

**.:Jhonathan :.** 🏴 @abreujaimes · Nov 16, 2020
Wow jajaja
♡ 1

**richard** @richardv2809 · Nov 17, 2020
AJAJAJAJAJAJAJAJAAJA!!!!

Search

### Relevant people

**Smartmatic** ✓
@smartmatic

**Follow**

We're the global leader in secure, accessible, transparent election technology & support services. We believe in equality and justice for all. #SafeElections

### What's happening

NBA · Yesterday
**76ers at Wizards**

#SleeperPicks 🎰
$1M Giveaway on Sleeper
Promoted by Sleeper

Trending in United States
**Bob Eiger**
22.8K posts

Only on X · Trending
**#thursdaymorning**
9,887 posts

Politics · Trending
**Dictator**
140K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···   © 2023 X Corp.

← Post

Search

**Relevant people**

Smartmatic ✓
@smartmatic

We're the global leader in secure, accessible, transparent election technology & support services. We believe in equality and justice for all. #SafeElections

Follow

**What's happening**

NBA · Yesterday
76ers at Wizards

#SleeperPicks 🎯
$1M Giveaway on Sleeper
Promoted by Sleeper

Trending in United States
Bob Eiger
22.8K posts

Only on X · Trending
#thursdaymorning
9,887 posts

Politics · Trending
Dictator
140K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2023 X Corp.

Recruit them all @Babyyoda4850 · Nov 17, 2020
Don't believe anything about this statement. Seeking truth

♡ 2

Omaira Chirinos @OmairaChirinos6 · Nov 17, 2020
Acaso no es la misma Smartmatic de las máquinas de votación en Venezuela?

♡ 1

raquel silveira 🇧🇷🇪🇺 @raquelsilvei · Nov 19, 2020
Kkkkkkkkk

♡ 1

Velurias @velurias · Nov 19, 2020
🤡



♡ 1

Daniela @Daniela96829934 · Nov 19, 2020
Wikileaks says otherwise..
youtu.be/buQCdCSDWQQ

♡ 2

Ann Boger @ann_boger · Nov 20, 2020
I'm sorry, sir. This is Wendy's.

♡ 1

Joel @PerpetualFinn · Nov 20, 2020
this is the equivalent of McDonald's saying they use "100% Real Beef"

annpalmer TRUMP WON 🇺🇸 @noleyez · Nov 15, 2020
Deny and Lie may be the Democrat way, but it's NOT the American way.

♡ 1





← Post

**guguich** @guguich · Nov 21, 2020
Just the facts, this company counted the votes in Venezuela since 2004-2015 all during communist rule. Do you think they were friends with the dictator? And now they are counting our votes and they are doing it in Germany. You could not make this up.

> Antonio Mugica is the founder and CEO of Smartmatic, a multinational electronic voting company. He also previously served as the Director of Anoto Group AB and Director of Panagroup Corporation. Wikipedia
>
> **Born:** May 1974 (age 46 years), Caracas, Venezuela
>
> **Education:** Simón Bolívar University
>
> **Books:** Hookitty-Tookitty-Tah
>
> **Organization founded:** Smartmatic

💬        🔁 1        ♡        ⬛        🔖 ⬆

**Rajiv Prasad** @spotrajiv · Nov 23, 2020
@smartmatic What about this? Providing election services to Venezuela from 2004.

youtube.com/watch?v=5RQDxf...

💬 1        🔁 1        ♡        ⬛        🔖 ⬆

**Silvia** 🌸🖤 @silviastar2016 · Nov 19, 2020
Bye bye liars

💬        🔁 1        ♡ 9        ⬛        🔖 ⬆

### Discover more
Sourced from across X

**Smartmatic** ✔ @smartmatic · Dec 5
Overall, 66% of the citizens from 16 countries surveyed by @UNESCO and @IPSOS
have trust in the news broadcast on television, 63% in radio news, and 61% in print media news, compared to only 50% for news published on social media.

ipsos.com

💬 1        🔁 2        ♡ 2        ⬛ 88        🔖 ⬆

---

Search

### Relevant people

**Smartmatic** ✔
@smartmatic                    **Follow**

We're the global leader in secure, accessible, transparent election technology & support services. We believe in equality and justice for all.
#SafeElections

### What's happening

NBA · Yesterday
**76ers at Wizards**

#SleeperPicks 🎰
$1M Giveaway on Sleeper
◻ Promoted by Sleeper

Trending in United States
**Bob Eiger**                    ···
22.8K posts

Only on X · Trending
**#thursdaymorning**            ···
9,887 posts

Politics · Trending
**Dictator**                    ···
140K posts

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···    © 2023 X Corp.



← Post

Search

**Smartmatic** ✓ @smartmatic · Dec 5
Overall, 66% of the citizens from 16 countries surveyed by
@UNESCO
and
@IPSOS
have trust in the news broadcast on television, 63% in radio news, and 61% in print media news, compared to only 50% for news published on social media.

ipsos.com

💬 1        ♻ 2        ♡ 2        📊 88

### Relevant people

**Smartmatic** ✓
@smartmatic

Follow

We're the global leader in secure, accessible, transparent election technology & support services. We believe in equality and justice for all.
#SafeElections

### What's happening

NBA · Last night
**Heat at Raptors**

#SleeperPicks 🎰
$1M Giveaway on Sleeper
Promoted by Sleeper

Trending in United States
**Bob Eiger**
23.5K posts

Gaming · Trending
**Sony**
36.2K posts

Trending in United States
**#ThirstyThursday**
1,551 posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2023 X Corp.

# Exhibit M-9

🔒 **Page Vault**

| | |
|---|---|
| Document title: | Smartmatic Lied: Lord Mark Malloch Brown Admitted to License Agreement Between Smartmatic and Dominion in 2015 Interview (VIDEO) | The Gateway Pundit | by Jim Hoft |
| Capture URL: | https://www.thegatewaypundit.com/2020/11/smartmatic-lied-lord-mark-malloch-brown-admitted-license-agreement-smartmatic-dominion-2015-interview-video/ |
| Page loaded at (UTC): | Tue, 28 Nov 2023 19:59:24 GMT |
| Capture timestamp (UTC): | Tue, 28 Nov 2023 20:18:39 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 34.227.126.78 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 13 |
| Capture ID: | 4bYcXdAtvpBNTDhMhUEPfj |
| User: | jw-therndon |

PDF REFERENCE #:        q2Ccf2qhKSqAXgjdwCmiwv



American Gulag    TGP Truth    TGP Videos    TGP FactCheck    How To Help    Donate    Get Ad Free    Log In / Register ⌄

Home    About Us ⌄    Join Us ⌄    Contact Us ⌄    How To Help ⌄



**Laura Ingraham is Happily Married to This Beauty**
Ad by The Finance Chatter



**Have an Enlarged Prostate? Urologist Reveals: Do This Immediately (Watch)**
Ad by Healthy Nation



**Experience Firewood Collection Made Easy with This Incredible Drill Bit**
Ad by Sherem



**2023 Silver American Eagle Soliver Coin, Silver Spot Price**
Ad by Sursell

# Smartmatic Lied: Lord Mark Malloch Brown Admitted to License Agreement Between Smartmatic and Dominion in 2015 Interview (VIDEO)

✎ By Jim Hoft   📅 Nov. 22, 2020 7:59 pm   💬 418 Comments





**Smartmatic**, a UK based company, is a George Soros linked company that **has provided voting technology** in 16 states including battleground zones like Arizona, Colorado, Florida, Michigan, Nevada, Pennsylvania and Virginia.

The company was formed in 2000 and a Chavez campaign adviser was placed on the board as well.

The **chairman of Smartmatic** is Lord Mark Malloch-Brown, who sits in the British House of Lords and on the board of George Soros's Open Society Foundations. He was formerly the vice-chairman of Soros's Investment Funds and even the deputy secretary-general of the United Nations when he worked as chief of staff to Kofi Annan.



**Take a Look Inside Sarah Palin's Mansion Where She Lives with Her New Partner**
Cars&Yachts;

**Have an Enlarged Prostate? Urologist Reveals: Do This Immediately (Watch)**
Healthy Nation

The company was formed in 2000 and a Chavez campaign adviser was placed on the board as well.

The c**hairman of Smartmatic** is Lord Mark Malloch-Brown, who sits in the British House of Lords and on the board of George Soros's Open Society Foundations. He was formerly the vice-chairman of Soros's Investment Funds and even the deputy secretary-general of the United Nations when he worked as chief of staff to Kofi Annan.

Smartmatic **posted a tweet** last week outright denying their transfer of technology to Dominion voting systems.

**Christian Precious Metals Company Embraces Integrity to Protect Americans' Retirement**

Advertisement


**Elon: Cut Your Electric Bill By 90%**


**Forget The Blue Pill, Use This Household Food...Wives Are Speechless**


**Podiatrist: Don't Delay, Do This Immediately if You Have Neuropathy**


**2023 New Remote Control Stunt Gesture Induction Car Toys**
Theorbi

## Video of the Week

EXCLUSIVE: Rep. Andy Biggs Discusses Mayorkas Impeachment, Reveals News From "Classified Briefing" That 2 MILLION+ Illegals Have Crossed Border and "We Don't Know Who They Are/We Can't Vet Them" (VIDEO)



### Trending on TGP


**Victor Davis Hanson Warns America: 'Brace Yourself for What's Coming in 2024' (VIDEO)**


**Former WWE Wrestling Hall of Famer Sentenced to 17 Years in Prison**


**Jill Biden Unveils This Year's TACKY White House Christmas Decorations with Flying Reindeer, Floating Ice Cream Cones and Cupcakes**


**'Deadspin' Writer Smears Innocent Child, Accuses Him of Wearing 'Blackface' with Deceptive Picture Emerges – Then a Different**


**Revealed: Thompson's Newly Uncovered Letter May Be Behind TSA Wrongfully Adding Americans to Terror Watchlist**

---

Smartmatic
@smartmatic

Against false statements, the facts: Smartmatic does not own Dominion Voting Systems and has never provided Dominion with any technology. Smartmatic has never had ties with any government or political group anywhere in the world #elections2020 bit.ly/2lEc1eo

12:14 PM · 11/14/20 · TweetDeck

But this is completely false.

## In December 2007 Smartmatic announced the sale of their Sequoia Voting Systems to Dominion Voting Systems.

Smartmatic **published a press release** announcing their sale Sequoia voting systems as shown in screenshot below.

U.S. VOTING TECHNOLOGY LEADER SEQUOIA VOTING SYSTEMS ANNOUNCES NEW
CORPORATE OWNERSHIP

*Sale Creates 100% American-Owned and Independent Company*

DENVER, COLO. (November 8, 2007) - Leading voting technology provider Sequoia Voting Systems is pleased to announce the sale of the company to a group of private U.S. investors led by Sequoia's current executive management team.

### Become A TGP Insider

Sign up for our free email newsletter, and we'll make sure to keep you in the loop.

Watchlist

**U.S. VOTING TECHNOLOGY LEADER SEQUOIA VOTING SYSTEMS ANNOUNCES NEW CORPORATE OWNERSHIP**

*Sale Creates 100% American-Owned and Independent Company*

**DENVER, COLO. (November 8, 2007)** - Leading voting technology provider Sequoia Voting Systems is pleased to announce the sale of the company to a group of private U.S. investors led by Sequoia's current executive management team.

"Sequoia is an innovative company with a century-long history; hard-working and talented employees; proven products; a solid balance sheet; essentially no debt, a corporate structure that provides flexibility, an experienced customer base and a very bright future," said Jack Blaine, Sequoia President & CEO. "I am very excited and hopeful about the tremendous possibilities and numerous opportunities that lay ahead for Sequoia given the company's new structure and the completion of this sale process."

The investment group, led by Sequoia President & CEO Jack Blaine and company Chief Financial Officer Peter McManemy, purchased Sequoia from former parent company Smartmatic Corporation for an undisclosed sum. As with most transactions involving two private entities, the specific terms of the sale are not being disclosed. However, this transaction does include investment by the management team, a small loan and an earn-out. This scenario provides an excellent financial structure for Sequoia to leverage and completely eliminates Smartmatic's ownership, control and operational rights of any kind in Sequoia.

On December 22, 2006, Smartmatic Corporation announced the company's intention to sell Sequoia Voting Systems. At that time, Smartmatic CEO Antonio Mugica stated, "Sequoia's customer base has grown substantially and its revenues have increased four-fold. However, given the current climate of the United States marketplace with so much public debate over foreign ownership of firms in an area that is viewed as critical U.S. infrastructure - election technology - we feel it is in both companies' best interests to move forward as separate entities with separate ownership. As part of this process, we plan to sell our Sequoia Voting Systems ownership."

Sequoia Voting Systems worked for many months with Smartmatic to find an appropriate situation that would be a win-win for both companies.

Given Sequoia's strong position in the US electoral market and significant opportunities therein, many buyers expressed interest in Sequoia. Smartmatic selected this team to purchase Sequoia as they believe in the ability of Sequoia's current management team to perform as successfully as they have in the past, which will allow Smartmatic to capitalize on the earn-out purchase plan.

Led by Jack Blaine and Peter McManemy, the Sequoia management team has both the deep experience in the highly complex, ever-changing and regulated voting industry and the expertise in mission critical software and change management necessary to ensure future success.

"This is a great opportunity for Sequoia's customers, suppliers and employees," said Blaine. "This management team knows the elections industry inside and out and is not deterred by the challenges and changes inherent to this dynamic industry. In fact, we are motivated and excited by these challenges and changes."

Sequoia currently supplies voting technology and services to jurisdictions throughout 17 states and the District of Columbia.

Sequoia's ownership changes will have no material impact on Sequoia's current customers, employees, suppliers or the company's business operations.

And in 2015 Smartmatic Chairman Lord Mark Malloch Brown told a Filipino news station that Smartmatic uses Dominion owned software!
This was back in 2015!

> **Reporter:** The question on people's minds, why is Smartmatic even still here in the Philippines after reports it had violated provisions of the election automated law. Number one for example that it was never allowed to bid in the 2010 elections because it did not actually own the software. Dominion owned the software. Dominion Voting owned the software. Plus the difficulty that they had to put the COMELEC (Commission on Elections) in order to access the source code. Issues like that. Your thoughts? People say we should not be subjected to Smartmatic again this time around.
>
> **Mark Malloch Brown:** Yes, well I think that's competitors who say that. The fact is, yes a part of our technology IS licensed from Dominion. But you tell me since a large technology company which isn't using in part licenses from other companies. And we have a license for the international use of that particular piece of the technology.
>
> Reporter: So Mark let me just cut in there and ask you, the license issued by Dominion for you to use for proprietary software, that is a live license for you to use?
>
> **Mark Malloch Brown:** Yes.

## Become A TGP Insider

Sign up for our free email newsletter, and we'll make sure to keep you in the loop.

Email Address

Subscribe



Visit **AmericanGulag.org** to learn how to help the prisoners of the protest on January 6th.



As the mainstream media repeatedly fails and loses public trust, TGP has continued to offer accurate and timely reporting for almost two decades. Visit **TGP FactCheck** to see how we get it right.



Check out **TGP FactCheck** to see how terribly wrong the legacy media can get it.

## Please Help The Gateway Pundit

Please Donate Here

AROUND THE WEB



**Doctor: Simple Joint Jelly Trick Ends Joint Pain & Arthritis (Watch)**

healthylifegazette

**Mark Malloch Brown:** Yes.



This video is private

 Dear Reader – The enemies of freedom are choking off the Gateway Pundit from the resources we need to bring you the truth. **Since many asked for it, we now have a way for you to support The Gateway Pundit directly – and get ad-reduced access.** Plus, there are goodies like a special Gateway Pundit coffee mug for supporters at a higher level. **You can see all the options by clicking here – thank you for your support!**

Submit additional information.

| Truth | Tweet | Share | Gettr | Gab | Telegram | | | | |



## Jim Hoft

Jim Hoft is the founder and editor of The Gateway Pundit, one of the top conservative news outlets in America. Jim was awarded the Reed Irvine Accuracy in Media Award in 2013 and is the proud recipient of the Breitbart Award for Excellence in Online Journalism from the Americans for Prosperity Foundation in May 2016. In 2023, The Gateway Pundit received the Most Trusted Print Media Award at the American Liberty Awards.

You can **email Jim Hoft here**, and **read more of Jim Hoft's articles here.**

ALSO ON **THE GATEWAY PUNDIT**



18 minutes ago · 50 comments
U.S. Navy Medical Officer Exposes ...



13 hours ago · 566 comments
Elon Musk Gets Brutally Honest on ...



5 hours ago · 118 comments
UK and Greece Quarrel Over ...



2 hours ago · 64 comments
Ukrainian Spy Chief Budanov's Wife, ...

**The Gateway Pundit Comment Policy**

We welcome comments from our readers while reserving the right to edit or remove

**Doctor: Simple Joint Jelly Trick Ends Joint Pain & Arthritis (Watch)**
healthylifegazette



**The Coolest Gift for kids' in 2024**
Theorbi

**29+ Coolest Gifts Nobody Would Think of**
Consumerbags



Elon: Cut Your Electric Bill By 90%



Forget The Blue Pill, Use This Household Food...Wives Are Speechless



Podiatrist: Don't Delay, Do This Immediately If You Have...

Document title: Smartmatic Lied: Lord Mark Malloch Brown Admitted to License Agreement Between Smartmatic and Dominion in 2015 Interview (VIDEO) | The Gatewa…
Capture URL: https://www.thegatewaypundit.com/2020/11/smartmatic-lied-lord-mark-malloch-brown-admitted-license-agreement-smartmatic-dominion-2015-interview-…
Capture timestamp (UTC): Tue, 28 Nov 2023 20:18:39 GMT
Page 4 of 12

**APP1822**



Document title: Smartmatic Lied: Lord Mark Malloch Brown Admitted to License Agreement Between Smartmatic and Dominion in 2015 Interview (VIDEO) | The Gatewa…
Capture URL: https://www.thegatewaypundit.com/2020/11/smartmatic-lied-lord-mark-malloch-brown-admitted-license-agreement-smartmatic-dominion-2015-interview-…
Capture timestamp (UTC): Tue, 28 Nov 2023 20:18:39 GMT
Page 5 of 12

The Philadelphia News paper backed TRUMP! The first time backing a Republican it's history! So did the Union police and fire departments. Pierre Delectico or whatever the hell they call that idiot Romney or any other Republican could not have pulled that off! Now the Vipers are telling him to concede! Sidney is going to take down R's and D's. Corrupt. Lining their pockets from other countries at the expense of the American people. Vipers, Jackals....

👍 13   👎 0   Reply · Share ›

**See Janus** ✚ → Valerie Bird
3 years ago

Exactly. The Dominion software automatically gave Biden 1.25 votes for every Trump vote, and large shifts of votes were made after Election voting night as was seen from the vote counting, eg. 300,000 deducted from Trump and immediately added to Biden. This is all set forth in the Dominion MANUAL as well. This is CIA created technology used to ensure the election results in foreign counties. The inventor is one of the whistleblowers.

👍 1   👎 0   Reply · Share ›

**allegre.raul** ✚ → See Janus
3 years ago

I think it's an obvious sign of something fishy that this vote counting software has decimals. Someone explain to me how a vote for Biden or Trump can be counted as 0.5 votes or 2.4 votes?

👍 1   👎 0   Reply · Share ›

**jobul** ✚ → See Janus
3 years ago

small error in your comment, they gave Biden 1.25, by taking away .25 from Trump.

**We The People RJJinGadsden** ✚ → CassandraSmoke
3 years ago

Agreed!

👍 8   👎 0   Reply · Share ›

**John (ULTRA-MAGAnum)** ✚ → We The People RJJinGadsden
3 years ago

The only way the Dim party can win is to cheat or total fraud !!

STOP the steal !

👍 30   👎 0   Reply · Share ›

**We The People RJJinGadsden** ✚ → John (ULTRA-MAGAnum)
3 years ago

Have known that for decades, But now to understand that they have been doing the cheating also in their thought to be strongholds is really telling. Full blown Stalin communist!

👍 14   👎 0   Reply · Share ›

**YeahYouRight** ✚ → John (ULTRA-MAGAnum)
3 years ago

The "Democratic" Party doesn't believe in elections, their name is just another leftist perversion of language. We don't want what they're selling, so they're forcing it on us. In their minds, they're smarter and more sophisticated, and can make better choices for us. This is 0bama's rolling coup and subversion of our democracy by any means necessary

👍 3   👎 0   Reply · Share ›

**Mrs. Crashsmith** ✚ → YeahYouRight
3 years ago

This started way back in the 1920's and has continued on.

👍 2   👎 0   Reply · Share ›

**Derek** ✚ → JesusIsLord77
3 years ago · edited

Yep, that is the face of a creature in the inner circle of globalist NWO cabal, and he's captured on video like Biden talking about his election fraud organization. Excellent catch by Jim and company.

These demonic entities allow evidence like this to get out there, because they believe it



**Take a Look Inside Sarah Palin's Mansion Where She Lives with Her New Partner**
Cars&Yachts;

**Jorge Garcia's Photos After His Weight Loss Are A Bit Too Much**
The Finance Chatter

**29+ Coolest Gifts Nobody Would Think of**
Consumerbags

**20+ Unbelievable Teachers: the Ones You Wish You Had**
Spicy Trends

Home    About Us ⌄    Join Us ⌄    Contact Us ⌄    How To Help ⌄    🔍

**We The People RJJinGadsden** 🧑⁺  ↱ CassandraSmoke
3 years ago

Agreed!

👍 8    👎 0    Reply • Share ›

**John (ULTRA-MAGAnum)** 🧑⁺  ↱ We The People RJJinGadsden
3 years ago

The only way the Dim party can win is to cheat or total fraud !!

**STOP the steal !**

👍 30    👎 0    Reply • Share ›

**We The People RJJinGadsden** 🧑⁺  ↱ John (ULTRA-MAGAnum)
3 years ago

Have known that for decades, But now to understand that they have been doing the cheating also in their thought to be strongholds is really telling. Full blown Stalin communist!

👍 14    👎 0    Reply • Share ›

**YeahYouRight** 🧑⁺  ↱ John (ULTRA-MAGAnum)
3 years ago

The "Democratic" Party doesn't believe in elections, their name is just another leftist perversion of language. We don't want what they're selling, so they're forcing it on us. In their minds, they're smarter and more sophisticated, and can make better choices for us. This is 0bama's rolling coup and subversion of our democracy by any means necessary

👍 3    👎 0    Reply • Share ›

**Mrs. Crashsmith** 🧑⁺  ↱ YeahYouRight
3 years ago

This started way back in the 1920's and has continued on.

👍 2    👎 0    Reply • Share ›

**Derek**  ↱ JesusIsLord77
3 years ago • edited

Yep, that is the face of a creature in the inner circle of globalist NWO cabal, and he's captured on video like Biden talking about his election fraud organization. Excellent catch by Jim and company.

These demonic entities allow evidence like this to get out there, because they believe it absolves them of the karmic debt they would take on as a result of their evil acts. Then it's our own fault if we let them get away with it.

👍 35    👎 0    Reply • Share ›

**richardofkent** 🧑⁺  ↱ Derek
3 years ago

Ironically Malloch Brown whilst at the UN was put in charge of the Chavez recall vote in Venezuela where the Dominion voting system originated. Whist fraud was suspected, once again the deep staters like Jimmy Carter and Malloch Brown (as the article states he has been a close associate of Soros for 40 years) said the vote which Chavez won was above board and fair.

👍 23    👎 0    Reply • Share ›

**We The People RJJinGadsden** 🧑⁺  ↱ richardofkent
3 years ago

Having voted in all presidential elections since I voted for the reelection of Nixon. Carter was the first of the biggest lying sacks of dung that I had personally witnessed as a president. When Reagan first beat him in the 1980 race there was a huge noticeable change in morale at Ft Bragg and I later learned all over the nation. When Carter finally goes to meet his maker I for one will not have any reason to mourn. I saw what he did to the military to break everybody morale wise, cut funding deeply to the point and this may sound silly to some. But, we had to turn in an empty toilet paper roll to get another full roll for our latrines. Apparently unit supply had to turn those in for some bean counters to keep up with. We also either took all of the paper napkins in their table top dispensers from the mess hall, along with buying our own. Light bulbs became a horror to replace so we bought those ourselves too. Mr Peanut juggled our paydays around so much that one would have to call the back to make sure our pay had been deposited before writing a check on or shortly after payday.



Take a Look Inside Sarah Palin's Mansion Where She Lives with Her New Partner
Cars&Yachts;

Jorge Garcia's Photos After His Weight Loss Are A Bit Too Much
The Finance Chatter

29+ Coolest Gifts Nobody Would Think of
Consumerbags

20+ Unbelievable Teachers: the Ones You Wish You Had
Spicy Trends

But, we had to turn in an empty toilet paper roll to get another full roll for our latrines. Apparently unit supply had to turn those in for some bean counters to keep up with. We also either took all of the paper napkins in their table top dispensers from the mess hall, along with buying out own. Light bulbs became a horror to replace so we bought those ourselves too. Mr Peanut juggled our paydays around so much that one would have to call the back to make sure our pay had been deposited before writing a check on or shortly after payday. Then there the moving of payday from the first of the month to end of the month and a short time later back to the first. Not even Clinton or even Obama came close to what Carter did to the military, but they also tried and did ruined morale too. Thank God I retired during the Clinton admin and did not have to put up with 0bama.

👍 13   👎 0   Reply • Share ›

 **cfd_007** 🔁 We The People RJJinGadsden
3 years ago

I joined when Carter was in. We had to rob from other aircraft because we didn't have replacement parts.

👍 3   👎 0   Reply • Share ›

 **Michael Myers** → We The People RJJinGadsden
3 years ago   edited

I was still in the Air Force the night they called the race for Reagan over Carter. I can still remember the high fives and celebrating that took place that night. I have edited my comment to add there was two times I had to call and ask my parents for money to eat on during the 1978-79 fiscal year. I was just barely hanging on paying off school loans as it was. I will NEVER forgive Carter for me having to do that. Shameful!

👍 3   👎 0   Reply • Share ›

 **See Janus** → We The People RJJinGadsden
3 years ago

And, Carter's sister was the Psychic goddess relied on by the Deep State Luciferians in practicing their NWO commands.

👍 0   👎 0   Reply • Share ›

 **Hammerstrike** → richardofkent
3 years ago

Molloch-Brown!

👍 8   👎 0   Reply • Share ›

 **YeahYouRight** → richardofkent
3 years ago

Not ironic at all. Totally by design.

👍 2   👎 0   Reply • Share ›

 **Heilbroner** → richardofkent
3 years ago

Either the CIA wanted Chavez elected - jobs for the boys and girls, or they seized the opportunity and coopted the Dominion Machines for their own "more efficient" election steal toolkit.

👍 2   👎 0   Reply • Share ›

 **Benben** → Derek
3 years ago

See we have anti-America demons living in America, they should all be deported. Why is this smartmatic guy living in Florida! Soros & any related to him should be deported, convicted, incarcerated, hung.
Same for these cabal, any RINOs/demoncrats associates with Rothschild rockefellers, etc. The only way to defeat them is public hanging

👍 9   👎 0   Reply • Share ›

 **See Janus** → Benben
3 years ago

They succeed because most humans are for sale, and they can buy anyone.

👍 1   👎 0   Reply • Share ›

 **Lisa** → Derek
3 years ago


**Take a Look Inside Sarah Palin's Mansion Where She Lives with Her New Partner**
Cars&Yachts;


**Jorge Garcia's Photos After His Weight Loss Are A Bit Too Much**
The Finance Chatter


**29+ Coolest Gifts Nobody Would Think of**
Consumerbags


**20+ Unbelievable Teachers: the Ones You Wish You Had**
Spicy Trends



See Janus → Benben
3 years ago
They succeed because most humans are for sale, and they can buy anyone.
👍 1    👎 0    Reply • Share ›

L    Lisa → Derek
3 years ago
I, also have heard he is a top dog. His last name, prefaced by lord, must be just a coincidence.
👍 9    👎 0    Reply • Share ›

zdove → Lisa
3 years ago    edited
Yeah I keep seeing Molloch instead of Malloch. A demon. haha
👍 16    👎 0    Reply • Share ›

Dred Pumpkinhaid → zdove
3 years ago
I understand the cult burned their own children alive.
👍 0    👎 0    Reply • Share ›

zdove → Dred Pumpkinhaid
3 years ago    edited
Yes and still kill children. That is why the left is so pro-abortion. Sacrifice to Baal and Molloch. Child actors have said that about Red Shoes club in Hollywood. They wear red shoes made of skin of the children they kill.
👍 0    👎 0    Reply • Share ›

Dred Pumpkinhaid → zdove
3 years ago
Well, that's a stretch.
Ha ha.
👍 0    👎 0    Reply • Share ›

M    MeandMyShadow2 → JesusIsLord77
3 years ago
And it wasn't close in Georgia.
👍 18    👎 0    Reply • Share ›

Aicha Wallaby → JesusIsLord77
3 years ago
John James won the senate seat in MI, as well..
👍 10    👎 0    Reply • Share ›

C    CainCan → JesusIsLord77
3 years ago
I don't believe that kook Kirsten Sinema beat Martha Mc Sally 2 years ago, either! I hope Martha is having her race looked into for 'glitches' as well!
👍 1    👎 0    Reply • Share ›

Heather → JesusIsLord77
3 years ago
NO WAY NO WAY NO WAY. He is deeply disliked. I went to school with his wife, and I understand she and they have been through awful times what happened to her. However, Mark cannot serve this state. He is utterly for sale and already has business interests in China. Also had a company that multiply charged the feds for, healthcare, I think?
👍 1    👎 0    Reply • Share ›

D    dj23 → JesusIsLord77
3 years ago
This is how communism has taken over the world without a hot war!
👍 0    👎 0    Reply • Share ›

This comment was deleted.



Take a Look Inside Sarah Palin's Mansion Where She Lives with Her New Partner
Cars&Yachts;

Jorge Garcia's Photos After His Weight Loss Are A Bit Too Much
The Finance Chatter

29+ Coolest Gifts Nobody Would Think of
Consumerbags

20+ Unbelievable Teachers: the Ones You Wish You Had
Spicy Trends



**D** dj23 → JesusIsLord77
3 years ago

This is how communism has taken over the world without a hot war!

👍 0   👎 0   Reply • Share ›

This comment was deleted.

**MacZ** 👤⁺ → Guest
3 years ago

hahaha lying tw%t. recent poll. Just the other day. 30% Dems believe Biden stole the election. You fail troll. Go back to troll school.

👍 37   👎 0   Reply • Share ›

**V** Vinay N 👤⁺ → Guest
3 years ago

Block this pig as soon as you see her

👍 27   👎 0   Reply • Share ›

**TruthbTold** → Vinay N
3 years ago

I blocked that pig already yesterday and a bunch of their scumbag friends.

👍 12   👎 0   Reply • Share ›

**MaxHeadroom** 👤⁺ → TruthbTold
3 years ago

I block enormous numbers of trolls, 'Lily' keeps coming back!

👍 0   👎 0   Reply • Share ›

**TruthbTold** → MaxHeadroom
3 years ago

I will keep my eyes open for that fake news porker.

👍 0   👎 0   Reply • Share ›

**USVoter** 👤⁺ → Guest
3 years ago

Do the Democrats in Paterson NJ still feel great? Their candidate that got busted doing mail-in ballot fraud LOST when the election was done over by court order on Nov 3rd. Do you feel great that a Democrat used voter fraud to deny another Democrat his seat?

If you allow voter fraud it eventually gets used against you as well.

👍 22   👎 0   Reply • Share ›

**O** Ohigho 👤⁺ → USVoter
3 years ago • edited

The left seems to think defrauding the American population is just fine. They are all frauds and the most deceitful, corrupt, criminal political party in the history of our great nation. They ruin everything they touch.

👍 17   👎 0   Reply • Share ›

**J** Jabajab 👤⁺ → Guest
3 years ago

Wow, I feel for you when all this is all turned around, you are going to be in total disbelief. The large portion of the evidence of election fraud and tampering is readably available right now, and the very damning evidence that will be released in the next couple of weeks is going to shock the world and there's no stopping it from being exposed. Evil will rear it's head again and this time we will be able to chop it off. The deep state crossed the line and exposed themselves this time. Trump was no fool, he saw the election fraud back in 2018 and knew he had to set traps for the 2020 election. Guess what, they took the bait and ran with it, in fact as of today, they are still running with the bait in there mouth. Very soon, the hook will be set and justice will be served.

👍 21   👎 0   Reply • Share ›

**CrazyMoonBats** 👤⁺ → Guest
3 years ago • edited

**Jorge Garcia's Photos After His Weight Loss Are A Bit Too Much**
The Finance Chatter

**29+ Coolest Gifts Nobody Would Think of**
Consumerbags

**20+ Unbelievable Teachers: the Ones You Wish You Had**
Spicy Trends

**The Parasites Are Leaving Your Body! Do It Before Bed**
Anti parasite

**The Coolest Gift for kids' Birthdays and Holidays**
Dotmalls

and knew he had to set traps for the 2020 election. Guess what, they took the bait and ran with it, in fact as of today, they are still running with the bait in there mouth. Very soon, the hook will be set and justice will be served.

👍 21    👎 0    Reply  •  Share ›

**CrazyMoonBats** 👤⁺  → Guest
3 years ago  edited
You again? Begone you silly little troll. You're like a repulsive grotesque pus-filled zit that refuses to pop. Go crawl back into your empty refrigerator box and stop spewing uber left garbage out of your filthy piehole.

👍 20    👎 0    Reply  •  Share ›

**Dr T** 👤⁺  Guest
3 years ago
Gee, thanks for the " unity ". Stay classy.

👍 16    👎 0    Reply  •  Share ›

**Robert H. Short** 👤⁺  → Dr T
3 years ago
From the party of "inclusion", "peace", "love", etc., etc., don't you know?.......quotes inserted for obvious reasons.

👍 1    👎 0    Reply  •  Share ›

**Timothy Lucas** 👤⁺  → Guest
3 years ago  edited
Your overlord Biden is a puppet, pedophile and in the final stages of dementia, as is you, senile millennial.
Real Americans, as you call yourselves, are on a fool's errand. Nothing but a lot of arrogant ignoramuses. You don't know an argument from an anus, have nothing but an inflated ego to match the lump of mush for brains between your ears. If logic, reason and truth were water, you are dessicated souls and minds, petrified frogs waiting for a rain that will never come.

👍 13    👎 0    Reply  •  Share ›

**Lisa** 👤 Guest
3 years ago
Not sure what your talking about, but I do know, God wins over evil, every time.I don't see anyone squirming, and certainly not squealing, just waiting patiently. Real Americans want freedom and peace. Not to live in fear, and lies. Real Americans just want to be with their families and have good paying jobs, and privacy. Blessings to you and your family this holiday.

👍 12    👎 0    Reply  •  Share ›

**Echo9Mike** 👤⁺  → Guest
3 years ago
If we wanted another example of liberal lunacy, we'd all be on media matters or some other nut job site. Please return to your mommy's basement now.

👍 9    👎 0    Reply  •  Share ›

**Sword of the Lord** 👤⁺  → Guest
3 years ago
time for the animal act again ! you're up, this time with a donkey, pervert

👍 3    👎 0    Reply  •  Share ›

Load more comments

✉ Subscribe    🔒 Privacy    🚫 Do Not Sell My Data

### The Coolest Gift for kids' Birthdays and Holidays
Dotmalls

### Marlo Thomas is About to Turn 85 & is Unrecognizable Today
Poshland

### Christmas Fails That Will Make Your Mood
Doctor Report

### NFL is Pissed at Who Trey Lance is Engaged To In Seattle
Investructor

### The Fortune Left by Hoda Kotb, Stunned Her Family
The Finance Chatter



# GATEWAY PUNDIT
WHERE HOPE FINALLY MADE A COMEBACK

© 2023 The Gateway Pundit

Home    About Us    Contact    Privacy Policy    Get Ad Free



hook will be set and justice will be served.

👍 21    👎 0    Reply • Share ›

**CrazyMoonBats** 👤⁺  ➜ Guest
3 years ago · edited

You again? Begone you silly little troll. You're like a repulsive grotesque pus-filled zit that refuses to pop. Go crawl back into your empty refrigerator box and stop spewing uber left garbage out of your filthy piehole.

👍 20    👎 0    Reply • Share ›

**Dr T** 👤⁺  Guest
3 years ago

Gee, thanks for the " unity ". Stay classy.

👍 16    👎 0    Reply • Share ›

**Robert H. Short** 👤⁺  ➜ Dr T
3 years ago

From the party of "inclusion", "peace", "love", etc., etc., don't you know?.......quotes inserted for obvious reasons.

👍 1    👎 0    Reply • Share ›

**Timothy Lucas** 👤⁺  ➜ Guest
3 years ago · edited

Your overlord Biden is a puppet, pedophile and in the final stages of dementia, as is you, senile millennial.
Real Americans, as you call yourselves, are on a fool's errand. Nothing but a lot of arrogant ignoramuses. You don't know an argument from an anus, have nothing but an inflated ego to match the lump of mush for brains between your ears. If logic, reason and truth were water, you are dessicated souls and minds, petrified frogs waiting for a rain that will never come.

👍 13    👎 0    Reply • Share ›

**Lisa** ➜ Guest
3 years ago

Not sure what your talking about, but I do know, God wins over evil, every time.I don't see anyone squirming, and certainly not squealing, just waiting patiently. Real Americans want freedom and peace. Not to live in fear, and lies. Real Americans just want to be with their families and have good paying jobs, and privacy. Blessings to you and your family this holiday.

👍 12    👎 0    Reply • Share ›

**Echo9Mike** 👤⁺  ➜ Guest
3 years ago

If we wanted another example of liberal lunacy, we'd all be on media matters or some other nut job site. Please return to your mommy's basement now.

👍 9    👎 0    Reply • Share ›

**Sword of the Lord** 👤⁺  ➜ Guest
3 years ago

time for the animal act again ! you're up, this time with a donkey, pervert

👍 3    👎 0    Reply • Share ›

[ **Load more comments** ]

✉ Subscribe    🔒 Privacy    🚫 Do Not Sell My Data

---

### The Coolest Gift for kids' Birthdays and Holidays
Dotmalls

**Marlo Thomas is About to Turn 85 & is Unrecognizable Today**
Poshland

**Christmas Fails That Will Make Your Mood**
Doctor Report

**NFL is Pissed at Who Trey Lance is Engaged To In Seattle**
Investructor

**The Fortune Left by Hoda Kotb, Stunned Her Family**
The Finance Chatter

---



**GATEWAY PUNDIT**
WHERE HOPE FINALLY MADE A COMEBACK

© 2023 The Gateway Pundit

Home    About Us    Contact    Privacy Policy    Get Ad Free

# Exhibit M-10

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRCT OF MICHIGAN**

| | |
|---|---|
| **TIMOTHY KING,MARIAN ELLEN SHERIDAN, JOHN EARL HAGGARD, CHARLES JAMES RITCHARD, JAMES DAVID HOOPER and  DAREN WADE RUBINGH,**<br><br>        **Plaintiffs.**<br>**v.**<br><br>**GRETCHEN WHITMER, in her official capacity as Governor of the State of Michigan, JOCELYN BENSON, in her official capacity as Michigan Secretary of State and the Michigan BOARD OFSTATE CANVASSERS.**<br><br>        **Defendants.** | **CASE NO.** |

**COMPLAINT FOR DECLARATORY, EMERGENCY, AND PERMANENT INJUNCTIVE RELIEF**

1

**APP1832**

## NATURE OF THE ACTION

1.     This civil action brings to light a massive election fraud, multiple violations of the Michigan Election Code, *see, e.g.,* MCL §§ 168.730-738, in addition to the Election and Electors Clauses and Equal Protection Clause of the U.S. Constitution violations that occurred during the 2020 General Election throughout the State of Michigan,[1] as set forth in the affidavits of dozens of eye witnesses and the statistical anomalies and mathematical impossibilities detailed in the affidavits of expert witnesses.

