# Exhibit N

**APP2051**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED, | ) ) ) ) | |
| Plaintiffs, v. | ) ) ) ) | Civil Action No. 1:21-cv-02900-CJN |
| HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK, | ) ) ) ) | |
| Defendant. | ) | |

**DECLARATION OF MARY LOU FLYNN-DUPART IN SUPPORT OF
OAN'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON ACTUAL MALICE**

I, Mary Lou Flynn-DuPart, declare as follows:

1.      My name is Mary Lou Flynn-DuPart. I am over the age of twenty-one years, am of sound mind and am otherwise fully competent to testify. All of the facts contained in this Declaration are based upon my personal knowledge, unless stated otherwise, and are true and correct; and if called as a witness, I could and would testify as follows.

2.      I am making this declaration in support of OAN's Motion for Partial Summary Judgment on Actual Malice ("Motion").

3.      I am a litigation partner at Jackson Walker LLP assisting in the representation of Defendant Herring Networks, Inc. dba One America News Network ("OAN") in the above captioned matter. In that capacity, I have been involved with the receipt of Smartmatic's document productions, including supervising and overseeing incoming productions from Plaintiffs since June of 2023 and I have reviewed all Smartmatic metadata load files. As provided in the ESI Protocol (Doc. 50) Smartmatic provided metadata in a load file including a field with a confidentiality designation, if any. I am familiar with the metadata load files for Plaintiffs' 22 productions, and hereby testify as follows.

**APP2052**

4.      As of the date of this declaration, Plaintiffs have produced 2,483,354 documents in the above captioned matter (the "Produced Documents").

5.      Of the Produced Documents, Plaintiffs metadata load files designated 21,304 documents as "Not Confidential."

6.      Of the Produced Documents, Plaintiffs metadata load files designated 2,114,560 documents as "Confidential."

7.      Of the Produced Documents, Plaintiffs metadata load files designated 64,451 documents as "Attorney's Eyes-Only."

8.      Of the Produced Documents, Plaintiffs metadata load files designated 32,018 documents as "Highly Confidential/Attorney's Eyes Only."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 8, 2023.

_____
Mary-Lou Flynn-DuPart

**APP2053**