# Exhibit O-64





APP2546





































# Exhibit O-65



Confidential



Confidential



Confidential



Confidential



Confidential

# Exhibit O-66

# Goldstein Investigation: Officials Warn Of 'Vulnerabilities' With E-Voting Machines Ahead Of March 3 Primary

**LOS ANGELES (CBSLA)** — It's the future of Los Angeles County's voting machines: a touchscreen-computerized method which every voter in the county will be using for the March 3 primary.

It cost taxpayers $300 million to develop. But not everyone is confident it'll work properly.

Radio talk show host Brad Friedman is a former software programmer who's critical of election integrity issues nationwide, as well as the L.A. system.

"They are untested," said Friedman. "They failed more than forty California voting system standards when they were tested by independent testers."

CBSLA investigative reporter David Goldstein obtained reports commissioned by the California Secretary of State's office which show dozens of security problems, including "a large number of publicly known vulnerabilities" that increase the "statistical likelihood of a problem in the future".

Another report stated: "Lock picking was attempted and was successful", "tamper-evident adhesive label seals were removed" by testers, calling them "easily defeated locks and seals".

Even so, Secretary of State Alex Padilla certified the system for use pending completion of certain conditions, but it doesn't satisfy everyone.

The machines have what's called ballot marking devices - a piece of paper that the computer generates with your vote. Once you've finished voting, you print your ballot, check it to make sure it's right, then put it back in the slot and it's official.

But once inside the machine, critics say your ballot could get changed without anyone knowing.

"The overall design of the system is something I have trouble with," said Phillip Stark, a Berkeley professor who has studied the machines.

L.A. County Registrar Dean Logan says there are backup systems and select post-election audits that he claims will ensure that every vote will be accurate.

"I'm confident we've done the due diligence to ensure we designed a system to make the process work better for voters," he said.

While the machines are Logan's baby - developed and owned by L.A. County - a company called Smartmatic won the bid to manufacture them.

Smartmatic has come under fire after irregularities in the Philippines during last year's elections. The country's president even lashed out at the company.

Published reports also show delays with Smartmatic machines in Utah in 2016.

**APP2580**

But Logan says he's not concerned because the L.A. machines are designed by the county, not Smartmatic.

"I have a high confidence in the work they've done," he said. "I think it gets blurred with their history as a company is very different for what they've done for us here."

In response to this report, Smartmatic Communications Director Samira Saba provided this statement: "Since 2010, when Smartmatic began assisting the Philippines automate its elections, the integrity of the election process has seen dramatic improvement. We are proud of the positive impact our technology has had in Philippine elections. Election results have been independently validated."

**APP2581**

# Exhibit O-67

1
2
3
4
5
6
7
8
9
10       CERTIFIED TRANSCRIPTION OF FEBRUARY 4, 2020
11        CBS LOS ANGELES GOLDSTEIN INVESTIGATION:
12   OFFICIALS WARN OF VULNERABILITIES WITH E-VOTING
13        MACHINES AHEAD OF MARCH 3 PRIMARY
14
15
16
17
18
19
20
21
22
23
24
25

CBS Los Angeles Goldstein Investigation - February 4, 2020

1          MR. MICHAEL:  On the heels of the Iowa

2     Caucus mess, CBS2 has uncovered some major concerns

3     about L.A. County's computerized voting system.

4          MS. HARVEY:  Yeah, this as Californians

14:46:58  5     prepare to head to the polls next month.

6     Investigative Reporter David Goldstein is here with

7     what you need to know before you cast your vote.

8          MR. GOLDSTEIN:  This is a brand-new

9     system.  State regulators already found dozens of

10    problems with it, but L.A.'s new computerized system

14:47:28  11    costs hundreds of millions of dollars in taxpayer

12    money.  It will be used for the first time on Super

13    Tuesday in March.  Already the City of Beverly Hills

14    has sued to try and stop it, and critics warn your

15    vote may be in jeopardy.

16          This is the future of L.A. County's

14:47:58  17    voting machines, a touchscreen, computerized method,

18    which everyone in L.A. County will be using on the

19    March 3rd primary.  It costs taxpayers $300 million to

20    develop, but not everyone is confident it will work.

21          How much confidence should people have in

14:48:29  22    this new system here in L.A.?

23          MR. FRIEDMAN:  None.

24          MR. GOLDSTEIN:  None?

25          MR. FRIEDMAN:  Zero.

CBS Los Angeles Goldstein Investigation - February 4, 2020

1          MR. GOLDSTEIN:  He promised.  Brad
2     Friedman, hosts a radio talk show KPFK.  He's a former
3     software programmer critical of election integrity
4     issues nationwide as well as the L.A. system.
5          MR. FRIEDMAN:  They are untested.  They
14:48:57  6     failed more than 40 different California voting system
7     standards when they were tested by independent
8     testers.
9          MR. GOLDSTEIN:  These are the reports
10    commissioned by the California Secretary of State's
11    office, which shows dozens of security problems.  This
12    one found a large number of publicly known
13    vulnerabilities that increase the likelihood of a
14:49:26 14    problem in the future.  Another stating lock picking
15    on the machine was attempted and was successful.
16    Tamper evident adhesive label seals were removed by
17    testers calling them easily defeated locks and seals
18    even though Secretary of State Alex Padilla certified
14:49:59 19    the system for use pending completion of certain
20    conditions, but it doesn't satisfy everyone.
21          MR. STARK:  The overall design of the
22    system is something that I have trouble with.
23          MR. GOLDSTEIN:  Philip Stark is a
24    professor at Berkeley who studied the machines that
25    have what's called ballot marking devices.  That's

CBS Los Angeles Goldstein Investigation - February 4, 2020

14:50:27  1   this piece of paper that the computer generates with
        2   your vote.  Once you finish voting, you print your
        3   ballot, then you can take it out?
        4              MR. STARK:  Take a look at it, and make
        5   sure everything is correct.  Then you put it back in
        6   the slot and it's official.
        7              MR. GOLDSTEIN:  But once inside the
        8   machine, critics say your ballot could get changed
14:50:59  9   without anyone knowing.
       10              MR. STARK:  So a device that was
       11   misprogrammed, misconfigured, hacked, could print
       12   additional votes on your ballot, could alter your
       13   selections, could render your ballot unreadable.
       14              MR. GOLDSTEIN:  How much confidence
       15   should voters have in these new machines?
14:51:29 16              MR. LOGAN:  I think voters can have a
       17   great deal of confidence.
       18              MR. GOLDSTEIN:  L.A. County Registrar
       19   Dean Logan says there are backup systems and select
       20   post-election audits that he claims will ensure that
       21   every vote will be accurate.
       22              MR. LOGAN:  I'm confident that we have
14:51:53 23   done the due diligence to ensure that we've designed a
       24   system that is intended to make the process work.
       25              MR. GOLDSTEIN:  The machines are Logan's

CBS Los Angeles Goldstein Investigation - February 4, 2020

1  baby developed and owned by L.A. County, but a company
2  called Smartmatic won the bid to manufacture them.
14:52:28  3  Smartmatic has come under fire after irregularities in
4  the Philippines during last year's elections.  The
5  country's president even lashed out.
6                    PRESIDENT RODRIGO DUTERTE:  Dispose of
7  Smartmatic.
8                    MR. GOLDSTEIN:  Published reports also
9  show delays with Smartmatic Machines in Utah in 2016.
10                    Does that concern you, the fact of what
11  happened in the Philippines last year, what happened
12  in Utah?
13                    Logan says he's not concerned because the
14  L.A. machines are designed by the County, not
15  Smartmatic.
16                    MR. LOGAN:  I have a high deal of
17  confidence in the work they've done.
14:53:29  18                    MR. GOLDSTEIN:  But critics say just the
19  suggestion of improprieties could hurt confidence in
20  elections.
21                    MR. MICHAEL:  Even if they work
22  perfectly, the problem is we cannot know that after an
23  election.  That's damn dangerous if you ask me.
24                    MR. GOLDSTEIN:  Now, as part of an
25  agreement with the State to allow these machines to go

CBS Los Angeles Goldstein Investigation - February 4, 2020

1  forward, all voters at the polls will be allowed to
14:53:59  2  use old-fashioned paper ballots if they request one,
3  but that's going to really tie things up if people
4  want to do the paper ballots.
5                    MR. MICHAEL:  Sure.
6                    MR. GOLDSTEIN:  They're going to fill
7  those out.  People aren't going to be familiar with
8  these new machines.  That will take time as well.
9                    MS. HARVEY:  They're going to need a lot
14:54:26  10  of help with that and the fact that you can just
11  decide if you don't -- after you do that, you could
12  say, oh, I don't think I did that right, I want a
13  paper ballot?
14                    MR. GOLDSTEIN:  Well, once you put it
15  back in, I don't think you can do that.
16                    MS. HARVEY:  Then that's it?
17                    MR. GOLDSTEIN:  But the good thing is
18  everyone should know, we have a 10-day voting period
19  now.
20                    MS. HARVEY:  That's right.
21                    MR. GOLDSTEIN:  So it's not one day on
14:54:57  22  election day.  It starts ten days before.  They're
23  hoping that they can iron out some problems in those
24  first couple of days.
25                    MR. MICHAEL:  I'm just wondering if

CBS Los Angeles Goldstein Investigation - February 4, 2020

1  you're not supposed to trust Smartmatic, a private

2  company, they say it's okay, L.A. County designed the

14:55:32  3  systems.  When did L.A. County become an expert at

4  designing a computer program?

5          MR. GOLDSTEIN:  Well, it was Dean Logan's

6  baby.  He designed it along with a number of people.

7  It's been in development for ten years.

8          MR. MICHAEL:  Okay.

9          MR. GOLDSTEIN:  L.A. County they say is a

10  unique county.  A lot of voters, 13 different

14:56:00  11  languages, so they want to develop a machine for

12  everybody.

13          MS. HARVEY:  That's a lot of work.

14          MR. MICHAEL:  It is.

15          MR. GOLDSTEIN:  We'll see what happens.

16          MS. HARVEY:  And we hope it does work.

17          MR. GOLDSTEIN:  Yeah, hope so.

18          MS. HARVEY:  We're going to be here a

19  while.

20          MR. GOLDSTEIN:  Yes.

21          MS. HARVEY:  All right.  Thanks, David.

22          MR. GOLDSTEIN:  Okay.

23          (End of recording.)

24

25

CBS Los Angeles Goldstein Investigation - February 4, 2020

1          I, Audra B. Paty, court-approved transcriber,
2   certify that the foregoing is a correct transcription
3   from the audio recording in the above-entitled matter.
4          I further certify that I am neither counsel
5   for, related to, nor employed by any of the parties to
6   the action in which this recording was taken, and
7   further that I am not financially or otherwise
8   interested in the outcome of the action.
9          Given under my hand and seal of office on the
10  7th day of December, 2024.
11
12
13   _____
                    Audra B. Paty, Certified
14                  Shorthand Reporter No. 5987
                    Dickman Davenport, Inc.
15                  Firm Registration #312
                    4228 North Central Expressway
16                  Suite 101
                    Dallas, Texas 75206
17                  (214) 855-5100    (800) 445-9548
                    e-mail:  abp@dickmandavenport.com
18                  My commission expires 10-31-24
19
20
21
22
23
24
25

CBS Los Angeles Goldstein Investigation - February 4, 2020

**A**

above-entitled 8:3
abp@dickman... 8:17
accurate 4:21
action 8:6,8
additional 4:12
adhesive 3:16
agreement 5:25
AHEAD 1:13
Alex 3:18
allow 5:25
allowed 6:1
alter 4:12
ANGELES 1:11
attempted 3:15
audio 8:3
audits 4:20
Audra 8:1,13

**B**

B 8:1,13
baby 5:1 7:6
back 4:5 6:15
backup 4:19
ballot 3:25 4:3,8 4:12,13 6:13
ballots 6:2,4
Berkeley 3:24
Beverly 2:13
bid 5:2
Brad 3:1
brand-new 2:8

**C**

California 3:6,10
Californians 2:4
called 3:25 5:2
calling 3:17
cast 2:7
Caucus 2:2
CBS 1:11
CBS2 2:2
Central 8:15

certain 3:19
certified 1:10 3:18 8:13
certify 8:2,4
changed 4:8
City 2:13
claims 4:20
come 5:3
commission 8:18
commissioned 3:10
company 5:1 7:2
completion 3:19
computer 4:1 7:4
computerized 2:3,10,17
concern 5:10
concerned 5:13
concerns 2:2
conditions 3:20
confidence 2:21 4:14,17 5:17,19
confident 2:20 4:22
correct 4:5 8:2
costs 2:11,19
counsel 8:4
country's 5:5
county 2:18 4:18 5:1,14 7:2,3,9 7:10
County's 2:3,16
couple 6:24
court-approved 8:1
critical 3:3
critics 2:14 4:8 5:18

**D**

Dallas 8:16
damn 5:23
dangerous 5:23
Davenport 8:14
David 2:6 7:21

day 6:21,22 8:10
days 6:22,24
deal 4:17 5:16
Dean 4:19 7:5
December 8:10
decide 6:11
defeated 3:17
delays 5:9
design 3:21
designed 4:23 5:14 7:2,6
designing 7:4
develop 2:20 7:11
developed 5:1
development 7:7
device 4:10
devices 3:25
Dickman 8:14
different 3:6 7:10
diligence 4:23
Dispose 5:6
dollars 2:11
dozens 2:9 3:11
due 4:23
DUTERTE 5:6

**E**

e-mail 8:17
E-VOTING 1:12
easily 3:17
election 3:3 5:23 6:22
elections 5:4,20
employed 8:5
ensure 4:20,23
everybody 7:12
evident 3:16
expert 7:3
expires 8:18
Expressway 8:15

**F**

fact 5:10 6:10
failed 3:6

familiar 6:7
FEBRUARY 1:10
fill 6:6
financially 8:7
finish 4:2
fire 5:3
Firm 8:15
first 2:12 6:24
foregoing 8:2
former 3:2
forward 6:1
found 2:9 3:12
Friedman 2:23 2:25 3:2,5
further 8:4,7
future 2:16 3:14

**G**

generates 4:1
Given 8:9
go 5:25
going 6:3,6,7,9 7:18
Goldstein 1:11 2:6,8,24 3:1,9 3:23 4:7,14,18 4:25 5:8,18,24 6:6,14,17,21 7:5,9,15,17,20 7:22
good 6:17
great 4:17

**H**

hacked 4:11
hand 8:9
happened 5:11 5:11
happens 7:15
HARVEY 2:4 6:9,16,20 7:13 7:16,18,21
head 2:5
heels 2:1

help 6:10
high 5:16
Hills 2:13
hope 7:16,17
hoping 6:23
hosts 3:2
hundreds 2:11
hurt 5:19

**I**

improprieties 5:19
increase 3:13
independent 3:7
inside 4:7
integrity 3:3
intended 4:24
interested 8:8
INVESTIGAT... 1:11
Investigative 2:6
Iowa 2:1
iron 6:23
irregularities 5:3
issues 3:4

**J**

jeopardy 2:15

**K**

know 2:7 5:22 6:18
knowing 4:9
known 3:12
KPFK 3:2

**L**

L.A 2:3,16,18,22 3:4 4:18 5:1,14 7:2,3,9
L.A.'s 2:10
label 3:16
languages 7:11
large 3:12
lashed 5:5
likelihood 3:13

**lock** 3:14
**locks** 3:17
**Logan** 4:16,19,22
  5:13,16
**Logan's** 4:25 7:5
**look** 4:4
**LOS** 1:11
**lot** 6:9 7:10,13

**M**

**machine** 3:15 4:8
  7:11
**machines** 1:13
  2:17 3:24 4:15
  4:25 5:9,14,25
  6:8
**major** 2:2
**manufacture** 5:2
**March** 1:13 2:13
  2:19
**marking** 3:25
**matter** 8:3
**mess** 2:2
**method** 2:17
**MICHAEL** 2:1
  5:21 6:5,25 7:8
  7:14
**million** 2:19
**millions** 2:11
**misconfigured**
  4:11
**misprogrammed**
  4:11
**money** 2:12
**month** 2:5

**N**

**nationwide** 3:4
**need** 2:7 6:9
**neither** 8:4
**new** 2:10,22 4:15
  6:8
**North** 8:15
**number** 3:12 7:6

**O**

**office** 3:11 8:9
**official** 4:6
**OFFICIALS**
  1:12
**oh** 6:12
**okay** 7:2,8,22
**old-fashioned** 6:2
**once** 4:2,7 6:14
**outcome** 8:8
**overall** 3:21
**owned** 5:1

**P**

**Padilla** 3:18
**paper** 4:1 6:2,4
  6:13
**part** 5:24
**parties** 8:5
**Paty** 8:1,13
**pending** 3:19
**people** 2:21 6:3,7
  7:6
**perfectly** 5:22
**period** 6:18
**Philip** 3:23
**Philippines** 5:4
  5:11
**picking** 3:14
**piece** 4:1
**polls** 2:5 6:1
**post-election**
  4:20
**prepare** 2:5
**president** 5:5,6
**primary** 1:13
  2:19
**print** 4:2,11
**private** 7:1
**problem** 3:14
  5:22
**problems** 2:10
  3:11 6:23
**process** 4:24
**professor** 3:24
**program** 7:4

**programmer** 3:3
**promised** 3:1
**publicly** 3:12
**Published** 5:8
**put** 4:5 6:14

**Q**

**R**

**radio** 3:2
**really** 6:3
**recording** 7:23
  8:3,6
**Registrar** 4:18
**Registration** 8:15
**regulators** 2:9
**related** 8:5
**removed** 3:16
**render** 4:13
**Reporter** 2:6
  8:14
**reports** 3:9 5:8
**request** 6:2
**right** 6:12,20
  7:21
**RODRIGO** 5:6

**S**

**satisfy** 3:20
**says** 4:19 5:13
**seal** 8:9
**seals** 3:16,17
**Secretary** 3:10
  3:18
**security** 3:11
**see** 7:15
**select** 4:19
**selections** 4:13
**Shorthand** 8:14
**show** 3:2 5:9
**shows** 3:11
**slot** 4:6
**Smartmatic** 5:2,3
  5:7,9,15 7:1
**software** 3:3
**standards** 3:7

**Stark** 3:21,23 4:4
  4:10
**starts** 6:22
**State** 2:9 3:18
  5:25
**State's** 3:10
**stating** 3:14
**stop** 2:14
**studied** 3:24
**successful** 3:15
**sued** 2:14
**suggestion** 5:19
**Suite** 8:16
**Super** 2:12
**supposed** 7:1
**sure** 4:5 6:5
**system** 2:3,9,10
  2:22 3:4,6,19
  3:22 4:24
**systems** 4:19 7:3

**T**

**take** 4:3,4 6:8
**taken** 8:6
**talk** 3:2
**Tamper** 3:16
**taxpayer** 2:11
**taxpayers** 2:19
**ten** 6:22 7:7
**tested** 3:7
**testers** 3:8,17
**Texas** 8:16
**Thanks** 7:21
**thing** 6:17
**things** 6:3
**think** 4:16 6:12
  6:15
**tie** 6:3
**time** 2:12 6:8
**touchscreen** 2:17
**transcriber** 8:1
**transcription**
  1:10 8:2
**trouble** 3:22
**trust** 7:1

**try** 2:14
**Tuesday** 2:13

**U**

**uncovered** 2:2
**unique** 7:10
**unreadable** 4:13
**untested** 3:5
**use** 3:19 6:2
**Utah** 5:9,12

**V**

**vote** 2:7,15 4:2,21
**voters** 4:15,16
  6:1 7:10
**votes** 4:12
**voting** 2:3,17 3:6
  4:2 6:18
**vulnerabilities**
  1:12 3:13

**W**

**want** 6:4,12 7:11
**warn** 1:12 2:14
**We'll** 7:15
**We're** 7:18
**we've** 4:23
**won** 5:2
**wondering** 6:25
**work** 2:20 4:24
  5:17,21 7:13,16

**X**

**Y**

**Yeah** 2:4 7:17
**year** 5:11
**year's** 5:4
**years** 7:7

**Z**

**Zero** 2:25

**0**

**1**

**10-31-24** 8:18

CBS Los Angeles Goldstein Investigation - February 4, 2020

**10-day** 6:18
**101** 8:16
**13** 7:10

**2**

**2016** 5:9
**2020** 1:10
**2024** 8:10
**214** 8:17

**3**

**3** 1:13
**300** 2:19
**312** 8:15
**3rd** 2:19

**4**

**4** 1:10
**40** 3:6
**4228** 8:15
**445-9548** 8:17

**5**

**5987** 8:14

**6**

**7**

**75206** 8:16
**7th** 8:10

**8**

**800** 8:17
**855-5100** 8:17

# Exhibit O-68

12/8/23, 10:57 PM                              Los Angeles County's risky voting experiment - POLITICO



Q

**2020 ELECTIONS**

## Los Angeles County's risky voting experiment

The nation's most populous county is debuting new voting technology that has drawn scrutiny.



In November 2018, potential voters wait in long lines to register and vote at the Los Angeles County Registrar's office. | Mark J. Terrill, File/AP Photo

By **KIM ZETTER**
03/03/2020 04:30 AM EST

   

Los Angeles County spent nine years working on a government-designed and -owned voting system with the goal of setting a new standard for security, reliability and transparency.

**APP2595**

Los Angeles County's risky voting experiment - POLITICO

Instead, millions of county voters on Super Tuesday will cast ballots on a system in which numerous security flaws were found. This has prompted some election integrity experts to call for barring the system from elections until they're fully resolved. The issues include multiple digital and physical vulnerabilities, some of them identified in a recent assessment by California's secretary of state and others identified by outside computer security experts.

Advertisement

Those security gaps, if left unfixed, could provide a gateway for a rogue election staffer or someone else with physical access to alter software on the voting machines or their back-end computer systems, possibly changing votes or otherwise disrupting the presidential race.

Even if an attacker can't change vote totals, any disruption or technical glitches would raise questions about the integrity of the election in a highly contested primary contest.

Furthermore, critics have expressed concerns about the company that built the system, U.K.-based Smartmatic. The company was founded by three engineers from Venezuela and was at one time the subject of a Treasury Department inquiry into its potential ties to the Venezuelan government. It also came under scrutiny in the Philippines, where authorities charged three of its employees with illegally altering code on an election server during that country's 2016 national election.

Smartmatic told POLITICO it never had ties to the Venezuelan government, but simply supplied voting machines used in elections there. It also disputes the Philippines charges.

Despite these issues, and heightened concerns in the U.S. over election hacking and warnings from the U.S. intelligence community over ongoing Russian interference, California's secretary of state certified the Los Angeles County system — known as Voting Solutions for All People — for use in Tuesday's primary. That approval came with conditions, including a requirement that the county tighten physical security around the back-end programming and vote tallying systems to prevent tampering.



FILE - In this Nov. 6, 2018, file photo, people vote at a polling place in Las Vegas. State election officials in at least two dozen states, including Nevada, have seen suspicious cyber activity in the first half of January 2020, although it's unclear who was behind the efforts and no major problems were reported. (AP Photo/John Locher, File) | John Locher, File/AP Photo

The county says it has fixed or addressed many of the problems that the secretary of state's assessment uncovered, and a state spokesperson said it is satisfied with those changes.

"[A]dditional mitigation measures — including software, hardware, and firmware changes — were taken before certification. These changes passed review and regression testing," Sam Mahood, press secretary for Secretary of State Alex Padilla, wrote in an email. "Our office believes that these measures and conditions of certification (including poll worker training and voter education) should mitigate potential issues and provide a voting experience that is consistent with state law and serves the needs of all voters in the largest voting jurisdiction in the nation."

Advertisement

But that's not reassuring to the outside security experts, because the county and state acknowledge that other issues raised by the testers won't be resolved until after Tuesday's primary. And critics point out that the system has other security problems, unmentioned in the state's assessment, that could allow

**APP2597**

someone to alter ballots or render them unreadable. They say there's no reason the state had to approve the system before it's fully vetted and fixed.

---



**ELECTION SECURITY**

### Super Tuesday brings a supersized election security challenge

BY ERIC GELLER | MARCH 02, 2020 06:30 PM

---

"Some of the security flaws found in VSAP are staggering and should be disqualifying," said Susan Greenhalgh, vice president for programs and policy at National Election Defense Coalition, an election integrity advocacy group.

"[I]t's incumbent on the state and county to insist VSAP meet necessary minimum-security safeguards [before it's used]," she said.

Adding to the qualms, the county has failed to live up to its promise to publicly disclose the system's source code so that independent experts can scrutinize it for additional problems. Members of an advisory group who provided feedback to the county during the design phase told POLITICO they have not been allowed to see the finished source code either.

The failure to release the source code belies the county's assurances about the system's transparency and trustworthiness, said election security expert Philip Stark, a statistics professor at the University of California, Berkeley.

"The whole idea of building a publicly disclosed voting system was that the transparency would increase trust," he told POLITICO. "I think the failure to disclose the source ... is an inexplicable lack of transparency."

County spokesperson Michael Sanchez told POLITICO the county still plans to release the source code but has to find a way that addresses "security protocols and licensing requirements." It has created a technical advisory group to help

## "The whole idea of building a publicly disclosed voting system was that the transparency would increase trust."

—*Election security expert Philip Stark.*

---

Kim Alexander, president of the California Voter Foundation, a nonprofit that works to improve the voting process, said the county should be commended for building a publicly owned system, but the delay in disclosing the source code is perplexing.

"At the end of the day the fact that L.A. owns the code, not Smartmatic, is something that should give voters peace of mind, especially once [the code] gets disclosed," she said. "But it's not like they're being told after the fact that you have to disclose the code. It's been part of the game plan from the get-go."

Advertisement

**APP2598**

Los Angeles County's risky voting experiment - POLITICO

Many registered voters in the county won't be using the machines this year, because about 63 percent of them have requested absentee paper ballots to vote by mail. But that would still leave a significant percentage of voters using the machines in what could be a tight contest.

To accommodate voters casting ballots in person who don't want to use the new VSAP system, the state has required every voting center in the county to have paper ballots on hand. But those ballots are blank, requiring voters to write in every candidate's name.

Alexander said the state could have required the county to provide every voter with a mail-in ballot for the primary — something the county plans to do in the future — or install ballot-on-demand printers at vote centers that are capable of printing ballots with candidate names already on them.

But Mahood said the blank-ballots solution "was the most feasible method to provide a hand-marked paper ballot option for a jurisdiction of this size in time for" Tuesday.

### A decade in development

Los Angeles County is one of the nation's most populous voting districts, with more than 4 million registered voters — in a state that is the biggest electoral prize at stake in Tuesday's 14-state contest. The county began looking about a decade ago to replace its aging election system with one that is accessible to disabled voters, accommodates thousands of possible ballot configurations and can address growing concerns about proprietary systems owned by vendors.

Voting machine vendors often will only lease the software on their machines to counties, instead of selling it to them. This keeps vendors in control of the proprietary software; when things go wrong in an election, vendors will often prevent a county from hiring independent experts to examine the code to determine the problem or will impose non-disclosure agreements on them, citing trade secrets. The Los Angeles County system, in contrast, is owned by the county itself.

The system consists of about 22,000 "ballot-marking devices" set up in vote centers across the county: After voters insert blank ballot paper into a machine and use its touchscreen to make their selections, the device prints out a machine-generated paper ballot marked with their choices. The ballot-marking stations don't store or tally the votes — that's done at the county election office.

**APP2599**

To save time, voters also can select their candidate and referendum choices ahead of time on a sample online ballot. Then they receive a QR code on their phone, which they can scan on a VSAP machine to pull up that pre-filled ballot on the system's touchscreen before printing it out.

Either way, the voter can review the ballot before re-inserting it into the

Advertisement

Smartmatic won the $282 million contract to build the VSAP system in 2018 in a procurement process that included just one other bidder: CGI, the parent of the federal contractor that developed the infamous Healthcare.gov website for the Obama administration. Dean Logan, the county's registrar-recorder, has said Smartmatic was chosen based on technical, legal and financial merits.

When POLITICO asked him about Smartmatic's past relationship with the Venezuelan government, Logan's office didn't respond.

But that past is not a secret, either.

## The Venezuela connection

The company, founded in Florida in 1999 by Venezuelan engineers Antonio Mugica, Alfredo José Anzola and Roger Piñate, initially focused on developing networking applications for sharing information between electronics devices, such as cameras. The founders listed a residential address in Boca Raton, Fla., as their headquarters on corporate documents they filed in Delaware the next year.

◄▶ Want more POLITICO? Download our mobile app to save stories, get notifications and more. In iOS or Android.

But the company's focus switched to voting machines, and its business operations became concentrated in Venezuela, after the government there awarded a contract to Smartmatic and Bizta, another small software company Mugica owned with his father. The transaction raised a lot of concern.

APP2600

Neither Smartmatic nor Bizta were very successful until their fortunes began to change in June 2003, when the latter received $200,000 from an organization that acted as an investment arm of the Venezuelan government, according to reporting by The Miami Herald. The money gave the government a 28 percent stake in Bizta, making it the company's top shareholder, The New York Times later reported. The investment also gave the government a seat on Bizta's board, which went to a close associate of the president of Venezuela at the time, Hugo Chávez.

The investment came as support was growing in the country for a recall election aimed at removing Chávez, a longtime foe of the U.S. who had been fighting internal opposition for years. In December 2003, Chávez's political opponents announced they had obtained enough signatures to initiate a recall referendum. And in February 2004, six months before the recall election was to occur, the National Electoral Council announced that it had awarded a contract to Bizta and Smartmatic to replace the nation's existing voting machines — optical-scan machines made by the U.S. company Election Systems & Software — with new touchscreen machines.

Bizta, Smartmatic and the state-run telecommunications organization CANTV won the $91 million contract in a bidding process denounced by two of the five members of the electoral council, who voted against the contract.

Neither Bizta nor Smartmatic had ever built systems used in an election, and the two council members alleged that the bidding process had been secret, according to the Miami Herald. Chávez survived the subsequent referendum amid allegations that he and his supporters rigged the election.

Accusations about their association with the election and the government have dogged Bizta and Smartmatic ever since. Both companies have long said they have no ties to the Venezuelan government. After the Miami Herald exposed the $200,000 investment in Bizta, the company said the money was merely a loan and paid it back. As for Smartmatic, 83 percent of the company's shares are owned today by the Mugica and Piñate families, according to company spokesperson Daniel Murphy, with the remaining shares held by employees and investors.

**APP2601**



WASHINGTON, DC - JANUARY 09: House Oversight and Reform Committee Chair Carolyn Maloney (D-NY) gavels in a hearing about the 2020 census in the Rayburn House Office Building on Capitol Hill January 09, 2020 in Washington, DC. The committee heard testimony about 'hard-to-reach' communities and how the federal government could work to gather better census data from under-reported groups like Asian Americans, Native Americans, African Americans and recent immigrants. (Photo by Chip Somodevilla/Getty Images) | Chip Somodevilla/Getty Images

Following its success in the Venezuelan election, Smartmatic set its sights on the U.S. market. In 2005, it paid $16 million to acquire Sequoia Voting Systems, a British-owned, California-based company whose touchscreen voting machines were used in Washington, D.C., and 17 states at the time. But in June 2006, following a request from Rep. Carolyn Maloney (D-N.Y.), the Committee on Foreign Investment in the United States began investigating the purchase and the company's possible connections to the Venezuelan government.

Advertisement

APP2602

This proved complicated because the company had diversified into a series of holding companies and trusts in the Netherlands and the Caribbean island of Curaçao in the Netherlands Antilles. Maloney accused executives of trying to obscure ownership of the company, but Smartmatic said the reorganization was simply part of its push to expand internationally. Smartmatic initially refused to cooperate with the government probe, according to Maloney, then agreed to participate, before announcing in December 2006 that it was going to sell Sequoia to put an end to the inquiry.

"[T]he CFIUS review recommended measures and conditions that both Sequoia and Smartmatic found too onerous to accept," Murphy wrote in an email to POLITICO. "Smartmatic and CFIUS agreed the best way forward was for Smartmatic to voluntarily dispose of its interest in Sequoia."

The company focused its attention instead on markets outside the U.S., most notably in Europe, where it's been pushing internet voting, and in the Philippines, where it was embroiled in further controversy in 2016.

Authorities there accused the company's employees of altering a script on an election server without authorization as results were being transmitted during a national election that year. The Philippine Justice Department charged the head of Smartmatic's technical support team and two subordinates, along with three employees of the Commission on Elections, who gave them access to the server.

In court documents, the Smartmatic employees said they only corrected an error in the script that was turning the letter "n" in candidates' names into a question mark whenever the "n" had a tilde over it. But critics contended that votes in the race for vice president changed dramatically after the script change. Investigators didn't probe the nature of the changes to determine if they did affect the outcome, according to the Justice Department; they focused only on the fact that the script was changed without authorization.

Smartmatic's Murphy told POLITICO the changes occurred on a server that provided the media and political parties with unofficial results, not on the system that tallies votes. He also said that a regional court dismissed the case in August on grounds that prosecutors could not prove the facts. POLITICO has not been able to independently verify that.

As for the Los Angeles County project, Murphy told POLITICO that the system was created by employees in its U.S.-based office and that all code used in the system "was developed in the United States and has never been offshore."

**APP2603**

Smartmatic has since approached its latest foray into U.S. elections more strategically than in the past, gradually reforming its previous image as an uncooperative outsider.

It was one of the first voting system vendors to join the Department of Homeland Security's Sector Coordinating Council for the Election Infrastructure Subsector. The company also established a U.S. division — Smartmatic USA — and installed an American president. And after it won the Los Angeles County contract, it opened an office in California and hired local workers to help build the VSAP system.

Advertisement

But security experts are still concerned about the company's foreign involvement in light of the security issues uncovered by the state's testers and the county's failure to disclose the source code for public scrutiny. They're also

APP2604

concerned that the Los Angeles County system, if it proves successful, will be
adopted elsewhere in the country.

## The technical security concerns

Many cybersecurity experts and election integrity activists generally dislike the
type of voting system that Los Angeles County has chosen because the
machines — not the voter — actually mark the ballot. That could allow software
bugs or a hacker to mark the ballot differently than what the voter intends. A
recent study of a mock election using these kinds of devices found that only
about 40 percent of voters double-checked their machine-marked ballots, and
the voters missed more than 93 percent of the errors the machines introduced.

Furthermore, many ballot-marking devices embed the voter's selections in
either a barcode or QR code that's printed on the ballot. In Los Angeles County,
the QR code is what the county's tallying system will read to calculate the
results, not the human-readable portion the voter can verify.

Some types of ballot-marking devices, including the one used in Los Angeles
County, introduce yet another risk: When the voter inserts the ballot back into
the device to send it to the attached ballot box, the ballot passes again under
the machine's printer head. If the system is hacked, the printer could alter the
voter's choices or make the ballot unreadable — with no further chance for the
voter to review it, Princeton University computer science professor Andrew
Appel told POLITICO in an email.

Stark said the county could have avoided this risk by having voters deposit
their ballots into a standalone ballot box, "but the secretary of state decided not
to address that."

The county says such a hack wouldn't be possible because the printer head is
raised when the ballot comes back through the machine. But a hacker could
cause the machine to re-lower the printer head, Appel said.

In addition to those inherent issues, California's own experts found security
problems with the VSAP that could allow someone to compromise the system
and potentially subvert an election. That could occur if an attacker gains
physical access to a back-end system, known as the ballot marking device
manager, that is used to program the voting machines before an election or to
the tallying workstations that produce results.

The latter workstations and other back-end systems have a USB port that could
allow someone to boot the machines with a USB stick in a manner that would
bypass their password protection and security software, according to the state's
security analysis. Once on these and other systems, the testers found there was

Advertisement

**APP2605**

The systems' hard drives were unencrypted, according to the security report, which could allow an intruder to view and alter configuration and data files. Cryptographic keys also were unencrypted, according to the report. The report wasn't specific about how all of these keys are used other than to say they "protect the integrity of elections."

According to the state's voting system standards, voting machines are supposed to have safeguards that limit both physical access to the systems and digital access to critical parts of their software and files. But the testers found a number of expected safeguards missing in the VSAP machines, including a failure to carefully control the "root password" that provides the highest level of access and privileges on the machines.

The report also noted that Smartmatic and the county had not shown that the system's encryption algorithms meet a specific government-set standard that the state requires. Smartmatic told POLITICO that the algorithms meet the

**APP2606**

12/8/23, 10:57 PM                        Los Angeles County's risky voting experiment - POLITICO

standard, but that the company simply has yet to show they do so on the exact
version of the operating system that is used on the county's machines. It plans
to do this after the primary. The state has given the county until the end of
June to do this and address other changes it requested.

To meet the state's conditional certification for use in Tuesday's primary, the
county put physical locks on the USB ports on county workstations to prevent
someone from inserting a rogue USB stick into them. The county plans to
reconfigure the systems after the primary to disable the USB ports or otherwise
prevent anyone from booting from them. The county also said it replaced
cryptographic keys that allow access to critical parts of the system with new
keys that it planned to share only with select elections staff — but not
Smartmatic employees — and also fixed the root password issue.

**FILED UNDER:** CYBER SECURITY, CALIFORNIA, VOTING, LOS ANGELES, SOUTH AMERICA, ⋯

MOST READ



**1** COLUMN | ON POLITICS
**Where Are All the Anti-Trump Republicans?**

‹                    ───────                    ›

## Global Playbook

Your VIP pass to the world's most influential gatherings.

**EMAIL**

Your Email

**EMPLOYER**

Employer

By signing up, you acknowledge and agree to our Privacy Policy and Terms of Service. You may unsubscribe at any time
by following the directions at the bottom of the email or by contacting us here. This site is protected by reCAPTCHA and
the Google Privacy Policy and Terms of Service apply.                                          SIGN UP

**APP2607**

12/8/23, 10:57 PM                          Los Angeles County's risky voting experiment - POLITICO



○ NEWS ABOUT PRESIDENT BIDEN

Poll: A third of Americans approve of Biden's Israel-Hamas response

'The lack of moral clarity is unacceptable': Emhoff joins criticism of university presidents

Gaza hostage talks hit roadblock, raising fears of prolonged captivity

'The Pain and the Trauma Lasts Longer Than a News Cycle'

Advertisement

Sponsored

**Democracy for the internet age**



SPONSORED CONTENT

APP2608

12/8/23, 10:57 PM                                    Los Angeles County's risky voting experiment - POLITICO





**[Photos] Bing Was a Bad Father Who Traumatized All of His Children – He...**

Show Snob



**[Photos] 23 Stars Who Live In a Humble House**

Culturess

[Photos] UAE Photos That Will Probably Make You Look Twice

Show Snob





© 2023 POLITICO LLC

**APP2609**

# Exhibit O-69



# FREEMAN, CRAFT, McGREGOR GROUP

**California Secretary of State
Consultant's Public Report on:**

**Security and Telecommunications
Testing of the
LA County VSAP 2.0
Voting System**

Prepared for the
California Secretary of State

December 24, 2019

FCMG: Security and Telecommunications Test Report for the LA County VSAP Voting System 2.0

## Revision history

| Version | Change date | Author(s) | Changes to previous version |
|---------|-------------|-----------|------------------------------|
| 1.0 | 12-02-2019 | Weingart | Initial Draft |
| 1.1 | 12-06-2019 | McGregor | Edits |
| 1.1 | 12-08-2019 | Weingart | Edits and updates |
| 1.2 | 12-09-2019 | Weingart | Cleanup |
| 1.3 | 12-09-2019 | Weingart | Cleanup |
| 1.4 | 12-13-2019 | Weingart | Cleanup |
| 1.5 | 12-24-2019 | Weingart | Cleanup |

**APP2612**

FCMG: Security and Telecommunications Test Report for the LA County VSAP Voting System 2.0

## Table of Contents

Introduction ........................................................................................................... 5

Scope of Work and Reporting ............................................................................... 6

Manufacturer's Description of System .................................................................. 8

    Brief Description .............................................................................................. 8

    System Architecture ........................................................................................ 9

    Hardware Components ................................................................................... 10

        VBL .......................................................................................................... 10

        BMD ......................................................................................................... 10

        FormatOS.................................................................................................. 10

        BMG ......................................................................................................... 10

    Commercial Off-The-Shelf (COTS) Hardware Components................................... 11

        Computing Equipment............................................................................... 11

        Computer Workstations............................................................................ 11

        Ballot Scanners ........................................................................................ 11

        Report Printers ......................................................................................... 11

Description of System Tested ............................................................................. 12

        VBL and Tally ........................................................................................... 12

        BMG ......................................................................................................... 13

        FormatOS.................................................................................................. 14

Assumptions....................................................................................................... 14

Approach to Testing ........................................................................................... 15

Scope Limitation ................................................................................................ 16

Findings and Vulnerabilities .............................................................................. 16

        Network scanning and test results ........................................................... 16

**APP2613**

FCMG: Security and Telecommunications Test Report for the LA County VSAP Voting System 2.0

Locks and tamper seals are subject to picking and removal ................................... 17

Unrestricted access to workstation cases .............................................................. 17

Ability to Boot from USB ......................................................................................... 18

Shared/Static Secrets ............................................................................................. 19

High Dependency on Root Access ........................................................................... 20

Lack of Full Disk Encryption .................................................................................... 20

Lack of Validated FIPS140-2 Cryptographic Modules ............................................ 21

Attachments and Inventories of Items Tested ............................................................ 22

FCMG: Security and Telecommunications Test Report for the LA County VSAP Voting System 2.0

Introduction

The purpose of the Security and Telecommunications Test is to identify and document vulnerabilities and potential vulnerabilities to physical or logical tampering that could cause:

- Incorrect recording,
- Incorrect tabulation,
- Manipulation of hardware, data, or parameters that might be used to change the outcome of an election, to interfere with voters' ability to cast ballots, or have their votes counted during an election, or to compromise the secrecy of vote.
- Alteration of critical election data such as the election definition or system audit data.

To the extent possible, when a vulnerability is found, the report will indicate whether the vulnerability can be exploited by a:

- Voter: Usually has low knowledge of the voting machine design and configuration. Some may have more advanced knowledge. May carry out attacks designed by others. They have access to the machine(s) for less than an hour.
- Poll worker: Usually has low knowledge of the voting machine design and configuration. Some may have more advanced knowledge. May carry out attacks designed by others. They have access to the machine(s) for up to one week, but all physical security has been put into place before the machines are received.
- Warehouse worker: Usually has a limited knowledge of the voting machine design and configuration, although some may have advanced knowledge. May carry out attacks designed by others. They have access to the machines for extended periods while they are being stored and configured prior to delivery to the polls.
- Elections official insider: Wide range of knowledge of the voting machine design and configuration. May have unrestricted access to the machine for long periods of time. Their designated activities include:
  - Set up and pre-election procedures;
  - Election operation;
  - Post-election processing of results; and
  - Archiving and storage operations.
- Vendor insider: With great knowledge of the voting machine design and configuration. They have unlimited access to the machine before it is delivered to the purchaser and, thereafter, may have unrestricted access when performing

**APP2615**

FCMG: Security and Telecommunications Test Report for the LA County VSAP Voting System 2.0

warranty and maintenance service, and when providing election administration services.

In addition, this report indicates whether exploiting these vulnerabilities will cause any of the following, or other, compromises to the system:

- Unauthorized changes to system capabilities for:
    - Defining ballot formats
    - Casting and recording votes
    - Calculating vote totals
    - Reporting vote totals
- Alteration of voting system audit trails
- Changing, or preventing the recording of, a vote
- Introducing data for a vote not cast by a registered voter
- Changing calculated vote totals
- Allowing access to vote data including individual votes and vote totals by unauthorized individuals
- Allowing access to voter identification data and data for votes cast by the voter such that an individual can determine the content of specific votes

This public report includes descriptions of the findings and vulnerabilities, an evaluation of the risk associated with each vulnerability, recommendations to mitigate these vulnerabilities and our conclusions.  Information that cannot be disclosed publicly under the Non-Disclosure Agreement between the California Secretary of State (SOS) and Los Angeles County (the County) and details of attack methods are not provided in this report in order to make it available to the public.


## Scope of Work and Reporting

This report covers the work completed during the Security and Telecommunications Test of the Los Angeles County VSAP 2.0 System (the System).  As previously stated, the purpose of this test is to identify and document vulnerabilities and potential vulnerabilities.

Physical security tests, evaluating the effectiveness of tamper evidence detection, and an evaluation of the use of cryptography were conducted in accordance with FIPS 140-2 "Security Requirements for Cryptographic Modules."  To the extent applicable, penetration tests were conducted to be consistent with NIST Special Publication 800-115 "Technical Guide to Information Security Testing Assessment."  The vulnerability

FCMG: Security and Telecommunications Test Report for the LA County VSAP Voting System 2.0

assessments in the work papers (Please see Attachments section below) are based on "Calculating Attack Potential" as defined in section B4 of Vulnerability Assessment (AVA) in Common Methodology for Information Technology Security Evaluation (CEM v3.1R2, September 2007).

These tests were conducted to assist the California Secretary of State (SOS) with collection of facts and evidence in order for them to make certification decisions. However, to advise the SOS on the determination of whether the system complies with California's certification requirements would require an interpretation of law. This report does not provide recommendations or offer any opinion as to whether the system can be certified.

The work performed and the findings are strictly limited to the specific serial numbered hardware elements and specific software elements as they were configured and examined during the testing. An inventory of those items is included as Attachments A and B and the information in the Attachments section at the end of this report. The results described in this report should be reliable and repeatable for those specific devices.

APP2617

FCMG: Security and Telecommunications Test Report for the LA County VSAP Voting System 2.0

# Manufacturer's Description of System

The description of the system and the images in this section were provided by the County.

## Brief Description

The system includes software, hardware devices, and peripheral components that allow election professionals to accomplish the following high-level tasks:

Pre-voting tasks:

- Vote by Mail Ballot data creation (VBL)
- Device preparation (FormatOS)
- Device configuration (BMG)

Voting tasks:

- Polling place voting using the Ballot Marking Device (BMD)

Post-voting tasks:

- Tabulation (Tally)
- Consolidation and reporting of results and audit logs (Tally and BMG)
- Audits and recounts

FCMG: Security and Telecommunications Test Report for the LA County VSAP Voting System 2.0

## System Architecture

Overall system architecture is illustrated in the diagram below.



This diagram illustrates the following components:

    VBL – VSAP Ballot Layout

    Tally – VSAP Tabulation System

    BMG – VSAP Ballot Marking Device Manager

APP2619

FCMG: Security and Telecommunications Test Report for the LA County VSAP Voting System 2.0

BMD – VSAP Ballot Marking Device/Printer

NOTE:  The HAS/ESA (Enterprise Security Authority), the ISB (Interactive Sample Ballot System), and the County Election Management System (not pictured) are out of scope for this report.


## Hardware Components

All of the large system components of the VSAP system are multi-computer configurations with several computers processing in parallel and/or several computers handling different parts of the task.  VSAP is built on an enterprise data center scale and, as such, is not directly comparable to other current typical voting systems.  This will be explained in detail later in this document.

### VBL
The VSAP ballot layout program takes the supplied election definition and generates the Vote by Mail (VBM) ballot styles in PDF form for printing.  In Los Angeles County the number of styles can exceed 351,000 (4,500 precincts, 13 languages, six parties for presidential preference elections).

### BMD
The ballot marking device (BMD) is used for voting at the poll.  The ballot style can be activated via a blank ballot with a ballot style QR code on it, via a poll pass – generated by the Interactive Sample Ballot system - with a QR code on it, or by the poll worker manually bringing up that style for the voter.  All styles are loaded into all BMDs so any style valid for that election may be selected.

### FormatOS
FormatOS is used only to initialize and/or rekey the BMDs.  The BMD flash hard disk is formatted, and a public private key pair is generated by the BMD. The public key is sent to FormatOS along with the BMD's serial number and stored in a database.  The contents of the database are then air-gap transferred to the BMG to facilitate TLS (Transaction Level Security) communication between each BMD and BMG.

### BMG
The BMD Manager (BMG), is used to manage the BMDs.  Initially, it loads the BMD Administrator Application System Image (BASI) and BMD Election Application System Image (BESI) operating systems then performs diagnostics and captures logs from each of the BMDs (the current system capacity is for approximately 30,000 BMDs).  When the BMD checks out as operational, an election may be loaded.  After an election

FCMG: Security and Telecommunications Test Report for the LA County VSAP Voting
System 2.0

is conducted, the logs may be recovered and diagnostics run again on the BMDs.  Of
course, other elections may be loaded.

## Commercial Off-The-Shelf (COTS) Hardware Components

For a detailed listing of the system hardware used in the VSAP system, please refer to:
*VSAP-TDP-003 System Hardware Specification.pdf*, version 1 draft G in the VSAP
Technical Data Package.

### Computing Equipment
All of the computers used in the VSAP system are COTS.  The BMG, VBL, Tally and
FormatOS systems run on several HPE ProLiant 380 servers. Each uses a NetApp
network file system and network switches manufactured by Cisco and Aruba. The main
board in the BMD is COTS.

### Computer Workstations
Required communication software packages (virtually all user interface is handled via
Web Browser or SSH to the local systems) are installed on specially configured and
hardened, computer workstations.

### Ballot Scanners
ibml ImageTrac 6000 series scanners in a custom configuration are used by Tally to
scan both VBM and BMD ballots.

### Report Printers
Several models of Hewlett Packard office laser printers have been tested for use with
the system for the purpose of printing reports. These are generic devices supplied by
the county and are not specifically identified or inventoried.

FCMG: Security and Telecommunications Test Report for the LA County VSAP Voting System 2.0

## Description of System Tested

Below are the system diagrams for each of the major VSAP components.  Note that several computers are used in each system.  For example, in the diagram below illustrating Tally and VBL, Tally uses 16 separate computers, and VBL one. There are five separate SQL servers for the scanner databases. These databases only contain operational parameters for the scanners, no voting data. Four Windows file servers are used for data transfer between the scanners and Tally, and separate servers for Snare logging and Carbon Black security systems.  There are also two time servers, a NetApp Network File system (which holds all voting data) and a backup system.

### VBL and Tally



Tally and VBL System Layout

FCMG: Security and Telecommunications Test Report for the LA County VSAP Voting System 2.0

**BMG**



BMG and BMD Network System Layout

**APP2623**

FCMG: Security and Telecommunications Test Report for the LA County VSAP Voting System 2.0

**FormatOS**



FormatOS System Layout

## Assumptions

The components that are used in a central election office were installed on standard COTS PCs as pictured above. Physical security mechanisms, such as locks or tamper-evident labels were applied to these systems, physical security tests were performed. Logical security tests were performed on all of these devices.

The poll devices were supplied with seals and tamper-evident labels and were installed in accordance with the manufacturer's recommendations.  As such, a physical security test was performed on all seals and tamper-evident labels.  Logical security tests were performed on all devices.

**APP2624**

FCMG: Security and Telecommunications Test Report for the LA County VSAP Voting System 2.0

Test procedures assumed that the attacker had an undisturbed place to mount the attacks.  It was also assumed that tools and materials, both physical and logical, which are typically used in these attacks, were available.

All tools and methods deployed during this security test are commonly available.  The physical tools and devices can be purchased at local consumer outlets or online.  Every logical tool can be purchased and/or downloaded online from common locations.

## Approach to Testing

Personnel performing tests included:
> Freeman, Craft McGregor Group:
> - Kate McGregor
> - Lou Losee
> - Steve Weingart

The VBL, Tally, BMG and FormatOS systems were set up by the County before the test team arrived.  After a brief overview of the system, the team worked with the vendor and subcontractors to perform the trusted build.

Note that the trusted build process was not typical of the three to five standalone systems used in most election systems. VSAP uses an enterprise data center sized system.  There are 33 separate computers, plus the NetApp network file system and Commvault backup system that make up the entire Tally/VBL cluster housed in two racks.

The count was similar for the BMG, except that it uses all virtual machines running on the VMWare ESXI hosting system.  Therefore, all computers are distributed across the VMWare installation and the NetApp file system. Using automation and scripting to prevent typing and transcription errors throughout the process, the trusted build still took several days to complete.  After the systems were built, they were hardened in the same manner, using an installation document and several scripts and processes.  The hardening included applying the SCAP ruleset for the appropriate OS version. All final code (much of the code is interpreted, so it is not compiled), was collected and hashed for delivery to the SOS.

The test began in two phases.  Since they were accessible, the software specialist immediately started to work on the servers.   The hardware specialist started to work on the locks, seals and tamper-evident labels applied to the poll devices.

FCMG: Security and Telecommunications Test Report for the LA County VSAP Voting System 2.0

Once the physical security was bypassed, the entire team focused their attention on the software resident on the servers as well as on the poll devices.

Security identification and vulnerability scanners were employed, as well as direct probing techniques using forensic USB boot disks and attempting to join the local network to detect vulnerabilities. As potential vulnerabilities were discovered, appropriate tools were brought to bear to determine if an exploit was possible.  At regular intervals the team discussed the current status and findings to determine if any of the potential vulnerabilities could be used in combination to enable an exploit.  This method was repeated and refined as the test continued until the duration of the test period was exhausted.

Note: The VSAP system is air-gapped from the Internet and other networks as required by CVSS.  All communication between non-collocated systems is accomplished by using an Iron Key FIPS 140-2 level 3 secured USB devices for key transfer, or via USB drives, in the case of USB drive transfer critical files are signed to ensure integrity.

## Scope Limitation

Only the following systems and devices were tested during this examination:  VBL, Tally (including the scanners and transfer file and database systems), BMG, and FormatOS.

Any and all other parts of the System, including the Election Management System, were not part of this test process. No comment can be made as to the security of the functions used to create the cryptographic keys employed to secure the System and to generate the election definitions.

No intentional physical damage to the devices was permitted.  Some elements were disassembled as part of the testing process, but all items were returned to the pretest state at the end of the test.  In the case of the client/server systems, some may have had to be reinstalled to be returned to full service. Great care was taken during testing to avoid causing any physical or permanent damage to the server systems.  In some cases, this required one of the testers to know the root passwords of the systems to facilitate controlled shutdowns and restarts.  This knowledge was not used to the test team's advantage in any way.

## Findings and Vulnerabilities

### Network scanning and test results

FCMG: Security and Telecommunications Test Report for the LA County VSAP Voting System 2.0

Each of the systems (VBL, Tally, BMG and FormatOS) was scanned with network identification and severity vulnerability scanning tools.  The results may be seen in attachments (please see the Attachments section below for the list of documents).

The networks were also probed manually and no vulnerabilities were discovered in addition to the findings described below.

## Locks and tamper seals are subject to picking and removal

Lock picking was attempted and was successful using standard widely available lock picks and standard techniques.

Tamper-evident adhesive label seals were removed without damage using a solvent and a razor blade.  After removal, the label was allowed to dry and was re-applied to the equipment without leaving evidence of any compromise.

Smooth tailed seals were opened successfully and reattached with no visible evidence of compromise.

These attacks could be conducted by a poll worker, elections official insider, warehouse worker or vendor insider.  They affect all parts of the system.

Although these are not complete attacks, they do disable the ability to prevent and detect unauthorized access to the equipment and can be the first step enabling more complex attacks.

The easily defeated locks and seals on all of the VSAP devices resulted in the system not conforming to CVSS 2.1.1.a, which provides that all systems shall "Provide security access controls that limit or detect access to critical system components to guard against loss of system integrity, availability, confidentiality, and accountability."  It also degrades the ability of the system to meet CVSS 7.3.a. which states, "Any unauthorized physical access shall leave physical evidence that an unauthorized event has taken place."

## Unrestricted access to workstation cases

The cases of the Command and Control workstations (generic standard PCs used for accessing and interacting with the system via a web browser) were not secured with tamper-evident labels or locks.  The cases were opened in seconds without

APP2627

FCMG: Security and Telecommunications Test Report for the LA County VSAP Voting System 2.0

using any tools.  Once access was gained, any BIOS password could have been removed.  This makes it possible to boot the machine using an outside operating system on a USB drive.  In addition, there is no disk encryption so the hard disks could be directly accessed and all data files were accessible and alterable. Carbon Black security prevents changing executable files, but the terminal systems were not fully included in the hardening.

This attack could be conducted by an elections official insider or a vendor insider. It affects all system configurations that include a workstation.  The workstations are vulnerable to physical attacks that facilitate the software attacks described in findings outlined later in this report.

The configuration of the system workstations presented to the test team did not conform to CVSS 2.1.1.a, which provides that all systems shall "Provide security access controls that limit or detect access to critical system components to guard against loss of system integrity, availability, confidentiality, and accountability." Failure to secure the workstation cases results in a nonconformance with CVSS 7.2.1 which states, "Voting system equipment shall provide access control mechanisms designed to permit authorized access to the voting system and to prevent unauthorized access to the voting system." and CVSS 7.3.a, b, and e which state:

> "a: Any unauthorized physical access shall leave physical evidence that an unauthorized event has taken place."

> "b. Voting systems shall only have physical ports and access points that are essential to voting operations and to voting system testing and auditing."

> "e. Access points, such as covers and panels, shall be secured by locks or tamper evident seals or tamper resistant countermeasures shall be implemented so that system owners can monitor access to voting system components through these points."

**Ability to Boot from USB**

Booting from a USB drive was not disabled on any of the systems. As such, gaining physical access to the machines allowed access to both the operating and application files for VBL, Tally and FormatOS  This was performed by booting an external USB disk with forensic applications.  This was not applicable to BMG as it

FCMG: Security and Telecommunications Test Report for the LA County VSAP Voting System 2.0

uses all virtual machines and no local disks, only NetApp. The authentication requirements enforced by NetApp protect BMG in this instance.

Because booting from a USB drive doesn't use the operating system on the targeted computer, that computer is offline from the System's perspective. As such, this approach defeats the ability of Carbon Black to prevent running unregistered executables.  For the same reason, Snare, the logging system, will not receive any information while running from the USB drive.

Access to the application binaries permits recovering and decompiling and/ or examining system source code.  The cryptographic key material used to protect the integrity of elections was not encrypted.  All cryptographic keys present were accessible in plaintext.  Configuration files may also be modified to change the behavior of the system. This allowed secrets used to ensure election integrity to be recovered with only physical access to the system's storage device.

This attack could be conducted by an elections official insider or a vendor insider. A voter would not have sufficient access to the system to successfully complete the prerequisite defeat of physical security without leaving evidence of the attack.

This vulnerability, combined with the unrestricted access to system racks, results in the system not conforming with CVSS 2.1.4.f, which provides that all systems shall "Protect against any attempt at improper data entry or retrieval."

CVSS 7.2.1.b states, "Voting system equipment shall provide controls that permit or deny access to the device's software and files." Booting from a USB drive gives access to all files not on NetApp, so this is also a non-conformance.

The System also does not conform to CVSS 7.3.b, which states "Voting systems shall only have physical ports and access points that are essential to voting operations and to voting system testing and auditing."  Permitting the System to start from an external USB drive is not needed at any time to implement voting operations.

**Shared/Static Secrets**

The system has shared static secrets that are used to ensure election integrity. During the course of this test, multiple secrets were shared throughout the system. Recovering these secrets from one component in the system allowed other portions of the system to be attacked. This resulted in the ability to sign election files to be modified and signed for use farther down the system hierarchy.

FCMG: Security and Telecommunications Test Report for the LA County VSAP Voting
System 2.0

This attack could be conducted by an elections official insider or vendor insider.  It
affects all elements and configurations of the system.

Although CVSS has no prohibitions on static or shared secrets, the attacker's
ability to recover these secrets allows unauthorized administrative access to all
system components. As a result, it does not conform with CVSS 7.2.4.a which
states, "Voting systems shall ensure that only authorized roles, groups, or
individuals have access to election data."

### High Dependency on Root Access

Root access is required for many regular operations in the VSAP system.  These
include, but are not limited to, updating cryptographic keys used to protect and
verify the integrity of elections and voting information and performing regular
system maintenance, including regular system shutdown and startup.  This
situation invariably leads to poor control of access to the root password which
enables subsequent unauthorized access.

Access to the application binaries permits recovering and decompiling and/or
examining system source code.  The cryptographic key material used to protect
the integrity of elections was not encrypted. All cryptographic keys present were
accessible in plaintext.  This allowed secrets used to ensure election integrity to be
recovered with only physical access to the system's storage device. Configuration
files could also be modified to change the behavior of the system.

This attack could be conducted by an elections official insider or a vendor insider.

This vulnerability, combined with the easy access to system racks, results in the
system not conforming with CVSS 2.1.4.f, which provides that all systems shall
"Protect against any attempt at improper data entry or retrieval" and CVSS 7.2.1.b
which states, "Voting system equipment shall provide controls that permit or deny
access to the device's software and files."  The ability to recover secrets allows
unauthorized administrative access to all system components and does not comply
with CVSS 7.2.4.a which states, "Voting systems shall ensure that only authorized
roles, groups, or individuals have access to election data."

### Lack of Full Disk Encryption

No component of the system has full disk encryption.  Gaining physical access to
the machines allowed access to both the operating and application files.  This was

FCMG: Security and Telecommunications Test Report for the LA County VSAP Voting System 2.0

performed by booting an external USB disk containing forensic applications. Another approach to this attack involves removing the disks from the computer and inserting them into another system.  Since these systems were set up with RAID (Redundant Array of Independent Disks), another computer set up with a similarly configured RAID controller would allow not only recovery of all data and secrets, it will also allow the entire system to be cloned. This approach can also be used to defeat the ability of Carbon Black to prevent running of unregistered executables. When booted from a source other than the original operating system, that computer is offline with respect to the System. Also, the Snare logging function will not receive any log information and the event will not be recorded.

Access to the application binaries permits recovering, decompiling and or examining system source code.  The cryptographic key material used to protect the integrity of elections was not encrypted at rest, all cryptographic keys present were accessible in plaintext.  This allowed secrets used to ensure election integrity to be recovered with only physical access to the system's storage device.

This attack could be conducted by an elections official insider or a vendor insider. A voter would not have sufficient access to the system to successfully complete the prerequisite defeat of physical security without leaving evidence of the attack.

This vulnerability, combined with the unrestricted access to system racks, results in the system not complying with CVSS 2.1.4.f, which provides that all systems shall "Protect against any attempt at improper data entry or retrieval" and CVSS 7.2.1.b which states, "Voting system equipment shall provide controls that permit or deny access to the device's software and files."

**Lack of Validated FIPS140-2 Cryptographic Modules**

The systems (VBL/Tally, BMG, and FormatOS) utilize the Linux operating system as the base platform.  The cryptographic modules employed for cryptographic processing in FormatOS, BMG, Tally and VBL are not FIPS 140-2 validated.

This is not compliant with CVSS 7.5.4.iii which states, "Use of a cryptographic module that has not been validated against FIPS140-2," as a violation of the OEVT requirements as stated in CVSS 7.5.4.a.  The Red Hat validated module for RHEL stated in section 9.3 of the *VSAP-TDP-005_System_Security_Specification.pdf* is not validated on CentOS (Tally, VBL, BMG) or Ubuntu (FormatOS), neither the employed OS versions nor platforms used are validated.  The cryptographic functions used by the Java implementation also appear not to be FIPS 140-2 validated.

FCMG: Security and Telecommunications Test Report for the LA County VSAP Voting System 2.0

## Attachments and Inventories of Items Tested

For the inventory of the BMG components, please see:
  A) *BMG-Device-SerialNum-11-08-2019.xlsx*

For the inventory of the Tally and VBL components, please see:
  B) *VSAP Tally-VBL environment details_v2.pdf*

Scan Reports:
  C) BMG-OpenVas_Scan_hosts_10_0_9_0-254.pdf
  D) BMG-nmap_Scan_hosts_10_0_9_0-254.pdf
  E) FormatOS-OpenVAS_Scan-2019-11-20.pdf
  F) VBL-Tally-nmap-11-18-2019.txt

The scanners used were:

  Scanner 8, S/N 88555-1, ibml serial number A1081519000014
  Scanner 18, S/N 88556-5, ibml serial number A1081519000012

The FormatOS components were:

  Computer: HPE ProLiant DL380 Server SN: 2M291400M8
  Network switch: Aruba 2930F SN: TW93HKT0D7   JL253-6001

Work Papers:

  G) 001-Red Team Work Paper - BMD Ballot Box – V2.docx
  H) 002-Red Team Work Paper - Locks, Seals and Labels-v2.docx
  I) 003-Red Team Work Paper - Root Access.docx
  J) 004-Red Team Work Paper - USB Boot.docx
  K) 005-Red Team Work Paper - Root Access and USB Boot Vulnerabilities.docx

**APP2632**

# Exhibit O-70

12/7/23, 5:29 PM                                    Antonio Mugica - Smartmatic.com

Resize  A  A  A

# Antonio Mugica

## Chief Executive Officer

Antonio founded Smartmatic in 2000 to create technologies that could help
improve societies around the world. This vision translated into multiple patents and
innovations that became the core of the company's products. As CEO, he
manages the vision and strategic planning of the company.

Smartmatic has successfully deployed secure election technologies more than 35
countries over 5 continents, recording and tabulating more than 6.5 billion votes,
all with zero security breaches.

Antonio made auditability and transparency key principles of all of the company's
election technologies. Smartmatic pioneered voting machines that produce both
electronic records and human-readable paper ballots, which is now the de facto
gold standard in verifiable voting. Its voting machine designs make it quick and
easy to cast a ballot and improve accessibility for citizens with disabilities.

Under his guidance, the company's R&D labs and its partner companies strive to
develop technology-based solutions that help governments around the globe to
solve some of the world's most pressing challenges. Further, he serves as a
strategic advisor to Oxford University's program on Democracy & Technology to
help building new paths to modernize elections across the world.

**APP2634**

# Exhibit O-71



Confidential

SMMT-OAN01996184
SMMT-OAN01996184



Confidential

# Exhibit O-72



Confidential

SMMT-OAN00127507
SMMT-OAN00127507



Confidential

SMMT-OAN00127523
SMMT-OAN00127507

# Exhibit O-73



1

2

3

4

5

6

7

8

9

10

11

12               CERTIFIED TRANSCRIPTION OF

13                 CNN MEXICO NEWS REPORT

14   TRANSLATED INTO ENGLISH BY CERTIFIED SPANISH TRANSLATOR

15

16

17

18

19

20

21

22

23

24

25

Certified Transcription of CNN Mexico News Report

1            (Recording begins.)

2            UNIDENTIFIED REPORTER:  We go now to

3   Venezuela to the National Electoral Committee.  There,

4   their president, Tibisay Lucena is speaking.  Let's

5   listen.

6            PRESIDENT LUCENA:  The sanction concludes

7   on behalf of the American government towards my person

8   as president of the electoral power with the only motive

9   of organizing a universal direct and secret election in

10  where the Venezuelans who are registered in the

11  electoral registry were enabled to vote, a sanction that

12  originates due to following the Venezuelan constitution

13  and laws.

14            This action from the American government

15  affected as well other providers that provide services

16  to our institution and of which we already have

17  knowledge their accounts abroad have been blocked.  In

18  the same way, we have been victims of violence.  Before

19  the election, we had to relocate 1,200 voting centers

20  due to the siege and the impossibility to set up.

21            The night before the event in some states

22  like Lara, we had to move voting centers because of the

23  systematic attacks to which they were subject to until

24  we found a secure location for the voters.

25            During the day of the election,

Certified Transcription of CNN Mexico News Report

1  including -- we received direct -- direct attacks to 200

2  voting centers, including assaults with grenades and

3  shots from rifles, and it was necessary during the

4  process of voting relocate voting centers with the end

5  of guaranteeing the continuation of the process and to

6  secure the voters from violence.

7                Until now, we have counted 181 voting

8  machines that have been burned.  Our institutions

9  suffered and continues to suffer cyberattacks to the

10  official web page.  This illustrates the unedited

11  situation of harassment inscribed in a strategy to

12  destroy the electoral institution and prohibit the

13  realization of the election of the national constituents

14  assembly.

15                Now three days after the election and a few

16  hours ever having installed the national constituents

17  assembly, a speaker of a company comes out that due to

18  successful electoral processes in Venezuela paved his

19  way in the United States.

20                It is not a com- -- private company that

21  resides outside of the country that guarantees the

22  transparency and credibility of the elect- -- of the

23  Venezuelan electoral system.  The Venezuelan electoral

24  system has a security architecture with procedures that

25  leave in the hands of the citizens its validation.

Certified Transcription of CNN Mexico News Report

1          In its commun- -- in his communication,
2     Antonio Mojica estimates that an audit would allow it to
3     be known the exact quantity of participation and
4     affirms, quote, We estimate that the difference in
5     between the quantity announced and what the system shows
6     is of at least one million voters, end quote.  And it is
7     an irresponsible observation based on estimations
8     without basis of the data that the electoral power
9     manages exclusively.
10          But even more severe is that the company --
11    the company, Smartmatic, participated in all the audits.
12    They placed their code for the encryption of the files
13    and the protection of the apps that were used in the
14    electoral platform.  These audits include the
15    certification of the software for the machine and the
16    sys- -- total -- totalization system that now is being
17    questioned.
18          It's to say any manipulation like what
19    Mojica is signalling alleges to ignore that Smartmatic
20    is part of the security of the totalization system.  And
21    the facts Mr. Mojica wants to put in question the
22    results of an election in which his only rule was to
23    provide services to this institution.
24          The electoral power reserves all the
25    corresponding legal actions that correspond to such

Certified Transcription of CNN Mexico News Report

1  irresponsible affirmations.  This escalation surges

2  after three days in which the country was at ease, three

3  days without barricades, three days in which the country

4  was at peace.

5           We have defended the elections and its

6  results in other difficult times.  We did so in 2007, we

7  did so in 2013, we did so in 2015.  And we shall do so

8  once more.  They who participate in these aggressions

9  against democracy want to submerge and avoid those that

10 participated in the election, turn the joy of peace into

11 defeat, insist and ignore and make invisible more than

12 8 million Venezuelans.

13          The electoral power has said so before and

14 we repeat it today, the Venezuelans are not alone.  This

15 institution and its civil servants will defend the right

16 that they have to express themselves in peace and with

17 democracy and that their sovereign will expressed

18 through the vote be respected.  Thank you very much.

19          (Recording ends.)

20

21

22

23

24

25

Certified Transcription of CNN Mexico News Report

```
 1              C E R T I F I C A T E
 2       I, TERRI GARCIA, Certified Shorthand Reporter in
 3  and for the State of Texas, certify that the foregoing
 4  is a correct transcription from the video recording that
 5  were translated into English by a certified Spanish
 6  translator in the above-entitled matter.
 7       I further certify that I am neither counsel for,
 8  related to, nor employed by any of the parties to the
 9  action in which this video recording was transcribed,
10  and further that I am not financially or otherwise
11  interested in the outcome of the action.
12       I further certify that the transcription fee of
13  $_____ was paid/will be paid in full by
14  _____.
15
16       _____
           Terri Garcia, Texas Certified
17         Shorthand Reporter No. 6581
           Dickman Davenport, Inc.
18         Firm Registration No. #312
           4228 North Central Expressway
19         Suite 101
           Dallas, Texas   75206
20         (214) 855-5100
           My commission expires:  7-31-25
21
22
23
24
25
```

**Certified Transcription of CNN Mexico News Report**

**A**

above-entitled 6:6
abroad 2:17
accounts 2:17
action 2:14 6:9 6:11
actions 4:25
affirmations 5:1
affirms 4:4
aggressions 5:8
alleges 4:19
allow 4:2
American 2:7,14
announced 4:5
Antonio 4:2
apps 4:13
architecture 3:24
assaults 3:2
assembly 3:14,17
attacks 2:23 3:1
audit 4:2
audits 4:11,14
avoid 5:9

**B**

barricades 5:3
based 4:7
basis 4:8
begins 2:1
behalf 2:7
blocked 2:17
burned 3:8

**C**

C 6:1,1
centers 2:19,22 3:2,4
Central 6:18
certification 4:15
certified 1:12,14 6:2,5,16
certify 6:3,7,12
citizens 3:25
civil 5:15

CNN 1:13
code 4:12
com- 3:20
comes 3:17
commission 6:20
Committee 2:3
commun- 4:1
communication 4:1
company 3:17,20 4:10,11
concludes 2:6
constituents 3:13 3:16
constitution 2:12
continuation 3:5
continues 3:9
correct 6:4
correspond 4:25
corresponding 4:25
counsel 6:7
counted 3:7
country 3:21 5:2 5:3
credibility 3:22
cyberattacks 3:9

**D**

Dallas 6:19
data 4:8
Davenport 6:17
day 2:25
days 3:15 5:2,3,3
defeat 5:11
defend 5:15
defended 5:5
democracy 5:9 5:17
destroy 3:12
Dickman 6:17
difference 4:4
difficult 5:6
direct 2:9 3:1,1
due 2:12,20 3:17

**E**

E 6:1,1
ease 5:2
elect- 3:22
election 2:9,19,25 3:13,15 4:22 5:10
elections 5:5
electoral 2:3,8,11 3:12,18,23,23 4:8,14,24 5:13
employed 6:8
enabled 2:11
encryption 4:12
ends 5:19
English 1:14 6:5
escalation 5:1
estimate 4:4
estimates 4:2
estimations 4:7
event 2:21
exact 4:3
exclusively 4:9
expires 6:20
express 5:16
expressed 5:17
Expressway 6:18

**F**

F 6:1
facts 4:21
fee 6:12
files 4:12
financially 6:10
Firm 6:18
following 2:12
foregoing 6:3
found 2:24
full 6:13
further 6:7,10,12

**G**

Garcia 6:2,16
go 2:2
government 2:7

2:14
grenades 3:2
guaranteeing 3:5
guarantees 3:21

**H**

hands 3:25
harassment 3:11
hours 3:16

**I**

ignore 4:19 5:11
illustrates 3:10
impossibility 2:20
include 4:14
including 3:1,2
inscribed 3:11
insist 5:11
installed 3:16
institution 2:16 3:12 4:23 5:15
institutions 3:8
interested 6:11
invisible 5:11
irresponsible 4:7 5:1

**J**

joy 5:10

**K**

knowledge 2:17
known 4:3

**L**

Lara 2:22
laws 2:13
leave 3:25
legal 4:25
Let's 2:4
listen 2:5
location 2:24
Lucena 2:4,6

**M**

machine 4:15
machines 3:8
manages 4:9
manipulation 4:18
matter 6:6
MEXICO 1:13
million 4:6 5:12
Mojica 4:2,19,21
motive 2:8
move 2:22

**N**

national 2:3 3:13 3:16
necessary 3:3
neither 6:7
NEWS 1:13
night 2:21
North 6:18

**O**

observation 4:7
official 3:10
once 5:8
organizing 2:9
originates 2:12
outcome 6:11
outside 3:21

**P**

page 3:10
paid 6:13
paid/will 6:13
part 4:20
participate 5:8
participated 4:11 5:10
participation 4:3
parties 6:8
paved 3:18
peace 5:4,10,16
person 2:7
placed 4:12
platform 4:14
power 2:8 4:8,24

Certified Transcription of CNN Mexico News Report

5:13
**president** 2:4,6,8
**private** 3:20
**procedures** 3:24
**process** 3:4,5
**processes** 3:18
**prohibit** 3:12
**protection** 4:13
**provide** 2:15
    4:23
**providers** 2:15
**put** 4:21

**Q**

**quantity** 4:3,5
**question** 4:21
**questioned** 4:17
**quote** 4:4,6

**R**

**R** 6:1
**realization** 3:13
**received** 3:1
**recording** 2:1
    5:19 6:4,9
**registered** 2:10
**Registration** 6:18
**registry** 2:11
**related** 6:8
**relocate** 2:19 3:4
**repeat** 5:14
**REPORT** 1:13
**Reporter** 2:2 6:2
    6:17
**reserves** 4:24
**resides** 3:21
**respected** 5:18
**results** 4:22 5:6
**rifles** 3:3
**right** 5:15
**rule** 4:22

**S**

**sanction** 2:6,11
**secret** 2:9
**secure** 2:24 3:6

**security** 3:24
    4:20
**servants** 5:15
**services** 2:15
    4:23
**set** 2:20
**severe** 4:10
**Shorthand** 6:2
    6:17
**shots** 3:3
**shows** 4:5
**siege** 2:20
**signalling** 4:19
**situation** 3:11
**Smartmatic** 4:11
    4:19
**software** 4:15
**sovereign** 5:17
**Spanish** 1:14 6:5
**speaker** 3:17
**speaking** 2:4
**State** 6:3
**states** 2:21 3:19
**strategy** 3:11
**subject** 2:23
**submerge** 5:9
**successful** 3:18
**suffer** 3:9
**suffered** 3:9
**Suite** 6:19
**surges** 5:1
**sys-** 4:16
**system** 3:23,24
    4:5,16,20
**systematic** 2:23

**T**

**T** 6:1,1
**Terri** 6:2,16
**Texas** 6:3,16,19
**Thank** 5:18
**three** 3:15 5:2,2,3
**Tibisay** 2:4
**times** 5:6
**today** 5:14

**total** 4:16
**totalization** 4:16
    4:20
**transcribed** 6:9
**transcription**
    1:12 6:4,12
**translated** 1:14
    6:5
**translator** 1:14
    6:6
**transparency**
    3:22
**turn** 5:10

**U**

**unedited** 3:10
**UNIDENTIFI...**
    2:2
**United** 3:19
**universal** 2:9

**V**

**validation** 3:25
**Venezuela** 2:3
    3:18
**Venezuelan** 2:12
    3:23,23
**Venezuelans**
    2:10 5:12,14
**victims** 2:18
**video** 6:4,9
**violence** 2:18 3:6
**vote** 2:11 5:18
**voters** 2:24 3:6
    4:6
**voting** 2:19,22
    3:2,4,4,7

**W**

**want** 5:9
**wants** 4:21
**way** 2:18 3:19
**web** 3:10

**X**

**Y**

**Z**

**0**

**1**

**1,200** 2:19
**101** 6:19
**181** 3:7

**2**

**200** 3:1
**2007** 5:6
**2013** 5:7
**2015** 5:7
**214** 6:20

**3**

**312** 6:18

**4**

**4228** 6:18

**5**

**6**

**6581** 6:17

**7**

**7-31-25** 6:20
**75206** 6:19

**8**

**8** 5:12
**855-5100** 6:20

# Exhibit O-74



Attorney's Eyes-Only

**APP2651**

SMMT-OAN08071877
SMMT-OAN08071877



Attorney's Eyes-Only

SMMT-OAN08071880
SMMT-OAN08071880

**APP2652**



Attorney's Eyes-Only

SMMT-OAN08071888
SMMT-OAN08071880

**APP2653**

# Exhibit O-75

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| RUSORO MINING LIMITED,<br><br>       *Petitioner-Appellee*,<br><br> - against -<br><br>BOLIVARIAN REPUBLIC OF<br>VENEZUELA,<br><br>      *Respondent-Appellant*. | No. 18-7044<br><br>(D.D.C. No. 1:16-cv-2020) |

### RESPONSE TO MOTION FOR STAY

On February 22, 2019, the undersigned Venable LLP attorneys entered appearances on behalf of The Bolivarian Republic of Venezuela (the "Republic") on instruction from the current and acting Attorney General of the Republic, Reinaldo Muñoz Pedroza.  The Republic submits this response to the Motion for Stay filed by Arnold & Porter purportedly on behalf of The Bolivarian Republic of Venezuela on February 12, 2019 (the "Motion").  The Motion was granted on February 14, 2019.

The purpose of this response is not to oppose the request for a stay, which in any event has already been granted, but rather to provide further context for the request and to formally object to some of the positions that Arnold & Porter has taken on behalf of the Republic.

1

**APP2655**

By way of background, Arnold & Porter historically represented the Republic in this and other matters, on instructions from Attorney General Muñoz. (Mot. at 2, n.1.)  Arnold & Porter first appeared on behalf of the Republic on this Appeal on May 21, 2018, again on instruction from Attorney General Muñoz and President Nicolas Maduro.  Arnold & Porter states that it is now instructed by Juan Guaidó, who "declared himself Interim President of Venezuela" on January 23, 2019.  (Mot. at 1.)  President Maduro vigorously disputes that Mr. Guaidó is the President of the Republic, and asserts that he remains the rightful leader of the Republic.

Arnold & Porter observes in its Motion that President Trump has "issued a statement officially recognizing President Guaidó as the Interim President of Venezuela and rejecting the legitimacy of the Maduro government."  (Mot. at 2.) Arnold & Porter concludes that "[b]ecause the President has recognized President Guaidó as the rightful representative of the Republic, only President Guaidó or his representatives may assert the interests of the Republic in U.S. courts."  (*Id.*) Arnold & Porter did not seek the Republic's permission to represent Mr. Guaidó, nor did it seek or obtain any conflict waiver from the Republic.

The Republic respectfully disagrees with Arnold & Porter's position in its Motion.  Not one of the cases Arnold & Porter cites is directly on point.  None concern the situation where two "competing factions within a foreign government"

(Mot. at 3) both ask to be heard in order to defend claims that have been filed

against their country (as opposed to bringing claims on their country's behalf).

And this is an important distinction.  While there is well-established law about

whether an unrecognized state is entitled to certain privileges and immunities, it

has never been suggested that an unrecognized state may not defend itself when

haled into court.  *See Kadic v. Karadzic*, 70 F.3d 232, 244-245 (2d Cir. 1995)

(while unrecognized states do not enjoy privileges and immunities accorded to

recognized states, international law authorizing suits against states still applies and

they are entitled to defend themselves in those suits); *Ali Shafi v. Palestinian*

*Authority*, 686 F.Supp.2d 23, 28-30 (D.D.C. 2010) (citing *Kadic* for principle that

international law applies "without distinction between recognized and

unrecognized states"); *Knox v. Palestinian Liberation Organization*, 306 F. Supp.

2d 424, 439-443  (S.D.N.Y. 2004) (citing *Kadic* for authority that "an

unrecognized state is not a juridical nullity" and is "accorded *de facto* existence

with respect to adjudications of strictly commercial transactions," and

"adjustments of private rights").  Regardless of any executive order, the Republic

has the right to defend itself against the arbitral award obtained by the Petitioner-

Appellee by pursuing this appeal.

The only case cited in the Motion regarding "competing factions," *Bank of*

*China v. Wells Fargo Bank & Union Trust Co.*, 104 F. Supp. 59 (N.D. Cal. 1952),

*aff'd* 209 F.2d 467 (9th Cir. 1953), does not in fact stand for the proposition

claimed, that "courts must recognize only that faction which has been recognized

by the Executive Branch as rightfully representing the foreign state."  (Mot. at 3.)

The *Bank of China* case concerned the competing claims of the Nationalist

Government of China and the People's Republic of China to control over the

plaintiff, Bank of China, and the money it had on deposit at Wells Fargo.

Importantly, the district court held that the U.S.'s recognition of one of the

competing factions (the Nationalist Government) as the representative of the State

was *not* "per se . . . determinative" of the issue of which faction was entitled to the

deposits.  *Id.* at 63.  The court observed:

> If whenever this court is called upon to determine whether there
> is a government justly entitled to act on behalf of a foreign state
> in respect to a particular matter, the court is bound to say, without
> regard to the facts before it, that the government recognized by
> our executive is that government, then nothing more need be said
> here.  To permit this expression of executive policy to usurp
> entirely the judicial judgment would relieve the court of a
> burdensome duty, but it is doubtful that the ends of justice would
> thus be met.

*Id.*

The district court concluded that there was "no rule of law obliging the

courts to give conclusive effect to the acts of a recognized government to the

exclusion of all consideration of the acts of an opposing unrecognized

government." *Id.* at 63.  Instead, "[i]n any particular situation, executive policy . . .

is a fact which properly should be considered and weighed along with the other facts before the court." *Id.* at 64.

Moreover, executive policy is not immutable, nor is Mr. Guaidó's place as the legitimate leader of Venezuela by any means assured.  In fact, as a matter of Venezuelan law, there are serious issues with Mr. Guaidó's "claim [which] derives from a creative interpretation of a constitutional provision, rather than from popular will or the due process of the law."  Max Fisher, *Who Is Venezuela's Legitimate President?  A Messy Dispute, Explained*, N.Y. TIMES, Feb. 4, 2019.

In sum, while the Republic does not oppose the stay that has been granted, it strenuously objects to Arnold & Porter's position that the Republic has no right to participate in these proceedings by virtue of President Trump's official statement.

<div style="margin-left:40%">

Respectfully submitted,

</div>

Dated:  February 22, 2019

<div style="margin-left:40%">

 /s/   Moxila A. Upadhyaya
Moxila A. Upadhyaya
Michael B. MacWilliams
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC  20001
Telephone: 202-344-4000
Fax: 202-344-8300

*Attorneys for the Bolivarian Republic of Venezuela*

</div>

**APP2659**

## CERTIFICATE OF COMPLIANCE

The foregoing Response complies with the word limit of Fed. R. App. P.

27(d)(2)(A) and Fed. R. App. P. 32(g)(1) because, excluding the parts of the

document exempted by Fed. R. App. P. 32(f), the Response contains 1013 words.

February 22, 2019                    /s/  Moxila A. Upadhyaya
                                    Moxila A. Upadhyaya


## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2019, I electronically filed the

foregoing document with the United States Court of Appeals for the District of

Columbia Circuit by using the appellate CM/ECF system.  I certify that all

participants in the case are registered CM/ECF users and that service will be

accomplished by the appellate CM/ECF system.

February 22, 2019                    /s/  Moxila A. Upadhyaya
                                    Moxila A. Upadhyaya


**APP2660**

# Exhibit O-76

**The New York Times** | https://www.nytimes.com/2019/02/04/world/americas/venezuela-maduro-guaido-legitimate.html

THE INTERPRETER

# Who Is Venezuela's Legitimate President? A Messy Dispute, Explained

**By Max Fisher**

Feb. 4, 2019

Venezuela's crisis has raised questions that could determine the country's future — and that a far-off news reader could be forgiven for finding confusing.

Juan Guaidó, the opposition leader, has declared that President Nicolás Maduro is illegitimate and has asserted himself as Venezuela's interim president.

So who is the legitimate leader, how can we tell and who gets to decide?

The United States and several countries in Latin America and Europe have recognized Mr. Guaidó as the rightful leader, and he has called on the military to withdraw its support for Mr. Maduro.

But would elevating Mr. Guaidó constitute a democratic transition or a coup?

The answers to these questions, though urgently important, are not at all straightforward. Here is some help in trying to think them through.

## Who is more legitimate, Mr. Maduro or Mr. Guaidó?

There is no one litmus test for political legitimacy, which can come from a few different sources. Both Mr. Maduro and Mr. Guaidó have debatable claims to legitimacy, which is part of what makes this so messy.

Calling a leader "legitimate" does not mean that he or she is popular, successful or morally upstanding. It simply means that citizens, political elites and foreign governments recognize the leader's rightful authority.

So when a leader takes power and is initially treated as legitimate — and Mr. Maduro was generally accepted when he took office in 2013 — it's very difficult for him or her to lose it.

But Mr. Maduro has seen his sources of legitimacy weaken.

Protesters filled the streets of Caracas, the Venezuelan capital, last week to denounce him as illegitimate. Still, even 300,000 protesters would constitute only about 1 percent of the population. Mr. Maduro is thought to retain some support, particularly among the poor.

Many of Venezuela's neighbors have dropped their recognition of Mr. Maduro, as have the United States and Britain, Canada, France, Germany and Spain, among other nations. If Mr. Maduro cannot represent himself as legitimate abroad, then he will look less legitimate at home, which invites citizens and political officials to reject him as well.

The weakest point in Mr. Maduro's popular legitimacy may be his 2018 re-election victory, which was widely disputed amid fraud allegations that suggest he might not actually have the popular support to act as president.

But plenty of world leaders steal elections and are still treated by their citizens, however grudgingly, as legitimate.

So whether or not the allegations of a rigged election render Mr. Maduro illegitimate is not ultimately up to election monitors. It's up to Venezuelan citizens and political officials, who collectively confer legitimacy on Mr. Maduro by continuing to treat him as president — or not.

**APP2662**

Mr. Maduro's legitimacy has another weak point: the political institutions that hold him in power. After the opposition won the legislature in 2015, Mr. Maduro's allies stacked the Supreme Court with loyalists. In 2017, Mr. Maduro created a second legislature, which was filled with loyalists in elections widely condemned as fraudulent. The new, loyalist-controlled legislature then stripped the opposition-controlled legislature of its powers.

If Venezuelan citizens and political elites come to treat those Maduro-allied institutions as illegitimate, then his own legitimacy suffers.

Mr. Guaidó's claims to legitimacy are imperfect as well.

He has argued that Mr. Maduro's disputed re-election victory left the presidency technically empty, triggering a rule that allows for Mr. Guaidó, as head of the National Assembly, to be sworn in as interim leader.

That only makes Mr. Guaidó legitimate if he can convince enough citizens, political elites and foreign governments to treat him as such.

It's not the world's easiest sell. Mr. Guaidó's claim derives from a creative interpretation of a constitutional provision, rather than from popular will or the due process of the law. It's mostly a claim about the weakness of Mr. Maduro's legitimacy rather than the strength of his own.

Mr. Guaidó's apparent hope is that he can rally enough protesters — and win over enough political elites and foreign governments — to convince the country's military, or even Mr. Maduro's own government, that they will all be better off installing Mr. Guaidó.

That is why Mr. Guaidó is so focused on the issue of legitimacy. Not as a way to appeal to the democratic ideals of Venezuelan generals and elites. But as a way to convince those power brokers that, if they put him in office, he would be accepted at home and abroad — and finally return stability.

## Would Mr. Guaidó taking power constitute a coup?

In practice, the answer largely depends on whether or not Venezuelans and foreign governments choose to see Mr. Guaidó's ascent as legitimate.

Think about the 2011 Egyptian revolution, which was widely accepted as a legitimate change of government. Though protesters initiated the movement calling for President Hosni Mubarak to step down, it was the generals who removed him and installed themselves as interim leaders.

Coup leaders, who tend to strike amid unrest, almost always claim to be serving the will of the people. That doesn't make Egypt's generals wrong about having popular support. But it exposes an uncomfortable truth: the line between coups and revolutions is often a matter of perception.

This doesn't make the distinction meaningless, just subjective, determined by whether citizens and governments see the change in power as reflecting their wishes.

If Venezuelans believe that Mr. Guaidó does not have a popular mandate to take power, his installation would be seen as subverting popular will and therefore a coup.

But if they believe Mr. Guaidó has a popular mandate, then even if he is installed by a handful of generals, his ascent would likely be seen as reflecting popular will and therefore legitimate.

If that feels like a low bar for legitimizing a coup, then Mr. Maduro has only himself to blame.

If Venezuela's elections were seen as free and fair, then that would be the only legitimate way to change the government. It's only because their legitimacy has been widely questioned in recent years that Mr. Guaidó and his foreign backers can claim that forcing out Mr. Maduro would serve democracy.

**APP2663**

## Does the United States recognizing Mr. Guaidó constitute a coup?

Countries will sometimes revoke their recognition of a leader who loses an election but refuses to step down. Or a leader who loses the ability to govern. After Bashar al-Assad, the Syrian leader, massacred protesters and lost control of much of the military, many foreign leaders declared him no longer legitimate.

This sort of revocation is usually couched as reflecting the will of the people. But it is often also intended to help push that leader out.

It's a signal to the leader and his or her supporters: If you stay in office, we won't deal with you, making it harder for you to rule. It's also a signal to the country's citizens, political elites and its military: If you push out this leader, we won't object.

If that helps to take down a despot who is widely seen as illegitimate and helps create the conditions for democracy, it can serve legitimate democratic rule. But if it promotes American interests at the cost of popular will — as the United States did in supporting coups in Iran in 1953 and Chile in 1973 — then it is tantamount to participating in an illegitimate coup.

Venezuela is a difficult case because Mr. Maduro's legitimacy is contested within his country. If you see him as illegitimate, then the American policy seems to advance Venezuelans' democratic rights to elect their own leader. If you see him as still legitimate, then the United States is arguably subverting Venezuelan democracy.

The Trump administration's record hurts its claims to be acting in support of Venezuelan democracy. It has been so vehement in its opposition to Mr. Maduro's government, and so bellicose about supporting regime change in Venezuela and elsewhere, that its motives are not seen as particularly benign or democratic.

And the United States has a long history of encouraging or conducting coups in Latin America.

This does not mean that any political transition endorsed by the Trump administration is necessarily a coup. Nor does it make Mr. Guaidó an American puppet.

But keep in mind that the legitimacy of any transition is a matter of perception, and that perceptions in Venezuela right now are divided. The Trump administration's eagerness to remove Mr. Maduro could hurt the legitimacy of any new Venezuelan government, regardless of how it comes about.

The Interpreter is a column by Max Fisher and Amanda Taub exploring the ideas and context behind major world events. Follow them on Twitter @Max_Fisher and @amandataub.

A version of this article appears in print on , Section A, Page 6 of the New York edition with the headline: Who Is Venezuela's Legitimate Leader? A Messy Dispute, Explained

# Exhibit O-77





**Press Department**

Home » Media Center » Press Releases » E-001/19

## Press Release

**OAS Permanent Council Agrees "to not recognize the legitimacy of Nicolas Maduro's new term"**

January 10, 2019

The Permanent Council of the Organization of American States (OAS) today agreed "to not recognize the legitimacy of Nicolas Maduro's new term as of the 10th of January of 2019." The resolution was approved with 19 votes in favor, 6 against, 8 abstentions and one absent.

Following is the complete text of the resolution:

RESOLUTION ON THE SITUATION IN VENEZUELA
(Adopted by the Permanent Council at its special meeting held on January 10, 2019)

THE PERMANENT COUNCIL OF THE ORGANIZATION OF AMERICAN STATES,

REAFFIRMING the right of the peoples of the Americas to democracy and the obligation of their governments to promote and defend it as reflected in Article 1 of the Inter-American Democratic Charter,

RECALLING that, through resolution AG/RES. 2929 (XLVIII-O/18) of June 5, 2018, the General Assembly declared that the May 20, 2018 electoral process in Venezuela lacked legitimacy for not having met the participation of all Venezuelan political actors, its failure to comply with international standards, and for being carried out without the necessary guarantees for a free, fair, transparent, and democratic process,

CONSIDERING that the 2019-2025 presidential period beginning in Venezuela on the 10th of January of 2019 is the result of an illegitimate electoral process,

UNDERSCORING the constitutional authority of the democratically elected National Assembly.

REITEREITING ITS DEEP CONCERN about the worsening political, economic, social and humanitarian crisis in Venezuela resulting from the breakdown of democratic order and serious human rights violations in that state, and the government of Venezuela's negligence to meet the fundamental Inter-American standards of human rights and democracy;

RECOGNIZING that, as a consequence, a significant number of Venezuelans are being forced to flee the country because their basic needs have not been met.

REITEREITING its serious concern about the collapse of Venezuela's health-care system, which has led to a reemergence of previously eradicated infectious diseases across Venezuela and into neighboring countries and the wider region.

NOTING that the exodus of Venezuelans is having an impact on the capacity of countries in the region to meet their humanitarian needs and poses challenges to public health and security.

TAKING NOTE, in this regard, of the Quito Declaration on the human mobility of Venezuelan citizens in the region, of September 4th 2018, and its Plan of Action adopted on November 23rd 2018.

CONDEMNING in the strongest terms the arbitrary detentions, lack of due process and the violation of other human rights of political prisoners by the Government of Venezuela.

UNDERSCORING that the Permanent Council and the Meeting of Consultation of Foreign Ministers remain ready to engage in diplomatic

**APP2666**

# Exhibit O-78



Confidential

SMMT-OAN10500460
SMMT-OAN10500460



Confidential

SMMT-OAN10500461
SMMT-OAN10500460

**APP2669**



Confidential

SMMT-OAN10500462
SMMT-OAN10500460

**APP2670**



Confidential

SMMT-OAN10500463
SMMT-OAN10500460

**APP2671**

# Exhibit O-79



Confidential

SMMT-OAN04281890
SMMT-OAN04281890



Confidential

SMMT-OAN04281891
SMMT-OAN04281890

**APP2674**



Confidential



Confidential



# Certification of
# Translation Accuracy

Translation of **Email Conversation No. SMMT-OAN04281890**
from **Spanish** into **English**

We, Precise Global Translations, a professional translation services company having no relation to the client, hereby certify that the above-mentioned document has been translated by experienced and qualified professional translator, and that, in our best judgment, the translated text truly reflects the content, meaning, and style of the original text and constitutes in every respect a correct and true translation of the original document.

This is to certify the correctness of the translation only. We do not guarantee that the original is a genuine document, or that the statements contained in the original document are true. Furthermore, Precise Global Translations assumes no liability for the way in which the translation is used by the customer or any third party, including end-users of the translation.

A copy of the translation is attached to this certification.

**Héctor Miranda / Precise Global Translations, Inc**
December 7, 2023
gQU89086 / gVT88943

State of Texas
County of _____ Harris _____

Before me, on this day personally appeared Héctor Miranda, known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this 7th day of November 2023

Notary Public

Precise Global Translations, Inc.
1095 Evergreen Cir, Suite 200
The Woodlands, TX 77380
*www.precisetranslations.com*

Houston, TX: (832) 510 7707
Mexico City:  +52 (55) 2458 8000
US toll-free number: 1 800 717 5312
*info@precisetranslations.com*



Confidential

SMMT-OAN04281890
SMMT-OAN04281890



Confidential

SMMT-OAN04281891
SMMT-OAN04281890



Confidential

SMMT-OAN04281892
SMMT-OAN04281890



Confidential

SMMT-OAN04281893
SMMT-OAN04281890

# Exhibit O-80



Confidential

SMMT-OAN00149243
SMMT-OAN00149243

**APP2683**



Confidential

SMMT-OAN00149244
SMMT-OAN00149243

# Exhibit O-81



Confidential

**APP2686**

SMMT-OAN00066004
SMMT-OAN00066004



Confidential

**APP2687**

SMMT-OAN00066005
SMMT-OAN00066004



Confidential

# Exhibit O-82



Confidential

SMMT-OAN00124101
SMMT-OAN00124101

Attorney's Eyes-Only

**APP2691**

SMMT-OAN00124102
SMMT-OAN00124102

Attorney's Eyes-Only

SMMT-OAN00124103
SMMT-OAN00124102



Attorney's Eyes-Only

SMMT-OAN00124104
SMMT-OAN00124102



**APP2694**

Attorney's Eyes-Only

SMMT-OAN00124105
SMMT-OAN00124102



Attorney's Eyes-Only

**APP2695**

SMMT-OAN00124106
SMMT-OAN00124102



**APP2696**

Attorney's Eyes-Only



**APP2697**

Attorney's Eyes-Only



**APP2698**

Attorney's Eyes-Only

SMMT-OAN00124109
SMMT-OAN00124102



**APP2699**

Attorney's Eyes-Only



**APP2700**

Attorney's Eyes-Only

SMMT-OAN00124111
SMMT-OAN00124102



**APP2701**

Attorney's Eyes-Only

SMMT-OAN00124112
SMMT-OAN00124102



**APP2702**

Attorney's Eyes-Only



Attorney's Eyes-Only

**APP2703**



**APP2704**

Attorney's Eyes-Only



**APP2705**

Attorney's Eyes-Only

SMMT-OAN00124116
SMMT-OAN00124102



**APP2706**

Attorney's Eyes-Only

# Exhibit O-83



1

2

3

4

5

6

7

8              CERTIFIED TRANSCRIPTION OF VIDEO

9     PRESS CONFERENCE OF GIULIANI, POWELL AND ELLIS

10                 NOVEMBER 19, 2020

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1        PRESS CONFERENCE

2            MR. GIULIANI:  Good afternoon.  Thank you

3  very much for coming.  This is representative of our legal

4  team.  We're representing President Trump and we're

5  representing the Trump campaign.  When I finish, Sidney

6  Powell and then Jenna Ellis will follow me.  And we will

7  present in brief the evidence that we've collected over

8  the last -- I guess it is two weeks.  Also, Joseph

9  diGenova, Victoria Toensing are here with me.  There are a

10 lot more lawyers working on this, but we're the -- I guess

11 we're the senior lawyers.  And Boris Epshteyn.

12            So I guess the best way to describe this is

13 when we began our representation of the President, we

14 certainly were confronted with a very anomalous set of

15 results with the President way ahead on election night

16 700- or 800,000 in Pennsylvania.  Somehow he lost

17 Pennsylvania.  We have statisticians willing to testify

18 that that's almost statistically impossible to have happen

19 in the period of time that it happened.  But, of course,

20 that's just speculation.  As we started investigating,

21 both our investigations -- and the very patriotic and

22 brave American citizens have come forward are

23 extraordinary.  Extraordinary number of people.

24 Extraordinary number of witnesses.  And what emerged very

25 quickly is this is not a singular voter fraud in one



1  state.  This pattern repeats itself in a number of states.

2  Almost exactly the same pattern, which to any experienced

3  investigator, prosecutor would suggest that there was a

4  plan from a centralized place to execute these various

5  acts of voter fraud, specifically focused on big cities.

6  And specifically focused on, as you would imagine, big

7  cities controlled by Democrats.  And particularly focused

8  on big cities that have a long history of corruption.  The

9  number of voter fraud cases in Philadelphia could fill a

10 library.  Just a few weeks ago, there was a conviction for

11 voter fraud, and one two weeks before that.  And I've

12 often said, I guess sarcastically but it's true, the only

13 surprise I would have found in this is if Philadelphia

14 hadn't cheated in this election.  Because for the last

15 60 years, they've cheated in just about every single

16 election.  You could say the same thing about Detroit.

17 Each one of these cities are cities that are controlled by

18 Democrats, which means they can get away with anything

19 they want to do.  It means they have a certain degree of

20 control over -- certainly control of the election board

21 completely.  And they control law enforcement.  And

22 unfortunately, they have some friendly judges that will

23 issue ridiculously irrational opinions just to come out in

24 their favor.

25              So let's start with the specifics.

LEXITAS

```
 1  Pennsylvania.  In Pennsylvania the margin of victory now
 2  for Biden, which is a -- not a victory, it's a fraud, is
 3  69,140 votes.  The reality is that we are now at a count
 4  of 682,770 ballots for which we have affidavits that there
 5  was no inspection of that ballot at the time that it was
 6  entered in the vote.  It was a mail ballot.  Mail ballots
 7  are particularly prone to fraud.  We were warned about
 8  that by Jimmy Carter -- President Jimmy Carter and
 9  Secretary Baker in a report about a dozen years ago in
10  which they said that mail balloting is particularly
11  susceptible of fraud, that we should very carefully
12  consider ever doing it, and that it can be taken advantage
13  of.  Justice Souter warned us of the same thing in a
14  comment in a election law case.  And even the New York
15  Times wrote articles about how dangerous mail voting --
16  mail-in voting was.  And this is the first time we ever
17  did it en masse.  And I think we proved that all three are
18  prophets.  It's not only susceptible to fraud.  It is
19  easily susceptible to fraud, particularly if you have a
20  plan or scheme which sounds eerily similarly to what Joe
21  Biden told us a few days before the election, that he had
22  the best voter fraud team in the world.  They were good.
23  I don't know that they were that good because they made
24  significant mistakes, like all crooks do, and we caught
25  them.
```



 1                  One of them was pushing out Republican

 2    inspectors.  Every state -- almost every civilized

 3    country, even Tanzania and places that you wouldn't think

 4    of, have rules about inspectors, particularly for mail-in

 5    ballots.  And why particularly for mail-in ballots?

 6    Because they can more easily be defrauded and you can't

 7    check on it.  People who have never done a mail-in

 8    ballot -- I'm going to show you why it's so easy.  Well,

 9    you fill out an envelope like this.  You put your --

10    usually in New York would be your assembly district and

11    the precinct in which you're voting.  You fill out your

12    name and your address and you sign it.  You then use an

13    inner envelope and you put the ballot inside the inner

14    envelope.  You seal it all and you send it in.  When it's

15    being -- when it's being counted, almost invariably in the

16    United States, up until the mass cheating that went on in

17    this election, a Republican and a Democrat inspector, as

18    well as others if there are other parties, is allowed to

19    watch the unsealing of this ballot.  It used to go on all

20    over America when we conducted honest elections.  Because

21    the only time you can ever find out if it's a fraudulent

22    ballot is when it is looked at.  The minute you approve

23    this, it's thrown away, gone for eternity, and the only

24    thing left is the vote.  That could have been Mickey

25    Mouse.  That could have been a dead person.  That could



1   have been not filled out properly.  That could have been

2   the same person 30 times.  That could have been -- and

3   those things have happened, by the way.  That could have

4   been nothing filled out.  We never know.

5            So, for example, the recount being done in

6   Georgia will tell us nothing because these fraudulent

7   ballots will just be counted again because they wouldn't

8   supply the signatures to match the ballots.  So it means

9   nothing to have counted these ballots.  Because, for

10  example, in Pennsylvania where we have probably almost

11  precise evidence, 682,770 of these ballots were cast, put

12  in and they weren't inspected, which renders them ballots

13  that are null and void, cannot be counted, have to be

14  removed from the -- from the vote.  Why?  For several

15  reasons, not the least of which is that was basically only

16  one of two places in the state where it was done.  So when

17  the other parts of the state -- it wasn't legitimate

18  inspection of the ballots.  So if you have two different

19  standards in different parts of the state, one favoring

20  one part of the state, the other disfavoring the other

21  part of the state, that's a classic violation of the Equal

22  Protection Clause of the United States Constitution, Bush

23  v. Gore being the most recent case that -- that teaches

24  that.

25            That's not the only fraud that went on in



1  Pennsylvania.  All of the other frauds carried out in the

2  other states by the Democrat bosses happened there as

3  well.  For example, if you made a mistake in that ballot,

4  and you lived in Philadelphia or in Pittsburgh, you were

5  allowed to fix the mistake.  But if you lived in the --

6  what would be considered more Republican or Trump parts of

7  the state, you were given no such right.  One of our

8  plaintiffs, Mr. Henry, cast a absentee ballot.  And he's

9  failed to put it in the secure envelope inside.  He just

10 put it in open, naked.  That ballot was cast aside because

11 it was invalid because that breaks the privacy of the --

12 of the vote.  In Pittsburgh and in Philadelphia, if they

13 noticed that there wasn't an inner envelope, they'd

14 contact the voter and allow them to vote again.  Or if he

15 didn't fill it out completely, or if he made a mistake and

16 didn't sign his full name, he was allowed to cure it.

17 There is no such provision under the law of Pennsylvania.

18 The Democrat Secretary of State made that up in order to

19 maximize the votes in Philadelphia and Pittsburgh and to

20 minimize the votes in the other parts of the state.

21 Clearly illegal.  Clearly voter fraud.  Easily provable,

22 hundreds of witnesses, maybe thousands.

23              We have -- to give you another example, we

24 have 17,000 provisional ballots cast in Pittsburgh.  Do

25 you know what a provisional ballot is?  Provisional ballot



1  usually happens this way, in about 15- of the 17,000

2  happen this way.  You walk in and you say, I'm here to

3  vote today.  Oh, Mr. Giuliani, you already voted.  I did?

4  I don't remember voting.  Oh, yes, yes.  You cast an

5  absentee ballot.  No, I didn't.  Yes, you did.  No, I

6  didn't.  Yes, you did.  So why does that happen 17,000

7  times in Pittsburgh?  People walked in thinking they --

8  actually 15,000 to be precise.  Why did it happen 15,000

9  times that people in Pittsburgh walked in to vote and they

10  had already voted, according to the Democrat election

11  machine?  Did they forget?  That many people with bad

12  memories in Pittsburgh.  Or is the following correct:

13  That as witnesses will testify, they were instructed by

14  the Democrat bosses when they had a ballot in which there

15  was no one registered, just assign it to somebody -- just

16  assign it to Rudy Giuliani.  So when Rudy Giuli- -- and

17  maybe Rudy Giuliani wouldn't show up to vote.  And if he

18  does show up to vote, we'll give him a provisional ballot.

19  That is what we call circumstantial evidence of the fraud.

20  The direct evidence of the fraud are the people who will

21  testify that, in fact, that's what happened to them.  As

22  well as the 50 to 60 witnesses we have for the way they

23  were treated and not allowed to inspect the ballots.  They

24  weren't just not allowed to do it.  They were pushed.  Few

25  cases, they were assaulted.  In all cases they were put in



1   a corral so far away -- probably the closest they got is

2   from here to the back of that room.  We could do like a --

3   did you-all watch My Cousin Vinny?  You know the movie?

4   It's one of my favorite law movies because he comes from

5   Brooklyn.  And when the nice lady who said she saw -- and

6   then he -- he says to her, How many fingers do I -- how

7   many fingers do I got up?  And she says, Three.  Oh, she

8   was too far away to see there was only two.  These people

9   were further away than My Cousin Vinny was from the

10  witness.  They couldn't see a thing.  Now, I don't know.

11  You're going to tell me that 60 people are lying?  They

12  didn't just tell me this.  They swore under penalty of

13  perjury, which is something no Democrat's ever done.  You

14  don't even ask Biden about this.  You don't put him under

15  penalty of perjury.  He doesn't even get asked questions

16  about it.  He doesn't get asked questions about all the

17  evidence of the crimes that he committed.  These people

18  are under penalty of perjury.  Their names are on an

19  affidavit.  They swear that they weren't allowed to carry

20  out their function as inspectors, and it's not just a

21  technical thing.  There's a reason they did it.  Why would

22  you not allow people to carry out the function they've

23  been allowed to do for 50 years, 60 years?  Why wouldn't

24  you allow inspections of those ballots?  Because you knew

25  you were going to use those ballots to catch Biden up.



1   And you had a big road ahead of you.  You had to catch

2   them up to 700,000 to 800,000 votes that he was behind.

3   And the only way you were going to do it are with the

4   mail-in ballots.  You couldn't have a Democrat and

5   Republican inspector around.  They don't even have

6   Democrats watching because they'd be afraid that there'd

7   be honest Democrats who would say, You're cheating.

8              So that takes us to Michigan where there was

9   an honest Democrat who said they were cheating.  And we'll

10  show you her affidavit.  I know you keep reporting falsely

11  that we have no evidence, that we have no specific acts of

12  fraud.  That's because the coverage of this has been

13  almost as dishonest as the scheme itself.  The American

14  people are entitled to know this.  You don't have a right

15  to keep it from them.  You don't have a right to lie about

16  it.  And you are.  I mean, you don't report to them that a

17  citizen of this country, a very fine woman, who is willing

18  to allow me to give you her -- give you her name -- and I

19  can't give you all these affidavits, because if I do,

20  these will people will be harassed.  They'll be

21  threatened.  They may lose their job.  They will lose

22  their friends.  We've lost lawyers in this case because

23  they've been threatened.  We have lawyers that need

24  protection.  What's going on in this country is horrible.

25  And the censorship that you're imposing is making it



1   worse.  But Jessy Jacob is an adult citizen and a resident

2   of the state of Michigan.  She's been an employee of the

3   City of Detroit for decades.  I know her age, but she can

4   tell you her age.  She was -- she was assigned to voting

5   duties in September.  And she was trained by the City of

6   Detroit in the state of Michigan.  She was basically

7   trained to cheat.  She said that:  I was instructed by my

8   supervisor to adjust the mailing date of these absentee

9   ballot packages to be dated earlier than when they were

10  actually sent in.  The supervisor made that announcement

11  for all workers to engage in that fraudulent practice.

12              That's not me saying that.  That's just

13  American citizens saying that under oath.  I don't know.

14  Maybe you could say she's lying, but you can't say there's

15  no evidence.  This is what we call evidence.  This is

16  direct evidence.  Not circumstantial.  I've tried many,

17  many cases, as did all my colleagues here.  You put a

18  witness on the witness stand, the witness is testifying to

19  their own knowledge.  This witness goes on the witness

20  stand and she will say, I was told to adjust the date on

21  the absentee ballots.  I witnessed election workers and

22  employees going over to the voting booth with voters in

23  order to watch them vote and coach them for whom to vote

24  completely.  She will testify to that.  I don't know.

25  Biden's people can cross-examine her.  But you can't just

1  throw -- gee, there's no evidence.  Next time you say

2  that, you'll be lying because there is evidence.

3               This -- by the way, this is public.  You can

4  all get it.  It's attached to the complaint in the --

5  Costantino versus the City of Detroit.

6               Then she was instructed by my supervisor not

7  to ask for a driver's license or any photo ID when a

8  person was trying to vote.  Don't ask for identification.

9  Why would you not ask for identification?  Because you

10  knew that a lot of people not entitled to vote are going

11  to come in and early vote.  Because you knew that illegal

12  immigrants were going to be allowed to vote.  You knew, if

13  you lived in Philadelphia, unless you're a stunod --

14  that's an Italian translation for "stupid."  Unless you're

15  stupid, you knew that a lot of people were coming over

16  from Camden to vote.  They do every year.  Happens all the

17  time in Philly.  It's about as frequent as getting beaten

18  up at a Philadelphia Eagle basketball -- football game.

19  Happens all the time.  All the time.  And it is allowed to

20  happen because it is a Democrat corrupt city.  And has

21  been for years, many, many years.  And they carried it out

22  in places they could get away with it.  They didn't carry

23  it out in neutral places.  They didn't carry it out in

24  Republican places.  They didn't carry it out where the law

25  is respected.  They carried it out in corrupt -- a corrupt

1  city where the district attorney releases criminals en

2  masse, which is why it has so much crime.

3           She also said:  I observed a large number of

4  people who came to the satellite location to vote in

5  person, but they had already applied for and submitted an

6  absentee ballot.  So she observed a lot of people voting

7  twice.  Again, this is Jessy Jacob, not me:  I was

8  instructed not to vali- -- not to invalidate any ballots

9  and not to look for any deficiency in the ballots.  Why

10  would you do that?  Because you're cheating.  On-purpose

11  cheating, intentionally cheating.  You're cheating as a

12  institution.  There's an instruction from the election

13  commission or the employer -- to the worker, Don't look

14  for any deficiencies in the ballots.  I was instructed not

15  to look at any of the signatures on the absentee ballots.

16  If she was instructed to look -- not to look for any of

17  the signatures on the absentee ballots, why the heck do

18  you sign it in the first place?  In order to identify it.

19  She was instructed not to do that because many of the

20  absentee ballots were fraudulent, and they knew that, and

21  they didn't want to have account for that.

22           On November 4, 2020, I was instructed to

23  improperly predate the absentee ballots when the receipt

24  date was actually November -- was after November 3, 2020.

25  Now, this is really significant.  Because Justice Alito of

1  the Supreme Court instructed Pennsylvania that any ballot

2  that comes in after 8 o'clock on November 3, 2020, had to

3  be put aside and not opened because there's a question as

4  to its legality and its constitutionality.  What she's

5  telling you is that they blatantly disregarded that order,

6  that they took ballots that were marked the 4th and the

7  5th and the 6th, and they marked it down for the 3rd in

8  blatant disregard of the order of the United States

9  Supreme Court.  This is -- this is -- I don't know if

10  she's a Democrat or Republican.  I assume if she's working

11  for the -- I assume if she's working for the City of

12  Detroit that she's a Democrat.  I assume.  But I may be

13  wrong.  She's a citizen.  I've never met her.  Never

14  coached her.  And I'd like you to note that it's signed

15  under penalties of perjury.

16          We have 100 more of these.  I can't show

17  them to you because those people don't want to be

18  harassed.  They don't want to be -- have their lives torn

19  apart by the goons on the other side.  We don't do that to

20  them.  They've done that to a lot of our people.  They've

21  done it for four years.  And it's outrageous that it's

22  tolerated.  And it's tolerated because you condone it in

23  the press.  You don't cover it.  And you don't condemn it.

24  And it shouldn't happen to a Republican or a Democrat.  A

25  lawyer shouldn't have to withdraw from the case because

1   he's representing the President of the United States.

2              There are many more affidavits here.  I'd

3   like to read them all to you, but I don't have the time.

4   You should have had the time and the energy to go look for

5   them.  That's your job.  Like it's my job to defend the

6   President and to represent the President, it's your job to

7   read these things and not falsely report that there's no

8   evidence.  Do you know how many affidavits we have in the

9   Michigan case?  220 affidavits.  They're not all public,

10  but eight of them are.  Four affiants here, those are

11  people who give affidavits, report an incident that under

12  any other circumstances would have been on the front page

13  of all your newspapers, if it didn't involve the hatred

14  that you have, the irrational, pathological hatred that

15  you have for the President.

16             What they swear to is that at 4:30 in the

17  morning, a truck pulled up to the Detroit center where

18  they were counting ballots.  The people thought it was

19  food, so they all ran to the truck.  Wasn't food.  It was

20  thousands and thousands of ballots.  And the ballots were

21  in garbage cans.  They were in paper bags.  They were in

22  cardboard boxes.  And they were taken into the center.

23  They were put on a number of tables.  At that time, they

24  thought all the Republican inspectors had left.  All but

25  two had, and an employee of Dominion who -- we'll address

 1  a little bit later Dominion.  And here's what they jointly

 2  swear to:  That every ballot that they could see,

 3  everything they could hear, these were ballots for Biden.

 4  When they saw a ballot, these were ballots only for Biden;

 5  meaning there was no down ticket, just Biden.  Many of

 6  them didn't have anything on the outer envelope because

 7  these ballots were produced very quickly, very swiftly.

 8  And they're estimated to be a minimum of 60,000, maximum

 9  of 100,000.  Many of them were triple counted, which means

10  they were put into the counting machine this way, once,

11  twice, three times.  I didn't see that.  I don't know that

12  but for the fact that three American citizens are willing

13  to swear to it.  And we're not going to let them go to

14  court and do that.  We're going to let this election go

15  by -- when there are in this case 60 witnesses that can

16  prove what I'm saying to you and other acts of fraud in

17  Michigan.  And what's happened to this country if we're

18  going to let that happen?  What happened to this country

19  if we're going to cover that up?  We let Al Gore carry on

20  an election dispute longer than this one has been going

21  on, for one state and for chads.  This happened in

22  Pennsylvania.  It happened in Michigan.  Michigan probably

23  right now if I count up the affidavits -- just one case

24  alone, Trump v. Benton, a case that we dismissed today

25  because that case was attempting to get the Wayne County



1  Board of Supervisors to decertify.  Well, they did.  They

2  decertified.  That case has 100 affidavits.  And the 100

3  affidavits show essentially what I've talked to you about.

4  Counting ballots improperly.  Counting them three and four

5  times.  Having people -- having people vote three and four

6  times.  Changing and backdating ballots to the point of at

7  least 300,000 illegitimate ballots that we can

8  specifically identify.  The margin in Michigan was

9  146,121.  And these ballots were all cast basically in

10 Detroit that Biden won 80/20.  So you see it changes the

11 results of the election in Michigan, if you take out Wayne

12 County.  So it's a very significant case.  That is being

13 raised in the case of Costantino versus the City of

14 Detroit, not by us, but by an individual plaintiff.  We

15 are helping and assisting in that case however.  And you

16 can find all the affidavits that you want filed in that

17 case.  And you can find out they're not just allegations.

18 They're allegations supported by sworn testimony, which is

19 a lot better than Joe Biden has ever done on anything.  He

20 doesn't answer questions, much less these sworn

21 affidavits.

22             Wisconsin.  Wisconsin had a very small

23 margin, 21- -- 20,544 last time I looked.  In Wisconsin,

24 without going into great detail, very similar plan.

25 Republican shut out in the city of Milwaukee and also in



1   Madison.  Republicans almost uniformly shut out from the

2   absentee process, not allowed to inspect, not allowed to

3   look at the ballots.  We have in Milwaukee and in the

4   state of Wisconsin a much stricter law.  Wisconsin doesn't

5   allow mail-in ballots.  They didn't buy into the big

6   mail-in ballot situation.  Wisconsin, when you look at

7   their constitution, almost seems to not like absentee

8   ballots.  They state it's not a right, privilege.  And

9   they have very, very strict procedures.  And the strict

10  procedure says that you can't be given an absentee ballot.

11  You have to personally apply for it.  It's illegal,

12  basically, to solicit a vote.  And they have actually many

13  reasons for it that probably goes back to their -- their

14  progressive days.  When I say "progressive" I mean late

15  19th century, early 20th century progressive when that

16  really meant progressive, not retrogressive.  So there are

17  60,000 ballots in Milwaukee County and 40,000 ballots in

18  Madison that as far as we can tell -- and this is why

19  we've -- we're auditing, because we have very good

20  information that the numbers are going to come out about

21  here that don't have applications.  Under the law of the

22  State of Wisconsin -- already decided if there's no

23  application for an absentee ballot, the absentee ballot is

24  thrown away.  This all happened in two places in

25  Wisconsin.  Didn't happen in northern Wisconsin.  Didn't

1  happen in Republican Wisconsin.  Didn't happen in neutral

2  Wisconsin where there are equal number of Republican and

3  Democrats.  It happened in a place where the vote was 75,

4  80 percent to the Democrat.  You take away any number of

5  those, that 20,000 lead disappears.  In other words, if

6  you count the lawful votes, Trump won Wisconsin by a good

7  margin.  Indeed, if you count the lawful votes in

8  Pennsylvania, he won it by about 300,000 votes.

9              Also, in the -- in the lawsuit filed in

10 Wisconsin, which is really a petition because of their

11 procedures, there were no inspectors provided for the

12 count of the illegal ballots.  There were numerous

13 backdated ballots.  We're just counting them now, run over

14 into the thousands, and there were many precincts in which

15 there was an overvote.  Now let me explain to you what an

16 overvote is, which is something you should have explained

17 to the American people.  Because it's about the clearest

18 circumstantial evidence of massive fraud that you can

19 have.  An overvote is if 200 percent of the people who are

20 registered in a district vote.  Think about that.

21 200 percent of the registered voters in a district vote.

22 What does that mean?  That means somebody voted twice.

23 That means somebody who's not entitled to vote voted.  An

24 illegal, a person from another city or state.  A person

25 who's not registered.  But what it means is that those are

 1   illegitimate votes.  You don't have an overvote of 200

 2   percent or 300 percent.  You don't have an overvote of 100

 3   percent.  Most -- most precincts don't have 100 percent

 4   turnout.  In fact, classically, it's considered to be an

 5   overvote if you go over 80 percent.  Well, in Michigan and

 6   Wisconsin we have overvotes in numerous precincts of

 7   150 percent, 200 percent, and 300 percent.  One of the

 8   reasons why the two Republicans did not certify in Wayne,

 9   Michigan -- Wayne County, Michigan, is because the

10   overvote was so high, monstrously high in about two-thirds

11   of the precincts in the city of Detroit, which means,

12   magically, two and three times the number of registered

13   voters turned out to vote.  In fact, we have precincts in

14   which two times the number of people who live there,

15   including children, voted.  That's absurd.

16            The frustration of this is, what I'm

17   describing to you is a massive fraud.  It isn't a little

18   teeny one.  It isn't, you know, 100 votes switched here or

19   there.

20            Georgia.  We're about to file a major

21   lawsuit in Georgia.  That'll be filed probably tomorrow.

22   I don't need to go through it.  Virtually the same things

23   I've told you before.  In the city of Atlanta, Republicans

24   were not allowed to watch the absentee mail-in ballot

25   process.  Inspections completely cast aside.  And we have



1  numerous double voters.  We have numerous out-of-state

2  voters.  And we have specific evidence of intimidation and

3  changes of vote.  That will all be in the lawsuit that

4  comes out to tomorrow.

5           Arizona is a state that we're looking at

6  very, very carefully.  I would say we're probably going to

7  bring a lawsuit in Arizona.  More than probably.  I think

8  we are going to bring a lawsuit in Arizona.  We're still

9  collecting that evidence.

10           And the state that we're looking at that

11  would surprise you is we have very, very significant

12  amount of fraud allegations in the state of New Mexico,

13  which -- and we have a significant number of allegations

14  in the state of Virginia.  I don't know yet whether the

15  number in Virginia will reach the number that can turn the

16  election.

17           In the states that we have indicated in

18  red -- Georgia, Pennsylvania, Michigan, Wisconsin, Nevada

19  and Arizona -- we more than double the number of votes

20  needed to overturn the election in terms of provable

21  illegal ballots.  All you got to do to find out if I'm

22  misleading you at all is to look at the lawsuits.  Look at

23  what's alleged.  Look at the affidavits.  Maybe we can

24  supply more affidavits.  In order to do it, I have to get

25  permission from the people.  But in the materials I have

1  here, there were at least ten that come from citizens.  We

2  have a thousand at least, and we're getting more every

3  day.  And there are other aspects of this fraud that at

4  this point I really can't reveal.  This is really enough.

5  It's enough to overturn any election.  It's disgraceful

6  what happened.  And I'll conclude by asking you to just

7  think about this for a minute.  What happened on the

8  morning of November 3rd when they were going to count this

9  new kind of ballot, this mail-in ballot.  Did every

10 Democrat leader in Pennsylvania and in Michigan and in

11 Wisconsin and in Georgia and in Nevada and in Arizona,

12 they all wake up and all separately have the same idea?

13 Did they all separately have the idea that we are going to

14 put -- we're going to put Republican inspectors in pens?

15 We're not going to let them look at mail-in or absentee

16 ballots.  They all independently come up with that?  Like,

17 just by coincidence they say, Hey, you know, we're going

18 to put the Republicans in pens and corrals.  We're going

19 to do it in Pittsburgh and we're going to do it in

20 Philadelphia.  We're going to do it in Detroit.  We're

21 going to do it in Milwaukee.  We're going to do it in

22 Las Vegas.  We're going to do it in Phoenix.  What did I

23 miss?  Oh, we're going to do it in Atlanta.  Or isn't the

24 logical conclusion that I think any jury would accept as

25 they heard this evidence that somebody had this plan.



1   Maybe that was always the plan to do these -- this very,

2   very questionable form of voting, which has been

3   criticized by President Carter, by Secretary Baker, by

4   most experts on election reform.  I think the logical

5   conclusion is this is a common plan, a common scheme.  It

6   comes right directly from the Democrat party, and it comes

7   from the candidate.  Clearly.  That's the reason why

8   Hillary Clinton said, Don't concede even if you're losing.

9   That's the reason we had a Freudian slip by the candidate

10  when he said he had the best voter fraud team in the

11  country.  That's the reason why he probably didn't have to

12  go out and campaign.  He had to have known what they were

13  going to do.  This had to be planned in advance.  I'm kind

14  of checking, did they go, you know, to the same contractor

15  to get the corrals to put the Republicans in.

16              And this is a disgraceful thing that was

17  done to this country.  Probably not much more disgraceful

18  than the things these people did in office in which you

19  didn't and don't bother to cover and you conceal from the

20  American people.  But we let this happen.  You know, we

21  use largely a Venezuelan voting machine in essence to

22  count our vote.  If we let this happen, we're going to

23  become Venezuela.  We cannot let this happen to us.  We

24  cannot allow these crooks, because that's why they are, to

25  steal an election from the American people.  They elected

 1  Donald Trump.  They didn't elect Joe Biden.  Joe Biden is

 2  in the lead because of the fraudulent ballots -- the

 3  illegal ballots that were produced and that were allowed

 4  to be used after the election was over.  Give us an

 5  opportunity to prove it in court and we will.

 6              Now I'm going to ask Sydney Powell to

 7  describe to you what we can describe about another totally

 8  outrageous situation.  I don't think most Americans know

 9  that our ballots get calculated, many of them, outside the

10  United States and are completely open to hacking,

11  completely open to change.  And it's being done by a

12  company that specializes in voter fraud.  I'll let Sidney

13  describe that to you.

14              MS. POWELL:  Thank you, Rudy.

15              What we are really dealing with here and

16  uncovering more by the day is the massive influence of

17  communist money through Venezuela, Cuba and likely China

18  in the interference with our elections here in the

19  United States.  The Dominion voting systems, the

20  Smartmatic technology software and the software that goes

21  in other computerized voting systems here as well, not

22  just Dominion, were created in Venezuela at the direction

23  of Hugo Chavez to make sure he never lost an election

24  after one constitutional referendum came out the way he

25  did not want it to come out.  We have one very strong

1  witness who has explained how it all works.  His affidavit

2  is attached to the pleadings of Lin Wood and the lawsuit

3  he filed in Georgia.  It is a stunning, detailed affidavit

4  because he was with Hugo Chavez while he was being briefed

5  on how it worked.  He was with Hugo Chavez when he saw it

6  operate to make sure the election came out his way.  That

7  was the express purpose for creating this software.  He

8  has seen it operate.  And as soon as he saw the multiple

9  states shut down the voting at the -- on the night of the

10  election, he knew the same thing was happening here, that

11  that was what had gone on.

12              Now, the software itself was created with so

13  many variables and so many back doors that can be hooked

14  up to internet or a thumb drive stuck in it or whatever.

15  But one of its most characteristic features is its ability

16  to flip votes.  It can set and run an algorithm that

17  probably ran all over the country to take a certain

18  percentage of votes from President Trump and flip them to

19  President Biden, which we might never have uncovered had

20  the votes for President Trump not been so overwhelming in

21  so many of these states that it broke the algorithm that

22  had been plugged into the system.  And that's what caused

23  them to have to shut down in the states they shut down in.

24  That's when they came in the back door with all the

25  mail-in -- mail-in ballots, many of which they had



 1  actually fabricated.  Some were on pristine paper with
 2  identically matching, perfect-circle dots for Mr. Biden.
 3  Others were shoved in in batches.  They're always put in
 4  in a certain number of batches and people would rerun the
 5  same batch.  This corresponds to our statistical evidence
 6  that shows incredible spikes in the vote counts at
 7  particular times, and that corresponds to eyewitness
 8  testimony of numerous people who have come forward and
 9  said they saw the ballots come in the back door at that
10  time.  Notably, the Dominion executives are nowhere to be
11  found now.  They are moving their offices overnight to
12  different places.  Their office in Toronto was shared with
13  one of the Soros entities.  One of the leaders of the
14  Dominion project in overall is Lord Malloch-Brown,
15  Mr. Soros' number two person in the U.K.  And part of his
16  organization there are ties of the Dominion leadership to
17  the Clinton foundation and to other known politicians in
18  this country.
19              Just to give you a brief description of how
20  this worked, I'm going to quote from a letter that was
21  written, and I will read that to make sure I get the
22  quotes right.  This person was objecting to the
23  United States' acquisition of Sequoia voting systems by
24  Smartmatic, a foreign-owned company.  I believe this
25  transaction raises exactly the sort of foreign-ownership

1  issues that CFIUS is best positioned to examine for

2  national security purposes.  It's undisputed that

3  Smartmatic is foreign owned and it has acquired Sequoia.

4  They keep changing the names as they go along.  Different

5  times when a problem comes up, they just create another

6  corporation and call it a different name.  But it was a

7  voting machine company doing business in the

8  United States.  Sevoia -- Sequoia voting machines were

9  used to record over 125 million votes during the 2004

10 presidential election in the United States.  Smartmatic

11 now acknowledges that Antonio Mugica, a Venezuelan

12 businessman, has controlling interest in Smartmatic.  But

13 the company has not revealed who all the Smartmatic owners

14 are.  According to the press, Smartmatic's owners are

15 hidden through a web of offshore private entities; and

16 that is, in fact, true.  Smartmatic has been associated

17 with the Venezuelan government, led by Hugo Chavez, which

18 is openly hostile to the United States and, of course, as

19 we all know, communistic and really brutalizing its own

20 people.  The system has been continued there by Mr. Maduro

21 and ensured his election.

22          Smartmatic's possible connection to the

23 Venezuelan government poses a potential national security

24 concern in the context of its acquisition of Sequoia,

25 because electronic voting machines are susceptible to

 1   tampering and insiders are in the best position to engage

 2   in such tampering.

 3            This letter expresses concern of the Chicago

 4   2006 primary election.  And it ends by saying the products

 5   and services that are of Venezuelan origin and evaluate

 6   Smartmatic's ownership to determine who could have

 7   influence and control over these and other Sequoia

 8   products and services are important to the national

 9   security of the United States.  This letter was written to

10   Hank Paulson on October 6, 2006, by congresswoman Carolyn

11   B. Maloney.

12            Senators Klobuchar and Warren have raised

13   these concerns as recently as December 2019.  Why our

14   government has not taken them seriously is beyond by

15   comprehension unless they have -- some of the three letter

16   agencies have used them themselves in other parts of the

17   world.  We know that the technology was exported to effect

18   an election in Argentina that's admitted by our friend who

19   wrote the affidavit about Hugo Chavez and his interest in

20   Smartmatic.  Again, in 2006 Carolyn Maloney wrote the

21   Honorable John Snow, the Secretary of the Treasury, about

22   the issues.

23            Speaking of Smartmatic's leadership, one of

24   the Smartmatic patentholders Eric Coomer, I believe his

25   name is, is on the web as being recorded in a conversation

1  with antifa members saying that he had the election rigged

2  for Mr. Biden, nothing to worry about here.  And he was

3  going to -- they were going to "F" Trump.  His social

4  media is filled with hatred for the President and for the

5  United States of America as a whole, as are the social

6  media accounts of many other Smartmatic people.  There has

7  been widespread use of this.  Dominion itself is utilized

8  in 2,000 jurisdictions in 30 states.  It has been

9  uncertifiable in multiple states who realized all the

10  problems that it had, including Texas.  Experts have

11  described it across the board, from a Princeton group of

12  three professors to experts that we have talked to about

13  its end user vulnerabilities.  People can admittedly go in

14  and change whatever they want.  They can set the ratio of

15  votes from one thing to another.  They can say that a

16  Biden vote counts as 1.25 and a Trump vote counts as .75.

17  And those may be the numbers that were actually used here.

18  It's not just the swing states that were affected.  The

19  algorithm was likely run across the country to affect the

20  entire election.  Like I said, we only discovered it this

21  year because of the overwhelming number of votes for

22  President Trump in the swing states that caused the

23  machines to have to shut down for them to backfill for

24  adding votes.  We have evidence of different numbers of

25  votes being injected into the system.  The same,



```
 1   identical, unique 6-digit number multiple times in at
 2   least two states that we've analyzed so far.  And I'm
 3   talking about, like, 341,542 votes for Biden and 1,012 for
 4   Trump.  There's no explanation, no logical explanation for
 5   the same numbers being injected 20 minutes apart into the
 6   machine.  The software manual itself, you can download it
 7   from the internet.  And I would you encourage you all to
 8   read it because it specifically advertises some of these
 9   things as features of the system.  Why it was ever allowed
10   into this country is beyond my comprehension.  And why
11   nobody has dealt with it is absolutely appalling.  The
12   machines were easily accessible to hackers.  There's video
13   on the net that it will explain to you how a kid with a
14   cell phone can hack one of these voting machines.  There's
15   been no oversight of Dominion or its software.  Workers in
16   each county were trained by Dominion, but there's no
17   evidence of any monitoring otherwise.  We have testimony
18   of different workers admitting that they were trained how
19   to dispose of Trump votes and add to Biden votes.  The
20   software has a feature pursuant to which you can drag and
21   drop any number of batches of votes to the candidate of
22   your choice or simply throw them away.  So we have
23   mathematical evidence in a number of states of massive
24   quantities of Trump votes being trashed.  Just simply put
25   in the trash like you would on your computer with any file
```

 1  and Biden votes being injected.  That's in addition to the

 2  flipping.  I mean, it really happens in two ways.  There's

 3  an algorithm that runs that automatically flips all the

 4  votes; and then each operator has the ability to go in,

 5  override settings.  They can ignore signature.  They can

 6  ignore the top line of the ballot.  They can go down

 7  ballot and select who they want to change the results for.

 8  Mr. -- the gentleman who founded Smartmatic, there's video

 9  of him on the internet explaining that, yes, in at least

10  one occasion he admits they changed a million votes with

11  no problem.

12              Many of the jurisdictions that have had this

13  problem might not have known of the issues, but many did.

14  And I think a full-scale criminal investigation needs to

15  be undertaken immediately by the Department of Justice and

16  by every state's equivalent, attorney general's office or

17  state investigatory unit because there are -- there's

18  evidence of different benefits being provided to the

19  people who spent $100 million of taxpayer money at the

20  last minute for their state to get the Dominion voting

21  systems put in in time for this election in different

22  ways.  There's one person that a lawyer told me got,

23  quote, election insurance, meaning that he would be able

24  to make sure he was elected.  I'm sure they explained that

25  feature in detail to many people who expressed interest in

1  putting this voting system in.  Texas denied certification

2  of the Dominion system in 2019, but there are no doubt

3  issues with the software that Texas did use unbeknownst to

4  Texas, I would imagine, since they went to great trouble

5  to examine the Dominion systems and reject them.  But

6  other software -- the source code that does the

7  alterations is embedded, we have been told, in the source

8  code all across the country in all the voting machines.

9  There's no doubt it has been used to alter elections in

10  other countries.  We know specifically that Venezuela

11  exported it for that purpose to Argentina and other Latin

12  American companies to make sure that the corrupt rulers

13  who were willing to pay the highest price for being in

14  office were allowed to rig their elections.

15            This is stunning, heartbreaking,

16  infuriating, and the most unpatriotic acts I can even

17  imagine for people in this country to have participated in

18  in any way, shape or form.  And I want the American public

19  to know right now that we will not be intimidated.

20  American patriots are fed up with the corruption from the

21  local level to the highest level of our government.  And

22  we are going to take this country back.  We are not going

23  to be intimidated.  We are not going to back down.  We are

24  going to clean this mess up now.  President Trump won by a

25  landslide.  We are going to prove it and we are going to

LEXITAS

1  reclaim the United States of America for the people who

2  vote for freedom.

3          REPORTER:  How come you're not suing in the

4  Wisconsin counties that use this?  Why are you only doing

5  a recount?

6          MS. ELLIS:  Excuse me.  We're not up to the

7  questions at this point.

8          REPORTER:  Why are you --

9          MS. ELLIS:  So -- excuse me.  We're not at

10  the questions at this point.  My name is Jenna Ellis, and

11  I'm the senior legal adviser to the Trump campaign.  And

12  I'd like to just explain now where we've been and where

13  we're at and what you can expect from this process.

14          So what you have heard, I'm sure, in the

15  fake newspapers tomorrow will be one of two things.

16  Either there was not sufficient evidence that we've

17  presented or we spoke too long.  Okay.  So what you've

18  heard now is basically an opening statement.  This is what

19  you can expect to see when we get to court to actually

20  have a full trial on the merits, to actually show this

21  evidence in court and prove our case.  This is not a Law

22  and Order episode where everything is neatly wrapped up in

23  60 minutes.  For those of you who are here in this room or

24  have maybe tuned out in other networks, clearly you've

25  never been court reporters.  Trials take time.  Putting on



1  evidence takes time.  This is basically an opening

2  statement so the American people can understand what the

3  networks have been hiding and what they refuse to cover

4  because all of your fake news headlines are dancing around

5  the merits of this case and are trying to delegitimize

6  what we are doing here.  Let me be very clear that our

7  objective is to make sure to preserve and protect election

8  integrity.  President Trump has been saying from day one

9  that this is about maintaining free and fair elections in

10  this country.  It is not about overturning an outcome.  It

11  is about making sure that election integrity is preserved.

12  And every American should want that.  If every American is

13  not on board with that, you have to ask yourself why.  And

14  if your fake news network is not covering this or allowing

15  you to cover it fairly and accurately, you should ask

16  yourself why.  This is absolutely a legitimate legal

17  basis.  We have been asked to provide an entire case that

18  generally would take years in civil litigation.  I have

19  been a prosecutor.  I have tried cases with far simpler

20  facts.  One thing happened in a matter of minutes and it

21  still takes days and we go through a jury process.  This

22  is the court of public opinion right now.  We are not

23  trying our case in the court of public opinion because, if

24  we were, we would get unbiased jurors.  I would strike

25  99 percent of you from the jury, and I would be allowed to

1  because of the fake news coverage you provide.  You're not

2  unbiased jurors.  And until you step out of your role as a

3  journalist and actually go into a courtroom and you are a

4  judge on a bench that has sworn an oath to be unbiased in

5  our separation of powers, then your opinion does not

6  matter.  The facts matter.  The truth matters.  And if you

7  are fair reporters, you will cover that fairly and

8  appropriately.  And you will allow coverage of our media

9  team here and our legal team.  That is absolutely shocking

10 that all you cover are around the margins.  And I've seen

11 all of you taking pictures right now.  And I can

12 anticipate what your headlines are going to be.  If you

13 are not willing to talk about the evidence that has been

14 presented, then that is absolutely unacceptable for

15 journalistic standards.  This is an opening statement.

16 This is something where we have told you what the evidence

17 will show.  And we have given you a brief description.

18 That happens in a courtroom all the time where that's not

19 the fact-finding process.  That is just an overview.  That

20 is what we have given you today because the American

21 people deserve to know what we have uncovered in the last

22 couple of weeks.  Remember, this is such a short time

23 frame.  And this is an elite strike force team that is

24 working on behalf of the President and the campaign to

25 make sure that our constitution is protected.  We are a

 1   nation of rules, not a nation of rulers.  There is not

 2   someone that just gets to pick who the next President is

 3   outside the will of the American people.  And that is our

 4   task because when we talk about voter fraud, it's actually

 5   election official fraud.  That cannot stand.  The

 6   constitution requires that the state legislators are the

 7   ones that make election law.  It still has to go by the

 8   U.S. Constitution.

 9            But what has happened in this case is that

10   state and local level officials and all the way up have

11   changed the rules.  That's what the Democrats do.  If they

12   don't like the rules, they change them.  And they change

13   them at the last minute.  They manipulate them.  They want

14   to tear down our American system.  Our founders were so

15   brilliant that they anticipated this.  That there would be

16   corruption.  There would be foreign influence.  There

17   would be attempts to manipulate the outcome of the

18   election, especially with who called -- they called our

19   chief magistrate.  I would encourage all of you to go home

20   and actually read Alexander Hamilton's Federalist 68 and

21   see what he described as an advocacy position to adopt and

22   ratify the electoral college and the process by which we

23   select our president.  We select our president through the

24   electoral college not because it disenfranchises voters,

25   but because it is a security mechanism for exactly the

1  type of corruption that we are uncovering.  And every

2  American should be grateful and thankful that our founders

3  had the foresight to put in those protections and

4  provisions to make sure that your legitimate legal vote is

5  not disenfranchised.  That is what we are advocating for.

6  We want to make sure to protect election integrity and

7  your president, President Trump, we are so proud that he

8  is in this fight because he understands that when he swore

9  his oath of office, he swore an oath to uphold and defend

10 the United States Constitution.  That is what he is doing.

11 And that is what we are doing.  We are confident that

12 through this multiple pathway to victory, we will get to

13 the actual outcome that the evidence shows.  But this is

14 not about overturning an election on our part.  It's about

15 making sure that we protect and preserve free and fair

16 elections for all future American elections.  If the

17 United States caves to corruption or this type of election

18 integrity disaster, then no election will be secure from

19 here on out.  And we all need to be keenly aware of that.

20          We are the representatives here that are

21 standing in this gap and defending President Trump.  And

22 defending you, the American people, at the end of the day.

23 This is ultimately about the United States of America.

24 And we want to make sure to protect and defend that.  And

25 as my colleagues have said, we will not back down.  We



1  won't be intimidated.  President Trump will not be

2  intimidated.  You, the American people, should not be

3  intimidated.  You, the press, should cover this fairly and

4  should know that this matters to election integrity and it

5  matters to the future of our nation.

6           So we have given you an overview, but

7  recognize this is not a court of law.  We will get there

8  and we have time, and we have constitutional provisions

9  that will step in when we show the corruption and the

10  irredeemably challenged and overturned votes that are

11  absolutely corrupt in all of these counties.  It is

12  irredeemably compromised.  We will show that, but you have

13  to give us that opportunity.  This has been just our

14  opening statement.  And we have an opportunity to get

15  there and we have time and we will do that.  This is the

16  United States of America, and we stand proudly for

17  President Donald J. Trump.  Thank you.

18           MS. POWELL:  The world is watching this.  I

19  have gotten multiple emails from people in other countries

20  who watched the same pattern happen there.  We have

21  witness testimony that the same things were done in those

22  countries as this was exported from Venezuela and by

23  Maduro and by Mr. Chavez and by Cuba.  And, of course, we

24  know China also has a substantial presence in Venezuela

25  and substantial interest in making sure that President



1   Trump does not continue in office.  This is the consummate

2   foreign interference in our election in the most criminal

3   way you can possibly imagine.  It must be shut down.

4           We know, for example, that one of Dominion's

5   highest-level employees or officers went to Detroit

6   himself to man the Detroit operations center, where he

7   could watch the votes coming in real time and decide what

8   file folder in the system to put those votes into.  That's

9   why you see massive spikes after hours when people were

10  told that all the votes were in and all the votes were

11  counted.

12          Many Dominion employees have already reached

13  out to us to tell us the truth.  They are Americans who

14  want to ensure election integrity like we do.  I would

15  encourage every Dominion or Smartmatic employee who is fed

16  up with the corruption in this country to come forward as

17  soon as possible.  Because these are serious federal

18  defenses that I am confident the Department of Justice

19  will be in pursuit of in very short order if they are not

20  already.

21          MR. GIULIANI:  All right.  A few questions.

22          REPORTER:  Yeah.  Mayor Giuliani, this

23  reminds us, 30 years ago they had federal judges doing

24  (inaudible) over elections.  A federal judge overseeing

25  the election (inaudible).  Will you be asking that in



1   Georgia where you have two senate races that has the

2   U.S. district court judges and federal authorities

3   monitoring elections?

4                   MR. GIULIANI:  I can't say what's going to

5   be done about --

6                   REPORTER:  Have sort of a operation --

7                   MR. GIULIANI:  I'm sorry, I didn't -- in

8   what county?

9                   REPORTER:  Wayne County, Pennsylvania.

10                  MR. GIULIANI:  Yes.

11                  REPORTER:  Atlanta to sort (inaudible)?

12                  MR. GIULIANI:  Yeah, I know about it.  I

13  really can't give you an opinion on that.  I think

14  obviously every election official should learn something

15  from this and be very, very careful with the next

16  election.

17                  I know this is a lot of information that

18  we've given you.  Probably because we're frustrated with

19  what we keep reading and hearing in the censored press,

20  which is that we have no evidence.  We have no specifics.

21  We have no backup for what we're saying.  And you largely

22  ignore the affidavits that are filed.  Whether you agree

23  or disagree with an affidavit, it's evidence.  You can't

24  say -- I mean, you're just lying to the American people

25  when you say there's no evidence.  Sidney was giving you

 1   information that come from affidavits from other people,
 2   that are given under oath.  I was explaining things to you
 3   from affidavits that come from other people, American
 4   citizens, who swear under oath that they saw 100,000
 5   ballots come in and that they were all for Joe Biden.  And
 6   that -- I should point out now that Sidney has spoken,
 7   that those happened just around the time that the Dominion
 8   or Smartmatic people called a halt to the election.  And
 9   then you can also trace it with a very big spike in the
10   vote count at exactly that time, right up.  So what we're
11   telling you is supported by evidence.  And we're going to
12   have to present these because of the procedures that exist
13   according to the different voting laws of the different
14   states.  For example, you asked us about Wisconsin.  We
15   have to first create a contest in Wisconsin before we can
16   move to bringing a fulsome federal lawsuit.  The contest,
17   from everything I can see, is going to overturn the vote.
18   Because it's going to show somewhere around 100,000
19   illegal ballots in two counties that Biden carried by 75,
20   80 percent.  And you know how close Wisconsin is.  And
21   what I'm talking about is the absentee ballots for which
22   there were no applications.  And that's not just a small
23   matter.  The reason for the application and the reason to
24   keep all these things together is precisely to avoid what
25   the Democrats did in this election, which is to misuse the

 1  absentee ballot process and the mail-in ballot process in

 2  order to cheat.  So they really cheated in two respects.

 3  They cheated with the machines.  Instead of asking me are

 4  we going to bring a lawsuit in Wisconsin, which we will if

 5  we have to, you should have asked me -- and you should be

 6  more astounded by the fact that our votes are counted in

 7  Germany and in Spain by a company owned by affiliates of

 8  Chavez and Maduro.  Did you ever believe that was true?

 9  Did any of you here believe that that was possible?  Of

10  course, it's not -- of course, it shouldn't be possible.

11  I don't know if we're going to have time to develop all

12  that in time to fill the requirements of all these cases.

13  We have enough evidence without that to overturn this

14  election.  We have it from the affidavits of American

15  citizens.  But that's a matter of national security that

16  we're talking about now.  Very, very serious matter of

17  national security.  Please don't make light of it.  And

18  don't act like you knew it.  Don't act like it isn't a

19  surprise.  If that's not a headline tomorrow, then you

20  don't know what a headline is.  There isn't a single

21  person in this country that would have believed that we

22  have states that are stupid enough to have our vote sent

23  out of this country.  There's -- you couldn't possibly

24  believe that the company counting our vote, with control

25  over our vote, is owned by two Venezuelans who were allies



1  of Chavez, are present allies of Maduro, with a company

2  whose chairman is a post-associate and business partner of

3  George Soros, the biggest donor to the Democrat Party.

4  The biggest donor to antifa and Black Lives Matter.  My

5  goodness, what do we have to do to get you to give our

6  people the truth?  Yes.

7            REPORTER:   Thank you, Giuliani.  My name is

8  Liz (inaudible).  (Inaudible) legal team has mentioned

9  before that people close to the Trump campaign are

10 pressuring them to drop the investigation into Dominion.

11 Can you go further into detail and just tell us

12 specifically who those people are?  Also, if it's

13 possible, can you tell us if they work with some of our

14 powerful (inaudible) United States, such as the CIA?

15            MR. GIULIANI:  The last part was, do they

16 work --

17            REPORTER:  With defense groups.

18            MR. GIULIANI:  With defense groups in the

19 CIA.  First, I'm in charge of this investigation with

20 Sidney and the people that you see here.  There's no

21 pressure to stop investigating Dominion.  In fact,

22 there's --

23            REPORTER:  No one pressuring y'all to

24 stop --

25            MR. GIULIANI:  No.  There's pressure to go



1  as fast as we can.  I mean, I think there was uniform

2  shock when we first heard it.  I think when I first heard

3  it, I didn't believe it, until Sidney showed me the

4  documents.  And, in fact, I feel kind of stupid and you

5  all should because all you had to do is go online and find

6  out that Smartmatic is owned by Venezuelans close to

7  Chavez.  You can Google it.  Well, unless they take it

8  down.  I preserved it.  So you can find it.

9               And by the way, the Coomer character, who is

10 close to antifa, took off all of his social media.  Ah-ha

11 but we kept it.  We've got it.  The man is a vicious,

12 vicious man.  He wrote horrible things about the

13 President.  He is completely -- he is completely biased.

14 He's completely warped.  And he specifically says that

15 they're going to fix this election.  I don't know what you

16 need to wake you up, to do your job and inform the

17 American people, whether you like it or not, of the things

18 they need to know.  This is real.  It is not made up.  It

19 is not -- there's nobody here that engages in fantasies.

20 I've tried a hundred cases.  I've prosecuted some of the

21 most dangerous criminals in the world.  I know crimes.  I

22 can smell them.  You don't have to smell this one.  I can

23 prove it to you 18 different ways.  I can prove to you

24 that he won Pennsylvania by 300,000 votes.  I can prove to

25 you that he won Michigan by probably 50,000 votes.  When I

LEXITAS

 1  went to bed on election night, he was ahead in all those

 2  states, every single one of those states.  How is it they

 3  all turned around?  Every single one of them turned

 4  around.  Or is it more consistent there was a plan to turn

 5  them around?  And since there are witnesses who say there

 6  was a plan to turn them around, and it kind of begs

 7  credulity to say that it all happened in every single

 8  state.  My goodness, this is how you win cases in a

 9  courtroom.

10                (Simultaneous speaking.)

11                REPORTER:  (Inaudible) is your goal here to

12  (inaudible) block or delay certifications so the GOP can

13  pick their own electors; is that the end scheme here?

14                MR. GIULIANI:  Our goal here is to go around

15  the iron curtain of censorship that -- what publication

16  are you with?

17                REPORTER:  CNN.

18                MR. GIULIANI:  It's to go around the

19  outrageous iron curtain of censorship and get facts to the

20  American people that if you were a fair and honest

21  network, you would have been reporting for the last two

22  weeks.  These are facts.  These are things that actually

23  happened.  These people really wrote these affidavits.

24  These affidavits are really part of the public record.

25  You're concealing them.  You're covering them up.  And our

1   role here is to do your job because you don't do it.

2               (Simultaneous speaking.)

3               MR. GIULIANI:  Chanelle (phonetic).

4               REPORTER:  Thank you.  And (inaudible).

5   Where is our FBI?  And have they expressed any interest in

6   in looking into allegations of voter fraud and election

7   fraud that you have pointed out (inaudible)?

8               MR. GIULIANI:  Come on.  You have to have a

9   little humor.

10              MS. POWELL:  We have witnesses who have

11  actually reported this --

12              MR. GIULIANI:  Where are you, FBI?

13              MS. POWELL:  -- to the FBI and nothing's

14  happened as a result of it.

15              MR. GIULIANI:  I don't know where the FBI

16  has been for the last three years.  I have no idea where

17  the FBI has been for the last four years.  Explain to me

18  how the FBI concealed a memo in the hand of Brennan to

19  Obama saying that Hillary basically made up the Russia

20  collusion plot.  They've withheld that for four years.

21  And cost our country $40 million and two impeachment --

22  one attempted, one actual, and then acquittal proceeding.

23  I don't know where they've been.  I don't know where they

24  were on the hard drive.  They got it eight, ten months

25  ago.  There are clear crimes revealed on it.  Didn't do

LEXITAS

**APP2753**

1  anything with that.  I don't know where they are now.  Our

2  country has had its ballots counted, calculated and

3  manipulated in a foreign country with a company controlled

4  by friends of an enemy of the United States.  What do we

5  have to do to get the FBI to wake up?  Maybe we need a new

6  agency to protect us.  I have no idea.

7                 (Simultaneous speaking.)

8                 MS. POWELL:  If I may speak for just a

9  minute.  In terms of the level of corruption we are

10  looking at here, we have no idea how many Republican or

11  Democratic candidates in any state across the country paid

12  to have the system rigged to work for them.  These people

13  didn't do this just to take control.  They make one heck

14  of a lot of money off of it.  Think about the global

15  interests behind your own news organizations.  Think about

16  the pressure being brought to bear on -- from the social

17  media companies to shut down free speech on any challenge

18  to the election.  This is a massive well-funded

19  coordinated effort to deprive "we the people" of the

20  United States of our most fundamental right under the

21  Constitution to preserve this republic that we all

22  cherish.  It is of the greatest concern.  It is the -- it

23  is the 1775 of our generation and beyond.

24                 REPORTER:  Sidney?

25                 MS. POWELL:  Yes.



```
 1                    REPORTER:  (Inaudible) that was being held

 2  and processed, tabulated overseas, there's reports that

 3  there was piece of a hardware, possibly a server, picked

 4  up in Germany.  Is that true, and is it related to this?

 5                    MS. POWELL:  That is true.  It is somehow

 6  related to this, but I do not know whether good guys got

 7  it or bad guys got it.

 8                    REPORTER:  You don't know who picked it up?

 9                    (Simultaneous speaking.)

10                    MS. POWELL:  I can only hear one person at a

11  time.  I'm going to take the one with the hands raised.

12                    REPORTER:  I'm with (inaudible).  So a

13  question for you, Sidney.  First, on the issue of the

14  machines, do you plan to have -- are you seeking a court

15  order to either seize or (inaudible) to gain access to any

16  of these machines in any of these contested districts?

17  Have you begun that process, and when can we expect a time

18  line on that?

19                    And then for you, Mr. Mayor, you mentioned

20  in Wisconsin and in Michigan these issues of overvoting.

21  Where can we learn more about this, you're saying, 150 to

22  200 percent --

23                    MS. POWELL:  Up to 350 percent in some

24  places.

25                    REPORTER:  Where would we get access to that
```



1  data?  And, then, to what extent were those people who

2  showed up to vote in person?  Because in Michigan, for

3  example, they did allow same-day registration.

4         MS. POWELL:  Yes.  Well, the same-day

5  registration causes problems with the vote signature and

6  the registration itself.  That's a whole different system

7  that makes it impossible, really, to validate the

8  signature.  I mean, one person could sign the same name.

9  I mean -- I mean, I could sign "John Smith."  I could sign

10  "K. Smith."  I can sign, you know, on both things and run

11  50 ballots that way.  And we've got some evidence of that

12  being done as well.

13         Rudy, do you want to speak to the other part

14  of it?

15         MR. GIULIANI:  Sure.  We have now three

16  overvote analyses done:  one for Pennsylvania, one for

17  Michigan, and one for Wisconsin.  We're in the process --

18  oh, I'm sorry.  Georgia.  We're in the process of doing

19  the others.  I'll check to see if it's appropriate for us

20  to make it public.  I imagine it is, but you could

21  actually do it -- you could do it yourself.

22         MS. POWELL:  A lot of the analysis comes

23  from the real-time data that came through to the news

24  medias the night and following the election.  And some

25  enter -- entrepreneurs out there have started crunching



1  data themselves, in addition to multiple experts who could

2  easily recognize, with a mathematical brain that I do not

3  have, the -- beyond explicable deviations to the point of

4  mathematical impossibility that 186,000 votes come in at

5  once all for Joe Biden.  That's like flipping a coin

6  186,000 times and it lands on the same -- lands on heads

7  every time.  That does not happen.  There is no reasonable

8  explanation for the upshoots, the straight lines up.  I'm

9  not even talking about an angle.  I'm talking about some

10 massive straight lines up in the vote tallies in the

11 middle of the night after they've supposedly stopped

12 counting.  And that's when the Dominion operators went in

13 and injected votes and changed the whole system.  And it

14 affects votes around the country, around the world and all

15 kinds of massive interests of globalist dictators,

16 corporations, you name it.  Everybody's against us except

17 President Trump and we the people of the United States of

18 America.

19                 (Simultaneous speaking.)

20                 REPORTER:  You've spoken of unleashing the

21 kraken.  Is the country ready for this?  I mean, Americans

22 should be astonished at what you're saying here today.  Is

23 the country on the verge of an electoral breakdown?

24                 MS. POWELL:  We've already had it.  We've

25 already had that electoral breakdown.  But the



 1  Constitution, as Jenna explains, has provisions in it for

 2  how you fix this.  And there should never be another

 3  election conducted in this country -- I don't care if it's

 4  for a local dog catcher -- using a Dominion machine and

 5  Smartmatic software.  We've got to have an American

 6  company that uses paper ballots that we can all verify so

 7  every one of us can see that our vote is our vote.

 8              REPORTER:  Why are you not requesting

 9  recounts in Wisconsin counties that use Dominion software?

10  You're requesting recounts in two counties that don't use

11  the software --

12              MR. GIULIANI:  This case is not only

13  about -- remember, this case didn't begin with Dominion.

14  This case began and this case can be proven the

15  old-fashioned way.  It can be proven based on just good,

16  ol'-fashioned Democratic tactics that go back to Mayor

17  Daley in the 1960s, when he held the vote back in Chicago

18  so that he could elect John F. Kennedy.  Or as recently as

19  last year, when they held the vote back in Palm Beach

20  County and Broward County in order to see if they could

21  steal that election for the senate and governor and then

22  got caught manufacturing ballots.  Democrats have been

23  doing this for years on a small scale when they passed --

24  when they passed the mail-in voter statute, which all of a

25  sudden multiplied by ten times the number of mail-in



1  votes.  They realized they could have a field day.  They

2  could do precisely what Jimmy Carter and Secretary Baker

3  warned us about.  All you have to do is own an election

4  board and you can get away with it.  And unlike what

5  Sidney is talking about, where you could have a paper

6  trail, a paper ballot, I tried to point out to you the

7  minute that you separate the outer envelope from the

8  ballot, you can no longer trace it, which is why the count

9  -- whatever the count in Georgia today is, it's totally

10 ridiculous.  They're counting the same fraudulent ballots

11 one more time.  We're still very close.

12             REPORTER:  (Inaudible) so far (inaudible)

13 has found evidence of fraud, that's got to be

14 disappointing for you and the President.  How would you

15 describe his mood at the moment?  And do you and him still

16 genuinely believe you can overturn this election, or is it

17 about something bigger than you?

18             MR. GIULIANI:  Well, it's -- it is about

19 something else.  Let's go from the big picture to the

20 smaller picture.  The most important thing here is that

21 this has been a massive attack on the integrity of the

22 voting system in the greatest democracy on earth.  The

23 people who did this have committed one of the worst crimes

24 that I've ever -- that I've ever seen or observed.  One of

25 the things we're the most proud of in this country is that

 1  we've such a longstanding democracy based on the right to

 2  vote.  They have trashed the right to vote.  They've

 3  dishonored the right to vote.  They've destroyed the right

 4  to vote.  And their greed for power and money.  And

 5  there's no doubt about it.  This was not an individual

 6  idea of 10 or 12 Democrat bosses.  This is a plan.  You

 7  would have to be a fool not to realize that.  They do the

 8  same thing in exactly the same way in ten big

 9  Democrat-controlled, in most cases crooked, city [sic].

10  And when I say "crooked city" go look at how many of their

11  officials have gone to jail in the last 20 or 30, or 40,

12  or 50 or 60 years that they have dominated and destroyed

13  those cities.  They picked the places where they could get

14  away with it.  They picked the places where whether or not

15  Republicans testified to something, judges would just

16  dismiss it, because judges are appointed politically.  And

17  too of many of them are hacks.  They pick places where

18  they could get a sheriff that refused to enforce a court

19  order.  When we got a court order that we could be 10 feet

20  closer, our representatives were told:  If you try to do

21  it, I'll arrest you.

22           REPORTER:  (Inaudible) contract for the

23  national conspiracy suggest (inaudible).

24           MR. GIULIANI:  Part 1.  Part 1.  It began as

25  a national conspiracy, clearly.  That evidence emerged

1  very, very quickly.  The minute I saw that it was the same

2  thing in ten states, just using logic I said this can't be

3  an accident.  And then when I -- what I was surprised

4  about is the dimension of it.  I mean, not inspecting

5  almost 700,000 ballots is astounding.

6          REPORTER:  Are you suggesting that Joe Biden

7  was part of that conspiracy?  I just want to (inaudible).

8          MR. GIULIANI:  Honestly, I don't know what

9  Joe Biden is aware of or not aware of.  And I mean that as

10  a lawyer, not trying to be -- not trying to be cute.  I've

11  watched him.  I've observed him.  I honestly don't know

12  how much he's aware -- I don't know how much he decides

13  and how much things are decided for him.  So I --

14          MS. ELLIS:  Let me address one other thing

15  to your question about the process.  Your question is

16  fundamentally flawed when you're asking where is the

17  evidence.  You clearly don't understand the legal process.

18  What we have asked for in the court is to not have the

19  certification of false results.  And so to say, Hold on a

20  minute, we have evidence that we will present to the

21  court, we haven't had the opportunity yet to present that

22  to the court.  We're giving you an overview and a preview

23  of what we've discovered, but no court yet has -- we've

24  had that opportunity.  So when we have a -- and we have

25  fraud allegations pending.  So what we've asked for are

 1  temporary restraining orders or injunctions to not certify

 2  false results.  We're very happy that Michigan why -- the

 3  reason we dismissed that lawsuit today is because the

 4  Michigan county -- in Wayne County, they're not going to

 5  certify that because 71 percent of counties have

 6  inconsistent data.  No person in this room or in this

 7  country should want states to rush through and coronate a

 8  president with false results.  We have to make sure that

 9  the results are accurate and that's what we will prove.

10                MR. GIULIANI:  Two more questions.

11                REPORTER:  The Secretary of State says that

12  that can actually happen, that those votes can't be

13  rescinded and that the certification in Michigan currently

14  stands.

15                MR. GIULIANI:  The secretary of state where?

16                REPORTER:  In Michigan.

17                MS. POWELL:  Yeah.  There's problems in

18  Michigan.  Follow the money.

19                MR. GIULIANI:  Follow the political party,

20  ma'am.  I mean, you're actually seriously going to want me

21  to take seriously the Secretary of State of Michigan --

22                (Simultaneous speaking.)

23                MR. GIULIANI:  -- when Michigan -- when

24  Michigan -- when the Secretary of State Michigan never

25  bothered to find out that the votes in her state were



1  being counted in Germany by a Venezuelan company.  And you

2  want me to take her seriously or him seriously.  I mean, I

3  was in government.  If I were the governor of that state,

4  I'd fire everybody that was involved in this election.

5  They didn't come and tell me that my state was going to be

6  embarrassed, made a fool of because I'm sending my votes

7  of people in Michigan over to Germany to be counted by a

8  company that is owned by people who are allies of Maduro

9  and Chavez.  By the way, Carolyn Maloney, who wrote that,

10  is my congresswoman.  A Democrat pointed that out.  They

11  didn't do the darndest bit of due diligence.  If you

12  bought a $10 million company, you would have done more due

13  diligence than that.  Maybe they're incompetent or maybe

14  they didn't want to know.  But you're not going to have me

15  take seriously anything that comes from anyone involved in

16  the election the way it was conducted in Michigan.

17              REPORTER:  You guys are saying that those

18  votes have been rescinded.  They haven't -- the secretary

19  of state there says that they can't be.

20              MR. GIULIANI:  the Secretary of State can

21  say whatever she wants to say.  Of course, she's going to

22  say that.  She's a Democrat.  She could also credit the

23  affidavits of the two people and say that the board is

24  tied and, therefore, the vote hasn't been certified.  So

25  because she's a Democrat, she's saying that.  Do you think



1    she has any credibility having run the kind of election

2    they ran in Michigan?  You think anyone in that government

3    has credibility after using the machine and fooling their

4    citizens?  There can't be a person in Michigan who thought

5    their vote was being sent outside the United States so

6    somebody could play with it.  I mean, it's disgraceful

7    what the government of Michigan did to its citizens,

8    absolutely disgraceful.

9                    (Simultaneous Speaking.)

10                   REPORTER:  (Inaudible) are you going to be

11   able to get your hands on the -- sorry, the voting

12   machines or the servers, and are you going to have the

13   (inaudible)?

14                   MR. GIULIANI:  We're not -- we are limited

15   in what we can do.  We're not the FBI.  We're not the

16   government.  We don't have that kind of subpoena power.

17   We don't have the power to just go subpoena anything we

18   want.  The government does.  We would have to subpoena in

19   line with a case.  Our first case, we're asking for that

20   authority in Pennsylvania and in Michigan.  But you have

21   to get that authority from the court.  We're private

22   citizens.  We're not the government.  If I were the

23   government, like I used to be, there'd probably be a lot

24   of people arrested by now.  Because there's plenty of

25   probable cause.  Plenty of probable cause.

LEXITAS

1                    (Simultaneous speaking.)

2                    REPORTER:  You allege that Donald Trump has

3   won by a landslide.  We've seen that a lot of your

4   lawsuits and, in fact, lawyers have been kind of dropping

5   like flies.  What do you think those people who call this

6   a (inaudible) just on the other side, why didn't this --

7   and also why didn't the --

8                    MR. GIULIANI:  Where -- what -- what fake

9   network do you come from?

10                   REPORTER:  I don't have a (inaudible).  In

11  fact, I'm completely independent, have no one above my

12  head --

13                   MR. GIULIANI:  Oh, my goodness.  Well, first

14  of all -- first of all, our cases haven't been dismissed.

15  We only have --

16                   REPORTER:  Over 20 --

17                   MS. ELLIS:  Look at the plaintiffs who are

18  involved --

19                   MR. GIULIANI:  It's not our case, ma'am.

20  Don't lie to people.

21                   REPORTER:  I'm saying what do you say --

22                   MR. GIULIANI:  Ma'am.  Ma'am.  Ma'am, you

23  are lying.

24                   REPORTER:  I think that --

25                   MR. GIULIANI:  You're lying.  You're lying.

LEXITAS

**APP2765**

 1  Well, continue to lie, I'm not --

 2              REPORTER:  -- way over their head.

 3              MR. GIULIANI:  Ma'am.  Ma'am.  Ma'am.

 4  Ma'am.  Ma'am.  Ma'am.  Okay.  Let me answer the question.

 5  Let me answer the question.  The answer to the question

 6  is, we don't have a lot of lawsuits.  We only have three.

 7  Our lawsuits have not been dropped all over the place.  We

 8  just -- we just --

 9              REPORTER:  -- go away because they were

10  afraid.

11              MR. GIULIANI:  Okay.  Well, you're a totally

12  discourteous person.  I'm going to finish my answer,

13  so . . .

14              REPORTER:  I'm actually really nice.

15              MR. GIULIANI:  I'm going to finish my

16  answer.  The fact is we have very, very few lawsuits.  The

17  lawsuits you're talking about have been brought by private

18  individuals and groups.  Most of them were dismissed for

19  lack of standing, probably correctly.  Because they were

20  brought before the election took place.  The election is

21  now over.  The only lawsuit we have withdrawn is the one

22  where we got the relief that we wanted.  And that's the

23  one in Michigan.  We also have another lawsuit in Michigan

24  that will accomplish the other objectives of what we want

25  to do in Michigan.  So it's silly to have two competing

 1  lawsuits.

 2              The only lawyer that left a case left

 3  because he was threatened.  His family was threatened.

 4  His children were threatened.  And so was the other

 5  lawyer.  Yeah, that's true.  We have a little difficulty

 6  getting lawyers because our lawyers get threatened with

 7  being killed because of the ridiculous way in which you

 8  cover this.  And the ridiculous way in which you cover --

 9              REPORTER:  You haven't seen how I've covered

10  this.  Now --

11              MR. GIULIANI:  I'm not talking about you;

12  I'm talking about everybody.  But I get a pretty good

13  sense from the way you handle yourself how you cover.  All

14  right.  We're finished with you now.

15              (Simultaneous speaking.)

16              MR. GIULIANI:  One last question.  One last

17  question from a -- one last question.

18              (Simultaneous speaking.)

19              REPORTER:  Can you give us --

20              MR. GIULIANI:  One last question.  One last

21  question.  From a reasonable, civil person.  You are not.

22  Yes.

23              REPORTER:  I'm not a reasonable person?

24              MR. GIULIANI:  No.  Her.  She isn't.  We'll

25  find out.

 1                    REPORTER:  I'm from the Daily Caller, for

 2   the record.

 3                    REPORTER:  Oh, there we go.

 4                    REPORTER:  If the courts don't let you

 5   present these cases like Jenna just said, will you give

 6   the entire bulk of the evidence to the media to review;

 7   and if so, when?  Are you going to drag this thing out

 8   like the (inaudible)?

 9                    MR. GIULIANI:  We're not going to drag it

10   out.  I mean, it's ridiculous for you to say we're

11   dragging it out.  Al Gore -- Al Gore had a lot more time

12   than we've had.  And we've had two weeks to investigate.

13   So that's also completely unfair to say we're dragging it

14   out.

15                    Also, if we're going to present things

16   import, if we present it to you, judges are not going to

17   be very happy with us.  And finally, I have to tell you

18   our witnesses don't want to be exposed to the tender

19   mercies of a vicious press.  I have great difficulty

20   getting those witnesses that I did reveal to allow me to

21   do it.  They don't trust you.  They don't like you.  They

22   think you put their lives in jeopardy with a spin that you

23   put on what's going on here and with the unfairness with

24   which you cover it.  It's not easy to reveal the things

25   that they tell me.

1            REPORTER:  So the answer is no?

2            MR. GIULIANI:  The answer is I can't do it

3  because I can't -- I can't put a witness's life in

4  jeopardy or a person who thinks their life is in jeopardy.

5  This woman tells me we have lawyers dropping out of the

6  case.  We have lawyers dropping out of the case because

7  they're being threatened with destruction of their

8  careers, destruction of their livelihood and in some cases

9  destruction of their lives.  That comes about because of

10  the hysterical way in which you have covered Donald Trump

11  and his administration.  But we're going to change all

12  that.  We're going to go to court.  We're going to prove

13  it in court.  I would love to release all the information

14  that I have.  I would love to give it to you all, except

15  most of you wouldn't cover it.  A few of you would.  And

16  then we have half the American people probably informed.

17  The censorship that is going on in this country right now

18  by big tech and by big media is almost as dangerous as the

19  election fraud that we're revealing, maybe just as

20  dangerous.  We're headed to a very bad place.  And it is

21  not inappropriate that a Venezuelan company counted our

22  votes.  Thank you.

23            (Interview concluded.)

24

25

1    STATE OF TEXAS       *

2            I, Melisa Duncan, a Certified Shorthand Reporter

3    in and for the State of Texas, do hereby certify that the

4    above and foregoing is a correct transcription from the

5    video and audio recording provided to me in the

6    above-entitled matter, taken down by me in machine

7    shorthand and later reduced to typewritten form to the

8    best of my ability.

9        Originally certified to by me this 26th day of April 2021.

10        Recertified to by me this 6th day of December 2023.

11

12

13

14

15        _Melisa Duncan_
          Melisa Duncan, CSR, RPR
16        CSR 6135, RPR 836952
          Texas Expiration Date: 4/30/24
17        Firm Registration No. 459
          Lexitas - Dallas
18        325 N. St. Paul, Suite 1900
          Dallas, Texas 75201
19        888.893.3767

20

21

22

23

24

25

LEXITAS

**$**

**$10** 56:12

**$100** 31:19

**$40** 46:21

**1**

**1** 53:24

**1,012** 30:3

**1.25** 29:16

**10** 53:6,19

**100** 14:16 17:2 20:2,3,18

**100,000** 16:9 41:4,18

**12** 53:6

**125** 27:9

**146,121** 17:9

**15,000** 8:8

**15-** 8:1

**150** 20:7 48:21

**17,000** 7:24 8:1,6

**1775** 47:23

**18** 44:23

**186,000** 50:4,6

**1960s** 51:17

**19th** 18:15

**2**

**2,000** 29:8

**20** 30:5 53:11 58:16

**20,000** 19:5

**20,544** 17:23

**200** 19:19,21 20:1,7 48:22

**2004** 27:9

**2006** 28:4,10,20

**2019** 28:13 32:2

**2020** 13:22,24 14:2

**20th** 18:15

**21-** 17:23

**220** 15:9

**3**

**3** 13:24 14:2

**30** 6:2 29:8 39:23 53:11

**300** 20:2,7

**300,000** 17:7 19:8 44:24

**341,542** 30:3

**350** 48:23

**3rd** 14:7 22:8

**4**

**4** 13:22

**40** 53:11

**40,000** 18:17

**4:30** 15:16

**4th** 14:6

**5**

**50** 8:22 9:23 49:11 53:12

**50,000** 44:25

**5th** 14:7

**6**

**6** 28:10

**6-digit** 30:1

**60** 3:15 8:22 9:11,23 16:15
   33:23 53:12

**60,000** 16:8 18:17

**68** 36:20

**682,770** 4:4 6:11

**69,140** 4:3

**6th** 14:7

**7**

**700,000** 10:2 54:5

**700-** 2:16

**71** 55:5

**75** 19:3 29:16 41:19

**8**

**8** 14:2

**80** 19:4 20:5 41:20

**80/20** 17:10

**800,000** 2:16 10:2

**9**

**99** 34:25

**A**

**ability** 25:15 31:4

**absentee** 7:8 8:5 11:8,21
   13:6,15,17,20,23 18:2,7,
   10,23 20:24 22:15 41:21
   42:1

**absolutely** 30:11 34:16
   35:9,14 38:11 57:8

**absurd** 20:15

**accept** 22:24

**access** 48:15,25

**accessible** 30:12

**accident** 54:3



**accomplish** 59:24

**account** 13:21

**accounts** 29:6

**accurate** 55:9

**accurately** 34:15

**acknowledges** 27:11

**acquired** 27:3

**acquisition** 26:23 27:24

**acquittal** 46:22

**act** 42:18

**acts** 3:5 10:11 16:16 32:16

**actual** 37:13 46:22

**add** 30:19

**adding** 29:24

**addition** 31:1 50:1

**address** 5:12 15:25 54:14

**adjust** 11:8,20

**administration** 62:11

**admits** 31:10

**admitted** 28:18

**admittedly** 29:13

**admitting** 30:18

**adopt** 36:21

**adult** 11:1

**advance** 23:13

**advantage** 4:12

**advertises** 30:8

**adviser** 33:11

**advocacy** 36:21

**advocating** 37:5

**affect** 29:19

**affected** 29:18

**affects** 50:14

**affiants** 15:10

**affidavit** 9:19 10:10 25:1,3 28:19 40:23

**affidavits** 4:4 10:19 15:2, 8,9,11 16:23 17:2,3,16,21 21:23,24 40:22 41:1,3 42:14 45:23,24 56:23

**affiliates** 42:7

**afraid** 10:6 59:10

**afternoon** 2:2

**age** 11:3,4

**agencies** 28:16

**agency** 47:6

**agree** 40:22

**Ah-ha** 44:10

**ahead** 2:15 10:1 45:1

**Alexander** 36:20

**algorithm** 25:16,21 29:19 31:3

**Alito** 13:25

**allegations** 17:17,18 21:12,13 46:6 54:25

**allege** 58:2

**alleged** 21:23

**allies** 42:25 43:1 56:8

**allowed** 5:18 7:5,16 8:23, 24 9:19,23 12:12,19 18:2 20:24 24:3 30:9 32:14 34:25

**allowing** 34:14

**alter** 32:9

**alterations** 32:7

**America** 5:20 29:5 33:1 37:23 38:16 50:18

**American** 2:22 10:13 11:13 16:12 19:17 23:20, 25 32:12,18,20 34:2,12

**Americans** 24:8 39:13 50:21

**amount** 21:12

**analyses** 49:16

**analysis** 49:22

**analyzed** 30:2

**angle** 50:9

**announcement** 11:10

**anomalous** 2:14

**anticipate** 35:12

**anticipated** 36:15

**antifa** 29:1 43:4 44:10

**Antonio** 27:11

**appalling** 30:11

**application** 18:23 41:23

**applications** 18:21 41:22

**applied** 13:5

**apply** 18:11

**appointed** 53:16

**appropriately** 35:8

**approve** 5:22

**Argentina** 28:18 32:11

**Arizona** 21:5,7,8,19 22:11

**arrest** 53:21

**arrested** 57:24

**articles** 4:15

**aspects** 22:3

**assaulted** 8:25

**assembly** 5:10

**assign** 8:15,16

**assigned** 11:4

35:20 36:3,14 37:2,16,22 38:2 40:24 41:3 42:14 44:17 45:20 51:5 62:16



**assisting**  17:15

**assume**  14:10,11,12

**astonished**  50:22

**astounded**  42:6

**astounding**  54:5

**Atlanta**  20:23 22:23 40:11

**attached**  12:4 25:2

**attack**  52:21

**attempted**  46:22

**attempting**  16:25

**attempts**  36:17

**attorney**  13:1 31:16

**auditing**  18:19

**authorities**  40:2

**authority**  57:20,21

**automatically**  31:3

**avoid**  41:24

**aware**  37:19 54:9,12

─────────────

**B**

─────────────

**back**  9:2 18:13 25:13,24 26:9 32:22,23 37:25 51:16,17,19

**backdated**  19:13

**backdating**  17:6

**backfill**  29:23

**backup**  40:21

**bad**  8:11 48:7 62:20

**bags**  15:21

**Baker**  4:9 23:3 52:2

**ballot**  4:5,6 5:8,13,19,22 7:3,8,10,25 8:5,14,18 11:9 13:6 14:1 16:2,4 18:6,10,23 20:24 22:9 31:6,7 42:1 52:6,8

**balloting**  4:10

**ballots**  4:4,6 5:5 6:7,8,9, 11,12,18 7:24 8:23 9:24, 25 10:4 11:21 13:8,9,14, 15,17,20,23 14:6 15:18, 20 16:3,4,7 17:4,6,7,9 18:3,5,8,17 19:12,13 21:21 22:16 24:2,3,9 25:25 26:9 41:5,19,21 47:2 49:11 51:6,22 52:10 54:5

**based**  51:15 53:1

**basically**  6:15 11:6 17:9 18:12 33:18 34:1 46:19

**basis**  34:17

**basketball**  12:18

**batch**  26:5

**batches**  26:3,4 30:21

**Beach**  51:19

**bear**  47:16

**beaten**  12:17

**bed**  45:1

**began**  2:13 51:14 53:24

**begin**  51:13

**begs**  45:6

**begun**  48:17

**behalf**  35:24

**believed**  42:21

**bench**  35:4

**benefits**  31:18

**Benton**  16:24

**biased**  44:13

**Biden**  4:2,21 9:14,25 16:3, 4,5 17:10,19 24:1 25:19 26:2 29:2,16 30:3,19 31:1 41:5,19 50:5 54:6,9

**Biden's**  11:25

**big**  3:5,6,8 10:1 18:5 41:9 52:19 53:8 62:18

**bigger**  52:17

**biggest**  43:3,4

**bit**  16:1 56:11

**Black**  43:4

**blatant**  14:8

**blatantly**  14:5

**block**  45:12

**board**  3:20 17:1 29:11 34:13 52:4 56:23

**booth**  11:22

**Boris**  2:11

**bosses**  7:2 8:14 53:6

**bother**  23:19

**bothered**  55:25

**bought**  56:12

**boxes**  15:22

**brain**  50:2

**brave**  2:22

**breakdown**  50:23,25

**breaks**  7:11

**Brennan**  46:18

**briefed**  25:4

**brilliant**  36:15

**bring**  21:7,8 42:4

**bringing**  41:16

**broke**  25:21

**Brooklyn**  9:5

**brought**  47:16 59:17,20

**Broward**  51:20

**brutalizing**  27:19

**bulk**  61:6

**Bush**  6:22



**business** 27:7 43:2

**businessman** 27:12

**buy** 18:5

**C**

**calculated** 24:9 47:2

**call** 8:19 11:15 27:6 58:5

**called** 36:18 41:8

**Caller** 61:1

**Camden** 12:16

**campaign** 2:5 23:12 33:11 35:24 43:9

**candidate** 23:7,9 30:21

**candidates** 47:11

**cans** 15:21

**cardboard** 15:22

**care** 51:3

**careers** 62:8

**careful** 40:15

**carefully** 4:11 21:6

**Carolyn** 28:10,20 56:9

**carried** 7:1 12:21,25 41:19

**carry** 9:19,22 12:22,23,24 16:19

**Carter** 4:8 23:3 52:2

**case** 4:14 6:23 10:22 14:25 15:9 16:15,23,24, 25 17:2,12,13,15,17 33:21 34:5,17,23 36:9 51:12,13,14 57:19 58:19 60:2 62:6

**cases** 3:9 8:25 11:17 34:19 42:12 44:20 45:8 53:9 58:14 61:5 62:8

**cast** 6:11 7:8,10,24 8:4 17:9 20:25

**catch** 9:25 10:1

**catcher** 51:4

**caught** 4:24 51:22

**caused** 25:22 29:22

**caves** 37:17

**cell** 30:14

**censored** 40:19

**censorship** 10:25 45:15, 19 62:17

**center** 15:17,22 39:6

**centralized** 3:4

**century** 18:15

**certification** 32:1 54:19 55:13

**certifications** 45:12

**certified** 56:24

**certify** 20:8 55:1,5

**CFIUS** 27:1

**chads** 16:21

**chairman** 43:2

**challenge** 47:17

**challenged** 38:10

**Chanelle** 46:3

**change** 24:11 29:14 31:7 36:12 62:11

**changed** 31:10 36:11 50:13

**changing** 17:6 27:4

**character** 44:9

**characteristic** 25:15

**charge** 43:19

**Chavez** 24:23 25:4,5 27:17 28:19 38:23 42:8 43:1 44:7 56:9

**cheat** 11:7 42:2

**cheated** 3:14,15 42:2,3

**cheating** 5:16 10:7,9 13:10,11

**check** 5:7 49:19

**checking** 23:14

**cherish** 47:22

**Chicago** 28:3 51:17

**chief** 36:19

**children** 20:15 60:4

**China** 24:17 38:24

**choice** 30:22

**CIA** 43:14,19

**circumstances** 15:12

**circumstantial** 8:19 11:16 19:18

**cities** 3:5,7,8,17 53:13

**citizen** 10:17 11:1 14:13

**citizens** 2:22 11:13 16:12 22:1 41:4 42:15 57:4,7,22

**city** 11:3,5 12:5,20 13:1 14:11 17:13,25 19:24 20:11,23 53:9,10

**civil** 34:18 60:21

**civilized** 5:2

**classic** 6:21

**classically** 20:4

**Clause** 6:22

**clean** 32:24

**clear** 34:6 46:25

**clearest** 19:17

**Clinton** 23:8 26:17

**close** 41:20 43:9 44:6,10 52:11

**closer** 53:20

**closest** 9:1



CNN 45:17

coach 11:23

coached 14:14

code 32:6,8

coin 50:5

coincidence 22:17

colleagues 11:17 37:25

collected 2:7

collecting 21:9

college 36:22,24

collusion 46:20

comment 4:14

commission 13:13

committed 9:17 52:23

common 23:5

communist 24:17

communistic 27:19

companies 32:12 47:17

company 24:12 26:24
27:7,13 42:7,24 43:1 47:3
51:6 56:1,8,12 62:21

competing 59:25

complaint 12:4

completely 3:21 7:15
11:24 20:25 24:10,11
44:13,14 58:11 61:13

comprehension 28:15
30:10

compromised 38:12

computer 30:25

computerized 24:21

conceal 23:19

concealed 46:18

concealing 45:25

concede 23:8

concern 27:24 28:3 47:22

concerns 28:13

conclude 22:6

concluded 62:23

conclusion 22:24 23:5

condemn 14:23

condone 14:22

conducted 5:20 51:3
56:16

CONFERENCE 2:1

confident 37:11 39:18

confronted 2:14

congresswoman 28:10
56:10

connection 27:22

considered 7:6 20:4

consistent 45:4

conspiracy 53:23,25 54:7

constitution 6:22 18:7
35:25 36:6,8 37:10 47:21
51:1

constitutional 24:24 38:8

constitutionality 14:4

consummate 39:1

contact 7:14

contest 41:15,16

contested 48:16

context 27:24

continue 39:1 59:1

continued 27:20

contract 53:22

contractor 23:14

control 3:20,21 28:7
42:24 47:13

controlled 3:7,17 47:3

controlling 27:12

conversation 28:25

conviction 3:10

Coomer 28:24 44:9

coordinated 47:19

coronate 55:7

corporation 27:6

corporations 50:16

corral 9:1

corrals 22:18 23:15

correct 8:12

correctly 59:19

corresponds 26:5,7

corrupt 12:20,25 32:12
38:11

corruption 3:8 32:20
36:16 37:1,17 38:9 39:16
47:9

cost 46:21

Costantino 12:5 17:13

count 4:3 16:23 19:6,7,12
22:8 23:22 41:10 52:8,9

counted 5:15 6:7,9,13
16:9 39:11 42:6 47:2
56:1,7 62:21

counties 33:4 38:11 41:19
51:9,10 55:5

counting 15:18 16:10
17:4 19:13 42:24 50:12
52:10

countries 32:10 38:19,22

country 5:3 10:17,24
16:17,18 23:11,17 25:17
26:18 29:19 30:10 32:8,
17,22 34:10 39:16 42:21,
23 46:21 47:2,3,11 50:14,
21,23 51:3 52:25 55:7
62:17



Recertified Transcript of the Press Conference of Giuliani, Powell and Ellis..transcript..digenova

counts 26:6 29:16

county 16:25 17:12 18:17
20:9 30:16 40:8,9 51:20
55:4

couple 35:22

court 14:1,9 16:14 24:5
33:19,21,25 34:22,23
38:7 40:2 48:14 53:18,19
54:18,21,22,23 57:21
62:12,13

courtroom 35:3,18 45:9

courts 61:4

Cousin 9:3,9

cover 14:23 16:19 23:19
34:3,15 35:7,10 38:3
60:8,13 61:24 62:15

coverage 10:12 35:1,8

covered 60:9 62:10

covering 34:14 45:25

create 27:5 41:15

created 24:22 25:12

creating 25:7

credibility 57:1,3

credit 56:22

credulity 45:7

crime 13:2

crimes 9:17 44:21 46:25
52:23

criminal 31:14 39:2

criminals 13:1 44:21

criticized 23:3

crooked 53:9,10

crooks 4:24 23:24

cross-examine 11:25

crunching 49:25

Cuba 24:17 38:23

cure 7:16

curtain 45:15,19

cute 54:10

---

**D**

Daily 61:1

Daley 51:17

dancing 34:4

dangerous 4:15 44:21
62:18,20

darndest 56:11

data 49:1,23 50:1 55:6

date 11:8,20 13:24

dated 11:9

day 22:3 24:16 34:8 37:22
52:1

days 4:21 18:14 34:21

dead 5:25

dealing 24:15

dealt 30:11

decades 11:3

December 28:13

decertified 17:2

decertify 17:1

decide 39:7

decided 18:22 54:13

decides 54:12

defend 15:5 37:9,24

defending 37:21,22

defense 43:17,18

defenses 39:18

deficiencies 13:14

deficiency 13:9

defrauded 5:6

degree 3:19

delay 45:12

delegitimize 34:5

democracy 52:22 53:1

Democrat 5:17 7:2,18
8:10,14 10:4,9 12:20
14:10,12,24 19:4 22:10
23:6 43:3 53:6 56:10,22,
25

Democrat's 9:13

Democrat-controlled
53:9

Democratic 47:11 51:16

Democrats 3:7,18 10:6,7
19:3 36:11 41:25 51:22

denied 32:1

Department 31:15 39:18

deprive 47:19

describe 2:12 24:7,13
52:15

describing 20:17

description 26:19 35:17

deserve 35:21

destroyed 53:3,12

destruction 62:7,8,9

detail 17:24 31:25 43:11

detailed 25:3

determine 28:6

Detroit 3:16 11:3,6 12:5
14:12 15:17 17:10,14
20:11 22:20 39:5,6

develop 42:11

deviations 50:3

dictators 50:15

difficulty 60:5 61:19

digenova 2:9



diligence 56:11,13

dimension 54:4

direct 8:20 11:16

direction 24:22

directly 23:6

disagree 40:23

disappears 19:5

disappointing 52:14

disaster 37:18

discourteous 59:12

discovered 29:20 54:23

disenfranchised 37:5

disenfranchises 36:24

disfavoring 6:20

disgraceful 22:5 23:16,17 57:6,8

dishonest 10:13

dishonored 53:3

dismiss 53:16

dismissed 16:24 55:3 58:14 59:18

dispose 30:19

dispute 16:20

disregard 14:8

disregarded 14:5

district 5:10 13:1 19:20,21 40:2

districts 48:16

documents 44:4

dog 51:4

dominated 53:12

Dominion 15:25 16:1 24:19,22 26:10,14,16 29:7 30:15,16 31:20 32:2, 5 39:12,15 41:7 43:10,21 50:12 51:4,9,13

Dominion's 39:4

Donald 24:1 38:17 58:2 62:10

donor 43:3,4

door 25:24 26:9

doors 25:13

dots 26:2

double 21:1,19

doubt 32:2,9 53:5

download 30:6

dozen 4:9

drag 30:20 61:7,9

dragging 61:11,13

drive 25:14 46:24

driver's 12:7

drop 30:21 43:10

dropped 59:7

dropping 58:4 62:5,6

due 56:11,12

duties 11:5

## E

Eagle 12:18

earlier 11:9

early 12:11 18:15

earth 52:22

easily 4:19 5:6 7:21 30:12 50:2

easy 5:8 61:24

eerily 4:20

effect 28:17

effort 47:19

elect 24:1 51:18

elected 23:25 31:24

election 2:15 3:14,16,20 4:14,21 5:17 8:10 11:21 13:12 16:14,20 17:11 21:16,20 22:5 23:4,25 24:4,23 25:6,10 27:10,21 28:4,18 29:1,20 31:21,23 34:7,11 36:5,7,18 37:6, 14,17,18 38:4 39:2,14,25 40:14,16 41:8,25 42:14 44:15 45:1 46:6 47:18 49:24 51:3,21 52:3,16 56:4,16 57:1 59:20 62:19

elections 5:20 24:18 32:9, 14 34:9 37:16 39:24 40:3

electoral 36:22,24 50:23, 25

electors 45:13

electronic 27:25

elite 35:23

Ellis 2:6 33:6,9,10 54:14 58:17

emails 38:19

embarrassed 56:6

embedded 32:7

emerged 2:24 53:25

employee 11:2 15:25 39:15

employees 11:22 39:5,12

employer 13:13

en 4:17 13:1

encourage 30:7 36:19 39:15

end 29:13 37:22 45:13

ends 28:4

enemy 47:4

energy 15:4

enforce 53:18

enforcement 3:21



engage 11:11 28:1

engages 44:19

ensure 39:14

ensured 27:21

enter 49:25

entered 4:6

entire 29:20 34:17 61:6

entities 26:13 27:15

entitled 10:14 12:10 19:23

entrepreneurs 49:25

envelope 5:9,13,14 7:9,13
16:6 52:7

episode 33:22

Epshteyn 2:11

equal 6:21 19:2

equivalent 31:16

Eric 28:24

essence 23:21

essentially 17:3

estimated 16:8

eternity 5:23

evaluate 28:5

Everybody's 50:16

evidence 2:7 6:11 8:19,20
9:17 10:11 11:15,16 12:1,
2 15:8 19:18 21:2,9 22:25
26:5 29:24 30:17,23
31:18 33:16,21 34:1
35:13,16 37:13 40:20,23,
25 41:11 42:13 49:11
52:13 53:25 54:17,20
61:6

examine 27:1 32:5

excuse 33:6,9

execute 3:4

executives 26:10

exist 41:12

expect 33:13,19 48:17

experienced 3:2

experts 23:4 29:10,12
50:1

explain 19:15 30:13 33:12
46:17

explained 19:16 25:1
31:24

explaining 31:9 41:2

explains 51:1

explanation 30:4 50:8

explicable 50:3

exported 28:17 32:11
38:22

exposed 61:18

express 25:7

expressed 31:25 46:5

expresses 28:3

extent 49:1

extraordinary 2:23,24

eyewitness 26:7

---

**F**

fabricated 26:1

fact 8:21 16:12 20:4,13
27:16 42:6 43:21 44:4
58:4,11 59:16

fact-finding 35:19

facts 34:20 35:6 45:19,22

failed 7:9

fair 34:9 35:7 37:15 45:20

fairly 34:15 35:7 38:3

fake 33:15 34:4,14 35:1
58:8

false 54:19 55:2,8

falsely 10:10 15:7

family 60:3

fantasies 44:19

fast 44:1

favor 3:24

favoring 6:19

favorite 9:4

FBI 46:5,12,13,15,17,18
47:5 57:15

feature 30:20 31:25

features 25:15 30:9

fed 32:20 39:15

federal 39:17,23,24 40:2
41:16

Federalist 36:20

feel 44:4

feet 53:19

field 52:1

fight 37:8

file 20:20 30:25 39:8

filed 17:16 19:9 20:21
25:3 40:22

fill 3:9 5:9,11 7:15 42:12

filled 6:1,4 29:4

finally 61:17

find 5:21 17:16,17 21:21
44:5,8 55:25 60:25

fine 10:17

fingers 9:6,7

finish 2:5 59:12,15

finished 60:14

fire 56:4

fix 7:5 44:15 51:2



**flawed** 54:16

**flies** 58:5

**flip** 25:16,18

**flipping** 31:2 50:5

**flips** 31:3

**focused** 3:5,6,7

**folder** 39:8

**follow** 2:6 55:18,19

**food** 15:19

**fool** 53:7 56:6

**fooling** 57:3

**football** 12:18

**force** 35:23

**foreign** 27:3 36:16 39:2 47:3

**foreign-owned** 26:24

**foreign-ownership** 26:25

**foresight** 37:3

**forget** 8:11

**form** 23:2 32:18

**forward** 2:22 26:8 39:16

**found** 3:13 26:11 52:13

**foundation** 26:17

**founded** 31:8

**founders** 36:14 37:2

**frame** 35:23

**fraud** 2:25 3:5,9,11 4:2,7, 11,18,19,22 6:25 7:21 8:19,20 10:12 16:16 19:18 20:17 21:12 22:3 23:10 24:12 36:4,5 46:6,7 52:13 54:25 62:19

**frauds** 7:1

**fraudulent** 5:21 6:6 11:11 13:20 24:2 52:10

**free** 34:9 37:15 47:17

**freedom** 33:2

**frequent** 12:17

**Freudian** 23:9

**friend** 28:18

**friendly** 3:22

**friends** 10:22 47:4

**front** 15:12

**frustrated** 40:18

**frustration** 20:16

**full** 7:16 33:20

**full-scale** 31:14

**fulsome** 41:16

**function** 9:20,22

**fundamental** 47:20

**fundamentally** 54:16

**future** 37:16 38:5

### G

**gain** 48:15

**game** 12:18

**gap** 37:21

**garbage** 15:21

**gee** 12:1

**general's** 31:16

**generally** 34:18

**generation** 47:23

**gentleman** 31:8

**genuinely** 52:16

**George** 43:3

**Georgia** 6:6 20:20,21 21:18 22:11 25:3 40:1 49:18 52:9

**Germany** 42:7 48:4 56:1,7

**Giuli-** 8:16

**Giuliani** 2:2 8:3,16,17 39:21,22 40:4,7,10,12 43:7,15,18,25 45:14,18 46:3,8,12,15 49:15 51:12 52:18 53:24 54:8 55:10, 15,19,23 56:20 57:14 58:8,13,19,22,25 59:3,11, 15 60:11,16,20,24 61:9 62:2

**give** 7:23 8:18 10:18,19 15:11 24:4 26:19 38:13 40:13 43:5 60:19 61:5 62:14

**giving** 40:25 54:22

**global** 47:14

**globalist** 50:15

**goal** 45:11,14

**good** 2:2 4:22,23 18:19 19:6 48:6 51:15 60:12

**goodness** 43:5 45:8 58:13

**Google** 44:7

**goons** 14:19

**GOP** 45:12

**Gore** 6:23 16:19 61:11

**government** 27:17,23 28:14 32:21 56:3 57:2,7, 16,18,22,23

**governor** 51:21 56:3

**grateful** 37:2

**great** 17:24 32:4 61:19

**greatest** 47:22 52:22

**greed** 53:4

**group** 29:11

**groups** 43:17,18 59:18

**guess** 2:8,10,12 3:12

**guys** 48:6,7 56:17



## H

**hack** 30:14

**hackers** 30:12

**hacking** 24:10

**hacks** 53:17

**half** 62:16

**halt** 41:8

**Hamilton's** 36:20

**hand** 46:18

**handle** 60:13

**hands** 48:11 57:11

**Hank** 28:10

**happen** 2:18 8:2,6,8 12:20
   14:24 16:18 18:25 19:1
   23:20,22,23 38:20 50:7
   55:12

**happened** 2:19 6:3 7:2
   8:21 16:17,18,21,22
   18:24 19:3 22:6,7 34:20
   36:9 41:7 45:7,23 46:14

**happening** 25:10

**happy** 55:2 61:17

**harassed** 10:20 14:18

**hard** 46:24

**hardware** 48:3

**hatred** 15:13,14 29:4

**head** 58:12 59:2

**headed** 62:20

**headline** 42:19,20

**headlines** 34:4 35:12

**heads** 50:6

**hear** 16:3 48:10

**heard** 22:25 33:14,18 44:2

**hearing** 40:19

**heartbreaking** 32:15

**heck** 13:17 47:13

**held** 48:1 51:17,19

**helping** 17:15

**Henry** 7:8

**Hey** 22:17

**hidden** 27:15

**hiding** 34:3

**high** 20:10

**highest** 32:13,21

**highest-level** 39:5

**Hillary** 23:8 46:19

**history** 3:8

**Hold** 54:19

**home** 36:19

**honest** 5:20 10:7,9 45:20

**honestly** 54:8,11

**Honorable** 28:21

**hooked** 25:13

**horrible** 10:24 44:12

**hostile** 27:18

**hours** 39:9

**Hugo** 24:23 25:4,5 27:17
   28:19

**humor** 46:9

**hundred** 44:20

**hundreds** 7:22

**hysterical** 62:10

## I

**ID** 12:7

**idea** 22:12,13 46:16 47:6,
   10 53:6

**identical** 30:1

**identically** 26:2

**identification** 12:8,9

**identify** 13:18 17:8

**ignore** 31:5,6 40:22

**illegal** 7:21 12:11 18:11
   19:12,24 21:21 24:3
   41:19

**illegitimate** 17:7 20:1

**imagine** 3:6 32:4,17 39:3
   49:20

**immediately** 31:15

**immigrants** 12:12

**impeachment** 46:21

**import** 61:16

**important** 28:8 52:20

**imposing** 10:25

**impossibility** 50:4

**impossible** 2:18 49:7

**improperly** 13:23 17:4

**inappropriate** 62:21

**inaudible** 39:24,25 40:11
   43:8,14 45:11,12 46:4,7
   48:1,12,15 52:12 53:22,
   23 54:7 57:10,13 58:6,10
   61:8

**incident** 15:11

**including** 20:15 29:10

**incompetent** 56:13

**inconsistent** 55:6

**incredible** 26:6

**independent** 58:11

**independently** 22:16

**individual** 17:14 53:5

**individuals** 59:18

**influence** 24:16 28:7
   36:16



**inform** 44:16

**information** 18:20 40:17 41:1 62:13

**informed** 62:16

**infuriating** 32:16

**injected** 29:25 30:5 31:1 50:13

**injunctions** 55:1

**inside** 5:13 7:9

**insiders** 28:1

**inspect** 8:23 18:2

**inspected** 6:12

**inspecting** 54:4

**inspection** 4:5 6:18

**inspections** 9:24 20:25

**inspector** 5:17 10:5

**inspectors** 5:2,4 9:20 15:24 19:11 22:14

**institution** 13:12

**instructed** 8:13 11:7 12:6 13:8,14,16,19,22 14:1

**instruction** 13:12

**insurance** 31:23

**integrity** 34:8,11 37:6,18 38:4 39:14 52:21

**intentionally** 13:11

**interest** 27:12 28:19 31:25 38:25 46:5

**interests** 47:15 50:15

**interference** 24:18 39:2

**internet** 25:14 30:7 31:9

**interview** 62:23

**intimidated** 32:19,23 38:1,2,3

**intimidation** 21:2

**invalid** 7:11

**invalidate** 13:8

**invariably** 5:15

**investigate** 61:12

**investigating** 2:20 43:21

**investigation** 31:14 43:10,19

**investigations** 2:21

**investigator** 3:3

**investigatory** 31:17

**involve** 15:13

**involved** 56:4,15 58:18

**iron** 45:15,19

**irrational** 3:23 15:14

**irredeemably** 38:10,12

**issue** 3:23 48:13

**issues** 27:1 28:22 31:13 32:3 48:20

**Italian** 12:14

**J**

**Jacob** 11:1 13:7

**jail** 53:11

**Jenna** 2:6 33:10 51:1 61:5

**jeopardy** 61:22 62:4

**Jessy** 11:1 13:7

**Jimmy** 4:8 52:2

**job** 10:21 15:5,6 44:16 46:1

**Joe** 4:20 17:19 24:1 41:5 50:5 54:6,9

**John** 28:21 49:9 51:18

**jointly** 16:1

**Joseph** 2:8

**journalist** 35:3

**journalistic** 35:15

**judge** 35:4 39:24

**judges** 3:22 39:23 40:2 53:15,16 61:16

**jurisdictions** 29:8 31:12

**jurors** 34:24 35:2

**jury** 22:24 34:21,25

**Justice** 4:13 13:25 31:15 39:18

**K**

**keenly** 37:19

**Kennedy** 51:18

**kid** 30:13

**killed** 60:7

**kind** 22:9 23:13 44:4 45:6 57:1,16 58:4

**kinds** 50:15

**Klobuchar** 28:12

**knew** 9:24 12:10,11,12,15 13:20 25:10 42:18

**knowledge** 11:19

**kraken** 50:21

**L**

**lack** 59:19

**lady** 9:5

**lands** 50:6

**landslide** 32:25 58:3

**large** 13:3

**largely** 23:21 40:21

**Las** 22:22

**late** 18:14



**Latin** 32:11

**law** 3:21 4:14 7:17 9:4 12:24 18:4,21 33:21 36:7 38:7

**lawful** 19:6,7

**laws** 41:13

**lawsuit** 19:9 20:21 21:3,7, 8 25:2 41:16 42:4 55:3 59:21,23

**lawsuits** 21:22 58:4 59:6, 7,16,17 60:1

**lawyer** 14:25 31:22 54:10 60:2,5

**lawyers** 2:10,11 10:22,23 58:4 60:6 62:5,6

**lead** 19:5 24:2

**leader** 22:10

**leaders** 26:13

**leadership** 26:16 28:23

**learn** 40:14 48:21

**led** 27:17

**left** 5:24 15:24 60:2

**legal** 2:3 33:11 34:16 35:9 37:4 43:8 54:17

**legality** 14:4

**legislators** 36:6

**legitimate** 6:17 34:16 37:4

**letter** 26:20 28:3,9,15

**level** 32:21 36:10 47:9

**library** 3:10

**license** 12:7

**lie** 10:15 58:20 59:1

**life** 62:3,4

**light** 42:17

**limited** 57:14

**Lin** 25:2

**lines** 50:8,10

**litigation** 34:18

**live** 20:14

**lived** 7:4,5 12:13

**livelihood** 62:8

**lives** 14:18 43:4 61:22 62:9

**Liz** 43:8

**local** 32:21 36:10 51:4

**location** 13:4

**logic** 54:2

**logical** 22:24 23:4 30:4

**long** 3:8 33:17

**longer** 16:20 52:8

**longstanding** 53:1

**looked** 5:22 17:23

**Lord** 26:14

**lose** 10:21

**losing** 23:8

**lost** 2:16 10:22 24:23

lot 2:10 12:10,15 13:6 14:20 17:19 40:17 47:14 49:22 57:23 58:3 59:6 61:11

**love** 62:13,14

**lying** 9:11 11:14 12:2 40:24 58:23,25

---

### M

**machine** 8:11 16:10 23:21 27:7 30:6 51:4 57:3

**machines** 27:8,25 29:23 30:12,14 32:8 42:3 48:14, 16 57:12

**made** 4:23 7:3,15,18 11:10 44:18 46:19 56:6

**Madison** 18:1,18

**Maduro** 27:20 38:23 42:8 43:1 56:8

**magically** 20:12

**magistrate** 36:19

**mail** 4:6,10,15

**mail-in** 4:16 5:4,5,7 10:4 18:5,6 20:24 22:9,15 25:25 42:1 51:24,25

**mailing** 11:8

**maintaining** 34:9

**major** 20:20

**make** 24:23 25:6 26:21 31:24 32:12 34:7 35:25 36:7 37:4,6,24 42:17 47:13 49:20 55:8

**makes** 49:7

**making** 10:25 34:11 37:15 38:25

**Malloch-brown** 26:14

**Maloney** 28:11,20 56:9

**man** 39:6 44:11,12

**manipulate** 36:13,17

**manipulated** 47:3

**manual** 30:6

**manufacturing** 51:22

**margin** 4:1 17:8,23 19:7

**margins** 35:10

**marked** 14:6,7

**mass** 5:16

**masse** 4:17 13:2

**massive** 19:18 20:17 24:16 30:23 39:9 47:18 50:10,15 52:21

**match** 6:8

**matching** 26:2



**materials** 21:25

**mathematical** 30:23 50:2, 4

**matter** 34:20 35:6 41:23 42:15,16 43:4

**matters** 35:6 38:4,5

**maximize** 7:19

**maximum** 16:8

**Mayor** 39:22 48:19 51:16

**meaning** 16:5 31:23

**means** 3:18,19 6:8 16:9 19:22,23,25 20:11

**meant** 18:16

**mechanism** 36:25

**media** 29:4,6 35:8 44:10 47:17 61:6 62:18

**medias** 49:24

**members** 29:1

**memo** 46:18

**memories** 8:12

**mentioned** 43:8 48:19

**mercies** 61:19

**merits** 33:20 34:5

**mess** 32:24

**met** 14:13

**Mexico** 21:12

**Michigan** 10:8 11:2,6 15:9 16:17,22 17:8,11 20:5,9 21:18 22:10 44:25 48:20 49:2,17 55:2,4,13,16,18, 21,23,24 56:7,16 57:2,4, 7,20 59:23,25

**Mickey** 5:24

**middle** 50:11

**million** 27:9 31:10,19 46:21 56:12

**Milwaukee** 17:25 18:3,17 22:21

**minimize** 7:20

**minimum** 16:8

**minute** 5:22 22:7 31:20 36:13 47:9 52:7 54:1,20

**minutes** 30:5 33:23 34:20

**misleading** 21:22

**mistake** 7:3,5,15

**mistakes** 4:24

**misuse** 41:25

**moment** 52:15

**money** 24:17 31:19 47:14 53:4 55:18

**monitoring** 30:17 40:3

**monstrously** 20:10

**months** 46:24

**mood** 52:15

**morning** 15:17 22:8

**Mouse** 5:25

**move** 41:16

**movie** 9:3

**movies** 9:4

**moving** 26:11

**Mugica** 27:11

**multiple** 25:8 29:9 30:1 37:12 38:19 50:1

**multiplied** 51:25

## N

**naked** 7:10

**names** 9:18 27:4

**nation** 36:1 38:5

**national** 27:2,23 28:8 42:15,17 53:23,25

**neatly** 33:22

**needed** 21:20

**net** 30:13

**network** 34:14 45:21 58:9

**networks** 33:24 34:3

**neutral** 12:23 19:1

**Nevada** 21:18 22:11

**news** 34:4,14 35:1 47:15 49:23

**newspapers** 15:13 33:15

**nice** 9:5 59:14

**night** 2:15 25:9 45:1 49:24 50:11

**northern** 18:25

**Notably** 26:10

**note** 14:14

**nothing's** 46:13

**noticed** 7:13

**November** 13:22,24 14:2 22:8

**null** 6:13

**number** 2:23,24 3:1,9 13:3 15:23 19:2,4 20:12, 14 21:13,15,19 26:4,15 29:21 30:1,21,23 51:25

**numbers** 18:20 29:17,24 30:5

**numerous** 19:12 20:6 21:1 26:8

## O

**oath** 11:13 35:4 37:9 41:2, 4

**Obama** 46:19

**objecting** 26:22

**objective** 34:7



**objectives** 59:24

**observed** 13:3,6 52:24
54:11

**occasion** 31:10

**October** 28:10

**office** 23:18 26:12 31:16
32:14 37:9 39:1

**officers** 39:5

**offices** 26:11

**official** 36:5 40:14

**officials** 36:10 53:11

**offshore** 27:15

**ol'-fashioned** 51:16

**old-fashioned** 51:15

**On-purpose** 13:10

**online** 44:5

**open** 7:10 24:10,11

**opened** 14:3

**opening** 33:18 34:1 35:15
38:14

**openly** 27:18

**operate** 25:6,8

**operation** 40:6

**operations** 39:6

**operator** 31:4

**operators** 50:12

**opinion** 34:22,23 35:5
40:13

**opinions** 3:23

**opportunity** 24:5 38:13,14
54:21,24

**order** 7:18 11:23 13:18
14:5,8 21:24 33:22 39:19
42:2 48:15 51:20 53:19

**orders** 55:1

**organization** 26:16

**organizations** 47:15

**origin** 28:5

**out-of-state** 21:1

**outcome** 34:10 36:17
37:13

**outer** 16:6 52:7

**outrageous** 14:21 24:8
45:19

**overnight** 26:11

**override** 31:5

**overseas** 48:2

**overseeing** 39:24

**oversight** 30:15

**overturn** 21:20 22:5 41:17
42:13 52:16

**overturned** 38:10

**overturning** 34:10 37:14

**overview** 35:19 38:6
54:22

**overvote** 19:15,16,19
20:1,2,5,10 49:16

**overvotes** 20:6

**overvoting** 48:20

**overwhelming** 25:20
29:21

**owned** 27:3 42:7,25 44:6
56:8

**owners** 27:13,14

**ownership** 28:6

---

**P**

**packages** 11:9

**paid** 47:11

**Palm** 51:19

**paper** 15:21 26:1 51:6
52:5,6

**part** 6:20,21 26:15 37:14
43:15 45:24 49:13 53:24
54:7

**participated** 32:17

**parties** 5:18

**partner** 43:2

**parts** 6:17,19 7:6,20 28:16

**party** 23:6 43:3 55:19

**passed** 51:23,24

**patentholders** 28:24

**pathological** 15:14

**pathway** 37:12

**patriotic** 2:21

**patriots** 32:20

**pattern** 3:1,2 38:20

**Paulson** 28:10

**pay** 32:13

**penalties** 14:15

**penalty** 9:12,15,18

**pending** 54:25

**Pennsylvania** 2:16,17 4:1
6:10 7:1,17 14:1 16:22
19:8 21:18 22:10 40:9
44:24 49:16 57:20

**pens** 22:14,18

**people** 2:23 5:7 8:7,9,11,
20 9:8,11,17,22 10:14,20
11:25 12:10,15 13:4,6
14:17,20 15:11,18 17:5
19:17,19 20:14 21:25
23:18,20,25 26:4,8 27:20
29:6,13 31:19,25 32:17
33:1 34:2 35:21 36:3
37:22 38:2,19 39:9 40:24
41:1,3,8 43:6,9,12,20
44:17 45:20,23 47:12,19
49:1 50:17 52:23 56:7,8,



23 57:24 58:5,20 62:16

**percent** 19:4,19,21 20:2,3, 5,7 34:25 41:20 48:22,23 55:5

**percentage** 25:18

**perfect-circle** 26:2

**period** 2:19

**perjury** 9:13,15,18 14:15

**permission** 21:25

**person** 5:25 6:2 12:8 13:5 19:24 26:15,22 31:22 42:21 48:10 49:2,8 55:6 57:4 59:12 60:21,23 62:4

**personally** 18:11

**petition** 19:10

**Philadelphia** 3:9,13 7:4, 12,19 12:13,18 22:20

**Philly** 12:17

**Phoenix** 22:22

**phone** 30:14

**phonetic** 46:3

**photo** 12:7

**pick** 36:2 45:13 53:17

**picked** 48:3,8 53:13,14

**picture** 52:19,20

**pictures** 35:11

**piece** 48:3

**Pittsburgh** 7:4,12,19,24 8:7,9,12 22:19

**place** 3:4 13:18 19:3 59:7, 20 62:20

**places** 5:3 6:16 12:22,23, 24 18:24 26:12 48:24 53:13,14,17

**plaintiff** 17:14

**plaintiffs** 7:8 58:17

**plan** 3:4 4:20 17:24 22:25 23:1,5 45:4,6 48:14 53:6

**planned** 23:13

**play** 57:6

**pleadings** 25:2

**plenty** 57:24,25

**plot** 46:20

**plugged** 25:22

**point** 17:6 22:4 33:7,10 41:6 50:3 52:6

**pointed** 46:7 56:10

**political** 55:19

**politically** 53:16

**politicians** 26:17

**poses** 27:23

**position** 28:1 36:21

**positioned** 27:1

**possibly** 39:3 42:23 48:3

**post-associate** 43:2

**potential** 27:23

**Powell** 2:6 24:6,14 38:18 46:10,13 47:8,25 48:5,10, 23 49:4,22 50:24 55:17

**power** 53:4 57:16,17

**powerful** 43:14

**powers** 35:5

**practice** 11:11

**precinct** 5:11

**precincts** 19:14 20:3,6,11, 13

**precise** 6:11 8:8

**precisely** 41:24 52:2

**predate** 13:23

**presence** 38:24

**present** 2:7 41:12 43:1

54:20,21 61:5,15,16

**presented** 33:17 35:14

**preserve** 34:7 37:15 47:21

**preserved** 34:11 44:8

**president** 2:4,13,15 4:8 15:1,6,15 23:3 25:18,19, 20 29:4,22 32:24 34:8 35:24 36:2,23 37:7,21 38:1,17,25 44:13 50:17 52:14 55:8

**presidential** 27:10

**press** 2:1 14:23 27:14 38:3 40:19 61:19

**pressure** 43:21,25 47:16

**pressuring** 43:10,23

**pretty** 60:12

**preview** 54:22

**price** 32:13

**primary** 28:4

**Princeton** 29:11

**pristine** 26:1

**privacy** 7:11

**private** 27:15 57:21 59:17

**privilege** 18:8

**probable** 57:25

**problem** 27:5 31:11,13

**problems** 29:10 49:5 55:17

**procedure** 18:10

**procedures** 18:9 19:11 41:12

**proceeding** 46:22

**process** 18:2 20:25 33:13 34:21 35:19 36:22 42:1 48:17 49:17,18 54:15,17

**processed** 48:2



produced 16:7 24:3

products 28:4,8

professors 29:12

progressive 18:14,15,16

project 26:14

prone 4:7

properly 6:1

prophets 4:18

prosecuted 44:20

prosecutor 3:3 34:19

protect 34:7 37:6,15,24 47:6

protected 35:25

protection 6:22 10:24

protections 37:3

proud 37:7 52:25

proudly 38:16

provable 7:21 21:20

prove 16:16 24:5 32:25 33:21 44:23,24 55:9 62:12

proved 4:17

proven 51:14,15

provide 34:17 35:1

provided 19:11 31:18

provision 7:17

provisional 7:24,25 8:18

provisions 37:4 38:8 51:1

public 12:3 15:9 32:18 34:22,23 45:24 49:20

publication 45:15

pulled 15:17

purpose 25:7 32:11

purposes 27:2

pursuant 30:20

pursuit 39:19

pushed 8:24

pushing 5:1

put 5:9,13 6:11 7:9,10 8:25 9:14 11:17 14:3 15:23 16:10 22:14,18 23:15 26:3 30:24 31:21 37:3 39:8 61:22,23 62:3

putting 32:1 33:25

**Q**

quantities 30:24

question 14:3 48:13 54:15 59:4,5 60:16,17,20,21

questionable 23:2

questions 9:15,16 17:20 33:7,10 39:21 55:10

quickly 2:25 16:7 54:1

quote 26:20 31:23

quotes 26:22

**R**

races 40:1

raised 17:13 28:12 48:11

raises 26:25

ran 15:19 25:17 57:2

ratify 36:22

ratio 29:14

reach 21:15

reached 39:12

read 15:3,7 26:21 30:8 36:20

reading 40:19

ready 50:21

real 39:7 44:18

real-time 49:23

reality 4:3

realize 53:7

realized 29:9 52:1

reason 9:21 23:7,9,11 41:23 55:3

reasonable 50:7 60:21,23

reasons 6:15 18:13 20:8

receipt 13:23

recent 6:23

recently 28:13 51:18

reclaim 33:1

recognize 38:7 50:2

record 27:9 45:24 61:2

recorded 28:25

recount 6:5 33:5

recounts 51:9,10

red 21:18

referendum 24:24

reform 23:4

refuse 34:3

refused 53:18

registered 8:15 19:20,21, 25 20:12

registration 49:3,5,6

reject 32:5

related 48:4,6

release 62:13

releases 13:1

relief 59:22

remember 8:4 35:22 51:13

reminds 39:23



**removed** 6:14

**renders** 6:12

**repeats** 3:1

**report** 4:9 10:16 15:7,11

**reported** 46:11

**REPORTER** 33:3,8 39:22
40:6,9,11 43:7,17,23
45:11,17 46:4 47:24 48:1,
8,12,25 50:20 51:8 52:12
53:22 54:6 55:11,16
56:17 57:10 58:2,10,16,
21,24 59:2,9,14 60:9,19,
23 61:1,3,4 62:1

**reporters** 33:25 35:7

**reporting** 10:10 45:21

**reports** 48:2

**represent** 15:6

**representation** 2:13

**representative** 2:3

**representatives** 37:20
53:20

**representing** 2:4,5 15:1

**republic** 47:21

**Republican** 5:1,17 7:6
10:5 12:24 14:10,24
15:24 17:25 19:1,2 22:14
47:10

**Republicans** 18:1 20:8,23
22:18 23:15 53:15

**requesting** 51:8,10

**requirements** 42:12

**requires** 36:6

**rerun** 26:4

**rescinded** 55:13 56:18

**resident** 11:1

**respected** 12:25

**respects** 42:2

**restraining** 55:1

**result** 46:14

**results** 2:15 17:11 31:7
54:19 55:2,8,9

**retrogressive** 18:16

**reveal** 22:4 61:20,24

**revealed** 27:13 46:25

**revealing** 62:19

**review** 61:6

**ridiculous** 52:10 60:7,8
61:10

**ridiculously** 3:23

**rig** 32:14

**rigged** 29:1 47:12

**road** 10:1

**role** 35:2 46:1

**room** 9:2 33:23 55:6

**Rudy** 8:16,17 24:14 49:13

**rulers** 32:12 36:1

**rules** 5:4 36:1,11,12

**run** 19:13 25:16 29:19
49:10 57:1

**runs** 31:3

**rush** 55:7

**Russia** 46:19

---

**S**

**same-day** 49:3,4

**sarcastically** 3:12

**satellite** 13:4

**scale** 51:23

**scheme** 4:20 10:13 23:5
45:13

**seal** 5:14

**secretary** 4:9 7:18 23:3
28:21 52:2 55:11,15,21,
24 56:18,20

**secure** 7:9 37:18

**security** 27:2,23 28:9
36:25 42:15,17

**seeking** 48:14

**seize** 48:15

**select** 31:7 36:23

**senate** 40:1 51:21

**Senators** 28:12

**send** 5:14

**sending** 56:6

**senior** 2:11 33:11

**sense** 60:13

**separate** 52:7

**separately** 22:12,13

**separation** 35:5

**September** 11:5

**Sequoia** 26:23 27:3,8,24
28:7

**server** 48:3

**servers** 57:12

**services** 28:5,8

**set** 2:14 25:16 29:14

**settings** 31:5

**Sevoia** 27:8

**shape** 32:18

**shared** 26:12

**sheriff** 53:18

**shock** 44:2

**shocking** 35:9

**short** 35:22 39:19

**shoved** 26:3



show 5:8 8:17,18 10:10 14:16 17:3 33:20 35:17 38:9,12 41:18

showed 44:3 49:2

shows 26:6 37:13

shut 17:25 18:1 25:9,23 29:23 39:3 47:17

sic 53:9

side 14:19 58:6

Sidney 2:5 24:12 40:25 41:6 43:20 44:3 47:24 48:13 52:5

sign 5:12 7:16 13:18 49:8, 9,10

signature 31:5 49:5,8

signatures 6:8 13:15,17

signed 14:14

significant 4:24 13:25 17:12 21:11,13

silly 59:25

similar 17:24

similarly 4:20

simpler 34:19

simply 30:22,24

simultaneous 45:10 46:2 47:7 48:9 50:19 55:22 57:9 58:1 60:15,18

single 3:15 42:20 45:2,3,7

singular 2:25

situation 18:6 24:8

slip 23:9

small 17:22 41:22 51:23

smaller 52:20

Smartmatic 24:20 26:24 27:3,10,12,13,16 28:20, 24 29:6 31:8 39:15 41:8 44:6 51:5

Smartmatic's 27:14,22 28:6,23

smell 44:22

Smith 49:9,10

Snow 28:21

social 29:3,5 44:10 47:16

software 24:20 25:7,12 30:6,15,20 32:3,6 51:5,9, 11

solicit 18:12

Soros 26:13 43:3

Soros' 26:15

sort 26:25 40:6,11

sounds 4:20

source 32:6,7

Souter 4:13

Spain 42:7

speak 47:8 49:13

speaking 28:23 45:10 46:2 47:7 48:9 50:19 55:22 57:9 58:1 60:15,18

specializes 24:12

specific 10:11 21:2

specifically 3:5,6 17:8 30:8 32:10 43:12 44:14

specifics 3:25 40:20

speculation 2:20

speech 47:17

spent 31:19

spike 41:9

spikes 26:6 39:9

spin 61:22

spoke 33:17

spoken 41:6 50:20

stand 11:18,20 36:5 38:16

standards 6:19 35:15

standing 37:21 59:19

stands 55:14

start 3:25

started 2:20 49:25

state 3:1 5:2 6:16,17,19, 20,21 7:7,18,20 11:2,6 16:21 18:4,8,22 19:24 21:5,10,12,14 31:17,20 36:6,10 45:8 47:11 55:11, 15,21,24,25 56:3,5,19,20

state's 31:16

statement 33:18 34:2 35:15 38:14

states 3:1 5:16 6:22 7:2 14:8 15:1 21:17 24:10,19 25:9,21,23 27:8,10,18 28:9 29:5,8,9,18,22 30:2, 23 33:1 37:10,17,23 38:16 41:14 42:22 43:14 45:2 47:4,20 50:17 54:2 55:7 57:5

States' 26:23

statistical 26:5

statistically 2:18

statisticians 2:17

statute 51:24

steal 23:25 51:21

step 35:2 38:9

stop 43:21,24

stopped 50:11

straight 50:8,10

strict 18:9

stricter 18:4

strike 34:24 35:23

strong 24:25

stuck 25:14



**stunning** 25:3 32:15

**stunod** 12:13

**stupid** 12:14,15 42:22 44:4

**submitted** 13:5

**subpoena** 57:16,17,18

**substantial** 38:24,25

**sudden** 51:25

**sufficient** 33:16

**suggest** 3:3 53:23

**suggesting** 54:6

**suing** 33:3

**supervisor** 11:8,10 12:6

**Supervisors** 17:1

**supply** 6:8 21:24

**supported** 17:18 41:11

**supposedly** 50:11

**Supreme** 14:1,9

**surprise** 3:13 21:11 42:19

**surprised** 54:3

**susceptible** 4:11,18,19 27:25

**swear** 9:19 15:16 16:2,13 41:4

**swiftly** 16:7

**swing** 29:18,22

**switched** 20:18

**swore** 9:12 37:8,9

**sworn** 17:18,20 35:4

**Sydney** 24:6

**system** 25:22 27:20 29:25 30:9 32:1,2 36:14 39:8 47:12 49:6 50:13 52:22

**systems** 24:19,21 26:23 31:21 32:5

## T

**tables** 15:23

**tabulated** 48:2

**tactics** 51:16

**takes** 10:8 34:1,21

**taking** 35:11

**talk** 35:13 36:4

**talked** 17:3 29:12

**talking** 30:3 41:21 42:16 50:9 52:5 59:17 60:11,12

**tallies** 50:10

**tampering** 28:1,2

**Tanzania** 5:3

**task** 36:4
_____

**taxpayer** 31:19

**teaches** 6:23

**team** 2:4 4:22 23:10 35:9, 23 43:8

**tear** 36:14

**tech** 62:18

**technical** 9:21

**technology** 24:20 28:17

**teeny** 20:18

**telling** 14:5 41:11

**tells** 62:5

**temporary** 55:1

**ten** 22:1 46:24 51:25 53:8 54:2

**tender** 61:18

**terms** 21:20 47:9

**testified** 53:15

**testify** 2:17 8:13,21 11:24

**testifying** 11:18

**testimony** 17:18 26:8 30:17 38:21

**Texas** 29:10 32:1,3,4

**thankful** 37:2

**That'll** 20:21

**there'd** 10:6 57:23

**thing** 3:16 4:13 5:24 9:10, 21 23:16 25:10 29:15 34:20 52:20 53:8 54:2,14 61:7

**things** 6:3 15:7 20:22 23:18 30:9 33:15 38:21 41:2,24 44:12,17 45:22 49:10 52:25 54:13 61:15, 24

**thinking** 8:7

**thinks** 62:4

**thought** 15:18,24 57:4

**thousand** 22:2

**thousands** 7:22 15:20 19:14

**threatened** 10:21,23 60:3, 4,6 62:7

**throw** 12:1 30:22

**thrown** 5:23 18:24

**thumb** 25:14

**ticket** 16:5

**tied** 56:24

**ties** 26:16

**time** 2:19 4:5,16 5:21 12:1,17,19 15:3,4,23 17:23 26:10 31:21 33:25 34:1 35:18,22 38:8,15 39:7 41:7,10 42:11,12 48:11,17 50:7 52:11 61:11

**times** 4:15 6:2 8:7,9 16:11 17:5,6 20:12,14 26:7 27:5 30:1 50:6 51:25



**today** 8:3 16:24 35:20 50:22 52:9 55:3

**Toensing** 2:9

**told** 4:21 11:20 20:23 31:22 32:7 35:16 39:10 53:20

**tolerated** 14:22

**tomorrow** 20:21 21:4 33:15 42:19

**top** 31:6

**torn** 14:18

**Toronto** 26:12

**totally** 24:7 52:9 59:11

**trace** 41:9 52:8

**trail** 52:6

**trained** 11:5,7 30:16,18

**transaction** 26:25

**translation** 12:14

**trash** 30:25

**trashed** 30:24 53:2

**Treasury** 28:21

**treated** 8:23

**trial** 33:20

**Trials** 33:25

**triple** 16:9

**trouble** 32:4

**truck** 15:17,19

**true** 3:12 27:16 42:8 48:4, 5 60:5

**Trump** 2:4,5 7:6 16:24 19:6 24:1 25:18,20 29:3, 16,22 30:4,19,24 32:24 33:11 34:8 37:7,21 38:1, 17 39:1 43:9 50:17 58:2 62:10

**trust** 61:21

**truth** 35:6 39:13 43:6

**tuned** 33:24

**turn** 21:15 45:4,6

**turned** 20:13 45:3

**turnout** 20:4

**two-thirds** 20:10

**type** 37:1,17

**U**

**U.K.** 26:15

**U.S.** 36:8 40:2

**ultimately** 37:23

**unacceptable** 35:14

**unbeknownst** 32:3

**unbiased** 34:24 35:2,4

**uncertifiable** 29:9

**uncovered** 25:19 35:21

**uncovering** 24:16 37:1

**understand** 34:2 54:17

**understands** 37:8

**undertaken** 31:15

**undisputed** 27:2

**unfair** 61:13

**unfairness** 61:23

**uniform** 44:1

**uniformly** 18:1

**unique** 30:1

**unit** 31:17

**United** 5:16 6:22 14:8 15:1 24:10,19 26:23 27:8, 10,18 28:9 29:5 33:1 37:10,17,23 38:16 43:14 47:4,20 50:17 57:5

**unleashing** 50:20

**unlike** 52:4

**unpatriotic** 32:16

**unsealing** 5:19

**uphold** 37:9

**upshoots** 50:8

**user** 29:13

**utilized** 29:7

**V**

**vali-** 13:8

**validate** 49:7

**variables** 25:13

**Vegas** 22:22

**Venezuela** 23:23 24:17,22 32:10 38:22,24

**Venezuelan** 23:21 27:11, 17,23 28:5 56:1 62:21

**Venezuelans** 42:25 44:6

**verge** 50:23

**verify** 51:6

**versus** 12:5 17:13

**vicious** 44:11,12 61:19

**Victoria** 2:9

**victory** 4:1,2 37:12

**video** 30:12 31:8

**Vinny** 9:3,9

**violation** 6:21

**Virginia** 21:14,15

**Virtually** 20:22

**void** 6:13

**vote** 4:6 5:24 6:14 7:12,14 8:3,9,17,18 11:23 12:8, 10,11,12,16 13:4 17:5 18:12 19:3,20,21,23 20:13 21:3 23:22 26:6 29:16 33:2 37:4 41:10,17



42:22,24,25 49:2,5 50:10
51:7,17,19 53:2,3,4 56:24
57:5

**voted** 8:3,10 19:22,23
20:15

**voter** 2:25 3:5,9,11 4:22
7:14,21 23:10 24:12 36:4
46:6 51:24

**voters** 11:22 19:21 20:13
21:1,2 36:24

**votes** 4:3 7:19,20 10:2
19:6,7,8 20:1,18 21:19
25:16,18,20 27:9 29:15,
21,24,25 30:3,19,21,24
31:1,4,10 38:10 39:7,8,10
42:6 44:24,25 50:4,13,14
52:1 55:12,25 56:6,18
62:22

**voting** 4:15,16 5:11 8:4
11:4,22 13:6 23:2,21
24:19,21 25:9 26:23 27:7,
8,25 30:14 31:20 32:1,8
41:13 52:22 57:11

**vulnerabilities** 29:13

---

### W

**wake** 22:12 44:16 47:5

**walk** 8:2

**walked** 8:7,9

**wanted** 59:22

**warned** 4:7,13 52:3

**warped** 44:14

**Warren** 28:12

**watch** 5:19 9:3 11:23
20:24 39:7

**watched** 38:20 54:11

**watching** 10:6 38:18

**Wayne** 16:25 17:11 20:8,9
40:9 55:4

**ways** 31:2,22 44:23

**web** 27:15 28:25

**weeks** 2:8 3:10,11 35:22
45:22 61:12

**well-funded** 47:18

**widespread** 29:7

**win** 45:8

**Wisconsin** 17:22,23 18:4,
6,22,25 19:1,2,6,10 20:6
21:18 22:11 33:4 41:14,
15,20 42:4 48:20 49:17
51:9

**withdraw** 14:25

**withdrawn** 59:21

**withheld** 46:20

**witness's** 62:3

**witnessed** 11:21

**witnesses** 2:24 7:22 8:13,
22 16:15 45:5 46:10
61:18,20

**woman** 10:17 62:5

**won** 17:10 19:6,8 32:24
44:24,25 58:3

**Wood** 25:2

**words** 19:5

**work** 43:13,16 47:12

**worked** 25:5 26:20

**worker** 13:13

**workers** 11:11,21 30:15,
18

**working** 2:10 14:10,11
35:24

**works** 25:1

**world** 4:22 28:17 38:18
44:21 50:14

**worry** 29:2

**worse** 11:1

**worst** 52:23

**wrapped** 33:22

**written** 26:21 28:9

**wrong** 14:13

**wrote** 4:15 28:19,20 44:12
45:23 56:9

---

### Y

**y'all** 43:23

**year** 12:16 29:21 51:19

**years** 3:15 4:9 9:23 12:21
14:21 34:18 39:23 46:16,
17,20 51:23 53:12

**York** 4:14 5:10

**you-all** 9:3



# Exhibit O-84

MP4 File (Giuliani Interview w Lou Dobbs (Nov 12, 2020))

# Exhibit O-85

12/6/23, 3:56 PM                    President Trump's attorney Rudy Giuliani presses election challenge case in fiery news conference



# President Trump's attorney Rudy Giuliani presses election challenge case in fiery news conference

By By Ronn Blitzer | Fox News  | Published November 19, 2020 | Updated November 20, 2020 |  News  |  FOX 5 D
|

**NEW YORK** - President Trump's personal attorney Rudy Giuliani on Thursday aggressively made the case for the Trump campaign's legal challenge of the 2020 election results, alleging in a fiery news conference that there was a "centralized" plan to carry out voter fraud around the country.

**President Trump's campaign, attorney Rudy Giuliani, hold news conference on progress of election challenge**
President Donald Trump's campaign and his personal attorney held a new conference Thursday on the progress of legal actions regarding the President's election challenge.

---

**Download the FOX 5 DC News App for Local Breaking News and Weather**

This is a different approach than the campaign has recently taken in court, where they have primarily focused on the validity of ballots and counts without asserting fraud. While Giuliani did not present any direct evidence of a massive fraud scheme, Giuliani asserted that this is the "logical conclusion" reached as a result of incidents he said took place in several states.

**RELATED: President Trump fires top cybersecurity official over election dispute**

**APP2794**

"What I'm describing to you is a massive fraud," Giuliani said at the Capitol Hill news conference with other members of Trump's legal team, who repeatedly lashed out the news media and accused them of treating their efforts unfairly.

At one point, Giuliani repeatedly told one member of the press, "you're lying."

His descriptions largely entailed recitations of allegations put forth in several lawsuits that the Trump campaign has filed.

## RELATED: President Trump waves to supporters at 'Million MAGA March' in DC

The former New York City mayor spoke to incidents in Pennsylvania where Republican poll watchers claimed they were not allowed to observe the counting process because they were kept too far away. A judge had ruled in their favor and ordered that they be permitted six feet away from the counting at a center in Philadelphia, but that was overturned after officials appealed.

Giuliani also claimed that while Pennsylvania does not allow absentee voters to fix any errors with their ballots, some were given that opportunity -- but not those from Republican areas.

He cited sworn affidavits from cases in Pennsylvania and Michigan from poll workers who spoke about instructions from supervisors. One affidavit said that workers in Pennsylvania were instructed to assign ballots without names to random people, resulting in thousands of people in Pittsburgh showing up to the polls to find that votes had been cast in their names.

## RELATED: Man stabbed, at least 21 arrested after 'Million MAGA March' in DC

**APP2795**

Another affidavit said that in Michigan a supervisor instructed workers to change the dates on absentee ballots to show that they arrived earlier than they had. An affidavit also claimed that workers were told not to request photo identification from Michigan voters, even though state law requires it.

Giuliani also said that approximately 100,000 absentee ballots in Wisconsin should have been deemed invalid because there were no applications for them. President-elect Joe Biden leads President Trump in that state by roughly 20,000 votes.

"If you count the lawful votes, Trump won Wisconsin," Giuliani said.

Trump campaign legal adviser Jenna Ellis explained the lack of new evidence at the news conference to support their allegations by saying this was merely an "opening statement," and that more evidence would be forthcoming in court.

Giuliani also said that more lawsuits could be coming in Arizona and potentially New Mexico, where Trump trails Biden by nearly 100,000 votes. He also said a challenge could come in Virginia, where Biden leads by almost 500,000 votes, if they believe they could overcome that deficit.

## See the Full Story at FoxNews.com

Ad Content by Taboola | 🔲

**Residents In These Texas Zips Will Get Solar Lease Install Cost Covered**

Sponsored | Solar Programs

**What if Texas would be independent of the US? Game simulates wild US scenarios**

APP2796

12/6/23, 3:56 PM                    President Trump's attorney Rudy Giuliani presses election challenge case in fiery news conference

Sponsored | Conflictnations - Geopolitics Simulation



This material may not be published, broadcast, rewritten, or redistributed. ©2023 FOX Television Stations

**APP2797**

# Exhibit O-86

12/5/23, 8:26 PM                    Justice Department's election crimes chief resigns after Barr allows prosecutors to investigate voter fraud claims

# Justice Department's election crimes chief resigns after Barr allows prosecutors to investigate voter fraud claims

The head of the branch of the Justice Department that prosecutes election crimes stepped down from his post Monday in protest over a memo from Attorney General William Barr authorizing federal prosecutors to investigate "specific allegations" of voter fraud before the results of the presidential race are certified.

The official, Richard Pilger, who was director of the Election Crimes Branch of the Justice Department, said in an email to colleagues that he could no longer do his job in the wake of Barr's memo, which was issued as President Donald Trump's legal team mounts baseless legal challenges to the election results, alleging that widespread voter fraud cost him the race.

"Having familiarized myself with the new policy and its ramifications, and in accord with the best tradition of the John C. Keeney Award for Exceptional Integrity and Professionalism (my most cherished Departmental recognition), I must regretfully resign from my role as Director of the Election Crimes Branch," Pilger's letter said, according to a copy obtained by NBC News.

Pilger is remaining at the Justice Department in another capacity, officials said.

"I have enjoyed very much working with you for over a decade to aggressively and diligently enforce federal criminal election law, policy, and practice without partisan fear or favor," the letter said. "I thank you for your support in that effort."

Barr issued a memo Monday authorizing prosecutors "to pursue substantial allegations of voting and vote tabulation irregularities prior to the certification of elections."

That's a change of Justice Department policy, which had previously advised prosecutors that "overt investigative steps ordinarily should not be taken until the election in question has been concluded, its results certified, and all recounts and election contests concluded."

Barr, who has come under fire from right-wing media for not bolstering Trump's evidence-free claims of widespread voter fraud, declared the guidance outdated.

"Such a passive and delayed enforcement approach can result in situations in which election misconduct cannot realistically be rectified," Barr said in the memo.

A Justice Department official said the memo does not allege that there are substantial irregularities. It authorizes local U.S. attorneys to investigate if they learn of "clear and apparently-credible allegations of irregularities that, if true, could potentially impact the outcome of a federal election in an individual State."

**APP2799**



It added: "While serious allegations should be handled with great care, specious, speculative, fanciful or far-fetched claims should not be a basis for initiating federal inquiries. Nothing here should be taken as an indication that the Department has concluded that voting irregularities have impacted the outcome of any election."

A Justice Department official said Tuesday that the department is "looking into" allegations of ineligible voters in Nevada and mail-in ballots in Pennsylvania.

NBC News and several other major news organizations projected Joe Biden as the winner of the presidential election Saturday after several states spent days counting ballots following a record turnout, including mail-in and absentee ballots. Trump has refused to concede, and one of his appointees in the General Services Administration has yet to sign paperwork to begin the presidential transition.

Barr was not asked or directed by Trump, any lawmaker or anyone in the White House to issue the memo, a senior Justice Department official said. Barr, however, met with Senate Majority Leader Mitch McConnell, R-Ky., earlier Monday. McConnell defended the president Monday on the Senate floor, arguing that he has a right to pursue recounts and lawsuits in court.

Barr did not respond to questions when he left McConnell's office, and a Justice Department spokesperson has declined to comment on what they discussed.

# Exhibit O-87



Confidential



Confidential



Confidential

# Exhibit O-88



Confidential

SMMT-OAN07015552
SMMT-OAN07015537

# Exhibit O-89

NOVEMBER 15, 2023

# President Biden Announces Key Appointments to Boards and Commissions

WASHINGTON – Today, President Biden announced his intent to appoint the following individuals to serve in key roles:

- Nancy Duff Campbell, Member, Board of Visitors to the United States Coast Guard Academy

- Joyce M. Johnson, Member, Board of Visitors to the United States Coast Guard Academy

- Peter V. Neffenger, Member, Board of Visitors to the United States Coast Guard Academy

- Maritza Sáenz Ryan, Member, Board of Visitors to the United States Coast Guard Academy

- Andrew N. Cedar, Member, Commission on Presidential Scholars

- Peter A. Selfridge, Member, Commission on Presidential Scholars

- Leland Ware, Member, Commission on Presidential Scholars

- Shakuntla L. Bhaya, Member, Council of the Administrative Conference of the United States

- Neil H. MacBride, Member, Council of the Administrative Conference of the United States

- David E. Price, Member, J. William Fulbright Foreign Scholarship Board

- Randa Elias Arabo, Member, President's Advisory Committee on the Arts

- Mary Ann Walker Aguirre, Member, President's Advisory Committee on the Arts

APP2808

- Christine M. Warnke, Member, President's Advisory Committee on the Arts

### Board of Visitors to the United States Coast Guard Academy

The Board of Visitors to the Coast Guard Academy reviews and makes recommendations on the operation of the Coast Guard Academy and visits the Academy annually to review its operation. Specifically, the Board reviews the state of morale and discipline, recruitment and retention, curriculum, instruction, fiscal affairs, and other matters relating to the Academy that the Board determines appropriate.

### Nancy Duff Campbell, Member, Board of Visitors to the United States Coast Guard Academy

Nancy Duff Campbell is a founder and Co-President Emerita of the National Women's Law Center. For over 50 years, she has used litigation, legislative and administrative advocacy, and education to expand opportunities for women, with a particular emphasis on issues affecting low-income women and their families. She has been an appointee of the Secretary of Defense to the Defense Advisory Committee on Women in the Services, of Congress to the U.S. Commission on Child and Family Welfare, and of United Nations officials as the sole North American representative to the U.N. Conference on Implications for Women of the Global Financial Crisis. She has been a visiting scholar at the University of Michigan and Princeton University, and she is the recipient of several awards and honors. She has been quoted and otherwise featured in numerous media outlets and books, and her oral history is included in the American Bar Association's Women Trailblazers in the Law Oral History Project, the Historical Society of the District of Columbia Circuit's Oral Histories of the D.C. Circuit's Courts, and the Veteran Feminists of America's Pioneer Histories Project. Prior to her long career at the National Women's Law Center, she was a law professor, first at Catholic University and then at Georgetown University, and an attorney at the Center on Social Welfare Policy and Law (now the National Center for Law and Economic Justice). She is a graduate of Barnard College of Columbia University and New York University School of Law.

### Joyce M. Johnson, Member, Board of Visitors to the United States Coast Guard Academy

**APP2809**

Dr. Joyce M. Johnson is a physician who has dedicated her professional life to public service. Her last active-duty position was Director, Health and Safety ("surgeon general") of the U.S. Coast Guard. As a two-star admiral, she was the first woman to serve the Coast Guard as a flag officer. Her prior government positions include senior leadership and public health positions at the U.S. Food and Drug Administration, Centers for Disease Control, Substance Abuse and Mental Health Services Administration, National Institutes of Health/SEH, and the Department of Veterans Affairs.

Johnson combines her professional training with philanthropic work serving on the Board of the University of Maryland Medical System, a multi-hospital $5 billion corporation. She served on the Board of the Military Officers Association of America and various other boards, commissions, and committees. She authored over 200 publications for lay and professional audiences, including the book *Lizard Bites and Street Riots – Travel Emergencies and Your Health, Safety and Security*. She has provided disaster relief and other health care services on all seven continents. Johnson is a health care consultant focusing on the maritime sector, and serves as the Chief Medical Advisor to the National Science Foundation's Antarctic and Arctic research programs (by contract). Johnson is an osteopathic physician board certified in Public Health and Preventive Medicine, Clinical Pharmacology, and Psychiatry. She held the rank of Professor at Georgetown University, and has received eight honorary doctoral degrees.

**Peter V. Neffenger, Member, Board of Visitors to the United States Coast Guard Academy**

Vice Admiral Peter V. Neffenger, USCG, Retired, was appointed in 2015 by President Obama to lead the Transportation Security Administration (TSA), a position he held until January 2017. Prior to this he enjoyed a distinguished 34-year career in the United States Coast Guard, culminating in his appointment as the service's 29th Vice Commandant. He was the Deputy National Incident Commander for the 2010 BP oil spill in the Gulf of Mexico, the largest and most complex in U.S. history. He is a recognized expert in national security, crisis leadership, and organizational transformation. His transformation of the TSA led to him being named one of the 25 most influential business travel executives of 2016 by *Business Travel News*. He is a Trustee of Baldwin Wallace University in Berea, Ohio, and serves on a number of corporate, non-profit, and advisory boards, including the Marine

Board of the National Academies of Science. He is also a Distinguished Senior Fellow with the National Preparedness Leadership Initiative at Harvard University. He holds an MPA from Harvard University, an MA in National Security and Strategic Studies from the U.S. Naval War College, an MA in Business Management from Central Michigan University, and a BA from Baldwin Wallace University, from which he also received an Honorary Doctor of Public Service. He is a two-time recipient of the Department of Homeland Security's Distinguished Service Medal, in addition to numerous military awards.

**Maritza Sáenz Ryan, Member, Board of Visitors to the United States Coast Guard Academy**

Brigadier General Maritza Sáenz Ryan, U.S. Army, Retired, served as the Professor & Head of the Department of Law, U.S. Military Academy (USMA) at West Point, until her retirement from the Army. A member of the USMA Class of 1982, she was commissioned as a Field Artillery officer and assigned to the 1st Armored Division Artillery, Nuremberg, West Germany. Under the Judge Advocate General's Corps Funded Legal Education Program, she received her Juris Doctorate from Vanderbilt Law School, Order of the Coif, in 1988. She holds a Master of Laws in Military Law from the Army Judge Advocate General's School and a Master of Arts in National Security & Strategic Studies from the Naval War College.

Ryan's assignments include deployment as Brigade Legal Counsel, 18th Airborne Corps Artillery, Operation Desert Shield/Desert Storm; Senior Trial Counsel (Criminal Prosecution) and Senior Trial Defense Counsel, Fort Sill Field Artillery Center & School; Chief of Military Justice and Officer-in-Charge of the Fort Shafter Branch Office (Civil Law), 25th Infantry Division; and Deputy Staff Judge Advocate and Staff Judge Advocate (Command General Counsel), Fort Sam Houston. Military awards and decorations include Airborne and Air Assault badges, the Field Artillery's Honorable Order of St. Barbara, the South West Asia Service Medal, and the Distinguished Service Medal.

Ryan has taught Constitutional & Military Law, Military Justice, and Jurisprudence & Legal Theory, and has published and presented in the areas of Law and Leadership, the Law of Armed Conflict, and Military Justice. She is a Leadership Consultant with Team Catalyzer.

**APP2811**

## Commission on Presidential Scholars

The Commission on Presidential Scholars is a group of eminent private citizens appointed by the President to select and honor the Presidential Scholars. Commissioners are selected from across the country, representing the fields of education, medicine, law, social services, business, and other professions. The Commissioners make the final selection of the 161 Presidential Scholars. The Scholars demonstrate exceptional accomplishments in academics, the arts, career and technical education, and an outstanding commitment to public service.

### Andrew N. Cedar, Member, Commission on Presidential Scholars

Andrew N. Cedar has nearly two decades of experience across the public and private sectors. He is currently a partner at Long Ridge, a growth equity firm with over $1.75 billion in assets under management, where he invests in fast-growing companies in the financial and enterprise technology sectors and serves on portfolio company boards of directors. Previously, Cedar was a consultant at McKinsey & Company and later worked directly for the firm's Global Managing Partner. At McKinsey, he advised corporations and governments in the United States, the Middle East, Latin America, and Africa.

From 2009-2013, Cedar was a member of the Obama-Biden Administration's foreign policy and national security team. He served as Senior Director for Global Engagement at the National Security Council at the White House and as a senior advisor at the State Department. Cedar was also a member of the presidential transition teams for both Barack Obama in 2008 and Joe Biden in 2020. Cedar was on the founding team of National Security Action, an advocacy organization dedicated to advancing American global leadership and offering a strong, progressive vision for U.S. foreign policy, where he later served as a senior advisor.

Cedar has a BA in Political Science from Yale University (Phi Beta Kappa and *summa cum laude*), an MPhil in International Relations from University of Cambridge (UK), and an MBA with Distinction from Harvard Business School. He is a Term Member of the Council on Foreign Relations and has been named a Young Global Shaper by the World Economic Forum. He resides in Brooklyn, New York with his wife and two children.

**Peter A. Selfridge, Member, Commission on Presidential Scholars**

Peter A. Selfridge is Executive Vice President and Global Head of Government and Public Affairs for SAP. In this role Selfridge is responsible for promoting technological transformation in the public sector and the role played by digital technologies in inspiring positive economic and societal development around the world.

Selfridge was formerly U.S. Chief of Protocol during the second term of the Obama-Biden Administration, serving as the President's Ambassador to the foreign diplomatic corps posted to the United States. Prior to that, he served as President Obama's Advance and Operations Director in the White House, a position he managed for Vice President Biden during the first two years of the Administration. He previously worked for U.S. Senator Tom Harkin (D-IA), and as a Scheduling Assistant to President Clinton. Selfridge also served on the Gore, Kerry, and Obama presidential campaigns, and was most recently an adviser on the Biden-Harris Transition team.

Earlier in his career, Selfridge worked for the City of New York as a Policy Advisor, and later at Citigate Communications and Rendezvous Consulting where he developed and executed clients' communications and public affairs strategies. He previously worked at the William J. Clinton Foundation as the organization's city director in Los Angeles. In addition to a bachelor's degree in political science from the University of Iowa, Selfridge holds a master's degree in international public policy from Johns Hopkins University. He is a native of Minnesota and is married to Parita Shah. The couple lives in Paris with their young daughter.

**Leland Ware, Member, Commission on Presidential Scholars**

Leland Ware has been the Louis L. Redding Professor and Chair for the Study of Law and Public Policy at the University of Delaware since 2000. Before his present appointment, he was a professor at St. Louis University School of Law. He was a visiting professor at Boston College Law School and at the Ruhr University in Bochum, Germany. Ware was University Counsel at Howard University, and for the five years prior to his position at Howard, he was a Trial Attorney with the U.S. Department of Justice, Civil Division, in Washington, D.C. He had previously practiced with a private firm in Atlanta, Georgia, and with the U.S. Department of Health, Education and Welfare.

Ware's research focuses on various aspects of Civil Rights law. He has authored more than 100 publications consisting of books, academic journal articles, book chapters, essays, book reviews, editorials, and other publications in academic journals and other publications. Professor Ware has organized several academic symposia and professional programs and hosted many distinguished lectures.

Ware is a co-author, with Robert Cottrol and Raymond Diamond, of *Brown v. Board of Education: Caste, Culture and the Constitution*. He is the editor of *Choosing Equality: Essays and Narratives on the Desegregation Experience* (co-edited with Robert L. Hayman with a Foreword by then-Vice President Joe Biden). His most recent book, *A Century of Segregation: Race, Class, and Disadvantage,* was published in 2018. He has lectured and made other presentations to numerous audiences in the United States, Europe, and Africa. Ware is a graduate of Fisk University and Boston College Law School.

## Council of the Administrative Conference of the United States

The Administrative Conference of the United States (ACUS) is an independent federal agency charged with convening expert representatives from the public and private sectors to recommend improvements to administrative process and procedure. ACUS initiatives promote efficiency, participation, and fairness in the promulgation of federal regulations and in the administration of federal programs. The ten-member ACUS Council is composed of government officials and private citizens.

### Shakuntla L. Bhaya, Member, Council of the Administrative Conference of the United States

Shakuntla L. Bhaya is a co-owner of a statewide Delaware law firm, Law Offices of Doroshow, Pasquale, Krawitz & Bhaya. Bhaya's practice focuses on representing individuals who are seriously injured as a result of businesses and people making unsafe decisions. For the past seven years, Bhaya has been a member of Governor Carney's Judicial Nominating Commission. In addition to practicing law, Bhaya is very involved in Delaware politics. She is currently a member of the Delaware Democratic Party's State Executive Committee. Bhaya, past President of the Delaware Trial Lawyers Association, continues to be involved in protecting consumers' 7th Amendment Right to a jury trial and access to courts. Bhaya is also a member of the American Association for Justice and American Civil Liberties Union, and is actively

involved in helping pro-choice democratic women become elected to office. Bhaya was actively involved in fighting for rights for the LGBTQ+ community and helping members of her community to adopt children, seek legal redress when discriminated in the workplace, and permit people to marry. Bhaya is the first South Asian Indian to be admitted to the Delaware Bar Association. Bhaya continues to work towards diversity, equity, and inclusion in the legal profession and in politics. Bhaya is a graduate from Northeastern University School of Law.

### Neil H. MacBride, Member, Council of the Administrative Conference of the United States

Neil H. MacBride currently serves as General Counsel of the Department of Treasury. MacBride serves as the chief legal officer of the Department and the principal legal advisor to the Secretary of Treasury and senior leaders on a wide range of issues relating to domestic finance, terrorism finance, financial crimes enforcement, and international economic affairs. MacBride previously served as a litigation partner at the law firm of Davis Polk & Wardwell. Before entering private practice, MacBride spent more than 15 years as a government official focusing on law enforcement, national security, financial enforcement, and complex civil litigation matters. He served in the Obama-Biden Administration, first as an Associate Deputy Attorney General and then as the Senate-confirmed United States Attorney for the Eastern District of Virginia overseeing all criminal enforcement and civil litigation on behalf of the United States. MacBride earlier served as Chief Counsel to then-Senator Joseph R. Biden, Jr., on the Senate Judiciary Committee and as a federal prosecutor in the United States Attorney's Office for the District of Columbia. Earlier in his career, MacBride served as General Counsel to the Business Software Alliance, in private practice at a Washington, D.C. law firm, and clerked for U.S. District Court Judge Henry Morgan of the Eastern District of Virginia.  He graduated from the University of Virginia School of Law and Houghton College. MacBride lives in Northern Virginia with his wife Christina Jackson MacBride and their three children.

### J. William Fulbright Foreign Scholarship Board

The J. William Fulbright Foreign Scholarship Board supervises the Fulbright Program and certain programs authorized by the Fulbright-Hays Act and for the purpose of selecting students, scholars, teachers, trainees, and other persons to participate in the educational exchange programs. Appointed by

the President, the 12-member Board meets quarterly in Washington, DC. The Board establishes worldwide policies and procedures for the Program and issues an annual report on the state of the Program.

**David E. Price, Member, J. William Fulbright Foreign Scholarship Board**
David E. Price is a fellow at the Sanford School of Public Policy and Professor Emeritus of Political Science at Duke University. From 1987-94 and 1997-2022 he represented the Triangle region of North Carolina in the U.S. House of Representatives.

As a senior member of the Appropriations Committee, Price successively chaired the subcommittees on Homeland Security, and Transportation, Housing, and Urban Development. He initiated and chaired the House Democracy Partnership, a bipartisan commission to strengthen legislative institutions, engaging peer-to-peer with legislators in emerging democracies.

A native of Erwin, Tennessee, Price earned his BA from the University of North Carolina at Chapel Hill and his BDiv and PhD from Yale University. He has taken *The Congressional Experience* through four editions and has written three other books and numerous articles on American politics and political institutions, political thought, ethics, and foreign policy.

## President's Advisory Committee on the Arts

Established in 1958 by President Eisenhower, the President's Advisory Committee on the Arts (PACA) has played a valuable role in sustaining the John F. Kennedy Center for the Performing Arts, the National Cultural Center. Members of the Committee are civic and cultural leaders who are selected by the President of the United States to serve as representatives in their own communities for the Kennedy Center. The Center considers PACA appointees to be "Ambassadors for the Arts." Acting as a national network for the Center, PACA helps to broaden the Center's influence and extend its vision across the country. The Committee serves as a national forum, giving its members the opportunity to share with the Kennedy Center their views on the Center's artistic programming.

**Randa Elias Arabo, Member, President's Advisory Committee on the Arts**
Randa Elias Arabo is a political activist and social entrepreneur who resides in San Diego, California. An immigrant to the United States from Baghdad,

Iraq, her family escaped war-torn Iraq in 1991 for fear of religious persecution. After three years of moving country to country, they arrived in the United States in 1994. Arabo developed her hard work ethic at an early age by helping her family with their small business after school. A San Diego State University alumna, Arabo earned a BS in Applied Arts and Sciences in Business Administration (Management) in 2014. As a wife and mother of four children, she integrates family life with her roles as a philanthropist and social entrepreneur, focusing on aiding the less fortunate and being the best mother she can be. Her career is marked by a series of contributions to various groups, showcasing her innovative thinking and intelligence. Arabo resides in San Diego with her husband Mark and four children: Audrey, Vincent, Isaac, and Mark Jr.

**Mary Ann Walker Aguirre, Member, President's Advisory Committee on the Arts**

Mary Ann Walker Aguirre is a founder, entrepreneur, Spanish-speaking Latina, on-air spokesperson, and a long-time advocate of strengthening U.S. and Latin America relations. She has a 35-year track record successfully building, operating, and scaling businesses. She founded Walker Advertising LLC, a leading direct response advertising agency serving the U.S. Latino market and legal industry. While CEO, her company invested more than $500 million in national Spanish Language media, providing legal access to Latinos in U.S. through its leading brands, Los Defensores LLC and The Defenders at 1-800-THELAW2. Together they own the largest market share in the U.S. She currently serves as the Managing Partner in her national law firm, WH Legal Group LLP, as a non-attorney responsible for generating hundreds of cases via mass media and Chief Strategy Officer for Walker Firm LLP.

As a volunteer for the Biden-Harris campaign, she served on Biden's Latin America Foreign Policy Team and contributed her expertise to spearhead a national media campaign to ensure a historic Latino voter turnout, including the development of Spanish language public service announcements, which aired over 600 Spanish language stations nationally. In 2022, Walker served as Senior Advisor of The Atlantic Council for the Summit of the Americas.

Throughout her career, she has served on numerous boards to support the Latino community including serving on the Advisory Board of the Woodrow Wilson Center, Latin American Program; the Atlantic Council's Adrienne Arsht Latin America Center; Vice Chair of the Pacific Council's Mexico

**APP2817**

Initiative; and on the Board of Directors for Loyola Marymount University, Providence Little Company of Mary, ALTAMED and co-chair of LATAM group for Women Execs on Boards.

**Christine M. Warnke, Member, President's Advisory Committee on the Arts**

Dr. Christine Warnke is a global business executive with particular expertise in international humanitarian initiatives and economic development. Her 35+ year professional career reflects a lifelong dedication to public service, including work in the Office of the Senate Majority Leader and a Presidential appointment to a U.S. Senate-confirmed position on the Board of the National Institute of Building Sciences. Her commitment to the arts and humanities includes her service on the Board of the National Museum of African Art of the Smithsonian Institution as well as decades-long work in promoting the arts and humanities on local, national, and international platforms.

Most recently, Warnke served in the Executive Office of Mayor Muriel Bowser and as Chief of International Affairs and Protocol Officer for the District of Columbia. She was also elected to serve as the State Representative for Washington, DC for Sister Cities International, which is dedicated to enriching people-to-people cooperation worldwide.

Her commitment to global women's and children's issues has led her to helping African women and girls gain greater economic opportunities, and she has also served on a number of international nonprofit boards. Her work has provided assistance to orphanages in Romania, fostered a national children's identification program in Angola, and provided safe drinking water access to Muslim Indian village women. Warnke was also the founding President of a U.S. ethnic-American professional women's organization. She earned her PhD in American Studies at the University of Maryland, and was subsequently awarded Alumna of the Year from the College of Public Health.

###

APP2818

# Exhibit O-90



Confidential

SMMT-OAN04082002
SMMT-OAN04082002



Confidential

SMMT-OAN04082003
SMMT-OAN04082002

# Exhibit O-91



Attorney's Eyes-Only

SMMT-OAN09825988
SMMT-OAN09825988



Attorney's Eyes-Only

SMMT-OAN09825989
SMMT-OAN09825988



Attorney's Eyes-Only

SMMT-OAN09825990
SMMT-OAN09825988

**APP2825**



Attorney's Eyes-Only

SMMT-OAN09825991
SMMT-OAN09825988

# Exhibit O-92



Confidential



Confidential

# Exhibit O-93

# Congress of the United States
## Washington, DC 20510

December 6, 2019

Stephen D. Owens
Managing Director
Staple Street Capital Group, LLC
1290 Avenue of the Americas, 10th Floor
New York, New York 10104

Hootan Yaghoobzadeh
Managing Director
Staple Street Capital Group, LLC
1290 Avenue of the Americas, 10th Floor
New York, New York 10104

Dear Messrs. Owens and Yaghoobzadeh:

We are writing to request information regarding Staple Street Capital Group, LLC's
(Staple Street) investment in Dominion Voting System (Dominion) one of three election
technology vendors responsible for developing, manufacturing and maintaining the vast majority
of voting machines and software in the United States, and to request information about your
firm's structure and finances as it relates to this company.

Some private equity funds operate under a model where they purchase controlling interests in
companies and implement drastic cost-cutting measures at the expense of consumers, workers,
communities, and taxpayers. Recent examples include Toys "R" Us and Shopko.[1] For that
reason, we have concerns about the spread and effect of private equity investment in many
sectors of the economy, including the election technology industry—an integral part of our
nation's democratic process. We are particularly concerned that secretive and "trouble-plagued
companies,"[2] owned by private equity firms and responsible for manufacturing and maintaining
voting machines and other election administration equipment, "have long skimped on security in
favor of convenience," leaving voting systems across the country "prone to security problems."[3]
In light of these concerns, we request that you provide information about your firm, the portfolio

---

[1] Atlantic, "The Demise of Toys 'R' Us Is a Warning," Bryce Covert, July/August 2018 issue,
https://www.theatlantic.com/magazine/archive/2018/07/toys-r-us-bankruptcy-private-equity/561758/; Axios, "How
workers suffered from Shopko's bankruptcy while Sun Capital made money," Dan Primack, "How workers suffered
from Shopko's bankruptcy while Sun Capital made money," June 11, 2019, https://www.axios.com/shopko-
bankruptcy-sun-capital-547b97ba-901c-4201-92cc-6d3168357fa3.html.
[2] ProPublica, "The Market for Voting Machines Is Broken. This Company Has Thrived in It.," Jessica Huseman,
October 28, 2019, https://www.propublica.org/article/the-market-for-voting-machines-is-broken-this-company-has-
thrived-in-it.
[3] Associated Press News, "US Election Integrity Depends on Security-Challenged Firms," Frank Bajak, October 28,
2019, https://apnews.com/f6876669cb6b4e4c9850844f8e015b4c.

companies in which it has invested, the performance of those investments, and the ownership and financial structure of your funds.

Over the last two decades, the election technology industry has become highly concentrated, with a handful of consolidated vendors controlling the vast majority of the market. In the early 2000s, almost twenty vendors competed in the election technology market.[4] Today, three large vendors—Election Systems & Software, Dominion, and Hart InterCivic—collectively provide voting machines and software that facilitate voting for over 90% of all eligible voters in the United States.[5] Private equity firms reportedly own or control each of these vendors, with very limited "information available in the public domain about their operations and financial performance."[6] While experts estimate that the total revenue for election technology vendors is about $300 million, there is no publicly available information on how much those vendors dedicate to research and development, maintenance of voting systems, or profits and executive compensation.[7]

Concentration in the election technology market and the fact that vendors are often "more seasoned in voting machine and technical services contract negotiations" than local election officials, give these companies incredible power in their negotiations with local and state governments. As a result, jurisdictions are often caught in expensive agreements in which the same vendor both sells or leases, and repairs and maintains voting systems–leaving local officials dependent on the vendor, and the vendor with little incentive to substantially overhaul and improve its products.[8] In fact, the Election Assistance Commission (EAC), the primary federal body responsible for developing voluntary guidance on voting technology standards, advises state and local officials to consider "the cost to purchase or lease, operate, and maintain a voting system over its life span … [and to] know how the vendor(s) plan to be profitable" when signing contracts, because vendors typically make their profits by ensuring "that they will be around to maintain it after the sale." The EAC has warned election officials that "[i]f you do not manage the vendors, they will manage you."[9]

Election security experts have noted for years that our nation's election systems and infrastructure are under serious threat. In January 2017, the U.S. Department of Homeland Security designated the United States' election infrastructure as "critical infrastructure" in order to prioritize the protection of our elections and to more effectively assist state and local election

[4] Bloomberg, "Private Equity Controls the Gatekeepers of American Democracy," Anders Melin and Reade Pickert, November 3, 2018, https://www.bloomberg.com/news/articles/2018-11-03/private-equity-controls-the-gatekeepers-of-american-democracy.
[5] Penn Wharton Public Policy Initiative, "The Business of Voting," July 2018, https://publicpolicy.wharton.upenn.edu/live/files/270-the-business-of-voting.
[6] Id.
[7] Id.
[8] Brennan Center for Justice, "America's Voting Machines at Risk," Lawrence Norden and Christopher Famighetti, 2015, https://www.brennancenter.org/sites/default/files/publications/Americas_Voting_Machines_At_Risk.pdf; Penn Wharton Public Policy Initiative, "The Business of Voting," July 2018, https://publicpolicy.wharton.upenn.edu/live/files/270-the-business-of-voting.
[9] U.S. Election Assistance Commission, "Ten Things to Know About Selecting a Voting System," October 14, 2017, https://www.eac.gov/documents/2017/10/14/ten-things-to-know-about-selecting-a-voting-system-cybersecurity-voting-systems-voting-technology/.

officials in addressing these risks.[10] However, voting machines are reportedly falling apart across the country, as vendors neglect to innovate and improve important voting systems, putting our elections at avoidable and increased risk.[11] In 2015, election officials in at least 31 states, representing approximately 40 million registered voters, reported that their voting machines needed to be updated, with almost every state "using some machines that are no longer manufactured."[12] Moreover, even when state and local officials work on replacing antiquated machines, many continue to "run on old software that will soon be outdated and more vulnerable to hackers."[13]

In 2018 alone "voters in South Carolina [were] reporting machines that switched their votes after they'd inputted them, scanners [were] rejecting paper ballots in Missouri, and busted machines [were] causing long lines in Indiana."[14] In addition, researchers recently uncovered previously undisclosed vulnerabilities in "nearly three dozen backend election systems in 10 states."[15] And, just this year, after the Democratic candidate's electronic tally showed he received an improbable 164 votes out of 55,000 cast in a Pennsylvania state judicial election in 2019, the county's Republican Chairwoman said, "[n]othing went right on Election Day. Everything went wrong. That's a problem."[16] These problems threaten the integrity of our elections and demonstrate the importance of election systems that are strong, durable, and not vulnerable to attack.

Staple Street reportedly owns or has had investments in Dominion, a major election technology vendor. In order to help us understand your firm's role in this sector, we ask that you provide answers to the following questions no later than December 20, 2019.

1. Please provide the disclosure documents and information enumerated in Sections 501 and 503 of the *Stop Wall Street Looting Act*.[17]

2. Which election technology companies, including all affiliates or related entities, does Staple Street have a stake in or own? Please provide the name of and a brief description of the services each company provides.

---

[10] Department of Homeland Security, "Statement by Secretary Jeh Johnson on the Designation of Election Infrastructure as a Critical Infrastructure Subsector," January 6, 2017, https://www.dhs.gov/news/2017/01/06/statement-secretary-johnson-designation-election-infrastructure-critical.
[11] AP News, "US election integrity depends on security-challenged firms," Frank Bajak, October 29, 2018, https://apnews.com/f6876669cb6b4e4c9850844f8e015b4c; Penn Wharton Public Policy Initiative, "The Business of Voting," July 2018, https://publicpolicy.wharton.upenn.edu/live/files/270-the-business-of-voting.
[12] Brennan Center for Justice, "America's Voting Machines at Risk," Lawrence Norden and Christopher Famighetti, 2015, https://www.brennancenter.org/sites/default/files/publications/Americas_Voting_Machines_At_Risk.pdf.
[13] Associated Press, "AP Exclusive: New election systems use vulnerable software," Tami Abdollah, July 13, 2019, https://apnews.com/e5e070c31f3c497fa9e6875f426ccde1.
[14] Vice, "Here's Why All the Voting Machines Are Broken and the Lines Are Extremely Long," Jason Koebler and Matthew Gault, November 6, 2018, https://www.vice.com/en_us/article/59vzgn/heres-why-all-the-voting-machines-are-broken-and-the-lines-are-extremely-long.
[15] Vice, "Exclusive: Critical U.S. Election Systems Have Been Left Exposed Online Despite Official Denials," Kim Zetter, August 8, 2019, https://www.vice.com/en_us/article/3kxzk9/exclusive-critical-us-election-systems-have-been-left-exposed-online-despite-official-denials.
[16] New York Times, "A Pennsylvania Country's Election Day Nightmare Underscores Voting Machine Concerns," Nick Corasaniti, November 30, 2019, https://www.nytimes.com/2019/11/30/us/politics/pennsylvania-voting-machines.html.
[17] Stop Wall Street Looting Act, S.2155, https://www.congress.gov/bill/116th-congress/senate-bill/2155.

a. Which election technology companies, including all affiliates or related entities, has Staple Street had a stake in or owned in the past twenty years? Please provide the name of and a brief description of the services each company provides or provided.

b. For each election technology company Staple Street had a stake in or owned in the past twenty years, including all affiliates or related entities, please provide the following information for each year that the firm has had a stake in or owned this company and the five years preceding the firm's investment.
   i. The name of the company
   ii. Ownership stake
   iii. Total revenue
   iv. Net income
   v. Percentage of revenue dedicated to research and development
   vi. Total number of employees
   vii. A list of all state and local jurisdictions with which the company has a contract to provide election related products or services
   viii. Other private-equity firms that own a stake in the company

3. Has any election technology company, including all affiliates or related entities, in which Staple Street has an ownership stake or has had an ownership stake in the last twenty years, been found to have been in noncompliance with the EAC's Voluntary Voting System Guidelines? If so, please provide a copy of each EAC noncompliance notice received by the company and a description of what steps the company took to resolve each issue.

4. Has any election technology company, including all affiliates or related entities, in which Staple Street has an ownership stake or has had an ownership stake in the last twenty years, been found to have been in noncompliance with any state or local voting system guidelines or practices? If so, please provide a list of all such instances and a description of what steps the company took to resolve each issue.

5. Has any election technology company, including all affiliates or related entities, in which Staple Street has an ownership stake or has had an ownership stake in the last twenty years, been found to have violated any federal or state laws or regulations? If so, please provide a complete list, including the date and description, of all such violations.

6. Has any election technology company, including all affiliates or related entities, in which Staple Street has an ownership stake or has had an ownership stake in the last twenty years, reached a settlement with any federal or state law enforcement entity related to a potential violation of any federal or state laws or regulations? If so, please provide a complete list, including the date and description, of all such settlements.

4

**APP2834**

7.  Has any election technology company, including all affiliates or related entities, in which Staple Street has an ownership stake or has had an ownership stake in the past twenty years, reached a settlement with any state or local jurisdiction related to a potential violation of or breach of contract? If so, please provide a complete list, including the date and description, of all such settlements.

Thank you for your attention to this matter.

Sincerely,

Elizabeth Warren
United States Senator

Amy Klobuchar
United States Senator

Ron Wyden
United States Senator

Mark Pocan
Member of Congress

5

# Exhibit O-94

12/8/23, 11:40 PM                    Vice President Kamala Harris on X: "I'll say it again: Russia can't hack a piece of paper. That's why I cosponsored a bill to manda…



12/8/23, 11:40 PM                    Vice President Kamala Harris on X: "I'll say it again: Russia can't hack a piece of paper. That's why I cosponsored a bill to manda…

X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Communities

Premium

Profile

More

**Post**

Gabriela Maria
@gmaria12

...                              @Dan_A_Gillies has been muted.    **Undo**

**Messages**    

**APP2838**

# Exhibit O-95

Resize A A A

# Roger Piñate

## Director – Smartmatic Global Board

As President of Smartmatic, Roger is responsible for the execution of strategic efforts and daily business functions worldwide. But perhaps more importantly, Roger is the co-creator of the company's long-term vision and an inspiring leader to team members around the world.

Armed with a degree in Electronic Engineering, Roger co-founded Smartmatic with two partners. In the 20 years since he has been responsible for carrying out successful projects in the USA, Latin America, Europe and Asia.

Roger played a critical role in planning and executing the world's largest election using optical scanners (in the Philippines) and in Smartmatic winning the largest election contract in US history (in Los Angeles).

His experiences prepared him to lead the company's day-to-day operations as COO, determining its operational focus and driving continual improvement across all business areas. Roger became company president in 2018. As such, he oversees the organizations management team across all functional and business units, including Human Resources, Information Technology, Sales and Marketing. He also sets the production strategy and industrial design processes for Smartmatic's products and the structure of it service offerings.

In addition to his operational responsibilities, Roger continues to play a key role in nurturing Smartmatic's strategic relationships with clients. He also maintains hands-on involvement with Smartmatic-supported election events around the world.

Roger holds a seat on the company's global Board of Directors.

**APP2840**

# Exhibit O-96

THIS REPORT IS NOT A FINAL ORDER OF DISCIPLINE*

**DISTRICT OF COLUMBIA COURT OF APPEALS**
**BOARD ON PROFESSIONAL RESPONSIBILITY**
**AD HOC HEARING COMMITTEE**

FILED

Jul 7 2023 11:56am

Board on Professional Responsibility

In the Matter of:                            :
                                             :
    **RUDOLPH W. GIULIANI,**                  :
                                             :
**Respondent.**                              :   **Board Docket No. 22-BD-027**
                                             :   **Disciplinary Docket No. 2020-D253**
                                             :
**A Temporarily Suspended Member of**        :
**the Bar of the District of Columbia**      :
**Court of Appeals**                         :
**(Bar Registration No. 237255)**            :

**REPORT AND RECOMMENDATION**
**OF AD HOC HEARING COMMITTEE**

**INTRODUCTION**

Disciplinary Counsel charged Respondent Rudolph W. Giuliani with violating

Pennsylvania Rules of Professional Conduct 3.1 and 8.4(d), based on his prosecution

of a lawsuit in Pennsylvania following the 2020 presidential election.

The hearing in this disciplinary matter took place on December 5-8 and 15,

2022.  Former President Donald Trump waived his attorney-client privilege, and

Respondent testified at the hearing about all matters relevant to post-election

litigation.  Tr. 1207.[1]

_____

1    The hearing transcript is designated as "Tr."  Disciplinary Counsel's and
Respondent's exhibits are designated "DCX" and "RX," respectively.  "FF"
indicates our Findings of Fact.

* Consult the 'Disciplinary Decisions' tab on the Board on Professional
Responsibility's website (www.dcattorneydiscipline.org) to view any subsequent
decisions in this case.

facts." *Hutchinson*, 534 A.2d at 924 (quoting *In re Haupt*, 422 A.2d 768, 771 (D.C. 1980) (per curiam)).

In this case, Mr. Giuliani committed two disciplinary rule violations, but since the Rule 8.4(d) violation is based on the same conduct as the Rule 3.1 violation, we do not view it as an aggravating factor.  Moreover, even though Respondent has been suspended by the New York Courts, that action is not final and therefore we do not consider it as prior discipline.  As well, prejudice to Mr. Giuliani's clients is not a relevant consideration in this case.

The issue of dishonesty strikes closer to the mark.  We cannot clearly and convincingly say that Mr. Giuliani intentionally lied to the District Court in connection with the Pennsylvania litigation, and he was not charged with doing so. But his hyperbolic claims of election fraud and the core thesis of the Pennsylvania litigation were utterly false, and recklessly so.  Mr. Giuliani's rash overstatement claiming that the election was stolen had no evidence to support it.  FF 28.  His utter disregard for facts denigrates the legal profession:

> False statements intended to foment a loss of confidence in our elections . . . damage the proper functioning of a free society.  When those false statements are made by an attorney, it also erodes the public's confidence in the integrity of attorneys admitted to our bar and damages the profession's role as a crucial source of reliable information . . . . It tarnishes the reputation of the entire legal profession and its mandate to act as a trusted and essential part of the machinery of justice . . . .

*Giuliani*, 146 N.Y.S.3d at 283 (citations omitted).

# Exhibit O-97



# ENSURING FAIRNESS AND ACCURACY IN ELECTIONS INVOLVING ELECTRONIC VOTING SYSTEMS

# HEARING

BEFORE THE

## SUBCOMMITTEE ON INFORMATION POLICY, CENSUS, AND NATIONAL ARCHIVES

OF THE

## COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM

## HOUSE OF REPRESENTATIVES

ONE HUNDRED TENTH CONGRESS

FIRST SESSION

APRIL 18, 2007

## Serial No. 110–5

Printed for the use of the Committee on Oversight and Government Reform



Available via the World Wide Web: http://www.gpoaccess.gov/congress/index.html
http://www.oversight.house.gov

U.S. GOVERNMENT PRINTING OFFICE

35–768 PDF          WASHINGTON : 2007

For sale by the Superintendent of Documents, U.S. Government Printing Office
Internet: bookstore.gpo.gov   Phone: toll free (866) 512–1800; DC area (202) 512–1800
Fax: (202) 512–2250   Mail: Stop SSOP, Washington, DC 20402–0001

## COMMITTEE ON OVERSISGHT AND GOVERNMENT REFORM

HENRY A. WAXMAN, California, *Chairman*

TOM LANTOS, California
EDOLPHUS TOWNS, New York
PAUL E. KANJORSKI, Pennsylvania
CAROLYN B. MALONEY, New York
ELIJAH E. CUMMINGS, Maryland
DENNIS J. KUCINICH, Ohio
DANNY K. DAVIS, Illinois
JOHN F. TIERNEY, Massachusetts
WM. LACY CLAY, Missouri
DIANE E. WATSON, California
STEPHEN F. LYNCH, Massachusetts
BRIAN HIGGINS, New York
JOHN A. YARMUTH, Kentucky
BRUCE L. BRALEY, Iowa
ELEANOR HOLMES NORTON, District of
    Columbia
BETTY McCOLLUM, Minnesota
JIM COOPER, Tennessee
CHRIS VAN HOLLEN, Maryland
PAUL W. HODES, New Hampshire
CHRISTOPHER S. MURPHY, Connecticut
JOHN P. SARBANES, Maryland
PETER WELCH, Vermont

TOM DAVIS, Virginia
DAN BURTON, Indiana
CHRISTOPHER SHAYS, Connecticut
JOHN M. McHUGH, New York
JOHN L. MICA, Florida
MARK E. SOUDER, Indiana
TODD RUSSELL PLATTS, Pennsylvania
CHRIS CANNON, Utah
JOHN J. DUNCAN, JR., Tennessee
MICHAEL R. TURNER, Ohio
DARRELL E. ISSA, California
KENNY MARCHANT, Texas
LYNN A. WESTMORELAND, Georgia
PATRICK T. McHENRY, North Carolina
VIRGINIA FOXX, North Carolina
BRIAN P. BILBRAY, California
BILL SALI, Idaho
—— ——

PHIL SCHILIRO, *Chief of Staff*
PHIL BARNETT, *Staff Director*
EARLEY GREEN, *Chief Clerk*
DAVID MARIN, *Minority Staff Director*

## SUBCOMMITTEE ON INFORMATION POLICY, CENSUS, AND NATIONAL ARCHIVES

WM. LACY CLAY, Missouri, *Chairman*

PAUL E. KANJORSKI, Pennsylvania
CAROLYN B. MALONEY, New York
JOHN A. YARMUTH, Kentucky
PAUL W. HODES, New Hampshire

MICHAEL R. TURNER, Ohio
CHRIS CANNON, Utah
BILL SALI, Idaho

TONY HAYWOOD, *Staff Director*

(II)

**APP2846**

11

Mr. CLAY. Thank you very much, Mr. Turner.

Are there any other Members who would like to have an opening statement? Mrs. Maloney.

Mrs. MALONEY. Thank you, Mr. Chairman. I thank Chairman Clay and Ranking Member Turner for holding today's hearing about an issue that deeply concerns me, the accuracy of our Nation's voting systems.

Our representative democracy depends upon the integrity of the voting system, and it is imperative that the machines are secure and reliable. Questions have been raised about the security and reliability of electronic voting systems, including weak security controls and design flaws, among other concerns.

In the 2004 election, millions of voters used electronic voting machines that lacked a voter-verified paper audit trail. Nationwide, the problems included broken voting machines and inaccurately recorded votes, where in a few jurisdictions the votes were switched from John Kerry to George Bush and vice versa.

Maryland experienced so many problems with its electronic voting machines in the September 2006 primary that its Governor urged residents to vote with absentee ballots to ensure that their votes were counted.

I support requiring voting machines to have a voter-verifiable paper audit trail, and I am a cosponsor of H.R. 811, the Voter Confidence and Increased Accessibility Act, which would require a voter-verified permanent paper record or hard copy.

The American people also deserve to know who is manufacturing and controlling the voting machines they are using, and if these machines are at risk for outside manipulation.

Last year, I raised the possibility in front of the Committee on Foreign Investment in the United States Review Board of Smartmatic's purchase in 2005 of Sequoia Voting Machines because of my concerns that a foreign government—in this case, Venezuela—was investing in or owning the company that supplies voting machines for U.S. elections.

CFIUS looks at national security threats. I can't think of a larger national security threat than not having the total integrity of your voting machines.

For a few years, questions surrounded Smartmatic about its ownership and its possible ties and control by the Venezuelan government. In December, Smartmatic announced that it would sell Sequoia voting machines. There clearly were doubts about this company, and as long as those doubts lingered, many people would have legitimate questions about the integrity of those voting machines.

It is time to institute procedures that ensure that election results can be audited to ensure accuracy. If the American public does not have faith that their votes will be recorded accurately, they may decide to stay home on election day, which would undermine our democracy.

I look forward to hearing the witnesses. Again, I can't think of a more important issue that we could be looking at than the integrity of our voting machines.

Thank you.

[The prepared statement of Hon. Carolyn B. Maloney follows:]

# Exhibit O-98

# A Crucial Vote for Venezuela and a Company

Most Venezuelans see the coming referendum on the rule of President Hugo Chávez as a chance to rebuild this divided nation. But Antonio Mugica, chief executive of the networking company Smartmatic, sees a phenomenal marketing opportunity for his company's voting technology.

Smartmatic's voting machines will be used for the first time in the Aug. 15 referendum that is likely to be one of Venezuela's most hotly contested elections, making the company's baptism by fire an all-or-nothing gamble that its first electoral count will be flawless.

"If we can prove that this product works under the most hostile of conditions, we can sell it anywhere in the world," said Mr. Mugica, a 30-year-old Venezuelan electronic engineer, in an interview in his downtown Caracas office. "That's our marketing strategy."

The gamble is a big one. Smartmatic will have to navigate the turbulent waters of Venezuela's political struggle, which in just over two years has led to a coup d'état that briefly removed Mr. Chávez from power and a two-month strike that briefly almost shut down the crucial oil industry. Any operational glitches leading to accusations of fraud or vote manipulation would scar the company's reputation.

But if all goes well, Smartmatic could become a rising star of the budding world of electronic voting, which in this year's United States presidential elections will be used by an estimated 30 percent of voters, compared with 9 percent in 2000, according to one election expert.

Smartmatic expects its sales to rise from less than $10 million in 2003 to more than $100 million this year, and it expects steady growth if the recall vote goes without a hitch.

Mr. Mugica and his childhood friend Alfredo Anzola opened Smartmatic in Boca Raton, Fla., in 1999, intent on developing applications for the emerging field of device networking, which allows electronic devices like cameras and alarm systems to share information.

But after living through the Palm Beach County ballot-counting uproar in the 2000 presidential elections, the two decided that the best application of their networking platform was as an electronic voting system.

This year, Smartmatic teamed with the Venezuelan telephone company CANTV, which is 6.6 percent owned by the government, and a Florida engineering company, Bizta, to form a consortium called SBC. In February, the group won a $63 million contract to sell 20,000 of its newly designed SAES 3000 election machines and licenses for their software to Venezuelan authorities for $63 million and a $27 million contract for service during the recall vote.

But this booming business has not come easy. Opposition leaders attacked the electoral authority's decision to hire a company with no electoral experience for such a sensitive vote, complaining that the selection process had not been open enough. The credibility of Smartmatic took another hit in May when The Miami Herald reported that the Venezuelan government owned a 28 percent stake in Smartmatic's partner company Bizta, leading the opposition to suspect that the government would rig the results. Bizta quickly bought out the government's stake.

Smartmatic representatives said they never expected the subject of impartiality to come up, indicating that the company was as inexperienced in managing its public image as it was in counting votes.

**APP2849**

Critics of electronic voting also say that Smartmatic is providing an overengineered solution to a situation where a manual count would work just as well.

"The Venezuelan referendum has to be the simplest election I've ever heard of -- yes versus no," says Aviel Rubin, an associate professor of computer science at Johns Hopkins University who has researched electronic voting. "A paper ballot vote with a manual vote count would be the most transparent way to hold this election."

Mr. Mugica says the country's long history of electoral fraud makes this impossible. But even opposition leaders admit they are less wary of Smartmatic than of the National Electoral Council, Venezuela's electoral authority, which is dominated by a pro-Chávez directors. In March, the board, citing technicalities, discarded hundreds of thousands of signatures requesting the recall referendum. The action led to violent protests that left 14 dead and dozens wounded.

Last Sunday, Smartmatic held test votes in more than 4,000 locations around the country to prove the reliability of its voting machines, which include encryption that the company says will make fraud statistically impossible. The company's touch-screen voting machines, roughly the size of a desktop printer, are the first of their kind to print a paper record that allows for a manual recount.

The test vote used the country's two rival baseball teams as candidates, the Leones of Caracas and the nearby Valencia Magallanes team. The results, however, were not released, as Mr. Chávez is a known Magallanes fan, an indication of the political eggshells the company is walking on.

Ezequiel Zamora, an opposition director on the National Electoral Council, said of the technical performance, "The equipment worked perfectly."

Mr. Mugica, who as a 9-year-old was already programming simple video games on a 1983 Hewlett-Packard 86B desktop computer, says he believes that electronic voting is an improvement over manual-count elections. Nonetheless, he acknowledges that his engineering background gives him an unusual perspective on elections.

"Venezuelans are obsessed with the referendum for its political implications," he said. "But for me, it's really just a networking challenge."

# Exhibit O-99



Confidential

SMMT-OAN07690483
SMMT-OAN07690483



Confidential

SMMT-OAN07690484
SMMT-OAN07690483

**APP2853**



Confidential

SMMT-OAN07690485
SMMT-OAN07690483



Confidential

SMMT-OAN07690486
SMMT-OAN07690483

**APP2855**

# Exhibit O-100



Confidential



Confidential

SMMT-OAN08118716
SMMT-OAN08118715

# Exhibit O-101

# LEADERSHIP

The Open Society leadership team works alongside our staff, partners, and grantees to help promote the values of justice, democracy, and human rights in over 120 countries throughout the world. Our senior management represents the needs and concerns of the network, from organization and oversight to strategy and impact.

</george-soros>



## George Soros

Founder

George Soros launched his philanthropic work in South Africa in 1979. Since then he has given over $32 billion to fund the Open Society Foundations, which work in over 120 countries around the world.

<https://www.opensocietyfoundations.org/who-we-are/board-of-directors/alexander-soros>



## Alexander Soros

Chair

Alexander Soros is chair of the Board of Directors.

# SENIOR MANAGEMENT

| Executive Leadership Team | ⌄ |
| --- | --- |

**APP2860**

<https://www.opensocietyfoundations.org/who-we-are/leadership/mark-malloch-brown>

<https://www.opensocietyfoundations.org/who-we-are/leadership/pedro-abramovay>

<https://www.opensocietyfoundations.org/who-we-are/leadership/sandra-breka>

  

**Mark Malloch-Brown**

President

**Pedro Abramovay**

Vice President, Programs

**Sandra Breka**

Vice President and Chief Operating Officer

<https://www.opensocietyfoundations.org/who-we-are/leadership/binaifer-nowrojee>



**Binaifer Nowrojee**

Vice President, Programs

# Exhibit O-102

APP2862



Confidential

SMMT-OAN03929683
SMMT-OAN03929683

# Exhibit O-103



Confidential

SMMT-OAN03830996
SMMT-OAN03830996

# Exhibit O-104



Confidential

SMMT-OAN01150916
SMMT-OAN01150916

**APP2867**



Confidential

SMMT-OAN01150917
SMMT-OAN01150916



Confidential

# Exhibit O-105

Document Withheld for Privilege

Confidential

SMMT-OAN08132958
SMMT-OAN08132958



Confidential

SMMT-OAN08132959
SMMT-OAN08132959



Confidential

SMMT-OAN08132960
SMMT-OAN08132960

**APP2873**



2

Confidential

SMMT-OAN08132961
SMMT-OAN08132960

**APP2874**



Confidential

SMMT-OAN08132962
SMMT-OAN08132962



Confidential

SMMT-OAN08132963
SMMT-OAN08132963

**APP2876**



Confidential

# Exhibit O-106

Samira Saba - Website Test





# Samira Saba

## Director - Communications

Resize   A   A↑   A↑

**APP2879**

Samira runs our Communications, leading PR and marketing efforts, and the overall communications strategy for all the projects executed by the company. She has worked side by side with the Chairman, the CEO and other top executives in devising media and public relations campaigns; managing brand and reputation; and coordinating digital and social activities. Samira has also led the company's effort to increase awareness on the benefits of voting technologies, and the importance of well-run elections in the advancement of societies.

Before her present duties in Smartmatic, Samira worked in several important internet portals where, among others, she was in charge of the content of the digital edition of El Universal. As a journalist, she coordinated the publishing of articles demanding the right to vote for Venezuelans living abroad. This effort contributed to the decision of the Venezuelan election commission to open voting centers in embassies around the world for the first time.

Samira has a Bachelor's degree in Journalism and a Master's degree in Organizational Communication, both from the Andres Bello Catholic University.



**APP2880**





© Smartmatic. All rights reserved

**APP2881**

# Exhibit O-107





02

**JUL**

**2018**

# Registrar-Recorder/County Clerk signs contract with Smartmatic USA

By Michael Sanchez     No comments yet     Uncategorized

On June 13, 2018, Los Angeles County Registrar-Recorder/County Clerk Dean Logan officially signed the contract with Smartmatic USA making them the Voting Solutions for All People's (VSAP) Prime Contractor and Systems Integrator. Smartmatic USA will assist the Registrar-Recorder/County Clerk (RR/CC) in manufacturing and implementing components of a new voting experience for Los Angeles County scheduled for introduction in the March 2020 California Presidential Primary election.

Following an extensive 9-month bidding and evaluation process, Smartmatic USA was selected after being scored by technical, legal and financial evaluators in accordance with Los Angeles County's competitive procurement policies. The Los Angeles County Board of Supervisors unanimously approved the contract during on June 12, 2018.

Smartmatic USA and its team will be responsible for systems integration, engineering and manufacturing of the system components that were designed by and for Los Angeles County voters with a focus on security, accessibility and usability.

**APP2883**

The revolutionary new voting experience will make it easier for all Los Angeles County voters, including voters with disabilities and multilingual voters.

**APP2884**

# Exhibit O-108



Los Angeles County Registrar-Recorder/County Clerk

**DEAN C. LOGAN**
Registrar-Recorder/County Clerk

June 12, 2018

The Honorable Board of Supervisors
County of Los Angeles
383 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012

Dear Supervisors:

**ADOPTED**
BOARD OF SUPERVISORS
COUNTY OF LOS ANGELES

**22    June 12, 2018**

CELIA ZAVALA
ACTING EXECUTIVE OFFICER

**APPROVE CONTRACT WITH SMARTMATIC USA CORPORATION
FOR PRIME CONTRACTOR IMPLEMENTATION SERVICES
UNDER THE VOTING SOLUTIONS FOR ALL PEOPLE (VSAP) PROJECT**

**(ALL SUPERVISORIAL DISTRICTS)
(3 VOTES)**

**CIO RECOMMENDATION: APPROVE (X) APPROVE WITH MODIFICATION ( )
DISAPPROVE ( )**

**SUBJECT**

The Registrar-Recorder/County Clerk (RR/CC) requesting Board approval of a new Contract (#18-003) with Smartmatic USA Corporation (Smartmatic) to manufacture (hardware and software) and implement new custom-designed ballot marking devices (BMDs) in collaboration with Los Angeles County (County) under the Voting Solutions for All People (VSAP) Project; and (ii) delegation of authority to the RR/CC to amend the Contract. The resulting VSAP solution will go through testing and Secretary of State certification for full implementation for the 2020 Presidential Election cycle.

**IT IS RECOMMENDED THAT THE BOARD:**

1. Delegate authority to the RR/CC, or designee, to execute a Contract with Smartmatic to provide prime contractor services described under VSAP, substantially similar to Attachment I, effective June 12, 2018, through March 31, 2027 with three, 2-year optional extensions throughMarch 31, 2033, for a maximum dollar amount of $282,097,321, including extensions.

2. Delegate authority to the RR/CC, or designee, to execute future amendments to extend the

**APP2886**

The Honorable Board of Supervisors
6/12/2018
Page 6

to be an innovative, flexible, effective, and transparent partner focused on advancing the common good.

## FISCAL IMPACT/FINANCING

The total cost for the agreement is $282,097,321, which has been included in the costs projections presented to the CEO. The funding request for FY 2018-19 was submitted to the CEO and was recommended for approval as part of Final Changes. Funding to finance the future years will be requested through the annual budget process.

The RR/CC intends to fund the recommended solution with a combination of funding sources for FY 2018-19. This includes previously allocated Voting Modernization Bond Act Funding (Prop41). The RR/CC has a total of $49M available for this effort pending system certification ($9.4M in FY 2018-19 and $39.6M in FY 2019-20). Additionally, the RR/CC is aggressively seeking alternate funding sources at the State and federal levels to mitigate the County's expense. The RR/CC has identified the following potential sources for FY 2019-20 and is awaiting State budget approval and allocation. Based on previous formulas used for voting system replacement funding allocation, the RR/CC anticipates receiving approximately $43.1M from the California State Budget, $11.5M from the federal Consolidated Appropriation of Bill of 2018 and $8M from California Assembly Bill 1886.

In addition, RR/CC is working on revising the election billing methodology to include a fee to recover system implementation costs that will not be covered by the funding sources identified above. Once cost recovery is obtained, the fee will serve to fund future modifications and system replacement, as needed. We will seek guidance and authorization from the Auditor-Controller on how to establish the appropriate trust fund.

Agreement Pricing

The Agreement utilizes a fixed price model. A fixed price model provides significant predictability and control over potential cost changes in the Agreement's pricing through the end of the contract. The Agreement's pricing includes all software license costs, as well as the costs associated with development, manufacturing, implementation and ongoing maintenance and support.

The maximum Contract Sum will not exceed $282,097,321. The Agreement has the following pricing components:

(1) Contract Elements: These costs are comprised of hardware manufacturing, software engineering, implementation (including integration, certification, training, and help desk services), maintenance and support, and estimated taxes. These costs will not exceed $253,677,723.

(2) Optional Work: These costs are comprised of Additional Goods and Services with allocated pool dollars in the total contract value. These costs will not exceed $28,419,598.

## FACTS AND PROVISIONS/LEGAL REQUIREMENTS

The Agreement includes all Board of Supervisors' required provisions.

In accordance with the Board's policy of engaging outside counsel for certain information technology agreements, County Counsel retained the law firm Sidley Austin, LLP (Sidley) to assist in all aspects of this procurement. Sidley, in conjunction with County Counsel, assisted the RR/CC in the

**APP2887**

work provided by or on behalf of the Contractor and ensuring Contractor's compliance with this Contract.

**7.2.3**  The Contractor's Engagement Director shall be available to meet and confer with the County's Engagement Director on an as-needed basis, either in person or by telephone as mutually agreed by the Parties, to review Contract performance and discuss Contract coordination.  Such meetings shall be conducted at a time and place as mutually agreed by the Parties.

## 7.3  CONTRACTOR'S PROJECT MANAGER

**7.3.1**  The Contractor's Project Manager is designated in <u>Exhibit F</u> (Contractor's Administration).  The Contractor shall notify the County in writing of any change in the name or address of the Contractor's Project Manager.

**7.3.2**  The Contractor shall assign a Project Manager, and a designated alternate ("**Alternate Project Manager**"), to act as liaison for the Contractor and have full authority to act on behalf of the Contractor in all matters related to the daily operation of the Contract.  The Project Manager, or the Alternate Project Manager, shall be available on a daily basis, Monday through Friday, during the hours of 8:00 a.m. and 5:00 p.m. Pacific Time and, during Important, Essential and Critical Election Work Periods, between 6:00 a.m. and 10:00 p.m. Pacific Time, for telephone contact and to regularly meet with County personnel regarding the operation of the Contract.

## 7.4  NOTICE OF PERSONNEL CHANGES

The Contractor shall inform the County's Project Director in writing of the names, addresses, and telephone numbers of the individuals designated to act as Project Manager and Alternate Project Manager at the time the Contract is implemented and as changes occurs during the Term of the Contract.  Such notification shall be made by the Contractor no later than five (5) days after a change occurs and shall include a current resume for the new person.  The County shall have the right to approve the assignment or replacement of any personnel recommended by the Contractor.

## 7.5  APPROVAL OF CONTRACTOR'S STAFF

The County has the absolute right to approve or disapprove all of the Contractor's staff performing work hereunder and any proposed changes in the Contractor's staff, including, but not limited to, the Contractor's Project Manager.

## 7.6  CONTRACTOR'S STAFF IDENTIFICATION

**7.6.1**  The Contractor shall provide, at Contractor's expense, all staff assigned to this Contract with a photo ID badge when on the County premises in accordance with the County specifications.  Specifications may change at

the discretion of the County and the Contractor will be provided new specifications as required. The format and content of the badge is subject to the County's approval prior to the Contractor implementing the use of the ID badge. The Contractor staff, while on duty or when entering a County facility or its grounds, shall prominently display the photo ID badge on the upper part of the body. Contractor personnel may be asked by a County representative to leave a County facility if they do not have the proper County ID badge on their person and Contractor personnel must immediately comply with such request.

**7.6.2**   The Contractor shall notify the Department within one (1) day when staff is terminated from working under this Contract. The Contractor shall retrieve and immediately destroy the staff's County photo ID badge at the time of removal from the Contract.

**7.6.3**   If the County requests the removal of the Contractor's staff, the Contractor is responsible to retrieve and immediately destroy the Contractor's staff's County photo ID badge at the time of removal from working on the Contract.

## 7.7   BACKGROUND AND SECURITY INVESTIGATIONS

**7.7.1**   Each of Contractor's staff performing work under this Contract who is in a designated sensitive position, as determined by the County in the County's sole discretion, shall undergo and pass, to the satisfaction of the County, a background investigation as a condition of beginning and continuing to work under this Contract. Such background investigation must be obtained through fingerprints submitted to the California Department of Justice ("**CA DOJ**") to include state, local, and federal level review which may include, but is not limited to, criminal conviction information. At the County's sole and absolute discretion it may accept other completed background checks of equivalent scope as those done using Live Scans through the CA DOJ for non-California residents. Examples of disqualifying factors include, but are not limited to, bribery, robbery, theft, fraud, embezzlement, forgery, extortion and perjury, or possession, sale or attempt to sell a controlled substance, and possession, sale or attempt to sell stolen property, or any felony conviction or conviction of a misdemeanor involving moral turpitude, and job-related misdemeanor convictions. The fees associated with the background investigation shall be at the expense of the Contractor, regardless if the member of the Contractor's staff passes or fails the background investigation. For avoidance of doubt, a person occupies a "sensitive position" if such person (i) makes contributions to project development by making decisions on the architecture of the VSAP Solution, (ii) supervises the development or has control over any part of the VSAP Project or personnel working on the VSAP Project, (iii) develops or has control over any part of the VSAP Project or personnel, (iv) has access to County Contracts and Information, (v) has access to the VSAP Solution,

# Exhibit O-109



### *Los Angeles Times*

CALIFORNIA

# L.A. County has more people than 40 states, but its political power doesn't reflect that



If Los Angeles County were a state, it would rank as the 11th most populous, between Michigan and New Jersey. Above: Beachgoers in Hermosa Beach enjoy their Labor Day 2021 weekend.  (Francine Orr / Los Angeles Times)

BY JUSTIN RAY

MAY 12, 2022 6:30 AM PT

Good morning, and welcome to the Essential California newsletter. It's **Thursday, May 12.** I'm Justin Ray.

**APP2891**

When you actually look at the numbers and the data, they're pretty shocking.

> **For the record:**
>
> **12:19 p.m. May 13, 2022** *A previous version of this newsletter misstated city and county populations in California.*

Los Angeles County had 9,861,224 people as of Jan. 1, 2022. Unless there have been major changes since the 2020 census, that means that only 10 states have more people. (If the county were a state, it would be ranked as the 11th most populous, just below Michigan and just above New Jersey.)

Recently, a map has been making the rounds on social media that makes this point. In the past week, it has been upvoted 84,000 times on Reddit and retweeted nearly 10,000 times on the bird app.

In terms of states, California is, of course, the most populous; our nearest rival, Texas, has nearly 10 million fewer residents. Our borders contain one in every eight people in America. Our population density gives weight to the popular saying, "As California goes, so goes the nation." It puts us in a position to lead when it comes to policies pushed by our local and state governments, such as expanding civil rights, moving toward sustainable energy and addressing inequality (though we do have many of the world's billionaires as well as a disproportionate share of the nation's homeless).

States with less than one-quarter of California's population, of course, have the same number of U.S. senators.

Eric McGhee, a senior fellow at the Public Policy Institute of California, says the relative imbalance between the biggest state's population and its political power vis-a-vis smaller states is not new. He pointed to the fact that New York had the biggest

**APP2892**

population for decades until 1962, when California finally surpassed the East Coast
state.

But what's different is that small states are more reliably voting Republican than they
have in the past.

"That's making the disproportionality have a partisan implication in a way that for most
of American history it did not, and that's where I think it starts to really pack a punch,"
he explains. He acknowledges that not every small state can be described that way. "But
there's an increasing number of small states — like Wyoming, Nebraska, North Dakota,
South Dakota, Alaska — that are pretty solidly Republican," he adds.

But McGhee says California suffers from the "winner takes all '' form of politics that
leaves political minorities without a voice.

"In the California context, Republicans feel like they're left out because they are
completely shut out of state policy at this point," McGhee says. "It's easy to feel like
you're kind of shut out of policy if your party is in the minority in a particular place."

And now, **here's what's happening across California:**

**A brush fire fueled by intense coastal winds roared into an upscale Laguna
Niguel subdivision** Wednesday evening, burning at least 20 homes and forcing many
to flee. Unlike many wildfires in the region, the Coastal fire was fanned not by Santa Ana
winds from the desert but by strong gusts coming from the Pacific Ocean. Los Angeles
Times

**'I knew those houses were gone':** What it was like as fire consumed a Laguna
Niguel community. Los Angeles Times

APP2893

12/8/23, 1:58 PM                          L.A. County has more people than 40 states, but its political power doesn't reflect that - Los Angeles Times



Firefighters battle the Coastal fire at Coronado Pointe in Laguna Niguel on Wednesday.   (Wally Skalij / Los Angeles Times)

*Note: Some of the sites we link to may limit the number of stories you can access without subscribing.*

## L.A. STORIES

**A Glendale third-grade teacher who nearly a year ago showed videos celebrating gay pride to her students has been involuntarily transferred from her classroom for safety reasons after receiving threats.** The video that has spurred the most objection — and one that some parents said crossed the line of age appropriateness — is "Talking to Kids About Pride Month." Los Angeles Times



Glendale third-grade teacher Tammy Tiber has been involuntarily transferred from her classroom.  (Wally Skalij / Los Angeles Times)

**The family of Anthony Avalos has reached a tentative $32-million settlement with Los Angeles County.** His mother, Heather Barron, and her boyfriend, Kareem Leive, were indicted by a grand jury in 2018 on charges that they murdered and tortured Anthony and also abused two of his siblings in the household. Los Angeles Times

---

### Our daily news podcast

If you're a fan of this newsletter, you'll love our daily podcast "The Times," hosted every weekday by columnist Gustavo Arellano, along with reporters from across our newsroom. Go beyond the headlines. Download and listen on our App, subscribe on Apple Podcasts and follow on Spotify.

APP2895

# POLITICS AND GOVERNMENT

**Vivian Villanueva — wife of Sheriff Alex Villanueva — holds sway in L.A. County Sheriff's Department, officials say.** In interviews, more than 20 current and former sheriff's officials, including many who asked to remain anonymous because they feared retaliation, said she exerts real influence within the department. "I have had many private discussions with my husband about many different aspects of the sheriff's department, and if asked, I will voice my opinions," she told The Times. [Los Angeles Times](#)



Los Angeles County Sheriff Alex Villanueva, right, and his wife Vivian on Friday November 08, 2019. (Irfan Khan/Los Angeles Times)

APP2896

**Column: Karen Bass wants to end homelessness. Are know-how and connections enough?** "On the one hand, she's got experience and connections that would be useful if she's elected mayor. On the other hand, the homelessness epidemic is in large part the result of failures not just at the city level, but at the state and federal levels as well," writes Steve Lopez. Los Angeles Times

## CRIME, COURTS AND POLICING

**Cold case gets solved.** In March 1990, John Carl Burkhardt from Fontana missed a breakfast date with a friend. When the friend went to his home on Mango Avenue, the 71-year-old was found stabbed to death and his home ransacked. Police searched for his killer, but all their leads went cold. On Monday, the Fontana Police Department finally revealed who killed Burkhardt. Los Angeles Times

**Immigration and Customs Enforcement has crafted a surveillance dragnet designed to spy on most people living in the United States — including California residents — without the need for warrants,** a new investigation by the Georgetown Law Center on Privacy & Technology has found. Los Angeles Times

APP2897



David A. Marin, a field office director with Immigration and Customs Enforcement, during a predawn apprehension in Bell Gardens.  (Al Seib / Los Angeles Times)

*FYI: My colleagues on Thursday are hosting a live chat about the Johnny Depp-Amber Heard trial, featuring Emily D. Baker, the former L.A. deputy district attorney who has been tracking the defamation case. [Here's the link to the Twitter Spaces event. It starts at 12 p.m. Pacific time](.)*

---

Support our journalism

[Subscribe to the Los Angeles Times.](#)

## HEALTH AND THE ENVIRONMENT

**Democratic Assemblywoman Mia Bonta, wife of state Atty. Gen. Rob Bonta, disclosed Tuesday that she had an abortion as a 21-year-old.** "I had to weigh all

**APP2898**

of the decisions that came with that reality. And I chose to get an abortion. I chose to own my body," Bonta said. She added that her decision allowed her to break what she called "the cycle of poverty in my family." She joins many public officials, celebrities and musicians who have discussed their own abortions after a leaked draft opinion suggested that the U.S. Supreme Court could strike down the landmark Roe vs. Wade decision. Associated Press

**A case brought by Los Angeles city and county officials alleges that a fraudulent scheme drew in millions from health insurers through COVID-19 testing.** Based on the allegations laid out in court filings, it looks as though "they just took advantage of the weaknesses in the oversight and monitoring of these activities," said Glenn Melnick, a USC professor and expert in healthcare economics and finance. Los Angeles Times

# CALIFORNIA CULTURE

**Facebook whistleblowers allege the platform used blackout to alter law.** Last year, hundreds of Australian emergency services and government pages were blocked on the platform. When it happened, Facebook said it was an accident. However, a whistleblower alleged the company did so on purpose due to a law about tech platforms like Google and Facebook paying news outlets. A Meta spokesperson has denied the blocking of the pages was deliberate. The company, which is based in Menlo Park, has agreed to pay outlets. Wall Street Journal

**Gun ownership data are often limited — and the NRA knows it stands in the way.** California has long played a pivotal role in the study of gun violence. However, the National Rifle Assn. has filed lawsuits challenging that long-established practice. For decades, the NRA has pressured lawmakers to block the collection of ownership data — and denied that its position hinders firearms research. But in a report to board members, the NRA's director of research and information acknowledged that the

group's lobbying has created a major obstacle. The NRA did not respond to calls or emails seeking comment. Trace / Los Angeles Times

---

Free online games

Get our free daily crossword puzzle, sudoku, word search and arcade games in our new game center at latimes.com/games.

## CALIFORNIA ALMANAC

**Los Angeles:** Sunny 77 **San Diego:** Sunny 72 **San Francisco:** Overcast 64 **San Jose:** Overcast 69 **Fresno:** Sunny 80 **Sacramento:** Overcast 78

## AND FINALLY

Today's **California memory** is from **Kristina Lear**:

*I woke up early, as one does when they are sleeping in a tent on the beach in a Santa Barbara, I was hungry and headed for town. I came upon a grapefruit tree with plump fruit hanging down in front of me. Then an apricot. An avocado. By the time I reached town, I was full. Being from the northeast, I'd never experienced anything like it.*

If you have a memory or story about the Golden State, **share it with us**. (Please keep your story to 100 words.)

Please let us know what we can do to make this newsletter more useful to you. Send comments to essentialcalifornia@latimes.com

**APP2900**

 Justin Ray

Justin Ray is a former Metro reporter who wrote the Essential California newsletter. He joined in 2020 from Columbia Journalism Review, where he grew the magazine's digital audience as a digital media editor. Previously, he served as a web editor for NBC New York and NBC Chicago. He's originally from Cincinnati.

Copyright © 2023, Los Angeles Times | Terms of Service | Privacy Policy | CA Notice of Collection | Do Not Sell or Share My Personal Information

**APP2901**

# Exhibit O-110



Confidential

SMMT-OAN08827454
SMMT-OAN08827454

# Exhibit O-111



Confidential

SMMT-OAN04275575
SMMT-OAN04275575

**APP2905**



Confidential

SMMT-OAN04275576
SMMT-OAN04275575

**APP2906**



Confidential

SMMT-OAN04275577
SMMT-OAN04275575

**APP2907**



Confidential

SMMT-OAN04275578
SMMT-OAN04275575

**APP2908**

# Exhibit O-112

**The New York Times** | https://www.nytimes.com/2017/09/27/opinion/paper-trails-voting.html

LETTER

# For Paper Trails in Voting

Sept. 27, 2017

**To the Editor:**

Former President Jimmy Carter's call for digital defense in elections is right on cue (Op-Ed, nytimes.com, Sept. 12). Virginia recently decertified voting machines in 22 counties, citing the lack of paper trails.

In fact, election systems around the world face increased scrutiny from election observers and security experts. Germany prepared to secure the vote against potential interference, while Brazil and India are adding built-in printers to voting machines to provide auditable paper trails for added verification processes.

Auditing mechanisms like paper-based ballots go beyond directly securing elections, and ultimately build trust in democratic processes. But even in the most recent United States presidential election, as many as 15 states used machines without paper trails.

Counties across the country should heed Mr. Carter's call and begin updating their voting systems to bring voting processes into the modern age. American democracy is too valuable not to invest in its strength and security.

ANTONIO MUGICA, BOCA RATON, FLA.

*The writer is chief executive of Smartmatic, an election technology company.*

**APP2910**

# Exhibit O-113



**City of Chicago**

Committee on Finance
City Hall • Room 302
www.chgofinancecomm.chi.il.us

2008 JAN 11 P 4: 25

Alderman Edward M. Burke
Chairman

Telephone
312-744-3380

January 11, 2008

Mr. Langdon D. Neal
Chairman, Chicago Board of Election Commissioners
69 West Washington Street, Suite 800
Chicago, IL 60602

Dear Mr. Neal:

I am writing to request information regarding to the recently announced management-led buyout of Sequoia Voting Systems ("Sequoia"), which supplies electronic voting machines to Cook County. The transaction was completed under highly unusual circumstances: it was apparently forced by U.S. federal regulators due to concerns that the previous owner, the Venezuelan-owned Smartmatic Corporation ("Smartmatic"), was controlled by the government of Venezuelan President Hugo Chavez.[1] Smartmatic chose to sell Sequoia rather than face a full investigation by the Treasury Department's Committee on Foreign Investments in the United States ("CFIUS").

Prior to the divestiture, the ownership by Smartmatic of Sequoia and Smartmatic's relationship to President Chavez was the subject of investigations by CFIUS, the FBI, and the Internal Revenue Service, according to published reports. An article in *The Wall Street Journal* reported that federal investigators had uncovered several inappropriate transactions between Venezuelan authorities and Smartmatic, including payments to officials close to President Chavez worth over $4 million.[2]

---

[1] Tim Golden, *U.S. Investigates Voting Machines' Venezuela Ties*, N.Y. TIMES, Oct. 29, 2006 at A1; See Tim Golden, *Voting Machine Company Submits to Inquiry*, N.Y. TIMES, Oct. 31, 2006, at A22; Alfonso Chardy, *U.S. digs for vote-machine links to Hugo Chavez*, MIAMI HERALD, Oct. 28, 2006 at A1; Bob Davis and Glenn Simpson, *U.S. Authorities Probe How Smartmatic Won Venezuela Election Pact*, WALL STREET JOURNAL, Dec. 1, 2006, at A13; Bob Davis, *Smartmatic to Shed U.S. Unit, End Probe into Venezuela Links*, WALL STREET JOURNAL, Dec. 22, 2006, at A6. Several of these articles and other background materials are attached hereto as Exhibit A.

[2] Bob Davis and Glenn Simpson, *U.S. Authorities Probe How Smartmatic Won Venezuela Election Pact*, WALL STREET JOURNAL, Dec. 1, 2006, at A13. ("The company says it paid $1.5 million to a Venezuelan consultant who is close to the Chávez government and helped to win Smartmatic business. The allegation being investigated is that Smartmatic actually paid as much as $4 million to the consultant, then deleted a substantial portion of those payments from its corporate records to hide the extent of its payments to a friend of the Chávez regime.")

**APP2912**

CBEC-SMARTMATIC-002608

Some of the concerns that prompted these federal investigations into Smartmatic and Sequoia first came to light during an April 7, 2006 hearing of the City of Chicago City Council's Joint Committee on Finance, Committee on Budget and Government Operations, and Committee on Committees, Rules and Ethics into malfunctions of Sequoia voting machines during primary elections held on March 21, 2006.  During these hearings, members of the Joint Committee had an opportunity to question Mr. Jack Blaine, who then held the position of president of both Smartmatic and Sequoia.  Throughout the hearing, Mr. Blaine refused to answer several questions about Smartmatic's ties to Venezuela, and was evasive in other areas.  The following assertions by Mr. Blaine were very troublesome to me at the time:

- In his sworn testimony, Mr. Blaine told the Joint Committee that he did not know exactly how much Smartmatic paid for Sequoia, even though he was president of both companies.[3]

- Mr. Blaine told the Joint Committee that during the March 21, 2006 primary elections, more than fifteen Venezuelan nationals employed by Smartmatic were flown up from Venezuela and assisted in the tabulation of votes.[4]

---

3 The following text is the transcript of an exchange between Mr. Blaine and members of the Chicago City Council:
    Chairman Burke: Okay. Then in March of 2005 Smartmatic, the company you're the president of, purchases Sequoia?
    Blaine: That's correct.
    Burke:  What was the purchase price?
    Blaine It was under $20,000,000. I forget the exact number.
    Burke: If I said it was $16,000,000, would that refresh your memory?
    Blaine: I really don't know the exact figure but it's under 20, I know that.
    Burke: Who would know the purchase price?
    Blaine Well, I certainly could find it out for you.
    Burke: Is Mr. Mugica here today with you?
    Blaine: No, he's not.
    Burke: Are any of these other directors of the corporation here with you today?
    Blaine: Roger Pinate is here.
    Burke: Oh, he is. Then maybe we could hear from Mr. Pinate.
    Alderman Suarez: Mr. Chairman, could I get a point of clarification through you?
    Burke: Alderman Suarez.
    Suarez: Just point of clarification. You bought the company and you don't know what you paid for it?
    Burke: No, he's only the president, Alderman Suarez.
    Blaine: As I said, it was under 20,000,000. I'm not sure whether it was 16,000,000 or $18,000,000. That's what I can't remember but under 20.
City of Chicago, Joint Committee Hearings of April 7, 2006 (sworn testimony of Jack Blaine, President, Smartmatic Corporation and Sequoia Voting Systems, Inc.) (transcript pp. 36-37).  A complete copy of this transcript is attached hereto as Exhibit B.
4 The following text is the transcript of an exchange between Mr. Blaine and members of the Chicago City Council:
    Burke: So I take it then you bring people in to Chicago to work on these elections?
    Blaine: Yes.
    Burke: From whence do they come?
    Blaine: Many different states, primarily California and Colorado.
    Burke: Any from foreign countries?
    Blaine: And some from Venezuela.
    Burke: From Venezuela. Witnesses have told our investigators that you had Venezuelans working on the tabulation of the results; is that correct?
    Blaine: Venezuelans were here providing support to the U.S.
    Burke: How many Venezuelans?
    Blaine: I'm not sure of the exact number.
    Burke: Would it be more than ten?
    Blaine: In providing total support, yes, more than ten.
    Burke: Would it be more than 15?
    Blaine: I think so.

CBEC-SMARTMATIC-002609

**APP2913**

- Mr. Blaine told the Joint Committee that software components for the Sequoia system were developed in Venezuela and that the Venezuelans had access to the Sequoia code.   Specifically, a critical component of the Sequoia system purchased by Cook County, the HAAT, or Hybrid Activator Accumulator Transmitter, was developed in Caracas by Smartmatic engineers, according to Mr. Blaine.[5]  It was this component of the Sequoia voting system which failed during the primary election held March 21, 2006.[6]

- With respect to the complex ownership structure of Smartmatic-Sequoia, Mr. Blaine was asked if it was possible that the Venezuelan government, or even President Chavez himself, was an investor in Sequoia.  Mr. Blaine told the Joint Committee that he "assumed" the ultimate owners of Smartmatic and Sequoia were a Mr. Antonio Mugica and other private investors, but acknowledged that because the identity of the owners was concealed in offshore trusts and could not be independently determined, it was "possible" that a foreign government could hold an interest.[7]

The entire Smartmatic episode has served as a reminder of how important it is to know and trust who is counting the votes in our elections and to protect the integrity of our elections.  It is therefore important to confirm that the sale of Sequoia by Smartmatic is not a sham transaction designed to fool regulators and to further confirm that Smartmatic and the government of Venezuela have no ability to influence or control the new owners of Sequoia.  It is with this goal that I ask that your office respond to the questions and information requests listed below.  I

---

Burke: Would it be more than 20?
Blaine: Do not know.
City of Chicago City Council Joint Committee Hearings of April 7, 2006 (sworn testimony of Jack Blaine, President, Smartmatic Corporation and Sequoia Voting Systems, Inc.) (transcript p. 19-20).
[5] City of Chicago, Joint Committee Hearings of April 7, 2006 (sworn testimony of Jack Blaine, President, Smartmatic Corporation and Sequoia Voting Systems, Inc.) (transcript p. 119).
[6] The Chicago Tribune reported that the HAAT component of the Sequoia system was responsible for many of the delays in the March 21, 2006 Chicago and Cook County primaries, and the device continued to malfunction in subsequent tests. See John McCormick, *Voting Glitches Feared on Nov. 7: More races, bigger turnout will test new machines*, CHICAGO TRIBUNE, Oct. 19, 2006 ("The most likely stumbling block for a smooth election remains a small device that is supposed to consolidate totals from two voting systems and transmit the results downtown via cellular technology. In the spring, many judges couldn't get it to work.... The Hybrid, Activator, Accumulator & Transmitter (HAAT) machine was capable of erasing results from data cartridges if it wasn't first turned off before the cartridges were loaded. Large numbers of election judges were also unable to follow a complex series of instructions to get the machine to transmit results....[A]s the latest version of the HAAT was approved by the State Board of Elections at an emergency meeting Friday, there was testimony that even those who regularly work with election equipment could not get it to function properly.").
7 The following text is the transcript of an exchange between Mr. Blaine and members of the Chicago City Council:
Burke: Are you familiar with a filing -- since these are all proxies in the Curacao Islands, you're representing that the proxies are representing the Mugicas at least in part. Could they represent other people?
Blaine: Well, I assume they represent the minority partners as well.
Burke: Well, you assume but you don't know?
Blaine: No, I don't.
Burke: But they could also represent an owner like Hugo Chavez; is that correct?
Blaine: Obviously -- based on my knowledge, absolutely not.
Burke: But you don't know?
Blaine: But I don't know.
Burke: As a matter of fact, this proxy in the Curacao Islands could represent Fidel Castro for all you know?
Blaine: Again, I would doubt it but --
Burke: But it's possible?
Blaine: I assume it's possible.
City of Chicago, Joint Committee Hearings of April 7, 2006 (sworn testimony of Jack Blaine, President, Smartmatic Corporation and Sequoia Voting Systems, Inc.) (transcript pp. 25-26).

CBEC-SMARTMATIC-002610

suppose that many of the questions I raise below you have already looked into as part of the minimal due diligence any prudent election official would perform under the circumstances:

- Who are the new owners of Sequoia and what were the terms of the management-led buyout which was announced in November 2008?

- Please provide copies of all shareholder registries and lists of beneficial owners of Sequoia.

- Please provide a list of the 10 largest present creditors of Sequoia and/or its affiliates. Please provide information regarding the terms of such lending arrangements.

- Do Sequoia voting machines used in Cook County use any software which was supplied by Smartmatic and/or its affiliates?

- Please list any license, royalty and/or other intellectual property agreements between Sequoia and Smartmatic and/or their affiliates.

- Are Sequoia and/or its affiliates party to any arrangement and/or contract with Smartmatic and/or its affiliates?

- Are Sequoia and/or its affiliates party to any arrangement and/or contract with the government of Venezuela, any departments and/or subdivisions of the government of Venezuela and/or any entities controlled by the government of Venezuela?

- Please provide a list of all directors and executive officers of Sequoia.

- Please provide a list of any present employees and/or contractors of Sequoia who were at any time directly employed by Smartmatic. Were any of the present managers and/or owners of Sequoia at any point affiliated with Smartmatic, and if so, how?

- Please provide a list of any lobbyists who have worked on behalf of Sequoia in Illinois.

- To the extent any of the above materials have not been provided by Sequoia to your office, please request them from Sequoia and review them. Please also provide a copy of any reports and reviews which were prepared by your office regarding your office's vetting of Sequoia as part of the hiring of Sequoia to supply electronic voting machines to be used by voters in the City of Chicago.

Very truly yours,

Edward M. Burke

Attachments

CBEC-SMARTMATIC-002611

**APP2915**

# Exhibit O-114

Print View                                                                 Page 1 of 2

From:     "Cutter, Marianna" <mcutter@sequoiavote.com>
To:       <eburke@cityofchicago.org>
CC:       <lneal@nealandleroy.com>, <jscanlon@ameritech.com>
Date:     Friday - March 7, 2008 12:52 PM
Subject:  FROM THE DESK OF JACK BLAINE

Mr. Burke,

Attached is a cover letter addressed to you and a letter that we sent to
Chairman Langdon Neal relating to your request of January 11, 2008.

Thank you.

Marianna Cutter

Executive Assistant to Jack Blaine - CEO & President

Sequoia Voting Systems

Johns Manville Plaza

717 17th Street

Suite 310

Denver, Colorado  80202

(P) 720-746-2589

(F) 720-224-9508

(C) 303-589-2799





mcutter@sequoiavote.com <mailto:mcutter@sequoiavote.com>

https://email.cityofchicago.org/gw/webacc?User.context=in6rn3To0juclh3Bu0&Item.drn=...   3/11/2008

**APP2917**

www.sequoiavote.com <http://www.sequoiavote.com/>

<http://www.sequoiavote.com/>



March 7, 2008

Via email
Original via U.S. Mail

Alderman Edward M. Burke
2650 W. 51st Street
Chicago, IL 60632
eburke@cityofchicago.org

Dear Alderman Burke,

On January 18, Sequoia Voting Systems provided a letter to Chairman Langdon Neal, which provided information related to a request that you had sent the Chairman Neal on January 11, 2008.

This week we have received a request from James Scanlon to forward our letter of January 18 to you directly.  Accordingly, enclosed please find the referenced document.

Regards,

Jack A Blaine

**Jack Blaine**
President and CEO
Sequoia Voting Systems
jblaine@sequoiavote.com

Sequoia Voting Systems Corporate Office
717 17th Street, Suite 310, Denver, Colorado  80202      Phone: 720-746-2600          Fax: 303-446-3047
sequoiavote.com

**APP2919**



January 18, 2008

The Honorable Langdon Neal
Chairman
Chicago Board of Elections
100 W Randolph St
Chicago, IL 60601

Dear Chairman Neal:

The intent of this letter is to provide you with information about Sequoia Voting Systems that will assist you in responding to Alderman Edward Burke's letter to you dated January 11th which asks for information about Sequoia.

As you are aware, the sale of Sequoia was finalized last year and was announced both in a November 8th press release and a letter to our customers, both of which you received. I have attached both of these documents for your reference in the event you would like to share those with Alderman Burke.

By way of an overview, Smartmatic has no ownership, control and operational rights of any kind in Sequoia. Any rumors or speculation to the contrary are wrong and unfounded. The acquisition of Sequoia by its current U.S. owners, and the terms of that acquisition, were fully reviewed and approved by the Committee of Foreign Investment in the United States (CFIUS), including the department of the Treasury, the Justice Department, and Homeland Security.

In response to Alderman Burke's specific requests for information from you, we offer the following responses to his questions:

**Ald. Burke Question #1**: *"Who are the new owners of Sequoia and what were the terms of the management-led buyout which was announced in November 2008 [sic]?"*
**Sequoia Response:** As stated in our November 2007 release: "The investment group, led by Sequoia President & CEO Jack Blaine and company Chief Financial Officer Peter McManemy, purchased Sequoia from former parent company Smartmatic Corporation for an undisclosed sum. As with most transactions involving two private entities, the specific terms of the sale cannot be disclosed, as the parties are bound by express confidentiality provisions set out in the transaction documents. However, this transaction does include investment by the management team, a small loan and an earn-out." This transaction (i) provides an excellent financial structure for Sequoia to leverage and completely eliminates Smartmatic's ownership, control and operational rights of any kind in Sequoia, and (ii) was fully reviewed and approved by CFIUS.

**Ald. Burke Question #2:** *"Please provide copies of all shareholder registries and lists of beneficial owners of Sequoia."*

**Sequoia Response**: The investment group that purchased Sequoia – as stated in our November 2007 press release - is led by Sequoia President & CEO Jack Blaine and Sequoia Chief Financial Officer Peter McManemy. Both Mr. Blaine and Mr. McManemy are U.S. citizens as are the other ten management team members involved in the purchase of Sequoia.

**Ald. Burke Question #3:** *"Please provide a list of the 10 largest present creditors of Sequoia and/or its affiliates."*
**Sequoia Response**: Sequoia's debt balance is $2 million. The purchase price for Sequoia included a small loan; terms of this loan are confidential in accordance with the terms of the sale. All other creditors are suppliers offering trade credit, which is proprietary, trade secret information that Sequoia cannot risk having disclosed to Sequoia's competitors

**Ald. Burke Question #4:** *"Do Sequoia voting machines used in Cook County use any software which was supplied by Smartmatic or its affiliates?"*
**Sequoia Response**: Yes, and this was reviewed and approved by the CFIUS agencies during the finalization of our company's sale process. The Edge2Plus and HAAT, currently used in both the City of Chicago and Cook County were developed jointly by Sequoia and Smartmatic and are currently marketed in the US by Sequoia, federally certified by Sequoia and supported by Sequoia. Sequoia will continue to provide products, upgrades and accessories to the U.S. market based on products the company developed in cooperation with Smartmatic during the time the company owned Sequoia. Sequoia believes these continue to be among the best DREs available in the market and has full confidence in them. Sequoia (i) was intimately involved in the definition of requirements of these products; (ii) manages all of the testing and Quality Assurance processes from Sequoia's headquarters in Denver; and (iii) takes these products through the robust testing and certification processes by imposed by federal and state election authorities in the U.S. Sequoia also maintains robust security measures with respect to these and all products and will ensure they are provided to the same manner as all Sequoia products. Sequoia is also audited every six months by British Standards Institute as part of its ISO27001 (Information Security Management Systems) certification.

**Ald. Burke Question #5:** *"Are Sequoia and/or its affiliates party to any arrangement and/or contract with Smartmatic and/or its affiliates?"*
**Sequoia Response**: As noted above, the specific terms of the transaction cannot be disclosed. However, this transaction does include investment by the management team, a small loan and an earn-out. This transaction provides an excellent financial structure for Sequoia to leverage and completely eliminates Smartmatic's ownership, control and operational rights of any kind in Sequoia. All terms and conditions of the transaction were reviewed and approved by CFIUS.

**Ald. Burke Question #6:** *"Are Sequoia and/or its affiliates party to any contract or arrangement with the government of Venezuela, any departments and/or subdivisions of the government of Venezuela or any entities controlled by the government of Venezuela."*
**Sequoia Response**: Sequoia does not now have or has ever had any contract or arrangement with the government of Venezuela, any departments or subdivisions of the government of Venezuela or any entities controlled by the government of Venezuela.

**Ald. Burke Question #7:** *"Please provide a list of all directors and executive officers of Sequoia."*

**APP2921**

**Sequoia Response:** Sequoia's CEO Jack Blaine and CFO Peter McManemy are the executive officers of Sequoia Voting Systems. Mr. Blaine and Mr. McManemy, along with recently appointed independent outside director, Harris N. Miller, make up Sequoia's Board of Directors.

**Ald. Burke Question #8:** *"Please provide a list of any current employees or contractors of Sequoia who were at any time directly employed by Smartmatic. Were any of the present managers and/or owners of Sequoia at any point affiliated with Smartmatic, and if so, how?"*
**Sequoia Response:** The only members of the Sequoia management team that have ever been employed by Smartmatic are Jack Blaine and Kevin Hurst, both U.S. citizens. As you are well aware, Mr. Blaine was the President of Smartmatic when Smartmatic acquired Sequoia and then for a short time was president of both companies and then moved to being president solely of Sequoia. When Sequoia was sold by Smartmatic, Mr. Blaine became CEO of Sequoia Voting Systems. In connection with the transaction, Mr. Blaine was required to sever all ties with Smartmatic, its principals and affiliates, and he has done so. Recently Sequoia hired Kevin Hurst to the company's management. Mr. Hurst previously worked with Mr. Blaine for many years at Unisys Corporation. Shortly after the sale of Sequoia was complete, Mr. Hurst joined his former colleague at Sequoia. Mr. Hurst, too, has severed all ties with Smartmatic, its principals and affiliates. Mr. Blaine and Mr. Hurst are the only Sequoia management team members who have ever been employed by Smartmatic. In addition, three non-management employees of Sequoia at some time in the past have been employed by Smartmatic.

**Ald. Burke Question #9:** *"Please provide a list of lobbyists who have worked on behalf of Sequoia in Illinois."*
**Sequoia Response:** Sequoia in the past has worked with Bill Filan and Bill Griffin, registered lobbyists in the City of Chicago and Cook County. Sequoia has also worked with Mike Kasper who served as Sequoia's registered lobbyist in the State of Illinois. Sequoia does not have any current lobbying contracts in Illinois with these individuals or any other lobbyists.

I and all of us at Sequoia look forward to a continued positive working relationship with your team at the Board of Elections and we look forward to building upon the many successes and continuous improvements we have made together in the conduct of elections in Chicago. We are working diligently and are looking forward to successful elections in the City of Chicago in 2008.

If there are any additional materials or information we can provide to you, or you have any questions about the responses to our questions, please do not hesitate to contact me.

Best regards,

*Jack A. Blaine*

Jack A. Blaine
CEO

# Exhibit O-115

Case 1:21-cv-02900-CJN Document 136-19 Filed 12/09/23 Page 384 of 390

*The New York Times* | https://www.nytimes.com/2020/11/17/technology/giuliani-peddles-election-conspiracy-theories-and-falsehoods.html

# Giuliani peddles election conspiracy theories and falsehoods.

In media appearances and social media posts this past week, Rudy Giuliani, President Trump's personal lawyer, spread debunked claims of barred poll workers and a voting software company.

 **By Linda Qiu**

Published Nov. 18, 2020    Updated Dec. 1, 2020

Rudolph W. Giuliani, President Trump's personal lawyer, has spread a litany of falsehoods and conspiracy theories in media appearances and social media over the past week.

Mr. Giuliani, who has a long history of fudging the truth and who has led the Trump campaign's largely unsuccessful legal fight over the election, has focused particularly on debunked claims of barred poll workers and unsubstantiated conspiracy theories about a voting software company affecting the election's outcome.

**Debunked claims about poll workers**

In interviews on Fox News, Mr. Giuliani has repeatedly claimed that Democratic officials blocked Republican poll watchers from observing ballot counting in "10 different crooked Democratic cities," including Philadelphia, Pittsburgh, Detroit, Milwaukee, Reno, Phoenix and Atlanta. And in the counties where Philadelphia and Pittsburgh are, he has said, the lack of access affected over 680,000 votes.

There's no evidence to support any of these allegations. Mr. Trump's own legal filings acknowledged the presence of Republican observers in Nevada, Pennsylvania, Georgia and Arizona and there were at least 134 Republican poll challengers present inside TCF Center in Detroit, a convention center where votes were counted.

Mr. Giuliani has brought up Philadelphia and Pittsburgh several times. That's because a Trump campaign lawsuit had claimed that some 682,000 ballots in those cities' two counties were processed "when no observation was allowed" and sought to have those votes thrown out.

But as The Washington Post and The Associated Press have reported, and as Mr. Giuliani said in court on Tuesday, the Trump campaign recently revised its lawsuit and withdrew this particular claim.

"My judgment is that when Hillary Clinton said to Biden about four weeks ago don't concede no matter what, she meant even if you're behind by 800,000 votes in Pennsylvania, Joe, don't worry, we'll fix it for you," Mr. Giuliani misleadingly said on Nov. 9. (Mrs. Clinton did not say Mr. Biden should "never" concede, but rather he shouldn't on election night because counting mail-in ballots could "drag out" for days.)

**Conspiracy theories about a software company**

Mr. Giuliani has also accused Dominion Voting Systems, a voting software company, of having foreign, and seemingly nefarious ties.

The company, he has said in several Fox News appearances, is associated with those who were "very close" to two Venezuelan presidents, Hugo Chávez and Nicolás Maduro, as well as the billionaire financier George Soros, because it is "owned by another company called Smartmatic."

That is wrong. Smartmatic has said it has never owned shares, had financial stakes or provided software or technology to Dominion. Dominion's chief executive said in an April letter to Congress that he owned a 12 percent stake of the company, while a private equity firm, Staple Street Capital Group in New York, owned about 76 percent. (No other investor held more than 5 percent of Dominion.)

**APP2924**

Case 1:21-cv-02900-CJN Document 136-19 Filed 12/09/23 Page 385 of 390

Smartmatic previously owned a voting machine company, Sequoia Voting Systems, before selling it in 2007, as the Washington Post Fact Checker reported. Dominion purchased some assets from Sequoia Voting Systems in 2010.

Smartmatic itself was founded in Florida, incorporated in the United States and based in London. It overhauled Venezuela's election machinery in 2004 and took out a loan from the country. In the 2017 election there, the company said the Venezuelan government falsified turnout figures. That led the government to reject its claims and threaten legal action, undermining Mr. Giuliani's claims that Smartmatic was "close" with Mr. Maduro.

Smartmatic's connection to Mr. Soros is similarly tenuous. Its chairman, Mark Malloch-Brown, sits on the board of Mr. Soros's Open Society Foundations and, Smartmatic notes, a dozen other organizations.

**Linda Qiu** is a fact-check reporter, based in Washington. She came to The Times in 2017 from the fact-checking service PolitiFact. More about Linda Qiu

**APP2925**

# Exhibit O-116



The New York Times | https://www.nytimes.com/2020/11/03/technology/misinformation-election.html

# Watch Out for This Misinformation on Election Day

Here are six common false election-related rumors that voters might see today.

**By Sheera Frenkel**

Nov. 3, 2020

Rigged voting machines. Tossed ballots. Intimidating federal agents. In a year awash in misinformation, it should be no surprise that false reports about the 2020 election are circulating through social media, text messages and emails.

Some of that misinformation — rumors, misleading videos and mislabeled photographs — has been making the rounds for weeks as millions of Americans voted early. The New York Times has been debunking that information daily.

On Tuesday, experts who study misinformation and social media companies expect certain rumors to return. Here are the some of the more common false claims that voters might see.

## No, George Soros doesn't control voting machines.

**Claim:** The billionaire George Soros owns Smartmatic, a company that makes voting machines. He can manipulate the machines toward a candidate of his choosing.

**Fact:** Mr. Soros does not own Smartmatic.

**Background:** Rumors that Mr. Soros, a well-known donor to liberal causes, owns Smartmatic have circulated for years, including during the 2016 presidential election and the 2018 midterm elections.

Mr. Soros's only connection to Smartmatic is through the company's chairman, Mark Malloch-Brown, who serves on the board of Mr. Soros's Open Society Foundation.

"George Soros does not have and has never had any ownership stake in Smartmatic," according to the Smartmatic website.



Smartmatic is not owned by George Soros, despite rumors claiming it is. Bob Andres/Atlanta Journal-Constitution, via Associated Press

**APP2927**

Case 1:21-cv-02900-CJN Document 136-19 Filed 12/09/23 Page 388 of 390

## No, ballots aren't being thrown away.

**Claim:** There are photographs of ballots being thrown away, providing proof of problems with mail-in voting in California.

**Fact:** The photographs depict old, empty envelopes from the November 2018 midterm elections that were discarded after the vote was counted.

**Background:** The images have been circulating in recent months to back claims made by President Trump that mail-in voting, which is expected to nearly double because of the pandemic, will increase voter fraud. Republicans in Congress as well as right-wing outlets have shared the photographs.

On Sept. 25, The Gateway Pundit posted an article that presented the photographs as evidence that ballots were being thrown into dumpsters. The same day, the photographs were featured in a tweet by Elijah Schaffer, a reporter for the right-wing Blaze TV. The tweet was shared over 5,000 times and liked over 7,000 times before Twitter removed it.

California's Sonoma County, where the photographs were taken, has clarified multiple times that the pictures "are of old empty envelopes from the November 2018 election that were disposed of as allowed by law."

In a variation of this claim, photographs of printing waste from a direct mail company being shredded have falsely implied that mail-in ballots were being destroyed.



A tweet that featured old empty envelopes from the November 2018 election was shared over 5,000 times and liked over 7,000 times before it was removed by Twitter.

## No, people aren't voting more than once.

**Claim:** People are casting multiple votes using mail-in ballots or absentee ballots.

**Fact:** Election experts have calculated that, in a 20-year period, fraud involving mailed ballots has affected 0.00006 percent of votes, or one case per state every six or seven years.

**Background:** Several viral Twitter posts have claimed that mail-in ballots cannot be "verified" or have already been cast. Mr. Trump, who has repeatedly attacked state efforts to expand voting by mail, has falsely said mail-in ballots are "dangerous," "unconstitutional," "a scam" or rife with "fraud."

According to the National Conference of State Legislatures, mail-in ballots are the "gold standard of election security." In most states, registered voters need to apply to vote through an absentee or mail-in ballot. In nine states and Washington, D.C., registered voters are automatically sent ballots by mail.

In all states, elections officials have put systems in place to ensure that each voter is able to vote only once and cannot return multiple ballots or place multiple ballots in the same envelope.

**APP2928**

Voters who cast their ballots by mail receive a ballot packet (the envelope addressed to the voter, the ballot, the return envelope, a security envelope and any instructions) with a unique identification that is tied to the individual voter. If a voter requests a replacement ballot because of a damaged one, the first unique identification remains on file but is voided so that ballot envelope cannot be returned. The new ballot is sent with a new unique identification.

Many states also require the signature on the returned ballot be compared with a signature on file.

States also ensure that voters casting their ballots are still eligible to vote. In August, some of Mr. Trump's supporters circulated claims that "846 dead people" tried to vote in Michigan's primary. That story was not true. A news release by Michigan's secretary of state said 846 voters had died "after casting their absentee ballot but before Election Day." Those votes were not counted, in accordance with local laws in Michigan.

## No, there aren't any new online-voting options.

**Claim:** People can vote by text message, by email or on a state-run website.

**Fact:** Outside of a small amount of overseas absentee voters and military personnel, no state allows Americans to vote by email, website or text message.

**Background:** In 2016 and 2018, posts on Facebook, Twitter and other social media sites claimed that voters could cast their ballots through newly formed websites, or through text-messaging services.

Facebook, Twitter, and Google remove posts that mislead voters about how, when or where they can vote. However, there are concerns that this year some of those claims have circulated through encrypted messaging apps, which cannot be easily monitored.

## No, voting machines aren't doing strange things.

**Claim:** Voting machines are malfunctioning and causing votes to be improperly recorded.

**Fact:** A handful of voting-machine malfunctions are reported every election cycle in most states. The errors are most often due to mistakes by users.

**Background:** Frequently circulated videos purport to show machines malfunctioning or refusing to let people cast their vote for a particular candidate. A 2016 video shot by a woman in Pennsylvania and posted to Twitter claimed that a voting machine was not allowing her to vote for Mr. Trump. The video, which is likely to resurface this year, was provided as evidence that machines were rigged. But as ProPublica reported, the problem with the machine was user error.

Election officials have said there may be accurate reports of troubles with voting machines. Those problems can be made worse by bad weather, like heat waves or high humidity, or power outages.

This year, because of the pandemic, officials expect that many people will use hand sanitizer before handling their ballots or touching voting machines. The hand sanitizer is likely to build up during the day and could cause more machines to malfunction. Malfunctioning machines would be removed.

Voters can ensure their votes are correctly cast by requesting a paper record after they have voted. Five states tdo not provide a paper trail of votes: Louisiana, Georgia, South Carolina, New Jersey and Delaware. In those states, voters are encouraged to double-check their choices before submitting their vote, and should notify poll workers if a machine is malfunctioning.

## No, ICE isn't monitoring polling locations.

**Claim:** U.S. Immigration and Customs Enforcement agents will be at polling stations.

**Fact:** ICE will not be at polling stations.

**APP2929**

Case 1:21-cv-02900-CJN Document 136-19 Filed 12/09/23 Page 390 of 390

**Background:** This rumor has made the rounds for a decade. During the 2018 election, claims that ICE would be at polling stations proliferated on Twitter, making misinformation aimed at suppressing the vote one of the most prevalent forms of misinformation on the platform, according to Twitter.

The rumor has returned this year, including in one Facebook post that has been shared nearly 4,000 times, despite a "false information" label from Facebook.

ICE has repeatedly denied that it will have agents at polling stations and recently issued another denial.

"Rumors that ICE plans to engage in patrols or enforcement operations at polling locations are false," said an agency spokesman, Mike Alvarez. "Any fliers or advertisements claiming otherwise are incorrect and not sanctioned by ICE."



This post has been shared nearly 4,000 times, despite a "false information" label from Facebook.

**Sheera Frenkel** covers cybersecurity from San Francisco. Previously, she spent over a decade in the Middle East as a foreign correspondent, reporting for BuzzFeed, NPR, The Times of London and McClatchy Newspapers. More about Sheera Frenkel

**APP2930**