# Exhibit O-117

# The Business of Voting

Market Structure and Innovation in the Election Technology Industry

**PENN WHARTON**
UNIVERSITY *of* PENNSYLVANIA

PUBLIC POLICY INITIATIVE

APP2932

Election Technology Industry Report

## ACKNOWLEDGEMENTS

This report, sponsored by the Penn Wharton Public Policy Initiative, represents the work of many people. Lorin Hitt, PhD, the Zhang Jindong Professor and Professor of Operations, Information and Decisions at the Wharton School of the University of Pennsylvania, served as faculty director of the project, and supervised a team of six Wharton students in carrying out the research and industry analysis. The team of six included Simran Ahluwalia, Matthew Caulfield, Leah Davidson, Mary Margaret Diehl, Alina Ispas, and Michael Windle. The team submitted its preliminary findings in May 2016. At that point, Matthew Caulfield assumed a central role in completing the research and revising the report, and Michael Windle continued to lend his expertise to working with the Verified Voting data that underlie the industry analysis.

The idea for conducting an election technology industry study came from Greg Miller, Co-Founder and Chief Development Officer for the Open Source Election Technology (OSET) Institute. He and his colleague E. John Stebes, also a Co-Founder of the OSET Institute and its Chief Technology Officer, provided invaluable knowledge about the industry. We are thankful to the many election officials who took the time to share their experiences through an online survey. Funding for the project came, in part, from the PwC Scholars Fund, provided by PwC to the Penn Wharton Public Policy Initiative to foster faculty-led, student-supported research.

# Table of Contents

**Executive Summary** — 4

**Introduction** — 6

**State of the Industry** — 9

HAVA Funding — 11

Vendors — 14

Customers — 26

The Regulatory Environment — 27

**Industry Structure and Innovation** — 30

Barriers to Innovation: Lack of a Consistent Funding Stream — 33

Barriers to Innovation: Buyer Switching Costs — 34

Barriers to Innovation: Certification — 38

**Strategies for Adaptation** — 39

Coalition Formation — 39

Open Source Systems Development in Large Counties — 42

Modularity and Use of Commercial Off-the-Shelf Technologies — 47

**Conclusion** — 52

**Appendices** — 54

APP2934



# Executive Summary

Although it has been over sixteen years since the 2000 election, the pandemonium that emerged out of Florida that year still stands as a vivid reminder of what can happen when election systems falter.

That election experience invigorated efforts by technologists, academics, policy experts, and dedicated civil servants to improve election administration and shore up public confidence in the voting process. Enhancing the quality of election technology—the software and hardware upon which voting machines and other election administration equipment rely—has been a central part of that effort. One silver lining in the 2000 election was that it galvanized support for investing in the deployment of new electronic

voting machines across the country.

But, as documented by the Brennan Center for Justice at New York University in their 2015 study, *America's Voting Machines at Risk*, a new "impending crisis" in election technology is at hand. The voting machines purchased after the 2000 election are literally falling apart in jurisdictions in almost every state, many of which no longer have the funds necessary to purchase new ones. In many localities, the outmoded systems remain in place, despite the recognized dangers they pose to the integrity of the electoral process.

The question remains, then, of how to move forward with modernizing our election systems. While much of the discussion about the ills of our election technology have focused on the need for policy changes, this industry report approaches the topic from a different perspective, as a business problem. The findings here suggest that the impending crisis in America's election technology has not emerged solely from ineffective government action or insufficient public funding, but also from core attributes of the election technology industry itself.

Very little has been written previously about this industry, despite how critical it is to the functioning of our democratic processes. As this study initially got underway, it became clear that one of the most significant boundaries to conducting a useful analysis was the dearth and inaccessibility of industry data. The first goal of this report therefore is to compile a current set of facts about the election technology industry, including the market players, industry revenue and profitability, and the competitive dynamics among the relatively few vendors that manufacture and sell election systems.

The gathering of the industry facts facilitates the second purpose of the report: to provide an original analysis of the industry dynamics that can shed light on what has prevented the election technology industry from enjoying the robust level of innovation seen in other technology sectors. In the process, it also describes strategies that some election officials are pursuing to cope with the shortcomings of the current market:

- Buyer coalitions, which can give jurisdictions greater bargaining power for getting vendors to provide systems that are both better priced and more customized to their needs;

- Open source technology, which proponents believe may catalyze the development of new competitive markets in voting systems solutions;

- Modified certification processes, to support a move to modular voting systems built from less expensive commercial off-the-shelf components.

As the report explicates in detail, the real effects (and possible pitfalls) of these strategies are not yet fully known. But they are nevertheless reflective of the report's key contention: that a long-term solution to the election technology crisis is unlikely to be had until policymakers and market actors address the underlying business issues and take steps that catalyze changes in the structure of the election technology industry.

**APP2936**

# Introduction

A recent survey of voters and poll workers, aimed at exploring their impressions of the voting systems they had just used in the 2016 election, yielded some disconcerting results.

The research indicated that "one in five Americans who voted in the presidential contest [did] not trust that the national election results were accurately tabulated." Moreover, "one in three [had] concerns about the accuracy of the voting technology used at their polling place." While this still suggests that most people expressed overall confidence in the election process, an overwhelming number of voters—nearly 80 percent—nevertheless believed that it was time for the U.S. to upgrade its election systems, "and more than 80 percent [felt] these updates would not only increase trust in the system, but improve the overall election process and strengthen U.S. democracy."[1] A comparable survey administered by the Democracy Fund produced similar findings regarding the trustworthiness of current election systems: 38 percent of voters were "very" or "somewhat" concerned that "a voting machine miscalculated votes" during the election, and an almost equal percentage were concerned that "an electronic security breach or hack impacted the vote counts."[2] It seems that Americans are sensing the vulnerability of their election infrastructure more acutely than ever, and are wanting assurance that the machinery by which their votes are cast and counted embody the highest standards of reliability, accuracy, and overall functionality. This equipment is both literally and figuratively the "nuts and bolts" of America's democratic election process.

However, the industry that provides the hardware and software for the election process has been scarcely studied and often is opaque, even to election administrators, policymakers and representatives at other governmental and non-governmental organizations that support or directly participate in the election process. Previous reports on the state of election administration in the United States have stressed the importance of providing a modern, efficient and responsive process for the voter. These reports also have documented the limitations of existing voting machine technology and the opportunities for new technology

---

1    "New Study: 2016 Voters and Poll Workers See Improved Technology as Key to Restoring Trust in U.S. Voting System," *Business Wire*, December 6, 2016, http://www.businesswire.com/news/home/20161206005515/en/Study-2016-Voters-Poll-Workers-Improved-Technology.

2    "Election Security and the 2016 Voter Experience," *Democracy Fund Blog*, December 2, 2016, http://www.democracyfund.org/blog/entry/election-security-and-the-2016-voter-experience.

to improve election administration.[3] However, the implementation of these new technologies and processes ultimately relies on the actors that design, manufacture, integrate, and support voting machines and the associated technological infrastructure, which we collectively refer to in this report as the "election technology industry."[4]

The role of industry structure in shaping the delivery of election services has been examined before. For instance, a 2001 study[5] by the CalTech/MIT Voting Technology Project—conducted in the aftermath of the voting problems that arose during the 2000 Presidential Election—noted that a sustainable business model for the industry was critical for encouraging innovation in high-integrity voting systems that can better manage the complexities of the electoral process. However, a decade later, the same authors noted that, aside from some changes in funding and purchasing patterns, not much is different within the industry, and in some respects, the changes that have occurred are not necessarily conducive to increased innovation that could significantly improve the voting experience.[6]

In addition to extending the business analysis provided in the CalTech/MIT study, this report builds specifically on two other recent publications. In January 2014, the bipartisan Presidential Commission on Election Administration (PCEA) issued a comprehensive investigation of "The American Voting Experience," drawing insight from public hearings, interviews with stakeholders, and data from a survey administered by the CalTech/MIT Voting Technology Project to thousands of local election officials. The report identified an "impending crisis" in America's election infrastructure from the "widespread wearing out of voting machines," and advised reforming the standard-setting and certification process for those machines to facilitate innovation in the production of new, secure, and reliable technology and equipment.[7] The Brennan Center for Justice at New York University School of Law gave fuller treatment to the nature and extent of this impending crisis in its widely cited study, *America's Voting Machines at Risk*. In addition to echoing the PCEA's call for streamlining the certification process, the Brennan Center offered a series of additional recommendations to policymakers and election officials to help extend the life of current voting machines, efficiently identify when they start to malfunction, and plan for the purchase and implementation of new election systems.[8] Despite the alarms that these reports have sounded, though, little has happened to deploy this next wave of election technology.

---

3    The Presidential Commission on Election Administration, *The American Voting Experience: Report and Recommendations of the Presidential Commission on Election Administration* (2014), https://law.stanford.edu/publications/the-american-voting-experience-report-and-recommendations-of-the-presidential-commission-on-election-administration/.  See also "Keep the Faith," *U.S. News & World Report*, April 25, 2016, http://www.usnews.com/news/articles/2016-04-25/voting-reform-is-one-of-americas-biggest-challenges; Governing Institute, *Modernizing the Election Process: A Watershed Moment in Government* (2015), http://www.governing.com/papers/How-Tablets-Can-Transform-the-Voting-Experience-and-Election-Process-1474.html.

4    Because of data availability, in this report we often generalize trends we find in voting machine acquisition and market trends to the more general election technology industry, which, as noted, includes other products.

5    CalTech/MIT Voting Technology Project, *Voting: What Is, What Could Be* (2001), http://vote.caltech.edu/reports/1. See especially Section II:  Cost and Public Finance of Elections.

6    Stephen Ansolabehere and Ronald Rivest, *Voting Equipment and Ballots*, September 2013, http://web.mit.edu/supportthevoter/www/files/2013/09/Voting_Technology_SDA_RLR.pdf, p. 7-8.

7    *The American Voting Experience*, p. 62-67.

8    Brennan Center for Justice at NYU School of Law, *America's Voting Machines at Risk* (New York, 2015), https://www.brennancenter.org/sites/default/files/publications/Americas_Voting_Machines_At_Risk.pdf.

Whereas the PCEA and Brennan Center reports approach this problem principally from a public policy perspective, this report focuses on the business side. Its primary motivation is to describe the industry practices and competitive dynamics of the election technology industry. These dynamics contribute, in part, to limiting both innovation in the development of more secure and reliable voting machines and the spread of best practices throughout the industry. They have hampered the formation of sustainable long-term strategies for the deployment of new technological solutions that could both yield profits for vendors and provide a favorable cost-benefit tradeoff to their customers. Moreover, a lack of understanding of the industry's competitive dynamics may impede the formation of effective public policy aimed at improving the way in which the industry functions.

Part of the challenge in understanding the election technology industry is that it is difficult to compile even basic facts about it. The industry earns an estimated $300 million in revenue annually (out of the estimated $1 billion spent on election administration overall in the US).[9] This figure is small compared to the size of federal IT expenditure, estimated to be about $80 billion per year,[10] or even state IT expenditure (about $30 billion per year).[11] The industry is dominated by three firms that are moderate in size and neither publicly nor independently held, limiting the amount of information available in the public domain about their operations and financial performance. Meanwhile, the customer base is highly fragmented, with election technology decision-making dispersed across more than 10,000 county election officials.[12] This combination of small market size and limited publicly available information renders aggregate market information scarce. One objective of this report is simply to compile (or generate where necessary) a consistent set of current industry facts that can be utilized to better understand the industry as it exists today.

The second objective of this report is to characterize the issues faced by customers, vendors, and regulators that explain the problematic state of the industry and to identify practices for addressing these issues. While our perspective throughout the report is primarily descriptive rather than prescriptive, our research also has documented some innovative strategies that could address some of the challenges that have persisted in the industry. Some of these strategies have been profiled elsewhere (as we cite later in the report). However, they take on a new light when viewed as a response to, or remedy for, concerns about market structure, as is reflected in our discussion.

---

9      The international market is less clear. The three major vendors in the American market also do some business internationally. Dominion Voting Systems is based in Canada and has done business in the Philippines and Mongolia, and Election Systems & Software does business in Canada.  According to data collected by the ACE Electoral Knowledge Network, a number of major European democracies obtain or produce 91-100% of their election technology domestically. This is true of other major democracies as well, including Canada, Japan, South Korea, Pakistan, and Brazil.  Some of these countries do not yet utilize electronic voting widely and use manually marked paper ballots paid for by the state, various authorities, or political parties.

10     Office of Management and Budget, *Analytical Perspectives, Chapter 17: Information Technology* (2017), https://obamawhitehouse.archives.gov/omb/budget/Analytical_Perspectives. See Chart 17-1.

11     Chris Cotner, *State IT Budget Analysis and Forecast for 2015: Changes and Opportunities on the Horizon*, Deltek White Paper (2015), http://more.deltek.com/State-IT-Budget-Forecast-2015.

12     As discussed within the report, acquisition practices vary nationally. Some customers acquire on a state-level, others on more intermediate levels, whereas many states have a highly dispersed acquisition scheme.

We will begin this report by examining the present state of the voting technology industry, the vendors that are currently competing in the market, and the conduct of regulators and customers that affect the dynamics of the industry. We then will explore some of the existing barriers to innovation, as well as discuss alternative approaches that might facilitate greater innovation by changing the incentives of vendors and strengthening the market position of their customers.

# State of the Industry

## Warranted or not, the election technology industry has faced considerable criticism from a number of fronts.

Election officials have long complained that the technology is too costly, limited in capability, outdated, and insufficiently flexible to address their local needs.[13] At the same time, election officials are unsure of how else to obtain good value for their expenditures on election systems, due to the limited number of choices and their own internal challenges in contracting for and managing information technology investments. Voters and their representatives in government, often prompted by news of high-profile voting problems, also have raised concerns about the reliability and integrity of the voting process, and have increasingly called for the use of modern technology such as laptops and tablets to improve convenience.[14] Technological innovation, however, has proven elusive in this industry. As a first step in assessing why this is so, this section will describe the industry, providing some historical background, a depiction of the vendors and consumers that populate the election technology market, and a brief overview the regulatory environment that mediates transactions between them. The content here sets the stage for analyzing the industry structure in the second part of the report.

---

13      *The American Voting Experience*, p. 11.

14      "Around the U.S., Voting Technology Is All Over the Place," *NPR*, February 14, 2015, http://www.npr.org/sections/itsallpolitics/2015/02/14/386191861/around-the-u-s-voting-technology-is-all-over-the-place. See also "WANTED: New Voting Machines and Money to Pay for Them," *Council of State Governments*, June 7, 2016, http://knowledgecenter.csg.org/kc/content/wanted-new-voting-machines-and-money-pay-them.

Before proceeding with our description and analysis of the industry, though, a few points about the data used in the report must be raised. Our data on the election technology industry was generously provided by the Verified Voting Foundation (updated last in September 2016), with tremendous assistance from Communications Director Warren Stewart.[15] There are two reasons we used this dataset rather than other sources. One reason is its scope. While some states do provide overviews of the types of machines used in different jurisdictions within their states, Verified Voting's dataset is the most complete, comprehensive account of the voting technology currently used in jurisdictions across the country. The second reason is continuity. The election technology report published by the Brennan Center for Justice, which strongly informs this industry study, also references data provided by Verified Voting.

We employed two methodologies to infer information from the data. One, "registrant reach" or "voter reach," is used as proxy for vendor market share. Specifically, we assume the revenue generated by a vendor in a particular market is proportional to the number of voter registrants in a jurisdiction served by a particular vendor. More direct measures, such as number of machines, capital cost or annual expenditure by vendor, are not readily available. Our voter reach calculation does not account for differences in prices (either across vendors or over time).  However, the methodology is consistent with the approach used by the CalTech/MIT Voting Technology Project[16] when computing election technology costs by jurisdiction, and we believe it is adequate for the broader inferences made in this study. Additionally, jurisdictions may have machines from multiple vendors, and potentially multiple models from any particular vendor. In these jurisdictions, we assume that voters are equally distributed among the vendors with machines in that jurisdiction (e.g., if both vendor A and vendor B have presence in a jurisdiction, regardless of their *actual* proportional number of machines and 'voter reaches' within that jurisdiction, vendor A and vendor B split the voters evenly for the purposes of our calculations).

In addition to registrant reach, we also use the Verified Voting data to calculate market concentrations on a state and national level, with standard economic measures used for competitive analysis.[17] While these metrics are commonly used for antitrust analysis, our use of them is for purely descriptive purposes and is not meant to imply anything about oligopolistic behavior or the inappropriate exercise of market power. Indeed, much of the concentration in the market, as we discuss in the report, is a matter of circumstance. For instance, many states and county coalitions purchase election technology in aggregate to reduce costs, which directly contributes to concentration in vendor shares.[18]

---

15      VerifiedVoting.org conducts a survey of each precinct on a semi-regular basis by contacting local election officials to determine which machines are in use. We then match those machines to the company that currently provides them (because of considerable consolidation, machines that were sold by since acquired companies are counted for the acquiring entity). From the provided data, we have information on the vendors present in each precinct as well as the number of registered voters in each precinct. Jurisdictions are demarcated by FIPS codes. These are the Federal Information Processing Standard county codes that uniquely identify counties and county equivalents in the United States.

16      MIT and CalTech researchers provide estimates for technology costs on a per voter basis, therefore using voters as an approximation for the number of machines/ cost of machines and scope of maintenance costs incurred by a jurisdiction. See *Voting--What Is, What Could Be*, p. 23.

17      We specifically use the Herfindahl-Hirschman index, which measures the extent to which an industry is concentrated (relatively few competitors and/or large market shares).  Other alternative measures (such as the CR4 or 4-firmconcentration index) are not meaningful in an industry with a small number of participants.

18      Costs/benefits of coalition formation are discussed later in this report.

**APP2941**

Some caveat is necessary regarding the accuracy of the data. First, Verified Voting has said that while they attempt to maintain this dataset to ensure its accuracy, at particularly granular levels of analysis, and even at more intermediate levels of analysis, it has real potential for error. Also, it is worth noting that some of the data provided by Verified Voting contradicts information provided by another key data source, the National Conference of State Legislatures (NCSL). In particular, the NCSL reports that a number of states use the same vendor and type of voting equipment in polling places statewide, and that—in contradiction to the Verified Voting data—Connecticut, New Hampshire, Delaware, Maine, and Vermont are among these states.[19] In light of these caveats, throughout this report, we attempt to look at the 'big picture' of the industry and focus on general trends, for which, as noted earlier, the dataset is more than adequate despite its limitations.

Beyond the Verified Voting data, we also occasionally reference in this report a survey we distributed to election officials. The survey, administered via Qualtrics, asked questions regarding recent acquisitions of voting equipment, procurement procedures and priorities, technology service and support procedures, sources and scope of funding, deployment challenges, best practices, voter feedback, and expectations for future acquisitions. This survey was distributed in March 2016 to the Election Administration listserv members of the National Association of County Recorders, Election Officials, and Clerks, consisting of 117 election officials. Thirty-three officials responded. Due to the sample size, response rate, and non-random distribution of this survey, *it is not meant to provide statistically significant inferences* or demonstrate generally representative responses. Rather, this survey simply provides a window into the experiences of at least some election officials. Their perspectives have informed our thinking and, we believe, enriched our analysis.

## HAVA Funding

In order to assess the present state of the industry, it is important to understand how it has changed since 2002, when Congress passed the Help America Vote Act (HAVA), authorizing the allocation of $3 billion to states (based on voter populations), to fund the purchase of new voting technology. The legislation was borne out of the 2000 Presidential election controversy, which revealed the grave limitations of punch card voting and the need for investment in more modern and reliable voting systems. HAVA also created the Election Assistance Commission (EAC),[20] a federal body tasked with providing guidance on voting technology standards and administering the HAVA funds.

---

19      "Election Costs: What States Pay," *National Conference of State Legislatures*, June 16, 2016, http://www.ncsl.org/research/elections-and-campaigns/election-costs.aspx.

20      The EAC is charged with certifying voting systems and allocating HAVA funds.  However, it serves a largely advisory role, as ultimate authority for the procurement and administration of elections still resides with local elections officials. See our discussion of the regulatory environment.

This round of funding delivered a sudden stimulus to the industry, creating a wave of investment that significantly increased technology expenditure and led to the deployment of new technologies for electronic voting machines. However, as of 2016, most of the HAVA funds that were distributed to states for the purpose of refreshing their voting technology have been exhausted. As depicted in Figure 1, 36 of 55[21] (65%) states and territories in the US have less than 10% of their originally allocated HAVA funds left (including interest), another 14 states and territories (25%) have less than half of their funding left.[22]

**Figure 1:**
**Number of States by Percentage of HAVA Funding Remaining (as of 2015)[23]**



HAVA Funds Remaining (as of 2015)

---

21      The Northern Mariana Islands were not included in the HAVA legislation. See Sec. 901 of HAVA for definition of "State," https://www.eac.gov/assets/1/workflow_staging/Page/41.PDF.

22      Based on an analysis of data provided in: United States Election Assistance Commission, *EAC Report to Congress on State Expenditures of HAVA Funds – 2015* (March 2016), https://www.eac.gov/assets/1/Documents/Final%20FY%202015%20Grants%20Report.pdf.

23      Id., p. 7. Figure is based on an analysis of data from the EAC Report. In the report, the EAC uses 2014 funding levels for states and territories that had not yet submitted 2015 financial reports.

The depletion of the HAVA funds has significant implications today, as the systems deployed as a result of HAVA are nearing the end of their useful life and need to be replaced. The service life of new voting hardware and software purchased and installed immediately after the passing of HAVA is 10-15 years, and states that now lack HAVA funds have to go to extraordinary lengths to keep their aging systems operational.[24] As noted by the Brennan Center, "[n]early every state is using some machines that are no longer manufactured and many election officials struggle to find replacement parts."[25] In many cases, election administrators do not have the funds to purchase new machines, but rather take it upon themselves to replace the malfunctioning parts—storage devices, printer ribbons, modems, etc. In some instances, those component parts are only available in other machines of the same make. Election administrators have gone so far as to stockpile obsolete hardware to keep their current machines running for the next election cycle. Several indicated that they also have used eBay to find these parts.[26] Despite how essential this machinery is to the democratic process, industry participants do not believe that there is sufficient political appetite for federal legislators to pass a bill similar to HAVA in the near future to support the purchase of new systems. While a bill like HAVA is not a preferred solution or even a "solution" at all in some experts' minds, the absence of any plan for a federal initiative creates uncertainty as to how to fund the replacement of existing systems, most of which will have to be retired in the next five years.[27]

Despite the funding constraints faced by state and local election officials, voters have been demanding the development of new and even more complex technology, most notably Internet voting, based on their personal experiences with the profusion of Web-based applications deployed in other industries. By July 2015, at least 13 states were considering legislation to start moving towards online voting, but so far only one such bill (Maine SB 552) has been enacted.[28] Although Internet voting may appeal instinctively to voters, a recent report by the U.S. Vote Foundation affirms that "computer scientists, cryptographers, and cybersecurity experts warn that no current Internet voting system is sufficiently secure and reliable for use in public elections." To meet the highest standards of election integrity, these experts maintain that any Internet voting system must have "end-to-end verifiability (E2E-V)"—meaning that it must allow voters to check that it recorded their vote accurately and included the vote in the final tally, as well as enable them to count the recorded votes and confirm the election

---

24    *America's Voting Machines at Risk*, p. 8.
25    Id., p. 4.
26    Id., p. 14.
27    Id., p. 17.
28    National Conference of State Legislatures, "Internet Voting: Creeping Our Way?" *The Canvass: States and Election Reform*, Issue 60 (July 2015), http://www.ncsl.org/Documents/Elections/The_Canvass_July_2015_60.pdf. In this July 2015 report, the National Conference of State Legislators highlights six security concerns regarding online voting. (1) Malware can interfere with a user's ability to vote, as demonstrated by a team from the University of Michigan, which successfully compromised a Washington, DC attempt at online voting, changing user votes without detection. (2) Botnets could be used to cause a distributed-denial-of-service (DDOS) attack on an online voting portal, not affecting the actual votes themselves but potentially denying voters the opportunity to cast their ballots. (3) Authentication problems become compounded when voters cannot be physically identified; online voting would only make it harder to ensure that the person casting the vote is who they say they are. (4) Verifiability also becomes more difficult with online voting, as it leaves no paper trail by which to audit an election. (5) Online voting is subject to file vulnerability, as PDFs and other files can be intercepted in transit, potentially allowing the votes to be manipulated before being tallied. (6) Coercion opportunities: online voting allows users to vote from anywhere, which opens voters to coercion by others, and also enables pay-for-vote schemes to flourish.

outcome. (It bears noting that E2E-V is an attribute that current electronic voting systems do not offer.) Internet voting also would need to be usable and accessible to all voters, including those with disabilities, and "designed, constructed, verified, certified, operated, and supported according to the most rigorous engineering requirements of mission-and safety-critical systems." It is doubtful, however, that a cost-effective Internet voting system meeting all of these recommended standards can be deployed anytime soon.[29] As such, it is nearly certain that online voting will not play a significant role in shaping the industry structure in the near term. In fact, several post-HAVA innovations in election technology that are far less complicated than Internet voting, such as touchscreen voting, have experienced unexpected problems, further undermining the public's confidence in the ability of the industry to provide new technology that is as secure and reliable as it is easy-to-use.[30]

## Figure 2a:
## Vendor Marketplace Coverage by Percentage of Eligible Voters



- ■ Election Systems & Software
- ■ Dominion Voting Systems
- ■ Hart InterCivic
- ▨ Other

## Vendors

Over the past decade, while there has been limited progress in terms of technological innovation, there have been significant changes in the landscape of vendors that develop, supply, and service the nation's voting machines. The seller side of the election technology industry has come to be characterized by a consolidated, highly concentrated market dominated by a few major vendors, where industry growth and competition are constrained.[31]

*Industry Participants.* The firms in the election technology industry sell integrated voting solutions, typically including a package of hardware, software, services and support. The industry has a two-tier structure with the three top-tier vendors, Election Systems and Software ("ES&S"), Hart Intercivic ("Hart") and Dominion Voting Systems

---

29      U.S. Vote Foundation, *The Future of Voting: End-to End Verifiable Internet Voting – Specification and Feasibility Assessment Study* (July 2015). Quote taken from the Executive Summary, available at https://www.usvotefoundation.org/sites/default/files/E2EVIV_executive_summary.pdf. See also "End-to-End Verifiability," http://research.microsoft.com/en-us/um/people/benaloh/papers/e2e-primer.pdf.

30      Mark Clayton, "Voting-Machine Glitches: How Bad Was It on Election Day around the Country?" *Christian Science Monitor,* November 7, 2012, http://www.csmonitor.com/USA/Elections/2012/1107/Voting-machine-glitches-How-bad-was-it-on-Election-Day-around-the-country; Dave Ress, "Touchscreen Problems Worry Virginia Election Officials," *Daily Press,* April 2, 2015.

31      Although innovation often is conducive to industry growth in general, the domestic voting technology market is limited intrinsically by the number of voters and voting districts in the United States. While expansion into international markets is possible, there are number of regulatory, financial, and technological challenges to such an endeavor that are not discussed here. See footnote 9 for more information on current vendors' reach into international markets.

("Dominion") covering approximately 92% of the total eligible voter population.[32] About a half dozen other firms fill out the second tier, often providing exclusively specialized technology (for instance, IVS, a small firm based in Kentucky, focuses on Vote-by-Phone products), or serving only a specific geographic market, or acting as a supplier to a larger firm that sells machines to end consumers. (See below for section on *Vendor Customer Segmentation* for more discussion on this topic.)

Figure 2a depicts the percentage of eligible[33] voters covered by each vendor. Figure 2b illustrates the number of voters each vendor reaches in absolute terms. A table showing the voter reach statistics for vendors with more than 0.1% market share appears at the back of the report in Appendix A.

## Figure 2b: Vendor Marketplace Coverage by Number of Eligible Voters



Note: Only vendors that reach more than 500,000 registrants are included.

The big three firms solidified their market position over the past decade. While the influx of HAVA funding into the industry in 2002 incited a flurry of investment in new electronic voting technology, as this funding dried up, the industry began to consolidate, with Hart Intercivic, Dominion Voting and ES&S rapidly acquiring their smaller competitors. This enabled these larger firms to establish customer relationships in counties to which they previously did not have access.

---

32      It is difficult to get revenue-based market share estimates due to the mix of initial acquisition, services and support revenues and because, none of the major vendors (nor most of the smaller ones) have public financial reports.  We can, however, tabulate the number of voters reached by each vendors as an alternative metric of market share. These data were obtained from the Verified Voting Foundation

33      "Eligible" here, and throughout this report, refers to individuals who are registered to vote and have access to electronic voting machines. The data, sourced directly from Verified Voting, does not include jurisdictions that use paper ballots exclusively.

Figure 3a shows some highlights of the consolidation activity of the three largest vendors in the market since 2003, while Figure 3b specifically visualizes the consolidation under the name of one firm, Dominion, using 2016 machine data.

It is worth noting that while we refer to ES&S, Hart, and Dominion as the "large" or "major" vendors, they are only big relative to the other vendors in the market. The largest vendor, ES&S, only has about 460 employees.[34] Election technology is an IT subindustry that the IT giants generally have avoided. "Apple, Dell, IBM, and HP have all steered clear of the sector," affirms a recent article in *Bloomberg Businessweek*.[35] Josh Benaloh, Senior Cryptographer at Microsoft Research, likewise commented that Microsoft "has very little interest in election technologies," at least as far as developing software or hardware for voting machines is concerned; "it's not the kind of mass market that Microsoft generally targets with its products."[36] Rather than investing directly in creating and selling proprietary voting systems, the company focuses instead on partnering with smaller firms to provide voting and election management solutions built on the Microsoft platform.[37]

## Figure 3a: **Vendor Consolidation**



*Note: The thin diagonal orange line represents the divestment by ES&S of the assets acquired by its purchase of Premier Election Solutions in September 2009, and the purchase of those assets by Dominion in May 2010.*

**Vendor Customer Segmentation.** As noted above, certain vendors seem to cater to specific segments of the market—they only serve jurisdictions of a certain size, or provide particular types of election technology, or do business in certain geographic areas—while others cover the market more broadly.

---

34      Number of employees as of January 30, 2014. Data obtained from a Public Information Act request to the Maryland State Board of Elections.

35      Michael Riley, Jordan Robertson, and David Kocieniewski, "The Computer Voting Revolution Is Already Crappy, Buggy, and Obsolete," *Bloomberg Businessweek*, September 29, 2016, https://www.bloomberg.com/features/2016-voting-technology/.

36      Email from Josh Benaloh to Matthew Caulfield, March 30, 2016.

37      See, for instance, http://democracylive.com/about-us/ and https://www.scytl.com/en/partner/microsoft/.

**Figure 3b:** **Vendor Consolidation Example: Dominion Voting Systems**

*In 2010, Canadian election technology firm Dominion Voting Systems conducted a number of acquisitions, consolidating its position in the election technology market in the United States.  Dominion acquired Sequoia Voting Systems as well as Premier Election Solutions (formerly part of Diebold, which sold Premier to ES&S in 2009, until antitrust issues forced ES&S to sell Premier, which then was acquired by Dominion). This map illustrates 2016 voting machine data—meaning, these data do not reflect geographic aggregation at the time of acquisition, but rather the machines that retain the Sequoia or Premier/Diebold brand that now fall under Dominion's market share.*



Dominion, *Pre-Merger*

Premier Election Solutions/Diebold

Sequoia Voting Systems

Dominion Voting Systems, *Post-Merger*

Figure 4 looks at those vendors that individually reach at least 35 jurisdictions, showing the number of registrants and jurisdictions they cover, and calculating a "Registrants per Jurisdiction" average for each. The range is substantial. IVS, the provider of a telephone-based voting system that produces a paper record, is present in a large number of small counties and municipalities with about 3,200 voters per jurisdiction, in contrast with other larger vendors such as Hart, which while present in a similar amount of jurisdictions, has about 50,200 voters per jurisdiction. (The aggregate voter/jurisdiction ratio among the top three vendors is 39,700 voters per jurisdiction.)

**Figure 4: Registrants, Jurisdictions, and Registrants per Jurisdiction by Vendor**

| Vendor | Registrants Reached | Jurisdictions | Registrants/ Jurisdiction (Average) |
|---|---|---|---|
| **Election Systems & Software** | 83,380,867 | 2,360 | 35,331 |
| **Dominion Voting Systems** | 71,006,665 | 1,635 | 43,429 |
| **Hart InterCivic** | 20,983,037 | 418 | 50,199 |
| **Unisyn Voting Solutions** | 3,430,900 | 120 | 28,591 |
| **MicroVote** | 3,291,260 | 93 | 35,390 |
| **IVS** | 1,336,070 | 415 | 3,219 |
| **Five Cedars Group** | 972,475 | 35 | 27,785 |

*Note: Only vendors who reach more than 500,000 registrants are included.*

*In the data provided by Verified Voting, jurisdictions are demarcated by FIPS codes. These are the Federal Information Processing Standard county codes that uniquely identify counties and county equivalents in the United States. Data from the state of Wisconsin are excluded from these numbers, due to an outlier jurisdictional count. Wisconsin data would significantly skew the registrants/ jurisdiction count due the sheer number of its jurisdictions as defined by FIPS codes. Only those vendors reaching more than 35 jurisdictions (outside of Wisconsin) are listed.*

Similar variation can be seen in the range of technologies offered by different vendors. As for the technologies themselves, the offerings for voting hardware and software have not advanced much in the past 10 years, especially relative to other contemporary technologies. Among the voting system products most widely used in the US currently, there are 6 common technical approaches for casting and counting ballots:

- Hand marked pre-printed paper ballots counted by optical scan devices.

- Machine marked pre-printed ballots, created by a ballot marking device, counted by optical scan devices.

- Hand marked ballots of several kinds (e.g., emergency ballots, Federal Write-In Absentee Ballots) that are either hand counted, or hand transcribed to pre-printed paper ballots counted by optical scan devices.

- Machine-prepared ballots of several kinds (e.g., Oregon Alternate Format Ballots, or ballots from military voter online ballot marking systems) that are either hand counted, or hand transcribed to pre-printed paper ballots counted by optical scan devices, or are machine transcribed by devices that scan a barcode and generate a ballot counted by optical scan.

- Paperless direct-record election (DRE) devices

- DREs with a paper trail that can be used for ballot audits.

Ballot marking devices involve technology that directly indicates voter preferences on paper ballots, which are tabulated by hand or machine.  Direct recording electronic systems involve an electronic interface (telephone, touchscreen, or push button) that captures an electronic record, which is then consolidated and tabulated electronically. Optical scan technologies begin with the voter marking preferences on a ballot and then submitting these ballots to a local or central scanner to complete the vote. [38]

Appendix B illustrates the deployment of these different types of voting systems by vendor. The larger vendors provide or have provided all of the major technologies, although the number of installations for each technology varies. Smaller vendors, however, generally have had less diversified offerings. For example, Unisyn Voting Solutions has not offered any DRE systems, focusing solely on ballot marking devices and optical scan systems. Many other smaller vendors likewise specialize in a particular technology, rather than offer a wider range of products.

Figure 5 illustrates the geographic breakdown of vendor voting machines. While the larger vendors have a wide geographic breadth, smaller vendors typically develop business in particular, localized markets. For example, the Five Cedars Group supplies only the Pacific Northwest. The figure includes only those vendors reaching more than 15 jurisdictions total.

