IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>          Plaintiffs,<br><br>     v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK,<br><br>          Defendant. | No. 1:21-cv-02900-CJN |

### ORDER GRANTING DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON ACTUAL MALICE

On this day came to be considered Defendant's Motion for Partial Summary Judgment on Actual Malice and Request for Hearing ("Motion"). The Court, having considered the Motion, applicable law, and the record in this matter, finds the Motion should be and hereby is GRANTED.

For the reasons stated in the Motion, Smartmatic is required under the First Amendment to prove actual malice by clear and convincing evidence.

For the reasons stated in the Motion, there are no disputed material facts that could lead a reasonable jury to decide by clear and convincing evidence that Defendant published any of the complained-of publications with actual malice.

IT IS THEREFORE ORDERED that the Motion is GRANTED in its entirety.

Signed this _____ day of _____, 202__.

_____
HONORABLE CARL J. NICHOLS
United States District Judge

1