IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br>v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK,<br><br>Defendant. | Civil Action No. 1:21-cv-02900-CJN |

**DEFENDANT'S LOCAL RULE 5.4(e) NOTICE OF FILING OF VIDEO EXHIBITS**

Pursuant to Local Rule 5.4(e), Defendant Herring Networks, Inc., d/b/a One America News Network ("Defendant") files this notice that several attachments to its recently filed motion for partial summary judgment are video clips that cannot be filed directly on the docket. Defendant included slip sheets for those videos and will be serving Plaintiffs with a DVD or direct-download link containing those videos. Defendant's counsel will also keep a copy of those files in their records and will include a copy on a DVD within the courtesy copy of the partial motion for summary judgment that Defendant sends to chambers.

Dated: December 9, 2023.          By: */s/ Charles L. Babcock*

**JACKSON WALKER LLP**
Charles L. Babcock
(admitted *pro hac vice*)
cbabcock@jw.com
1401 McKinney Suite 1900
Houston, TX 77010
(713) 752-4210 (Direct Dial)
(713) 308-4110 (Fax)


**BOYDEN GRAY PLLC**

/s/ R. Trent McCotter

R. Trent McCotter<br>
D.C. BAR NO. 1011329<br>
801 17th St NW, #350<br>
Washington, DC 20006<br>
(202) 706-5488<br>
tmccotter@boydengray.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of December 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

/s/ *R. Trent McCotter*
R. Trent McCotter