IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., *et al.*, <br><br> Plaintiffs, <br> v. <br><br> HERRING NETWORKS, INC., <br><br> Defendant. | No. 1:21-cv-02900-CJN-MAU <br><br> Magistrate Judge Moxila A. Upadhyaya |

## JOINT NOTICE ON STAYING CASE PENDING THE APPEAL OF DENIAL OF DEFENDANT'S MOTION TO RECUSE

Pursuant to this Court's Order issued on December 8, 2023, the parties submit this joint notice on the issue of "whether the Court should stay proceedings pending any appeal of this Order." (Dkt. 133). Below are the parties' respective positions.

**OAN's Position**: OAN does not intend to appeal the Court's Order denying the Defendant Herring Networks, Inc.'s motion to recuse and therefore no stay of proceedings is necessary.

**Smartmatic's Position**: Smartmatic agrees no stay of proceedings is necessary given that Herring Networks (OANN) has agreed not to appeal the order denying the recusal motion. Now that OANN's recusal motion is properly in the rear-view mirror, Smartmatic looks forward to working with the Court to complete written discovery and document production, setting a new schedule for completing fact and expert discovery, and commencing deposition.

Please let the parties know whether it would be convenient for us to provide the Court with a list of the outstanding motions and/or schedule a status conference.

1

Dated: December 11, 2023

/s/ J. Erik Connolly
J. Erik Connolly (D.C. Bar No. IL0099)
Nicole E. Wrigley (D.C. Bar No. IL0101)
Ronald S. Betman (admitted *pro hac vice*)
Caitlin A. Kovacs (admitted *pro hac vice*)
Olivia Sullivan (admitted *pro hac vice*)
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312.212.4949
econnolly@beneschlaw.com
nwrigley@beneschlaw.com
rbetman@beneschlaw.com
ckovacs@beneschlaw.com
osullivan@beneschlaw.com

*Attorneys for the Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 11th day of December, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which I understand to have served counsel for the parties.

                                                   */s/ J. Erik Connolly*
                                              J. Erik Connolly (D.C. Bar No. IL0099)
                                              *One of the Attorneys for the Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*