**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SMARTMATIC USA CORP., <br> SMARTMATIC HOLDING B.V., AND <br> SGO CORPORATION LIMITED, <br><br>          Plaintiffs, <br>    v. <br><br> HERRING NETWORKS, INC., D/B/A <br> ONE AMERICA NEWS NETWORK, <br><br>          Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 1:21-cv-02900-CJN |

**DEFENDANT OAN'S INDEX OF EXHIBITS**

Defendant Herring Networks, Inc., d/b/a One America News Network, pursuant to paragraph 8(b) of the Standing Order for Civil Cases, *see* ECF No. 5, submits its Index of Exhibits to its Reply in Support of OAN's Motion to Compel Third Party The Issues and Crisis Group to Comply with Rule 45 Subpoena as follows:

| | |
|---|---|
| **Exhibit H** | Reply Declaration of Bethany Shah |
| **Exhibit I** | Email Corresp. with Issues and Crisis Group Beginning Dec. 4, 2023 |
| **Exhibit J** | Email Corresp. with Courtney Torres Consulting Beginning Nov. 22, 2023 |
| **Exhibit K** | Courtney Torres Consulting's Hit Report of OANN Proposed Terms |
| **Exhibit L** | Courtney Torres Consulting's Hit Report of CTC Proposed Terms |