# EXHIBIT H

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br>v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK,<br><br>Defendant. | Civil Action No. 1:21-cv-02900-CJN |

**DECLARATION OF BETHANY SHAH IN SUPPORT OF
REPLY IN SUPPORT OF OAN'S MOTION TO COMPEL
THIRD PARTY THE ISSUES AND CRISIS GROUP
TO COMPLY WITH RULE 45 SUBPOENA**

I, Bethany Shah, declare as follows:

1. I am over the age of 21 and competent to make this declaration. I am an attorney at the law firm of Jackson Walker LLP, and am counsel for Defendant Herring Networks, Inc., d/b/a One American News Network ("OAN"). I have personal knowledge of the facts stated in this declaration and those facts are true and correct. I submit this Declaration in support of the Reply in Support of OAN's Motion to Compel Third Party The Issues and Crisis Group to Comply with Rule 45 Subpoena (the "initial motion").

2. OAN filed its initial motion on November 21, 2023. *See* ECF No. 122.

3. On December 4, 2023—the day before the Issues and Crisis Group's ("ICG") response deadline—ICG sent to OAN an incomplete document production, which was made pursuant to ICG's search terms only. In response, I asked ICG's counsel if ICG was "planning to send additional productions." ICG replied that ICG's document production "is now complete." A true and correct copy of my correspondence with ICG's counsel is attached as Exhibit I.

4. On December 6, 2023, after OAN filed its initial motion, Smartmatic's other third-party public relations firm, Courtney Torres Consulting ("CTC")—also represented by ICG's counsel—provided OAN with a hit report in response to a subpoena *duces tecum* OAN issued on April 19, 2023. The subpoena *duces tecum's* document requests, which are the subject of CTC's hit report, were identical to those contained in the documents subpoena OAN served on ICG. A true and correct copy of my email correspondence with CTC's counsel concerning the hit report is attached as Exhibit J.

5. CTC's hit report was formatted as a Microsoft Excel (.xlsx) file. It contained two worksheets. The first worksheet was named "OANN Proposed Terms" and the second worksheet was named "CTC Proposed Terms." Each purports to contain the number of "hits" or responsive documents based on the identified search terms CTC ran. PDF versions of each worksheet are attached as Exhibit K and Exhibit L, respectively.

6. The search terms contained in the "OANN Proposed Terms" hit report are based on the same proposed search terms OAN sent to ICG's and CTC's counsel on October 4, 2023. *See* ECF No. 122-7 at 7–8 (**Ex. F**, Email Correspondence Re: Third Party Subpoenas). *Compare* Exhibit K, *with* ECF No. 122-8 (**Ex. G**, OAN's Proposed Search Terms).

7. ICG has not provided OAN with any explanation or evidence of why it is burdensome for ICG to produce a hit report as CTC did, even though OAN proposed the same terms to each third party, both entities are represented by the same counsel, and OAN has requested evidence of ICG's burden in the form of a hit report multiple times. *See* ECF No. 122-2 at 3–4, ¶¶ 7–10 (**Ex. A**, Shah Decl.).

2

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 12, 2023.

                                                                  _____

                                                                  Bethany P. Shah