# EXHIBIT I

**Bakke, West**

| | |
|---|---|
| **From:** | Levine-Patton, Maura <MLevine-Patton@beneschlaw.com> |
| **Sent:** | Wednesday, December 6, 2023 10:22 AM |
| **To:** | Shah, Bethany |
| **Cc:** | Golden, Meghan; Edwards, John; Bakke, West; Hoover, Andrea; Kovacs, Caitlin |
| **Subject:** | RE: The Issues and Crisis Group Production- SMMT/OANN |

**\*\*RECEIVED FROM EXTERNAL SENDER – USE CAUTION\*\***

Document production for the Issues and Crisis Group is now complete.





Maura Levine-Patton
(she/her/hers)
Associate | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6368 | MLevine-Patton@beneschlaw.com
www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** Shah, Bethany <bpickett@jw.com>
**Sent:** Tuesday, December 5, 2023 7:34 PM
**To:** Levine-Patton, Maura <MLevine-Patton@beneschlaw.com>
**Cc:** Golden, Meghan <MGolden@beneschlaw.com>; Edwards, John <jedwards@jw.com>; Bakke, West <wbakke@jw.com>; Hoover, Andrea <AHoover@beneschlaw.com>; Kovacs, Caitlin <CKovacs@beneschlaw.com>
**Subject:** Re: The Issues and Crisis Group Production- SMMT/OANN

Thank you. Is your production pursuant to your search terms complete or are you planning to send additional productions?

**Bethany Shah**
Jackson Walker LLP
(713) 752-4365

> On Dec 5, 2023, at 7:14 PM, Levine-Patton, Maura <MLevine-Patton@beneschlaw.com> wrote:
>
> **\*\*RECEIVED FROM EXTERNAL SENDER – USE CAUTION\*\***
>
> Hi Bethany,
>
> The answer is yes. Thanks.
>
> Maura

| | |
|---|---|
| | Maura Levine-Patton<br>(she/her/hers)<br>Associate | Litigation<br>Benesch Friedlander Coplan & Aronoff LLP<br><br>t: 312.624.6368 | MLevine-Patton@beneschlaw.com<br>www.beneschlaw.com<br>71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637<br><br>Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice |

**From:** Shah, Bethany <bpickett@jw.com>
**Sent:** Tuesday, December 5, 2023 6:07 PM
**To:** Golden, Meghan <MGolden@beneschlaw.com>; Edwards, John <jedwards@jw.com>; Bakke, West <wbakke@jw.com>
**Cc:** Levine-Patton, Maura <MLevine-Patton@beneschlaw.com>; Hoover, Andrea <AHoover@beneschlaw.com>; Kovacs, Caitlin <CKovacs@beneschlaw.com>
**Subject:** RE: The Issues and Crisis Group Production- SMMT/OANN

Thank you Meghan. Can you please give us some context on these documents. Are they produced pursuant to Maura's search terms from September? I assume so, but just wanted to confirm.

Thank you,

**Bethany Pickett Shah**
1401 McKinney Suite 1900 | Houston, TX 77010
V: (713) 752-4365 | F: (713) 752-4221

<image001.png>

**From:** Golden, Meghan <MGolden@beneschlaw.com>
**Sent:** Monday, December 4, 2023 8:18 PM
**To:** Shah, Bethany <bpickett@jw.com>; Edwards, John <jedwards@jw.com>; Bakke, West <wbakke@jw.com>
**Cc:** Levine-Patton, Maura <MLevine-Patton@beneschlaw.com>; Hoover, Andrea <AHoover@beneschlaw.com>; Kovacs, Caitlin <CKovacs@beneschlaw.com>
**Subject:** The Issues and Crisis Group Production- SMMT/OANN

**\*\*RECEIVED FROM EXTERNAL SENDER – USE CAUTION\*\***

Counsel,

The below link contains the document production from The Issues and Crisis Group. Benesch represents The Issues and Crisis Group in response to the subpoena served on them by OANN.

**FTP Link:** https://ftpus.consilio.com/public/file/fk_fbjvbmuupsgul2iwaxw/ISSUESCRISIS-OAN_VOL001.zip
*This link will stay active for 7 days.*

A password will follow under separate cover. Thank you.

Regards,

2

Meghan Golden

Meghan Golden
(she/her/hers)
Associate | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6378 | m: 708.870.5980
MGolden@beneschlaw.com | www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice