**EXHIBIT J**

**Bakke, West**

---

| | |
|---|---|
| **From:** | Levine-Patton, Maura <MLevine-Patton@beneschlaw.com> |
| **Sent:** | Wednesday, December 6, 2023 10:21 AM |
| **To:** | Shah, Bethany; Edwards, John |
| **Cc:** | Hoover, Andrea; Kovacs, Caitlin; Golden, Meghan; Bakke, West |
| **Subject:** | RE: OAN Subpoena to Courtney Torres Consulting |
| **Attachments:** | Letter to OANN re CTC 12.6.23.pdf; EXHIBIT A - CTC Search Terms - Benesch vs OANN.xlsx |

**\*\*RECEIVED FROM EXTERNAL SENDER – USE CAUTION\*\***

Bethany and John,

Please see the attached correspondence and Exhibit A, the hit report.

Regards,
Maura





Maura Levine-Patton
(she/her/hers)
Associate | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6368 | MLevine-Patton@beneschlaw.com
www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

---

**From:** Shah, Bethany <bpickett@jw.com>
**Sent:** Friday, December 1, 2023 3:36 PM
**To:** Levine-Patton, Maura <MLevine-Patton@beneschlaw.com>; Edwards, John <jedwards@jw.com>
**Cc:** Hoover, Andrea <AHoover@beneschlaw.com>; Kovacs, Caitlin <CKovacs@beneschlaw.com>; Golden, Meghan <MGolden@beneschlaw.com>; Bakke, West <wbakke@jw.com>
**Subject:** RE: OAN Subpoena to Courtney Torres Consulting

Hi Maura,

Thank you for taking the time to confer with us today on the Courtney Torres Consulting subpoena. We agreed to the following:

1. You will produce documents responsive to the search terms you proposed in September. You could not confirm when you would be producing this but the process is underway.  We asked that the documents be produced on a rolling basis so as not to hold up production, and asked for a complete production by December 8th.
2. You agreed to send us hit reports for the search queries from OAN's search term proposal. You objected to running the !@smartmatic.com term but agreed to send us a hit report for !roush! from RFP 1. We'll consider potential revisions for that !@smartmatic.com query in RFP 1.  For the queries your vendor cannot run, please identify those queries for us so that we can address any issues.

3. You will send us an update by next Tuesday on the status of the production and hit reports after you talk to your vendor.

Thank you. I hope you have a great weekend.

**Bethany Pickett Shah**
1401 McKinney Suite 1900 | Houston, TX 77010
V: (713) 752-4365 | F: (713) 752-4221



---

**From:** Levine-Patton, Maura <MLevine-Patton@beneschlaw.com>
**Sent:** Tuesday, November 28, 2023 1:27 PM
**To:** Edwards, John <jedwards@jw.com>; Shah, Bethany <bpickett@jw.com>
**Cc:** Hoover, Andrea <AHoover@beneschlaw.com>; Kovacs, Caitlin <CKovacs@beneschlaw.com>; Golden, Meghan <MGolden@beneschlaw.com>; Bakke, West <wbakke@jw.com>
**Subject:** RE: OAN Subpoena to Courtney Torres Consulting

<span style="color:red">**\*\*RECEIVED FROM EXTERNAL SENDER – USE CAUTION\*\***</span>
Friday at 1pm CT would be great. Thanks.



Maura Levine-Patton
(she/her/hers)
Associate | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6368 | MLevine-Patton@beneschlaw.com
www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

---

**From:** Edwards, John <jedwards@jw.com>
**Sent:** Tuesday, November 28, 2023 9:48 AM
**To:** Levine-Patton, Maura <MLevine-Patton@beneschlaw.com>; Shah, Bethany <bpickett@jw.com>
**Cc:** Hoover, Andrea <AHoover@beneschlaw.com>; Kovacs, Caitlin <CKovacs@beneschlaw.com>; Golden, Meghan <MGolden@beneschlaw.com>; Bakke, West <wbakke@jw.com>
**Subject:** RE: OAN Subpoena to Courtney Torres Consulting

Maura, we could do Thursday morning before 10am if that works, or Friday after 11am.

---

**From:** Levine-Patton, Maura <MLevine-Patton@beneschlaw.com>
**Sent:** Monday, November 27, 2023 12:27 PM
**To:** Shah, Bethany <bpickett@jw.com>
**Cc:** Hoover, Andrea <AHoover@beneschlaw.com>; Kovacs, Caitlin <CKovacs@beneschlaw.com>; Edwards, John <jedwards@jw.com>; Golden, Meghan <MGolden@beneschlaw.com>; Bakke, West <wbakke@jw.com>
**Subject:** Re: OAN Subpoena to Courtney Torres Consulting

**RECEIVED FROM EXTERNAL SENDER – USE CAUTION**

Bethany and John,

Please let me know if you are available for a meet and confer this Wednesday per your correspondence. Thank you.

Maura





Maura Levine-Patton
(she/her/hers)
Associate | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6368 | MLevine-Patton@beneschlaw.com
www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

---

**From:** Shah, Bethany <bpickett@jw.com>
**Sent:** Wednesday, November 22, 2023 1:49 PM
**To:** Levine-Patton, Maura <MLevine-Patton@beneschlaw.com>
**Cc:** Hoover, Andrea <AHoover@beneschlaw.com>; Kovacs, Caitlin <CKovacs@beneschlaw.com>; Edwards, John <jedwards@jw.com>; Golden, Meghan <MGolden@beneschlaw.com>; Bakke, West <wbakke@jw.com>
**Subject:** OAN Subpoena to Courtney Torres Consulting

Maura,

Please see the attached correspondence concerning our subpoena to Courtney Torres Consulting and your client's failure to produce documents.

I hope you have a Happy Thanksgiving,
**Bethany Pickett Shah**
1401 McKinney Suite 1900 | Houston, TX 77010
V: (713) 752-4365 | F: (713) 752-4221

