**EXHIBIT K**

| Search | Hits |
|---|---|
| (*Democrat* OR Ayyadurai* OR Bartiromo* OR black mail OR compromis* OR demograph* OR disappear* OR hush money OR inaccurat* OR incorrect* OR infiltrat* OR interfere* OR LA County* OR manipulat* OR McInerney* OR News Room* OR Wisconsin* OR *clinton* OR *herring* OR back door OR back-door OR backdoor* OR Bautista* OR blackmail OR calibrat* OR compesat* OR Congress* OR consumer* OR Dominion* OR expensiv* OR Giuliani* OR *FNN*) | 1,183 |
| (Chavez* OR Chinese OR collud* OR decert* OR disinf* OR entice* OR glitch* OR Hamill* OR impact* OR improv* OR incent* OR indict* OR induce* OR infect* OR inquir* OR Maduro* OR Maloney OR market* OR Nevada* OR Oltman* OR pay off OR payoff* OR percep* OR Perino* OR pillow* OR Powell* OR Powell* OR profil* OR reject* OR reliab* OR reward* OR Sidney* OR stolen* OR suspic* OR switch* OR switch* OR Sydney* OR tamper* OR threat*) | 1,476 |
| (Committee on Foreign Investment OR Absolute Interference* OR Representative Maloney OR election interference OR (Christin* W/3 Bob*) OR foreign interference OR (Steph* W/3 Hamil*) OR (Doug* W/3 Frank*) OR (Steph* W/3 Myer*) OR man in the middle OR Scientific Proof* OR (my W/3 pillow*) OR Weekly Briefing* OR "wine and dine" OR ((Dan OR Daniel) W/3 (Bal OR Ball)) OR Absolute Proof* OR dis-information OR mis-information OR misinformation* OR AZ) | 167 |
| (Giuliani* OR January 6 OR kickback* OR malicious OR Michigan* OR mypillow* OR negative* OR Ramsland* OR unreliab* OR valuable* OR Venezuela* OR vulnerab* OR Wikipedia OR *rousch* OR Aksalic* OR Althaus* OR Arizona* OR Belgium* OR concern* OR concern* OR connect* OR convinc* OR corrupt* OR decreas* OR deflect* OR DePerno* OR exploit* OR Fanning* OR Fifield* OR Georgia* OR gratuit* OR hearing* OR Hussion* OR illicit* OR bug*) | 1,431 |
| (hack* OR harm* OR harm* OR Harp* OR hurt* OR hurt* OR image OR lure* OR OANN* OR Rudy* OR shit* OR SMMT* OR Smtt* OR suck* OR surg* OR virus OR weak* OR wiki* OR Dana OR dog* OR DVS* OR fix* OR los* OR los* OR Mich OR OAN* OR Penn OR rig* OR Rion OR SMT* OR Wisc OR bad OR Fox OR Lin OR SGO OR USB OR VZ* OR J6 OR LA OR MI OR NC OR NV OR PA OR WI) | 11,566 |

| | |
|---|---|
| (increas* OR internet OR Lin Wood OR Lindell* OR Lindell* OR malware* OR mislead* OR mislead* OR misread* OR Newsmax* OR present* OR problem* OR problem* OR problem* OR recount* OR Rudolph* OR Sequoia* OR Solomon* OR subvert* OR suscept* OR sweeten* OR tabulat* OR tabulat* OR Treasury OR unverif* OR Waldron* OR whistle* OR *biden* OR *Trump* OR Antrim* OR attack* OR believ* OR breach* OR buy off OR Carlson OR Castro* OR GA) | 1,811 |
| (press release* OR PR OR talking point* OR talking points OR TPs OR TP OR draft* OR circulat* OR *media* OR revis* OR review* OR analy* OR distribut* OR present* OR tweet* OR twit* OR slide* OR deck* OR OneNote* OR word* OR ppt* OR Googledoc* OR Google doc OR sheet* OR excel*) AND brand* AND ((my W/3 pillow*) OR Weekly Briefing* OR "wine and dine" OR ((Dan OR Daniel) W/3 (Bal OR Ball)) OR Absolute Proof* OR dis-information OR mis-information) | 0 |
