**EXHIBIT L**

| Search | Hits |
|---|---|
| (Smartmatic* OR Smart-matic* OR Smart Matic* OR SMMT* OR SMT* OR SGO) AND (Budget OR retainer OR due OR owe OR receivable) | 0 |
| (Smartmatic* OR Smart-matic* OR Smart Matic* OR SMMT* OR SMT* OR SGO) AND (CFIUS OR Sequoia) | 12 |
| (Smartmatic* OR Smart-matic* OR Smart Matic* OR SMMT* OR SMT* OR SGO) AND (Los Angeles OR LA County OR LA) | 338 |
| (Smartmatic* OR Smart-matic* OR Smart Matic* OR SMMT* OR SMT* OR SGO) AND (Philippines OR Kenya) | 40 |
| (Smartmatic* OR Smart-matic* OR Smart Matic* OR SMMT* OR SMT* OR SGO) AND (United States OR USA OR U.S. OR US) W/5 (market OR entry OR enter OR breakthrough OR strategy) | 10 |
| (Smartmatic* OR Smart-matic* OR Smart Matic* OR SMMT* OR SMT* OR SGO) AND (Venezuela* OR Chavez OR Maduro) | 16 |
| (Smartmatic* OR Smart-matic* OR Smart Matic* OR SMMT* OR SMT* OR SGO) AND (Wikipedia) | 2 |
| (Smartmatic* OR Smart-matic* OR Smart Matic* OR SMMT* OR SMT* OR SGO) W/25 (Newsmax OR NMX) | 0 |
| (Smartmatic* OR Smart-matic* OR Smart Matic* OR SMMT* OR SMT* OR SGO) W/25 (Proposal* OR Market* OR Media) | 30 |
| (Smartmatic* OR Smart-matic* OR Smart Matic* OR SMMT* OR SMT* OR SGO) W/25 (reputation OR brand* OR recep* OR perce* OR image OR bad OR negative OR false OR harm* OR hurt* OR concern* OR problem* OR fix OR improv* OR mislead*) | 46 |
| **Total Proposed Hits** | **494** |