IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>  Plaintiffs,<br>v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK,<br><br>  Defendant. | Civil Action No. 1:21-cv-02900-CJN |

## DEFENDANT'S NOTICE OF UNFILED DISCOVERY DISPUTES

On December 12, 2023, Magistrate Judge Upadhyaya issued a Minute Order requiring the parties to submit a filing "briefly identifying each pending discovery dispute by name and docket number." Minute Order (Dec. 12, 2023).

Judge Nichols's Standing Order requires the parties to obtain leave of Court before filing discovery motions against another party to this case. *See* ECF No. 5, ¶ 11. That process is initiated by contacting Judge Nichols's chambers by email. *See id.*

In Spring 2023, the parties triggered that process for several discovery disputes, and on May 1, 2023, Judge Nichols ordered the parties to submit to his chambers a joint notice laying out their positions on those disputes. Minute Order (May 1, 2023). On May 5, 2023, the parties sent the Joint Notice of Unresolved Discovery Disputes to Judge Nichols's chambers, and on May 31, 2023, he referred the matter to Magistrate Judge Upadhyaya. Minute Order (May 31, 2023). Because no discovery motion has been filed arising out of that Joint Notice, however, Defendant hereby attaches the Joint Notice so that it will have a "docket number." Minute Order (Dec. 12, 2023).

1

Defendant also sought leave from Judge Nichols in October 2023—well before the close of discovery on December 8, 2023—to file several discovery motions on other matters. Defendant contacted Judge Nichols's chambers and attached copies of the proposed motions. On October 30, 2023, Judge Nichols's Courtroom Deputy told Defendant to forward those requests to Magistrate Judge Upadhyaya's chambers, which Defendant did on November 7, 2023.

Leave of Court has not yet been granted to file those motions, however, and accordingly Defendant has not filed them. As a result, there similarly is no "docket number" for them. Minute Order (Dec. 12, 2023). To create a docket number for those proposed motions while still complying with Judge Nichols' Standing Order barring discovery motions against another party to this case absent leave of Court, Defendant is hereby attaching those proposed motions to this Notice.

Accordingly, the attachments are as follows:

- **Ex. A:** "Joint Notice of Unresolved Discovery Disputes." This was first sent to Judge Nichols's chambers on May 5, 2023, and he referred these matters to Magistrate Judge Upadhyaya on May 31, 2023. Minute Order (May 31, 2023).

- **Ex. B:** "Defendant's Opposed Motion to Compel Depositions." This proposed motion was first sent to Judge Nichols's chambers on October 3, 2023, in accordance with the Standing Order, and then sent to Magistrate Judge Upadhyaya's chambers on November 7, 2023, in accordance with Judge Nichols's Courtroom Deputy's email of October 30, 2023.

- **Ex. C:** "OAN's Opposed Motion to Modify Deposition Limits." This proposed motion was first sent to Judge Nichols's chambers on October 6, 2023, in accordance with the Standing Order, and then sent to Magistrate Judge

Upadhyaya's chambers on November 7, 2023, in accordance with Judge Nichols's Courtroom Deputy's email of October 30, 2023.

- **Ex. D:** "Defendant's Opposed Motion to Compel Amended Initial Disclosures." This proposed motion was first sent to Judge Nichols's chambers on October 17, 2023, in accordance with the Standing Order, and then sent to Magistrate Judge Upadhyaya's chambers on November 7, 2023, in accordance with Judge Nichols's Courtroom Deputy's email of October 30, 2023.

- **Ex. E:** "Defendant's Opposed Motion to Compel Source Code and Machine Inspection (Fifth Motion to Compel)." This proposed motion was first sent to Judge Nichols's chambers on October 27, 2023, in accordance with the Standing Order, and then sent to Magistrate Judge Upadhyaya's chambers on November 7, 2023, in accordance with Judge Nichols's Courtroom Deputy's email of October 30, 2023.

- **Ex. F:** "Defendant's Opposed Motion to Compel Discovery Responses (Sixth Motion to Compel)." This proposed motion was first sent to Judge Nichols's chambers on October 27, 2023, in accordance with the Standing Order, and then sent to Magistrate Judge Upadhyaya's chambers on November 7, 2023, in accordance with Judge Nichols's Courtroom Deputy's email of October 30, 2023.

Dated: December 13, 2023            By: */s/ Charles L. Babcock*

**JACKSON WALKER LLP**
Charles L. Babcock
(admitted *pro hac vice*)
cbabcock@jw.com
1401 McKinney Suite 1900
Houston, TX 77010
(713) 752-4210 (Direct Dial)
(713) 308-4110 (Fax)

**BOYDEN GRAY PLLC**

/s/ R. Trent McCotter

R. Trent McCotter
D.C. BAR NO. 1011329
801 17th St NW, #350
Washington, DC 20006
(202) 706-5488
tmccotter@boydengray.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of December 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

/s/ R. Trent McCotter
R. Trent McCotter