IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK,<br><br>Defendant. | Civil Action No. 1:21-cv-02900-CJN |

## JOINT MOTION FOR EXTENSION OF PAGES

The Parties have been exchanging drafts of the joint status report required by the Court's December 12, 2023 Minute Order, which is due by close of business today. It is apparent to us that we will need more than the allotted 10 pages in order to provide the information requested and make this submission helpful to the Court. We suggest 20 pages.

There are 19 discovery disputes and another (the May 5, 2023 submission) that has multiple issues for the Court's determination. By making this request we do not mean or intend to burden the Court but rather to make our joint submission meaningful.

By:  */s/ Charles L. Babcock*

**JACKSON WALKER L.L.P.**
Charles L. Babcock
(admitted *pro hac vice*)
1401 McKinney Suite 1900
Houston, TX 77010
Tel: (713) 752-4200
Fax: (713) 308-4110
cbabcock@jw.com

1

**BOYDEN GRAY PLLC**
R. Trent McCotter
D.C. BAR NO. 1011329
801 17th St NW, #350
Washington, DC 20006
(202) 706-5488
tmccotter@boydengray.com

*Counsel for Defendant*


/s/ Olivia Sullivan (by permission)

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP**
Olivia Sullivan
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312.212.4949
osullivan@beneschlaw.com

*Counsel for Plaintiffs*


## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of December, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

 /s/ R. Trent McCotter
R. Trent McCotter