AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Smartmatic USA Corp. et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-02900-CJN |
| Herring Networks, Inc. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Parties George Soros and Open Society Institute.

Date: 12/14/2023

/s/ Elizabeth J. Bower
*Attorney's signature*

Elizabeth J. Bower (498480)
*Printed name and bar number*

Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington DC 20006-1238
*Address*

EBower@willkie.com
*E-mail address*

(202) 303-1252
*Telephone number*

(202) 303-2000
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of December, 2023, I caused a true and correct copy of the foregoing notice of Appearance of Counsel to be electronically filed using the CM/ECF system.

    Respectfully submitted,

    */s/ Elizabeth J. Bower*
    Elizabeth J. Bower (D.C. Bar No. 498480)
    Willkie Farr & Gallagher LLP
    1875 K Street, N.W.
    Washington, D.C. 20006-1238
    (202) 303-1252
    EBower@willkie.com

    *Counsel for George Soros and Open Society Institute*