# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>        Plaintiffs,<br>v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK,<br><br>        Defendant. | Civil Action No. 1:21-cv-02900-CJN-MAU |

## [PROPOSED] ORDER

Upon consideration of the Emergency Unopposed Motion for Extension of Time to Respond to Motions to Compel, and for good cause shown based on the record herein, it is hereby

ORDERED that the motion is granted;

ORDERED that any oppositions to the Motions to Compel are due on January 5, 2024; and it is further

ORDERED that any reply briefs are due on January 22, 2024.

_____
Hon. Moxila A. Upadhyaya
United States Magistrate Court Judge