IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., *et al.*, | |
| Plaintiffs, | No. 1:21-cv-02900-CJN-MAU |
| v. | |
| HERRING NETWORKS, INC., | Magistrate Judge Moxila A. Upadhyaya |
| Defendant. | |

## NOTICE OF PROPOSED REDACTIONS FOR COURT'S MEMORANDUM OPINION DENYING DEFENDANT'S MOTION FOR RECUSAL

The Parties, Smartmatic USA Corp., Smartmatic Holding B.V. and SGO Corporation Limited ("Plaintiffs") and Defendant Herring Networks, Inc. d/b/a One America News Network ("Defendant" or "OAN"), file this notice pursuant to Magistrate Judge Upadhyaya's Order entered on December 8, 2023. (Dkt. 133). Magistrate Judge Upadhyaya instructed the parties to meet and confer and propose a redacted version of the Memorandum Opinion. (Dkt. 133). The parties have reviewed the Memorandum Opinion and agree that there are no redactions that need to be applied.

Dated: December 15, 2023

*/s/ J. Erik Connolly*
J. Erik Connolly (D.C. Bar No. IL0099)
Nicole E. Wrigley (D.C. Bar No. IL0101)
Ronald S. Betman (admitted *pro hac vice*)
Caitlin A. Kovacs (admitted *pro hac vice*)
Olivia Sullivan (admitted *pro hac vice*)
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312.212.4949
econnolly@beneschlaw.com
nwrigley@beneschlaw.com
rbetman@beneschlaw.com
ckovacs@beneschlaw.com
osullivan@beneschlaw.com

*Attorneys for the Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 15th day of December, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which I understand to have served counsel for the parties.

                                                          /s/ J. Erik Connolly
                                                          J. Erik Connolly (D.C. Bar No. IL0099)
                                                          *One of the Attorneys for the Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*