IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>  Plaintiffs,<br><br>  v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK,<br><br>  Defendant. | Civil Action No. 1:21-cv-02900-CJN |

**ORDER DENYING PLAINTIFFS' MOTION TO COMPEL
PRODUCTION OF FINANCIAL DOCUMENTS**

On this day came to be considered Plaintiffs' Motion to Compel Production of Financial Documents (ECF No. 124). The Court, having considered the Motion, the briefing, and applicable law, finds that the Motion is without merit and should be and hereby is DENIED.

Signed this _____ day of _____, 202___.

_____