IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK,<br><br>Defendant. | Civil Action No. 1:21-cv-02900-CJN |

### Correction to Joint Status Report

Smartmatic USA Corp., Smartmatic Holding B.V. and SGO Corporation Limited ("Plaintiffs") file this Correction to the Joint Status Report (Dkt. 147), that was submitted pursuant to the Magistrate Judge's Minute Order ("Order") of December 12, 2023.

### Smartmatic's Correction

Smartmatic submits a correction to "Plaintiffs' Position" and "Meet and Confer and Resolution," under Defendant's Motion for Protective Order Forbidding Plaintiffs' Third-Party Discovery that Violates Standing Order (Dkt. 135, December 8, 2023). (Dkt. 147 at 14). The corrections are as follows:

Plaintiffs' Position: The deadline for Smartmatic's response brief is not until December 22, as such, Smartmatic offers its preliminary position. Depositions were stayed in this matter until further order of Court, in line with this, Smartmatic served deposition subpoenas with placeholder dates for the near future. Additionally, Smartmatic filed a motion asking for the extension of fact discovery on September 18 (*see* Dkt. 96), and issued these subpoenas under the good faith belief that fact discovery will be extended. This motion is frivolous and should be withdrawn.

<u>Meet and Confer and Resolution</u>: The parties met and conferred prior to filing. This dispute has not been resolved.

Dated: December 19, 2023

        */s/ J. Erik Connolly*
J. Erik Connolly (D.C. Bar No. IL0099)
Nicole E. Wrigley (D.C. Bar No. IL0101)
Ronald S. Betman (admitted *pro hac vice*)
Caitlin A. Kovacs (admitted *pro hac vice*)
Olivia Sullivan (admitted *pro hac vice*)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312.212.4949
econnolly@beneschlaw.com
nwrigley@beneschlaw.com
rbetman@beneschlaw.com
ckovacs@beneschlaw.com
osullivan@beneschlaw.com

*Attorneys for the Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of December, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which I understand to have served counsel for the parties.

                                                               /s/ J. Erik Connolly
                                                               J. Erik Connolly (D.C. Bar No. IL0099)
                                                               *One of the Attorneys for the Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*