IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., <br> SMARTMATIC HOLDING B.V., AND <br> SGO CORPORATION LIMITED, <br><br> Plaintiffs, <br> v. <br><br> HERRING NETWORKS, INC., D/B/A <br> ONE AMERICA NEWS NETWORK, <br><br> Defendant. | Civil Action No. 1:21-cv-02900-CJN |

## NOTICE OF WITHDRAWAL OF DEFENDANT'S RULE 72 OBJECTIONS TO MAGISTRATE JUDGE RULING

In accordance with the proceedings earlier today before Magistrate Judge Upadhyaya, Defendant Herring Networks, Inc., d/b/a One America News Network ("Defendant"), hereby notifies the Court that it withdraws its Rule 72 Objections to Magistrate Judge Ruling. *See* Dkt. 121 (objections); Dkt. 125 (opposition); Dkt. 140 (reply).

Dated: December 20, 2023.              By: */s/ Charles L. Babcock*

**JACKSON WALKER LLP**
Charles L. Babcock
(admitted *pro hac vice*)
cbabcock@jw.com
1401 McKinney Suite 1900
Houston, TX 77010
(713) 752-4210 (Direct Dial)
(713) 308-4110 (Fax)


**BOYDEN GRAY PLLC**

/s/ R. Trent McCotter

1

R. Trent McCotter<br>
D.C. BAR NO. 1011329<br>
801 17th St NW, #350<br>
Washington, DC 20006<br>
(202) 706-5488<br>
tmccotter@boydengray.com<br>
<br>
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of December 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

/s/ *R. Trent McCotter*<br>
R. Trent McCotter