UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**SMARTMATIC USA CORP.**, *et al*,

Plaintiffs,

v.

**HERRING NETWORKS, INC.**

Defendant.

Civil Action No.
1:21-cv-02900-CJN-MAU

### ORDER

For the reasons stated on the record during the December 20, 2023 discovery status hearing ("hearing"), it is hereby,

**ORDERED** that the temporary stays of depositions issued on October 21, 2023, related to ECF No. 105, and November 11, 2023, related to ECF No. 113 are hereby lifted; and it is further,

**ORDERED** that Defendant's Emergency Motion to Strike Plaintiffs' Motions Filed in Violation of the Court's Standing Order [ECF No. 131] is **DENIED** as moot; and it is further,

**ORDERED** that no later than January 2, 2024, the Parties shall submit a Joint Proposed Deposition Protocol Order for the Court's review. At that time, Defendant shall also advise the Court whether the proposed deposition protocol moots the dispute at issue in ECF No. 143-3; and it is further,

**ORDERED** that no later than January 2, 2024, Defendant shall submit any updated motions for issuance of letters rogatory or letters of request that were the subject of ECF Nos. 94 and 120; and it is further,

**ORDERED** that no later than January 2, 2024, the Parties shall meet and confer and submit a joint notice to the Court setting forth the following information: 1) which discovery disputes

1

have been resolved and which disputes remain pending; 2) the date the dispute was filed or submitted to the Court via email; 2) the docket number of any dispute; 3) a brief description of the dispute not to exceed one sentence; 4) the Parties' proposed order for taking up the disputes; and 5) whether the resolution of any dispute moots or resolves other active disputes, and if so, which disputes.  The parties shall jointly decide how to present this information in the most organized way, and it is further,

    **ORDERED** that no later than January 9, 2024, Plaintiffs shall submit their response, not to exceed five pages double-spaced, to the dispute at issue in ECF No. 143-4.  Plaintiffs shall submit this response to Chambers via email using this Order's guidance on submissions to Chambers; and it is further,

    **ORDERED** that, except for Plaintiff's Response to ECF No. 143-4; the briefing regarding the motion to compel third-party discovery described in ECF No. 146; and the Orders set forth herein, no Party may file any further motion related to discovery without leave of the Court.  If another discovery dispute arises, the Parties must confer in person or by video conference and make a good faith effort to resolve or narrow the areas of disagreement.  In what should be an unusual circumstance, if the Parties are unable to resolve the discovery dispute, they must jointly email the Court at Hope_Kashatus@dcd.uscourts.gov and Upadhyaya_Chambers@dcd.uscourts.gov with a **clear, concise description** of the issues in dispute and each Party's position.  The Parties shall engage in this process guided by the goals set forth in Federal Rule of Civil Procedure 1 to secure the "just, speedy, and inexpensive determination of every action and proceeding."  The Court will respond as soon as practicable to schedule a conference with the parties or set a schedule for briefing the discovery dispute.  *Ex parte* communications are strictly prohibited.

**SO ORDERED**.

Date: December 21, 2023

_____
MOXILA A. UPADHYAYA
United States Magistrate Judge