IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP.,<br>SMARTMATIC HOLDING B.V., AND<br>SGO CORPORATION LIMITED,<br><br>        Plaintiffs,<br>  v.<br><br>HERRING NETWORKS, INC., D/B/A<br>ONE AMERICA NEWS NETWORK,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 1:21-cv-02900-CJN<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY BENJAMIN P. MCCALLEN *PRO HAC VICE***

The Court has reviewed Motion for Admission of Attorney Benjamin P. McCallen *pro hac vice*. Upon consideration of that motion, the Court grants Attorney Benjamin P. McCallen *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: _____

                                                                     CARL J. NICHOLS
                                                                     United States District Court Judge