# Exhibit H

| | |
|---|---|
| **From**: | Dataminr Urgent Update [alert@dataminr.com] |
| **Sent**: | 12/30/2021 1:17:50 PM |
| **To**: | Robert Herring [/o=First Organization/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Robert Herringb4e] |
| **Subject**: | Possible damage reported following tornado touchdown near Adel, GA: Blog Photo via Twitter. |

URGENT UPDATE

 Adel, GA 31620, USA     04:16pm December 30, 2021 EST    BLOG

# Possible damage reported following tornado touchdown near Adel, GA: Blog Photo via Twitter.

ORIGINAL PUBLIC TWEET (04:14pm December 30, 2021 EST)

> Damaging tornado in progress with clear TDS (debris ball) just SW of Nashville, Georgia. #gawx
>
> Chris Jackson  @ChrisJacksonSC

OAN_SMMT_00002041

ESTIMATED EVENT LOCATION:

Adel, GA 31620, USA

OAN_SMMT_00002042

ALERT VERIFICATION :

BLOG @CHRISJACKSONSC

Account Created: **07.15.2013**

Public Tweets **36,743** | Followers **13,875**

*Used To Drive A* 🚗 | *@LiveStormsMedia Social/Web Development* | *The Original SC Weather Guy* | *@MySCWeather On FB* | *Student Pilot* | *Meteorologist*

EVENT TIMELINE CAPTIONS

- **Possible tornado touches down near Adel, GA: Chris McBee, Reporter Photo via Twitter.**

EVENT TIMELINE DETAIL

Adel, GA 31620, USA                                    04:09pm December 30, 2021 EST

OAN_SMMT_00002043

**Possible tornado touches down near Adel, GA: Chris McBee, Reporter Photo via Twitter.**

Likely #tornado just passed near Adel and Sparks, GA. #gawx

REPORTER   Chris McBee   @McBeeWX

OPEN IN Dataminr | VIEW TWEET

Lists: US News - High

Topics: Natural Disasters

*Adjust your settings by clicking here*

*Copyright, 2021. All rights are reserved under U.S. Copyright Law. Any unauthorized use, including reproduction, modification, distribution or publication, without the prior written consent of Dataminr, is strictly prohibited.*

*You agree to the following terms of use here.*