# Exhibit I

| | |
|---|---|
| **From:** | Laura Evans, Silver Bullet Marketing [lauraevans@silverbulletmarketing.ccsend.com] |
| on behalf of | Laura Evans, Silver Bullet Marketing [silverbullet.pro2a@gmail.com] |
| **Sent:** | 1/17/2021 3:15:13 AM |
| **To:** | Young Richardson [/o=First Organization/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Young Richardsonb07] |
| **Subject:** | Reminder: Watch Live! Legally Armed America to Live-Stream SHOT Show-Themed Video Content |

**WATCH LIVE!**
**LEGALLY ARMED AMERICA**
**TO LIVE-STREAM**
**SHOT SHOW-THEMED VIDEO**
**1791 Summit Kicks Off Monday**

**Lake Charles, LA - (January 14, 2021)** - With no SHOT Show this year, Legally Armed America will live-stream SHOT Show-themed video content beginning Monday, January 18. The '1791 Summit' will showcase

new-for-2021 products and brands while delivering an inside look at the shooting industry to gun enthusiasts.

Paul Glasco, host of the **1791 Summit** and President of Legally Armed America, asks, "Are you ready for a live range day? Kicking off Monday, we'll have live demos of some of the industry's top brands straight from our gun range. Then on Tuesday and Wednesday join us for our virtual booth experience with a variety of exciting products and companies."

"Our live-streamed, three-day event is an alternative to the in-person experience our fans are used to seeing from us when we attend Range Day and SHOT Show," says Glasco. Each segment of the **1791 Summit** is free to watch and can be enjoyed from the comfort of home. During the Virtual Booth segments, "our partners will answer questions LIVE from you, the viewers," Glasco added.

Watch the **1791 Summit** as it live-streams on the Legally Armed America YouTube channel. If you miss the live stream, you can find replays on Ammoland.com.

The **1791 Summit** is offering a chance for participants to win a custom Windham Weaponry .308 rifle featuring the Legally Armed America logo. Additional prizes will be awarded from Mission First Tactical, Strike Industries, and more. Click here to learn more about the giveaway. No purchase is necessary.

**1791 Summit**

- Daniel Defense
- Dirty Bore
- Ford Motor Company

- G2 Research
- Kris Paronto
- LBX Tactical
- Legion Targets
- Max Michel
- Mission First Tactical
- Predator Silencers
- Pyramyd Air
- Rock Island Armory
- Spartan Armor
- Strike Industries
- Windham Weaponry

For more information about the **1791 Summit**, please visit www.1791summit.com or contact Laura Evans, Director of Marketing, at laura@legallyarmedamerica.com.

**About Legally Armed America and Paul Glasco:**
Legally Armed America engages more than one million viewers every month through their television show on FOX 29 in Louisiana and Texas, their 220,000+ subscribers on YouTube, exclusive website, and social media outlets. The only Sunday daytime show that rates higher than *Legally Armed America* is NFL on FOX 29. Hosted by Paul Glasco, *Legally Armed America* focuses on guns, gear, techniques, and safety. Glasco is a certified instructor in several firearms and safety disciplines and proudly films *Legally Armed America* in Louisiana and Texas.

# # #

**About Silver Bullet Marketing**
Silver Bullet Marketing, LLC provides public relations and marketing consulting services to the shooting, hunting, and outdoor industry. For additional information on increasing visibility for your company, brand, or product please contact us today.

**Email:** silverbullet.pro2A@gmail.com
**Phone:** 585.330.5525

**Follow Us**



Silver Bullet Marketing | Suite 100, Canandaigua, NY 14424

Unsubscribe young.richardson@oann.com

Update Profile | About our service provider

Sent by silverbullet.pro2a@gmail.com powered by

Try email marketing for free today!

OAN_SMMT_00750373