# Exhibit J

| | |
|---|---|
| **From**: | Tim [tim@timlivingstonpr.com] |
| **Sent**: | 5/7/2021 5:14:39 AM |
| **To**: | Stephanie Hamill [/o=First Organization/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=bdceb35d7c0743fe92a1fbcc69395462-Steph] |
| **Subject**: | Survey: Remote school still widespread |

Survey: Remote school still widespread

View this email in your browser



According to Associated Press, 46-percent of U.S. elementary and middle schools are still not *offering full-time classroom learning to any student who (wants) it*.

That's the finding of a survey *conducted in March by the Education Department and released Thursday..*

*Almost 4 in 10 students continued to take all their classes remotely, the survey found...*

*The disparity reflects a trend that has alarmed education officials at all levels: Even when schools reopen, many families have opted to keep students at home for remote learning. It has been most pronounced among Black, Hispanic and Asian American students, most of whom spent no time in a classroom in March, the survey found...*

*The survey does not include high schools, which pose additional challenges*

*and have been the slowest schools to reopen.*

What are the consequences of this? There are millions of students who have not been inside a classroom for more than a year.

This comes just weeks after research out of Finland revealed the importance of in-person eye contact to learning. Something that's lost in remote learning.

For perspective, please consider speaking with Paul Gilford. He is CEO and Executive Director of Project CLASS (Children Learning Appropriate Social Skills), a comprehensive social skills training and behavior improvement program for children. The Project CLASS curriculum has been adopted by more than 60 schools across the nation.

Project CLASS is incorporating this new animated video to demonstrate the importance of maintaining eye contact. And feel free to read The Look Book, a free resource on the Project CLASS website pertaining to eye contact.

I'm happy to connect you to Paul for an interview.

**Paul Gilford, LCSW**
**CEO & Executive Director,** Project CLASS
https://www.facebook.com/projectclass

  

Copyright © 2021 Tim Livingston PR, All rights reserved.
You are receiving this email because you opted in via our website.

**Our mailing address is:**
Tim Livingston PR
3837 Bandera Ranch Rd
Roanoke, TX 76262-4573

Add us to your address book

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list.