# Exhibit M

| | |
|---|---|
| **From:** | Ledebuhr, Brian W. |
| **To:** | Sullivan, Olivia; Park, Jeanah; Kimrey, Blaine C.; Sawyer, Keeley A.; Burleson, Nicole; Dunn, Joshua; Clark, Bryan |
| **Cc:** | Dillingham, Emily; Bloom, Michael |
| **Subject:** | RE: [EXT] Smartmatic USA Corp., et al. v. Herring Networks, Inc. d/b/a One America News Network; Case No. 1:21-cv-02900-CJN [VED-VP.FID4869290] |
| **Date:** | Monday, May 22, 2023 6:30:39 PM |
| **Attachments:** | image002.png |

Olivia –

Of the dates and times you offered below, we're available **between 10 and 11 Central and 2 and 3 Central on May 25** and **between 10 and 12 Central on May 30**.

As to the May 31 deadline to serve document requests, we have no objection to Plaintiffs' moving to extend that deadline. Please be mindful of Judge Nichols' four-business-day rule (which means that Plaintiffs' motion is due Wednesday). We'd like to see the draft motion before you file it to confirm Herring Networks, Inc., doesn't oppose it as written by Plaintiffs. Please share a draft by tomorrow afternoon. Thanks.

Brian

# VedderPrice

**Brian W. Ledebuhr**, Shareholder

T +1 312 609 7845
M +1 630 697 9831
222 North LaSalle Street, Suite 2300
Chicago, Illinois 60601
Assistant: Barb Chizewski +1 312 609 7767

---

**From:** Sullivan, Olivia <OSullivan@beneschlaw.com>
**Sent:** Monday, May 22, 2023 9:42 AM
**To:** Ledebuhr, Brian W. <bledebuhr@vedderprice.com>; Park, Jeanah <jpark@vedderprice.com>; Kimrey, Blaine C. <bkimrey@vedderprice.com>; Sawyer, Keeley A. <ksawyer@vedderprice.com>; Burleson, Nicole <nburleson@vedderprice.com>; Dunn, Joshua <jdunn@vedderprice.com>; Clark, Bryan <bclark@vedderprice.com>
**Cc:** Dillingham, Emily <EDillingham@beneschlaw.com>; Bloom, Michael <MBloom@beneschlaw.com>
**Subject:** [EXT] Smartmatic USA Corp., et al. v. Herring Networks, Inc. d/b/a One America News Network; Case No. 1:21-cv-02900-CJN

Counsel,

We are going to follow up with the Court regarding the conference with Judge Nichols. Below is our availability for the next two weeks. Can your team tell us which of these times would also work for you all?

5/23: after 11 am CT
5/25: available before 11:30 CT and after 1:30 pm CT
5/26: available all day

5/30: available all day
5/31: available other than 2-3 pm CT
6/1: available all day
6/2: available before 1 pm CT

Additionally, because we have not heard from the Court, and the May 31 deadline for serving additional document

requests is approaching, we wanted to make sure we are in agreement that the deadline should be pushed back. Please let us know.

Best,

Olivia



Olivia Sullivan
(she/her/hers)
Associate | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6415 | m: 913.742.9568
OSullivan@beneschlaw.com | www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

Vedder Price P.C. is affiliated with Vedder Price LLP, which operates in England and Wales, Vedder Price (CA), LLP, which operates in California, Vedder Price Pte. Ltd., which operates in Singapore, and Vedder Price (FL) LLP, which operates in Florida.

CONFIDENTIALITY NOTE  This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this e-mail message is not the intended recipient, or the employee or agent responsible for delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this e-mail in error, please notify us immediately by telephone at (312) 609-5038 and also indicate the sender's name. Thank you.