# Exhibit T



Olivia E. Sullivan
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Direct Dial: 312.624.6415
Fax: 312.767.9192
osullivan@beneschlaw.com

October 13, 2023

John Edwards
Jackson Walker LLP
1401 McKinney Suite 1900
Houston, TX 77010

Re:     *Smartmatic USA Corp., et al. v. Herring Networks, Inc. d/b/a One America News Network*; Case No. 1:21-cv-02900-CJN

Counsel,

After reviewing OANN's supplemental responses to Smartmatic's First Set of Interrogatories and most recent productions, we request that OANN designate the following individuals as custodians:

- Rachel Acenas
- Gienel Agcaoili
- Luis Bravo
- Victoria Buddie
- Cecilia Castro-Duenas
- Colin Eustace
- Michael Guzman
- Miles Hall
- Jeremy Hartley
- Alejandro Heredia
- Christina Howitson
- Brandon Lesky

- Neil McCabe
- Jacob Miller
- Natalie Mooney
- Griffin Morris
- Alec Parent
- Zach Peterson
- Richard Pollock
- Tim Robertson
- Trevor Tilston
- Scott Wheeler
- Alexander Yphantides

Further, upon our review of recent productions, we determined that OANN previously declined to designate individuals as custodians who are in fact relevant to this matter. Given the

John Edwards
October 13, 2023
Page 2

new information provided in OANN's productions, we request that OANN reconsider Smartmatic's request to designate the following individuals as custodians:

- Allysia Britton
- Jared Buchwitz
- Travis Burgher
- Ivan Burgueno
- Ravi Butler
- Dante Colella
- Gary Gaur
- Aaron Cornils

- Hang Danh
- Julie (Kelly) Dell
- Frank Lara-Risco
- Brian Maresco
- Jon Marrone
- Trey Miller
- Alfred Molo
- Gabriel Yaffe

As to these individuals, OANN previously asserted that many of them were not relevant to Smartmatic's claims or would not possess unique information because, in part, they worked in operational, technical, or administrative positions. On the contrary, our analysis of OANN's production to date has revealed records indicating that these individuals *are* custodians of unique information responsive to our discovery requests.

Please inform us by October 18, 2023, whether OANN will agree to designate the individuals above as custodians.

Sincerely,

BENESCH, FRIEDLANDER,
    COPLAN & ARONOFF LLP

/s/ Olivia E. Sullivan

Olivia E. Sullivan

OES:cjw