# Exhibit V



Olivia E. Sullivan
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Direct Dial:  312.624.6415
Fax:  312.767.9192
osullivan@beneschlaw.com

November 30, 2023

Carl C. Butzer
Jackson Walker LLP
1401 McKinney Suite 1900
Houston, TX 77010

      Re:    *Smartmatic USA Corp., et al. v. Herring Networks, Inc. d/b/a One America News Network*; Case No. 1:21-cv-02900-CJN

Counsel,

    I write in reply to OANN's letter on November 5, 2023, which was sent in response to Smartmatic's October 18 letter requesting that OANN identify additional custodians.

    OANN's deficient production makes it difficult for Smartmatic to determine who possesses such information. For many of the requested custodians, OANN named them as individuals who possess relevant information. Interrogatories Nos. 1 and 2 are narrowly tailored to the central allegations in Smartmatic's Complaint. Individuals with relevant information responsive to such requests should be identified as custodians, particularly when already produced communications indicate their unique role. Moreover, Smartmatic has articulated such a basis for many of the requested custodians, yet OANN refuses to acknowledge the validity of Smartmatic's request.

    The fact that OANN has designated 68 custodians does not have any bearing on whether it would be necessary to add additional custodians. As we have learned, many OANN employees work on various shows and have their hands in multiple areas at OANN, and this naturally increases the number of relevant witnesses. We've also learned that OANN is a revolving door when it comes to employees, which would undoubtedly contribute to the need to have more than 68 custodians.

    For the reasons discussed below, Smartmatic reiterates its request that OANN identify all additional custodians as outlined in its October 18 request.[1] Please inform us by December 4, 2023, whether OANN will agree to designate the individuals above as custodians.

    **Six Video Editors:** Contrary to OANN's assertions, the documents produced by OANN suggest that all six video editors possess unique documents relevant to OANN's allegations. As a matter of example:

---

[1] As OANN pointed out in its November 5 letter, OANN previously agreed to add Alex Heredia as a custodian.

- Cecilia Castro-Duenas served as a video editor on *Real America*. She personally edited content relating to Dominion and voting machines. *See e.g.* OAN_SMMT_00812472.[2]

- Michael Guzman[3] assisted with video requests from Amber Oakley, Kayleigh Venne and other OANN personalities. *See e.g.* OAN_SMMT_0083856. He also assisted with a Michael Lindell announcement in September 2021.

- Brandon Lesky also assisted with video requests from Amber Oakley and Kayleigh Venne on broadcasts that discussed election fraud. *See e.g.* OAN_SMMT_0087698.

- Travis Burgher administered and received internal files with titles that appear to be directly relevant to Smartmatic's allegations. *See e.g.* OAN_SMMT_00824799.

- Gary Gaur assisted with pulling videos and images for various broadcasts. He handled requests from John Hines, worked with Colin Eustace, and assisted with filing Real Story with Natalie Harp. *See e.g.* OAN_SMMT_00852336.

- Ivan Burgueno appears to have personally administered project files relating to voter fraud stories. Other communications reflect that Burgueno received packages for segments, which then converted into links that could be uploaded to social media. *See e.g.* OAN_SMMT_00824779.

Due in part to the above reasons, each individual named likely possesses unique information relevant to Smartmatic's allegations. Therefore, Smartmatic reiterates its request that OANN add Cecilia Castro-Duenas, Michael Guzman, Brandon Lesky, Travis Burgher, Gary Gauer, and Ivan Burgueno.

**Eleven Other Individuals:** OANN improperly contends that eleven requested custodians did not work on the complained of broadcasts. However, documents produced suggest that each proposed custodian worked on matters directly related to the allegations in Smartmatic's Complaint. A brief, non-exhaustive example of the role each individual played includes:

- Rachel Acenas served as an anchor, a reporter, and a writer. She worked on at least one of the shows relevant to Smartmatic's Complaint—*After Hours*. She drafted daily story trackers during the relevant time frame. She was also copied on emails from Alex Salvi about segments of specific broadcasts.

- Colin Eustace was a Videographer and editor who worked on the D.C. News Report. He was involved with delivering image, video, and graphic design needs. He was included in group texts with other editors and videographers. These interactions directly involve allegations in Smartmatic's Complaint.

