# Exhibit BB

## AVAILABLE FOR IN-CAMERA REVIEW