# Exhibit CC

AVAILABLE FOR IN-CAMERA REVIEW