# Exhibit DD



Olivia E. Sullivan
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Direct Dial: 312.624.6415
Fax: 312.767.9192
osullivan@beneschlaw.com

April 20, 2023

**VIA EMAIL**

Brian Ledebuhr
Vedder Price
222 North LaSalle, Suite 2300
Chicago, IL 60601

      Re:   *Smartmatic USA Corp., et al. v. Herring Networks, Inc. d/b/a One America News Network*, Case No. 1:21-cv-02900-CJN (D.D.C.)

Counsel:

We write in response to Herring Network's (OANN) letter dated April 20, 2023, received at 6:00 p.m., regarding the parties' agreed-upon schedule as laid out in Smartmatic's March 31, 2023 letter. Smartmatic does not adopt OANN's characterization of the parties' agreed-upon schedule and disagrees with OANN's assertion that it has been committed to moving discovery forward.

OANN states in its April 20 letter that the time pressure to meet the agreed-upon deadlines is "purely manufactured," and that the parties should "achieve an informed, mutual understanding, rather than rushing to meet an artificial deadline." *First*, the deadlines at issue are not artificial. Smartmatic reminds OANN that the April 21 deadline to finalize search terms is one that OANN negotiated and agreed to in good faith. If OANN views the deadlines to which it agreed as artificial, further negotiation of dates is not a productive use of Smartmatic's time.

*Second*, Smartmatic rejects OANN's assertion that the time pressure is "manufactured" based on the fact discovery deadline of December 8, 2023. After six months of discovery, OANN has produced to Smartmatic a total 97 documents and has taken two months to consider just one set of search terms. At this rate, the parties will not be in a position to complete depositions by the court-ordered deadline. While we would prefer not to bring your continued delays to the Court, we will do so if we cannot agree on a reasonable schedule that allows us to progress discovery and adhere to the Court's deadline. As such, Smartmatic's proposal for a revised schedule is as follows:

Brian Ledebuhr
April 20, 2023
Page 2

| Event | Agreed-Upon Date | OANN Proposal | Smartmatic Proposal |
|---|---|---|---|
| Deadline for the parties to finalize a universal set of search terms to be run across OANN's custodians. If the parties are unable to finalize a universal set of search terms by this date because of any disputes, they will meet and confer on May 4, 2023, to discuss any remaining disputes concerning the search terms. | April 21, 2023 | May 4, 2023 | April 25, 2023 |
| Deadline for the parties to finalize a universal set of search terms to be run across Smartmatic's custodians. | April 21, 2023 | May 4, 2023 | Agreed. |
| Deadline for Herring to serve supplemental answers to Plaintiffs' Interrogatories No. 1, 2, 3, 4 and 5. | April 25, 2023 | May 9, 2023 | April 25, 2023 |
| Plaintiffs will propose any additional ESI custodians based on Herring's supplemental answers to Interrogatories No. 1, 2, 3, 4 and 5. | April 28, 2023 | May 12, 2023 | May 5, 2023 |
| Deadline for OANN to produce all non-privileged documents that hit on the search term "Smartmatic" from its initial group of custodians. | April 28, 2023 | N/A | April 28, 2023 |
| The parties will meet and confer, if necessary, concerning Plaintiffs' additional proposed custodians. | May 2, 2023 | May 16, 2023 | May 10, 2023 |
| Deadline for the parties to produce responsive non-privileged documents that hit on the mutually agreed-to universal set of search terms for custodians agreed upon. | May 5, 2023 | June 2, 2023 | May 24, 2023 |
| Deadline for parties to make additional production. | May 19, 2023 | N/A | June 2, 2023 |

Brian Ledebuhr
April 20, 2023
Page 3

      Smartmatic proposes splitting up the deadlines for finalizing the parties' search terms. As Smartmatic noted in its letter on April 19, 2023, OANN has been in possession of Smartmatic's search terms to be run across OANN custodians since February 10, 2023. Smartmatic responded to OANN's proposal in response to those terms within a week (on April 14), as promised during the parties' meet-and-confer. There is no reason as to why the search terms for OANN's custodians cannot be finalized in the next week.

      As Smartmatic also noted in its April 19 letter, OANN gave Smartmatic search terms to run across its custodians **for the first time** on April 6, 2023. Smartmatic worked diligently to respond to those proposed terms and responded within 13 days. Smartmatic's response to OANN's proposed terms was complicated by OANN's continued insistence that Smartmatic produce all documents it produced to Fox and Newsmax. Smartmatic had to reconcile the search terms with the terms it had already run for Fox and Newsmax, and provide additional revisions and counter proposals. Smartmatic believes that the parties can reach an agreement on the final search terms for Smartmatic's custodians by May 4, 2023. As Smartmatic stated in its April 19 letter, it is willing to expedite the resolution of any remaining issues so that the parties can stay on track.

      Smartmatic will not agree to change the deadline for OANN to serve supplemental answers to Plaintiffs' Interrogatories No. 1, 2, 3, 4, and 5. Smartmatic has requested supplemental answers since January, and there is no justification for OANN to change the deadline. OANN can provide supplemental answers regardless of the outstanding search term issues or changes to the other deadlines.

      Smartmatic also notes that OANN did not provide a proposed date for OANN to produce all non-privileged documents that hit on the search term "Smartmatic" from its initial group of custodians. Smartmatic assumes is because OANN still intends to produce these documents on the agreed-upon date. OANN did not object to Smartmatic's proposed search term for the term "Smartmatic," and OANN has a set list of initial custodians. There is no reason to delay this production.

      Smartmatic requests that OANN respond to Smartmatic's proposed schedule as soon as possible.

                                          Very truly yours,

                                          BENESCH, FRIEDLANDER,
                                            COPLAN & ARONOFF LLP

                                          /s/ Olivia E. Sullivan

                                          Olivia E. Sullivan