# Exhibit EE



Michael E. Bloom
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Direct Dial:  312.212.4946
Fax:  312.767.9192
mbloom@beneschlaw.com

March 31, 2023

**VIA EMAIL**

Jeanah Park
Vedder Price
222 North LaSalle, Suite 2300
Chicago, IL 60601

      Re:    *Smartmatic USA Corp., et al. v. Herring Networks, Inc. d/b/a One America News Network*, Case No. 1:21-cv-02900-CJN (D.D.C.)

Dear Counsel:

      We write in response to your letter dated March 30, 2023 regarding the proposed schedule for OANN's production of documents and identification of witness, and Smartmatic's proposed protocol for the parties' joint submission to the Court. As a threshold matter, Smartmatic disagrees with your discussion of the parties' discovery to date and it does not adopt any of your statements as its own. Your statement that Smartmatic "represented that [it] has spent only 30 minutes reviewing Herring's document production" is particularly misleading because, as OANN is well aware, Smartmatic was merely emphasizing the paltry volume of OANN's production to this point. Smartmatic has thoroughly reviewed OANN's production of 97 documents, and to the extent necessary, it will establish the deficiencies in that production in briefing to the Court. In the spirt of cooperation and in the interest of moving the parties' discussions forward, Smartmatic will forego a point-by-point rebuttal of the other inaccurate statements in OANN's letter at this time.

      Smartmatic has reviewed OANN's counterproposal for a schedule related to OANN's production of documents responsive to Smartmatic's requests and identification of relevant witnesses. Smartmatic believes that some of the dates proposed by OANN are workable, but others will not keep discovery moving at a sufficient pace. For example, in response to Smartmatic's proposal that OANN identify individuals responsive to Smartmatic's Interrogatory Nos. 1, 2, 3, and 5, by April 7, 2023, OANN has proposed a deadline of May 12, 2023. As Smartmatic has mentioned many times, those interrogatories seek fundamental information related to OANN witnesses who may have knowledge relevant to Smartmatic's claims. Smartmatic served these interrogatories in October 2022, and since then, it has repeatedly asked OANN to identify relevant witnesses and custodians, including producers, writers, and other personnel related to OANN's broadcasts. This information has been readily available to OANN since the outset of this case and it remains readily available to OANN. Accordingly, as reflected in Smartmatic's counterproposal below, Smartmatic believes that OANN must identify individuals who may possess relevant knowledge at an earlier date.

Jeanah Park
March 31, 2023
Page 2

Relatedly, Smartmatic believes that, in the interest of complying with the Court's fact discovery deadlines, the parties must be in a position to identify and negotiate additional custodians at a date earlier than May 19, 2023. If the parties do not engage in such discussions until that time, they may not be able to commence depositions in a timely manner. Accordingly, Smartmatic proposes a more accelerated timeframe for that process as well.

Smartmatic sets forth the counterproposal below in good faith and in an attempt to reach a compromise with OANN. It notes in the "Date" column where it is in agreement with dates proposed by OANN.

| Event | Date |
|---|---|
| Deadline for OANN to submit to Smartmatic in writing its agreement or disagreement with each search term proposed by Smartmatic on February 10. For terms that OANN rejects, it will provide a hit report, propose an alternative search term, and provide a hit report for the alternative search term. OANN will also identify the search terms that its e-discovery software is unable to process. | April 6, 2023 (agreed) |
| The parties will meet-and-confer concerning Smartmatic's search terms and any TAR methodology that OANN proposes to use in this litigation (including but not limited to algorithmic machine learning to enhance efficiency and decrease cost). | April 11, 2023 (agreed) |
| Deadline for the parties to finalize search terms. If the parties are unable to finalize the search terms by this date due to any disputes, they will meet-and-confer on this date to discuss any remaining disputes concerning the search terms. | April 14, 2023 |
| Deadline for OANN to serve supplemental answers to Smartmatic Interrogatories No. 1, 2, 3, and 5, in which OANN will provide substantive answers that identify responsive individuals by name. | April 18, 2023 |
| The parties will propose additional ESI custodians based on OANN's supplemental answers to Interrogatories No. 1, 2, 3 and 5. | April 21, 2023 |
| Deadline for OANN to produce all non-privileged documents that hit on the search term, "Smartmatic", from initial group of custodians. | April 21, 2023 |
| The parties will meet-and-confer, if necessary, concerning Smartmatic's additional proposed custodians. | April 25, 2023 |
| Deadline for parties to produce non-privileged documents that that hit on the mutually agreed-to search terms. | May 5, 2023[1] (agreed) |
| Deadline for parties to make additional production | May 19, 2023 |

---

[1] Smartmatic notes that, to date, OANN has not proposed any search terms for Smartmatic to use in its identification and production of documents. Smartmatic proposed some search terms that it would run in its February 22, 2023 letter. Smartmatic has not received a response regarding those search terms from OANN. If OANN would like to set May 5 as the date for Smartmatic to also produce all non-privileged documents that hit on mutually agreed upon search terms, OANN must actively work with Smartmatic to reach mutually agreed upon search terms.

|  | (agreed) |
|---|---|
| The parties will meet and confer, if necessary, concerning additional proposed custodians | May 26, 2023 (agreed) |

Smartmatic proposes that following May 19, 2023, the parties each make supplemental productions on June 2, 2023 and substantially complete document production by June 30, 2023. Smartmatic also proposes that the parties exchange privilege logs on July 14, 2023. Smartmatic believes that this schedule, including the dates proposed above, are necessary to ensure that the parties will have sufficient time to comply with the fact discovery deadlines set by the Court.

As set forth in Smartmatic's letter dated, March 29, 2023, if OANN agrees to Smartmatic's proposed schedule, Smartmatic will not seek relief from the Court in the parties' April 3, 2023 joint submission concerning OANN's document production to date and refusal to identify relevant witnesses. If OANN accepts Smartmatic's proposed schedule, Smartmatic will also withdraw its active request for a discovery conference altogether if OANN agrees to withdraw its active request that the Court adjudicate discovery disputes concerning OANN's discovery requests. We understood that, in OANN's March 30, 2023 letter, it was proposing to adjourn the discovery conference as to the relief sought by both parties. Please confirm, as necessary, that is OANN's intention.

Due to the parties' impending deadline to file their joint submission, Smartmatic appreciates OANN's response to Smartmatic's proposal as soon as possible. In the meantime, Smartmatic confirms that the parties are in agreement about the protocol for the joint submission. Smartmatic is hopeful that such a submission will not be necessary. Nevertheless, in an abundance of caution, it will take steps to ensure its compliance with the parties' deadline to exchange their respective drafts this evening.

Very truly yours,

BENESCH, FRIEDLANDER,
  COPLAN & ARONOFF LLP

/s/ Michael E. Bloom

Michael E. Bloom