# Exhibit FF



Michael E. Bloom
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Direct Dial:  312.212.4946
Fax:  312.767.9192
mbloom@beneschlaw.com

March 29, 2023

**VIA EMAIL**

Brian Ledebuhr
Vedder Price
222 North LaSalle Street, Suite 2300
Chicago, IL 60601

      Re:    *Smartmatic USA Corp., et al. v. Herring Networks, Inc. d/b/a One America News Network*, Case No. 1:21-cv-02900-CJN (D.D.C.)

Dear Counsel:

      We write to follow up on the meet-and-confer between Smartmatic and Herring Networks, Inc. ("OANN") that took place earlier this afternoon. We provide herein: (i) Smartmatic's proposed schedule for OANN's production of documents and identification of relevant witnesses; and (ii) Smartmatic's proposed protocol for the parties' joint submission to the Court, should such a filing be necessary.

      **I.**    **Smartmatic's Proposed Schedule For OANN's Production Of Documents And Identification Of Relevant Witnesses.**

      As discussed at our meet-and-confer, Smartmatic continues to attempt to work with OANN in good faith to resolve the deficiencies that it has identified in OANN's discovery responses and production without the Court's assistance. In that regard, Smartmatic agrees that it will not seek relief from the Court in the parties' joint submission due April 3, 2023, concerning OANN's document production to date and failure to identify relevant individuals if OANN agrees to a production schedule that will ensure discovery will proceed in a timely manner from this point forward. The schedule we propose below is designed to ensure that OANN: timely produces responsive documents based on custodians that have already been identified; identifies additional potential custodians through its interrogatory responses; and timely produces documents related to those additional custodians. The schedule also provides that the parties will meet-and-confer on specific dates to facilitate the deadlines identified set forth in the schedule. Nothing in this proposal impacts the parties' prior agreement to make a production on April 7, 2023.

Brian Ledebuhr
March 29, 2023
Page 2

| PROPOSED SCHEDULE | |
|---|---|
| Date | Event |
| April 3, 2023 | Deadline for OANN to submit to Smartmatic in writing its agreement or disagreement with each search term proposed by Smartmatic on February 10. For terms that OANN rejects, it will provide a hit report, propose an alternative search term, and provide a hit report for the alternative search term. OANN will also identify the search terms that its e-discovery software is unable to process. |
| April 5, 2023 | The parties will meet-and-confer concerning Smartmatic's search terms and any TAR methodology that OANN proposes to use in this litigation. |
| April 7, 2023 | Deadline for the parties to finalize search terms. If the parties are unable to finalize the search terms by this date due to any disputes, they will meet-and-confer on this date to discuss any remaining disputes concerning the search terms.<br><br>The parties will further meet-and-confer, if necessary, to discuss OANN's proposed TAR methodology.<br><br>Deadline for OANN to serve supplemental answers to Smartmatic Interrogatories No. 1, 2, 3, and 5, in which OANN will provide substantive answers that identify responsive individuals by name. |
| April 10, 2023 | Smartmatic will propose additional ESI custodians based on OANN's supplemental answers to Interrogatories No. 1, 2, 3 and 5. |
| April 12, 2023 | The parties will meet-and-confer, if necessary, concerning Smartmatic's additional proposed custodians. |
| April 14, 2023 | Deadline for OANN to produce all non-privileged documents that hit on the search term, "Smartmatic", from initial group of custodians. |
| April 28, 2023 | Deadline for OANN to make initial production of non-privileged responsive ESI.<br><br>Deadline for Smartmatic to make additional production. |

Smartmatic further proposes that, following April 28, 2023, the parties each make supplemental productions on May 12, 2023 and every two weeks thereafter until document production is complete. The parties in Smartmatic's lawsuit against Newsmax have followed the same protocol to ensure that fact discovery is completed in a timely manner. Smartmatic believes that this protocol will help keep discovery on track in this case as well.

As stated above, if OANN agrees to Smartmatic's proposed schedule, then Smartmatic will not seek relief from the Court in the parties' April 3, 2023 joint submission concerning OANN's document production to date and refusal to identify relevant witnesses. If OANN accepts Smartmatic's proposed schedule, Smartmatic will also withdraw its active request for a discovery conference altogether if: (i) OANN accepts Smartmatic's proposal concerning RFP No. 24 provided in Smartmatic's letter dated March 28, 2023; and (ii) OANN agrees to withdraw its active request that the Court adjudicate discovery disputes concerning OANN's discovery requests. The parties' withdrawals of their active requests for the Court's assistance would be without prejudice to their rights to seek the Court's assistance at a later date concerning any previously identified discovery disputes, including disputes identified in their correspondence and at their March 29, 2023 meet-and-confer.

Due to the parties' impending deadline to file their joint submission, Smartmatic appreciates OANN's prompt consideration of its proposal. It requests that OANN provide its response no later than close of business on March 30, 2023, so that the parties will have ample time to prepare their joint submission to the Court, if necessary.

## II. Smartmatic's Proposed Protocol Concerning The Parties' Joint Submission.

As discussed at the parties' meet-and-confer, while Smartmatic is hopeful that the parties can avoid motion practice, it believes that the parties should nevertheless agree to a protocol for their joint submission to the Court in case it is necessary. The Court has instructed the parties to file a joint notice "briefly" summarizing their discovery dispute and outlining each party's position. To that end, Smartmatic proposes the following protocol:

- 5 pm, March 31, 2023: The parties exchange their summaries of the discovery issues that they intend to raise with the Court. For each issue, the parties agree that their summary will contain no more than 200 words.

- 2 pm, April 3, 2023: The parties exchange their responses to the issues raised by the other party. The parties agree that their responses to each issue raised by the other party will contain no more than 200 words.

- 5 pm, April 3, 2023: Smartmatic sends OANN a consolidated draft of the parties' positions for OANN's review. As soon as practicable, OANN will review the consolidated draft and either approve it for filing or identify any objections. To the extent OANN objects in any capacity, the parties agree to immediately meet-and-confer and work in good faith to resolve the objection.

Please confirm by close of business on March 30, 2023, that this protocol is acceptable to OANN.

Brian Ledebuhr
March 29, 2023
Page 4

    Very truly yours,

    BENESCH, FRIEDLANDER,
     COPLAN & ARONOFF LLP

    /s/ Michael E. Bloom

    Michael E. Bloom