# Exhibit HH

| | |
|---|---|
| **From:** | Edwards, John |
| **To:** | Sullivan, Olivia; Walsh, Hannah; Kovacs, Caitlin |
| **Cc:** | Myers, David; Babcock, Chip; Neerman, Jonathan; Blaesche, Minoo; Shah, Bethany; Bryant, Jennifer; Carlton, Emily; Flynn-DuPart, Mary Lou; Ceckowski, Lauren; SMT-OANN |
| **Subject:** | RE: Case No. 1:21-cv-02900-CJN; PROD012, PROD013, subpoenaed documents, and OAN"s privilege log |
| **Date:** | Friday, December 15, 2023 4:55:13 PM |
| **Attachments:** | image002.png<br>image003.png |

Below is the requested information.  Please send us the same information for documents received under Smartmatic subpoenas.

- Michigan Secretary of State (10/19/23)
- Cook County (10/13/23)
- North Carolina Secretary of State (9/29/2023)
- Georgia Tech (11/15/23)
- Nevada Secretary of State (10/12/23)
- Edelman (10/17/23)
- California Secretary of State (11/27/23)
- Arizona Secretary of State
    - 1st Production: 10/13/23
    - 2nd Production: 10/30/23
- Chicago Board of Elections
    - 1st Production: 6/9/23 (previously produced)
    - 2nd Production: 6/30/23 (previously produced)
    - 3rd Production: 9/20/23
    - 4th Production: 11/10/23
- Wisconsin Elections Commission (12/1/23)

**From:** Edwards, John
**Sent:** Wednesday, December 13, 2023 10:17 AM
**To:** Sullivan, Olivia <OSullivan@beneschlaw.com>; Walsh, Hannah <hwalsh@jw.com>; Kovacs, Caitlin <CKovacs@beneschlaw.com>
**Cc:** Myers, David <dmyers@jw.com>; Babcock, Chip <cbabcock@jw.com>; Neerman, Jonathan <jneerman@jw.com>; Blaesche, Minoo <mblaesche@jw.com>; Shah, Bethany <bpickett@jw.com>; Bryant, Jennifer <jbryant@jw.com>; Carlton, Emily <ecarlton@jw.com>; Flynn-DuPart, Mary Lou <MDUPART@jw.com>; Ceckowski, Lauren <lceckowski@jw.com>; SMT-OANN <SMT-OANN@beneschlaw.com>
**Subject:** RE: Case No. 1:21-cv-02900-CJN; PROD012, PROD013, subpoenaed documents, and OAN's privilege log

We'll compile and get those to you.  Please also send us the dates you received documents under Smartmatic's subpoenas.

Thanks. - John

**From:** Sullivan, Olivia <OSullivan@beneschlaw.com>
**Sent:** Tuesday, December 12, 2023 4:45 PM
**To:** Walsh, Hannah <hwalsh@jw.com>; Kovacs, Caitlin <CKovacs@beneschlaw.com>
**Cc:** Myers, David <dmyers@jw.com>; Babcock, Chip <cbabcock@jw.com>; Edwards, John <jedwards@jw.com>; Neerman, Jonathan <jneerman@jw.com>; Blaesche, Minoo <mblaesche@jw.com>; Shah, Bethany <bpickett@jw.com>; Bryant, Jennifer <jbryant@jw.com>; Carlton, Emily <ecarlton@jw.com>; Flynn-DuPart, Mary

Lou <MDUPART@jw.com>; Ceckowski, Lauren <lceckowski@jw.com>; SMT-OANN <SMT-OANN@beneschlaw.com>
**Subject:** RE: Case No. 1:21-cv-02900-CJN; PROD012, PROD013, subpoenaed documents, and OAN's privilege log

**\*\*RECEIVED FROM EXTERNAL SENDER – USE CAUTION\*\***

Following up on this. Please provide the dates.

Olivia



Olivia Sullivan
(she/her/hers)
Associate | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6415 | m: 913.742.9568
OSullivan@beneschlaw.com | www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

---

**From:** Sullivan, Olivia
**Sent:** Sunday, December 10, 2023 12:10 PM
**To:** 'Walsh, Hannah' <hwalsh@jw.com>; Kovacs, Caitlin <ckovacs@beneschlaw.com>
**Cc:** Myers, David <dmyers@jw.com>; Babcock, Chip <cbabcock@jw.com>; Edwards, John <jedwards@jw.com>; Neerman, Jonathan <jneerman@jw.com>; Blaesche, Minoo <mblaesche@jw.com>; Shah, Bethany <bpickett@jw.com>; Bryant, Jennifer <jbryant@jw.com>; Carlton, Emily <ecarlton@jw.com>; Flynn-DuPart, Mary Lou <MDUPART@jw.com>; Ceckowski, Lauren <lceckowski@jw.com>; SMT-OANN <SMT-OANN@beneschlaw.com>
**Subject:** RE: Case No. 1:21-cv-02900-CJN; PROD012, PROD013, subpoenaed documents, and OAN's privilege log

Counsel,

Please give us the date that you received documents from each of the subpoena targets below. Thanks.

- Michigan Secretary of State
- Cook County, Illinois
- North Carolina Secretary of State
- Georgia Tech
- Nevada Secretary of State
- Edelman
- Arizona Secretary of State
- California Secretary of State
- Chicago Board of Elections
- Wisconsin Election Commission

Olivia

---

**From:** Walsh, Hannah <hwalsh@jw.com>
**Sent:** Friday, December 8, 2023 7:13 PM
**To:** Kovacs, Caitlin <CKovacs@beneschlaw.com>
**Cc:** Sullivan, Olivia <OSullivan@beneschlaw.com>; Myers, David <dmyers@jw.com>; Babcock, Chip

<cbabcock@jw.com>; Edwards, John <jedwards@jw.com>; Neerman, Jonathan <jneerman@jw.com>; Blaesche, Minoo <mblaesche@jw.com>; Shah, Bethany <bpickett@jw.com>; Bryant, Jennifer <jbryant@jw.com>; Carlton, Emily <ecarlton@jw.com>; Flynn-DuPart, Mary Lou <MDUPART@jw.com>; Ceckowski, Lauren <lceckowski@jw.com>
**Subject:** Case No. 1:21-cv-02900-CJN; PROD012, PROD013, subpoenaed documents, and OAN's privilege log

Counsel,

Attached, please find OAN's privilege log. Below is a link to the following:

- Encrypted Zip file Containing OAN's PROD012 numbered OAN_SMMT_01018330 - OAN_SMMT_01046186
- Encrypted Zip file containing OAN's PROD013 numbered OAN_SMMT_01046187 - OAN_SMMT_01046396
- Folder of Subpoenaed Documents from the following:
    - Michigan Secretary of State
    - Cook County, Illinois
    - North Carolina Secretary of State
    - Georgia Tech
    - Nevada Secretary of State
    - Edelman
    - Arizona Secretary of State
    - California Secretary of State
    - Chicago Board of Elections
    - Wisconsin Election Commission

https://jacksonwalker.sharefile.com/i/i68f726b6a9f48e19

Email with passwords to follow.

Have a nice weekend!
**Hannah Walsh**
2323 Ross Avenue, Suite 600 | Dallas, TX | 75201
(214) 953-5962 | hwalsh@jw.com | Bio

