# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., *et al.*,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>HERRING NETWORKS, INC.,<br><br>　　　　　　Defendant. | No. 1:21-cv-02900-CJN<br><br>Judge Carl J. Nichols |

### DECLARATION OF CAITLIN A. KOVACS IN SUPPORT OF SMARTMATIC'S RULE 56(D) RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON ACTUAL MALICE

　　　I, Caitlin A. Kovacs, make this declaration pursuant to 28 U.S.C. § 1746. I hereby declare under penalty of perjury that the following is true and correct:

　　　1.　　I am an attorney at Benesch, Friedlander, Coplan & Aronoff LLP and counsel for Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation (collectively, "Smartmatic") in this action. As such, I am fully familiar with the facts and circumstances of the matters stated in this declaration.

　　　2.　　Magistrate Judge Upadhyaya held an in-person conference with the parties on December 20, 2023. During this conference, Magistrate Judge Upadhyaya (1) established a streamlined process for the parties to resolve pending and future discovery disputes; (2) ordered the parties to submit an agreed deposition protocol by January 2, 2024; (3) ordered the parties to submit a prioritized list of outstanding discovery disputes that indicates the order in which the Court should address each dispute, along with a list of disputes that have been mooted; and (4) suggested that the parties submit a new proposed discovery schedule to this Court by January 2, 2024.

3.      Magistrate Judge Upadhyaya encouraged the parties to try to agree on a new, reasonable schedule.

4.      She further instructed the parties to take into consideration the volume of discovery disputes that the Magistrate Judge must resolve when proposing a new schedule to this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Date:   December 22, 2023

Caitlin A. Kovacs, Illinois Bar No. 6313273
Benesch, Friedlander, Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
312.212.4949

*Attorney for Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*

2