**Request for International Judicial Assistance pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters**

| | | |
|---|---|---|
| 1. | Sender | The Honorable Moxila A. Upadhyaya<br>Magistrate Judge of the United States District Court for the District of Columbia (Washington, DC)<br>333 Constitution Avenue N.W.<br>Washington D.C. 20001<br>Telephone of Judge's Chambers: 001 - (202) 354-3230 |
| 2. | Central Authority of the Requested State | National Secretariat of Justice<br>Ministry of Justice and Public Security<br>Esplanada dos Ministérios, Anexo II, Sala 322<br>Cep: 70064-900<br>Brasília – DF, Brasil<br>Brazil<br>Tel: +55 61 2025 8900<br>Fax: +55 61 2025 9395<br>Email: cooperacaocivil@mj.gov.br |
| 3. | Person to whom the executed request is to be returned | The Honorable Moxila A. Upadhyaya<br>Magistrate Judge of the United States District Court for the District of Columbia (Washington, DC)<br>333 Constitution Avenue N.W.<br>Washington D.C. 20001<br>Telephone of Judge's Chambers: 001 - (202) 354-3230 |
| 4 | Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request | |
| | Date: | 27 March 2024 |
| | Reason for urgency: | The exchange of fact evidence in this case closes soon |

IN CONFORMITY WITH ARTICLE 3 OF THE CONVENTION, THE UNDERSIGNED APPLICANT HAS THE HONOUR TO SUBMIT THE FOLLOWING REQUEST

| | | |
|---|---|---|
| 5. | *a* Requesting judicial authority (article 3, *a*) | The Honorable Moxila A. Upadhyaya Magistrate Judge of the United States District Court for the District of Columbia (Washington, DC) 333 Constitution Avenue N.W. Washington D.C. 20001 Telephone of Judge's Chambers: 001 - (202) 354-3230 |
| | *b* To the competent authority of (article 3, *a*) | Venezuela |
| | *c* Name of the case and identifying number | *Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited versus Herring Networks, Inc., doing business as One America News Network* (Case Number 1:21-cv-02900-CJN) |
| 6. | Names and addresses of the parties and their representatives (article 3, *b*) | |
| | *a* Plaintiffs | Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (collectively referred to in this document as "Plaintiff") |
| | Representatives | Joel Erik Connolly Benesch, Friedlander, Coplan & Aronoff LLP 71 S. Wacker Drive Suite 1600 Chicago, IL 60606 001 - 312-212-4949 Email: econnolly@beneschlaw.com |
| | *b* Defendant | Herring Networks, Inc., doing business as One America News Network |
| | Representatives | Charles L. Babcock Jackson Walker L.L.P. 1401 McKinney Suite 1900 Houston, TX 77010 001 - 713-752-4210 Email: cbabcock@jw.com |
| 7. | *a* Nature of the proceedings (article 3, *c*) | Civil complaint for defamation |

| | | |
|---|---|---|
| | *b* Summary of complaint | Plaintiff contends that Defendant defamed Plaintiff through a series of television broadcasts occurring after the U.S. presidential election in 2020. Plaintiff contends that the Defendant told its audience that Plaintiff's voting machines were compromised and that the reported outcome of the election could not be trusted. Plaintiff contends that Defendant falsely accused Plaintiff of "having connections to corrupt dictators," including Hugo Chavez, and "of having previously rigged an election in Venezuela." |
| | *c* Summary of defense | Defendant contends that it is not liable because statements appearing on the television broadcasts at issue: were not defamatory; were protected by the First Amendment to the U.S. Constitution; Defendant did not make any statements with actual malice; the statements were true or substantially true; and Plaintiff did not suffer any damage as a result of any statements made by Defendant. |
| 8. | *a* Evidence to be obtained or other judicial act to be performed | 1. Plaintiff's proposal submitted to the Tribunal Superoir Eleitoral (hereinafter referred to as "TSE") regarding the TSE 2019-2020 bidding process (Bidding Notice No. 43/2019) for the manufacture of new electronic voting machines, and documents reflecting the decision regarding Plaintiff's proposal. 2. Documents, if any, indicating that TSE considered any statement appearing on Defendant's television broadcast in deciding whether to award or not award a contract to Plaintiff. |
| | *b* Purpose of the evidence or judicial act sought | The purpose is to identify evidence related to the reputation of Plaintiff and the truth or falsity of Plaintiff's allegation that Plaintiff has been harmed by statements made on Defendant's television broadcasts. |
| 12. | Any requirement that the evidence be given on oath or affirmation and any special form to be used (article 3, *h*) | The entity from whom the documents above are sought are requested to complete the attached declaration verifying the authenticity of the documents produced. If this is not acceptable, they are requested to provide a certification that the documents are true and correct. |

| | | |
|---|---|---|
| 13. | The fees and costs incurred which are reimbursable under the second paragraph of article 14 or under article 26 of the Convention will be borne by | Defendant Herring Networks, Inc., doing business as One America News Network |

DATE OF REQUEST:

SIGNATURE AND SEAL OF THE REQUESTING AUTHORITY:

<u>SEE ATTACHED DECLARATION TO BE COMPLETED WHEN PROVIDING DOCUMENTS</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK,<br><br>　　　　　Defendant. | No. 1:21-cv-02900-CJN |

### **DECLARATION**

1.  My name is _____. I am over the age of eighteen (18) years. The facts stated in this declaration are based on my personal knowledge and my review of records, and are true and correct.

