The Honorable Moxila A. Upadhyaya
Magistrate Judge of the United States District Court for the District
of Columbia (Washington, DC)
333 Constitution Avenue N.W.
Washington D.C. 20001
Telephone of Judge's Chambers: 001 - (202) 354-3230

Dear Honorable Courts of Oman:

The undersigned requests your assistance in obtaining evidence that is located in Oman for use in connection with a civil lawsuit that is currently pending in the United States District Court for the District of Columbia. Information regarding the requested evidence and the matter to which it relates is as follows:

|  |  |
|---|---|
| Name of the U.S. case | *Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited versus Herring Networks, Inc., doing business as One America News Network* (Case Number 1:21-cv-02900-CJN) |
| Court, Judge, and Case Number | United States District Court for the District of Columbia, Judge Nichols presiding (Case Number 1:21-cv-02900-CJN); Magistrate Judge Moxila A. Upadhyaya |

Names and addresses of the parties and
their representatives (article 3, *b*)

| | | |
|---|---|---|
| *a* | Plaintiffs | Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (collectively referred to in this document as "Plaintiff") |
| | Representatives | Joel Erik Connolly<br>Benesch, Friedlander, Coplan & Aronoff LLP<br>71 S. Wacker Drive<br>Suite 1600<br>Chicago, IL 60606<br>001 - 312-212-4949<br>Email: econnolly@beneschlaw.com |
| *b* | Defendant | Herring Networks, Inc., doing business as One America News Network |

| | |
|---|---|
| Representatives | Charles L. Babcock<br>Jackson Walker L.L.P.<br>1401 McKinney<br>Suite 1900<br>Houston, TX 77010<br>001 - 713-752-4210<br>Email: cbabcock@jw.com |
| Summary of complaint | Plaintiff contends that Defendant defamed Plaintiff through a series of television broadcasts occurring after the U.S. presidential election in 2020. Plaintiff contends that the Defendant told its audience that Plaintiff's voting machines were compromised and that the reported outcome of the election could not be trusted. Plaintiff contends that Defendant falsely accused Plaintiff of "having connections to corrupt dictators," including Hugo Chavez, and "of having previously rigged an election in Venezuela." Plaintiff contends that Defendant's statements have harmed Plaintiff's reputation on an international scale. |
| Summary of defense | Defendant contends that it is not liable because statements appearing on the television broadcasts at issue: were not defamatory; were protected by the First Amendment to the U.S. Constitution; Defendant did not make any statements with actual malice; the statements were true or substantially true; Plaintiff did not suffer any damage as a result of any statements made by Defendant; and any reputational harm that Plaintiff has suffered has been due to its own conduct in various jurisdictions, including Oman, not Defendant's statements. |
| Documents requested to be obtained from Oman | The undersigned requests that you ask the Ministry of Interior and Industrial Management Technology & Contracting for documents and communications regarding Smartmatic software, machines, voting or election technology, or support services used during the 2016 Oman Municipal Election and errors that occurred in connection with the election relating to the voting system software and equipment. This includes documents and communications on, before, or after election day regarding any issues |

                      with Smartmatic's voting technology, Smartmatic removing any equipment or personnel from the country, any investigation or review of the results of the 2016 election, or other voting machine problems relating to the 2016 Oman elections.

Additionally, the undersigned requests that, in connection with providing the requested documents, an appropriate individual from the organization producing the documents **complete and execute the attached declaration**.  If this is unacceptable, the undersigned requests that a certification be made that the documents that are produced are true and correct copies of the originals.

Additionally, the undersigned requests that the requested foregoing documents be collected and provided to the undersigned by **27 March 2024**.  The reason for this is that the exchange of fact evidence in this case closes soon.

If you have any questions about this request, please do not hesitate to reach out to the undersigned at its telephone number or address listed above.

                                            Sincerely,


                                        The Honorable Moxila A. Upadhyaya
                                        Magistrate Judge, U.S. District Court for the
                                        District of Columbia

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>    Plaintiffs,<br><br> v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK,<br><br>    Defendant. | No. 1:21-cv-02900-CJN |

## **DECLARATION**

1. My name is _____. I am over the age of eighteen (18) years. The facts stated in this declaration are based on my personal knowledge and my review of records, and are true and correct.

