The Honorable Moxila A. Upadhyaya
Magistrate Judge of the United States District Court for the District
of Columbia (Washington, DC)
333 Constitution Avenue N.W.
Washington D.C. 20001
Telephone of Judge's Chambers: 001 - (202) 354-3230


Dear Honorable Courts of Taiwan:

    The undersigned requests your assistance in obtaining evidence that is located in Taiwan for use in connection with a civil lawsuit that is currently pending in the United States District Court for the District of Columbia. Information regarding the requested evidence and the matter to which it relates is as follows:

| | |
|---|---|
| Name of the U.S. case | *Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited versus Herring Networks, Inc., doing business as One America News Network* (Case Number 1:21-cv-02900-CJN) |
| Court, Judge, and Case Number | United States District Court for the District of Columbia, Judge Nichols presiding (Case Number 1:21-cv-02900-CJN); Magistrate Judge Moxila A. Upadhyaya |

Names and addresses of the parties and their representatives (article 3, *b*)

| | | |
|---|---|---|
| *a* | Plaintiffs | Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (collectively referred to in this document as "Plaintiff") |
| | Representatives | Joel Erik Connolly<br>Benesch, Friedlander, Coplan & Aronoff LLP<br>71 S. Wacker Drive<br>Suite 1600<br>Chicago, IL 60606<br>001 - 312-212-4949<br>Email: econnolly@beneschlaw.com |
| *b* | Defendant | Herring Networks, Inc., doing business as One America News Network |

| | |
|---|---|
| Representatives | Charles L. Babcock<br>Jackson Walker L.L.P.<br>1401 McKinney<br>Suite 1900<br>Houston, TX 77010<br>001 - 713-752-4210<br>Email: cbabcock@jw.com |
| Summary of complaint | Plaintiff contends that Defendant defamed Plaintiff through a series of television broadcasts occurring after the U.S. presidential election in 2020. Plaintiff contends that the Defendant told its audience that Plaintiff's voting machines were compromised and that the reported outcome of the election could not be trusted. Plaintiff contends that Defendant falsely accused Plaintiff of "having connections to corrupt dictators," including Hugo Chavez, and "of having previously rigged an election in Venezuela." Plaintiff contends that Defendant's statements have harmed Plaintiff's reputation on an international scale. |
| Summary of defense | Defendant contends that it is not liable because statements appearing on the television broadcasts at issue: were not defamatory; were protected by the First Amendment to the U.S. Constitution; Defendant did not make any statements with actual malice; the statements were true or substantially true; the statements were privileged as a fair report; Plaintiff did not suffer any damage as a result of any statements made by Defendant; and any reputational harm that Plaintiff has allegedly suffered has been due to its own conduct in various jurisdictions, including in Taiwan, not Defendant's statements. |
| Documents requested to be obtained from the Philippines | The undersigned authority requests that you ask the Central Election Commission ("CEC") in Taiwan to produce documents regarding issues, problems, and investigations relating to Smartmatic's software, machines, voting or election technology, or support services used in elections in Taiwan. |

Additionally, the undersigned requests that, in connection with providing the requested documents, an appropriate individual from the organization producing the documents **complete and execute the attached declaration**. If this is unacceptable, the undersigned requests that a certification be made that the documents that are produced are true and correct copies of the originals.

Additionally, the undersigned requests that the requested foregoing documents and testimony be collected and provided to the undersigned by **27 March 2024**. The reason for this is that the exchange of fact evidence in this case closes soon.

If you have any questions about this request, please do not hesitate to reach out to the undersigned at its telephone number or address listed above.

        Sincerely,


        The Honorable Moxila A. Upadhyaya
        Magistrate Judge, U.S. District Court for the
        District of Columbia

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>    Plaintiffs,<br><br>  v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK,<br><br>    Defendant. | No. 1:21-cv-02900-CJN |

## **DECLARATION**

1. My name is _____. I am over the age of eighteen (18) years. The facts stated in this declaration are based on my personal knowledge and my review of records, and are true and correct.

2. I am the _____ [insert job title/position] for _____ [insert name of employer]. As part of my job duties, I am familiar with the record keeping practices of _____ [insert name of employer]. The documents being produced by _____ [insert name of employer] were made at or near the time by – or from information transmitted by – someone with knowledge; were kept in the course of a regularly conducted activity of the organization; and making the record was a regular practice of that activity.

3. I declare under criminal penalties of the laws of Taiwan that the foregoing is true and correct.

EXECUTED on the \_\_\_\_\_ day of _____ month, 20\_\_\_.

Signature: _____
Name: _____



Houston: 2020 Montrose Blvd. #202, Houston, TX 77006
Ph: (713) 589 - 3112

Dallas: 5025 Addison Cir., Addison, TX 75063
Ph:(214) 550-0151

# Certification of Translation Accuracy

ENGLISH TO CHINESE TRANSLATION –
ENGLISH TO TAIWANESE MANDARIN

As 24 Hour Translation Services, an independent professional translation service agency, we hereby confirm that the attached document has been translated by a sworn professional translator, who is qualified, competent, and proficient in the aforementioned language pair and that this translation is complete, true, accurate and faithful in the content, context, and style of the original document in all respects.

This certificate only attests the accuracy of the translation. We do not vouch for the authenticity of the original or the veracity of the statements in the original document. Furthermore, 24 Hour Translation Services takes no responsibility for the application of the translation by the client or any third party, including the end-users of the translation.

