IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., <br> SMARTMATIC HOLDING B.V., AND <br> SGO CORPORATION LIMITED, <br><br> Plaintiffs, <br> v. <br><br> HERRING NETWORKS, INC., D/B/A <br> ONE AMERICA NEWS NETWORK, <br><br> Defendant. | Civil Action No. 1:21-cv-02900-CJN |

## MOTION FOR ADMISSION OF ATTORNEY CASEY E. DONNELLY

Pursuant to Civil Local Rule 83.2(c), Non-Parties George Soros and Open Society Institute move for the admission and appearance of attorney Casey E. Donnelly *pro hac vice* in the above-captioned action. This motion is supported by the Declaration of Casey E. Donnelly, Esquire, filed herewith. As set forth in Ms. Donnelly's Declaration, she is admitted and is an active member in good standing with the State Bar of New York.

This motion is supported and signed by Elizabeth J. Bower, Esquire, an active and sponsoring member of the Bar of this Court, License Number: 498480.

                                                        Respectfully Submitted,

Dated:   December 27, 2023            */s/ Elizabeth J. Bower*
                                                  Elizabeth J. Bower, DC Bar ID 498480
                                                  WILLKIE FARR & GALLAGHER LLP
                                                  Elizabeth Bower
                                                  1875 K Street, N.W.
                                                  Washington DC 20006-1238
                                                  (202) 303-1252
                                                  EBower@willkie.com