IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP.,<br>SMARTMATIC HOLDING B.V., AND<br>SGO CORPORATION LIMITED,<br><br>    Plaintiffs,<br>v.<br><br>HERRING NETWORKS, INC., D/B/A<br>ONE AMERICA NEWS NETWORK,<br><br>    Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 1:21-cv-02900-CJN<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF ATTORNEY CASEY E. DONNELLY IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(c) of the United States District Court for the District of Columbia, I, Casey E. Donnelly, hereby declare as follows:

1. My full name is Casey Ellen Donnelly. I serve as counsel for Non-Parties Open Society Institute and George Soros.

2. I am an attorney with the law firm of Willkie Farr & Gallagher LLP, located at 787 Seventh Avenue New York, New York 10019. My office phone number is (212) 728-8000.

3. I have been admitted to the bars listed in Exhibit 1.

4. I certify that I have never been subject to discipline for my conduct as an attorney before any court or as a member of any bar association.

5. I have not been admitted *pro hac vice* to practice in this Court in the past two years.

6. I am not a resident of the District of Columbia, nor do I practice law from an office located in the District of Columbia. In addition, I am not a member of the District of Columbia Bar.

I will, if admitted for purposes of this litigation, conduct myself in accordance with all applicable rules of professional conduct and the rules of this Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:   December 18, 2023

Respectfully Submitted,

*Casey E. Donnelly*

Casey E. Donnelly, NY Bar No. 14893
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
(212) 728-8000
cdonnelly@willkie.com

**CASEY E. DONNELLY**
New York License No.: 14893 // Admission Date: June 21ˢᵗ, 2011

**Admitted to Practice Before the Following Courts**

| Court | Admission Date (mm/dd/yyyy) |
|---|---|
| New York | 06/21/2011 |
| U.S. Court of Appeals, Second Circuit | 03/24/2026 |



## Appellate Division of the Supreme Court of the State of New York
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Casey Ellen Donnelly

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **June 21, 2011**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand in the City of Albany on December 12, 2023.

Robert D. Mayberger
Clerk of the Court

CertID-00151034



Robert D. Mayberger
Clerk of the Court

*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*
*Admissions Office*
*P.O. Box 7350, Capitol Station*
*Albany, NY 12224-0350*

AD3AdmissionsOffice@nycourts.gov
http://www.nycourts.gov/ad3/admissions
(518) 471-4778

Anthony A. Moore
Director of Attorney
Admissions

To Whom It May Concern:

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

    Bar examination history is available from the New York State Board of Law Examiners.

    Instructions, forms and links are available on this Court's website.

Robert D. Mayberger
Clerk of the Court

Revised January 2022