IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., <br> SMARTMATIC HOLDING B.V., AND <br> SGO CORPORATION LIMITED, <br><br> Plaintiffs, <br> v. <br><br> HERRING NETWORKS, INC., D/B/A <br> ONE AMERICA NEWS NETWORK, <br><br> Defendant. | Civil Action No. 1:21-cv-02900-CJN |

### [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY CASEY E. DONNELLY *PRO HAC VICE*

The Court has reviewed Motion for Admission of Attorney Casey E. Donnelly *pro hac vice*. Upon consideration of that motion, the Court grants Attorney Casey E. Donnelly *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: _____

_____
CARL J. NICHOLS
United States District Court Judge