# Exhibit 1

| | |
|---|---|
| **From:** | Kovacs, Caitlin |
| **To:** | Michele Grady |
| **Subject:** | Re: Urgent Request - Case 1:21-cv-02900-CJN SMARTMATIC USA CORP. et al v. HERRING NETWORKS, INC. |
| **Date:** | Tuesday, December 26, 2023 12:16:06 PM |
| **Attachments:** | image001.png |
| | image002.png |

Thank you very much!



vCard

Caitlin A. Kovacs
(she/her/hers)
Partner | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6392 | m: 614.804.0562
CKovacs@beneschlaw.com | www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** Michele Grady <Michele_Grady@dcd.uscourts.gov>
**Sent:** Tuesday, December 26, 2023 8:45:24 AM
**To:** Kovacs, Caitlin <CKovacs@beneschlaw.com>
**Subject:** Urgent Request - Case 1:21-cv-02900-CJN SMARTMATIC USA CORP. et al v. HERRING NETWORKS, INC.

Hi,

The attachments are currently under seal.  Please file a Motion for Leave to File the Exhibits under seal.

Thank you,



**Michele M. Grady**
Case Administrator
U.S. District & Bankruptcy Courts
for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001
Michele_Grady@dcd.uscourts.gov



https://givecfc.org/

**CAUTION - EXTERNAL:**

**From:** Kovacs, Caitlin <CKovacs@beneschlaw.com>
**Sent:** Sunday, December 24, 2023 5:17 PM
**To:** dcd cmecf <dcd_cmecf@dcd.uscourts.gov>
**Cc:** Connolly, J. Erik <econnolly@beneschlaw.com>; Wrigley, Nicole <NWrigley@beneschlaw.com>; Sullivan, Olivia <OSullivan@beneschlaw.com>; Betman, Ronald <RBetman@beneschlaw.com>; Babcock, Chip <cbabcock@jw.com>; Edwards, John <jedwards@jw.com>; Butzer, Carl <cbutzer@jw.com>; Trent McCotter <tmccotter@boydengray.com>; Neerman, Jonathan <jneerman@jw.com>; Hamilton, Nancy <nhamilton@jw.com>
**Subject:** Urgent Request - Case 1:21-cv-02900-CJN SMARTMATIC USA CORP. et al v. HERRING NETWORKS, INC.
**Importance:** High

Hello,

We apologize for burdening the Court on a holiday weekend, but were just alerted that we inadvertently filed exhibits marked Confidential on the docket, which we would appreciate immediate assistance taking down. Could you please pull down the below exhibits from the public docket? We will file them separately under seal.

From Dkt. 155 (Smartmatic's Response to [136] Motion for Partial Summary Judgment), plus remove from the public docket:
#(20) Exhibit S
#(26) Exhibit Y
#(27) Exhibit Z
#(28) Exhibit AA

Please let me know if you have any questions, and we apologize again, sincerely, for the urgent request on Christmas Eve.

Best,
Caitlin Kovacs
Counsel for Smartmatic

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.


vCard

Caitlin A. Kovacs
(she/her/hers)
Partner | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6392 | m: 614.804.0562
CKovacs@beneschlaw.com | www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice