IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., *et al.*, <br><br>　　　Plaintiffs, <br><br>v. <br><br>HERRING NETWORKS, INC., <br><br>　　　Defendant. | No. 1:21-cv-02900-CJN |

### [PROPOSED] ORDER

Upon consideration of Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited's (collectively, "Smartmatic"), Motion for Leave to File Under Seal ("Motion"), and it appearing that there is good cause to grant the Motion, it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED that Exhibits S , Y, Z, and AA to Smartmatic's Rule 56(D) Response in Opposition to Defendant's Motion for Partial Summary Judgment on Actual Malice shall be filed under seal.

Signed this _____ day of _____, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/_____