IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>        Plaintiffs,<br>v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK,<br><br>        Defendant. | Civil Action No. 1:21-cv-02900-CJN |

**DEFENDANT'S NOTICE OF AVAILABILITY FOR ORAL ARGUMENT ON ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**

On December 9, 2023, Defendant filed a motion for partial summary judgment and requested a 90-minute hearing on that motion (45 minutes per side), in accordance with L.R. 7(f). *See* Dkt. 136 at 9. As of today, briefing on the motion for partial summary judgment is complete.

Defendant respectfully requests that the Court not schedule oral argument on the motion from January 15 to 27, 2024, because Defendant's lead counsel will be on a long-planned, pre-paid international trip; or on February 7, 2024, when lead counsel has a hearing in the U.S. District Court for the Eastern District of Texas in *Davis v. Jerry Jones*. Lead counsel is otherwise available at the Court's convenience to present argument on the motion for partial summary judgment.

Dated: December 29, 2023.    By: */s/ Charles L. Babcock*

                                                 **JACKSON WALKER LLP**
                                                 Charles L. Babcock
                                                 (admitted *pro hac vice*)
                                                 cbabcock@jw.com
                                                 1401 McKinney Suite 1900
                                                 Houston, TX 77010
                                                 (713) 752-4210 (Direct Dial)
                                                 (713) 308-4110 (Fax)

**BOYDEN GRAY PLLC**

R. Trent McCotter
D.C. BAR NO. 1011329
801 17th St NW, #350
Washington, DC 20006
(202) 706-5488
tmccotter@boydengray.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 29th day of December 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

    /s/ *R. Trent McCotter*
    R. Trent McCotter