IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK,<br><br>Defendant. | Civil Action No. 1:21-cv-02900-CJN |

## AMENDED JOINT STATUS REPORT

Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (collectively, "Smartmatic") and Defendant Herring Networks, Inc. d/b/a One America News Network ("OAN") file this *Amended Joint Status Report* in compliance with the Honorable Magistrate Judge Moxila A. Upadhyaya's December 21, 2023 Order (Dkt. 153).

Attached hereto as Exhibit A is a Pending Discovery Disputes chart in a format similar to what was presented to the Court at the status conference on December 20, 2023. As set forth in the Order, the chart has been updated to identify the priority of pending discovery disputes for both Smartmatic and OAN and notes those disputes that are either moot or on hold pending further order of Judge Carl J. Nichols.

By: ___/s/ Caitlin A. Kovacs___

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
J. Erik Connolly (D.C. Bar No. IL0099)
Nicole E. Wrigley (D.C. Bar No. IL0101)
Caitlin A. Kovacs (admitted pro hac vice)
Olivia E. Sullivan (admitted pro hac vice)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

1

71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312.212.4949
econnolly@beneschlaw.com
nwrigley@beneschlaw.com
ckovacs@beneschlaw.com
oesullivan@beneschlaw.com

**JACKSON WALKER LLP**
Charles L. Babcock
(admitted *pro hac vice*)
Nancy W. Hamilton
(admitted *pro hac vice*)
John K. Edwards
(admitted *pro hac vice*)
Joel R. Glover
(admitted *pro hac vice*)
Bethany Pickett Shah
(admitted *pro hac vice*)
1401 McKinney Suite 1900
Houston, TX 77010
Tel: (713) 752-4200
Fax: (713) 308-4110
cbabcock@jw.com
nhamilton@jw.com
jedwards@jw.com
jglover@jw.com
bpickett@jw.com

Jonathan D. Neerman
D.C. Bar No. 90003393
Carl C. Butzer
(admitted *pro hac vice*)
Minoo Sobhani Blaesche
(admitted pro hac vice)
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Tel: (214) 953-5664
Fax: (214) 661-6899
jneerman@jw.com
cbutzer@jw.com
mblaesche@jw.com

**BOYDEN GRAY & ASSOCIATES**
Trent McCotter
D.C. BAR NO. 1011329
801 17th St NW, #350
Washington, DC 20006
(202) 706-5488
mccotter@boydengrayassociates.com

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of January 2024, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will electronically mail notification of the filing to all counsel of record who are registered ECF users.

                                                  */s/ Caitlin A. Kovacs*
                                                Caitlin A. Kovacs (admitted pro hac vice)
                                                BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

*One of the attorneys for the Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*

# Exhibit A

## *SMARTMATIC V. OAN* – PENDING DISCOVERY DISPUTES

*Legend:*
*Grey = Dispute Resolved*
*Blue = Dispute on Hold Pending Judge Nichols's Ruling on Scheduling Order*

| Report Topic # | Issue | Resolution Status | Briefing Status | Proposed Order |
|---|---|---|---|---|
| **Smartmatic 1** | Smartmatic's Motion to Compel Financial Documents (Dkt. 124; 12/1/23) | Dispute Pending | Motion, Response | Round 2 |
| **Smartmatic 2** | Smartmatic's Motion to Compel OAN's Response to Smartmatic's Second Set of Requests for Production (Dkt. 128; 12/5/23) | Dispute Pending | Motion | On Hold |
| **Smartmatic 3** | Smartmatic's Motion to Compel the Production of Documents from Related Actions (Dkt. 130; 12/7/23) | Dispute Pending | Motion, Response | Round 1 |
| **Smartmatic 4** | Parties' May 5, 2023 Joint Notice of Unresolved Discovery Disputes (Dkt. 143-1; 5/31/23)<br><br>For Smartmatic: (1) OAN's failure to produce documents; (2) OAN's failure to disclose relevant witnesses; (3) OAN's failure to produce financial records; and (4) OAN's failure to agree to a date certain for completion of document production. | Smartmatic Dispute 1 Pending. Certain deficiencies included in Smartmatic 5 and 8. Other deficiencies should be addressed in Round 4.<br><br>Smartmatic Dispute 2 Pending and should be addressed in Round 4 if not resolved in advance. | Smartmatic Disputes 1 and 2 are not briefed.<br><br>Smartmatic Dispute 3 partially briefed.<br><br>OAN Disputes are not briefed. | Round 4 |

1

| Report Topic # | Issue | Resolution Status | Briefing Status | Proposed Order |
|---|---|---|---|---|
| | For OAN: (1) discovery of governmental investigations; (2) discovery of criticisms and reputational issues; (3) discovery of damages; (5) discovery related to BOD meetings; and (6) discovery related to vendors and manufacturers. | Smartmatic Dispute 3 Pending as Smartmatic 1. Smartmatic Dispute 4 resolved, though Smartmatic disputes the completeness of OAN's production. OAN Dispute 3 Pending as OAN 5; OAN Disputes 1, 2, 5, and 6 partly included in OAN 7. | | |
| **Smartmatic 5** | Parties' Forthcoming Joint Notice of Unresolved Discovery Disputes

