# EXHIBIT A

| | |
|---|---|
| **From:** | Edwards, John |
| **To:** | Kovacs, Caitlin; Glover, Joel; Sullivan, Olivia |
| **Cc:** | Connolly, J. Erik; Babcock, Chip; Butzer, Carl; Neerman, Jonathan; Hamilton, Nancy; Blaesche, Minoo; Stowe, William; Shah, Bethany; Trent McCotter |
| **Subject:** | RE: Smartmatic/OAN - Joint Submission on Deadline Extensions |
| **Date:** | Wednesday, December 27, 2023 4:37:53 PM |

Caitlin, as you know from our position stated many times to you and the Court, we do not agree that Smartmatic is entitled to any further discovery.  Thus, your proposed schedule is unacceptable to us -- just as our proposal is unacceptable to you.  In any event, we are happy to meet and confer on a zoom call.

With respect to the joint status report, you are right - filing is due Tuesday, Jan. 2.  Look forward to seeing your updated chart for our revisions - we'll agree where we can, and disagree where necessary (in good faith, of course).  Thanks. - John

**From:** Kovacs, Caitlin <CKovacs@beneschlaw.com>
**Sent:** Wednesday, December 27, 2023 4:16 PM
**To:** Edwards, John <jedwards@jw.com>; Glover, Joel <jglover@jw.com>; Sullivan, Olivia <OSullivan@beneschlaw.com>
**Cc:** Connolly, J. Erik <econnolly@beneschlaw.com>; Babcock, Chip <cbabcock@jw.com>; Butzer, Carl <cbutzer@jw.com>; Neerman, Jonathan <jneerman@jw.com>; Hamilton, Nancy <nhamilton@jw.com>; Blaesche, Minoo <mblaesche@jw.com>; Stowe, William <wstowe@jw.com>; Shah, Bethany <bpickett@jw.com>; Trent McCotter <tmccotter@boydengray.com>
**Subject:** RE: Smartmatic/OAN - Joint Submission on Deadline Extensions

**\*\*RECEIVED FROM EXTERNAL SENDER – USE CAUTION\*\***

Joel,

We are extremely disappointed that OANN is unwilling to comply with the Court's instruction to meet and confer on an agreed schedule. It displays a lack of good faith that unfortunately has been pervasive in OANN's tactics throughout this litigation.

The motion to amend the schedule here is Smartmatic's. We will therefore submit the joint update to that motion. We have your proposed dates and will merge them with ours. We will send you a copy of the joint submission before filing.

John,

Smartmatic is drafting an updated version of the chart regarding the parties' open disputes. We will share it with OANN to add in its positions as soon as it is ready. We are hoping to come to agreement with OANN regarding the order in which the Judge should hear motions, as the Court requested. Our proposals will therefore be designed to lead to agreement.

Our understanding is that the chart should be filed by Tuesday (Jan 2).

Caitlin

Caitlin A. Kovacs
(she/her/hers)
Partner | Litigation


vCard

Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6392 | m: 614.804.0562
CKovacs@beneschlaw.com | www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

---

**From:** Edwards, John <jedwards@jw.com>
**Sent:** Wednesday, December 27, 2023 3:48 PM
**To:** Glover, Joel <jglover@jw.com>; Kovacs, Caitlin <CKovacs@beneschlaw.com>; Sullivan, Olivia <OSullivan@beneschlaw.com>
**Cc:** Connolly, J. Erik <econnolly@beneschlaw.com>; Babcock, Chip <cbabcock@jw.com>; Butzer, Carl <cbutzer@jw.com>; Neerman, Jonathan <jneerman@jw.com>; Hamilton, Nancy <nhamilton@jw.com>; Blaesche, Minoo <mblaesche@jw.com>; Stowe, William <wstowe@jw.com>; Shah, Bethany <bpickett@jw.com>; Trent McCotter <tmccotter@boydengray.com>
**Subject:** RE: Smartmatic/OAN - Joint Submission on Deadline Extensions

And now for something completely different.

Judge Upadhyaya wanted a joint status report filed on Monday, and she liked your chart of the status of the disputes.  Can you please revise, prioritizing your disputes and noting what is moot, and send it over for our revisions?

Thanks, and hope you both enjoyed the (short) holiday break. - John

---

**From:** Glover, Joel <jglover@jw.com>
**Sent:** Wednesday, December 27, 2023 2:57 PM
**To:** Kovacs, Caitlin <CKovacs@beneschlaw.com>; Sullivan, Olivia <OSullivan@beneschlaw.com>
**Cc:** Connolly, J. Erik <econnolly@beneschlaw.com>; Babcock, Chip <cbabcock@jw.com>; Butzer, Carl <cbutzer@jw.com>; Neerman, Jonathan <jneerman@jw.com>; Hamilton, Nancy <nhamilton@jw.com>; Edwards, John <jedwards@jw.com>; Blaesche, Minoo <mblaesche@jw.com>; Stowe, William <wstowe@jw.com>; Shah, Bethany <bpickett@jw.com>; Trent McCotter <tmccotter@boydengray.com>
**Subject:** Re: Smartmatic/OAN - Joint Submission on Deadline Extensions

Caitlin,

Thanks for sending your counter-proposal to what I sent this morning. It looks like we still disagree about basic discovery issues, none of which have been ruled on by the Court. If and when your positions are adopted by the Court, we'll gladly work with you to find reasonable dates on those items.

