IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK,<br><br>Defendant. | Civil Action No. 1:21-cv-02900-CJN |

## **PLAINTIFFS' [PROPOSED] ORDER**

Upon consideration of Plaintiffs' Second Supplemental Motion to Extend Discovery and OAN's Opposition Thereto, and it appearing that there is good cause to grant the Motion, it is hereby ORDERED that the Motion is GRANTED.

**IT IS THEREFORE ORDERED** that the Scheduling Order (Dkt. 42) be amended as follows:

1. Deadline to Serve Document Requests under Fed. R. Civ. P. 34: July 31, 2023

2. Deadline for Completion of Fact Discovery: May 10, 2024

3. Deadline for Proponents to Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2): June 7, 2024

4. Deadline for Opponents to Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2): July 5, 2024

5. Deadline for Proponents to Produce Responsive Expert Reports: August 9, 2024

6. Deadline for Expert Depositions: September 13, 2024

7. Status Conference: In-person on October 2, 2024[1]

8. Deadline to file dispositive motions: November 1, 2024

9. Deadline to file oppositions to dispositive motions: December 5, 2024

10. Deadline to file replies in support of dispositive motions: January 6, 2025.

**IT IS FURTHER ORDERED** that Smartmatic is entitled to conduct depositions until the close of fact discovery.

SO ORDERED.

Dated: _____                                           _____
                                                                Honorable Carl J. Nichols