**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED, | |
| Plaintiffs, | |
| v. | Civil Action No. 1:21-cv-02900-CJN |
| HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK, | |
| Defendant. | |

<u>**DEFENDANT'S [PROPOSED] ORDER**</u>

Upon consideration of Plaintiffs' Second Supplemental Motion to Extend Discovery and

OAN's Opposition Thereto, it is hereby ORDERED that the Motion is DENIED.

SO ORDERED.


Dated: _____          _____
                                         Hon. Carl J. Nichols
                                         U.S. District Judge