# Exhibit AA

**REDACTED**: UNREDACTED EXHIBIT FILED UNDER SEAL

CONFIDENTIAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. 1:21-cv-02900-CJN |
| | ) | |
| v. | ) | |
| | ) | |
| HERRING NETWORKS, INC., d/b/a ONE AMERICA NEWS NETWORK, | ) ) | Judge Carl J. Nichols |
| | ) | |
| Defendant. | ) ) | |

**DEFENDANT'S AMENDED RULE 26(a)
INITIAL DISCLOSURES**

Pursuant to Federal Rule of Civil Procedure 26(a), defendant Herring Networks, Inc., d/b/a One America News Network ("Herring"), through its undersigned counsel of record, reserving all objections, makes the following amended disclosures:

**I.    Preliminary Statement**

The following disclosures are based on information reasonably available to, and currently in the possession, custody, or control of, Herring. To the best of Herring's knowledge, information, and belief, these disclosures are complete and correct as of the date they are made. Herring may obtain additional facts and identify additional witnesses and documents relevant to this action through research, investigation, and analysis and through discovery of plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited ("Plaintiffs") and third parties that may have knowledge of relevant facts. Accordingly, Herring expressly reserves its right: (i) to make subsequent revisions, supplementation, or amendment to these disclosures based upon any information, evidence, documents, facts, and things that hereafter may be discovered, or the relevance of which may hereafter be determined; and (ii) to produce,

<u>CONFIDENTIAL</u>

introduce, or rely upon additional or subsequently acquired or discovered writings, evidence, and information at trial or in any pre-trial proceedings.

Herring objects to any disclosure of information or documents beyond that required by the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Local Rules of the Court, this Court's Standing Orders and/or Scheduling Order or other applicable law.

1.      Herring does not provide herein, and will not provide, any information or documents protected from disclosure by the attorney-client privilege, the attorney work-product doctrine, privacy rights, applicable regulatory privileges, or any other privilege or immunity from disclosure.

2.      Herring does not, and will not, provide herein any information or documents protected from disclosure by a third-party's right of privacy.

3.      Herring's production of documents may implicate confidential, proprietary business information and/or documents that belong to Herring. Documents that Herring has produced or will produce are subject to the Amended Protective Order entered in this case.

4.      Any information or documents provided by Herring in connection with these disclosures are subject to all objections as to competence, relevance, materiality, proportionality, and admissibility, as well as any other objection on any grounds that would require exclusion if such information were offered into evidence, and Herring expressly reserves all such objections and grounds.

CONFIDENTIAL

## II.   Disclosures Under Rule 26(a)(1)(A)(i)

| **NAME** | **CONTACT INFORMATION** | **KNOWLEDGE** |
|---|---|---|
| Corporate Representative of Herring Networks, Inc. d/b/a One America News Network | c/o Jackson Walker LLP 1401 McKinney Suite 1900 Houston, TX 77010 Tel: (713) 752-4200 | Herring Networks, Inc. is a Defendant in this matter and a corporate representative of Herring Networks, Inc. has knowledge of the facts and circumstances surrounding the allegations in the Complaint and Herring's defenses. |
| Charles Herring | c/o Jackson Walker LLP 1401 McKinney Suite 1900 Houston, TX 77010 Tel: (713) 752-4200 | The facts and circumstances surrounding the lawful reporting regarding the 2020 local, state, and federal elections in the United States by Herring. |
| Robert Herring, Sr. | c/o Jackson Walker LLP 1401 McKinney Suite 1900 Houston, TX 77010 Tel: (713) 752-4200 | The facts, circumstances, and decisions surrounding the lawful reporting regarding the 2020 local, state, and federal elections in the United States by Herring. |
| Robert Herring, Jr. | c/o Jackson Walker LLP 1401 McKinney Suite 1900 Houston, TX 77010 Tel: (713) 752-4200 | The facts and circumstances surrounding the lawful reporting regarding the 2020 local, state, and federal elections in the United States by Herring. |
| Dan Ball | c/o Jackson Walker LLP 1401 McKinney Suite 1900 Houston, TX 77010 Tel: (713) 752-4200 | The facts and circumstances surrounding the journalistic investigation and production of *Real America*; the facts and circumstances surrounding the statements made by Mr. Ball as set forth in the Complaint. |

<u>CONFIDENTIAL</u>

| Christina Bobb | c/o Gregory Singer<br>Singer & Levick P.C.<br>16200 Addison Road, Suite 140<br>Addison, Texas 75001<br>Tel: 972.380.5533 | The facts and circumstances surrounding the journalistic investigation and production of *Weekly Briefing with Christina Bobb*; the facts and circumstances surrounding the statements made by Ms. Bobb as set forth in the Complaint. |
| --- | --- | --- |
| Chris Boyle | c/o Jackson Walker LLP<br>1401 McKinney Suite 1900<br>Houston, TX 77010<br>Tel: (713) 752-4200 | The facts and circumstances surrounding the journalistic investigation and production of *Tipping Point with Kara McKinney*. |
| Mike Dinow | c/o Jackson Walker LLP<br>1401 McKinney Suite 1900<br>Houston, TX 77010<br>Tel: (713) 752-4200 | The facts and circumstances surrounding the journalistic investigation and production of News Room broadcasts and the circumstances surrounding the statements made by Mr. Dinow as set forth in the Complaint. |
| Christian Flores | c/o Jackson Walker LLP<br>1401 McKinney Suite 1900<br>Houston, TX 77010<br>Tel: (713) 752-4200 | The facts and circumstances surrounding the journalistic training provided to OAN writing staff. |
| Brandon Gadow | c/o Jackson Walker LLP<br>1401 McKinney Suite 1900<br>Houston, TX 77010<br>Tel: (713) 752-4200 | The facts and circumstances surrounding the production of *Pearson Sharp Reports*. |
| Chloe Hauxwell | c/o Jackson Walker LLP<br>1401 McKinney Suite 1900<br>Houston, TX 77010<br>Tel: (713) 752-4200 | The facts and circumstances surrounding the journalistic investigation and production of OAN News Room broadcasts and her role as the News Director. |
| John Hines | c/o Jackson Walker LLP<br>1401 McKinney Suite 1900<br>Houston, TX 77010<br>Tel: (713) 752-4200 | The facts and circumstances surrounding the journalistic investigation and production of OAN programs produced from the D.C. Bureau and his role as the D.C. Bureau Chief. |

