# Exhibit Z

**REDACTED**: UNREDACTED EXHIBIT FILED UNDER SEAL

**CONFIDENTIAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. 1:21-cv-02900-CJN |
| | ) | |
| v. | ) | |
| | ) | |
| HERRING NETWORKS, INC., d/b/a ONE AMERICA NEWS NETWORK, | ) ) | Judge Carl J. Nichols |
| | ) | |
| Defendant. | ) ) | |

**DEFENDANT'S SECOND SUPPLEMENTAL OBJECTIONS AND ANSWERS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES DIRECTED AT HERRING NETWORKS, INC. d/b/a ONE AMERICA NEWS NETWORK**

Pursuant to Fed. R. Civ. P. 33 and LCvR 30.4, Herring Networks, Inc., d/b/a One America News Network ("Herring"), by and through their attorneys, hereby serves its second supplemental objections and answers to Plaintiffs' First Set of Interrogatories Directed at Defendant Herring Networks, Inc. d/b/a One America News Network (the "Interrogatories") served by Plaintiffs Smartmatic USA Corp, Smartmatic International Holding B.V. and SGO Corporation Limited (collectively, the "Smartmatic Parties") as follows:

## I.      PRELIMINARY STATEMENT

The following objections and answers are made solely for the purpose of this pending action and are made solely by and on behalf of Herring and no other corporation, entity, individual, or person. The following answers and objections are made on the basis of a diligent search and reasonable inquiry for information and documentation reasonably available to Herring at the present time. Herring reserves the right to amend or supplement these answers and objections as

**CONFIDENTIAL**

additional facts and/or documents are discovered, revealed, recalled, or otherwise ascertained during the pendency of this action. Herring reserves the right to make use of, at trial or otherwise, any information or documents not specified herein, whether omitted because they are unknown or not yet discovered or because the significance or relevance of the information or documents was not recognized or understood at the time of these answers and objections.

To the extent that Herring answers an Interrogatory to which it objects, such objections are not waived by the answer. Any information or documents produced are produced expressly subject to any objections contained herein and are provided without in any way waiving or intending to waive any objections that Herring may have with respect to the subsequent use of such documents or information or with respect to the production of documents or information. A statement that Herring will produce documents responsive to a particular Interrogatory is not a representation that such documents exist and/or are in the possession, custody, or control of Herring, but rather that Herring will attempt to locate and produce responsive, non-privileged documents in its possession, custody, or control to the extent they exist and can be found through a reasonable search conducted in good faith. Moreover, neither the statement that Herring will produce documents nor the production of such documents constitutes an admission or acceptance of Plaintiffs' naming conventions in their Definitions. Nor is it a representation that Herring has knowledge of the subject matter set forth in the Interrogatories.

Herring specifically reserves: (i) all questions as to admissibility of any and all such information or documents, in whole or in part, or of the subject matter thereof; (ii) the right to object to the use of any such information or documents, in whole or in part, or the subject matter covered thereby, in any subsequent step or proceeding in this action, on any or all of the proper grounds, whether or not enumerated herein; and (iii) the right to object on any and all grounds at

**CONFIDENTIAL**

any time to these Interrogatories or other discovery procedures involving or related to the subject matter of information or documents sought by the Interrogatories. In the event of the inadvertent production of privileged information or documents, Herring does not waive any applicable privilege and requests that Plaintiffs return any inadvertently produced information or documents and all copies thereof immediately.

## II.  GENERAL OBJECTIONS

Each of the following general objections (the "General Objections") is asserted with respect to each Interrogatory as a predicate to any specific answer and in addition to any specific objection. Each General Objection is hereby incorporated by reference into each and every one of the specific answers, each of which is made subject to and without waiver of such General Objections. Any answer will exclude information that is subject to these General Objections. In addition to its General Objections, Herring will state specific objections to each Interrogatory, where appropriate, including objections that are not generally applicable to every Interrogatory. By setting forth such specific objections, Herring does not intend to limit, restrict or waive any of the General Objections. Herring reserves the right to supplement its answers to these Interrogatories.

1.      Herring objects to these Interrogatories to the extent they request disclosure of information or documents prepared in anticipation of litigation, protected by the attorney-client privilege or the attorney work-product doctrine, or subject to any other applicable privilege, doctrine, or immunity from disclosure. Any inadvertent disclosure of such information or documents, or information or documents protected by any other applicable privilege, doctrine, or immunity from disclosure is not intended to, and should not be construed to, constitute waiver of any privilege, doctrine, or immunity from disclosure, either generally or specifically, with respect

**<u>CONFIDENTIAL</u>**

to such material or the subject matter thereof.

2.      Herring objects to these Interrogatories to the extent they demand that Herring identify or produce "all" or "every" fact or document. Herring objects to each such Interrogatory on the grounds that it requires Herring to perform a search that is impermissibly vague, overly broad, oppressive unduly burdensome, not reasonably tailored to the claims or defenses of this litigation, and/or meant to harass Herring.  Herring cannot guarantee that it has located every single piece of information responsive to a particular Interrogatory.

3.      Herring objects to these Interrogatories to the extent they are unreasonably cumulative and duplicative.

4.      Herring objects to these Interrogatories to the extent they seek information or documents that are not reasonably tailored to a claim or defense in this litigation; not reasonably calculated to lead to the discovery of admissible evidence; and/or not proportional to the needs of this case.

5.      Herring objects to these Interrogatories to the extent they are vague, ambiguous, confusing, misleading, incapable of interpretation, or insufficiently defined.

6.      Herring objects to these Interrogatories to the extent they seek information or documents already available to Plaintiffs or available from public, court, or agency records or otherwise in the public domain and accessible to all parties.

7.      Herring objects to these Interrogatories to the extent they seek information or documents more readily available to Plaintiffs.

8.      Herring objects to these Interrogatories to the extent they seek information or documents in the possession, custody, or control of third parties not subject to Herring's control.

9.      Herring objects to Plaintiffs' Definitions and Instructions to the extent they

expand or alter the common understanding or meaning of the terms and words set forth therein.

10.      Herring objects to Plaintiffs' "Definitions" and "Instructions" set forth in the Interrogatories to the extent they seek to impose obligations different from, greater than, or contrary to those imposed by the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Columbia, or the Orders of the Court.  Herring will respond consistent with the applicable requirements.

11.      Herring objects to Plaintiffs' definition of "DEFAMATORY BROADCASTS" as vague and overbroad to the extent it is intended to include any program or broadcast of Herring's other than a program or broadcast specifically identified and alleged to be defamatory in the Complaint.

12.      Herring objects to Plaintiffs' definition of "DEFAMATORY STATEMENTS" as overbroad to the extent it suggests that any of the statements alleged by Plaintiffs has been found to be or is defamatory and to the extent it is intended to include any allegedly defamatory statements not specifically identified and alleged in the Complaint. As such, any reference to "Allegedly Defamatory Statement" herein shall mean the statements specifically alleged in the Complaint.

13.      Herring objects to Plaintiffs' definition of "OANN" as overbroad to the extent it is intended to include any person or entity other than Herring Networks, Inc.

14.      Herring objects to Plaintiffs' definition of "OANN EMPLOYEES" as overbroad to the extent it is intended to include any person other than a current or former employee of Herring.

15.      Herring objects to Plaintiffs' definition of "OANN DIGITAL" as vague and overbroad to the extent it is intended to include any digital program not controlled by Herring.

16.      Herring objects to Plaintiffs' definition of "OANN ACCUSED PROGRAMS" as vague, overbroad, and improper to the extent it suggests that Herring engaged in defamation or

CONFIDENTIAL

has been found liable for defamation and to the extent it is intended to include any program or broadcast not specifically identified and alleged to be defamatory in the Complaint.

17.     Herring objects to Plaintiffs' definition of "OANN PROGRAM" as vague and overbroad to the extent it is intended to include any program or broadcast not specifically identified and alleged to be defamatory in the Complaint.

18.     Herring objects to Plaintiffs' definition of "OANN SOCIAL MEDIA" as vague and overbroad to the extent it is intended to include any program, broadcast, or account not specifically identified and alleged to be defamatory in the Complaint and to the extent it is intended to include any program, broadcast, or account not controlled by Herring.

19.     Herring objects to Plaintiffs' definition of "OANN ON-AIR PERSONALITIES" as improper, overbroad, and vague to the extent it suggests that it is intended to include any program, broadcast, or personality not specifically identified in the Complaint.

20.     Herring objects to Plaintiffs' definition of "SMARTMATIC" as overbroad to the extent that Plaintiffs' collective references to "Smartmatic" in the Interrogatories and in the operative Complaint are not consistent and to the extent that a generalized reference to "Smartmatic" implies that each of Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited are one and the same for purposes of the "of and concerning" defamation doctrine. By responding to these Interrogatories based on Plaintiffs' improper definition of "Smartmatic," Herring does not admit that each of the Smartmatic entities is one and the same.

21.     Herring objects to the Interrogatories to the extent they are not limited to a time period relevant to the issues in this action, including Plaintiffs' instruction regarding the "relevant time period."

CONFIDENTIAL

22.    Herring objects to these Interrogatories, Definitions and Instructions to the extent they contain inaccurate, incomplete or misleading descriptions of the facts, events or pleadings in this action. The production of any information or documents shall not constitute Herring's agreement with, or acquiescence to, any such definition.

23.    Herring objects to Plaintiffs' definition of the term "documents" to the extent it purports to include "deleted" files or other electronic data that is not reasonably accessible.

## III.    SPECIFIC OBJECTIONS AND SUPPLEMENTAL ANSWERS TO INTERROGATORY NOS. 1–3, 5–10, 12, 15–20

**INTERROGATORY NO. 1:**

Identify all Persons who drafted, edited, reviewed, developed, investigated, approved, produced, or directed or made any decision regarding the contents of or decision to publish any DEFAMATORY STATEMENT, regardless of whether they are employees of, contracted by, or otherwise affiliated with OANN, and for each identify their job title and state whether they drafted, edited, reviewed, developed, investigated, approved, produced, directed, and/or made any decision regarding such segment, interview, or social media post.

**SUPPLEMENTAL ANSWER:**

As to this Interrogatory, Herring objects: to its compound nature; because the reference to individuals who are "employees of, contracted by, or otherwise affiliated with" Herring and who "drafted, edited, reviewed, developed, investigated, approved, produced, or directed or made any decision regarding the contents of or decision to publish any [Alleged Defamatory Statement]" is vague, ambiguous, confusing, misleading, incapable of interpretation, insufficiently defined, overly broad, and not proportional to the needs of this case, calls for a narrative, and seeks information better suited for other discovery methods, such as deposition testimony; and because the use of the term "DEFAMATORY STATEMENT" is inaccurate and misleading. Subject to and without waiving its objections, Herring has identified through ENPS, story trackers, and other documents as follows:

**CONFIDENTIAL**

Herring Current Employees[1] known to have drafted, edited, reviewed, developed, investigated, approved, produced, or directed or made any decision regarding the contents of or decision to publish at least one broadcast containing the alleged "Defamatory Statements":[2]

- Dan Ball, Anchor (Anchor)
- Chris Boyle, Executive Producer (identified as Video Editor)
- Travis Burgher, Video Editor (identified as Video Editor)
- Mike Dinow, Anchor (identified as Anchor)
- Rafael Galindo, Video Editor (identified as Video Editor)
- Miguel Guzman, Video Editor (identified as Video Editor)
- Robert Herring, Sr., CEO (gave approval)
- John Hines, DC Bureau Chief (identified as Host, Writer)
- Lauren Lucas, Writer (identified as Video Editor)
- Kara McKinney, Host (identified as Host, Writer)
- Victoria Buddie, Writer/Producer (identified as Writer)
- Stephanie Myers, Anchor (identified as Anchor, Writer)
- Pearson Sharp, Host/Investigative Reporter (identified as Reporter, Writer)
- Caitlin Walters, Writer (identified as Video Editor)
- Jon Marrone, Producer/Writer
- Peyton Drew, Booking Producer

Herring Former Employees[3] known to have drafted, edited, reviewed, developed, investigated, approved, produced, or directed or made any decision regarding the contents of or decision to publish at least one broadcast containing the alleged "Defamatory Statements":

- Gienel Agcaoili, Writer (identified as Copy Editor)
  ▪
- Elma Aksalic, Reporter (identified as Anchor, Writer)
  ▪
- Christina Bobb, Host (identified as Host)

---

[1] Current OAN employees ("Current Employees") identified in these responses may be contacted through undersigned counsel.
[2] Herring's answer to Interrogatory No. 1 is based on Herring's present knowledge of individuals who drafted, edited, reviewed, developed, investigated, approved, produced, or directed or made any decision regarding the contents of or decision to publish a broadcast during which an alleged Defamatory Statement aired. The identification of an individual is not an admission that he or she wrote, edited, reviewed, investigated, approved, or otherwise contributed to a specific alleged defamatory statement.
[3] On information and belief, former OAN employees ("Former Employees") identified in these responses may be contacted at their last known addresses, identified herein.

**CONFIDENTIAL**

- o On information and belief, Ms. Bobb may be contacted through her current counsel, Greg Singer (Singer & Levick P.C., gsinger@laurosinger.com).
- Justin Brown, Producer (identified as Producer)
  ███████████████████████
- Cecilia Castro-Duenas, Editor (identified as Editor)
  ████████████████████████████
- Jacob DeMille, News Writer/Producer (identified as Copy Editor)
  █████████████████████████████
- Emily Finn, Reporter (identified as Anchor)
  ██████████████████████████████
- Jennifer Franco, News Anchor (identified as Anchor)
  ███████████████████████
- Martin Golingan, Producer (identified as Copy Editor)
  ██████████████████████████
- Stephanie Hamill, Anchor (identified as Anchor, Writer)
  ██████████████████████████
- Natalie Harp, Host (identified as Host)
  ████████████████████
- Kyarra Harris, Writer (identified as Writer)
  ███████████████████████
- Jasmin Hovey, News Writer (identified as Writer)
  ████████████████████
- Hans Hubbard, News Writer (identified as Writer)
  ████████████████████
- Patrick Hussion, Anchor (identified as Anchor)
  ████████████████████████
- Samantha Lomibao, Reporter (identified as Reporter)
  ████████████████████
- Caroline Midkiff, Producer (identified as Producer)
  ████████████████████████
- Lindsay Oakley, News Director (identified as Producer)
  █████████████████████████
- Khen Provido, Writer (identified as Video Editor)
  ████████████████████████
- Kristian Rouz, Writer (identified as Writer)
  ████████████████████████████
- Alex Salvi, Host (identified as Host)
  █████████████████████
- Ethan Viveiros, Copy editor, writer
  ██████████████████
- Talialaina Letoi, Writer, copy editor
  ██████████████████████
- Jennesh Agagas, Producer

<u>**CONFIDENTIAL**</u>



- Natalie Mooney, Booking Producer
- Grayce Rust, Writer/Producer
- Adrienne Goebel, Producer
- Alec Parent, Writer/Producer
- Christina Howitson, Writer/Producer
- Amanda Brilhante, Anchor

Non-Herring-Affiliated Persons known to have drafted, edited, reviewed, developed, investigated, approved, produced, or directed or made any decision regarding the contents of or decision to publish at least one broadcast containing the alleged "Defamatory Statements":

- Allan Santos
- Chris Farrell
- Clay Clark
- Cory Mills
- Evi Kokalari-Angelakis
- J. Michael Waller
- Joseph diGenova
- Keith Trippie
- Kyle Becker
- Michael Johns
- Rudy Giuliani
- Sidney Powell
- Tom Fitton
- Mike Lindell

On information and belief, based on the credits and content from the *Absolute Proof*, *Absolute Proof* featuring Steve Bannon, *Absolute Interference*, *Scientific Proof*, and *Absolutely 9-0* programs (the "Lindell Programs"), the following persons may have drafted, edited, reviewed, developed, investigated, approved, produced, or directed or made any decision regarding the contents of or decision to publish at least one of the Lindell Programs:

CONFIDENTIAL

- Mary Fanning (identified as Researcher, Executive Producer)
- Alan Jones (identified as Researcher)
- Brannon Howse (identified as Researcher, Director, Executive Producer, Senior Production Editor)
- Logan Howse (identified as Post-Editing Assistant, Assistant Production Editor)
- Mike Lindell (identified as Executive Producer)
- General Tom McInerney
- Douglas Frank
- Russell Ramsland
- Phil Waldron
- Matthew DePerno
- Steve Bannon

Herring reserves its right to supplement its answer if additional information becomes available.

**INTERROGATORY NO. 2:**

Identify all OANN EMPLOYEES who had any role in drafting, editing, reviewing, developing, investigating, producing, approving, contributing to, or directing or making decisions related to content aired on the OANN ACCUSED PROGRAMS regarding SMARTMATIC, DOMINION, and/or the election technologies and systems used during the 2020 PRESIDENTIAL ELECTION.

