# EXHIBIT 3

  

# SGO Statement: The Open Society Foundations Tabs Malloch-Brown



**London, UK – December 4, 2020** – SGO Companies wish to congratulate Lord Mark Malloch-Brown on his new appointment as President of The Open Society Foundations. Although we will miss him, we are happy the world will be gaining a tireless leader, who will put all his knowledge of the private, public and non-profit sectors to the pursuit of fairer and more just societies.

As part of his commitment to sever all ties with private-sector companies, Lord Malloch-Brown is stepping down as Chairman of SGO on December 4.

Malloch-Brown has been instrumental in the growth and development of our several companies, with a strong focus on social impact.

AirLabs, a London-based company with an R&D center in Copenhagen that is pioneering in air quality and purification, including the removal of airborne virus particles, for which it was named by Unreasonable Impact as one of the 10 most impactful and entrepreneurial companies addressing the challenges of the COVID-19 pandemic.

Smartmatic, the world's leading elections technology company, whose systems have securely processed more than five billion votes on five continents with zero security breaches.

Folio, a digital identity company enabling and empowering citizens around the world with technologies such as a Mobile Health Passport to help governments safely re-open economies.

Sterisafe, a health-tech company delivering revolutionary sterilization and hygiene technologies to remove pathogens from medical facilities and operating rooms. Infuser, a Danish company improving indoor air quality with unmatched technologies.

**Search**

Search

## Recent Posts

Air quality sensor network offers highly detailed pollution map in Camden

CGI & Smartmatic successfully deliver e-counting for London elections

SGO Statement: The Open Society Foundations Tabs Malloch-Brown

5 ways Folio's digital wallet will make your life easier

AirLabs Among 10 Most Impactful Companies Addressing COVID-19

© 2021 SGO Corporation Limited       Terms of use       Modern Slavery Act Statement