Yellow = Actionable Statement
Blue = Statement Not Alleged to Be Actionable

# EXHIBIT 9

TRANSCRIPT OF THE AUDIO RECORDING OF:


One America News Network, News Room Excerpt

December 5, 2020


TRANSCRIBED BY: THOMPSON COURT REPORRTERS INC.

1          EMILY FINN:  Thank you for staying with me this hour

2     of One America News, I'm Emily Finn. Polls are opening for

3     multiple Louisiana runoff elections. Voters are casting

4     ballots across 24 parishes today, choosing between two

5     Republicans to represent them in the House. And statewide

6     Louisianans will vote on the Education Board of Supervisors

7     amendment regarding membership on higher education boards.

8     Also on the ballot two Republican judges are facing off for a

9     spot on the Shreveport City Council. Polling stations will be

10    open until later in the evening, and some locations have been

11    changed due to the pandemic or damage from recent tropical

12    storms. President Trump's campaign advisor, Lara Trump, hints

13    at a possible Senate run while on a popular podcast. On the

14    Outloud with Gianno Caldwell podcast Friday, Lara said she

15    spent a lot of time campaigning for President Trump in North

16    Carolina, adding what an honor it would be to represent her

17    home state and Congress. She noted her campaigning efforts to

18    garner support among women for President Trump and said she

19    was proud to see more Republican women in Congress after this

20    year's election. However, she said now is the time to focus on

21    the President's legal battles to ensure legitimate election

22    results before she possibly pursues a Senate seat.

23          LARA TRUMP:  It was something that I worked really

24    hard for, and I'm so proud that we have won now a second time

1  around North Carolina for the President. As it relates to

2  Senate, look we're obviously working on this battle right now.

3  And I do have a little bit of time to decide on that. But I

4  could think of nothing you know greater than to represent the

5  people of my home state.

6        EMILY FINN:  The President's daughter in law is

7  reportedly eyeing the seat that Republican Senator Richard

8  Burr will leave behind in 2022. Officials at foreign voting

9  software company Smartmatic denied having any connection with

10  Dominion Voting Systems in the US. Here's the latest.

11        UNIDENTIFIED REPORTER:  A manufacturer of electronic

12  voting systems connected to billionaire George Soros is caught

13  lying about its ties to Dominion Voting Systems Corporation. A

14  Sunday report verified that Soros-linked Smartmatic may be

15  connected to the sale of election technology to Dominion,

16  which is being used to count votes in at least 24 US states.

17  In a tweet last week, Smartmatic claimed to have never sold

18  technology to-[inaudible]. Smartmatic also denied having any

19  connection to the controversial company. In 2005 Smartmatic

20  bought Sequoia, which is one of the largest electronic voting

21  systems in the US. Two years later, following a court ruling,

22  Smartmatic divested from the company and sold it to Sequoia's

23  US managers. In 2010, Dominion Voting Services bought Sequoia

24  in the US, despite its claims of having maintained no ties

1    between the two firms. In 2015, a full five years after the

2    Dominion purchase of Sequoia, Smartmatic Chairman Mark

3    Malloch-Brown gave an interview in the Philippines and

4    admitted to using licensed Dominion technology. At this point,

5    Dominion owned Sequoia in the US, and Smartmatic may have held

6    some financial interest in the US branch.

7                MARK MALLOCH-BROWN:  The fact is, yes, part of our

8    technology is licensed from Dominion, but you tell me a large

9    technology company which isn't using, in part, licenses from

10   from other companies and we have a license for the

11   international use of that particular piece of the technology

12   that we employ.

13               UNIDENTIFIED REPORTER:  Chairman Mark Malloch Brown

14   sits on the board of George Soros' Open Society Foundation,

15   which has a revenue of more than $300 million and has

16   reportedly given away billions of dollars to left-wing

17   organizations around the world. Malloch-Brown has also served

18   as Vice Chairman of Soros' investment funds. Meantime,

19   Smartmatic has faced controversy in the past with allegations

20   of rigging the 2013 election in Venezuela, on behalf of

21   embattled socialist President Nicolás Maduro.

22               MARK MALLOCH-BROWN:  In Latin America, there has been

23   the greatest adoption of these systems, precisely because

24   people trust machines to count fairly, and you know, not to

1   get into the sort of abuse that has happened with hand

2   counting systems in Latin America in the past.

