IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>HERRING NETWORKS, INC., d/b/a ONE AMERICA NEWS NETWORK,<br><br>Defendant. | Case No. 21-cv-02900-CJN |

## THIRD PARTY SEC NEWGATE US LLC'S MOTION FOR ADMISSION PRO HAC VICE OF ATTORNEY MAURA T. LEVINE-PATTON

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, Lauren Tortorella, an attorney admitted to the Bar of this Court and counsel for third-party SEC Newgate LLC ("SEC Newgate") hereby moves for the admission and appearance of attorney Maura T. Levine-Patton *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Maura T. Levine-Patton, filed herewith.

In support of this motion, Movant states as follows:

1. Ms. Levine-Patton is admitted and in good standing with the Bar of the State of Illinois. Ms. Levine-Patton is also admitted to practice in the District Court for the Northern District of Illinois.

2. Ms. Levine-Patton is not currently and has never been the subject of any disciplinary action by any state or federal bar association or administrative agency.

3. Movant is satisfied that Ms. Levine-Patton possesses the character and skills required of a member of the Bar of this Court.

WHEREFORE, Movant requests admission of Maura T. Levine-Patton as representative of third-party SEC Newgate in this proceeding.

Dated: January 16, 2024                                   Respectfully submitted,

                                                          */s/ Lauren C. Tortorella*
                                                          Lauren C. Tortorella
                                                              DC Bar No. IL0102
                                                              Email: ltortorella@beneschlaw.com

                                                          BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
                                                          71 South Wacker Drive, Suite 1600
                                                          Chicago, IL 60606
                                                          Telephone: 312.212.4949

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document will be filed with the Clerk of Court using the CM/ECF system on January 16, 2024, which I understand to have served counsel for the parties.

                                                        */s/ Lauren C. Tortorella*
                                                        Lauren C. Tortorella