IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK,<br><br>Defendant. | Civil Action No. 1:21-cv-02900-CJN |

**JOINT MOTION FOR ENTRY OF DEPOSITION PROTOCOL**

Pursuant to Magistrate Judge Upadhyaya's discovery order, *see* ECF No. 153, the parties hereby move the Court to adopt the proposed discovery protocol attached to this motion.[1] The Court's discovery order also required Defendant to "advise the Court whether the proposed deposition protocol moots the dispute at issue in ECF No. 143-3." *Id.* As the parties noted in a separate filing on January 2, 2024, the attached protocol moots the dispute in ECF No. 143-3, *see* ECF No. 163 at 9, although the parties still disagree about the scope of deposition discovery, as explained in Section I(A) of the attached protocol.

J. Erik Connolly (D.C. Bar No. IL0099)
Nicole E. Wrigley (D.C. Bar No. IL0101)
Ronald S. Betman (admitted *pro hac vice*)
Caitlin A. Kovacs (admitted *pro hac vice*)
Olivia E. Sullivan (admitted *pro hac vice*)
BENESCH, FRIEDLANDER, COPLAN
 & ARONOFF LLP

---

[1] This same proposed protocol was originally filed on January 2, 2024, ECF No. 164, but the Clerk's office subsequently requested that the filing be resubmitted with an attorney's signature.

1

71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312.212.4949
econnolly@beneschlaw.com
nwrigley@beneschlaw.com
rbetman@beneschlaw.com
ckovacs@beneschlaw.com
osullivan@beneschlaw.com

James R. Bedell (admitted *pro hac vice*)
BENESCH, FRIEDLANDER, COPLAN
 & ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, OH 44114
Telephone: 216.363.4500
jbedell@beneschlaw.com

*Attorneys for the Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V.,*

By: _____

**JACKSON WALKER L.L.P.**
Charles L. Babcock
(admitted *pro hac vice*)
John K. Edwards
(admitted *pro hac vice*)
1401 McKinney Suite 1900
Houston, TX 77010
Tel: (713) 752-4200
Fax: (713) 308-4110
cbabcock@jw.com
jedwards@jw.com

Jonathan D. Neerman
D.C. Bar No. 90003393
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Tel: (214) 953-5664
Fax: (214) 661-6899
jneerman@jw.com

**BOYDEN GRAY PLLC**
R. Trent McCotter
D.C. BAR NO. 1011329
801 17th St NW, #350
Washington, DC 20006
(202) 706-5488
tmccotter@boydengray.com

*Counsel for Defendant*

CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of January 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

        */s/ R. Trent McCotter*
        R. Trent McCotter