IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>HERRING NETWORKS, INC., d/b/a ONE AMERICA NEWS NETWORK,<br><br>Defendant. | Case No. 21-cv-02900-CJN |

## DECLARATION OF CHRISTOPHER J. LETKEWICZ
### IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Civil Rule 83.2(d) of the United Sates District for the District of Columbia, I, Christopher J. Letkewicz, hereby declare:

1. My full name is Christopher Joseph Letkewicz. I serve as counsel for Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (collectively, "Smartmatic"). I am seeking to appear *pro hac vice* as a lawyer for Smartmatic in the above captioned matter pending before the U.S. District Court for the District of Columbia.

2. I am an attorney practicing with the law firm of Benesch, Friedlander, Coplan & Arnoff LLP located at 71 South Wacker Drive, Suite 1600, Chicago, IL 60606. My telephone number is (312) 624-6333.

3. I am admitted to and am a member in good standing with the State Bar of Illinois. Attached as Exhibit A is a certificate of good standing issued by the Clerk of the Supreme Court of Illinois. My Illinois registration number is 6300338.

4. I certify that there are no pending disciplinary proceedings against me before any bar, and I have not been disciplined by any bar in the past.

5. I have not previously been admitted *pro hac vice* in this Court.

6. I have not sought *pro hac vice* admission to this Court in the last two years.

7. I do not practice law from an office located in the District of Columbia.

8. I am not currently a member of the District of Columbia bar and I do not have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 19, 2024.

_____
Christopher J. Letkewicz