# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

SMARTMATIC USA CORP.,
SMARTMATIC HOLDING B.V., AND
SGO CORPORATION LIMITED,

        Plaintiffs,

    v.

HERRING NETWORKS, INC., D/B/A
ONE AMERICA NEWS NETWORK,

        Defendant.

Civil Action No. 1:21-cv-02900-CJN

<u>**DECLARATION OF CARL C. BUTZER**</u>

I, Carl C. Butzer, declare as follows:

      1.     I am over the age of 21 and competent to make this declaration. I am an attorney at the law firm of Jackson Walker LLP, and am counsel for Defendant Herring Networks, Inc., d/b/a One America News Network ("OAN" or "Defendant"). I have personal knowledge of the facts stated in this declaration and those facts are true and correct.  I am making this declaration in support of OAN's Motion for Relief from Plaintiffs' Violations of Judge Nichols's Protective Order and Use of OAN's Clawbacked Material in Support of Their Summary Judgment Response ("Motion").

      2.     Attached as Exhibit 1-A is a true and correct copy of a letter, dated November 5, 2023, sent via email by Carl C. Butzer, counsel for OAN, to Caitlin Kovacs, counsel for Smartmatic.

      3.     Attached as Exhibit 1-B is a true and correct copy of a letter, dated November 20, 2023, sent via email by Carl C. Butzer, counsel for OAN, to Olivia Sullivan, counsel for Smartmatic.

4.      Attached as Exhibit 1-C is a true and correct copy of an email, dated December 1, 2023, sent by John Edwards, counsel for OAN, to Caitlin Kovacs and Olivia Sullivan, counsel for Smartmatic.  Mr. Edwards's email accurately summarizes the substance of the meet-and-confer, which I participated in, held that same day between counsel for both parties.

5.      Attached as Exhibit 1-D is a true and correct copy of an email, dated December 22, 2023, sent by Caitlin Kovacs, counsel for Smartmatic, to Carl C. Butzer, counsel for OAN.

6.      Attached as Exhibit 1-E is a true and correct copy of an email, dated December 28, 2023, sent by Caitlin Kovacs, counsel for Smartmatic, to the Court.

7.      Attached as Exhibit 1-F is a true and correct copy of a letter, dated September 15, 2023, sent via email by Amakie Amattey, counsel for Smartmatic, to John Edwards, counsel for OAN.

8.      Attached as Exhibit 1-G is a true and correct copy of an email exchange, dated September 15–19, 2023, between Amakie Amattey and Caitlin Kovacs, counsel for OAN, and John Edwards, counsel for Smartmatic.

9.      Attached as Exhibit 1-H is a true and correct copy of a letter, dated November 22, 2023, sent via email by Olivia Sullivan, counsel for Smartmatic, to John Edwards, counsel for OAN.

10.      Attached as Exhibit 1-I is a true and correct copy of an email exchange, dated November 22–28, 2023, between Olivia Sullivan, counsel for Smartmatic, and John Edwards, counsel for OAN.

11.      On January 17, 2023, I participated in a meet-and-confer with counsel for Smartmatic regarding the Motion and the inadvertently produced material ("Inadvertent Production Material") referenced therein.  During the conference, Smartmatic's counsel refused to

destroy the Inadvertent Production Material; insisted that OAN could not file a motion asking Judge Nichols to impose sanctions for Plaintiffs' past breach of the Protective Order; asserted OAN had "waived" its claim of privilege; and claimed the issue was a mere discovery dispute that OAN must request permission to brief and which could not be heard by Judge Nichols.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 19, 2023.

