IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>        Plaintiffs,<br><br>  v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK,<br><br>        Defendant. | No. 1:21-cv-02900-CJN |

**ORDER GRANTING OAN'S MOTION FOR RELIEF FROM PLAINTIFFS' VIOLATIONS OF JUDGE NICHOLS'S PROTECTIVE ORDER AND USE OF OAN'S CLAWBACKED MATERIAL IN SUPPORT OF THEIR SUMMARY JUDGMENT RESPONSE**

On this date, the Court considered OAN's Motion for Relief from Plaintiffs' Violations of Judge Nichols' Protective Order and Use of OAN's Clawbacked Material in Support of Their Summary Judgment Response (the "Motion"). The Court, having considered the Motion, hereby orders that the Motion is GRANTED.

Smartmatic is hereby ORDERED to immediately return or destroy the Inadvertent Production Material, and certify in writing that they have done so within five (5) days of this Order.

Smartmatic is further ORDERED to cease any further review or use of the Inadvertent Production Material.

Smartmatic is further ORDERED to pay the reasonable attorneys' fees that OAN has incurred in connection with briefing and arguing the Motion. OAN may submit an application for those fees with supporting documentation within fourteen (14) days of this order.

Signed this _____ day of _____, 2024.

                                                HON. CARL J. NICHOLS
                                                United States District Judge