IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., *et al.*, | |
| Plaintiffs, | No. 1:21-cv-02900-CJN |
| v. | |
| HERRING NETWORKS, INC., | Magistrate Judge Moxila A. Upadhyaya |
| Defendant. | |

**<u>DECLARATION OF OLIVIA E. SULLIVAN IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL AMENDED INITIAL DISCLOSURES</u>**

I, Olivia E. Sullivan, make this declaration pursuant to 28 U.S.C. § 1746. I hereby declare under penalty of perjury that the following is true and correct:

1. I am an attorney at Benesch, Friedlander, Coplan & Aronoff LLP and counsel for Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation (collectively, "Smartmatic") in this action. As such, I am fully familiar with the facts and circumstances of the matters stated in this declaration.

2. Attached as Exhibit A is a true and correct copy of Smartmatic's Amended Initial Disclosures, dated January 4, 2024.

3. Attached as Exhibit B is a true and correct copy of a spreadsheet titled "Smartmatic Impacted International Opportunities Estimated Revenues and Risk Adjusted Profits – HIGHLY CONFIDENTIAL.xlsx," which sets forth Smartmatic's estimated lost profits from 2021–2025 as a result of OANN's disinformation campaign.  Smartmatic produced this document to OANN on January 4, 2024.

1

4.     Attached as Exhibit C is a true and correct copy of a January 4, 2024 letter from J. Erik Connolly to counsel for OANN. The letter provides context for the data in the spreadsheet attached as Exhibit B.

5.     The parties met and conferred on January 8, 2024 to discuss Smartmatic's Amended Initial Disclosures. Counsel for OANN asked questions regarding Smartmatic's calculations on international damages, U.S. damages, enterprise value, and expenses. Counsel for Smartmatic explained that the supplemental response providing the basis of Smartmatic's damages calculation, which requires expert analysis. Smartmatic informed OANN that the supplemental response provided OANN with relevant data to Smartmatic's damages, as well as how those damages would be computed.

I declare under penalty of perjury that the foregoing is true and correct.

Date: January 31, 2024

Olivia E. Sullivan, Illinois Bar No. 6330520
Benesch, Friedlander, Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
312.212.4949

*Attorney for Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*