IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED, <br><br> Plaintiffs, <br> v. <br><br> HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK, <br><br> Defendant. | Civil Action No. 1:21-cv-02900-CJN |

**DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**

On January 31, 2024, Magistrate Judge Upadhyaya authorized Plaintiffs to file a motion for leave to file under seal "Exhibit B" to their response to Defendant's proposed Opposed Motion to Compel Amended Initial Disclosures. ECF No. 143-4.

The Court further directed that "Defendant shall respond to any motion for leave to file under seal by Plaintiff by 5:00 PM tomorrow, February 1, 2024." Defendant hereby informs the Court that it does not oppose Plaintiffs' motion to seal. ECF No. 176.

Dated: February 1, 2024                By: /s/ Charles L. Babcock

**JACKSON WALKER LLP**
Charles L. Babcock
(admitted *pro hac vice*)
cbabcock@jw.com
1401 McKinney Suite 1900
Houston, TX 77010
(713) 752-4210 (Direct Dial)
(713) 308-4110 (Fax)

**BOYDEN GRAY PLLC**

/s/ R. Trent McCotter

1

R. Trent McCotter  
D.C. BAR NO. 1011329  
801 17th St NW, #350  
Washington, DC 20006  
(202) 706-5488  
tmccotter@boydengray.com  

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of February 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

/s/ R. Trent McCotter  
R. Trent McCotter