# EXHIBIT 1-A





🏠 Smartmatic.com  »  Smartmatic Files Defamation Claims Against Newsmax and OANN

✉
Subscribe to our
Newsletter



Resize  A  A↑  A⬆

> United States, Boca Raton – November 3, 2021 – Smartmatic today filed claims for defamation against Newsmax Media and One America News Network (OANN) owner Herring Networks. Smartmatic is seeking actual and punitive damages as a result of the disinformation campaigns conducted by Newsmax and OANN against Smartmatic following the 2020 US presidential election. The complaints were filed in Superior Court of the State of Delaware and United States District Court for the District of Columbia for Newsmax and OANN, respectively.

Coming on the one-year anniversary of the 2020 US presidential election, Smartmatic is charging that the defendants knowingly and deliberately disseminated a continuous stream of falsehoods that harmed Smartmatic and negatively impacted the company's business.

"Despite claims to provide viewers with honest, unbiased reporting, these outlets victimized Smartmatic by spreading false information about the company following last year's election, all in their efforts to increase viewership and revenue," said J. Erik Connolly, attorney for Smartmatic.

Following the 2020 US presidential election, the defendants and others repeatedly published reports claiming that Smartmatic and its software altered votes to ensure President Biden won.  Defendants published these claims despite knowing it was not true and despite readily available and verifiable facts showing that Smartmatic provided technology and services in only Los Angeles County in the 2020 US presidential election.

"The damage to Smartmatic from this parallel universe of lies and disinformation has reverberated across the United States and in dozens of countries around the world," said Antonio Mugica, CEO of Smartmatic, commenting on the various lawsuits the company has filed. "The global repercussions for our company cannot be overstated."

Smartmatic is represented by J. Erik Connolly and Nicole E. Wrigley of Benesch, Friedlander, Coplan & Aronoff, LLP. Connolly and Wrigley are also lead counsel for Smartmatic in its defamation suit against Fox News and its anchors, and Sidney Powell and Rudy Giuliani.

For the 2020 US presidential election, Smartmatic provided election technology manufacturing, systems integration, software development and logistics only for Los Angeles County, California. The company did not provide any software, products or services to any other states or jurisdictions. Additional information about the lawsuits can be found here.

Read the full claim against OANN here

Read the full claim against Newsmax Media here

Click here for our Lawsuit Updates & Fact Checks page

## Related news

   

**Smartmatic Defeats Fox News Appeal of its Defamation Lawsuit in New York**

**NY Supreme Court Allows Smartmatic's Defamation Suit to Proceed to Discovery**

**Smartmatic Files Lawsuit Against Mike Lindell and My Pillow, Inc.**



© Smartmatic. All rights reserved