# EXHIBIT 1-B



# Resources

Professionals ▶

Services ▶

Type ▶

Start Date 📅

End Date 📅

Reset Search

## News

**Media Mentions | November 08, 2021**
J. Erik Connolly quoted in CNN Business | "Smartmatic is now suing Newsmax and OAN for 'disinformation campaign'"

**Media Mentions | November 08, 2021**
J. Erik Connolly Quoted in The Washington Times | "Voting technology firm Smartmatic sues Newsmax, OAN over 2020 election claims"

**Press Releases | November 05, 2021**
Benesch Named one of Chicago's Top Workplaces in 2021 by Chicago Tribune

**Media Mentions | November 05, 2021**
Mark J. Silberman quoted in Modern Healthcare | "Top 8 healthcare fraud cases related to COVID"

**Press Releases | November 05, 2021**
Rachel Winder Joins Ohio Chamber of Commerce Board of Directors

**Media Mentions | November 04, 2021**
J. Erik Connolly, Nicole E. Wrigley, Lauren C. Tortorella, Michael J. Barrie, Kate Harmon and Kathryn E. Clausing mentioned in Law360 |"Voting Tech Firm Smartmatic Sues OAN, Newsmax"

**Announcements | November 04, 2021**
Benesch named Law Firm of the Year in Transportation Law by Best Law Firm®/ U.S. News & World Report

**Press Releases | November 04, 2021**
Benesch Receives 58 National and Metropolitan Rankings for 2022 U.S. News - Best Lawyers® "Best Law Firms"

**Press Releases | November 04, 2021**
Capuzzi and Meluney Named Delaware Today Top Lawyers

**Media Mentions | November 03, 2021**
J. Erik Connolly Quoted in LA Times | "Voting software company sues Newsmax and OAN over false election reporting"

**Media Mentions | October 28, 2021**
J. Erik Connolly, Nicole E. Wrigley and Christopher J. Letkewicz mentioned in Law360 | "Lack Of Evidence Lets Vertiv Escape $100M TradeSecrets Suit"

**Media Mentions | October 27, 2021**
Mark J. Silberman quoted in Chicago Tribune | "University of Chicago Medicine plans 'micro-hospital' and outpatient center in northwest Indiana"

**Press Releases | October 26, 2021**
Kalpesh K. Shah, Katherine A. Smith and Samuel J. Ruggio mentioned in Law360 | "St. Jude Medical Wins Atty Fees In Catheter Method IP Suit"

**Media Mentions | October 26, 2021**
Scott Golin mentioned in Law360 | "Benesch Taps Firm Management Vet As Chief Of Strategy"

**Press Releases | October 21, 2021**
Law Firm Management Veteran Scott Golin to Lead Benesch Strategy

**Press Releases | October 19, 2021**
MPE Partners Announces Recapitalization of DecoArt

**Media Mentions | October 15, 2021**
J. Scott Humphrey featured in Crain's Roundtable Discussion | "Labor & Employment Law Strategies for Employers"

**Press Releases | October 14, 2021**
UCare Invests in Lifesprk

**Press Releases | October 13, 2021**

Benesch to Move San Francisco Office to 100 Pine Street

**Media Mentions | October 11, 2021**
Lauren E. Lipsyc and Nathan H. Boninger mentioned in Crain's Cleveland People on the Move

‹　1　…　36　37　38　…　101　›



Portfolio Media. Inc. | 111 West 19th Street, 5th floor | New York, NY 10011 | www.law360.com
Phone: +1 646 783 7100 | Fax: +1 646 783 7161 | customerservice@law360.com

## Voting Tech Firm Smartmatic Sues OAN, Newsmax

By **Khorri Atkinson**

Law360 (November 3, 2021, 7:34 PM EDT) -- Voting technology provider Smartmatic on Wednesday sued conservative media networks One America News Network and Newsmax Media Inc., accusing them of intentionally peddling election fraud conspiracy theories including unfounded claims that the firm's voting machines rigged votes in favor of President Joe Biden last year.

Represented by Benesch Friedlander Coplan & Aronoff LLP in separate defamation lawsuits, Smartmatic USA Corp. said the networks aired inaccurate reporting and conducted disinformation campaigns that claimed the company participated in a criminal conspiracy to rig and steal the 2020 U.S. election, undercutting their legal and ethical obligations. Smartmatic said the networks' actions have not only caused irreparable damage to the election technology firm's business but that they also contributed to an erosion of the public trust in the U.S. democratic process.

"Smartmatic is a victim of OANN's decision to increase its viewership and influence by spreading disinformation," the company said in its D.C. federal court complaint against the San Diego-based OAN.

While other news organizations informed their viewers that Biden and Vice President Kamala Harris had won the election, the complaint adds that OAN told its audience that the election had been stolen and that voting machines had switched votes cast for then-President Donald Trump to his Democratic rival.

"OANN knew it was not true. OANN had seen no evidence to support the assertion. But OANN chose to spread disinformation," the suit contends.

"The first time it happened could be a mistake. The second, third, fourth and fiftieth times it happened were intentional choices. OANN had every opportunity to do the right thing after the 2020 election for President and Vice President of the United States," Smartmatic said. "It could have reported the truth. Instead, OANN chose to do the wrong thing every time. It reported a lie."

Meanwhile, the case against the West Palm Beach, Florida-based Newsmax was lodged in Delaware Superior Court. According to that complaint, Newsmax allegedly "made the strategic decision to use disinformation about the 2020 U.S. election as a tool in its competition against Fox News," its main rival, which has a similarly politically conservative core audience.

Smartmatic claimed that Newsmax's ratings jumped to almost 10 times its preelection ratings following the election, arguing that the network knew it had no evidence to support what its anchors and guests had been saying about the company.

Representatives for the networks did not immediately reply to requests for comment on the suits on Wednesday.

Wednesday's complaints follow a similar defamation case that Smartmatic **slapped against** Fox News, several of its on-air personalities, and attorneys Rudy Giuliani and Sidney Powell in February. While Smartmatic is demanding $2.7 billion in that case, the company has not specified the monetary damages it's seeking from OAN and Newsmax.

However, Smartmatic alleged that the election conspiracy theories the networks peddled have cost the company $2 billion in value. Among other things, Smartmatic is seeking compensatory damages and actual, consequential and special damages in an amount to be determined at trial, as well as

attorney fees.

Smartmatic's suits echoed similar defamation claims made by voting machine company Dominion Voting Systems — which has also been the target of unfounded election conspiracy theories — over last year's presidential contest. Along with FOX, Newsmax and OAN, Dominion has also sued Giuliani, Powell, and MyPillow Inc. and its CEO Mike Lindell.

Smartmatic is represented by J. Erik Connolly, Nicole E. Wrigley, Lauren C. Tortorella, Emily Newhouse Dillingham, Michael J. Barrie, Kate Harmon and Kathryn E. Clausing of Benesch Friedlander Coplan & Aronoff LLP.

Counsel information for the defendants wasn't immediately available Wednesday.

The cases are Smartmatic USA Corp. et al. v. Herring Networks Inc., case number 1:21-cv-02900, in the U.S. District Court for the District of Columbia, and Smartmatic USA Corp. et al. v. Newsmax Media Inc., case number unknown, in the Superior Court of the State of Delaware.

--Editing by Steven Edelstone.

*Update: This article has been updated to include additional counsel information for Smartmatic.*

All Content © 2003-2021, Portfolio Media, Inc.