# EXHIBIT 1-F

| | |
|---|---|
| **From:** | Edwards, John |
| **Sent:** | Monday, October 9, 2023 2:32 PM |
| **To:** | Kovacs, Caitlin; Sullivan, Olivia |
| **Cc:** | Amattey, Amakie; Wilkes, Christopher; Golden, Meghan; Maldonado, Jacklyn; Myers, David; Flynn-DuPart, Mary Lou; Babcock, Chip; Trent McCotter; Butzer, Carl; Hamilton, Nancy; Neerman, Jonathan; Ceckowski, Lauren; Carlton, Emily; Brown, Lindsey Marsh; Walsh, Hannah; Blaesche, Minoo; Aston, Adam |
| **Subject:** | Smarmatic/OAN - Disclosure of Damages |
| **Attachments:** | 36642643_1_2022.11.03 - Smartmatic's Rule 26(a)(1) Disclosures.pdf |

Caitlin, we have requested on several occasions that Smartmatic identify the damages it is seeking against OAN with specificity.  Rule 26(a)(1)(iii) requires disclosure of the "computation" of each category of damages, including disclosure of the documents upon which the computation is based and materials bearing on the nature and extent of injuries suffered.  The attached disclosure regarding Section III, Computation of Damages, is grossly deficient -- Smartmatic has not provided information that satisfies the obligation to identify both its computation of damages and the documents upon which the computation relies.

Please let me know by <u>Wednesday, October 11</u> whether Smartmatic agrees to amend its response to Section V, Computation of Damages, to provide computations by category of damages and documents/materials required by Rule 26(a)(1)(iii) by this <u>Friday, October 13</u>.  If we cannot reach agreement on timing and scope of an appropriate response this week, we'll address this issue with Judge Nichols.

Thanks. - John


John K. Edwards | Partner
1401 McKinney Suite 1900 | Houston, TX | 77010
V: (713) 752-4319 | C:  (713) 553-7951 | F: (713) 308-4117
John Edwards - Houston Litigation Attorney - Jackson Walker (jw.com) | jedwards@jw.com

