# EXHIBIT 1-I



J. Erik Connolly
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Direct Dial: 312.624.6348
Fax: 312.767.9192
econnolly@beneschlaw.com

January 4, 2024

**VIA EMAIL**

Chip Babcock
John Edwards
Jackson Walker LLP
1401 McKinney Suite 1900
Houston, TX 77010
cbabcock@jw.com
jedwards@jw.com

      Re:    *Smartmatic USA Corp. et al. v. Herring Networks, Inc., d/b/a One America News Network ("OANN")*, Case No. 1:21-cv-02900-CJN (D.D.C.)

Dear Counsel:

      As you are aware, Smartmatic alleges in the Complaint that as a result of the disinformation campaign that OANN participated in, Smartmatic's business value declined in excess of $2 billion "based on [Smartmatic's] historical business and pipeline." Compl. ¶ 438. As you are also aware, Smartmatic alleges lost profits as a direct and proximate result of OANN's conduct. *See* Smartmatic's Initial Disclosures at Part III. In investigating and analyzing Smartmatic's damages, Smartmatic has been working to identify business opportunities impacted by the disinformation campaign. As you are likely aware, Smartmatic filed a lawsuit against Newsmax in the Superior Court of Delaware alleging, among other things, that Newsmax (similar to OANN) participated in a disinformation campaign in which it published false and defamatory statements that Smartmatic fixed and rigged the 2020 U.S. Election.

      Recently in that litigation, Smartmatic provided Newsmax an impacted lost opportunities Excel with respect to Smartmatic's international business opportunities in connection with disclosing Smartmatic's damages report. These are international opportunities that were negatively impacted (through being lost, at a lower probability of winning, or at reduced scope) as a direct and proximate result of the disinformation campaign. While Smartmatic believes that it has no obligation to provide OANN with this impacted international lost opportunities Excel until the disclosure of its damages report, we are attaching it with this correspondence as a professional courtesy and in the interest of full transparency.

      Smartmatic notes the following regarding the attached Excel:

(1) The first tab ("Lost Intl Opps (2021-2023)") sets forth the international opportunities that Smartmatic lost as a direct and proximate result of the disinformation campaign;

(2) The second tab sets forth prospective international opportunities ("Prosp Lost Intl Opps (2024-25)") (i.e., opportunities in 2024 and 2025) that Smartmatic has a lower chance of winning as a direct and proximate result of the disinformation campaign;

(3) The third tab ("Lost Intl Impact (2021-25)") and the fourth tab ("Props Intl Impact (2024-2025)") set forth in what year(s), Smartmatic would have earned part of or all of the revenue for a particular lost or prospective opportunity, respectively;

(4) The fifth tab ("Reduced Scope Opps (2021-2025)") sets forth opportunities that Smartmatic won but with a reduced scope in terms of equipment or services (e.g., fewer voting machines, fewer election services, etc.);

(5) The sixth tab sets forth in what year(s), Smartmatic would have earned part of or all of the revenue for a particular reduced scope opportunity;

(6) The impacted lost, prospective, and reduced scope opportunities bucket the "'[b]ut-for' likelihood of success" into the following categories: Above average ("AA"), Strong ("S"), or Very Strong ("VS"). A ranking of Above Average indicates that Smartmatic had a 50%–59% but-for chance of successfully winning the opportunity. A ranking of Strong indicates that Smartmatic had a 60%–79% but-for chance of successfully winning the opportunity. A ranking of Very Strong indicates that Smartmatic had an 80% or better but-for chance of successfully winning the opportunity. These categories were then assigned the following but-for probability: Above average (50%); Strong (60%); and Very Strong (80%).

(7) The impacted prospective and reduced scope opportunities bucket the "'current' likelihood of success" into the following categories: Very Low ("VL"), Low ("L") or Lost ("N"). For opportunities identified as Very Low, those are opportunities that Smartmatic has less than a 10% chance of successfully winning as a direct and proximate result of the disinformation campaign. For opportunities identified as Low, those are opportunities that Smartmatic has an 11–30% chance of successfully winning as a direct and proximate result of the disinformation campaign. For opportunities identified as Low, Smartmatic has applied a 30% probability and for opportunities identified as Very Low, Smartmatic has applied a 10% probability. For opportunities identified as Lost ("N"), these are opportunities that Smartmatic has a 0% chance of successfully winning as a direct and proximate result of the disinformation campaign. For opportunities identified as Lost ("N"), Smartmatic has applied a 0% probability;

(8) The impacted lost and prospective opportunities categorizes the contract status and how the disinformation campaign impacted a particular opportunity; and

Chip Babcock
John Edwards
January 4, 2024
Page 3

    (9)    The impacted lost international opportunities tab identifies seven "tagalong" opportunities, which are opportunities that Smartmatic would have very likely won if it had won the earlier identified opportunity and became the incumbent. For these tagalong opportunities – which are designated as "T" in the attached Excel – there is a notes column indicating the original opportunity to which each tagalong belongs.

Smartmatic further notes that it continues to seek lost profits related to the United States. The quantification of the full scope of those damages are the subject of expert review, analysis and discovery. Smartmatic's expert will include his/her discussion of the damages related to the United States, including the methodology for quantifying those damages, in his/her report when it is served.

    Sincerely,

    BENESCH, FRIEDLANDER,
      COPLAN & ARONOFF LLP

    J. Erik Connolly

JEC:cjl

Attachment