# EXHIBIT 1-O



Olivia E. Sullivan
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Direct Dial:  312.624.6415
Fax:  312.767.9192
osullivan@beneschlaw.com

August 15, 2023

**VIA EMAIL**

John Edwards
Jackson Walker LLP
1401 McKinney, Suite 1900
Houston, TX 77010

      Re:    *Smartmatic USA Corp., et al. v. Herring Networks, Inc., d/b/a One America News Network*, Case No. 1:21-cv-02900-CJN (D.D.C.)

Dear John:

We write in response to OANN's letter dated August 3, 2023 regarding search terms, custodians, and Smartmatic's document production.

## I.    CUSTODIANS

In your August 3 letter, you requested that Smartmatic add Salvador Javier Suarez and Joel Gustavo Rodriguez Garcia as custodians, given their alleged involvement in the 2022 Kenya election. As Smartmatic has stated numerous times, the election in Kenya is not relevant to the claims and defenses in this case. *See* Smartmatic's February 22 letter at 14, March 28 letter at 12, April 11 letter at 2, and April 27 letter at 10; Joint Notice of Unresolved Discovery Disputes, May 5, 2023, at 10-12. As such, there is no basis for adding Mr. Suarez or Mr. Garcia as custodians.

With regard to Brian Courtney and Freddy Gomez, the data collected from these individuals, to the extent it is even relevant, would be of the same topic sufficiently covered by another custodian. Mr. Courtney's potential data is covered by Samira Saba and Ernesto Parisca, and Mr. Gomez's potential data is covered by Eduardo Correia, Denver Morales, and James Long. OANN cited Newsmax's motion to compel as support for its request to add Mr. Gomez as a custodian here, but it should be noted that Mr. Gomez is not a Smartmatic custodian in Smartmatic's litigation with Newsmax. Again, all of the Smartmatic employees who are custodians in Smartmatic's litigation with Fox and Newsmax are already custodians in this case, as well.

Smartmatic confirms that Jose Gregorio Camargo Castellanos is one person. Smartmatic never believed that he was two separate people.

With regard to Exhibit A to OANN's letter, the lists of custodians are correct with the exception of one error. Arnold Atienza is not an agreed custodian in this matter. If OANN believes

John Edwards
August 15, 2023
Page 2

this is incorrect, please point us to a record where Smartmatic agreed to add this individual as a custodian in this case.

## II.     SEARCH TERMS

Smartmatic does not have additional counterproposals to the search terms Smartmatic rejected, as shown in the attachment to OANN's July 25 letter. Smartmatic has provided numerous counterproposals for these terms or made it clear that the parties were at an impasse on certain terms since April of this year. If OANN would like to make further proposals with regard to these search terms, Smartmatic is willing to consider them, but again, Smartmatic has already negotiated these terms at length and made it clear where the parties are at an impasse.

## III.    OANN INTERROGATORY NO. 4

In OANN's July 25 letter, OANN requested that Smartmatic amend its response to OANN's Interrogatory No. 4. Smartmatic confirms that it is not withholding any documents under the stated objections or confidentiality objections. As Smartmatic highlighted in its Reply In Support of its Motion for Protective Order, the parties already agreed that if they are withholding documents under the stated objections, they would notify the other party. Finally, on the issue of identifying documents responsive to Interrogatory No. 4, Smartmatic believes the parties need to meet and confer on this point. The parties previously discussed how to approach the identification of documents in response to Interrogatories, but the parties did not reach a final decision.

## IV.    DOCUMENT PRODUCTION

Smartmatic has only produced documents that have been deemed relevant in response to OANN's First Set of Requests for Production. Note that OANN sought the production of all documents Smartmatic produced in its litigations with Fox News, Newsmax, Michael Lindell, My Pillow and Sidney Powell ("Related Litigation"), to which Smartmatic agreed.

With regard to Spanish-language documents, to date, Smartmatic has only produced Spanish-language documents that were collected and produced in the Related Litigation. Smartmatic conducted the original collection of these documents using agreed-upon Spanish translations of the agreed-upon English terms. The parties in the Related Litigation agreed upon a narrowed list of search terms to run in Spanish. Smartmatic can provide OANN with the Spanish search terms used in the Related Litigation.

Regarding text message collection, Smartmatic is still in the process of collecting mobile data and intends to collect mobile data for all custodians to the extent those custodians have responsive text messages. Upon completion, Smartmatic can provide a list of custodians from which data was collected. Smartmatic is collecting mobile data based on the search terms agreed-upon with OANN.

Finally, with regard to a privilege log, Smartmatic has compiled a privilege log and will continue to add privileged documents to that log throughout the course of document production. The parties should meet and confer to discuss a schedule for the production of privilege logs since

John Edwards
August 15, 2023
Page 3

OANN has also not produced one to date and has not provided any indication of when it plans to do so.

>Very truly yours,
>
>BENESCH, FRIEDLANDER,
> COPLAN & ARONOFF LLP
>
>/s/ Olivia E. Sullivan
>
>Olivia E. Sullivan