# EXHIBIT 1-R

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>    Plaintiffs,<br><br>v.<br><br>HERRING NETWORKS, INC., d/b/a ONE AMERICA NEWS NETWORK,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No. 1:21-cv-02900-CJN<br><br><br><br><br><br><br>    Judge Carl J. Nichols |

### DEFENDANT'S THIRD SET OF INTERROGATORIES
### TO PLAINTIFF SGO CORPORATION LIMITED

TO:   Plaintiff SGO CORPORATION LIMITED, by and through its counsel of record J. Erik Connolly and Emily Newhouse Dillingham, BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP, 71 South Wacker Drive, Suite 1600, Chicago, IL 60606.

Defendant HERRING NETWORKS, INC. d/b/a ONE AMERICA NEWS NETWORK ("OAN" or "Defendant") requests that you respond to each of the following interrogatories in writing and serve such responses upon Defendant's attorneys within thirty (30) days after service of this Second Set of Interrogatories, as required, and in the form required by Rule 33 of the Federal Rules of Civil Procedure.

For each interrogatory, as well as your responses thereto, the following definitions and instructions shall apply:

1

# I.
# DEFINITIONS

The following terms shall have the meanings set forth below whenever used in any Request.

1. "2020 PRESIDENTIAL ELECTION" means and refers to the U.S. Presidential Election that occurred on November 3, 2020, and all voting (including mail-in voting) and related events occurring up to the certification of votes on January 6, 2021.

2. "SGO" means and refers to, collectively, Plaintiff SGO CORPORATION LIMITED and any owner, director, officer, employee, agent, trust, custodian, parent, subsidiary, affiliate, predecessor, successor, attorney, accountant, representative, or other person/s purporting to act on SGO's behalf.

3. "You" and "Your" means SGO.

4. "Document(s)" is defined to be synonymous in meaning and equal in scope to the usage of the term under Federal Rule of Civil Procedure 34.

5. "Person" means any natural person or any legal entity, including, without limitation, any business or governmental entity or association.

6. The present tense includes the past and future tenses. The singular includes the plural, and the plural includes the singular. "All" means "any and all," "any" means "any and all." "Including" means "including but not limited to." "And" and "or" encompass both "and" and "or." Words in the masculine, feminine or neutral form shall include each of the other gender.

## II.
## INSTRUCTIONS

1. Each Interrogatory and subpart thereof shall be answered separately and under oath. No Interrogatory shall be left blank. If the answer to any Interrogatory or subpart thereof is no, none, or unknown, such response should be written.

2. In answering You shall furnish all information available to You at the time of answering and shall supplement Your answers in accordance with the Federal Rules.

3. If You do not answer an Interrogatory, in whole or in part, because of a claim of privilege or the work product doctrine, state the following: (a) the nature of the privilege or reason for withholding which You contend applied; (b) the factual basis for Your assertion of privilege or the reason for withholding; (c) the type of document (e.g., letter, memorandum, email, etc.); (d) all authors and addressees; (e) all indicated and blind copies; (f) all Persons to whom the document was distributed, shown or explained; (g) the document's date; (h) a summary description of the document's subject matter; (i) the number of pages and attachments or appendices comprising the document; and (j) its present custodian.

4. In the event that any document requested to be identified by any Interrogatory has been destroyed or discarded, such document shall be identified by stating all of the information requested in subparagraphs (c) through (i) of Instruction 3 and, in addition, (k) its date of destruction or discard, manner of destruction or discard and reason for destruction or discard, (l) the Persons who authorized and carried out such destruction or discard, and (m) whether any copies of the document presently exist and, if so, the name of the custodian of each copy.

5. These Interrogatories are continuing in nature, up to and during the course of trial. If You obtain additional information that is responsive to these Interrogatories, You shall promptly supplement Your response to each such Interrogatory.

# III.
# INTERROGATORIES

**INTERROGATORY NO. 24:**
Identify, for each year from 2016 through the present, all bids You submitted to any domestic or foreign governmental entity, whether in response to a request for solicitation, request for proposal, request for bid, invitation to bid, or otherwise, where you were not selected as a winning bidder or contract awardee, and for each instance, identify the reason(s) provided to You for not being selected.

