# EXHIBIT 1-Z



John K. Edwards
(713) 752-4319 (Direct Dial)
(713) 308-4117 (Direct Fax)
jedwards@jw.com

September 20, 2023

***Via Email***
Caitlin Kovacs, Esq. (ckovacs@beneschlaw.com)
Olivia Sullivan, Esq. (osullivan@beneschlaw.com)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606

Re: ***Smartmatic USA Corp., et al. v. Herring Networks, Inc., d/b/a One America News Network*, Case No. 1:21-cv-02900-CJN (D.D.C.)**

Dear Caitlin and Olivia:

I write to confer with you regarding certain deficiencies in Smartmatic's objections and responses to OAN's First Requests for Production. The Parties have conferred several times, but as outlined below, many improper objections and deficient responses still have not been remedied. Please respond by **Friday, September 22, 2023**. We also propose a meet and confer on **Wednesday, September 27, 2023 at 10 a.m.**

Improper "Omnibus" Responses

Smartmatic served "omnibus" responses on behalf of all three plaintiffs with respect to many requests for production. Those omnibus responses are improper as to RFP Nos. 56-59, 64-66, 83-87, and 98 because they specifically seek information about each or any of the defined "Smartmatic Entity(ies)". We expect *each* Plaintiff to produce responsive documents in response to these RFPs, particularly those related to damages claims. *See, e.g.*, *Sec. Indus. & Fin. Markets Ass'n v. U.S. Commodity Futures Trading Comm'n*, 67 F. Supp. 3d 373, 406–07 (D.D.C. 2014) (collecting cases, describing the general rule that corporations are treated as separate legal entities). Please produce, and identify by Bates number, all responsive documents for each Plaintiff entity.

Improperly Narrowed Timeframes

In its responses, Smartmatic unilaterally narrowed the relevant requested timeframe for many of OAN's requests for production. Despite further negotiation, Smartmatic continues to refuse to agree to reasonable timeframes for the RFPs identified below:

- RFP Nos. 5-6: OAN requested documents from 2018 to present, but Smartmatic agreed to produce documents only from 2020 to present. RFP No. 5 seeks documents regarding the Herring Guests from *January 1, 2018* to present. And RFP No. 6 seeks communications to, from, and/or between Smartmatic and any Person, including but not limited to Other Media Organizations and governmental entities and officials, regarding

the Herring Talent from *January 1, 2018* to present. The requested timeframe is relevant to pre-broadcast communications that may implicate the reputational interest of Smartmatic and any attempts to address public discussion of Smartmatic. Please produce, and identify by Bates number, all responsive documents for the period January 1, 2018 to the present.

- RFP Nos. 14, 18 & 74: Smartmatic inexplicably constrained the timeframe to 2018 to present. But OAN's requests sought documents from 2004 and 2005 to the present, respectively. RFP No. 14 seeks documents and communications relating to any agreements or contracts between Smartmatic and any foreign governmental entities and/or officials from 2004 to the present to provide voting machines, elections technology and/or services, including but not limited to the "more than 25 countries on five continents" in which Smartmatic Entities have conducted business, as alleged in Paragraph 24 of the Complaint. RFP No. 18 seeks documents and communications relating to any agreements between Smartmatic and any third party regarding inspections, maintenance, updates to software and/or hardware, imaging of drives, servers and/or data uploads or downloads related to any Smartmatic Entity's voting machines or software and related storage servers or devices used in elections in the United States or elsewhere (including Venezuela, the Philippines, and Kenya). RFP No. 74 seeks documents and communications reflecting any Smartmatic efforts to solicit contracts globally. These categories of documents—i.e., contracts and efforts to solicit them—are clearly relevant to Smartmatic's claim of reputational harm and damages. Please produce, and identify by Bates number, all responsive documents for the time periods reflected in these RFPs.

- RFP Nos. 85 & 96: OAN requested documents from 2004 to present, but Smartmatic only agreed to produce documents from 2011 and 2018 to present, respectively. RFP No. 85 seeks financial audits and documents and correspondence from accounting professionals concerning Smartmatic from 2004 to the present. RFP No. 96 seeks communications between Smartmatic and Dr. J. Alex Halderman concerning any Smartmatic or Dominion voting machines from 2004 to the present. Although these requests seek different categories of documents, both sets of relevant documents relate to Smartmatic's reputation, and the history of security flaws in Smartmatic or Dominion machines that predate 2018. Please produce responsive documents for the time periods reflected in these RFPs.

