# EXHIBIT 1-AA

| | |
|---|---|
| **From:** | Edwards, John |
| **Sent:** | Wednesday, October 18, 2023 4:26 PM |
| **To:** | Kovacs, Caitlin; Wilkes, Christopher; Sullivan, Olivia |
| **Cc:** | Amattey, Amakie; Wertheimer, Nancy; Maldonado, Jacklyn; Butzer, Carl; Blaesche, Minoo; Shah, Bethany; Emery, Tori; Walsh, Hannah; Carlton, Emily; Trent McCotter; Vitale, Christina; Myers, David; Stowe, William |
| **Subject:** | RE: SM/OAN - Deposition Dates |
| **Attachments:** | Deposition Notice - Antonio Mugica(37731859.1).pdf; Deposition Notice - Brian Courtney(37731556.1).pdf; Deposition Notice - Eduardo Correia(37731720.1).pdf; Deposition Notice - Edwin Smith(37731404.1).pdf; Deposition Notice - Fernando Hernandez(37731775.1).pdf; Deposition Notice - James Long(37731974.1).pdf; Deposition Notice - Pedro Mugica(37731687.1).pdf; Deposition Notice - Robert (Bob) Cook(37730647.1).pdf; Deposition Notice - Roger Pinate(37730754.1).pdf; Deposition Notice - Roger Vincent Pinate(37731935.1).pdf; Deposition Notice - Samira Saba(37731334.1).pdf |

Caitlin, absent an order granting Smartmatic's motion seeking emergency relief to quash the attached deposition notices that was filed on October 12th, please confirm by 5pm ct on Friday, October 20th that Mr. Cook (10/24) and Mr. Pinate (10/25) will be presented for deposition as noticed next week.

Thanks. - John

---

**From:** Edwards, John
**Sent:** Friday, October 6, 2023 5:53 PM
**To:** 'Kovacs, Caitlin' <CKovacs@beneschlaw.com>; Wilkes, Christopher <CWilkes@beneschlaw.com>; Sullivan, Olivia <OSullivan@beneschlaw.com>
**Cc:** Amattey, Amakie <AAmattey@beneschlaw.com>; Wertheimer, Nancy <NWertheimer@beneschlaw.com>; Maldonado, Jacklyn <JMaldonado@beneschlaw.com>; Butzer, Carl <cbutzer@jw.com>; Blaesche, Minoo <mblaesche@jw.com>; Shah, Bethany <bpickett@jw.com>; Emery, Tori <temery@jw.com>; Walsh, Hannah <hwalsh@jw.com>; Carlton, Emily <erhine@jw.com>; Trent McCotter <mccotter@boydengrayassociates.com>; Vitale, Christina <cvitale@jw.com>; Myers, David <dmyers@jw.com>; Stowe, William <wstowe@jw.com>
**Subject:** RE: SM/OAN - Deposition Dates

Caitlin, we must decline the invitation to violate a court order by scheduling depositions beyond the discovery deadline of December 8, 2023 set by Judge Nichols, which has not been extended.  Attached are deposition notices for the weeks we requested to ensure the depositions occur before the court-ordered deadline, reflecting the locations you have requested.

I'll write separately to address Mr. Shelly's deposition.

Thanks. - John

---

**From:** Kovacs, Caitlin <CKovacs@beneschlaw.com>
**Sent:** Friday, October 6, 2023 3:51 PM
**To:** Edwards, John <jedwards@jw.com>; Wilkes, Christopher <CWilkes@beneschlaw.com>; Sullivan, Olivia <OSullivan@beneschlaw.com>

**Cc:** Amattey, Amakie <AAmattey@beneschlaw.com>; Wertheimer, Nancy <NWertheimer@beneschlaw.com>; Maldonado, Jacklyn <JMaldonado@beneschlaw.com>; Butzer, Carl <cbutzer@jw.com>; Blaesche, Minoo <mblaesche@jw.com>; Shah, Bethany <bpickett@jw.com>; Emery, Tori <temery@jw.com>; Walsh, Hannah <hwalsh@jw.com>; Carlton, Emily <erhine@jw.com>; Trent McCotter <mccotter@boydengrayassociates.com>; Vitale, Christina <cvitale@jw.com>; Myers, David <dmyers@jw.com>; Stowe, William <wstowe@jw.com>
**Subject:** RE: SM/OAN - Deposition Dates

