# EXHIBIT 1-BB

| | |
|---|---|
| **From:** | Edwards, John |
| **Sent:** | Friday, November 17, 2023 11:32 AM |
| **To:** | Kovacs, Caitlin; Sullivan, Olivia |
| **Cc:** | Amattey, Amakie; Wilkes, Christopher; Golden, Meghan; Maldonado, Jacklyn; Trent McCotter; Babcock, Chip; Butzer, Carl; Neerman, Jonathan; Blaesche, Minoo; Myers, David |
| **Subject:** | Smartmatic/OAN - Deposition Dates |

Caitlin, please provide deposition dates for the following individuals (we request dates prior to December 8th):

Marta Blanco
Francisco Campos
Juan Jose Garcia
Jesus Gil (Ortega Garcia)
Peter Jones
Peter Neffenger
Andres Rombola

Thanks. - John


John K. Edwards | Partner
1401 McKinney Suite 1900 | Houston, TX | 77010
V: (713) 752-4319 | C:  (713) 553-7951 | F: (713) 308-4117
John Edwards - Houston Litigation Attorney - Jackson Walker (jw.com)| jedwards@jw.com



1