2.     The scheme and artifice to defraud was for the purpose of illegally and fraudulently manipulating the vote count to manufacture an election of Joe Biden as President of the United States. The fraud was executed by many means,[2] but the most fundamentally troubling, insidious, and egregious ploy was the systemic adaptation of old-fashioned "ballot-stuffing."  It has now been amplified and rendered virtually invisible by computer software created and run by domestic and foreign actors for that very purpose.  This Complaint details an especially egregious range of conduct in Wayne County and the City of Detroit, though this conduct occurred throughout the State at the direction of Michigan state election officials.

3.     The multifaceted schemes and artifices implemented by Defendants and their collaborators to defraud resulted in the unlawful counting, or manufacturing, of hundreds of thousands of illegal, ineligible, duplicate or purely fictitious ballots in the State of Michigan, that

---

[1]   The same pattern of election fraud and voter fraud writ large occurred in all the swing states with only minor variations in Michigan, Pennsylvania, Arizona and Wisconsin. See Exh. 101, William M. Briggs, Ph.D. "An Analysis Regarding Absentee Ballots Across Several States" (Nov. 23, 2020) ("Dr. Briggs Report").

[2] 50 U.S.C. § 20701 requires Retention and preservation of records and papers by officers of elections; deposit with custodian; penalty for violation, but as will be shown wide-pattern of misconduct with ballots show preservation of election records have not been kept; and Dominion logs are only voluntary, with no system wide preservation system.  Without an incorruptible audit log, there is no acceptable system.

constitute a multiple of Biden's purported lead in the State.   While this Complaint, and the eyewitness and expert testimony incorporated herein, identify with specificity sufficient ballots required to overturn and reverse the election results, the entire process is so riddled with fraud, illegality, and statistical impossibility that this Court, and Michigan's voters, courts, and legislators, cannot rely on, or certify, any numbers resulting from this election.

### Dominion Voting Systems Fraud and Manipulation

4.     The fraud begins with the election software and hardware from Dominion Voting Systems Corporation ("Dominion") used by the MichiganBoard of State Canvassers.   The Dominion systems derive from the software designed by Smartmatic Corporation, which became Sequoia in the United States.

5.     Smartmatic and Dominion were founded by foreign oligarchs and dictators to ensure computerized ballot-stuffing and vote manipulation to whatever level was needed to make certain Venezuelan dictator Hugo Chavez never lost another election.*See* Exh. 1, Redacted Declaration of Dominion Venezuela Whistleblower ("Dominion Whistleblower Report"). Notably, Chavez "won" every election thereafter.

6.     As set forth in the DominionWhistleblower Report, the Smartmatic software was contrived through a criminal conspiracy to manipulate Venezuelan elections in favor of dictator Hugo Chavez:

> Importantly, I was a direct witness to the creation and operation of an electronic voting system in a conspiracy between a company known as Smartmatic and the leaders of conspiracy with the Venezuelan government. This conspiracy specifically involved President Hugo Chavez Frias, the person in charge of the National Electoral Council named Jorge Rodriguez, and principals, representatives, and personnel from Smartmatic.  The purpose of this conspiracy was to create and operate a voting system that could change the votes in elections from votes against persons running the Venezuelan government to votes in their favor in order to maintain control of the government.  In mid-February of 2009, there was a national referendum to change theConstitution of Venezuela to end

**APP1834**

term limits for elected officials, including the President of Venezuela. The referendum passed. This permitted Hugo Chavez to be re-elected an unlimited number of times. . . .

Smartmatic's electoral technology was called "Sistema de Gestión Electoral" (the "Electoral Management System"). Smartmatic was a pioneer in this area of computing systems. Their system provided for transmission of voting data over the internet to a computerized central tabulating center. The voting machines themselves had a digital display, fingerprint recognition feature to identify the voter, and printed out the voter's ballot. The voter's thumbprint was linked to a computerized record of that voter's identity. Smartmatic created and operated the entire system. *Id.* ¶¶ 10 & 14.

7.      A core requirement of the Smartmatic software design ultimately adopted by Dominion for the Michigan's elections was the software's ability to hide its manipulation of votes from any audit.  As the whistleblower explains:

Chavez was most insistent that Smartmatic design the system in a way that the system could change the vote of each voter without being detected. He wanted the software itself to function in such a manner that if the voter were to place their thumb print or fingerprint on a scanner, then the thumbprint would be tied to a record of the voter's name and identity as having voted, but that voter would not tracked to the changed vote. He made it clear that the system would have to be setup to not leave any evidence of the changed vote for a specific voter and that there would be no evidence to show and nothing to contradict that the name or the fingerprint or thumb print was going with a changed vote. Smartmatic agreed to create such a system and produced the software and hardware that accomplished that result for President Chavez.*Id.* ¶15.

8.      The design and features *of* the Dominion software do not permit a simple audit to reveal its misallocation, redistribution, or deletion of votes. First, the system's central accumulator does not include a protected real-time audit log that maintains the date and time stamps of all significant election events.  Key components of the system utilize unprotected logs. Essentially this allows an unauthorized user the opportunity to arbitrarily add, modify, or remove log entries, causing the machine to log election events that do not reflect actual voting tabulations—or more specifically, do not reflect the actual votes of or the will of the people.  *See* Exh. 107, August 24, 2020 Declaration of HarriHursti, ¶¶45-48).

4

**APP1835**

9.      Indeed, under the professional standards within the industry in auditing and forensic analysis, when a log is unprotected, and can be altered, it can no longer serve the purpose of an audit log.There is incontrovertible physical evidence that the standards of physical security of the voting machines and the software were breached, and machines were connected to the internet in violation of professional standards, which violates federal election law on the preservation of evidence.

10.      In deciding to award Dominion a$25 million, ten-year contract (to a Dominion project team led by Kelly Garrett, former Deputy Director of the Michigan Democratic Party), and then certifying Dominion software, Michigan officials disregarded all the concerns that caused Dominion software to be rejected by the Texas Board of elections in 2018 because it was deemed vulnerable to undetected and non-auditable manipulation. An industry expert, Dr. Andrew Appel, Princeton Professor of Computer Science and Election Security Expert has recently observed, with reference to Dominion Voting machines: "I figured out how to make a slightly different computer program that just before the polls were closed, it switches some votes around from one candidate to another. I wrote that computer program into a memory chip and now to hack a voting machine you just need 7 minutes alone with it and a screwdriver."[3]

11.      Plaintiff's expert witness, Russell James Ramsland, Jr. (Exh. 101, "Ramsland Affidavit"), has concluded that Dominion alone is responsible for the injection, or fabrication, of 289,866 illegal votes in Michigan, that must be disregarded.  This is almost twice the number of Mr. Biden's purported lead in the Michigan vote (without consideration of the additional illegal, ineligible, duplicate or fictitious votes due to the unlawful conduct outlined below), and thus by itself is grounds to set aside the 2020 General Election and grant the declaratory and injunctive

---

[3]Andrew W. Appel, *et al.*, "Ballot Marking Devices (BMDs) Cannot Assure the Will of the Voters" at (Dec. 27, 2019), attached hereto as Exhibit 2 ("Appel Study").

relief requested herein.

12.     In addition to the Dominion computer fraud, this Complaint identifies several additional categories of "traditional" voting fraud and Michigan Election Code violations, supplemented by healthy doses of harassment, intimidation, discrimination, abuse and even physical removal of Republican poll challengers to eliminate any semblance of transparency, objectivity or fairness from the vote counting process.  While this illegal conduct by election workers and state, county and city employees in concert with Dominion, even if considered in isolation,  the following three categories of systematic violations of the Michigan Election Code cast significant doubt on the results of the election and mandate this Court to set aside the 2020 General Election and grant the declaratory and injunctive relief requested herein.

**Fact Witness Testimony of Voting Fraud & Other Illegal Conduct**

13.     There were three broad categories of illegal conduct by election workers in collaboration with other employee state, county and/or city employees and Democratic poll watchers and activists.First, to facilitate and cover-up the voting fraud and counting of fraudulent, illegal or ineligible voters, election workers:

A.     Denied Republican election challengers access to the TCF Center, where all Wayne County, Michigan ballots were processed and counted;

B.     Denied Republic poll watchers at the TCF Center meaningful access to view ballot handling, processing, or counting and lockedcredentialedchallengersoutofthe counting room so they could not observe the process, during which time tens of thousands of ballots wereprocessed;

C.     Engaged in a systematic pattern of harassment, intimidation and even physical removal of Republican election challengers or locking them out of the TCF Center;

D.     Systematically discriminated against Republican poll watchers and favored Democratic poll watchers;

E.     Ignored or refused to record Republican challenges to the violations outlined herein;

F.    Refused to permit Republican poll challengers to observe ballot duplication and other instances where they allowed ballots to be duplicated by hand without allowing poll challengers to check if the duplication was accurate;

G.    Unlawfully coached voters to vote for Joe Biden and to vote a straight Democrat ballot, including by going overtothevotingboothswithvotersinorder to watch them vote and coach them for whom to vote;

H.    As a result of the above, Democratic election challengers outnumbered Republicans by 2:1 or 3:1 (or sometimes 2:0 at voting machines); and

I.    Collaborated with Michigan State, Wayne County and/or City of Detroit employees (including police) in all of the above unlawful and discriminatory behavior.

14.    Second, election workers illegally forged, added, removed or otherwise altered information on ballots, the Qualified Voter File (QVF) and Other Voting Records, including:

A.    Fraudulently adding "tens of thousands" of new ballots and/or new voters to QVF in two separate batches on November 4, 2020, all or nearly all of which were votes for Joe Biden;

B.    Forging voter information and fraudulently adding new voters to the QVF Voters, in particular, e.g., when a voter's name could not be found, the election worker assigned the ballot to a random name already in the QVF to a person who had notvoted and recordedthesenewvotersashavingabirthdate of1/1/1900;

C.    Changing dates on absenteeballots received after 8:00 PM Election Day deadline to indicate that such ballots were received before the deadline;

D.    Changing Votes for Trump and other Republican candidates; and

E.    Added votes to "undervote" ballots and removing votes from "Over-Votes".

15.    Third, election workers committed several additional categories of violations of the Michigan Election Code to enable them to accept and count other illegal, ineligible or duplicate ballots, or reject Trump or Republican ballots, including:

A.    Permitting illegal double voting by persons that had voted by absentee ballot and in person;

B.    Counting ineligible ballots – and in many cases – multiple times;

C.    Counting ballots without signatures, or without attempting to match signatures, and ballots without postmarks, pursuant to direct instructions from Defendants;

**APP1838**

D.      Counting "spoiled" ballots;

E.      Systematic violations of ballot secrecy requirements;

F.      Unsecured ballots arrived at the TCF Center loading garage, not in sealed ballot boxes, without any chain of custody, and withoutenvelopes, after the 8:00 PM Election Day deadline, in particular, the tens of thousands of ballots that arrived on November 4, 2020; and

G.      Accepting and counting ballots from deceased voters.

**Expert Witness Testimony Regarding Voting Fraud**

16.     In addition to the above fact witnesses, this Complaint presents expert witness testimony demonstrating that several hundred thousand illegal, ineligible, duplicate or purely fictitious votes must be thrown out, in particular: (1) a report from Russel Ramsland, Jr. showing the "physical impossibility" of nearly 385,000 votes injected by four precincts/township on November 4, 2020, that resulted in the counting of nearly 290,000 more ballots processed than available capacity (which is based on statistical analysis that is independent of his analysis of Dominion's flaws); (2) a report from Dr. William Briggs, showing that there were approximately 60,000 absentee ballots listed as "unreturned" by voters that either never requested them, or that requested and returned their ballots; and (3) a report from Dr. Eric Quinell analyzing the anomalous turnout figures in Wayne and Oakland Counties showing that Biden gained nearly 100% and frequently more than 100% of all "new" voters in certain townships/precincts over 2016, and thus indicated that nearly 87,000 anomalous and likely fraudulent votes from these precincts.

17.     As explained and demonstrated in the accompanying redacted declaration of  a former electronic intelligence analyst under 305th Military Intelligence with experience gathering SAM missile system electronic intelligence, the Dominion software was accessed by agents acting on behalf of China and Iran in order to monitor and manipulate elections, including

the most recent US general election in 2020.  This Declaration further includes a copy of the patent records for Dominion Systems in which Eric Coomer is listed as the first of the inventors of Dominion Voting Systems.  (See Attached hereto as Ex. 105, copy of redacted witness affidavit, November 23, 2020).

18.     Expert Navid Keshavarez-Nia explains that US intelligence services had developed tools to infiltrate foreign voting systems including Dominion.  He states that Dominion's software is vulnerable to data manipulation by unauthorized means and permitted election data to be altered in all battleground states.  He concludes that hundreds of thousands of votes that were cast for President Trump in the 2020 general election were transferred to former Vice-President Biden.  (Ex.  109).

19.     These and other "irregularities" provide this Court grounds to set aside the results of the 2020 General Election and provide the other declaratory and injunctive relief requested herein.

## JURISDICTION ANDVENUE

20.     This Court has subject matter under 28 U.S.C. § 1331 which provides, "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

21.     This Court also has subject matter jurisdiction under 28 U.S.C. § 1343 because this action involves a federal election for President of the United States. "A significant departure from the legislative scheme for appointing Presidential electors presents a federal constitutional question." *Bush v. Gore*, 531 U.S. 98, 113 (2000) (Rehnquist, C.J., concurring); *Smiley v. Holm*, 285 U.S. 355, 365(1932).

22.     ThejurisdictionoftheCourttograntdeclaratoryreliefisconferredby28U.S.C.  §§ 2201

**APP1840**

and 2202 and by Rule 57, Fed. R. Civ. P.

23.     This Court has jurisdiction over the related Michigan constitutional claims and state-law claims under 28 U.S.C.§ 1367.Venueisproperbecausea substantial part of the events or omissions giving rise to the claim occurred in the Eastern District. 28 U.S.C. § 1391(b) &(c).

24.     Because the United States Constitution reserves for state legislatures the power to set the time, place, and manner of holding elections for Congress and the President, state executive officers, including but not limited to Secretary Benson, have no authority to unilaterally exercise that power, much less flout existinglegislation.

### THE PARTIES

25.     Each of the following Plaintiffs are registered Michigan voters and nominees of the Republican Party to be a Presidential Elector on behalf of the State of Michigan: Timothy King, a resident of Washtenaw County, Michigan; Marian Ellen Sheridan, a resident of Oakland County, Michigan; and,John Earl Haggard, a resident of Charlevoix, Michigan;

26.     Each of these Plaintiffshas standing to bring this action as voters and as candidates for the office of Elector under MCL §§ 168.42 & 168.43 (election procedures for Michigan electors).As such, Presidential Electors "have a cognizable interest in ensuring that the final vote tally reflects the legally valid votes cast," as "[a]n inaccurate vote tally is a concrete and particularized injury to candidates such as the Electors." *Carson v. Simon*, 978 F.3d 1051, 1057 (8th Cir. 2020) (affirming that Presidential Electors have Article III and prudential standing to challenge actions of Secretary of State in implementing or modifying State election laws); *see also McPherson v. Blacker*, 146 U.S. 1, 27 (1892); *Bush v. Palm Beach Cty. Canvassing Bd.*, 531 U.S. 70, 76 (2000) (per curiam).  Each brings this action to set aside and decertify the election results for the Office of President of the United States that was certified by the Michigan Secretary of State on November 23, 2020.  The certified results showed a plurality of 154,188

votes in favor of former Vice-President Joe Biden over President Trump.

27.     Plaintiff James Ritchard is a registered voter residing in Oceana County.  He is the Republican Party Chairman of Oceana County.

28.     Plaintiff James David Hooper is a registered voter residing in Wayne County.  He is the Republican Party Chairman for the Wayne County Eleventh District.

29.     Plaintiff Daren Wade Ribingh is a registered voter residing in Antrim County.  He is the Republican Party Chairman of Antrim County. is

30.     Defendant Gretchen Whitmer (Governor of Michigan) is named herein in her official capacity as Governor of the State of Michigan.

31.     Defendant     JocelynBenson     ("Secretary     Benson")     isnamed     as adefendantinherofficial capacity as Michigan'sSecretaryofState. Jocelyn Benson is the "chief elections officer" responsible for overseeing the conduct of Michigan elections. MCL § 168.21 ("The secretary of state shall be the chief election officer of the state and shall have supervisory control over local election officials in the performance of their duties under the provisions of this     act."); MCL     § 168.31(1)(a)(the"SecretaryofStateshall…issueinstructions andpromulgaterules…fortheconduct of elections and registrations in accordance with the laws of this state"). Local election officials must follow Secretary Benson's instructions regarding the conduct of elections. Michigan law provides that Secretary Benson "[a]dvise and direct local election officials as to the proper methods of conducting elections." MCL § 168.31(1)(b). *See also Hare v. Berrien Co Bd. of Election*, 129 N.W.2d 864 (Mich. 1964); *Davis v. Secretary of State*, 2020 Mich. App. LEXIS 6128, at *9 (Mich. Ct. App. Sep. 16, 2020). Secretary Bensonis     responsibleforassuringMichigan'slocalelectionofficialsconductelectionsinafair,just, and lawful manner. *See* MCL 168.21; 168.31; 168.32. *See also League of Women Voters of*

*Michigan v. Secretary of State*, 2020 Mich. App. LEXIS 709, *3 (Mich. Ct. App. Jan. 27, 2020); *Citizens Protecting Michigan's Constitution v. Secretary of State*, 922 N.W.2d 404(Mich.Ct.App.2018),aff'd921N.W.2d247(Mich.2018);*Fitzpatrickv.Secretaryof State*, 440 N.W.2d 45 (Mich. Ct. App. 1989).

32.     Defendant Michigan Board of State Canvassers is "responsible for approv[ing] votingequipmentforuseinthestate,certify[ing]theresultofelectionsheldstatewide…."     Michigan Election Officials' Manual, p. 4. *See also* MCL 168.841, *etseq.*  On March 23, 2020, the Board of State Canvassers certified the results of the 2020 election finding that Joe Biden had received 154,188 more votes than President Donald Trump.

## STATEMENT OF FACTS

33.     Plaintiffs bring this action under 42 U.S.C. §§ 1983 and 1988, and under MCL 168.861, to remedy deprivations of rights, privileges, or immunities secured by the Constitution and laws of the United States and to contest the election results, and the corollary under the Michigan Constitution.

34.     The United States Constitution sets forth the authority to regulate federal elections. With respect to congressional elections, the Constitution provides.

35.     The Times, Places and Manner of holding Elections for Senators and Representatives, shall be prescribed in each State by the Legislature thereof; but the Congress may at any time by Law make or alter such Regulations, except as to the Places of choosing Senators. U.S. CONST. art. I, § 4 ("Elections Clause").

36.     With respect to the appointment of presidential electors, the Constitution provides: Each State shall appoint, in such Manner as the Legislature thereof may direct, a Number of Electors, equal to the whole Number of Senators and Representatives to which the

State may be entitled in the Congress: but no Senator or Representative, or Person holding an Office of Trust or Profit under the United States, shall be appointed an Elector.  U.S. CONST. art. II, § 1 ("Electors Clause").  Under the Michigan Election Code, the Electors of the President and Vice President for the State of Michigan are elected by each political party at their state convention in each Presidential election year.  *See* MCL §§ 168.42 & 168.43.

37.     Neither Defendant is a "Legislature" as required under the Elections Clause or Electors Clause. The Legislature is "'the representative body which ma[kes] the laws of the people.'" *Smiley*, 285 U.S. 365. Regulations of congressional and presidential elections, thus, "must be in accordance with the method which the state has prescribed for legislative enactments." Id. at 367; *see also Ariz. State Legislature v. Ariz. Indep. Redistricting Comm'n*, 576 U.S. 787, 135 S. Ct. 2652, 2668 (U.S. 2015).

38.     While the Elections Clause "was not adopted to  diminish  a State's authority to determine its own lawmaking processes," *Ariz.State Legislature,* 135 S. Ct. at 2677, it does hold states accountable to their chosen processes when it comes to regulating federal elections, *id.* at 2668. "A significant departure from the legislative scheme for appointing Presidential electors presents a federal constitutional question." *Bush,* 531 U.S. at 113 (Rehnquist, C.J., concurring); *Smiley,* 285 U.S. at 365.

39.     And Plaintiffs bring this action,to vindicate his constitutional right to a free and fair election ensuring the accuracy and integrity of the process pursuant to the Michigan Constitution, art. 2, sec. 4, par. 1(h), which states all Michigan citizenshave:

> The right to have the results of statewide elections audited, in such a manner as prescribed by law, to ensure the accuracy and integrity of elections.

40.     TheMich.Const.,art.2,sec.4,furtherstates,"Allrightssetforthinthissubsection     shall be self-executing. This subsection shall be liberally construed in favor of voters' rights in order to

effectuate itspurposes."

41.     Based upon all the allegations of fraud, statutory violations, and other misconduct, as stated herein and in the attached affidavits, it is necessary to enjoin the certification of the election results pending a full investigation and court hearing, and to order an independent audit of the November 3, 2020 election to ensure the accuracy and integrity of theelection

## I.     LEGAL BACKGROUND:   RELEVANT PROVISIONS OF THE MICHIGAN ELECTION CODE AND ELECTION CANVASSING PROCEDURES.

### A.     Michigan law requires Secretary Benson and local election officials to provide designated challengers a meaningful opportunity to observe the conduct ofelections.

42.     Challengers representing a political party, candidate, or organization interested in the outcome of the election provide a critical role in protecting the integrity ofelectionsincludingthepreventionofvoterfraudandotherconduct(whethermaliciously   undertaken or by incompetence) that could affect the conduct of the election. *See* MCL § 168.730-738.

43.     MichiganrequiresSecretaryofStateBenson,localelectionauthorities,and stateandcountycanvassingboardstoprovidechallengerstheopportunitytomeaningfully    participate in, and oversee, the conduct of Michigan elections and the counting ofballots.

44.     Michigan'selectioncodeprovidesthatchallengersshallhavethefollowing   rights and responsibilities:

a.     An election challenger shall be provided a space within a polling place where they can observe the election procedure and each person applyingto vote. MCL§ 168.733(1).

b.     An election challenger must be allowed opportunity to inspect poll books as ballots are issued to electors and witness the electors' names being entered in the poll book. MCL§ 168.733(1)(a).

c.     AnelectionChallengermustbeallowedtoobservethemannerinwhichthe duties of the election inspectors are being performed. MCL§ 168.733(1)(b).

   d.     An election challenger is authorized to challenge the voting rights of a person who the challenger has good reason to believe is not a registered elector. MCL§ 168.733(1)(c).

   e.     An election challenger is authorized to challenge an election procedure that is not being properly performed. MCL§ 168.733(1)(d).

   f.     An election challenger may bring to an election inspector's attention any of the following: (1) improper handling of a ballot by an elector or election inspector; (2) a violation of a regulation made by the board of election inspectors with regard to the time in which an elector may remain in the polling place; (3) campaigning and fundraising being performed by an election inspector or other person covered by MCL§168.744; and/or (4) any other violation of election law or other prescribed election procedure. MCL § 168.733(1)(e).

   g.     An election challenger may remain present during the canvass of votes and until the statement of returns is duly signed and made. MCL§168.733(1)(f).

   h.     An election challenger may examine each ballot as it is being counted. MCL§ 168.733(1)(g).

   i.     An election challenger may keep records of votes cast and other election procedures as the challenger desires. MCL §168.733(1)(h).

   j.     An election challenger may observe the recording of absent voter ballots on voting machines. MCL§168.733(1)(i).

45.    The Michigan Legislature adopted these provisions to prevent and deter vote fraud, require the conduct of Michigan elections to be transparent, and to assure public confidence in the outcome of the election no matter how close the final ballot tally may be.

46.    Michigan values the important role challengers perform in assuring the transparency and integrity of elections. For example, Michigan law provides it is a felony punishable by up to two years in state prison for any person to threaten or intimidate a challenger who is performing any activity described in Michigan law. MCL § 168.734(4). It is a felony punishable by up to two years in state prison for any person to prevent the presence of a challenger exercising their rights or to fail to provide a challenger with "conveniences for the performance of the[ir] duties." MCL 168.734.

47.    The responsibilities of challengers are established by Michigan statute. MCL § 168.730 states:

    (1)    At an election, a political party or [an organization] interested in preserving the purity of elections and in guarding against the abuse of the elective franchise, may designate challengers as provided in this act. Except as otherwise provided in this act, a political party [or interested organization] may designate not more than 2 challengers to serve in a precinct at any 1 time. A political party [or interested organization] may designate not more than 1 challenger to serve at each counting board.

    (2)    A challenger shall be a registered elector of this state . . . . . . . . . . A candidate for the office of delegate to a county convention may serve as a challenger in a precinct other than the 1 in which he or she is a candidate. . . .

    (3)    A challenger may be designated to serve in more than 1 precinct. The political party [or interested organization] shall indicate which precincts the challenger will serve when designating challengers under subsection (1). If more than 1 challenger of a political party [or interested organization] is serving in a precinct at any 1 time, only 1 of the challengers has the authority to initiate a challenge at any given time. The challengers shall indicate to the board of election inspectors which of the 2 will have this authority. The challengers may change this authority and shall indicate the change to the board of election inspectors.

48.    Secretary Benson and Wayne County violated these provisions of Michigan law and violated the constitutional rights of Michigan citizens and voters when they did not conduct this general election in conformity with Michigan law and the United States Constitution.

**B.    The canvassing process in Michigan.**

49.    Michigan has entrusted the conduct of elections to three categories of individuals, a "board of inspectors," a "board of county canvassers," and the "board of state canvassers."

50.    The board of inspectors, among its other duties, canvasses the ballots and compares the ballots to the poll books. *See* MCL § 168.801. "Such canvass shall be public and the doors to the polling places and at least 1 door in the building housing the polling places and giving ready access to them shall not be locked during such canvas." *Id.*  The members of the

board of inspectors (one from each party) are required to seal the ballots andelectionequipmentandcertifythestatementofreturnsandtallysheetsanddeliverthe statementofreturnsandtallysheettothetownshiporcityclerk,whoshalldeliverittothe probate court judge, who will than deliver the statement of returns and tally sheet to the "board of county canvassers." MCL § 168.809. "All election returns, including poll lists, statements,tallysheets,*absentvoters'returnenvelopesbearingthestatementrequired[to cast an absentee ballot] ... must be carefully preserved*." MCL § 810a and § 168.811 (emphasis added).

51.     After the board of inspectors completes its duties, the board of county canvassers is to meet at the county clerk's office "no later than 9 a.m. on the Thursday after" the election. November 5, 2020 is the date for the meeting. MCL 168.821. The board of county canvassers has power to summon and open ballot boxes, correct errors, and summon election inspectors to appear. Among other duties and responsibilities, the board of county canvassers shall do the following provided in MCL168.823(3).

52.     The board of county canvassers shall correct obvious mathematical errors in the tallies and returns.

> *The board of county canvassers may, if necessary for a proper determination, summon the election inspectors before them*, and require them to count any ballots that the election inspectors failed to count, to make correct returns in case, in the judgment of the board of county canvassers after examining the returns, poll lists, or tally sheets, the returns already made are incorrect or incomplete, and the board of county canvassers shall canvass the votes from the corrected returns. In the alternative to summoning the election inspectors before them, the board of county canvassers may designate staff members from the county clerk's office to count any ballots that the election inspectors failed to count, to make correct returns in case, in the judgment of the board of county canvassers after examining the returns, poll lists, or tally sheets, thereturns already made are incorrect or incomplete, and the board of county canvassers shall canvass the votes from the corrected returns. When the examination of the papers is completed, or the ballots have been counted, theyshallbereturnedtotheballotboxesordeliveredtothepersonsentitled by law to their custody, and the boxes shall be locked and sealed and delivered to the

legalcustodians. The county board of canvassers shall "conclude the canvass at the earliest possible time and in every case no later than the fourteenth day after the election," which isNovember17.MCL168.822(1).But,"[i]ftheboardofcountycanvassersfailstocertify the results of any election for any officer or proposition by the fourteenth day after the election as provided, the board of county canvassers shall immediately deliver to the secretary of the board of state canvassers all records and other information pertaining to theelection.Theboardofstatecanvassersshallmeetimmediatelyandmakethenecessary determinationsandcertifytheresultswithinthe10daysimmediatelyfollowingthereceip t of the records from the board of county canvassers." MCL168.822(2).

53.     The Michigan board of state canvassers then meets at the Secretary of State's office the twentieth day after the election and announce its determination of the canvass "not later than the fortieth day after the election." For this general election that is November 23 and December 3. MCL 168.842. There is provision for the Secretary of State to direct an expedited canvass of the returns for the election of electors for President and VicePresident.

54.     The county board of canvassers shall "conclude the canvass at the earliest possible time and in every case no later than the fourteenth day after the election," which isNovember17.MCL168.822(1).But,"[i]ftheboardofcountycanvassersfailstocertify the results of any election for any officer or proposition by the fourteenth day after the election as provided, the board of county canvassers shall immediately deliver to the secretary of the board of state canvassers all records and other information pertaining to theelection.Theboardofstatecanvassersshallmeetimmediatelyandmakethenecessary determinationsandcertifytheresultswithinthe10daysimmediatelyfollowingthereceipt of the records from the board of county canvassers." MCL168.822(2).

55.     The Michigan board of state canvassers then meets at the Secretary of State's office the twentieth day after the election and announce its determination of the canvass "not later than the fortieth day after the election." For this general election that is November 23 and December 3. MCL 168.842. There is provision for the Secretary of State to direct an expedited

canvass of the returns for the election of electors for President and VicePresident.

56.     The federal provisions governing the appointment of electors to the Electoral College, 3 U.S.C. §§ 1-18, require Michigan Governor Whitmer to preparea Certificate of Ascertainment by December 14, the date the Electoral Collegemeets.

57.     The United States Code (3 U.S.C. §5) provides that if election results are contestedinanystate,andifthestate,priortoelectionday,hasenactedprocedurestosettle controversies or contests over electors and electoral votes, and if these procedures have been applied, and the results have been determined six days before the electors' meetings, thentheseresultsareconsideredtobeconclusiveandwillapplyinthecountingofthe electoral votes. This date (the "Safe Harbor" deadline) falls on December 8, 2020. The governor of any state where there was a contest, and in which the contest was decided according to established state procedures, is required (by 3 U.S.C. § 6) to send a certificate describing the form and manner by which the determination was made to the Archivist as soon as practicable.

58.     The members of the board of state canvassers are Democrat Jeannette Bradshaw, Republican Aaron Van Langeveide, Republican Norman Shinkle, and Democrat Julie Matuzak. Jeanette Bradshaw is the Board Chairperson. The members of the Wayne County board of county canvassers are Republican Monica Palmer, Democrat Jonathan Kinloch, Republican William Hartmann, and Democrat Allen Wilson. Monica Palmer is the BoardChairperson.

59.     More than one hundred credentialed election challengers provided sworn affidavits.Theseaffidavitsstated,amongothermatters,thatthesecredentialedchallengers were denied a meaningful opportunity to review election officials in Wayne County handling ballots, processing absent voter ballots, validating the legitimacy of absentvoterballots, and the general conduct of the election and ballot counting. *See* Exhibit 1 (affidavits of election challengers).

II.    FACTUAL      ALLEGATIONS      AND      FACT      WITNESS
TESTIMONYREGARDINGMICHIGAN ELECTION CODE VIOLATIONS AND
OTHER UNLAWFUL CONDUCT BY ELECTION WORKERS AND MICHIGAN
STATE, WAYNE COUNTY AND/OR CITY OF DETROIT EMPLOYEES.

60.    Wayne County used the TCF Center in downtown Detroit to consolidate, collect,

and      tabulate      all      of      the      ballots      for

theCounty.TheTCFCenterwastheonlyfacilitywithinWayneCountyauthorizedtocountthe ballots.

A.    Republican Election ChallengersWere Denied Opportunity to Meaningfully
Observe the Processing and Counting of Ballots.

61.    There is a difference between a ballot and a vote. A ballot is a piece of paper. A

vote is a ballot that has been completed by a citizen registered to vote who has the right to cast a

vote and has done so in compliance with Michigan election law by, among other things,

verifying their identity and casting the ballot on or before Election Day. It is the task of Secretary

Benson and Michigan election officials to assure that only ballots cast by individuals entitled to

cast      a      vote      in      the      election      are      counted      and      to      make

surethatallballotscastbylawfulvotersarecountedandtheelectionisconductedinaccord      with

Michigan's Election Code uniformly throughoutMichigan.

62.    Challengers provide the transparency and accountability to assure ballots are

lawfully cast and counted as provided in Michigan's Election Code and voters can be

confidenttheoutcomeoftheelectionwashonestlyandfairlydeterminedbyeligiblevoters.

63.    WayneCountyexcludedcertifiedchallengersfrommeaningfullyobserving      the

conduct of the election in violation of the Michigan Election Code. This allowed a substantial

number of ineligible ballots to be counted, as outlined in Section B. below.    These systematic

Michigan Election Code violations, and the disparate treatment of Republican vs. Democratic

poll challengers, also violated the Equal Protection Clause and other provisions of the U.S.

Constitution as detailed herein.    The following affidavits describe the specifics that were

observed. This conduct was pervasive in Wayne County as attested to in the affidavits attached at **EXHIBIT3**.

### 1.    Republican Observers Denied Access to TCF Center

64.    Many individuals designated as challengers to observe the conduct of the election were denied meaningful opportunity to observe the conduct of the election. For example, challengers designated by the Republican Party or Republican candidates were denied access to the TCF Center (formerly called Cobo Hall) ballot counting location in Detroit while Democratic challengers were allowed access. Exhibit 3 (Deluca aff. ¶¶7-9, 16-18; Langer aff. ¶3; Papsdorf aff. ¶3; Frego aff. ¶9; Downing aff. ¶¶2-9, 11, 15, 22; Sankey aff. ¶¶5-8; Ostin aff. ¶¶5-7; Cavaliere aff. ¶3; Cassin aff. ¶4; Rose aff. ¶18; Zimmerman aff. ¶8; Langer aff. ¶3; Poplawski aff. ¶3; Henderson aff. ¶7; Fuqua-Freyaff.¶5; Ungar aff. ¶4; Eilf aff. ¶¶9, 17; Jeup aff. ¶¶6-7; Tietz aff. ¶¶9-18; McCall aff. ¶¶5-6; Arnoldyaff.¶¶5,8-9(unlimitedmembersofthemediawerealsoallowedinsideregardless of COVID restrictions while Republican challengers were excluded)).

65.    Many challengers stated that Republican challengers who had been admitted to the TCF Center but who left were not allowed to return.  *Id.* (Bomer aff.¶16; Paschke aff. ¶4; Schneider aff., p. 2; Arnoldy aff. ¶6; Boller aff. ¶¶13-15 (removed and not allowed to serve as challenger); Kilunen aff. ¶7; Gorman aff. ¶¶6-8; Wirsing aff.,p. 1; Rose aff. ¶19; Krause aff. ¶¶9, 11; Roush aff. ¶16; M. Seely aff. ¶6; Fracassi aff. ¶6; Whitmore aff. ¶5). Furthermore, Republican challengers who left the TCF Center were not allowed to be replaced by other Republican challengers while Democratic challengers were replaced.

### 2.    Disparate and Discriminatory Treatment of Republican vs. Democratic Challengers.

66.    As a result of Republican challengers not being admitted or re-admitted, while

Democratic challengers were freely admitted, there were many more Democratic challengers allowed to observe the processing and counting of absent voter ballots than Republican challengers. *Id.* (Helminen aff. ¶12 (Democratic challengers out- numbered Republican challengers by at least a two-to-one ratio); Daavettila aff., p. 2 (ten timesasmanyDemocraticchallengersasRepublican);A.Seelyaff.¶19;Schneideraff.,p. 2; Wirsing aff., p. 1; Rauf aff. ¶21; Roush aff. ¶¶16-17; Topini aff.¶4).

67.    Many challengers testified that election officials strictly and exactingly enforced a six-foot distancing rule for Republican challengers but not for Democratic challengers. *Id.* (Paschke aff. ¶4; Wirsing aff., p. 1; Montie aff. ¶4; Harris aff. ¶3; Krause aff. ¶7; Vaupel aff. ¶5; Russel aff. ¶7; Duus aff. ¶9; Topini aff. ¶6). As a result, Republican challengers were not allowed to meaningfully observe the ballot counting process.

### 3.    Republican Challengers Not Permitted to View Ballot Handling, Processing or Counting.

68.    Many challengers testified that their ability to view the handling, processing, and counting of ballots was physically and intentionally blocked by election officials.*Id.* (A.Seelyaff.¶15;Milleraff.¶¶13-14;Pennalaaff.¶4;Tysonaff.¶¶12- 13, 16; Ballew aff. ¶8; Schornak aff. ¶4; Williamson aff. ¶¶3, 6; Steffans aff. ¶¶15-16, 23- 24; Zaplitny aff. ¶15; Sawyer aff. ¶5; Cassin aff. ¶9; Atkins aff. ¶3; Krause aff. ¶5;Shereraff. ¶¶15, 24; Basler aff. ¶¶7-8; Early aff. ¶7; Posch aff. ¶7; Chopjian aff. ¶11; Shock aff.¶7; Schmidt aff. ¶¶7-8; M. Seely aff. ¶4; Topini aff. ¶8).

69.    At least three challengers said they were physically pushed away from counting tables by election officials to a distance that was too far to observe the counting. *Id.* (Helminen aff. ¶4; Modlin aff. ¶¶4, 6; Sitek aff. ¶4). Challenger Glen Sitek reported that he was pushed twice by an election worker, the second time in the presence of police officers. *Id.* (Sitek aff. ¶4).

Sitek filed a police complaint. *Id.*

70.     Challenger Pauline Montie stated that she was prevented from viewing the computer monitor because election workers kept pushing it further away and made her stand back away from the table. *Id.* (Montie aff. ¶¶4-7). When Pauline Montie told an election worker that she was not able to see the monitor because they pushed it farther away from her, the election worker responded, "too bad." *Id.*¶8.

71.     Many challengers witnessed Wayne County election officials covering the windows of the TCF Center ballot counting center so that observers could not observe the ballot counting process. *Id.* (A. Seely aff. ¶¶9, 18; Helminen aff. ¶¶9, 12; Deluca aff. ¶13; Steffans aff. ¶22; Frego aff. ¶11; Downing aff. ¶21; Sankey aff. ¶14; Daavettila aff.,p.4;Zimmermanaff.¶10;Krauseaff.¶12;Shereraff.¶22;Johnsonaff.¶7;Poschaff.¶10;Raufaff.¶23;Lukeaff.,p.1;M.Seelyaff.¶8;Zelaskoaff.¶8;Ungaraff.¶12;Storm aff. ¶7; Fracassi aff. ¶8; Eilf aff. ¶25; McCall aff.¶9).