---

[38]      For historical and political background on the evolution of voting rights and voting technology, see Douglas W. Jones and Barbara Simons, *Broken Ballots: Will Your Vote Count?* (Center for the Study of Language and Information, 2012); Alexander Keyssar, *The Right to Vote: The Contested History of Democracy in the United States.* (Basic Books, 2009); R. Michael Alvarez and Thad E. Hall, *Electronic Elections:  The Perils and Promises of Digital Democracy* (Princeton University Press, 2008); R. Michael Alvarez and Thad E. Hall, *Point, Click and Vote: The Future of Internet Voting* (Brookings Institution Press, 2004); Tracy Campbell, *Deliver the Vote: A History of Election Fraud, an American Political Tradition-1742-2004* (Basic Books, 2006).

**Figure 5: Geographic Breakdown of Voting Machine Use by Vendor**



Dominion Voting Systems

Election Systems & Software

Five Cedars Group

Hart InterCivic

IVS

MicroVote

Unilect Voting Systems

Unisyn Voting Solutions

(As noted on Figure 4, jurisdictions are demarcated by FIPS codes in the data provided by Verified Voting; unlike Figure 4, though, the visualization in Figure 5 includes the data from Wisconsin.)

Across the United States, there is significant variation from state to state in the diversity of vendors present within each state. Figure 6 shows aggregated jurisdictional distribution of voting machines by vendor. Some states (such as Georgia, Utah and South Carolina) rely on a single vendor while others, such as California, deploy systems offered by a variety of vendors. When looking at individual presence by vendor, among the top three vendors it is clear that Dominion and ES&S have a more national presence than Hart.

## Figure 6: **Aggregated Jurisdictional Distribution of Voting Machines by Vendor**



*Note: If more than one vendor is present in a district, a multi-color pie chart indicates the vendors.*

**APP2952**

**Concentration.** Earlier, we traced how the industry has experienced remarkable consolidation over the past decade. Here, we consider the current state of market *concentration* in the industry. An industry is concentrated if the market as a whole, or subsets of the market, are served by a limited number of vendors. Since revenue data for voting technology vendors is limited, we use the "voter reach" market share metric as a proxy. For example, if a firm reaches 50% of voters in a given state, in our calculations it has a 50% market share of that state. Calculations of nationwide market share per vendor are provided in Appendix A.

From a regulatory standpoint, concentrated markets are of interest because they raise the possibility of imperfect competition and attendant problems associated with market power, such as unusually high prices or limited incentives for innovation. When formally measuring market concentration, the Department of Justice (DOJ) and Federal Trade Commission (FTC)[39] typically use the Herfindahl-Hirschman Index (HHI),[40] which is computed as the sum of the squares of the market shares of each participant. The index ranges from 0 (completely un-concentrated, with a large number of very small firms) to 10,000 (a monopoly, with a single firm controlling 100% of the market). The DOJ and FTC consider markets in which the HHI is between 1,500 and 2,500 points to be "moderately concentrated," while markets in which the HHI is in excess of 2,500 points are deemed to be "highly concentrated."

It should be noted that the measurement of concentration for understanding industry structure and supplier behavior is perhaps more meaningful at a national level than a state level. Many states create a state-imposed "monopoly" of voting equipment by establishing common purchasing procedures where a single vendor is selected and serves the state as a whole. According to the National Conference of State Legislatures, states that currently have the same vendor and type of voting equipment in polling places statewide include: Alabama, Alaska, Connecticut, Delaware, Georgia, Hawaii, Louisiana, Maine, Maryland, Nevada, New Hampshire, New Mexico, North Dakota, Oklahoma, Rhode Island, South Carolina, Utah, and Vermont.[41] Other states, such as Arkansas and Colorado, are moving toward uniformity as well.[42] As a result, market concentrations in many states are entirely due to buyer behavior and are not necessarily indicative of market power. Regardless, the HHI for *every single* US state is above the 2500 DOJ/FTC threshold for being highly concentrated. (The smallest is Tennessee, at 2,550.) Nationally, even when considering potential variation across states, the market is highly concentrated, with an overall HHI index of 3,435.

**Revenue.** There are two major revenue streams for election technology vendors. First, there are periodic, large purchases of new equipment. Systems are typically replaced with new purchases when they reach the end of their useful life or when funding

---

39      United States Department of Justice and the Federal Trade Commission, *Horizontal Merger Guidelines*, August 19, 2010, https://www.ftc.gov/sites/default/files/attachments/merger-review/100819hmg.pdf, p. 19.

40      "Herfindahl–Hirschman Index," *United States Department of Justice*, updated July 29, 2015, https://www.justice.gov/atr/herfindahl-hirschman-index.

41      "Election Costs: What States Pay," *National Conference of State Legislatures*, June 16, 2016, http://www.ncsl.org/research/elections-and-campaigns/election-costs.aspx.

42      Id.

becomes available. New purchases may account for about a third of industry revenue.[43] The second revenue stream relates to ongoing maintenance, support, and services, which constitute the remaining two-thirds of industry revenue. Previous research has shown that enterprise software systems typically entail support costs equal to around 20% of the software licensing costs.[44] Procurement contracts reviewed for this study suggest that these costs are similar in the election technology market, on the order of 20-25% of the initial purchase price annually, although the financial intelligence firm PrivCo reports that "[l]ong-term service contracts can sometimes be worth half as much as new equipment."[45]  This revenue stream, however, is not smooth year-to-year, primarily because of the "lumpiness" of new equipment procurement. In particular, the influx of HAVA funds for machine replacement precipitated a mass purchasing of voting machines in the early 2000's, clustering replacement cycles disproportionally on certain years (e.g., the many states that purchased machines in 2002 would have to replace them around 2012, and again around 2022).

An exact figure for annual industry revenue is not known with certainty. A report put out by the Caltech/MIT Voting Project sizes the industry at about $300 million, in the same range of prior publicly available market size estimates.[46] The Brennan Center estimates that replacing all the voting machines in the United States would entail costs that "fall somewhere between $580 million and $3.5 billion," and forecasts the actual figure at "well over $1 billion."[47] Including support costs, this again would translate into about a $300 million annual industry ($1 billion amortized over a 10-year useful life, plus an estimated 20% of acquisition annual cost of support). Data available online from PrivCo seem to corroborate this revenue picture, and indicate that the revenues of the top three firms (ES&S, Dominion, and Hart, which together comprise over 90% of the market) totaled approximately $351 million in 2015 (see Figure 7).[48] The OSET Institute, however, believes the replacement costs will be toward the high end of the range cited by the Brennan Center, coming in slightly over $3 billion. They base their calculation on the premise that 2.45 million machines will need to be purchased to serve the 10,079 jurisdictions throughout the U.S., with the replacement cost of those machines estimated at $1,250 "per seat." Those figures would imply that annual revenue going forward would reach $800 to $900 million (with the range depending on whether machines have a 10- or 15-year useful life). However, in the best case, it likely would take several years to reach this level due to the timing of the procurement cycle, even if funding became immediately available.

---

43       To illustrate how this revenue relates to the lifecycle cost of a voting machine, consider the purchase of a new voting machine installation for $100,000 which has a useful life of 10 years.  This contributes about $10,000 per year.  If maintenance revenues are 20% of new purchase price per year, then this machine will also be associated with $20,000 of services revenue per year.  Thus, capital costs comprise about a third of annual expenditure over a long time period under these assumptions.

44       Lorin M. Hitt, D.J. Wu, and Xiaoge Zhou, "Investment in Enterprise Resource Planning: Business Impact and Productivity Measures," *Journal of Management Information Systems*, 19:1 (Summer 2002), https://www.scheller.gatech.edu/directory/faculty/wu/pubs/Hitt_Wu_Zhou_JMIS_2002.pdf.

45       PrivCo report on Dominion Voting Systems, Inc. Accessed at www.privco.com, January 2017.

46       Caltech/MIT Voting Technology Project, *Voting: What Has Changed, What Hasn't, and What Needs Improvement* (2013), http://vote.caltech.edu/reports/6, p. 22. An earlier report from the MIT/Caltech Voting Project estimated total costs over a 15-year lifetime of $32.75 per voter for direct-recording electronic (DRE) voting systems and $29.50 per voter for optical scanning systems. Using a figure of 142.2 million registered voters from the US Census data on the November 2014 election, this yields annual costs of $280 million to $310 million.

47       *America's Voting Machines at Risk,* p. 17.

48       Data downloaded from www.privco.com in January 2017.

***Profitability.*** The profitability of the industry as a whole is unknown. While PrivCo provides revenue numbers for the major players, their cost structures can only be estimated. We do have some cost data, though, for Unisyn Voting Solutions, the industry's fourth-largest vendor, which has struggled financially since its inception. Unisyn reported a positive operating income in the election years 2008 and 2012, but had negative operating income in the three intervening years. During part of that period (2008-2010), Unisyn was investing in the development of a new digital optical scan election system, which necessarily affected its financial position. But even after Unisyn stopped spending on R&D, the company still had weak profit numbers. Despite revenues of over $5 million in 2012 and $3 million in 2013, the company barely earned a positive operating income—just $280,000 in 2012 and $50,000 in 2013.[49]

It is unlikely, though, that the larger vendors have generated similarly disappointing figures. The top three firms all have had much higher revenue figures as well as significantly greater voter reach within the market. Moreover, two of them, ES&S  and Hart,  are at least partially owned either by private equity investment firms or financial holding companies. This category of investors typically has aggressive return rate targets for their investments. It is unclear, however, whether they believe those targets can be met with the industry as it exists today, or if they made their investments in anticipation of a significant, HAVA-like influx of new funding to modernize the voting systems currently in use (or in anticipation of some other unascertained market event).

***Competitive Dynamics.***  Absent a major change in either technology or funding, growth in the industry is constrained by the growth in the base of registered voters. In addition, since voting systems can last for 10 or more years and are not interoperable, competition is focused around the limited number of events where systems are being replaced, which is typically done by some variation of an open bidding process, whereby vendors compete aggressively for new business. For vendors, the process entails substantial investments in direct marketing to election administrators, engagement in lobbying and other political activity, and



**Figure 7:**
**Revenue of Top Three Vendors over Time**

Legend:
- Election Systems & Software
- Dominion Voting Systems
- Hart InterCivic

---

49    PrivCo report on Unisyn Voting Solutions. Accessed at www.privco.com, January 2017.

even the initiation of litigation proceedings over unsuccessful bids.  An analysis of the industry's largest vendor, ES&S, describes its sales practices in this way: "Management has aggressively increased its market share by regularly offering the lowest bids to local governments and outbidding competitors with better terms to cash-strapped governments. Such pricing power and strong sales tactics help the company drive competitors out of large markets." In one documented instance, ES&S negotiated a contract in 2010 with Nassau County in New York for a new integrated voting system and service agreement costing over $14 million, in which the company offered to buy back, "at a higher price than the original purchase price," all 450 of the county's current ImageCast voting machines (manufactured by competitor Dominion), thus effectively granting the county a rebate of over $4.5 million. To make the deal sweeter, ES&S agreed to re-market and sell the discarded Dominion machines "as is," and to split the resulting proceeds 50/50 with Nassau County, which the county would then use as an additional credit "for their future purchase of products and services from ES&S." ES&S was even willing to "guarantee a minimum of $500,000 in sale proceeds" and to make those funds "immediately available to the County Board of Elections" in Nassau County for making the proposed purchases from ES&S.[50]

Although vendors compete aggressively for business, the limited size of the industry and the existence of certain common interests also provide motivation and opportunity for cooperation between vendors in areas such as regulation, certification, standards-setting, and the identification and encouragement of new funding sources. That is, there are at least a few areas where vendors have common interests, and as such, are not pitted against each other aggressively. For instance, voting technology companies are invited to send representatives to events such as "Manufacturers' Meetings," where they have incentives to work together in providing technical advice and information to representatives from standard setters to prevent the establishment of standards or time frames for the delivery of new systems that are impossible to meet or are generally unfavorable for them.

Existing vendors also face little threat of external entry from technology firms not currently working in the election technology realm. Vendors have voiced concerns that the process of certifying new voting technology creates enormous development costs and implementation delays, which are difficult to recover and therefore create disincentives for innovation.  (Such barriers to innovation will be discussed in more detail in the second part of this report.) As a result, both vendors and their customers feel that they are 'locked in' to older technologies that are difficult to support over the full 10- to 15-year product lifecycle. Idiosyncratic customer preferences—each jurisdiction has its own budget constraints and voting format preferences (e.g., DRE vs. paper ballots), as well as required or preferred customizations (e.g., for multilingual voting, or disability access)—also have limited the ability of vendors to offer standardized services, while at the same time requiring significant sales, marketing and support infrastructure to handle the number and variety of customers. These challenges collectively create a substantial barrier to entry and limit interest in this industry among outside IT vendors.

---

50    PrivCo report on Election Systems & Software. Accessed at www.privco.com, January 2017. PrivCo report includes documentation on the agreement with Nassau County.

**APP2956**

## Customers

Whereas vendors are few in number, and offer a limited range of election systems within a constrained, concentrated market environment, their thousands of consumers have particular, idiosyncratic needs, as well as limited budgets with which to procure them.

*Election Administrators.*  In the US, decisions about elections are typically managed at the county level, although some states provide purchasing support or other central services to facilitate the procurement of election technology (typically coordinated through the office of the Secretary of State). This creates more than 10,000 potential customers, all of whom can vary in their budgets, technological resources, preferences, requirements, and knowledge about voting technology. Turnover among election officials creates further variability.[51]

There is, however, some natural segmentation of customers. It has been estimated that less than 6% of local election officials serve more than two-thirds of the voters nationally.[52] The jurisdictions with high concentrations of voters command significant vendor interest and have the scale, in some cases, to request specific features or customizations for the voting systems they receive.[53] Some of these jurisdictions have election officials who are especially invested in innovation and are willing to expend the time and effort to encourage vendors to develop systems that fit their specific needs. They may also have full-time, professional information technology staff to support and monitor their procurement and operations. Regardless, most jurisdictions select one particular technology, or at most two, as well as a particular vendor, and retain these systems through their useful life (and often beyond).[54]

*Procurement Process.* All buyers of voting machines in states without centralized procurement processes operate under the constraints of their local and state procurement regulations. While these regulations were created in hopes of improving the purchasing process—offering a largely objective means for selecting vendors and ensuring proper attention to requirements and specifications, while yielding higher quality at a lower cost through competitive bidding—they often have unintended consequences that can be costly.

Procurement typically involves a cumbersome, time consuming, multi-stage process of soliciting vendor interest, performing vendor pre-qualification, preparing requests for proposals (RFPs), collecting responses to the RFPs, clarifying responses, selecting vendors, publicizing the selection, and then finally engaging in the contracting process.

---

51    Telephone Interview with Warren Stewart from Verified Voting, April 15, 2016. When collecting county official contact information, he notes "incredible turnover."

52    David C. Kimball and Brady Baybeck, "Are All Jurisdictions Equal? Size Disparity in Election Administration," *Election Law Journal* 12: 2 (2013), p. 130-131.

53    See below for a case study on Miami-Dade County, FL exploring this trend.

54    See generally *America's Voting Machines at Risk*.

Los Angeles Registrar-Recorder/County Clerk Conny B. McCormack recalled that "it required six months of preparation and multi-departmental coordination to write [the county's] comprehensive 150+ page RFP" when it sought to replace its voting machines after the 2000 election.[55] Even after the RFP was submitted, reaching an agreement with a vendor proved difficult, owing to differences in expectations about the timeline for delivery, schedule of payments, legal dispute resolution system, and use of the equipment (i.e., whether it could be used for other purposes outside of elections). Indeed, stringent procurement criteria and complex processes reduce the possible vendors to a short list of well-established players who have the resources and internal expertise to research and prepare successful RFP submissions. At the same time, many election officials—who may never have been involved in IT procurement—simply lack the technical expertise or do not have a specific interest in the technological side of voting to participate effectively in the RFP process and contracting of IT services. By contrast, vendors tend to be significantly more seasoned in voting machine and technical services contract negotiations. This mismatch in skills can result in sub-optimally negotiated contracts for jurisdictions.[56]

The complexities of the RFP process entail both direct costs and opportunity costs, and they raise switching costs for customers and development costs (that may ultimately be passed on to the customers) for vendors. As noted earlier, the infrequent nature and large volume of system procurements create strong incentives for vendors to compete for these contracts, and unsuccessful bidders may also contest the decision through lobbying and litigation, which further increases costs and introduces delays and uncertainty into the process.

The illustrations on the following pages describe a couple of notable examples of how convoluted this RFP process can become for vendors and customers alike.

---

55      Memo from Conny B. McCormack, Registrar-Recorder/County Clerk, "The Challenge: Voting System Replacement," October 1, 2001, http://rrcc.lacounty.gov/general/ARCHIVES/vs-replacement.htm.

56      Seeing an opportunity in the skills mismatch, at least one firm, InfoSentry Services, went so far as to develop and offer courses "on purchasing procedures and contract negotiation strategies for election technology," geared toward election officials. "The courses covered contract negotiation strategies and skills, as well as common mistakes government organizations make when dealing with vendors' experienced contract negotiators." See http://www.infosentry.com/IS_Purchasing-Contract-Negotiations-Certification_20041013.htm.

A Closer Look:
# San Francisco



**With the city's contract with Dominion set to expire at the end of 2016, the San Francisco Department of Elections submitted a Request for Information (RFI) in August 2015 highlighting criteria for a new voting system,** including requirements regarding functionality, usability/transparency, results reporting, and adaptability that were so particular as to be beyond the abilities of many vendors.

The Department enumerated 24 criteria related to functionality alone. The Department sought to implement a new voting system specifically with open-source software that provides information in open data formats, and invited information from companies with solutions that are "fully accessible to all voters, are based on voters marking paper ballots, and conduct ranked-choice elections." The city also wanted a system that would accommodate "the formatting of multiple-language ballots" and "integrate additional languages with minimal preparation of and modification to the overall system"; be "designed with minimal moving parts to reduce maintenance and associated costs"; as well as have "a small footprint inside delivery vehicles" so as to enable the Department to "transport equipment using minimal resources." At the same time, though, the Department of Elections made it clear that "the City will not award a contract based on this RFI," and would use responses only to "inform the City's scoping process when preparing the expected RFP in 2016."[57]  In the end, San Francisco cancelled its plans to issue an RFP to solicit new machines from traditional vendors after the city's Elections Commission unanimously approved a resolution in November 2015 to pursue, instead, the development of an open source voting system based on non-proprietary software code. (A discussion of open source technology for voting can be found later in this report.)

San Francisco hopes to launch this open source voting system by November 2019, and in the interim has focused on extending its existing contract with Dominion Voting Systems.[58]

---

57      City and County of San Francisco, Department of Elections, "Request for Information (RFI): City and County of San Francisco's Voting System, RFI# REG2015-01," https://www.eac.gov/assets/1/Documents/SF_RFI_VotingSystem.pdf. Quotes taken from p. 1-2, 4-5.

58      "San Francisco Sets Sights on Open Source Voting by November 2019," *San Francisco Examiner,* November 26, 2015, http://www.sfexaminer.com/san-francisco-sets-sights-on-open-source-voting-by-november-2019/; "San Francisco Prepares to Open Source Its Voting System Software," *The Register,* February 10, 2016, http://www.theregister.co.uk/2016/02/10/san_francisco_to_open_source_voting_systems/.

A Closer Look:

# Arkansas

**An RFP issued in April 2015 announced that the Arkansas Secretary of State "[was] considering replacing the voting equipment in 75 Arkansas Counties," and wanted to do so by the following March, in anticipation of the 2016 election cycle.**



"If the project proceeds"—the RFP offered no clear commitment on that—Arkansas sought a vendor to take responsibility for the complete replacement of the state's existing machines, and the installation, training, testing, and maintenance for a new sole-source voting system that would integrate polling place equipment and voter registration systems. Although the Arkansas legislature made an appropriation of $30 million to pay for a 5-year contract with a vendor, the RFP emphasized that annual funding was not guaranteed, and that the Secretary of State therefore reserved the right terminate any agreement "effective upon delivery of written notice to the Vendor."

Vendors that wanted to submit a proposal needed to present five years of audited financial reports, show a history of three successful statewide voting system implementations, document their employee base and company size, identify the original manufacturers of any equipment acquired from outside vendors, and demonstrate proof of nationwide presence. This last requirement alone would disqualify most potential bidders

Indeed, the Arkansas Secretary of State received just three replies to the RFP, and selected a new system provided by the industry's largest player, ES&S. Despite the $30 million appropriation, however, no funding was set aside to pay for rolling out the new voting system statewide. The Office of the Secretary of State ultimately pulled over $2 million from its own reserves to pay for a limited rollout. Only 4 of the 75 counties had upgraded voting systems in place by the March 2016 target date; as of early 2017, that number had risen to just 11.[59]

---

59       Arkansas Secretary of State, "Request for Proposal for Statewide Integrated Voting System," https://www.eac.gov/assets/1/Documents/State%20of%20 Arkansas%20RFP-RFQ%20Elections%20Integrated%20Voting%20System.pdf; "Funding Elections Technology," *National Conference of State Legislatures*, February 2, 2017, http://www.ncsl.org/research/elections-and-campaigns/funding-election-technology.aspx; "New Voting Machines Worked as Planned; Record Turnout for Republican Primary," HarrisonDaily.com, March 4, 2016, http://harrisondaily.com/news/new-voting-machines-worked-as-planned-record-turnout-for-republican/article_829f1efc-e190-11e5-8698-a735d7082691.html; "County Clerks Push to Replace Aging Voting Machines," *ArkansasMatters.com*, February 2, 2017, http://www.arkansasmatters.com/news/local-news/county-clerks-push-to-replace-aging-voting-machines/648986711.

# The Regulatory Environment

Transactions between customers and vendors are shaped by federal and state guidelines; understanding the voting technology regulatory environment is critical to understanding potential mechanisms for reform in this industry. While state laws are subject to certain federal constitutional[60] and statutory[61] constraints, states and lower-level jurisdictions have wide latitude in making decisions central to the integrity of elections, including purchasing voting machines, establishing training procedures, implementing testing procedures, and setting certification standards. There are two federal agencies commonly associated with elections—the Federal Election Commission (FEC) and the Election Assistance Commission (EAC). The FEC's domain falls mainly in the financing of federal elections, and though it has had some role in developing standards historically, it holds little sway over the election technology industry as we present it here.[62] The EAC, which may soon be eliminated, is notably not named the 'Election Regulation Commission';[63] it offers assistance and significant resources to states and other stakeholders, but holds no direct regulatory authority over them.[64] Some of its functions include developing the Voluntary Voting System Guidelines (VVSG) with standard-setting entities,[65] certifying Voting System Test Laboratories (VSTLs),[66] and acting as an information hub for election officials needing guidance.

Despite its lack of fiat, thirty-seven states in addition to the District of Columbia use some aspect of the federal testing and certification program: nine states and D.C. require testing to federal standards, sixteen require testing by a federally accredited laboratory, and twelve require full federal certification (see Figure 8).[67] Otherwise, states develop their own standards and put

---

60    For example, the Fifteenth and Nineteenth Amendments forbid racial and gender discrimination respectively, the Twenty-fourth Amendment prohibits poll taxes, and the Twenty-sixth Amendment sets the maximum voting eligibility age at 18 years. See generally http://constitutioncenter.org/interactive-constitution/amendments/amendment-xv.

61    Most notably, the Voting Rights Act of 1965.

62    For an early history, see United States Federal Election Commission, "History of the Voting System Standards Program," http://www.fec.gov/pages/vsshst.htm.

63    We thank Greg Miller from the OSET Institute for raising this point.

64    It is worth noting a previous attempt to eliminate the EAC, under charges of redundancy. See "Election Commission May Be Closing," *Roll Call*, April 13, 2011, http://www.rollcall.com/issues/56_111/Election-Assistance-Commission-May-Be-Closing-204942-1.html.

65    The purpose of the VVSG is to enumerate a baseline set of specifications and requirements against which to test voting systems, to determine if they meet expected standards of integrity with respect to functionality, accessibility and security capabilities. The National Institute of Standards and Technology (NIST) and the Technical Guidelines Development Committee (TGDC) are heavily involved in this process.

66    One concern that has been voiced about the current certification system is that manufacturers are allowed to pay VSTLs directly, giving rise to conflicts of interest. While the EAC has expressed desire to collect money from all vendors and pay the costs of testing itself, they do not have the legal authority to collect money directly from manufacturers by statute. (See Election Administration Commission, "Frequently Asked Questions," http://www.eac.gov/testing_and_certification/frequently_asked_questions.aspx.)  Experts have expressed concern that this leaves the country with "few checks and balances...if [testing labs] fail to serve the public interest." (See *Written Testimony of David Wagner, Ph.D., Computer Science Division, University of California, Berkeley, Before the Committee on Oversight and Government Reform, Subcommittee on Information Policy, Census, and National Archives, U.S. House of Representatives, May 7, 2007,* https://people.eecs.berkeley.edu/~daw/papers/testimony-oversight07.pdf. At least one VSTL has previously been suspended for failing to perform tests with sound methods, qualified personnel, or proper documentation. (See "Lab That Tests and Certifies Voting Machines Suspended," *Wired*, October 29, 2008, https://www.wired.com/2008/10/lab-that-tests./.)

67    Data provided by the National Conference of State Legislatures, "Voting System Standards, Testing and Certification," December 14, 2015, http://www.ncsl.org/research/elections-and-campaigns/voting-system-standards-testing-and-certification.aspx. The NCSL notes that four additional states refer to federal agencies or statutes, but this is only more tangentially.

in place their own testing procedures, drawing on guidance from other voting technology experts. For example, states such as Connecticut and Georgia have cultivated partnerships with universities for advice and assistance.[68]

## Figure 8: **Voting System Testing and Certification**



■ Require testing to federal standards, as drafted by the FEC, NIST, or EAC
■ Require testing by a federally-accredited laboratory
■ Require full federal certification
■ Refer to federal agencies or standards
■ No federal testing or certification requirements

---

68       Id. The NCSL states: "The Connecticut secretary of state partners with the University of Connecticut's Center for Voting Technology Research to perform these functions. In Georgia, Kennesaw State University's Center for Election Systems serves as the designated certification agent (Ga Comp. R. & Regs. 590-8-1-.01) and Ball State University's Voting System Technical Oversight Program (VSTOP) advises the secretary of state on the certification of voting systems in Indiana (Ind. Code §3-11-16-4)." See also: electionline.org, *Case Study: Election Partnerships* (June 2007), https://voter.engr.uconn.edu/voter/wp-content/uploads/UCONN%20partnership%20report.pdf.

While the EAC certainly had sway over a plurality of states, the fact is that the federal government does not have the authority to institute changes in a "top-down" fashion when it comes to election technology. Even if change were easier at the federal level, some states clearly worry about federal overreach and infringement on state-level affairs. When the Department of Homeland Security in August of 2016 offered to help states across the country ensure the integrity of their technology given the technology's relevance to national security concerns, Georgia's Secretary of State, Brian Kemp, reacted with alarm. As he put it: "The question remains whether the federal government will subvert the Constitution to achieve the goal of federalizing elections under the guise of security."[69] The regulatory environment, which embodies American principles of federalism, seems to limit the promotion of any sort of national standards for all election systems.

# Industry Structure and Innovation

## Whereas the first section of the report characterized the election technology industry, we now turn to analyzing the industry structure.

The election technology industry exhibits low- to moderate- levels of competition.[70] There is no meaningful competitive pressure from the suppliers to the vendors. Most are technology component providers that either make generic commodities that are primarily consumed by players in other industries (e.g., touchscreens, disk drives), or operate under contract as manufacturers or assemblers. Similarly, there is little threat from existing substitute technologies, given the unique requirements for voting technology. That is to say, America needs voting machines and no other product can fulfill their function or satisfy that specific need.[71] The highly fragmented customer base with widely varying levels of technological and purchasing expertise, along with high switching costs and a costly procurement process, create limited buyer power for all but the largest customers. Moreover, any new technologies have to go through a costly certification process, further deterring entry into the market. Finally, the high degree of concentration of the incumbent firms limits the rivalry among them.

---

69    "Elections Security: Federal Help or a Power Grab?" *Politico*, August 28, 2016, http://www.politico.com/story/2016/08/election-cyber-security-georgia-227475.

70    The classic "Porter's Five Forces" framework, as a common analytical approach in strategic management for understanding the factors that drive the structure and profitability of an industry, is instructive here.  The five forces are: supplier power, buyer power, rivalry among firms, entry barriers, and threat of substitutes.  See Michael E. Porter, "The Five Competitive Forces That Shape Strategy," *Harvard Business Review* 86:1 (2008), https://hbr.org/2008/01/the-five-competitive-forces-that-shape-strategy.

71    The classic example of a substitute relationship is neckties as substitutes for power tools—both are very popular purchases around Father's Day.

Government regulators typically view a low level of competition as a sign of potential collusion among firms. We have no evidence that suggests the existence of active, collusive behavior or the inappropriate exercise of market power by firms, which can occur in other imperfectly competitive industries. We can say, however, that the low level of competition is attributable at least in part to certain deliberate structural characteristics of the voting technology industry—in particular, the fact that many states and county coalitions purchase *en bloc* from a single vendor. Moreover, what we observe is that the consequences of such structural characteristics are directly tied to a key concern articulated by many industry stakeholders: limited incentives for technological innovation. There are several ways in which the structure of the industry can stifle innovation, and in the remainder of this section we discuss these structural characteristics and their implications in more detail.

## Barriers to Innovation: Lack of a Consistent Funding Stream

It is difficult if not impossible to spur technological innovation without steady funding, but that is exactly what the election technology industry lacks. It appears that most jurisdictions provide a minimum baseline level of funding to maintain existing systems and tend to keep new investment to a minimum. As a result, it typically requires a substantial infusion of external funds to cause purchasing to significantly increase (at least temporarily), such as when the federal government made HAVA funds available nationally.[72]

Aside from such an infusion, specifically in states with non-centralized voting technology acquisition, most resources are obtained through local funding. In our survey of 33 election officials in counties that had made recent purchases, around two-fifths purchased equipment with HAVA funds,[73] one-fifth purchased equipment with appropriations from local municipalities, and a few others did so with appropriations from state funds. Other sources of capital included county and town appropriations. Going forward, as HAVA funding is further exhausted, more funding will need to be sourced from non-federal budgets whenever voting technology needs to be upgraded. When asked about funding future purchases, only about one-fifth of our survey respondents expected to use unspent HAVA funds; the rest expected to obtain funding from local municipalities, state funds, county funds, and other local appropriations. Raising funds on a consistent basis from any one of these sources is challenging. Our discussions with county officials revealed that many state-level bureaucrats do not believe that voting technology is a priority budget item. As pointed out by Matthew Dunlap, Secretary of State of Maine, a central aim of state legislatures is to 'stay off the front page of the newspaper,' which can impact how they think about appropriations.[74] It is difficult to justify new investment in voting technology when the returns from it are unclear, especially since funds may have to be diverted away from other seemingly more pressing and more visible expenditures, such as those on roads and schools.

---

72    Survey respondents noted that an infusion of HAVA funds prompted many of their districts to buy new technology.

73    One respondent, when asked what the three priorities that drove their funding acquisition, responded merely: "HAVA, HAVA, HAVA."

74    Matthew Dunlap, Secretary of State for the State of Maine, Presentation at the 2016 Election Verification Network Conference, March 10, 2016, Washington D.C.

## Barriers to Innovation: Buyer Switching Costs

In addition to the paucity of available and adequate funding, buyer switching costs are high, which tends to further limit competition and reduce incentives for innovation. Voting systems are durable goods with a life cycle of at least 10 years. The infrequency of purchase, combined with the noted staffing turnover among county officials, means there is little accrual of useful experience among counties for acquisition, especially when new or different technologies are introduced. Given that funding for new purchases may be difficult to obtain, jurisdictions are especially committed to getting the full useful life out of the systems they have already purchased, limiting their ability to adopt new technology, accommodate changes in voter preferences, or simply correct past procurement mistakes. Systems are typically not interoperable, and as such, would necessitate replacement as a whole, making the task all the more daunting. As a result, election administrators feel 'locked in' to their existing technology.

Difficulties with the implementation and management of new systems create additional switching costs. Almost every surveyed election official listed training as the main challenge accompanying the adoption of any new technology. Depending on the nature of the transition, election officials, poll managers, poll workers, system maintenance specialists, election programmers, and voters all need to be trained under a new system.[75] Vendors too have pointed to training issues as a source of chaos on election days.[76]

At the same time, there is an understanding that greater efforts are warranted to ensure improved voting accuracy and election integrity, including requiring pre-Election Day testing and post-election audits.[77] This could be facilitated by aggressive "schedule management" for new installations and effective coordination with the vendor.[78] But given the risks involved, as well as the concerns of election officials that they do not have adequate processes in place to evaluate the effectiveness and efficiency of voting machines on their own, these officials have become dependent upon the vendors to support, maintain and even operate their systems. In the enterprise software industry broadly, some of this support burden could be picked up by consultants and third-party support vendors. Here, however, third-party support, where an outside firm supports or maintains a system provided by a different vendor, is unusual and rarely permitted under contracting terms, particularly since auxiliary services constitute such a large part of industry revenue. A company analysis of one major election systems vendor

---

75    United States Election Assistance Commission, *Ten Things to Know About Selecting a Voting System* (Managing Election Technology Series #1), http://www.eac.gov/assets/1/Documents/Managing%20Election%20Technology%20Series%201%20Ten%20Things%20FINAL.6.24.15.pdf, p. 3.

76    Lida Rodriguez-Taseff, "Florida's Post 2000 Voting Systems Overhaul: The Road to Perdition," *The John Marshall Journal of Information Technology & Privacy Law* 23:3 (2005) p. 500-501.

77    National Conference of State Legislatures, "Voting Technology: Current and Future Choices," *The Canvass: States and Election Reform*, Issue 31 (June 2012), http://www.ncsl.org/documents/legismgt/elect/Canvass_June_2012_No_31.pdf.

78    For instance, the Director of Elections in Multnomah County, Oregon shared: "Timing is everything—make sure that you time your acquisition so that your first election with the new system is a small one. Test, test, test and then test some more—I can't tell you how valuable it was for us to hold a full scale test election of the system before final acceptance and payment. Dedicated project management staff on both the vendor side and the jurisdiction side to move the project forward all the way from developing the procurement documents to final acceptance testing."

noted the strong incentive for the vendor to offer a closed system and to engage in practices that limit the market for third party services.[79] The dependence on vendors for technological support is especially common for smaller jurisdictions that do not have dedicated information technology staff and lack the resources to manage their voting hardware. Larger jurisdictions nonetheless have had this issue too. In the aftermath of the rocky 2002 midterm elections in Miami-Dade County, Florida, its Office of the Inspector General issued a biting report, which addressed in part the dependence that vendor agreement structures created. "[T]he relationship between ES&S and the County can be summed up in one word: dependence," the report asserted. "ES&S' intention is to sell the County extended Hardware Maintenance Agreements, and not to assist the County to become self-sufficient."[80] Such contractual relationships limit the interest of vendors in making substantial changes to their products that would affect the customer over the lifetime of a contract.