| (press release* OR PR OR talking point* OR talking points OR TPs OR TP OR draft* OR circulat* OR *media* OR revis* OR review* OR analy* OR distribut* OR present* OR tweet* OR twit* OR slide* OR deck* OR OneNote* OR word* OR ppt* OR Googledoc* OR Google doc OR sheet* OR excel*) AND brand* AND (Aksalic* OR Althaus* OR Arizona* OR Belgium* OR concern* OR concern* OR connect* OR convinc* OR corrupt* OR decreas* OR deflect*) | 145 |
| (press release* OR PR OR talking point* OR talking points OR TPs OR TP OR draft* OR circulat* OR *media* OR revis* OR review* OR analy* OR distribut* OR present* OR tweet* OR twit* OR slide* OR deck* OR OneNote* OR word* OR ppt* OR Googledoc* OR Google doc OR sheet* OR excel*) AND brand* AND (collud* OR decert* OR disinf* OR entice* OR glitch* OR Hamill* OR impact* OR improv* OR incent* OR indict* OR induce* OR infect*) | 122 |
| (press release* OR PR OR talking point* OR talking points OR TPs OR TP OR draft* OR circulat* OR *media* OR revis* OR review* OR analy* OR distribut* OR present* OR tweet* OR twit* OR slide* OR deck* OR OneNote* OR word* OR ppt* OR Googledoc* OR Google doc OR sheet* OR excel*) AND brand* AND (Committee on Foreign Investment OR Absolute Interference* OR Representative Maloney OR election interference OR (Christin* W/3 Bob*)) | 5 |

| | |
|---|---|
| (press release* OR PR OR talking point* OR talking points OR TPs OR TP OR draft* OR circulat* OR *media* OR revis* OR review* OR analy* OR distribut* OR present* OR tweet* OR twit* OR slide* OR deck* OR OneNote* OR word* OR ppt* OR Googledoc* OR Google doc OR sheet* OR excel*) AND brand* AND (Congress* OR consumer* OR Dominion* OR expensiv* OR Giuliani* OR Giuliani* OR January 6 OR kickback* OR malicious OR Michigan* OR bad) | 66 |
| (press release* OR PR OR talking point* OR talking points OR TPs OR TP OR draft* OR circulat* OR *media* OR revis* OR review* OR analy* OR distribut* OR present* OR tweet* OR twit* OR slide* OR deck* OR OneNote* OR word* OR ppt* OR Googledoc* OR Google doc OR sheet* OR excel*) AND brand* AND (DePerno* OR exploit* OR Fanning* OR Fifield* OR Georgia* OR gratuit* OR hearing* OR Hussion* OR illicit* OR increas* OR internet) | 116 |
| (press release* OR PR OR talking point* OR talking points OR TPs OR TP OR draft* OR circulat* OR *media* OR revis* OR review* OR analy* OR distribut* OR present* OR tweet* OR twit* OR slide* OR deck* OR OneNote* OR word* OR ppt* OR Googledoc* OR Google doc OR sheet* OR excel*) AND brand* AND (Dinow* OR Ellis* OR error* OR error* OR fraud* OR fu* Up OR Jan. 6 OR Kenya* OR optic* OR plant* OR screw* OR shift* OR steal* OR Fox) | 108 |
| (press release* OR PR OR talking point* OR talking points OR TPs OR TP OR draft* OR circulat* OR *media* OR revis* OR review* OR analy* OR distribut* OR present* OR tweet* OR twit* OR slide* OR deck* OR OneNote* OR word* OR ppt* OR Googledoc* OR Google doc OR sheet* OR excel*) AND brand* AND (disappear* OR hush money OR incorrect* OR infiltrat* OR interfere* OR LA County* OR manipulat* OR McInerney* OR News Room* OR *biden*) | 102 |