---

[2] Smartmatic continues to object to OANN's demand that Smartmatic identify documents by Bates Number. The parties agreed to the contrary. This letter includes Bates Numbers as matter of example, and the examples provided are in no way exhaustive.
[3] Please confirm whether Michael Guzman and Miguel Guzman are the same individual.

- Miles Hall is a video editor and photographer who worked assisted with YouTube and other platform video requests from Kayleigh Venne and Kelly Traynor regarding election fraud. These interactions directly involve allegations in Smartmatic's Complaint.

- Jeremy Hartley was a news writer and producer who assisted Christina Bob with request for live videos. He also assisted with gathering information about the Arizona audit. He possibly covered Lindell programming in June 2021. These interactions directly involve allegations in Smartmatic's Complaint.

- Christina Howitson was a writer and lead producer who worked with John Hines and Chloe Hauxwell. She provided images containing proof of election fraud. These interactions directly involve allegations in Smartmatic's Complaint.

- Jacob Miller is a producer who covered election fraud stories. For example, he covered Mike Lindell's event on election fraud in Dallas in August 2021. These interactions directly involve allegations in Smartmatic's Complaint.

- Griffin Morris was a full-time writer at OANN from August 2020 to January 2021. He assisted with election fraud stories, which directly involve allegations in Smartmatic's Complaint.

- Zach Peterson is a writer who covered election fraud stories. He assisted with election fraud stories, which directly involve allegations in Smartmatic's Complaint.

- Trevor Tilston worked at OANN from August 2020 to February 2021. He conducted independent research on the election. He also updated and wrote scripts for daily newscasts.

- Scott Wheeler served as an investigative reporter. He was actively involved in investigating over machine fraud.

- Alexander Yphantides worked as a writer at OANN during the relevant time period and helped create election fraud stories.

Due in part to the above reasons, each individual named above likely possesses unique information relevant to Smartmatic's allegations. Therefore, Smartmatic reiterates its request that OANN add Rachel Acenas, Colin Eustace, Miles Hall, Jeremy Hartley, Christina Howitson, Jacob Miller, Griffin Morris, Zach Peterson, Trevor Tilston, Scott Wheeler, and Alexander Yphantides as custodians.

**Allysia Britton and Frank Lara-Risco**: Regarding Allysia Britton and Frank Lara-Risco, Smartmatic's October 18 Letter provided OANN with far more of an explanation than "they communicated with existing custodians about election fraud."

Regarding Alyssia Britton, she "directly communicated with the Herrings and others regarding news topics that the Herrings wanted covered, including stories on election fraud. Britton was also responsible for conducting a background search on Eric Coomer. These interactions directly involve allegations in Smartmatic's Complaint.

Regarding Frank Lara-Risco, he "is a writer and producer who responded directly to requests from Christina Bobb and Lindsay Oakley relating to election fraud coverage." These interactions directly involve allegations in Smartmatic's Complaint.

Therefore, Smartmatic reiterates its request that OANN add Alyssia Britton and Frank Lara-Risco as custodians.

**Agcaoili, Buddie, Parent, Marrone, and Mooney:** OANN readily admits that Agcaoili, Buddie, Parent, Marrone, and Mooney all worked on broadcasts mentioned in Smartmatic's Complaint. It does not matter that other individuals on the show are also custodians. By that logic, OANN would only have to identify one employee per show, which certainly would not result in the production of all responsive, relevant documents. Each employee holds a unique role and likely possesses unique documents.

Therefore Smartmatic reiterates its request that OANN add Gienel Agcaoli, Victoria Buddie, Alec Parent, Jon Maronne, and Natalie Mooney as custodians.

**Polleck, Colella, Butler, Molo, and Yaffe:** OANN objects to adding Richard Polleck, Dante Colella, Ravi Butler, Alfred Molo, and Gabriel Yaffee as custodians on the grounds that "no one at OAN had any involvement in the preparation, content, or production of the Lindell programs." Documents produced by OANN suggest the contrary. *See e.g* OAN_SMMT_00957614.