2.  I am the _____ [insert job title/position] for _____ [insert name of employer]. As part of my job duties, I am familiar with the record keeping practices of _____ [insert name of employer]. The documents being produced by _____ [insert name of employer] were made at or near the time by – or from information transmitted by – someone with knowledge; were kept in the course of a regularly conducted activity of the organization; and making the record was a regular practice of that activity.

3.  I declare under criminal penalties of the laws of Brazil that the foregoing is true and correct.

EXECUTED on the \_\_\_\_\_ day of _____ month, 20\_\_\_.

Signature: _____
Name: _____



Houston: 2020 Montrose Blvd. #202, Houston, TX 77006
Ph: (713) 589 - 3112

Dallas: 5025 Addison Cir., Addison, TX 75063
Ph:(214) 550-0151

# Certification of Translation Accuracy

CERTIFIED TRANSLATION FROM ENGLISH TO PORTUGUESE

**Request for International Judicial Assistance pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, Case Number 1:21-cv-02900-CJN**

As 24 Hour Translation Services, an independent professional translation service agency, we hereby confirm that the attached document has been translated by a sworn professional translator, who is qualified, competent, and proficient in the aforementioned language pair and that this translation is complete, true, accurate and faithful in the content, context, and style of the original document in all respects.

This certificate only attests the accuracy of the translation. We do not vouch for the authenticity of the original or the veracity of the statements in the original document. Furthermore, 24 Hour Translation Services takes no responsibility for the application of the translation by the client or any third party, including the end-users of the translation.

A copy of the translated document is attached to this certification.

SWORN BEFORE ME at the   )
City of Addison, in the            )
State of Texas  in the country    )
of the United States of America )
this December 22, 2023             )

_____          _____
NOTARY PUBLIC                                               LANGUAGE SERVICES REPRESENTATIVE

**Pedido de Assistência Judiciária Internacional nos termos da Convenção de Haia de 18 de março de 1970 sobre a Obtenção de Provas no Estrangeiro em Matéria Civil ou Comercial**

| | | |
|---|---|---|
| 1. | Remetente | A Honorável Moxila A. Upadhyaya<br>Juíza Magistrada do Tribunal Distrital dos Estados Unidos para o Distrito de Columbia (Washington, DC)<br>333 Constitution Avenue N.W.<br>Washington D.C. 20001<br>Telefone do Gabinete da Juíza: 001 - (202) 354-3230 |
| 2. | Autoridade Central do Estado Solicitado | Secretaria Nacional de Justiça<br>Ministério da Justiça e Segurança Pública<br>Esplanada dos Ministérios, Anexo II, Sala 322<br>Cep: 70064-900<br>Brasília - DF, Brasil<br>Brasil<br>Tel: +55 61 2025 8900<br>Fax: +55 61 2025 9395<br>E-mail: cooperacaocivil@mj.gov.br |
| 3. | Pessoa a quem o pedido executado deve ser devolvido | A Honorável Moxila A. Upadhyaya<br>Juíza Magistrada do Tribunal Distrital dos Estados Unidos para o Distrito de Columbia (Washington, DC)<br>333 Constitution Avenue N.W.<br>Washington D.C. 20001<br>Telefone do Gabinete da Juíza: 001 - (202) 354-3230 |
| 4. | Especificação da data até a qual a autoridade requerente exige o recebimento da resposta à Carta Rogatória | |
| | Data: | 27 de março de 2024 |
| | Motivo da urgência: | O prazo para apuração do fato encerrou-se em 8 de dezembro de 2023, mas o Tribunal permitiu que esta apuração específica fosse realizada dentro do prazo solicitado. |

EM CONFORMIDADE COM O ARTIGO 3 DA CONVENÇÃO, O REQUERENTE ASSINADO ABAIXO TEM A HONRA DE ENVIAR O SEGUINTE PEDIDO

Página **1** de **6**

| | | |
|---|---|---|
| 5. | *a* Autoridade judicial requerente (artigo 3, *a*) | A Honorável Moxila A. Upadhyaya<br>Juíza Magistrada do Tribunal Distrital dos Estados Unidos para o Distrito de Columbia (Washington, DC)<br>333 Constitution Avenue N.W.<br>Washington D.C. 20001<br>Telefone do Gabinete da Juíza: 001 - (202) 354-3230 |
| | *b* Para a autoridade competente da (artigo 3, *a*) | Venezuela |
| | *c* Nome do processo e número de identificação | *Smartmatic USA Corp., Smartmatic International Holding B.V., e SGO Corporation Limited contra Herring Networks, Inc., realizando negócios como One America News Network* (Número do processo 1:21-cv-02900-CJN) |
| 6. | Nomes e endereços das partes e seus representantes (artigo 3, *b*) | |
| | *a*  Autores | Smartmatic USA Corp., Smartmatic International Holding B.V., e SGO Corporation Limited (coletivamente referidas neste documento como "Autor") |
| | Representantes | Joel Erik Connolly<br>Benesch, Friedlander, Coplan & Aronoff LLP<br>71 S. Wacker Drive<br>Suite 1600<br>Chicago, IL 60606<br>001 - 312-212-4949<br>E-mail: econnolly@beneschlaw.com |
| | *b* Réu | Herring Networks, Inc., realizando negócios como One America News Network |
| | Representantes | Charles L. Babcock<br>Jackson Walker L.L.P.<br>1401 McKinney<br>Suite 1900<br>Houston, TX 77010<br>001 - 713-752-4210<br>E-mail: cbabcock@jw.com |