2. I am the _____ [insert job title/position] for _____ [insert name of employer]. As part of my job duties, I am familiar with the record keeping practices of _____ [insert name of employer]. The documents being produced by _____ [insert name of employer] were made at or near the time by – or from information transmitted by – someone with knowledge; were kept in the course of a regularly conducted activity of the organization; and making the record was a regular practice of that activity.

3. I declare under criminal penalties of the laws of Oman that the foregoing is true and correct.

EXECUTED on the _____ day of _____ month, 20___.

                                                      Signature: _____
                                                     Name: _____



Houston: 2020 Montrose Blvd. #202, Houston, TX 77006
Ph: (713) 589 - 3112

Dallas: 5025 Addison Cir., Addison, TX
75063 Ph:(214) 550-0151

## Certification of Translation Accuracy

ENGLISH TO ARABIC

** REQUEST TO OBTAIN EVIDENCE**

As 24 Hour Translation Services, an independent professional translation service agency, we hereby confirm that the attached document has been translated by a sworn professional translator, who is qualified, competent, and proficient in the aforementioned language pair and that this translation is complete, true, accurate and faithful in the content, context, and style of the original document in all respects.

This certificate only attests the accuracy of the translation. We do not vouch for the authenticity of the original or the veracity of the statements in the original document. Furthermore, 24 Hour Translation Services takes no responsibility for the application of the translation by the client or any third party, including the end-users of the translation.

A copy of the translated document is attached to this certification.

SWORN BEFORE ME at the         )
City of Addison, in the              )
State of Texas  in the country    )
of the United States of America  )
this 22nd day of December 2023)



PETER R. DETLEF
Notary Public, State of Texas
Comm. Expires 06-16-2026
Notary ID 128300998

_____        _____
NOTARY PUBLIC                              LANGUAGE SERVICES REPRESENTATIVE



Houston: 2020 Montrose Blvd. #202, Houston, TX 77006
Ph: (713) 589 - 3112

Dallas: 5025 Addison Cir., Addison, TX 75063 Ph:(214) 550-0151

# شهادة صحة ترجمة

من الإنجليزية إلى العربية

**طلب حصول على أدلة**

باعتبارها وكالة مستقلة لتقديم خدمات الترجمة الاحترافية، فإن 24 Hour Translation Services تؤكد بموجب هذه الشهادة أن الوثيقة المرفقة قد تمت ترجمتها بواسطة مترجم محلف محترف ومؤهل وكفؤ ومتقن للغتين المذكورتين أعلاه وأن هذه الترجمة كاملة وصحيحة ودقيقة وصادقة ومطابقة لمحتوى وسياق وأسلوب الوثيقة الأصلية من جميع النواحي.

الغرض من هذه الشهادة هو فقط التصديق على صحة ودقة الترجمة، ولا نضمن صحة النص الأصلي أو صحة البيانات الواردة في الوثيقة الأصلية. علمًا بأن وكالة 24 Hour Translation Services لا تتحمل أي مسؤولية عن تطبيق الترجمة من قبل العميل أو أي طرف ثالث، بما في ذلك المستخدمين النهائيين للترجمة.

مرفق طيّه نسخة من الوثيقة المترجمة.




تم القسم أمامي في                 (   )
مدينة أديسون، في                 (   )
ولاية تكساس، في                 (   )
الولايات المتحدة الأمريكية       (   )
بتاريخ 22 ديسمبر 2023           (   )

_____          _____
ممثل خدمة الترجمة                 كاتب العدل

سيادة القاضي موكسيلا أ. أوبادايايا (Moxila A. Upadhyaya)
قاضي التحقيق بالمحكمة الجزئية الأمريكية لمقاطعة كولومبيا (واشنطن العاصمة)
333 جادة كونستيتيوشن شمال غرب
واشنطن العاصمة 20001
هاتف غرف المشورة: 3230-354 (202) 001

إلى المحاكم العمانية الموقرة:

يلتمس الموقع أدناه مساعدتكم في الحصول على الأدلة الموجودة في عمان لاستخدامها فيما يتعلق بدعوى مدنية قيد النظر حاليًا في المحكمة الجزئية الأمريكية لمقاطعة كولومبيا. وفيما يلي المعلومات المتعلقة بالأدلة المطلوبة والمسألة المتعلقة بها:

| | |
|---|---|
| اسم القضية الامريكية | مؤسسة Smartmatic USA وشركة Smartmatic International Holding B.V. وشركة SGO Corporation Limited ضد شركة Herring Networks, Inc.، والتي تمارس أعمالها تحت اسم One America News Network في القضية رقم 1:21-cv-02900-CJN |
| المحكمة والقاضي ورقم القضية | المحكمة الجزئية الأمريكية لمقاطعة كولومبيا، برئاسة القاضي نيكولز (رقم القضية:-21:1 cv-02900-CJN)؛ قاضي التحقيق موكسيلا أ. أوبادايايا (Moxila A. Upadhyaya) |

أسماء وعناوين الأطراف وممثليهم (المادة 3، ب)

| | |
|---|---|
| أ- المدعون | مؤسسة Smartmatic USA وشركة Smartmatic International Holding B.V. وشركة SGO Corporation Limited (يشار إليهم مجتمعين في هذه الوثيقة باسم "المدعي") |
| الممثلون | جويل إريك كونولي (Joel Erik Connolly) شركة بينيش وفريدلاندر وكوبلان وأرونوف للمحاماة 71 طريق ج. واكر جناح 1600 شيكاغو، إلينوي 60606 001-312-212-4949 البريد الإلكتروني: econnolly@beneschlaw.com |



| | |
|---|---|
| ب- المدعى عليه | شركة Herring Networks, Inc.، والتي تمارس أعمالها تحت اسم One America News Network |
| الممثلين | تشارلز إل بابكوك (Charles L. Babcock)<br>شركة جاكسون ووكر التضامنية محدودة المسؤولية (.Jackson Walker L.L.P)<br>1401 ماكيني<br>جناح 1900<br>هيوستن، تكساس 77010<br>001-713-752-4210<br>البريد الإلكتروني: cbabcock@jw.com |
| ملخص الدعوى | يدعي المدعي أن المدعى عليه قام بالتشهير بالمدعي من خلال سلسلة من عمليات البث التلفزيوني التي حدثت بعد الانتخابات الرئاسية الأمريكية في عام 2020. ويؤكد المدعي أن المدعى عليه قد أخبر متابعيه أن أجهزة التصويت الخاصة بالمدعي قد تعرضت للاختراق وأنه لا يمكن الوثوق في نتائج الانتخابات المعلنة. ويدعي المدعي أن المدعى عليه اتهم المدعي زوراً بـ "وجود علاقات مع ديكتاتوريين فاسدين"، منهم هوغو تشافيز (Hugo Chavez)، و"بأنه سبق للمدعي تزوير الانتخابات في فنزويلا". ويدعي المدعي أن تصريحات المدعى عليه أضرت بسمعة المدعي على المستوى الدولي. |
| ملخص الدفاع | يدعي المدعى عليه أنه غير مسؤول عن تلك التصريحات لأن التصريحات التي ظهرت في عمليات البث التليفزيونية المعنية لم تكن تشهيرية وأنها كانت محمية بموجب التعديل الأول لدستور الولايات المتحدة الأمريكية وأن المدعى عليه لم يُدلِ بأي تصريحات بنية تعمد الأذى أو بسوء نية فعلي وإنما كانت العبارات صحيحة أو صحيحة إلى حد كبير وأن المدعي لم يتعرض لأي ضرر ناتج عن أي تصريحات أدلى بها المدعى عليه؛ وأي إضرار بالسمعة تعرض له المدعي كان بسبب سلوكه في مختلف الولايات القضائية بما في ذلك عمان، وليس نتيجة لتصريحات المدعى عليه. |
| المستندات المطلوب الحصول عليها من عمان | يطلب الموقع أدناه أن تتفضلوا بالتقدم بطلب لوزارة الداخلية وتكنولوجيا الإدارة الصناعية والمقاولات لتقديم المستندات والاتصالات المتعلقة ببرامج أو أجهزة أو تكنولوجيا Smartmatic للتصويت أو الانتخابات أو خدمات الدعم المقدمة من Smartmatic المستخدمة خلال انتخابات المجالس البلدية في عمان عام 2016 والأخطاء التي حدثت خلال الانتخابات والتي تتعلق ببرامج وأجهزة نظام التصويت، بما في ذلك المستندات والاتصالات خلال يوم الانتخابات أو قبله أو بعده فيما يتعلق بأي مشكلات تتعلق بتكنولوجيا التصويت الخاصة بـ Smartmatic، أو نقل Smartmatic لأي أجهزة أو موظفين خارج البلاد، أو أي تحقيقات أو مراجعات لنتائج انتخابات 2016، أو أي مشكلات أخرى في أجهزة وآلات التصويت ذات الصلة بانتخابات عمان 2016. |