A copy of the translated document is attached to this certification.

SWORN BEFORE ME at the )
City of Addison, in the )
State of Texas  in the country )
of the United States of America )
this 22nd day of December 2023)




_____                    _____
NOTARY PUBLIC                                      LANGUAGE SERVICES REPRESENTATIVE

尊敬的Moxila A. Upadhyaya
美國哥倫比亞特區地方法院法官（華盛頓特區）
333 Constitution Avenue N.W。
華盛頓特區20001
法官分庭電話：001-（202）354-3440

尊敬的臺灣法院：

　　以下簽署人請求您協助獲取臺灣的證據，以用於美國哥倫比亞特區地方法院目前正在審理的民事訴訟。 關於所要求的證據及其相關事項的資訊如下：

| | |
|---|---|
| 美國案件名稱 | *Smartmatic USA Corp.*、*Smartmatic International Holding B.V.* 和 *SGO Corporation Limited v. Herring Networks, Inc.*，以 *One America News Network* 名義經營業務（案件編號 1:21-cv-02900-CJN） |
| 法院、法官和案件編號 | 美國哥倫比亞特區地方法院，尼科爾斯法官主持（案件編號1:21-cv-02900-CJN）；地方法官 Moxila A. Upadhyaya |
| 雙方的名稱和地址以及其代表（第3條 b 款） | |
| a  原告 | *Smartmatic USA Corp.*、*Smartmatic International Holding B.V.* 和 *SGO Corporation Limited*(在本檔案中統稱為"原告") |
| 代表 | 喬爾•埃里克•康諾利•貝尼施(Joel Erik Connolly Benesch)，弗里德蘭德 (Friedlander), Coplan & Aronoff LLP<br>71 S. Wacker Drive<br>Suite 1600<br>Chicago, IL 60606<br>001 – 312-212-4949<br>電子郵件：<u>econnolly@beneschlaw.com</u> |
| b 被告 | Herring Networks, Inc.，以 One America News Network 名義經營業務 |
| 代表 | 查爾斯•L•巴布科克(Charles L. Babcock)<br>Jackson Walker L.L.P.<br>1401 McKinney<br>Suite 1900 |

```
Houston, TX 77010
001 - 713-752-4210
```
電子郵件：cbabcock@jw.com

| | |
|---|---|
| 投訴摘要 | 原告辯稱，被告在2020年美國總統大選後通過一系列電視廣播誹謗原告。 原告辯稱，被告告訴觀眾，原告的投票機受到了損害，報告的選舉結果不可信。 原告辯稱，被告誣告原告"與包括烏戈·查韋斯在內的腐敗獨裁者有聯系"，"之前曾操縱委內瑞拉的選舉"。原告認為，被告的言論在國際上損害了原告的聲譽。 |
| 辯護摘要 | 被告辯稱，它不承擔責任，因為有爭議的電視廣播中出現的言論：不是誹謗； 受到美國憲法第一修正案的保護； 被告沒有作出任何具有實際惡意的陳述； 陳述真實或實質真實； 這些聲明被認為是一份公正的報告； 原告未因被告的任何陳述而遭受任何損害； 原告所遭受的任何名譽損害是由於其在包括臺灣在內的各個司法管轄區的行為造成的，而不是被告的陳述。 |
| 要求從台灣取得的文件 | 以下簽署機構要求您要求臺灣中央選舉委員會（"CEC"）提供有關 Smartmatic 軟件、機器、投票或選舉科技或臺灣選舉所用支持服務的問題和調查的文件。 |

　　此外，簽署人要求，在提供所需檔案的過程中，由編制檔案的組織中的適當人員**填寫並執行所附聲明**。 如果這是不可接受的，簽署人要求提供一份證明，證明所提供的文件是原件的真實和正確的副本。

　　此外，簽署人要求在**2024年3月27日**之前收集並向簽署人提供所要求的上述文件和證詞。 原因是事實調查的最後期限於2023年12月8日結束，但法院允許在要求的時間內進行這一具體調查。

　　如果您對此請求有任何疑問，請隨時聯系以下簽署人，電話號碼或地址如上所示。

真誠地，


尊敬的地方法官 Moxila A. Upadhyaya,美國哥倫比亞特區地方法院法官

ENGLISH TO CHINESE MANDARIN

在美國地方法院
哥倫比亞特區

| | |
|---|---|
| Smartmatic USA Corp.、Smartmatic International Holding B.V. 和 SGO Corporation Limited<br><br>原告，<br><br>v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK,<br><br>被告. | No. 1:21-cv-02900-CJN |

<u>聲明</u>

1. 我的名字是＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿．我已年滿十八（18）歲。 本聲明中陳述的事實是基於我的個人知識和我對記錄的審查，並且是真實和正確的。

2. 我是 ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿ [插入雇主名稱] 的 ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿ [插入職稱/職位]。 作為我工作職責的一部分，我熟悉 ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿ [插入雇主名稱] 的記錄保存做法。 ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿ [插入雇主名稱] 製作的文件是由有知識的人在當時或附近製作的，或是根據有知識的人傳遞的訊息製作的； 在組織定期進行的活動過程中保存； 並進行記錄是該活動的常規做法。

3. 根據臺灣法律的刑事處罰，我聲明上述內容是真實和正確的。

於20＿＿＿年＿＿＿月＿＿＿日簽署。

簽名: ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿<br>
名稱: ＿＿＿＿＿＿＿＿＿＿＿＿

ENGLISH TO CHINESE MANDARIN