For Smartmatic: (1) documents related to employment decisions; (2) documents related to oversight, structure, and decision making authority; (3) documents showing OAN's corporate governance structure; (4) documents sufficient to demonstrate every meeting that occurred regarding Smartmatic and Dominion; (5) documents concerning ratings, viewership, readership, and engagement data; (6) documents concerning the downloads of OAN applications, subscriptions, and clicks; (7) documents and communications | Open Dispute | Not Briefed | Round 3 |

| Report Topic # | Issue | Resolution Status | Briefing Status | Proposed Order |
|---|---|---|---|---|
| | from personal email addresses; and (8) documents and communications from text messages. For OAN: (1) Nine additional requested custodians; (2) Additional requested search queries; (3) Response to OAN's Interrogatory No. 4. | | | |
| Smartmatic 6 | Smartmatic's Motion for Protective Order Quashing Herring Network Inc.'s Second Set of Requests for Production (Dkt. 81; 6/7/23) | Dispute Pending | Fully Briefed | Round 1 |
| Smartmatic 7 | Smartmatic's Emergency Motions to Stay Depositions (Dkt. 105; 10/12/23) | Resolved | Fully Briefed | Resolved |
| Smartmatic 8 | Forthcoming Discovery Disputes: motion to compel designation of additional custodians, motion to compel the production of cell phone data, motion to compel documents related to OAN's possession of Smartmatic's private data, motion to compel response to Smartmatic's First Set of Interrogatories, and motion to compel documents regarding Michael Lindell and My Pillow. | Open Dispute | Not Briefed | Round 2 |

| Report Topic # | Issue | Resolution Status | Briefing Status | Proposed Order |
|---|---|---|---|---|
| **OAN 1** | Defendant's Renewed First Motion for International Discovery (Dkt. 157; 12/26/23) | No Dispute Between Parties<br><br>Court Order Required | Fully Briefed | Pending Order |
| **OAN 2** | Defendant's Opposed Motion to Compel Depositions (Dkt. 143-2; 10/3/23) | Resolved | Motion drafted, not filed | Resolved |
| **OAN 3** | Defendant's Motion to Compel Compliance with Rule 45 Subpoena (Dkt. 1; 1:23-mc-00116-TJK-MAU) | Resolved | Fully Briefed | Resolved |
| **OAN 4** | Defendant's Motion to Modify Deposition Limits (Dkt. 143-3; 10/6/23) | Resolved | Joint Protocol Filed Jan 2 | Resolved |
| **OAN 5** | Defendant's Opposed Motion to Compel Amended Initial Disclosures (Dkt. 143-4; 10/17/23) | Dispute Pending | Motion Submitted<br><br>Response To Be Filed January 9 | Round 1 |
| **OAN 6** | Defendant's Opposed Motion to Compel Source Code and Machine Inspection (Dkt. 143-5; 10/23/23) | Dispute Pending | Motion Submitted | Round 1 |
| **OAN 7** | Defendant's Motion to Compel Responses to Interrogatories and Requests for Production (Dkt. 144-6; 10/27/23) | Dispute Pending | Motion Submitted | Round 2 |
| **OAN 8** | Defendant's Motion to Compel Document Production from Scott | Third-Party Dispute | Fully Briefed | Round 3 |

| Report Topic # | Issue | Resolution Status | Briefing Status | Proposed Order |
|---|---|---|---|---|
| | Circle Communications, Inc. (Dkt. 111; 11/2/23) | | | |
| OAN 9 | Defendant's Renewed Second Motion for International Discovery (Dkt. 158; 12/26/23) | No Dispute Between Parties<br><br>Court Order Required | Fully Briefed | Pending Order |
| OAN 10 | Defendant's Opposed Motion to Compel SEC Newgate US LLC to Produce Documents Pursuant to Rule 45 Subpoena (1:23-mc-00134-RBW) | Third-Party Dispute | Filed | Round 3 |
| OAN 11 | Defendant's Opposed Motion to Compel Third Party George Soros ("Soros") to Comply with Rule 45 Subpoena (Transfer; Not assigned) | Third-Party Dispute | Motion Filed | Round 4 |
| OAN 12 | Defendant's Opposed Motion to Compel Third-Party Open Society Institute to Comply with Rule 45 Subpoena (Dkt. 126; 12/15/23) | Third-Party Dispute | Motion Filed | Round 4 |
| OAN 13 | Defendant's Emergency Motion to Strike Smartmatic Motions to Compel (Dkt. 131; 12/7/23) | Resolved | Motion Filed | Resolved |
| OAN 14 | Defendant's Motion for Protective Order Forbidding Plaintiffs' Third-Party Discovery that Violates Standing Order (Dkt. 135; 12/8/23) | Dispute Pending | Motion Filed | On Hold |