Until then, and given our January 2 deadline, let me know if you will agree to fill in your positions and proposed dates in the document I sent around this morning. If not, we'll file this version and note that you'll either be filing something else entirely or nothing at all. (We'd prefer the one document given the Court's instruction last week.)

Happy to discuss. Thanks again.

Best,
Joel


**Joel Glover** | Partner
1401 McKinney, Suite 1900
Houston, TX 77010
V: (713) 752-4226 | F: (713) 308-4114 | jglover@jw.com



**From:** Kovacs, Caitlin <CKovacs@beneschlaw.com>
**Sent:** Wednesday, December 27, 2023 1:39:16 PM
**To:** Glover, Joel <jglover@jw.com>; Sullivan, Olivia <OSullivan@beneschlaw.com>
**Cc:** Connolly, J. Erik <econnolly@beneschlaw.com>; Babcock, Chip <cbabcock@jw.com>; Butzer, Carl <cbutzer@jw.com>; Neerman, Jonathan <jneerman@jw.com>; Hamilton, Nancy <nhamilton@jw.com>; Edwards, John <jedwards@jw.com>; Blaesche, Minoo <mblaesche@jw.com>; Stowe, William <wstowe@jw.com>; Shah, Bethany <bpickett@jw.com>; Trent McCotter <tmccotter@boydengray.com>
**Subject:** RE: Smartmatic/OAN - Joint Submission on Deadline Extensions

**\*\*RECEIVED FROM EXTERNAL SENDER – USE CAUTION\*\***

Joel,

Thanks. We appreciate OANN taking the first stab here, but let's back up a bit. Judge Upadhyaya instructed the parties to work hard to propose an agreed schedule. To that end, we propose the below, which is only a small change to the original schedule Smartmatic proposed in September. It adds just one month to that schedule despite the fact that the parties' many disputes have been pending for over three months in the meantime.

OANN has suggested that it will seek to reopen discovery only for OANN (and the attached reflects that). In light of Judge Upadhyaya's response to that suggestion and the many reasons that request would be unreasonable, we hope OANN can agree to drop that argument and work with us cooperatively on a mutual agreed schedule.

Please let us know whether we can submit this schedule as agreed. If not, please let us know whether you are willing to engage with us in an attempt to come to a mutual agreement, as Judge Upadhyaya instructed.

Second Set of Requestions for Production – July 31, 2023
Completion of fact discovery – May 10, 2024
Proponents designate expert witnesses and produce expert reports – June 7, 2024
Opponents designate expert witnesses and produce expert reports – July 5, 2024
Proponents produce responsive expert reports – August 9, 2024
Expert depositions – September 13, 2024
Status Conference (in person) – October 2, 2024
File dispositive motions – November 1, 2024
File oppositions to dispositive motions – December 5, 2024
File replies in support of dispositive motions – January 6, 2025

Best,
Caitlin



vCard

Caitlin A. Kovacs
(she/her/hers)
Partner | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6392 | m: 614.804.0562
CKovacs@beneschlaw.com | www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** Glover, Joel <jglover@jw.com>
**Sent:** Wednesday, December 27, 2023 9:06 AM
**To:** Sullivan, Olivia <OSullivan@beneschlaw.com>; Kovacs, Caitlin <CKovacs@beneschlaw.com>
**Cc:** Connolly, J. Erik <econnolly@beneschlaw.com>; Babcock, Chip <cbabcock@jw.com>; Butzer, Carl <cbutzer@jw.com>; Neerman, Jonathan <jneerman@jw.com>; Hamilton, Nancy <nhamilton@jw.com>; Edwards, John <jedwards@jw.com>; Blaesche, Minoo <mblaesche@jw.com>; Stowe, William <wstowe@jw.com>; Shah, Bethany <bpickett@jw.com>; Trent McCotter <tmccotter@boydengray.com>
**Subject:** Smartmatic/OAN - Joint Submission on Deadline Extensions

Olivia and Caitlin,

We've put together the joint submission on deadline extensions that was requested by the Court last week. Note that it gives each side a place to set out our respective positions on the items in the scheduling order. Please fill out Smartmatic's sections and return this to us by Friday so that we can timely file it on January 2.

Many thanks.

Best,
Joel

**Joel Glover** | Partner
1401 McKinney, Suite 1900
Houston, TX 77010
V: (713) 752-4226 | F: (713) 308-4114 | jglover@jw.com