<u>CONFIDENTIAL</u>

| Jon Marrone | c/o Jackson Walker LLP<br>1401 McKinney Suite 1900<br>Houston, TX 77010<br>Tel: (713) 752-4200 | The facts and circumstances surrounding the writing and production of certain OAN News Room broadcasts. |
| --- | --- | --- |
| Kara McKinney | c/o Jackson Walker LLP<br>1401 McKinney Suite 1900<br>Houston, TX 77010<br>Tel: (713) 752-4200 | The facts and circumstances surrounding the journalistic investigation and production of *Tipping Point with Kara McKinney.* |
| Stephanie Myers | c/o Jackson Walker LLP<br>1401 McKinney Suite 1900<br>Houston, TX 77010<br>Tel: (713) 752-4200 | The facts and circumstances surrounding the writing and production of certain OAN News Room broadcasts. |
| Chanel Rion | c/o Jackson Walker LLP<br>1401 McKinney Suite 1900<br>Houston, TX 77010<br>Tel: (713) 752-4200 | The facts and circumstances surrounding the journalistic investigation and production of OAN programs produced from the D.C. Bureau and her role as OAN's former Chief White House Correspondent. |
| Chris Schickedanz | c/o Jackson Walker LLP<br>1401 McKinney Suite 1900<br>Houston, TX 77010<br>Tel: (713) 752-4200 | The facts and circumstances surrounding the production of OAN broadcasts and his role as OAN Production Manager. |
| Pearson Sharp | c/o Jackson Walker LLP<br>1401 McKinney Suite 1900<br>Houston, TX 77010<br>Tel: (713) 752-4200 | The facts and circumstances surrounding the journalistic investigation and production of *Pearson Sharp Reports*; the facts and circumstances surrounding the statements made by Mr. Sharp as set forth in the Complaint. |
| Elma Aksalic | Last known contact information:<br>██████████ | The facts and circumstances surrounding the statements made by Ms. Aksalic as set forth in the Complaint. |

| Amanda Brilhante | Last known contact information: | The facts and circumstances surrounding her former role as an OAN News Room anchor. |
|---|---|---|
| Amber Coakley | Last known contact information: | The facts and circumstances surrounding her role as the former One America News Digital Content & Social Media Manager. |
| Stephanie Hamill | Last known contact information: | The facts and circumstances surrounding the journalistic investigation and production of *In Focus with Stephanie Hamill*; the facts and circumstances surrounding the statements made by Ms. Hamill as set forth in the Complaint. |
| Natalie Harp | Last known contact information: | The facts and circumstances surrounding the journalistic investigation and production of *The Real Story*. |
| Alex Salvi | c/o Michael Salvi SALVI, SALVI & WIFLER, P.C. 335 Chancery Lane Lake Zurich, IL 60047 Tel: 847-438-6153 | The facts and circumstances surrounding the journalistic investigation and production of *After Hours with Alex Salvi*; the facts and circumstances surrounding the statements made by Mr. Salvi as set forth in the Complaint. |
| Ethan Vivieros | Last known contact information: | The facts and circumstances surrounding the writing of certain OAN News Room broadcasts. |
| Corporate Representative of Smartmatic USA Corp. | c/o Benesch LLP 71 S. Wacker Drive, Suite 1600, Chicago, IL 60606 | Smartmatic USA Corp. is a Plaintiff in this matter and its corporate representative has knowledge of the facts and circumstances surrounding the allegations in the Complaint. |

| | | |
|---|---|---|
| Corporate Representative of Smartmatic International Holding B.V. | c/o Benesch LLP 71 S. Wacker Drive, Suite 1600, Chicago, IL 60606 | Smartmatic International Holding B.V. is a Plaintiff in this matter and its corporate representative has knowledge of the facts and circumstances surrounding the allegations in the Complaint. |
| Corporate Representative of SGO Corporation Limited | c/o Benesch LLP 71 S. Wacker Drive, Suite 1600, Chicago, IL 60606 | SGO Corporation Limited is a Plaintiff in this matter and its corporate representative has knowledge of the facts and circumstances surrounding the allegations in the Complaint. |
| Lord Mark Malloch-Brown | c/o Barry H. Berke Kramer Levin Naftalis & Frankel LLP 1177 Avenue of the Americas, New York, New York 10036 | The facts and circumstances surrounding Lord Malloch-Brown's former role as the Chairman of SGO Corporation Limited, including, but not limited to, Plaintiffs' involvement in controversy related to its voting machines and/or software domestically and abroad; Smartmatic's ties to George Soros and the Open Society Foundations and Institute. |
| Antonio Mugica | c/o Benesch LLP 71 S. Wacker Drive, Suite 1600, Chicago, IL 60606 | The facts and circumstances surrounding the founding of Smartmatic; the 1998 Smartmatic/Bizta/CANTV venture; the 2006 CFIUS investigation of Smartmatic; the sale of Smartmatic's ownership interest in Sequoia; the controversy surrounding the 2017 Venezuelan election; the contract between Smartmatic and Los Angeles County related to the 2020 local, state, and federal elections in the United States; facts and circumstances related to Mr. Mugica's role as Chief |