**SUPPLEMENTAL ANSWER:**

As to this Interrogatory, Herring objects: to its compound nature; because it is vague, ambiguous, confusing, misleading, incapable of interpretation, insufficiently defined (particularly in relation to any content aired regarding "the election technologies and systems used during the 2020 Presidential election"), overly broad, and not proportional to the needs of this case; because it is vague, ambiguous, confusing, overly broad, not proportional to the needs of this case to the extent it seeks identification of all content aired by Herring and/or its employees about any Smartmatic entity, regardless of whether any Smartmatic entity has alleged such statement constitutes alleged defamation; because it vaguely seeks information as to DOMINION (as defined in the Interrogatories), and thus improperly seeks information not reasonably tailored to a claim or

**CONFIDENTIAL**

defense in this litigation and is not proportional to the needs of this case; because, based on the defined term "SMARTMATIC," it implies that the Plaintiffs are one and the same; because the term "OANN ACCUSED PROGRAMS" is vague, overbroad, and improper to the extent it suggests that Herring engaged in defamation or has been found liable for defamation and to the extent it is intended to include any program or broadcast not specifically identified and alleged in the Complaint; because it is cumulative and duplicative of other Interrogatories. Subject to and without waiving its objections, Herring incorporates the portion of its answer to Interrogatory No. 1 that identifies Herring current or former employees known to have drafted, edited, reviewed, developed, investigated, approved, produced, or directed or made any decision regarding the contents of or decision to publish at least one broadcast containing the alleged "Defamatory Statements."

In addition, Herring has identified through ENPS, story trackers, and other documents the following Herring Current Employees who had any role in drafting, editing, reviewing, developing, investigating, producing, approving, contributing to, or directing or making decisions related to content aired on at least one of the OANN ACCUSED PROGRAMS regarding SMARTMATIC and/or DOMINION: [4]

- Brandon Gadow, Senior Editor
- Jay Thompson, Editor
- Chanel Rion, Chief White House Correspondent
- Julie Dell, Technical Director
- Charles Herring
- Chris Schickedanz, Production Manager
- Jacob Miller, Writer

---

[4] Herring's answer to Interrogatory No. 2 is based on Herring's present knowledge of individuals who drafted, edited, reviewed, developed, investigated, approved, produced, or directed or made any decision regarding the contents of or decision to publish a broadcast relating to an Accused Program during which Smartmatic or Dominion was mentioned. The identification of an individual is not an admission that he or she wrote, edited, reviewed, investigated, approved, or otherwise contributed to the specific portion of any broadcast regarding Smartmatic or Dominion.

**CONFIDENTIAL**

- Rayana Unutoa, News Writer/Anchor
- Dylan Grant, Writer
- Chloe Hauxwell, News Director
- Sani Unutoa, News Anchor/Writer
- Marco Rodriguez, Video Editor
- Frank Lara-Risco, Writer
- Chris Chomthakham, Video Editor
- Rachel Acenas, Anchor/Reporter/Writer
- Zach Petersen, Writer
- Czarina Luna, Editor

In addition, Herring has identified through ENPS, story trackers, and other documents the following Herring Former Employees who had any role in drafting, editing, reviewing, developing, investigating, producing, approving, contributing to, or directing or making decisions related to content aired on at least one of the OANN ACCUSED PROGRAMS regarding SMARTMATIC and/or DOMINION:

- Ivan Burgueno, Editor
- Alex Schwalbe, Writer/Editor
- Avery Swigart, Booker
- Alec Parent, Writer
- Christina Howitson, Writer
- Sal
- Allysia Britton, Weekday Morning Producer
- Miles Hall, Writer, News Room
- Peter Vaughn, Editor
- Griffin Morris, Writer
- Trevor Tilston, Writer

**CONFIDENTIAL**

- Morgan Schmidt, Writer
- Alexander Yphantides, Writer
- Emily Lambert, Writer
- Jack Posobiec, Speaker, writer
- Daniel Kitchen, Writer
- Jennifer Pfeiler, Writer
- Alejandro Heredia, Editor
- Jenn Pellegrino, Speaker
- Lexington Howe, Writer
- Azucena Barreto, Writer
- Brandon Lesky, Editor
- Colin Eustace, Videographer
- Sc
- Jeremy Hartley, Writer



Herring reserves its right to supplement its answer if additional information becomes available.

**INTERROGATORY NO. 3:**

Identify all persons who drafted, edited, reviewed, developed, investigated, approved, produced, directed, or made any decision regarding any segment, interview, statement, post, or article published on any OANN ACCUSED PROGRAM, OANN DIGITAL platform, or OANN SOCIAL MEDIA account regarding SMARTMATIC, DOMINION, and/or the election technologies and systems used during the 2020 PRESIDENTIAL ELECTION, regardless of whether they are employees or otherwise affiliated with OANN, and for each identify their job

CONFIDENTIAL

title and state whether they drafted, edited, reviewed, investigated, directed, approved, or made any decision regarding such segment, interview, statement, article, or social media post. [5]

**SUPPLEMENTAL ANSWER:**

As to this Interrogatory, Herring objects: to its compound nature; because it is vague, ambiguous, confusing, misleading, incapable of interpretation, insufficiently defined, overly broad, not proportional to the needs of this case, calls for a narrative and seeks information better suited for other discovery methods, such as deposition testimony; because it vaguely seeks information as to DOMINION (as defined in the Interrogatories), and thus improperly seeks information not reasonably tailored to a claim or defense in this litigation and is not proportional to the needs of this case because it is vague, ambiguous, confusing, overly broad, not proportional to the needs of this case to the extent it seeks identification of all statements or content published or aired by Herring about any Smartmatic entity, regardless of whether any Smartmatic entity has alleged such statement constitutes alleged defamation; because, based on the defined term "SMARTMATIC," it implies that the Plaintiffs are one and the same; because the term "OANN ACCUSED PROGRAMS" is vague, overbroad, and improper to the extent it suggests that Herring engaged in defamation or has been found liable for defamation and to the extent it is intended to include any program or broadcast not specifically identified and alleged in the Complaint; because it is cumulative and duplicative of other Interrogatories. Subject to and without waiving its objections, Herring incorporates, as if fully set forth herein, its answer to Interrogatory No. 1, which identifies Herring current or former employees and non-Herring-affiliated persons known

---

[5] Herring's answer to Interrogatory No. 3 is based on Herring's present knowledge of individuals who drafted, edited, reviewed, developed, investigated, approved, produced, directed, or made any decision regarding any segment, interview, statement, post, or article published on any "OANN Accused Program," "OANN Digital" platform, or "OANN Social Media" account regarding an alleged "Defamatory Statement." The identification of an individual is not an admission that he or she wrote, edited, reviewed, investigated, approved, or otherwise contributed to the specific portion of any broadcast, article, or post regarding an alleged "Defamatory Statement."

**CONFIDENTIAL**

to have drafted, edited, reviewed, developed, investigated, approved, produced, or directed or made any decision regarding the contents of or decision to publish at least one broadcast containing the alleged "Defamatory Statements"; and its answer to Interrogatory No. 2, which identifies Herring current or former employees who had any role in drafting, editing, reviewing, developing, investigating, producing, approving, contributing to, or directing or making decisions related to content aired on at least one of the OANN ACCUSED PROGRAMS regarding SMARTMATIC and/or DOMINION. In addition, Herring identifies the following Herring Former Employee who posted on an OANN Digital platform or OANN Social Media Account regarding at least one alleged "Defamatory Statement":

- Amber Coakley, former One America News Digital Content & Social Media Manager █████████████████████████████████
- Kayleigh Venne, former Social Media Manager █████████████████████████████████

Herring reserves its right to supplement its answer if additional information becomes available.

**INTERROGATORY NO. 5:**

Identify all OANN EMPLOYEES or other Persons who had any decision-making authority, approval, and/or control regarding the content within and/or promotion of the OANN ACCUSED PROGRAMS, including any decisions as to which guests or interviewees would appear or regarding the employment or contracts of any personnel or OANN ON-AIR PERSONALITIES, and for each, identify their job title, relationship to OANN, and describe the nature of that authority, approval, or control.

**SUPPLEMENTAL ANSWER:**

As to this Interrogatory, Herring objects: to the compound nature of this Interrogatory — particularly because it appears to merge requests for information regarding the OANN ACCUSED PROGRAMS, on the one hand, and the employment or contracts of any personnel or OAN ON-

**CONFIDENTIAL**

AIR PERSONALITIES, on the other hand; because the term "OANN ACCUSED PROGRAMS" is vague, overbroad, and improper to the extent it suggests that Herring engaged in defamation or has been found liable for defamation and to the extent it is intended to include any program or broadcast not specifically identified and alleged in the Complaint; because it is vague, ambiguous, confusing, misleading, incapable of interpretation, overly broad, not proportional to the needs of this case, calls for a narrative and seeks information better suited for other discovery methods, such as deposition testimony; and because it is cumulative and duplicative of other Interrogatories.

Subject to and without waiving its objections, Herring answers as follows:

- *After Hours with Alex Salvi*: Alex Salvi is a former talk show host and producer with OAN and hosted and produced *After Hours With Alex Salvi*.  Mr. Salvi had decision-making authority regarding the content within his program, including any decisions as to which guests or interviewees would appear.

- *News hours/News Room*: Lindsay Oakley is a former news director with OAN who approved or directed stories from the News Room.

- *America This Week* is not produced by or affiliated with Herring.

- *Tipping Point with Kara McKinney*: Kara McKinney is a current talk show host and producer with OAN and hosts and produces *Tipping Point with Kara McKinney*. Ms. McKinney has decision-making authority regarding the content within her program, including any decisions as to which guests or interviewees will appear.

- *Breaking News Live with Patrick Hussion*: Lindsay Oakley is a former news director with OAN who approved or directed stories on *Breaking News Live with Patrick Hussion*.

- *In Focus with Stephanie Hamill*: Stephanie Hamill is a former talk show host and producer with OAN and hosted and produced *In Focus with Stephanie Hamill*. Ms. Hamill had decision-making authority regarding the content within her program, including any decisions as to which guests or interviewees would appear.

- *Weekly Briefing with Christina Bobb*: Christina Bobb is a former talk show host and producer with OAN and hosted and produced *Weekly Briefing with Christina Bobb*. Ms. Bobb had decision-making authority regarding the content within her program, including any decisions as to which guests or interviewees would appear.

- *Absolute Proof*: Herring had no control over the content of this program and did not participate in its investigation, production, development, directing, or any other aspect of its production.

- *Real America with Dan Ball*: Dan Ball is a current talk show host and producer with OAN and hosts and produces *Real America with Dan Ball*. Mr. Ball has decision-making authority regarding the content within his program, including any decisions as to which guests or interviewees will appear.

- *Scientific Proof*: Herring had no control over the content of this program and did not participate in its investigation, production, development, directing, or any other aspect of its production.

- *Absolute Interference*: Herring had no control over the content of this program and did not participate in its investigation, production, development, directing, or any other aspect of its production.

- *Absolutely 9-0*: Herring had no control over the content of this program and did not participate in its investigation, production, development, directing, or any other aspect of its production.

- *The Real Story with Natalie Harp*: Natalie Harp is a former talk show host and producer with OAN and hosted and produced *The Real Story with Natalie Harp*. Ms. Harp had decision-making authority regarding the content within her program, including any decisions as to which guests or interviewees would appear.

Robert Herring, Sr., Christian Flores, Lindsay Oakley, and Robert Herring, Jr. were involved in the hiring of one or more of the On-Air Personalities.

Herring reserves its right to supplement its answer if additional information becomes available.

**INTERROGATORY NO. 7:**

Identify all sources of information for every visual, illustration, graphic, picture, or photograph shown, displayed, or published during any of the DEFAMATORY BROADCASTS, and for each identify the author or originator and if included as part of an exhibit to the Complaint, please identify the corresponding exhibit number.

**CONFIDENTIAL**

**SUPPLEMENTAL ANSWER:**

Herring incorporates by reference and specifically asserts its applicable General Objections, including the demand for "all" sources of information for "every" visual, illustration, graphic, picture, or photograph. Herring further objects: to the compound nature of this Interrogatory; on the basis that it is overly broad, not proportional to the needs of this case, calls for a narrative, and seeks information better suited for other discovery methods, such as deposition testimony; to the extent it seeks information protected by the reporter's privilege; on the basis that its use of the term "DEFAMATORY BROADCASTS" is inaccurate and misleading; and to the extent this Interrogatory is cumulative and duplicative of other Interrogatories. Subject to and without waiving these objections and its General Objections, Herring answers as follows:

Herring will produce non-privileged documents responsive to this Interrogatory and within Herring's possession, custody or control, to the extent such documents exist and can be found through a reasonable search conducted in good faith. Also, Herring has identified the following sources:

| Exhibit No. | Screenshot | Description of Source |
|---|---|---|
| 1A | A | • OAN stock logo<br>• Chyron: unknown<br>• *After Hours* logo |
| | B | • OAN stock logo<br>• Dominion Voting Logo<br>• Chyron: unknown<br>• *After Hours* logo |
| | C | • OAN stock logo<br>• Washington Examiner logo<br>• Washington Examiner quote, publicly available. *See* Bethany Blankley, *Officials raised concerns for years about security of US voting machines, software systems*, Wash. Examiner (Nov. 9, 2020, 12:00 PM), https://www.washingtonexaminer.com/politics/officials-raised-concerns-for-years-about-security-of-us-voting-machines-software-systems. |
| | D | • OAN stock logo |

**CONFIDENTIAL**

| | | |
|---|---|---|
| | | • Stock photo<br>• Chyron: unknown<br>• *After Hours* logo |
| | E | • OAN stock logo<br>• Washington Examiner quote, publicly available. *See* Bethany Blankley, *Officials raised concerns for years about security of US voting machines, software systems*, Wash. Examiner (Nov. 9, 2020, 12:00 PM), https://www.washingtonexaminer.com/politics/officials-raised-concerns-for-years-about-security-of-us-voting-machines-software-systems. |
| 2A | A | • OAN stock logo<br>• Chyron: unknown |
| | B | • OAN stock logo<br>• Chyron: unknown<br>█████████████████████████ |
| | C | • OAN stock logo<br>• Smartmatic logo ██████████<br>• Chyron: unknown |
| | D | • OAN stock logo<br>• Chyron: unknown<br>• Rudy Giuliani (via Twitter, @RudyGiuliani); https://twitter.com/RudyGiuliani/status/1327616396939948032?s=20 |
| | E | • OAN stock logo |
| 3A | A | • OAN stock logo<br>• Chyron: unknown<br>• *Tipping Point* logo |
| | B | • OAN stock logo<br>• *Tipping Point* logo |
| 4A | A | • OAN stock logo<br>• Michael Johns (via Skype) |
| | B | • OAN stock logo<br>• Michael Johns (via Skype)<br>• Joe Biden (B-Roll; source unknown) |
| 5A | A | • OAN stock logo |
| | B | • OAN stock logo<br>• Rudy Giuliani, Rudy Giuliani's Common Sense (2020), https://rudygiulianics.com/category/2020-podcasts/<br>• Chyron: unknown |
| | C | • OAN stock logo<br>• Hugo Chavez █████████<br>• Chyron: unknown |
| | D | • OAN stock logo<br>• Rudy Giuliani, Rudy Giuliani's Common Sense (2020), https://rudygiulianics.com/category/2020-podcasts/<br>• Chyron: unknown |

**CONFIDENTIAL**

|  | E | • OAN stock logo<br>• Unknown image source<br>• Chyron: unknown |
|---|---|---|
| 6A | A | • Zach Montague, *Giuliani adds fuel to discredited theories about voting machines.*, N.Y. TIMES (last updated Dec. 1, 2020), https://www.nytimes.com/2020/11/14/us/politics/giuliani-adds-fuel-to-discredited-theories-about-voting-machines.html.<br>• Chyron: unknown<br>• *Tipping Point* logo |
|  | B | • OAN stock logo<br>• Chyron: unknown<br>• *Tipping Point* logo<br>• Tom Fitton (via Skype) |
| 7 |  | • *See* Ex. 4A above. |
| 8 |  | • *See* Ex. 4A above. |
| 9A | A | • OAN stock logo |
|  | B | • OAN stock logo<br>• Chryon<br>• Unknown image source |
| 10A | A | • *Real America* logo<br>• Evi Kokalari-Angelakis (via Skype)<br>• Chyron: unknown |
|  | B | • *Real America* logo<br>• Evi Kokalari-Angelakis (via Skype)<br>• Chyron: unknown |
| 11 |  | • Sidney Powell, Rudy Giuliani (AP photo//Jacquelyn Martin) |
| 12 |  | • Sidney Powell, Rudy Giuliani (AP photo//Jacquelyn Martin) |
| 13 |  | • *See* Ex. 11 above. |
| 14A | A | • OAN stock logo<br>• Chyron: unknown |
|  | B | • OAN stock logo<br>• Rudy Giuliani (November 19, 2020 Press Conference)<br>• Chyron: unknown |
|  | C | • OAN stock logo<br>• Sidney Powell (November 19, 2020 Press Conference)<br>• Chyron: unknown |
| 15A | A | • OAN stock logo<br>• Keith Trippie (via Skype)<br>• Chyron: unknown |
|  | B | • OAN stock logo<br>• Keith Trippie (via Skype)<br>• Chyron: unknown |
| 16A | A | • OAN stock logo<br>• Allan Santos (via Skype) |