3          UNIDENTIFIED REPORTER:  This, as the latest in a

4   series of connections between voting systems employed in the

5   US and abroad and the Soros-linked company, to surface amid

6   emerging evidence of voter fraud in the US presidential

7   election.

8          EMILY FINN:  Attorney General William Barr claims

9   he's seen no evidence of voting fraud and President Trump's

10  legal team is outraged. One America's Pearson Sharp has more

11  as a retired Air Force General says this election is being

12  stolen from the American people.

13         PEARSON SHARP:  President Trump's legal team is

14  hitting back after Attorney General William Barr made the

15  astonishing statement that he hasn't seen any evidence of

16  widespread voting fraud. President Trump's personal lawyer

17  Rudy Giuliani issued a statement slamming Barr, saying there's

18  been no semblance of a Justice Department investigation.

19  Giuliani continued explaining they have found ample evidence

20  of illegal voting in at least six states which has not been

21  examined. Giuliani pointed out that of all the witnesses that

22  have come forward and sworn under oath that they saw crimes

23  being committed, not a single one has been interviewed by the

24  Department of Justice. One America News spoke with the former

1  Assistant Vice Chief of Staff of the US Air Force, retired

2  Lieutenant General Thomas McInerney, who says William Barr's

3  claims are outrageous.

4       THOMAS MCINERNEY:  How can the Attorney General say

5  that there isn't evidence of fraud that would certainly turn

6  over the election? Before they stopped counting, Trump was

7  ahead in all of those states. Trump won by a landslide.

8       PEARSON SHARP:  McInerney continues explaining there

9  are mountains of evidence that cannot be dismissed and must be

10  investigated.

11       THOMAS MCINERNEY:  It is so obvious. For instance, in

12  Pennsylvania, the state mailed out 1.8 million mail-in

13  ballots, they got back 2.5 million. That is a 700,000 more,

14  someone had a printing press and was cranking them out. So how

15  can Attorney General Barr say that there were not gross

16  examples?

17       PEARSON SHARP:  The General went on to say he

18  suspects Barr's comments could expose the Attorney General's

19  involvement in much more sinister activities.

20       THOMAS MCINERNEY:  If the Attorney General is saying

21  there is not enough evidence, now that leads me to the

22  conclusion that he has to be involved in treasonous

23  activities, because this is not just fraudulent voting, this

24  is not dirty politics, this is a treasonous activity against

1  the government of the United States.

2       PEARSON SHARP:  One of President Trump's so-called

3  nuclear options is to declare a national emergency, enact the

4  Insurrection Act, and suspend the Electoral College, which

5  McInerney says is essential to combat the attempted takeover

6  of the White House.

7       THOMAS MCINERNEY:  I think President Trump should

8  declare a national emergency. It is imperative and he should

9  do it immediately. This election is and has been stolen from

10  the American people. We have a small group that is extreme

11  left on the way to communism, and they are the ones that are

12  taking these drastic measures.

13       PEARSON SHARP:  McInerney's statements come after

14  President Trump pointed out that both the DOJ and the FBI have

15  been mysteriously absent during this whole investigation into

16  the overwhelming evidence of voting fraud. One witness in

17  Michigan, Melissa Carone, was a Dominion-trained IT contractor

18  who explained ballots were being repeatedly counted, but says

19  her evidence was completely ignored by the FBI. President

20  Trump's legal team, including Giuliani and lawyer Jenna Ellis

21  say the fight isn't over and are vowing to continue their

22  pursuit of the truth through the judicial system.

23       THOMAS MCINERNEY:  The American people will never

24  have a free and fair election again, unless we clear this up

1  right now and show the treasonous activities that were used to

2  take this government down. It was unfair. It must be stopped

3  and analyzed right now.

4          PEARSON SHARP:  Pearson Sharp, One America News.

5          EMILY FINN:  Hospitals around the - -

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

TRANSCRIBER'S CERTIFICATE

I hereby certify that the foregoing pages

are a true, accurate, and complete transcript of the

proceedings transcribed from a copy of the electronic

sound recording to the best of our knowledge and ability.


     IN WITNESS WHEREOF, I have hereunto set my hand on

          this 12th day of October, 2021.