_____
Carl C. Butzer

# EXHIBIT 1-A

 Jackson Walker LLP

Carl C. Butzer
(214) 953-5902 (Direct Dial)
(214) 661-6609 (Direct Fax)
cbutzer@jw.com

November 5, 2023

***Via Email***

Caitlin A. Kovacs
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606
ckovacs@beneschlaw.com

Re:     ***Smartmatic USA Corp., et al. v. Herring Networks, Inc., d/b/a One America News Network***, **Case No. 1:21-cv-02900-CJN (D.D.C.)**

Dear Caitlin:

Thanks for your letter dated October 24 regarding a "Spreadsheet" (OAN_SMMT_00942992). Neither OAN nor its employees took any part in creating or gathering any of the information contained in the Spreadsheet. *See* OAN_SMMT_00942989. No OAN employees used the information in the Spreadsheet and no OAN employees attempted to access any accounts listed in the Spreadsheet. OAN received the Spreadsheet from an anonymous source, identified only by an email address—theresearcher2020@protonmail.com.ch. OAN has no knowledge of the identity of the anonymous source. We will produce several non-privileged documents that relate to theresearcher2020@protonmail.com.ch within the agreed-upon timeframe which were not previously produced—a contact form email, a blank email, and two emails that were erroneously flagged as potentially privileged. OAN has produced all non-privileged documents within the agreed-upon timeframe pertaining to "internal discussion" or communications with other third parties about the Spreadsheet. We will not produce duplicate documents or documents outside the agreed-upon timeframe.

Additionally, OAN inadvertently produced an email communication protected by the joint defense privilege (OAN_SMMT_00996295). We will send a separate clawback letter regarding this document.

Sincerely,

Carl C. Butzer

CCB:

# EXHIBIT 1-B



Carl C. Butzer
(214) 953-5902 (Direct Dial)
(214) 661-6609 (Direct Fax)
cbutzer@jw.com

November 20, 2023

*Via Email*

Olivia Sullivan, Esq.
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606
osullivan@beneschlaw.com

Re:    ***Smartmatic USA Corp., et al. v. Herring Networks, Inc., d/b/a One America***
***News Network***, **Case No. 1:21-cv-02900-CJN (D.D.C.)**

Dear Olivia:

We have found that certain privileged documents were inadvertently included in Defendant Herring Networks, Inc., d/b/a One America News Network's ("Herring") previous productions. Specifically, the documents bates labeled OAN_SMMT_00996295, OAN_SMMT_009962956, and OAN_SMMT_00996297 (the "Inadvertent Production Material"). Pursuant to the December 16, 2022 Amended Protective Order [ECF No. 48], all parties should immediately refrain from further examination or disclosure of the Inadvertent Production Material. Herring formally requests that Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (the "Smartmatic Parties") promptly make a good faith effort to destroy the Inadvertent Production Material and any copies thereof. After destruction, Herring respectfully requests that the Smartmatic Parties certify in writing that they have carried out this destruction pursuant to the Protective Order. The Inadvertent Production Material may not be used for any purpose in this case.

If you have any questions regarding the Inadvertent Production Material, please do not hesitate to contact me.

Sincerely,

Carl C. Butzer
Jackson Walker LLP

CCB:

# EXHIBIT 1-C

**Butzer, Carl**

---

| | |
|---|---|
| **From:** | Edwards, John |
| **Sent:** | Friday, December 1, 2023 5:25 PM |
| **To:** | Sullivan, Olivia; Kovacs, Caitlin |
| **Cc:** | Amattey, Amakie; Wilkes, Christopher; Golden, Meghan; Maldonado, Jacklyn; Myers, David; Babcock, Chip; Trent McCotter; Butzer, Carl; Neerman, Jonathan; Walsh, Hannah; Blaesche, Minoo; Walsh, Hannah |
| **Subject:** | RE: Smartmatic/OAN - Meet & Confer |

Caitlin/Olivia, thanks for the meet and confer today.  Below summarizes our discussion:

1. OAN's 11/17 email requesting certain broadcast videos referenced in the Complaint but not produced (i.e., November 16, 2020 News Room 5AM (Compl. Exhibit 2); November 16, 2020 News Room 11PM (Compl. Exhibit 5); November 19, 2020 Breaking News Live (Compl. Exhibit 9); November 20, 2020 News Room 12 AM (Compl. Exhibit 14); and December 5, 2020 News Room 9AM (Compl. Exhibit 29)).
   - You stated that Smartmatic does not have possession of the requested videos.