    **ANSWER:**

Dated: November 2, 2023                           By: */s/ Charles L. Babcock*

**JACKSON WALKER LLP**
Charles L. Babcock
(admitted *pro hac vice*)
Nancy W. Hamilton
(admitted *pro hac vice*)
John. K. Edwards
(admitted *pro hac vice*)
Joel R. Glover
(admitted *pro hac vice*)
Bethany Pickett Shah
(admitted *pro hac vice*)
William J. Stowe
(admitted *pro hac vice*)
1401 McKinney Suite 1900
Houston, TX 77010
Tel: (713) 752-4200
Fax: (713) 308-4110
cbabcock@jw.com
nhamilton@jw.com
jedwards@jw.com
jglover@jw.com
bpickett@jw.com
wstowe@jw.com

Jonathan D. Neerman
(D.D.C. *admission pending*)
D.C. Bar No. 90003393
Carl C. Butzer
(admitted *pro hac vice*)
Minoo Sobhani Blaesche
(admitted *pro hac vice*)
David C. Myers
(admitted *pro hac vice*)
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Tel: (214) 953-5664
Fax: (214) 661-6899
jneerman@jw.com
cbutzer@jw.com
mblaesche@jw.com
dmyers@jw.com

5

**BOYDEN GRAY & ASSOCIATES**
Trent McCotter
D.C. BAR NO. 1011329
801 17th St NW, #350
Washington, DC 20006
(202) 706-5488
mccotter@boydengrayassociates.com
*Counsel for Herring Networks, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of November, 2023, I served the foregoing document on the following counsel of record by electronic mail:

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
J. Erik Connolly
Nicole E. Wrigley
Michael E. Bloom
Lee B. Muench
Emily Newhouse Dillingham
Lauren C. Tortorella
Kathleen Watson Moss
James R. Bedell
Julie M. Loftus
Olivia Sullivan
Caitlin A. Kovacs
John W. Breig Jr.
Michael A. Vatis
Bruce R. Braun
econnolly@beneschlaw.com
nwrigley@beneschlaw.com
mbloom@beneschlaw.com
lmuench@beneschlaw.com
edillingham@beneschlaw.com
ltortorella@beneschlaw.com
kwatsonmoss@beneschlaw.com
jbedell@beneschlaw.com
jloftus@beneschlaw.com
osullivan@beneschlaw.com
ckovacs@beneschlaw.com
jbreig@beneschlaw.com
mvatis@beneschlaw.com
bbraun@sidley.com

*/s/ John K. Edwards*
John K. Edwards

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>  Plaintiffs,<br><br>v.<br><br>HERRING NETWORKS, INC., d/b/a ONE AMERICA NEWS NETWORK,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 1:21-cv-02900-CJN<br><br><br><br>Judge Carl J. Nichols |

**DEFENDANT'S THIRD SET OF INTERROGATORIES
TO PLAINTIFF SMARTMATIC INTERNATIONAL HOLDING B.V.**

TO:   Plaintiff SMARTMATIC INTERNATIONAL HOLDING B.V., by and through its counsel of record J. Erik Connolly and Emily Newhouse Dillingham, BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP, 71 South Wacker Drive, Suite 1600, Chicago, IL 60606.

Defendant HERRING NETWORKS, INC. d/b/a ONE AMERICA NEWS NETWORK ("OAN" or "Defendant") requests that you respond to each of the following interrogatories in writing and serve such responses upon Defendant's attorneys within thirty (30) days after service of this Second Set of Interrogatories, as required, and in the form required by Rule 33 of the Federal Rules of Civil Procedure.

For each interrogatory, as well as your responses thereto, the following definitions and instructions shall apply:

1

# I.
# **DEFINITIONS**

The following terms shall have the meanings set forth below whenever used in any Request.

1. "2020 PRESIDENTIAL ELECTION" means and refers to the U.S. Presidential Election that occurred on November 3, 2020, and all voting (including mail-in voting) and related events occurring up to the certification of votes on January 6, 2021.