Clarification of Scope

Smartmatic's responses and objections to several requests require clarification about what the Parties' agreements to produce responsive documents are, including with respect to the requests below:

- RFP Nos. 8 & 9: These RFPs seek documents and communications regarding the formation of any Smartmatic Entity and corporate governance documents, respectively. In its response to these requests, Smartmatic agreed only to produce "organizational

---

charts." On February 9, 2023, OAN offered a counterproposal to Smartmatic's unilaterally narrowed response, which Smartmatic rejected on February 22, 2023. The Parties subsequently conferred on March 9, 2023. Please confirm that Smartmatic has produced, and or will produce, all responsive documents, identifying the Bates numbers.

- RFP Nos. 21 & 22: These RFPs seek documents and communications from governmental entities and officials, whether in the U.S. or elsewhere, including but not limited to the EAC, CISA, the Department of Defense, the DOJ, the U.S. Department of Treasury's Committee on Foreign Investment in the U.S., and the Department of Homeland Security from 2006 to the present, regarding any Smartmatic Entity and/or its voting machines, equipment, hardware, software, and/or servers. In separate correspondence dated February 9 and March 6, 2023, OAN proposed search queries for these RFPs, but Smartmatic continues to refuse to agree to many of them. Please produce, and identify by Bates number, all responsive documents for the time period requested by the RFPs, per the proposed search queries.

- RFF No. 25: This RFP seeks documents and communications relating to the certification, authentication, or validation, or lack thereof, of any Smartmatic Entity's voting machines, equipment, hardware, software, and/or servers by national, state, county, or local governmental agencies by private Persons, including but not limited to PriceWaterhouseCoopers LLP, SLI Global Solutions, SLI Compliance, and the Carter Center. Smartmatic appears to have stipulated piecemeal to agreements throughout the meet and confer process. In its RFP response, Smartmatic agreed to produce only: "(1) certification consultant reports issued by SLI Compliance in connection with VSAP; (2) the California Secretary of State's final certification of VSAP; and (3) transcripts of public hearings relating to the certification of VSAP, to the extent that they exist and can be located by a reasonable search." Then, in subsequent discovery conferences on February 22 and March 16, 2023, Smartmatic agreed to produce "all documents related to the Carter Center" and agreed to "search for and produce documents responsive to this request concerning PriceWaterhouseCoopers LLP," respectively. Please produce, and identify by Bates number, all responsive documents for the time period requested by the RFP.

The Parties have Reached an Impasse Over Certain RFPs

Please confirm that Smartmatic remains unwilling to produce documents in response to the following requests: RFP Nos. 10, 17, 23, 34-36, 39, 60, 65, 88, 91-93, 97, and 102. If so, we will move to compel.

Smartmatic's Unwarranted Claims of Confidentiality

In response to certain requests for production and in discovery correspondence, Smartmatic claims it refuses to produce certain documents and communications on the basis they are protected from disclosure under confidentiality or other agreements with third parties. Specifically,

---

Smartmatic appears to be withholding documents responsive to RFP Nos. 13, 17, 18, 19, 21-25, 31, 34, 37, 62, 67, and 82 because Smartmatic's agreements with Los Angeles County include non-disclosure clauses preventing production. Similarly, Smartmatic appears to be withholding documents responsive to RFP No. 81 because doing so is allegedly barred by settlement agreements resulting from previous Delaware litigation involving Smartmatic and Dominion.

At different times, Smartmatic has agreed to produce only some documents responsive to these requests. OAN's position remains that Smartmatic's concerns about the production of confidential documents are adequately addressed by the Protective Order *in this case*. OAN's understanding relative to these requests is that Smartmatic only agrees to produce those categories of documents from Los Angeles County as reflected in its March 14, 2023 correspondence. Please produce all documents responsive to these RFPs.

Other Deficient Responses

The requests identified below have been addressed in previous correspondence, but Smartmatic either has not agreed to amend its responses or the scope of the Parties' agreement remains unsettled. With no agreement from Smartmatic to amend its responses and produce responsive documents, OAN considers the Parties to be at an impasse and will move to compel Smartmatic to produce documents and communications accordingly.

- RFP No. 12. This RFP seeks documents and communications relating to the "strict ethics code" referenced in paragraph 339 of the Complaint. In response, Smartmatic agreed to "produce documents sufficient to identify Smartmatic's employee ethical code or guidelines." However, OAN's request seeks all documents and communications relating to the code of ethics that Smartmatic described in the Complaint. In fact, Smartmatic cites to two separate exhibits reporting the existence of its "strict ethics code," but appears unwilling to fully respond to this request. (*See* Complaint, Exs. 75, 77). It is insufficient for Smartmatic to produce only the "ethical code or guidelines" and even less so to only produce documents sufficient to identify the same. Please produce, and identify by Bates number, all responsive documents.