**RECEIVED FROM EXTERNAL SENDER – USE CAUTION**

John,

We write to provide dates for the witnesses OANN has requested. Those dates are below, along with the locations in which those witnesses can be made available. The dates are in January and February, in accordance with Smartmatic's pending motion requesting that depositions be scheduled to begin in January. For those witnesses who can appear in Chicago, we are happy to host the depositions at our offices.

| Witness | Available Dates | Location |
|---|---|---|
| Robert (Bob) Cook | January 9, 10, or 11 | Boca, Raton FL |
| Edwin Smith | January 9, 10, 11, or 12 | Chicago, IL |
| James Long | January 9, 10, 11, or 12 | Chicago, IL |
| Brian Courtney | January 16, 17, or 18 | Boca Raton, FL |
| Eduardo Correia | January 23, 24, 25, or 26 | Chicago, IL |
| Fernando Hernandez | January 23, 24, 25, or 26 | Chicago, IL |
| Samira Saba | January 30, 31, February 1, 2 | Chicago, IL |
| Pedro Mugica | January 30, 31, February 1, 2 | Chicago, IL |
| Roger Piñate | February 6, 7, 8, or 9 | Chicago, IL |
| Antonio Mugica | February 13, 14, 15, or 16 | Chicago, IL |

You also requested the depositions of Roger Vincent Piñate and Kevin Shelly. We are working on dates for Mr. Piñate and will provide them as soon as we can. Mr. Shelly has unfortunately been diagnosed with a serious medical condition and is undergoing treatment. He is not available in the foreseeable future. Should he become available, we will let you know.

Please let me know which dates you would like our witnesses to hold on their calendars.

Best,
Caitlin



vCard

Caitlin A. Kovacs
(she/her/hers)
Partner | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6392 | m: 614.804.0562
CKovacs@beneschlaw.com | www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** Edwards, John <jedwards@jw.com>
**Sent:** Wednesday, October 4, 2023 1:08 PM
**To:** Kovacs, Caitlin <CKovacs@beneschlaw.com>; Wilkes, Christopher <CWilkes@beneschlaw.com>; Sullivan, Olivia <OSullivan@beneschlaw.com>
**Cc:** Amattey, Amakie <AAmattey@beneschlaw.com>; Wertheimer, Nancy <NWertheimer@beneschlaw.com>; Maldonado, Jacklyn <JMaldonado@beneschlaw.com>; Butzer, Carl <cbutzer@jw.com>; Blaesche, Minoo <mblaesche@jw.com>; Shah, Bethany <bpickett@jw.com>; Emery, Tori <temery@jw.com>; Walsh, Hannah <hwalsh@jw.com>; Carlton, Emily <erhine@jw.com>; Trent McCotter <mccotter@boydengrayassociates.com>; Vitale, Christina <cvitale@jw.com>; Myers, David <dmyers@jw.com>; Stowe, William <wstowe@jw.com>
**Subject:** SM/OAN - Deposition Dates

Caitlin, while we understand your position that depositions should not proceed at this time, you understand that we disagree with that position for several reasons, including the December 8, 2023 fact discovery deadline.  We request deposition dates for the following Smartmatic employees in the order stated below during the weeks specified.  If available dates are not provided by this Friday, October 6, we will notice the depositions during the periods noted below at our office in Houston, Texas.  We are happy to discuss alternative locations, and please indicate in your response whether any individual listed is no longer employed by Smartmatic.  Thanks. - John

1. Robert (Bob) Cook        Week of Oct. 23
2. Roger Pinate            Week of Oct. 23
3. Samira Saba             Week of Oct. 30
4. Edwin Smith             Week of Oct. 30
5. Brian Courtney          Week of Oct. 30
6. Kevin Shelly            Week of Nov. 6
7. Pedro Mugica            Week of Nov. 6
8. Eduardo Correia         Week of Nov. 6
9. Fernando Hernandez      Week of Nov. 13
10. Antonio Mugica         Week of Nov. 13
11. Roger Vincent Pinate    Week of Nov. 13
12. James Long             Week of Nov. 20

**John K. Edwards | Partner**
1401 McKinney Suite 1900 | Houston, TX | 77010
V: (713) 752-4319 | C:  (713) 553-7951 | F: (713) 308-4117
John Edwards - Houston Litigation Attorney - Jackson Walker (jw.com)| jedwards@jw.com