**4.     Harassment, Intimidation & Removal of Republican Challengers**

72.     Many challengers testified that they were intimidated, threatened, and harassed by election officials during the ballot processing and counting process. *Id.* (Ballew aff. ¶¶7, 9; Gaicobazzi aff. ¶¶12-14 (threatened repeatedly and removed); Schneideraff.,p.1;Piontekaff.¶11;Steffansaff.¶26(intimidationmadeherfeeltooafraid to make challenges); Cizmar aff. ¶8(G); Antonie aff. ¶3; Zaplitny aff. ¶20; Moss aff. ¶4; Daavettila aff., pp. 2-3; Tocco aff. ¶¶1-2; Cavaliere ¶3; Kerstein aff. ¶3; Rose aff. ¶16; Zimmerman aff. ¶5; Langer aff. ¶3; Krause aff. ¶4; Sherer aff. ¶24; Vaupel aff. ¶4; Basler aff. ¶8; Russell aff. ¶5; Burton aff. ¶5; Early aff. ¶7; Pannebecker aff. ¶10; Sitek aff. ¶4; Klamer aff. ¶4; Leonard aff. ¶¶6, 15; Posch aff. ¶¶7, 14; Rauf aff. ¶24; Chopjian aff. ¶10; Cooperaff.¶12;Shockaff.¶9;Schmidtaff.¶¶9-10;Duusaff.¶10;M.Seelyaff.¶4;Storm aff. ¶¶5, 7;

DePerno aff. ¶¶5-6; McCall aff. ¶¶5, 13). ArticiaBomer was called a "racist name" by an election worker and also harassed by other election workers. *Id.* (Bomeraff.¶7). Zachary Vaupel reported that an election supervisor called him an "obscene name" andtoldhimnottoaskquestionsaboutballotprocessingandcounting. *Id.*(Vaupelaff.¶4). Kim Tocco was personally intimidated and insulted by election workers. *Id.* (Tocco aff. ¶¶1-2). Qian Schmidt was the target of racist comments and asked, "what gives you the right to be here since you are not American?" *Id.* (Schmidt aff. ¶9).

73.     Other challengers were threatened with removal from the counting area if they continued to ask questions about the ballot counting process. *Id.* (A. Seely aff. ¶¶6, 13, 15; Pennalaaff. ¶5).    Challenger Kathleen Daavettila observed that Democratic challengers distributed a packet of information among themselves entitled, "Tactics to Distract GOP Challengers." *Id.* (Daavettila aff., p. 2). An election official told challenger Ulrike Sherer that the election authority had a police SWAT team waiting outside if Republican challengers argued too much.    *Id.*    (Sherer    aff.    ¶24).    An    election    worker    told    challenger JazmineEarlythatsince"Englishwasnot[her]firstlanguage…[she]shouldnotbetaking    part    in    this process." *Id.* (Early aff. ¶11).

74.     Election officials at the TCF Center in Detroit participated in the intimidation experienced by Republican challengers when election officials would applaud, cheer, and yell whenever a Republican challenger was ejected from the counting area. *Id.* (Helminen aff. ¶9; Pennala    aff.    ¶5;    Ballew    aff.    ¶9;    Piontek    aff.    ¶11; Papsdorfaff.¶3;Steffansaff.¶25;Cizmaraff.¶8(D);Kilunenaff.¶5;Daavettilaaff.,p.4;  Cavaliere aff. ¶3; Cassin aff. ¶10; Langer aff. ¶3; Johnson aff. ¶5; Early aff. ¶13; Klamer aff. ¶8; Posch aff. ¶12; Rauf aff. ¶22; Chopjian aff. ¶13; Shock aff.¶10).

### 5.     Poll Workers Ignored or Refused to Record Republican Challenges.

75.     Unfortunately, this did not happen in Wayne County. Many challengers testified that their challenges to ballots were ignored and disregarded. *Id.* (A.Seely aff. ¶4; Helminen aff. ¶5; Miller aff. ¶¶10-11; Schornak aff. ¶¶9, 15; Piontek aff. ¶6; Daavettilaaff.,p.3;Valiceaff.¶2;Sawyeraff.¶7;Kerstein aff.¶3;Modlinaff.¶4;Cassin aff. ¶6; Brigmon aff. ¶5; Sherer aff. ¶11; Early aff. ¶18; Pannebecker aff. ¶9; Vanker aff. ¶5; M. Seely aff. ¶11; Ungar aff. ¶¶16-17; Fracassi aff. ¶4).

76.     As an example of challenges being disregarded and ignored, challenger Alexandra Seely stated that at least ten challenges she made were not recorded. *Id.* (A. Seely aff. ¶4). ArticiaBomer observed that ballots with votes for Trump were separated fromotherballots.*Id.*(Bomeraff.¶5).ArticiaBomerstated,"Iwitnessedelectionworkers open  ballots with Donald Trump votes and respond by rolling their eyes and showing it to other poll workers. I believe some of these ballots may not have been properly counted." *Id.* ¶8. Braden Gaicobazzi challenged thirty-five ballots for whom the voter records did not exist in the poll book, but his challenge was ignored and disregarded. *Id.* (Giacobazzi aff. ¶10). When Christopher Schornak attempted to challenge the counting of ballots,anelectionofficialtoldhim,"Wearenottalkingtoyou,youcannotchallengethis." *Id.*(Schornakaff.¶15).WhenStephanieKrauseattemptedtochallengeballots,anelection workertoldherthatchallengeswerenolongerbeingacceptedbecausethe"rules'nolonger applied.'" *Id.* (Krause aff.¶13).

### 6.     Unlawful Ballot Duplication.

77.     If a ballot is rejected by a ballot-tabulator machine and cannot be read by the machine, the ballot must be duplicated onto a new ballot. The Michigan Secretary of State has instructed, "If the rejection is due to a false read the ballot must be duplicatedby *two election*

*inspectors who have expressed a preference for different political parties.*" Michigan Election Officials' Manual, ch. 8, p. 6 (emphasis added). Thus, the ballot-duplicating process must be performed by bipartisan teams of election officials. It must also be performed where it can be observed bychallengers.

78.     But Wayne County prevented many challengers from observing the ballot duplicating process. *Id.* (Miller aff.  ¶¶6-8; Steffans aff.  ¶¶15-16,  23-24; Mandelbaumaff.¶6;Shereraff.¶¶16-

17;Burtonaff.¶7;Drzewieckiaff.¶7;Klameraff.¶9;Chopjianaff.¶10;Schmidtaff.¶7;Champagneaff.¶ 12;Shinkleaff.,p.1).Challenger John Miller said he was not allowed to observe election workers duplicating                                    a                                    ballot becausethe"duplicationprocesswaspersonallikevoting."*Id.*(Milleraff.¶8).Challenger Mary Shinkle stated that she was told by an election worker that she was not allowed to observeaballotduplicationbecause"ifwemakeamistakethenyouwouldbealloverus."  *Id.*  (Shinkle aff.,  p. 1).Anotherchallengerobservedelectionofficialsmakingmistakeswhen duplicating ballots. *Id.* (Piontek aff. ¶9).

79.     Many challengers testified that ballot duplication was performed only by Democratic election workers, not bipartisan teams. Exhibit 1 (Pettibone aff. ¶3; Kinney aff.,p.1;Wasilewskiaff.,p.1;Schornakaff.¶¶18-19;Dixonaff.,p.1;Kolanagireddyaff.,p.            1; Kordenbrock aff. ¶¶3-4; Seidl aff., p. 1; Kerstein aff. ¶4; Harris aff. ¶3; Sitek aff. ¶4).

**7.     Democratic   Election   Challengers   Frequently   Outnumbered Republican Poll Watchers 2:1 or Even 2:0.**

80.     Dominon contractor Melissa Carrone testified that there were significantly more Democrats than Republicans at the TCF Center, and that as a result there were "over 20 machines [that] had two democrats judging the ballots-resulting in an unfair process."  Exh. 5 ¶5.

Other affiants testified to the fact that Democrats outnumbered Republicans by 2:1 or more *Id.* (Helminon aff. ¶12).   Democrats also impersonated Republican poll watchers. *Id.* (Seely aff. ¶19).

> **8.   Collaboration Between Election Workers, City/County Employees, and Democratic Party Challengers and Activists.**

81.   Affiants testified to systematic and routine collaboration between election workers, Michigan public employees and Democratic election challengers and activists present, in particular to intimidate, harass, distract or remove Republic election watchers. *See, e.g.,* Exh. 1 (Ballow aff. ¶9; Gaicobazzi aff. ¶¶12, 14; Piontek aff. ¶11).

> **B.   Election Workers Fraudulent Forged, Added, Removed or Otherwise Altered Information on Ballots, Qualified Voter List and Other Voting Records**

82.   A lawsuit recently filed by the Great Lakes Justice Center ("GLJC") raises similar allegations of vote fraud and irregularities that occurred in Wayne County. *See* Exhibit 4 (copyofcomplaintfiledintheCircuitCourtofWayneCountyin*Costantino,etal.v.City of Detroit, et al.*) ("GLJC Complaint").The allegations and affidavits included in the GLJC Complaint are incorporated by reference in the body of this Complaint.

> **1.   Election Workers Fraudulently Added "Tens of Thousands" of New Ballots and New Voters in the Early Morning and Evening November 4.**

83.   The most egregious example of election workers fraudulent and illegal behavior concerns two batches of new ballots brought to the TCF Center after the 8:00 PM Election Day deadline.   First, at approximately 4:30 AM on November 4, 2020, poll challenger Andrew Sitto observed "tens of thousands of new ballots" being brought into the counting room, and "[u]nlike the other ballots, these boxes were brought in from the rear of the room." Exh. 4, GLJC Complaint, Exh. C at ¶ 10.   Mr. Sitto heard other Republican challengers state that "several

vehicles with out-of-state license plates pulled up to the TCF Center a little before 4:30 a.m. and unloaded boxes of ballots." *Id.* at ¶ 11. "All ballots sampled that I heard and observed were for Joe Biden." *Id.* at ¶ 12.

84.     A second set of new boxes of ballots arrived at the TCF Center around 9:00 PM on November 4, 2020. According to poll watcher Robert Cushman, contained "several thousand new ballots."  Exh. 4, GLJC Complaint, Exh. D at ¶ 5. Mr. Cushman noted that "none of the names on the new ballots were on the QVF or the Supplemental Sheets," *id.* at ¶ 7, and he observed "computer operators at several counting boards manually adding the names and addresses of these thousands of ballots to the QVF system." *Id.* at ¶ 8. Further, "[e]very ballot was being fraudulently and manually entered into the [QVF], as having been born on January 1, 1990." *Id.* at ¶ 15. When Mr. Cushman challenged the validity of the votes and the impossibility of each ballot having the same birthday, he "was told that this was the instruction that came down from the Wayne County Clerk's office." *Id.* at ¶ 16.

85.     Perhaps the most probative evidence comes from Melissa Carone, who was "contracted to do IT work at the TCF Center for the November 3, 2020 election." Exh. 5, ¶1. On November 4, Ms. Carrone testified that there were "two vans that pulled into the garage of the counting room, one on day shift and one on night shift." *Id.* ¶8. She thought that the vans were bring food, however, she "never saw any food coming out of these vans," and noted the coincidence that "Michigan had discovered over 100,000 more ballots – not even two hours after the last van left." *Id.* Ms. Carrone witnessed this of this illegal vote dump, as well as several other violations outlined below.

### 2. Election Workers Forged and Fraudulently Added Voters to the Qualified Voter List.

86.     Many challengers reported that when a voter was not in the poll book, the election

officials would enter a new record for that voter with a birth date of January 1, 1900. Exhibit 1 (Gaicobazzi aff. ¶10; Piontek aff. ¶10; Cizmer aff. ¶8(F); Wirsing aff., p. 1; Cassin aff. ¶9; Langer aff. ¶3; Harris aff. ¶3; Brigmon aff. ¶5; Sherer aff. ¶¶10-11; Henderson aff. ¶9; Early ¶16; Klamer aff. ¶13; Shock aff. ¶8; M. Seely aff. ¶9). *See also id.* (Gorman aff. ¶¶23-26; Chopjian aff. ¶12; Ungar aff. ¶15; Valden aff. ¶17). Braden Gaicobazzi reported that a stack of thirty-five ballots was counted even though there was no voter record. *Id.* (Giacobazzi aff.¶10).

87.     The GLJC Complaint alleges the Detroit Election Commission "systematically processed and counted ballots from voters whose name failed to appear in either the Qualified Voter File (QVF) or in the supplemental sheets." Exh. 3, GLJC Complaintat 3.  The GLJC Complaint provides additional witness affidavits detailing the fraudulent conduct of election workers, in particular, that of Zachary Larsen, who served as a Michigan Assistant Attorney General from 2012 through 2020 and was a certified poll challenger at the TCF Center.  "Mr. Larsen reviewed the running list of scanned in ballots in the computer system, where it appeared that the voter had already been counted as having voted. An official operating the computer then appeared to assign this ballot to a different voter as he observed a completely different name that was added to the list of voters at the bottom of a running tab of processed ballots on the right side of the screen." *Id.* at ¶ 16.  Mr. Larsen observed this "practice of assigning names and numbers" to non-eligible voters who did not appear in either the poll book or the supplement poll book.  *Id.* at ¶ 17.  Moreover, this appeared to be the case for the majority of the voters whose ballots he personally observed being scanned. *Id.*

### 3.     Changing Dates on Absentee Ballots.

88.     All absentee ballots that existed were required to be inputted into the QVF system by 9:00 p.m. on November 3, 2020. This was required to be done in order to have a final list of absentee voters who returned their ballots prior to 8:00 p.m. on November 3, 2020. In order to

have enough time to process the absentee ballots, all polling locations were instructed to collect the absentee ballots from the drop-box once every hour on November 3, 2020.

89.   Jessica Connarn is an attorney who was acting as a Republican challenger attheTCFCenterinWayneCounty.**EXHIBIT6**.JessicaConnarn'saffidavitdescribeshow anelectionpollworkertoldJessicaConnarnthatthepollworker"wasbeingtoldtochange the date on ballots to reflect that the ballots were received on an earlier date." *Id.* ¶1. Jessica Connarn also provided a photograph of a note handed to her by the poll worker in which the poll worker indicated she (the poll worker) was instructed to change the date ballots were received. *See id.* Jessica Connarn's affidavit demonstrates that poll workers inWayneCountywerepre-datingabsentvoterballots,sothatabsentvoterballotsreceived after 8:00 p.m. on Election Day could be counted.

90.   Plaintiffs have learned of a United States Postal Service ("USPS") worker Whistleblower, on November 4, 2020 told Project Veritas that a supervisor named Johnathan Clarke in Traverse City, Michigan potentially issued a directive to collect ballots and stamp them as received on November 3, 2020, even though there were not received timely, as required by law:  "We were issued a directive this morning to collect any ballots we find in mailboxes, collection boxes, just outgoing mail in general, separate them at the end of the day so that they could hand stamp them with the previous day's date," the whistleblower stated. "Today is November 4th for clarification."[4]  This is currently under IG Investigation at the U.S. Post Office. According to the Postal worker whistleblower, the ballots are in "express bags" so they could be sent to the USPS distribution center.  *Id.*

91.   As set forth in the GLJC Complaint and in the Affidavit of Jessy Jacob, an

---

[4]https://townhall.com/tipsheet/bethbaumann/2020/11/04/usps-whistleblower-in-michigan-claims-higher-ups-were-engaging-in-voter-fraud-n2579501

**APP1861**

employee of the City of Detroit Elections Department,  "on November 4, 2020, I was instructed to improperly pre-date the absentee ballots receive date that were not in the QVF as if they had been received on or before November 3, 2020. I was told to alter the information in the QVF to  falsely show that the absentee ballots had been received in time to be valid. She estimates that this  was done to thousands of ballots."  Exh. 4, GLJC Complaint, Exh. B at ¶ 17.

### 4.    Election Workers Changed Votes for Trump and Other Republican Candidates.

92.    Challenger Articia Bomer stated, "I observed a station where election workers were working on scanned ballots that had issues that needed to be manually corrected. I believe some of these workers were changing votes that had been cast for Donald Trump and other Republican candidates." *Id.* (Bomer aff. ¶9).  In addition to this eyewitness testimony of election workers manually changing votes for Trump to votes for Biden, there is evidence that Dominion Voting Systems did the same thing on a much larger scale with its Dominion Democracy Suite software.  *See generally infra* Section IV.D, Paragraphs 123-131.

### 5.    Election Officials Added Votes and Removed Votes from "Over-Votes".

93.    Another challenger observed over-votes on ballots being "corrected" so that the ballots could be counted. Exh. 3(Zaplitny aff.¶13).    At least one challenger observed poll workers adding marks to a ballot where there was no mark for any candidate. *Id.*(Tyson aff.¶17).

### C.    Additional Violations of Michigan Election Code That Caused Ineligible, Illegal or Duplicate Ballots to Be Counted.

### 1.    Illegal Double Voting.

94.    At                 least                 one                 election                 worker "observed a large number of people who came to the satellite location to vote in-person, but they had

already applied for an absentee ballot. These people were allowed to vote in-person and were not required to return the mailed absentee ballot or sign an affidavit that the voter lost the mailed absentee ballot." Exh. 4, GLJC Complaint (Exh. B) Jacob aff. at ¶ 10. Thiswouldpermitapersontovoteinpersonandalsosendinhis/herabsentee ballot, and thereby vote at least twice.

### 2.    Ineligible Ballots Were Counted – Some Multiple Times.

95.    Challengersreportedthatbatchesofballotswererepeatedlyrunthroughthe      vote tabulation machines. Exh. 3 (Helminen aff. ¶4; Waskilewski aff., p. 1; Mandelbaum aff. ¶5; Rose aff. ¶¶4-14; Sitek aff. ¶3; Posch aff. ¶8; Champagne aff. ¶8). Challenger Patricia Rose stated she observed a stack of about fifty ballots being fed multiple times into a ballot scanner counting machine. *Id.* (Rose aff. ¶¶4-14). ArticiaBomer further stated thatshe witnessed the same group of ballots being rescanned into the counting machine "at least five times." *Id.* ¶12.   Dominion contractor Melissa Carone observed that this was a routine practice at the TCF Center, where she "witnessed countless workers rescanning the batches without discarding them first" – as required under Michigan rules and Dominion's procedures – "which resulted in ballots being counted 4-5 times" by the "countless" number of election workers.  Carone aff. ¶3.  When she observed that a computer indicated that it had "a number of over 400 ballots scanned – which means one batch [of 50] was counted over 8 times," and complained to her Dominion supervisor, she was informed that "we are here to do assist with IT work, not to run their election."  *Id.* at ¶4.

### 3.    Ballots Counted with Ballot Numbers Not Matching Ballot Envelope.

96.    Many challengers stated that the ballot number on the ballot did not match thenumberontheballotenvelope,butwhentheyraisedachallenge,thosechallengeswere     disregarded and  ignored  by  election  officials,  not  recorded,  and  the  ballots  wereprocessed andcounted.Exh. 3(A.Seelyaff.¶15;Wasilewskiaff.,p.1;Schornakaff.¶13;Brunell  aff.  ¶¶17,  19;

Papsdorf aff. ¶3; Spalding aff. ¶¶8, 11; Antonie aff. ¶3; Daavettila aff., p. 3; Atkins aff. ¶3; Harris aff. ¶3; Sherer aff. ¶21; Drzewiecki aff. ¶¶5-6; Klamer aff. ¶4; Rauf aff. ¶¶9-14; Roush aff. ¶¶5-7; Kinney aff. ¶5). For example, when challenger Abbie Helminen raised a challenge that the name on the ballot envelope did not match the name on the voter list, she was told by an election official to "get away" and that the counting table she was observing had "a different process than other tables." *Id.* (Helminen aff. ¶5).

### 4. Election Officials Counted Ineligible Ballots with No Signatures or with No Postmark on Ballot Envelope.

97. At least two challengers observed ballots being counted where there was no signature or postmark on the ballot envelope. *Id.* (Brunell aff. ¶¶17, 19; Spalding aff. ¶13; Sherer aff. ¶13). Challenger Anne Vanker observed that "60% or more of [ballot] envelopes [in a batch] bore the same signature on the opened outer envelope." *Id.* (Vanker aff. ¶5). Challenger William Henderson observed that a counting table of election workers lost eight ballot envelopes. Exhibit 1 (Henderson aff. ¶8). The GLJC Complaint further alleges the Election Commission "instructed election workers to not verify signatures on absentee ballots, to backdate absentee ballots, and to process such ballots regardless of their validity."

### 5. Election Officials Counted "Spoiled" Ballots.

98. At least two challengers observed spoiled ballots being counted. *Id.* (Schornak aff. ¶¶6-8; Johnson aff. ¶4). At least one challenger observed a box of provisional ballots being placed in a tabulation box at the TCF Center. Exhibit 1 (Cizmar aff. ¶5).

### 6. Systematic Violations of Ballot Secrecy Requirements

99. Affiant Larsen identified a consistent practice whereby election officials would remove ballots from the "secrecy sleeve" or peek into the envelopes, visually inspect the ballots, and based on this visual inspection of the ballot (and thereby identify the votes cast), determine

whether to "place the ballot back in its envelope and into a 'problem ballots' box that required additional attention to determine whether they would be processed and counted." Exh. 4, GLJC Complaint, Exh. A at ¶14. Mr. Larsen also observed that some ballots arriving without any secrecy sleeve at all were counted after visual inspection, whereas many ballots without a secrecy sleeve were placed in the "problem ballots" box. *Id.* at ¶¶21-22. "So the differentiation among these ballots despite both ballots arriving in secrecy sleeves was perplexing and again raised concerns that some ballots were being marked as 'problem ballots' based on who the person had voted for rather on any legitimate concern about the ability to count and process the ballot appropriately." *Id.* at ¶24.

### 7.   Election Workers Accepted Unsecured Ballots, without Chain of Custody, after 8:00 PM Election Day Deadline.

100.   Poll challengers observed two batches of new ballots brought to the TCF Center after the 8:00 PM Election Day deadline, as detailed in the GLJC Complaint and Paragraphs 79-81above. Affiant Daniel Gustafson further observed that these batches of ballots "were delivered to the TCF Center in what appeared to be mail bins with open tops." Exh. 4, GLJC Complaint, Exh. E at¶4. Mr. Gustafson further observed that these bins and containers "did not have lids, were not sealed, and did not have the capability of having a metal seal," *id.* at ¶5, nor were they "marked or identified in any way to indicated their source of origin." *Id.* at ¶6.

101.   An election challenger at the Detroit Department of Elections office observed passengers in cars dropping off more ballots than there were people in the car. Exh. 3 (Meyers aff. ¶3). This challenger also observed an election worker accepting a ballot after 8:00 p.m. on Election Day. *Id.*¶7.

102.   An election challenger at the Detroit Department of Elections office observed ballots being deposited in a ballot drop box located at the Detroit Department of Elections after

8:00 p.m. on Election Day. *Id.* (Meyers aff.¶6).

103.    On November 4, 2020, Affiant Matt Ciantar came forward who, independently witnessed, while walking his dog, a young couple delivered 3-4 large plastic clear bags, that appear to be "express bags", as reflected in photographs taken contemporaneously, to a U.S. Postal vehicle waiting. *See generally*Exh. 7 Matt Ciantar Declaration. The use of clear "express bags" is consistent with the USPS whistleblower Johnathan Clarke in Traverse City, Michigan. *See infra* Paragraph 78.

### 8.    Ballots from Deceased Voters Were Counted.

104.    One Michigan voter stated that her deceased son has been recorded as voting twice since he passed away, most recently in the 2020 general election. Exh. 3 (Chase aff.¶3).

## III.    EXPERT WITNESS TESTIMONY SUPPORTING INDICATING WIDESPREAD VOTING FRAUD AND MANIPULATION

### A.    Approximately 30,000 Michigan Mail-In Ballots Were Lost, and Approximately 30,000 More Were Fraudulently Recorded for Voters who Never Requested Mail-In Ballots.

105.    The attached report of William M. Briggs, Ph.D. ("Dr. Briggs Report") summarizes the multi-state phone survey data of 248 Michigan Republican voters collected by Matt Braynard, which was conducted from November 15-17, 2020 and covered voters in Arizona, Georgia, Michigan, Pennsylvania, and Wisconsin. *See* Exh. 101, Dr. Briggs Reportat 1, and Att. 1 ("Braynard Survey"). The Braynard Survey sought to identify two specific errors involving unreturned mail-in ballots that are indicative of voter fraud, namely: "**Error #1:** those who were recorded as receiving absentee ballots *without*requesting them;" and "**Error #2:** those who returned absentee ballots but whose votes went missing (*i.e.*, marked as unreturned)." *Id.* Dr. Briggs then conducted a parameter-free predictive model to estimate, within 95% confidence or prediction intervals, the number of ballots affected by these errors out of a total of 139,190

unreturned mail-in ballots for the State of Michigan.

106.    With respect to **Error #1**, Dr. Briggs analysis estimated that **29,611 to 36,529 ballots** out of the total 139,190 unreturned ballots (**21.27% - 26.24%**) were recorded for voters who had **not** requested them.  *Id.*  With respect to **Error #2**, the numbers are similar with **27,928 to 34,710 ballots** out of 139,190 unreturned ballots (**20.06% - 24.93%**) recorded for voters who **did return their ballots were recorded as being unreturned.**  *Id.*  Taking the average of the two types of errors together, **62,517 ballots, or 45% of the total, are "troublesome."**

107.    These errors are not only conclusive evidence of widespread fraud by the State of Michigan,[5] but they are fully consistent with the fact witness statements above the evidence regarding Dominion presented below insofar as **these purportedly unreturned absentee ballots provide a pool of  60,000-70,000 unassigned and blank ballots that could be filled in by Michigan election workers, Dominion or other third parties to shift the election to Joe Biden**. With respect to Error #1, Dr. Briggs' analysis, combined with the statements of the Michigan voters in the Braynard Survey, demonstrates that approximately **30,000 absentee ballots were sent to someone besides the registered voter named in the request**, and thus could have been filled out by anyone and then submitted in the name of another voter.  With respect to Error #2, Dr. Briggs' analysis indicates that approximately **30,000 absentee ballots were either lost or destroyed** (consistent with allegations of Trump ballot destruction) **and/or were replaced with blank ballots filled out by election workers, Dominion or other third parties.**  Accordingly, Dr. Briggs' analysis showing that almost half of purportedly "unreturned

---

[5]The only other possible explanations for the statements of 248 Michigan mail-in voters included in the Braynard Survey data is (a) that the 248 voters (who had no known pre-existing relationship apart from being listed as having unreturned absentee ballots) somehow contrived to collude together to submit false information or (b) that these 248 suffered from amnesia, dementia or some other condition that caused them to falsely claim that they had requested a mail-in ballot or returned a mail-in ballot.

ballots" suffers from one of the two errors above – which is consistent with his findings in the four other States analyzed (Arizona 58%, Georgia 39%, Pennsylvania 37%, and Wisconsin 31%) – provides further support that these widespread "irregularities" or anomalies was one part of much larger interstate fraudulent scheme to rig the 2020 General Election for Joe Biden.

**B.     Statistical Analysis of Anomalous and Unprecedented Turnout Increases in Specific Precincts Indicate that There Were at Least 40,000 "Excess Voters" in Wayne County and At Least 46,000 in Oakland County.**

108.    The attached affidavit of Eric Quinell, Ph.D. ("Dr. Quinell Report") analyzes the extraordinary increase in turnout from 2016 to 2020 in a relatively small subset of townships and precincts outside of Detroit in Wayne County and Oakland County, and more importantly how nearly 100% or more of all "new" voters from 2016 to 2020 voted for Biden.  *See* Exh. 102. Using publicly available information from Wayne County and Oakland County, Dr. Quinell first found that for the votes received up to the 2016 turnout levels, the 2020 vote Democrat vs. Republican two-ways distributions (i.e., excluding third parties) tracked the 2016 Democrat vs. Republican distribution very closely, which was 55%-45% for Wayne County (outside Detroit) and 54%/46% for Oakland County.  *Id.* at ¶¶18 & 20.

109.    However, after the 2016 turnout levels were reached, the Democrat vs. Republican vote share shifts decisively towards Biden by approximately 15 points, resulting in a 72%/28% D/R split for Oakland County and 70%/30% D/R split for Wayne County (outside of Detroit).  What is even more anomalous – and suspicious – is the fact that nearly all of these "new" votes in excess of 2016 come from a small number of townships/precincts where the increased Biden vote share is nearly 100% or over 100% for Biden.  *Id.*  For example, in the township of Livonia in Wayne County, Biden gained 3.2 voters for every 1 new Trump voter, and Biden receive 97% of all "new" votes over 2016 and 151% of all new voter registrations. *Id.* at ¶6.  In the township of Troy in Oakland County, the vote share shifted from 51%/49% in 2016

to 80%/20% in 2020 due to Biden receiving 98% of new votes above 2016 and 109% of new voter registrations. *Id.* at ¶20. Looking county-wide, Biden gained 2.32 new voters over 2016 levels to every 1 new Trump voter in Wayne County (outside Detroit) and 2.54 additional new voters per Trump voter for Oakland County. *Id.* ¶5.

110. Based on these statistically anomalous results that occurred in a handful of townships in these two counties, Dr. Quinell's model determined that there were 40,771 anomalous votes in Wayne County (outside Detroit) and 46,125 anomalous votes in Oakland County, for a total of nearly 87,000 anomalous votes or approximately 65% of Biden's purported lead in Michigan.

### C.    Over 13,000 Ineligible Voters Who Have Moved Out-of-State Illegally Voted in Michigan.

111. Evidence compiled by Matt Braynard using the National Change of Address ("NCOA") Database shows that 12,120 Michigan voters in the 2020 General Election moved out-of-state prior to voting, and therefore were ineligible. Mr. Braynerd identified 1,170 Michigan voters in the 2020 General Election who subsequently registered to vote in another state, and were therefore ineligible to vote in the 2020 General Election. When duplicates from the two databases are eliminated, the merged number is 13,248 ineligible voters whose votes must be removed from the total for the 2020 General Election.[6]

### D.    There Were At Least 289,866 More Ballots Processed in Four Michigan Counties on November 4 Than There Was Processing Capacity.

112. The expert witness testimony of Russell James Ramsland, Jr. ("Ramsland Affidavit"), which is described in greater detail below, identifies an event that occurred in Michigan on November 4 that is "physically impossible" *See* Exh. 104 at ¶14. The "event"

---

[6]Mr. Braynard posted the results of his analysis on Twitter. *See* https://twitter.com/MattBraynard/status/1329700178891333634?s=20. This Complaint includes a copy of his posting as Exhibit 103.

reflected in the data are "4 spikes totaling 384,733 ballots allegedly processed in a combined interval of 2 hour[s] and 38 minutes" for four precincts/townships in four Michigan counties (Wayne, Oakland, Macomb ne and Kent). *Id.* Based on Mr. Ramsland's analysis of the voting machines available at the referenced locations, he determined that the maximum processing capability during this period was only 94,867 ballots, so that "there were 289,866 more ballots processed in the time available for  processing in the four precincts/townships, than there was processing capacity." *Id.* This amount is alone is **nearly twice the number of ballots by which Biden purportedly leads President Trump** (*i.e.,* approximately 154,180).

IV.     **FACTUAL ALLEGATIONS RE DOMINION VOTING SYSTEMS**

     A.     **Evidence of Specific Fraud Wayne County used ballot tabulators that were shown to miscount votes cast for President Trump and Vice President Pence and instead count them for the Biden-Harristicket.**

113.    On the morning of November 4, unofficial results posted by the Antrim County Clerk showed that Joe Biden had over 7,700 votes — 3,000 more than Donald Trump. Antrim County voted 62% in favor of President Trump in 2016. The Dominion Voting Systems election management system and voting machines (tabulators), which were used in Antrim County, are also used in many other Michigan counties, including Wayne County, were atfault.

114.    However, Malfunctioning voting equipment or defective ballots may have affectedtheoutcomeofavoteonanofficeappearingontheballot."MichiganManualfor     Boards    of County    Canvassers.     Thesevotetabulatorfailuresareamechanicalmalfunctionthat,underMCL 168.831-168.839, requires a "special election" in the precincts affected.

115.    SecretaryofStateBensonreleasedastatementblamingthecountyclerkfor notupdatingcertain"mediadrives,"butherstatementfailedtoprovideanycoherentexplanation  of  how

the Dominion Voting Systems software and vote tabulators produced such a massive miscount.[7]

116.   Secretary Benson continued: "*After discovering the error in reporting the unofficial results, the clerk worked diligently to report correct unofficial results by reviewing the printed totals tape on each tabulator and hand-entering the results for each race, for each precinct in the county*."*Id.*What Secretary Benson fails to address is what would have happened if no one "discover[ed] the error," for instance, in Wayne County, where the number of registered voters is much greater than Antrim County, and where the tabulators were not individuallytested.

117.   Wayne County used the same Dominion voting system tabulators as did AntrimCounty,andWayneCountytestedonlyasingleoneofitsvotetabulatingmachines before the election. The Trump campaign asked Wayne County to have an observer physically present to witness the process. *See* Exhibit 4. Wayne County denied the Trump campaigntheopportunitytobephysicallypresent.RepresentativesoftheTrumpcampaign did have opportunity to watch a portion of the test of a single machine by Zoomvideo.

**B.   The Pattern Of Incidents Shows An Absence Of Mistake - Always In The Favor Of Biden.**

118.   Rules of Evidence, 404(b), applicable to civil matters makes clear that,

(b) Evidence of other crimes, wrongs, or acts shall not be admissible to prove the character of a person in order to show action in conformity therewith. **It may, however, be admissible for other purposes, including, but not limited to, proof of motive, opportunity, intent, preparation, plan, knowledge, identity, or absence of mistake or accident.**

119.   Tabulator issues and election violations occurred elsewhere in Michigan reflecting a pattern, where multiple incidents occurred. In Oakland County, votes flipped a seat to an incumbent Republican, Adam Kochenderfer, from the Democrat challenger when

---

[7] https://www.michigan.gov/documents/sos/Antrim_Fact_Check_707197_7.pdf (emphasis in original).

120.    "A computer issue in Rochester Hills caused them to send us results for seven precincts as both precinct votes and absentee votes. They should only have beensent to us as absentee votes," Joe Rozell, Oakland County Director of Elections for the City of Huntington Woods, said.[8]

121.    This Oakland County flip of votes is significant not only because it reflects a second systems error wherein both favored the Democrats, precinct votes were sent out to be counted, and they were counted twice as a result until the error was caught on a recount, but precinct votes should never be counted outside of the precinct, instead they are required to be sealed in the precinct.

### C.    Dominion Voting Machines and Forensic Evidence of Wide-Spread Fraud in Defendant Counties

122.    The State of Michigan entered into a contract with Dominion Systems' Democracy Suite 4.14-D first, and then included Dominion Systems Democracy Suite 5.0-S on or about January 27, 2017, which added a fundamental modification:  "dial-up and wireless results transmission capabilities to the ImageCast Precinct and results transmission using the Democracy Suite EMS Results Transfer Manager module."

123.    Whereas the same Dominion software in an updated contract with Pennsylvania, unlike in Michigan's contract, sets forth the standard as requiring physical security:  *No components of the Democracy Suite 5.5A shall be connected to any modem or network interface, including the Internet, at any time, except when a standalone local area wired network configuration in which all connected devices are certified voting system components." Id. at 41 (Condition C).*

124.    The Michigan Contract with Dominion Voting Systems Democracy packages

---

[8] Detroit Free Press,  https://www.freep.com/story/news/local/michigan/oakland/2020/11/06/oakland-county-election-2020-race-results/6184186002/

include language that describes *Safety and Security*, which in part makes the risks of potential

breach clear where keys can be lost despite the fact that they provide full access to the unit, and

while it is clear that the electronic access provides control to the unit, and the ability to alter

results, combined with the lack of observers, creates a lack of security that becomes part of a

pattern of the absence of mistake, or fraud:

> The ImageCast tabulators are unlocked by an iButton security key, which is used to:
> • Authenticate the software version (ensuring it is a certified version that has not been tampered with)
> • Decrypt election files while processing ballots during the election
> • Encrypt results files during the election
> • Provide access control to the unit
> **It is anticipated that the iButton security keys may get lost; therefore, any substitute key created for the same tabulator will allow the unit to work fully.**[9]

125.    In late December of 2019, three Senators, Warren, Klobuchar, Wyden and House

Member Mark Pocan wrote about their '*particularized concerns that secretive & "trouble-

plagued companies*'"'"'"have long skimped on security in favor of convenience," in the context of

how they described the voting machine systems that three large vendors – Election Systems &

Software, Dominion Voting Systems, & Hart InterCivic – collectively provide voting machines

& software that facilitate voting for over 90% of all eligible voters in the U.S."

126.    As evidence of the risks of the Dominion Democracy Suite, as described above,

the same Dominion Democracy Suite was denied certification in Texas by the Secretary of State

on January 24, 2020 specifically because of a lack of evidence of efficiency and accuracy and

---

[9]See Exh. 8, State of Michigan Enterprise Procurement, Notice of Contract, Contract No. 071B770017 between the State of Michigan and Dominion Voting Systems Inc. at ¶2.6.2 ("Dominion Michigan Contract").

identified vulnerabilities**to fraud and unauthorized manipulation**.[10]

> **D.   "Red Flags" in Dominion's Michigan Results for 2020 General Election Demonstrate Dominion Manipulated Election Results, and that the Number of Illegal Votes Is Nearly Twice As Great as Biden's Purported Margin of Victory.**

127.    The expert witness testimony of Russell James Ramsland, Jr. ("Ramsland Affidavit")[11]analyzes several "red flags" in Dominion's Michigan results for the 2020 election, and flaws in the system architecture more generally, to conclude that Dominion manipulated election results.  Dominion's manipulation of election results enabled Defendants to engage in further voting fraud violations above and beyond the litany of violations recited above in Section II.A through Section II.C.

> **1.   Antrim County "Glitch" Was Not "Isolated Error" and May Have Affected Other Counties.**

128.    The first red flag is the Antrim County, Michigan "glitch" that switched 6,000 Trump ballots to Biden, and that was only discoverable through a manual hand recount.  *See supra* Paragraph 94.  The "glitch" was later attributed to "clerical error" by Dominion and Antrim Country, presumably because if it were correctly identified as a "glitch", "the system would be required to be 'recertified' according to Dominion officials.  This was not done."  Exh. 104, Ramsland Aff. at ¶10.  Mr. Ramsland is skeptical because "the problem most likely did occur due to a glitch where an update file did not properly synchronize the ballot barcode generation and reading portions of the system."  *Id.*  Further, **such a glitch would not be an**

---

[10] See Texas Analysis of February 15, 2019 from the Voting Systems Examiner to the Director of Elections (emphasis added).

[11]As detailed in the Ramsland Affidavit and the CV attached thereto, Mr. Ramsland is a member of the management team Allied Security Operations Group, LLC ("ASOG"), a firm specializing in cybersecurity, OSINT and PEN testing of networks for election security and detecting election fraud through tampering with electronic voting systems.