There is also an inherent economic risk in any investment in new technology. Election officials know that putting in place new technology does not guarantee improvement—and that failed implementations that have to be abandoned or modified entail high real costs and opportunity costs. In the survey responses we received from election officials, there seemed to be wide variation in experiences across counties with respect to the benefits of new technology. For example, the Elections Administrator in Bexar County, Texas indicated that voters "loved" the new direct recording electronic (DRE) voting system they acquired after the enactment of HAVA. By contrast, the Bourbon County Clerk in Kentucky recalled acquiring new machines to address disability accessibility concerns with the county's previous machines, only to find that voters overwhelmingly preferred the older machines because (ironically) they seemed easier to use.  People get accustomed to voting in certain ways—for instance, in person versus by mail—and to using specific types of voting systems, and the accumulation of those past experiences can affect how accepting they are of new voting infrastructure. In other cases, new technologies lack capabilities of the older technology, such as an archival paper ballot. Election officials have noted that many voters do not trust DREs for that reason. In California, that distrust prompted lawmakers to impose a costly modification to the state's electronic voting systems. In 2004, the California legislature enacted a paper trail law requiring printed records of all ballots cast on electronic voting machines, to ensure their reliability. While printers already were part of the contracts that some California counties had with their election system vendors, many others found themselves having to pay extra for them. "Orange County estimates it will cost $9 million to make the changes," the *Los Angeles Times* reported. "Riverside County estimates its cost at between $3.4 million and $4.7 million, and Alameda County may have to pay between $5 million and $8 million."[81]

---

79      In their analysis of ES&S, PrivCo noted that the company was "economically incentivized to offer closed-system solutions to lock-in clients for future services" as part of its business model. "ES&S doesn't share, provide and sell its software to other parties to perform services such as printing ballots and testing," but rather seeks "to dominate the majority of the auxiliary services related to its products" and to sell those services at "higher price points than those available in the retail market." See PrivCo report on Election Systems & Software LLC, accessed at privco.com in January 2017.

80      Miami-Dade County Office of the Investigator General, "Miami Dade County Voting Systems" (2003), http://www.miamidadeig.org/Reports/votingfinalreport.pdf, p 39.

81      "Adding E-Voting Printers Could Cost $23 Million, Counties Say," *Los Angeles Times,* February 7, 2005, http://articles.latimes.com/2005/feb/07/local/ me-machines7. See also "California Could Be First in Nation to Implement E-Voting Paper Trail," *Government Technology,* May 4, 2006, http://www.govtech.com/security/ California-Could-be-First-in-Nation.html.

Election Technology Industry Report

Customer satisfaction with the process as a whole is poor. Fewer than one in five of our election official respondents would choose the same equipment and implementation practices if they had to re-do the procurement process, with the majority looking to new vendors or alternative voting solutions. But customers are limited by the complications and costs involved in implementing a new system, which causes counties to avoid or postpone purchases, as well as by the few vendor options available that can meet all system requirements.



## Returning to Paper Ballots

States that have gone through the costs and effort to procure modern voting equipment are not always satisfied with their performance in elections. Maryland put in place touchscreen electronic voting machines by Diebold[82] for their 2004 elections, spending a total of $65 million.[83] Diminishing budgets for election technology prevented upgrades from 2004 to 2014, but a $28 million lease was approved in 2014. Voters seemed to approve of the system, but in 2016, Maryland decided to return to paper ballots after a vote by the General Assembly.[84] Pamela Wood from *The Baltimore Sun* reported, "The change was made after elections officials said they realized that many primary contests will feature long lists of candidates that can't fit on one screen, and some candidates threatened legal action for being stuck on a second or third screen."[85] Following problems with touchscreen and computer ballots, voters in Albemarle County and Charlottesville, Virginia also returned to paper ballots in 2015 after a law passed in 2007, prohibiting localities from making any more purchases of election technology. State Delegate Timothy D. Hugo expressed voter concerns with miscounts and the unavailability of a back-up system.[86] Although there were concerns that paper ballots would take longer to fill out and cause long lines to form at the polls, voting officials found this to not be the case.[87] These instances of states reverting to "less advanced" voting systems after testing and deployment can serve as a deterrent for states considering adopting new technology, as well as for vendors considering the costly investment in the development and certification of new machines.

_____

82     Diebold has a complex history. At the time of the Maryland transaction, they were independent and operating under the name Diebold Election Systems, Incorporated (DESI). They later changed their name to Premier Voting Systems ("Premier") in 2007. Premier was acquired by ES&S in 2009, but the Premier assets were sold to Dominion in 2010 to settle an antitrust issue. They remain part of Dominion today. See "Canadian Company Buys Allen-based Diebold/Premier Election Solutions," *Democratic Blog News,* June 2, 2010, http://www.demblognews.com/2009/09/diebold-sells-allen-based-premier.html.

83     "Voters to Return to Paper Ballots in 2016," *Cecil Whig,* November 15, 2015, http://www.cecildaily.com/news/local_news/article_d9bb87ce-12a4-5b49-8854-3b8a4d9ae0b5.html.

84     Conny B. McCormack, *Democracy Rebooted: The Future of Technology in Elections* (Atlantic Council, 2016), http://publications.atlanticcouncil.org/election-tech/assets/report.pdf, p. 14.

85     "Maryland Ditches Touch Screen Machines for Early Voting," *The Baltimore Sun*, February 4, 2016, http://www.baltimoresun.com/news/maryland/politics/bs-md-paper-ballots-20160204-story.html.

86     "Md., Virginia Will Return to Paper Ballots," *The Daily Progress*, October 30, 2008, http://www.dailyprogress.com/news/md-virginia-will-return-to-paper-ballots/article_1e7fd450-b3a0-5e8f-90b8-5d58f7fd9841.html.

87     Return to Paper Ballots Successful in Abermarle County," *Newsplex,* November 3, 2015, http://www.newsplex.com/home/headlines/Return-to-Paper-Ballots-Successful-in-Albemarle-Co-340007602.html.

## Barriers to Innovation:  Certification

The standards set by counties and states make investments in new election systems riskier. Most states look to the EAC for guidelines (i.e., the Voluntary Voting System Guidelines, or "VVSG"), and will only purchase voting system hardware that has been tested against these specifications. The vendors have little choice but to ensure their products meet these standards. As discussed earlier, states can use federal guidelines and testing procedures in a variety of ways. They may use the guidelines and/or the EAC-accredited Voting System Test Laboratories for certification and testing purposes, or they may specifically require EAC certification. In the latter case, the test laboratory provides a recommendation to the EAC, and the Commission's executive director makes the determination on whether to issue a certification.

The process of preparing, administering, and reporting the testing can take up to two years or more, given the many steps involved. After the initial certification test and before a system is deployed, there are often additional testing steps by the end customer, including acceptance testing, logic/accuracy testing for each device, audits and special purpose tests (which may be required by the state), and pilot projects or other field tests prior to full deployment. Most of the process is delegated to election administrators within their jurisdictions, creating the possibility that the same or a very similar system may yield different results in different locations. Industry information aggregated by PrivCo indicates that "EAC certification can easily run to more than $1 million" per voting system, and that figure does not even include costs for certification by the state or jurisdiction, which can be substantial. "ES&S spent about $4 million to become certified in one state alone," PrivCo reports. Given the costs and the time investment it entails, the certification process "substantially raises the barriers of entry for competitors and strongly favors incumbent firms," which then have an interest in sticking with existing technologies and avoiding changes that would require re-entering the certification process.[88]

In addition to the direct costs of the process, this approach of certifying only entire systems in full is increasingly incompatible with modern technology that relies on interoperable, but commoditized hardware (e.g., standard PCs or tablets). Regardless of the technology, there is also a significant barrier to both entry and innovation because there is no guarantee the technology will be deemed secure or viable by the certifying authorities, in which case it would necessitate a new round of modification and re-testing. Though different in scope and many other important respects, this risk is similar in character to the research and development risks faced by pharmaceutical companies, where the risk of failure in attaining FDA approval is significant and central to decision-making. In the election technology industry, it is a risk few vendors seem willing to take. Lida Rodriguez-Taseff, a partner at Duane Morris LLP who advises on election legal issues on a pro bono basis, remarked that market leaders consequently seek wide profit margins to compensate for the high risk of entry. But as noted earlier in this report, it is not clear that such profit margins exist. According to Rodriguez-Taseff, those that do enter look to secure the desired profit margins by using the lowest level software possible and by selling products and services at prices that are not competitive with other technology subindustries.[89]

---

88    PrivCo report on Election Systems & Software LLC, accessed at privco.com, January 2017.

89    Telephone interview with Lida Rodriguez-Taseff, Esq., April 26, 2016.

# Strategies for Adaptation

While the current structure of the election technology industry imposes substantial barriers to innovation, this section of the report highlights several strategies that some election officials are pursuing that potentially could alter the industry dynamics and spur the development of new election systems. The ultimate hope is that these strategies might better serve both the needs of voters and the cost constraints of jurisdictions.

## Coalition Formation

A consistent theme that emerged from our interviews is that election officials, especially in smaller districts, have found it difficult to persuade vendors to customize their products for idiosyncratic local requirements. This may simply be due to a lack of bargaining power, or the fact that such customizations (given the development, certification, and support costs) cannot be offered by vendors profitably. Election officials also have found it difficult to drive prices down when they are buying relatively few machines at a county or jurisdictional level. One possible strategy to remedy this situation is for customers to form coalitions, so as to facilitate bargaining for customized extensions of existing commercial offerings at better prices and allow vendors the economies of scale that would make such modifications profitable.

The benefits of coalition formation are three-fold. First, coalitions can minimize transaction costs. Rather than having a number of purchasers expending time, money, and other resources on researching election technology, consulting with authorities, and meeting with vendors, multiple entities can each contribute a fraction of the resources to completing a transaction. This pooling of resources benefits all involved.

The second benefit is the relative effect that coalition formation has on aggregate "buyer power." In general, buyer power can be amplified by consolidation, and increased buyer power enables buyers to capture more value.[90] Buyer power concentrates

---

90      Porter, "The Five Competitive Forces That Shape Strategy," p. 83-84.

more business or revenue into a single transaction,[91] enhancing the transactional importance of the coalition's members. This transactional importance creates leverage for the coalition to demand customizations and/or lower prices on products, which members of the coalition otherwise could not have acquired independently.

The third benefit flows from economies of scale rather than the creation of leverage. Making larger volume purchases can make orders less costly per unit to produce and transport, and thus render customizations that otherwise would be refused more economical for a vendor to accommodate. This is especially true given the relatively large per transaction fixed costs of contracting and the natural economies of scale that exist in software development. (It costs the same amount to implement and certify new functionality regardless of the number of users.) Many vendors already have tiered volume prices built into their offerings, whether explicitly (where price tiers are stated clearly in deal materials) or implicitly (where vendors will tend to offer better prices to those looking buy more volume).[92] A coalition would be more capable of taking advantage of volume pricing while still obtaining needed product customizations.

One avenue for coalition formation is to involve states in the acquisition processes. This can take the form of a direct appropriation of funds for an entire state, as New Mexico did in 2014 in purchasing voting machines statewide. It may also involve a state-level lease with costs split between state and county. Maryland, for example, leased new equipment with such a cost structure in 2015. It also could entail a grant structure, such as that used by Missouri when its Secretary of State allocated $2 million for counties to purchase new machines.[93] In theory, generally, the greater extent to which purchasing is consolidated, the more benefits will flow from the coalition.[94]

An alternative format for jurisdictions in states that lack the ability or interest to manage these types of state-supported buying programs is to pursue formal or informal coalitions among themselves. A good example of this type of cooperation is the effort by Miami-Dade, Broward, and Palm Beach counties in Florida to pool their resources and efforts to request the development of multilingual voting systems for their particular jurisdictions. Consequently, as described in greater detail on the following page, they were able to encourage their systems vendor, ES&S, to allocate the necessary research, development and implementation resources to deliver a system that met their requirements.

---

91      In the general case, multiple transactions at different times can be implicated in an agreement. When we refer to a transaction, we make reference to a unified "deal" or contract.

92      For a description of how vendors incorporate these volume discounts either explicitly or implicitly, see Brennan Center for Justice at NYU School of Law, *The Machinery of Democracy: Voting System Security, Usability, and Cost* (2006), https://www.brennancenter.org/sites/default/files/publications/Machinery_Democracy.pdf, p. 135.

93      All of this information was helpfully provided by the National Conference of State Legislatures See "Funding Elections Technology," September 26, 2016, http://www.ncsl.org/research/elections-and-campaigns/funding-election-technology.aspx.

94      *America's Voting Machines at Risk*, p. 38. The benefits of such consolidation do have their limits, though. At some point, increased consolidation may reach a trade-off with the efficiency benefits offered by competitive markets. In the most extreme case, for example, it is not clear whether a full 55-state and territory coalition that could grant a company a national monopoly would be more efficient than a system where there is less consolidation and more competition.



## Multilingual Voting in South Florida

Miami-Dade County and Broward County in Florida vote in three languages (English, Spanish, and Haitian Creole), while Palm Beach uses two (English and Spanish). After the voting crisis in 2000, the counties quickly moved to purchase new electronic equipment. Concerned about language access, they bought the only technology on the market that could make such accommodations—touchscreen technology. This was one of the first large-scale usages of touchscreen technology. The 2002 midterm elections turned out to be an "unmitigated disaster," plagued by issues with voting machine operation.[95] The Investigator General report on the incident blamed ES&S, the elections system vendor, for using the counties as essentially a "live beta test site,"[96] while ES&S blamed the county for making cost and feature demands that made machine operations more complicated, and for failing to properly train poll workers on the new electronic system.

In response to this incident, the county clerks of these three multilingual counties banded together to seek the development of specialized, multilingual optical scanners. The three of them together were able to negotiate service contracts with the vendor that made it profitable to take on this venture. According to Lida Rodriguez-Taseff, former chair of the Miami-Dade Election Reform Coalition (MDERC) and an activist at the time, it was only when the counties demonstrated their willingness to switch vendors that ES&S became agreeable to this new system development: "ES&S realized that Miami-Dade could bring more counties than just them."[97]

There are several other examples of this type of coordination. For example, another twelve counties in Florida banded together in 2015 to negotiate the purchase of new equipment from ES&S.[98] Their collaboration involved not only negotiations with ES&S, but with the state as well, in order to obtain HAVA funding for the purchase. A representative of Franklin County who was involved in this deal pointed out that these collective negotiations "save[d] the taxpayers a considerable amount of money."[99] Another collaborative RFP was issued in 2015 by a group of four counties in Kansas.[100]

---

95      Telephone Interview with Lida Rodriguez-Taseff, Esq., April 26, 2016.

96      Miami-Dade County OIG Final Report: Miami-Dade County Voting Systems, Contract No. 326, May 20, 2003, http://www.miamidadeig.org/Reports/votingfinalreport.pdf#search="final report 2003", p. 42.

97      Telephone Interview with Lida Rodriguez-Taseff, Esq., April 26, 2016.

98      "Partnership Paves Way for New Voting System," *The Apalachicola & Carrabelle Times*, August 20, 2015, http://www.apalachtimes.com/article/20150820/NEWS/150829949.

99      Id.

100     Sedgwick County, Kansas, Division of Finance, Purchasing Department, Request for Proposal #15-0078 Voting System, http://www.eac.gov/assets/1/Documents/Kansas.RFP%2015-0078%20Voting%20System.pdf.

## Open Source Systems Development in Large Counties

As the coalitions described above illustrate, size matters. Larger buyers are better able to negotiate customizations with vendors, and in general, buyers in large districts seem more willing to try to surmount the existing barriers to innovation in voting strategies and technology. A study conducted by David C. Kimball and Brady Baybeck found that support for new voting methods and innovations was higher among administrators of districts serving more than 50,000 voters.[101] The tasks that go into administering an election, such as maintaining accurate voter registration lists and managing poll workers, are much more challenging for larger jurisdictions; they therefore tend to be more receptive to the benefits that derive from innovations in technology.[102] Given the high cost of election systems and the limited options available in the marketplace, some election officials in larger jurisdictions have turned to developing their own customized technologies. Two counties that stand out for having spearheaded such efforts are Travis County, TX and Los Angeles County, CA.

Both LA County and Travis County are basing their voting system development initiatives on an open source platform. In the existing market, it is largely the case that the underlying code that powers a voting system is proprietary to the vendor. Customers and other industry participants have limited or no ability to inspect, modify or reuse that code. By contrast, in an open source model, the code is public, enabling technical professionals to review and analyze the code, to suggest modifications or make changes, and, under some types of licensing approaches, to incorporate the code into a new system in whole or in part.[103]

The motivations for moving to open source are well illustrated by the experiences of LA County. As chronicled in public documents, the principal appeal of open source for LA County was the belief that the proprietary voting system products available through the existing market did not meet local requirements.[104] Housing over 4 million registered voters with native fluency in a multiplicity of languages, Los Angeles is "the largest and most complex county election jurisdiction in the nation," according to one voting systems assessment memo. "It is very likely that no pre-existing system will satisfy the County's needs." Indeed, as LA County confirmed through survey research, its diverse constituents also prefer different voting methods. "The focus group data compiled included Vote by Mail, Early Voting, Paper Ballots and Electronically-marked ballots as the variety of options that might be available

---

101   Kimball and Baybeck, "Are All Jurisdictions Equal?" p. 139-140.

102   Id., p. 131.

103   Beyond being a "licensing model" for software that requires software source code be available for public review, it also can be a popular "development model."

104   There are several other perceived benefits to the application of open source to election technology that, while not as primary in the minds of election officials, appeal to many technology experts, voting reform advocates, government officials, and other stakeholders. Open source involves an "open process" that can be more transparent to citizen oversight and more receptive to citizen input, thus fostering greater public trust in the administration of elections. There are also related "transparency benefits" that come into play downstream, such as enabling public scrutiny of the following: software quality and reliability, device verification (to demonstrate and ensure that the voting devices in use are exactly the ones that have been tested and certified), correctness of vote identification and ballot tabulation, and adequacy of record-keeping for ballot audits. (It should be noted that while open source, non-proprietary software, by definition, has these technology transparency benefits, proprietary software can provide them as well, while remaining subject to vendor licensing agreements. So-called "disclosed source" products are relatively rare and ill-suited to the certification requirements of election technology.) And while open source code, when compared to closed source, is not necessarily more secure, or resistant to malicious attack, or transparent with respect to identifying software defects, proponents point out that it is no less so.

to ensure voters have options." The lack of a ready-made system that could satisfy such requirements became, for LA County, a unique opportunity to forge "a more creative market solution," one that "might provide a model for other jurisdictions or states."[105]

An open source development strategy offered LA County a transparent process for creating the customized solution it desired, allowing for review, input and oversight from citizens. Just as important, it held the promise of cost savings. Many proponents of open source believe that by getting around expensive licensing fees and contracts with established vendors, and by marrying open source software with off-the-shelf hardware, it is possible to build an election system at a reduced cost, compared to traditional procurement methods. "This project will break the mold of the traditional voting system acquisition model," the Registrar-Recorder/County Clerk of Los Angeles, Dean Logan, said of the county's open source technology initiative, called the Voting Systems Assessment Project (VSAP). As explained in one news account, "Traditionally, counties sign end-to-end agreements with private vendors, wherein one company provides the software, hardware, and support for a voting system, offering little flexibility in pricing, use, and design. By managing its own software, LA becomes independent from the single-vendor schema, and it has relative control over the types of hardware it invests in and the amount of money it spends." Logan put it this way: "So if there's somebody who can provide us the video monitors at the best price, then we'll buy the video monitors from them, and we'll integrate that with other components."[106] With this flexibility and independence from traditional vendors, Logan believes the county's design approach "should result in lower-cost voting systems and market expansion" and "has the ability to move the regulatory environment and the market to a more competitive landscape that could allow jurisdictions to replace systems at a lower cost than in the past."[107]

Time will tell if the expected cost reduction actually materializes. LA County's new system (which will have voters indicate their choices on a touchscreen-operated tablet, after which a machine at the voting booth will print, process, and tally their paper ballots) is not scheduled to launch until 2020. As of March 2016, the VSAP system was just entering the later stages of certification and manufacturing.

There are reasons to be skeptical, though, about the potential cost savings. While it is true that a deployed voting system, consisting entirely of open source software, would not include the software licensing costs that are typical of commercial products, those licensing fees are only one factor among many that constitute the total cost of ownership (TCO). It is not necessarily the case that one voting system without licensing fees would have a lower TCO than another voting system that is subject to such fees. First, and perhaps obviously, the total cost of ownership is ultimately system-dependent. Software costs constitute only one part of the equation; hardware matters too. For example, consider two hypothetical systems—one with

---

105     County of Los Angeles, Office of the Registrar-Recorder/County Clerk, *Los Angeles County Voting Systems Assessment Project Concept Paper*, August 22, 2009, https://www.lavote.net/Documents/vsap/press_room/_08222009_concept_paper.pdf, p. 6; County of Los Angeles, Office of the Registrar-Recorder/County Clerk, *Voting Systems Assessment Project Report*, July 9, 2010, https://www.lavote.net/Documents/vsap/vsap_project_report_070910.pdf, p. 8.

106     "Los Angeles County Voting to Shift from Inkblots to Open Source," *Ars Technica*, June 13, 2015, http://arstechnica.com/tech-policy/2015/06/los-angeles-county-moves-to-open-source-voting-technology/.

107     *America's Voting Machines at Risk*, p. 23.

licensing fees and one without—where the one without fees includes substantially larger and heavier hardware components with lower physical and environmental tolerances. The additional, ongoing operational costs of secure temperature controlled storage and transportation might be even greater than the ongoing software license fees of the other commercial system. But this possibility is not unique to open source systems.  A second concern that does pertain specifically to open source is that the cost structure over the life cycle of an open source system is dominated by support costs, and these support costs need not be less—and could in fact be more—than the costs that would be incurred in a non-open source model.

A closer look at another county-based initiative—Travis County STAR Vote™—echoes Los Angeles County's hopes to create new and better market alternatives, but also highlights the limitations and pitfalls of customers taking a larger role in technology project management, especially the challenge of preventing such efforts from becoming prohibitively costly.

In 2009, Travis County, TX organized a citizen "Elections Study Group" to determine what the community was looking for in its voting machines, as the county's existing system, which had been introduced in 2001, was approaching the end of its useful life.[108] After numerous discussions and demonstrations of various voting systems, the group determined that a paper ballot system with electronic counting was preferred.  However, nothing on the market satisfied their criteria, so Travis County Clerk Dana DeBeauvoir was tasked with securing a system that would. This led to the creation of STAR Vote: a voting system meant to be Secure, Transparent, Auditable, and Reliable. The STAR Vote system will integrate electronic balloting, commercial off the shelf hardware, and ballot boxes with optical scanning capabilities.

DeBeauvoir issued a Request for Information (RFI) in 2015 that was directed to the elections marketplace, to help Travis County finalize the specifications for its new voting infrastructure with 1,700 direct-recording machines and 350 accessible machines for 650,000 registered voters.[109] One goal of the RFI was to test the willingness of traditional vendors to reconsider their technology and processes. The County Clerk was also very receptive to collaborating with software firms that had never ventured into election territory as well as companies with election expertise that could offer advising or other forms of support.[110] By using off-the-shelf hardware and a combination of off-the-shelf commercial, open source and custom software development, the goal is to create a system that can be owned and operated by the county with vendor support. In addition to leveraging open source technology, the STAR Vote system, which will provide voters with a paper ballot summary and an encrypted receipt upon casting their vote, also achieves the elusive standard of end-to-end verifiability.

---

108     "Texas: Travis County to Update Aging Voting Technology with New Tablet-Based System," *The Voting News*, September 17, 2015, http://thevotingnews.com/travis-county-to-update-aging-voting-technology-with-new-tablet-based-system-kut.

109     "Travis County, Texas, Building New Voting System," *Pew Charitable Trusts*, July 9, 2015, http://www.pewtrusts.org/en/research-and-analysis/analysis/2015/07/09/travis-county-texas-building-new-voting-system.

110     "Travis County, TX Forges New Territory in Voting Machines," Govtech, July 9, 2014, http://www.govtech.com/local/Travis-County-TX-Forges-New-Territory-in-Voting-Machines.html.

Responses to the RFI were used in finalizing the Request for Proposals (RFP), which was issued in late 2016, and which will close in January 2017. Once those proposals are reviewed, the County Clerk expects to advance the procurement process into the contracting and development stage, likely by late 2017.

One of the potential advantages of this open source development approach is that it could provide future flexibility that is not currently available from existing "black box" technology provided by vendors. In particular, County Clerk DeBeauvoir "believe[s] that it will redefine the polling place by using current technology that can evolve over time as laws, voter needs, and computer systems change." DeBeauvoir continued:

> We want a system that is not obsolete from the moment it is purchased. Rather, we aspire to have a system that can evolve when improved operating systems, software, and hardware enter the marketplace. We want a system that is flexible and economically adaptive to changes in laws and voter demands. We seek to redefine voting systems so that they are more modular, to help reduce the time and cost of certification and to give vendors more freedom and creativity to enhance all processes involved in conducting elections. And importantly, we want a system that is affordable for all counties to purchase, maintain, and upgrade.[111]

Although it is touted as potentially revolutionary, STAR Vote (like the VSAP initiative in LA County) is not without its challenges. Few (if any) election administrators have a full range of specialized knowledge in voting systems development, intellectual property, information technology management and commercial product development needed to oversee the creation, deployment, and operation of an independent voting system based on open source technology. In considering those complexities, DeBeauvoir recently conceded: "STAR Vote needs a home. It needs infrastructure to organize financing, software management" and provide "answers to questions about managing open source systems." It requires "a team of reviewers to look at bug fixes and upgrades" and even "a non-profit organization, a private company, or a traditional vendor to take on this support role."[112] In order to address this concern, the Travis County Clerk's Office has issued, as part of the RFP, a Statement of Intent regarding a likely governance structure for STAR Vote. Moreover, given the scope of the project—current cost estimates sit at $9-10 million[113]—one potential avenue for cost recovery would be to distribute the system to other jurisdictions. The business structure proposed in the Statement of Intent describes the cost recovery structure. However, the business model that would underlie such an initiative is untested. Of central concern to Travis County are the intellectual property issues involved in structuring "the business side" of STAR Vote.[114] DeBeauvoir explained:

---

111    Travis County Purchasing Office, *Request for Information, STAR-Vote A New Voting System, RFI # 1505-003-LC, June 2, 2015*, http://traviscountyclerk.org/eclerk/content/images/pdf_STARVote_2015.06.03_RFI.pdf, p. 8.

112    "STAR-Vote: Keynote Speech by Dana DeBeauvoir, Elections Verification Network March 2016," http://traviscountyclerk.org/eclerk/content/images/presentations_articles/pdf_tc_elections_keynote2016.pdf, p. 1.

113    Id., p. 2.

114    Id., p. 1.

> *We know STAR Vote needs a home, yet mixing current proprietary software with open source software may not be workable....In such a mixed system, how will we decide what to charge for maintenance costs and licensing? In a somewhat different circumstance, asking a current vendor to take over the project raises similar questions about [identifying] a reasonable revenue stream.*[115]

The issue of cost recovery can become particularly important since it is quite common for information technology projects to wind up costing considerably more than originally anticipated.[116] For instance, Travis County initially expected STAR Vote to cost around $5 million, not including certification or hardware, but later revised its estimates to almost double that figure. As DeBeauvoir notes, the actual expenses belie the cost-saving benefits that Travis County hoped to reap, and bring cost estimates closer to market prices for existing systems. Additionally, there is no guarantee that the costs will not increase going forward. Travis County, which likely will have to begin replacing its systems within the next two years, now struggles with the issue of whether it should foot the bill for the development of such a voting system. There is particular concern that the county will have to allocate more funds in the near term to buy replacement systems from the existing market before STAR Vote is tested and ready for deployment.[117]

Finally, the effects of such independent initiatives (if successful) on the structure of the industry, if successful, are still unclear. On the one hand, additional competition could influence the incentives to innovate and could possibly lead to lower prices. On the other hand, introducing competitors with fundamentally different incentives and underlying cost structures—taxpayer-funded initiatives like VSAP and STAR Vote are not as concerned with making a profit, and thus could keep their prices artificially low—may worsen the perception of the profitability of the industry, which in turn could further deter new entry.

Open source, paradigmatically, means non-proprietary. If these counties do, in the end, make their software entirely open and free to use, as opposed to pursuing a proprietary/open-source hybrid of the kind DeBeauvoir contemplated above, the market could also undergo extreme change in which the availability of open source infrastructure would catalyze the development of competitive markets in voting systems solutions that integrate complementary products and services built around this technology, and encourage the development of the core technology directly. As explained by Gunnar Hellekson, Director of Product Management at Red Hat, Inc.,[118] by commoditizing the digital infrastructure for elections and making it freely available, open source "can lower the barrier of entry for new participants who can then build additional products and services on top of that infrastructure," thus "continuing the innovation process" and pushing it in new directions. The expectation is that "once the open source technology is readily available, commercial ventures [will] emerge" and make it their business "to enhance,

---

115    Id., p. 1.

116    For instance, a well-known industry survey suggests the majority of information technology projects tend to be late, over-budget or both, and a significant fraction of IT projects never produce a working system at all. (See The Standish Group, *CHAOS Report, 2014*, https://www.projectsmart.co.uk/white-papers/chaos-report.pdf.)

117    "STAR-Vote: Keynote Speech by Dana DeBeauvoir," p. 1.

118    Hellekson is also a member of the board of the Open Source Election Technology Institute.

support, and sustain that technology." In that way, open source becomes the catalyst for "a new business model" focused not on the intellectual property of software, but rather on rolling out "value-added services to extend that software, layer new software on top of it, and to provide the systems integration services." This would include making needed modifications to the open source software to meet customer demands, combining hardware with the software to create complete voting systems, and overseeing delivery, deployment and maintenance.  The revenue in this model is "generated not from proprietary software licensing" or "selling proprietary integrated systems and services with high switching costs," but from "producing, enhancing, servicing, and supporting finished systems."[119]

Proponents like Hellekson predict these fresh revenue streams will keep current vendors in the market, but induce them to shift their investments and operations toward new and different business opportunities. While open source projects may initially be driven by funding from philanthropists, foundations, and individual contributors, Hellekson points out that federal research dollars are more forthcoming now, as is corporate support from entities such as Amazon Web Services. New firms that rely on open source—for instance, Five Cedars Group (creator of the Alternate Ballot Format used by voters with disabilities in Oregon) and Free & Fair (provider and customizer of open source software specifically for election tools)—have emerged recently, and Hellekson expects larger and more established commercial corporations to begin investing in open source projects as they observe growing market demand for the technology.[120]

At the moment, however, this is all a matter of potentiality. There is no historical evidence yet to show how open source will alter the election technology industry, as the major undertakings thus far—including VSAP and STAR Vote—are still under development. While it is commonplace today for commercial IT firms to invest in open source projects, it is unclear if the same will be true in this subindustry of government IT, where the consumer base is limited in size and consumer demand is constrained by tight budgets. Consequently, it is possible that the main drivers of innovation will be found not in the private sector, but in municipalities like Los Angeles County and Travis County that invest. If this is true, open source could end up creating an almost entirely publicly-funded model for innovation in voting technology, which would be a major paradigm shift in its own right.

## Modularity and Use of Commercial Off-The-Shelf Technologies

There also is potential for positive change on the regulatory side. A core component of the current regulation scheme is that a voting system must be presented in its entirety before it can be tested for certification. This conservative approach often is used for "mission critical" information systems, but is not congruent with modern information technology system designs, which rely on interoperability standards to allow different combinations of components to be integrated into an overall design.

---

119     Questionnaire responses from Gunnar Hellekson, contained in email from Gregory Miller to Andrew Coopersmith, January 17, 2017.
120     Id.

Such structural flexibility is broadly referred to as modular design or simply "modularity." The open source solutions under development in LA County and Travis County are examples of modularity, as they envision marrying open source software with hardware components that can be switched out as needed.

Modularity can be present in both hardware and software. Modular hardware architecture (prevalent in personal computing) allows the same system to be built with different hardware components, to varying specifications (e.g., capacity), by different vendors. Modular software takes advantage of modern programming techniques, such as object-oriented programming or component-based designs, that separate the function of a part of a software system from how it is implemented. This allows larger platforms to be constructed from smaller components without having to redesign code within the component to make a system change.

Modularity provides a number of advantages, such as reduced development costs through reuse, as well as economies of scale, especially though the use of mass market hardware. To conceptualize these cost-savings, take the hardware example: personal computers and servers are largely assembled today with common standards and components, and are designed specifically to allow for upgrades with newer, lower cost technology for any component. For instance, it typically is very easy to replace a monitor or display, and relatively easy to shift from electromechanical storage devices (e.g., hard drives) to more reliable solid state storage devices without modifying any other aspect of the system.

As such, most systems in use or under development today are modular in design. For instance, Google deploys a combination of custom and open source code on large server farms that rely almost entirely on off-the-shelf, industry standard hardware to power their search features and other online services.  This not only keeps the initial costs low, but it enables new hardware to be deployed as technology changes (e.g., upgrading processors with lower power equivalents), and allows software to be updated to add new services without a major redesign of the system.  Through open standards, consumers can access online content on a variety of devices, from smartphones to desktop PCs. Modular design has allowed service providers to operate with a common set of capabilities, requiring only limited customization for presentation on different devices, and it has the ability to adapt to new devices as they emerge.

Voting systems are comprised of a number of different technology components that serve different functions, making them amenable to a modular design approach. Several organizations already have published detailed architectures for modular voting systems.[121] These architectures detail separate interoperating components, including multiple software components for election administration (election management, ballot design, device configuration, ballot audit, and reporting) and

---

[121]     The OSET Institute has proposed a "democracy operating system" called ElectOS. (See *Introducing the Election Technology Frramework—Critical Infrastructure to Increase Trust and Preserve Democracy,* http://www.dubberly.com/wp-content/uploads/2014/09/TTV_Framework_Book.pdf.) Travis County's Star-Vote (discussed infra) pursues a modular architecture. (For details, see the County's RFI, available at http://traviscountyclerk.org/eclerk/content/images/pdf_STARVote_2015.06.03_RFI.pdf.) Free & Fair Inc. has developed a supervised voting system based on Star-Vote:  http://freeandfair.us/products/supervised-voting-system/. Los Angeles County's VSAP (discussed infra) also has a modular structure: https://lavote.net/vsap/research.

various hardware/software components for marking ballots, casting and counting ballots, taking central count of ballots, and consolidating tally data from counting devices.[122] And an added benefit of these systems is the general familiarity with component-based systems. Prior reports have noted that commercial off-the-shelf (COTS) technologies are better understood by election officials and are considerably cheaper than current voting system hardware.[123]

The National Institute of Standards and Technology (NIST) and EAC have public working groups on election data interoperability that are producing the standardized common data formats (CDFs) needed for interoperability of these components.[124] Voting system product vendors, state and local election officials (including those considering open source development of voting systems), and other election technologists from a variety of NGOs are currently participating in these working groups. The EAC also was working toward a new set of voting system guidelines[125] that may support the testing and certification of individual components, including conformance testing for CDF usage. The eventual completion of new CDFs and voting system guidelines may enable election officials to acquire components that have all been independently designed, implemented, and tested, allowing them to be integrated with other components into a complete voting system component set.

Modularity and standards-based interoperability can create conditions for a larger set of more competitive players in the election technology market, with an expanded set of roles. In addition to the existing roles of integrated voting system production and system-based technical services and support, new roles might include: software-as-a-service for software-based election administration components; hardware/software integration and test services for one or more hardware/software components; voting system assembly (from components) and test services; and ongoing component-based technical service and field support. The result of such a market expansion may enable the election technology industry to benefit from the scale of operation, breadth of IT services, and competitive landscape that is now typical of the global IT services industry.