| (press release* OR PR OR talking point* OR talking points OR TPs OR TP OR draft* OR circulat* OR *media* OR revis* OR review* OR analy* OR distribut* OR present* OR tweet* OR twit* OR slide* OR deck* OR OneNote* OR word* OR ppt* OR Googledoc* OR Google doc OR sheet* OR excel*) AND brand* AND (fals* OR fals* OR Finn* OR fuck* OR gift* OR hack* OR harm* OR harm* OR Harp* OR hurt* OR hurt* OR image OR lure* OR OANN* OR Rudy*) | 97 |

| | |
|---|---|
| (press release* OR PR OR talking point* OR talking points OR TPs OR TP OR draft* OR circulat* OR *media* OR revis* OR review* OR analy* OR distribut* OR present* OR tweet* OR twit* OR slide* OR deck* OR OneNote* OR word* OR ppt* OR Googledoc* OR Google doc OR sheet* OR excel*) AND brand* AND (foreign interference OR (Steph* W/3 Hamil*) OR (Doug* W/3 Frank*) OR (Steph* W/3 Myer*) OR man in the middle OR Scientific Proof*) | 0 |
| (press release* OR PR OR talking point* OR talking points OR TPs OR TP OR draft* OR circulat* OR *media* OR revis* OR review* OR analy* OR distribut* OR present* OR tweet* OR twit* OR slide* OR deck* OR OneNote* OR word* OR ppt* OR Googledoc* OR Google doc OR sheet* OR excel*) AND brand* AND (inquir* OR Maduro OR Maloney OR market* OR Nevada* OR Newsmax OR Oltman* OR pay off OR payoff* OR percep* OR Perino* OR pillow*) | 49 |
| (press release* OR PR OR talking point* OR talking points OR TPs OR TP OR draft* OR circulat* OR *media* OR revis* OR review* OR analy* OR distribut* OR present* OR tweet* OR twit* OR slide* OR deck* OR OneNote* OR word* OR ppt* OR Googledoc* OR Google doc OR sheet* OR excel*) AND brand* AND (Lin Wood OR Lindell* OR Lindell* OR malware* OR mislead* OR mislead* OR misread* OR present* OR problem* OR problem* OR problem*) | 112 |
| (press release* OR PR OR talking point* OR talking points OR TPs OR TP OR draft* OR circulat* OR *media* OR revis* OR review* OR analy* OR distribut* OR present* OR tweet* OR twit* OR slide* OR deck* OR OneNote* OR word* OR ppt* OR Googledoc* OR Google doc OR sheet* OR excel*) AND brand* AND (misinformation* OR The Real Story* OR inappropriate* OR North Carolina OR Representativ* OR smartmatic.com OR thing of value OR *FNN*) | 122 |
| (press release* OR PR OR talking point* OR talking points OR TPs OR TP OR draft* OR circulat* OR *media* OR revis* OR review* OR analy* OR distribut* OR present* OR tweet* OR twit* OR slide* OR deck* OR OneNote* OR word* OR ppt* OR Googledoc* OR Google doc OR sheet* OR excel*) AND brand* AND (mypillow* OR negative* OR politico* OR Ramsland* OR unreliab* OR valuable* OR Venezula* OR vulnerab* OR Wikipedia OR *rousch* OR Dana) | 80 |

| | |
|---|---|
| (press release* OR PR OR talking point* OR talking points OR TPs OR TP OR draft* OR circulat* OR *media* OR revis* OR review* OR analy* OR distribut* OR present* OR tweet* OR twit* OR slide* OR deck* OR OneNote* OR word* OR ppt* OR Googledoc* OR Google doc OR sheet* OR excel*) AND brand* AND (Philippine* OR Smartmatic* OR Smartmatik* OR Ayyadurai* OR Bartiromo* OR black mail OR compensat* OR compromis* OR demograph* OR bug*) | 154 |