Smartmatic's October 18 Letter specifically identifies how Polleck, Colella, Butler, Molo, and Yaffee played a role in the Lindell programming[4]. The Lindell programming is repeatedly mentioned in Smartmatic's Complaint. It was repeatedly discussed among OANN employees. It follows that individuals who were involved in, among other things, OANN's decision to air, and advertise Lindell's content, and the creation of a disclaimer to display before Lindell broadcasts, possess unique documents relevant to Smartmatic's Complaint.

Therefore, Smartmatic reiterates its request that OANN add Richard Polleck, Dante Colella, Ravi Butler, Alfred Molo, and Gabriel Yaffee as a custodian. If you remain unwilling to designate these five individuals, please provide us with the name(s) of a current custodian who will have information relevant to Lindell's broadcasts.

**Louis Bravo:** OANN admits that Louis Bravo is "OANN's Master Control Supervisor" who "communicates with Bobby Herring and may communicate with a carrier on an emergency

---

[4] Notably, Smartmatic also points out that these individuals are relevant for reasons beyond the Lindell programing. For example, Dante Colella worked with John Hines to cover stories about election fraud. Richard Polleck served as an investigative reporter, who looked at all election fraud stories. Charles Herring instructed Alfred Molo to promote Dominion-izing the Vote and Molo otherwise worked on this programming.

basis…" This is a unique role that no other custodian has. Bravo unquestionably has unique, relevant communications. Therefore, Smartmatic reiterates its request that OANN add Louis Bravo as a custodian.

**Neil McCabe:** Neil McCabe is not just any citizen around the country who discussed election fraud in 2020 and 2021. He was a guest and host on OANN. OANN consistently communicated with him about election fraud content and undoubtedly relied on him as a source. McCabe holds unique, relevant communications. Therefore, Smartmatic reiterates its request that OANN add Neil McCabe as a custodian.

**Tim Robertson:** Tim Robertson is the only identified as someone who Charles Herring and other OANN employees asked to post content on the OAN website. OANN's decision to repeatedly broadcast and advertise election fraud allegations, particularly those that defame Smartmatic, is central to Smartmatic's claim. As the individual who was repeatedly asked to post such content, Tim holds unique, relevant communications. Therefore, Smartmatic reiterates its request that OANN add Tim Robertson as a custodian.

**"Technical" Employees:** OANN's letter finishes off by writing five individuals off as "technical" employees who have no involvement with the defamatory broadcasts. OANN refuses to designate Jared Buchwitz, Hang Danh, Julie (Kelly) Dell, Trey Miller, and Aaron Cornils as custodians based on this technical defense. It is entirely unclear *why* technical employees are automatically deemed irrelevant. Each employee held a unique position that likely leads them to hold unique information. OANN explained these unique roles in its October 18 letter.

Smartmatic reiterates its request to identify Jared Buchwitz, Hang Danh, Julie (Kelly) Dell, Trey Miller, and Aaron Cornils as custodians.

**Brian Maresco:** Produced documents show Brian communicating with OANN employees about Christina Bobb, the veracity of her accusations, and the potential for OANN to be investigated by the government for their election fraud claims. *See e.g.* OAN_SMMT_00973947; OAN_SMMT_00973969; OANN_SMMT_0097394. Maresco unquestionably has unique information relevant to Smartmatic's allegations. OANN's position that Maresco was on medical leave is immaterial, particularly when relevant documents exist outside the time of his alleged leave.

As a final note, your letter appears to take issue with Smartmatic's production. It is unclear what Smartmatic's production has to do with OANN's production and obligation to identify relevant custodians. Like OANN, Smartmatic also continues to identify and produce relevant, responsive documents on an on-going, as-needed basis.

Please inform us by December 4, 2023, whether OANN will agree to designate the individuals above as custodians. If OANN does not agree by this date, Smartmatic will consider the parties at an impasse and likely move to compel.

John Edwards
November 30, 2023
Page 6

                    Sincerely,

                    BENESCH, FRIEDLANDER,
                      COPLAN & ARONOFF LLP

                    /s/ Olivia E. Sullivan

                    Olivia E. Sullivan

OES:mkg