| | | |
|---|---|---|
| 7. | *a* Natureza dos procedimentos (artigo 3, *c*) | Reclamação civil por difamação |
| | *b* Resumo da reclamação | O Autor alega que o Réu difamou o Autor por meio de uma série de transmissões de televisão que ocorreram após a eleição presidencial dos EUA em 2020. O Autor alega que o Réu disse ao seu público que as urnas eletrônicas do Autor estavam comprometidas e que o resultado relatado da eleição não era confiável.  O Autor alega que o Réu acusou falsamente o Autor de "ter conexões com ditadores corruptos", incluindo Hugo Chávez, e "de ter fraudado anteriormente uma eleição na Venezuela". |
| | *c* Resumo da defesa | O Réu alega que não é responsável porque as declarações que aparecem nas transmissões de televisão em questão: não eram difamatórias; eram protegidas pela Primeira Emenda da Constituição dos Estados Unidos; o Réu não fez nenhuma declaração com malícia real; as declarações eram verdadeiras ou substancialmente verdadeiras; e o Autor não sofreu nenhum dano como resultado de nenhuma declaração feita pelo Réu. |
| 8. | *a* Prova a ser obtida ou outro ato judicial a ser executado | 1. A proposta do Autor, enviada ao Tribunal Superior Eleitoral (doravante denominado "TSE") em relação ao processo de licitação 2019-2020 do TSE (Edital de Licitação N.º 43/2019) para a fabricação de novas urnas eletrônicas, e documentos que refletem a decisão sobre a proposta do Autor.<br>2. Documentos, se houver, indicando que o TSE considerou qualquer declaração que apareceu na transmissão de televisão do Réu ao decidir se concederia ou não um contrato ao Autor. |
| | *b* Objetivo pretendido da prova ou do ato judicial | O objetivo é identificar provas relacionadas com a reputação do Autor e a verdade ou falsidade da alegação do Autor de que o Autor foi prejudicado por declarações feitas nas transmissões de televisão do Réu. |
| 12. | Qualquer exigência de que a prova seja feita sob juramento ou afirmação e | Solicita-se que a entidade da qual os documentos acima são solicitados, preencha a declaração anexa verificando a autenticidade dos documentos apresentados.  Se isso não for aceitável, eles serão |

Página **3** de **6**

|     |     |     |
| --- | --- | --- |
|     | qualquer forma especial a ser usada (artigo 3, *h*) | solicitados a fornecer uma certificação de que os documentos são verdadeiros e corretos. |
| 13. | As taxas e os custos incorridos que são reembolsáveis de acordo com o segundo parágrafo do artigo 14 ou com o artigo 26 da Convenção serão arcados por | O ré Herring Networks, Inc., realizando negócios como One America News Network |

DATA DO PEDIDO:

ASSINATURA E SELO DA AUTORIDADE REQUERENTE:

<u>VER ANEXO, A DECLARAÇÃO A SER PREENCHIDA AO FORNECER OS DOCUMENTOS</u>

NO TRIBUNAL DISTRITAL DOS ESTADOS UNIDOS
PARA O DISTRITO DE COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., E SGO CORPORATION LIMITED,<br><br>Autores,<br>v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK,<br><br>Réu. | N.º 1:21-cv-02900-CJN |

**<u>DECLARAÇÃO</u>**

1. Meu nome é _____. Eu tenho mais de dezoito (18) anos de idade. Os fatos declarados nesta declaração baseiam-se em meu conhecimento pessoal e em minha análise dos registros, e são verdadeiros e corretos.

2. Eu sou _____ [inserir o cargo/função] da _____ [inserir o nome do empregador]. Como parte de minhas obrigações profissionais, estou familiarizado com as práticas de manutenção de registros da _____ [inserir o nome do empregador]. Os documentos apresentados por _____ [insira o nome do empregador] foram feitos elaborados no momento ou próximo ao momento por – ou a partir de informações transmitidas por – alguém com conhecimento; foram mantidos no curso de uma atividade regularmente conduzida pela organização; e fazer o registro foi uma prática regular dessa atividade.

3. Eu declaro, sob as penalidades criminais das leis do Brasil, que o acima exposto é verdadeiro e correto.

EXECUTADO no dia _____ do mês de _____ de 20___.

Assinatura:
Nome: _____