بالإضافة إلى ذلك، فيما يتعلق بتقديم المستندات المطلوبة، فإن الموقع أدناه يلتمس أن يقوم فرد مناسب من الجهة التي تصدر عنها المستندات **بإكمال وإنفاذ الإقرار المرفق**. وإذا كان هذا غير مقبول، فإن الموقع أدناه يطلب التصديق على كون المستندات التي تم تقديمها هي نسخ حقيقية وصحيحة من النسخ الأصلية.

بالإضافة إلى ذلك، يطلب الموقع أدناه جمع المستندات المطلوبة وتقديمها إلى الموقع أدناه في موعد أقصاه **27 مارس 2024**، علمًا أن المدة المحددة لتبادل أدلة الوقائع في هذه القضية قد انتهت في 8 ديسمبر 2023، إلا أن المحكمة قد سمحت بإجراء هذا التحقيق المحدد خلال الإطار الزمني المطلوب.

إذا كانت لديكم أي أسئلة حول هذا الطلب، فلا تترددوا في التواصل مع الموقع أدناه على رقم هاتفه أو عنوانه المذكور أعلاه.

مع خالص التحيات،

سعادة القاضي موكسيلا أ. أوباديايا

قاضي التحقيق بالمحكمة الجزئية الأمريكية لمقاطعة كولومبيا



<div dir="rtl">

في المحكمة الجزئية الأمريكية

لمقاطعة كولومبيا

| | |
|---|---|
| مؤسسة Smartmatic USA وشركة Smartmatic International Holding B.V. وشركة SGO Corporation Limited<br><br>المدعون<br><br>ضد<br><br>شركة .Herring Networks, Inc، والتي تمارس أعمالها تحت اسم One America News Network<br><br>المدعى عليه | القضية رقم 1:21-cv-02900-CJN |

## إقرار

1.  أقر أنا المدعو _____ وعمري يزيد عن ثمانية عشر (18) عامًا، أن الحقائق الواردة في هذا التصريح مبنية على معرفتي الشخصية ومراجعتي للسجلات وهي حقيقية وصحيحة.

2.  وأنا أعمل _____ [أدخل المسمى الوظيفي/المنصب] لدى _____ [أدخل اسم جهة العمل]. وكجزء من واجباتي الوظيفية، فإنني على دراية بممارسات حفظ السجلات في _____ [أدخل اسم جهة العمل]. وأن المستندات التي يتم إصدارها من قبل _____ [أدخل اسم جهة العمل] التي تم إعدادها في الوقت المحدد أو نحوه - أو من خلال المعلومات المرسلة من قبل - شخص لديه المعرفة قد تم الاحتفاظ بها في سياق نشاط العمل المعتاد الذي تجريه الهيئة؛ وأن إعداد السجلات هي ممارسة معتادة لهذا النشاط.

3.  وأقر تحت طائلة العقوبات الجنائية لقوانين عمان أن ما سبق صحيح وحقيقي.

تحريرًا في يوم _____ الموافق _____ من شهر _____ لعام _____.

التوقيع: _____

اسم: _____

</div>

[Certified Translation stamp: 24 Hour Translation, DIV. OF THE MARKETING ANALYSTS]