<u>CONFIDENTIAL</u>

| | | |
|---|---|---|
| | | Executive Officer of Smartmatic including, but not limited to, Plaintiffs' involvement in controversy related to its voting machines and/or software domestically and abroad. |
| Roger Piñate | c/o Benesch LLP 71 S. Wacker Drive, Suite 1600, Chicago, IL 60606 | The facts and circumstances surrounding the founding of Smartmatic; the 1998 Smartmatic/Bizta/CANTV venture; the 2006 CFIUS investigation of Smartmatic; the sale of Smartmatic's ownership interest in Sequoia; the controversy surrounding the 2017 Venezuelan election; the contract between Smartmatic and Los Angeles County related to the 2020 local, state, and federal elections in the United States; facts and circumstances related to Mr. Piñate's role as Director of Smartmatic's Global Board, including, but not limited to, Plaintiffs' involvement in controversy related to its voting machines and/or software domestically and abroad. |
| Robert Cook | c/o Benesch LLP 71 S. Wacker Drive, Suite 1600, Chicago, IL 60606 | The facts and circumstances surrounding Mr. Cook's role as Executive Director of the board of Smartmatic USA Corporation, including, but not limited to, Plaintiffs' involvement in controversy related to its voting machines and/or software domestically and abroad. |

<u>CONFIDENTIAL</u>

| | | |
|---|---|---|
| Paul DeGregorio | c/o Benesch LLP 71 S. Wacker Drive, Suite 1600, Chicago, IL 60606 | The facts and circumstances surrounding Mr. DeGregorio's role as the Director of the board of Smartmatic USA Corporation, including, but not limited to, Plaintiffs' involvement in controversy related to its voting machines and/or software domestically and abroad. |
| Gracia Hillman | c/o Benesch LLP 71 S. Wacker Drive, Suite 1600, Chicago, IL 60606 | The facts and circumstances surrounding Ms. Hillman's role as the Director of the board of Smartmatic USA Corporation, including, but not limited to, Plaintiffs' involvement in controversy related to its voting machines and/or software domestically and abroad. |
| Shari Little | c/o Benesch LLP 71 S. Wacker Drive, Suite 1600, Chicago, IL 60606 | The facts and circumstances surrounding Ms. Little's role as the Product Management Director of Smartmatic, including, but not limited to, Plaintiffs' involvement in controversy related to its voting machines and/or software domestically and abroad. |
| James Long | c/o Benesch LLP 71 S. Wacker Drive, Suite 1600, Chicago, IL 60606 | The facts and circumstances surrounding Mr. Long's role as the Director of Smartmatic, including, but not limited to, Plaintiffs' involvement in controversy related to its voting machines and/or software domestically and abroad. |

<u>CONFIDENTIAL</u>

| Pedro Mugica | c/o Benesch LLP 71 S. Wacker Drive, Suite 1600, Chicago, IL 60606 | The facts and circumstances surrounding the contract between Smartmatic and Los Angeles County related to the 2020 local, state, and federal elections in the United States; facts and circumstances related to Mr. Mugica's role as President of Global Sales of Smartmatic, including, but not limited to, Plaintiffs' involvement in controversy related to its voting machines and/or software domestically and abroad. |
| --- | --- | --- |
| Dan Murphy | c/o Benesch LLP 71 S. Wacker Drive, Suite 1600, Chicago, IL 60606 | The facts and circumstances surrounding Mr. Murphy's role as the Engagement Director of Smartmatic, including, but not limited to, Plaintiffs' involvement in controversy related to its voting machines and/or software domestically and abroad. |
| Peter Neffenger | c/o Benesch LLP 71 S. Wacker Drive, Suite 1600, Chicago, IL 60606 | The facts and circumstances surrounding Mr. Neffenger's role as Chairman of the board of Smartmatic USA Corporation, including, but not limited to, Plaintiffs' involvement in controversy related to its voting machines and/or software domestically and abroad; the circumstances of his service on President Biden's transition team. |

| Andres Rombolá | c/o Benesch LLP 71 S. Wacker Drive, Suite 1600, Chicago, IL 60606 | The facts and circumstances surrounding Mr. Rombolá's role as President of Smartmatic Latin America ("LATAM"), including, but not limited to, Plaintiffs' involvement in controversy related to its voting machines and/or software domestically and abroad. |
| --- | --- | --- |
| Samira Saba | c/o Benesch LLP 71 S. Wacker Drive, Suite 1600, Chicago, IL 60606 | The facts and circumstances surrounding Ms. Saba's role as the Director of Communications of Smartmatic, including, but not limited to, Plaintiffs' involvement in controversy related to its voting machines and/or software domestically and abroad. |
| Edwin Smith | c/o Benesch LLP 71 S. Wacker Drive, Suite 1600, Chicago, IL 60606 | The facts and circumstances surrounding Mr. Smith's role as the Director of Certification of Smartmatic, including, but not limited to, Plaintiffs' involvement in controversy related to its voting machines and/or software domestically and abroad. |
| Brian Courtney | c/o Benesch LLP 71 S. Wacker Drive, Suite 1600, Chicago, IL 60606 | The facts and circumstances surrounding Mr. Courtney's role as the Communications Manager of Smartmatic, including, but not limited to, Plaintiffs' involvement in controversy related to its voting machines and/or software domestically and abroad. |
| Roger Vicente Pinate | c/o Benesch LLP 71 S. Wacker Drive, Suite 1600, Chicago, IL 60606 | The facts and circumstances surrounding Mr. Vicente Pinate's role as the Chief Financial Officer of Smartmatic, including, but not limited to, Plaintiffs' |

| | | involvement in controversy related to its voting machines and/or software domestically and abroad. |
|---|---|---|
| Eduardo Correia | c/o Benesch LLP 71 S. Wacker Drive, Suite 1600, Chicago, IL 60606 | The facts and circumstances surrounding Mr. Correia's role as the Chief Technology Officer of Smartmatic, including, but not limited to, Plaintiffs' involvement in controversy related to its voting machines and/or software domestically and abroad. |
| Fernando Hernandez | c/o Benesch LLP 71 S. Wacker Drive, Suite 1600, Chicago, IL 60606 | The facts and circumstances surrounding Mr. Hernandez's role as the Director of Program Management of Smartmatic, including, but not limited to, Plaintiffs' involvement in controversy related to its voting machines and/or software domestically and abroad. |
| Ernesto Parisca | c/o Benesch LLP 71 S. Wacker Drive, Suite 1600, Chicago, IL 60606 | The facts and circumstances surrounding Mr. Parisca's role as the Senior Communications Director of Smartmatic, including, but not limited to, Plaintiffs' involvement in controversy related to its voting machines and/or software domestically and abroad. |
| Alexander Aparacio | c/o Benesch LLP 71 S. Wacker Drive, Suite 1600, Chicago, IL 60606 | The facts and circumstances surrounding Mr. Aparacio's role as the Corporate Financial Planning and Project Controlling Manager of Smartmatic, including, but not limited to, Plaintiffs' involvement in controversy related to its voting machines and/or software domestically and abroad. |