**CONFIDENTIAL**

|  |  |  |
|---|---|---|
|  |  | • Chyron: unknown |
|  | B | • OAN stock logo<br>• Unknown image source<br>• Chyron: unknown |
|  | C | • OAN stock logo<br>• Open Society Foundations logo<br>• Chyron: unknown |
| 17A | A | • OAN stock logo<br>• Chyron: unknown<br>• *In Focus* logo |
|  | B | • OAN stock logo<br>Joseph diGenova (via Skype)<br>• Chyron: unknown<br>• *In Focus* logo |
|  | C | • OAN stock logo<br>Joseph diGenova (via Skype)<br>• Chyron: unknown<br>• *In Focus* logo |
|  | D | • OAN stock logo<br>Joseph diGenova (via Skype)<br>• Chyron: unknown<br>• *In Focus* logo |
| 18A | A | • OAN stock logo<br>• *Tipping Point* logo<br>• Chyron: unknown<br>• Kyle Becker (via Skype) |
|  | B | • OAN stock logo<br>• *Tipping Point* logo<br>• Chyron: unknown<br>• Kyle Becker (via Skype) |
| 19A | A | • OAN stock logo<br>• Chyron: unknown |
|  | B | • OAN stock logo<br>• Chyron: unknown<br>• Rudy Giuliani, Rudy Giuliani's Common Sense (2020),<br>https://rudygiulianics.com/category/2020-podcasts/ |
|  | C | • OAN stock logo<br>• Chyron: unknown<br>• Stock footage |
| 20A | A | • OAN stock logo<br>• *Tipping Point* logo<br>• Chyron: unknown<br>• https://www.cnn.com/2020/11/19/politics/giuliani-trump-legal-team-press-<br>briefing-fact-check/index.html |

**CONFIDENTIAL**

| | | |
|---|---|---|
| | | ████████████████████████ |
| | B | • OAN stock logo<br>• *Tipping Point* logo<br>• Chyron: unknown<br>• J. Michael Waller (via Skype) |
| 21 | N/A | • OAN stock logo<br>• *In Focus* logo<br>• Chyron: unknown |
| 22 | N/A | • Drew Angerer/Getty Images |
| 23 | N/A | • Drew Angerer/Getty Images |
| 24 | N/A | • Drew Angerer/Getty Images |
| 25A | A | • OAN stock logo<br>• *Tipping Point* logo<br>• Chyron: unknown<br>• Michael Johns (via Skype) |
| | B | • OAN stock logo<br>• *Tipping Point* logo<br>• Chyron: unknown<br>• Michael Johns (via Skype)<br>• Unknown image source |
| 26A | A | • OAN stock logo<br>• Chyron: unknown |
| | B | • OAN stock logo<br>• Chyron: unknown<br>• Tom Fitton (via Skype) |
| 27A | A | • OAN stock logo<br>• *Tipping Point* logo<br>• Chyron: unknown<br>████████████████████████ |
| | B | • OAN stock logo<br>• *Tipping Point* logo<br>• Chyron: unknown<br>• Mike Balsamo (via Twitter, @mikebalsamo1);<br>https://twitter.com/MikeBalsamo1/status/1333853228979662860 |
| | C | • OAN stock logo<br>• *Tipping Point* logo<br>• Chyron: unknown<br>• Kyle Becker (via Skype) |
| 28A | A | • OAN stock logo<br>• *In Focus* logo<br>• Chyron: unknown |

**CONFIDENTIAL**

|  | B | • OAN stock logo<br>• *In Focus* logo<br>• Chyron: unknown<br>• Tom Fitton (via Skype) |
|---|---|---|
|  | C | • OAN stock logo<br>• *In Focus* logo<br>• Chyron: unknown<br>• Tom Fitton (via Skype) |
| 29A | A | • OAN stock logo<br>• Chyron: unknown |
|  | B | • OAN stock logo<br>• Chyron: unknown<br>████████████████████████ |
|  | C | • OAN stock logo<br>• Chyron: unknown<br>• Smartmatic (via Twitter, @smartmatic),<br>https://twitter.com/smartmatic/status/1327676396928462857 |
|  | D | • OAN stock logo<br>• Chyron: unknown<br>████████████████████████ |
|  | E | • OAN stock logo<br>• Chyron: unknown<br>████████████████████████<br>• Stock photo of Lord Malloch Brown |
|  | F | • OAN stock logo<br>• Chyron: unknown |
| 30 | N/A | • AP Photo/Ronald Zak |
| 33A | A | • OAN stock logo<br>• *Tipping Point* logo<br>• Chyron: unknown<br>• Michael Johns (via Skype) |
|  | B | • OAN stock logo<br>• *Tipping Point* logo<br>• Chyron: unknown<br>• Michael Johns (via Skype) |
| 34A | A | • OAN stock logo<br>• Chyron: unknown |
|  | B | • OAN stock logo<br>• Chyron: unknown<br>• Clay Clark (via Skype) |
| 35A | A – G | • Herring did not produce "Absolute Proof with Mike Lindell," and<br>therefore, does not possess information regarding the sources of visuals, |

**CONFIDENTIAL**

| | | illustrations, graphics, pictures, or photographs shown, displayed, or published in Exhibit 35A. |
|---|---|---|
| 36A | A | • *Real America* logo<br>• Chyron: unknown |
| | B | • *Real America* logo<br>• Chyron: unknown<br>• Mike Lindell (via Skype) |
| | C | • *Real America* logo<br>• Chyron: unknown<br>• Mike Lindell (via Skype) |
| 37A | A – H | • Herring did not produce "Absolute Proof with Mike Lindell," and therefore, does not possess information regarding the sources of visuals, illustrations, graphics, pictures, or photographs shown, displayed, or published in Exhibit 37A. |
| 38A | A – D | • Herring did not produce "Scientific Proof with Mike Lindell," and therefore, does not possess information regarding the sources of visuals, illustrations, graphics, pictures, or photographs shown, displayed, or published in Exhibit 38A. |
| 39A | A – O | • Herring did not produce "Absolute Interference with Mike Lindell," and therefore, does not possess information regarding the sources of visuals, illustrations, graphics, pictures, or photographs shown, displayed, or published in Exhibit 39A. |
| 41A | A – F | • Herring did not produce "Absolutely 9-0 with Mike Lindell," and therefore, does not possess information regarding the sources of visuals, illustrations, graphics, pictures, or photographs shown, displayed, or published in Exhibit 41A. |
| 45A | A | • OAN stock logo<br>• *Weekly Briefing* logo<br>• *John Bachman Now* (Newsmax television broadcast Dec. 21, 2020)<br>• Chyron: unknown |
| | B | • OAN stock logo<br>• *Weekly Briefing* logo |
| 149 | N/A | • *Absolute Proof with Mike Lindell* |
| 150 | N/A | • *Absolute Proof with Mike Lindell* |

Herring reserves its right to supplement its answer if additional information becomes available.

**INTERROGATORY NO. 8:**

Identify and describe all information provided to You regarding SMARTMATIC, and state the date the information was received, the person or entity who provided it, and the manner in which was it received by You.

**CONFIDENTIAL**

**SUPPLEMENTAL ANSWER:**

Herring incorporates by reference and specifically asserts its applicable General Objections, including the demand for "all information." Herring further objects to the compound nature of this Interrogatory; on the basis that it is overly broad, not proportional to the needs of this case, calls for a narrative and seeks information better suited for other discovery methods, such as deposition testimony; to the extent it seeks information protected by the reporter's privilege; and to the extent this Interrogatory is cumulative and duplicative of other Interrogatories. Furthermore that "You," that is someone within Defendant's organization, received some information about Smartmatic, does not necessarily mean that a person or persons responsible for a particular complained-of broadcast had that in their possession at the time of that broadcast. Subject to and without waiving these objections and its General Objections, Herring answers as follows:

Herring refers Smartmatic to these documents which include, without limitation, documents located at the following Bates numbers:

OAN_SMMT_00912738-00912738; OAN_SMMT_00929782-00929782;
OAN_SMMT_00929860-00929860; OAN_SMMT_00930165-00930165;
OAN_SMMT_00930195-00930195; OAN_SMMT_00931342-00931342;
OAN_SMMT_00931384-00931384; OAN_SMMT_00931893-00931893;
OAN_SMMT_00931954-00931954; OAN_SMMT_00931989-00931989;
OAN_SMMT_00878950-00878951; OAN_SMMT_00931990-00931990;
OAN_SMMT_00878952-00878953; OAN_SMMT_00878954-00878955;
OAN_SMMT_00932010-00932011; OAN_SMMT_00878963-00878964;
OAN_SMMT_00932068-00932068; OAN_SMMT_00932090-00932090;
OAN_SMMT_00932100-00932100; OAN_SMMT_00932311-00932311;
OAN_SMMT_00932323-00932323; OAN_SMMT_00932328-00932328;
OAN_SMMT_00879392-00879393; OAN_SMMT_00807921-00807922;
OAN_SMMT_00933051-00933051; OAN_SMMT_00935589-00935589;
OAN_SMMT_00939037-00939037; OAN_SMMT_00940192-00940193;
OAN_SMMT_00940593-00940593; OAN_SMMT_00940829-00940829;
OAN_SMMT_00941348-00941348; OAN_SMMT_00944493-00944494;
OAN_SMMT_00944639-00944640; OAN_SMMT_00944708-00944708;
OAN_SMMT_00946565-00946565; OAN_SMMT_00946585-00946586;
OAN_SMMT_00889569-00889569; OAN_SMMT_00950076-00950076;

**CONFIDENTIAL**

OAN_SMMT_00950077-00950077; OAN_SMMT_00952425-00952426;
OAN_SMMT_00952485-00952486; OAN_SMMT_00952487-00952488;
OAN_SMMT_00956542-00956542; OAN_SMMT_00956544-00956544;
OAN_SMMT_00958239-00958239; OAN_SMMT_00958244-00958244;
OAN_SMMT_00958245-00958245; OAN_SMMT_00958250-00958250;
OAN_SMMT_00896601-00896602; OAN_SMMT_00959429-00959429;
OAN_SMMT_00959549-00959549; OAN_SMMT_00959782-00959783;
OAN_SMMT_00967161-00967161; OAN_SMMT_00967162-00967162;
OAN_SMMT_00967170-00967171; OAN_SMMT_00967186-00967187;
OAN_SMMT_00967206-00967206; OAN_SMMT_00967211-00967211;
OAN_SMMT_00967212-00967212; OAN_SMMT_00967275-00967275;
OAN_SMMT_00967283-00967283; OAN_SMMT_00968844-00968844;
OAN_SMMT_00968887-00968887; OAN_SMMT_00991049-00991051; and
OAN_SMMT_00942992-00943110.

Herring reserves its right to supplement its answer if additional information becomes available.

**INTERROGATORY NO. 9:**

Identify and describe all information provided to You regarding DOMINION, and state the date the information was received, the person or entity who provided it, and the manner in which was it received by You.

**SUPPLEMENTAL ANSWER:**

Herring incorporates by reference and specifically asserts its applicable General Objections, including the demand for "all information." Herring further objects to the compound nature of this Interrogatory; on the basis that it is overly broad, not proportional to the needs of this case calls for a narrative and seeks information better suited for other discovery methods, such as deposition testimony; to the extent it seeks information protected by the reporter's privilege; to the extent that this Interrogatory vaguely seeks information as to DOMINION (as defined in the Interrogatories), because it improperly seeks information not reasonably tailored to a claim or defense in this litigation and is not proportional to the needs of this case; to the extent the information sought is barred from disclosure by any protective order; and to the extent this

**CONFIDENTIAL**

Interrogatory is cumulative and duplicative of other Interrogatories. Furthermore that "You," that

is someone within Defendant's organization, received some information about Smartmatic, does

not necessarily mean that a person or persons responsible for a particular complained-of broadcast

had that in their possession at the time of that broadcast. Subject to, and without waiving these

objections, and its General Objections, Herring answers as follows:

Herring refers Smartmatic to these documents which include, without limitation,

documents located at the following Bates numbers:

OAN_SMMT_00912738-00912738; OAN_SMMT_00926473-00926473;
OAN_SMMT_00873589-00873589; OAN_SMMT_00926517-00926517;
OAN_SMMT_00873719-00873719; OAN_SMMT_00873955-00873955;
OAN_SMMT_00873956-00873956; OAN_SMMT_00926600-00926600;
OAN_SMMT_00926612-00926612; OAN_SMMT_00926616-00926616;
OAN_SMMT_00926632-00926632; OAN_SMMT_00926649-00926649;
OAN_SMMT_00926651-00926651; OAN_SMMT_00926653-00926653;
OAN_SMMT_00926670-00926670; OAN_SMMT_00926701-00926701;
OAN_SMMT_00926703-00926703; OAN_SMMT_00926711-00926711;
OAN_SMMT_00926728-00926728; OAN_SMMT_00926743-00926743;
OAN_SMMT_00926744-00926744; OAN_SMMT_00926745-00926745;
OAN_SMMT_00926746-00926746; OAN_SMMT_00926747-00926747;
OAN_SMMT_00926759-00926759; OAN_SMMT_00926761-00926761;
OAN_SMMT_00874918-00874918; OAN_SMMT_00926802-00926802;
OAN_SMMT_00926823-00926823; OAN_SMMT_00926824-00926824;
OAN_SMMT_00926827-00926827; OAN_SMMT_00926842-00926842;
OAN_SMMT_00875090-00875090; OAN_SMMT_00926994-00926994;
OAN_SMMT_00875247-00875247; OAN_SMMT_00927182-00927182;
OAN_SMMT_00875415-00875415; OAN_SMMT_00875421-00875421;
OAN_SMMT_00928395-00928395; OAN_SMMT_00928403-00928403;
OAN_SMMT_00928409-00928409; OAN_SMMT_00928410-00928410;
OAN_SMMT_00798271-00798271; OAN_SMMT_00928462-00928462;
OAN_SMMT_00928463-00928463; OAN_SMMT_00928467-00928467;
OAN_SMMT_00928543-00928543; OAN_SMMT_00928544-00928544;
OAN_SMMT_00875755-00875755; OAN_SMMT_00928592-00928592;
OAN_SMMT_00928596-00928597; OAN_SMMT_00928631-00928631;
OAN_SMMT_00928686-00928686; OAN_SMMT_00928693-00928693;
OAN_SMMT_00928707-00928707; OAN_SMMT_00928882-00928882;
OAN_SMMT_00928883-00928883; OAN_SMMT_00928884-00928884;
OAN_SMMT_00928900-00928900; OAN_SMMT_00875960-00875960;
OAN_SMMT_00928924-00928924; OAN_SMMT_00928927-00928927;