_____

JAMES LONERGAN


THOMPSON COURT REPORTERS INC.

**$**

$300  4:15

**1**

1.8  6:12

**2**

2.5  6:13
2005  3:19
2010  3:23
2013  4:20
2015  4:1
2022  3:8
24  2:4 3:16

**7**

700,000  6:13

**A**

about  3:13
abroad  5:5
absent  7:15
abuse  5:1
across  2:4
Act  7:4
activities  6:19,23
8:1
activity  6:24
adding  2:16
admitted  4:4
adoption  4:23
advisor  2:12
after  2:19 4:1 5:14
7:13
again  7:24
against  6:24
ahead  6:7
Air  5:11 6:1
all  5:21 6:7
allegations  4:19
also  2:8 3:18 4:17
amendment  2:7

America  2:2 4:22
5:2,24 8:4
America's  5:10
American  5:12 7:10,
23
amid  5:5
among  2:18
ample  5:19
an  2:16 4:3
analyzed  8:3
and  2:5,10,17,18,24
3:3,22 4:3,5,10,15,
24 5:5,9,22 6:9,14
7:4,8,9,11,14,20,21,
24 8:1,3
any  3:9,18 5:15
are  2:2,3,8 6:3,9
7:11,21
around  3:1 4:17 8:5
as  3:1 4:18 5:3,11
Assistant  6:1
astonishing  5:15
at  2:13 3:8,16 4:4
5:20
attempted  7:5
Attorney  5:8,14 6:4,
15,18,20
away  4:16

**B**

back  5:14 6:13
ballot  2:8
ballots  2:4 6:13 7:18
Barr  5:8,14,17 6:15
Barr's  6:2,18
battle  3:2
battles  2:21
be  2:9,16 3:14 6:9,
22 8:2
because  4:23 6:23
been  2:10 4:22 5:18,
20,23 7:9,15
before  2:22 6:6
behalf  4:20
behind  3:8
being  3:16 5:11,23
7:18

between  2:4 4:1 5:4
billionaire  3:12
billions  4:16
bit  3:3
board  2:6 4:14
boards  2:7
both  7:14
bought  3:20,23
branch  4:6
Brown  4:13
Burr  3:8
but  3:3 4:8 7:18
by  5:23 6:7 7:19

**C**

Caldwell  2:14
campaign  2:12
campaigning  2:15,
17
can  6:4,15
cannot  6:9
Carolina  2:16 3:1
Carone  7:17
casting  2:3
caught  3:12
certainly  6:5
Chairman  4:2,13,18
changed  2:11
Chief  6:1
choosing  2:4
City  2:9
claimed  3:17
claims  3:24 5:8 6:3
clear  7:24
College  7:4
combat  7:5
come  5:22 7:13
comments  6:18
committed  5:23
communism  7:11
companies  4:10
company  3:9,19,22
4:9 5:5
completely  7:19
conclusion  6:22

Congress  2:17,19
connected  3:12,15
connection  3:9,19
connections  5:4
continue  7:21
continued  5:19
continues  6:8
contractor  7:17
controversial  3:19
controversy  4:19
Corporation  3:13
could  3:4 6:18
Council  2:9
count  3:16 4:24
counted  7:18
counting  5:2 6:6
court  3:21
cranking  6:14
crimes  5:22

**D**

damage  2:11
daughter  3:6
decide  3:3
declare  7:3,8
denied  3:9,18
Department  5:18,24
despite  3:24
dirty  6:24
dismissed  6:9
divested  3:22
do  3:3 7:9
DOJ  7:14
dollars  4:16
Dominion  3:10,13,
15,23 4:2,4,5,8
Dominion-trained
7:17
down  8:2
drastic  7:12
due  2:11
during  7:15

**E**

education  2:6,7

efforts  2:17
election  2:20,21
3:15 4:20 5:7,11 6:6
7:9,24
elections  2:3
Electoral  7:4
electronic  3:11,20
Ellis  7:20
embattled  4:21
emergency  7:3,8
emerging  5:6
Emily  2:1,2 3:6 5:8
8:5
employ  4:12
employed  5:4
enact  7:3
enough  6:21
ensure  2:21
essential  7:5
evening  2:10
evidence  5:6,9,15,19
6:5,9,21 7:16,19
examined  5:21
examples  6:16
explained  7:18
explaining  5:19 6:8
expose  6:18
extreme  7:10
eyeing  3:7