2. OAN's 11/6 email requesting custodial information exchange regarding cell phone collection and personal emails
   - The parties will exchange information on Monday, Dec. 4.

3. OAN's 11/14 email requesting Smartmatic to run a set of revised search queries
   - Smartmatic will respond by Tuesday, Dec. 5

4. OAN's 10/27 & 11/18 emails requesting declassification of certain AEO documents and production of missing attachments
   - Smartmatic will respond by Monday, Dec. 4

   OAN's 11/30 email requesting declassification of certain AEO documents
   - Smartmatic will respond by Wednesday, Dec. 6

5. OAN's 11/28 email requesting missing agreements and depositions/exhibits in bankruptcy proceeding
   - Smartmatic will respond by Thursday, Dec. 7

6. OAN's 11/9 email requesting certain Smartmatic valuation documents
   - Smartmatic will respond by Tuesday, Dec. 5

7. You indicated that Volume 20 of Smartmatic's production includes all the LA County documents that the County agreed could be produced.

8. You stated that yesterday's production by Smartmatic- and additional productions over the next 2 weeks - are documents recently produced by Smartmatic in the Newsmax and/or Fox cases.

9. OAN agreed to produce its privilege log next week.

10. Regarding OAN's letter of Nov. 20th clawing back three documents that were inadvertently produced (OAN_SMMT_00996295, OAN_SMMT_009962956, and OAN_SMMT_00996297), you asked what the basis of the privilege was, and we replied that the documents are subject to a joint defense privilege in the *Coomer* case (a case you said you were unfamiliar with). We asked if the documents had been destroyed pursuant to our request and para. 19(c) of the Court's Protective Order (Dkt 48). You stated they have not been destroyed and that you did not agree to destroy them at this time. We reminded you of the Court's Protective Order, which provides in part: "upon request by the Producing Party for the return of Protected Information inadvertently produced, the Receiving Party shall promptly return the Protected Information and destroy all copies thereof." You stated that that provision does not obligate Smartmatic to destroy the documents unless Smartmatic believes the documents are in fact Protected Information, and that Smartmatic has not yet made that determination. Instead, although we had already informed you of the basis for the privilege assertion, Smartmatic will respond to the Nov. 20th clawback letter after seeing OAN's privilege log.

Thanks, and have a great weekend. - John

---

**From:** Edwards, John
**Sent:** Friday, November 17, 2023 3:56 PM
**To:** Sullivan, Olivia <OSullivan@beneschlaw.com>; Kovacs, Caitlin <CKovacs@beneschlaw.com>
**Cc:** Amattey, Amakie <AAmattey@beneschlaw.com>; Wilkes, Christopher <CWilkes@beneschlaw.com>; Golden, Meghan <MGolden@beneschlaw.com>; Maldonado, Jacklyn <JMaldonado@beneschlaw.com>; Myers, David <dmyers@jw.com>; Babcock, Chip <cbabcock@jw.com>; Trent McCotter <mccotter@boydengrayassociates.com>; Butzer, Carl <cbutzer@jw.com>; Neerman, Jonathan <jneerman@jw.com>; Walsh, Hannah <hwalsh@jw.com>; Blaesche, Minoo <mblaesche@jw.com>; Stowe, William <wstowe@jw.com>
**Subject:** Smartmatic/OAN - Meet & Confer

Caitlin/Olivia, we request a meet and confer next Tuesday, Nov. 21 when we can discuss responses to the issues raised in the attached letters/emails.  Please let us know what time would work for you.