2. "SMARTMATIC INTERNATIONAL" means and refers to, collectively, Plaintiff SMARTMATIC INTERNATIONAL HOLDING B.V. and any owner, director, officer, employee, agent, trust, custodian, parent, subsidiary, affiliate, predecessor, successor, attorney, accountant, representative, or other person/s purporting to act on SMARTMATIC INTERNATIONAL's behalf.

3. "You" and "Your" means SMARTMATIC INTERNATIONAL.

4. "Document(s)" is defined to be synonymous in meaning and equal in scope to the usage of the term under Federal Rule of Civil Procedure 34.

5. "Person" means any natural person or any legal entity, including, without limitation, any business or governmental entity or association.

6. The present tense includes the past and future tenses. The singular includes the plural, and the plural includes the singular. "All" means "any and all," "any" means "any and all." "Including" means "including but not limited to." "And" and "or" encompass both "and" and "or." Words in the masculine, feminine or neutral form shall include each of the other gender.

## II.
## **INSTRUCTIONS**

1. Each Interrogatory and subpart thereof shall be answered separately and under oath. No Interrogatory shall be left blank. If the answer to any Interrogatory or subpart thereof is no, none, or unknown, such response should be written.

2. In answering You shall furnish all information available to You at the time of answering and shall supplement Your answers in accordance with the Federal Rules.

3. If You do not answer an Interrogatory, in whole or in part, because of a claim of privilege or the work product doctrine, state the following: (a) the nature of the privilege or reason for withholding which You contend applied; (b) the factual basis for Your assertion of privilege or the reason for withholding; (c) the type of document (e.g., letter, memorandum, email, etc.); (d) all authors and addressees; (e) all indicated and blind copies; (f) all Persons to whom the document was distributed, shown or explained; (g) the document's date; (h) a summary description of the document's subject matter; (i) the number of pages and attachments or appendices comprising the document; and (j) its present custodian.

4. In the event that any document requested to be identified by any Interrogatory has been destroyed or discarded, such document shall be identified by stating all of the information requested in subparagraphs (c) through (i) of Instruction 3 and, in addition, (k) its date of destruction or discard, manner of destruction or discard and reason for destruction or discard, (l) the Persons who authorized and carried out such destruction or discard, and (m) whether any copies of the document presently exist and, if so, the name of the custodian of each copy.

5. These Interrogatories are continuing in nature, up to and during the course of trial. If You obtain additional information that is responsive to these Interrogatories, You shall promptly supplement Your response to each such Interrogatory.

## III.
## INTERROGATORIES

**INTERROGATORY NO. 24:**
Identify, for each year from 2016 through the present, all bids You submitted to any domestic or foreign governmental entity, whether in response to a request for solicitation, request for proposal, request for bid, invitation to bid, or otherwise, where you were not selected as a winning bidder or contract awardee, and for each instance, identify the reason(s) provided to You for not being selected.

    **ANSWER:**

| | |
|---|---|
| Dated: November 2, 2023 | By: */s/ Charles L. Babcock* |

**JACKSON WALKER LLP**
Charles L. Babcock
(admitted *pro hac vice*)
Nancy W. Hamilton
(admitted *pro hac vice*)
John. K. Edwards
(admitted *pro hac vice*)
Joel R. Glover
(admitted *pro hac vice*)
Bethany Pickett Shah
(admitted *pro hac vice*)
William J. Stowe
(admitted *pro hac vice*)
1401 McKinney Suite 1900
Houston, TX 77010
Tel: (713) 752-4200
Fax: (713) 308-4110
cbabcock@jw.com
nhamilton@jw.com
jedwards@jw.com
jglover@jw.com
bpickett@jw.com
wstowe@jw.com

Jonathan D. Neerman
(D.D.C. *admission pending*)
D.C. Bar No. 90003393
Carl C. Butzer
(admitted *pro hac vice*)
Minoo Sobhani Blaesche
(admitted *pro hac vice*)
David C. Myers
(admitted *pro hac vice*)
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Tel: (214) 953-5664
Fax: (214) 661-6899
jneerman@jw.com
cbutzer@jw.com
mblaesche@jw.com
dmyers@jw.com