- RFP No. 19: This RFP seeks documents and communications relating to any Smartmatic Entity's involvement in the U.S. 2020 local, state, and federal elections, including but not limited to the audit trails referenced in Paragraph 233 of the Complaint. In response, Smartmatic agreed to produce "documents regarding post-election audits." However, Smartmatic's Complaint describes how "Smartmatic's election technology and software creates audit trails," and it is unclear from Smartmatic's response whether the "audit trails" it references in the Complaint only include post-election audits or include pre-election audits as well. (*See* Complaint, ¶ 233). In any event, OAN's request includes not only documents, but communications discussing these "audit trails." Please produce, and identify by Bates number, all responsive documents.

- RFP No. 20: This RFP seeks documents and communications relating to the VSAP 2.1 system, including but not limited to the certification of the same by California and the U.S. Election Assistance Commission, as referenced in Paragraphs 324 and 364 of the Complaint. Smartmatic's response only agreed to five categories of documents.[1] But Smartmatic's does not agree to produce communications regarding the development or certification process of the VSAP system. In fact, Smartmatic's response appears narrowly tailored to exclude certain documents and communications while selectively including specific categories of documents peripheral to the core of OAN's request. Please produce, and identify by Bates number, all responsive documents.

- RFP Nos. 24 & 25: These RFPs seek documents and communications relating to certification, authentication, or validation of Smartmatic technology. In response, Smartmatic agreed to produce only 3 categories of documents: "(1) certification consultant reports issued by SLI Compliance in connection with VSAP; (2) the California Secretary of State's final certification of VSAP; and (3) transcripts of public hearings relating to the certification of VSAP . . . ." But this does not include all requested documents or communications, including those related to certification. Please produce, and identify by Bates number, all responsive documents.

- RFP No. 33: This RFP seeks documents and communications related to the business relationship between Smartmatic and Sequoia. Smartmatic responded it will only produce contracts about the acquisition and divestment of Sequoia. But more than contracts are requested, including communications. Please produce, and identify by Bates number, all responsive documents.

- RFP No. 44: This RFP seeks documents and communications related to any breach of any Smartmatic Entity's voting software or hardware from the formation of any such Smartmatic Entity to the present. Smartmatic agreed to produce documents "regarding any security breach of Smartmatic's voting machines or software as utilized in any election," but Smartmatic does not agree to produce related communications as requested. The Parties conferred regarding whether Smartmatic's response excludes attempts by "white hat hackers" to breach Smartmatic systems, which would not necessarily be included in Smartmatic's unilaterally narrowed response. Although Smartmatic suggested in correspondence that its response to this request would "plainly encompass any breach accomplished by a white hat hacker," it does not appear that Smartmatic has produced responsive documents. We also insist that Smartmatic produce all documents and communications related to any breach ("security" or otherwise) of Smartmatic's voting machines or software *whether or not* they were used in an election. Please produce, and identify by Bates number, all responsive documents.

[1] "(1) documents and communications regarding any security-related post-election audits of the VSAP 2.1 system; (2) surveys or polls regarding Smartmatic's involvement or performance in Los Angeles County's VSAP initiative; (3) consultant reports issued by SLI Compliance in connection with VSAP 2.1; (4) the Secretary of State's final certification of VSAP 2.1; and (5) transcripts of public hearings relating to the certification of VSAP 2.1 . . . ."

---

- RFP No. 61. This RFP seeks communications between any Smartmatic Entity and the Other Media Organizations (as defined in OAN's requests) about any statement or publication alleged to be defamatory of any Smartmatic Entity from the formation of any Smartmatic Entity to the present, as well as (1) the identity of the Persons involved in the Communication(s), (2) the date of Communication(s), and (3) the substance of the Communication(s). Smartmatic's response only includes documents "sufficient to identify" communications, but even then only "regarding defamatory publications relating to Smartmatic's role in the 2020 Presidential Election . . . ."). Smartmatic's historical performance and reputation both domestically and internationally are at issue, as addressed at length in previous correspondence (including OAN's letters dated February 9 and April 24, 2023). This request seeks communications from the formation of any Smartmatic Entity to the present, and would therefore include communications discussing statements or publications allegedly defaming Smartmatic that occurred before the 2020 Presidential Election. Please produce, and identify by Bates number, all responsive documents.