**APP1874**

"isolated error," as it "would cause entire ballot uploads to read as zero in the tabulation batch, which we also observed happening in the data (provisional ballots were accepted properly but in-person ballots were being rejected (zeroed out and/or changed (flipped))." *Id.* Accordingly, Mr. Ramsland concludes that it is likely that other Michigan counties using Dominion may "have the same problem." *Id.*

> ### 2. Fractional Vote Counts in Raw Data Strongly Indicate Voting Manipulation through "Ranked Choice Voting Algorithm"

129. Mr. Ramsland's analysis of the raw data , which provides **votes counts, rather than just vote shares, in decimal form** provides highly probative evidence that, in his professional opinion,  demonstrates that Dominion manipulated votes through the use of an "additive" or "Ranked Choice Voting"  algorithm (or what Dominion's user guide refers to as the "RCV Method"). *See id.* at ¶12.[12] Mr. Ramsland presents the following example of this data – taken from "Dominion's direct feed to news outlets" – in the table below. *Id.*

| state | timestamp | eevp | trump | biden | TV | BV |
|---|---|---|---|---|---|---|
| michigan | 2020-11-04T06:54:48Z | 64 | 0.534 | 0.448 | 1925865.66 | 1615707.52 |
| michigan | 2020-11-04T06:56:47Z | 64 | 0.534 | 0.448 | 1930247.664 | 1619383.808 |
| michigan | 2020-11-04T06:58:47Z | 64 | 0.534 | 0.448 | 1931413.386 | 1620361.792 |
| michigan | 2020-11-04T07:00:37Z | 64 | 0.533 | 0.45 | 1941758.975 | 1639383.75 |
| michigan | 2020-11-04T07:01:46Z | 64 | 0.533 | 0.45 | 1945297.562 | 1642371.3 |
| michigan | 2020-11-04T07:03:17Z | 65 | 0.533 | 0.45 | 1948885.185 | 1645400.25 |

130. Mr. Ramsland describes how the RCV algorithm can be implemented, and the significance of the use of fractional vote counts, with decimal places, rather than whole numbers, in demonstrating that Dominion did just that to manipulate Michigan votes.

---

[12]*See id.* (*quoting*Democracy Suite EMS Results Tally and Reporting User Guide, Chapter 11, Settings 11.2.2., which reads, in part, "RCV METHOD: This will select the specific method of tabulating RCV votes to elect a winner.").

For instance, blank ballots can be entered into the system and treated as "write-ins." Then the operator can enter an allocation of the write-ins among candidates as he wishes. The final result then awards the winner based on "points" the algorithm in the compute, not actual votes.  The fact that we observed raw vote data that includes decimal places suggests strongly that this was, in fact, done. Otherwise, votes would be solely represented as whole numbers.  Below is an excerpt from Dominion's direct feed to news outlets showing actual calculated votes with decimals.  *Id.*

### 3.   **StrongEvidence That Dominion Shifted Votes from Trump to Biden.**

131.   A third red flag identified by Mr. Ramslund is the dramatic shift in votes between

the two major party candidates as the tabulation of the turnout increased, and more importantly,

the change in voting share before and after 2 AM on November 4, 2020, after Wayne County and

other Michigan election officials had supposedly halted counting.

Until the tabulated voter turnout reached approximately 83%, Trump was generally winning between 55% and 60% of every turnout point.  **Then, after the counting was closed at 2:00 am, the situation dramatically reversed itself, starting with a series of impossible spikes shortly after counting was supposed to have stopped.**  *Id.* at ¶13.

132.   Once again the means through which Dominion appears to have implemented this

scheme is through the use of blank ballots that were all, or nearly all, cast for Biden.

The several spikes cast solely for Biden could easily be produced in the Dominion system by pre-loading batches of blank ballots in files such as Write-Ins, then casting them all for Biden using the Override Procedure (to cast Write-In ballots) that is available to the operator of the system. A few batches of blank ballots could easily produce a reversal this extreme, a reversal that is almost as statistically difficult to explain as is the impossibility of the votes cast to number of voters described in Paragraph 11 above.*Id.*

### 4.   **The November 4 Ballot Dumps Wayne County and Other Michigan Counties Was "Physically Impossible" Because There Were More Ballots Than Machines in Those Four Counties Could Have Counted Or Processed.**

133.   Mr Ramsland and his team analyzed the sudden injection of totaling 384,733

ballots by four Michigan counties (Wayne, Oakland, Macomb, and Kent) in a 2 hour 38 minute

period in the early morning of November 4 (which would have included the first ballot dump

described above in Paragraph 72), and concluded that "**[t]his is an impossibility, given the equipment available at the 4 reference locations (precincts/townships)."** *Id.* at ¶14.

134. Specifically, Mr. Ramslund calculated that "94,867 ballots as the maximum number of ballots that could be processed" in that time period, and thus that "[t]here were 289,866 more ballots processed in the time available for processing in four precincts/townships, than the capacity of the system allows." *Id.* Mr. Ramsland concludes that "[t]he documented existence of the spikes are strongly indicative of a manual adjustment either by the operator of the system (see paragraph 12 above) or an attack by outside actors." *Id.* The vote totals added for all Michigan counties, including Wayne, Oakland, Macomb and Kent counties, for the period analyzed by Mr. Ramsland are reproduced in the figure below.



**APP1877**

> **5.    The Number of Illegal Votes Attributable to Dominion Is Nearly Twice the Biden's Purported Margin in Michigan.**

135.    Based on his analysis of the red flags and statistical anomalies discussed below, Mr. Ramsland concludes that:

> [T]hese statistical anomalies and impossibilities compels the conclusion to a reasonable degree of professional certainty that the vote count in Michigan and in Wayne County, in particular for candidates for President contain at least 289,866 illegal votes that must be disregarded.

Given that Mr. Biden's currently purported margin of victory is approximately 154,000, the number of illegal votes attributable Dominion's fraudulent and illegal conduct is by itself (without considering the tens or hundreds of thousands of illegal votes due to the unlawful conduct described in Section II), is nearly twice Mr. Biden's current purported lead in the State of Michigan.  Thus Mr. Ramsland affidavit alone provides this Court more than sufficient basis to grant the relief requested herein.

### E.    Additional Independent Findings of Dominion Flaws.

136.    Further supportive of this pattern of incidents, reflecting an absence of mistake, Plaintiffs have since learned that the "glitches" in the Dominion system -- that have the uniform effect of hurting Trump and helping Biden -- have been widely reported in the press and confirmed by the analysis of independent experts.

> **1.    Central Operator Can Remove, Discard or Manipulate Votes.**

137.    Plaintiffs have also learned of the connection between Dominion Voting Systems, Smartmatic and the voting systems used in Venuezela and the Phillipines.

a. Dominion Voting has also contradicted itself in a rush to denial a pattern of errors that lead to fraud.  For example, Dominion Voting Systems machines can read all of these instruments, including Sharpies.https://www.dominionvoting.com/

b. but Dominion Voting's Democracy Suite contract with Michigan specifically requires:

*Black Inc:  Black ink (or toner) must be dense, opaques, light-fast and permanent, with a measured minimum 1.2 reflection density (log) above the paper base.*[13]

138.    An Affiant, who is a network & Information cybersecurities expert, under sworn testimony explains that after studying the user manual for Dominion Voting Systems Democracy software, he learned that   the information about scanned **ballots can be tracked inside the software system for Dominion:**

> (a)    When bulk ballot scanning and tabulation begins, the "ImageCast Central" workstation operator will load a batch of ballots into the scanner feed tray and then start the scanning procedure within the software menu. The scanner then begins to scan the ballots which were loaded into the feed tray while the "ImageCast Central" software application tabulates votes in real-time. Information about scanned ballots can be tracked inside the "ImageCast Central" software application.
> (See Exh.Aff. of Watkins __, at par.11).

139.    The **Affiant further explains that the central operator can remove or discard batches of votes.**   "After all of the ballots loaded into the scanner's feed tray have been through the scanner, the "ImageCast Central" operator will remove the ballots from the tray then have the option to either "Accept Batch" or "Discard Batch" on the scanning menu …. "Id. at ¶ 12.

140.    Affiantfurther testifies that the user manual makes clear that the system allows for threshold settings to be set to find all ballots get marked as "problem ballots" for discretionary determinations on where the vote goes stating:

> "*During the voting process, the voter will mark an oval on the ballot using a writing device. During the scanning process, the "ImageCast Central" software will detect how much of a percent coverage of the oval was filled in by the voter. The Dominion customer determines the thresholds of which the oval needs to be covered by a mark in order to qualify as a valid vote. If a ballot has a marginal mark which did not meet the specific thresholds set by the customer, then the ballot is considered a "problem ballot" and may be set aside into a folder named "NotCastImages". Through creatively tweaking the oval coverage threshold settings it should be possible to set thresholds in such a way that a non-trivial amount of ballots are marked "problem ballots" and sent to the "NotCastImages"*

---

[13]See Exh. 8, par. 2.6.2 of contract # 071B770017.

*folder. It is possible for an administrator of the ImageCast Central work station to view all images of scanned ballots which were deemed "problem ballots" by simply navigating via the standard "Windows File Explorer" to the folder named "NotCastImages" which holds ballot scans of "problem ballots". It is possible for an administrator of the "ImageCast Central" workstation to view and delete any individual ballot scans from the "NotCastImages" folder by simply using the standard Windows delete and recycle bin functions provided by the Windows 10 Pro operating system.*

*Id.* at ¶¶ 13-14.

141.   The Affiant further explains the vulnerabilities in the system when the copy of the selected ballots that are approved in the Results folder are made to a flash memory card – and that is connected to a Windows computer stating:

*It is possible for an administrator of the "ImageCast Central" workstation to view and delete any individual ballot scans from the "NotCastImages" folder by simply using the standard Windows delete and recycle bin functions provided by the Windows 10 Pro operating system. ... The upload process is just a simple copying of a "Results" folder containing vote tallies to a flash memory card connected to the "Windows 10 Pro" machine. The copy process uses the standard drag-n-drop or copy/paste mechanisms within the ubiquitous "Windows File Explorer". While a simple procedure, this process may be error prone and is very vulnerable to malicious administrators.*

*Id.* at par. 14 and 15.

### 2.   Dominion – By Design – Violates Federal Election & Voting Record Retention Requirements.

142.   The Dominion System put in place by its own design violates the intent of Federal law on the requirement to preserve and retain records – which was clearly requires preservation of all records requisite to voting in such an election.

F.   **§ 20701.** Retention and preservation of records and papers by officers of elections; deposit with custodian; penalty for violation

Every officer of election shall retain and preserve, for a period of twenty-two months from the date of any general, special, or primary election of which candidates for the office of President, Vice President, presidential elector, Member of the Senate, Member of the House of Representatives, or Resident Commissioner from the Commonwealth of Puerto Rico are

**APP1880**

voted for, **all records and papers which come into his possession relating to any application, registration, payment of poll tax, or other act requisite to voting in such election,** except that, when required by law, such records and papers may be delivered to another officer of election and except that, if a State or the Commonwealth of Puerto Rico designates a custodian to retain and preserve these records and papers at a specified place, then such records and papers may be deposited with such custodian, and the duty to retain and preserve any record or paper so deposited shall devolve upon such custodian. Any officer of election or custodian who willfully fails to comply with this section shall be fined not more than $1,000 or imprisoned not more than one year, or both.

143.   A Penn Wharton Study from 2016 concluded that "Voters and their representatives in government, often prompted by news of high-profile voting problems, also have raised concerns about the reliability and integrity of the voting process, and have increasingly called for the use of modern technology such as laptops and tablets to improve convenience.

144.   As evidence of the risks of the Dominion Democracy Suite, as described above, the same Dominion Democracy Suite was denied certification in Texas by the Secretary of State on January 24, 2020 specifically because of a **lack of evidence of efficiency and accuracy and to be safe from fraud or unauthorized manipulation.**[14]

### 3.   Dominion Vulnerabilities To Hacking.

145.   Plaintiffs have since learned that the "glitches" in the Dominion system -- that have the uniform effect of hurting Trump and helping Biden -- have been widely reported in the press and confirmed by the analysis of independent experts.

146.   Plaintiffs can show, through expert and fact witnesses that:

A.   Massive End User Vulnerabilities.

---

[14]*See* Exh. X, Report of Review of Dominion Voting Systems Democracy Suite 5.5-A Elections Division by the Secretary of State's office, Elections Division, January 24, 2020.

(1) Users on the ground have full admin privileges to machines and software. The Dominion system is designed to facilitate vulnerability and allow a select few to determine which votes will be counted in any election.  Workers were responsible for moving ballot data from polling place to the collector's office and inputting it into the correct folder.  Any anomaly, such as pen drips or bleeds, is not counted and is handed over to a poll worker to analyze and decide if it should count. This creates massive opportunity for improper vote adjudication.  (See Exh.____ For Affiant Watkins).

(2) Affiant witness (name redacted for security reasons[15]), in his sworn testimony explains he was selected for the national security guard detail of the President of Venezuela, and that he witnessed the creation of Smartmatic for the purpose of election vote manipulation:

"I was witness to the creation and operation of a sophisticated electronic voting system that permitted the leaders of the Venezuelan government to manipulate the tabulation of votes for national and local elections and select the winner of those elections in order to gain and maintain their power.  Importantly, I was a direct witness to the creation and operation of an electronic voting system in a conspiracy between a company known as Smartmatic and the leaders of conspiracy with the Venezuelan government. This conspiracy specifically involved President Hugo Chavez Frias, the person in charge of the National Electoral Council named Jorge Rodriguez, and principals, representatives, and personnel from Smartmatic which included … The purpose of this conspiracy was to create and operate a voting system that could change the votes in elections from votes against persons running the Venezuelan government to votes in their favor in order to maintain control of the government."

(*See* Exh. 14, pars. 6, 9, 10).

147.   Specific vulnerabilities of the systems in question that have been documented or reported include:

A. Barcodes can override the voters' vote: As one University of California, Berkeley study shows, "In all three of these machines [including Dominion Voting Systems] the ballot marking printer is in the same paper path as the mechanism to deposit marked ballots into an attached ballot box.  This opens up a very serious security vulnerability:  the voting machine can make the paper ballot (to add votes or spoil already-case votes) after the last time the voter sees the paper, and then deposit that marked ballot into the ballot box

---

[15]The Affiant's name will be produced in camera to the court, with a motion for seal of the information.

without the possibility of detection." (See Ex. __.) [16]

B. Voting machines were able to be connected to the internet by way of laptops that were obviously internet accessible. If one laptop was connected to the internet, the entire precinct was compromised.

C. "We … discovered that at least some jurisdictions were not aware that their systems were online," said Kevin Skoglund, an independent security consultant who conducted the research with nine others, all of them long-time security professionals and academics with expertise in election security. Vice. August 2019. 17

D. October 6, 2006 – Congresswoman Carolyn Maloney calls on Secretary of Treasury Henry Paulson to conduct an investigation into Smartmatic based on its foreign ownership and ties to Venezuela.  (See Exh. __.).

E. Congresswoman Maloney wrote that "It is undisputed that Smartmatic is foreign owned and it has acquired Sequoia … Smartmatica now acknowledged that Antonio Mugica, a Venezuelan businessman has a controlling interest in Smartmatica, but the company has not revealed who all other Smartmatic owners are.

F. Dominion "got into trouble" with several subsidiaries it used over alleged cases of fraud. One subsidiary is Smartmatic, a company "that has played a significant role in the U.S. market over the last decade," according to a report published by UK-based AccessWire.

G. Litigation over Smartmatic "glitches" alleges they impacted the 2010 and 2013 mid-term elections in the Philippines, raising questions of cheating and fraud. An independent review of the source codes used in the machines found multiple problems, which concluded, "The software inventory provided by Smartmatic is inadequate, … which brings into question the software credibility," ABS-CBN reported.

H. Dominion acquired Sequoia Voting Systems as well as Premier Election Solutions (formerly part of Diebold, which sold Premier to ES&S in 2009, until antitrust issues forced ES&S to sell Premier, which then was acquired by Dominion). This map illustrates 2016 voting machine data—meaning, these data do not reflect geographic aggregation at the time of acquisition, but

---

[16]Ballot Marking Devices (BMDs) Cannot Assure the Will of the Voters, Andrew W. Appel, Richard T. DeMello, University of California, Berkeley, 12/27/2019.

[17]https://www.vice.com/en/article/3kxzk9/exclusive-critical-us-election-systems  have-been-left-exposed-online-despite-official-denials

**APP1883**

rather the machines that retain the Sequoia or Premier/Diebold brand that now fall under Dominion's market share. (The Business of Voting, Penn Wharton, Caufield, p. 16).

I.  Dominion entered into a 2009 contract with Smartmatic and provided Smartmatic with the PCOS machines (optical scanners) that were used in the 2010 Philippine election, the biggest automated election run by a private company. The automation of that first election in the Philippines was hailed by the international community and by the critics of the automation. The results transmission reached 90% of votes four hours after polls closed and Filipinos knew for the first time who would be their new president on Election Day. In keeping with local Election law requirements, Smartmatic and Dominion were required to provide the source code of the voting machines prior to elections so that it could be independently verified.18

J.  In late December of 2019, three Democrat Senators, Warren, Klobuchar, Wyden and House Member Mark Pocan wrote about their 'particularized concerns that secretive & "trouble -plagued companies"' "have long skimped on security in favor of convenience," in the context of how they described the voting machine systems that three large vendors – Election Systems & Software, Dominion Voting Systems, & Hart InterCivic – collectively provide voting machines & software that facilitate voting for over 90% of all eligible voters in the U.S." (See Exh. __, attached copy of Senators' letter).

K.  Senator Ron Wyden (D-Oregon) said the findings [insecurity of voting systems] are "yet another damning indictment of the profiteering election vendors, who care more about the bottom line than protecting our democracy." It's also an indictment, he said, "of the notion that important cybersecurity decisions should be left entirely to county election offices, many of whom do not employ a single cybersecurity specialist." Vice. August 2019.19

148.   The expert witness in pending litigation in the United States District Court of Georgia, _____, Harri Hursti, specifically testified to the acute security vulnerabilities, among other facts, by declaration filed on August 24, 2020, (See Exhibit

_____

18LONDON, ENGLAND / ACCESSWIRE / August 10, 2017, *Voting Technology Companies in the U.S. - Their Histories and Present Contributions*
19*https://www.vice.com/en/article/3kxzk9/exclusive-critical-us-election-systems-*

*have-been-left-exposed-online-despite-official-denials*

"____" attached hereto) wherein he testified or found:

A. "The scanner and tabulation software settings being employed to determine which votes to count on hand marked paper ballots are likely causing clearly intentioned votes to be counted" "The voting system is being operated in Fulton County in a manner that escalates the security risk to an extreme level" "Votes are not reviewing their BMD printed ballots, which causes BMD generated results to be un-auditable due to the untrustworthy audit trail." 50% or more of voter selections in some counties were visible to poll workers. Dominion employees maintain near exclusive control over the EMS servers. "In my professional opinion, the role played by Dominion personnel in Fulton County, and other counties with similar arrangements, should be considered an elevated risk factor when evaluating the security risks of Georgia's voting system." See Paragraph 26 of Hursti Declaration.

B. A video game download was found on one Georgia Dominion system laptop, suggesting that multiple Windows updates have been made on that respective computer.

C. There is evidence of remote access and remote troubleshooting which presents a grave security implication.

D. Certified identified vulnerabilities should be considered an "extreme security risk."

E. There is evidence of transfer of control the systems out of the physical perimeters and place control with a third party off site.

F. USB drives with vote tally information were observed to be removed from the presence of poll watchers during a recent election.

1.        Hursti stated within said Declaration:

"The security risks outlined above – operating system risks, the failure to harden the computers, performing operations directly on the operating systems, lax control of memory cards, lack of procedures, and potential remote access are extreme and destroy the credibility of the tabulations and output of the reports coming from a voting system." (See Paragraph 49 of Hursti Declaration).

149.     Rather than engaging in an open and transparent process to give credibility to Michigan's Dominion-Democracy Suite voting system, the processes were hidden during the receipt, review, opening, and tabulation of those votes in direct contravention of Michigan's Election Code and Federal law.

150.    Finally, an analysis of the Dominion software system by a former US Military Intelligence expert concludes that the system and software have been accessible and were certainly compromised by rogue actors, such as Iran and China.  By using servers and employees connected with rogue actors and hostile foreign influences combined with numerous easily discoverable leaked credentials, Dominion neglectfully allowed foreign adversaries to access data and intentionally provided access to their infrastructure in order to monitor and manipulate elections, including the most recent one in 2020.  *See* Exh. 105, Spider Declaration.

### 4.    Dominion Connections to Smartmatic and Hostile Foreign Governments and Domestic Groups Such as Antifa.

151.    Plaintiffs can also show Smartmatic's incorporation and inventors who have backgrounds evidencing their foreign connections, including Serbia, specifically its identified inventors:

Applicant: SMARTMATIC, CORP.

Inventors**:** Lino Iglesias, Roger Pinate, Antonio Mugica, Paul Babic, Jeffrey Naveda, Dany Farina, Rodrigo Meneses, Salvador Ponticelli, Gisela Goncalves, Yrem Caruso[20]

152.    Another Affiant witness testifies that in Venezuela, she was in official position related to elections and witnessed manipulations of petitions to prevent a removal of President Chavez and because she protested, she was summarily dismissed. She explains the vulnerabilities of the electronic voting system and Smartmatica to such manipulations.  (See Exh. __, Anna Mercedes Diaz Cardozo).

153.    Plaintiffs have also learned through several reports that in 2010 Eric Coomer joined Dominion as Vice President of U.S. Engineering.  According to his bio,

---

20https://patents.justia.com/assignee/smartmatic-corp

**APP1886**

Coomer graduated from the University of California, Berkeley with a Ph.D. in Nuclear Physics. Eric Coomer was later promoted to Voting Systems Officer of Strategy and Security although Coomer has since been removed from the Dominion page of directors after Joe Oltmann disclosed that as a reporter he infiltrated ANTIFA< a domestic terrorist organization where he recorded Eric Coomer representing that "Don't worry Trump won't win the election, we fixed that." – as well as twitter posts with violence threatened against President Trump.  (*See* Joe Oltmann interview with Michelle Malkin dated November 13, 2020 which contains copies of Eric Coomer's recording and tweets).[21]

154.     In sum, as set forth above, for a host of independent reasons, the Michigan certified election results concluding that Joe Biden received 154,180 more votes that President Donald Trump must be set aside.

## COUNT I

**Defendants Violated the Elections and Electors Clauses and 42 U.S.C. § 1983.**

155.     Plaintiffs reallege all preceding paragraphs as if fully set forth herein.

156.     The Electors Clause states that "[e]ach State shall appoint, in such Manner as the Legislaturethereofmaydirect,aNumberofElectors"forPresident.U.S.Const.art.   II,   §1,   cl.   2 (emphasis added).Likewise, the Elections Clause of the U.S. Constitution states that "[t]he Times,Places,andMannerofholdingElectionsforSenatorsandRepresentatives,shallbe prescribed in each State by *the Legislature* thereof." U.S. Const. art. I, §4, cl. 1 (emphasis added).

157.     The Legislature is "'the representative body which ma[kes] the laws of the

---

people.'" *Smiley*, 285 U.S. at 193.   Regulations of congressional and presidential elections, thus, "must be in accordance with the method which the state has prescribed for legislative enactments." Id. at 367; *see also Ariz. State Legislature v. Ariz. Indep. Redistricting Comm'n*, 135 S. Ct. 2652, 2668 (2015).

158.    Defendants are not part of the Michigan Legislature and cannot exercise legislative power. Because the United States Constitution reserves for the Michigan Legislature the power to set the time, place, and manner of holding elections for the President and Congress, county boards of elections and state executive officers have no authority to unilaterally exercise that power, much less to hold them in ways that conflict with existing legislation.  Defendants are not the legislature, and their unilateral decision to deviate from the requirements of the Michigan Election Code violates the Electors and Elections Clause of the United States Constitution.

159.    Many affiants testified to Defendants' failure to follow the requirements of the Michigan Election Code, as enacted by the Michigan Legislature, MCL §§ 168.730-738, relating to the rights of partisan election challengers to provide transparency and accountability to ensure that all, and only, lawful ballots casts be counted, and that the outcome of the election was honestly and fairly determined by eligible voters casting legal ballots.  As detailed in Section II, many of these requirements were either disregarded altogether or applied in a discriminatory manner to Republican poll watchers.  Specifically, election officials violated Michigan's Election Code by: (a) disregarding or violating MCL § 168.730 and § 168.733 requiring election challengers to have meaningful access to observe the counting and processing of ballots, *see supra* Paragraphs 59-75; (b) wanton and widespread forgery and alteration, addition or

removal of votes, voters, or other information from ballots, the QVF or other voting records, *see supra* Paragraphs 76-86; and (c) illegal double voting, counting ineligible ballots, failure to check signatures or postmarks, and several other practices in clear violation of the Michigan Election Code (and in some cases at the express direction of supervisors or Wayne County officials). *See supra* Paragraphs 87-98.

160. Plaintiffs have no adequate remedy at law and will suffer serious and irreparable harm unless the injunctive relief requested herein is granted. Defendants have acted and, unless enjoined, will act under color of state law to violate the Elections Clause.

161. Accordingly, the results for President in the November 3, 2020 election must be set aside.

## COUNT II

**Governor Whitmer, Secretary Benson and Other Defendants Violated TheFourteenth Amendment U.S. Const. Amend. XIV, 42 U.S.C. § 1983**

**Denial of Equal Protection**

**Invalid Enactment of Regulations Affecting Observation and Monitoring of the Election**

162. Plaintiffs refer to and incorporate by reference each of the prior paragraphs of this Complaint as though the same were repeated at length herein.

163. The Fourteenth Amendment of the United States Constitution provides "nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws. *See also Bush v. Gore*, 531 U.S. 98, 104 (2000)(having once granted the right to vote on equal terms, the State may not, by later arbitrary and disparate treatment, value one person's vote

over the value of another's).  *Harper v. Virginia Board of Elections*, 383 U.S. 663, 665 (1966) ("Once the franchise is granted to the electorate, lines may not be drawn which are inconsistent with the Equal Protection Clause of the Fourteenth Amendment.").  The Court has held that to ensure equal protection, a problem inheres in the absence of specific standards to ensure its equal application. *Bush*, 531 U.S. at 106 ("The formulation of uniform rules to determine intent based on these recurring circumstances is practicable and, we conclude, necessary.").

164.    The equal enforcement of election laws is necessary to preserve our most basic and fundamental rights.  The requirement of equal protection is particularly stringently enforced as to laws that affect the exercise of fundamental rights, including the right to vote.

165.    In statewide and federal elections conducted in the State of Michigan, including without limitation the November 3, 2020 General Election, all candidates, political parties, and voters, including without limitation Plaintiffs, have a vested interest in being present and having meaningful access to observe and monitor the electoral process in each County to ensure that it is properly administered in every election district and otherwise free, fair, and transparent.

166.    Moreover, through its provisions involving watchers and representatives, the Michigan Election Code ensures that all candidates and political parties in each County, including the Trump Campaign, have meaningful access to observe and monitor the electoral process to ensure that it is properly administered in every election district and otherwise free, fair, and transparent. *See, e.g.,*MCL § 168.730 &§ 168.733(1).  Further, the Michigan Election Code provides it is a felony punishable by

up to two years in state prison for any person to threaten or intimidate a challenger who is performing any activity described in Michigan law. MCL § 168.734(4). Defendants have a duty to treat the voting citizens in each County in the same manner as the citizens in other Counties in Michigan.

167. As set forth in Count I above, Defendants failed to comply with the requirements of the Michigan Election Code and thereby diluted the lawful ballots of the Plaintiffs and of other Michigan voters and electors in violation of the United States Constitution guarantee of Equal Protection.

168. Specifically, Defendants denied the Trump Campaign equal protection of the law and their equal rights to meaningful access to observe and monitor the electoral process enjoyed by citizens in other Michigan Counties by: (a) denying Republican poll challengers access to the TCF Center or physically removing them or locking them out for pretextual reasons; (b) denied Republican poll watchers meaningful access to, or even physically blocking their view of, ballot handling, processing, or counting; (c) engaged in a systematic pattern of harassment, intimidation, verbal insult, and even physical removal of Republican poll challengers; (d) systematically discriminated against Republican poll watchers and in favor of Democratic poll watchers and activists in enforcing rules (in particular, through abuse of "social distancing" requirements); (e) ignored or refused to record Republican challenges to the violations set forth herein; (f) refusing to permit Republican poll watchers to observe ballot duplication or to check if duplication was accurate; (g) unlawfully coached voters to vote for Biden and other democratic candidates, including at voting stations; and (h) colluded with other Michigan State, Wayne County and City of Detroit employees (including police) and

Democratic poll watchers and activists to engage in the foregoing violations.   *See generally supra* Section II.A, Paragraphs 56-75.

169.   Defendants further violated Michigan voters' rights to equal protection insofar as it allowed Wayne County and City of Detroit election workers to process and count ballots in a manner that allowed ineligible ballots to be counted, including: (a) fraudulently adding tens of thousands of new ballots and/or new voters to the QVF in two separate batches on November 4, 2020, all or nearly all of which were votes for Joe Biden; (b) systematically forging voter information and fraudulently adding new voters to the QVF (in particular, where a voter's name could not be found, assigning the ballot to a random name already in the QVF to a person who had not voted and recorded these new voters as having a birthdate of 1/1/1900); (c) fraudulently changing dates on absentee ballots received after 8:00 PM Election Day deadline to indicate that such ballots were received before the deadline; (d) changing Votes for Trump and other Republican candidates; (e) adding votes to "undervote" ballots and removing votes from "Over-Votes"; (f) permitting illegal double voting by persons that had voted by absentee ballot and in person; (g) counting ineligible ballots – and in many cases – multiple times;  (h) counting ballots without signatures, or without attempting to match signatures, and ballots without postmarks, pursuant to direct instructions from Defendants; (i) counting "spoiled" ballots; (j) systematic violations of ballot secrecy requirements; (k) accepting unsecured ballots arrived at the TCF Center loading garage, not in sealed ballot boxes, without any chain of custody, and without envelopes, after the 8:00 PM Election Day deadline; (l) accepting and counting ballots from deceased voters; and (m) accepting and counting ballots collected from unattended remote drop

boxes.  *See generally infra* Section II.B. and II.C, Paragraphs 76-98.

170.   Plaintiffs have obtained direct eyewitness testimony confirming that certain of these unlawful practices were at the express direction of Wayne County election officials.  With respect to (a) and (b), Affiant Cushman testified that election supervisor Miller informed him that the Wayne County Clerk's office had expressly instructed them to manually to enter thousands of ballots arriving around 9 PM on November 4, 2020, from voters not in the QVF, and to manually enter these unregistered voters in the QVF with the birthdate of 1/1/1900.   Exh. 3, GLJC Complaint, Exh. D at¶¶ 14-17. With respect to (c), fraudulently back-dating absentee ballots, City of Detroit election worker Affiant Jacob affirmed that she was instructed by supervisors to "improperly pre-date the absentee ballots receive date … to falsely show that absentee ballots had been received in time to be valid." *Id*. Exh. B at ¶17. With respect to (h) (accepting ballots without signatures or postmarks), affiants testified that election workers did so at the express direction of Wayne County election officials. *See id.* at ¶15.

171.   Other Michigan county boards of elections provided watchers and representatives of candidates and political parties, including without limitation watchers and representatives of the Trump Campaign, with appropriate access to view the absentee and mail-in ballots being pre-canvassed and canvassed by those county election boards without the restrictions and discriminatory treatment outline above.Defendants intentionally and/or arbitrarily and capriciously denied Plaintiffs access to and/or obstructed actual observation and monitoring of the absentee and mail-in ballots being pre-canvassed and canvassed by Defendants, depriving them of the

equal protection of those state laws enjoyed by citizens in other Counties.

172.    Defendants have acted and will continue to act under color of state law to violate Plaintiffs' right to be present and have actual observation and access to the electoral process as secured by the Equal Protection Clause of the United States Constitution.Defendants thus failed to conduct the general election in a uniform manner as required by the Equal Protection Clause of the Fourteenth Amendment, the corollary provisions of the Michigan Constitution, and the Michigan Election Code.

173.    Plaintiffs seek declaratory and injunctive relief requiring Secretary Benson to direct that the Michigan Counties allow a reasonable number of challengers to meaningfully observe the conduct of the Michigan Counties canvassers and board of state canvassers and that these canvassing boards exercise their duty and authority under Michigan law, which forbids certifying a tally that includes any ballots that were not legally cast, or that were switched from Trump to Biden through the unlawful use of Dominion Democracy Suite software and devices.

174.    In addition, Plaintiffs ask this Court to order that no ballot processed by a counting board in the Michigan Counties can be included in the final vote tally unless a challenger was allowed to meaningfully observe the process and handling and counting of the ballot, or that were unlawfully switched from Trump to Biden.

175.    Plaintiffs have no adequate remedy at law and will suffer serious and irreparable harm unless the declaratory and injunctive relief requested herein is granted. Indeed, the setting aside of an election in which the people have chosen their representative is a drastic remedy that should not be undertaken lightly, but instead should be reserved for cases in which a person challenging an election has clearly

established a violation of election procedures and has demonstrated that the violation has placed the result of the election in doubt. Michigan law allows elections to be contested through litigation, both as a check on the integrity of the election process and as a means of ensuring the fundamental right of citizens to vote and to have their votes counted accurately.

176.    In addition to the alternative requests for relief in the preceding paragraphs, hereby restated, Plaintiffs seek a permanent injunction requiring the Wayne County and other Michigan Election Boards to invalidate ballots cast by: (1) any voter added to the QVF after the 8:00 PM Election Day deadline; (3) any absentee or mail-in ballot received without a signature or postmark; (4) any ballot cast by a voter who submitted a mail-in ballot and voted in person; (5) any ballot cast by a voter not in the QVF that was assigned the name of a voter in the QVF; (6) voters whose signatures on their registrations have not been matched with ballot, envelope and voter registration check; and (7) all "dead votes".*See generally supra* Section II.A-II.C.

### COUNT III

### Fourteenth Amendment, U.S. Const. Art. I § 4, cl. 1; Art. II, § 1, cl. 2; Amend. XIV, 42 U.S.C. § 1983

### Denial of Due Process On The Right to Vote

177.    Plaintiffs refer to and incorporate by reference each of the prior paragraphs of this Complaint as though the same were repeated at length herein.

178.    The right of qualified citizens to vote in a state election involving federal

64

**APP1895**

candidates is recognized as a fundamental right under the Fourteenth Amendment of the United States Constitution. *Harper,* 383 U.S. at 665. *See also Reynolds*, 377 U.S. at 554 (The Fourteenth Amendment protects the "the right of all qualified citizens to vote, in state as well as in federal elections."). Indeed, ever since the Slaughter-House Cases,83 U.S. 36 (1873), the United States Supreme Court has held that the Privileges or Immunities Clause of the Fourteenth Amendment protects certain rights of federal citizenship from state interference, including the right of citizens to directly elect members of Congress. *SeeTwining v. New Jersey*, 211 U.S. 78, 97 (1908) (*citing Ex parte Yarbrough*, 110 U.S. 651, 663-64 (1884)). *See alsoOregon v. Mitchell*,400 U.S. 112, 148-49 (1970) (Douglas, J., concurring) (collecting cases).

179.    The fundamental right to vote protected by the Fourteenth Amendment is cherished in our nation because it "is preservative of other basic civil and political rights." *Reynolds*, 377 U.S. at 562. Voters have a "right to cast a ballot in an election free from the taint of intimidation and fraud," *Burson v. Freeman*, 504 U.S. 191, 211 (1992), and "[c]onfidence in the integrity of our electoral processes is essential to the functioning of our participatory democracy." *Purcell v. Gonzalez*, 549 U.S. 1, 4 (2006) (percuriam).

180.    "Obviously included within the right to [vote], secured by the Constitution, is the right of qualified voters within a state to cast their ballots and have them counted" if they are validly cast. *United States v. Classic*, 313 U.S. 299,315 (1941). "[T]he right to have the vote counted" means counted "at full value without dilution or discount." *Reynolds*, 377 U.S. at 555, n.29 (*quoting South v. Peters*, 339 U.S. 276, 279 (1950) (Douglas, J., dissenting)).

181.   "Every voter in a federal . . . election, whether he votes for a candidate with little chance of winning or for one with little chance of losing, has a right under the Constitution to have his vote fairly counted, without its being distorted by fraudulently cast votes." *Anderson v. United States*, 417 U.S. 211, 227 (1974); *see also Baker v. Carr*, 369 U.S. 186, 208 (1962). Invalid or fraudulent votes "debase[]" and "dilute" the weight of each validly cast vote. *See Anderson*, 417 U.S. at 227.

182.   The right to an honest [count] is a right possessed by each voting elector, and to the extent that the importance of his vote is nullified, wholly or in part, he has been injured in the free exercise of a right or privilege secured to him by the laws and Constitution of the United States." *Anderson*, 417 U.S. at 226 (*quoting Prichard v. United States*, 181 F.2d 326, 331 (6th Cir.), *aff'd due to absence of quorum*, 339 U.S. 974 (1950)).

183.   Practices that promote the casting of illegal or unreliable ballots or fail to contain basic minimum guarantees against such conduct, can violate the Fourteenth Amendment by leading to the dilution of validly cast ballots. See *Reynolds*, 377 U.S. at 555 ("[T]he right of suffrage can be denied by a debasement or dilution of the weight of a citizen's vote just as effectively as by wholly prohibiting the free exercise of the franchise.").

184.   Section II of this Complaint and the exhibits attached hereto describe widespread and systematic violations of the Michigan Election Code and/or the Equal Protection Clause described, namely: (A) Section II.A, Republican poll challengers were denied the opportunity to meaningfully observe the processing and counting of ballots; (B) Section II.B, election workers forged, added, removed or otherwise altered

information on ballots, the QFV and other voting records; and (C) Section II.C, several other Michigan Election Code violations that caused or facilitated the counting of tens of thousands of ineligible, illegal or duplicate ballots.

185.    Plaintiffs seek declaratory and injunctive relief requiring Secretary Benson to direct that Secretary Benson and Wayne County are enjoined from certifying the results of the General Election, or in the alternative, conduct a recount or recanvas in which they allow a reasonable number of challengers to meaningfully observe the conduct of the Michigan Counties canvassers and board of state canvassers and that these canvassing boards exercise their duty and authority under Michigan law, which forbids certifying a tally that includes any ballots that were not legally cast, or that were switched from Trump to Biden through the unlawful use of Dominion Democracy Suite software and devices.

### COUNT IV

### Wide-SpreadBallot Fraud

186.    Plaintiffs reallege all preceding paragraphs as if fully set forth herein.

187.    The "glitches" in the Dominion system -- that seem to have the uniform effect of hurting Trump and helping Biden -- have been widely reported in the press and confirmed by the analysis of independent experts. *See generally supra* Section IV.

188.    And as evidenced by numerous sworn statements, Defendants egregious misconduct has included ignoring legislative mandates concerning mail-in ballots– including the mandate that mail-in ballots be post-marked on or before Election Day, and critically, preventing Plaintiff's poll watchers from observing the receipt, review, opening, and tabulation of mail-in ballots. Those mail-in ballots are evaluated on an entirely parallel track to those ballots cast in person.