Increasing competition in what already has been characterized as a "profits-thin" industry might seem, on the surface, to further hurt vendor interests. Increased competition may, however, occur without adverse effects on election technology vendors because they would benefit from lower component costs. They also may face reduced support costs by not having to service obsolete hardware or maintain a large hardware field service organization to support peak demand from election officials, which is heavily concentrated on just a few days in a year. Despite these possibilities, it is hard to say what is likely to occur since a movement to modularity would be, essentially, a paradigm shift.

Modular systems that use commercial off-the-shelf technologies are not without potential problems. A poll book system or

---

122    See generally NIST's Smart Grid Collaboration Wiki for Smart Grid Interoperability Standards: http://collaborate.nist.gov/twiki-sggrid/bin/view/SmartGrid/ WebHome.

123    *America's Voting Machines* at Risk, p. 38-39.

124    "NIST-EAC Public Working Groups," https://www.nist.gov/itl/voting/nist-eac-public-working-groups.

125    "Commissioner Masterson: EAC Wants YOU to Help Develop New Voting System Guidelines!" The Official Blog of the United States Election Assistance Commission, December 21, 2015, https://www.eac.gov/blogs/blog.aspx?PostId=325.



other election equipment designed to run on a tablet, for instance, could be rendered useless if the operating system changes and becomes incompatible. Resolving such changes could also require putting the updated system through another lengthy and costly certification process.  Nevertheless, there appears to be general agreement among election officials and election technology industry observers that despite such risks, moving to modularity is critical for getting the dynamics of the industry to change.

Modular systems would require some substantial changes within the existing industry. Perhaps the most important is a change in the regulatory and testing scheme to certify architectures instead of systems. The boundaries between changes that require system recertification and those that are simply matters of system maintenance, and thus require no recertification or only a reduced or expedited review process, would have to be established.  The number of possible testing scenarios and test cases also would likely need to expand, to accommodate a broader range of device designs. Similarly, while many system components would be items in general usage (such as personal computers with network connections), some component technologies would be more specialized (such as ballot marking devices), requiring that unique specifications for the operation and interoperability of these components (such as interface designs and communications protocols) be developed and adopted. Similarly, in an EAC report about the use of off-the-shelf technologies[126] for building voting systems, researchers noted that modular systems would require defining reliability standards for component devices. For instance, consumer technology may have substantially higher error or failure rates than those found in the voting systems currently used. It is not acceptable for a voting machine to crash as often, for example, as your laptop or home computer might. In addition to this concern, a framework for which components could be substituted for existing components of election systems would also have to be created.

It is worth noting that new types of certification are already under discussion.

---

126     United States Election Assistance Commission, *Considerations for Implementing Voting Systems with COTS Products* (Managing Election Technology Series #3), http://www.eac.gov/assets/1/Documents/Considerations%20for%20Implementing%20Voting%20Systems%20with%20COTS%20Products%20FINAL%20for%20Web%20Posting%2002.03.16.pdf, p. 3-5.



EAC public meetings have started to address: (a) recertification of a single component—as opposed to the entire voting system—following a software modification; and (b) recertification of component software that can be integrated into a different hardware set.[127] This will be especially important as hardware evolves, so as to avoid the current efforts of election officials to keep obsolete and broken-down hardware on life support.

Fundamentally, a switch to modularity would constitute a real culture shift as well. It therefore carries with it the challenge of uprooting familiar ways of thinking about election technology. As one election administration expert put it: "the current election systems are not designed or written in a modular fashion."[128] Moving in that direction would mean doing away with a large installed base of existing hardware and software that are not interoperable, as well as leaving behind the associated industry expertise for developing those systems in the traditional way. The switch to a more modular design for new systems, or the conversion of existing code to a new architecture, would require considerable investment and would be subject to all the problems, risks, and uncertainties that have limited innovation in this industry in the past. The same challenges that currently apply to vendors also would apply to jurisdictions engaged in developing their own modular systems. For these reasons, a wholesale changeover to modular systems would be drastic and likely unwise. Incremental progress seems more plausible and prudent, especially in such a publicly sensitive and high-stakes area as voting.

---

127   Agenda for EAC Roundtable Discussion on "Reforming the Testing and Certification Process," June 12, 2014, available at https://www.eac.gov/assets/1/Documents/June%2012_Roundtable_DRAFT%20 Agenda%20and%20Sample%20Discussion%20Questions-Final.pdf.
128   Email from Merle King to Maggie Diehl, October 20, 2016.

# Conclusion

This report presents a first investigation into the dynamics of the election technology industry. To date, no major consulting firm has studied this market, and few equity research services have any up-to-date or complete information on its vendors.[129]

The lack of interest likely stems from the fact that the election technology industry, as it exists today, has all the aspects of an industry that new investors would want to avoid—a costly regulatory environment, constrained market size, cost-conscious customers, and concentrated and entrenched vendors.[130] Nevertheless, it is an industry that demands our attention. The security of our democratic processes relies on the integrity of our election technology, and the type, cost, and quality of this election technology depends, in turn, on the market that produces it.

Our objective in this report has been primarily descriptive, to articulate a consistent set of facts about how the industry is currently structured and how activities by market participants both created and perpetuate this structure. After evaluating the industry from the perspective of both vendors and buyers, and defining the regulatory environment that shapes their behavior, we profiled some strategies that illustrated how one could make the industry more attractive for innovative investment and entry, and thereby increase the "competitiveness" of the election technology industry.

Contrary to what some commentators have asserted, however, merely increasing competitiveness is not a panacea. Competitiveness is a double-edged sword, in that it presents a tradeoff between cost from the customer's point of view and profitability from the vendor's perspective. While competition makes products less costly for the buyer, downward pressure on margins from increased competition makes entry even less attractive for vendors and innovation even less tenable. The existing election technology firms already seem to struggle to generate profits. What would the industry look like if profitability were further eroded?

---

129     Many of the resources that industry researchers would typically rely on (e.g., Hoover's, IBISWorld, LexisNexis Corporate Affiliations) have no, little, or out of date information on election technology vendors.

130     The fact that vendors are entrenched may make the industry more attractive for investors who seek to take stakes in the existing dominant firms, but for most investors it is a deterrent.

**APP2983**

This is not to say that vendors' interests are primary. Markets are (at least) two-sided, and function best when both sides derive value. Thus the best strategies going forward entail finding the middle ground where vendors have profit incentives to engage in the creation of products that meet buyers' needs. Many of the changes that yield such parallel benefits would involve a paradigm shift, such as a movement towards modular systems that rely on commercial off-the-shelf technology or the use of open-source technology. This kind of change, however, opens up new uncertainties in the vendor landscape. Will today's vendors be able to remain competitive in a modular technology market, or will they be pushed out by the entry of large component makers that dominate other component markets? If we begin to use more commodity-like, off-the-shelf technology, will today's election technology vendors be able to adapt?

It is not possible to answer such questions currently. What this report helps illuminate, however, is that many of the ills in the election technology industry that have been profiled in previous studies actually originate in the industry structure itself. While the lack of funding for new election technology procurement remains a major problem, policymakers need to do much more than throw money at the issue. If the industry's challenges ever are to be addressed, policymakers, buyers, and vendors need to take actions that will trigger changes in the industry structure.



## Appendix A: **Percentage Market Share by Vendor**

| Vendor | Registrants Reached | % Market Share |
|---|---|---|
| Election Systems & Software | 83,380,867 | 43.8% |
| Dominion Voting Systems | 71,006,665 | 37.3% |
| Hart InterCivic | 20,983,037 | 11.0% |
| Unisyn Voting Solutions | 3,430,900 | 1.8% |
| MicroVote | 3,291,260 | 1.7% |
| Danaher | 2,685,409 | 1.4% |
| MTS | 2,435,360 | 1.3% |
| IVS | 1,336,070 | 0.7% |
| Five Cedars Group | 972,475 | 0.5% |
| Clear Ballot | 623,083 | 0.3% |

Only vendors with more than 0.1% of Market Share (i.e., those that reach more than approximately 200,000 voters) are listed. See page 10 of this report for a detailed definition of "Registrant Reach."

## Appendix B: **Relative Deployment of Different Voting Systems by Vendor**

| Type of Machine | Registrants |
|---|---:|
| **Optical Scan** | **180,929,792** |
| Election Systems & Software | 77,651,429 |
| Dominion Voting Systems | 72,649,822 |
| Hart InterCivic | 20,523,084 |
| Unisyn Voting Solutions | 3,430,900 |
| MicroVote | 2,485,033 |
| MTS | 2,435,360 |
| Clear Ballot | 1,246,166 |
| DFM | 330,555 |
| Unilect | 177,443 |
| **DRE - Touchscreen** | **69,750,056** |
| Dominion Voting Systems | 46,527,935 |
| Election Systems & Software | 22,938,607 |
| Unilect | 211,998 |
| Avante | 71,516 |
| **DRE - Push Button** | **15,418,753** |
| Dominion Voting Systems | 9,059,678 |
| Microvote | 3,347,622 |
| Danaher | 3,011,453 |
| **DRE - Dial** | **17,689,791** |
| Hart InterCivic | 17,689,791 |
| **Ballot Marking Device or System** | **89,555,565** |
| Election Systems & Software | 67,763,884 |
| Dominion Voting Systems | 10,448,666 |
| Unisyn Voting Solutions | 3,430,900 |
| Hart InterCivic | 3,355,081 |
| IVS | 2,605,178 |
| Five Cedars Group | 1,944,949 |
| Vote-PAD | 5,127 |
| Populex | 1,780 |

Note: Registrants here are aggregated by machine type and not by vendor. Consequently, individuals in jurisdictions served by multiple machine types are counted an equivalent number of times in this table.

**Appendix C:** **Relative Deployment of Different Voting Systems by Vendor**



**Number of Jurisdictions**

**ABOUT THE PENN WHARTON PUBLIC POLICY INITIATIVE**

The Penn Wharton Public Policy Initiative (PPI) is a hub for research and education, engaging faculty and students across the University of Pennsylvania and reaching government decision-makers through independent, practical, timely, and nonpartisan policy briefs. With offices both at Penn and in Washington, DC, the Initiative provides comprehensive research, coverage, and analysis, anticipating key policy issues on the horizon.

**ABOUT THE WHARTON SCHOOL, UNIVERSITY OF PENNSYLVANIA**

The Wharton School has a global reputation for excellence earned over more than a century of educating and empowering the best minds in business. Founded in 1881 as the first collegiate business school, the Wharton School of the University of Pennsylvania is recognized globally for intellectual leadership and ongoing innovation across every major discipline of business education. With a broad global community and one of the most published business school faculties, Wharton creates economic and social value around the world. The School has 5,000 undergraduate, MBA, executive MBA, and doctoral students; more than 9,000 annual participants in executive education programs; and a powerful alumni network of 92,000 graduates.

**ABOUT THE OPEN SOURCE ELECTION TECHNOLOGY INSTITUTE**

The OSET Institute was established in November 2006 by a couple of concerned technologists in the Silicon Valley as a California non-profit corporation dedicated to the public benefit.  The mission of OSET is to increase confidence in elections and their outcomes in order to preserve the operational continuity of democracy worldwide, and because everyone deserves a better voting experience.



**AT PENN:**
Steinberg Hall-Dietrich Hall
Philadelphia, PA 19104
215-898-1197

**IN WASHINGTON DC:**
440 First Street NW, Suite 810
Washington, DC 20001
202-503-3773

**publicpolicy.wharton.upenn.edu**

# Exhibit O-118

# NYT: Venezuela E-Vote Connection

WASHINGTON -- A leading U.S. maker of electronic voting machines and its parent company said on Sunday they had voluntarily submitted to a federal review and denied any links to the leftist government of Venezuelan President Hugo Chavez.

*The New York Times* reported that the Committee on Foreign Investments in the United States was conducting a formal inquiry into Smartmatic and its U.S. subsidiary Sequoia Voting Systems.

"No foreign government or entity -- including Venezuela -- has ever held an ownership stake in Smartmatic, and we have voluntarily filed with CFIUS to put to rest the baseless but persistent rumors about our ownership," Smartmatic Chief Executive Officer Antonio Mugica said in a statement from the company's U.S. headquarters in Boca Raton, Florida.

CFIUS, a multiagency panel headed by the U.S. Treasury Department, approves or rejects foreign takeovers of American companies. Typically, approvals of foreign acquisitions are granted within 30 days unless national security concerns are raised.

"As a company, we sought out a CFIUS review because we are confident it will clear the air so we can focus on what we do best," Mugica said.

Smartmatic and Venezuelan government officials have strongly denied that Chavez -- a longtime foe of the Bush administration -- has any role in the firm, *The New York Times* said.

A Treasury Department spokeswoman declined to comment in the *Times* story on whether CFIUS was conducting a formal probe, but did confirm the panel had contacted the company.

Venezuela hired Smartmatic to replace its election machines ahead of the August 2004 recall referendum against Chavez, the newspaper said. The recall effort failed.

In March 2005, Smartmatic used the $120 million profit from its Venezuela deals to acquire Oakland, California-based Sequoia which has installed electronic voting equipment in 17 U.S. states and the District of Columbia, it said.

Before that, a Venezuelan government financing agency invested more than $200,000 in a technology company that had some of the same owners of Smartmatic, which joined Smartmatic as a minor partner in the bid.

In return, the Venezuelan agency took a 28 percent stake in the smaller company and a seat on its board of directors, the *Times* said. An unnamed, senior Venezuelan official who had previously advised Chavez on election technology occupied the board seat.

**APP2991**

# Exhibit O-119

MP4 File (LA County Voter Testimonials)

# Exhibit O-120

Venezuela election results were manipulated, voting company says

# Venezuela election results were manipulated, voting company says

## Venezuela

By Cody Weddle and Patricia Mazzei

pmazzei@miamiherald.com

Updated August 02, 2017 11:05 PM

- 
- 
- 

- 
  - 
  - 
  - 
  - 

ORDER REPRINT →



CARACAS

In a stunning admission that fueled opponents of Venezuelan President Nicolás Maduro, the company that runs the South American country's voting technology said the results of a widely condemned election Sunday had been manipulated.

APP2994

The chief executive of Smartmatic, a company founded by Venezuelans specifically to supply voting software for the administration of the late President Hugo Chávez, acknowledged that Sunday's results had been inflated by at least 1 million out of nearly 8.1 million votes.

"It is with the deepest regret that we have to report that the turnout numbers on Sunday, 30 July, for the constituent assembly in Venezuela were tampered with," Antonio Mugica said Wednesday.

His remarkable claim was roundly dismissed by the country's elections chief, Tibisay Lucena, who said the fraud allegations were "baseless" and motivated by the company's fear of losing U.S. business. Last week, the Trump administration barred Americans from any dealings with Lucena, who was accused of undermining Venezuelan democracy.

"This action by the U.S. government also affected other providers that lend services to our institution whose foreign accounts we already know have been blocked," she said.

The country's chief prosecutor — whom Maduro has threatened with impending dismissal — said late Wednesday she had launched a criminal investigation.

The growing evidence of fraud portends a possible clash Friday, when the government plans to seat the new all-powerful legislative body elected Sunday to rewrite the constitution. Leaders of the existing National Assembly, the only government entity not controlled by Maduro or his socialist party allies, said they'll have to be forced out.

"They're wrong if they think we're going to leave this palace," National Assembly Vice President Freddy Guevara said. "We might not have the bullets. They're going to have to come to blows with us if they want to get us out of here. But this assembly will remain in session."

The 545 constituent assembly members, including Maduro's wife, received credentials in an outdoor Caracas rally Wednesday. They later met privately in a venue outside the city.

Wednesday began with Mugica, the Smartmatic CEO, saying his firm couldn't stand by the election results due to a lack of audits and other anti-fraud controls. He blamed Maduro's opponents for boycotting the election, which meant its representatives weren't present at the polls as a safeguard.

"There were no witnesses," he lamented. The government also disallowed international observers from the polls.

Lucena countered that Smartmatic was closely involved in every step of the election, including audits.

"The sort of manipulation Mugica suggests pretends to ignore that Smartmatic is part of the safeguard of the tabulation process," she said, threatening potential legal action against his firm.

She described the company as opportunistic, charging that it "only made inroads in the U.S. due to its involvement in successful Venezuelan elections." And she downplayed the company's role, saying it was limited to providing "certain services and technical support" that do not determine results.

In addition to confirming a manipulation of the results, Mugica's calling at least 1 million votes into question offered a symbolic win to Maduro's opponents: They say they got about 7.5 million ballots in an unofficial poll against the government's power grab two weeks before Sunday's election.

On Wednesday, the National Assembly demanded a criminal investigation into the results of the violence-marred election. They argued it overrepresented Maduro strongholds and violated the constitution because voters weren't first asked if they even wanted a new assembly. The European Union joined the long list of countries Wednesday refusing to recognize the body once it's seated.

APP2995

Luisa Ortega, the country's chief prosecutor, said in a CNN en Español interview late Wednesday an investigation was under way.

"We have before us an unprecedented, grave event that constitutes a crime," she said, adding that promoting fraudulent results "might lead to more violence." Her office confirmed 10 deaths on Election Day.

Citing internal data from Venezuela's electoral council, Reuters reported Wednesday that only 3.7 million had cast ballots by 5:30 p.m. Sunday, making it highly unlikely that 8.1 million voted by the time most polls closed at 7 p.m.

A respected Election Day exit poll estimated that less than 4 million people had voted. Public-opinion polls ahead of the election showed it was deeply unpopular. And most streets and polling places were empty and quiet Sunday.

"This is an earthquake of worldwide proportions, because what we'd been screaming at the top of our lungs now has complete confirmation," National Assembly President Julio Borges told reporters Wednesday. "Smartmatic has declared it has hard, incontrovertible data that not only was the constituent election fraudulent at a constitutional level, but also because all the results the national electoral council read that night are absolutely fraudulent."

Borges said he had "no doubt" electoral council members could be guilty of a crime by manipulating election results.

The opposition's only electoral council member, Luis Emilio Rondón, said Tuesday that he couldn't endorse announced vote tallies. He rattled off a list of Election Day irregularities that included lax auditing and the fact that poll workers didn't dip voters' fingers in indelible ink to prevent them from casting multiple ballots. The government says ID cards with biometric information mean indelible ink is unnecessary.

At the last minute before the election, the electoral council allowed voters for the first time to vote at any precinct in their municipality.

"If we drill down to precinct-level results, we will find other signs of fraud," opposition lawmaker Juan Pablo Guanipa predicted. "What they did here was pick a number that they settled on days before the election. They thought people weren't going to find out. They did."

Borges said parliament would ask the country's chief federal prosecutor, a Maduro loyalist-turned-critic, to investigate the results. The new constituent assembly, however, is expected to dissolve the existing legislature and dismiss prosecutor Ortega.

Maduro and the United Socialist Party of Venezuela control all other public institutions, leaving the opposition with few ways to take on the government. A noon protest was planned for Thursday.

Cracks among opposition leaders began to emerge Wednesday after one of them, Henry Ramos Allup, said his party would take part in regional elections expected in December. The leader of another party, María Corina Machado, had said Tuesday that the opposition should continue its boycott, calling the electoral council untrustworthy.

In a sign of things to come Friday, lawmakers walking in and out of the gold-domed legislative palace Wednesday were met by crowds of Maduro supporters, jeering them.

"We have to keep fighting. We have to, because this only ends when the dictatorship ends," opposition lawmaker Freddy Valera said in an interview, who conceded legislators won't be able to block entryto

APP2996

constituent assembly members.

"How do you physically confront a contingent of people armed with sticks, stones, shotguns and pistols when we're unarmed?" he said. "We've confronted them morally. We've been here, present. And we're going to keep being present, because that's what we can do. We're not vandals. We're not thugs."

Mazzei reported from Miami.

This story was originally published August 2, 2017, 2:17 PM.

APP2997

# Exhibit O-121

# Rudy Giuliani



Rudy Giuliani

Rudy Giuliani, 2022.

**Rudy Giuliani** (born May 28, 1944, Brooklyn, New York,

**TABLE OF CONTENTS**

- Introduction
- Mayor of New York
- 2008 presidential election, Donald Trump, and legal issues

U.S.) American lawyer and politician who served as mayor of New York City (1994–2001). He was especially known for his handling of the September 11, 2001, attacks and his involvement in Pres. Donald Trump's efforts to overturn the results of the 2020 presidential election.

Giuliani was educated at Manhattan College (A.B., 1965) and New York University (J.D., 1968). Beginning in 1970, he worked for the U.S. government, holding positions in the office of the U.S. attorney and in the Department of Justice. From 1977 to 1981 he practiced law privately, but in 1981 he returned to the Justice Department as associate attorney general. In 1983 he was appointed U.S. attorney for the Southern District of New York.

## Mayor of New York



Rudy Giuliani

Early in his political career, Giuliani became affiliated with the Republican Party. After being narrowly defeated in 1989, he won election as mayor in 1993, the first Republican to hold the position in two decades. He promised to reform the city's finances and to crack down on crime, and he was credited with success in both areas. He cut expenditures by, among other things, trimming the city's workforce and winning concessions from unions. The mayor encouraged the police to take an aggressive stance against even minor infractions of the law—even litterers, jaywalkers, and reckless cabdrivers were ticketed as lawbreakers. This campaign earned him the sobriquet "the Nanny of New York." However, the crime rate fell, and the mayor claimed that New York had become a more civilized place.

**APP2999**

Giuliani had his detractors, however. Critics pointed out that he was taking credit for a crime decrease that was part of a nationwide trend. Further, in several incidents involving charges of police brutality, the mayor seemed to be defending officers' misconduct. To some critics the mayor's actions could be petty, as when he refused to meet visiting dignitaries if he disagreed with their policies. In a highly publicized incident in 1999, the mayor denounced a controversial exhibit at the Brooklyn Museum of Art that included works that many observers found offensive or sacrilegious. He attempted to withdraw funding for the museum but was overruled in court. Nonetheless, the mayor generally maintained high approval ratings, and there was speculation that he would run for the U.S. Senate in 2000. However, following the disclosures that he had prostate cancer and that he was separating from his wife, Donna Hanover, Giuliani announced in May 2000 that he would not run.

On September 11, 2001, New York City became the scene of the deadliest terrorist attack in the United States after hijackers flew commercial airplanes into the twin towers of the World Trade Center, killing some 2,800 people. Giuliani drew high praise for his handling of the situation, and there were calls that he run for a third term, even though New York City law barred a mayor from serving more than two consecutive terms. Giuliani, however, decided not to seek reelection. He received an honorary knighthood from Queen Elizabeth II for his efforts in the wake of the attacks.

## 2008 presidential election, Donald Trump, and legal issues

*Leadership*, which Giuliani wrote with Ken Kurson, was published in 2002. In 2007 Giuliani announced that he would seek the Republican Party's presidential nomination in 2008. His platform focused on national security, and he was an early front-runner. By concentrating his campaign efforts on the Florida primary, however, he conceded nearly a month of caucuses and primaries to other candidates. He withdrew from the race in late January 2008 after finishing a distant third in Florida.

Giuliani was an early and ardent supporter of fellow New Yorker Donald Trump's pursuit of the presidency in 2016. When Trump was elected, Giuliani became a prominent candidate for the position of secretary of state, though Rex W. Tillerson was ultimately chosen to fill the post. Giuliani, however, was tapped by Trump to serve as an unofficial adviser on cybersecurity. In April 2018 Giuliani joined the legal team that was representing the president in the special counsel's investigation into possible Russian interference in the 2016 election. He made frequent television appearances in defense of the president, though some of his

**APP3000**

Rudy Giuliani -- Britannica Online Encyclopedia

comments were thought to be unhelpful to Trump. After the investigation ended in March 2019—with no charges filed against the president—Giuliani continued to serve as one of Trump's personal lawyers. He was especially involved in what was described as a back channel between Trump and Ukrainian officials. Giuliani was allegedly engaged in efforts to pressure Ukraine into launching a corruption investigation into one of Trump's political rivals, Joe Biden. The actions of Trump, Giuliani, and others came under intense scrutiny in September 2019, when it was publicly revealed that a whistle-blower had filed a complaint concerning the president's conduct regarding Ukraine. Later that month the House launched an impeachment inquiry against Trump, and legal questions arose over Giuliani's actions. During the House proceedings, Giuliani was portrayed as a central figure in the scandal, and in December Trump was impeached. However, he was acquitted by the Senate the following February.

After Trump was defeated by Joe Biden in the 2020 presidential election, Trump picked Giuliani to head the legal efforts to challenge the results. Giuliani subsequently made a number of public appearances in which he claimed widespread voter fraud, though court filings failed to include evidence to support his allegations. He focused particular attention on Georgia, making numerous false claims to state lawmakers. In December 2020 it was announced that he had tested positive for COVID-19. On January 6, 2021, the day on which Congress was scheduled to certify Biden's victory, Giuliani was a speaker at a pro-Trump rally, and he urged the crowd to "have trial by combat." A number of the president's supporters then staged a violent attack on the Capitol, temporarily delaying the certification process. Giuliani later defended his words, claiming they were "hyperbolic."

Giuliani's efforts to overturn the election results led to several lawsuits. Notably, in late January he was sued for defamation by Dominion Voting Systems, the manufacturer of voting machines that he claimed were rigged in Biden's favour. In addition, a New York appellate court suspended his law license in June 2021, ruling that he made "demonstrably false and misleading statements to courts, lawmakers and the public at large." The following month his license was also suspended in the District of Columbia. In August 2022 it was revealed that Giuliani was the target of a Georgia criminal investigation into efforts to influence the state's 2020 election results. As part of that inquiry, he testified before a special grand jury later that month. On August 1, 2023, Trump was indicted for attempting to overturn the results of the 2020 election, and among his unnamed coconspirators was "an attorney who was willing to

spread knowingly false claims and pursue strategies that the Defendant's 2020 re-election campaign attorneys would not." It was widely understood that this statement referred to Giuliani.

The Editors of Encyclopaedia BritannicaThis article was most recently revised and updated by Meg Matthias.

Citation Information

Article Title: Rudy Giuliani

Website Name: Encyclopaedia Britannica

Publisher: Encyclopaedia Britannica, Inc.

Date Published: 09 December 2023

URL: https://www.britannica.comhttps://www.britannica.com/biography/Rudy-Giuliani

Access Date: December 09, 2023

**APP3002**

# Exhibit O-122



## Stay In Touch

Head over to sidneypowell.com to sign up for more news and information from Sidney.

SUBSCRIBE

Licensed to Lie

# Preview

Former FBI Director Robert Mueller is now investigating President Donald Trump.  Who did Mueller choose as his "first lieutenant?"  None other than Andrew Weissmann–the lead villain in this true legal thriller that names those who corrupted justice and obtained convictions by any means necessary.  Think you know how the Department of Justice works?  Think again.

This is the inside story of the most high-profile prosecutions of the last decade, and it's a 5-star great mystery read on Amazon.  A gruesome suicide, a likely murder, a tragic plane crash, wrongful imprisonment, and gripping courtroom scenes draw readers into this compelling story of the corrupted prosecutions of Arthur Andersen, Merrill Lynch executives, and Senator Ted Stevens.  This book provides a frightening perspective on justice and who should be accountable when evidence is withheld and prosecutors break the law.

Licensed to Lie reveals the strong-arm, illegal, and unethical tactics used by headline-grabbing federal prosecutors in their narcissistic pursuit of power to the highest halls of our government. It's terrifying–because it's true.  Just ask United States Senator Orrin Hatch, Ninth Circuit Judge Alex Kozinski, "fabled" trial attorney Brendan Sullivan of Williams & Connolly, or Fox News John Stossel–to name a few. It should be required reading for every law student, lawyer, judge, politician, and concerned taxpayer.  Sidney Powell has written a book like no other lawyer

**APP3005**

has ever dared–and she's pulled back the royal blue curtain of the Department of Justice.  Brace yourself for this read!

LICENSED TO LIE PREVIEW



SEE ALL SOURCES BY CHAPTER

**APP3006**

12/9/23, 1:10 PM                                    Licensed to Lie



About the Author

# Sidney Powell

**Career**

Sidney Powell served in the Department of Justice for ten years in Texas and Virginia and has devoted her private practice to federal appeals for the past twenty years. She was the youngest Assistant United States Attorney in the country when she was appointed. Later, she became Chief of the Appellate Section for the Western and Northern Districts of Texas. In addition to practicing law, she now serves as a Fellow of the London Center for Policy Research and a Senior Policy Advisory for America First.

She is a past-president of the American Academy of Appellate Lawyers and of the Bar Association of the Fifth Federal Circuit. Recognized by her peers as a "Super Lawyer" and named as one of the "Best Lawyers in America" for years, she has been lead counsel in more than 500 appeals in the United States Court of Appeals for the Fifth Circuit, resulting in more than 180 published opinions. Powell's

**APP3007**

briefs have long been featured as samples for practitioners. She writes on current legal events and government corruption for the New York Observer, the Daily Caller, the Hill, and Fox News. Her articles have appeared on Drudge, Breitbart, Investors Business Daily, NewsMax, and in countless other publications. She appears frequently on Hannity, Shannon Bream, Fox & Friends, NewsMaxTV, One America News, and many radio shows.

Learn more about Sidney Powell's experience by visiting www.federalappeals.com.

**Writing**

In Licensed to Lie, Powell leads readers through the disturbing events, missteps, cover-ups, malfeasance, and corruption of justice that have caused her to question the system she has been committed to for over thirty years. With the narrative style of a legal thriller, this true story captures the drama of the law, the real human costs and consequences of the corruption of justice, and cautions for anyone facing the Department of Injustice.

APP3008

Testimonials & Reviews

# What People Are Saying



"This book should serve as the beginning of a serious conversation about whether our criminal justice system continues to live up to its vaunted reputation. As citizens of a free society, we all have an important stake in making sure that it does."

— From the Foreword by Alex Kozinski Chief Judge, United States Court of Appeals for the Ninth Circuit, in his personal capacity

"It would be malpractice to litigate against the Department of Justice without reading this book."

— Brendan V. Sullivan Jr., Williams & Connolly



"When you've finished reading this fast-paced thriller you will want to stand up and applaud Powell's courage in daring to shine light into the darkest recesses of America's justice system. The only ax Powell grinds here is Truth."

— Patricia Falvey, Author of The Yellow House

"That our government is corrupt is the only conclusion. This book helps the people understand the nature of this corruption—and how it is possible for federal prosecutors to indict and convict the innocent rather than the guilty. Every business person– and anyone– who values freedom should read and heed the warnings of this compelling work."

— Victor Sperandeo, CEO & Author

"This book reads like a cross between investigative journalism and courtroom drama."
— William Hodes, Professor of Law, and Coauthor, The Law of Lawyering

"As a prosecutor for over 29 years in the state courts of Texas, I am aware of both the possibilities for unfairness to the accused, and of the pressures on some prosecutors to win cases. Sidney is able to articulate these issues in telling the stories within Licensed to Lie, and she holds up a clear moral and legal compass to point us all toward prosecution according to law and the facts."
— Jane Davis, Former lead prosecutor, District Courts, Bexar County, Texas

**Merchandise**

# Show Your Support

**APP3010**



# "Creeps On A Mission" T-Shirt

Show your support for the **Rule of Law & President Trump** by buy the new #CreepsOnAMission t-shirt!

Soft, 100% ring-spun cotton t-shirt in light gray, made in the USA, with copyrighted © artwork of Mueller, Comey, McCabe, Strzok, Page, Weissmann, and Ohr behind the battered seal of the Department of Just-Us. A great gift for those who know the Mueller investigation of the President is its own crime.

BUY NOW



Sidney Powell served in the Department of Justice for ten years in Texas and Virginia and has devoted her private practice to federal appeals for the past twenty years.
She was the youngest Assistant United States Attorney in the country when she was appointed. Later, she became Chief of the Appellate

Home

Sources

Media

Notable Tweets

Contact

APP3011

Section for the Western and Northern

Districts of Texas.

Copyright © 2023 Licensed To Lie

**APP3012**

# Exhibit O-123

              

Home   My Network   Jobs   Messaging   Notifications   Me ▾   |   For Business ▾        Retry Prem
                                                                                                          $0



## Sidney Powell · 2nd
President at Defending the Republic Inc.

Defending the Republic Inc.

University of North Carolina School of Law

Dallas, Texas, United States · Contact info

**500+** connections

Connect    Message    More

## About

Sidney Powell has been lead counsel in more than 500 appeals in the United States Court of Appeals for the Fifth Circuit, and she has argued hundreds of cases and consults on complex federal issues. She authored the Amazon best-seller LICENSED TO LIE: Exposing Corruption in the Department of Justice.

She is a member of the American Law Institute and is a Governor Emerita of the Bar Association of the Fifth Circuit for which she has also served as President. She is a Fellow and Past President of the American Academy of Appellate Lawyers, and a long-time member of the American Law Institute. She has been ranked by her peers as a Texas "Super Lawyer" for years and as one of the "Best Lawyers in America" for years. For eight years, she defended one of the Merrill Lynch executives in the Enron or Nigerian Barge litigation.

She speaks extensively and consults with clients on the topic of current events in the law, government misconduct, and prosecutorial misconduct for groups like the Federalist Society, the Fifth Circuit Judicial Conference, the Ninth Circuit Judicial Conference, and on numerous radio and television shows for Dick Morris, Jim Bohannon, Alan Nathan, NewsMax, FoxNews, C-SPAN, BOOK TV, Neil Cavuto, and others. United States Senator Orrin Hatch just discussed her book LICENSED TO LIE in the Loretta Lynch confirmation hearings, and former Speaker of the House Newt Gingrich has discussed it often on NPR, MSNBC, and many Fox News Shows.

A contributor of Top Trending News & Opinion pieces for the New York Observer at www.Observer.com, her articles have been picked up repeatedly by the Drudge Report, Investor's Business Daily, Breitbart, and numerous others. She broke the news that the IRS destroyed Lois Lerner.

Specialties: Consulting in complex commercial litigation and federal appeals, corporate, legal, and political strategy

## Featured

Link                                              Link

APP3014



Famous Fans of Licensed to Lie - YouTube
youtube.com

Sidney Powell P.C. - Fede
Commercial Litigation
Federal Appeals
Sidney Powell practices th
More and more, experien

## Activity
4,742 followers

Posts    **Comments**

Sidney Powell posted this • 9mo

Sidney Powell us 🐻💚🐻us Attorney & Author on Twitter
twitter.com

👍 9

Sidney Powell reposted this • 9mo

🔵❤️🔴 48,463                                          2,751 comments

Sidney Powell posted this • 9mo

Check out our work and information at DefendingTheRepublic.org. We fight every
day to protect our individual God-given unalienable rights, the Constitu  ...show more

Home - Defending The Republic
defendingtherepublic.org • 1 min read

🔵❤️ 21                                                          1 comment

Show all posts →

## Experience

**President**
Defending the Republic Inc. · Full-time
Dec 2020 - Present · 3 yrs 1 mo
United States

**Book Author of Best-Seller LICENSED TO LIE: Exposing
Corruption in the DOJ**
Licensed to Lie LLC
Mar 2013 - Present · 10 yrs 10 mos
Dallas/Fort Worth Area

Author of Licensed to Lie: Exposing Corruption in the Department of Justice.
A gruesome suicide, a likely murder, a tragic and needless plane crash,...

**Counsellor at Law**

**APP3015**

Sidney Powell, P.C.
Jan 1992 - Present · 32 yrs
Federal Circuits and United States Supreme Court

SIdney Powell has been lead counsel in more than 500 federal appeals in complex commercial litigation. Our firm represents sophisticated compani...