| (press release* OR PR OR talking point* OR talking points OR TPs OR TP OR draft* OR circulat* OR *media* OR revis* OR review* OR analy* OR distribut* OR present* OR tweet* OR twit* OR slide* OR deck* OR OneNote* OR word* OR ppt* OR Googledoc* OR Google doc OR sheet* OR excel*) AND brand* AND (Powell* OR Powell* OR profil* OR reject* OR reliab* OR reward* OR Sidney* OR stolen* OR suspic* OR switch* OR switch* OR Sydney*) | 76 |
| (press release* OR PR OR talking point* OR talking points OR TPs OR TP OR draft* OR circulat* OR *media* OR revis* OR review* OR analy* OR distribut* OR present* OR tweet* OR twit* OR slide* OR deck* OR OneNote* OR word* OR ppt* OR Googledoc* OR Google doc OR sheet* OR excel*) AND brand* AND (recount* OR Rudolph* OR Sequoia* OR Solomon* OR subvert* OR suscept* OR sweeten* OR tabulat* OR tabulat* OR Treasury OR unverif*) | 56 |
| (press release* OR PR OR talking point* OR talking points OR TPs OR TP OR draft* OR circulat* OR *media* OR revis* OR review* OR analy* OR distribut* OR present* OR tweet* OR twit* OR slide* OR deck* OR OneNote* OR word* OR ppt* OR Googledoc* OR Google doc OR sheet* OR excel*) AND brand* AND (Rep. Maloney OR Smart Matic* OR Smart-matic* OR California* OR investigat* OR Jenna Ellis OR never trump OR One America OR *Democrat*) | 98 |
| (press release* OR PR OR talking point* OR talking points OR TPs OR TP OR draft* OR circulat* OR *media* OR revis* OR review* OR analy* OR distribut* OR present* OR tweet* OR twit* OR slide* OR deck* OR OneNote* OR word* OR ppt* OR Googledoc* OR Google doc OR sheet* OR excel*) AND brand* AND (rig* OR Rion OR SMT* OR Wisc OR Lin OR SGO OR USB OR VZ* OR GA OR J6 OR LA OR MI OR NC OR NV OR PA OR WI) | 190 |

| | |
|---|---|
| (press release* OR PR OR talking point* OR talking points OR TPs OR TP OR draft* OR circulat* OR *media* OR revis* OR review* OR analy* OR distribut* OR present* OR tweet* OR twit* OR slide* OR deck* OR OneNote* OR word* OR ppt* OR Googledoc* OR Google doc OR sheet* OR excel*) AND brand* AND (shit* OR SMMT* OR Smtt* OR suck* OR surg* OR virus OR weak* OR wiki* OR dog* OR DVS* OR fix* OR los* OR los* OR Mich OR OAN* OR Penn) | 147 |
| (press release* OR PR OR talking point* OR talking points OR TPs OR TP OR draft* OR circulat* OR *media* OR revis* OR review* OR analy* OR distribut* OR present* OR tweet* OR twit* OR slide* OR deck* OR OneNote* OR word* OR ppt* OR Googledoc* OR Google doc OR sheet* OR excel*) AND brand* AND (stole* OR story* OR truth* OR Tucker OR unsaf* OR virus* OR bait* OR Bobb* OR brib* OR CFIUS OR Chong OR crap* OR deal* OR deci*) | 141 |
| (press release* OR PR OR talking point* OR talking points OR TPs OR TP OR draft* OR circulat* OR *media* OR revis* OR review* OR analy* OR distribut* OR present* OR tweet* OR twit* OR slide* OR deck* OR OneNote* OR word* OR ppt* OR Googledoc* OR Google doc OR sheet* OR excel*) AND brand* AND (tamper* OR threat* OR Watkin* OR whistl* OR allur* OR angle* OR benef* OR Byrne* OR Chanel OR China* OR crack* OR crash* OR damag*) | 105 |
| (press release* OR PR OR talking point* OR talking points OR TPs OR TP OR draft* OR circulat* OR *media* OR revis* OR review* OR analy* OR distribut* OR present* OR tweet* OR twit* OR slide* OR deck* OR OneNote* OR word* OR ppt* OR Googledoc* OR Google doc OR sheet* OR excel*) AND brand* AND (Tipping Point* OR conversation* OR Pennsylvania* OR Real America* OR *nevertrump* OR *Republican* OR Los Angeles* OR malfunction*) | 128 |