<u>CONFIDENTIAL</u>

| | | |
|---|---|---|
| Marco Huberts | Last known contact information: <br> ████████████ | The facts and circumstances surrounding Mr. Huberts' former role as the Sales President for the European, Middle East, and African region ("EMEA") of Smartmatic, including, but not limited to, Plaintiffs' involvement in controversy related to its voting machines and/or software domestically and abroad. |
| Issues & Crisis Group | c/o Benesch LLP <br> 71 S. Wacker Drive, Suite 1600, Chicago, IL 60606 | The facts and circumstances concerning Smartmatic's public relations strategy to rehabilitate its reputation and influence opinion. |
| Richard Ades | C/o Issues and Crisis Group <br> 5418 Glenwood Road <br> Bethesda, MD 20817 | The facts and circumstances concerning Smartmatic's public relations strategy to rehabilitate its reputation and influence opinion. |
| Marta Blanco Arias | c/o Benesch LLP <br> 71 S. Wacker Drive, Suite 1600, Chicago, IL 60606 | The facts and circumstances surrounding Mr. Blanco Arias' role as the Global Sales Operations Manager of Smartmatic, including, but not limited to, Plaintiffs' involvement in controversy related to its voting machines and/or software domestically and abroad. |
| Francisco Campos | c/o Benesch LLP <br> 71 S. Wacker Drive, Suite 1600, Chicago, IL 60606 | The facts and circumstances surrounding Mr. Campos' role as the Corporate Director of Central America and the Caribbean of Smartmatic, including, but not limited to, Plaintiffs' involvement in controversy related to its voting machines and/or software domestically and abroad. |
| Juan Jose Garcia | c/o Benesch LLP <br> 71 S. Wacker Drive, Suite 1600, Chicago, IL 60606 | The facts and circumstances surrounding Mr. Garcia's role as the Sales Director of Smartmatic, including, but not limited to, Plaintiffs' |

<u>CONFIDENTIAL</u>

| | | involvement in controversy related to its voting machines and/or software domestically and abroad. |
|---|---|---|
| Jesus Gil (Ortega Garcia) | c/o Benesch LLP 71 S. Wacker Drive, Suite 1600, Chicago, IL 60606 | The current employer of Mr. Gil is unknown but Mr. Gil is believed to have knowledge of the facts and circumstances surrounding Plaintiffs' involvement in controversy related to its voting machines and/or software domestically and abroad. |
| Peter Jones | c/o Benesch LLP 71 S. Wacker Drive, Suite 1600, Chicago, IL 60606 | The facts and circumstances surrounding Mr. Jones' role as the Global Vice President of Smartmatic, including, but not limited to, Plaintiffs' involvement in controversy related to its voting machines and/or software domestically and abroad. |
| Scott Circle Communications | c/o Benesch LLP 71 S. Wacker Drive, Suite 1600, Chicago, IL 60606 | The facts and circumstances concerning Smartmatic's public relations strategy to rehabilitate its reputation and influence opinion. |
| Alex Halderman | c/o Adam Sparks Krevolin & Horst One Atlantic Center 1201 West Peachtree Street, NW, Suite 3250 Atlanta, GA 30309 | The facts and circumstances regarding any vulnerabilities identified in any voting system including Smartmatic's technology. |
| Michelle Shafer | Last known contact information: ██████████████ | The facts and circumstances concerning Smartmatic's divestiture of, and relationship to, Sequoia Voting Systems. |
| Jack Blaine | Last known contact information: ██████████████ | The facts and circumstances concerning Smartmatic's divestiture of, and relationship to, Sequoia Voting Systems. |
| Los Angeles County Registrar-Recorder/ County Clerk | 12400 Imperial Hwy., Room 7001 Norwalk, CA 90650 | The facts and circumstances regarding Smartmatic's provision of election services in the U.S. 2020 election. |

<u>CONFIDENTIAL</u>

| | | |
|---|---|---|
| SEC Newgate | c/o Benesch LLP<br>71 S. Wacker Drive, Suite 1600, Chicago, IL 60606 | The facts and circumstances concerning Smartmatic's public relations strategy to rehabilitate its reputation and influence opinion. |
| Courtney Torres Consulting | c/o Benesch LLP<br>71 S. Wacker Drive, Suite 1600, Chicago, IL 60606 | The facts and circumstances concerning Smartmatic's public relations strategy to rehabilitate its reputation and influence opinion. |
| Wisconsin Election Commission | c/o Matt Kennedy<br>State of Wisconsin Department of Justice<br>17 West Main Street<br>Madison, WI 53703 | The facts and circumstances regarding Wisconsin's potential use of Smartmatic technology in the 2020 Election. |
| Wisconsin Secretary of State | State Capital Mailroom,<br>17 W. Main Street,<br>Madison, WI 53703 | The facts and circumstances regarding Wisconsin's potential use of Smartmatic technology in the 2020 Election. |
| Dominion Voting Systems | c/o Susman Godfrey LLP<br>1000 Louisiana St., Ste 5100<br>Houston, TX 77002 | The facts and circumstances regarding Smartmatic's connections to Dominion through Sequoia Voting Systems. |
| Kevin Shelly | c/o Benesch LLP<br>71 S. Wacker Drive, Suite 1600, Chicago, IL 60606 | The facts and circumstances surrounding Mr. Shelly's former role as the President of North America of Smartmatic, including, but not limited to, Plaintiffs' involvement in controversy related to its voting machines and/or software domestically and abroad. |
| Hugh Gallagher | c/o Benesch LLP<br>71 S. Wacker Drive, Suite 1600, Chicago, IL 60606 | The facts and circumstances surrounding Mr. Gallagher's former role as the Business Development and Sales Executive of Smartmatic, including, but not limited to, Plaintiffs' involvement in controversy related to its voting machines and/or software domestically and abroad. |