**CONFIDENTIAL**

OAN_SMMT_00928928-00928929; OAN_SMMT_00928930-00928931;
OAN_SMMT_00928932-00928933; OAN_SMMT_00928934-00928935;
OAN_SMMT_00928939-00928940; OAN_SMMT_00928975-00928975;
OAN_SMMT_00928976-00928976; OAN_SMMT_00929004-00929004;
OAN_SMMT_00929015-00929015; OAN_SMMT_00799080-00799082;
OAN_SMMT_00929019-00929020; OAN_SMMT_00929034-00929034;
OAN_SMMT_00929040-00929040; OAN_SMMT_00929059-00929059;
OAN_SMMT_00929084-00929084; OAN_SMMT_00929087-00929087;
OAN_SMMT_00929094-00929094; OAN_SMMT_00876124-00876124;
OAN_SMMT_00929096-00929096; OAN_SMMT_00929106-00929106;
OAN_SMMT_00929107-00929107; OAN_SMMT_00929108-00929108;
OAN_SMMT_00929113-00929113; OAN_SMMT_00929114-00929114;
OAN_SMMT_00929115-00929115; OAN_SMMT_00929119-00929119;
OAN_SMMT_00929169-00929169; OAN_SMMT_00929208-00929208;
OAN_SMMT_00929209-00929209; OAN_SMMT_00929210-00929210;
OAN_SMMT_00929220-00929220; OAN_SMMT_00929260-00929260;
OAN_SMMT_00799580-00799580; OAN_SMMT_00929267-00929267;
OAN_SMMT_00929358-00929358; OAN_SMMT_00929372-00929372;
OAN_SMMT_00929381-00929381; OAN_SMMT_00929383-00929383;
OAN_SMMT_00929386-00929386; OAN_SMMT_00929397-00929397;
OAN_SMMT_00929499-00929499; OAN_SMMT_00929645-00929645;
OAN_SMMT_00929646-00929646; OAN_SMMT_00929647-00929647;
OAN_SMMT_00929651-00929651; OAN_SMMT_00876584-00876584;
OAN_SMMT_00929669-00929669; OAN_SMMT_00929670-00929670;
OAN_SMMT_00876597-00876597; OAN_SMMT_00929694-00929694;
OAN_SMMT_00929737-00929737; OAN_SMMT_00929739-00929740;
OAN_SMMT_00876900-00876900; OAN_SMMT_00929757-00929757;
OAN_SMMT_00929764-00929764; OAN_SMMT_00929765-00929765;
OAN_SMMT_00876938-00876938; OAN_SMMT_00801068-00801068;
OAN_SMMT_00929772-00929772; OAN_SMMT_00929775-00929775;
OAN_SMMT_00929778-00929778; OAN_SMMT_00929780-00929780;
OAN_SMMT_00929782-00929782; OAN_SMMT_00929789-00929789;
OAN_SMMT_00929797-00929797; OAN_SMMT_00929808-00929808;
OAN_SMMT_00929854-00929854; OAN_SMMT_00929856-00929857;
OAN_SMMT_00929859-00929859; OAN_SMMT_00929860-00929860;
OAN_SMMT_00801212-00801212; OAN_SMMT_00929862-00929862;
OAN_SMMT_00929877-00929877; OAN_SMMT_00929878-00929878;
OAN_SMMT_00929959-00929959; OAN_SMMT_00929960-00929961;
OAN_SMMT_00877137-00877137; OAN_SMMT_00929990-00929991;
OAN_SMMT_00929993-00929993; OAN_SMMT_00930107-00930108;
OAN_SMMT_00930165-00930165; OAN_SMMT_00930188-00930188;
OAN_SMMT_00930190-00930191; OAN_SMMT_00930195-00930195;
OAN_SMMT_00930259-00930259; OAN_SMMT_00930306-00930306;
OAN_SMMT_00930325-00930325; OAN_SMMT_00930340-00930341;
OAN_SMMT_00930408-00930408; OAN_SMMT_00930453-00930453;

## CONFIDENTIAL

OAN_SMMT_00877606-00877606; OAN_SMMT_00930564-00930565;
OAN_SMMT_00930588-00930588; OAN_SMMT_00930678-00930678;
OAN_SMMT_00931219-00931219; OAN_SMMT_00931261-00931261;
OAN_SMMT_00931307-00931307; OAN_SMMT_00931333-00931333;
OAN_SMMT_00931342-00931342; OAN_SMMT_00931384-00931384;
OAN_SMMT_00931457-00931457; OAN_SMMT_00931476-00931476;
OAN_SMMT_00931483-00931483; OAN_SMMT_00931484-00931484;
OAN_SMMT_00931545-00931545; OAN_SMMT_00931682-00931682;
OAN_SMMT_00931683-00931683; OAN_SMMT_00931684-00931684;
OAN_SMMT_00931893-00931893; OAN_SMMT_00931910-00931910;
OAN_SMMT_00931911-00931911; OAN_SMMT_00931951-00931951;
OAN_SMMT_00931953-00931953; OAN_SMMT_00931954-00931954;
OAN_SMMT_00931955-00931955; OAN_SMMT_00931957-00931958;
OAN_SMMT_00931959-00931959; OAN_SMMT_00931960-00931960;
OAN_SMMT_00931961-00931961; OAN_SMMT_00931963-00931963;
OAN_SMMT_00878838-00878839; OAN_SMMT_00931965-00931965;
OAN_SMMT_00931966-00931967; OAN_SMMT_00806387-00806388;
OAN_SMMT_00931968-00931968; OAN_SMMT_00931969-00931970;
OAN_SMMT_00931971-00931971; OAN_SMMT_00878856-00878856;
OAN_SMMT_00931973-00931973; OAN_SMMT_00931974-00931974;
OAN_SMMT_00931987-00931987; OAN_SMMT_00878949-00878949;
OAN_SMMT_00931989-00931989; OAN_SMMT_00878950-00878951;
OAN_SMMT_00931990-00931990; OAN_SMMT_00931991-00931992;
OAN_SMMT_00931993-00931993; OAN_SMMT_00878952-00878953;
OAN_SMMT_00878954-00878955; OAN_SMMT_00932010-00932011;
OAN_SMMT_00878963-00878964; OAN_SMMT_00932030-00932030;
OAN_SMMT_00932032-00932032; OAN_SMMT_00932033-00932033;
OAN_SMMT_00932034-00932034; OAN_SMMT_00879020-00879020;
OAN_SMMT_00932038-00932038; OAN_SMMT_00879021-00879022;
OAN_SMMT_00932061-00932061; OAN_SMMT_00932062-00932063;
OAN_SMMT_00932065-00932065; OAN_SMMT_00932068-00932068;
OAN_SMMT_00932071-00932071; OAN_SMMT_00932074-00932074;
OAN_SMMT_00932075-00932075; OAN_SMMT_00932077-00932077;
OAN_SMMT_00932078-00932078; OAN_SMMT_00932089-00932089;
OAN_SMMT_00932090-00932090; OAN_SMMT_00932092-00932092;
OAN_SMMT_00932099-00932099; OAN_SMMT_00807140-00807140;
OAN_SMMT_00932100-00932100; OAN_SMMT_00932101-00932101;
OAN_SMMT_00879092-00879092; OAN_SMMT_00932103-00932103;
OAN_SMMT_00932104-00932104; OAN_SMMT_00932116-00932116;
OAN_SMMT_00879097-00879097; OAN_SMMT_00932121-00932121;
OAN_SMMT_00932123-00932123; OAN_SMMT_00932148-00932148;
OAN_SMMT_00932159-00932159; OAN_SMMT_00932164-00932164;
OAN_SMMT_00932165-00932165; OAN_SMMT_00932166-00932166;
OAN_SMMT_00932169-00932169; OAN_SMMT_00807553-00807553;
OAN_SMMT_00932172-00932172; OAN_SMMT_00932173-00932173;

## CONFIDENTIAL

OAN_SMMT_00932232-00932232; OAN_SMMT_00932233-00932233;
OAN_SMMT_00932238-00932238; OAN_SMMT_00879297-00879298;
OAN_SMMT_00932281-00932281; OAN_SMMT_00879299-00879300;
OAN_SMMT_00807792-00807793; OAN_SMMT_00932311-00932311;
OAN_SMMT_00932323-00932323; OAN_SMMT_00932324-00932325;
OAN_SMMT_00932328-00932328; OAN_SMMT_00879392-00879393;
OAN_SMMT_00932336-00932336; OAN_SMMT_00807921-00807922;
OAN_SMMT_00932371-00932371; OAN_SMMT_00932486-00932486;
OAN_SMMT_00932620-00932620; OAN_SMMT_00932624-00932624;
OAN_SMMT_00808489-00808489; OAN_SMMT_00879630-00879630;
OAN_SMMT_00932694-00932694; OAN_SMMT_00932695-00932695;
OAN_SMMT_00932696-00932696; OAN_SMMT_00932930-00932930;
OAN_SMMT_00932932-00932932; OAN_SMMT_00932937-00932937;
OAN_SMMT_00932938-00932938; OAN_SMMT_00932950-00932950;
OAN_SMMT_00932956-00932956; OAN_SMMT_00933015-00933015;
OAN_SMMT_00933031-00933031; OAN_SMMT_00880033-00880033;
OAN_SMMT_00933045-00933045; OAN_SMMT_00880045-00880045;
OAN_SMMT_00933047-00933047; OAN_SMMT_00933048-00933048;
OAN_SMMT_00933049-00933049; OAN_SMMT_00933050-00933050;
OAN_SMMT_00933051-00933051; OAN_SMMT_00933052-00933053;
OAN_SMMT_00933054-00933054; OAN_SMMT_00933056-00933056;
OAN_SMMT_00933057-00933057; OAN_SMMT_00933059-00933059;
OAN_SMMT_00933060-00933060; OAN_SMMT_00933061-00933061;
OAN_SMMT_00880056-00880056; OAN_SMMT_00933096-00933096;
OAN_SMMT_00880233-00880233; OAN_SMMT_00933327-00933327;
OAN_SMMT_00933352-00933352; OAN_SMMT_00933353-00933354;
OAN_SMMT_00933489-00933489; OAN_SMMT_00880364-00880364;
OAN_SMMT_00933549-00933549; OAN_SMMT_00933569-00933569;
OAN_SMMT_00933577-00933577; OAN_SMMT_00880410-00880410;
OAN_SMMT_00880411-00880411; OAN_SMMT_00880415-00880415;
OAN_SMMT_00933598-00933598; OAN_SMMT_00933688-00933688;
OAN_SMMT_00880466-00880466; OAN_SMMT_00933868-00933868;
OAN_SMMT_00934063-00934063; OAN_SMMT_00880491-00880491;
OAN_SMMT_00934309-00934309; OAN_SMMT_00934778-00934778;
OAN_SMMT_00934935-00934935; OAN_SMMT_00812856-00812856;
OAN_SMMT_00935238-00935238; OAN_SMMT_00813334-00813334;
OAN_SMMT_00935328-00935328; OAN_SMMT_00935426-00935426;
OAN_SMMT_00935458-00935458; OAN_SMMT_00880877-00880878;
OAN_SMMT_00935462-00935462; OAN_SMMT_00935463-00935463;
OAN_SMMT_00935464-00935464; OAN_SMMT_00935467-00935467;
OAN_SMMT_00935478-00935479; OAN_SMMT_00935589-00935589;
OAN_SMMT_00935770-00935770; OAN_SMMT_00935881-00935881;
OAN_SMMT_00936359-00936359; OAN_SMMT_00936360-00936361;
OAN_SMMT_00936362-00936363; OAN_SMMT_00936554-00936554;
OAN_SMMT_00936701-00936701; OAN_SMMT_00881263-00881263;

## CONFIDENTIAL

OAN_SMMT_00881264-00881265; OAN_SMMT_00936758-00936758;
OAN_SMMT_00936812-00936812; OAN_SMMT_00936813-00936813;
OAN_SMMT_00936910-00936910; OAN_SMMT_00882518-00882518;
OAN_SMMT_00937467-00937467; OAN_SMMT_00882614-00882614;
OAN_SMMT_00817856-00817857; OAN_SMMT_00938768-00938768;
OAN_SMMT_00938878-00938878; OAN_SMMT_00939037-00939037;
OAN_SMMT_00818921-00818921; OAN_SMMT_00939100-00939100;
OAN_SMMT_00939171-00939171; OAN_SMMT_00939271-00939271;
OAN_SMMT_00939302-00939303; OAN_SMMT_00819316-00819317;
OAN_SMMT_00939379-00939379; OAN_SMMT_00882919-00882919;
OAN_SMMT_00939485-00939485; OAN_SMMT_00939578-00939578;
OAN_SMMT_00939608-00939608; OAN_SMMT_00939630-00939630;
OAN_SMMT_00939713-00939713; OAN_SMMT_00939739-00939739;
OAN_SMMT_00883012-00883012; OAN_SMMT_00939859-00939859;
OAN_SMMT_00940158-00940158; OAN_SMMT_00940162-00940163;
OAN_SMMT_00940192-00940193; OAN_SMMT_00940553-00940553;
OAN_SMMT_00940578-00940578; OAN_SMMT_00940586-00940586;
OAN_SMMT_00940592-00940592; OAN_SMMT_00940593-00940593;
OAN_SMMT_00940606-00940606; OAN_SMMT_00940828-00940828;
OAN_SMMT_00940829-00940829; OAN_SMMT_00940838-00940838;
OAN_SMMT_00941001-00941001; OAN_SMMT_00941090-00941090;
OAN_SMMT_00883941-00883941; OAN_SMMT_00941099-00941099;
OAN_SMMT_00941108-00941108; OAN_SMMT_00941110-00941110;
OAN_SMMT_00941111-00941111; OAN_SMMT_00883951-00883951;
OAN_SMMT_00941114-00941114; OAN_SMMT_00941118-00941118;
OAN_SMMT_00883973-00883973; OAN_SMMT_00941124-00941124;
OAN_SMMT_00883974-00883974; OAN_SMMT_00941126-00941126;
OAN_SMMT_00941128-00941128; OAN_SMMT_00941129-00941129;
OAN_SMMT_00941148-00941148; OAN_SMMT_00884124-00884124;
OAN_SMMT_00941263-00941263; OAN_SMMT_00941264-00941264;
OAN_SMMT_00941291-00941291; OAN_SMMT_00941348-00941348;
OAN_SMMT_00941360-00941360; OAN_SMMT_00941376-00941376;
OAN_SMMT_00941388-00941388; OAN_SMMT_00941392-00941392;
OAN_SMMT_00825152-00825153; OAN_SMMT_00825154-00825155;
OAN_SMMT_00941423-00941423; OAN_SMMT_00941431-00941431;
OAN_SMMT_00941433-00941433; OAN_SMMT_00943315-00943315;
OAN_SMMT_00943486-00943486; OAN_SMMT_00943487-00943487;
OAN_SMMT_00943657-00943657; OAN_SMMT_00886835-00886835;
OAN_SMMT_00886851-00886851; OAN_SMMT_00943720-00943720;
OAN_SMMT_00943758-00943758; OAN_SMMT_00887021-00887021;
OAN_SMMT_00831741-00831741; OAN_SMMT_00944019-00944019;
OAN_SMMT_00944493-00944494; OAN_SMMT_00944499-00944499;
OAN_SMMT_00888311-00888311; OAN_SMMT_00944639-00944640;
OAN_SMMT_00944655-00944655; OAN_SMMT_00944708-00944708;
OAN_SMMT_00833942-00833942; OAN_SMMT_00946046-00946046;

**CONFIDENTIAL**

OAN_SMMT_00888359-00888359; OAN_SMMT_00833948-00833948;
OAN_SMMT_00946129-00946129; OAN_SMMT_00834110-00834110;
OAN_SMMT_00946294-00946294; OAN_SMMT_00946333-00946333;
OAN_SMMT_00946412-00946413; OAN_SMMT_00888588-00888588;
OAN_SMMT_00888626-00888626; OAN_SMMT_00834657-00834657;
OAN_SMMT_00946565-00946565; OAN_SMMT_00946585-00946586;
OAN_SMMT_00946593-00946593; OAN_SMMT_00946634-00946634;
OAN_SMMT_00947217-00947217; OAN_SMMT_00888830-00888830;
OAN_SMMT_00947387-00947388; OAN_SMMT_00947657-00947657;
OAN_SMMT_00947662-00947662; OAN_SMMT_00947663-00947663;
OAN_SMMT_00947664-00947664; OAN_SMMT_00947666-00947666;
OAN_SMMT_00947682-00947682; OAN_SMMT_00947683-00947683;
OAN_SMMT_00947690-00947690; OAN_SMMT_00947692-00947692;
OAN_SMMT_00947721-00947722; OAN_SMMT_00947723-00947724;
OAN_SMMT_00947747-00947747; OAN_SMMT_00947867-00947867;
OAN_SMMT_00947874-00947874; OAN_SMMT_00947875-00947875;
OAN_SMMT_00947876-00947876; OAN_SMMT_00947943-00947943;
OAN_SMMT_00947970-00947970; OAN_SMMT_00948049-00948049;
OAN_SMMT_00948067-00948068; OAN_SMMT_00948069-00948070;
OAN_SMMT_00948074-00948075; OAN_SMMT_00948173-00948173;
OAN_SMMT_00948189-00948190; OAN_SMMT_00948268-00948268;
OAN_SMMT_00948270-00948270; OAN_SMMT_00948309-00948309;
OAN_SMMT_00948311-00948311; OAN_SMMT_00948312-00948312;
OAN_SMMT_00948315-00948315; OAN_SMMT_00948316-00948316;
OAN_SMMT_00948329-00948329; OAN_SMMT_00948335-00948335;
OAN_SMMT_00948337-00948337; OAN_SMMT_00948351-00948351;
OAN_SMMT_00889569-00889569; OAN_SMMT_00948453-00948453;
OAN_SMMT_00948562-00948562; OAN_SMMT_00948563-00948563;
OAN_SMMT_00948621-00948621; OAN_SMMT_00948692-00948692;
OAN_SMMT_00949017-00949017; OAN_SMMT_00889795-00889796;
OAN_SMMT_00949182-00949182; OAN_SMMT_00949346-00949346;
OAN_SMMT_00949861-00949862; OAN_SMMT_00837451-00837452;
OAN_SMMT_00890124-00890124; OAN_SMMT_00950076-00950076;
OAN_SMMT_00950077-00950077; OAN_SMMT_00950098-00950098;
OAN_SMMT_00838978-00838980; OAN_SMMT_00952082-00952084;
OAN_SMMT_00952171-00952171; OAN_SMMT_00952197-00952197;
OAN_SMMT_00952223-00952223; OAN_SMMT_00952248-00952248;
OAN_SMMT_00952361-00952361; OAN_SMMT_00952381-00952381;
OAN_SMMT_00952425-00952426; OAN_SMMT_00952460-00952460;
OAN_SMMT_00952481-00952482; OAN_SMMT_00952483-00952484;
OAN_SMMT_00952485-00952486; OAN_SMMT_00952487-00952488;
OAN_SMMT_00952549-00952549; OAN_SMMT_00952993-00952993;
OAN_SMMT_00953005-00953005; OAN_SMMT_00953042-00953042;
OAN_SMMT_00953117-00953117; OAN_SMMT_00953119-00953119;
OAN_SMMT_00953562-00953562; OAN_SMMT_00953848-00953848;