**F**

faced  4:19
facing  2:8
fact  4:7
fair  7:24
fairly  4:24
FBI  7:14,19
fight  7:21
financial  4:6
Finn  2:1,2 3:6 5:8
8:5
firms  4:1
five  4:1
focus  2:20
following  3:21
for  2:1,2,8,15,18,24

3:1 4:10 6:11
**Force**  5:11 6:1
**foreign**  3:8
**former**  5:24
**forward**  5:22
**found**  5:19
**Foundation**  4:14
**fraud**  5:6,9,16 6:5
  7:16
**fraudulent**  6:23
**free**  7:24
**Friday**  2:14
**from**  2:11 3:22 4:8,
  9,10 5:12 7:9
**full**  4:1
**funds**  4:18

_____

**G**

**garner**  2:18
**gave**  4:3
**General**  5:8,11,14
  6:2,4,15,17,20
**General's**  6:18
**George**  3:12 4:14
**get**  5:1
**Gianno**  2:14
**Giuliani**  5:17,19,21
  7:20
**given**  4:16
**got**  6:13
**government**  7:1 8:2
**greater**  3:4
**greatest**  4:23
**gross**  6:15
**group**  7:10

_____

**H**

**had**  6:14
**hand**  5:1
**happened**  5:1
**hard**  2:24
**has**  4:15,17,19,22
  5:1,10,20,23 6:22
  7:9
**hasn't**  5:15

**have**  2:10,24 3:3,17
  4:5,10 5:19,22 7:10,
  14,24
**having**  3:9,18,24
**he**  5:15 6:17,22 7:8
**he's**  5:9
**held**  4:5
**her**  2:16,17 7:19
**Here's**  3:10
**higher**  2:7
**hints**  2:12
**hitting**  5:14
**home**  2:17 3:5
**honor**  2:16
**Hospitals**  8:5
**hour**  2:1
**House**  2:5 7:6
**how**  6:4,14
**However**  2:20

_____

**I**

**I'M**  2:2,24
**If**  6:20
**ignored**  7:19
**illegal**  5:20
**immediately**  7:9
**imperative**  7:8
**in**  2:5,10,15,19 3:6,
  8,10,16,17,19,21,
  23,24 4:1,3,5,6,9,
  19,20,22 5:2,3,4,6,
  20 6:7,11,19,22
  7:16
**including**  7:20
**instance**  6:11
**Insurrection**  7:4
**interest**  4:6
**international**  4:11
**interview**  4:3
**interviewed**  5:23
**into**  5:1 7:15
**investigated**  6:10
**investigation**  5:18
  7:15
**investment**  4:18
**involved**  6:22

**involvement**  6:19
**is**  2:20 3:6,12,16,20
  4:7,8 5:10,11,13
  6:11,13,20,21,23,24
  7:3,5,8,9,10
**isn't**  4:9 6:5 7:21
**issued**  5:17
**it**  2:16,23 3:1,22
  6:11 7:8,9,17 8:2
**its**  3:13,24

_____

**J**

**Jenna**  7:20
**judges**  2:8
**judicial**  7:22
**just**  6:23
**Justice**  5:18,24

_____

**K**

**know**  3:4 4:24

_____

**L**

**landslide**  6:7
**Lara**  2:12,14,23
**large**  4:8
**largest**  3:20
**last**  3:17
**later**  2:10 3:21
**latest**  3:10 5:3
**Latin**  4:22 5:2
**law**  3:6
**lawyer**  5:16 7:20
**leads**  6:21
**least**  3:16 5:20
**leave**  3:8
**left**  7:11
**left-wing**  4:16
**legal**  2:21 5:10,13
  7:20
**legitimate**  2:21
**license**  4:10
**licensed**  4:4,8
**licenses**  4:9
**Lieutenant**  6:2
**little**  3:3