Thanks. - John

John K. Edwards | Partner
1401 McKinney Suite 1900 | Houston, TX | 77010
V: (713) 752-4319 | C:  (713) 553-7951 | F: (713) 308-4117
John Edwards - Houston Litigation Attorney - Jackson Walker (jw.com) | jedwards@jw.com



# EXHIBIT 1-D

| From: | Kovacs, Caitlin <CKovacs@beneschlaw.com> |
|---|---|
| Sent: | Friday, December 22, 2023 1:46 PM |
| To: | Butzer, Carl; Amattey, Amakie; Edwards, John |
| Cc: | Sullivan, Olivia; Blaesche, Minoo; Walsh, Hannah; Trent McCotter; Dickson, Carter; Ceckowski, Lauren; Flynn-DuPart, Mary Lou; Betman, Ronald; Connolly, J. Erik; Wrigley, Nicole; Golden, Meghan |
| Subject: | RE: Smartmatic v. OANN - Clawback Letter |

**\*\*RECEIVED FROM EXTERNAL SENDER – USE CAUTION\*\***

Carl,

Following our meet and confer regarding OANN's clawback request and our review of OANN's privilege log produced on December 8, we do not see any valid basis on which OAN_SMMT_00996295-97 can be described as Protected Information under the Amended Confidentiality Agreement and Protective Order ("Protective Order"). This conclusion is bolstered by (though not dependent on) OANN's failure to point to or produce any written agreement documenting OANN's alleged joint defense privilege. Since this document is not Protected Information, Section 19(c) of the Protective Order does not apply, and Smartmatic is under no obligation to destroy it.

Best,
Caitlin



Caitlin A. Kovacs
(she/her/hers)
Partner | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6392 | m: 614.804.0562
CKovacs@beneschlaw.com | www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

vCard

**From:** Butzer, Carl <cbutzer@jw.com>
**Sent:** Monday, November 20, 2023 2:11 PM
**To:** Amattey, Amakie <AAmattey@beneschlaw.com>; Edwards, John <jedwards@jw.com>
**Cc:** Kovacs, Caitlin <CKovacs@beneschlaw.com>; Sullivan, Olivia <OSullivan@beneschlaw.com>; Blaesche, Minoo <mblaesche@jw.com>; Walsh, Hannah <hwalsh@jw.com>; Trent McCotter <mccotter@boydengrayassociates.com>; Dickson, Carter <cdickson@jw.com>; Ceckowski, Lauren <lceckowski@jw.com>; Flynn-DuPart, Mary Lou <MDUPART@jw.com>
**Subject:** Smartmatic v. OANN - Clawback Letter

Amakie

Please see the attached correspondence regarding inadvertently produced documents.

**Thanks,**

**Carl**

**Carl C. Butzer** | Jackson Walker LLP
2323 Ross Avenue, Suite 600 | Dallas, TX | 75201
V: (214) 953-5902 | F: (214) 661-6609 | cbutzer@jw.com



# EXHIBIT 1-E

| | |
|---|---|
| **From:** | Kovacs, Caitlin <CKovacs@beneschlaw.com> |
| **Sent:** | Thursday, December 28, 2023 11:35 AM |
| **To:** | Courtney Moore; CJNpo@dcd.uscourts.gov |
| **Cc:** | Connolly, J. Erik; Wrigley, Nicole; Betman, Ronald; Sullivan, Olivia; Bedell, James; Shah, Bethany; Butzer, Carl; Babcock, Chip; Glover, Joel; Edwards, John; Neerman, Jonathan; Blaesche, Minoo; Hamilton, Nancy; tmccotter@boydengray.com |
| **Subject:** | Smartmatic USA Corp. et al v. Herring Networks, Inc., Case Number 1:21-cv-02900, Docket Entry #155, Ltr re In Camera Review |
| **Attachments:** | 2023.12.28 SMMT Ltr to Court re Ex BB and CC.pdf; Ex. BB to Connolly Affidavit.pdf; Ex. CC to Connolly Affidavit.pdf |

**\*\*RECEIVED FROM EXTERNAL SENDER – USE CAUTION\*\***

Dear Judge Nichols and Ms. Moore,

We write to provide the Court with two documents that Smartmatic cites in its Response to OANN's Motion for Partial Summary Judgment (Dkt. #155). Those two documents are attached to this email as Exhibits BB and CC, along with a letter describing the circumstances that lead us to provide these documents for review in camera rather than placing them on the docket. Please let us know if you need any further information.

Thank you very much for your time and attention to this matter.