**BOYDEN GRAY & ASSOCIATES**
Trent McCotter
D.C. BAR NO. 1011329
801 17th St NW, #350
Washington, DC 20006
(202) 706-5488
mccotter@boydengrayassociates.com
*Counsel for Herring Networks, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of November, 2023, I served the foregoing document on the following counsel of record by electronic mail:

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
J. Erik Connolly
Nicole E. Wrigley
Michael E. Bloom
Lee B. Muench
Emily Newhouse Dillingham
Lauren C. Tortorella
Kathleen Watson Moss
James R. Bedell
Julie M. Loftus
Olivia Sullivan
Caitlin A. Kovacs
John W. Breig Jr.
Michael A. Vatis
Bruce R. Braun
econnolly@beneschlaw.com
nwrigley@beneschlaw.com
mbloom@beneschlaw.com
lmuench@beneschlaw.com
edillingham@beneschlaw.com
ltortorella@beneschlaw.com
kwatsonmoss@beneschlaw.com
jbedell@beneschlaw.com
jloftus@beneschlaw.com
osullivan@beneschlaw.com
ckovacs@beneschlaw.com
jbreig@beneschlaw.com
mvatis@beneschlaw.com
bbraun@sidley.com                   */s/ John K. Edwards*
                                     John K. Edwards

6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br> Plaintiffs,<br><br>v.<br><br>HERRING NETWORKS, INC., d/b/a ONE AMERICA NEWS NETWORK,<br><br> Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 1:21-cv-02900-CJN<br><br>Judge Carl J. Nichols |

## DEFENDANT'S THIRD SET OF INTERROGATORIES
## TO PLAINTIFF SMARTMATIC USA CORP.

TO: Plaintiff SMARTMATIC USA CORP., by and through its counsel of record J. Erik Connolly and Emily Newhouse Dillingham, BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP, 71 South Wacker Drive, Suite 1600, Chicago, IL 60606.

Defendant HERRING NETWORKS, INC. d/b/a ONE AMERICA NEWS NETWORK ("OAN" or "Defendant") requests that you respond to each of the following interrogatories in writing and serve such responses upon Defendant's attorneys within thirty (30) days after service of this Second Set of Interrogatories, as required, and in the form required by Rule 33 of the Federal Rules of Civil Procedure.

For each interrogatory, as well as your responses thereto, the following definitions and instructions shall apply:

1

# I.
# **DEFINITIONS**

The following terms shall have the meanings set forth below whenever used in any Request.

1. "2020 PRESIDENTIAL ELECTION" means and refers to the U.S. Presidential Election that occurred on November 3, 2020, and all voting (including mail-in voting) and related events occurring up to the certification of votes on January 6, 2021.

2. "SMARTMATIC USA" means and refers to, collectively, Plaintiff SMARTMATIC USA CORP. and any owner, director, officer, employee, agent, trust, custodian, parent, subsidiary, affiliate, predecessor, successor, attorney, accountant, representative, or other person/s purporting to act on SMARTMATIC USA's behalf.

3. "You" and "Your" means SMARTMATIC USA.

4. "Document(s)" is defined to be synonymous in meaning and equal in scope to the usage of the term under Federal Rule of Civil Procedure 34.

5. "Person" means any natural person or any legal entity, including, without limitation, any business or governmental entity or association.

6. The present tense includes the past and future tenses. The singular includes the plural, and the plural includes the singular. "All" means "any and all," "any" means "any and all." "Including" means "including but not limited to." "And" and "or" encompass both "and" and "or." Words in the masculine, feminine or neutral form shall include each of the other gender.

# II.
# INSTRUCTIONS

1. Each Interrogatory and subpart thereof shall be answered separately and under oath. No Interrogatory shall be left blank. If the answer to any Interrogatory or subpart thereof is no, none, or unknown, such response should be written.

2. In answering You shall furnish all information available to You at the time of answering and shall supplement Your answers in accordance with the Federal Rules.