- RFP No. 62: This RFP seeks documents and communications that demonstrate negative or critical thoughts, feedback, and/or concern about any Smartmatic Entity or any Smartmatic Entity's voting machines, equipment, hardware, software, and/or servers, from the formation of any Smartmatic Entity to the present. Smartmatic's response unilaterally narrowed the scope of documents to only those sufficient to identify "negative feedback or concerns expressed to Smartmatic regarding the accuracy, auditability, or reliability of the voting technology developed by Smartmatic for use in the 2020 Presidential Election . . . ." In subsequent correspondence on February 22, 2023, Smartmatic agreed to produce "documents or communications that demonstrate negative feedback or criticism expressed by any governmental entity or agency, any journalist or media entity, or any cybersecurity expert, related to Smartmatic's election services provided in the United States from 2018 to present." And after further compromise about the responsive timeframe, Smartmatic agreed to produce documents from January 1, 2016 to the present. Please produce, and identify by Bates number, all responsive documents.

- RFP No. 63. This RFP seeks documents sufficient to identify all sources of funding Smartmatic is using to pay costs, expenses, or fees of this case, including each entity or individual providing funds, contingency services, pro bono services, or litigation financing and the related oral or written agreements. Smartmatic amended its initial response on April 19, 2023, reiterated its boilerplate objections, and stated that it would "produce documents sufficient to identify all sources of funding Smartmatic is using to pay costs, expenses, or fees in this case . . . ." Smartmatic also answered that it "does not have any documents responsive to this request . . . ." Smartmatic further clarified in correspondence on April 27, 2023 that it should not be forced to produce future financing agreements. Yet Smartmatic has an ongoing obligation to supplement its discovery responses with responsive documents and information, including with

respect to this request. Please produce, and identify by Bates number, all responsive documents.

- RFP No. 72: This RFP seeks documents and communications concerning complaints or concerns about statements made regarding any Smartmatic Entities related to the U.S. 2020 local, state, and federal elections, including but not limited to retraction requests, responses to retraction requests, and any related communications. Smartmatic only agreed to produce documents and communications "regarding retraction requests or responses to retraction requests made by Smartmatic in connection with statements made about Smartmatic relating to the 2020 Presidential Election . . . ." Smartmatic's response is insufficient, and it also unilaterally narrows the scope from all U.S. 2020 elections to only the 2020 Presidential Election. Please produce, and identify by Bates number, all responsive documents.

- RFP No. 80: This RFP seeks communications using, and documents related to, social media platforms, including but not limited to Facebook, Twitter, Instagram, and YouTube concerning the removal of any posts, videos, or other content referencing any Smartmatic Entity in connection with U.S. elections from 2004 to the present, as well as elections in the Philippines, Venezuela, and Kenya from 2004 to the present. Smartmatic's response unilaterally narrowed the timeframe to only the 2020 Presidential Election and omitted documents related to elections in the Philippines, Venezuela, and Kenya, which were specifically requested. OAN reiterates its position that documents and information relating to Smartmatic's performance in elections before the 2020 Presidential Election, including in foreign jurisdictions, are highly relevant and discoverable. Please produce, and identify by Bates number, all responsive documents.

- RFP No. 81: This RFP seeks documents and communications concerning the relationship between any Smartmatic Entity and any Dominion Entity, including but not limited to oral agreements, written contracts, licensing agreements, noncompete agreements, non-solicitation agreements, cooperation agreements, common-interest agreements, joint defense agreements, settlement agreements, and any other form of agreement. In response, Smartmatic only agreed to produce three categories of documents and communications: "(1) sales or licensing agreements between Smartmatic and Dominion; (2) any use by Dominion of voting-technology software owned by Smartmatic; and (3) any use by Smartmatic of voting technology software owned by Dominion . . . ." Smartmatic also unilaterally narrowed the timeframe for these documents to January 1, 2018 to present. Then, on February 22, 2023, Smartmatic represented that no joint defense, common interest, or cooperation agreements exist between Smartmatic and Dominion, and that it is unwilling to produce the settlement agreements that exist between various Smartmatic and Dominion entities. Those settlement agreements can be marked appropriately under the Protective Order in this case, and so any confidentiality objection is unwarranted. Please produce, and identify by Bates number, all responsive documents.

---

- RFP No. 101: This RFP seeks documents and communications related to work by any public relations professional on behalf of any Smartmatic Entity from that Smartmatic Entity's inception to the present. Smartmatic agreed to produce documents and communications after the 2020 Presidential Election. As with many other unilaterally narrowed responses, Smartmatic's response is insufficient because it does not agree to produce responsive documents and communications regarding work performed by public relations professionals on behalf of Smartmatic *before* the 2020 Presidential Election. OAN is entitled to responsive documents pre-dating the 2020 election because it relates to causation and damages. Please produce, and identify by Bates number, all responsive documents.

Please respond to the deficiencies raised above by Friday, September 22, 2023, and provide available dates for a meet and confer to occur by Wednesday, September 27, 2023.

Sincerely,

John K. Edwards