189.    The right to vote includes not just the right to cast a ballot, but also the right to have it fairly counted if it is legally cast. The right to vote is infringed if a vote is cancelled or diluted by a fraudulent or illegal vote, including without limitation when a single person votes multiple times. The Supreme Court of the United States has made this clear in case after case. *See, e.g., Gray v. Sanders*, 372 U.S. 368, 380 (1963) (every vote must be "protected from the diluting effect of illegal ballots."); *Crawford v. Marion Cnty. Election Bd.*, 553 U.S. 181, 196 (2008) (plurality op. of Stevens, J.) ("There is no question about the legitimacy or importance of the State's interest in counting only the votes of eligible voters."); *accord Reynolds v. Sims*, 377 U.S. 533, 554-55 & n.29 (1964).

190.    The disparate treatment of Michigan voters, in subjecting one class of voters to greater burdens or scrutiny than another, violates Equal Protection guarantees because "the right of suffrage can be denied by a debasement or dilution of the weight of a citizen's vote just as effectively as by wholly prohibiting the free exercise of the franchise." *Reynolds*, 377 U.S. at 555. Rice v. McAlister, 268 Ore. 125, 128, 519 P.2d 1263, 1265 (1975); *Heitman v. Brown Grp., Inc.,* 638 S.W.2d 316, 319, 1982 Mo. App. LEXIS 3159, at *4 (Mo. Ct. App. 1982); *Prince v. Bear River Mut. Ins. Co.*, 2002 UT 68, ¶ 41, 56 P.3d 524, 536-37 (Utah 2002).

## COUNT V

## MICHIGAN STATUTORY ELECTION LAW VIOLATIONS

191.    Plaintiffs refer to and incorporate by reference each of the prior paragraphs of this Complaint as though the same were repeated at length herein

### Violation of MCL 168.765a.

192.    Absent voter ballots must only be counted when "at all times" there is "at least 1 election inspector from each major political party." MCL 168.765a.

193.    Per eyewitness accounts described in this Complaint and its attached sworn

affidavits, Defendants habitually and systematically disallowed election inspectors from the Republican party, including Plaintiff, to be present in the voter counting place and refused access to election inspectors from the Republican party, including Plaintiff, to be within a closeenoughdistancefromtheabsentvoterballotstobeabletoseeforwhomtheballotswerecast. *See generally supra* Section II.A., Paragraphs56-75.

194.   Defendants refused entry to official election inspectors from the Republican party, including Plaintiff, into the counting place to observe the counting of absentee voter ballots. Defendants even physically blocked and obstructed election inspectors from the Republicanparty,includingPlaintiff,byadheringlargepiecesofcardboardtothetransparent glass doors so the counting of absent voter ballots was notviewable.

### Violation of MCL 168.733

195.   MCL 168.733requires sets forth the procedures for election challengers and the powers of election inspectors. *See generally supra* Paragraph 39.

196.   Per eyewitness accounts described in this Complaint and its attached sworn affidavits, Defendants habitually and systematically failed to provide space for election inspectors from the Republican party, including Plaintiff, to observe election procedure, failed to allow the inspection of poll books, failed to share the names of the electors being entered in the poll books, failed to allow the examination of each ballot as it was being counted, and failed to keep records of obvious and observedfraud.*See generally supra* Section II.A., Paragraphs 56-75.

197.   Pollchallengers,includingPlaintiff,observedelectionworkersandsupervisors writing on ballots themselves to alter them, apparently manipulating spoiled ballots by hand and then counting the ballots as valid, counting the same ballot more than once, adding

information to incomplete affidavits accompanying absentee ballots, counting absentee ballots returned late, counting unvalidated and unreliable ballots, and counting the ballots of "voters" who had no recorded birth dates and were not registered in the State's Qualified Voter     File or on any Supplemental voter lists.

**Violation of MCL 168.765(5) and 168.764a**

198.    Michigan election law, MCL 168.765(5), requires Defendants to post the specific absentee voting information anytime an election is conducted which involves a state or federal office, in particular, the number of absentee ballots distributed to absent voters.

199.    Upon information and belief, Defendants failed to post by 8:00 a.m. on Election Day the number of absentee ballots distributed to absent voters and failed to post before 9:00 p.m. the number of absent voters returned before on Election Day.

200.    Per Michigan Election law, all absentee voter ballots must be returned to the clerk before polls close at 8pm. MCL 168.764a. Any absentee voter ballots received by the clerk after the close of the polls on election day will not be counted.

201.    Michigan allows for early counting of absentee votes prior to the closings of the polls for large jurisdictions, such as the City of Detroit and Wayne County.

202.    Upon information and belief, receiving tens of thousands additional absentee ballots in the early morning hours after election day and after the counting of the absentee ballots had concluded, without proper oversight, with tens of thousands of ballots attributed to just one candidate, Joe Biden, indicates Defendants failed to follow proper election protocol. *See generally supra* Section II.B.1, Paragraphs 77-78.

**Violation of MCL 168.730**

203.    MCL 168.730 sets forth the rights and requirements for election challengers. MCL 168.734 provides, among other things:

70
**APP1901**

Any officer or election board who shall prevent the presence of any such challenger as above provided, or shall refuse or fail to provide such challenger with conveniences for the performance of the duties expectedof him,shall,uponconviction,bepunishedbyafinenotexceeding$1,000.00,   or   by imprisonment in the state prison not exceeding 2 years, or by both such fine and imprisonment in the discretion of thecourt.

204.    WayneCounty'sandSecretaryBenson'sdenialofRepublicanchallengers'

righttoparticipateandobservetheprocessingofballotsviolatesMichigan'sElectionCodeand  resulting

in the casting and counting of ballots that were ineligible to be counted and diluted or canceled

out the lawfully cast ballots of other Michigan voters.

205.    Further, Secretary of State Benson and the election officials in Wayne County

violatedMCL168.730-168.734bydenyingRepublicanchallengers'rightstomeaningfully    observe

and participate in the ballot processing and countingprocess.

206.    Based upon the above allegations of fraud, statutory violations, and other

misconduct, as stated herein and in the attached affidavits, it is necessary to order appropriate

relief,including,butnotlimitedto,enjoiningthecertificationoftheelectionresultspendingafull

investigation and court hearing, ordering a recount of the election results, or voiding the election

and    ordering    a    new    election,    to    remedy    thefraud.

**APP1902**

## PRAYER FOR RELIEF

207.   Accordingly, Plaintiffs seek an emergency order instructing Defendants to de-certify the results of the General Election for the Office of President.

208.   Alternatively, Plaintiffs seek an order instructing the Defendants to certify the results of the General Election for Office of the President in favor of President Donald Trump.

209.   In the alternative, Plaintiffs seek an emergency order prohibiting Defendants from including in any certified results from the General Election the tabulation of absentee and mailing ballots which do not comply with the Michigan Election Code, including, without limitation, the tabulation of absentee and mail-in ballots Trump Campaign's watchers were prevented from observing or based on the tabulation of invalidly cast absentee and mail-in ballots which (i) lack a secrecy envelope, or contain on that envelope any text, mark, or symbol which reveals the elector's identity, political affiliation, or candidate preference, (ii) do not include on the outside envelope a completed declaration that is dated and signed by the elector, (iii) are delivered in-person by third parties for non-disabled voters, or (iv) any of the other Michigan Election Code violations set forth in Section II of this Complaint.

210.   Order production of all registration data, ballots, envelopes, etc. required to be maintained by law. When we consider the harm of these uncounted votes, and ballots not ordered by the voters themselves, and the potential that many of these unordered ballots may in fact have been improperly voted and also prevented proper voting at the polls, the mail ballot system has clearly failed in the state of Michigan and did so on a large scale and widespread basis.  The size of the voting failures, whether accidental or intentional, are multiples larger than the margin in the state. For these reasons, Michigan cannot reasonably rely on the results of the mail

72

vote.Relief sought is the elimination of the mail ballots from counting in the 2020 election. Alternatively, the electors for the State of Michigan should be disqualified from counting toward the 2020 election. Alternatively, the electors of the State of Michigan should be directed to vote for President Donald Trump.

211. For these reasons, Plaintiffs ask this Court to enter a judgment in their favor and provide the following emergency relief:

1. An order directing Secretary Benson, Governor Whitmer, the Board of State Canvassers and Wayne County to de-certify the election results;

2. An order enjoining Secretary Benson and Governor Whitmer from transmitting the currently certified election results to the Electoral College;

3. An order requiring Governor Whitmer to transmit certified election results that state that President Donald Trump is the winner of the election;

4. An immediate order to impound all the voting machines and software in Michigan for expert inspection by the Plaintiffs.

5. An order that no votes received or tabulated by machines that were not certified as required by federal and state law be counted.

6. A declaratory judgment declaring that Michigan's failed system of signature verification violates the Electors and Elections Clause by working a de facto abolition of the signature verification requirement;

**APP1904**

7. A declaratory judgment declaring that current certified election results violatesthe Due Process Clause, U.S. CONST. Amend. XIV;

8. A declaratory judgment declaring that mail-in and absentee ballot fraud must be remedied with a Full Manual Recount or statistically valid sampling that properly verifies the signatures on absentee ballot envelopes and thatinvalidates the certified results if the recount or sampling analysis shows a sufficient number of ineligible absentee ballots were counted;

9. An emergency declaratory judgment that voting machines be Seized and Impounded immediately for a forensic audit—by Plaintiffs' expects;

10. A declaratory judgment declaring absentee ballot fraud occurred in violation of Constitutional rights, Election laws and under state law;

11. A permanent injunction prohibiting the Governor and Secretary of State from transmitting the currently certified results to the Electoral College based on the overwhelming evidence of election tampering;

12. Immediate production of 48 hours of security camera recording of all rooms used in the voting process at the TCF Center for November 3 and November 4.

13. Plaintiffs further request the Court grant such other relief as is just and proper, including but not limited to, the costs of this action and their reasonable attorney fees and expenses pursuant to 42 U.S.C. 1988.

APP1905

Respectfully submitted, this 25th day of November, 2020.

/s Sidney Powell*                                    /s/ Scott Hagerstrom
Sidney Powell PC                                     Michigan State Bar No. 57885
                                                     222 West Genesee
Texas Bar No. 16209700                               Lansing, MI 48933
                                                     (517) 763-7499
                                                     Scotthagerstrom @yahoo.com

                                                     /s/ Gregory J. Rohl P39185
                                                     The Law Offices of Gregory J. Rohl, P.C.
                                                     41850 West 11 Mile Road, Suite 110
                                                     Novi, MI 48375
                                                     248-380-9404
                                                     gregoryrohl@yahoo.com

Of Counsel:
Emily P. Newman (Virginia Bar No. 84265)
Julia Z. Haller (D.C. Bar No. 466921)

2911 Turtle Creek Blvd, Suite 300
Dallas, Texas 75219

*Application for admission pro hac vice
Forthcoming

L. Lin Wood
GA Bar No. 774588
L. LIN WOOD, P.C.
P.O. Box 52584
Atlanta, GA 30305-0584
Telephone: (404) 891-1402

Howard Kleinhendler
New York Bar No. 2657120
Howard Kleinhendler Esquire
369 Lexington Avenue, 12th Floor
New York, New York 10017
(917) 793-1188
howard@kleinhendler.com

**APP1906**

# Exhibit M-11

# IN THE UNITED STATES DISTRICCT COURT, NORTHERN DISTRCOICT OF GEORGIA, ATLANTA DIVISION

|  |  |
|---|---|
| **CORECO JA'QAN PEARSON, VIKKI TOWNSEND CONSIGLIO, GLORIA KAY GODWIN, JAMES KENNETH CARROLL, , CAROLYN HALL FISHER, CATHLEEN ALSTON LATHAM, and BRIAN JAY VAN GUNDY,** | **CASE NO.** |
| **Plaintiffs.** | |
| **v.** | |
| **BRIAN KEMP, in his official capacity as Governor of Georgia, BRAD RAFFENSPERGER, in his official capacity as Secretary of State and Chair of the Georgia State Election Board, DAVID J. WORLEY, in his official capacity as a member of the Georgia State Election Board, REBECCA N.SULLIVAN, in her official capacity as a member of the Georgia State Election Board, MATTHEW MASHBURN, in his official capacity as a member of the Georgia State Election Board, and ANH LE, in her official capacity as a member of the Georgia State Election Board,** | |
| **Defendants.** | |

## COMPLAINT FOR DECLARATORY, EMERGENCY, AND PERMANENT INJUNCTIVE RELIEF

1

## NATURE OF THE ACTION

This civil action brings to light a massive election fraud, multiple violations of Georgia laws, including O.C.G.A. §§ 21-2-30(d), 21-2-31, 21-2-33.1 and §21-2-522, and multiple Constitutional violations, as shown by fact witnesses to specific incidents, multiple expert witnesses and the sheer mathematical impossibilities found in the Georgia 2020 General Election.[1]

1.

As a civil action, the plaintiff's burden of proof is a "preponderance of the evidence" to show, as the Georgia Supreme Court has made clear that, *"[i] was not incumbent upon [Plaintiff] to show how the [] voters would have voted if their [absentee] ballots had been regular. [Plaintiff] only had to show that there were enough irregular ballots to place in doubt the result." Mead v. Sheffield*, 278 Ga. 268, 272, 601 S.E.2d 99, 102 (2004) (*citing Howell v. Fears*, 275 Ga. 627, 571 S.E.2d 392 (2002).

---

[1]   The same pattern of election fraud and voter fraud writ large occurred in all the swing states with only minor variations, see expert reports, regarding Michigan, Pennsylvania, Arizona and Wisconsin. (See William M. Briggs Decl., attached here to as Exh. 1, Report with Attachment).  Indeed, we believe that in Arizona at least 35,000 votes were illegally added to Mr. Biden's vote count.

2

2.

The scheme and artifice to defraud was for the purpose of illegally and fraudulently manipulating the vote count to make certain the election of Joe Biden as President of the United States.

3.

The fraud was executed by many means,[2] but the most fundamentally troubling, insidious, and egregious is the systemic adaptation of old-fashioned "ballot-stuffing."  It has now been amplified and rendered virtually invisible by computer software created and run by domestic and foreign actors for that very purpose.  Mathematical and statistical anomalies rising to the level of impossibilities, as shown by affidavits of multiple witnesses, documentation, and expert testimony evince this scheme across the state of Georgia. Especially egregious conduct arose in Forsyth, Paulding, Cherokee, Hall, and Barrow County. This scheme and artifice to defraud affected tens of thousands of votes in Georgia alone and "rigged" the election in Georgia for Joe Biden.

---

[2] 50 USC § 20701 requires Retention and preservation of records and papers by officers of elections; deposit with custodian; penalty for violation, but as will be shown wide pattern of misconduct with ballots show preservation of election records have not been kept; and Dominion logs are only voluntary, with no system wide preservation system.

3

4.

The massive fraud begins with the election software and hardware from Dominion Voting Systems Corporation ("Dominion") only recently purchased and rushed into use by Defendants Governor Brian Kemp, Secretary of State Brad Raffensperger, and the Georgia Board of Elections. Sequoia voting machines were used in 16 states and the District of Colombia in 2006. Smartmatic, which has revenue of about $100 million, focuses on Venezuela and other markets outside the U.S. [3]

After selling Sequoia, Smartmatic's chief executive, Anthony Mugica. Mr. Mugica said, he hoped Smartmatic would work with Sequoia on projects in the U.S., though Smartmatic wouldn't take an equity stake." Id.

5.

Smartmatic and Dominion were founded by foreign oligarchs and dictators to ensure computerized ballot-stuffing and vote manipulation to whatever level was needed to make certain Venezuelan dictator Hugo Chavez never lost another election. (*See* Redacted whistleblower affiant, *attached as Exh*. 2)  Notably, Chavez "won" every election thereafter.

---

[3] *See WSJ.com, Smartmatic to Sell U.S. Unit, End Probe into Venezuelan Links, by Bob Davis, 12/22/2006, h*ttps://www.wsj.com/articles/SB116674617078557263

6.

As set forth in the accompanying whistleblower affidavit, the

Smartmatic software was designed to manipulate Venezuelan elections in

favor of dictator Hugo Chavez:

> Smartmatic's electoral technology was called "Sistema de Gestión
> Electoral" (the "Electoral Management System"). Smartmatic was a
> pioneer in this area of computing systems. Their system provided for
> transmission of voting data over the internet to a computerized
> central tabulating center. The voting machines themselves had a
> digital display, fingerprint recognition feature to identify the voter,
> and printed out the voter's ballot. The voter's thumbprint was linked
> to a computerized record of that voter's identity. Smartmatic created
> and operated the entire system.

7.

A *core requirement* of the Smartmatic software design was the

*software's ability to hide its manipulation of votes from any audit.* As the

whistleblower explains:

> Chavez was most insistent that Smartmatic design the system in a
> way that the system could change the vote of each voter without
> being detected. He wanted the software itself to function in such a
> manner that if the voter were to place their thumb print or
> fingerprint on a scanner, then the thumbprint would be tied to a
> record of the voter's name and identity as having voted, but that voter
> would not be tracked to the changed vote. He made it clear that the
> system would have to be setup to not leave any evidence of the
> changed vote for a specific voter and that there would be no evidence
> to show and nothing to contradict that the name or the fingerprint or
> thumb print was going with a changed vote. Smartmatic agreed to
> create such a system and produced the software and hardware that

5

**APP1912**

accomplished that result for President Chavez. (See Id., see also Exh. 3, Aff. Cardozo, attached hereto)).

8.

The design and features *of* the Dominion software do not permit a simple audit to reveal its misallocation, redistribution, or deletion of votes. First, the system's central accumulator does not include a protected real-time audit log that maintains the date and time stamps of all significant election events. Key components of the system utilize unprotected logs. Essentially this allows an unauthorized user the opportunity to arbitrarily add, modify, or remove log entries, causing the machine to log election events that do not reflect actual voting tabulations—or more specifically, do not reflect the actual votes of or the will of the people. (*See* Hursti August 2019 Declaration, attached hereto as Exh. 4, at pars. 45-48; and attached hereto, as Exh. 4B, October 2019 Declaration in Document 959-4, at p. 18, par. 28).

9.

Indeed, under the professional standards within the industry in auditing and forensic analysis, when a log is unprotected, and can be altered, it can no longer serve the purpose of an audit log. There is incontrovertible physical evidence that the standards of physical security of the voting machines and the software were breached, and machines were connected to

6

**APP1913**

the internet in violation of professional standards and state and federal laws.
(*See Id.*)

### 10.

Moreover, lies and conduct of Fulton County election workers about a
delay in voting at State Farm Arena and the reasons for it evince the fraud.

### 11.

Specifically, video from the State Farm Arena in Fulton County shows
that on November 3rd after the polls closed, election workers falsely claimed
a water leak required the facility to close.  All poll workers and challengers
were evacuated for several hours at about 10:00 PM.  However, several
election workers remained unsupervised and unchallenged working at the
computers for the voting tabulation machines until after 1:00 AM.

### 12.

Defendants Kemp and Raffensperger rushed through the purchase of
Dominion voting machines and software in 2019 for the 2020 Presidential
Election[4].  A certificate from the Secretary of State was awarded to Dominion

---

[4]   Georgia Governor Inks Law to Replace Voting Machines, The Atlanta Journal-
Constitution, AJC News Now, Credit: Copyright 2019 The Associated Press, June 2019.
https://www.ajc.com/blog/politics/georgia-governor-inks-law-replace-voting-
machines/xNXs0ByQAOvtXhd27kJdqO/

**APP1914**

Voting Systems but is undated.  (*See* attached hereto Exh. 5, copy

Certification for Dominion Voting Systems from Secretary of State).

Similarly a test report is signed by Michael Walker as Project Manager but is

also undated.  (See Exh. 6, Test Report for Dominion Voting Systems,

Democracy Suite 5-4-A)

13.

Defendants Kemp and Raffensperger disregarded all the concerns that

caused Dominion software to be rejected by the Texas Board of Elections in

2018, namely that it was vulnerable to undetected and non-auditable

manipulation. An industry expert, Dr. Andrew Appel, Princeton Professor of

Computer Science and Election Security Expert has recently observed, with

reference to Dominion Voting machines: "I figured out how to make a slightly

different computer program that just before the polls were closed, it switches

some votes around from one candidate to another. I wrote that computer

program into a memory chip and now to hack a voting machine you just need

7 minutes alone with it and a screwdriver." (Attached hereto Exh. 7, Study,

Ballot-Marking Devices (BMDs) Cannot Assure the Will of the Voters by

Andrew W. Appel Princeton University, Richard A. DeMillo, Georgia Tech

Philip B. Stark, for the  Univ. of California, Berkeley, December 27, 2019).[5]

---

[5] Full unredacted copies of all exhibits have been filed under seal with the Court and Plaintiffs
have simultaneously moved for a protective order.

**APP1915**

14.

As explained and demonstrated in the accompanying redacted declaration of a former electronic intelligence analyst under 305th Military Intelligence with experience gathering SAM missile system electronic intelligence, the Dominion software was accessed by agents acting on behalf of China and Iran in order to monitor and manipulate elections, including the most recent US general election in 2020.  This Declaration further includes a copy of the patent records for Dominion Systems in which Eric Coomer is listed as the first of the inventors of Dominion Voting Systems.  (See Attached hereto as Exh. 8, copy of redacted witness affidavit, 17 pages, November 23, 2020).

15.

Expert Navid Keshavarez-Nia explains that US intelligence services had developed tools to infiltrate foreign voting systems including Dominion. He states that Dominion's software is vulnerable to data manipulation by unauthorized means and permitted election data to be altered in all battleground states.  He concludes that hundreds of thousands of votes that were cast for President Trump in the 2020 general election were transferred to former Vice-President Biden.  (Exh. 26).

_____

**APP1916**

16.

Additionally, incontrovertible evidence Board of Elections records demonstrates that at least 96,600 absentee ballots were requested and counted but were never recorded as being returned to county election boards by the voter. *Thus, at a minimum, 96,600 votes must be disregarded.* (See Attached hereto, Exh. 9, R. Ramsland Aff.).

17.

The Dominion system used in Georgia erodes and undermines the reconciliation of the number of voters and the number of ballots cast, such that these figures are permitted to be unreconciled, opening the door to ballot stuffing and fraud. The collapse of reconciliation was seen in Georgia's primary and runoff elections this year, and in the November election, where it was discovered during the hand audit that 3,300 votes were found on memory sticks that were not uploaded on election night, plus in Floyd county, another 2,600 absentee ballots had not been scanned. These "found votes" reduced Biden's lead over Donald Trump[6].

---

[6] *Recount find thousands of Georgia votes*, Atlanta Journal-Constitution by Mark Niesse and David Wickert,11/19/20.  https://www.ajc.com/politics/recount-finds-thousands-of-georgia-votes-missing-from-initial-counts/ERDRNXPH3REQTM4SOINPSEP72M/

**APP1917**

18.

Georgia's election officials and poll workers exacerbated and helped, whether knowingly or unknowingly, the Dominion system carry out massive voter manipulation by refusing to observe statutory safeguards for absentee ballots.  Election officials failed to verify signatures and check security envelopes.  They barred challengers from observing the count, which also facilitated the fraud.

19.

Expert analysis of the actual vote set forth below demonstrates that at least 96,600 votes were illegally counted during the Georgia 2020 general election.  All of the evidence and allegation herein is more than sufficient to place the result of the election in doubt.  More evidence arrives by the day and discovery should be ordered immediately.

20.

Georgia law, (OCGA 21-5-552) provides for a contest of an election where:

> (1) Misconduct, fraud, or irregularity by any primary or election official or officials sufficient to change or place in doubt the result; . . . (3) When illegal votes have been received or legal votes rejected at the polls sufficient to change or place in doubt the result; (4) For any error in counting the votes or declaring the result of the primary or election, if such error would change the result; or (5) For any other cause which shows that another was the person legally nominated, elected, or eligible to compete in a run-off primary or election.

11

**APP1918**

21.

As further set forth below, all of the above grounds have been satisfied and compel this Court to set aside the 2020 General Election results which fraudulently concluded that Mr. Biden defeated President Trump by 12,670 votes.

22.

Separately, and independently, there are sufficient Constitutional grounds to set aside the election results due to the Defendants' failure to observe statutory requirements for the processing and counting of absentee ballots which led to the tabulation of more than fifty thousand illegal ballots.

## THE PARTIES

23.

Plaintiff Coreco Ja'Qan ("CJ") Pearson, is a registered voter who resides in Augusta, Georgia. He is a nominee of the Republican Party to be a Presidential Elector on behalf of the State of Georgia.  He has standing to bring this action under *Carson v. Simon*, 2020 US App Lexis 34184 (8th Cir. Oct. 29, 2020).  He brings this action to set aside and decertify the election results for the Office of President of the United States that was certified by the Georgia Secretary of State on November 20, 2020.  The certified results showed a plurality of 12,670 votes in favor of former Vice-President Joe Biden over President Trump.

12

**APP1919**

24.

Plaintiff Vikki Townsend Consiglio, is a registered voter who resides in Henry County, Georgia. She is a nominee of the Republican Party to be a Presidential Elector on behalf of the State of Georgia.

25.

Plaintiff Gloria Kay Godwin, is a registered voter who resides in Pierece County, Georgia. She is a nominee of the Republican Party to be a Presidential Elector on behalf of the State of Georgia.

26.

Plaintiff James Kenneth Carroll, is a registered voter who resides in Dodge County, Georgia. He is a nominee of the Republican Party to be a Presidential Elector on behalf of the State of Georgia.

27.

Plaintiff Carolyn Hall Fisher, is a registered voter who resides in Forsyth County, Georgia. She is a nominee of the Republican Party to be a Presidential Elector on behalf of the State of Georgia.

28.

Plaintiff Cathleen Alston Latham, is a registered voter who resides in Coffee County, Georgia. She is a nominee of the Republican Party to be a Presidential Elector on behalf of the State of Georgia.

**APP1920**

29.

Plaintiff Jason M. Shepherd is the Chairman of the Cobb County Republican Party and brings this action in his official capacity on behalf of the Cobb County Republican Party.

30.

Plaintiff Brian Jay Van Gundy is registered voter in Gwinnett County, Georgia.  He is the Assistant Secretary of the Georgia Republican Party.

31.

Defendant Governor Brian Kemp (Governor of Georgia) is named herein in his official capacity as Governor of the State of Georgia.  On or about June 9, 2019, Governor Kemp bought the new Dominion Voting Systems for Georgia, budgeting 150 million dollars for the machines.  Critics are quoted, "Led by Abrams, Democrats fought the legislation and pointed to cybersecurity experts who warned it would leave Georgia's elections susceptible to hacking and tampering." And "Just this week, the Fair Fight voting rights group started by [Stacy] Abrams launched a television ad critical of the bill. In a statement Thursday, the group called it "corruption at its worst" and a waste of money on "hackable voting machines."[7]

---

[7] *Georgia Governor Inks Law to Replace Voting Machines*, The Atlanta Journal-Constitution, AJC News Now, Credit: Copyright 2019 The Associated Press, June 2019

14

**APP1921**

32.

Defendant Brad Raffensperger ("Secretary Raffensperger") is named

herein in his official capacity as Secretary of State of the State of Georgia and

the Chief Election Official for the State of Georgia pursuant to Georgia's

Election Code and O.C.G.A. § 21-2-50. Secretary Raffensperger is a state

official subject to suit in his official capacity because his office "imbues him

with the responsibility to enforce the [election laws]." *Grizzle v. Kemp*, 634

F.3d 1314, 1319 (11th Cir. 2011).  Secretary  Raffensperger  serves as the

Chairperson of Georgia's State Election Board,  which  promulgates  and

enforces rules and regulations to (i) obtain uniformity in the practices and

proceedings of election officials as well as legality and purity in all primaries

and general elections, and (ii) be conducive to the fair, legal, and orderly

conduct of primaries and general elections. *See* O.C.G.A. §§ 21-2-30(d), 21-2-

31, 21-2-33.1. Secretary Raffensperger, as Georgia's chief elections officer, is

further responsible for the administration of the state laws affecting voting,

including the absentee voting system. *See* O.C.G.A. § 21-2-50(b).

33.

Defendants Rebecca N. Sullivan, David J. Worley, Matthew Mashburn,

and Anh Le (hereinafter the "State Election Board") are members of the State

Election Board in Georgia, responsible for "formulating, adopting, and

promulgating such rules and regulations, consistent with law, as will be

15

**APP1922**

conducive to the fair, legal, and orderly conduct of primaries and elections."

O.C.G.A. § 21-2-31(2). Further, the State Election Board "promulgate[s] rules

and regulations to define uniform and nondiscriminatory standards

concerning what constitutes a vote and what will be counted as a vote for

each category of voting system" in Georgia.  O.C.G.A.  § 21-2-31(7).  The State

Election Board, personally and through the conduct of the Board's employees,

officers, agents, and servants, acted under color of state law at all times

relevant to this action and are sued for emergency declaratory and injunctive

relief in their official capacities.

## JURISDICTION AND VENUE

34.

This Court has subject matter jurisdiction under 28 U.S.C. 1331 which

provides, "The district courts shall have original jurisdiction of all civil

actions arising under the Constitution, laws, or treaties of the United States.

35.

This Court also has subject matter jurisdiction under 28 U.S.C. 1343

because this action involves a federal election for President of the United

States. "A significant departure from the legislative scheme for appointing

Presidential electors presents a federal constitutional question." *Bush v.*

*Gore*, 531 U.S. 98, 113 (2000) (Rehnquist, C.J., concurring); *Smiley v. Holm*,

285 U.S. 355, 365 (1932).

16

**APP1923**

36.

The jurisdiction of the Court to grant declaratory relief is conferred by

28 U.S.C. 2201 and 2202 and by Rule 57 and 65, Fed. R. Civ. P. 7.

37.

This Court has jurisdiction over the related Georgia Constitutional

claims and State law claims under 28 U.S.C. 1367.

38.

In Georgia, the "legislature" is the General Assembly.  *See* Ga. Const.

Art.  III, § I, Para. I.

39.

Because the United States Constitution reserves for state legislatures

the power to set the time, place, and manner of holding elections for Congress

and the President, state executive officers, including but not limited to

Secretary Raffensperger, have no authority to  exercise that power

unilaterally, much less flout existing legislation or the Constitution itself.

## STATEMENT OF FACTS

40.

Plaintiffs bring this action under 42 U.S.C. §§ 1983 and 1988, and

under Georgia law, O.C.G.A. § 21-2-522 to remedy deprivations of rights,

17

**APP1924**

privileges, or immunities secured by the Constitution and laws of the United

States and to contest the election results.

41.

The United States Constitution sets forth the authority to regulate

federal elections, the Constitution provides:

> The Times, Places and Manner of holding Elections for Senators and
> Representatives, shall be prescribed in each State by the Legislature
> thereof; but the Congress may at any time by Law make or alter such
> Regulations, except as to the Places of choosing Senators. U.S.
> CONST. art. I, § 4 ("Elections Clause").

42.

With respect to the appointment of presidential electors, the

Constitution provides: Each State shall appoint, in such Manner as the

Legislature thereof may direct, a Number of Electors, equal to the whole

Number of Senators and Representatives to which the State may be entitled

in the Congress: but no Senator or Representative, or Person holding an

Office of Trust or Profit under the United States, shall be appointed an

Elector.  U.S. CONST. art. II, § 1 ("Electors Clause").

43.

Neither Defendant is a "Legislature" as required under the Elections

Clause or Electors Clause. The Legislature is "'the representative body which

ma[kes] the laws of the people.'" *Smiley* 285 U.S. 365.  Regulations of

congressional and presidential elections, thus, "must be in accordance with

**APP1925**

the method which the state has prescribed for legislative enactments." Id. at

367; see also *Ariz. State Legislature v. Ariz. Indep. Redistricting Comm'n*, 576

U.S. 787, 135 S. Ct. 2652, 2668 (U.S. 2015).

44.

While the Elections Clause "was not adopted  to  diminish  a State's

authority to determine its own lawmaking processes," *Ariz.  State Legislature,*

135 S. Ct. at 2677, it does hold states accountable to their chosen processes

when it comes to regulating federal elections, *id.* at 2668. "A significant

departure from the legislative scheme for appointing Presidential electors

presents a federal constitutional question." *Bush,* 531 U.S. at 113 (Rehnquist,

C.J., concurring); *Smiley,* 285 U.S. at 365.

45.

Plaintiffs also bring this action under Georgia law, O.C.G.A. § 21-2-522,

Grounds for Contest:

> A result of a primary or election may be contested on one or more of
> the following grounds:
>
> (1) Misconduct, fraud, or irregularity by any primary or election
> official or officials sufficient to change or place in doubt the result;
>
> (2) When the defendant is ineligible for the nomination or office in
> dispute;
>
> (3) When illegal votes have been received or legal votes rejected at
> the polls sufficient to change or place in doubt the result;
>
> (4) For any error in counting the votes or declaring the result of the
> primary or election, if such error would change the result; or

19

**APP1926**

(5) For any other cause which shows that another was the person legally nominated, elected, or eligible to compete in a run-off primary or election.

O.C.G.A. § 21-2-522.

46.

Under O.C.G.A. *§* 21-2-10, Presidential Electors are elected.

47.

Under O.C.G.A. *§* 21-2-386(a)(l)(B), the Georgia Legislature instructed the county registrars and clerks (the "County Officials") to handle the absentee ballots as directed therein. The Georgia Legislature set forth the procedures to be used by each municipality for appointing the absentee ballot clerks to ensure that such clerks would "perform the duties set forth in this Article." *See* O.C.G.A. *§* 21-2-380.1.

48.

The Georgia Election Code instructs those who handle absentee ballots to follow a clear procedure:

> Upon receipt of each [absentee] ballot, a registrar or clerk ***shall*** write the day and hour of the receipt of the ballot on its envelope. The registrar or clerk ***shall*** then compare the identifying information on the oath with the information on file in his or her office, ***shall*** compare the signature or make on the oath with the signature or mark on the absentee elector's voter card or the most recent update to such absentee elector's voter registration card and application for absentee ballot or a facsimile of said signature or maker taken from said card or application, and ***shall,*** if the information and signature appear to be valid and other identifying information appears to be correct, so certify by signing or initialing his or her name below the

20

voter's oath. Each elector's name so certified shall be listed by the registrar or clerk on the numbered list of absentee voters prepared for his or her precinct.

O.C.G.A. *§* 21-2-386(a)(l )(B) (emphasis added).

49.

Under O.C.G.A. *§* 21-2-386(a)(l)(C), the Georgia Legislature also established a clear and efficient process to be used by County Officials if they determine that an elector has failed to sign the oath on the outside envelope enclosing the ballot or that the signature does not conform with the signature on file in the registrar's or clerk's office (a "defective absentee ballot").

50.

The Georgia Legislature also provided for the steps to be followed by County Officials with respect to defective absentee ballots:

> ***If the elector has failed to sign the oath, or if the signature does not appear to be valid***, or if the elector has failed to furnish required information ***or information so furnished does not conform with that on file in the registrar's or clerk's office***, or if the elector is otherwise found disqualified to vote, the registrar or clerk shall write across the face of the envelope "Rejected," giving the reason therefor. The board of registrars or absentee ballot clerk *shall* promptly ***notify the elector of such rejection***, a copy of which notification ***shall*** be retained in the files of the board of registrars or absentee ballot clerk for at least one year.

O.C.G.A. § 21-2 -386(a) (l)(C) (emphasis added).

21

**APP1928**

## I.   DEFENDANTS' UNAUTHORIZED ACTIONS VIOLATED THE GEORGIA ELECTION CODE AND CAUSED THE PROCESSING OF DEFECTIVE ABSENTEE BALLOTS.

51.

Notwithstanding the clarity of the applicable statutes and the constitutional authority for the Georgia Legislature's actions, on March 6, 2020, the Secretary of State of the State of Georgia, Secretary Raffensperger, and the State Election Board, who administer the state elections (the "Administrators") entered into a "Compromise and Settlement Agreement and Release" (the "Litigation Settlement") with the Democratic Party of Georgia, Inc., the Democrat Senatorial Campaign Committee, and the Democratic Congressional Campaign Committee (collectively, the "Democrat Party Agencies"), setting forth different standards to be followed by the clerks and registrars in processing absentee ballots in the State of Georgia8.

52.

Under the Settlement, however, the Administrators agreed to change the statutorily prescribed manner of handling absentee ballots in a manner that is not consistent with the laws promulgated by the Georgia Legislature for elections in this state.

---

[8] *See Democratic Party of Georgia, Inc., et al. v. Raffensperger,  et al.,* Civil Action File No. 1:l 9-cv-05028-WMR, United States District Court for the  Northern District of Georgia, Atlanta Division, Doc.  56-1.

**APP1929**

53.

The Settlement provides that the Secretary of State would issue an "Official Election Bulletin" to county Administrators overriding the statutory procedures prescribed for those officials. That power, however, does not belong to the Secretary of State under the United States Constitution.

54.

The Settlement also changed the signature requirement reducing it to a broad process with discretion, rather than enforcement of the signature requirement as statutorily required under O.C.G.A. 21-2-386(a)(l).

55.

The Georgia Legislature instructed county registers and clerks (the "County Officials") regarding the handling of absentee ballots in O.C.G.A. S 21-2-386(a)(1)(B), 21-2-380.1.  The Georgia Election Code instructs those who handle absentee ballots to follow a clear procedure:

> Upon receipt of each absentee ballot, a registrar or clerk shall write the day and hour of the receipt of the ballot on its envelope.  The registrar or clerk shall then compare the identifying information on the oath with the information on file in his or her office, shall compare the signature or make on the oath with the signature or mark on the absentee elector's voter card or the most recent update to such absent elector's voter registration card and application for absentee ballot or a facsimile of said signature or maker taken from said card or application, and shall, if the information and signature appear to be valid and other identifying information appears to be correct, so certify by signing or initialing his or her name below the voter's oath …

**APP1930**

O.C.G.A. S 21-2-386(a)(1)(B).

56.

The Georgia Legislature prescribed procedures to ensure that any request for an absentee ballot must be accompanied by sufficient identification of the elector's identity. *See* O.C.G.A. *§* 21-2-38 l(b )(1) (providing, in pertinent part, "In order to be found eligible to vote an absentee ballot in person at the registrar's office or absentee ballot clerk's office, such person shall show one of the forms of identification listed in Code Section 21-2-417 ...").

57.

An Affiant testified, under oath, that "It was also of particular interest to me to see that signatures were not being verified and that there were no corresponding envelopes seen in site." (Attached hereto as Exh. 10, Mayra Romera, at par. 7).

58.

To reflect the very reason for process, it was documented that in the primary election, prior to the November 3, 2020 Presidential election, many ballots got to voters after the election. Further it was confirmed that "Untold thousands of absentee ballot requests went unfulfilled, and tens of thousands of mailed ballots were rejected for multiple reasons including arriving too late

24

to be counted.  See the Associated Press, *Vote-by-Mail worries: A leaky pipeline in many states*, August 8, 2020.[9]

59.

Pursuant to the Settlement, the Administrators delegated their responsibilities for determining when there was a signature mismatch by considering in good faith only partisan-based training - "additional guidance and training materials" drafted by the Democrat Party Agencies' representatives contradicting O.C.G.A. § 21-2-31.

## B. Unlawful Early Processing of Absentee Ballots

60.