**Sidney Powell P.C. - Federal Appeals Attorney**
Sidney Powell practices the art of appellate advocacy. More and more, experienced trial and corporate couns...

Blogger
www.Seeking-Justice.org
Sep 2012 - May 2022 · 9 yrs 9 mos
United States

We are former federal prosecutors & law professors who believe that prosecutors should be held accountable when they hide evidence or violat...

 

 **Genesis Alliance Advisory Council**
Genesis Shelter and Support
Jan 2011 - May 2022 · 11 yrs 5 mos
Dallas

We support the work of Genesis Women's Shelter which empowers women and children who have survived abuse to find healthy, happy and producti...

Show all 12 experiences →

## Education

**University of North Carolina School of Law**
J.D., Law
Activities and societies: Holderness Moot Court Bench; National Client Counseling Competition

Holderness Moot Court Bench; National Client Counseling Competition regional winner

 **University of North Carolina at Chapel Hill**
B.A., Political Science, English
Activities and societies: Phi Beta Kappa

Phi Beta Kappa

## Projects

**Sidney Powell**
May 1960 - Present
  Associated with Sidney Powell, P.C.

Show project ⬀

**United States v. Brown**
Nov 2005 - May 2012
  Associated with Sidney Powell, P.C.

Show project ⬀

Merrill Lynch/ Enron criminal litigation involving false charges of "honest services fraud" and prosecutors suppression of evidence favorable to the defense.

**Other contributors**



## Volunteering


**Advisory Board**
Genesis Women's Shelter
Jan 1988 - Present · 36 yrs
Children

## Skills

### Appeals

 Endorsed by David Keltner and 13 others who are highly skilled at this

👥 99+ endorsements

### Commercial Litigation

Endorsed by Craig Weinlein and 6 others who are highly skilled at this

👥 60 endorsements

Show all 37 skills →

## Recommendations

**Received**    Given

**Nothing to see for now**
Recommendations that Sidney receives will appear here.

## Publications

**LICENSED TO LIE: Exposing Corruption in the Department of Justice**
Brown · May 1, 2014

⬚ Show publication ⬈

Licensed to Lie reads like a legal thriller, but it's especially terrifying because it is true.
Widely heralded as the whistle-blowing book of the decade, readers are raving abo...

**Appellate Practice in State and Federal Courts**
Law Journal Press · Oct 1, 2011

⬚ Show publication ⬈

A practical guide for all appellate practitioners.

Other authors

## Honors & awards

**Global Directory of Who's Who (TOP LAWYERS)**
Issued by Global Directory of Who's Who · Apr 2015

Associated with Sidney Powell, P.C.

Internationally recognized as one of the preeminent attorneys in the United States.

**Best Lawyers in America**

12/9/23, 1:08 PM                                  (85) Sidney Powell | LinkedIn



Show all 5 honors & awards →

## Languages

French

## Organizations

**The Supreme Court Historical Society**
Feb 2007 - Present

The Society, a private non-profit organization, is dedicated to the collection and
preservation of the history of the Supreme Court of the United States. Incorporated …

**The American Law Institute**
Fellow · Jan 1990 - Present

The American Law Institute is the leading independent organization in the United
States producing scholarly work to clarify, modernize, and otherwise improve the la…

Show all 10 organizations →

## Interests

**Top Voices**    Companies    Groups    Schools

Maria Bartiromo 🔗 · 2nd
Anchor, Fox Business Network Fox News Channel || Host of Mornings with
Maria 6-9 AM ET M-F and Sunday Morning Futures
659,035 followers

+ Follow

## Causes

Arts and Culture • Children • Economic Empowerment • Education • Health • Human
Rights • Disaster and Humanitarian Relief • Science and Technology

Ad   •••

Lauren, get new perspectives on wealth and
investing.

AlTi

Discover a better way with **AlTi
Tiedemann Global.**

Follow

**People you may know**
From Sidney's industry

**Zev Grumet-Morris**
Associate Attorney at Duane Morris LLP

👤+ Connect

**Hank Howard**
Associate at BakerLopez

👤+ Connect

**APP3018**



**Layne Faulkner**
Attorney Development Coordinator at Jackson Walker

[ &+ Connect ]

**Sean Morrissey**
Of Counsel at Gunster

[ &+ Connect ]

**Ryan Watkins**
Associate at Jackson Walker LLP

[ &+ Connect ]

Show all

**in LEARNING**

Add new skills with these courses, free for 24 hours

**How to Reframe Rejection, Beat Burnout, and Get Unstuck**
4,411 viewers

**How to Speak with Effortless Confidence**
45,595 viewers

**How to Fearlessly Negotiate to Get More of What You Want**
10,264 viewers

See my recommendations



Promoted                                               ···

Attorney Needed ASAP
Crucial need for a local attorney in your
area. Schedule a demo now!

Deliver nonprofit impact
Social Enterprise & Nonprofits
Programs—In-Person and Virtual. Apply
now.

Proud to Be UAGC
Online master's programs. 6-week
classes. Credit for work/life experience.

**APP3019**

# Exhibit O-124

12/9/23, 1:13 PM                    DePerno Law Office, PLLC - Matthew DePerno Law Office

The Wayback Machine - https://web.archive.org/web/20190122152112/http://www.depernolaw.com/

269.321.5064 | matthew@depernolaw.com        (http://twitter/web.archive

HOME (/WEB/20190122152112/HTTP://WWW.DEPERNOLAW.COM/)

START A CASE (/WEB/20190122152112/HTTP://WWW.DEPERNOLAW.COM/START-A-CASE.HTML)

AREAS OF EXPERTISE (/WEB/20190122152112/HTTP://WWW.DEPERNOLAW.COM/AREAS-OF-EXPERTISE.HTML)

EXPERT TESTIMONY (/WEB/20190122152112/HTTP://WWW.DEPERNOLAW.COM/EXPERT-TESTIMONY.HTML)

PRESS RELEASE (/WEB/20190122152112/HTTP://WWW.DEPERNOLAW.COM/PRESS-RELEASE.HTML)

(/web/20190122152112/http://www.depernolaw.com/)        CONTACT (/WEB/20190122152112/HTTP://WWW.DEPERNOLAW.COM/CONTACT.HTML)



IRS negotiation, compromise, and victorious awards

(http://web.archive.org/web/20190122152112/http://www.depernolaw.com/deperno/22/158/a0b)

## Matthew S. DePerno, Esq.

Matthew DePerno is an attorney who serves clients worldwide from his office in Kalamazoo Michigan, USA. His experience and record of success has benefited individuals, small business, and multi-national corporations.

**New York University School of Law (https://web.archive.org/web/20190122152112/http://www.law.nyu.edu/)**
Master of Laws (LL.M.) Taxation 1994-95

**University of Detroit Mercy School of Law (https://web.archive.org/web/20190122152112/http://www.law.udmercy.edu/)**
Doctor of Law (J.D.) 1991-1994



(/web/20190122152112/http://www.depernolaw.com/contact.html)
Matthew S. DePerno

## Tax Law, Litigation, Business Consulting, Government Investigations, and more...

Tax Controversy, Negotiation, & Resolution (/web/20190122152112/http://www.depernolaw.com/tax-controversy.html)

Appellate Litigation (/web/20190122152112/http://www.depernolaw.com/appellate-litigation.html)

Business Law; including mergers/acquisitions, entity formation, contracts, and disputes (/web/20190122152112/http://www.depernolaw.com/old---business-law-consulting--tax-planning.html)

Commercial and Construction Litigation (/web/20190122152112/http://www.depernolaw.com/commercial--construction-litigation.html)

APP3021

12/9/23, 1:13 PM                                    DePerno Law Office, PLLC - Matthew DePerno Law Office



Corporate Governance and Business Management (/web/20190122152112/http://www.deperno law.com/corporate-governance--business-management.html)

(/web/20190122152112/http://www.depernolaw.com/contact.html)

Electronic Discovery and Evidence (/web/20190122152112/http://www.deperno olaw.com/electronic-discovery--evidence.html)

Creekside Office Commons

Government Investigations and Litigation, including white collar defense, internal investigations, & compliance (/web/20190122152112/http://www.depernolaw.com/government-investigations.html)

View all areas of expertise (/web/20190122152112/http://www.depernolaw.com/areas-of-expertise.html)

## Trouble with the IRS?  Matt can help!



If you have trouble with the IRS, Matthew DePerno can help. While experienced in many areas of law, his emphasis on tax law has garnered him a reputation for excellence among his client and colleagues alike.  If you have IRS problems, Matt can help you find a solution.

Get Tax Help Now!

(/web/20190122152112/http://www.depernolaw.com/c



(/web/20190122152112/http://www.depernolaw.com/web/20190122152112/http://www.depernolaw.com/web/20190122152112/http://www.depernolaw.com/con





Serving the Community                     Advocate for Kalamazoo                    A Promise to do my best!

Tweets by mdeperno (https://web.archive.org/web/20190122152112/https://twitter.com/mdeperno)

DePerno Law Office (Map) (https://web.archive.org/web/20190122152112/https://goo.gl/maps/oyNP9YyLiSp)

951 W. Milham Avenue

Portage, MI 49002

Web Strategy by Absolute Video & Multimedia (https://web.archive.org/web/20190122152112/http://www.absolutevideo.com/)

**APP3022**

# Exhibit O-125

(48) Matthew DePerno | LinkedIn

 

      



## Matthew DePerno · 3rd

Owner, DePerno Law Office, PLLC

DePerno Law Office, PLLC

New York University School of Law

Mattawan, Michigan, United States · Contact info

207 connections

**Message**    + Follow    More

---

### Activity

242 followers

**Matthew hasn't posted yet**
Recent posts Matthew shares will be displayed here.

Show all activity →

---

### Experience



**Owner**
DePerno Law Office, PLLC
Nov 2005 - Present · 18 yrs 2 mos
Portage, MI

---

### Education



**New York University School of Law**
Master of Laws (LL.M.), Taxation
1994 - 1995

**University of Detroit Mercy School of Law**
Doctor of Law (J.D.)
1991 - 1994

Activities and societies: University of Detroit Mercy School of Law - Law Review

---

### Skills

**Litigation**

 Endorsed by Jeshua Lauka who is highly skilled at this

👥 3 endorsements

---

APP3024

### Corporate Law

Endorsed by Jeshua Lauka who is highly skilled at this

8 endorsements

Show all 37 skills →

## Interests

**Companies**   Groups   Schools

**U.S. District Court, CACD**
1,254 followers

+ Follow

**New York University School of Law**
98,334 followers

+ Follow

Show all companies →

Ad   ···
Gabriela, see how your ads can work hard with
Amazon Ads

amazon ads

Explore Amazon advertising solutions

Follow

### People also viewed

**Stefanie Lambert** · 3rd
Law Office of Stefanie L. Lambert PLLC

View profile

**Samuel Field** · 3rd
Owner, Field & Field, P.C.

View profile

**Jocelyn Benson** · 2nd
Michigan Secretary of State.

Connect

**Tom Leonard** · 3rd
Plunkett Cooney - Partner

View profile

**Alex G.** · 3rd
Freelance, photographer, self-employed

View profile

**APP3025**

Show all

### People you may know
From Matthew's school

**Emily Little, J.D., LL.M.**
Associate at Jackson Walker LLP

☌ Connect

**Brady Cox**
Attorney practicing tax, transactional and M&A

☌ Connect

**Nate Smithson**
Transactional Tax Attorney focusing on Partnerships & LLCs, Executive Comp, Tax Reform, and the Partnership Audit Rules

☌ Connect

**Daniel Easley**
Manager BRA Investments, Ltd., a family real estate investment partnership; federal tax and business law legal practice.

☌ Connect

**Chad West**
Private Funds Attorney at Ropes & Gray

☌ Connect

Show all

**in** LEARNING

Add new skills with these courses, free for 24 hours

**Nano Tips for Answering Common Interview Questions with Tiffany Uman**
742,457 viewers

**How to Speak So People Want to Listen**
277,861 viewers

**Public Speaking for Non-Native English Speakers**
161,220 viewers

See my recommendations

APP3026

**APP3027**

# Exhibit O-126

     Home    My Network    Jobs    Messaging    Notifications    Me ▾   | For Business ▾   

Network S
Try Premiu



God's Promises Are True

What promise is He calling for you to share
with a world in desperate need of His truth?

GodsPromisesAreTrue.com

## Patrick Colbeck · 3rd

Christian, Author, Entrepreneur, Investigative Journalist, Engineer

Lindell Management

International Space University

Wayne County, Michigan, United States · Contact info

500+ connections

+ Follow    Connect    More

## About

Patrick Colbeck is a former Candidate for Governor and Two-Term State Senator in Michigan. He is a graduate of the University of Michigan with Bachelors and Masters of Science Degrees in Aerospace Engineering and also the Life Sciences Department at the International Space University in Strasbourg, France. His professional career is highlighted by his public service in the Michigan Senate (term-limited) and his engineering design work on key elements of the Life Support System for the International Space Station. He also served as an instructor at Space Camp in Huntsville, AL.

He went on to provide management consulting services for over 11 years including 6 as a self-employed, independent consultant servicing industries as varied as Healthcare, Telecommunications, and Defense. He has been certified as a Microsoft Small Business Specialist and has authored three books, The 2020 Coup: What Happened. What We Can Do., Wrestling Gators: An Outsiders Guide to Draining the Swamp and IT Roadmap for Professional Service Firms.

His public service is highlighted by his receipt of the Senator Paul Fannin Statesman of the Year Award from National Right to Work for his leadership in making Michigan the 24th Right to Work state. He has also received legislator of the year awards from Police, Construction and Senior organizations. During his service as the Chairman of the Senate Appropriations Subcommittees for the State Police and Department of Military and Veterans Affairs, he was responsible for oversight of over $500M in expenditures. Under his leadership, both departments were converted to performance-based budgets resulting in dramatic improvements in services. Veteran services for example improved from last to #2 in nation. He co-founded and served on the board of the MI Freedom Center which serves those who serve us in the armed forces at Detroit Metro Airport and Regional MEPS Centers.

The Senator and his wife, Angie, of over 20 years live in Canton and are members of Northridge Church in Plymouth, MI.

## Featured

| Link | Link | Link |

12/9/23, 9:53 AM                                    (48) Patrick Colbeck | LinkedIn





**Lets Fix Stuff - News | Solutions | Data | Humor**
Lets Fix Stuff

Our mission at Let's Fix Stuff is to share real news, real data, and real solutions that are increasingly



Princ
Solid
best
than

---

## Activity
9,658 followers

**Posts**   Comments   Images

**Patrick Colbeck** posted this • 3w

   The truth about the vulnerabilities introduced by electronic voting systems is undeniable. We now have a judge who took the time to look at the evidence. As a result, in GA, the machines must go! #VoteAmish...

 22                                              3 comments

**Patrick Colbeck** posted this • 1mo

Today is election day all across America. If you see any unlawful election activity, please be sure to post a description of the event under the Elections tab ...show more

   **Log In - FrankSocial**
franksocial.com • 1 min read

 8

**Patrick Colbeck** posted this • 1mo

   SMACKDOWN! MI SoS Jocelyn Benson election directives struck down in 3-0 decision by MI Court of Appeals on O'Halloran v Benson. Yet another one of those pesky court victories that those complicit with ...

 47                                              5 comments

---

Show all posts →

---

## Experience

   **Chief Operating Officer**
Lindell Management · Full-time
Oct 2023 - Present · 3 mos
Canton, Michigan, United States · Remote

   **Founder**
God's Promises Are True · Self-employed
Jul 2023 - Present · 6 mos
GodsPromisesAreTrue.com · On-site

God's Promises Are True is a ministry to share God's Word with a world in desperate need of His truth.

   **Founder**
Let's Fix Stuff
May 2020 - Present · 3 yrs 8 mos
LetsFixStuff.org

Our mission at Let's Fix Stuff is to share real news, real data, and real solutions that are increasingly being scrubbed from the public square by b...

**President**

**APP3030**



Perspective Shifts, LLC
Oct 2004 - Present · 19 yrs 3 mos
Management consultant focused on improving the efficiency of business
operations through the integration and optimization of existing business...



**Member Board Of Directors**
MI Armed Forces Hospitality Center
Jun 2011 - Mar 2021 · 9 yrs 10 mos
Romulus, MI

Co-founder and Board Member of the MI Armed Forces Hospitality Center
(aka MI Freedom Center). Over 400,000 service personnel and their familie...



**MI Freedom Center**
Help us fulfill our mission of "Serving Those Who Serve
Us"

Show all 15 experiences →

## Education



**International Space University**
Space Studies, Life Sciences
1989 - 1989

Summer session of the International Space University. Diverse curriculum
included intense studies in Business, Law, Engineering, Life Sciences,...



**University of Michigan**
M.S.E., Aerospace
1987 - 1988

Show all 3 educations →

## Licenses & certifications



**Microsoft Small Business Specialist**
Microsoft

## Projects

**Moment of Truth Summit Book**
Oct 2022 - Present

 Associated with Perspective Shifts, LLC

Written compilation of information provided at 2022 Moment of Truth Summit
hosted by Mike Lindell

**DOCUMENTARY: Was America Hijacked?**
Dec 2020 - Present

 Associated with Perspective Shifts, LLC

Show project ⧉

The November 2020 general election remains a hotly contested topic
Skepticism is rampant...

Show all 15 projects →

## Skills

**Leadership**

 Endorsed by John Callaghan and 6 others who are highly skilled at this

 Endorsed by 22 colleagues at State of Michigan

**APP3031**

(48) Patrick Colbeck | LinkedIn

 99+ endorsements

---

**Government**

 Endorsed by Nocerini Strategy Group, LLC and 17 others who are highly skilled at this

Endorsed by 26 colleagues at State of Michigan

 99+ endorsements

---

Show all 39 skills →

## Recommendations

<u>Received</u>   Given

 **Rick Green** · 3rd
America's Constitution Coach; Host of The Tavern on Warrior Poet Society Network
January 22, 2013, Rick was Patrick's client

If we can get about 1,000 more patriots like Pat Colbeck serving across America we can save this nation!

 **Jim King** · 3rd
Chief Financial Officer Northridge Church
October 10, 2012, Jim worked with Patrick on the same team

I have known Patrick as a friend and fellow believer. He has shown nothing but integrity, openess and compassion throughout.
His values as a State Senator are strong as well as his service to the citizens he serves.

Highly recommend1

---

Show all 40 received →

## Publications

**The 2020 Coup: What Happened. What We Can Do.**
McHenry Press · May 9, 2022

Show publication ⏏

The 2020 Coup takes all of the bits and pieces of evidence from all across America and knits them together into the definitive work on how the election was stolen....

---

**Wrestling Gators: An Outsider's Guide to Draining the Swamp**
Illumify · May 11, 2018

Show publication ⏏

Find out what happens when fed-up citizens turn an engineer loose on the political swamp. The beginning of this century marked the "Lost Decade" for Michigan. More...

---

Show all 8 publications →

## Honors & awards

**Wrestling Gators recognized on list of Top 100 Best Politics Books of All Time!**
Issued by BookAuthority · Apr 2019

 Associated with Perspective Shifts, LLC

Wrestling Gators made it to the Best Politics Books of All Time!
...

**APP3032**

(48) Patrick Colbeck | LinkedIn



"Most Conservative Senator" 2018
Issued by MIRS News Service · Jan 2019

Associated with State of Michigan

Show all 23 honors & awards →

### Languages

French

### Interests

**Top Voices**   Companies   Groups   Schools

**Andy Jassy** · 3rd
President and CEO at Amazon
739,463 followers

+ Follow

**Marillyn Hewson**
Former Chairman, President and Chief Executive Officer at Lockheed Martin
400,908 followers

+ Follow

Show all Top Voices →

Ad ···

Get the latest jobs and industry news

Gabriela, explore relevant opportunities
with **Tyson & Mendes**

Follow

### People also viewed

**Jack Tatigian** · 3rd
Law Enforcement Professional

View profile

**Sheila Rand** · 3rd
Business Owner and winemaker at RFWINES

View profile

**Stuart Sandweiss** · 3rd
Executive Director of The Legal Education Center and President of Legal
Solutions Group, P.C.

View profile



**Alec Klein** · 3rd
Author | Investigative Journalist | Consultant

[ View profile ]

**Andy Fanta** · 3rd
President & CEO at WLC PC

[ View profile ]

Show all

**People you may know**

**Priya Coffey**
Real Estate Attorney and Houston Office Managing Partner, Jackson Walker L.L.P.

[ Connect ]

**Kathy Silver**
Trial Lawyer Focusing on Oil, Gas, Energy and Commercial Litigation Matters

[ Connect ]

**Scott Schepps**
Estate & Wealth Planning Attorney. Structuring Estates to Minimize Conflict and Transfer Taxes.

[ Connect ]

**Genna Diaz**
Recruiting Coordinator at Jackson Walker LLP

[ Connect ]

**Tiana DeLeo Dunn**
Commercial Real Estate Attorney at Jackson Walker LLP

[ Connect ]

Show all

**You might like**
Groups for you

**Personal Injury Attorney Network**
14,819 members

[ Join ]

**INHOUSE LEGAL - General Counsels, CLO's, In House Lawyers, General Counsel**
158,341 members

[ Join ]

Show all

APP3034

(48) Patrick Colbeck | LinkedIn

**APP3035**

# Exhibit O-127

# About Dr.SHIVA

I am running for President of the United States of America. We stand at the crossroads where we can either head into a Golden Age or into the Darkness. Incredible innovation and solutions, which have been created by everyday Americans, already exist for energy, education, health, affordable housing and much more. What stands in the way are the old guard of career politicians, political hacks, lawyer-lobbyists and academics who pervade Washington and local government with corruption and crony capitalism that chokes and suffocates these innovations and solutions from reaching us. America becomes great when innovators, entrepreneurs, working people with skills and those committed to using common sense and reason run this country. The Founders of America were blacksmiths, engineers, soldiers, architects, entrepreneurs, scientists — they actually worked for a living and produced through their labor, products and services to help other citizens.



The People Have Arisen. Dr.SHIVA FOR PRESIDENT Will Throw the Moneylenders Out of the Temple.

I stand before you as someone who is a personification of the American Dream. My parents and I left the caste system of India in 1970 where we were considered low caste "Untouchables" and "Deplorables". We first settled in Paterson, NJ and I went through the public school system where I was fortunate to have come across incredibly dedicated teachers, coaches and mentors.



*Dr. Shiva Ayyadurai, the* **Inventor of Email (http://www.inventorofemail.com/)** *holds 4 degrees from MIT, is a Fulbright Scholar, and has started 7 successful hi-tech companies including* **EchoMail (http://www.echomail.com/)** *CytoSolve (https://cytosolve.com/) and* **Systems Health (http://systemshealth.com/)** *. He is currently the Founder and CEO of* **CytoSolve, Inc. (https://cytosolve.com/)** *which is discovering cures for major diseases from Pancreatic Cancer to Alzheimer's. He is also the Founder of* **Center for Integrative Systems (https://www.integrativesystems.org/)** *that is the home of* **Innovation Corps (http://innovationcorps.org/)** *and* **C.L.E.A.N./R.A.W. (https://cleanfoodcertified.org/)** *certifications.*
**Click here to download Dr. Shiva Ayyadurai's CV** (/wp-content/uploads/2017/08/Dr-Shiva-Ayyadurai-CV.pdf)

APP3037

## Born Fighter

On my 7th birthday, in 1970, I left India and came to America: to this land of incredible opportunity. As a kid, I learned from my parents, teachers, coaches, and friends that what mattered most was Truth — to uncover it, share it and fight for it. That core value is THE foundation of the America Dream. And my life has been about fighting for Truth, at every step.

**2017**                                      **2017**                                      **201!**

                     

2017 Future Of Email: Educating Citizens On The Dangers Of Modern Email

2012-2017 Victory For The Inventor Of Email. Defeat For Fake News & Gawker Media

2015 Scientific Activism: U Discover The Truth About

(https://shiva4president.com/wp-content/uploads/2017/04/fighter_19.jpg)

(https://shiva4president.com/wp-content/uploads/2017/04/fighter_18.jpg)

(https://shiva4president.com/wp-content/uploads/2017/04/figh

"Free" email providers such as Gmail, Yahoo, etc. may be subverting our freedom by owning our email communications. Shiva proposes that the US Postal Service provide a truly secure public email service to protect citizens.

Shiva fought back relentlessly against the Fake News and defamation he endured from Gawker Media, eventually prevailing in January of 2017 when he was awarded $750,000 by Gawker Media, to settle his lawsuits against them.

## Award-Winning Inventor & Accomplished Scientist

The Founding Fathers created a revolutionary nation in which innovation, education, creativity, and meritocracy flourished. Those core values drew my family to immigrate to the United States, and I'll always be grateful for the opportunities I've found here. Now I'm committed to preserving, protecting, and expanding those opportunities for all Americans. That's the new American Revolution, and I hope you'll join me in this fight.

**2017**                                      **2015**                                      **201⁴**

                      

2017 Systems Health – Educating & Bringing Together Eastern And Western Medical Professionals

2015 CytoSolve – Accelerating Drug Development. Alnylam In Vivo Study Confirms CytoSolve's In Silico Predictions

2014 Launched Systems I

 

(https://shiva4president.com/wp-content/uploads/2017/04/inn

(https://shiva4president.com/wp-content/uploads/2017/04/innovation_26.jpg)

(https://shiva4president.com/wp-content/uploads/2017/04/innovation_25.jpg)

Systems Health is a bold new edu unifies Eastern medicine with We

Shiva authored a three-volume set of books on Systems Health, which delivers a breakthrough curriculum for integrating eastern medicine and western science. This curriculum is part of the Systems Health® training and certification program.

CytoSolve modeled the molecular pathways of Hereditary Angio Edema. The computer results from CytoSolve matched the results from in vivo mouse experiments, demonstrating the viability of CytoSolve to accelerate decisions to clinical trials in the drug development process.

**APP3038**

# The All-American Indian

I have lived the American Dream. I grew up playing baseball, playing soccer, having a paper route, while running my own small lawn mowing and snow shoveling businesses as a kid. Being selected by American Legion Boys State to represent my high school, and later being awarded a U.S. Fulbright Scholarship were all part of this incredible journey.



**2017**

2017 Inauguration Of President Donald Trump

(https://shiva4president.com/wp-content/uploads/2017/04/ai_17.jpg)

Shiva attended, on invitation, the inauguration of the 45th President of the United States.

**2016**

2016 Constructing CytoSolve Office At Cambridge, MA

(https://shiva4president.com/wp-content/uploads/2017/04/ai_16.jpg)

**2016**

2016 VA Shiva Systems H... Cambridge, MA

(https://shiva4president.com/wp-content/uploads/2017/04/ai_1...

Systems Health training and certi... launched to provide health and w... foundational science based on sy...

## GET NOTIFICATIONS!

Email *

ZIP *

**I'm In!**



(https://www.facebook.com/va.shiva.ayyadurai)(https://twitter.com/va_shiva)(https://www.instagram.com/va_shiva/)(https://youtube.com/user/drvashiva)

PAID FOR BY SHIVA 4 PRESIDENT

© 2023, SHIVA 4 PRESIDENT | All Rights Reserved | Privacy Policy (/privacy-policy/)

**APP3039**

# Exhibit O-128

News, LifeZette, Big League Politics, 1776 Channel, and Communities Digital News.

# ABOUT THE AUTHORS

Mary Fanning is a national security investigative journalist for The American Report and also publishes at the Center for Security Policy. Her work has also appeared at RealClearDefense. She is a contributor to Breitbart

Alan Jones is a national security investigative journalist for The American Report, and also publishes at the Center for Security Policy. His work has also appeared at RealClearDefense. He is a contributor at Breitbart News, Washington Times Communities, LifeZette, Big League Politics, 1776 Channel, and Communities Digital News.

**APP3041**

# Exhibit O-129



# TK ASSOCIATES, LLC

WELCOME    ABOUT TERRY    ABOUT KATHLEEN    BOOKS III    BOOKS II    BOOKS I    MEDIA    SERVICES

CONTACT    THANK YOU

Terry D. Turchie is a former Deputy Assistant Director of the Counterterrorism Division of the FBI. His leadership was the driving force behind the capture of the two most elusive and solitary domestic terrorists in U.S. history.

Between 1994 and 1998, Terry directed the UNABOM Federal Task Force (UTF) that finally caught and convicted Theodore Kaczynski for an 18-year long string of terrorist bombings. Robert Graysmith, an author who wrote about the case in a 1997 book UNABOMBER—A Desire to Kill, called Turchie "the heart and spirit of the investigation."

After Theodore Kaczynski pled guilty to the UNABOM crimes in 1998, Turchie was promoted to Inspector, and was immediately tapped by FBI Director Louis Freeh to direct the Southeast Bomb Task Force in the North Carolina's hunt for Olympic Park bomber Eric Robert Rudolph. His interagency coworkers admiringly described him as the "FBI's Ace."

## Terry D. Turchie

In 1999, Terry was called to Washington, D.C. as Deputy Assistant Director in the new Counterterrorism Division of the FBI. Between 1999 and 2001, he testified before Congress and traveled extensively overseas with former FBI Director Louis Freeh to facilitate joint investigations of international terrorism in the Middle East, Asia and the former Soviet Union.

Turchie is a recipient of the FBI Director's Award as well as the Attorney General's Award for Distinguished Service. From 2001 to 2007 he was the Director for Counterintelligence and Counterterrorism for the University of California at Lawrence Livermore National Laboratory.

Terry and Kathleen co-authored two books in 2007 and 2008 (see OUR BOOKS); in 2013 he co-authored BREAKING IRAQ with retired Army Colonel Ted Spain; and he also has a forthcoming book which details how the response of the UNABOM Task Force to the unique demands of the UNABOM investigation changed FBI management of major cases forever (in press).

In his capacity as an author and a principal of TK Associates, LLC, Turchie is a frequent consultant to corporate and law enforcement organizations based on his unique knowledge of how to solve complex terrorism cases. He has co-produced award-winning documentaries for the National Geographic Channel (see MEDIA); is a frequent law enforcement consultant for FOX News and other news organizations; and is an accomplished and engaging public speaker on issues of security, law enforcement and dealing with both domestic and international crime and terrorism.

**APP3043**

# Exhibit O-130

APP3044

 

      

Home  My Network  Jobs  Messaging  Notifications  Me ▾   For Business ▾

Retry Prem
$0



## Terry Turchie · 3rd

Counterterrorism and Counterintelligence

 TK Associates

Southern Illinois University, Carbondale

San Francisco, California, United States · Contact info

500+ connections

Message     + Follow     More

## About

Terry Turchie retired from the FBI in April, 2001, having served as the first Deputy Assistant Director of the newly created Counterterrorism Division of the FBI from March, 2000 to April, 2001.

In his early years in the Bureau, Terry chased timber thieves in the Oregon forests. By the 1980s, he was chasing Soviet spies at the United Nations in New York. On one memorable occasion depicted in New York Magazine, he and two of his colleagues wrestled Soviet spy Gennadiy Zakharov to the ground at a Brooklyn subway station. After a tour of duty between 1987 and 1988 at FBIHQ in Washington, D.C., he took over a counterintelligence squad in San Francisco. Within a year his squad disrupted two major East Bloc espionage operations.

Between 1994 and 1998, Terry directed the UNABOM Task Force (UTF) that identified and arrested Theodore Kaczynski on April 3, 1996, for an 18-year long string of terrorist bombings. Kaczynski pleaded guilty to the UNABOM crimes in February, 1998. In his 1997 book, "UNABOMBER—A Desire to Kill," author Robert Graysmith referred to Turchie as "the heart and spirit of the investigation."

 Turchie was promoted to the position of Inspector by FBI Director Louis Freeh and appointed to lead the Southeast Bomb Task Force fugitive hunt in the forests of western North Carolina for Olympic Park bomber Eric Robert Rudolph. His interagency coworkers admiringly described him as the "FBI's Ace."

As the Deputy Assistant Director of the Counterterrorism Division of the FBI, he testified before Congress and traveled extensively overseas with former FBI Director Louis Freeh to facilitate joint investigations of international terrorism and al-Qaeda.

Turchie is a recipient of the FBI Director's Award as well as the Attorney General's Award for Distinguished Service. He frequently speaks to corporate and law enforcement groups based on his experience with complex terrorism cases.

## Activity

1,577 followers

**Terry Turchie** commented on a post • 4mo

**APP3045**

12/9/23, 1:46 PM                                    (85) Terry Turchie | LinkedIn

Scott: Thank you for setting forth a fine summary of the facts. You are exactly right
about the FBI having everything it needs to independently pursue this investigation.
Unfortunately, the FBI, Christopher Wray, Merrick Garland and his leftist   ...show more

Terry Turchie commented on a post • 6mo

Stephen: Thank you for showing Americans what Fidelity, Bravery and Integrity really
look like.

Terry Turchie commented on a post • 10mo

Greg: I guess Pre-Pub has become just like the rest of the FBI- Fidelity, Bravery and
Integrity replaced by Mueller, Comey and Wray. Steve Friend suspended without pay,
Peter Strzok placed in charge of Human Resources with pay, while DOJ t   ...show more

Show all comments →

## Experience

 **President and Co-Founder**
TK Associates
Feb 2007 - Present · 16 yrs 11 mos
San Francisco Bay Area

TK Associates is a San Francisco Bay Area based firm that provides
unparalleled expertise and experience in dealing with complex leadership,...

 **Director of Counterintelligence**
Lawrence Livermore National Laboratory
May 2001 - Sep 2007 · 6 yrs 5 mos
San Francisco Bay Area

The Security Awareness for Employees (SAFE) Program at Lawrence
Livermore National Laboratory (LLNL) complemented the lab's primary...

 **Deputy Assistant Director**
FBI
Jul 1972 - May 2001 · 28 yrs 11 mos
Washington D.C. Metro Area

From March, 2000 until May, 2001, Turchie served as the first Deputy
Assistant Director in Charge of the FBI's newly created counterterrorism...

## Education

 **Southern Illinois University, Carbondale**
Master's degree, Political Science and Government
1973 - 1975

 **California State University-Sacramento**
Bachelor of Science, Criminal Justice/Law Enforcement Administration
1968 - 1972

## Skills

**Statistics**

 Endorsed by 22 colleagues at Federal Bureau of Investigation (FBI)

👥 30 endorsements

**APP3046**

(85) Terry Turchie | LinkedIn

**Counterterrorism**

Endorsed by Joseph Hummel and 35 others who are highly skilled at this

 Endorsed by 6 colleagues at Lawrence Livermore National Laboratory

 99+ endorsements

Show all 50 skills →

## Recommendations

**Received**    Given

 **Wayne Shuptrine** · 3rd
FBI Supervisory Special Agent (Retired) | MBA | MPA | MS
November 8, 2019, Wayne reported directly to Terry

I worked for Terry as a first office FBI Special Agent, FBI San Francisco
Division. Terry ran the UNABOMB investigation...He was always upbeat,
made time to talk to you as a human being, and always had something
positive to say...his relentless pursuit of the UNABOMBER led to Theodore
Kaczynski's successful arrest (without incident) and federal prosecution. I
was very fortunate to work under Terry's leadership...

 **Carol L. Osborne** · 3rd
Aviation Historian / Publisher /Logistics Analyst/Security
August 12, 2016, Carol L. worked with Terry but on different teams

I met Terry in Silicon Valley through our mutual friend James M. "Jim" Fox,
who in 1990 was head of the New York Bureau of the FBI. I have always been
impressed with Terry's professionalism, patriotism, work ethic, and
leadership to find and catch foreign spies and terrorists. I highly recommend
Terry for any endeavor he may choose.