| (press release* OR PR OR talking point* OR talking points OR TPs OR TP OR draft* OR circulat* OR *media* OR revis* OR review* OR analy* OR distribut* OR present* OR tweet* OR twit* OR slide* OR deck* OR OneNote* OR word* OR ppt* OR Googledoc* OR Google doc OR sheet* OR excel*) AND brand* AND (Waldron* OR whistle* OR *Trump* OR Antrim* OR attack* OR believ* OR breach* OR buy off OR Carlson OR Castro* OR Chavez* OR Chinese) | 90 |

| | |
|---|---:|
| (press release* OR PR OR talking point* OR talking points OR TPs OR TP OR draft* OR circulat* OR *media* OR revis* OR review* OR analy* OR distribut* OR present* OR tweet* OR twit* OR slide* OR deck* OR OneNote* OR word* OR ppt* OR Googledoc* OR Google doc OR sheet* OR excel*) AND brand* AND (Wisconsin* OR *accurat* OR *clinton* OR *herring* OR back door OR back-door OR backdoor* OR Bautista* OR blackmail OR calibrat* OR AZ) | 89 |
| (Smartmatic* OR Smart-matic* OR Smart Matic* OR SMMT* OR SMT* OR SGO OR Smartmatik* OR Smtt* OR smartmatic.com OR *rousch*) AND (break through* OR break-through* OR breakthrough* OR conversation* OR receivable* OR breakthru* OR consumer* OR contract* OR proposal* OR arrange* OR convinc* OR deflect* OR problem* OR reputat* OR severab* OR strateg* OR *media* OR believ* OR budget* OR disinf* OR execut* OR impact* OR licens*) | 1,897 |
| (Smartmatic* OR Smart-matic* OR Smart Matic* OR SMMT* OR SMT* OR SGO OR Smartmatik* OR Smtt* OR smartmatic.com OR *rousch*) AND (Committee on Foreign Investment OR Absolute Interference* OR Representative Maloney OR election interference OR (Christin* W/3 Bob*) OR foreign interference OR (Steph* W/3 Hamil*) OR (Doug* W/3 Frank*) OR (Steph* W/3 Myer*) OR man in the middle OR Scientific Proof* OR (my W/3 pillow*) OR *clinton*) | 118 |
| (Smartmatic* OR Smart-matic* OR Smart Matic* OR SMMT* OR SMT* OR SGO OR Smartmatik* OR Smtt* OR smartmatic.com OR *rousch*) AND (DePerno* OR exploit* OR Fanning* OR Fifield* OR Georgia* OR gratuit* OR hearing* OR Hussion* OR illicit* OR increas* OR internet OR Lin Wood OR Lindell* OR Lindell* OR malware* OR mislead* OR mislead* OR misread* OR Newsmax* OR present* OR problem* OR problem* OR recount* OR Rudolph* OR Sequoia*) | 917 |
| (Smartmatic* OR Smart-matic* OR Smart Matic* OR SMMT* OR SMT* OR SGO OR Smartmatik* OR Smtt* OR smartmatic.com OR *rousch*) AND (disappear* OR hush money OR inaccurat* OR incorrect* OR infiltrat* OR interfere* OR manipulat* OR McInerney* OR News Room* OR Wisconsin* OR *herring* OR back door OR backdoor* OR Bautista* OR calibrat* OR compesat* OR Congress* OR consumer* OR Democrat* OR Dominion* OR expensiv* OR Giuliani* OR AZ) | 337 |

| | |
|---|---|
| (Smartmatic* OR Smart-matic* OR Smart Matic* OR SMMT* OR SMT* OR SGO OR Smartmatik* OR Smtt* OR smartmatic.com OR *rousch*) AND (Giuliani* OR January 6 OR kickback* OR LA County OR malicious OR Michigan* OR mypillow* OR negative* OR Ramsland* OR unreliab* OR Venezula* OR vulnerab* OR Aksalic* OR Althaus* OR Arizona* OR Belgium* OR Carlson* OR concern* OR concern* OR connect* OR convinc* OR corrupt* OR decreas* OR deflect*) | 1,212 |