| | | |
|---|---|---|
| Marlon Garcia | c/o Benesch LLP<br>71 S. Wacker Drive, Suite 1600, Chicago, IL 60606 | The facts and circumstances surrounding Mr. Garcia's role as the Senior Project Manager, Global PMO Manager, Advanced Software Solutions Development of Smartmatic, including, but not limited to, Plaintiffs' involvement in controversy related to its voting machines and/or software domestically and abroad. |
| Elie Moreno | c/o Benesch LLP<br>71 S. Wacker Drive, Suite 1600, Chicago, IL 60606 | The facts and circumstances surrounding Mr. Moreno's role as the Global Services Vice President of Smartmatic, including, but not limited to, Plaintiffs' involvement in controversy related to its voting machines and/or software domestically and abroad. |
| Heider Garcia | Unknown | The facts and circumstances surrounding Mr. Garcia's former role as the Solutions Manager of Smartmatic, including, but not limited to, Plaintiffs' involvement in controversy related to its voting machines and/or software domestically and abroad. |
| Glenn Chong | Last known contact information:<br>███████████ | The facts and circumstances regarding the controversies surrounding Smartmatic's technology used in the Philippines elections. |
| Jorge Vasquez | c/o Benesch LLP<br>71 S. Wacker Drive, Suite 1600, Chicago, IL 60606 | The facts and circumstances surrounding Mr. Vasquez's role as the Vice President, Hardware Product Development & Manufacturing of Smartmatic, including, but not limited to, Plaintiffs' involvement in controversies in the Philippines related to its voting machines and/or |

<u>CONFIDENTIAL</u>

| | | software domestically and abroad. |
|---|---|---|
| Missouri Secretary of State | 600 West Main Street Jefferson City, MO 65101 | The facts and circumstances regarding Missouri's potential use of Smartmatic technology in the 2020 Election. |
| New York Secretary of State | 99 Washington Avenue Albany, NY 12231 | The facts and circumstances regarding New York's potential use of Smartmatic technology in the 2020 Election. |
| New Jersey Secretary of State | PO Box 308 Trenton, NJ 08646 | The facts and circumstances regarding New Jersey's potential use of Smartmatic technology in the 2020 Election. |
| Michigan Secretary of State | Jocelyn Benson Michigan Department of State Lansing, MI 48918-0001 | The facts and circumstances regarding Michigan's potential use of Smartmatic technology in the 2020 Election. |
| Nevada Secretary of State | Francisco V. Aguilar The Paul Laxalt Building 401 N. Carson Street, Carson City, NV 89701 | The facts and circumstances regarding Nevada's potential use of Smartmatic technology in the 2020 Election. |
| Arizona Secretary of State | Adrian Fontes 1700 W. Washington St., Fl 7, Phoenix, AZ 85007-2808 | The facts and circumstances regarding Arizona's potential use of Smartmatic technology in the 2020 Election. |
| Louisiana Secretary of State | 8585 Archives Ave., Baton Rouge, LA 70809 | The facts and circumstances regarding Louisiana's potential use of Smartmatic technology in the 2020 Election. |
| Pennsylvania Secretary of State | 302 North Office Building, 401 North Street, Harrisburg, PA 17120 | The facts and circumstances regarding Pennsylvania's potential use of Smartmatic technology in the 2020 Election. |

| | | |
|---|---|---|
| Georgia Secretary of State | 2 MLK Jr. Drive, Suite 313, Floyd West Tower, Atlanta, GA 30334-1530 | The facts and circumstances regarding Georgia's potential use of Smartmatic technology in the 2020 Election. |
| North Carolina Secretary of State | 2 South Salisbury Street, Raleigh, NC 27601-2903 | The facts and circumstances regarding North Carolina's potential use of Smartmatic technology in the 2020 Election. |
| California Secretary of State | 1500 11th Street, Third Floor Sacramento, CA 95814 | The facts and circumstances regarding Smartmatic's provision of election services in the U.S. 2020 election in LA County. |
| Cook County Clerk | c/o Devin Mapes Deputy Chief Legal Counsel Office of the Honorable Cook County Clerk Karen A. Yarbrough 118 N. Clark St., Suite 228 \| Chicago, Illinois 60602 | The facts and circumstances regarding Cook County's prior use of Smartmatic technology and the potential use of Smartmatic technology in the 2020 Election. |
| Chicago Board of Elections | c/o Terrence M. Burns Reiter Burns LLP 311 S Wacker Dr. Chicago, IL 60606 | The facts and circumstances regarding Chicago Board of Election's prior use of Smartmatic technology and the potential use of Smartmatic technology in the 2020 Election. |
| U.S. Department of Treasury | 1500 Pennsylvania Ave NW Washington D.C. 20220 | The facts and circumstances regarding the Committee on Foreign Investment in the United States' investigation into Smartmatic following the events of the 2006 primary election in Chicago, Illinois. |
| PwC | c/o Richard J. DeMarco, Jr. PwC US Group LLP Office of the General Counsel 300 Madison Avenue New York, New York 10017 | The facts and circumstances regarding any audit, authentication, evaluation, testing, or analysis of Smartmatic's technology. |
| George Soros | c/o Casey E. Donnelly Willkie Farr & Gallagher LLP 787 Seventh Avenue New York, NY 10019-6099 | The facts and circumstances regarding any connections between Smartmatic, Mark Malloch Brown, George Soros, and Open Society Foundations and Institute. |