**CONFIDENTIAL**

OAN_SMMT_00953976-00953976; OAN_SMMT_00892405-00892405;
OAN_SMMT_00892410-00892411; OAN_SMMT_00953979-00953980;
OAN_SMMT_00953984-00953984; OAN_SMMT_00953985-00953986;
OAN_SMMT_00841055-00841056; OAN_SMMT_00953998-00953999;
OAN_SMMT_00954000-00954001; OAN_SMMT_00954009-00954010;
OAN_SMMT_00954011-00954013; OAN_SMMT_00954032-00954033;
OAN_SMMT_00954034-00954036; OAN_SMMT_00954205-00954205;
OAN_SMMT_00954214-00954214; OAN_SMMT_00954348-00954348;
OAN_SMMT_00954425-00954425; OAN_SMMT_00954508-00954508;
OAN_SMMT_00954511-00954512; OAN_SMMT_00954665-00954665;
OAN_SMMT_00954666-00954666; OAN_SMMT_00954702-00954703;
OAN_SMMT_00954753-00954753; OAN_SMMT_00954824-00954824;
OAN_SMMT_00954825-00954825; OAN_SMMT_00954838-00954838;
OAN_SMMT_00954839-00954839; OAN_SMMT_00893262-00893262;
OAN_SMMT_00955134-00955134; OAN_SMMT_00955162-00955162;
OAN_SMMT_00955163-00955163; OAN_SMMT_00955172-00955172;
OAN_SMMT_00955246-00955246; OAN_SMMT_00955259-00955260;
OAN_SMMT_00955348-00955348; OAN_SMMT_00955349-00955349;
OAN_SMMT_00955353-00955353; OAN_SMMT_00955400-00955400;
OAN_SMMT_00955609-00955610; OAN_SMMT_00955649-00955650;
OAN_SMMT_00955655-00955656; OAN_SMMT_00894113-00894113;
OAN_SMMT_00894114-00894114; OAN_SMMT_00956542-00956542;
OAN_SMMT_00956544-00956544; OAN_SMMT_00956662-00956662;
OAN_SMMT_00957374-00957374; OAN_SMMT_00957722-00957722;
OAN_SMMT_00957723-00957723; OAN_SMMT_00957724-00957724;
OAN_SMMT_00958239-00958239; OAN_SMMT_00958244-00958244;
OAN_SMMT_00958245-00958245; OAN_SMMT_00958246-00958246;
OAN_SMMT_00958247-00958247; OAN_SMMT_00958248-00958248;
OAN_SMMT_00958249-00958249; OAN_SMMT_00958250-00958250;
OAN_SMMT_00958251-00958251; OAN_SMMT_00958252-00958252;
OAN_SMMT_00958254-00958254; OAN_SMMT_00958255-00958255;
OAN_SMMT_00896601-00896602; OAN_SMMT_00958503-00958503;
OAN_SMMT_00959429-00959429; OAN_SMMT_00959549-00959549;
OAN_SMMT_00959782-00959783; OAN_SMMT_00960098-00960098;
OAN_SMMT_00960148-00960149; OAN_SMMT_00960266-00960266;
OAN_SMMT_00897735-00897735; OAN_SMMT_00961210-00961210;
OAN_SMMT_00961484-00961484; OAN_SMMT_00961809-00961809;
OAN_SMMT_00898965-00898965; OAN_SMMT_00898976-00898976;
OAN_SMMT_00961863-00961863; OAN_SMMT_00961880-00961880;
OAN_SMMT_00898993-00898993; OAN_SMMT_00847993-00847993;
OAN_SMMT_00847997-00847997; OAN_SMMT_00848004-00848004;
OAN_SMMT_00962312-00962312; OAN_SMMT_00962348-00962348;
OAN_SMMT_00848029-00848029; OAN_SMMT_00962366-00962366;
OAN_SMMT_00962375-00962375; OAN_SMMT_00962380-00962380;
OAN_SMMT_00962381-00962381; OAN_SMMT_00962424-00962424;

**CONFIDENTIAL**

OAN_SMMT_00848035-00848035; OAN_SMMT_00962436-00962436;
OAN_SMMT_00848084-00848084; OAN_SMMT_00899170-00899171;
OAN_SMMT_00962526-00962526; OAN_SMMT_00848140-00848140;
OAN_SMMT_00962602-00962602; OAN_SMMT_00962633-00962633;
OAN_SMMT_00962670-00962670; OAN_SMMT_00962672-00962672;
OAN_SMMT_00962683-00962683; OAN_SMMT_00962710-00962710;
OAN_SMMT_00962720-00962720; OAN_SMMT_00962731-00962731;
OAN_SMMT_00962798-00962799; OAN_SMMT_00962800-00962801;
OAN_SMMT_00962804-00962805; OAN_SMMT_00962806-00962807;
OAN_SMMT_00962901-00962901; OAN_SMMT_00962997-00962997;
OAN_SMMT_00963354-00963354; OAN_SMMT_00963525-00963525;
OAN_SMMT_00964020-00964020; OAN_SMMT_00964025-00964025;
OAN_SMMT_00964026-00964026; OAN_SMMT_00964043-00964043;
OAN_SMMT_00964055-00964055; OAN_SMMT_00964242-00964242;
OAN_SMMT_00964555-00964555; OAN_SMMT_00900519-00900519;
OAN_SMMT_00900594-00900594; OAN_SMMT_00965087-00965087;
OAN_SMMT_00965270-00965270; OAN_SMMT_00966846-00966846;
OAN_SMMT_00966904-00966904; OAN_SMMT_00967081-00967081;
OAN_SMMT_00967100-00967100; OAN_SMMT_00967161-00967161;
OAN_SMMT_00967162-00967162; OAN_SMMT_00967170-00967171;
OAN_SMMT_00967186-00967187; OAN_SMMT_00967206-00967206;
OAN_SMMT_00967211-00967211; OAN_SMMT_00967212-00967212;
OAN_SMMT_00967275-00967275; OAN_SMMT_00967283-00967283;
OAN_SMMT_00967323-00967323; OAN_SMMT_00968157-00968158;
OAN_SMMT_00968345-00968345; OAN_SMMT_00968511-00968511;
OAN_SMMT_00968527-00968528; OAN_SMMT_00968844-00968844;
OAN_SMMT_00968887-00968887; OAN_SMMT_00968896-00968896;
OAN_SMMT_00968897-00968897; OAN_SMMT_00968898-00968898;
OAN_SMMT_00969072-00969072; OAN_SMMT_00970309-00970310;
OAN_SMMT_00970311-00970312; OAN_SMMT_00970313-00970314;
OAN_SMMT_00970316-00970317; OAN_SMMT_00854333-00854334;
OAN_SMMT_00970319-00970321; OAN_SMMT_00970335-00970337;
OAN_SMMT_00854336-00854340; OAN_SMMT_00970338-00970341;
OAN_SMMT_00854341-00854346; OAN_SMMT_00970369-00970372;
OAN_SMMT_00970377-00970380; OAN_SMMT_00904022-00904022; and
OAN_SMMT_00942992-00943110

Herring reserves its right to supplement its answer if additional information becomes available.

**INTERROGATORY NO. 10:**

Identify and describe all information provided to You regarding any allegation of fraud or irregularities involving the election technologies or systems used during the 2020

<u>**CONFIDENTIAL**</u>

PRESIDENTIAL ELECTION, and state the date the information was received, the Person or entity who provided it, and the manner in which it was received by You.

<u>**SUPPLEMENTAL ANSWER:**</u>

Herring incorporates by reference and specifically asserts its applicable General Objections, including the demand for "all information." Herring further objects to the compound nature of this Interrogatory; to the extent it seeks information protected by the reporter's privilege; on the basis that it is vague, ambiguous, confusing, misleading, incapable of interpretation, insufficiently defined (particularly as to "election technologies or systems"), overly broad, not proportional to the needs of this case, calls for a narrative and seeks information better suited for other discovery methods, such as deposition testimony; and to the extent this Interrogatory is cumulative and duplicative of other Interrogatories. Furthermore that "You," that is someone within Defendant's organization, received some information about Smartmatic, does not necessarily mean that a person or persons responsible for a particular complained-of broadcast had that in their possession at the time of that broadcast. Subject to and without waiving these objections and its General Objections, Herring answers as follows:

Issues pertaining to election results and voting machines permeated the national conversation since before the 2016 presidential election. As a result, OAN personnel received extensive information regarding allegations of fraud or irregularities involving the election technologies or systems used during the 2020 Presidential Election from numerous sources, not all of which are identifiable at this time. By identifying information in response to this Interrogatory, Herring does not represent that it considered such information in its reporting or otherwise found such information credible. Some of these sources include: ███████████████████████

████████████████████████████████████████████████

**CONFIDENTIAL**

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

████████████████ Herring also refers Smartmatic to its response to Interrogatory No. 12, and

to documents located in Herring's document production, include those at the following Bates

numbers:

OAN_SMMT_00912738-00912738; OAN_SMMT_00929782-00929782;
OAN_SMMT_00929860-00929860; OAN_SMMT_00930165-00930165;
OAN_SMMT_00930195-00930195; OAN_SMMT_00931342-00931342;
OAN_SMMT_00931384-00931384; OAN_SMMT_00931893-00931893;
OAN_SMMT_00931954-00931954; OAN_SMMT_00931989-00931989;
OAN_SMMT_00878950-00878951; OAN_SMMT_00931990-00931990;
OAN_SMMT_00878952-00878953; OAN_SMMT_00878954-00878955;
OAN_SMMT_00932010-00932011; OAN_SMMT_00878963-00878964;
OAN_SMMT_00932068-00932068; OAN_SMMT_00932090-00932090;
OAN_SMMT_00932100-00932100; OAN_SMMT_00932311-00932311;
OAN_SMMT_00932323-00932323; OAN_SMMT_00932328-00932328;
OAN_SMMT_00879392-00879393; OAN_SMMT_00807921-00807922;
OAN_SMMT_00933051-00933051; OAN_SMMT_00935589-00935589;
OAN_SMMT_00939037-00939037; OAN_SMMT_00940192-00940193;
OAN_SMMT_00940593-00940593; OAN_SMMT_00940829-00940829;
OAN_SMMT_00941348-00941348; OAN_SMMT_00944493-00944494;
OAN_SMMT_00944639-00944640; OAN_SMMT_00944708-00944708;
OAN_SMMT_00946565-00946565; OAN_SMMT_00946585-00946586;
OAN_SMMT_00889569-00889569; OAN_SMMT_00950076-00950076;
OAN_SMMT_00950077-00950077; OAN_SMMT_00952425-00952426;
OAN_SMMT_00952485-00952486; OAN_SMMT_00952487-00952488;
OAN_SMMT_00956542-00956542; OAN_SMMT_00956544-00956544;
OAN_SMMT_00958239-00958239; OAN_SMMT_00958244-00958244;
OAN_SMMT_00958245-00958245; OAN_SMMT_00958250-00958250;
OAN_SMMT_00896601-00896602; OAN_SMMT_00959429-00959429;
OAN_SMMT_00959549-00959549; OAN_SMMT_00959782-00959783;
OAN_SMMT_00967161-00967161; OAN_SMMT_00967162-00967162;
OAN_SMMT_00967170-00967171; OAN_SMMT_00967186-00967187;
OAN_SMMT_00967206-00967206; OAN_SMMT_00967211-00967211;
OAN_SMMT_00967212-00967212; OAN_SMMT_00967275-00967275;
OAN_SMMT_00967283-00967283; OAN_SMMT_00968844-00968844;

**CONFIDENTIAL**

OAN_SMMT_00968887-00968887; OAN_SMMT_00912738-00912738;
OAN_SMMT_00926473-00926473; OAN_SMMT_00873589-00873589;
OAN_SMMT_00926517-00926517; OAN_SMMT_00873719-00873719;
OAN_SMMT_00873955-00873955; OAN_SMMT_00873956-00873956;
OAN_SMMT_00926600-00926600; OAN_SMMT_00926612-00926612;
OAN_SMMT_00926616-00926616; OAN_SMMT_00926632-00926632;
OAN_SMMT_00926649-00926649; OAN_SMMT_00926651-00926651;
OAN_SMMT_00926653-00926653; OAN_SMMT_00926670-00926670;
OAN_SMMT_00926701-00926701; OAN_SMMT_00926703-00926703;
OAN_SMMT_00926711-00926711; OAN_SMMT_00926728-00926728;
OAN_SMMT_00926743-00926743; OAN_SMMT_00926744-00926744;
OAN_SMMT_00926745-00926745; OAN_SMMT_00926746-00926746;
OAN_SMMT_00926747-00926747; OAN_SMMT_00926759-00926759;
OAN_SMMT_00926761-00926761; OAN_SMMT_00874918-00874918;
OAN_SMMT_00926802-00926802; OAN_SMMT_00926823-00926823;
OAN_SMMT_00926824-00926824; OAN_SMMT_00926827-00926827;
OAN_SMMT_00926842-00926842; OAN_SMMT_00875090-00875090;
OAN_SMMT_00926994-00926994; OAN_SMMT_00875247-00875247;
OAN_SMMT_00927182-00927182; OAN_SMMT_00875415-00875415;
OAN_SMMT_00875421-00875421; OAN_SMMT_00928395-00928395;
OAN_SMMT_00928403-00928403; OAN_SMMT_00928409-00928409;
OAN_SMMT_00928410-00928410; OAN_SMMT_00798271-00798271;
OAN_SMMT_00928462-00928462; OAN_SMMT_00928463-00928463;
OAN_SMMT_00928467-00928467; OAN_SMMT_00928543-00928543;
OAN_SMMT_00928544-00928544; OAN_SMMT_00875755-00875755;
OAN_SMMT_00928592-00928592; OAN_SMMT_00928596-00928597;
OAN_SMMT_00928631-00928631; OAN_SMMT_00928686-00928686;
OAN_SMMT_00928693-00928693; OAN_SMMT_00928707-00928707;
OAN_SMMT_00928882-00928882; OAN_SMMT_00928883-00928883;
OAN_SMMT_00928884-00928884; OAN_SMMT_00928900-00928900;
OAN_SMMT_00875960-00875960; OAN_SMMT_00928924-00928924;
OAN_SMMT_00928927-00928927; OAN_SMMT_00928928-00928929;
OAN_SMMT_00928930-00928931; OAN_SMMT_00928932-00928933;
OAN_SMMT_00928934-00928935; OAN_SMMT_00928939-00928940;
OAN_SMMT_00928975-00928975; OAN_SMMT_00928976-00928976;
OAN_SMMT_00929004-00929004; OAN_SMMT_00929015-00929015;
OAN_SMMT_00799080-00799082; OAN_SMMT_00929019-00929020;
OAN_SMMT_00929034-00929034; OAN_SMMT_00929040-00929040;
OAN_SMMT_00929059-00929059; OAN_SMMT_00929084-00929084;
OAN_SMMT_00929087-00929087; OAN_SMMT_00929094-00929094;
OAN_SMMT_00876124-00876124; OAN_SMMT_00929096-00929096;
OAN_SMMT_00929106-00929106; OAN_SMMT_00929107-00929107;
OAN_SMMT_00929108-00929108; OAN_SMMT_00929113-00929113;
OAN_SMMT_00929114-00929114; OAN_SMMT_00929115-00929115;
OAN_SMMT_00929119-00929119; OAN_SMMT_00929169-00929169;