**locations**  2:10
**look**  3:2
**lot**  2:15
**Louisiana**  2:3
**Louisianans**  2:6
**lying**  3:13

_____

**M**

**machines**  4:24
**made**  5:14
**Maduro**  4:21
**mail-in**  6:12
**mailed**  6:12
**maintained**  3:24
**Malloch**  4:13
**Malloch-brown**  4:3,
  7,17,22
**managers**  3:23
**manufacturer**  3:11
**Mark**  4:2,7,13,22
**may**  3:14 4:5
**Mcinerney**  6:2,4,8,
  11,20 7:5,7,23
**Mcinerney's**  7:13
**me**  2:1 4:8 6:21
**Meantime**  4:18
**measures**  7:12
**Melissa**  7:17
**membership**  2:7
**Michigan**  7:17
**million**  4:15 6:12,13
**more**  2:19 4:15 5:10
  6:13,19
**mountains**  6:9
**much**  6:19
**multiple**  2:3
**must**  6:9 8:2
**my**  3:5
**mysteriously**  7:15

_____

**N**

**national**  7:3,8
**never**  3:17 7:23
**News**  2:2 5:24 8:4
**Nicolás**  4:21

**no**  3:24 5:9,18
**North**  2:15 3:1
**not**  4:24 5:20,23
  6:15,21,23,24
**noted**  2:17
**nothing**  3:4
**now**  2:20,24 3:2
  6:21 8:1,3
**nuclear**  7:3

_____

**O**

**oath**  5:22
**obvious**  6:11
**obviously**  3:2
**of**  2:2,6,15 3:3,4,5,
  11,15,20,24 4:2,7,
  11,14,15,16,18,20,
  23 5:1,4,6,9,15,18,
  20,21,24 6:1,5,7,9
  7:1,2,6,16,22
**off**  2:8
**Officials**  3:8
**on**  2:6,7,8,9,13,20
  3:2,3 4:14,20 6:17
  7:11
**one**  2:2 3:20 5:10,
  23,24 7:2,16 8:4
**ones**  7:11
**open**  2:10 4:14
**opening**  2:2
**options**  7:3
**or**  2:11
**organizations**  4:17
**other**  4:10
**our**  4:7
**out**  5:21 6:12,14
  7:14
**Outloud**  2:14
**outraged**  5:10
**outrageous**  6:3
**over**  6:6 7:21
**overwhelming**  7:16
**owned**  4:5

_____

**P**

**pandemic**  2:11

parishes 2:4
part 4:7,9
particular 4:11
past 4:19 5:2
Pearson 5:10,13 6:8,
17 7:2,13 8:4
Pennsylvania 6:12
people 3:5 4:24 5:12
7:10,23
personal 5:16
Philippines 4:3
piece 4:11
podcast 2:13,14
point 4:4
pointed 5:21 7:14
politics 6:24
Polling 2:9
Polls 2:2
popular 2:13
possible 2:13
possibly 2:22
precisely 4:23
President 2:12,15,
18 3:1 4:21 5:9,13,
16 7:2,7,14,19
President's 2:21 3:6
presidential 5:6
press 6:14
printing 6:14
proud 2:19,24
purchase 4:2
pursues 2:22
pursuit 7:22

_____

**R**

really 2:23
recent 2:11
regarding 2:7
relates 3:1
repeatedly 7:18
report 3:14
reportedly 3:7 4:16
REPORTER 3:11
4:13 5:3
represent 2:5,16 3:4
Republican 2:8,19

3:7
Republicans 2:5
results 2:22
retired 5:11 6:1
revenue 4:15
Richard 3:7
rigging 4:20
right 3:2 8:1,3
Rudy 5:17
ruling 3:21
run 2:13
runoff 2:3

_____

**S**

said 2:14,18,20
sale 3:15
saw 5:22
say 6:4,15,17 7:21
saying 5:17 6:20
says 5:11 6:2 7:5,18
seat 2:22 3:7
second 2:24
see 2:19
seen 5:9,15
semblance 5:18
Senate 2:13,22 3:2
Senator 3:7
Sequoia 3:20,23 4:2,
5
Sequoia's 3:22
series 5:4
served 4:17
Services 3:23
Sharp 5:10,13 6:8,
17 7:2,13 8:4
she 2:14,17,18,20,22
should 7:7,8
show 8:1
Shreveport 2:9
single 5:23
sinister 6:19
sits 4:14
six 5:20
slamming 5:17
small 7:10