Best,
Caitlin Kovacs
Counsel for Smartmatic



vCard

|  | Caitlin A. Kovacs |
|---|---|
| | (she/her/hers) |
| | Partner | Litigation |
| | Benesch Friedlander Coplan & Aronoff LLP |
| | t: 312.624.6392 | m: 614.804.0562 |
| | CKovacs@beneschlaw.com | www.beneschlaw.com |
| | 71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637 |
| | Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice |

# EXHIBIT 1-F



Amakie Amattey
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Direct Dial:  312.506.3444
Fax:  312.767.9192
aamattey@beneschlaw.com

September 15, 2023

**VIA EMAIL**

John Edwards
Jackson Walker, LLP
1401 McKinney Suite 1900
Houston, TX 77010

      Re:    *Smartmatic USA Cort., et al. v. Herring Networks, Inc. d/b/a One America News Network*; Case No. 1:21-cv-02900-CJN

Dear Counsel:

    It has come to our attention that certain privileged documents have been inadvertently included in Smartmatic's document production, identified here by beginning Bates label:

        SMMT-OAN04171334
        SMMT-OAN04662278
        SMMT-OAN04662282
        SMMT-OAN04816880
        SMMT-OAN06934126
        SMMT-OAN06934129

    The referenced documents are attorney-client privileged communications and/or constitute attorney work product. Accordingly, we request that you promptly destroy the original production copy and any additional copies of the documents listed above, and that you not use or disclose the information contained therein in this litigation or otherwise. Where the document at issue is in the same document family as a non-privileged document, Smartmatic will produce a redacted copy of the privileged document.

    Under the operative *Amended Confidentiality Agreement and Protective Order*, upon request by the Producing Party for the return of Protected Information inadvertently produced, the Receiving Party shall promptly return the Protected Information and destroy all copies thereof. (Dkt. 48, at 10–11).

    Please confirm to me in writing that the documents listed above, and any copies thereof, have been destroyed. Please contact me if you have any questions regarding this matter.

J. Edwards
September 15, 2023
Page 2

Very truly yours,

BENESCH, FRIEDLANDER,
  COPLAN & ARONOFF LLP

*/s/ Amakie Amattey*

Amakie Amattey

# EXHIBIT 1-G

| | |
|---|---|
| **From:** | Kovacs, Caitlin <CKovacs@beneschlaw.com> |
| **Sent:** | Tuesday, September 19, 2023 5:08 PM |
| **To:** | Edwards, John; Amattey, Amakie |
| **Cc:** | Sullivan, Olivia; Wilkes, Christopher; Golden, Meghan; Wertheimer, Nancy; Maldonado, Jacklyn; Butzer, Carl; Blaesche, Minoo; Pickett Shah, Bethany; Emery, Tori; Walsh, Hannah; Carlton, Emily; Trent McCotter; Dickson, Carter |
| **Subject:** | RE: Smartmatic v. OANN - Clawback Letter |

**\*\*RECEIVED FROM EXTERNAL SENDER – USE CAUTION\*\***

Thanks John. Will do.



Caitlin A. Kovacs
(she/her/hers)
Partner | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6392 | m: 614.804.0562
CKovacs@beneschlaw.com | www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

vCard

**From:** Edwards, John <jedwards@jw.com>
**Sent:** Saturday, September 16, 2023 4:23 PM
**To:** Amattey, Amakie <AAmattey@beneschlaw.com>
**Cc:** Kovacs, Caitlin <CKovacs@beneschlaw.com>; Sullivan, Olivia <OSullivan@beneschlaw.com>; Wilkes, Christopher <CWilkes@beneschlaw.com>; Golden, Meghan <MGolden@beneschlaw.com>; Wertheimer, Nancy <NWertheimer@beneschlaw.com>; Maldonado, Jacklyn <JMaldonado@beneschlaw.com>; Butzer, Carl <cbutzer@jw.com>; Blaesche, Minoo <mblaesche@jw.com>; Pickett Shah, Bethany <bpickett@jw.com>; Emery, Tori <temery@jw.com>; Walsh, Hannah <hwalsh@jw.com>; Carlton, Emily <erhine@jw.com>; Trent McCotter <mccotter@boydengrayassociates.com>; Dickson, Carter <cdickson@jw.com>
**Subject:** Re: Smartmatic v. OANN - Clawback Letter

We will destroy.   Please send us a privilege log for these documents.