3. If You do not answer an Interrogatory, in whole or in part, because of a claim of privilege or the work product doctrine, state the following: (a) the nature of the privilege or reason for withholding which You contend applied; (b) the factual basis for Your assertion of privilege or the reason for withholding; (c) the type of document (e.g., letter, memorandum, email, etc.); (d) all authors and addressees; (e) all indicated and blind copies; (f) all Persons to whom the document was distributed, shown or explained; (g) the document's date; (h) a summary description of the document's subject matter; (i) the number of pages and attachments or appendices comprising the document; and (j) its present custodian.

4. In the event that any document requested to be identified by any Interrogatory has been destroyed or discarded, such document shall be identified by stating all of the information requested in subparagraphs (c) through (i) of Instruction 3 and, in addition, (k) its date of destruction or discard, manner of destruction or discard and reason for destruction or discard, (l) the Persons who authorized and carried out such destruction or discard, and (m) whether any copies of the document presently exist and, if so, the name of the custodian of each copy.

5. These Interrogatories are continuing in nature, up to and during the course of trial. If You obtain additional information that is responsive to these Interrogatories, You shall promptly supplement Your response to each such Interrogatory.

## III.
## INTERROGATORIES

**INTERROGATORY NO. 24:**

Identify, for each year from 2016 through the present, all bids You submitted to any domestic or foreign governmental entity, whether in response to a request for solicitation, request for proposal, request for bid, invitation to bid, or otherwise, where you were not selected as a winning bidder or contract awardee, and for each instance, identify the reason(s) provided to You for not being selected.

    **ANSWER:**

Dated: November 2, 2023

By: */s/ Charles L. Babcock*

**JACKSON WALKER LLP**
Charles L. Babcock
(admitted *pro hac vice*)
Nancy W. Hamilton
(admitted *pro hac vice*)
John. K. Edwards
(admitted *pro hac vice*)
Joel R. Glover
(admitted *pro hac vice*)
Bethany Pickett Shah
(admitted *pro hac vice*)
William J. Stowe
(admitted *pro hac vice*)
1401 McKinney Suite 1900
Houston, TX 77010
Tel: (713) 752-4200
Fax: (713) 308-4110
cbabcock@jw.com
nhamilton@jw.com
jedwards@jw.com
jglover@jw.com
bpickett@jw.com
wstowe@jw.com

Jonathan D. Neerman
(D.D.C. *admission pending*)
D.C. Bar No. 90003393
Carl C. Butzer
(admitted *pro hac vice*)
Minoo Sobhani Blaesche
(admitted *pro hac vice*)
David C. Myers
(admitted *pro hac vice*)
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Tel: (214) 953-5664
Fax: (214) 661-6899
jneerman@jw.com
cbutzer@jw.com
mblaesche@jw.com
dmyers@jw.com

5

**BOYDEN GRAY & ASSOCIATES**
Trent McCotter
D.C. BAR NO. 1011329
801 17th St NW, #350
Washington, DC 20006
(202) 706-5488
mccotter@boydengrayassociates.com
*Counsel for Herring Networks, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 2nd day of November, 2023, I served the foregoing document on the following counsel of record by electronic mail:

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
J. Erik Connolly
Nicole E. Wrigley
Michael E. Bloom
Lee B. Muench
Emily Newhouse Dillingham
Lauren C. Tortorella
Kathleen Watson Moss
James R. Bedell
Julie M. Loftus
Olivia Sullivan
Caitlin A. Kovacs
John W. Breig Jr.
Michael A. Vatis
Bruce R. Braun
econnolly@beneschlaw.com
nwrigley@beneschlaw.com
mbloom@beneschlaw.com
lmuench@beneschlaw.com
edillingham@beneschlaw.com
ltortorella@beneschlaw.com
kwatsonmoss@beneschlaw.com
jbedell@beneschlaw.com
jloftus@beneschlaw.com
osullivan@beneschlaw.com
ckovacs@beneschlaw.com
jbreig@beneschlaw.com
mvatis@beneschlaw.com
bbraun@sidley.com

                                               */s/ John K. Edwards*
                                               John K. Edwards