In April 2020, the State Election Board adopted on a purportedly "Emergency Basis" Secretary of State Rule 183-1-14-0.9-.15, Processing Ballots Prior to Election Day. Under this rule, county election officials are authorized to begin processing absentee ballots up to three weeks befoe election day. Thus, the rule provides in part that "(1) Beginning at 8:00 AM on the third Monday prior to Election Day, the county election superintendent **shall be authorized to open the outer envelope of accepted absentee ballots** …" (Emphasis added).

---

[9]     *https://apnews.com/article/u-s-news-ap-top-news-election-2020-technology-politics-52e87011f4d04e41bfffccd64fc878e7*

25

**APP1932**

61.

Rule 183-1-14-0.9-.15 is in direct and irreconcilable conflict with

O.C.G.A. § 21-2-386(a)(2), which prohibits the opening of absentee ballots

until election day:

> **After the opening of the polls** on the day of the primary, election, or runoff, the registrars or absentee ballot clerks **shall be authorized to open the outer envelope** on which is printed the oath of the elector in such a manner as not to destroy the oath printed thereon; provided, however, that the registrars or absentee ballot clerk shall not be authorized to remove the contents of such outer envelope or to open the inner envelope marked "Official Absentee Ballot," except as otherwise provided in this Code section.

(Emphasis added).

62.

In plain terms, the statute clearly prohibits opening absentee ballots

prior to election day, while the rule authorizes doing so three weeks before

election day. There is no reconciling this conflict. The State Election Board

has authority under O.C.G.A. § 21-2-31 to adopt lawful and legal rules and

regulations, but no authority to promulgate a regulation that is directly

contrary to an unambiguous statute. Rule 183-1-14-0.9-.15 is therefore

plainly and indisputably unlawful.

63.

The State Election Board re-adopted Rule 183-1-14-0.9-.15 on

November 23, 2020 for the upcoming January 2021 runoff election.

26

## C. Unlawful Audit Procedures

64.

According to Secretary Raffensperger, in the presidential general election, 2,457,880 votes were cast in Georgia for President Donald J. Trump, and 2,472,002 votes were cast for Joseph R. Biden, which narrowed in Donald Trump's favor after the most recent recount.

65.

Secretary Raffensperger declared that for the Hand Recount:

> Per the instructions given to counties as they conduct their audit triggered full hand recounts, designated monitors will be given complete access to observe the process from the beginning. While the audit triggered recount must be open to the public and media, designated monitors will be able to observe more closely. The general public and the press will be restricted to a public viewing area. Designated monitors will be able to watch the recount while standing close to the elections' workers conducting the recount.

> Political parties are allowed to designate a minimum of two monitors per county at a ratio of one monitor per party for every ten audit boards in a county... Beyond being able to watch to ensure the recount is conducted fairly and securely, the two-person audit boards conducting the hand recount call out the votes as they are recounted, providing monitors and the public an additional way to keep tabs on the process.[10]

---

[10] *Office of Brad Raffensperger, Monitors Closely Observing Audit-Triggered Full Hand Recount: Transparency is Built Into Process*,
https://sos.ga.gov/index.php/elections/monitors_closely_observing_audit-triggered_full_hand_recount_transparency_is_built_into_process

**APP1934**

66.

The audit was conducted O.C.G.A. § 21-2-498. This code section requires that audits be completed "in public view" and authorizes the State Board of Elections to promulgate regulations to administer an audit "to ensure that collection of validly cast ballots is complete, accurate and trustworthy throughout the audit."

67.

Plaintiffs can show that Democrat-majority counties provided political parties and candidates, including the Trump Campaign, no meaningful access or actual opportunity to review and assess the validity of mail-in ballots during the pre-canvassing meetings.  While in the audit or recount, they witnessed Trump votes being put into Biden piles.

68.

Non-parties Amanda Coleman and Maria Diedrich are two individuals who volunteered to serve as designated monitors for the Donald J. Trump Presidential Campaign, Inc. (the "Trump Campaign") on behalf of the Georgia Republican Party (the "Republican Party") at the Hand Recount. (Attached hereto and incorporated herein as Exhibits 2 and 3), respectively, are true and correct copies of (1) the Affidavit of Amanda Coleman in Support of Plaintiffs' Motion for Temporary Restraining Order (the "Coleman Affidavit"), and (2) the Affidavit of Maria Diedrich in Support of Plaintiffs'

28

**APP1935**

Motion for Temporary Restraining Order (the "Diedrich Affidavit").  (See
Exh. 11, Coleman Aff.,2; Exh. 12, Diedrich Aff., 2.)

69.

The Affidavits set forth various conduct amounting to federal crimes,
clear improprieties, insufficiencies, and improper handling of ballots by
County Officials and their employees that Ms. Coleman and Ms. Diedrich
personally observed while monitoring the Hand Recount.  *(See* Exh. 11,
Coleman Aff., 3-10; Exh. 12, Diedrich Aff., 4-14.)

70.

As a result of her observations of the Hand Recount as a Republican
Party monitor, Ms. Diedrich declared, "There had been no meaningful way to
review or audit any activity" at the Hand Recount. *(See* Exh. 12, Diedrich
Aff.,14.)

71.

As a result of their observations of the Hand Recount as Republican
Party monitors, Ms. Coleman likewise declared, "There was no way to tell if
any counting was accurate or if the activity was proper." (See Exh. 12,
Coleman Aff.,10).

72.

On Election Day, when the Republican poll watchers were, for a limited
time, present and allowed to observe in various polling locations, they

**APP1936**

observed and reported numerous instances of election workers failing to

follow the statutory mandates relating to two critical requirements, among

other issues:

> (1) a voter's right to spoil their mail-in ballot at their polling
>
> place on election day and to then vote in-person, and

> (2) the ability for voters to vote provisionally on election day
>
> when a mail-in ballot has already been received for them, but when
>
> they did not cast those mail-in ballots, who sought to vote in person
>
> during early voting but was told she already voted; she emphasized
>
> that she had not.  The clerk told her he would add her manually with
>
> no explanation as to who or how someone voted using her name.

(Attached hereto as Exh. 13, Aff. Ursula Wolf)

73.

Another observer for the ballot recount testified that "*at no time did I

witness any Recounter or individual participate in the recount verifying

signatures [on mail-in ballots].*" (Attached hereto as Exh. 14, Nicholas Zeher

Aff).

74.

In some counties, there was no actual "hand" recounting of the ballots

during the Hand Recount, but rather, County Officials and their employees

**APP1937**

simply conducted another machine count of the *same* ballots. (See. Exh. 9,

10).  That will not reveal the massive fraud of which plaintiffs complain.

75.

A large number of ballots were identical and likely fraudulent.  An

Affiant explains that she observed a batch of utterly pristine ballots:

14. Most of the ballots had already been handled; they had been written on by people, and the edges were worn. They showed obvious use. However, one batch stood out. It was pristine. There was a difference in the texture of the paper - it was if they were intended for absentee use but had not been used for that purposes. There was a difference in the feel.

15. These different ballots included a slight depressed pre-fold so they could be easily folded and unfolded for use in the scanning machines. There were no markings on the ballots to show where they had com~ from, or where they had been processed. These stood out.

16. In my 20 years of experience of handling ballots, I observed that the markings for the candidates on these ballots were unusually uniform, perhaps even with a ballot-marking device.  By my estimate in observing these ballots, approximately 98% constituted votes for Joe Biden.  I only observed two of these ballots as votes for President Donald J. Trump."  (See Exh. 15 Attached hereto).

76.

The same Affiant further testified specifically to the breach of the chain

of custody of the voting machines the night before the election stating:

we typically receive the machines, the ballot marking devices – on the Friday before the election, with a chain of custody letter to be signed on Sunday, indicating that we had received the machines and the counts on the machines when received, and that the machines have been sealed.  **In this case, we were asked to sign the chain of custody letter on Sunday, even though the machines were not delivered until 2:00 AM in the morning on Election Day.**

31

**APP1938**

The Milton precinct received its machines at 1:00 AM in the morning on Election Day.  This is unacceptable and voting machines should [not] be out of custody prior to an Election Day. *Id.*

## II. EVIDENCE OF FRAUD

### A Pattern Showing the Absence of Mistake

#### 77.

The stunning pattern of the nature and acts of fraud demonstrate an absence of mistake.

#### 78.

The same Affiant further explained, in sworn testimony, that the breach included: "when we did receive the machines, they were not sealed or locked, the serial numbers were not what were reflected on the related documentation…" *See Id.*

#### 79.

An affiant testified that "While in Henry County, I personally witnessed ballots cast for Donald Trump being placed in the pile for Joseph Biden, I witnessed this happen at table "A".'  (See Exh. 14, par. 27).

#### 80.

The Affiant further testified, that "when this was brought to Ms. Pitts attention, it was met with extreme hostility.  At no time did I witness any ballot cast for Joseph Biden be placed in the pile for Donald Trump.  (See Exh. 14, par. 28).

32

81.

Another Affiant in the mail-in ballot and absentee ballot recounting process, testified in her sworn affidavit, that "on November 16, 2020 … It was also of particular interest to me to see that signatures were not being verified and there were no corresponding envelopes seen in sight." (See Exh. 10, at Par. 7).

82.

Yet another Affiant, in the recount process, testified that he received push back and a lack of any cooperation and was even threatened as if he did something wrong, when he pointed out the failure to follow the rules with the observers while open mail-in ballot re-counting was occurring, stating:

> "However, as an observer, I observed that the precinct had twelve (12) counting tables, but only one (1) monitor from the Republican Party.  I brought it up to Erica Johnston since the recount rules provided for one (1) monitor from each Party per ten (10) tables or part thereof…"

(See Attached hereto, Exh. 16, Ibrahim Reyes Aff.)

83.

Another Affiant explains a pattern of behavior that is alarming, in his position as an observer in the recount on absentee ballots with barcodes, he testified:

> ***I witnessed two poll workers placing already separated paper machine receipt ballots with barcodes in the Trump tray, placing them in to the Biden tray.*** I also witnessed the same two poll workers putting the already separated paper receipt ballots in

33

**APP1940**

the "No Vote" and "Jorgensen" tray, and removing them and putting them inside the Biden tray,  They then took out all of the ballots out of the Biden tray and stacked them on the table, writing on the count ballot sheet.

*(*See Attached hereto, Exh.17*, pars. 4-5, Aff. of Consetta Johson*).

84.

Another Affiant, a Democrat, testified in his sworn affidavit, that before he was forced to move back to where he could not see, he had in fact seen "absentee ballots for Trump inserted into Biden's stack, and counted as Biden votes.  This occurred a few times".  (See attached hereto, Exh. 18 at Par. 12, Aff. of Carlos Silva).

85.

Yet another Affiant testified about the lack of process and the hostility only towards the Republican party, which is a violation of the Equal Protection Clause.   He testified:

I also observed throughout my three days in Atlanta, not once did anyone verify these ballots.  In fact, there was no authentication process in place and no envelopes were observed or allowed to be observed.  I saw hostility towards Republican observers but never towards Democrat observers.  Both were identified by badges.

(*See Id*., at pars. 13-14).

86.

Another Affiant explained that his ballot was not only not processed in accordance with Election law, he witnessed people reviewing his ballot to decide where to place it, which violated the privacy of his ballot, and when he

34

tried to report it to a voter fraud line, he never received any contact or

cooperation stating:

> "I voted early on October 12 at the precinct at Lynwood Park …
> Because of irregularities at the polling location, I called the voter
> fraud line to ask why persons were discussing my ballot and
> reviewing it to decide where to place it.  When I called the state fraud
> line, I was directed to a worker in the office of the Secretary of
> State…"

(See Attached hereto, Exh. 19, Andrea ONeal Aff, at par. 3).

87.

He further testified that when he was an Observer at the Lithonia

location, he saw many irregularities, and specifically "saw an auditor sort

Biden votes that he collected and sorted into ten ballot stacks, which [the

auditor] did not show anyone."  Id. at p. 8.

88.

Another Affiant testified about the use of different paper for ballots,

that would constitute fraud stating:

> I noticed that almost all of the ballots I reviewed were for Biden.
> Many batches went 100% for Biden.  I also observed that the
> watermark on at least 3 ballots were solid gray instead of
> transparent, leading me to believe the ballot was counterfeit.  I
> challenged this and the Elections Director said it was a legitimate
> ballot and was due to the use of different printers.  Many ballots had
> markings for Biden only, and no markings on the rest of the ballot.

(See Attached hereto, Exh. 20, Aff of Debra J. Fisher, at pars. 4, 5, 6).

**APP1942**

89.

An Affiant testified, that while at the Audit, **While in Henry County, I personally witnessed ballots cast for Donald Trump being placed in the pile for Joseph Biden.  I witnessed this happen at table "A"**.  (*See* attached hereto as Exh. 22, Kevin Peterford, at par. 29).   Another Affiant testified, that "I witnessed two poll workers placing already separated paper machine receipt ballots with barcodes in the Trump tray, placing them in to the Biden tray. I also witnessed the same two poll workers putting the already separated paper receipt abllots in the "No Vote" and "Jorgensen" tray, and removing them and putting them inside the Biden tray,  They then took out all of the ballots out of the Biden tray and stacked them on the table, writing on the count ballot sheet. (See Exh. 17, Johnson, pars. 4-5).

90.

Another Affiant, a Democrat, testified in his sworn affidavit, before he was forced to move back to where he could not see, he had in fact seen, **"*I also saw absentee ballots for Trump inserted***

36

*into Biden's stack, and counted as Biden votes.  This occurred a few times"*.  (See Exh. 18, Par. 12).

<p style="text-align:center">91.</p>

A Republican National Committee monitor in Georgia's election recount, Hale Soucie, told an undercover journalist there are individuals counting ballots who have made continuous errors," writes O'Keefe. Project Veritas, Watch:  Latest Project Veritas Video reveals "Multiple Ballots Meant for Trump Went to Biden in Georgia.[11]

## B.   THE VOTING MACHINES, SECRECY SOFTWARE USED BY VOTING MACHINES THROUGHOUT GEORGIA IS CRUCIAL

<p style="text-align:center">92.</p>

These violations of federal and state laws impacted the election of November 3, 2020 and set the predicate for the evidence of deliberate fraudulent conduct, manipulation, and lack of mistake that follows. The commonality and statewide nature of these legal violations renders certification of the legal vote untenable and warrants immediate

---

[11]      https://hannity.com/media-room/watch-latest-project-veritas-video-reveals-multiple-ballots-meant-for-trump-went-to-biden-in-georgia/

<p style="text-align:center">37</p>

<p style="text-align:center">**APP1944**</p>

impoundment of voting machines and software used throughout Georgia for expert inspection and retrieval of the software.

93.

An Affiant, who is a network & information cyber-security expert, under sworn testimony explains that after studying the user manual for Dominion Voting Systems Democracy software, he learned that the information about scanned **ballots can be tracked inside the software system for Dominion**:

> (a)   When bulk ballot scanning and tabulation begins, the "ImageCast Central" workstation operator will load a batch of ballots into the scanner feed tray and then start the scanning procedure within the software menu. The scanner then begins to scan the ballots which were loaded into the feed tray while the "ImageCast Central" software application tabulates votes in real-time. Information about scanned ballots can be tracked inside the "ImageCast Central" software application.

(*See* attached hereto Exh 22, Declaration of Ronald Watkins, at par. 11).

94.

**Affiant further explains that the central operator can remove or discard batches of votes.**   "After all of the ballots loaded into the scanner's feed tray have been through the scanner, the "ImageCast Central" operator will remove the ballots from the tray then have the option to either "Accept Batch" or "Discard Batch" on the scanning menu …. "(*Id.* at par. 8).

38

**APP1945**

95.

Affiant further testifies that the Dominion/ Smartmatic user manual itself makes clear that the system allows for threshold settings to be set to mark all ballots as "problem ballots" for *discretionary determinations* on where the vote goes.  It states:

> *During the scanning process, the "ImageCast Central" software will detect how much of a percent coverage of the oval was filled in by the voter. The Dominion customer determines the thresholds of which the oval needs to be covered by a mark in order to qualify as a valid vote. If a ballot has a marginal mark which did not meet the specific thresholds set by the customer, then the ballot is considered a "problem ballot" and may be set aside into a folder named "NotCastImages". Through creatively tweaking the oval coverage threshold settings it should be possible to set thresholds in such a way that a non-trivial amount of ballots are marked "problem ballots" and sent to the "NotCastImages" folder. It is possible for an administrator of the ImageCast Central work station to view all images of scanned ballots which were deemed "problem ballots" by simply navigating via the standard "Windows File Explorer" to the folder named "NotCastImages" which holds ballot scans of "problem ballots". It is possible for an administrator of the "ImageCast Central" workstation to view and delete any individual ballot scans from the "NotCastImages" folder by simply using the standard Windows delete and recycle bin functions provided by the Windows 10 Pro operating system.*

*Id.* at pars. 9-10.

96.

The Affiant further explains the vulnerabilities in the system when the copy of the selected ballots that are approved in the Results folder are made

39

**APP1946**

to a flash memory card – and that is connected to a Windows computer

stating:

> It is possible for an administrator of the "ImageCast Central"
> workstation to view and delete any individual ballot scans from the
> "NotCastImages" folder by simply using the standard Windows delete
> and recycle bin functions provided by the Windows 10 Pro operating
> system. … The upload process is just a simple copying of a "Results"
> folder containing vote tallies to a flash memory card connected to the
> "Windows 10 Pro" machine. The copy process uses the standard drag-
> n-drop or copy/paste mechanisms within the ubiquitous "Windows
> File Explorer". While a simple procedure, this process may be error
> prone and **is very vulnerable to malicious administrators**.

*Id.* at par. 11-13 (emphasis supplied).

<div align="center">97.</div>

It was announced on "Monday, [July 29, 2019], [that] Governor Kemp

awarded a contract for 30,000 new voting machines to Dominion Voting

Systems, scrapping the state's 17-year-old electronic voting equipment and

replacing it with touchscreens that print out paper ballots."[12]  Critics are

quoted: "Led by Abrams, Democrats fought the legislation and pointed to

cybersecurity experts who warned it would leave Georgia's elections

susceptible to hacking and tampering." And "Just this week, the Fair Fight

voting rights group started by [Stacy] Abrams launched a television ad

---

[12] *Georgia Buys New Voting Machines for 2020 Presidential Election, by Mark Niesse, the
Atlanta Journal-Constitution, July 30, 2019, https://www.ajc.com/news/state--regional-govt--
politics/georgia-awards-contract-for-new-election-system-dominion-
voting/tHh3V8KZnZivJoVzZRLO4O/*

<div align="center">40</div>

critical of the bill. In a statement Thursday, the group called it "corruption at its worst" and a waste of money on "hackable voting machines."[13]

98.

It was further reported in 2019 that the new Dominion Voting Machines in Georgia "[w]ith Georgia's current voting system, there's **no way to guarantee that electronic ballots accurately reflect the choices of voters because there's no paper backup to verify results**, with it being reported that:

    (a)    Recounts are meaningless on the direct-recording electronic voting machines because they simply reproduce the same numbers they originally generated.

    (b)    But paper ballots alone won't protect the sanctity of elections on the new touchscreens, called ballot-marking devices.

    (c)    The new election system depends on voters to verify the printed text of their choices on their ballots, a step that many voters might not take. The State Election Board hasn't yet created regulations for how recounts and audits will be conducted. And paper ballots embed selections in bar codes that are only readable by scanning machines, leaving Georgians uncertain whether the bar codes match their votes.[14]

---

[13] *Georgia Governor Inks Law to Replace Voting Machines, The Atlanta Journal-Constitution, AJC News Now, by Greg Bluestein and Mark Niesse, June 14, 2019; Credit: Copyright 2019 The Associated Press, June 2019*

*i.*   *As part of the scheme and artifice to defraud the plaintiffs, the candidates and the voters of undiminished and unaltered voting results in a free and legal election, the Defendants and other persons known and unknown committed the following violations of law:*

50 U.S.C. § 20701 requires the retention and preservation of records

and papers by officers of elections under penalty of fine and imprisonment:

**§ 20701. Retention and preservation of records and papers by officers of elections; deposit with custodian; penalty for violation**

Every officer of election shall retain and preserve, for a period of twenty-two months from the date of any general, special, or primary election of which candidates for the office of President, Vice President, presidential elector, Member of the Senate, Member of the House of Representatives, or Resident Commissioner from the Commonwealth of Puerto Rico are voted for, **all records and papers which come into his possession relating to any application, registration, payment of poll tax, or other act requisite to voting in such election,** except that, when required by law, such records and papers may be delivered to another officer of election and except that, if a State or the Commonwealth of Puerto Rico designates a custodian to retain and preserve these records and papers at a specified place, then such records and papers may be deposited with such custodian, and the duty to retain and preserve any record or paper so deposited shall devolve upon such custodian. Any officer of election or custodian who willfully fails to comply with this section shall be fined not more than $1,000 or imprisoned not more than one year, or both.

50 U.S.C.§ 20701.

99.

In the primaries it was confirmed that, "The rapid introduction of new

technologies and processes in state voting systems heightens the risk of

**APP1949**

foreign interference and insider tampering.  That's true even if simple human error or local maneuvering for political advantage are more likely threats[15].

100.

A Penn Wharton Study from 2016 concluded that "Voters and their representatives in government, often prompted by news of high-profile voting problems, also have raised concerns about the reliability and integrity of the voting process, and have increasingly called for the use of modern technology such as laptops and tablets to improve convenience."[16]

101.

As evidence of the defects or features of the Dominion Democracy Suite, as described above, the same Dominion Democracy Suite was denied certification in Texas by the Secretary of State on January 24, 2020 specifically because of a **lack of evidence of efficiency and accuracy and to be safe from fraud or unauthorized manipulation.**[17]

---

[15] *See Threats to Georgia Elections Loom Despite New Paper Ballot Voting, By Mark Niesse, The Atlanta Journal-Constitution and (The AP, Vote-by-Mail worries: A leaky pipeline in many states, August 8, 2020).*

[16] Penn Wharton Study by Matt Caufield, The Business of Voting, July 2018.

[17] Attached hereto, Exh. 23, copy of Report of Review of Dominion Voting Systems Democracy Suite 5.5-A Elections Division by the Secretary of State's office, Elections Division, January 24, 2020.

43

102.

Plaintiffs have since learned that the "glitches" in the Dominion

system–that have the uniform effect of taking votes from Trump and shifting

them to Biden—have been widely reported in the press and confirmed by the

analysis of independent experts.

103.

Plaintiffs can show, through expert and fact witnesses that:

**c.    Dominion/ Smartmatic Systems Have Massive End User Vulnerabilities.**

1.  Users on the ground have full admin privileges to machines and
    software.  Having been created to "rig" elections, the Dominion
    system is designed to facilitate vulnerability and allow a select few
    to determine which votes will be counted in any election.  Workers
    were responsible for moving ballot data from polling place to the
    collector's office and inputting it into the correct folder.  Any
    anomaly, such as pen drips or bleeds, results in a ballot being
    rejected.  It is then handed over to a poll worker to analyze and
    decide if it should count. This creates massive opportunity for purely
    discretionary and improper vote "adjudication."

2.  Affiant witness (name redacted for security reasons[18]), in his sworn
    testimony explains he was selected for the national security guard
    detail of the President of Venezuela, and that he witnessed the
    creation of Smartmatic for the purpose of election vote manipulation
    to insure Venezuelan dictator Hugo Chavez never lost an election
    and he saw it work. Id.

    "The purpose of this conspiracy was to create and operate a voting
    system that could change the votes in elections from votes against

---

44

**APP1951**

persons running the Venezuelan government to votes in their favor in order to maintain control of the government."

(*See* Exh. 2, pars. 6, 9, 10).

104.

Smartmatic's incorporators and inventors have backgrounds evidencing their foreign connections, including Venezuela and Serbia, specifically its identified inventors:

Applicant: SMARTMATIC, CORP.

Inventors: Lino Iglesias, Roger Pinate, Antonio Mugica, Paul Babic, Jeffrey Naveda, Dany Farina, Rodrigo Meneses, Salvador Ponticelli, Gisela Goncalves, Yrem Caruso.[19]

105.

The presence of Smartmatic in the United States—owned by foreign nationals, and Dominion, a Canadian company with its offices such as the Office of General Counsel in Germany, would have to be approved by CFIUS. CFIUS was created in 1988 by the Exon-Florio Amendment to the Defense Production Act of 1950. CFIUS' authorizing statute was amended by the Foreign Investment and National Security Act of 2007 (FINSA).

As amended, section 721 of the DPA directs "the President, acting through [CFIUS]," to review a "**covered transaction to determine the effects of the transaction on the national security of the United States.**" 50 U.S.C. app. § 2170(b)(1)(A). Section 721 defines

---

19 *https://patents.justia.com/assignee/smartmatic-corp*

**APP1952**

a covered transaction as "any merger, acquisition, or takeover …, by or with any foreign person which could result in foreign control of any person engaged in interstate commerce in the United States." Id. § 2170(a)(3).  *Ralls Corp. v. Comm. on Foreign Inv.*, 758 F.3d 296, 302, 411 U.S. App. D.C. 105, 111, (2014).  Review of covered transactions under section 721 begins with CFIUS. As noted, CFIUS is chaired by the Treasury Secretary and its members include the heads of various federal agencies and other high-ranking Government officials with foreign policy, national security and economic responsibilities.

106.

Then Congresswoman Carolyn Maloney wrote October 6, 2006 to the Secretary of Treasury, Henry M. Paulson, Jr., Objecting to approval of Dominion/Smartmatic by CFIUS because of its corrupt Venezuelan origination, ownership and control.  (See attached hereto as Exh. 24, Carolyn Maloney Letter of October 6, 2006).  Our own government has long known of this foreign interference on our most important right to vote, and it had either responded with incompetence, negligence, willful blindness, or abject corruption.  In every CFIUS case, there are two TS/SCI reports generated. One by the ODNI on the threat and one by DHS on risk to critical infrastructure.  Smartmatic was a known problem when it was nonetheless approved by CFIUS.

107.

The Wall Street Journal in 2006 did an investigative piece and found that, "Smartmatic came to prominence in 2004 when its machines were used

46

**APP1953**

in an election to recall President Chávez, which Mr. Chávez won handily --

and which the Venezuelan opposition said was riddled with fraud.

Smartmatic put together a consortium to conduct the recall elections,

including a company called Bizta Corp., in which Smartmatic owners had a

large stake. For a time, the Venezuelan government had a 28% stake in Bizta

in exchange for a loan.'[20] …"Bizta paid off the loan in 2004, and Smartmatic

bought the company the following year. But accusations of Chávez

government control of Smartmatic never ended, especially since Smartmatic

scrapped a simple corporate structure, in which it was based in the U.S. with

a Venezuelan subsidiary, for a far more complex arrangement. The company

said it made the change for tax reasons, but critics, including Rep. Carolyn

Maloney (D., N.Y.) and TV journalist Lou Dobbs, pounded the company for

alleged links to the Chávez regime.  *Id.*  Since its purchase by Smartmatic,

Sequoia's sales have risen sharply to a projected $200 million in 2006, said

Smartmatic's chief executive, Anthony Mugica." *Id.*

<div align="center">108.</div>

Indeed, Mr. Cobucci testified, through his sworn affidavit, that he born

in Venezuela, is cousins with Antonio ('Anthony') Mugica, and he has

---

[20] *See WSJ.com, Smartmatic to Sell U.S. Unit, End Probe into Venezuelan Links, by Bob Davis,
12/22/2006,* h*ttps://www.wsj.com/articles/SB116674617078557263*

**APP1954**

personal knowledge of the fact that Anthony Mugica incorporated Smartmatic in the U.S. in 2000 with other family members in Venezuela listed as owners.  He also has personal knowledge that Anthony Mugica manipulated Smartmatic to ensure the election for Chavez in the 2004 Referendum in Venezuela.  He also testified, through his sworn affidavit, that Anthony Mugica received tens of millions of dollars from 2003- 2015 from the Venezuelan government to ensure Smartmatic technology would be implemented around the world, including in the U.S.  (See attached hereto, Exh. 25, Juan Carlos Cobucci Aff.)

109.

Another Affiant witness testifies that in Venezuela, she was in an official position related to elections and witnessed manipulations of petitions to prevent a removal of President Chavez and because she protested, she was summarily dismissed.  Corroborating the testimony of our secret witness, and our witness Mr. Cobucci, cousin of Anthony Mugica, who began Smartmatic, and this witness explains the vulnerabilities of the electronic voting system and Smartmatica to such manipulations.  (See Exh. 3, Diaz Cardozo Aff).

110.

Specific vulnerabilities of the systems in question that have been documented or reported include:

48

a. Barcodes can override the voters' vote: As one University of California, Berkeley study shows, "In all three of these machines [including Dominion Voting Systems] the ballot marking printer is in the same paper path as the mechanism to deposit marked ballots into an attached ballot box.  This opens up a very serious security vulnerability:  the voting machine can make the paper ballot (to add votes or spoil already-cast votes) after the last time the voter sees the paper, and then deposit that marked ballot into the ballot box without the possibility of detection." (See Exh. 7). [21]

b. Voting machines were able to be connected to the internet by way of laptops that were obviously internet accessible. If one laptop was connected to the internet, the entire precinct was compromised.

c. We … discovered that at least some jurisdictions were not aware that their systems were online," said Kevin Skoglund, an independent security consultant who conducted the research with nine others, all of them long-time security professionals and academics with expertise in election security. Vice. August 2019. [22]

---

[21] *Ballot Marking Devices (BMDs) Cannot Assure the Will of the Voters,* Andrew W. Appel, Richard T. DeMillo, University of California, Berkeley, 12/27/2019.

[22] *Exclusive:  Critical U.S. Election Systems Have Been Left Exposed Online Despite Official Denials, Motherboard Tech by Vice, by Kim Zetter, August 8, 2019,* https://www.vice.com/en/article/3kxzk9/exclusive-critical-us-election-systems-have-been-left-exposed-online-despite-official-denials

**APP1956**

d.  October 6, 2006 – Congresswoman Carolyn Maloney called on Secretary of Treasury Henry Paulson to conduct an investigation into Smartmatic based on its foreign ownership and ties to Venezuela.  (See Exh. 24)

e.  Congresswoman Maloney wrote that "It is undisputed that Smartmatic is foreign owned and it has acquired Sequoia … Smartmatica now acknowledged that Antonio Mugica, a Venezuelan businessman has a controlling interest in Smartmatica, but the company has not revealed who all other Smartmatic owners are." *Id.*

f.  Dominion "got into trouble" with several subsidiaries it used over alleged cases of fraud. One subsidiary is Smartmatic, a company "that has played a significant role in the U.S. market over the last decade," according to a report published by UK-based AccessWire[23].

g.  Litigation over Smartmatic "glitches" alleges they impacted the 2010 and 2013 mid-term elections in the Philippines, raising questions of cheating and fraud. An independent review of the source codes used in the machines found multiple problems, which concluded, "The software

---

[23] *Voting Technology Companies in the U.S. – Their Histories and Present Contributions, Access Wire, August 10, 2017, https://www.accesswire.com/471912/Voting-Technology-Companies-in-the-US--Their-Histories.*

**APP1957**

inventory provided by Smartmatic is inadequate, … which brings into question the software credibility…"[24]

h.  Dominion acquired Sequoia Voting Systems as well as Premier Election Solutions (formerly part of Diebold, which sold Premier to ES&S in 2009, until antitrust issues forced ES&S to sell Premier, which then was acquired by Dominion).[25].

i.  Dominion entered into a 2009 contract with Smartmatic and provided Smartmatic with the PCOS machines (optical scanners) that were used in the 2010 Philippine election—the biggest automated election run by a private company.  The international community hailed the automation of that first election in the Philippines.[26] The results' transmission reached 90% of votes four hours after polls closed and Filipinos knew for the first time who would be their new president on Election Day. In keeping with local election law requirements, Smartmatic and Dominion were required to provide the source code of

---

[24]  *Smartmatic-TIM running out of time to fix glitches, ABS-CBN News, May 4, 2010*
*https://news.abs-cbn.com/nation/05/04/10/smartmatic-tim-running-out-time-fix-glitches*
[25] *The Business of Voting*, Penn Wharton, Caufield, p. 16.
[26] *Smartmatic-TIM running out of time to fix glitches, ABS-CBN News, May 4, 2010*
*https://news.abs-cbn.com/nation/05/04/10/smartmatic-tim-running-out-time-fix-glitches*

**APP1958**

the voting machines prior to elections so that it could be independently verified.[27]

j.  In late December of 2019, three Democrat Senators, Warren, Klobuchar, Wyden, and House Member Mark Pocan wrote about their *'particularized concerns that secretive & "trouble -plagued companies"' "have long skimped on security in favor of convenience*," in the context of how they described the voting machine systems that three large vendors – Election Systems & Software, Dominion Voting Systems, & Hart InterCivic – collectively provide voting machines & software that facilitate voting for over 90% of all eligible voters in the U.S."  (See attached hereto as Exh. 26, copy of Senator Warren, Klobuchar, Wyden's December 6, 2019 letter).

k.  Senator Ron Wyden (D-Oregon) said the findings [insecurity of voting systems] are "yet another damning indictment of the profiteering election vendors, who care more about the bottom line than protecting our democracy." It's also an indictment, he said, "of the notion that important cybersecurity decisions should be left entirely to county

---

[27] Presumably the machiens were not altered following submission of the code.  LONDON, ENGLAND / ACCESSWIRE / August 10, 2017, *Voting Technology Companies in the U.S. - Their Histories and Present Contributions*

election offices, many of whom do not employ a single cybersecurity specialist."[28]

111.

An analysis of the Dominion software system by a former US Military Intelligence expert concludes that the system and software have been accessible and were certainly compromised by rogue actors, such as Iran and China.  By using servers and employees connected with rogue actors and hostile foreign influences combined with numerous easily discoverable leaked credentials, Dominion neglectfully allowed foreign adversaries to access data and intentionally provided access to their infrastructure in order to monitor and manipulate elections, including the most recent one in 2020.  (See Exh. 7).

112.

An expert witness in pending litigation in the United States District Court, Northern District Court of Georgia, Atlanta Div., 17-cv-02989 specifically testified to the acute security vulnerabilities, among other facts, by declaration filed on October 4, 2020, (See Exh. 4B, Document 959-4

---

[28] *Exclusive:  Critical U.S. Election Systems Have Been Left Exposed Online Despite Official Denials, Motherboard Tech by Vice, by Kim Zetter, August 8, 2019,*
*https://www.vice.com/en/article/3kxzk9/exclusive-critical-us-election-systems-have-been-left-exposed-online-despite-official-denials*

**APP1960**

attached hereto, paragraph. 18 and 20 of p. 28, Exh. 4, Hursti Declaration). wherein he testified or found:

     1)     The failure of the Dominion software "*to meet the methods and processes for national standards for managing voting system problems and should not be accepted for use in a public election under any circumstances.*"

     2)     In Hursti's declaration he explained that "There is evidence of remote access and remote troubleshooting which presents a grave security implication and certified identified vulnerabilities should be considered an "extreme security risk." *Id.* Hari Hursti also explained that USB drives with vote tally information were observed to be removed from the presence of poll watchers during a recent election. *Id.* The fact that there are no controls of the USB drives was seen recently seen the lack of physical security and compliance with professional standards, " in one Georgia County, where it is reported that 3,300 votes were found on memory sticks not loaded plus in Floyd county, another 2,600 were unscanned, and the "found votes" reduced Biden's lead over Donald Trump[29].

     (a)     In the prior case against Dominion, supra, further implicating the secrecy behind the software used in Dominion Systems,

---

[29] *Recount find thousands of Georgia votes*, Atlanta Journal-Constitution by Mark Niesse and David Wickert,11/19/20.  https://www.ajc.com/politics/recount-finds-thousands-of-georgia-votes-missing-from-initial-counts/ERDRNXPH3REQTM4SOINPSEP72M/

Dr. Eric Coomer, a Vice President of Dominion Voting Systems, testified that even he was not sure of what testing solutions were available to test problems or how that was done, "*I have got to be honest, we might be a little bit out of my bounds of understanding the rules and regulations…* and in response to a question on testing for voting systems problems in relation to issues identified in 2 counties, he explained that "*Your Honor, I'm not sure of the complete test plan… Again Pro V&V themselves determine what test plan in necessary based on their analysis of the code itself.*"  (*Id*. at Document 959-4, pages 53, 62 L.25- p. 63 L3).

<div align="center">113.</div>

Hursti stated within said Declaration:

"The security risks outlined above – operating system risks, the failure to harden the computers, performing operations directly on the operating systems, lax control of memory cards, lack of procedures, and potential remote access are extreme and destroy the credibility of the tabulations and output of the reports coming from a voting system."

(See Paragraph 49 of Hursti Declaration).

<div align="center">114.</div>

Rather than engaging in an open and transparent process to give credibility to Georgia's brand-new voting system, the election processes were

<div align="center">55</div>

hidden during the receipt, review, opening, and tabulation of those votes in direct contravention of Georgia's Election Code and federal law.

<div align="center">115.</div>

The House of Representatives passed H.R. 2722 in an attempt to address these very risks identified by Hursti, on June 27, 2019:

> *This bill addresses election security through grant programs and requirements for voting systems and paper ballots.*
>
> *The bill establishes requirements for voting systems, including that systems (1) use individual, durable, voter-verified paper ballots; (2) make a voter's marked ballot available for inspection and verification by the voter before the vote is cast; (3) ensure that individuals with disabilities are given an equivalent opportunity to vote, including with privacy and independence, in a manner that produces a voter-verified paper ballot; (4) be manufactured in the United States; and (5) meet specified cybersecurity requirements, including the prohibition of the connection of a voting system to the internet.*

<div align="center">

**ADDITIONAL SPECIFIC FRAUD**

116.

</div>

On November 4, 2020, the Georgia GOP Chairman issued the following statement:

> *"Let me repeat. Fulton County elections officials told the media and our observers that they were shutting down the tabulation center at State Farm Arena at 10:30 p.m. on election night to continue counting ballots in secret until 1:00 a.m.* [30]

<div align="center">56</div>

<div align="center">**APP1963**</div>

117.

It was widely reported that "As of 7 p.m. on Wednesday Fulton County Elections officials said 30,000 absentee ballots were not processed due to a pipe burst."[31] Officials reassured voters that none of the ballots were damaged and the water was quickly cleaned up.  But the emergency delayed officials from processing ballots between 5:30 a.m. and 9:30 a.m.  Officials say they continued to count beginning at 8:30 a.m. Wednesday.  The statement from Fulton County continues:

> "Tonight, Fulton County will report results for approximately 86,000 absentee ballots, as well as Election Day and Early Voting results. These represent the vast majority of ballots cast within Fulton County.

> "As planned, Fulton County will continue to tabulate the remainder of absentee ballots over the next two days. Absentee ballot processing requires that each ballot is opened, signatures verified, and ballots scanned.  This is a labor-intensive process that takes longer to tabulate than other forms of voting. Fulton County did not anticipate having all absentee ballots processed on Election Day."  Officials said they will work to ensure every vote is counted and all laws and regulations are followed.[32]

---

[31] "4,000 remaining absentee ballots being counted in Fulton County", Fox 5 Atlanta, November 3, 2020,  https://www.fox5atlanta.com/news/pipe-burst-at-state-farm-arena-delays-absentee-ballot-processing

[32]  4,000 remaining absentee ballots being counted in Fulton County, Fox 5 Atlanta, November 3, 2020,  https://www.fox5atlanta.com/news/pipe-burst-at-state-farm-arena-delays-absentee-ballot-processing

**APP1964**

118.

Plaintiffs have learned that the representation about "a water leak affecting the room where absentee ballots were counted" was not true. The only water leak that needed repairs at State Farm Arena from November 3 – November 5 was a toilet overflow that occurred earlier on November 3.  It had nothing to do with a room with ballot counting, but the false water break representation led to "everyone being sent home."  Nonetheless, first six (6) people, then three (3) people stayed until 1:05 a.m. working on the computers.

119.

An Affiant recounts how she was present at State Farm Arena on November 3, and saw election workers remaining behind after people were told to leave.  (See Exh. 28, Affidavit of Mitchell Harrison; Exh. 29, Affid. of Michelle Branton)

120.

Plaintiffs have also learned through several reports that in 2010 Eric Coomer joined Dominion as Vice President of U.S. Engineering.  According to his bio, Coomer graduated from the University of California, Berkeley with a Ph.D. in Nuclear Physics. Eric Coomer was later promoted to Voting Systems Officer of Strategy and Security although Coomer has since been removed from the Dominion page of directors.  Dominion altered its website after

58

**APP1965**

Colorado resident Joe Oltmann disclosed that as a reporter he infiltrated ANTIFA, a domestic terrorist organization where he recorded Eric Coomer representing: "Don't worry. Trump won't win the election, we fixed that." – as well as social media posts with violence threatened against President Trump. (See Joe Oltmann interview with Michelle Malkin dated November 13, 2020 which contains copies of Eric Coomer's recording and tweets).[33]

121.

While the bedrock of American elections has been transparency, almost every crucial aspect of Georgia's November 3, 2020, General Election was shrouded in secrecy, rife with "errors," and permeated with anomalies so egregious as to render the results incapable of certification.

**MULTIPLE EXPERT REPORTS AND STATISTICAL ANALYSES PROVE HUNDREDS OF THOUSANDS OF VOTES WERE LOST OR SHIFTED THAT COST PRESIDENT TRUMP AND THE REPUBLICAN CANDIDATES OF CONGRESSIONAL DISTRICTS 6 AND 7 THEIR RACES.**

122.

As evidenced by numerous public reports, expert reports, and witness statements, Defendants egregious misconduct has included ignoring legislative mandates concerning mail-in and ordinary ballots and led to

---

[33] *Malkin Live: Election Update, Interview of Joe Oltmann,* by Michelle Malkin, November 13, 2020, *available at:*
https://www.youtube.com/watch?v=dh1X4s9HuLo&fbclid=IwAR2EaJc1M9RT3DaUraAjsycM0uPKB3uM_-MhH6SMeGrwNyJ3vNmlcTsHxF4

**APP1966**

disenfranchisement of an enormous number of Georgia voters.  Plaintiffs

experts can show that, consistent with the above specific misrepresentations,

analysis of voting data reveals the following:

(a)      Regarding uncounted mail ballots, based on evidence

gathered by Matt Braynard in the form of recorded calls and

declarations of voters, and analyzed by Plaintiff's expert, Williams M.

Briggs, PhD, shows, based on a statistically significant sample, **that**

**the total number of mail ballots that voters mailed in, but were**

**never counted, have a 95% likelihood of falling between 31,559**

**and 38,886 total lost votes.**  This range exceeds the margin of loss of

President Trump of 12,670 votes by at least 18,889 lost votes and by as

many as 26,196 lost votes. (See Exh. 1, Dr. Briggs' Report, with

attachments).

(b)      Plaintiff's expert also finds that **voters received tens of**

**thousands of ballots that they never requested.**   (See Exh. 1).

Specifically, Dr. Briggs found that in the state of Georgia, based on a

statistically significant sample, the expected amount of persons that

received an absentee ballot that they did not request ranges from

16,938 to 22,771.  **This range exceeds the margin of loss of**

**President Trump by 12,670 votes by at least 4,268 unlawful requests and by as many as 10,101 unlawful requests.** *Id.*

(c)     This widespread pattern, as reflected within the population of unreturned ballots analyzed by Dr. Briggs, reveals the unavoidable reality that, in addition to the calculations herein, third parties voted an untold number of unlawfully acquired absentee or mail-in ballots, which would not be in the database of unreturned ballots analyzed here.  See O.G.C.A. 21-2-522. **These unlawfully voted ballots prohibited properly registered persons from voting and reveal a pattern of widespread fraud down ballot as well.**

(d)     **Further, as calculated by Matt Braynard, there exists clear evidence of 20,311 absentee or early voters in Georgia that voted while registered as having moved out of state.**  (See Id., attachment to report).  Specifically, these persons were showing on the National Change of Address Database (NCOA) as having moved, or as having filed subsequent voter registration in another state also as evidence that they moved and even potentially voted in another state. The 20,311 votes by persons documented as having moved exceeds the margin by which Donald Trump lost the election by 7,641 votes.

(e)      Applying *pro-rata* the above calculations separately to Cobb

County based on the number of unreturned ballots, a range of 1,255

and 1,687 ballots ordered by 3rd parties and a range of 2,338 and 2,897

lost mail ballots, plus 10,684 voters documented in the NCOA as

having moved, **for a combined minimum of 14,276 missing and**

**unlawful ballots, and maximum of 15,250 missing and unlawful**

**ballots, which exceeds the statewide Presidential race total**

**margin by a range of as few as 1,606 ballots and as many as**

**2,580 in the County of Cobb alone impacting the Cobb County**

**Republican Party ("Cobb County Republicans").**

123.

As seen from the **expert analysis of Eric Quinnell**, mathematical

anomalies further support these findings, when in various districts within

Fulton County such as vote gains that exceed reasonable expectations

when compared to 2016, and a failure of gains to be normally distributed

but instead shifting substantially toward the tail of the distribution in

what is known as a platykurtic distribution.  Dr. Quinnell identifies

numerous anomalies such as votes to Biden in excess of 2016 exceed the

registrations that are in excess of 2016.  Ultimately, he identifies the

counties in order of their excess performance over what would have fit in a

normal distribution of voting gains, revealing a list of the most anomalous counties down to the least.  These various anomalies provide evidence of voting irregularities.  (See Exh.27, Declaration of Eric Quinnell, with attachments).

124.

In sum, with the expert analysis of William M. Briggs PhD based on recorded calls and declarations, the extent of missing AND unlawfully requested ballots create substantial evidence that the mail ballot system has fundamentally failed to provide a fair voting mechanism.  In short, tens of thousands of votes did not count while the pattern of fraud makes clear that tens of thousands were improperly counted.  This margin of victory in the election for Mr. Biden was only 12,670 and cannot withstand most of these criticisms individually and certainly not in aggregate.

125.

Cobb county, based on lost votes, unlawfully requested votes and NCOA data on these facts alone would consume more than the entire margin of the statewide difference in the Presidential race.  These election results must be reversed.

126.

Applying *pro-rata* the above calculations separately to Cobb County based on the number of unreturned ballots, a range of 1,255 and 1,687 ballots

ordered by 3rd parties and a range of 2,338 and 2,897 lost mail ballots, plus 10,684 voters documented in the NCOA as having moved, **for a combined minimum of 14,276 missing and unlawful ballots, and maximum of 15,250 missing and unlawful ballots, which exceeds the statewide Presidential race total margin by a range of as few as 1,606 ballots and as many as 2,580 in the County of Cobb alone impacting the Cobb County Republican Party ("Cobb County Republicans").** (See Exh. 1).

127.

Mr. Braynard also found a pattern in Georgia of voters registered at totally fraudulent residence addresses, including shopping centers, mail drop stores and other non-residential facilities[34].

128.

In sum, with the expert analysis of William M. Briggs PhD based on extensive investigation, recorded calls and declarations collected by Matt Braynard, (See attachments to Exh. 1, Briggs' report) the extent of missing and unlawfully requested ballots create substantial evidence that the mail ballot system has fundamentally failed to provide a fair voting mechanism. In

---

[34] Matt Braynard, https://twitter.com/MattBraynard/status/1331324173910761476; https://twitter.com/MattBraynard/status/1331299873556086787?s=20; (a) https://twitter.com/MattBraynard/status/1331299873556086787?s=20

**APP1971**

short, tens of thousands of votes did not count while the pattern of fraud and mathematical anomalies that are impossible absent malign human agency makes clear that tens of thousands were improperly counted. This margin of victory in the election for Mr. Biden was only 12,670 and cannot withstand most of these criticisms individually and certainly not in aggregate.

129.

Cobb county, based on lost votes, unlawfully requested votes and NCOA data on these facts alone would consume more than the entire margin of the statewide difference in the Presidential race.

130.

**Russell Ramsland confirms that data breaches in the Dominion software permitted rogue actors to penetrate and manipulate the software during the recent general election.  He further concludes that at least 96,600 mail-in ballots were illegally counted as they were not cast by legal voters.**

131.

In sum, as set forth above, for a host of independent reasons, the Georgia certified election results concluding that Joe Biden received 12,670 more votes that President Donald Trump must be set aside.

65

## COUNT I

### DEFENDANTS VIOLATED THE ELECTIONS CLAUSE AND 42 U.S.C. § 1983

132.

Plaintiffs reallege all preceding paragraphs as if fully set forth herein.

133.

The Electors Clause states that "[e]ach State shall appoint, in such Manner as the Legislature thereof may direct, a Number of Electors" for President. Art. II, § 1, cl. 2 (emphasis added). Likewise, the Elections Clause of the U.S. Constitution states that "[t]he Times, Places, and Manner of holding Elections for Senators and Representatives, shall be prescribed in each State by the Legislature thereof." Art. I, § 4, cl. 1 (emphasis added).

134.

The Legislature is "'the representative body which ma[kes] the laws of the people.'" *Smiley*, 285 U.S. at 193.  Regulations of congressional and presidential elections, thus, "must be in accordance with the method which the state has prescribed for legislative enactments." *Id.* at 367; *see also Ariz. State Legislature v. Ariz. Indep. Redistricting Comm'n*, 135 S. Ct. 2652, 2668 (2015).

**APP1973**

135.

Defendants are not part of the General Assembly and cannot exercise legislative power. Rather, Defendants' power is limited to "tak[ing] care that the laws be faithfully executed." Pa. Const. Art. IV, § 2.  Because the United States Constitution reserves for the General Assembly the power to set the time, place, and manner of holding elections for the President and Congress, county boards of elections and state executive officers have no authority to unilaterally exercise that power, much less to hold them in ways that conflict with existing legislation.

136.

Defendants are not the legislature, and their unilateral decision to create a "cure procedure" violates the Electors and Elections Clauses of the United States Constitution.

137.

The Secretary of State and the State Election Board are not the legislature, and their decision to permit early processing of absentee ballots in direct violation of the unambiguous requirements of O.C.G.A. § 21-2-386(a)(2) violates the Electors and Elections Clauses of the United States Constitution.

**APP1974**

138.

Many Affiants testified to many legal infractions in the voting process,

including specifically switching absentee ballots or mail-in ballots for Trump

to Biden.  Even a Democrat testified in his sworn affidavit that before he was

forced to move back to where he could not see, he had in fact seen, "*I also saw*

*absentee ballots for Trump inserted into Biden's stack, and counted as Biden*

*votes.  This occurred a few times*".  (See Exh. 18, Par. 12).

139.

Plaintiff's expert also finds that voters received tens of thousands of

ballots that they never requested. (See Exh. 1, Dr. Briggs' Report).

Specifically, Dr. Briggs found that in the state of Georgia, based on a

statistically significant sample, the expected amount of persons that received

an absentee ballot that they did not request one ranges from 16,938 to

22,771.   This range exceeds the margin of loss of President Trump by 12,670

votes by at least 4,268 unlawful requests and by as many as 10,101 unlawful

requests.

140.

This widespread pattern, as reflected within the population of

unreturned ballots analyzed by Dr. Briggs, reveals the unavoidable reality

that, in addition to the calculations herein, third parties voted an untold

number of unlawfully acquired absentee or mail-in ballots, which would not

**APP1975**

be in the database of unreturned ballots analyzed here. *See* O.G.C.A. 21-2-522. These unlawfully voted ballots prohibited properly registered persons from voting and reveal a pattern of widespread fraud.

141.

Further, as shown by data collected by Matt Braynard, there exists clear evidence of 20,311 absentee or early voters in Georgia that voted while registered as having moved out of state. Specifically, these persons were showing on the National Change of Address Database (NCOA) as having moved, or as having filed subsequent voter registration in another state also as evidence that they moved and even potentially voted in another state. The 20,311 votes by persons documented as having moved exceeds the margin by which Donald Trump lost the election by 7,641 votes.

142.

Plaintiffs have no adequate remedy at law and will suffer serious and irreparable harm unless the injunctive relief requested herein is granted. Defendants have acted and, unless enjoined, will act under color of state law to violate the Elections Clauses of the Constitution. Accordingly, the results for President and Congress in the November 3, 2020 election must be set aside. The results are infected with Constitutional violations.

## COUNT II

**APP1976**

## THE SECRETARY OF STATE AND GEORGIA COUNTIES VIOLATED THE FOURTEENTH AMENDMENT U.S. CONST. AMEND. XIV, 42 U.S.C. § 1983

### DENIAL OF EQUAL PROTECTION

### INVALID ENACTMENT OF REGULATIONS AFFECTING OBSERVATION AND MONITORING OF THE ELECTION

143.

Plaintiffs refer to and incorporate by reference each of the prior paragraphs of this Complaint as though the same were repeated at length herein.

144.

The Fourteenth Amendment of the United States Constitution provides "nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws. *See also Bush v. Gore*, 531 U.S. 98, 104 (2000)(having once granted the right to vote on equal terms, the State may not, by later arbitrary and disparate treatment, value one person's vote over the value of another's). *Harper v. Virginia Board of Elections*, 383 U.S. 663, 665 (1966) ("Once the franchise is granted to the electorate, lines may not be drawn which are inconsistent with the Equal Protection Clause of the Fourteenth Amendment.").

70

**APP1977**

145.

The Court has held that to ensure equal protection, a "problem inheres in the absence of specific standards to ensure its equal application. The formulation of uniform rules to determine intent based on these recurring circumstances is practicable and, we conclude, necessary." *Bush v. Gore*, 531 U.S. 98, 106, 121 S. Ct. 525, 530, 148 L. Ed. 2d 388 (2000).

146.

The equal enforcement of election laws is necessary to preserve our most basic and fundamental rights.  The requirement of equal protection is particularly stringently enforced as to laws that affect the exercise of fundamental rights, including the right to vote.

147.

In statewide and federal elections conducted in the State of Georgia, including without limitation the November 3, 2020, General Election, all candidates, political parties, and voters, including without limitation Plaintiffs, have a vested interest in being present and having meaningful access to observe and monitor the electoral process in each County to ensure that it is properly administered in every election district and otherwise free, fair, and transparent.

71

**APP1978**

148.

Moreover, through its provisions involving watchers and representatives, the Georgia Election Code ensures that all candidates and political parties in each County, including the Trump Campaign, have meaningful access to observe and monitor the electoral process to ensure that it is properly administered in every election district and otherwise free, fair, and transparent. *See, e.g.* In plain terms, the statute clearly prohibits opening absentee ballots prior to election day, while the rule authorizes doing so three weeks before election day. There is no reconciling this conflict. The State Election Board has authority under O.C.G.A. § 21-2-31 to adopt lawful and legal rules and regulations, but no authority to promulgate a regulation that is directly contrary to an unambiguous statute. Rule 183-1-14-0.9-.15 is therefore plainly and indisputably unlawful.

Plaintiffs also bring this action under Georgia law, O.C.G.A. § 21-2-522, Grounds for Contest:

<div align="center">149.</div>

A result of a primary or election may be contested on one or more of the following grounds:

<div align="center">150.</div>

(1) Misconduct, fraud, or irregularity by any primary or election official or officials sufficient to change or place in doubt the result;

(2) When the defendant is ineligible for the nomination or office in dispute;

(3) When illegal votes have been received or legal votes rejected at the polls sufficient to change or place in doubt the result;

(4) For any error in counting the votes or declaring the result of the primary or election, if such error would change the result; or

(5) For any other cause which shows that another was the person legally nominated, elected, or eligible to compete in a run-off primary or election. O.C.G.A. § 21-2-522.

<div align="center">151.</div>

Several affiants testified to the improper procedures with absentee ballots processing, with the lack of auditable procedures with the logs in the computer systems, which violates Georgia law, and federal election law.  See

<div align="center">73</div>

<div align="center">**APP1980**</div>

also, 50 U.S.C. § 20701 requires the retention and preservation of records and

papers by officers of elections under penalty of fine and imprisonment.

152.

The State Election Board re-adopted Rule 183-1-14-0.9-.15 on

November 23, 2020 for the upcoming January 2021 runoff election.

153.

A large number of ballots were identical and likely fraudulent.  An

Affiant explains that she observed a batch of utterly pristine ballots:

> 14. Most of the ballots had already been handled; they had been
> written on by people, and the edges were worn. They showed obvious
> use. However, one batch stood out. It was pristine. There was a
> difference in the texture of the paper - it was if they were intended
> for absentee use but had not been used for that purposes. There was
> a difference in the feel.
>
> 15. These different ballots included a slight depressed pre-fold so
> they could be easily folded and unfolded for use in the scanning
> machines. There were no markings on the ballots to show where they
> had com~ from, or where they had been processed. These stood out.
>
> 16. In my 20 years of experience of handling ballots, I observed that
> the markings for the candidates on these ballots were unusually
> uniform, perhaps even with a ballot-marking device.  By my estimate
> in observing these ballots, approximately 98% constituted votes for
> Joe Biden.  I only observed two of these ballots as votes for President
> Donald J. Trump."  (See Exh. 15).

154.

The same Affiant further testified specifically to the breach of the chain

of custody of the voting machines the night before the election stating:

74

**APP1981**

we typically receive the machines, the ballot marking devices – on the Friday before the election, with a chain of custody letter to be signed on Sunday, indicating that we had received the machines and the counts on the machines when received, and that the machines have been sealed. **In this case, we were asked to sign the chain of custody letter on Sunday, even though the machines were not delivered until 2:00 AM in the morning on Election Day.** The Milton precinct received its machines at 1:00 AM in the morning on Election Day. This is unacceptable and voting machines should [not] be out of custody prior to an Election Day. *Id.*

155.

Defendants have a duty to treat the voting citizens in each County in the same manner as the citizens in other counties in Georgia.

156.

As set forth in Count I above, Defendants failed to comply with the requirements of the Georgia Election Code and thereby diluted the lawful ballots of the Plaintiffs and of other Georgia voters and electors in violation of the United States Constitution guarantee of Equal Protection.

157.

Specifically, Defendants denied the plaintiffs equal protection of the law and their equal rights to meaningful access to observe and monitor the electoral process enjoyed by citizens in other Georgia Counties by:

(a) mandating that representatives at the pre-canvass and canvass of all absentee and mail-ballots be either Georgia barred

**APP1982**

attorneys or qualified registered electors of the county in which
they sought to observe and monitor;

(b) not allowing watchers and representatives to visibly see and
review all envelopes containing official absentee and mail-in
ballots either at or before they were opened and/or when such
ballots were counted and recorded; and

(c) allowing the use of Dominion Democracy Suite software and
devices, which failed to meet the Dominion Certification Report's
conditions for certification.

158.

Instead, Defendants refused to credential all of the Trump Republican's
submitted watchers and representatives and/or kept Trump Campaign's
watchers and representatives by security and metal barricades from the
areas where the inspection, opening, and counting of absentee and mail-in
ballots were taking place. Consequently, Defendants created a system
whereby it was physically impossible for the candidates and political parties
to view the ballots and verify that illegally cast ballots were not opened and
counted

159.

Many Affiants testified to switching absentee ballots or mail-in ballots
for Trump to Biden, including a Democrat.  He testified in his sworn
affidavit, that before he was forced to move back to where he could not see, he

**APP1983**

had in fact seen, "absentee ballots for Trump inserted into Biden's stack, and counted as Biden votes.  This occurred a few times".  (See Exh. 18, Par. 12).

160.

Other Georgia county boards of elections provided watchers and representatives of candidates and political parties, including without limitation watchers and representatives of the Republicans and the Trump Campaign, with appropriate access to view the absentee and mail-in ballots being pre-canvassed and canvassed by those county election boards and without restricting representatives by any county residency or Georgia bar licensure requirements.

161.

Defendants intentionally and/or arbitrarily and capriciously denied Plaintiffs access to and/or obstructed actual observation and monitoring of the absentee and mail-in ballots being pre-canvassed and canvassed by Defendants, depriving them of the equal protection of those state laws enjoyed by citizens in other Counties.

162.

Defendants have acted and will continue to act under color of state law to violate Plaintiffs' right to be present and have actual observation and access to the electoral process as secured by the Equal Protection Clause of the United States Constitution.

**APP1984**

163.

Defendants further violated Georgia voters' rights to equal protection insofar as Defendants allowed the Georgia counties to process and count ballots in a manner that allowed ineligible ballots to be counted, and through the use of Dominion Democracy Suite, allowed eligible ballots for Trump and McCormick to be switched to Biden or lost altogether. Defendants thus failed to conduct the general election in a uniform manner as required by the Equal Protection Clause of the Fourteenth Amendment and the Georgia Election Code.

164.

Plaintiffs seek declaratory and injunctive relief holding that the election, under these circumstances, was improperly certified and that the Governor be enjoined from transmitting Georgia's certified Presidential election results to the Electoral College. Georgia law forbids certifying a tally that includes any ballots that were not legally cast, or that were switched from Trump to Biden, through the unlawful use of Dominion Democracy Suite software and devices.

165.

Alternatively, Plaintiffs seek declaratory and injunctive relief holding that the election, under these circumstances, was improperly certified and that the Governor be required to recertify the results declaring that Donald

**APP1985**

Trump has won the election and  transmitting Georgia's certified Presidential election result in favor of President Trump.

166.

Plaintiffs have no adequate remedy at law and will suffer serious and irreparable harm unless the declaratory and injunctive relief requested herein is granted.  Indeed, the setting aside of an election in which the people have chosen their representative is a drastic remedy that should not be undertaken lightly, but instead should be reserved for cases in which a person challenging an election has clearly established a violation of election procedures and has demonstrated that the violation has placed the result of the election in doubt. Georgia law allows elections to be contested through litigation, both as a check on the integrity of the election process and as a means of ensuring the fundamental right of citizens to vote and to have their votes counted accurately. O.C.G.A. § 21-2-520 et seq.

167.

In addition to the alternative requests for relief in the preceding paragraphs, hereby restated, Plaintiffs seek a permanent injunction requiring the County Election Boards to invalidate ballots cast by: 1) voters whose signatures on their registrations have not been matched with ballot, envelope and voter registration check; 2) all "dead votes"; and 4) all 900 military ballots in Fulton county that supposedly were 100% for Joe Biden.

79

## COUNT III

### FOURTEENTH AMENDMENT EQUAL PROTECTION CLAUSE U.S. CONST. AMEND. XIV, 42 U.S.C. § 1983

### DENIAL OF DUE PROCESS

### DISPARATE TREATMENT OF ABSENTEE/MAIL-IN VOTERS AMONG DIFFERENT COUNTIES

168.

Plaintiffs incorporate each of the prior allegations in this Complaint.

Voting is a fundamental right protected by the Fourteenth Amendment to the United States Constitution.  The Fourteenth Amendment protects the right to vote from conduct by state officials which seriously undermines the fundamental fairness of the electoral process. *Marks v. Stinson*, 19 F.3d 873, 889 (3d Cir. 1994); *Griffin*, 570 F.2d at 1077-78. "[H]aving once granted the right to vote on equal terms, the State may not, by later arbitrary and disparate treatment, value one person's vote over that of another." *Bush*, 531 U.S. at 104-05.

169.

Defendants are not part of the General Assembly and cannot exercise legislative power. Rather, Defendants' power is limited to executing the laws as passed by the legislature  Although the Georgia General Assembly may enact laws governing the conduct of elections, "no legislative enactment may

80

**APP1987**

contravene the requirements of the Georgia or United States Constitutions."
*Shankey*, 257 A. 2d at 898.

<div align="center">170.</div>

Federal courts "possess broad discretion to fashion an equitable
remedy." *Black Warrior Riverkeeper, Inc. v. U.S. Army Corps of Engineers*,
781 F.3d 1271, 1290 (11th Cir. 2015); *Castle v. Sangamo Weston, Inc.*, 837
F.2d 1550, 1563 (11th Cir. 1988) ("The decision whether to grant equitable
relief, and, if granted, what form it shall take, lies in the discretion of the
district court.").

<div align="center">171.</div>

Moreover, "[t]o the extent that a voter is at risk for having his or her
ballot rejected due to minor errors made in contravention of those
requirements, … the decision to provide a 'notice and opportunity to cure'
procedure to alleviate that risk is one best suited for the Legislature[,] . . .
particularly in light of the open policy questions attendant to that decision,
including what the precise contours of the procedure would be, how the
concomitant burdens would be addressed, and how the procedure would
impact the confidentiality and counting of ballots, all of which are best left to
the legislative branch of Georgia's government." *Id.*

**APP1988**

172.

The disparate treatment of Georgia voters, in subjecting one class of

voters to greater burdens or scrutiny than another, violates Equal Protection

guarantees because "the right of suffrage can be denied by a debasement or

dilution of the weight of a citizen's vote just as effectively as by wholly

prohibiting the free exercise of the franchise." *Reynolds*, 377 U.S. at 555. *Rice*

*v. McAlister*, 268 Ore. 125, 128, 519 P.2d 1263, 1265 (1975); *Heitman v.*

*Brown Grp., Inc.*, 638 S.W.2d 316, 319, 1982 Mo. App. LEXIS 3159, at *4 (Mo.

Ct. App. 1982); *Prince v. Bear River Mut. Ins. Co.*, 2002 UT 68, ¶ 41, 56 P.3d

524, 536-37 (Utah 2002).

173.

Defendants are not the legislature, and their unilateral decision to

create and implement a cure procedure for some but not all absentee and

mail-in voters in this State violates the Due Process Clause of the United

States Constitution.  Plaintiffs have no adequate remedy at law and will

suffer serious and irreparable harm unless the injunctive relief requested

herein is granted.

**APP1989**

## COUNT IV

### FOURTEENTH AMENDMENT, U.S. CONST. ART. I § 4, CL. 1; ART. II, § 1, CL. 2; AMEND. XIV, 42 U.S.C. § 1983

### DENIAL OF DUE PROCESS ON THE RIGHT TO VOTE

174.

Plaintiffs refer to and incorporate by reference each of the prior paragraphs of this Complaint as though the same were repeated at length herein.

175.

The right of qualified citizens to vote in a state election involving federal candidates is recognized as a fundamental right under the Fourteenth Amendment of the United States Constitution. *Harper*, 383 U.S. at See also *Reynolds*, 377 U.S. at 554 (The Fourteenth Amendment protects the "the right of all qualified citizens to vote, in state as well as in federal elections."). Indeed, ever since the Slaughter-House Cases, 83 U.S. 36 (1873), the United States Supreme Court has held that the Privileges or Immunities Clause of the Fourteenth Amendment protects certain rights of federal citizenship from state interference, including the right of citizens to directly elect members of Congress. *See Twining v. New Jersey*, 211 U.S. 78, 97 (1908) (*citing Ex parte Yarbrough*, 110 U.S. 651, 663-64 (1884)). *See also Oregon v. Mitchell,* 400 U.S. 112, 148-49 (1970) (Douglas, J., concurring) (collecting cases).

83

**APP1990**

176.

The fundamental right to vote protected by the Fourteenth Amendment is cherished in our nation because it "is preservative of other basic civil and political rights." *Reynolds*, 377 U.S. at 562.  Voters have a "right to cast a ballot in an election free from the taint of intimidation and fraud," Burson v. Freeman, 504 U.S. 191, 211 (1992), and "[c]onfidence in the integrity of our electoral processes is essential to the functioning of our participatory democracy." *Purcell v. Gonzalez*, 549 U.S. 1, 4 (2006) (per curiam).

177.

"Obviously included within the right to [vote], secured by the Constitution, is the right of qualified voters within a state to cast their ballots and have them counted" if they are validly cast. *United States v. Classic*, 313 U.S. 299, 315 (1941).  "[T]he right to have the vote counted" means counted "at full value without dilution or discount." *Reynolds*, 377 U.S. at 555, n.29 (quoting *South v. Peters,* 339 U.S. 276, 279 (1950) (Douglas, J., dissenting)).

178.

"Every voter in a federal . . . election, whether he votes for a candidate with little chance of winning or for one with little chance of losing, has a right under the Constitution to have his vote fairly counted, without its being distorted by fraudulently cast votes." *Anderson v. United States*, 417 U.S. 211, 227 (1974); see also *Baker v. Carr*, 369 U.S. 186, 208 (1962). Invalid or

84

fraudulent votes "debase[]" and "dilute" the weight of each validly cast vote. *See Anderson*, 417 U.S. at 227.

179.

The right to an honest [count] is a right possessed by each voting elector, and to the extent that the importance of his vote is nullified, wholly or in part, he has been injured in the free exercise of a right or privilege secured to him by the laws and Constitution of the United States." *Anderson*, 417 U.S. at 226 (quoting *Prichard v. United States*, 181 F.2d 326, 331 (6th Cir.), *aff'd due to absence of quorum*, 339 U.S. 974 (1950)).

180.

Practices that promote the casting of illegal or unreliable ballots or fail to contain basic minimum guarantees against such conduct, can violate the Fourteenth Amendment by leading to the dilution of validly cast ballots. *See Reynolds*, 377 U.S. at 555 ("[T]he right of suffrage can be denied by a debasement or dilution of the weight of a citizen's vote just as effectively as by wholly prohibiting the free exercise of the franchise.").

181.

In Georgia, the signature verification requirement is a dead letter. The signature rejection rate for the most recent election announced by the Secretary of State was 0.15%. The signature rejection rate for absentee ballot applications was .00167% - only 30 statewide. Hancock County, Georgia,

85

population 8,348, rejected nine absentee ballot applications for signature mismatch. Fulton County rejected eight. No other metropolitan county in Georgia rejected even a single absentee ballot application for signature mismatch. The state of Colorado, which has run voting by mail for a number of years, has a signature rejection rate of between .52% and .66%.[35] The State of Oregon had a rejection rate of 0.86% in 2016.[36] The State of Washington has a rejection rate of between 1% and 2%.[37]If Georgia rejected absentee ballots at a rate of .52% instead of the actual .15%, approximately 4,600 more absentee ballots would have been rejected.

<div align="center">

**COUNT V**

**THERE WAS WIDE-SPREAD BALLOT FRAUD.**

**OCGA 21-2-522**

182.

</div>

Plaintiffs refer to and incorporate by reference each of the prior paragraphs of this Complaint as though the same were repeated at length herein.

---

[35] *See* https://duckduckgo.com/?q=colorado+signature+rejection+rate&t=osx&ia=web last visited November 25,2020

[36] *See* https://www.vox.com/21401321/oregon-vote-by-mail-2020-presidential-election, last visited November 25,2020.

[37] *See* https://www.salon.com/2020/09/08/more-than-550000-mail-ballots-rejected-so-far-heres-how-to-make-sure-your-vote-gets-counted/ last visited November 25, 2020.

183.

Plaintiffs contest the results of Georgia's election, with Standing conferred under pursuant to O.G.C.A. 21-2-521.

184.

Therefore, pursuant to O.G.C.A. 21-2-522, for misconduct, fraud, or irregularity by any primary or election official or officials sufficient to change or place in doubt the result. The foundational principle that Georgia law "nonetheless allows elections to be contested through litigation, both as a check on the integrity of the election process and as a means of ensuring the fundamental right of citizens to vote and to have their votes counted accurately." *Martin v. Fulton County Bd. of Registration & Elections*, 307 Ga. 193, 194, 835 S.E.2d 245, 248 (2019).   The Georgia Supreme Court has made clear that Plaintiffs need not show how the [] voters would have voted if their [absentee] ballots had been regular. [] only had to show that there were enough irregular ballots to place in doubt the result." See OCGA § 21-2-520 et seq., *Mead v. Sheffield*, 278 Ga. 268, 272, 601 S.E.2d 99, 102 (1994) the Supreme Court invalidated an election, and ordered a new election because it found that,

> Thus, [i]t was not incumbent upon [the Plaintiff] to show how the [481] voters would have voted if their [absentee] ballots had been regular. He only had to show that there were enough irregular ballots to place in doubt the result. He succeeded in that task.

87

**APP1994**

*Id.* at 271 (citing *Howell v. Fears*, 275 Ga. 627, 571 SE2d 392, (2002) (primary results invalid where ballot in one precinct omitted names of both qualified candidates).

<div align="center">185.</div>

The "glitches" in the Dominion system—that seem to have the uniform effect of hurting Trump and helping Biden have been widely reported in the press and confirmed by the analysis of independent experts.

<div align="center">186.</div>

Prima facie evidence in multiple affidavits shows specific fraudulent acts, which directly resulted in the flipping of the race at issue:

a) votes being switched in Biden's favor away from Trump during the recount;

b) the lack of procedures in place to follow the election code, and the purchase and use, Dominion Voting System despite evidence of serious vulnerabilities;

c) a demonstration that misrepresentations were made about a pipe burst that sent everyone home, while first six, then three, unknown individuals were left alone until the morning hours working on the machines;

<div align="center">88</div>

<div align="center">**APP1995**</div>

d) further a failure to demonstrate compliance with the Georgia's Election
Codes, in maintaining logs on the Voting system for a genuine and
sound audit, other than voluntary editable logs that prevent genuine
audits.  While the bedrock of this Democratic Republic rests on citizens'
confidence in the validity of our elections and a transparent process,
Georgia's November 3, 2020 General Election remains under a pall of
corruption and irregularity that reflects a pattern of the absence of
mistake.  At best, the evidence so far shows ignorance of the truth; at
worst, it proves a knowing intent to defraud.

<div align="center">187.</div>

Plaintiff's expert also finds that voters received tens of thousands of
ballots that they never requested.  (See Exh. 1, Dr. Briggs' Report).
Specifically, Dr. Briggs found that in the state of Georgia, based on a
statistically significant sample, the expected amount of persons that received
an **absentee ballot that they did not request ranges from 16,938 to
22,771.**  This range exceeds the margin of loss of President Trump by 12,670
votes by at least 4,268 unlawful requests and by as many as 10,101 unlawful
requests.

**APP1996**

188.

This widespread pattern, as reflected within the population of unreturned ballots analyzed by Dr. Briggs, reveals the unavoidable reality that, in addition to the calculations herein, third parties voted an untold number of unlawfully acquired absentee or mail-in ballots, which would not be in the database of unreturned ballots analyzed here.  See O.G.C.A. 21-2-522. These unlawfully voted ballots prohibited properly registered persons from voting and reveal a pattern of widespread fraud.

189.

Further, there exists clear evidence of 20,311 absentee or early voters in Georgia that voted while registered as having moved out of state. Specifically, these persons were showing on the National Change of Address Database (NCOA) as having moved, or as having filed subsequent voter registration in another state also as evidence that they moved and even potentially voted in another state.  The 20,311 votes by persons documented as having moved exceeds the margin by which Donald Trump lost the election by 7,641 votes.

190.

Plaintiffs" expert Russell Ramsland concludes that at least 96,600 mail-in ballots were fraudulently cast.  He further concludes that up to

**APP1997**

136,098 ballots were illegally counted as a result of improper manipulation of the Dominion software. (Ramsland Aff).

191.

The very existence of absentee mail in ballots created a heightened opportunity for fraud.  The population of unreturned ballots analyzed by William Briggs, PhD, reveals the probability that a far greater number of mail ballots were requested by 3rd parties or sent erroneously to persons and voted fraudulently, undetected by a failed system of signature verification. The recipients may have voted in the name of another person, may have not had the legal right to vote and voted anyway, or may have not received the ballot at the proper address and then found that they were unable to vote at the polls, except provisionally, due to a ballot outstanding in their name.

192.

When we consider the harm of these uncounted votes, and ballots not ordered by the voters themselves, and the potential that many of these unordered ballots may in fact have been improperly voted and also prevented proper voting at the polls, the mail ballot system has clearly failed in the state of Georgia and did so on a large scale and widespread basis.  The size of the voting failures, whether accidental or intentional, are multiples larger than the margin of votes between the presidential candidates in the

**APP1998**

state.  For these reasons, Georgia cannot reasonably rely on the results of the

mail vote.

193.

The right to vote includes not just the right to cast a ballot, but also the

right to have it fairly counted if it is legally cast. The right to vote is infringed

if a vote is cancelled or diluted by a fraudulent or illegal vote, including

without limitation when a single person votes multiple times. The Supreme

Court of the United States has made this clear in case after case. See, e.g.,

*Gray v. Sanders*, 372 U.S. 368, 380 (1963) (every vote must be "protected

from the diluting effect of illegal ballots."); *Crawford v. Marion Cnty. Election

Bd.*, 553 U.S. 181, 196 (2008) (plurality op. of Stevens, J.) ("There is no

question about the legitimacy or importance of the State's interest in

counting only the votes of eligible voters."); *accord Reynolds v. Sims*, 377 U.S.

533, 554-55 & n.29 (1964).

194.

Plaintiffs have no adequate remedy at law.  As seen from the expert

analysis of William Higgs, PhD, based on actual voter data, tens of thousands

of votes did not count, and tens of thousands of votes were unlawfully

requested.

**APP1999**

195.

The Fourteenth Amendment Due Process Clause protects the right to vote from conduct by state officials which seriously undermines the fundamental fairness of the electoral process. *Marks v. Stinson*, 19 F.3d 873, 889 (3d Cir. 1994); *Griffin v. Burns*, 570 F.2d 1065, 1077-78 (1st Cir. 1978).

196.

Separate from the Equal Protection Clause, the Fourteenth Amendment's due process clause protects the fundamental right to vote against "the disenfranchisement of a state electorate." *Duncan v. Poythress*, 657 F.2d 691, 702 (5th Cir. 1981). "When an election process 'reaches the point of patent and fundamental unfairness,' there is a due process violation." *Florida State  Conference  of N.A.A.C.P. v. Browning*, 522 F.3d 1153, 1183-84 (11th Cir. 2008) (*quoting Roe v. Alabama*, 43 F.3d 574, 580 (11th Cir.1995) (*citing Curry v. Baker*, 802 F.2d  1302, 1315 (11th Cir.1986))). *See also Griffin*, 570 F.2d at 1077 ("If the election process itself reaches the point of patent and fundamental unfairness, a violation of the due process clause may be indicated and relief under § 1983 therefore in order."); *Marks v. Stinson*, 19 F.3d 873, 889 (3d Cir. 1994) (enjoining winning state senate candidate from exercising official authority where absentee ballots were obtained and cast illegally).

**APP2000**

197.

Part of courts' justification for such a ruling is the Supreme Court's recognition that the right to vote and to free and fair elections is one that is preservative of other basic civil and political rights. *See Black*, 209 F.Supp.2d at 900 (quoting *Reynolds*, 377 U.S. at 561-62 ("since the right to exercise the franchise in a free and unimpaired manner is preservative of other basic civil and political rights, any alleged infringement of the right of citizens to vote must be carefully and meticulously scrutinized.")); see also *Yick Wo v. Hopkins*, 118 U.S. 356, 370 (1886) ("the political franchise of voting … is regarded as a fundamental political right, because [sic] preservative of all rights.").

198.

"[T]he right to vote, the right to have one's vote counted, and the right to have ones vote given equal weight are basic and fundamental constitutional rights incorporated in the due process clause of the Fourteenth Amendment to the Constitution of the United States." Black, 209 F. Supp. 2d at 900 (a state law that allows local election officials to impose different voting schemes upon some portions of the electorate and not others violates due process). "Just as the equal protection clause of the Fourteenth Amendment prohibits state officials from improperly diluting the right to vote, the due process clause of the Fourteenth amendment forbids state

94

**APP2001**

officials from unlawfully eliminating that fundamental right." *Duncan*, 657 F.2d at 704. "Having once granted the right to vote on equal terms, [Defendants] may not, by later arbitrary and disparate treatment, value one person's vote over that of another." *Bush*, 531 U.S. at 104-05.

199.

In statewide and federal elections conducted in the State of Georgia, including without limitation the November 3, 2020 General Election, all candidates, political parties, and voters, including without limitation Plaintiffs, have a vested interest in being present and having meaningful access to observe and monitor the electoral process to ensure that it is properly administered in every election district and otherwise free, fair, and transparent.

200.

Moreover, through its provisions involving watchers and representatives, the Georgia Election Code ensures that all candidates and political parties, including without limitation Plaintiff, Republicans, and the Trump Campaign, shall be "present" and have meaningful access to observe and monitor the electoral process to ensure that it is properly administered in every election district and otherwise free, fair, and transparent.

**APP2002**

201.

Defendants have a duty to guard against deprivation of the right to vote through the dilution of validly cast ballots by ballot fraud or election tampering. Rather than heeding these mandates and duties, Defendants arbitrarily and capriciously denied the Trump Campaign and Republicans meaningful access to observe and monitor the electoral process by: (a) mandating that representatives at the pre- canvass and canvass of all absentee and mail-ballots be either Georgia barred attorneys or qualified registered electors of the county in which they sought to observe and monitor; and (b) not allowing watchers and representatives to visibly see and review all envelopes containing official absentee and mail-in ballots either at the time or before they were opened and/or when such ballots were counted and recorded. Instead, Defendants refused to credential all of the Trump Campaign's submitted watchers and representatives and/or kept Trump Campaign's watchers and representatives by security and metal barricades from the areas where the inspection, opening, and counting of absentee and mail-in ballots were taking place. The lack of meaningful access with actual access to see the ballots invited further fraud and cast doubt of the validity of the proceedings.

**APP2003**

202.

Consequently, Defendants created a system whereby it was physically impossible for the candidates and political parties to view the ballots and verify that illegally cast ballots were not opened and counted.

203.

Defendants intentionally and/or arbitrarily and capriciously denied Plaintiffs access to and/or obstructed actual observation and monitoring of the absentee and mail-in ballots being pre-canvassed and canvassed by Defendants, and included the unlawfully not counting and including uncounted mail ballots, and that they failed to follow absentee ballot requirements when thousands of **voters received ballots that they never requested.** Defendants have acted and will continue to act under color of state law to violate the right to vote and due process as secured by the Fourteenth Amendment to the United States Constitution.

204.

Plaintiffs have no adequate remedy at law and will suffer serious and irreparable harm unless the injunctive relief requested herein is granted.

205.

When we consider the harm of these uncounted votes, and ballots not ordered by the voters themselves, and the potential that many of these

**APP2004**

unordered ballots may in fact have been improperly voted and also prevented proper voting at the polls, the mail ballot system has clearly failed in the state of Georgia and did so on a large scale and widespread basis.  The size of the voting failures, whether accidental or intentional, are multiples larger than the margin in the state.  For these reasons, Georgia cannot reasonably rely on the results of the mail vote.

206.

Relief sought is the elimination of the mail ballots from counting in the 2020 election. Alternatively, the Presidential electors for the state of Georgia should be disqualified from counting toward the 2020 election.

207.

The United States Code (3 U.S.C. 5) provides that,

> "[i]f any State shall have provided, by laws enacted prior to the day fixed for the appointment of the electors, for its final determination of any controversy or contest concerning the appointment of all or any of the electors of such State, by judicial or other methods or procedures, and such determination shall have been made at least six days before the time fixed for the meeting of the electors, such determination made pursuant to such law so existing on said day, and made at least six days prior to said time of meeting of the electors, shall be conclusive, and shall govern in the counting of the electoral votes as provided in the Constitution, and as hereinafter regulated, so far as the ascertainment of the electors appointed by such State is concerned.

3 USCS § 5.

**APP2005**

## REQUEST FOR RELIEF

208.

Accordingly, Plaintiffs seek an emergency order instructing Defendants to de-certify the results of the General Election for the Office of President.

209.

In the alternative, Plaintiffs seek an emergency order prohibiting Defendants from including in any certified results from the General Election the tabulation of absentee and mailing ballots which do not comply with the Election Code, including, without limitation, the tabulation of absentee and mail-in ballots Trump Campaign's watchers were prevented from observing or based on the tabulation of invalidly cast absentee and mail-in ballots which (i) lack a secrecy envelope, or contain on that envelope any text, mark, or symbol which reveals the elector's identity, political affiliation, or candidate preference, (ii) do not include on the outside envelope a completed declaration that is dated and signed by the elector, or (iii) are delivered in-person by third parties for non-disabled voters.

210.

When we consider the harm of these uncounted votes, and ballots not ordered by the voters themselves, and the potential that many of these unordered ballots may in fact have been improperly voted and also prevented

99

proper voting at the polls, the mail ballot system has clearly failed in the state of Georgia and did so on a large scale and widespread basis.  The size of the voting failures, whether accidental or intentional, are multiples larger than the margin in the state. For these reasons, Georgia cannot reasonably rely on the results of the mail vote. Relief sought is the elimination of the mail ballots from counting in the 2020 election. Alternatively, the electors for the state of Georgia should be disqualified from counting toward the 2020 election.  Alternatively, the electors of the State of Georgia should be directed to vote for President Donald Trump.

<div align="center">211.</div>

For these reasons,  Plaintiff asks this Court to enter a judgment in their favor and provide the following emergency relief:

1. An order directing Governor Kemp, Secretary Raffensperger and the Georgia State Board of Elections to de-certify the election results;

2. An order enjoining Governor Kemp from transmitting the currently certified election results to the Electoral College;

3. An order requiring Governor Kemp to transmit certified election results that state that President Donald Trump is the winner of the election;

<div align="center">100</div>

<div align="center">**APP2007**</div>

4. An immediate order to impound all the voting machines and software in Georgia for expert inspection by the Plaintiffs.

5. An order that no votes received or tabulated by machines that were not certified as required by federal and state law be counted.

6. A declaratory judgment declaring that Georgia Secretary of State Rule  183-1-14-0.9-.15 violates the Electors and Elections Clause, U.S. CONST. art. I, § 4;

7. A declaratory judgment declaring that Georgia's failed system of signature verification violates the Electors and Elections Clause by working a de facto abolition of the signature verification requirement;

8. A declaratory judgment declaring that current certified election results violates the Due Process Clause, U.S. CONST. Amend. XIV;

9. A declaratory judgment declaring that mail-in and absentee ballot fraud must be remedied with a Full Manual Recount or statistically valid sampling that properly verifies the signatures on absentee ballot envelopes and that invalidates the certified results if the recount or sampling analysis shows a sufficient number of ineligible absentee ballots were counted;

**APP2008**

10.    An emergency declaratory judgment that voting machines be
Seized and Impounded immediately for a forensic audit—by
plaintiffs' expects;

11.    A declaratory judgment declaring absentee ballot fraud occurred
in violation of Constitutional rights, Election laws and under state
law;

12.    A permanent injunction prohibiting the Governor and Secretary
of State from transmitting the currently certified results to the
Electoral College based on the overwhelming evidence of election
tampering;

13.    Immediate production of 36 hours of security camera recording of
all rooms used in the voting process at State Farm Arena in Fulton
County, GA from 12:00am to 3:00am until 6:00pm on November 3.

14.    Plaintiffs further request the Court grant such other relief as is
just and proper, including but not limited to, the costs of this action
and their reasonable attorney fees and expenses pursuant to 42
U.S.C. 1988.

Respectfully submitted, this 25th day of November, 2020.

**APP2009**

CALDWELL, PROPST & DELOACH, LLP

/s/ Harry W. MacDougald
Harry W. MacDougald
Georgia Bar No. 463076

CALDWELL, PROPST & DELOACH, LLP
Two Ravinia Drive, Suite 1600
Atlanta, GA 30346
(404) 843-1956 – Telephone
(404) 843-2737 – Facsimile
hmacdougald@cpdlawyers.com
Counsel for Plaintiffs

/s Sidney Powell*
Sidney Powell PC
Texas Bar No. 16209700
Julia Z. Haller *
Emily P. Newman*
Virginia Bar License No. 84265
2911 Turtle Creek Blvd, Suite 300
Dallas, Texas 75219

*Application for admission pro hac vice
Forthcoming

L. Lin Wood
GA Bar No. 774588
L. LIN WOOD, P.C.
P.O. Box 52584
Atlanta, GA 30305-0584
Telephone: (404) 891-1402

Howard Kleinhendler*
NEW YORK BAR NO. 2657120Howard Kleinhendler Esquire
369 Lexington Avenue, 12th Floor
New York, New York 10017
Office (917) 793-1188
Mobile (347) 840-2188
howard@kleinhendler.com
www.kleinhendler.com

**APP2010**

*Application for admission pro hac vice
Forthcoming

*Attorneys for Plaintiffs*

**APP2011**

# Exhibit M-12

🔒 PageVault

| | |
|---|---|
| Document title: | George Soros on X: "I applaud Patrick Gaspard's leadership of the Open Society Foundations in a world beset by illiberalism. Mark Malloch-Brown will be Open Society's new president. He is deeply familiar with its work and shares my vision of philanthropy. https://t.co/DdJk1z3Cq2" / X |
| Capture URL: | https://twitter.com/georgesoros/status/1334949857589682180 |
| Page loaded at (UTC): | Thu, 07 Dec 2023 16:51:44 GMT |
| Capture timestamp (UTC): | Thu, 07 Dec 2023 16:58:44 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 38 |
| Capture ID: | cyE6A9zctDjiPo8J4HP4Ku |
| User: | jw-mvillalpando |

PDF REFERENCE #:      8uW6W859cmHxbaaJyAvjXH

**APP2013**



← **Post**

Repent. The Lord is coming for all you evil demons

**Desiree's husband Greg** 🇺🇸☑ @UDMGreg · Dec 6, 2020
... and @realDonaldTrump is still your president 😂😂😂

**Tricia** 🖤💙☑ @LTNavyvet · Dec 6, 2020
And why isn't this "foundation" on a terrorist list?

**Anna Khait** ☑ @Annakhait · Dec 5, 2020
Hell is all eternity 🙏🏻 repent

💬 20    🔁 50    ♡ 1.3K

**Mindy Robinson** ☑ @iheartmindy · Dec 5, 2020
Keep in mind the Left and their fake fact checkers are STILL claiming there's no tie between Soros and our election voting machines and software.

This is a globalist coup...the economy-destroying shutdowns, the suspension of rights, the rigged election, and the media censorship.



💬 72    🔁 828    ♡ 2.4K

**Jamie White** ☑ @WhiteIsTheFury · Dec 5, 2020

youtube.com
Proof George Soros is a Nazi Collaborator 60 Minutes
This is the famous 60 Minutes interview where George Soros admits to helping Nazis take property from ...

💬 1    🔁 21    ♡ 56

**Fight the Matrix Ms Sticky** ☑ @mujikins27 · Dec 5, 2020
How did the son of Satan appear on my timeline?

💬 7    🔁 4    ♡ 48

**Andrew Stuttaford** ☑ @AStuttaford · Dec 5, 2020

---

🔍 Search

### Relevant people

**George Soros** ☑
@georgesoros        [ Follow ]
The Official Twitter Page of George Soros, chair of Soros Fund Management LLC and founder of the Open Society Foundations.

### What's happening

NBA · Yesterday
**Heat at Raptors**

**#SleeperPicks** 🏀
$1M Giveaway on Sleeper
▶ Promoted by Sleeper

Politics · Trending
**Guyana**
131K posts

Trending in United States
**#ThirstyThursday**
1,612 posts

Trending in United States
**Facebook and Instagram**
16K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2023 X Corp.

Document title: George Soros on X: &quot;I applaud Patrick Gaspard&#39;s leadership of the Open Society Foundations in a world beset by illiberalism. Mark Malloch-…
Capture URL: https://twitter.com/georgesoros/status/1334949857589682180
Capture timestamp (UTC): Thu, 07 Dec 2023 16:58:44 GMT
Page 2 of 37





← Post

## Relevant people

**George Soros**
@georgesoros    **Follow**
The Official Twitter Page of George Soros, chair of Soros Fund Management LLC and founder of the Open Society Foundations.

## What's happening

NBA · Yesterday
**Heat at Raptors**

#SleeperPicks 🎰
$1M Giveaway on Sleeper
▶ Promoted by Sleeper

Politics · Trending
**Guyana**
131K posts

Trending in United States
**#ThirstyThursday**
1,612 posts

Trending in United States
**Facebook and Instagram**
16K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2023 X Corp.

**HernandoDon** ✓ @HernandoDonella · Dec 5, 2020
Didn't Smartmatic just tell us that Mark Malloch-Brown doesn't work for Soros? 🤔

**Andrew DeMaio** ✓ @andrew_demaio · Dec 5, 2020
All of these people should be in GITMO.

**Steven R Baysden** ✓ @SBaysden · Dec 5, 2020
If you are not the man of lawlessness that the Bible speaks of @georgesoros then you are definitely trying hard to fill his shoes.

**Daniel Harris - Ballot Harvester 2024** ✓ @DanielLHarrisUS · Dec 5, 2020
SMARTMATIC Caught Lying: Soros-Owned Lord Mark Malloch Brown Confesses to License Agreement Between Smartmatic and Dominion in 2015 Interview gellerreport.com/2020/11/smartm... via @pamelageller
💬 9     ↻ 295     ♡ 563

**NatureGirl** ✓ @Naturegirl571 · Dec 5, 2020
💬 6     ↻ 62     ♡ 225

Zotuary ✓ @Zotuary    Ad ···
🦵 Would you like to stand easier, walk lighter, run faster, jump higher, and lift heavier than ever before?
Get yours 🦵 zotuary.com/knee-pads





Document title: George Soros on X: &quot;I applaud Patrick Gaspard&#39;s leadership of the Open Society Foundations in a world beset by illiberalism. Mark Malloch-…
Capture URL: https://twitter.com/georgesoros/status/1334949857589682180
Capture timestamp (UTC): Thu, 07 Dec 2023 16:58:44 GMT

**APP2019**



Document title: George Soros on X: &quot;I applaud Patrick Gaspard&#39;s leadership of the Open Society Foundations in a world beset by illiberalism. Mark Malloch-…

Capture URL: https://twitter.com/georgesoros/status/1334949857589682180

Capture timestamp (UTC): Thu, 07 Dec 2023 16:58:44 GMT

Page 7 of 37

APP2020



Document title: George Soros on X: &quot;I applaud Patrick Gaspard&#39;s leadership of the Open Society Foundations in a world beset by illiberalism. Mark Malloch-…
Capture URL: https://twitter.com/georgesoros/status/1334949857589682180
Capture timestamp (UTC): Thu, 07 Dec 2023 16:58:44 GMT

**APP2021**



← Post

It is the fulfillment of your life's mission to destroy the United States. You've flown to close to the sun, this time.

💬 1   🔁   ♡ 2

**@tadster2** @tadster2 · Dec 6, 2020
I will applaud👏When The Soros Family and Their Globalist Enterprises are Kicked out of America Permanently !
All Nations should follow Suit !
Shame Shame Shame🤬

💬 1   🔁 3   ♡ 14

**A.J. melomane** @AMelomane · Dec 6, 2020
Better is a poor man who walks in his integrity Than he who is perverse in speech and is a fool.
Proverbs 19:1 NASB1995

💬 1   🔁   ♡ 8

**Rodrigo Silva** 🇧🇷 🇮 ▮ 🇧🇷 🇸 ▮ 🇧🇷 @RodrigKildysart · Dec 6, 2020
I can only hope you BELIEVE in KARMA coz that's what's going to KNOCK YOU and YOUR FAMILY DOWN in the end

💬   🔁 1   ♡ 4

**Kel Mancuso** @MancusoKellyA18 · Dec 5, 2020
Lord's do not belong in America

💬 1   🔁   ♡ 1

**Femmefataletx** @Femmefataletx · Dec 5, 2020
YOU sir, are the devil in not so much disguise.

💬   🔁   ♡ 2

**Don Desautels** @donderover · Dec 5, 2020
Thank you Mr. HITLER

💬   🔁   ♡ 1

**Vivi Alterio** @AlterioVivi · Dec 5, 2020
No more of u Soros u hate US ...We are son of GOD YHWH 🤍🖤❄

💬   🔁   ♡

**Tim Hartshorn** @TimHartshorn · Dec 5, 2020
You are the Devil!!

💬   🔁   ♡ 2

**Jac** @Demure_Blonde · Dec 5, 2020
The worst man in the world.

💬   🔁   ♡ 2

**Bumper Stick** @bumperstick · Dec 6, 2020
You are a snake! You are just passing through. Your next life will be FOREVER!

💬 1   🔁   ♡ 9

**Eve** @MAGA_Ritenia · Dec 6, 2020
You are of your father THE DEVIL!

💬   🔁   ♡ 1

**Nabuco** 🇮 ▮ 🇮 @Nabuco111 · Dec 6, 2020
¿Does "philanthropy" mean killing kids?

💬   🔁   ♡ 9

**Ilkka Huotari** @ilkkah · Dec 4, 2020
Do you think that it's good that Europe has open borders and anybody can

🔍 Search

### Relevant people

**George Soros** [Follow]
@georgesoros
The Official Twitter Page of George Soros, chair of Soros Fund Management LLC and founder of the Open Society Foundations.

### What's happening

NBA · Yesterday
**Heat at Raptors**

#SleeperPicks 🏀
$1M Giveaway on Sleeper
▶ Promoted by Sleeper

Politics · Trending
**Guyana**
131K posts

Trending in United States
**#ThirstyThursday**
1,612 posts

Trending in United States
**Facebook and Instagram**
16K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2023 X Corp.





**APP2024**





← **Post**

💬 92    🔁 2    ❤️ 6    📊

**Cozy Fireplace** 🖤🤍🤍 @aparker70 · Dec 5, 2020    ···
Sounds about right for your crowd. Birds of a feather and all that jazz.

Moloch[a] (also Molech, Mollok, Milcom, or Malcam) is the biblical name of a Canaanite god associated with child sacrifice, through fire or war.

💬 6    🔁 14    ❤️ 162    📊    🔖    ⬆️

**Mr.V** 🖤 @antonio_vgc · Dec 6, 2020    ···
El viejo sádico ya ni se esconde.

💬    🔁    ❤️ 8    📊    🔖    ⬆️

**Cryptoconferences** @Cryptoconferen1 · Dec 5, 2020    ···
@RealCandaceO that's where the BLM $ went!

💬 3    🔁 5    ❤️ 74    📊    🔖    ⬆️

**Zotuary** ✓ @Zotuary    **Ad**    ···
👉 Would you like to stand easier, walk lighter, run faster, jump higher, and lift heavier than ever before?
Get yours ▶️ zotuary.com/knee-pads

**EFFECTIVELY LIGHTEN ABOUT 40KG OF YOUR WEIGHT**
0:22

💬 51    🔁 411    ❤️ 2.4K    📊 12M    🔖    ⬆️

**ssfaser** 🏅 @ssfaserr · Dec 5, 2020    ···
"Open Society" foundation

---

🔍 Search

## Relevant people

**George Soros** [Follow]
@georgesoros
The Official Twitter Page of George Soros, chair of Soros Fund Management LLC and founder of the Open Society Foundations.

## What's happening

NBA · Yesterday
**Heat at Raptors**

#SleeperPicks 🏀
$1M Giveaway on Sleeper
▶️ Promoted by Sleeper

Politics · Trending    ···
**The FBI**
113K posts

Trending    ···
**#DisneyWorld**

Entertainment · Trending    ···
**Ryan Reynolds**
Trending with #deadpoolleaks

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2023 X Corp.





**Relevant people**

George Soros
@georgesoros    [Follow]

The Official Twitter Page of George Soros, chair of Soros Fund Management LLC and founder of the Open Society Foundations.

**What's happening**

NBA · Yesterday
**Heat at Raptors**

#SleeperPicks 🎰
$1M Giveaway on Sleeper
⚡ Promoted by Sleeper

Politics · Trending
**The FBI**
113K posts

Trending
**#DisneyWorld**

Entertainment · Trending
**Ryan Reynolds**
Trending with #deadpoolleaks

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2023 X Corp.

---

← Post

**Uwe Baganz** @UBaganz · Dec 5, 2020
my vision of philanthropy 😂😂😂😂 that is a good one 😂😂😂😂
♡ 92

**Josh** @JoeBob77730206 · Dec 5, 2020
Pure evil.
💬 1    ↻ 6    ♡ 250

**BigE** @BigEbelieves · Dec 5, 2020
GITMO
♡ 12

**frigo** @jefffregeau · Dec 5, 2020
Substitute communism for philanthropy.
♡ 12

**T2tone** @TimD63585712 · Dec 5, 2020
Very special place for GS
♡ 30

**Denise Morgan. Life is good!** @DeniseVisual · Dec 5, 2020
What a fantastic human being you are! The planet would suffer enormously without you in it!
💬 16    ↻ 2    ♡ 9

**Patriot** @WholeTruth1776 · Dec 5, 2020
I love the pushback.

The world knows.
💬 1    ↻ 1    ♡ 78

**Sumond** @Sumond5 · Dec 5, 2020
Thank you Mr. Soros for the open society from germany.
💬 31    ↻ 1    ♡ 5

**Mary Zmerzlikar** @Zmerzette · Dec 5, 2020
That's right, this man not only favored the Nazis he was apart of the SS. Anyone remember what the SS was or did or how much they enjoyed what they did??



← Post

**This is George Soros**

45   119   ♥ 426

**Thomas Devaney** @ThomasDevaney16 · Dec 5, 2020
The lake of fire is your fate! Life is but a vapor, eternity will be forever hot for you, DEVIL!!!!

1   1   ♥ 102

**Lucia Sanabria** @Lucia3003 · Dec 5, 2020

GIF  ALT

♥ 2

**Mandy** @Lets_38 · Dec 5, 2020
Nothing in all creation is hidden from GOD sight. Everything is uncovered and laid bare before the eyes of him to whom we must give account.

Hebrews 4:13

13   ♥ 142

**Lifting The Veil** ⭐✨ @LiftingTheVeil7 · Dec 5, 2020
twitter.com/P8R1OT/status/...

27   ♥ 108

**Dr. Chuka** @sunsetofnemesis · Dec 5, 2020
May the love of God be so great that your soul turns to the light. You have been Humanity's nemesis, but God's mercy is so great that anyone can obtain salvation, even the most wicked can embrace God in Jesus name.

8   2   ♥ 60

**GOD BLESS THE USA** ✖️🇺🇲✖️ @HeavenCanW8t · Dec 5, 2020
If the Devil had a twitter account ⬆️

1   8   ♥ 82

**sampedro** @esampedrocomca3 · Dec 5, 2020
"This world with devils filled should threaten to undo us, we will not fear, for God has willed his truth to triumph through us."

Search

**Relevant people**

**George Soros** [Follow]
@georgesoros
The Official Twitter Page of George Soros, chair of Soros Fund Management LLC and founder of the Open Society Foundations.

**What's happening**

NBA · Yesterday
**Heat at Raptors**

**#SleeperPicks** 🏀
$1M Giveaway on Sleeper
Promoted by Sleeper

Politics · Trending
**The FBI**
113K posts

Trending
**#DisneyWorld**

Entertainment · Trending
**Ryan Reynolds**
Trending with #deadpoolleaks

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2023 X Corp.

Document title: George Soros on X: &quot;I applaud Patrick Gaspard&#39;s leadership of the Open Society Foundations in a world beset by illiberalism. Mark Malloch-…
Capture URL: https://twitter.com/georgesoros/status/1334494857589682180
Capture timestamp (UTC): Thu, 07 Dec 2023 16:58:44 GMT
Page 15 of 37

APP2028

← **Post**



**sampedro** @esampedrocomca3 · Dec 5, 2020
"This world with devils filled should threaten to undo us, we will not fear, for God has willed his truth to triumph through us."

💬 2    🔁 1    ♥ 19

**A.G.F.T.** @a_gft · Dec 5, 2020
Moloch

💬 1    ♥ 34

**Mannix Rubicon** @mandryee · Dec 5, 2020
How convenient Georgie. Did you eat all of the cookies again?

💬 3    🔁 6    ♥ 82

**MAGA Ultra Ultra** @Girl77Trump · Dec 5, 2020

🔍 Search

**Relevant people**

**George Soros** @georgesoros    Follow
The Official Twitter Page of George Soros, chair of Soros Fund Management LLC and founder of the Open Society Foundations.

**What's happening**

NBA · Yesterday
**Heat at Raptors**

#SleeperPicks 🏀
$1M Giveaway on Sleeper
Promoted by Sleeper

Politics · Trending
**The FBI**
113K posts

Trending
**#DisneyWorld**

Entertainment · Trending
**Ryan Reynolds**
Trending with #deadpoolleaks

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2023 X Corp.



← Post





← **Post**

🔍 Search

**Relevant people**

George Soros
@georgesoros    **Follow**
The Official Twitter Page of George Soros, chair of Soros Fund Management LLC and founder of the Open Society Foundations.

💬 3    🔁    ♡ 21    🔖 📤

**david spratt** @Oil_vampire · Dec 5, 2020
Nothing more illiberal than central planning and mandatory participation.

The concepts presented and promoted by Open Societies are not merely suggestions for a better world.
They are meant to be universal without choice or anywhere to go to escape them

💬 1    🔁 9    ♡ 41    🔖 📤

**Your Highness Chrispy** @candyisyummy333 · Dec 5, 2020
Hey, he's the guy who owns Smartmatic! That is so convenient! 👍🏻

💬 2    🔁    ♡ 42    🔖 📤

**GATO CONSERVADOR** @jonycat · Dec 5, 2020
...su "visión de filantropía"?

**This is George Soros.**

💬 1    🔁 1    ♡ 1    🔖 📤

**LaVerdadAntesQueLaPaz** @LaVerdadAntes · Dec 5, 2020
Hijo de puta. Tic, tac, tic, tac...

💬    🔁    ♡    🔖 📤

**PatriQt** @PJones08767307 · Dec 6, 2020
You evil snake.

💬    🔁    ♡    🔖 📤

**realjurgmeister** 🇲🇽 @realjurgmeister · Dec 6, 2020
Between you, Lord Malloch & Lucifer...

💬    🔁    ♡    🔖 📤

**DEMAND JUSTICE** @AliciaLee1256 · Dec 6, 2020
Hey hommie... you going to jail... then hell

💬    🔁    ♡    🔖 📤

**What's happening**

NBA · Yesterday
**Heat at Raptors**

#SleeperPicks 🏀
$1M Giveaway on Sleeper
Promoted by Sleeper

Politics · Trending
**The FBI**
113K posts

Trending
**#DisneyWorld**

Entertainment · Trending
**Ryan Reynolds**
Trending with #deadpoolleaks

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2023 X Corp.

← **Post**

🔍 Search

**DEMAND JUSTICE** 🔵 @AliciaLee1256 · Dec 6, 2020 ···
Hey hommie... you going to jail... then hell

**Relevant people**

George Soros
@georgesoros    **Follow**
The Official Twitter Page of George
Soros, chair of Soros Fund
Management LLC and founder of the
Open Society Foundations.

**Super ELITE DRW** @DrwThereal · Dec 6, 2020 ···
The voice of pure evil.

**Cat_Qsmitten** 🔵 @catheri44060076 · Dec 6, 2020 ···
Why is this POS in my feed?!?!??? COMMI MF!!

**What's happening**

NBA · Yesterday
**Heat at Raptors**

**MoisésMC Sánchez** 🔵™ @MoisesanchezMLG · Jan 18, 2021 ···
GAMEOVER Rats

#SleeperPicks 🎰
$1M Giveaway on Sleeper
▶ Promoted by Sleeper



Politics · Trending
**The FBI**
113K posts

Trending
**#DisneyWorld**

Entertainment · Trending
**Ryan Reynolds**
Trending with #deadpoolleaks

Show more

**Pepper Balls** @balls_pepper · Dec 5, 2020 ···
Collaborator.

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2023 X Corp.

**Zotuary** ✔ @Zotuary                     Ad ···
🦵 Would you like to stand easier, walk lighter, run faster, jump higher, and lift heavier than ever before?
Get yours 🔗 zotuary.com/knee-pads



← Post



Document title: George Soros on X: &quot;I applaud Patrick Gaspard&#39;s leadership of the Open Society Foundations in a world beset by illiberalism. Mark Malloch-…
Capture URL: https://twitter.com/georgesoros/status/1334949857589682180
Capture timestamp (UTC): Thu, 07 Dec 2023 16:58:44 GMT

**APP2035**



← Post

🔍 Search

**🍃 YaYa Shell 🍃** @ShelleyCuz · Dec 5, 2020   ···
Demon.

💬   🔁   ♡ 6   ⊪   🔖   ⬆

gsbear @gsbear4 · Dec 5, 2020   ···
U should call it Enslaved Society! 😖

💬   🔁 1   ♡ 3   ⊪   🔖   ⬆

sandowman @sandowman · Dec 5, 2020   ···
Hungary just passed a "Stop Soros" law that makes it illegal to help
undocumented migrants
vox.com/policy-and-pol...

💬 3   🔁 42   ♡ 167   ⊪   🔖   ⬆

Clown World Problems - Escape from Planet P @Merrick7 · Dec 5, 2020   ···



💬   🔁   ♡ 2   ⊪   🔖   ⬆

Libertad @soyVoxita · Dec 5, 2020   ···
when you say philanthropy you really mean MARXISM.
#SorosPlan

💬 1   🔁 1   ♡ 21   ⊪   🔖   ⬆

TCEmpowerment @TCEmpowerment · Dec 5, 2020   ···
Is he being rewarded for the job he did for Dominion/Smartmatic?

💬 1   🔁 3   ♡ 57   ⊪   🔖   ⬆

**Yeetetus🇺🇸** @HplaysMatt · Dec 5, 2020   ···
I think its time Soros takes a nap 6 feet deep

💬 5   🔁 3   ♡ 45   ⊪   🔖   ⬆

James Paul @JamesPa49494414 · Dec 5, 2020   ···
But turning to them Jesus said, "Daughters of Jerusalem, do not weep for me,
but weep for yourselves and for your children. For behold, the days are
coming when they will say, 'Blessed are the barren and the wombs that never
bore and the breasts that never nursed!'

💬 1   🔁   ♡   ⊪   🔖   ⬆

Grammie @GrammiesQuilt · Dec 5, 2020   ···
Are you Hillary's dad?

💬   🔁   ♡ 1   ⊪   🔖   ⬆

TruthLight @truthandlight09 · Dec 5, 2020   ···
Evil incarnate

💬   🔁   ♡ 2   ⊪   🔖   ⬆

XRP777 @treemantodd777 · Dec 5, 2020   ···
Dude you need Jesus Before you step into eternity trust me.

**Relevant people**

George Soros   **Follow**
@georgesoros
The Official Twitter Page of George
Soros, chair of Soros Fund
Management LLC and founder of the
Open Society Foundations.

**What's happening**

NBA · Yesterday
**Heat at Raptors**

#SleeperPicks 🏀
$1M Giveaway on Sleeper
▶ Promoted by Sleeper

Politics · Trending   ···
**The FBI**
113K posts

Trending   ···
**#DisneyWorld**

Entertainment · Trending   ···
**Ryan Reynolds**
Trending with #deadpoolleaks

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2023 X Corp.



← Post

Evil incarnate
♡ 2

**XRP777** @treemantodd777 · Dec 5, 2020
Dude you need Jesus Before you step into eternity trust me.
💬     🔁     ♡ 7         🔖  ⬆

**#NeverBiden/Harris** @OkieStateFan12 · Dec 5, 2020     •••

GITMO CALLED
YOUR ROOM IS READY

💬     🔁 1     ♡ 2         🔖  ⬆

**AlrightThen** @Alright75286188 · Dec 5, 2020     •••

Did you lose seats in the house & fail to gain control of the senate?     Yes.
What did it cost?     Billions.

💬     🔁     ♡ 1         🔖  ⬆

**Cathy A. Salazar** @LvlyWords · Dec 5, 2020     •••

Can't you figure out nobody likes you
Didn't you get the memo?

---

🔍 Search

**Relevant people**

George Soros
@georgesoros     **Follow**
The Official Twitter Page of George Soros, chair of Soros Fund Management LLC and founder of the Open Society Foundations.

**What's happening**

NBA · Yesterday
Heat at Raptors

#SleeperPicks 🏀
$1M Giveaway on Sleeper
▶ Promoted by Sleeper

Politics · Trending
The FBI
113K posts

Trending
#DisneyWorld

Entertainment · Trending
Ryan Reynolds
Trending with #deadpoolleaks

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2023 X Corp.



Document title: George Soros on X: &quot;I applaud Patrick Gaspard&#39;s leadership of the Open Society Foundations in a world beset by illiberalism. Mark Malloch-…
Capture URL: https://twitter.com/georgesoros/status/1334949857589682180
Capture timestamp (UTC): Thu, 07 Dec 2023 16:58:44 GMT

**APP2039**



← Post

🔍 Search

**Post**



IN MY DAY YOU WERE EITHER PRO-AMERICA OR A COMMIE

YOU CAN CALL YOURSELF "LIBERAL," "PROGRESSIVE" OR "SOCIALIST" BUT YOU'RE STILL NOTHING MORE THAN A ROTTEN COMMIE!

💬   🔁   ♡ 1

**Relevant people**

**George Soros** @georgesoros — [Follow]
The Official Twitter Page of George Soros, chair of Soros Fund Management LLC and founder of the Open Society Foundations.

**What's happening**

NBA · Yesterday
**Heat at Raptors**

**#SleeperPicks** 🎰
$1M Giveaway on Sleeper
▶ Promoted by Sleeper

Politics · Trending
**The FBI**
113K posts

Trending
**#DisneyWorld**

Entertainment · Trending
**Ryan Reynolds**
Trending with #deadpoolleaks

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2023 X Corp.

---

📓 **"The Kakistocracy Is Real"** @gnossos5524 · Dec 5, 2020   ···
Villain

💬   🔁 1   ♡ 97

**A.J. melomane** @AMelomane · Dec 5, 2020   ···
As for you, you meant evil against me, but God meant it for good in order to bring about this present result, to preserve many people alive.
Genesis 50:20 NASB1995

💬   🔁   ♡ 12

**Mighty Magician** @MagicianMighty · Dec 5, 2020   ···
It's really funny looking at the comments. There is not one positive thought about this evil mans post.

💬 1   🔁   ♡ 17

**Trump Girl** 🇺🇸 @Paige4Freedom · Dec 5, 2020   ···
So it all comes back to you.

Dominion

💬   🔁   ♡ 1

**Belinda** 🇺🇸🇮🇹 @belinda_tbh · Dec 5, 2020   ···
I have no idea who you are but you seem to scare the right and that's alright with me.

💬 11   🔁   ♡ 1

**Mark** @Mark_Kalet · Dec 5, 2020   ···
Who is this guy your next demon when you pass on.

💬   🔁   ♡ 1

**Bri** 🔥 @sgmills74 · Dec 5, 2020   ···

← Post



🔍 Search

**Relevant people**

George Soros
@georgesoros                          Follow
The Official Twitter Page of George
Soros, chair of Soros Fund
Management LLC and founder of the
Open Society Foundations.

**What's happening**

NBA · Yesterday
**Heat at Raptors**

#SleeperPicks 🏀
$1M Giveaway on Sleeper
▶ Promoted by Sleeper

Politics · Trending
**The FBI**
113K posts

Trending
**#DisneyWorld**

Entertainment · Trending
**Ryan Reynolds**
Trending with #deadpoolleaks

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2023 X Corp.

**Gretta Foglift** @FogliftQ · Dec 5, 2020
Oh you're into philanthropy? Why aren't you doing what Pulte does. Helping
real people in need?

**I Am Gabriel** @kb4landlover · Dec 5, 2020
may you receive all that you deserve...

**Hanser E Hernandez** @hansegasdestiny · Dec 5, 2020
No escaping God.

**Prohx** @GreggioFilippo · Dec 5, 2020
Go with him in jail man

**ANTIGLOBALISTA100%** @vamosamatarnos · Dec 5, 2020
Soros, pásame unos eurillos, cabrón, q te vas a gastar todo transportando
emigrantes y nos vas a arruinar al resto.
Cómo va tu compra de 🗳? Q hp no dejas títere con cabeza XD

**varic** 🖤 🤍 ✝ 📧 🇺🇸 💯 🙏 @Travelvar16 · Dec 5, 2020
I guess that was Mark Malloch-Broen's reward for "handily" using Smartmatic
to steal the election.
#TheBestUsYetToCome
🖤 🤍 ✝ 📧 🇺🇸 💯 🙏

**MAGA 2024 American Citizens Come FIR** @HrSqMarwinne · Dec 6, 2020
Sick man playing God

**April Reid** @AprilReid20 · Dec 6, 2020
The world knows all about you. It's not good either.

**APP2042**

← **Post**

🔍 Search

Sick man playing God

**Relevant people**

**April Reid** @AprilReid20 · Dec 6, 2020
The world knows all about you. It's not good either.

**George Soros**
@georgesoros    [Follow]
The Official Twitter Page of George Soros, chair of Soros Fund Management LLC and founder of the Open Society Foundations.

**Wheatons mom** @wheatonsmom · Dec 6, 2020
George's idea of philanthropy is to TAKE everybody else's property and money, and cause mayhem.

**Silvitriana** @Silvitrianera · Dec 5, 2020
PSICÓPATA
↩ 🔁 1 ♡ 8 ⊪ 🔖 ⬆

**What's happening**

NBA · Yesterday
**Heat at Raptors**

**Jennifer armymom** @Armymom511 · Dec 5, 2020
Convenient

**#SleeperPicks** 🎰
$1M Giveaway on Sleeper
▶ Promoted by Sleeper

Politics · Trending
**The FBI**
113K posts



Trending
**#DisneyWorld**

Entertainment · Trending
**Ryan Reynolds**
Trending with #deadpoolleaks

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2023 X Corp.

**Ty** @TyDyeSpeaker · Dec 5, 2020
Georgie boy, I want to make sure you know Hell is real.  You only have a short time to repent or you'll spend eternity there.  #TheMoreYouKnow

**Ali McPaw** @amcpaw1 · Dec 5, 2020
Smartmatic

**Lazer** @Lazermonkey420 · Dec 5, 2020
Have fun in Gitmo
↩ 🔁 ♡ 1 ⊪ 🔖 ⬆

**Ted Jensen** @Jensen61Ted · Dec 5, 2020
Lock in step