Show all 4 received →

## Publications

**Unabomber: How the FBI Broke It's Own Rules to Capture the Terrorist
Ted Kaczynski**
History Publishing Company, Palisades, New York · Jun 17, 2014

Show publication ⧉

The story of the way the FBI was forced to change its methods of operation, from the
traditional, media-shy Bureau of J.Edgar Hoover, to the technologically savvy and...

**Breaking Iraq: The Ten Mistakes that Broke Iraq**
History Publishing Company, Palisades, New York · Mar 19, 2013

Show publication ⧉

This is an important book, because it gives us the unvarnished account of one
brigade commander s tour of duty in Baghdad during the tumultuous first year of t...

Other authors



Show all 4 publications →

## Honors & awards

Recipient of the CINE Golden Eagle film Award for Co-Producing,
"Inside FBI- Suburban Surveillance"
Issued by National Geographic · Jan 2011



Associated with TK Associates

**Recipient of the CINE Golden Eagle film Award for Co-Producing,
"Interrogating Saddam"**
Issued by National Geographic · Jan 2010

Associated with TK Associates

Show all 6 honors & awards →

## Interests

**Companies**    Groups    Schools

**Federal Bureau of Investigation (FBI)**
832,126 followers
+ Follow

**Southern Illinois University, Carbondale**
160,607 followers
+ Follow

Show all companies →

Ad ···

Lauren, reactivate your Premium free trial today!

See who's viewed your profile in the last
365 days

Reactivate Trial

**People also viewed**

**Greg Dillon** · 3rd
Author of "The Thin Blue Lie: An Honest Cop vs the FBI"
+ Follow

**Steve Friend** · 3rd
Senior Fellow at Center for Renewing America
+ Follow

**Mike Zummer** · 3rd
-Anti-Corruption Investigations -Anti-Corruption Training and Education -
Whistleblower Advocacy -Government Accountability/Reform -Internal...
View profile

**Graham Tanaka** · 3rd
President at Tanaka Capital Management and Manager of The TANAKA
Growth Fund
View profile

**Robert Messemer** in · 3rd
CEO and Founder, Pinnacle Global Risk, LLC.

**APP3048**

12/9/23, 1:46 PM                                          (85) Terry Turchie | LinkedIn



View profile

Show all

**People you may know**
From Terry's industry

Julie Blakey, CMWP
Business Strategy, Leadership, Teams, Sales | Certified Coach-Trainer-Speaker
| Professional Speaker | Business Consultant
Connect

Jared Torkelson
Head of Operations (US) | Driving Excellence & Growth for Disrupt |
Strategic Leadership | Global Expansion
Connect

Gavin Winkel
Architect at West Monroe Partners
Connect

Mikyoung Park
0
Connect

Shuto Mishima
Strategieanalyst bei Accenture
Connect

Show all

**You might like**
Pages for you

Law360
Online Audio and Video Media
118,557 followers
18 connections follow this page
Follow

ABA Journal
Book and Periodical Publishing
493,439 followers
14 connections follow this page
Follow

Show all

**APP3049**

(85) Terry Turchie | LinkedIn

**APP3050**

# Exhibit O-131

APP3051

# Steve Bannon



Steve Bannon

Steve Bannon. 2022.

**Steve Bannon** (born November 27, 1953, Norfolk, Virginia, U.S.) American political strategist, media executive, and filmmaker who served (2017) as senior counselor and chief White House strategist for U.S. Pres. Donald Trump.

**TABLE OF CONTENTS**

- Introduction
- Early life
- Entertainment finance, moviemaking, and *Breitbart*
- Association with Trump

## Early life

Bannon grew up in a large Irish Catholic family in Richmond, Virginia. His father rose from a position as a lineman to middle management with a phone company. Bannon attended an all-male Catholic military school in Richmond before matriculating at Virginia Tech, where he earned a B.A. in urban affairs (1976) and served as student government president. After graduation he joined the U.S. Navy, becoming an officer, serving on a destroyer, and receiving a post as a special assistant to the chief of naval operations at the Pentagon. During his navy tenure in Washington, D.C., Bannon earned an M.A. in national security studies at Georgetown University. Having left the navy in 1983, he attended the Harvard Business School (M.B.A., 1985), which led to a position in mergers and acquisitions at Goldman Sachs. Specializing in media and entertainment, Bannon relocated to Los Angeles.

## Entertainment finance, moviemaking, and *Breitbart*

After three-plus years with Goldman Sachs, he cofounded a financial firm, Bannon & Co., which focused on the entertainment industry. Among its clients were Samsung, MGM, and Polygram Records, along with Italian media magnate and politician Silvio Berlusconi. In the process of negotiating the sale of Castle Rock Entertainment from Westinghouse to Ted Turner in 1993, Bannon's company received a stake in five television shows, including the still relatively new *Seinfeld*, which would eventually bring it a huge financial payoff. After Bannon

**APP3052**

& Co. was sold to Société Générale in 1998, Bannon continued to work in entertainment-related finance and acted as co-executive producer on the film *Titus* (1999), an adaptation of William Shakespeare's *Titus Andronicus*.

In 2004 Bannon immersed himself more deeply in filmmaking itself, beginning a career as a writer, director, and producer of conservative-slanted documentaries with *In the Face of Evil: Reagan's War in Word and Deed*. While Bannon was growing up, his family had been oriented toward the Democratic Party, but his disenchantment with the presidency of Jimmy Carter led him to embrace Ronald Reagan and conservatism. Among the documentaries that he made were *The Undefeated* (2011), a laudatory portrait of Sarah Palin, and *Occupy Unmasked* (2012), about the Occupy Wall Street movement. During this period Bannon also developed a deep-seated contempt for financial and political elites, both those on the left and those within the Republican establishment.

In 2012 Bannon and Peter Schweizer founded the Government Accountability Institute, a nonprofit organization that mounted investigations of prominent politicians with the intention of exposing wrongdoing, and distributed the results of its investigations through mainstream publishers and other media outlets, as it did with Schweizer's inflammatory book *Clinton Cash: The Untold Story of How and Why Foreign Governments and Businesses Helped Make Bill and Hillary Rich* (2015). Bannon had begun a friendship in the early 2000s with Andrew Breitbart, founder of the provocative, antiestablishment, conservative website Breitbart.com, and, when Breitbart died suddenly in March 2012 on the eve of a relaunch of the website, Bannon assumed the role of executive chairman, taking an active hand in directing *Breitbart News*'s editorial vision. With *Breitbart*, Bannon, who self-identified as a populist, provided a platform for the "alt-right" (alternative right) movement, a loose association of relatively young white nationalists (who largely disavowed racism but celebrated "white" identity and lamented the alleged erosion of white political and economic power and the decline of white culture in the face of nonwhite immigration and multiculturalism), white supremacists, extreme libertarians, and neo-Nazis. *Breitbart*'s critics characterized it as racist, misogynist, and xenophobic.

## Association with Trump

Under Bannon, *Breitbart* championed the insurgent candidacy of Donald Trump for the 2016 Republican presidential nomination. In August 2016 Bannon became the executive director of Trump's then-faltering campaign and was credited with bringing discipline and a stronger

focus on messaging to it. After Trump surprised the political pundits and pollsters by defeating his Democratic opponent Hillary Clinton, he named Bannon senior counselor and chief White House strategist. Bannon's appointment was cheered by Trump's extreme-right supporters but condemned by many on the left and by some establishment Republicans, who expressed fears of the influence of the far-right fringe entering the White House. In the second week of the Trump presidency, Bannon was elevated to regular membership on the "principals committee" of the National Security Council, an appointment that brought criticism from many corners not only because of his inclusion as a political strategist in security meetings but also because the head of the Joint Chiefs of Staff and the director of national intelligence were no longer included as regular members of the committee. Early in April Bannon was removed from the principals committee in a reorganization that also reinstated the head of the Joint Chiefs of Staff and the director of national intelligence as permanent members.

For the first half-year of the Trump presidency, Bannon's presence was among the most influential in the administration. He was widely seen as the driving force behind Trump's controversial decisions to remove the United States from the Paris Agreement on climate change and to impose a "travel ban" on immigration from several Muslim-majority countries. Bannon's relentless focus on economic nationalism, however, brought him into rivalry and conflict with other key advisers to the president as well as cabinet members, most notably senior adviser Jared Kushner (Trump's son-in-law) and national security adviser H.R. McMaster. Criticism of Bannon from outside the administration grew louder after Trump responded slowly to and then blamed "both sides" for the death of a counterprotester at a demonstration by white nationalists, white supremacists, and neo-Nazis on August 12, 2017, in Charlottesville, Virginia. Many observers saw Bannon's presence in the White House as contributing to the legitimization of far-right fringe groups like those that had rallied in Charlottesville.

Even before the events in Charlottesville unfolded, there had been rumours of Bannon's imminent departure from the administration. On August 16 *The American Prospect* published Bannon's remarks made in a phone conversation with the liberal publication's coeditor in which Bannon belittled other Trump advisers, dismissed white supremacist groups as "clowns," and undermined the president's recent bellicose warnings to North Korea in response to that country's aggressive pursuit of nuclear weapons. On August 18, 2017, press secretary Sarah Huckabee Sanders announced that "White House Chief of Staff John Kelly

and Steve Bannon have mutually agreed today would be Steve's last day," though it was widely thought that Bannon had been forced to resign.

Almost immediately, Bannon returned to the helm at *Breitbart*, determined to use his position outside of government to continue advancing the agenda of Trump, with whom he still talked. Bannon also made known his intention to oust establishment congressional Republicans (including Senate majority leader Mitch McConnell) by backing the candidacies of antiestablishment challengers in Republican primary contests. He jump-started this project by actively championing the candidacy of controversial former Alabama Supreme Court chief justice Roy Moore in the Republican primary election to choose a successor for the U.S. Senate seat representing Alabama that had been vacated by Jeff Sessions when he became U.S. attorney general.

Despite Trump's surprising support for the Republican establishment's candidate, onetime Alabama attorney general Luther Strange, Moore won the primary. During the general election campaign in December 2017, however, allegations surfaced that when Moore was in his 30s, he had not only romantically pursued a number of teenage girls but had also engaged in improper behaviour with some of them, including alleged sexual assault. Bannon prominently stood behind Moore, as did Trump, and both suffered significant political setbacks when Alabama voters rejected Moore and sent a Democrat (Doug Jones) to the Senate for the first time in more than two decades.

Far more damaging to Bannon's political fortunes were comments that he reportedly had made about Trump's adult children that were quoted in Michael Wolff's book *Fire and Fury: Inside the Trump White House*, in which White House insiders describe Trump as woefully ill-suited to serve as president. Most notably, Bannon reportedly characterized the meeting of Donald Trump, Jr., with Russians during the 2016 presidential campaign as "treasonous" and "unpatriotic." In early January 2018 the outraged president lashed out at Bannon (whom he began calling "Sloppy Steve"), saying that Bannon had nothing to do with his presidency and that when Bannon "was fired, he not only lost his job, he lost his mind." Bannon soon apologized for his remarks and called Trump a "great man," but his political capital began disappearing quickly. The writing was on the wall for Bannon when Rebekah Mercer— daughter of hedge fund billionaire Robert Mercer, the longtime financial patron of Bannon's political projects and part owner of *Breitbart*—distanced herself from Bannon's "recent

actions and statements." By January 9 Bannon had been compelled to relinquish his position at *Breitbart*, and he lost his Sirius XM radio show.

Bannon subsequently became involved with We Build the Wall, a nonprofit organization that solicited donations to construct a wall along the southern border of the United States. By August 2020 it had raised more than $25 million. However, that month he and three other men were arrested, accused of defrauding donors. In 2021, shortly before leaving office, Trump pardoned Bannon.

After Trump claimed baselessly and repeatedly that the 2020 presidential election had been stolen from him through voter fraud, Bannon became a key player in the efforts to overturn the results of the election, including the attempt to pressure Vice Pres. Mike Pence into delaying or blocking the certification of the election on January 6, 2022, at a joint session of Congress. Bannon's statement during a podcast on January 5, "All hell is going to break loose tomorrow," the day before the attack on the Capitol by Trump supporters, became only one of the reasons that he was subpoenaed to testify before the House's Select Committee to Investigate the January 6th Attack on the United States Capitol.

Bannon initially refused to testify or turn over documents to the committee, citing his status as a former presidential adviser and Trump's claims of executive privilege in the matter. However, the legitimacy of Bannon's assertion was disputed because, among other arguments, he had ceased to be a part of Trump's formal White House team years before the attack. In November 2021 Bannon's refusal to comply with the congressional subpoena resulted in the Justice Department's charging him with two counts of criminal contempt of Congress, offenses that promised a possible punishment of a $200,000 fine and two years of incarceration. On July 10, 2022, roughly a week before his scheduled trial, Bannon announced that Trump had released him to testify and informed the House committee that he was willing to appear before it. Less than two weeks later, however, Bannon was convicted on both of the contempt charges. On October 21 Bannon was sentenced to four months in prison and fined $6,500.

The Editors of Encyclopaedia BritannicaThis article was most recently revised and updated by Michael Ray.

Citation Information

Article Title: Steve Bannon

Website Name: Encyclopaedia Britannica

Publisher: Encyclopaedia Britannica, Inc.

Date Published: 09 December 2023

URL: https://www.britannica.comhttps://www.britannica.com/biography/Steve-Bannon

Access Date: December 09, 2023

**APP3057**

# Exhibit O-132



Attorney Bios   Victoria Toensing Op-Eds   Joseph diGenova Op-Eds   Legal



Lawyer Biographies

**APP3059**



Attorney Bios   Victoria Toensing Op-Eds   Joseph diGenova Op-Eds   Legal

## Joseph diGenova

Joseph E. diGenova, founding partner of the Washington, D.C. law firm of diGenova & Toensing, LLP represents individuals, corporations and other entities before the Federal courts, Congress, and U.S. cabinet departments and agencies on criminal, civil, administrative and investigative matters.  In December 1992, he was appointed Independent Counsel in the Clinton Passport File Search matter.  He was appointed Chairman of the Grievance Committee of the D.C. District Court in 1995 by the judges of that court.  In 1997, he was named Special Counsel by the U.S. House of Representatives to probe the International Brotherhood of Teamsters.  As a result of that assignment, he was appointed by the U.S. District Court, Southern District of New York, to sit on the Independent Review Board, which oversees the Teamsters pursuant to a 1989 Consent Decree.  He is on that Board with former FBI and CIA Director William Webster and former U.S. Attorney General Benjamin Civiletti.  In 2007, Mr. diGenova was retained by the New York State Senate to investigate then-Gov. Eliot Spitzer in the Troopergate matter.

His practice emphasizes representation to resolve disputes with various branches of the Federal government through negotiation, litigation, and/or legislation.  He does white collar criminal defense work for individuals (such as the former CEO of BCCI) and corporations, conducting internal investigations as well.  He represents individuals and organizations in Congressional investigations.

For four years, diGenova was United States Attorney, District of Columbia, which is the largest such office, having more than 400 attorneys.  He supervised complex Federal criminal and civil matters including international drug smuggling, public corruption, espionage, insider trading, tax fraud, extradition, fraud, RICO, export control and international terrorism.  Many of these prosecutions involved negotiations with foreign governments.  He conducted a wide-ranging probe of corruption in the D.C. government, which led to the conviction of two deputy mayors.  He led the prosecution of Israeli spy Jonathan Pollard.  He was the Principal Assistant U.S. Attorney during the prosecution of attempted Presidential assassin, John W. Hinckley.

DiGenova has extensive experience on Capitol Hill.  He was Chief Counsel and Staff Director of the Senate Rules Committee and Counsel to the Senate Judiciary, Governmental Affairs and

**APP3060**

Bios — DT



Attorney Bios   Victoria Toensing Op-Eds   Joseph diGenova Op-Eds   Legal

Mr. diGenova has published articles on criminal law, terrorism, and Congressional oversight and has spoken on those and other issues to various organizations throughout the United States.  As part of his advocacy approach, he has appeared on Court TV, Lehrer News Hour, Meet the Press, Face the Nation, Nightline, 60 Minutes, Crossfire, This Week With David Brinkley, John McLaughlin's One On One, Today Show, Good Morning America, and other national television programs.  He received his undergraduate degree from the University of Cincinnati and his law degree from Georgetown University.

## Victoria Toensing

Victoria Toensing, founding partner of the Washington D.C. law firm diGenova & Toensing, LLP, has extensive experience in all three branches of government solving problems for individuals, corporations, trade associations, and other organizations.  She is an internationally-known expert on white collar crime, terrorism, and national security and intelligence matters.

Toensing has successfully litigated both civil and criminal cases for three decades.  Since April 2013, Toensing has represented Gregory N. Hicks, former DCM in Libya and one of the Benghazi Whistleblowers.

Toensing represented "Jane Doe Thompson" in a successful lawsuit against the CIA. "Thompson," the first woman Chief of Station in Latin America, reported her male deputy for wife-beating and disciplined other subordinates for misconduct ranging from public drunkenness to threatening to kill security guards.  Thompson sued when she became the subject of an Inspector General investigation based on these subordinates' false claims.  In 1997, Toensing was named Special Counsel by the U.S. House of Representatives to probe the International Brotherhood of Teamsters.  In 2007, Toensing was retained by the New York State Senate to investigate then-Gov. Eliot Spitzer in the Troopergate matter.

**APP3061**



Pan Am 830, and the takeover of the cruise ship Achille Lauro.  For her aggressive pursuit of terrorist Mohammed Rashid she was featured on the cover of The New York Times Magazine (April 21, 1991).

Also in her Justice Department position, Toensing supervised the Defense Procurement Fraud Unit, savings and loan industry fraud, cases dealing with nuclear industry regulation, securities fraud, and fraud and bribery in the banking industry.  She testified frequently before Congressional Committees.

While Chief Counsel for Senator Barry Goldwater, Chairman of the U.S. Senate Select Committee on Intelligence (1981-1984), Toensing was instrumental in winning passage of two important bills:  (1) to protect the identities of intelligence agents, and (2) to protect certain classified information from disclosure under the Freedom of Information Act.

As Assistant U.S. Attorney in Detroit from 1976-1981, she developed the argument used before the Supreme Court to support profile searches at airports of suspected drug couriers.

Toensing is a frequent guest on national television programs discussing politics, criminal justice, national security, and terrorism, including C-Span, Fox News, 60 Minutes, Face the Nation, Good Morning America, 20/20, FOX, CNN, Lehrer News Hour, Today Show, NPR, and Nightline.  She was legal analyst for America's Talking for the O.J. Simpson trial, and has co-hosted CNBC's Equal Time and Rivera Live!  She was legal analyst for MSNBC for the impeachment and Senate trial of President Clinton.

Toensing received her B.S. from Indiana University and graduated Cum Laude from the University of Detroit Law School.

## Brady Toensing

**APP3062**



Attorney Bios   Victoria Toensing Op-Eds   Joseph diGenova Op-Eds   Legal

Prior to law school, he served as a Legislative and Special Assistant to United States Senator Warren B. Rudman.  He has been an attorney for more than twenty years and has represented companies, individuals and other entities in a wide range of complex civil and criminal matters, including administrative, judicial, and federal agency proceedings.

Most recently, he served as a Senior Counsel to the Assistant Attorney General for the Department of Justice's Office of Legal Policy.  In that role, Mr. Toensing helped lead and coordinate the Department's Section 230 reform efforts, including co-leading the Department's 2020 Section 230 Workshop, which framed the debate over this important law and led to the development of the Department of Justice's Section 230 legislative package.  He also assisted with the confirmation of Amy Coney Barrett as an associate justice of the United States Supreme Court, acting as a member of the Rapid Response Team.

His practice, with some samples, is summarized below.

**International**:  Mr. Toensing has handled Foreign Corrupt Practices Act (FCPA) cases involving countries all over the world, including representing one of the longest-serving, white-collar, undercover cooperators in FBI history.  He has represented clients in MLAT inquiries and in OFAC matters.  For more than ten years, he represented the former President of the Bank of Credit and Commerce International (BCCI) through liquidation and multiple lawsuits involving allegations of international money laundering and bank fraud.  He has also conducted overseas investigations and helped design international compliance programs.

**Congress**:  Mr. Toensing has represented clients in a number of Congressional investigations, including Clinton White House Pardon issues, Ruby Ridge/Waco, and during the Senate Permanent Subcommittee on Investigations inquiry into tax shelters.  He also helped to develop and implement a successful Legislative and Executive Branch strategy regarding healthcare issues for a major trade organization.

**Grand Jury Investigations**:  Mr. Toensing has represented clients in grand jury investigations involving numerous allegations, including FCPA, money-laundering, government procurement fraud, union fraud, healthcare fraud, witness tampering, campaign finance fraud, false statements, wire and mail fraud, and obstruction of justice.

**First Amendment and Political**:  Mr. Toensing litigated and won a landmark First Amendment case in the Vermont Supreme Court that expanded access to government records stored in private accounts under the state's open records law.  He was thrice elected Vice Chairman of the Vermont

**APP3063**



election-day counsel in Vermont for the Trump Campaign in 2016.

**Government Clients**:  Mr. Toensing represented the government of the District of Columbia and the Director of its prison system in Section 1983 cases in Superior and Federal Courts involving the deaths of two prisoners sent to a private prison.  He won dismissal of the Firm's client from the federal case based on qualified immunity and, in the appellate court, won a stay of proceedings in D.C. Superior Court.  (The case settled prior to the appellate hearing).

He represented an FBI Hostage Rescue Team member during all manner of inquiries concerning Ruby Ridge and Waco.  These included a federal grand jury investigation, state criminal proceedings, and Congressional investigations.

He represented a federal government employee in a whistleblowing case against the U.S. Department of State.  He has also represented CIA, FBI, and Secret Service employees in internal hearings and investigations, and a Member of Congress during the Campaign Finance Task Force inquiry.

**Discrimination Cases**:  Mr. Toensing has represented both plaintiffs and defendants in gender discrimination cases.  As plaintiff's counsel, he successfully fought a major United States company that was systematically discriminating against its female employees.

**False Claims Act Cases**:  Mr. Toensing has defended a Union, individuals, and companies against claims of violations of the Federal False Claims Act.

**Investigations and Compliance Programs**:  Mr. Toensing has conducted internal investigations and prepared reports and compliance programs for national and international corporations and labor unions.  In carrying out these tasks, he has coordinated the activities of other attorneys, former-FBI agents, and forensic auditors.

diGenova & Toensing, LLP

**APP3064**



Attorney Bios   Victoria Toensing Op-Eds   Joseph diGenova Op-Eds   Legal

Washington,  DC 20006

Phone (202) 289-7701

Facsimile (202) 289-7706

dt@diGenovaToensing.com

**APP3065**

# Exhibit O-133



## THOMAS FITTON
President, Board Member, Officer

Tom Fitton is the President of Judicial Watch, the public interest group that investigates and prosecutes government corruption. Founded in 1994, Judicial Watch seeks to ensure government and judicial officials act ethically and do not abuse the powers entrusted to them by the American public.With 20 years of experience in conservative public policy, Tom Fitton has helped lead Judicial Watch since 1998 and overseen its tremendous growth and success in recent years. Under Fitton's leadership, Judicial Watch was named one of Washington's top ten most effective government watchdog organizations by The Hill newspaper.

Mr. Fitton provides Judicial Watch with strategic guidance and leadership on Judicial Watch's comprehensive efforts to fight government corruption. He is a nationally recognized expert on government corruption, immigration enforcement, congressional and judicial ethics, and open government.

A former talk radio and television host and analyst, Tom is well known across the country as a national spokesperson for the conservative cause. He has been quoted in TIME, Vanity Fair, The Washington Post, The New York Times, The Associated Press, The Los Angeles Times, The New York Post, and most every other major newspaper in the country. He has also appeared on ABC, CBS, NBC, CNN, FOX News Channel, C-SPAN and MSNBC.

Mr. Fitton has authored numerous articles such as "Judicial Activism Hurts our Courts," "What Bill Clinton Knew About bin Laden," "Following Terrorism's Money Trail," "Senate Abandons Judicial Nominees," "Every Town is a Border

Town," "Obama's Records Problem" and "Jesse Jackson Exposed." Judicial Watch also publishes the monthly 375,000+ circulation Verdict newsletter and runs the cutting-edge Internet site JudicialWatch.org, which includes the oft-cited Corruption Chronicles blog. Mr. Fitton gained national attention as a political analyst, previously working for America's Voice and National Empowerment Television. He is a former employee of the International Policy Forum, the Leadership Institute, and Accuracy in Media.Mr. Fitton holds a B.A. in English from George Washington University.

# Exhibit O-134

## Contact

www.linkedin.com/in/phil-waldron-3101821b (LinkedIn)

## Top Skills

DoD
Military Operations
National Security

## Certifications

Airline Transport Pilot
Commercial Helicopter Pilot

# Phil Waldron

Founder, Forklift Driver & Floor Sweeper at One Shot Spirits - Distillery and Brewery
Dripping Springs, Texas, United States

## Summary

Experienced Chief Executive Officer with a demonstrated history of working in the professional training & coaching industry. Skilled in Intelligence Analysis, U.S. Department of Defense, Military Aviation, Weapons Handling, and Strategic Planning. Strong entrepreneurship professional graduated from Jack Welch Management Institute.

_____

## Experience

**One Shot Spirits - Distillery and Brewery**
Founder, Forklift Driver & Floor Sweeper
September 2018 - Present (5 years 4 months)
31610 Ranch Ranch Road 12, Dripping Springs, TX 78620

A Service Disabled Veteran Owned

Distillery & Brewery in Dripping Springs, Texas dedicated to supporting Veteran and First Responder Organizations.

**One Warrior Any Weapon**
Founder and CEO
July 2007 - Present (16 years 6 months)
Dripping Springs, Texas

Combative and Defensive Training

**Pfizer**
22 years 5 months

Retired - Federal Account Director
August 2018 - April 2019 (9 months)
United States

Responsible for Biosimilar Portfolio Market Access for Medicare Administrative Contractors, VA, and DoD

BioSimilar Account Manager
November 2016 - July 2018 (1 year 9 months)
United States

**APP3070**

IDN and GPO Contracting and Market Access

Manager
December 1996 - November 2016 (20 years)

US Army
Colonel Ret.
May 1986 - May 2017 (31 years 1 month)

———

## Education

Jack Welch Management Institute

Master of Business Administration - MBA  · (2014)

Texas A&M University

Bachelor of Science - BS, Biomedical Science · (1982 - 1986)

**APP3071**

# Exhibit O-135

(/)

HOME (/)   ABOUT (/ABOUT)   COMMITTEE ACTIVITY (/COMMITTEE_ACTIVITY)

(http://twitter.com/J

(http://www.faceboo

(http://www.youtube

MEDIA CENTER (/NEWS)   WATCH LIVE (/NEWS/WATCH-LIVE)

REPORT (HTTPS://WWW.GOVINFO.GOV/CONTENT/PKG/GPO-J6-REPORT/PDF/GPO-J6-
REPORT.PDF)

🔍 (/search)

# SELECT COMMITTEE SUBPOENAS JAMES P. "PHIL" WALDRON

Dec 16, 2021

**Washington**—Chairman Bennie G. Thompson (D-MS) today announced that the Select Committee has issued a subpoena to James P. "Phil" Waldron for records and testimony. Mr. Waldron appears to have been involved with efforts to promote claims about fraud in the 2020 election.

**"Mr. Waldron reportedly played a role in promoting claims of election fraud and circulating potential strategies for challenging results of the 2020 election. He was also apparently in communication**

Case 1:21-cv-02900-CJN   Document 136-20   Filed 12/09/23   Page 144 of 218

12/9/23, 1:06 PM                Select Committee Subpoenas James P. "Phil" Waldron | Select Committee to Investigate the January 6th Attack on the United Stat…

**with officials in the Trump White House and in Congress discussing his theories in the weeks leading up to the January 6th attack. The document he reportedly provided to Administration officials and Members of Congress is an alarming blueprint for overturning a nationwide election. The Select Committee needs to hear from him about all these activities. We expect him to comply with the law and provide records and testimony as the Select Committee continues its work to get answers for the American people about January 6th, make legislative recommendations to strengthen our democracy, and help ensure nothing like that day ever happens again,"** said Chairman Thompson.

Mr. Waldron reportedly claimed to have visited the White House on multiple occasions after the election, spoken to Mark Meadows "maybe 8 to 10 times," and briefed several members of Congress on election fraud theories. He also publicly acknowledged contributing to the creation of a PowerPoint presentation that was given to, or described for, Republican Members of Congress on the eve of January 6th. According to reporting, he also participated in meetings at the Willard Hotel in early January 2021.

The letter to Mr. Waldron can be found here (/sites/democrats.january6th.house.gov/files/Longworth%201016_20211216_163925.pdf).

# # #

(https://www.facebook.com/sharer/sharer.php?u=https://january6th.house.gov/news/press-releases/select-committee-subpoenas-james-p-phil-waldron)

(https://twitter.com/intent/tweet?&url=https://january6th.house.gov/news/press-releases/select-committee-subpoenas-james-p-phil-waldron&text=Select Committee Subpoenas

Case 1:21-cv-02900-CJN   Document 136-20   Filed 12/09/23   Page 145 of 218

12/9/23, 1:06 PM                Select Committee Subpoenas James P. "Phil" Waldron | Select Committee to Investigate the January 6th Attack on the United Stat…

James P. "Phil" Waldron) ✉ (mailto:?
subject=Select Committee Subpoenas James P. "Phil"
Waldron&body=https://january6th.house.gov/news/press-
releases/select-committee-subpoenas-james-p-
phil-waldron)

HOME (/) ABOUT (/ABOUT) COMMITTEE ACTIVITY (/COMMITTEE_ACTIVITY)

MEDIA CENTER (/NEWS) WATCH LIVE (/WATCH-LIVE)

(HTTPS://WWW.GOVINFO.GOV/CONTENT/PKG/GPO-J6-REPORT/PDF/GPO-J6-
REPORT.PDF)

🐦
(http://twitter.com/J

f
(http://www.faceboo

▶ (http://www.youtube

🔍 (/search)

**APP3075**

# Exhibit O-136



Home » Media Center » Press Releases

# PRESS RELEASE

## SELECT COMMITTEE SUBPOENAS JAMES P. "PHIL" WALDRON

Dec 16, 2021

**Washington**—Chairman Bennie G. Thompson (D-MS) today announced that the Select Committee has issued a subpoena to James P. "Phil" Waldron for records and testimony. Mr. Waldron appears to have been involved with efforts to promote claims about fraud in the 2020 election.

"Mr. Waldron reportedly played a role in promoting claims of election fraud and circulating strategies for challenging results of the 2020 election. He was also apparently in communication with officials in the Trump White House and in Congress discussing his theories in the weeks leading up to the January 6th attack. The document he reportedly provided to Administration officials and Members of Congress is an alarming blueprint for overturning a nationwide election. The Select Committee needs to hear from him about all these activities. We expect him to comply with the law and provide records and testimony as the Select Committee continues its work to get answers for the American people about January 6th, make legislative recommendations to strengthen our democracy, and help ensure nothing like that day ever happens again," said Chairman Thompson.

Mr. Waldron reportedly claimed to have visited the White House on multiple occasions after the election, spoken to Mark Meadows "maybe 8 to 10 times," and briefed several members of Congress on election fraud theories. He also publicly acknowledged contributing to the creation of a PowerPoint presentation that was given to, or described for, Republican Members of Congress on the eve of January 6th. According to reporting, he also participated in meetings at the Willard Hotel in early January 2021.

The letter to Mr. Waldron can be found here.

# # #

## MEDIA CENTER

Press Releases

Select Committee Witness Materials

Copyright    Privacy    House.gov    Accessibility

  

# Exhibit O-137

## Contact

www.linkedin.com/in/russell-ramsland-051b8547 (LinkedIn)

## Top Skills

Strategic Planning

Research

Microsoft Office

# Russell Ramsland

--

Dallas, Texas, United States

## Education

Harvard School of Business

Master of Business Administration (MBA) · (1977 - 1979)

Duke University

Bachelor of Arts (B.A.), Political Science and Government · (1971 - 1975)

**APP3079**

# Exhibit O-138

-->



**(INDEX.PHP)**

# 2 0 2 0   S P E A K E R S



▸ **AL ZAPANTA**

▸ **BETTINA SOFIA VIVIANO**

▸ **ELENA BLAKE**

▸ **HUFFINES LIBERTY FOUNDATION (HTTPS://HUFFINESLIBERTY.COM/)**

▸ **KATHERINE NOVIKOV**

▸ **KIM ANDRES**

▸ **LIZ PATTON (HTTP://WWW.LIZPATTONDFWHOMES.COM/)**

**July 13, 2020**

**APP3081**



## RUSSELL JAMES RAMSLAND, JR.

**TOPIC:**
**"Election Fraud: What You Don't Know, Will Defeat You"**

Russ is an international business entrepreneur from West Texas whose ventures have taken him all over the U.S., the Middle East, the South Pacific, Japan and Europe for projects involving oil & gas exploration, advanced communications, advanced semi-conductor materials, finance, medical devices and commercial real estate. Mr. Ramsland co-founded the popular Texas Embassy Cantina near the former Republic of Texas Legation building in London, England where it operated for 18 years.

APP3082

He has unique government experience from serving on Capitol Hill for Chairman George Mahon to working with the Reagan White House, NASA and MIT to develop new semi-conductor materials on the U.S. Space Shuttle for SDI. The results supported United States' efforts to attain and maintain over-match in both space exploration and defense.

He is a charter member of the Parks Cities Presbyterian Church and sometimes attends Watermark. He is also the founder of the Parks Cities/Preston Hollow Leadership Forum, now known as the American Liberty Forum. It champions community discussions on security and government concerns, the critical role of Christianity to this nation, and generally raising the awareness of citizens while teaching them how to get involved with local, state, and federal political issues. He was a candidate in the 2015 Republican Party Primary for the 32nd U.S. Congressional District and now does a series of educational lectures at various schools as well as religious, civic and political organizations.

In his professional life, he is a founding member of Allied Special Operations Group in Dallas, Texas, a company that is best described as a true private intelligence and security agency serving both private and government concerns with worldwide capabilities that very few government entities can match. He also serves on three corporate boards.

He lives in Dallas with his wife Kathy and two daughters, Alexandra and Katie. He is a graduate of Duke University with a Bachelor of Arts degree in Political Science and holds an MBA from the Harvard Business School.

Copyright © 2022 Irving Republican Women. All Rights Reserved. Political Advertisement Paid for by the Irving Republican Women PAC. Contributions are not federal tax deductible as charitable contributions. Corporate Contributions are not permitted.
-->

**APP3083**

# Exhibit O-139

# THOMAS G. MCINERNEY



In January 2000, Lieutenant General Thomas McInerney, USAF (Ret.), established his own consulting firm, GRTT (Government Reform Through Technology) and is now the Chairman of YottaStor LLC. In addition, he is a consultant and a Fox News Military Analyst.

From March 1996, to December 1999, he was Chief Executive Officer and President of Business Executives for National Security (BENS), a national, nonpartisan organization of business and professional leaders, with headquarters in Washington, DC. BENS works to engage the business community in securing America's future with a more efficient defense establishment. In February 2000, General McInerney received a Laurel from *Aviation Week and Space Technology* magazine for his efforts on behalf of military reform as President of BENS. He has also made numerous appearances on National Television discussing Defense Reform and global military crises such as Kosovo, EP 3 incident in China and now the War on Terrorism where he is a senior Fox News Military Analyst.

Prior to joining BENS, General McInerney was Vice President of Command and Control for Loral Defense Systems-Eagan. He joined Loral (then Unisys Electronic Systems Division) in 1994 following 35 years as a pilot, commander, and Joint Force Commander in the United States Air Force.

General McInerney retired from military service as Assistant Vice Chief of Staff of the Air Force and as Director of the Defense Performance Review (DPR), reporting to the Secretary of Defense. In that capacity, he led the Pentagon's "reinventing government" effort, visiting more than 100 leading-edge commercial companies to assimilate their ideas about business re-engineering. The DPR was part of Vice President Gore's National Performance Review on Reinventing Government, which focused on making the government perform better at less cost -- a fundamental BENS objective.

After his commissioning as a second lieutenant in 1959, and completion of pilot training in 1960, General McInerney served in numerous key Air Force assignments and had extensive military command and overseas experience. A command pilot with more than 4,500 flying hours, he completed four tours of duty in Vietnam, flight reconnaissance missions during the Cuban missile crisis and air escort missions in the Berlin Corridor.

General McInerney earned a bachelor of science degree from the US Military Academy in 1959 and a master's degree in international relations from George Washington University in 1972. He completed Armed Forces Staff College in 1970 and the National War College in 1973.

In 2011 General McInerney helped form YottaStor a Cloud Computing LLC with emphasis on Large Object Data Storage especially for Intelligence, Surveillance and Reconnaissance (ISR) platforms as well as Space Imagery, Cyber Warfare, Medical Imaging and Disaster Recovery and Continuity of Operations Planning (DR/COP).

In addition General McInerney is currently a senior military analyst for Fox News and does numerous radio shows as well as writing articles for the Wall Street Journal, Washington Times, Washington Post, International Herald Tribune, and Human Events.

General McInerney is a member of the Board of Directors of Cobham Defense Systems Inc., Chemring NA Inc., SIMCOM Inc. (Flight Simulators) and Mellanox Federal Systems LLC.

# Exhibit O-140

LOG IN        **DO I QUALIFY?**

## About                                                                    ✕

### Clay Clark

Founder of Thrive15 /U.S. Small Business Administration Entrepreneur of the Year

Clay is the founder of Thrive15 and business coach radio show Thrivetimeshow.com and the constant wallet-losing former "U.S. SBA Entrepreneur of the Year" who has been described by the folks at Yahoo as the "Jim Carey of Entrepreneurship." He was "Metro Chamber of Commerce Entrepreneur of the Year" at the age of 20 and the "U.S. Chamber National Blue Ribbon Quality Award Winner" at the age of 27. As the result of his tireless tenacity and honey badger work ethic, he's been able to found and co-found several successful companies including: DJ Connection, Elephant in the Room Men's Grooming Lounge, Thrive15.com, etc. while finding the time to co-produce five children. Over the years he's been a business growth consultant, educator, and entertainer of choice for countless clients including: Hewlett Packard, Farmers Insurance, Maytag University, Valspar Paint, O'Reilly's Auto Parts, neurologists, roofers, bankers, staffing companies, apartment associations, athletic training facilities, auto care companies, bakeries, basketball coaching facilities, bridal apparel companies, business coaching companies, college alumni directors, college recruitment centers, call centers, commercial photography companies, commercial real estate firms, corporate entertainers, cosmetic surgeons, cupcake businesses, custom remodelers, dentists, dermatologists, online-educators, post-secondary educators, franchise developers, family medicine practices, franchise sales divisions, graphic designers, group fitness trainers, home security companies, hospitality and hotel management companies, Internet marketing companies, jewelers, legal services, lenders / mortgage providers, lawyers, leadership trainers, limousine rental companies, medical staffing companies, ministries, motivational speakers, non-profits, oil and gas companies, online sales companies, orthodontists, party rental companies, personal computing comp

Published content      Company details

**APP3088**

# Published content

## About

### Clay Clark

Founder of Thrive15 /U.S. Small Business Administration Entrepreneur of the Year

Clay is the founder of Thrive15 and business coach radio show Thrivetimeshow.com and the constant wallet-losing former "U.S. SBA Entrepreneur of the Year" who has been described by the folks at Yahoo as the "Jim Carey of Entrepreneurship." He was "Metro Chamber of Commerce Entrepreneur of the Year" at the age of 20 and the "U.S. Chamber National Blue Ribbon Quality Award Winner" at the age of 27. As the result of his tireless tenacity and honey badger work ethic, he's been able to found and co-found several successful companies including: DJ Connection, Elephant in the Room Men's Grooming Lounge, Thrive15.com, etc. while finding the time to co-produce five children. Over the years he's been a business growth consultant, educator, and entertainer of choice for countless clients including: Hewlett Packard, Farmers Insurance, Maytag University, Valspar Paint, O'Reilly's Auto Parts, neurologists, roofers, bankers, staffing companies, apartment associations, athletic training facilities, auto care companies, bakeries, basketball coaching facilities, bridal apparel companies, business coaching companies, college alumni directors, college recruitment centers, call centers, commercial photography companies, commercial real estate firms, corporate entertainers, cosmetic surgeons, cupcake businesses, custom remodelers, dentists, dermatologists, online-educators, post-secondary educators, franchise developers, family medicine practices, franchise sales divisions, graphic designers, group fitness trainers, home security companies, hospitality and hotel management companies, Internet marketing companies, jewelers, legal services, lenders / mortgage providers, lawyers, leadership trainers, limousine rental companies, medical staffing companies, ministries, motivational speakers, non-profits, oil and gas companies, online sales companies, orthodontists, party rental companies, personal computing comp

READ ARTICLE

ARTICLE

## About

### Clay Clark

Founder of Thrive15 /U.S. Small Business Administration Entrepreneur of the Year
Clay is the founder of Thrive15 and business coach radio show Thrivetimeshow.com and the constant wallet-losing former "U.S. SBA Entrepreneur of the Year" who has been described by the folks at Yahoo as the "Jim Carey of Entrepreneurship." He was "Metro Chamber of Commerce Entrepreneur of the Year" at the age of 20 and the "U.S. Chamber National Blue Ribbon Quality Award Winner" at the age of 27. As the result of his tireless tenacity and honey badger work ethic, he's been able to found and co-found several successful companies including: DJ Connection, Elephant in the Room Men's Grooming Lounge, Thrive15.com, etc. while finding the time to co-produce five children. Over the years he's been a business growth consultant, educator, and entertainer of choice for countless clients including: Hewlett Packard, Farmers Insurance, Maytag University, Valspar Paint, O'Reilly's Auto Parts, neurologists, roofers, bankers, staffing companies, apartment associations, athletic training facilities, auto care companies, bakeries, basketball coaching facilities, bridal apparel companies, business coaching companies, college alumni directors, college recruitment centers, call centers, commercial photography companies, commercial real estate firms, corporate entertainers, cosmetic surgeons, cupcake businesses, custom remodelers, dentists, dermatologists, online-educators, post-secondary educators, franchise developers, family medicine practices, franchise sales divisions, graphic designers, group fitness trainers, home security companies, hospitality and hotel management companies, Internet marketing companies, jewelers, legal services, lenders / mortgage providers, lawyers, leadership trainers, limousine rental companies, medical staffing companies, ministries, motivational speakers, non-profits, oil and gas companies, online sales companies, orthodontists, party rental companies, personal computing comp

APP3090

Thrive15 is an online, subscription-based education service and community for entrepreneurs and business owners. Professionals looking to grow their business—or open a new one—use Thrive15 to learn the fundamental building blocks of business development and prosperity. Using interactive

## About

### Clay Clark

Founder of Thrive15 /U.S. Small Business Administration Entrepreneur of the Year
Clay is the founder of Thrive15 and business coach radio show Thrivetimeshow.com and the constant wallet-losing former "U.S. SBA Entrepreneur of the Year" who has been described by the folks at Yahoo as the "Jim Carey of Entrepreneurship." He was "Metro Chamber of Commerce Entrepreneur of the Year" at the age of 20 and the "U.S. Chamber National Blue Ribbon Quality Award Winner" at the age of 27. As the result of his tireless tenacity and honey badger work ethic, he's been able to found and co-found several successful companies including: DJ Connection, Elephant in the Room Men's Grooming Lounge, Thrive15.com, etc. while finding the time to co-produce five children. Over the years he's been a business growth consultant, educator, and entertainer of choice for countless clients including: Hewlett Packard, Farmers Insurance, Maytag University, Valspar Paint, O'Reilly's Auto Parts, neurologists, roofers, bankers, staffing companies, apartment associations, athletic training facilities, auto care companies, bakeries, basketball coaching facilities, bridal apparel companies, business coaching companies, college alumni directors, college recruitment centers, call centers, commercial photography companies, commercial real estate firms, corporate entertainers, cosmetic surgeons, cupcake businesses, custom remodelers, dentists, dermatologists, online-educators, post-secondary educators, franchise developers, family medicine practices, franchise sales divisions, graphic designers, group fitness trainers, home security companies, hospitality and hotel management companies, Internet marketing companies, jewelers, legal services, lenders / mortgage providers, lawyers, leadership trainers, limousine rental companies, medical staffing companies, ministries, motivational speakers, non-profits, oil and gas companies, online sales companies, orthodontists, party rental companies, personal computing comp

**APP3091**

# Exhibit O-141

## Contact

michaeldjohns@gmail.com

www.linkedin.com/in/michaeljohns
(LinkedIn)

## Top Skills

Executive Management

Growth Management

Sales Management

## Certifications

Home Care (Medical Device)
Accreditation

## Honors-Awards

Iron Arrow Honor Society

Dean's List

Kiwanis Clubs of America Service
Award

Sun Oil Company's Century III
Leadership Award

Top 15 Conservatives to Follow on
Twitter

# Michael Johns

Growth-oriented healthcare executive with direct P&L responsibility
for $30M+ division and 200 FTEs. National public policy expert,
analyst, and commentator. U.S. phone and text: (609) 670-8142
Philadelphia, Pennsylvania, United States

## Summary

Michael Johns is a growth-oriented executive, consultant and
globally-recognized thought leader on the business, technology,
and public policy trends transforming 21st century economies and
governments worldwide.

Michael provides management, sales, marketing, and public,
government and investor relations counsel to dozens of ICOs
and blockchain, cryptocurrency, and fast-growing companies and
startups in the finance, technology, healthcare, and other industry
sectors globally.

He has over two decades of experience in Fortune 1000 executive
management capacities and in managing divisional lines of business.
As divisional president of a global medical device company, Michael
grew divisional revenue from $3.8 million to $30 million in three
years and managed a division with over 200 internal and external
employees.

Michael also has executive-level and management experience at
three Fortune 1000 corporations. He was a member of the executive
management team of Gentiva Health Services (NASDAQ: GTIV),
the nation's largest home health and specialty pharmaceutical
company, where he managed global marketing, communications,
and investor relations functions for the company. He also managed
the marketing and clinical sales functions for the medical supply
division of McKesson (NYSE: MCK), the world's largest healthcare
corporation, and corporate communications functions for Eli Lilly and
Company (NYSE: LLY).

In 2009, he was one of several founders of the U.S. Tea Party
movement, the largest and most influential grassroots political
movement in American history. He also has served previously as a

**APP3093**

White House speechwriter to the President of the United States, as a senior aide to a U.S. Senator and Governor, and as a foreign policy analyst at one of the world's most influential public policy research institutes.

Michael holds a Bachelors in Business Administration from the University of Miami, where he majored in economics and graduated with honors. He also studied abroad at Gonville & Caius College, Cambridge University in the United Kingdom.

Contact Michael by U.S. phone or text at: (609) 670-8142

––––––

## Experience

Michael Johns
Management, Sales, Marketing and Public Relations Consultant
2013 - Present (10 years)
United States

**Globally-recognized management, marketing, public and investor relations consultant and strategist for ICOs, cryptocurrencies, blockchain, financial technology, medical, healthcare, data information, and other fast-growing, dynamic companies and startups globally.

**Develop and implement innovative business organization, sales, marketing, and public and investor relations strategies for existing and pre-launch companies and organizations that successfully grow top line sales, brand identity, and market share and attract equity investors and diverse capital inflow.

**Leading global expert in managing public and investor relations strategies for ICOs and the cryptocurrency and blockchain industries with substantial success in launching, growing, and drawing investors to this fast-growing and globally transformative industry sector. Board member and advisor to numerous ICOs, blockchain, financial technology, data management, healthcare, medical innovation, and other companies globally.

**Author cutting-edge, well written, and compelling ICO investor white papers that  distinguish ICOs and attract seven and eight figure investments.

**APP3094**

**Develop and manage sophisticated, wide-ranging, and successful media relations campaigns for ICOs, crowdfunded startups, and companies with mainstream, financial, and sector-based broadcast, podcast, print, and online media.

**Globally-recognized expert and thought leader on international  business, economic, trade, and public policy trends for leading broadcast news networks globally, including BBC, France 24, China Global Television Network (CGTN), CBS News, Fox News, Fox Business News, CNBC, and many others. Published regularly in major global media outlets, including The Wall Street Journal, The Christian Science Monitor, Seeking Alpha, National Review, and others.

U.S. National Tea Party Movement
National Co-Founder, Leader, and Spokesperson
February 2009 - Present (14 years 11 months)
United States

**Co-founder and national leader of the U.S. Tea Party movement, the largest and most influential grassroots political movement in American history (founded February 2009).

**One of nation's leading Tea Party spokespersons and public policy experts. Regular public policy and political expert commentator for Fox News, Fox Business News, CNBC, BBC, France 24, China Global Television Network, and many other leading global broadcast media outlets. Contributing writer for multiple global print and online media outlets, including The Wall Street Journal, The Christian Science Monitor, National Review, and others.

**Work closely with federal, state, and local government officials, including the Trump administration, Congress, and state and local governments to articulate and advance the Tea Party policy agenda, recruit, support, and elect Tea Party-aligned candidates at all levels of government nationally. Develop and pass or repeal federal, state, and local government statutes and regulations nationally consistent with Tea Party policy objectives.

**Manage vast national organizational development, strategic public policy and communication strategies, national development and fundraising initiatives, strategic political and bipartidan alliances, and grassroots advocacy to advance the Tea Party movement's national political and public policy agenda.

**APP3095**

**Named by About.com as "One of Twenty Conservatives to Follow on Twitter" and by National Journal as "One of Ten Republicans to Follow on Twitter."

BizTV
Analyst and Commentator
April 2020 - June 2021 (1 year 3 months)
Arlington, Texas, United States

**Weekly on-air contributor on timely business, global trade, economics, political, and public policy topics on global television network available in 38 million homes.

BC Technical, Inc.
Director, Sales and Marketing
2011 - 2013 (2 years)
Jeffersonville, Indiana

**Recruited to manage all sales and marketing functions at one of world's leading refurbished diagnostic imaging companies. Served as member of company's senior management team responsible for company-wide business strategies, sales, operations, and personnel management.

**Developed and implemented global sales and marketing strategies for high-end medical capital equipment and parts, including product-specific launches and sales growth plans for CT and MRI diagnostic systems, service contracts, and replacement parts, leading to corporate sales exceeding $25 million annually.

**Developed international supply and market partnerships and sales and purchase supply chains throughout African, Asian, European, Caribbean, and Latin American markets.

**Launched from scratch and managed the company's first inside sales force, permitting company to thoroughly prospect diagnostic imaging needs of hospitals, rehabilitation, and diagnostic imaging facilities globally.

**Managed company's external sales, marketing and customer service departments, establishing, measuring, and managing departmental sales, operations, and efficiency goals and aligning personnel with these objectives.

**Identified and launched new product offerings, including new CT, MRI, ultrasound, and other diagnostic system and parts offerings.

**APP3096**

\*\*Successfully overhauled company's global sales and operational processes for imaging systems, service, and parts, restructuring in profitable but more customer-friendly ways its pricing, terms, and repair and customer service support.

\*\*Developed, implemented and oversaw company's global marketing functions, vastly improving its advertising, online media, corporate website, public and external relations, and trade show presence.

\*\*Represented and advocated company and industry association's vital regulatory and public policy positions before the World Health Organization and U.S., European Union, ASEAN, and other regulatory governing bodies globally.

Electric Mobility
Executive Management Consultant
August 2007 - 2011 (4 years)
Sewell, New Jersey

\*\*Recruited to return to $100 million global medical device corporation as senior in-house management, sales and marketing consultant charged with managing urgent company-wide turnaround initiatives, including sales and operational processes, capital generation, free cash flow, Medicare, Medicaid, and private insurance receivables management exceeding $20 million, and expansion of multiple company-wide divisional sales in $100 million company.

\*\*Twice promoted: Director to Vice President (2004) and Vice President to Executive Management Consultant (2007).

McKesson
Director, Marketing and National Clinician Relations
May 2006 - August 2007 (1 year 4 months)
San Francisco, California, United States

\*\*Recruited to develop vast marketing, customer service, and clinician communications functions for Medical-Surgical division of $190 billion Fortune 100  corporation, the world's largest health care provider.

\*\*Developed and implemented company's existing "patient for life" business model under which patient retention is enhanced and patients are offered full-service home-based medical supplies and support based on anticipated

**APP3097**

chronic disease needs and identified by expanded patient and physician communication processes.

**Initiated and developed company's first-ever financial, operational and performance metrics for company's Customer Service, Insurance Verifications, and EZ-Refill units. Developed detailed and ongoing market research reporting used in the assessment of acquiisition opportunities.

**Direct or indirect managerial responsibility for approximately 150 personnel in multiple operational and business development functions. Managed employee compensation and performance metrics.

**Developed and managed first-ever program to enhance and measure overall patient satisfaction and retention.

**Evaluated and revised company's existing operational policies to ensure and enhance compliance with complex Medicare, Medicaid, and private insurance provider regulations. Developed and led division-wide team to transition to competitive bidding business model for Medicare business.

**Developed company work groups to address specific company challenges and enhance overall team-oriented approaches to cross-functional operational, efficiency, employee retention and engagement, and business development challenges.

**Launched company's first direct to physician and clinician sales and marketing initiative and managed private insurance contract development function.

**Developed and managed new medical device, medical supply, and other product offerings. Launched division's first-ever referral program to reward manufacturer and other corporate partner referrals.

Electric Mobility
Divisional Head and Corporate Vice President
March 2003 - May 2006 (3 years 3 months)
Sewell, New Jersey
**Recruited to manage insurance assignment division of $100 million global medical device corporation.

**APP3098**

**Grew total divisional sales from $3.8 million to $30 million while enhancing divisional profit to 30 percent contribution margin and diminishing days sales outstanding (DSO) from 100 to a record 78 days.

**Recruited, trained, and managed from scratch a national sales force in all 50 states and Puerto Rico responsible for marketing to medical professional and facility referral sources. Developed performance metrics, training program, and national territory plan for sales force. Generated $1 million in medical referrals in plnew program's first year.  Grew size of national sales force from zero to 90 in one year.

**Launched multiple successful new business lines, including managed care contracting unit responsible for contracting with private insurance, Medicare, Medicaid, private insurance, and worker's compensation payers. Managed negotiation of contracts, including pricing, terms, and renewal terms. Launched home health, assisted living, and disease advocacy sales and marketing program. Generated 150 managed care and 27 state Medicaid contracts, leading to $3 million in new annual revenue.

**Created comprehensive sales and operations business plan to grow national market share, leverage competitive strengths and address identifiable weaknesses, and pursue strategically-selected organic and acquisition growth opportunities in company's $2 billion industry.

**Launched 50-person outbound call center to identify and cultivate patient and clinician referrals and manage patient and clinician processes, complaints, questions, and inquiries, which quantitatively improved overall clinician and patient satisfaction according to quarterly satisfaction surveys.

**Appointed as member of company's senior management team responsible for company-wide management, strategies, and annual budgeting.

**Once promoted, from Director to Vice President (2004).

Gentiva
Vice President, Marketing, Communications and Investor Relations
March 2000 - March 2003 (3 years 1 month)
Melville, New York
**Recruited to manage corporate marketing, external and internal communications, and investor relations functions for $1.5 billion, NASDAQ-

**APP3099**

traded Fortune 1000 global home health care and specialty pharmaceutical company, the largest in its industry. Served as member of company's executive management team reporting directly to company's CEO.

**Developed and implemented global marketing strategies for home health service and product offerings, including infusion and injectable speciality pharmaceutical therapies and nursing, assisted living, and therapeutic-specific clinical services to treat tens of thousands of patients in U.S. and Canada.

**Managed investor relations function for NASDAQ-traded public corporation, including quarterly and annual earnings releases, material news releases, and interaction with existing and prospective financial institutions covering or holding equity pisitions in company.

**Actively participated in company's executive team tesponsible for assessing and pursuing acquisition opportunities in multi-billion dollar home health industry. Helped orchestrate 2002 spin-off of company's specialty pharmaceutical division in $415 million cash and stock sale, one of largest home health transactions in industry's history.

**Developed award-winning advertising and marketing campaigns to enhance brand recognition among clinical and insurance referral sources, acute and sub-acute discharge planners, and other referral sources.

**Managed branch-level marketing communications and community engagement initiatives for 400 corporate branch locations nationally to enhance market share and brand in regional marketplaces.

**Led national marketing and communications for company's first home-based neurorehabilitation program for traumatic brain injury (TBI), Alzheimers, advanced dementia, spinal cord injury, and post-stroke neurological impairment patients.

**Once promoted, from Assistant Vice President to Vice President (2001).

S. R. WOJDAK & ASSOCIATES, LP
Director, Health Care Practice
August 1997 - March 2000 (2 years 8 months)
Philadelphia, Pennsylvania

**APP3100**

**Recruited to co-manage health care consulting practice for Pennsylvania's largest and most influential health care and government relations consulting firm.

**Represented numerous national and regional health care providers, including hospitals (Albert Einstein Healthcare Network, Children's Hospital of Philadelphia, Eagleville Hospital, Magee Rehabilitation Hospital, Mercy Health System, North Philadelphia Health System, Temple University Hospital, Tenet Health System, University of Pennsylvania Health System, others), rehabilitation and long-term care facilities (Good Shepherd Hospital, Magee Rehabilitation Hospital, others), health care associations (Pennsylvania Association of Rehabilitation Facilities, Pennsylvania Breast Cancer Coalition, others), and biotechnology and pharmaceutical companies (Eli Lilly and Company, Serono Laboratories, others).

**Developed and implement strategic partnership, referral, and government and community funding strategies for health care clients.

**Secured tens of millions of dollars in federal, Pennsylvania state, foundation, and strategic partnership funding.

**Managed new client business development initiatives, including prospecting, developing, and presenting engagement proposals, leading to development of over $1 million in new firm business.

**Once promoted, from Director to Senior Associate (1999).

United States Senate
Senior Aide to U.S. Senator Olympia J. Snowe
December 1996 - August 1997 (9 months)
Washington, D.C

**Recruited to serve as senior public policy and communications strategist and aide for senior United States Senator from Maine highly involved in national public health, budgeting, small business, and national security legislation and policies and known for her bipartisan consensus building skills.

**Interacted with leadership offices ofU.S. Senate to coordinate office's legislative, policy, and communications initiatives and U.S. Senate floor debate and voting strategies on all legislation and public policy issues confronting nation.

**APP3101**

**Staffed and supported Senator's work on multiple U.S. Senate Committees, including Senate Armed Services Committee, Senate Budget Committee, Senate Commerce, Science and Transportation Committee, and Senate Small Business Committee.

**Helped lead and draft several U.S. Senate floor bills and amendments, including ones to defend the cancer screening policies recommended by the National Cancer Institute (NCI), expanding governmental funding in key areas of national disease research, and enhancing access to quality health care providers and facilities in nation's underserved rural areas.

**Participated as staff member to Senate Republican Caucus and various Senate Caucuses designed to forge consensus on legislative priorities, strategies, and national and Senate floor communications on public policy themes, issues, and Congressional budgeting. Interacted extensively with U.S. Senators and staff in pursuit of these objectives.

**Coordinated legislative and communications initiatives with multiple Clinton administration departments and agencies, including White House' Legislative Affairs office, Office of Management and Budget (OMB), National Security Council (NSC), Pentagon, Department of Health and Human Services (HHS), Center for Medicare and Medicaid Services (CMS), U.S. Food and Drug Administration (FDA), National Institutes of Health (NIH), Department of Commerce, Small Business Administration (SBA), and others.

Eli Lilly and Company
Corporate Communications Manager
August 1994 - December 1996 (2 years 5 months)
Indianapolis, Indiana

**Recruited as senior marketing and corporate communications manager in corporate headquarters of $29 billion Fortune 200, NYSE-traded global pharmaceutical corporation.

**Led communications strategy and implementation to build brand recognition and market share for company's multiple pharmaceutical product offerings in treatment of cancer and cardiovascular, central nervous system, endocrine, and infectious diseases.

**APP3102**

\*\*Supported marketing and communications strategies for two specific pharmaceutical breakthrough therapies: Prozac (the first selective serotonin reputake inhibitor for treatment of clinical depression) and ReoPro (used to reduce complications inhigh-risk angioplasty surgeries).

\*\*Worked directly with company's Chief Executive Officer, company's institutional banking representatives, and external public relations agencies in developing and implementing strategy to communicate value and business plan behind company's $4.3 billion acquisition of PCS Health Systems, a leading national pharmaceutical benefits manager (PBM), one of first pharmaceutical acquisitions of a PBM.

\*\*Provided marketing, communications, and public relations concepts and strategies to company's various therapeutic divisional presidents.

\*\*Member of corporation's crisis management team charged with responding rapidly to issues impacting company's trading valuation on New York Stock Exchange (NYSE) and other global exchanges, litigation, U.S. and other global regulatory developments, and therapy-specific patient incidents. Helped lead company's public relations strategy associated with its defense in major class action and individual liability cases brought against company in relation to negative clinical outcomes and related causes of action, including the Fentress v. Eli Lilly and Company case widely considered one of most significant challenges Prozac's safety and efficacy.

\*\*Contributed to company's corporate giving strategies to disease advocacy organizations globally.

International Republican Institute
Director of Research and Global Program Development
January 1993 - August 1994 (1 year 8 months)
Washington, D.C.

\*\*Member of senior management team of $60 million, U.S. government-supported global development agency.

\*\*Strategic and operational responsibility for development of institute's political, economic, and educational development programs globally, including in Africa, Asia, Caribbean, Central Europe, Central and South America, former Soviet Union, Middle East, and Persian Gulf regions.

**APP3103**

**Managed development and implementation of dozens of U.S. goverment-sponsored in-country political development programs, including coordination of these programs with U.S. Department of State, U.S. Agency for International Development (AID), and U.S. embassies and consulates in these nations.

**Responsible for developing, implementing, and managing programs to advanvr democratic political systems and civil societies globally. Worked with in-country academia, dissidents, media, political party leaders, foreign governments, and others on these programs.

**Developed some of first U.S. development programs to support democratic political institutions and structures in former Soviet Union immediately following end of Cold War and in challenging non-democratic and emerging democratic nations in Arab world, China, Africa, Caribbean, and Latin America. Launched, managed, and organized and spoke at some of first-ever women's rights seminars in Arab world.

**Managed vast research and proposal development program to secure in excess of $15 million in funding from Department of State, Agency for International Development, and National Endowment of Democracy (NED) funding for institute's programs.

**Identified and cultivated relationships with elected officials, opposition forces, academics, ethnic and religious leaders, womens rights leaders, and U.S. embassy and intelligence officers in over 50 nations globally in support of institute's programming.

**Launched institute's first-ever private funding program, securing roughly $1.5 million in corporate, foundation, and individual financing.

The White House
Speechwriter to the President of the United States
May 1992 - January 1993 (9 months)
Washington, D.C.

**Recruited to serve as White House speechwriter to President George H. W. Bush, the 41st President of the United States.

**Full day to day White House responsibility for writing President's speeches, national television addresses, and remarks.

**APP3104**

\*\*Routinely interacted with cabinet members, West Wing officials, and senior administration officials throughout U.S. government to solicit input on Presidential speech messaging, including building government-wide consensus among sometimes hugely divergent views on positioning on highly sensitive and important global and national topics.

\*\*Authored dozens of Presidential speeches and remarks, including President's departure statement with Japanese Prime Minister, multiple Rose Garden and White House remarks to public gatherings and White House visitors, July 4th national television address to nation, multiple political campaign speeches around nation in 1992 primary and general election campaigns, and many others. Contributed to authoring of 1992 acceptance speech at Republican National Convention in Houston and other high-profile Presidential speeches to global and national audiences.

\*\*Selected to work on multiple White House-led intergovernmental communications projects on sensitive and important policy matters confronting nation, including working groups on communicating U S. positiins on end of Cold War, post-liberation Kuwait, national AIDS policy, Points of Light initiative, budger and tax issues, and others.

\*\*Participated in senior West Wing strategic planning and operational groups on national security, foreign policy, economic, trade, and social policy agenda projects requiring Presidential-level communication.

\*\*Top secret U.S. government security clearance.

Drew University
Senior Aide to former New Jersey Governor and 9/11 Commission Chairman Thomas H. Kean
August 1991 - May 1992 (10 months)
New Jersey

\*\*Recruited to serve as senior aide to former New Jersey Governor Thomas H. Kean.

\*\*Full strategic and operational responsibility for Governor's extensive public policy initiatives, including in education, environment, foreign policy, low-income housing, and other policy areas.

**APP3105**

**Staffed and prepared Governor for participation in multiple board of directors affiliations, including with Robert Wood Johnson Foundation, Carnegie Corporation, National Endowment for Democracy (NED), Low Income Housing Commission chaired by Jack Kemp on advising Department of Housing and Urban Development (HUD) on Section 8 and other low-income federal housing initiatives, Presidential advisory commission on a post-Castro Cuba chaired by Steve Forbes, National Environment Education Foundation chaired by the Governor, and multiple boards of publicly-traded corporations.

**Primary communications aide, speechwriter, and ghost writer for Governor responsible for handling all media inquiries and authoring op-eds, speeches, reports, and policy and business-related communications for Governor.

**Primary aide to Governor in his capacity as Bush/Quayle reelection campaign chairperson for the state of New Jersey.

The Heritage Foundation
5 years

Policy Analyst
October 1988 - August 1991 (2 years 11 months)
Washington, D.C.

**Promoted in October 1988 to policy analyst in Foreign Policy and Defense Studies department of one of world's leading public policy research institutes.

**Served as foundation's policy expert responsible for authoring foundation's research and position papers on U.S. national security, trade, and foreign policies in developing world, including Africa, South Asia, and Latin America.

**Primary spokesperson for foundation on national security, foreign policy, trade, economic development, and other policy issues related to developing world.

**Appeared extensively on global and national television and radio and authored articles and op-eds for leading media outlets on foreign policy, national security, and other public policy issues.

**Chaired foundation's policy committee on U.S. post-Cold War challenges, which established foundation's priorities for U.S. foreign and defense policy in post-Cold War world.

**APP3106**

**Authored first and second editions of The U.S. and Africa Statistical Handbook, one of the world's most definitive books on vital political, economic, and other statistics for 54 countries of sub-Saharan Africa, widely cited by governments and academics globally as definitive source of information on these nations.

**Contributed articles and content to foundation's Mandate for Leadership and Index for Economic Freedom books and to the foundation's newsletter on post-Cold War Soviet Union.

**Contributed to human rights initiatives, including as contributing author and writer for Freedom House, one of world's leading human rights groups. Authored multiple Africa chapters for organization's Freedom Around the World book, one of most definitive nbnual summaries of global human rights conditions.

**Travelled extensively throughout developing world. Visited Namibia as observer of nation's first election following its independence from South Africa. Visited repeatedly with anti-apartheid organizations and activists throughout South Africa.

Assistant Editor
September 1986 - October 1988 (2 years 2 months)
Washington, D.C.
**Served as assistant editor of flagship publication of The Heritage Foundation, one of world's leading public policy research institutes.

**Conceived of article ideas and retained experts to author articles for publication. Worked individually with some of world's leading thought leaders in development of these articles, including William F. Buckley, Jr., Tom Clancy, Bob Dole, Robert Kagan, and many others. Edited articles for readability, persuasiveness, and factual accuracy.

**Authored at least one major article and sometimes two for each issue of magazine. Authored detailed and widely-covered articles on factual inaccuracies of political commentary and reporting on Nicaragua, the case for supporting opposition forces in then  Soviet-occupied Afghanistan, the case for abandoning several policies of appeasement toward Soviet Union, a definitive summary of Soviet atrocities and crimes for 70th anniversary of Bolshevik Revolution, a review of a book on the possible workability of Swiss-style

**APP3107**

federalism in a post-apartheid South Africa, a summary of Soviet complicity in Ethiopia's famine crisis, and others.

**Served as one of several primary publication editors responsible for all editorial content, including conceiving article ideas, retaining writers, managing article deadlines, working with specialists in the development of their articles, and editing first and subsequent drafts of their articles.

**Co-managed editorial structure of each magazine issue, including headlines, art and photos, article order, magazine cover, advertising placement, and other editorial functions.

U.S. House of Representatives
Lyndon Baines Johnson Fellow
May 1984 - August 1984 (4 months)
Washington D.C.

**Served as Lyndon Baines Johnson intern during college to Congressman Donald Ritter (R-PA).

**Assisted in authoring of floor and committee remarks for Congressman Ritter for Congressional hearing opening statements, floor debates on legislation, extension of remarks for Congressional Record, and for various conferences and conventions.

**Assisted in managing Lehigh Valley, Pennsylvania constituent inquiries and requests, including for assistance with Social Security benefits, Medicare claim denials, federal industry regulations, Congressional and White House toursl requests, appearance requests for the Congressman, and commentary and opinions on all areas of national and Pennsylvania and Lehigh Valley-specific public policy concerns.

**Authored responses for Congressman to constituent letters and assisted the Congressman's Press Secretary with regular press releases and responses to various natiinal and local media inquiries.

National Journalism Center
Editorial Intern
May 1983 - August 1983 (4 months)
Washington D.C.

**Accepted into and participated in competitive internship program for emerging collegiate journalists.

**Completed media-based internship at Human Events, an influential conservative Washington, D.C-based weekly newspaper. Assisted managing editor in research, authoring, and editing of articles on national political and public policy news and analysis. Assisted in development of definitive annual ranking of all 535 Members of Congress' voting records.

**Mentored by the late author and nationally syndicated Los Angeles Times columnist M. Stanton Evans, the center's founder and president.

_____

## Education

University of Miami - School of Business

Bachelor of Business Administration - BBA, Economics · (August 1982 - May 1986)

University of Cambridge

Foreign Study Program, Gonville and Caius College, University of Cambridge · (1984 - 1984)

Emmaus High School

Graduate, College Preparatory · (September 1979 - June 1982)

APP3109

# Exhibit O-142

Suppliers are a Top Threat to IT Organizations ... What Can be Done?

## The Trippie Group LLC



# Executive Bio

**APP3111**

Bio

# The Trippie Group LLC                                    ☰



**APP3112**

# The Trippie Group LLC



Keith Trippie is a retired U.S. Government Senior Executive, cyber security leader and entrepreneur with over 20 years of experience driving revenue in the private sector and delivering innovative results for commercial and government entities.

Mr. Trippie is the CEO of The Trippie Group LLC, which provides executive consulting services to help companies generate revenue and results in several innovative technology arenas including cyber security/risk management, IT Modernization and Digital Transformation. In this role he has helped companies win more than $2B in federal contracts. He has served as a trusted advisor and board member with several organizations supporting investment decisions, due diligence and strategy.

Mr. Trippie has served as the Senior Cyber Advisor for the largest Telco in ASEAN Region, reporting to BoD. He led implementing the Cyber by Design strategy, deploying Zero Trust capabilities, modernizing the SOC and enhancing telemetry across the network.

Mr. Trippie's extensive cyber security experience spans domestic and international policy development, strategy and operations. For the past 15 years, he has helped organizations develop cyber hunt and incident response procedures, Security Operation Center designs, cyber talent management strategies, risk management, developing High cyber security controls catalogs, designing cyber security maturity models, and leading cyber budget and acquisition development.

Keith previously served as Senior Executive at the Department of Homeland Security (DHS) within the Office of the Chief Information Officer (OCIO), where he successfully created a new division, the Enterprise System Development Office. He led this new venture from a startup to a mature 150-person, $70M+ enterprise organization in 3 years.

In this role, Mr. Trippie led the design, implementation and management of more than 20 secure enterprise services, serving more than 250,000 users each month. He served as one of the DHS Cyber Security Authorizing Officials and oversaw the development of the DHS High Systems Controls catalog, which served as direct input into the U.S. Government's FedRamp initiative.

Before this position, Keith served as the Acting Executive Director for the Enterprise Business Management Office (EBMO) within DHS OCIO where he oversaw the department's $6B IT portfolio, including $100M+ cyber security spend. Keith started his federal career at the Transportation Security Administration (TSA) where he designed, developed and implemented a secure, information-sharing capability within his first year.

Keith holds numerous awards including the Fed 100 Award, Fierce Government 15, and FedScoop 50 and was actively sought out on the Federal IT Executive speaking circuit.

He is a graduate of the University of Arkansas and the Harvard Business School Executive Education Program for Leadership Development.

**APP3113**

# The Trippie Group LLC 

Published Articles



**APP3114**

12/9/23, 4:22 PM                                                          Bio

**The Trippie Group LLC**                                                 ☰

https://medium.com/@keithtrippie173/hashtag-cyberbadguyssuck-5ea8ed045520

http://www.federalnewsradio.com/518/3542055/Silicon-Valley-on-the-Potomac
http://www.federalnewsradio.com/239/3842288/My-two-cents-Recommendations-for-the-new-federal-CIO
http://www.federalnewsradio.com/204/3724325/An-acquisition-wish-list-for-Santa
http://www.federalnewsradio.com/1167/3696014/Keith-Trippie-Former-Director-of-Enterprise-System-Development-DHS
http://www.federalnewsradio.com/440/3797937/Keith-Trippie-CEO-Trippie-Group
http://www.federalnewsradio.com/65/3727713/Keith-Trippie-CEO-Trippie-Group
http://www.federalnewsradio.com/156/3724720/Federal-News-Countdown-VA-chief-defends-discipline-record-Change-world-tour-launches

Copyright © 2022 The Trippie Group LLC - All Rights Reserved.

Powered by GoDaddy Website Builder

**APP3115**

# Exhibit O-143

## Contact

www.linkedin.com/in/
allandossantos (LinkedIn)
www.allandossantos.com/
(Personal)
t.me/AllanDosSantos (Personal)

## Top Skills

Religion
Theology
Liturgy

## Languages

Spanish (Native or Bilingual)
Portuguese (Native or Bilingual)
Latin (Elementary)
Greek, Ancient (to 1453)
(Elementary)
English (Full Professional)

# Allan Dos Santos

Owner at Artigo 220
Kissimmee, Florida, United States

## Summary

"Those who contemplate with undistracted mind, drink in that knowledge, which they afterwards, when they are busied in speech, communicate to others."
~ St. Gregory, The Great
I am a philosophy teacher who had lots experience in taking care of the poor for many years. A man in love with life and its details.

———

## Experience

**Artigo 220**
Owner
January 2022 - Present (2 years)
Florida, United States

**Terça Livre TV**
Jornalista e apresentador
November 2014 - Present (9 years 2 months)

www.tercalivre.com.br

**Colégio Scalabriniano Medianeira**
English Teacher
October 2015 - December 2015 (3 months)
Bento Gonçalves

**Skill Idiomas**
Teacher
July 2015 - December 2015 (6 months)
Bento Gonçalves, RS

Teaching English, Spanish and Portuguese at Skill Idiomas, Bento Gonçalves, RS, Brazil.

**JMJ Youth**
Tour Guide
November 2012 - July 2013 (9 months)

**APP3117**

rio de janeiro area, brazil

Worked as a tour guide, providing such services as hotel booking, flight reservation, currency conversion and sight seeing.

http://worldyouthday.com/

### Seminário Maria Mater Ecclesiae do Brasil
Seminarian
January 2009 - December 2010 (2 years)
Itapecerica da Serra, SP, Brasil

Here I studied Philosophy: www.smme.org.br/#

### Seminário São José - Arquidiocese de São Sebastião do Rio de Janeiro
Seminarian
January 2008 - December 2009 (2 years)

Educating the youth from the Maré Complex in the area of Anthropology and Social Relationship, counseling people who need support and assistance.

### Toca de Assis
Brother
November 2001 - August 2007 (5 years 10 months)

Family guidance, looking after sick and homeless people, engaging in the purchase of medicine and counseling, assisting other mental health professionals, helping people with a wide range of issues, including psychological, health, and substance abuse problems in different cities of Brazil.

_____

## Education

### Maria Mater Ecclesiae Institute of Brazil
Graduated, Bachelor's Philosophy · (2010 - 2011)

### Escola Técnica Estadual Adolpho Bloch
· (1998 - 2001)

**APP3118**

# Exhibit O-144

## Contact

www.linkedin.com/in/kylenabecker (LinkedIn)
www.ijreview.com/author/kyle/ (Personal)
IJ.com (Company)

## Top Skills

Social Media
Editing
Politics

## Languages

Spanish (Limited Working)
Russian (Professional Working)

## Honors-Awards

IJ.com - Best in Web Site Excellence in News and Politics
IJ.com - Best New Publisher-Vertical or Brand
Employee of the Year

## Publications

Articles at IJReview

# Kyle Becker

Becker News, CEO and Chief Editor
New York City Metropolitan Area

## Summary

Current Founder, CEO and Chief Editor of Becker News. Former Writer & Associate Producer at Fox News for #1 top-rated prime-time cable news show. Former Director of Viral Media and Senior Managing Editor for award-winning startup website IJReview, which grew to a readership of 20-30 million Americans a month. Led editorial and social media team that was #1 ranked news & politics publisher on Facebook for story engagement. Writer whose thousands of digital articles have been read by over 100 million unique users.

––––––

## Experience

**Becker News**
Becker News, CEO and Chief Editor
January 2021 - Present (3 years)
United States

Founding CEO and Chief Editor of start-up website BeckerNews.com.

• Syndicated articles reach an audience of approximate 5 million readers monthly
• TV media appearances include: Newsmax, BlazeTV and OANN
• Featured guest on top podcast 'Timcast' hosted by Tim Pool; guest on The 'Rubin Report' with Dave Rubin
• Spoke at TPUSA's Student Action Summit in 2020
• Hosted elections panel with three U.S. Congressmen at AmericaFest in 2021

**Fox News**
Writer & Associate Producer
September 2018 - November 2020 (2 years 3 months)
Greater New York City Area

• Writer and associate producer at #1 rated prime-time cable news & opinion show
• Research, analyze and compile stories for Fox News primetime's senior and executive producers

APP3120

• Discover and flag high-performing viral content and breaking news on a routine basis

• Produce and write segments for on-air talent and feature guests using iNews, Ardome, Vizpilot

• Edit and produce video clips and montages for on-air usage, including SOTs, VO, and raw files

• Request and produce reporter hits from remote locations using iNews

• Clip and transcribe show promos for network-wide usage

• Social media strategist who helped double top on-air talent's Instagram followers in one year

• Social media creator who produces highly engaged posts for top on-air talent's platforms

BizPac Review
Chief Editor
October 2017 - March 2018 (6 months)
West Palm Beach, Florida Area

• Led social media strategy that saw consistent growth despite widespread news media downturn

• Managed editorial duties: Story assignment, editing, writing, publication, and promotion

• Key metrics improved under leadership: Time on page, pages per visit, weekly pageviews

IJR - Independent Journal Review
5 years 6 months

Director of Viral Media & Lead Editor
September 2015 - October 2017 (2 years 2 months)
Alexandria, VA

• IJR team consistently maintained #1 highest per story audience engagement of any news & politics publisher on Facebook

• Top author for pageviews (250M+) in company history

• Author of top article for pageviews (10M+) and social media shares (1M+) in company history

• Key point person for news and politics editing & social media posting for audiences totaling over 16 million fans

• Readership at website increased from 50,000 pageviews to 2 million-6.5 million pageviews daily

• IJR was a member of Facebook's Trust Project due to its adherence to journalistic guidelines

**APP3121**

### Senior Managing Editor

April 2013 - September 2015 (2 years 6 months)
*Greater New York City Area*

• Managed story selection, content editing and social media

• Spearheaded news and politics coverage while it won awards, such as Best
New Publisher (Digiday), Best in Web Site Excellence in News and Politics
(MediaPost)

• Broke website record for most concurrent readers on page (120K plus)

• IJR was consistently in the top 10 in the United States of all websites on
mobile

• Promoted from Managing Editor to Senior Managing Editor in February 2014

• In 2014, IJR had more monthly digital users (24 million+) than Fox News,
CBS, CNN, ABC & NBC

• Employee of the Year (2014)

### Content Creator

May 2012 - April 2013 (1 year)
*New Haven, CT*

• Contracted Editor and Story Writer for start-up media company

• Specialized in news analysis and live event coverage

• Assisted with story angles and social media strategy

### University at Albany, SUNY

Data Analyst
October 2008 - January 2009 (4 months)
*Albany, New York Area*

• Performed statistical research for academic conference papers

• Coded data, run multivariate correlation analyses using STATA software

### Prime TASS

Copy Editor
May 2005 - November 2005 (7 months)
*Moscow, Russian Federation*

• Supervised English translation of Russian economic news for story accuracy,
format, and background for subscription clients

• Edited Dow Jones/Foreign Exchange editorials for weekly publication

• Researched and submitted daily news alerts for largest Russian mobile
service Bee-line

———

# Education

**APP3122**

University of Iowa

Master of Arts (MA), International Studies · (2004 - 2006)

State University of New York at Albany

Graduate School, International Relations, Comparative Politics · (2008 - 2011)

University of Northern Iowa

Bachelor of Arts (BA), Triple major: Political Science and Government; Russian Language; REEES · (2000 - 2003)

**APP3123**

# Exhibit O-145

**facebook**                                                                    Log In

 **New York Young Republican Club** is with **Evi Kokalari** in **New York, NY**.
February 2, 2021 · Instagram · 🌐

Meet Evi!

Evi Kokalari is the CEO and Founder of Golden Key Realty Group, a company she started a few years ago, with a focus on multi-family properties, shopping centers, office buildings and development sites. Evi has almost two decades of experience in new development, closely collaborating with developers in the planning, marketing, and sales of new residential buildings throughout the city. She is very familiar with all the phases of development since she served as the controller for a large construction company focusing on DEP, Port Authority, MTA and SCA projects. Evi is a member of the Real Estate Board of New York and ICSC. She is also a member of REBNY's Queens, Brooklyn and Midtown Commercial Committee.

Besides real estate, Evi is also an active member of the political world, and is a prominent political strategist who has expressed why freedom of speech and democratic values are critically important. Having grown up in Albania, Evi knows firsthand the plights of what it means to live in an oppressive communist regime. She has written numerous op-eds on election integrity, and is the founder of Immigrants for Trump, a group promoting those who have legally become American citizens.

Evi has become outspoken on the topic of what it means to be truly free and will continue to support Donald J. Trump and his message.

———————————————————————

#republican #conservative #usa #politics #america #keepamericagreat #republicans #gop #freedom #americafirst #rightwing #womeninpolitics #conservativewomen

# Log in or sign up for Facebook to connect with friends, family...

Log In           or           Create new account

**APP3125**

12/9/23, 1:26 PM                    Meet Evi! Evi Kokalari... - New York Young Republican Club | Facebook

# facebook                                                                    Log In



👍❤️ 64                                                                        1 comment

| 🔲 Like | 🔲 Comment |
|---------|-----------|

Most relevant 🔲

## Log in or sign up for Facebook to connect with friends, family...

Log In          or          Create new account

https://www.facebook.com/nyyrc/posts/meet-evievi-kokalari-is-the-ceo-and-founder-of-golden-key-realty-group-a-company/10158327852187284                    2/3

**APP3126**

facebook

Log In

# Log in or sign up for Facebook to connect with friends, family...

Log In          or          Create new account

APP3127

# Exhibit O-146

12/9/23, 1:27 PM                                    J. Michael Waller | Machiavelli's Institute

SEARCH [                    ]                                                                                    **f**

Brandenburg

Print || RSS || Share

## J. Michael Waller



*Walter and Leonore Annenberg Professor of International Communication – Institute of World Politics, Washington D.C.*

J. Michael Waller holds the Walter and Leonore Annenberg Chair in International Communication, and directs the Institute's graduate programs on public diplomacy and political warfare.

He has been a scholar-practitioner in public diplomacy, political warfare, psychological operations and information operations in support of US foreign and military policy for 25 years. He was a member of the staff of the US House of Representatives and the US Senate, served on the White House Task Force on Central America, was an operator for members of the White House Active Measures Working Group, and has been a consultant to the Senate Foreign Relations Committee, the US Information Agency, the US Agency for International Development, the Office of the Secretary of Defense, and the US Army. In 2006 he received a citation from the Director of the FBI for "exceptional service in the public interest."

Professor Waller is Vice President for Information Operations of the Center for Security Policy, and a member of the Center's Team B II on the shariah threat doctrine. In that capacity he was a contributing author to Team B II's landmark 2010 book, Shariah: The Threat to America: An Exercise in Competitive Analysis. He is a frequent lecturer and instructor in psychological and information operations for the US military and the intelligence community.

He is a member of the faculty of the Leader Development and Education for Sustained Peace (LDESP) program at the Naval Postgraduate School; and is an Honorary Fellow at the Proteus Futures Group at the Center for Strategic Leadership of the US Army War College, sponsored by the Office of the Director of National Intelligence and the National Intelligence University. In 2010 he was named a member of the Psychological Operations Capabilities-Based Assessment team for the US Special Operations Command.

Professor Waller is a Senior Analyst for Wikistrat.com, a crowdsourcing geopolitical analysis firm; and a member of the International Advisory Forum of the Niccolo Machiavelli Institute in Rome, Italy.

Dr. Waller has written for Insight, the Los Angeles Times, Reader's Digest, USA Today, the Washington Times and the Wall Street Journal. He is an occasional commentator on the BBC, CNN, Fox News and MSNBC.

He was a founding editor of Demokratizatsiya: The Journal of Post-Soviet Democratization, published in cooperation with the American University and Moscow State University. He founded and edited Serviam, a magazine for and about private sector global stability solutions, published between 2007 and 2009. His blog is PoliticalWarfare.org. In July 2010 he became an original contributing editor for BigPeace.com.

Books:

– The Third Current of Revolution: Inside the North American Front of El Salvador's Guerrilla War (University Press of America, 1991), author.

– Secret Empire: The KGB in Russia Today (Westview Press, 1994), author.

– The Rule Of Law And Economic Reform In Russia (John M Olin Critical Issues Series) (Westview Press, 1997), contributor; edited by Jeffrey Sachs and Katharina Pistor.

– Dismantling Tyranny: Transitioning Beyond Totalitarian Regimes (Rowman & Littlefield, 2005), co-editor with Ilan Berman.

– Counterintelligence: Reform for a Critical National Capability (McCormick-Tribune Foundation, 2005/IWP Press, 2009), co-editor with John Lenczowski.

– Fighting the War of Ideas like a Real War (Institute of World Politics Press, 2007), author.

– The Public Diplomacy Reader (Institute of World Politics Press, 2007), editor.

– Strategic Influence: Propaganda, Counterpropaganda and Political – Warfare (Institute of World Politics Press, 2009), editor.

– Founding Political Warfare Documents of the United States (Crossbow Books, 2010), editor.

– Shariah: The Threat To America: An Exercise In Competitive Analysis (Report of Team B II) (Center for Security Policy, 2010), contributor. An Amazon.com best

Privacy - Terms

**APP3129**

m.waller@strategicstudies.it

Contact

Donate

strictly limited to the transmission of session identifiers strictly limited to the transmission of session identifiers

Terms and Conditions

For the Media

- **Partners**

POLO 01 VALLEY

UNIVERSITÀ INTERNAZIONALE PER LA PACE

CTiF Italy Center for TeleInFrastructures

UnitelmaSapienza Università degli Studi di Roma

TOR VERGATA UNIVERSITÀ DEGLI STUDI DI ROMA

CNR Istituto di Struttura della Materia

Università degli Studi di Cassino e del Lazio Meridionale

CIRPS Centro Interuniversitario di Ricerca per lo Sviluppo Sostenibile

IUAV Venezia

UNITELMA SAPIENZA Polo Universitario di Napoli

University EMUNI

Università degli Studi di Palermo

The European Geopolitical Forum

Società Italiana di Storia Militare dal 1984

12/9/23, 1:27 PM

J. Michael Waller | Machiavelli's Institute





























Copyright © 2011 - 2023 Italian Institute for Strategic Studies "Niccolo Machiavelli". All Rights Reserved

powered by artemida.it



**APP3131**

# Exhibit O-147

## Contact

www.linkedin.com/in/jmichaelwaller (LinkedIn)

## Top Skills

National Security

International Relations

Intelligence

## Languages

Fluent Spanish, some Portuguese.

## Honors-Awards

International Advisory Forum member

Member

Charter Member of Alumni Board

University Professors Distinguished Alumni Award

Citation for Exceptional Service in the Public Interest

## Publications

Emails revelan campaña ecuatoriana de propaganda en Estados Unidos

Designing an Information Warfare Campaign Against the Global Jihadi Movement

Why did we give Putin control over our satellite launches?

Civilian Warriors: The Inside Story of Blackwater

Ukraine's secret weapon

# J Michael Waller

National security professional with unconventional views.

Washington, District of Columbia, United States

## Summary

President of a research and analytical company for private sector clients specializing in applied solutions for business, defense, diplomatic, intelligence, and national security strategy. PhD in international security affairs with 13 years' experience as a graduate school Annenberg Professor. More than 30 years experience in international communication, ranging from journalism, public policy, education, public diplomacy, political warfare, and defense and national security affairs. Author or editor of eight books and hundreds of articles.

Specialties: High-impact, low-cost solutions to business, security, military and intelligence challenges. Innovation in the use of information, persuasion and psychological strategy as instruments of national security, military and trade policy. Interagency experience on national security issues concerning intelligence analysis, intelligence support, intelligence operations, security policy, doctrine, and military operations, often in close cooperation with elected and appointed policymakers.

———

## Experience

**Center for Security Policy**
Senior Strategy Analyst
June 2018 - Present (5 years 7 months)
Washington, DC

Non-profit defense and national security think tank.

**Georgetown Research**
President
November 2017 - Present (6 years 2 months)
Washington, DC

Georgetown Research is a private international research and analysis company based in Washington, DC.

**APP3133**

U.S. Army John F. Kennedy Special Warfare Center and School
Instructor
2008 - Present (15 years)
Fort Bragg, North Carolina, United States

Contract instructor on psychological operations.


Wikistrat
Senior Analyst
2011 - Present (12 years)

Serves as a member of globally crowdsourced intelligence analytical teams.


NATO Defence Strategic Communications Journal
Editorial Board Member
June 2015 - July 2018 (3 years 2 months)
Riga, Latvia

Member of founding editorial board of "Defence Strategic Communications,"
a bi-annual, open access, peer-reviewed and refereed journal published by
the NATO Strategic Communications Centre of Excellence (NATO StratCom
COE), Riga, Latvia.


Oceanic Advisors
Managing Director
April 2005 - November 2017 (12 years 8 months)
Washington, DC

Dr Waller founded Oceanic Advisors as a niche advisory firm that specialized
in low-cost, high-impact solutions for client challenges worldwide. He sold the
company in 2017.


American Media Institute
Senior Writer
September 2013 - June 2016 (2 years 10 months)
Washington, DC

Began as a contributing writer in 2013 and moved to senior writer in 2015,
focusing on national security, defense, diplomatic and intelligence affairs.


Naval Postgraduate School
LDESP faculty member
2008 - March 2015 (7 years)

Faculty member at this Army program at Naval Postgraduate School to provide
training in information operations and strategic influence to officers and

**APP3134**

senior enlisted personnel prior to their deployment to Iraq, Afghanistan and elsewhere.

### Institute of World Politics
Annenberg Professor of International Communication
2000 - July 2013 (13 years)
Washington, DC

Annenberg Professor of International Communication at IWP. Director of what was the only known graduate program on public diplomacy and political warfare. The program was geared toward policymakers, diplomats, military officers and intelligence officers before being terminated in July 2013.

### Serviam Magazine
Founder and Editor
2007 - February 2009 (2 years)
Alexandria, Virginia

Serviam was the professional magazine of the global stability industry, promoting private sector solutions and private-public sector partnerships to prevent and resolve humanitarian crises, and to win wars and win the peace.

### Blackwater USA
Special projects
2007 - 2009 (2 years)
Moyock, North Carolina

### American Foreign Policy Council
Vice President
1994 - 2001 (7 years)
Washington, DC

Followed Russian intelligence operations and the expansion of organized crime. Worked with Russian opponents of the re-named KGB to expose and discredit their operations. Founded and edited the Russia Reform Monitor bulletin.

### U.S. House of Representatives
Staff
1994 - 1996 (2 years)

Worked for Congressman Ed Royce, the present chairman of the House Committee on Foreign Affairs.

———

**APP3135**

## Education

**Boston University**
PhD, International Security Affairs · (1989 - 1993)

**Boston University**
MA, International Relations and Communication · (1987 - 1989)

**The George Washington University**
BA, International Affairs · (1980 - 1985)

**APP3136**

# Exhibit O-148

🕐 This article was published more than **3 years ago**

# The Washington Post

*Democracy Dies in Darkness*

STYLE

# Is the MyPillow guy the future of the Republican Party, or is he just dreaming?

 By Ben Terris

May 27, 2020 at 6:00 a.m. EDT

In these times of social isolation, Mike Lindell keeps appearing, unannounced, inside your home.

The CEO and founder of MyPillow pops up on your television with his Tom Selleck mustache and Minnesooota accent to sell you on the wonders of his machine-washable cushions or "Giza cotton" sheets. For millions of Americans he has something of an open invitation into their living rooms, beamed in by Fox News or Newsmax to gush about President Trump. For the rest of the country, he's like the unwanted guest at the garden party — which in these uncomfortable times means he's popping up at a coronavirus briefing broadcast live from the Rose Garden.

"Boy, do you sell those pillows," Trump said, introducing him to the press at an appearance in late March. "It's unbelievable what you do."

Republicans have had more than three years to get comfortable with the type of player Trump tends to welcome into elite GOP circles — pitchmen, B-list TV stars, castaways who have no reservations about fluffing the president's ego for a seat at the table. Seeing the "MyPillow Guy" play a role in a Trump crisis or Trump campaign seems almost inevitable.

On the day of the Rose Garden briefing, Lindell had been welcomed to the White House as a member of the business community to discuss the private sector's role combating the spread of covid-19. And speaking from the lectern, his voice gravelly and his hair whipping around his forehead, the bedding magnate used his pulpit to pitch the public on a different kind of awakening.

"God gave us grace on November 8, 2016, to change the course we were on," he said about Trump's election. Now, he said, with a little more prayer and the help of the president and his team, it wouldn't be long before America returned to its rightful spot as the greatest nation on earth.

His visit quickly became another predictable pillow fight in the culture wars, with critics calling it a PR stunt and Trump's foot soldiers denouncing the left for denouncing a patriot who had promised to retrofit his factories to manufacture face masks even if it cost him money to do so.

"It was all very surreal," Lindell said in a recent video interview from an undisclosed location, for "safety" reasons. "But I said what I said because I was led by God to say it. If I get attacked, so be it."

The blowback couldn't have been a complete surprise for Lindell. As an early supporter of the president he's faced backlash since 2016. He's now more than just a friend of Trump's: he's a donor, a rally opening act, and the recently named Minnesota chairman to the 2020 reelection campaign. As for his own political future, Lindell denies reports that Trump has been egging him on to run for governor in 2022, but admits he's giving the idea serious consideration.

"It's sure steering me in that direction, to run," he said about the coronavirus pandemic. "I believe that things could be done a lot better . . . and I'm beginning to think I'm the guy to do that."

In the past, it might have been easier to distinguish the scam artists from the genuine power players, but now the distinction is blurrier than ever. Which means it's fair to ask: Is Mike Lindell the future of the Republican Party, or is he just dreaming?

**Mike Lindell is what** you might get if you took the political personalities of Donald Trump and Mike Pence, shred them down in a hammer mill, mixed the aggregate together, stuffed it in a linen case and sold the product between segments on Fox News.

He's a serial As-Seen-On-TV entrepreneur and an evangelical Christian who travels the country preaching the Gospel. He's also a mile-a-minute talker who used to own and tend a bar and is quite comfortable swapping stories for hours with anyone who will listen.

"When you hang out with Mike, he has that kind of hyperkinetic energy," said Matt Schlapp, who runs the annual Conservative Political Action Conference, at which Lindell has spoken. "You might wonder, 'Did this guy take too much cold medicine?'"

But Lindell swears he's not on anything. Not anymore. He's a former crack addict, a retired card counter with a history of bad debts, near-death experiences and soured marriages before fully accepting God into his heart. Such a past might be a liability for someone thinking about moving into a life of politics.

"I always advise people before they get into politics that they are going to get run through the washer and dryer," said former senator Norm Coleman, a Minnesota Republican who thinks if Lindell does decide to run for governor he'd be a formidable candidate.

Lindell, who markets his pillows as being able to go through the laundry and still maintain their shape, says this isn't a cause for concern for him. He's open about his past; so open that he wrote a memoir, paid to preprint 3 million copies out of his own pocket, and has just begun marketing it nonstop on television. It's called: "What are the odds? From Crack Addict to CEO."

"Who doesn't like salvation?" he said, when asked whether the book could be a political liability. "Who doesn't like a redemption story? Who doesn't like the American Dream?"

His memoir is just that: the story of a kid who grew up in a trailer park and after various run-ins with knife-wielding drug dealers and angry bookies, went on to start a company that he says has sold 47 million pillows. The idea to get into the cushion game, he said, came to him in his sleep, divine intervention from a God who he was coming to realize had allowed him to walk away from car wrecks, seven-day drug benders and violence-backed loans from his bookies.

Now if parts of Lindell's story seem like hyperbole (did his drug dealers really stage an intervention to get him to stop using?), you should know that he's been accused of exaggeration before. In 2016, he agreed to pay $1 million after 10 district attorneys from California sued his company for engaging in deceptive and false advertisements, by implying their pillows could prevent sleep loss associated with insomnia, restless leg syndrome, neck pain, fibromyalgia, sleep apnea and migraines. And in 2017 the Better Business Bureau gave MyPillow an "F" rating, after a "pattern of complaint" from users.

"It was a political hit job," Lindell said. "It was for sure because I went all in for Donald Trump."

**Before Lindell ever** met Trump in person, he met him in a dream. Naturally.

"I had a very weird, very vivid dream," he writes in his book. "Donald Trump and I were in some kind of room. It was an office with pictures on the wall behind us, and we were standing next to each other posing for a picture."

Later, in the real world, he would snag an invite from a friend to the 2016 Republican convention to take in the proceedings near the Trump family VIP section and hit it off with Ben Carson before receiving an invitation to talk business and politics with the candidate himself in Trump Tower.

They talked about religion, about the need to build a wall and bring manufacturing jobs back to America. Lindell says he'd never really been all that political before, but everything this businessman-turned-candidate said made perfect sense to him.

"I knew right away I'd be supporting him," he said. At first it meant writing a news release announcing his support. Then, it meant traveling to the third presidential debate, on the heels of the "Access Hollywood" tape scandal, taking a go in the media spin room even as members of Trump's party had begun distancing themselves from the candidate.

"I was a crack cocaine addict for years," he remembers telling one journalist. "Then by the grace of God, I quit overnight. . . . Recently I met Donald Trump. He was so different from the man in that video."

For a president who prizes loyalty above all else, he was bound to like Lindell, who would go on to open for him at rallies, travel with him to Iowa and New Hampshire during his reelection push and accept the role of campaign chair for Minnesota, a state that Trump came within 1.5 percentage points of winning in 2016 and which he's told associates he expects to win this time around.

For now, Lindell says his campaign job is mostly dormant. There's just too much else to do: His company has made hundreds of thousands of masks and donated them to hospitals and first responders, he said, at a personal loss of $1.5 million. He's been in touch with Peter Navarro, Trump's national Defense Production Act policy coordinator, to coordinate, and he wholly supports a president who he believes is doing "the best job that any president in history could have ever done."

Sure, there have been problems. Lindell attributes them to Trump being up against a power-crazy doctor who is keeping the public awake at night with unjust fears: "Fauci? Are you kidding me? Who is he to decide what we should be able to do?"

And, Lindell says the president's got Democrats trying at every move to make him look bad: "They want to keep everyone locked down so they can have mail-in voting and steal the election."

This is why, even in the midst of a worldwide crisis, Lindell isn't about to forget about the importance of politics. After giving his speech in the Rose Garden in March, Lindell returned to the Oval Office. He and the CEOs from Honeywell, Jockey, Procter & Gamble and United Technologies had been invited back to get their photos taken with the president after the event, but only Lindell took him up on it.

"Maybe they had a schedule to keep or something," Lindell recalled. "So I got my picture with him and he said: 'You can use this when you go on the campaign.'"

Some see the pandemic and Trump's self-promotion and campaigning — even in the midst of the crisis — as a national nightmare. But in that moment for Lindell, it was a dream come true.

# Exhibit O-149

**Home**

# ABOUT

About

**Committees and Caucuses**

**Events**

**Our District**



Born in Winter Haven, Florida, Cory Mills is a decorated U.S. Army combat Veteran, and recipient of the Bronze Star. Cory left Florida to serve his country first in uniform, and then to serve further our U.S. State Department and other government agencies in both Afghanistan and Iraq.

Cory has spent most of his adult life serving our great nation and fighting for the American people, and for those friends of America who have suffered under tyrannical and dictatorship style rule.

He served with the 82nd Airborne Division and was a member of Joint Special Operations Command (JSOC) Combined Joint Task Force (CJTF) 20 in Iraq.  While serving abroad, Cory was struck twice in 2006, once with an improvised explosive device (IED) and once with an Iranian explosively formed projectile (*EFP*), which resulted in numerous casualties.  Fortunately, Cory was able to stabilize himself prior to evacuation.  For his actions, former U.S. Ambassador to Iraq Zalmay Khalilizad presented Cory Mills with a Certificate of Appreciation from the U.S. Embassy in Baghdad for his actions which saved members of his team and U.S. military service members. Cory Mills has nearly 7-years of service in Iraq, approximately 2-years in Afghanistan, served in the Kosovo Campaign in 2000, and has traveled to the front lines of Ukraine during the Russian invasion to provide information for USAID and Department of State officials.  He also supported anti-terrorism assistance training for the Kurdish forces in northern Iraq to help them repel potential insurgencies.

Cory Mills was a Trump appointee to the Pentagon as a Department of Defense (DoD) advisor, and a foreign policy expert you may have seen on Newsmax, Fox News, OANN, and many other media outlets.

In the private sector, Cory co-founded Pacem Solution International LLC and Pacem Defense LLC with his wife, Rana.  Through the PACEM companies, Cory and Rana have supported risk management assessments, intelligence collection, and security for media such as NPR news.  In 2018, Pacem

1/2

**APP3143**

Defense acquired Amtec Less Lethal Systems, Inc., now known as ALS, Inc., in Perry, Florida, to help continue their support to the law enforcement communities and our allies abroad.

Cory is a husband, father, patriot, combat veteran, entrepreneur, foreign policy expert, and true American conservative. Cory believes in FIGHTING for the people, restoring the voice of "We The People" -- America's voice -- and making America First Again.

Cory is a constitutionalist who believes that the sacred oath he took to "support and defend the Constitution of the United States against all enemies, foreign and domestic" does not have an expiration date.

---

About

Committees and Caucuses

Events

Our District

Contact

Media

Issues & Legislation

Services

Appropriations

**Washington DC Office**
1237 Longworth HOB
Washington, DC 20515
Phone: (202) 225-4035

**Lake Mary District Office**
1525 International Pkwy
Number 1051
Lake Mary, FL 32746
Phone: (407) 638-7900

**Port Orange District Office**
1000 City Center Circle
Port Orange, FL 32129
Phone: (386) 238-9711

Copyright   Privacy   House.gov   Accessibility

2/2

**APP3144**

# Exhibit O-150

**JANUARY 11, 2019 | JUDICIAL WATCH**

# Chris Farrell



Christopher J. Farrell joined Judicial Watch in 1999 as the organization's Director of Investigations & Research, and has been a member of the Board of Directors since September 2003. Chris is a native of Long Island, New York. He was a Distinguished Military Graduate from Fordham University with a B.A. in History, whereupon he accepted a Regular Army Commission and served as a Military Intelligence Officer – specializing in Counterintelligence and Human Intelligence.

**APP3146**

Chris is a graduate of the Military Intelligence Officers Basic and Advanced Courses, the U.S. Army Advanced Counterintelligence Training Course, the Combined Arms Services Staff School of the U.S. Army Command and General Staff College, the Defense Intelligence Agency's Military Operations Training Course, and the *Haus Rissen Institut für Politik und Wirtschaft* in Hamburg, Germany. He is a specialist in national security matters, specializing in unconventional warfare and terrorism.

Following command and staff assignments that included three tours of duty in the Federal Republic of Germany, and one tour at Supreme Headquarters Allied Powers Europe, Chris returned to civilian life as a contractor to the defense and intelligence communities. He also provided management and training consulting services to non-profit organizations, and was active in the establishment of a small, private, co-ed Christian high school where he both taught and served as director.

Chris has appeared on numerous national TV and radio shows, and has authored dozens of articles. He contributed a chapter on terrorism to Dr. Irwin Redlener's book "Americans at Risk" (Alfred A. Knopf: New York, 2006). Chris maintains a busy lecture schedule on both government corruption issues and intelligence matters. He served as a Senior Staff Associate of Columbia University's National Center for Disaster Preparedness at the Mailman School of Public Health (2005 – 2008).

Chris is a Distinguished Senior Fellow at the Gatestone Institute. He was an adjunct professor at George Mason University in Fairfax, Virginia (2013 – 2018). Chris is a member of the Association of Former Intelligence Officers; the Society of Professional Journalists; Investigative Reporters and Editors; the National Military Intelligence Association; and is a constituent member of the State Department's Overseas Security Advisory Council. Chris serves as the Judicial Watch main representative to United Nations Headquarters in New York.

---

© 2019 Judicial Watch, Inc.

Judicial Watch is a 501(c)(3) nonprofit organization. Contributions are received from individuals, foundations, and corporations and are tax-deductible to the extent allowed by law.

**APP3147**

Chris Farrell | Judicial Watch

Shop   Donate

**APP3148**