| (Smartmatic* OR Smart-matic* OR Smart Matic* OR SMMT* OR SMT* OR SGO OR Smartmatik* OR Smtt* OR smartmatic.com OR *rousch*) AND (glitch* OR Hamill* OR impact* OR improv* OR incent* OR indict* OR induce* OR infect* OR inquir* OR Jan. 6 OR Maduro* OR Maloney OR market* OR Nevada* OR Oltman* OR pay off OR payoff* OR percep* OR Perino* OR pillow* OR Powell* OR Powell* OR profil* OR reject* OR reliab* OR reward* OR Sidney*) | 702 |
| (Smartmatic* OR Smart-matic* OR Smart Matic* OR SMMT* OR SMT* OR SGO OR Smartmatik* OR Smtt* OR smartmatic.com OR *rousch*) AND (intellectual property OR fingerprint* OR source code OR source-code OR equipment* OR sourcecode OR technolog* OR contract* OR firm ware OR firmware* OR fraction* OR hard ware OR hard-ware OR reassess* OR soft ware OR soft-ware OR *cyber-* OR hardwar* OR machine* OR purchas* OR recount* OR softwar*) | 1,127 |
| (Smartmatic* OR Smart-matic* OR Smart Matic* OR SMMT* OR SMT* OR SGO OR Smartmatik* OR Smtt* OR smartmatic.com OR *rousch*) AND (market* OR market* OR retain* OR signat* OR accur* OR agree* OR amend* OR analy* OR angle* OR brand* OR damag* OR engag* OR enter* OR image* OR offer* OR perce* OR plant* OR recep* OR rider* OR shift* OR story* OR truth* OR deci* OR entry OR dog* OR due* OR owe* OR AR) | 2,133 |
| (Smartmatic* OR Smart-matic* OR Smart Matic* OR SMMT* OR SMT* OR SGO OR Smartmatik* OR Smtt* OR smartmatic.com OR *rousch*) AND (National Electoral Council OR (George* W/10 Foundation) OR (George* W/10 societ*) OR (Will* W/3 Brownfield) OR Alfred Jose Anzola OR Jorge Rodriguez OR Open Societies OR conversation* OR Brownsfield* OR Open Society OR Open-societ* OR Brownfield* OR demograph* OR Bautista* OR consumer* OR connect*) | 536 |

| | |
|---|---:|
| (Smartmatic* OR Smart-matic* OR Smart Matic* OR SMMT* OR SMT* OR SGO OR Smartmatik* OR Smtt* OR smartmatic.com OR *rousch*) AND (OANN* OR Penn* OR Rion* OR Rudy* OR shit* OR suck* OR surg* OR weak* OR wiki* OR Wisc* OR bug* OR Dana OR dog* OR DVS* OR fix* OR Fox* OR los* OR OAN* OR rig* OR bad OR Lin OR PA OR USB OR VZ OR J6 OR LA OR MI OR NC OR NV OR WI) | 3,355 |
| (Smartmatic* OR Smart-matic* OR Smart Matic* OR SMMT* OR SMT* OR SGO OR Smartmatik* OR Smtt* OR smartmatic.com OR *rousch*) AND (Real America* OR *nevertrump* OR malfunction* OR Rep. Maloney OR *Wikipedia* OR California* OR investigat* OR Jenna Ellis OR Los Angeles OR never trump OR One America OR Philippine* OR Republican* OR Ayyadurai* OR back-door* OR Bartiromo* OR black mail OR blackmail* OR compromis* OR demograph*) | 1,568 |
| (Smartmatic* OR Smart-matic* OR Smart Matic* OR SMMT* OR SMT* OR SGO OR Smartmatik* OR Smtt* OR smartmatic.com OR *rousch*) AND (regression error OR Weekly Briefing* OR "wine and dine" OR ((Dan OR Daniel) W/3 (Bal OR Ball)) OR Absolute Proof* OR dis-information OR mis-information OR Representative* OR The Real Story* OR inappropriate* OR misinformation OR North Carolina OR thing of value OR Tipping Point* OR conversation* OR Pennsylvania*) | 340 |
| (Smartmatic* OR Smart-matic* OR Smart Matic* OR SMMT* OR SMT* OR SGO OR Smartmatik* OR Smtt* OR smartmatic.com OR *rousch*) AND (Solomon* OR subvert* OR suscept* OR sweeten* OR tabulat* OR tabulat* OR Treasury OR unverif* OR unverif* OR valuabl* OR Waldron* OR whistle* OR whistle* OR *biden* OR *Trump* OR *Trump* OR attack* OR breach* OR buy off OR Chanel* OR Chavez* OR Chinese OR collud* OR decert* OR disinf* OR entice*) | 446 |
| (Smartmatic* OR Smart-matic* OR Smart Matic* OR SMMT* OR SMT* OR SGO OR Smartmatik* OR Smtt* OR smartmatic.com OR *rousch*) AND (steal* OR stole* OR story* OR truth* OR Tucker OR unsaf* OR virus* OR virus* OR *FNN* OR bait* OR Bobb* OR brib* OR CFIUS OR Chong OR crap* OR deal* OR deci* OR error OR fals* OR fals* OR Finn* OR fuck* OR gift* OR hack* OR harm* OR harm* OR Harp* OR hurt* OR hurt* OR image OR lure* OR Mich* OR GA) | 2,283 |

| Query | Count |
|---|---|
| (Smartmatic* OR Smart-matic* OR Smart Matic* OR SMMT* OR SMT* OR SGO OR Smartmatik* OR Smtt* OR smartmatic.com OR *rousch*) AND (stolen* OR suspic* OR switch* OR switch* OR Sydney* OR tamper* OR threat* OR Watkin* OR accur* OR allur* OR angle* OR Antrim OR belie* OR benef* OR Byrne* OR China* OR crack* OR crash* OR damag* OR Dinow* OR Ellis* OR error* OR fraud* OR fu* Up OR Kenya* OR optic* OR plant* OR screw* OR shift*) | 1,526 |
| (Smartmatic* OR Smart-matic* OR Smart Matic* OR SMMT* OR SMT* OR SGO OR Smartmatik* OR Smtt* OR smartmatic.com OR *rousch*) AND (tabulat* OR licens* OR malwar* OR market* OR market* OR procur* OR server* OR *cyber OR damag* OR thumb* OR sell OR sold OR USB* OR IP) | 645 |
| (Smartmatic* OR Smart-matic* OR Smart Matic* OR SMMT* OR SMT* OR SGO OR Smartmatik* OR Smtt* OR smartmatic.com OR *rousch*) AND (truth* OR CANTV OR Chong OR deci* OR Delcy OR los* OR OSF* OR OSI* OR CNE OR NEC OR VZ* OR GS) | 1,458 |
| (Smartmatic* OR Smart-matic* OR Smart Matic* OR SMMT* OR SMT* OR SGO OR Smartmatik* OR Smtt* OR smartmatic.com OR *rousch*) AND (Venezuel* OR convinc* OR decreas* OR deflect* OR increas* OR problem* OR believ* OR Caracas OR Castro* OR Chavez* OR disinf* OR Ex-Cle* OR impact* OR indict* OR Maduro* OR market* OR profil* OR accur* OR angle* OR Anzola OR benef* OR damag* OR ExCle* OR plant* OR shift* OR Soros* OR story* OR dog*) | 1,438 |
| (The Real Story* OR disinformation OR inappropriate* OR North Carolina OR Representativ* OR smartmatic.com OR thing of value OR Tipping Point* OR conversation* OR Pennsylvania* OR Real America* OR *nevertrump* OR *Republican* OR Los Angeles* OR malfunction* OR Rep. Maloney OR Smart Matic* OR Smart-matic* OR California* OR investigat* OR Jenna Ellis OR never trump OR One America OR Philippine* OR Smartmatic* OR Smartmatik*) | 4,734 |

| | |
|---|---|
| (Watkin* OR whistl* OR accur* OR allur* OR angle* OR benef* OR Byrne* OR Chanel OR China* OR crack* OR crash* OR damag* OR Dinow* OR Ellis* OR error* OR error* OR fraud* OR fu* Up OR Jan. 6 OR Kenya* OR optic* OR plant* OR screw* OR shift* OR steal* OR stole* OR story* OR truth* OR Tucker OR unsaf* OR virus* OR bait* OR Bobb* OR brib* OR CFIUS OR Chong OR crap* OR deal* OR deci* OR fals* OR fals* OR Finn* OR fuck* OR gift*) | 2,875 |
| *rousch* | 0 |

**Total Proposed Hits**    11,843