<u>CONFIDENTIAL</u>

| | | |
|---|---|---|
| Open Society Institute (also known as Open Society Foundations) | c/o Casey E. Donnelly Willkie Farr & Gallagher LLP 787 Seventh Avenue New York, NY 10019-6099 | The facts and circumstances regarding any connections between Smartmatic, Mark Malloch-Brown, George Soros, and Open Society Institute and Foundations. |
| Chris Canavan | Unknown | The facts and circumstances regarding any connections between Smartmatic, Mark Malloch-Brown, George Soros, and Open Society Institute and Foundations. |
| Alex Soros | Unknown | The facts and circumstances regarding any connections between Smartmatic, Mark Malloch-Brown, George Soros, and Open Society Institute and Foundations. |
| Michael Vachon | Unknown | The facts and circumstances regarding any connections between Smartmatic, Mark Malloch-Brown, George Soros, and Open Society Institute and Foundations. |
| National Association of State Election Directors | Last known contact information: 419 7th St NW Ste 300 Washington, DC 20004-2234 | The facts and circumstances regarding the U.S. Elections Infrastructure Government Coordinating Council's and the Election Infrastructure Sector Coordinating Executive Committee's statements and role during and after the 2020 Presidential Election |
| National Association of Secretaries of State | c/o Courtney Abbott 277 S. Washington Street, Suite 550 Alexandria, VA 22314 | The facts and circumstances regarding the U.S. Elections Infrastructure Government Coordinating Council's and the Election Infrastructure Sector Coordinating Executive Committee's statements and role during and after the 2020 Presidential Election |
| California Office of Voting Systems Technology Assessment | 1500 11th Street, Sacramento, California 95814 | The facts and circumstances regarding Smartmatic's provision of election services in the U.S. 2020 election. |

<u>CONFIDENTIAL</u>

| Maria Buck of Democracy Works | c/o Jonathan M. Albano<br>Morgan Lewis<br>One Federal St.<br>Boston, MA 02110-1726 | The facts and circumstances regarding the U.S. Elections Infrastructure Government Coordinating Council's and the Election Infrastructure Sector Coordinating Executive Committee's statements and role during and after the 2020 Presidential Election |
|---|---|---|
| BDO USA LLP | c/o Katie Ruffing<br>e-Discovery Counsel<br>100 Park Avenue<br>New York, New York 10017 | The facts and circumstances regarding any financial analysis, financial document, valuation, or any auditing performed for or on behalf of Smartmatic. |
| Edelman | c/o Danielle Gould<br>Burke, Warren, MacKay & Serritella, P.C.<br>330 N Wabash Ave<br>Suite 2100<br>Chicago, IL 60611 | The facts and circumstances concerning Smartmatic's public relations strategy to rehabilitate its reputation and influence opinion. |
| Llorente y Cuenca | 600 Brickell Ave Suite 2020, Miami, FL 33131 | The facts and circumstances concerning Smartmatic's public relations strategy to rehabilitate its reputation and influence opinion. |
| Jake Perry + Partners LLC | c/o Benesch LLP<br>71 S. Wacker Drive, Suite 1600, Chicago, IL 60606 | The facts and circumstances concerning Smartmatic's public relations strategy to rehabilitate its reputation and influence opinion. |
| SLI Compliance | c/o Kevin Connelly<br>STINSON LLP<br>50 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402 | The facts and circumstances regarding any authentication, evaluation, testing, or analysis of Smartmatic's technology. |
| Ambassador William Brownfield | ████████████████ | The facts and circumstances regarding Mr. Brownfield's report/cable on Smartmatic. |
| Cornerstone Research Inc. | c/o Benesch LLP<br>71 S. Wacker Drive, Suite 1600, Chicago, IL 60606 | The facts and circumstances regarding valuation or financial analysis for or on behalf of Smartmatic. |

<u>CONFIDENTIAL</u>

| | | |
|---|---|---|
| Georgia Institute of Technology | c/o Christian Fuller<br>Georgia Institute of Technology<br>Office of Legal Affairs<br>760 Spring Street NW, Suite 324<br>Atlanta, Georgia 30332-0495 | The facts and circumstances regarding any studies, assessments, report, analysis, certifications or review of Smartmatic's technology. |
| From Georgie, Inc., AKA Stripe Reputation, Inc. | c/o Karl Kronenberger<br>KRONENBERGER ROSENFELD, LLP<br>150 Post Street, Ste. 520<br>San Francisco, CA 94108 | The facts and circumstances concerning Smartmatic's public relations strategy to rehabilitate its reputation. |
| Leonardo Riera | Last known contact information:<br>████████████ | The facts and circumstances surrounding Mr. Riera's former role at Smartmatic, including, but not limited to, Plaintiffs' involvement in controversy related to its voting machines and/or software domestically and abroad. |
| Atlantic Counsel of the United States, Inc. | c/o Andrew Johnson<br>Bradley Arant Boult Cummings LLP<br>1819 5th Ave N #200,<br>Birmingham, AL 35203 | The facts and circumstances surrounding any attempts to mischaracterize OAN's reporting as misinformation and deplatform OAN. |
| Graphika Technologies, Inc. | c/o Mary E. Gately<br>DLA PIPER LLP (US)<br>500 Eighth Street NW<br>Washington, DC 20004 | The facts and circumstances surrounding any attempts to mischaracterize OAN's reporting as misinformation and deplatform OAN. |
| Stanford University | c/o John B. Bellinger III<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>601 Massachusetts Ave. NW<br>Washington, DC 20001 | The facts and circumstances surrounding any attempts to mischaracterize OAN's reporting as misinformation and deplatform OAN. |
| University of Washington | c/o Attorney General's Office<br>UW Box 359475,<br>Seattle, WA 98195-9475 | The facts and circumstances surrounding any attempts to mischaracterize OAN's reporting as misinformation and deplatform OAN. |
| Google LLC | 1600 Amphitheatre Parkway<br>Mountain View, CA 94043 | The facts and circumstances surrounding any attempts to mischaracterize OAN's reporting as misinformation and deplatform OAN. |

<u>CONFIDENTIAL</u>

| | | |
|---|---|---|
| HSBC Private Bank (Suisse) SA (Switzerland) | 9-17 Quai des Bergues, 1201 Geneva, Switzerland | The facts and circumstances regarding Smartmatic's litigation strategy and funding and any statements made by Smartmatic officials to HSBC regarding this litigation. |
| KPMG (Netherlands) | Laan van Langerhuize 1 Amstelveen, 1186 DS Netherlands | The facts and circumstances regarding any financial document or any auditing or financial analysis performed for or on behalf of any Smartmatic entity, including, but not limited to, Smartmatic's audited financial statements from 2014 to present. |
| Kroll (UK) | The Shard, 32 London Bridge Street, London, England, SE1 9SG | The facts and circumstances regarding any financial document or any auditing or financial analysis performed for or on behalf of any Smartmatic entity. |
| Central Election Commission in Taiwan | 100, Taiwan, Taipei City, Zhongzheng District, Xuzhou Rd, 5號10楼 | The facts and circumstances regarding any issues, problems, and investigations relating to Smartmatic's technology. |
| Portman Global Partners, AKA Portman Partners (UK) | 16 Berkeley Street, London, England, W1J 8DZ | The facts and circumstances regarding investment deals, SPAC strategy, and valuation or financial analysis for Smartmatic. |
| Santander UK plc | 2 Triton Square, Regent's Place, London, NW1 3AN, United Kingdom | The facts and circumstances regarding any credit facilities, financial analysis, financial document, valuation, or any auditing performed for or on behalf of Smartmatic. |
| Central Authority of Venezuela | Venezuela Central Authority Ministerio del Poder Popular para Relaciones Exteriores Dirección del Servicio Consular Extranjero Oficina de Relaciones Consulares (Ministry of People's Power of Foreign Affairs | The facts and circumstances regarding Smartmatic's provision of election services in Venezuela, including, but not limited to, the controversies surrounding the 2017 Venezuelan election; the 1998 Smartmatic/Bizta/CANTV venture; Smartmatic's ties to |

|  | Directorate of the Foreign Consular Service Office of Consular Affairs) Edificio Anexo a la Torre MRE, piso 1 Avenida Urdaneta – Esquina Carmelitas a Puente Llaguno Caracas 1010 Venezuela | corrupt dictator Hugo Chavez. |
|---|---|---|
| Central Authority of Brazil | National Secretariat of Justice Ministry of Justice and Public Security Esplanada dos Ministérios, Anexo II, Sala 322 Cep: 70064-900 Brasília – DF, Brasil Brazil | The facts and circumstances regarding Smartmatic's provision of election services in Brazil, including, but not limited to, any problems involving Smartmatic or Smartmatic's voting machines or software. |
| Philippine Commission on Elections ("Comelec") | Palacio del Gobernador General Luna St. Intramuros, Manila 1002 Philippines | The facts and circumstances regarding Smartmatic's provision of election services in the Philippines, including, but not limited to, the 2016 script change controversy; the 2017 DOJ indictment of Smartmatic employees; Smartmatic's alleged bribery of a Comelec official; an incident involving the release of Smartmatic's software from a Comelec office;  the 2023 disqualification of Smartmatic from the 2025 election bidding process. |
| Philippine Department of Justice | Padre Faura Street Ermita, Manila 1000 Republic of the Philippines | The facts and circumstances regarding Smartmatic's provision of election services in the Philippines, including, but not limited to, the 2016 script change controversy; the 2017 DOJ indictment of Smartmatic employees; Smartmatic's alleged bribery of a Comelec official; an incident involving the release of Smartmatic's software from a Comelec office;  the 2023 disqualification of Smartmatic from the 2025 election |

<u>CONFIDENTIAL</u>

| | | |
|---|---|---|
| | | bidding process. |
| Philippines Department of Information and Communications Technology | C.P Garcia Ave., Diliman, Quezon City Philippines 1101 | The facts and circumstances regarding Smartmatic's provision of election services in the Philippines, including, but not limited to, the 2016 script change controversy; the 2017 DOJ indictment of Smartmatic employees; Smartmatic's alleged bribery of a Comelec official; an incident involving the release of Smartmatic's software from a Comelec office;  the 2023 disqualification of Smartmatic from the 2025 election bidding process. |
| Directorate of Criminal Investigations (Kenya) | Directorate of Criminal Investigations P.O. Box 30036 - 00100 Nairobi Mazingira Hse,Kiambu Road. Opp. Forestry Department Headquarters, Karura | The facts and circumstances regarding Smartmatic's provision of election services in Kenya, including, but not limited to, the controversies surrounding the arrest of Smartmatic employees and subsequent investigation into such employees' illegal access of Kenya's electoral commission servers before the 2022 election. |
| IBZ (Intérieur Binnenlandse Zaken) Federal Public Service Interior (Belgium) | Rue de Louvain 1, 1000 Bruxelles, Belgium | The facts and circumstances regarding Smartmatic's bid to provide election services in Belgium, including, but not limited to, the controversies surrounding the 2020 Belgium election and any errors, issues, or investigations that occurred before, during, or after that election. |
| Ministry of Interior and Industrial Management Technology & Contracting (Oman) | P.O. Box. No: 127, Ruwi 112, Oman | The facts and circumstances regarding Smartmatic's provision of election services in Oman, including, but not limited to, the controversies surrounding the 2016 Oman |

<u>CONFIDENTIAL</u>

| | | |
|---|---|---|
| | | Municipal Elections and any errors, issues, or investigations that occurred before, during, or after that election. |
| Cybersecurity and Infrastructure Security Agency | c/o Private Office, Mail Stop 0655<br>2707 Martin Luther King Jr. AVE SE<br>Washington, DC 20528-065 | The facts and circumstances regarding the testing, certification, analysis of, or investigation of Smartmatic, its machines, and its operations within the United States, including, but not limited to, Smartmatic's desire or ability to conduct state and national elections. |
| Department of Homeland Security | c/o Private Office, Mail Stop 0655<br>2707 Martin Luther King Jr. AVE SE<br>Washington, DC 20528-065 | The facts and circumstances regarding the testing, certification, analysis of, or investigation of Smartmatic, its machines, and its operations within the United States, including, but not limited to, Smartmatic's desire or ability to conduct state and national elections. |
| National Institute of Standards and Technology | c/o Catherine S. Fletcher Freedom of Information Act Officer<br>100 Bureau Dr. Stop 1710<br>Gaithersburg, MD 20899-1710 | The facts and circumstances regarding the testing, certification, analysis of, or investigation of Smartmatic, its machines, and its operations within the United States, including, but not limited to, Smartmatic's desire or ability to conduct state and national elections. |
| National Security Agency | c/o FOIA/PA Office<br>9800 Savage Rd. Suite 6932<br>Fort George G. Meade, MD 20755-6932 | The facts and circumstances regarding the testing, certification, analysis of, or investigation of Smartmatic, its machines, and its operations within the United States, including, but not limited to, Smartmatic's desire or ability to conduct state and national elections. |

| Ian Camacho | ████████████ | The facts and circumstances surrounding Mr. Camacho's former role as a temporary employee or independent contractor at Smartmatic, including, but not limited to, information relevant to Plaintiffs' claims and defenses to those claims. |
| Luis Feliu | Unknown | The facts and circumstances surrounding Mr. Feliu's former role as an employee at Smartmatic, including, but not limited to, information relevant to Plaintiffs' claims and defenses to those claims. |
| Juan Andres Donato Bautista | ███████████ | The facts and circumstances regarding Smartmatic's alleged bribery of a Comelec official. |

Herring also identifies all witnesses listed by Plaintiffs in their Rule 26 disclosures.

## III.    Potentially Relevant Documents – Rule 26(a)(1)(A)(ii)

Subject to, and without waiving, all appropriate objections, including based on waiving the attorney-client privilege and the attorney-work product doctrine, Herring identifies the following categories of documents stored electronically and/or in hard copy form in San Diego, California, Washington, D.C., and/or wherever Plaintiffs' documents may be stored that it may use to support its defenses:

- Documents and communications related to Smartmatic USA Corporation.

- Documents and communications related to Smartmatic International Holding B.V.

- Documents and communications related to SGO Corporation Limited.

- Documents and communications related to the statements broadcast by Herring related to Smartmatic.

- Documents and communications related to the production of broadcasts by Herring relevant to the allegations contained in the complaint.

- Herring broadcasts relevant to the allegations contained in the complaint.

CONFIDENTIAL

- Communications between Herring and Plaintiffs.

- Documents and communications related to Sequoia Voting Systems, Inc.

- Documents reflecting Plaintiffs' connections to Venezuela.

- Documents related to the Venezuelan government's investment in Bizta Corp.

- Documents reflecting Plaintiffs' operations in foreign countries where it did business or attempted to do business.

- Documents reflecting the significant security and reliability flaws in electronic voting machines.

- U.S. government documents reflecting concerns about the presence and operations of Smartmatic in the United States.

- Documents related to charges filed against Smartmatic employees in the Philippines for violations of election law.

- Documents related to criticism of Smartmatic voting systems, including in foreign countries.

- Documents and communications related to problems with Smartmatic voting systems in Los Angeles County.

- Past media reports reflecting Smartmatic's reputational problems.

- Documents reflecting the audience reach of Herring broadcasts.

- All contracts, licensing, and cooperation agreements between Smartmatic, Sequoia, and/or Dominion.

- Documents produced by Smartmatic in this matter.

- Documents produced by Herring in this matter.

- Documents produced by third-parties in this matter.

- All documents listed by Plaintiffs in their Rule 26 disclosures.

## IV.    Damages Calculation – Rule 26(a)(1)(A)(iii)

Herring is not seeking damages in this case at this time. Herring reserves the right to seek costs, attorneys' fees, and such other compensation or damages that the Court may deem reasonable and just in the course of Herring's defense of this suit.

<u>CONFIDENTIAL</u>

## V.    Insurance Agreements – Rule 26(a)(1)(A)(iv)

Herring has produced all relevant insurance documentation pursuant to Federal Rules of Civil Procedure 26(a)(1)(A)(iv) and 34(b)(2)(B).

Dated: December 5, 2023

By: */s/ John K. Edwards*

**JACKSON WALKER LLP**
Charles L. Babcock
(admitted *pro hac vice*)
Nancy W. Hamilton
(admitted *pro hac vice*)
John. K. Edwards
(admitted *pro hac vice*)
Joel R. Glover
(admitted *pro hac vice*)
Bethany Pickett Shah
(admitted *pro hac vice*)
1401 McKinney Suite 1900
Houston, TX 77010
Tel: (713) 752-4200
Fax: (713) 308-4110
cbabcock@jw.com
nhamilton@jw.com
jedwards@jw.com
jglover@jw.com
bpickett@jw.com

Jonathan D. Neerman
D.C. Bar No. 90003393
Carl C. Butzer
(admitted *pro hac vice*)
Minoo Sobhani Blaesche
(admitted *pro hac vice*)
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Tel: (214) 953-5664
Fax: (214) 661-6899
jneerman@jw.com
cbutzer@jw.com
mblaesche@jw.com

**BOYDEN GRAY & ASSOCIATES**
Trent McCotter
D.C. BAR NO. 1011329
801 17th St NW, #350
Washington, DC 20006
(202) 706-5488
mccotter@boydengrayassociates.com
*Counsel for Herring Networks, Inc.*

CONFIDENTIAL

### CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of December, 2023, I served the foregoing document on the following counsel of record by electronic mail:

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949
J. Erik Connolly (econnolly@beneschlaw.com)
Caitlin Kovacs (CKovacs@beneschlaw.com)
Michael E. Bloom (mbloom@beneschlaw.com)
Lee B. Muench (lmuench@beneschlaw.com)
Emily Newhouse Dillingham (edillingham@beneschlaw.com)
Lauren C. Tortorella (ltortorella@beneschlaw.com)
Kathleen Watson Moss (kwatsonmoss@beneschlaw.com)
James R. Bedell (jbedell@beneschlaw.com)
Julie M. Loftus (jloftus@beneschlaw.com)
Olivia Sullivan (osullivan@beneschlaw.com)

/s/ John K. Edwards
John K. Edwards