**<u>CONFIDENTIAL</u>**

OAN_SMMT_00929208-00929208; OAN_SMMT_00929209-00929209;
OAN_SMMT_00929210-00929210; OAN_SMMT_00929220-00929220;
OAN_SMMT_00929260-00929260; OAN_SMMT_00799580-00799580;
OAN_SMMT_00929267-00929267; OAN_SMMT_00929358-00929358;
OAN_SMMT_00929372-00929372; OAN_SMMT_00929381-00929381;
OAN_SMMT_00929383-00929383; OAN_SMMT_00929386-00929386;
OAN_SMMT_00929397-00929397; OAN_SMMT_00929499-00929499;
OAN_SMMT_00929645-00929645; OAN_SMMT_00929646-00929646;
OAN_SMMT_00929647-00929647; OAN_SMMT_00929651-00929651;
OAN_SMMT_00876584-00876584; OAN_SMMT_00929669-00929669;
OAN_SMMT_00929670-00929670; OAN_SMMT_00876597-00876597;
OAN_SMMT_00929694-00929694; OAN_SMMT_00929737-00929737;
OAN_SMMT_00929739-00929740; OAN_SMMT_00876900-00876900;
OAN_SMMT_00929757-00929757; OAN_SMMT_00929764-00929764;
OAN_SMMT_00929765-00929765; OAN_SMMT_00876938-00876938;
OAN_SMMT_00801068-00801068; OAN_SMMT_00929772-00929772;
OAN_SMMT_00929775-00929775; OAN_SMMT_00929778-00929778;
OAN_SMMT_00929780-00929780; OAN_SMMT_00929782-00929782;
OAN_SMMT_00929789-00929789; OAN_SMMT_00929797-00929797;
OAN_SMMT_00929808-00929808; OAN_SMMT_00929854-00929854;
OAN_SMMT_00929856-00929857; OAN_SMMT_00929859-00929859;
OAN_SMMT_00929860-00929860; OAN_SMMT_00801212-00801212;
OAN_SMMT_00929862-00929862; OAN_SMMT_00929877-00929877;
OAN_SMMT_00929878-00929878; OAN_SMMT_00929959-00929959;
OAN_SMMT_00929960-00929961; OAN_SMMT_00877137-00877137;
OAN_SMMT_00929990-00929991; OAN_SMMT_00929993-00929993;
OAN_SMMT_00930107-00930108; OAN_SMMT_00930165-00930165;
OAN_SMMT_00930188-00930188; OAN_SMMT_00930190-00930191;
OAN_SMMT_00930195-00930195; OAN_SMMT_00930259-00930259;
OAN_SMMT_00930306-00930306; OAN_SMMT_00930325-00930325;
OAN_SMMT_00930340-00930341; OAN_SMMT_00930408-00930408;
OAN_SMMT_00930453-00930453; OAN_SMMT_00877606-00877606;
OAN_SMMT_00930564-00930565; OAN_SMMT_00930588-00930588;
OAN_SMMT_00930678-00930678; OAN_SMMT_00931219-00931219;
OAN_SMMT_00931261-00931261; OAN_SMMT_00931307-00931307;
OAN_SMMT_00931333-00931333; OAN_SMMT_00931342-00931342;
OAN_SMMT_00931384-00931384; OAN_SMMT_00931457-00931457;
OAN_SMMT_00931476-00931476; OAN_SMMT_00931483-00931483;
OAN_SMMT_00931484-00931484; OAN_SMMT_00931545-00931545;
OAN_SMMT_00931682-00931682; OAN_SMMT_00931683-00931683;
OAN_SMMT_00931684-00931684; OAN_SMMT_00931893-00931893;
OAN_SMMT_00931910-00931910; OAN_SMMT_00931911-00931911;
OAN_SMMT_00931951-00931951; OAN_SMMT_00931953-00931953;
OAN_SMMT_00931954-00931954; OAN_SMMT_00931955-00931955;
OAN_SMMT_00931957-00931958; OAN_SMMT_00931959-00931959;

## CONFIDENTIAL

OAN_SMMT_00931960-00931960; OAN_SMMT_00931961-00931961;
OAN_SMMT_00931963-00931963; OAN_SMMT_00878838-00878839;
OAN_SMMT_00931965-00931965; OAN_SMMT_00931966-00931967;
OAN_SMMT_00806387-00806388; OAN_SMMT_00931968-00931968;
OAN_SMMT_00931969-00931970; OAN_SMMT_00931971-00931971;
OAN_SMMT_00878856-00878856; OAN_SMMT_00931973-00931973;
OAN_SMMT_00931974-00931974; OAN_SMMT_00931987-00931987;
OAN_SMMT_00878949-00878949; OAN_SMMT_00931989-00931989;
OAN_SMMT_00878950-00878951; OAN_SMMT_00931990-00931990;
OAN_SMMT_00931991-00931992; OAN_SMMT_00931993-00931993;
OAN_SMMT_00878952-00878953; OAN_SMMT_00878954-00878955;
OAN_SMMT_00932010-00932011; OAN_SMMT_00878963-00878964;
OAN_SMMT_00932030-00932030; OAN_SMMT_00932032-00932032;
OAN_SMMT_00932033-00932033; OAN_SMMT_00932034-00932034;
OAN_SMMT_00879020-00879020; OAN_SMMT_00932038-00932038;
OAN_SMMT_00879021-00879022; OAN_SMMT_00932061-00932061;
OAN_SMMT_00932062-00932063; OAN_SMMT_00932065-00932065;
OAN_SMMT_00932068-00932068; OAN_SMMT_00932071-00932071;
OAN_SMMT_00932074-00932074; OAN_SMMT_00932075-00932075;
OAN_SMMT_00932077-00932077; OAN_SMMT_00932078-00932078;
OAN_SMMT_00932089-00932089; OAN_SMMT_00932090-00932090;
OAN_SMMT_00932092-00932092; OAN_SMMT_00932099-00932099;
OAN_SMMT_00807140-00807140; OAN_SMMT_00932100-00932100;
OAN_SMMT_00932101-00932101; OAN_SMMT_00879092-00879092;
OAN_SMMT_00932103-00932103; OAN_SMMT_00932104-00932104;
OAN_SMMT_00932116-00932116; OAN_SMMT_00879097-00879097;
OAN_SMMT_00932121-00932121; OAN_SMMT_00932123-00932123;
OAN_SMMT_00932148-00932148; OAN_SMMT_00932159-00932159;
OAN_SMMT_00932164-00932164; OAN_SMMT_00932165-00932165;
OAN_SMMT_00932166-00932166; OAN_SMMT_00932169-00932169;
OAN_SMMT_00807553-00807553; OAN_SMMT_00932172-00932172;
OAN_SMMT_00932173-00932173; OAN_SMMT_00932232-00932232;
OAN_SMMT_00932233-00932233; OAN_SMMT_00932238-00932238;
OAN_SMMT_00879297-00879298; OAN_SMMT_00932281-00932281;
OAN_SMMT_00879299-00879300; OAN_SMMT_00807792-00807793;
OAN_SMMT_00932311-00932311; OAN_SMMT_00932323-00932323;
OAN_SMMT_00932324-00932325; OAN_SMMT_00932328-00932328;
OAN_SMMT_00879392-00879393; OAN_SMMT_00932336-00932336;
OAN_SMMT_00807921-00807922; OAN_SMMT_00932371-00932371;
OAN_SMMT_00932486-00932486; OAN_SMMT_00932620-00932620;
OAN_SMMT_00932624-00932624; OAN_SMMT_00808489-00808489;
OAN_SMMT_00879630-00879630; OAN_SMMT_00932694-00932694;
OAN_SMMT_00932695-00932695; OAN_SMMT_00932696-00932696;
OAN_SMMT_00932930-00932930; OAN_SMMT_00932932-00932932;
OAN_SMMT_00932937-00932937; OAN_SMMT_00932938-00932938;

**CONFIDENTIAL**

OAN_SMMT_00932950-00932950; OAN_SMMT_00932956-00932956;
OAN_SMMT_00933015-00933015; OAN_SMMT_00933031-00933031;
OAN_SMMT_00880033-00880033; OAN_SMMT_00933045-00933045;
OAN_SMMT_00880045-00880045; OAN_SMMT_00933047-00933047;
OAN_SMMT_00933048-00933048; OAN_SMMT_00933049-00933049;
OAN_SMMT_00933050-00933050; OAN_SMMT_00933051-00933051;
OAN_SMMT_00933052-00933053; OAN_SMMT_00933054-00933054;
OAN_SMMT_00933056-00933056; OAN_SMMT_00933057-00933057;
OAN_SMMT_00933059-00933059; OAN_SMMT_00933060-00933060;
OAN_SMMT_00933061-00933061; OAN_SMMT_00880056-00880056;
OAN_SMMT_00933096-00933096; OAN_SMMT_00880233-00880233;
OAN_SMMT_00933327-00933327; OAN_SMMT_00933352-00933352;
OAN_SMMT_00933353-00933354; OAN_SMMT_00933489-00933489;
OAN_SMMT_00880364-00880364; OAN_SMMT_00933549-00933549;
OAN_SMMT_00933569-00933569; OAN_SMMT_00933577-00933577;
OAN_SMMT_00880410-00880410; OAN_SMMT_00880411-00880411;
OAN_SMMT_00880415-00880415; OAN_SMMT_00933598-00933598;
OAN_SMMT_00933688-00933688; OAN_SMMT_00880466-00880466;
OAN_SMMT_00933868-00933868; OAN_SMMT_00934063-00934063;
OAN_SMMT_00880491-00880491; OAN_SMMT_00934309-00934309;
OAN_SMMT_00934778-00934778; OAN_SMMT_00934935-00934935;
OAN_SMMT_00812856-00812856; OAN_SMMT_00935238-00935238;
OAN_SMMT_00813334-00813334; OAN_SMMT_00935328-00935328;
OAN_SMMT_00935426-00935426; OAN_SMMT_00935458-00935458;
OAN_SMMT_00880877-00880878; OAN_SMMT_00935462-00935462;
OAN_SMMT_00935463-00935463; OAN_SMMT_00935464-00935464;
OAN_SMMT_00935467-00935467; OAN_SMMT_00935478-00935479;
OAN_SMMT_00935589-00935589; OAN_SMMT_00935770-00935770;
OAN_SMMT_00935881-00935881; OAN_SMMT_00936359-00936359;
OAN_SMMT_00936360-00936361; OAN_SMMT_00936362-00936363;
OAN_SMMT_00936554-00936554; OAN_SMMT_00936701-00936701;
OAN_SMMT_00881263-00881263; OAN_SMMT_00881264-00881265;
OAN_SMMT_00936758-00936758; OAN_SMMT_00936812-00936812;
OAN_SMMT_00936813-00936813; OAN_SMMT_00936910-00936910;
OAN_SMMT_00882518-00882518; OAN_SMMT_00937467-00937467;
OAN_SMMT_00882614-00882614; OAN_SMMT_00817856-00817857;
OAN_SMMT_00938768-00938768; OAN_SMMT_00938878-00938878;
OAN_SMMT_00939037-00939037; OAN_SMMT_00818921-00818921;
OAN_SMMT_00939100-00939100; OAN_SMMT_00939171-00939171;
OAN_SMMT_00939271-00939271; OAN_SMMT_00939302-00939303;
OAN_SMMT_00819316-00819317; OAN_SMMT_00939379-00939379;
OAN_SMMT_00882919-00882919; OAN_SMMT_00939485-00939485;
OAN_SMMT_00939578-00939578; OAN_SMMT_00939608-00939608;
OAN_SMMT_00939630-00939630; OAN_SMMT_00939713-00939713;
OAN_SMMT_00939739-00939739; OAN_SMMT_00883012-00883012;

**CONFIDENTIAL**

OAN_SMMT_00939859-00939859; OAN_SMMT_00940158-00940158;
OAN_SMMT_00940162-00940163; OAN_SMMT_00940192-00940193;
OAN_SMMT_00940553-00940553; OAN_SMMT_00940578-00940578;
OAN_SMMT_00940586-00940586; OAN_SMMT_00940592-00940592;
OAN_SMMT_00940593-00940593; OAN_SMMT_00940606-00940606;
OAN_SMMT_00940828-00940828; OAN_SMMT_00940829-00940829;
OAN_SMMT_00940838-00940838; OAN_SMMT_00941001-00941001;
OAN_SMMT_00941090-00941090; OAN_SMMT_00883941-00883941;
OAN_SMMT_00941099-00941099; OAN_SMMT_00941108-00941108;
OAN_SMMT_00941110-00941110; OAN_SMMT_00941111-00941111;
OAN_SMMT_00883951-00883951; OAN_SMMT_00941114-00941114;
OAN_SMMT_00941118-00941118; OAN_SMMT_00883973-00883973;
OAN_SMMT_00941124-00941124; OAN_SMMT_00883974-00883974;
OAN_SMMT_00941126-00941126; OAN_SMMT_00941128-00941128;
OAN_SMMT_00941129-00941129; OAN_SMMT_00941148-00941148;
OAN_SMMT_00884124-00884124; OAN_SMMT_00941263-00941263;
OAN_SMMT_00941264-00941264; OAN_SMMT_00941291-00941291;
OAN_SMMT_00941348-00941348; OAN_SMMT_00941360-00941360;
OAN_SMMT_00941376-00941376; OAN_SMMT_00941388-00941388;
OAN_SMMT_00941392-00941392; OAN_SMMT_00825152-00825153;
OAN_SMMT_00825154-00825155; OAN_SMMT_00941423-00941423;
OAN_SMMT_00941431-00941431; OAN_SMMT_00941433-00941433;
OAN_SMMT_00943315-00943315; OAN_SMMT_00943486-00943486;
OAN_SMMT_00943487-00943487; OAN_SMMT_00943657-00943657;
OAN_SMMT_00886835-00886835; OAN_SMMT_00886851-00886851;
OAN_SMMT_00943720-00943720; OAN_SMMT_00943758-00943758;
OAN_SMMT_00887021-00887021; OAN_SMMT_00831741-00831741;
OAN_SMMT_00944019-00944019; OAN_SMMT_00944493-00944494;
OAN_SMMT_00944499-00944499; OAN_SMMT_00888311-00888311;
OAN_SMMT_00944639-00944640; OAN_SMMT_00944655-00944655;
OAN_SMMT_00944708-00944708; OAN_SMMT_00833942-00833942;
OAN_SMMT_00946046-00946046; OAN_SMMT_00888359-00888359;
OAN_SMMT_00833948-00833948; OAN_SMMT_00946129-00946129;
OAN_SMMT_00834110-00834110; OAN_SMMT_00946294-00946294;
OAN_SMMT_00946333-00946333; OAN_SMMT_00946412-00946413;
OAN_SMMT_00888588-00888588; OAN_SMMT_00888626-00888626;
OAN_SMMT_00834657-00834657; OAN_SMMT_00946565-00946565;
OAN_SMMT_00946585-00946586; OAN_SMMT_00946593-00946593;
OAN_SMMT_00946634-00946634; OAN_SMMT_00947217-00947217;
OAN_SMMT_00888830-00888830; OAN_SMMT_00947387-00947388;
OAN_SMMT_00947657-00947657; OAN_SMMT_00947662-00947662;
OAN_SMMT_00947663-00947663; OAN_SMMT_00947664-00947664;
OAN_SMMT_00947666-00947666; OAN_SMMT_00947682-00947682;
OAN_SMMT_00947683-00947683; OAN_SMMT_00947690-00947690;
OAN_SMMT_00947692-00947692; OAN_SMMT_00947721-00947722;

**CONFIDENTIAL**

OAN_SMMT_00947723-00947724; OAN_SMMT_00947747-00947747;
OAN_SMMT_00947867-00947867; OAN_SMMT_00947874-00947874;
OAN_SMMT_00947875-00947875; OAN_SMMT_00947876-00947876;
OAN_SMMT_00947943-00947943; OAN_SMMT_00947970-00947970;
OAN_SMMT_00948049-00948049; OAN_SMMT_00948067-00948068;
OAN_SMMT_00948069-00948070; OAN_SMMT_00948074-00948075;
OAN_SMMT_00948173-00948173; OAN_SMMT_00948189-00948190;
OAN_SMMT_00948268-00948268; OAN_SMMT_00948270-00948270;
OAN_SMMT_00948309-00948309; OAN_SMMT_00948311-00948311;
OAN_SMMT_00948312-00948312; OAN_SMMT_00948315-00948315;
OAN_SMMT_00948316-00948316; OAN_SMMT_00948329-00948329;
OAN_SMMT_00948335-00948335; OAN_SMMT_00948337-00948337;
OAN_SMMT_00948351-00948351; OAN_SMMT_00889569-00889569;
OAN_SMMT_00948453-00948453; OAN_SMMT_00948562-00948562;
OAN_SMMT_00948563-00948563; OAN_SMMT_00948621-00948621;
OAN_SMMT_00948692-00948692; OAN_SMMT_00949017-00949017;
OAN_SMMT_00889795-00889796; OAN_SMMT_00949182-00949182;
OAN_SMMT_00949346-00949346; OAN_SMMT_00949861-00949862;
OAN_SMMT_00837451-00837452; OAN_SMMT_00890124-00890124;
OAN_SMMT_00950076-00950076; OAN_SMMT_00950077-00950077;
OAN_SMMT_00950098-00950098; OAN_SMMT_00838978-00838980;
OAN_SMMT_00952082-00952084; OAN_SMMT_00952171-00952171;
OAN_SMMT_00952197-00952197; OAN_SMMT_00952223-00952223;
OAN_SMMT_00952248-00952248; OAN_SMMT_00952361-00952361;
OAN_SMMT_00952381-00952381; OAN_SMMT_00952425-00952426;
OAN_SMMT_00952460-00952460; OAN_SMMT_00952481-00952482;
OAN_SMMT_00952483-00952484; OAN_SMMT_00952485-00952486;
OAN_SMMT_00952487-00952488; OAN_SMMT_00952549-00952549;
OAN_SMMT_00952993-00952993; OAN_SMMT_00953005-00953005;
OAN_SMMT_00953042-00953042; OAN_SMMT_00953117-00953117;
OAN_SMMT_00953119-00953119; OAN_SMMT_00953562-00953562;
OAN_SMMT_00953848-00953848; OAN_SMMT_00953976-00953976;
OAN_SMMT_00892405-00892405; OAN_SMMT_00892410-00892411;
OAN_SMMT_00953979-00953980; OAN_SMMT_00953984-00953984;
OAN_SMMT_00953985-00953986; OAN_SMMT_00841055-00841056;
OAN_SMMT_00953998-00953999; OAN_SMMT_00954000-00954001;
OAN_SMMT_00954009-00954010; OAN_SMMT_00954011-00954013;
OAN_SMMT_00954032-00954033; OAN_SMMT_00954034-00954036;
OAN_SMMT_00954205-00954205; OAN_SMMT_00954214-00954214;
OAN_SMMT_00954348-00954348; OAN_SMMT_00954425-00954425;
OAN_SMMT_00954508-00954508; OAN_SMMT_00954511-00954512;
OAN_SMMT_00954665-00954665; OAN_SMMT_00954666-00954666;
OAN_SMMT_00954702-00954703; OAN_SMMT_00954753-00954753;
OAN_SMMT_00954824-00954824; OAN_SMMT_00954825-00954825;
OAN_SMMT_00954838-00954838; OAN_SMMT_00954839-00954839;

**<u>CONFIDENTIAL</u>**

OAN_SMMT_00893262-00893262; OAN_SMMT_00955134-00955134;
OAN_SMMT_00955162-00955162; OAN_SMMT_00955163-00955163;
OAN_SMMT_00955172-00955172; OAN_SMMT_00955246-00955246;
OAN_SMMT_00955259-00955260; OAN_SMMT_00955348-00955348;
OAN_SMMT_00955349-00955349; OAN_SMMT_00955353-00955353;
OAN_SMMT_00955400-00955400; OAN_SMMT_00955609-00955610;
OAN_SMMT_00955649-00955650; OAN_SMMT_00955655-00955656;
OAN_SMMT_00894113-00894113; OAN_SMMT_00894114-00894114;
OAN_SMMT_00956542-00956542; OAN_SMMT_00956544-00956544;
OAN_SMMT_00956662-00956662; OAN_SMMT_00957374-00957374;
OAN_SMMT_00957722-00957722; OAN_SMMT_00957723-00957723;
OAN_SMMT_00957724-00957724; OAN_SMMT_00958239-00958239;
OAN_SMMT_00958244-00958244; OAN_SMMT_00958245-00958245;
OAN_SMMT_00958246-00958246; OAN_SMMT_00958247-00958247;
OAN_SMMT_00958248-00958248; OAN_SMMT_00958249-00958249;
OAN_SMMT_00958250-00958250; OAN_SMMT_00958251-00958251;
OAN_SMMT_00958252-00958252; OAN_SMMT_00958254-00958254;
OAN_SMMT_00958255-00958255; OAN_SMMT_00896601-00896602;
OAN_SMMT_00958503-00958503; OAN_SMMT_00959429-00959429;
OAN_SMMT_00959549-00959549; OAN_SMMT_00959782-00959783;
OAN_SMMT_00960098-00960098; OAN_SMMT_00960148-00960149;
OAN_SMMT_00960266-00960266; OAN_SMMT_00897735-00897735;
OAN_SMMT_00961210-00961210; OAN_SMMT_00961484-00961484;
OAN_SMMT_00961809-00961809; OAN_SMMT_00898965-00898965;
OAN_SMMT_00898976-00898976; OAN_SMMT_00961863-00961863;
OAN_SMMT_00961880-00961880; OAN_SMMT_00898993-00898993;
OAN_SMMT_00847993-00847993; OAN_SMMT_00847997-00847997;
OAN_SMMT_00848004-00848004; OAN_SMMT_00962312-00962312;
OAN_SMMT_00962348-00962348; OAN_SMMT_00848029-00848029;
OAN_SMMT_00962366-00962366;OAN_SMMT_00962375-00962375;
OAN_SMMT_00962380-00962380; OAN_SMMT_00962381-00962381;
OAN_SMMT_00962424-00962424; OAN_SMMT_00848035-00848035;
OAN_SMMT_00962436-00962436; OAN_SMMT_00848084-00848084;
OAN_SMMT_00899170-00899171; OAN_SMMT_00962526-00962526;
OAN_SMMT_00848140-00848140; OAN_SMMT_00962602-00962602;
OAN_SMMT_00962633-00962633; OAN_SMMT_00962670-00962670;
OAN_SMMT_00962672-00962672; OAN_SMMT_00962683-00962683;
OAN_SMMT_00962710-00962710; OAN_SMMT_00962720-00962720;
OAN_SMMT_00962731-00962731; OAN_SMMT_00962798-00962799;
OAN_SMMT_00962800-00962801; OAN_SMMT_00962804-00962805;
OAN_SMMT_00962806-00962807; OAN_SMMT_00962901-00962901;
OAN_SMMT_00962997-00962997; OAN_SMMT_00963354-00963354;
OAN_SMMT_00963525-00963525; OAN_SMMT_00964020-00964020;
OAN_SMMT_00964025-00964025; OAN_SMMT_00964026-00964026;
OAN_SMMT_00964043-00964043; OAN_SMMT_00964055-00964055;

**CONFIDENTIAL**

OAN_SMMT_00964242-00964242; OAN_SMMT_00964555-00964555;
OAN_SMMT_00900519-00900519; OAN_SMMT_00900594-00900594;
OAN_SMMT_00965087-00965087; OAN_SMMT_00965270-00965270;
OAN_SMMT_00966846-00966846; OAN_SMMT_00966904-00966904;
OAN_SMMT_00967081-00967081; OAN_SMMT_00967100-00967100;
OAN_SMMT_00967161-00967161; OAN_SMMT_00967162-00967162;
OAN_SMMT_00967170-00967171; OAN_SMMT_00967186-00967187;
OAN_SMMT_00967206-00967206; OAN_SMMT_00967211-00967211;
OAN_SMMT_00967212-00967212; OAN_SMMT_00967275-00967275;
OAN_SMMT_00967283-00967283; OAN_SMMT_00967323-00967323;
OAN_SMMT_00968157-00968158; OAN_SMMT_00968345-00968345;
OAN_SMMT_00968511-00968511; OAN_SMMT_00968527-00968528;
OAN_SMMT_00968844-00968844; OAN_SMMT_00968887-00968887;
OAN_SMMT_00968896-00968896; OAN_SMMT_00968897-00968897;
OAN_SMMT_00968898-00968898; OAN_SMMT_00969072-00969072;
OAN_SMMT_00970309-00970310; OAN_SMMT_00970311-00970312;
OAN_SMMT_00970313-00970314; OAN_SMMT_00970316-00970317;
OAN_SMMT_00854333-00854334; OAN_SMMT_00970319-00970321;
OAN_SMMT_00970335-00970337; OAN_SMMT_00854336-00854340;
OAN_SMMT_00970338-00970341; OAN_SMMT_00854341-00854346;
OAN_SMMT_00970369-00970372; OAN_SMMT_00970377-00970380;
OAN_SMMT_00904022-00904022; OAN_SMMT_00991049-00991051; and
OAN_SMMT_00942992-00943110.

Herring reserves its right to supplement its answer if additional information becomes

available.

**INTERROGATORY NO. 12:**

Identify all Persons who communicated with and/or were interviewed by the OANN ON-
AIR PERSONALITIES, or any other Person employed by OANN or acting on OANN's behalf
in connection with researching, preparing, or fact-checking statements regarding SMARTMATIC
or DOMINION regardless of whether such persons were expressly identified on a OANN
ACCUSED PROGRAM, and describe those Communications.

**SUPPLEMENTAL ANSWER:**

Herring incorporates by reference and specifically asserts its applicable General

Objections. Herring further objects to the compound nature of this Interrogatory; to the extent it

seeks information protected by the reporter's privilege; to the extent this Interrogatory is

cumulative and duplicative of other Interrogatories; to the term "OANN ACCUSED

CONFIDENTIAL

PROGRAMS" as vague, overbroad, and improper to the extent it suggests that Herring engaged

in defamation or has been found liable for defamation and to the extent it is intended to include

any program or broadcast not specifically identified and alleged in the Complaint; to the extent

that this Interrogatory vaguely seeks information as to DOMINION (as defined in the

Interrogatories), because it improperly seeks information not reasonably tailored to a claim or

defense in this litigation and is not proportional to the needs of this case; and to Plaintiffs'

definition of "SMARTMATIC" as overbroad to the extent that Plaintiffs' collective references to

"Smartmatic" in the Interrogatories and in the operative Complaint are not consistent and to the

extent that a generalized reference to "Smartmatic" implies that each of Smartmatic USA Corp.,

Smartmatic International Holding B.V., and SGO Corporation Limited are one and the same.

Subject to and without waiving these objections and its General Objections, Herring supplements

its answer as follows:

- Jenna Ellis
- Michael Johns
- Sidney Powell
- Rudy Giuliani
- Tom Fitton
- Evi Kokalari-Angelakis
- Joseph diGenova
- Allan Santos
- Michael Flynn
- J. Michael Waller
- ███████████████
- Kelli Ward
- Clay Clark
- Cory Mills
- Chris Farrell
- Mike Lindell
- Patrick Byrne
- Ron Watkins
- Joe Oltmann
- Keith Trippie

CONFIDENTIAL

- Kyle Becker
- Edward Solomon



In addition, OAN has produced responsive, non-privileged communications and documents mentioning Smartmatic and/or Dominion. *See*, *e.g.*, OAN_SMMT_00560599; OAN_SMMT_00880416; OAN_SMMT_00930457; and OAN_SMMT_00964021.

Herring reserves its right to supplement its answer if additional information becomes available.

## INTERROGATORY NO. 15:

Identify all OANN EMPLOYEES who communicated any objection or dissent, verbally or in writing, to any aspect of the DEFAMATORY STATEMENTS, and for each identify their job title, their relationship to OANN, and describe the nature of that communication.

## SUPPLEMENTAL ANSWER:

Herring incorporates by reference and specifically asserts its applicable General Objections. Herring further objects to the compound nature of this Interrogatory; on the basis that it is vague, ambiguous, confusing, misleading, incapable of interpretation and insufficiently defined (particularly as to "objection or dissent"); and on the basis that the term "DEFAMATORY STATEMENTS" is inaccurate and misleading.

Subject to and without waiving these objections and its General Objections, Herring answers as follows: █████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████  Otherwise, OAN is not aware of any OAN Employees who communicated objection or

CONFIDENTIAL

dissent to any of the allegedly Defamatory Broadcasts or complained-of OAN Digital content.

Herring reserves its right to supplement its answer if additional information becomes available.

## INTERROGATORY NO. 16:

Identify every statement about SMARTMATIC that You published, and state the date of the statement, the speaker, and where it was published, including all republications.

## SUPPLEMENTAL ANSWER:

Herring incorporates by reference and specifically asserts its applicable General Objections. Herring further objects to the compound nature of this Interrogatory; because this Interrogatory is unlimited in time and scope; on the basis that it is overly broad and not proportional to the need of this case to the extent it seeks to identify every statement made about a Smartmatic entity, regardless of whether any Smartmatic entity has alleged such statement constitutes alleged defamation; to Plaintiffs' definition of "SMARTMATIC" as overbroad to the extent that Plaintiffs' collective references to "Smartmatic" in the Interrogatories and in the operative Complaint are not consistent and to the extent that a generalized reference to "Smartmatic" implies that each of Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited are one and the same; and because it seeks information that is publicly available and/or already in Plaintiffs' possession. Subject to, and without waiving these objections, and its General Objections, Herring answers as follows:

As an initial matter, Herring refers Smartmatic to Smartmatic's Complaint which identifies mentions about Smartmatic, including the dates and speakers thereof. Herring refers Smartmatic to paragraphs 84–85, 87–137, 146–47, 154–68, 171, 176, 178–79, 184, 196, 205, 218, and 227 of

## CONFIDENTIAL

the Complaint. In addition to the dates identified in the Complaint,[6] the following complained-of

broadcasts re-aired on the below dates:

- November 12, 2020 *After Hours with Alex Salvi*
  - Re-aired November 12 and November 14, 2020
  - Available on OAN Plus on November 16, November 17, November 18, and November 22, 2020
- November 16, 2020 *Tipping Point with Kara McKinney*
  - Available on OAN Plus on November 18, November 19, November 20, and November 22, 2020
- November 16, 2020 News Room: "Dominion Rigged Venezuela Elex?"
  - Re-aired November 17, 2020
- November 17, 2020 *Tipping Point with Kara McKinney*
  - Available on OAN Plus on November 19, November 20, November 21, and November 23, 2020
- November 18, 2020 *Tipping Point with Kara McKinney*
  - Re-aired November 21, 2020
  - Available on OAN Plus on November 20, November 22, November 23, November 24, and November 28, 2020
- November 19, 2020 *Real America with Dan Ball*
  - Re-aired November 21, 2020
  - Available on OAN Plus on November 23, November 24, November 25, and November 29, 2020
- November 19, 2020, *Tipping Point with Kara McKinney*
  - Re-aired November 22, 2020
- November 20, 2020 *In Focus with Stephanie Hamill*
  - Re-aired November 22, 2020
  - Available on OAN Plus on November 24, November 25, November 26, and November 28, 2020
- November 20, 2020 *Tipping Point with Kara McKinney*
  - Available on OAN Plus on November 24, November 25, November 26, and November 28, 2020
- November 23, 2020 *Tipping Point with Kara McKinney*
  - Available on OAN Plus on November 25, November 26, November 27, and November 29, 2020
- November 27, 2020 *Tipping Point with Kara McKinney*
  - Available on OAN Plus on December 1, December 2, December 3, and December 5, 2020
- December 1, 2020 *Breaking News with John Hines*
  - Re-aired December 2, 2020

---

[6] In paragraph 118 of the Complaint, Smartmatic identified a *Tipping Point* episode that it alleges aired on November 22, 2020. That episode aired on November 18, 2020. In paragraph 125 of the Complaint, Smartmatic identified a *Tipping Point* episode that it alleges aired on November 28, 2020. That episode aired on November 27, 2020.

**CONFIDENTIAL**

- December 1, 2020 *Tipping Point with Kara McKinney*
  - Available on OAN Plus on December 3, December 4, December 5, December 6, and December 7, 2020
- December 3, 2020 *In Focus with Stephanie Hamill*
  - Re-aired December 5, 2020
  - Available on OAN Plus on December 7, December 8, December 9, and December 13, 2020
- December 5, 2020 News Room: "Smartmatic Dominion Ties"
  - Aired November 23, 2020 and re-aired on December 6, December 12, December 18, and December 20, 2020
- December 12, 2020 *Tipping Point with Kara McKinney*
  - Available on OAN Plus on December 9, December 10, December 11, and December 13, 2020
- December 26, 2020 *Weekly Briefing with Christina Bobb*
  - Re-aired December 27, 2020
  - Available on OAN Plus on December 9 and December 10, 2020
- February 5, 2021 *Real America with Dan Ball*
  - Re-aired February 7, 2021
  - Available on OAN Plus on February 16, February 17, February 18, and February 20, 2021
- *Absolute Proof with Mike Lindell*
  - Re-aired February 9, 2021
- *Scientific Proof with Mike Lindell*
  - Re-aired May 2 and May 8, 2021
- *Absolute Interference with Mike Lindell*
  - Re-aired April 24 and April 25, 2021
- May 3, 2021 Mike Lindell Tackles Election Fraud
  - Aired April 29, 2021 and re-aired April 30, May 1, and May 2, 2021
- June 4, 2021 *The Real Story with Natalie Harp*
  - Re-aired June 6, 2021

Additionally, Herring identifies the following broadcasts:

- November 17, 2020, Speaker: Dan Ball (re-aired November 21, 2020); *see* OAN_SMMT_00973695;
- November 21, 2020, Speaker: Sidney Powell (re-aired December 5 and December 19, 2020); *see* OAN_SMMT_00059397;
- November 25, 2020, Speaker: Dan Ball (re-aired November 28 and November 29, 2020); *see* OAN_SMMT_00855678; OAN_SMMT_00973698;
- April 29, 2021, Speaker: Mike Lindell; *see* OAN_SMMT_00995783;
- January 7, 2021, Speaker: Dan Ball (re-aired January 9, 2021); *see* OAN_SMMT_00855537; OAN_SMMT_00973694

Herring has also identified the following articles containing mentions of Smartmatic that were posted on the OAN website:

- "Trump's conspiracies pose 'existential' threat to electronic voting industry – Smartmatic." (via Reuters);
- "Maria Bartiromo, Lou Dobbs file motions to dismiss Smartmatic lawsuit" (via Reuters);
- "Newsmax, One America News sued by voting technology firm Smartmatic" (via Reuters);
- "Fox News asks for Smartmatic lawsuit over election-rigging claims to be dismissed" (via Reuters);
- "Trump Attorney Sidney Powell Says Election Results Ready To Overturn" (OAN News Room);
- "Dominion Scandal Goes Worldwide With Michael Johns" (OAN News Room);
- "Rudy Giuliani And Trump Campaign's Legal Team Hold Press Conference" (OAN News Room);
- "President's Lawyers Say Communist-Funded Election Software Responsible For Alleged Voting Irregularities" (OAN News Room);
- "Tech Millionaire Funds Hacking Team; '20 Election 100% Rigged" (OAN News Room);
- "Chairman Of Smartmatic's Parent Company To Become President Of George Soros's 'Open Society Foundations'" (OAN News Room); and
- "Mike Lindell Tackles Election Fraud" (OAN News Room).

Herring reserves its right to supplement its answer if additional information becomes available.

## INTERROGATORY NO. 17:

Identify every instance where a OANN ON-AIR PERSONALITY referenced SMARTMATIC, whether in writing or in a broadcast, and whether internally at OANN or to third parties, and state the date of the statement, the speaker, their title, and the exact content of the statement.

## SUPPLEMENTAL ANSWER:

Herring incorporates by reference and specifically asserts its applicable General Objections. Herring further objects to the compound nature of this Interrogatory; because this Interrogatory is unlimited in time and scope; on the basis that it is vague, ambiguous, confusing, misleading, incapable of interpretation, overly broad, not proportional to the needs of this case to the extent it seeks to identify every statement made by Herring and/or its employees about a Smartmatic entity, regardless of whether any Smartmatic entity has alleged such statement

## CONFIDENTIAL

constitutes alleged defamation; because it calls for a narrative and seeks information better suited for other discovery methods, such as deposition testimony; to the extent this Interrogatory is cumulative and duplicative of other Interrogatories; on the basis that it is overly broad and not proportional to the need of this case to the extent it seeks to identify every statement made about a Smartmatic entity, regardless of whether any Smartmatic entity has alleged such statement constitutes alleged defamation; to Plaintiffs' definition of "SMARTMATIC" as overbroad to the extent that a generalized reference to "Smartmatic" implies that each of Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited are one and the same; and because the Interrogatory seeks information that is public and/or already in Plaintiffs' possession. Subject to, and without waiving these objections, and its General Objections, Herring answers as follows:

Herring incorporates by reference its answer to Interrogatory No. 16. Additionally, to the extent any On-Air Personalities referenced Smartmatic in writing, Herring has produced those documents, including the following:

OAN_SMMT_00824781; OAN_SMMT_00040819; OAN_SMMT_00047636; OAN_SMMT_00815508; OAN_SMMT_00808163; OAN_SMMT_00361390; OAN_SMMT_00815436; OAN_SMMT_00815432; OAN_SMMT_00808066; OAN_SMMT_00847291; OAN_SMMT_00747825; OAN_SMMT_00973021; OAN_SMMT_00973077; and OAN_SMMT_00973701.

Herring reserves its right to supplement its answer if additional information becomes available.

### INTERROGATORY NO. 18:

If You contend that any of the DEFAMATORY STATEMENTS are true, substantially true, accurate, not misleading, and/or not defamatory, describe all facts and identify all documents that You claim support or establish that such statements are true, substantially true, accurate, not misleading, and/or not defamatory.

**CONFIDENTIAL**

**SUPPLEMENTAL ANSWER:**

Herring incorporates by reference and specifically asserts its applicable General Objections, including the demand to "describe all facts and identify all documents…" Herring further objects to the compound nature of this Interrogatory; on the basis that its use of the term "DEFAMATORY STATEMENTS" is inaccurate and misleading; and to the extent it asks Herring to determine the truth, substantial truth, and defamatory nature of statements, requires a legal conclusion. Subject to and without waiving these objections and its General Objections, Herring incorporates by reference its responses to the allegations in Smartmatic's Complaint, as well as Herrings' allegations in support of its defenses (ECF No. 36). Herring further responds that it has produced non-privileged documents responsive to this Interrogatory. Herring further responds that Smartmatic's document production is deficient and Smartmatic is refusing to produce witnesses for deposition. Herring reserves the right to supplement or amend this response after Smartmatic fully complies with its discovery obligations. Subject to this reservation, and subject to, and without waiving these objections, and the General Objections, Herring contends that:

(i)     Herring is not required to "investigate and describe [Smartmatic]'s case for [it]." *United States ex rel. Barko v. Halliburton Co.*, 241 F. Supp. 3d 37, 77 (D.D.C. 2017), aff'd, 709 Fed. Appx. 23 (D.C. Cir. 2017) ("A party cannot be forced to prepare its opponent's case.") (cleaned up). Smartmatic cannot prove that the allegedly DEFAMATORY STATEMENTS contain materially false statements of fact as opposed to opinion, rhetoric, or hyperbole. The opposite is true here. Herring contends the allegedly DEFAMATORY STATEMENTS are either literally true or substantially true or non-actionable opinion, rhetoric, or hyperbole. Herring contends the allegedly DEFAMATORY STATEMENTS were not made with actual malice and

<u>**CONFIDENTIAL**</u>

are therefore not defamatory. Herring contends the allegations of the President of the United States, his legal counsel, and others were on matters of public concern and were truthfully reported in live broadcasts. Herring contends the opinion hosts of the so-called "OAN ACCUSED PROGRAMS" either asked questions or expressed themselves in a rhetorical, hyperbolic, or an opinionated way or accurately reported matters of public concern. Herring further contends many of the allegedly DEFAMATORY STATEMENTS are not of and concerning any of the Plaintiffs; therefore, they are not defamatory.

(ii)     Smartmatic cannot prove that as to any demonstrated materially false statement of fact that the statement was defamatory of Smartmatic or any of them. Herring contends none of the allegedly DEFAMATORY STATEMENTS spoken by the Herring hosts or presenters are, in fact, defamatory. In addition, to the extent that the allegedly DEFAMATORY STATEMENTS do not reference Smartmatic, or any of them, Herring contends the statements are not of and concerning any of the Plaintiffs and are not defamatory.

(iii)    Some of the allegedly DEFAMATORY STATEMENTS made by guests on the "OAN ACCUSED PROGRAMS" are not defamatory of Smartmatic or any of them. Herring contends the whole broadcast, not just isolated statements, must be read in context as of the time they were made and that the "gist" of the OAN ACCUSED PROGRAMS were not defamatory.

Herring contends that all of the allegedly DEFAMATORY STATEMENTS of fact (as opposed to opinion, rhetoric or hyperbole) are either true or substantially true unless discovery unequivocally demonstrates that the allegedly DEFAMATORY STATEMENTS are false in a material way. Herring contends that the statements of the guests on each "OAN ACCUSED PROGRAM," to the extent that they disclose facts as opposed to opinion, rhetoric or hyperbole support or establish such statements as true or substantially true. Furthermore, Herring contends

the pleadings in various lawsuits and evidence supplied therein support or establish that such statements are true or substantially true.

Herring also directs Smartmatic to the federal investigation[7] spearheaded by Democratic Representative Carol Maloney (D-NY), who raised red flags about Smartmatic's ties to the Venezuelan government, which was then headed by notorious dictator Hugo Chavez.[8] Herring also directs Smartmatic to the fact that the ownership of Smartmatic has raised questions among regulators. For all of these reasons, Herring further contends that the gist of the broadcasts at issue concern vulnerabilities in election systems, including Smartmatic, and the integrity of U.S. elections, and that the gist of the broadcasts are true or substantially true to the extent there are not non-actionable opinion, rhetoric or hyperbole. Thus, Herring contends that all of the allegedly DEFAMATORY STATEMENTS are either true or substantially true (to the extent they are not non-actionable opinion, rhetoric or hyperbole unless discovery unequivocally demonstrates that the allegedly DEFAMATORY STATEMENTS are false in a material way.

Herring incorporates its amended answer to Interrogatory No. 11 above as well as the answers to Interrogatory No. 6 which provide the sources used for the allegedly DEFAMATORY STATEMENTS.

Finally, Smartmatic has not yet produced all documents and information that may bear on the truth of the allegedly DEFAMATORY STATEMENTS to the extent that encompass facts as opposed to opinion, rhetoric or hyperbole. Herring reserves the right to amend or supplement this

---

[7] *Smartmatic Announces Sale of Sequoia Voting Systems*, Rep. Carolyn B. Maloney (NY-12 Press Release (Nov. 8, 2007).

█████████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████ .

**CONFIDENTIAL**

answer as additional facts are developed from Smartmatic, third parties, or otherwise, in accordance with the Federal Rules of Civil Procedure.

**INTERROGATORY NO. 19:**

Identify and quantify (1) the number of viewers for each of the DEFAMATORY BROADCASTS and all republications of the broadcasts on air, on digital sites, and on Sirius XM radio, and (2) the amount in ad revenue earned for each DEFAMATORY BROADCAST and all republications of the broadcasts on air, on digital sites, and on Sirius XM radio.

**SUPPLEMENTAL ANSWER:**

Herring incorporates by reference and specifically asserts its applicable General Objections. Herring further objects to the compound nature of this Interrogatory; on the basis that it is vague, ambiguous, confusing, misleading, incapable of interpretation, insufficiently defined, overly broad and not proportional to the needs of this case, calls for a narrative and seeks information better suited for other discovery methods, such as deposition testimony; on the basis that its use of the term "DEFAMATORY BROADCAST[S]" is inaccurate and misleading; because the information sought are irrelevant to this case; to the extent this Interrogatory seeks confidential proprietary business information; and because it seeks information not in Herring's possession, custody, or control. Subject to and without waiving these objections and its General Objections, Herring answers as follows:

OAN is not available on Sirius XM radio. Herring has produced non-privileged documents responsive to this Interrogatory, including Comscore data (*see* OAN_SMMT_00972173–OAN_SMMT_00972430), ad revenue data (*see* OAN_SMMT_00973700–OAN_SMMT_00973739; OAN_SMMT_01046235– OAN_SMMT_01046296; OAN_SMMT_01046187–OAN_SMMT_01046191), digital content

**CONFIDENTIAL**

analytics (*see* OAN_SMMT_01046219–OAN_SMMT_01046220; OAN_SMMT_01046227–

OAN_SMMT_01046232), and Verizon Fios data:

OAN_SMMT_01023304; OAN_SMMT_01023305; OAN_SMMT_01023661;
OAN_SMMT_01023662; OAN_SMMT_01023893; OAN_SMMT_01023894;
OAN_SMMT_01025329; OAN_SMMT_01025330; OAN_SMMT_01025331;
OAN_SMMT_01025332; OAN_SMMT_01025333; OAN_SMMT_01025334;
OAN_SMMT_01025477; OAN_SMMT_01025478; OAN_SMMT_01025479;
OAN_SMMT_01025480; OAN_SMMT_01025481; OAN_SMMT_01025482;
OAN_SMMT_01025589; OAN_SMMT_01025590; OAN_SMMT_01025734;
OAN_SMMT_01025735; OAN_SMMT_01025778; OAN_SMMT_01025779;
OAN_SMMT_01027458; OAN_SMMT_01027459; OAN_SMMT_01027465;
OAN_SMMT_01027466; OAN_SMMT_01027468; OAN_SMMT_01027469;
OAN_SMMT_01027592; OAN_SMMT_01027593; OAN_SMMT_01027594;
OAN_SMMT_01027595; OAN_SMMT_01027596; OAN_SMMT_01027597;
OAN_SMMT_01027820; OAN_SMMT_01027821; OAN_SMMT_01044016;
OAN_SMMT_01044017; OAN_SMMT_01044855; OAN_SMMT_01044856;
OAN_SMMT_01044859; OAN_SMMT_01044860; OAN_SMMT_01044857;
OAN_SMMT_01044858; OAN_SMMT_01044861; OAN_SMMT_01044862.

Herring reserves its right to supplement its answer if additional information becomes available.

**INTERROGATORY NO. 20:**

Identify and quantify (1) the number of page views ("hits" or "clicks") and page view durations for any online article published on a OANN DIGITAL platform which relates to SMARTMATIC or contains a video related to SMARTMATIC, and (2) the amount in advertising revenue earned for each of these online publications or period of time in which the views would be accounted for in the generation of advertising revenue.

**SUPPLEMENTAL ANSWER:**

Herring incorporates by reference and specifically asserts its applicable General

Objections. Herring further objects to the compound nature of this Interrogatory; on the basis that

it is vague, ambiguous, confusing, misleading, incapable of interpretation, insufficiently defined,

overly broad and not proportional to the needs of this case, calls for a narrative and seeks

information better suited for other discovery methods, such as deposition testimony; because

Plaintiffs' definition of "SMARTMATIC" is overbroad to the extent that Plaintiffs' collective

<u>**CONFIDENTIAL**</u>

references to "Smartmatic" in the Interrogatories and in the operative Complaint are not consistent and to the extent that a generalized reference to "Smartmatic" implies that each of Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited are one and the same; because the information sought is irrelevant to this case; to the extent this Interrogatory seeks confidential proprietary business information; and because it seeks information not in Herring's possession, custody, or control. Subject to and without waiving these objections and its General Objections, Herring has located and produced the following non-privileged documents that are responsive to this Interrogatory:

OAN_SMMT_00990725; OAN_SMMT_00990726; OAN_SMMT_00990727;
OAN_SMMT_00990728; OAN_SMMT_00990729; OAN_SMMT_00990730;
OAN_SMMT_00990731; OAN_SMMT_01046221–OAN_SMMT_01046232;
OAN_SMMT_01046235–OAN_SMMT_01046296; and
OAN_SMMT_01046187–OAN_SMMT_01046191.

Herring reserves its right to supplement its answer if additional information becomes available.

**CONFIDENTIAL**

Dated: December 8, 2023

By: */s/ Charles L. Babcock*

**JACKSON WALKER LLP**
Charles L. Babcock
(admitted *pro hac vice*)
Nancy W. Hamilton
(admitted *pro hac vice*)
John. K. Edwards
(admitted *pro hac vice*)
Joel R. Glover
(admitted *pro hac vice*)
Bethany Pickett Shah
(admitted *pro hac vice*
1401 McKinney Suite 1900
Houston, TX 77010
Tel: (713) 752-4200
Fax: (713) 308-4110
cbabcock@jw.com
nhamilton@jw.com
jedwards@jw.com
jglover@jw.com
bpickett@jw.com

Jonathan D. Neerman
D.C. Bar No. 90003393
Carl C. Butzer
(admitted *pro hac vice*)
Minoo Sobhani Blaesche
(admitted *pro hac vice*)
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Tel: (214) 953-5664
Fax: (214) 661-6899
jneerman@jw.com
cbutzer@jw.com
mblaesche@jw.com

**BOYDEN GRAY & ASSOCIATES**
Trent McCotter
D.C. BAR NO. 1011329
801 17th St NW, #350
Washington, DC 20006
(202) 706-5488
mccotter@boydengrayassociates.com
*Counsel for Herring Networks, Inc.*

**CONFIDENTIAL**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of December, 2023, I served the foregoing document on the following counsel of record by electronic mail:

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949
J. Erik Connolly (econnolly@beneschlaw.com)
Caitlin Kovacs (CKovacs@beneschlaw.com)
Michael E. Bloom (mbloom@beneschlaw.com)
Lee B. Muench (lmuench@beneschlaw.com)
Emily Newhouse Dillingham (edillingham@beneschlaw.com)
Lauren C. Tortorella (ltortorella@beneschlaw.com)
Kathleen Watson Moss (kwatsonmoss@beneschlaw.com)
James R. Bedell (jbedell@beneschlaw.com)
Julie M. Loftus (jloftus@beneschlaw.com)
Olivia Sullivan (osullivan@beneschlaw.com)

*/s/ Hannah Walsh*
Hannah Walsh

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 1:21-cv-02900-CJN |
| v. | ) ) | |
| HERRING NETWORKS, INC., d/b/a ONE AMERICA NEWS NETWORK, | ) ) ) | Judge Carl J. Nichols |
| Defendant. | ) ) | |

## VERIFICATION

I, Charles Herring, hereby declare as follows:

I am Charles Herring, President of Herring Networks, Inc., and I am duly authorized to make this declaration on behalf of Herring Networks, Inc.

I have read the interrogatory answers contained in *Defendant's Second Supplemental Objections and Answers to Plaintiffs' First Set of Interrogatories Direct At Herring Networks, Inc. d/b/a One America News Network* in the above-captioned case.

I verify under penalty of perjury that the facts stated therein are true and correct to the best of my knowledge based on information obtained from the records or representatives of Herring Networks, Inc.

I reserve the right to make any changes to the aforesaid answers if it should appear at any time that omissions or errors have been made, or that additional or more accurate information has been obtained.

Executed on December 8, 2023

Charles Herring
President of Herring Networks, Inc.