Smartmatic 3:9,14,
17,18,19,22 4:2,5,
19
so 2:24 6:11,14
so-called 7:2
socialist 4:21
Society 4:14
software 3:9
sold 3:17,22
some 2:10 4:6
someone 6:14
something 2:23
Soros 3:12
Soros' 4:14,18
Soros-linked 3:14
5:5
sort 5:1
spent 2:15
spoke 5:24
spot 2:9
Staff 6:1
state 2:17 3:5 6:12
statement 5:15,17
statements 7:13
states 3:16 5:20 6:7
7:1
statewide 2:5
stations 2:9
staying 2:1
stolen 5:12 7:9
stopped 6:6 8:2
storms 2:12
Sunday 3:14
Supervisors 2:6
support 2:18
surface 5:5
suspects 6:18
suspend 7:4
sworn 5:22
system 7:22
systems 3:10,12,13,
21 4:23 5:2,4

_____

**T**

take 8:2
takeover 7:5

taking 7:12
team 5:10,13 7:20
technology 3:15,18
4:4,8,9,11
tell 4:8
than 3:4 4:15
Thank 2:1
that 2:23,24 3:3,7,14
4:11,12 5:1,15,21,
22 6:5,9,13,15,21,
22 7:10,11,14 8:1
the 2:5,6,8,9,10,11,
13,20,21 3:1,4,6,7,
10,15,19,20,21,22,
24 4:1,3,5,6,7,10,
11,14,17,19,20,23
5:1,2,3,4,5,6,12,14,
21,23,24 6:1,4,6,12,
17,18,20,21 7:1,3,4,
5,6,10,11,14,16,19,
21,22,23 8:1,5
their 7:21
them 2:5 6:14
there 4:22 6:5,8,15,
21
there's 5:17
these 4:23 7:12
they 5:19,22 6:6,13
7:11
think 3:4 7:7
this 2:1,19 3:2 4:4
5:3,11 6:23,24 7:9,
15,24 8:2
Thomas 6:2,4,11,20
7:7,23
those 6:7
through 7:22
ties 3:13,24
time 2:15,20,24 3:3
to 2:5,11,16,17,19,
20,21 3:1,3,4,12,13,
15,16,17,19,22 4:4,
16,24 5:5 6:17,21,
22 7:3,5,11,21 8:1
to-[inaudible 3:18
today 2:4
treasonous 6:22,24
8:1
tropical 2:11

Trump 2:12,15,18,
23 6:6,7 7:7,14
Trump's 2:12 5:9,
13,16 7:2,20
trust 4:24
truth 7:22
turn 6:5
tweet 3:17
two 2:4,8 3:21 4:1

_____

**U**

under 5:22
unfair 8:2
UNIDENTIFIED
3:11 4:13 5:3
United 7:1
unless 7:24
until 2:10
up 7:24
US 3:10,16,21,23,24
4:5,6 5:5,6 6:1
use 4:11
used 3:16 8:1
using 4:4,9

_____

**V**

Venezuela 4:20
verified 3:14
Vice 4:18 6:1
vote 2:6
voter 5:6
Voters 2:3
votes 3:16
voting 3:8,10,12,13,
20,23 5:4,9,16,20
6:23 7:16
vowing 7:21

_____

**W**

was 2:19,23 6:6,14
7:17,19 8:2
way 7:11
we 2:24 4:10,12
7:10,24
we're 3:2

| | |
|---|---|
| **week** 3:17 | |
| **went** 6:17 | |
| **were** 6:15 7:18 8:1 | |
| **what** 2:16 | |
| **which** 3:16,20 4:9, 15 5:20 7:4 | |
| **while** 2:13 | |
| **White** 7:6 | |
| **who** 6:2 7:18 | |
| **whole** 7:15 | |
| **widespread** 5:16 | |
| **will** 2:6,9 3:8 7:23 | |
| **William** 5:8,14 6:2 | |
| **with** 2:1,14 3:9 4:19 5:1,24 | |
| **witness** 7:16 | |
| **witnesses** 5:21 | |
| **women** 2:18,19 | |
| **won** 2:24 6:7 | |
| **worked** 2:23 | |
| **working** 3:2 | |
| **world** 4:17 | |
| **would** 2:16 6:5 | |

### Y

**year's** 2:20
**years** 3:21 4:1
**yes** 4:7
**you** 2:1 3:4 4:8,24