Sent from my iPhone

> On Sep 15, 2023, at 3:18 PM, Amattey, Amakie <AAmattey@beneschlaw.com> wrote:

**\*\*RECEIVED FROM EXTERNAL SENDER – USE CAUTION\*\***

Counsel:

Please see the attached correspondence regarding inadvertently produced documents.

Kind Regards,
Amakie

Amakie Amattey
(she/her/hers)
Associate | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.506.3444 | AAmattey@beneschlaw.com
www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

vCard Bio

<2023.09.15 SMMT Ltr to OANN re Inadvertently Produced Documents.pdf>

# EXHIBIT 1-H



Olivia E. Sullivan
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Direct Dial:  312.624.6415
Fax:  312.767.9192
Osullivan@beneschlaw.com

November 22, 2023

**VIA EMAIL**

John Edwards
Jackson Walker LLP
1401 McKinney Suite 1900
Houston, TX 77010

   Re: *Smartmatic USA Corp., et al. v. Herring Networks, Inc., d/b/a One America News Network*, Case No. 1:21-cv-02900-CJN (D.D.C.)

Dear Counsel:

   We have recently discovered that a certain privileged document has been inadvertently included in Smartmatic's document production, identified here by beginning Bates label:

   SMMT-OAN08139343

   The referenced document is attorney-client privileged communications, subject to the trial preparation privilege, and/or constitutes attorney work product. Accordingly, we request that you promptly destroy the original production copy and any additional copies of the document listed above and that you not use or disclose the information contained therein in this litigation or otherwise. Where the document at issue is in the same document family as a non-privileged document, Smartmatic will produce a redacted copy of the privileged document.

   Please confirm in writing that the document listed above, and any copies thereof, has been destroyed. Please contact me if you have any questions regarding this matter.

      Sincerely,

      /s/ Olivia E. Sullivan

      Olivia E. Sullivan

# EXHIBIT 1-I

**From:** Edwards, John
**Sent:** Tuesday, November 28, 2023 10:00 AM
**To:** Sullivan, Olivia; Butzer, Carl; Shah, Bethany; Trent McCotter; Blaesche, Minoo
**Cc:** Kovacs, Caitlin; Betman, Ronald; Bedell, James; Golden, Meghan
**Subject:** RE: Smartmatic v. OANN
**Attachments:** 2023.11.22 SMMT Ltr to OAN re Clawback.pdf

Olivia, I write to confirm that the original and any copies of the document referenced in the attached letter - SMMT-OAN08139343 -- have been destroyed.  Please provide an updated privilege log to include the document.  Thanks.. - John

---

**From:** Sullivan, Olivia <OSullivan@beneschlaw.com>
**Sent:** Wednesday, November 22, 2023 1:32 PM
**To:** Edwards, John <jedwards@jw.com>; Butzer, Carl <cbutzer@jw.com>; Shah, Bethany <bpickett@jw.com>; Trent McCotter <mccotter@boydengrayassociates.com>; Blaesche, Minoo <mblaesche@jw.com>
**Cc:** Kovacs, Caitlin <CKovacs@beneschlaw.com>; Betman, Ronald <RBetman@beneschlaw.com>; Bedell, James <JBedell@beneschlaw.com>; Golden, Meghan <MGolden@beneschlaw.com>
**Subject:** Smartmatic v. OANN

<strong><span style="color:red">**RECEIVED FROM EXTERNAL SENDER – USE CAUTION**</span></strong>

Counsel,

Please see attached.

Olivia





Olivia Sullivan
(she/her/hers)
Associate | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6415 | m: 913.742.9568
OSullivan@beneschlaw.com | www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice