# EXHIBIT 1-CC

# 50 STATES OF NEED

## How We Can Fully Fund Our State and Local Election Infrastructure



**MORE THAN $50 BILLION IS NEEDED OVER 10 YEARS** TO FUND ELECTION ADMINISTRATION AND OPERATIONS, CYBERSECURITY, REPLACE VOTING MACHINES, UPDATE VOTER REGISTRATION SYSTEMS, AND STRENGTHEN POST-ELECTION AUDITS.

ModernizeOurElections.org



ELECTION INFRASTRUCTURE INITIATIVE

# Introduction

In 2020, election officials delivered a safe, secure and accessible election during the COVID-19 pandemic with the largest turnout in more than a century. The nonpartisan nonprofit, Center for Tech and Civic Life, supported this work by administering nearly $350 million in philanthropic grants to support election administrators across the country.

The COVID-19 Grant Response Program supported nearly 2,500 election jurisdictions in 49 states, representing 60 percent of eligible voters. In conversations with many of these local election officials during and after the 2020 election, it became clear that the unprecedented level of philanthropic funding and federal investment of $400 million through the CARES Act was essential for the success of the 2020 election, but that much deeper public investments over the long haul are needed to modernize our systems and ensure safe, secure and accessible elections nationwide.

This report highlights our nation's most critical election infrastructure needs and is based on the lessons learned during the 2020 election. We estimate it will cost $53 billion over 10 years to fully modernize our election infrastructure. On page 8, you will find a breakdown by state, with costs broken down into five mission-critical areas: election administration and operations, voting machines, voter registration systems, post-election oversight, and cybersecurity.

Election administration is one of this country's most decentralized tasks. More than 10,000 jurisdictions, nearly all at the county or city level, manage our country's elections. Each jurisdiction is responsible for funding its own election infrastructure. And dangerously for our democracy, that funding has not kept up with the deep and accelerating needs posed by cybersecurity threats, physical threats to election staff, and the growing need to provide voting options across different modalities, including in-person on election day, mail voting, and early voting.

According to a [recent report](#) from Massachusetts Institute of Technology (MIT),

> **[THE] CURRENT LEVEL OF SPENDING PUTS ELECTIONS AT NEAR THE BOTTOM OF SPENDING FOR PUBLIC SERVICES, RANKING AT APPROXIMATELY THE SAME LEVELS AS SPENDING BY LOCAL GOVERNMENTS TO MAINTAIN PARKING FACILITIES.**

With deep and consistent federal funding, election departments will be able to make urgently-needed modernizations, including:

- Patching critical cybersecurity vulnerabilities
- Replacing outdated voting machines
- Upgrading voter registration databases and websites
- Investing in election management equipment, including ballot sorters, envelope openers and stuffers, and ballot verification technology
- Upgrading local election management systems, including software
- Investing in physical infrastructure (including real estate) to ensure secure facilities for storage of election equipment and materials
- Bolstering systems to execute election audits
- Hiring the staffing required to manage these systems and otherwise oversee safe, secure and user-friendly elections

The role of federal funding in ensuring a secure election cannot be overstated. Physical threats to election staff have unfortunately surged since the 2020 election. Meanwhile, cybersecurity threats loom, especially as a wave of ransomware attacks has hit the corporate sector. A security failure—whether it involves physical security or cybersecurity—poses a serious risk that can undermine voter confidence in our system of government.

The Department of Homeland Security in 2017 officially designated election infrastructure as "part of the existing Government Facilities critical infrastructure

sector."[1] DHS noted that election infrastructure "is vital to our national interests, and cyberattacks on this country are becoming more sophisticated, and bad cyber actors—ranging from nation-states, cybercriminals and hacktivists—are becoming more sophisticated and dangerous."

Elections infrastructure, just like new roads or bridges, needs upfront investment but it also requires regular, ongoing maintenance—especially in today's world where so much technology is sold as a service. Some of the jurisdictions that received grants in 2020 for example used them to purchase equipment such as mail sorting machines, printers, laptops, high-speed scanners, and cargo vans. All of this equipment has ongoing support costs, to say nothing of the technology that needs maintenance and regular software updates.

> **[ELECTION INFRASTRUCTURE] IS VITAL TO OUR NATIONAL INTERESTS,** AND CYBERATTACKS ON THIS COUNTRY ARE BECOMING MORE SOPHISTICATED, AND BAD CYBER ACTORS—RANGING FROM NATION-STATES, CYBERCRIMINALS AND HACKTIVISTS— ARE BECOMING MORE SOPHISTICATED AND DANGEROUS.
>
> DEPARTMENT OF HOMELAND SECURITY

Meanwhile, while the needs continue to grow, the reality is that state investment in local elections infrastructure has been limited and sometimes comes with additional mandates that are not fully funded.

This report provides a roadmap for the federal government to play its part in ensuring election infrastructure is fully funded. Unfortunately, federal funding has been very erratic. In 2018 and 2020, Congress appropriated $380 million and $425 million respectively in Help America Vote Act (HAVA) Election Security Funds. It also allocated an additional $400 million in emergency 2020 election support funding through the CARES Act. Prior to those grants, Congress had not allocated any HAVA funding since 2010. Local election officials are best able

---

[1] Homeland Security: Cybersecurity and Infrastructure Security Agency "Election Infrastructure Subsector-Specific Plan". Pg. iv.

to be successful when they know with certainty what their funding looks like over time rather than having to guess from year to year.

In the absence of stable and regular federal funding, local election officials cannot build budgets with a plan over time to improve the equipment that they have, nor can they combine technical assistance, budgeting, and planning with equipment improvements to build a more secure and voter-focused office.

Many lessons that can improve election administration were learned during the 2020 COVID-19 Grant Response Program. One critical learning: empower local election officials with funding and then get out of the way. Another lesson: It is time to shift funding strategies and move significantly more money directly to local jurisdictions, not just sending money to state election offices and thinking that the mission is accomplished.

State government clearly has a role to play in setting the rules for elections and training local election officials in how to follow those rules. It also builds and maintains statewide voter registration databases. This role should not come at the expense of local election departments, especially when it comes to funding. Elections are ultimately run at the local level. The needs and challenges are highly localized, and federal funding should reflect that.

Funding could not come at a more critical time. [According to one recent study](#), as many as a quarter of local election officials in some of the nation's largest voting jurisdictions are planning to retire before the 2024 election. Funding can help with staffing and training to manage and maintain our election systems just as election jurisdictions grapple with a wave of potential retirements and loss of institutional knowledge.

# Needs
## Overview

### ELECTION ADMINISTRATION AND OPERATIONS

The cost of an election includes the personnel, equipment, and supplies needed to administer an election. These costs have been increasing over the past 10 years in states as the complexity and demands on election officials have also grown. At the same time, resources available for elections have been constrained by state and local budgets which have caused election officials to limit their office's role and services to voters. As the Cybersecurity Infrastructure Security Agency explains, "There is widespread agreement among election officials that more resources—and, importantly, more sustained resources—are needed." The cost estimate for election administration and operations provided here is based on research that examines election costs as reported through accounting by state and local elections jurisdictions.[2,3]

### ANTIQUATED VOTING MACHINE REPLACEMENT

In 2019, the Brennan Center for Justice estimated that the cost to replace voting machines which are currently over a decade old would approximately be $734 million. This need is particularly urgent for those precincts using paperless Direct Recording Electronic voting machines (DREs) and, while a few states have since replaced these machines, most of this equipment will reach the end of their life-cycle over the next 10 years. Additionally, while this cost estimate was based on the price of voting machines at the time, jurisdictions should expect this cost to rise as both the requirements and demands on voting machines evolve as well.[4]

### STATEWIDE VOTER REGISTRATION SYSTEMS MODERNIZATION

Statewide Voter Registration Systems (SVRS) implemented after the passage of HAVA in 2002 are struggling to maintain their reliability and security as new

---

[2] Election Administration Spending in Local Election Jurisdictions: Results from a Nationwide Data Collection Project." with Zachary Mohr, Martha Kropf, Mary Jo Shepherd, and Madison Esterle.

[3] California Association of Clerks and Election Officials, "Cost Study Data 2020". https://www.caceo58.org

[4] Brennan Center for Justice at NYU School of Law. "What does Election Security Cost?" August, 15, 2019.

demands and threats now face these systems. SVRS are critical for both the performance of every aspect of an election as well as the security of voters information from external threats. States are understandably reluctant to provide a public accounting of the issues facing their SVRS so there is no known available record of which states will need a full-scale replacement of their current system. That being said, most election experts agree that the evidence points towards the need for significant change in order to bolster SVRS throughout the country.[5,6]

### CONFIRMING THE ACCURACY OF RESULTS

Post-election audits verify that the voting equipment used to count ballots during an election are also able to properly count a sample of voted ballots. There is significant variation in how post-election audits are conducted; however, they serve the purpose of identifying errors, glitches, or compromised systems. Risk-limiting audits (RLAs), which are recommended by many election experts, is an efficient way to conduct a post-election audit while also gathering statistical evidence that confirms the winner of the contest. RLAs have a high probability of correcting the outcome of an election if it is wrong.[7] While upgrades to existing election infrastructure are required for audits to be possible (e.g. paperless DREs need to be replaced), Dr. J. Alex Halderman, Professor of Computer Science and Engineering at the University of Michigan, offered testimony to the U.S. House Appropriations Subcommittee on Financial Service and General Government that estimated the cost of implementing RLAs nationwide at $25 million per year on average.

### CYBERSECURITY IMPROVEMENTS AND MAINTENANCE

Following the 2016 Illinois' Voter Registration System infiltration by Russian hackers, the state began to take actions to establish a more secure election system in preparation for their next elections. To aid in other states' cybersecurity planning, the state has shared details about their program to provide a blueprint for planning and cost estimation purposes. The Cyber Navigator Program has

---

[5] The Pew Center on the States. "Inaccurate, Costly, and Inefficient: Evidence That America's Voter Registration System Needs an Upgrade". 2012. Pg. 1

[6] U.S. Senate Select Committee on Intelligence. "Russian Targeting of Election Infrastructure During the 2016 Election: Summary of Initial Findings and Recommendations."

[7] U.S. Election Assistance Commission. "Risk Limiting Audits - Practical Application". Jerome Lovato, June, 25, 2018.

three principal components which would be important to invest in for all states: 1) Illinois Century Network Upgrade and Expansion; 2) Cybersecurity Information Sharing; and 3) Cyber Navigators. The program had a total budget of close to $14 million and was to be completed over a 5-year time period. Using Illinois' costs as a guidepost, we developed this cost estimate for states over the next 10 years.[8]

---

[8] Election Assistance Commission. 2018 HAVA Election Security Grants: Illinois. Submitted by Steven S. Sandvoss, Executive Director, State Board of Elections. Accessed on April 30, 2021.

# Breakdown By State

| State | Election Administration and Operations | Antiquated Voting Machine Replacement | Statewide Voter Registration Systems Modernization | Confirming the Accuracy of Results | Cybersecurity Improvements and Maintenance | Totals |
|---|---|---|---|---|---|---|
| **ALABAMA** | $ 834,025,865 | $ 12,115,318 | $ 15,307,198 | $ 4,126,471 | $ 16,143,655 | $ 881,718,507 |
| **ALASKA** | $ 385,013,557 | $ 5,592,826 | $ 7,066,302 | $ 1,904,914 | $ 7,452,438 | $ 407,030,038 |
| **ARIZONA** | $ 995,421,395 | $ 14,459,800 | $ 18,269,353 | $ 4,925,000 | $ 19,267,675 | $ 1,052,343,223 |
| **ARKANSAS** | $ 605,630,689 | $ 8,797,579 | $ 11,115,374 | $ 2,996,451 | $ 11,722,769 | $ 640,262,862 |
| **CALIFORNIA** | $ 3,571,958,164 | $ 1,044,000,000 | $ 92,200,000 | $ 30,000,000 | $ 117,366,551 | $ 4,855,524,715 |
| **COLORADO** | $ 858,769,146 | $ 12,474,747 | $ 15,761,321 | $ 4,248,892 | $ 16,622,593 | $ 907,876,700 |
| **CONNECTICUT** | $ 693,111,288 | $ 10,068,350 | $ 15,761,321 | $ 3,429,274 | $ 13,416,070 | $ 735,786,303 |
| **DELAWARE** | $ 385,013,557 | $ 5,592,826 | $ 7,066,302 | $ 1,904,914 | $ 7,452,438 | $ 407,030,038 |
| **DISTRICT OF COLUMBIA** | $ 385,013,557 | $ 5,592,826 | $ 7,066,302 | $ 1,904,914 | $ 7,452,438 | $ 407,030,038 |
| **FLORIDA** | $ 2,599,335,997 | $ 37,758,761 | $ 47,706,616 | $ 12,860,613 | $ 50,313,528 | $ 2,747,975,516 |
| **GEORGIA** | $ 1,374,388,932 | $ 90,000,000 | $ 25,224,690 | $ 6,800,000 | $ 26,603,085 | $ 1,523,016,707 |
| **HAWAII** | $ 423,912,889 | $ 6,157,890 | $ 7,780,237 | $ 2,097,374 | $ 8,205,385 | $ 448,153,775 |
| **IDAHO** | $ 436,897,471 | $ 6,346,508 | $ 8,018,548 | $ 2,161,617 | $ 8,456,719 | $ 461,880,863 |
| **ILLINOIS** | $ 1,792,378,895 | $ 26,036,652 | $ 32,896,221 | $ 8,868,069 | $ 34,693,824 | $ 1,894,873,662 |
| **INDIANA** | $ 1,028,449,497 | $ 14,939,576 | $ 18,875,530 | $ 5,088,412 | $ 19,906,977 | $ 1,087,259,993 |
| **IOWA** | $ 623,663,569 | $ 9,059,530 | $ 11,446,338 | $ 3,085,671 | $ 12,071,819 | $ 659,326,928 |
| **KANSAS** | $ 593,241,723 | $ 8,617,613 | $ 10,887,994 | $ 2,935,154 | $ 11,482,965 | $ 627,165,450 |
| **KENTUCKY** | $ 781,585,350 | $ 11,353,551 | $ 14,344,737 | $ 3,867,013 | $ 15,128,601 | $ 826,279,253 |
| **LOUISIANA** | $ 797,313,795 | $ 11,582,028 | $ 14,633,408 | $ 3,944,832 | $ 15,433,045 | $ 842,907,108 |
| **MAINE** | $ 423,492,710 | $ 6,151,786 | $ 7,772,525 | $ 2,095,295 | $ 8,197,252 | $ 447,709,569 |
| **MARYLAND** | $ 956,437,973 | $ 13,893,515 | $ 17,553,875 | $ 4,732,124 | $ 18,513,101 | $ 1,011,130,587 |
| **MASSACHUSETTS** | $ 1,068,530,435 | $ 15,521,805 | $ 19,611,151 | $ 5,286,718 | $ 20,682,796 | $ 1,129,632,905 |
| **MICHIGAN** | $ 1,424,917,936 | $ 40,000,000 | $ 26,152,069 | $ 7,050,000 | $ 27,581,139 | $ 1,525,701,144 |
| **MINNESOTA** | $ 879,204,684 | $ 28,000,000 | $ 16,136,383 | $ 4,350,000 | $ 17,018,150 | $ 944,709,217 |
| **MISSISSIPPI** | $ 606,879,288 | $ 8,815,717 | $ 11,138,290 | $ 3,002,628 | $ 11,746,938 | $ 641,582,860 |
| **MISSOURI** | $ 978,965,887 | $ 14,220,762 | $ 17,967,339 | $ 4,843,584 | $ 11,746,938 | $ 1,027,744,509 |
| **MONTANA** | $ 385,013,557 | $ 5,592,826 | $ 7,066,302 | $ 1,904,914 | $ 7,452,438 | $ 407,030,038 |

| State | Election Administration and Operations | Antiquated Voting Machine Replacement | Statewide Voter Registration Systems Modernization | Confirming the Accuracy of Results | Cybersecurity Improvements and Maintenance | Totals |
|---|---|---|---|---|---|---|
| NEBRASKA | $ 473,085,665 | $ 6,872,189 | $ 8,682,724 | $ 2,340,664 | $ 9,157,188 | $ 500,138,430 |
| NEVADA | $ 578,894,449 | $ 8,409,200 | $ 10,624,673 | $ 2,864,169 | $ 11,205,255 | $ 611,997,747 |
| NEW HAMPSHIRE | $ 419,599,838 | $ 6,095,237 | $ 7,701,078 | $ 2,076,035 | $ 11,205,255 | $ 446,677,443 |
| NEW JERSEY | $ 1,321,483,701 | $ 19,196,282 | $ 24,253,700 | $ 6,538,243 | $ 25,579,035 | $ 1,397,050,962 |
| NEW MEXICO | $ 500,532,127 | $ 7,270,885 | $ 9,186,459 | $ 2,476,459 | $ 9,688,450 | $ 529,154,380 |
| NEW YORK | $ 2,639,535,904 | $ 38,342,717 | $ 48,444,421 | $ 13,059,509 | $ 51,091,650 | $ 2,790,474,200 |
| NORTH CAROLINA | $ 1,404,932,309 | $ 20,408,483 | $ 25,785,265 | $ 6,951,118 | $ 27,194,292 | $ 1,485,271,466 |
| NORTH DAKOTA | $ 385,013,557 | $ 5,592,826 | $ 7,066,302 | $ 1,904,914 | $ 7,452,438 | $ 407,030,038 |
| OHIO | $ 1,650,593,033 | $ 23,977,026 | $ 30,293,971 | $ 8,166,562 | $ 31,949,374 | $ 1,744,979,966 |
| OKLAHOMA | $ 703,337,761 | $ 10,216,903 | $ 12,908,629 | $ 3,479,871 | $ 13,614,017 | $ 743,557,181 |
| OREGON | $ 725,963,981 | $ 10,545,578 | $ 13,323,897 | $ 3,591,818 | $ 14,051,977 | $ 767,477,251 |
| PENNSYLVANIA | $ 1,825,426,662 | $ 26,516,714 | $ 33,502,760 | $ 9,031,578 | $ 35,333,507 | $ 1,929,811,221 |
| RHODE ISLAND | $ 387,841,738 | $ 5,633,909 | $ 7,118,209 | $ 1,918,906 | $ 7,507,181 | $ 410,019,945 |
| SOUTH CAROLINA | $ 817,818,334 | $ 11,879,883 | $ 15,009,735 | $ 4,046,282 | $ 15,829,937 | $ 864,584,171 |
| SOUTH DAKOTA | $ 385,013,557 | $ 5,592,826 | $ 7,066,302 | $ 1,904,914 | $ 7,452,438 | $ 407,030,038 |
| TENNESSEE | $ 1,024,428,801 | $ 14,881,171 | $ 18,801,737 | $ 5,068,519 | $ 19,829,151 | $ 1,083,009,378 |
| TEXAS | $ 3,150,288,729 | $ 45,762,071 | $ 57,818,464 | $ 15,586,537 | $ 60,977,935 | $ 3,330,433,736 |
| UTAH | $ 556,307,886 | $ 8,081,101 | $ 10,210,133 | $ 2,752,419 | $ 10,768,062 | $ 588,119,601 |
| VERMONT | $ 385,013,557 | $ 5,592,826 | $ 7,066,302 | $ 1,904,914 | $ 7,452,438 | $ 407,030,038 |
| VIRGINIA | $ 1,229,777,450 | $ 17,864,129 | $ 22,570,580 | $ 6,084,513 | $ 23,803,942 | $ 1,300,100,613 |
| WASHINGTON | $ 1,070,822,549 | $ 15,555,101 | $ 19,653,219 | $ 5,298,059 | $ 20,727,163 | $ 1,132,056,091 |
| WEST VIRGINIA | $ 488,670,886 | $ 7,098,585 | $ 8,968,765 | $ 2,417,774 | $ 9,458,860 | $ 516,614,870 |
| WISCONSIN | $ 944,867,546 | $ 13,725,439 | $ 17,341,519 | $ 4,674,877 | $ 18,289,140 | $ 998,898,521 |
| WYOMING | $ 385,013,557 | $ 5,592,826 | $ 7,066,302 | $ 1,904,914 | $ 7,452,438 | $ 407,030,038 |
| **TOTAL** | **$49,342,831,386** | **$1,813,446,704** | **$935,290,874** | **$256,458,414** | **$999,202,451** | **$53,347,229,829** |

# Arizona

Elections in Arizona are primarily run at the county level, with 15 counties. Modernizing Arizona's election infrastructure will cost $1,052,343,223 over 10 years. That includes $19.2M for cybersecurity improvements and maintenance, $4.9M for improving post-election audits, $18.2M for statewide voter registration systems, $14.5M to replace outdated voting machines, and $995M for election administration and operations.

## DEMOGRAPHICS

- Jurisdictions range from the smallest, Greenlee County, with 6,355 eligible voters, to the largest, Maricopa County, with 2,723,565 voters.
- Roughly 15% of eligible voters are living below the poverty level. This ranges from Greenlee County (12%) to Apache County (35%).
- Roughly 42% of eligible voters are from underrepresented populations. This ranges from Yavapai County (19%) to Santa Cruz County (85%).

> "Our election in Coconino County was successful in 2020 because our dedicated staff and volunteers had **additional resources to invest not just in the PPE we needed to keep safe, but additional staff and infrastructure.** I hope we can keep this formula working for us in future elections with an investment from Congress."
>
> — **COCONINO COUNTY RECORDER PATTY HANSEN**

> "As mayor, I know first-hand that cities have to **prioritize many different needs** when budgeting, from public safety to public health and local election departments, to name just a few. Funding from Congress now would mean **a successful election in the years ahead.**"
>
> — **MESA MAYOR JOHN GILES (R)**

## STATE LOCAL ELECTION OFFICIALS ON CURRENT FUNDING LIMITATIONS & NEEDS

"If we had the extra funds in our budget we would purchase election trailers to transport our equipment to the polls. We would have installed a security door for our server room with electronic entry. Finally, we would replace the old carpet in our office that is so thin and laid on concrete with wood flooring and anti-fatigue floor mats."

"Just before our August Primary, the Count Center live stream video equipment went down due to its age. We had to use a laptop as a temporary solution. The help of this grant allowed us to purchase new equipment we otherwise couldn't afford."

## JURISDICTION SIZES



| Size | Range | # |
|---|---|---|
| LARGEST | > 250,000 eligible voters | 3 |
| LARGER | 100,001 - 250,000 | 4 |
| MEDIUM | 25,001 - 100,000 | 6 |
| SMALLER | 5,001 - 25,000 | 2 |
| SMALLEST | 0 - 5,000 | 0 |

# of Jurisdictions

# California

Elections in California are primarily run at the county level, with 58 counties. Modernizing California's election infrastructure will cost $4.9B over 10 years. That includes $117M for cybersecurity improvements and maintenance, $30M for improving post-election audits, $92M for statewide voter registration systems, $1B to replace outdated voting machines, and $3.5B for election administration and operations.

## DEMOGRAPHICS

- Jurisdictions range from the smallest, Alpine County, with 895 eligible voters, to the largest, Los Angeles County, with 6,123,490 voters.
- Roughly 14% of eligible voters are living below the poverty level. This ranges from San Mateo County (7%) to Tulare County (26%).
- Roughly 60% of eligible voters are from underrepresented populations. This ranges from Sierra County (12%) to Imperial County (89%).

> " I'm proud that participation was up in Santa Cruz County in 2020, compared to 2016. One of the reasons that happened was that we were able to use additional private funding to invest in our election operations. **Our local elections officials will only face more challenges in future elections.** They need more resources to be able to deliver safe and accessible elections. "
>
> — FORMER SANTA CRUZ COUNTY CLERK GAIL PELLERIN

## STATE LOCAL ELECTION OFFICIALS ON CURRENT FUNDING LIMITATIONS & NEEDS

"[With more funding] we would possibly never have an outdated system like we did in 2016 and our server crashed not too soon before the Election."

"There is great need to have better equipped election staff. The increasing legislative and technology demands are difficult to meet under the current structure. We need to be more proactive."

"[With more funding we'd] pay our poll workers something closer to minimum wage. At this time they receive a minimal stipend for a very long day's work far below minimum wage."

> " **The cybersecurity threat to our elections has never been greater.** County elections departments need enhanced, ongoing funding support from Congress so we can ensure safe and secure voting systems and voter registration databases. "
>
> — SANTA CLARA COUNTY SUPERVISOR JOE SIMITIAN

## JURISDICTION SIZES



| Size | Range | # of Jurisdictions |
|---|---|---|
| LARGEST | > 250,000 eligible voters | 20 |
| LARGER | 100,001 - 250,000 | 11 |
| MEDIUM | 25,001 - 100,000 | 16 |
| SMALLER | 5,001 - 25,000 | 9 |
| SMALLEST | 0 - 5,000 | 2 |

# of Jurisdictions

# Georgia

Elections in Georgia are primarily run at the county level, with 159 counties. Modernizing Georgia's election infrastructure will cost $1,523,016,707 over 10 years. That includes $26M for cybersecurity improvements and maintenance, $6.8M for improving post-election audits, $25.2M for statewide voter registration systems, $90M to replace outdated voting machines, and $1.3B for election administration and operations.

## DEMOGRAPHICS

- Jurisdictions range from the smallest, Taliaferro County, with 1,590 eligible voters, to the largest, Fulton County, with 699,145 voters.
- Roughly 16% of eligible voters are living below the poverty level. This ranges from Forsyth County (6%) to Clay County (41%).
- Roughly 45% of eligible voters are from under-represented populations. This ranges from Fannin County (5%) to Clayton County (89%).

> " In the 2020 election, Fulton County **turnout increased to its highest level in nearly 30 years.** It will require continued investment in our local election department to sustain that level of turnout, maintain security and ensure voter confidence in our process. Because we compete for funding with other needs at the local level, **funding from Congress would make a world of difference to our operations.** "
>
> — FULTON COUNTY BOARD OF ELECTIONS CHAIR CATHY WOOLARD

## STATE LOCAL ELECTION OFFICIALS ON CURRENT FUNDING LIMITATIONS & NEEDS

"[With more funding we'd] cut down on overtime by hiring the appropriate of amount of people for the elections, raise poll worker pay, buy more up to date equipment and furnishings in the office."

"[With more funding we'd] establish a permanent training area for both poll workers and other counties' elections offices and staff (we are a regional coordinator office) rather than literally not having room to walk through the building during busy times."

## JURISDICTION SIZES



| Size | # of Jurisdictions |
|---|---|
| **LARGEST** > 250,000 eligible voters | 4 |
| **LARGER** 100,001 - 250,000 | 11 |
| **MEDIUM** 25,001 - 100,000 | 37 |
| **SMALLER** 5,001 - 25,000 | 95 |
| **SMALLEST** 0 - 5,000 | 12 |

# of Jurisdictions

# Michigan

Elections in Michigan are run by both county and municipal officials. 83 county clerks, 280 city clerks, and 1,240 township clerks add up to 1,603 local election jurisdictions. Modernizing Michigan's election infrastructure will cost $1,525,701,144 over 10 years. That includes $27.5M for cybersecurity improvements and maintenance, $7M for improving post-election audits, $26.1M for statewide voter registration systems, $40M to replace outdated voting machines, and $1.4B for election administration and operations.

## DEMOGRAPHICS

- Jurisdictions range from the smallest, Pointe Aux Barques township, with 20 eligible voters, to the largest, Wayne County, with 1,281,275 voters.
- Roughly 30% of eligible voters are living below the poverty level. This ranges from Grand Island township (0%) to Elm River township (62%).
- Roughly 44% of eligible voters are from under-represented populations. This ranges from Dwight township (0%) to Royal Oak charter township (97%).

> " Michigan elections are uniquely decentralized and run by more than 1,500 Republican, Democrat and nonpartisan local clerks. These clerks largely rely on their own jurisdictional funding, but have vastly different resources available locally. **Funding from Congress is critical to reduce disparities and provide more opportunities** for clerks to run secure elections that provide equal access to all voters. "
>
> — SECRETARY OF STATE JOCELYN BENSON

> " In 2020, Lansing was a success story showing how we could come together as a community to deliver an election that was safe, secure and accessible for everyone. **Our success required a huge shift in how we manage our elections,** from vote by mail to early in-person voting. A stable source of funding is critical to ensure we continue to build on our progress. "
>
> — LANSING CLERK CHRIS SWOPE

## STATE LOCAL ELECTION OFFICIALS ON CURRENT FUNDING LIMITATIONS & NEEDS

"We are in a rural area and can't afford to have internet service in our hall. [With additional funding], I feel I could have decent internet at our hall, instead of having to go to a business a couple doors down the block to use their internet."

"Elections are so under supported by the state. I am very lucky my Township supports my elections as much as we can afford, but it is a struggle."

"Currently, our budget only allows for paying our election inspectors wages. We are in need of so many updates, but currently just can not afford them."

## JURISDICTION SIZES



| | # of Jurisdictions |
|---|---|
| **LARGEST** > 250,000 eligible voters | 7 |
| **LARGER** 100,001 - 250,000 | 12 |
| **MEDIUM** 25,001 - 100,000 | 78 |
| **SMALLER** 5,001 - 25,000 | 270 |
| **SMALLEST** 0 - 5,000 | 1235 |

# Minnesota

The decentralized elections structure in Minnesota hasn't (yet) been fully mapped. Some counties run both county-level and municipal-level elections, whereas some municipalities run their own elections. There are 87 counties and 2,762 municipalities. Modernizing Minnesota's election infrastructure will cost $879,204,684 over 10 years. That includes $17M for cybersecurity improvements and maintenance, $4.3M for improving post-election audits, $16.1M for statewide voter registration systems, $28M to replace outdated voting machines, and $879M for election administration and operations.

## DEMOGRAPHICS

- Jurisdictions range from the smallest, Traverse County, with 2,680 eligible voters, to the largest, Hennepin County, with 865,350 voters.
- Roughly 10% of eligible voters are living below the poverty level. This ranges from Carver County (4%) to Mahnomen County (21%).
- Roughly 19% of eligible voters are from under-represented populations. This ranges from Big Stone County (2%) to Marshall County (54%).

> " Although our election officials were able to create a safe and secure election in 2020 with record voter participation, we know that bad actors continue to look for ways to undermine public confidence in our democratic process. A free and fair vote that everyone can trust is the bedrock of our system in this country, and **it is critical that our election officials have the resources they need to run successful elections,** no matter what comes next. "

— RAMSEY COUNTY COMMISSIONER TRISTA MATASCASTILLO

> " Minneapolis has a long tradition of strong voter turnout, exemplified by a **record 81.3 percent of registered voters participating in the 2020 election.** Our local election officials deserve a huge amount of credit for their work during the pandemic to help make that happen. They also deserve to be **set up for success in the future,** which requires necessary federal funding to ensure safe and fair elections. "

— MINNEAPOLIS MAYOR JACOB FREY

## STATE LOCAL ELECTION OFFICIALS ON CURRENT FUNDING LIMITATIONS & NEEDS

"[With more funding] we could purchase new voting booths which are badly needed."

"This year we will be upgrading our State Reporting Software to Electionware, as our previous Unity system will no longer be supported. The expenditure ($30,000) will burden our already stretched budget as we continue to navigate COVID-19."

"Funding and other challenges prohibited us from obtaining the square footage needed to administer elections. Under non-pandemic conditions, we would need double the size of the current facility at a minimum."



JURISDICTION SIZES

- **LARGEST** > 250,000 eligible voters: 3
- **LARGER** 100,001 - 250,000: 5
- **MEDIUM** 25,001 - 100,000: 23
- **SMALLER** 5,001 - 25,000: 46
- **SMALLEST** 0 - 5,000: 10

# of Jurisdictions

# New York

In 57 of New York's 62 counties, elections are run at the county level in Boards of Elections. The remaining five counties coincide with NYC's five boroughs, and NYC mostly functions as one Board of Elections. Modernizing New York's election infrastructure will cost $2,790,474,200 over 10 years. That includes $51M for cybersecurity improvements and maintenance, $13M for improving post-election audits, $48.4M for statewide voter registration systems, $38.3 M to replace outdated voting machines, and $2.6B for election administration and operations.

## DEMOGRAPHICS

- Jurisdictions range from the smallest, Hamilton County, with 3,895 eligible voters, to the largest, New York City, with 10,374,480 voters.
- Roughly 20% of eligible voters are living below the poverty level. This ranges from Putnam County (5%) to Montgomery County (20%).
- Roughly 66% of eligible voters are from underrepresented populations. This ranges from Lewis County (4%) to New York City (67%).

> "New York has made significant positive strides in recent years to update and fix our elections system. However, **boards of election are strapped financially** as it is and making the necessary updates to comply will require a significant influx of funding from the federal government."
>
> — KRISTEN ZEBROWSKI STAVISKY, CO-EXECUTIVE DIRECTOR, NEW YORK STATE BOARD OF ELECTIONS

## STATE LOCAL ELECTION OFFICIALS ON CURRENT FUNDING LIMITATIONS & NEEDS

"All of [our] voting systems are in need of replacement in the next two years as all warranties began to expire in 2016 and the entire fleet was elapsed by 2018, making repairs difficult. The current fiscal environment makes it difficult to plan for a capital investment of the magnitude required by our needs (estimated $2 million). Consistent voting technology replacement costs and new investments are difficult to 'sell' to our County government."

"Most of our voting machines are several years out of warranty. We need up to date machines that can be counted on to perform efficiently."

## JURISDICTION SIZES



| Size | Range | # of Jurisdictions |
|---|---|---|
| LARGEST | > 250,000 eligible voters | 8 |
| LARGER | 100,001 - 250,000 | 11 |
| MEDIUM | 25,001 - 100,000 | 35 |
| SMALLER | 5,001 - 25,000 | 3 |
| SMALLEST | 0 - 5,000 | 1 |

# of Jurisdictions

# South Carolina

Elections in South Carolina are primarily run at the county level, with 46 counties. Modernizing South Carolina's election infrastructure will cost $864,584,171 over 10 years. That includes $15.8M for cybersecurity improvements and maintenance, $4M for improving post-election audits, $15M for statewide voter registration systems, $11.8 M to replace outdated voting machines, and $817M for election administration and operations.

## DEMOGRAPHICS

- Jurisdictions range from the smallest, Allendale County, with 7,610 eligible voters, to the largest, Greenville County, with 347,080 voters.
- Roughly 15% of eligible voters are living below the poverty level. This ranges from McCormick County (19%) to Richland County (16%).
- Roughly 35% of eligible voters are from underrepresented populations. This ranges from Pickens County (14%) to Allendale County (78%).

> " In 2020, we had record-breaking turnout in South Carolina. **Election equipment is often very specialized and requires months of lead time,** especially in larger jurisdictions. That is why it is so important to have predictable, ongoing funding year after year. It's time for Congress to act. "
>
> — ISAAC CRAMER, EXECUTIVE DIRECTOR, CHARLESTON COUNTY BOARD OF ELECTIONS

## STATE LOCAL ELECTION OFFICIALS ON CURRENT FUNDING LIMITATIONS & NEEDS

"We have not had enough poll workers for the past several years due to the low pay… Unfortunately election offices are severely underfunded."

"[With additional funding] I would be able to hire full-time personnel to help with all the duties and responsibilities necessary to operate a Voter Registration & Elections office. The Director is the only full-time employee. It is almost impossible to conduct elections with a minimal staff."

"We are in dire need of additional space for election equipment storage, and for processing absentee ballots. We are also in need of additional parking for voters during in-person voting."



## JURISDICTION SIZES



**LARGEST** > 250,000 eligible voters — 3
**LARGER** 100,001 - 250,000 — 10
**MEDIUM** 25,001 - 100,000 — 16
**SMALLER** 5,001 - 25,000 — 17
**SMALLEST** 0 - 5,000 — 0

# of Jurisdictions

# Texas

Elections in Texas are primarily run at the county level, with 254 counties. Modernizing Texas' election infrastructure will cost $3,30,433,736 over 10 years. That includes $60.9M for cybersecurity improvements and maintenance, $15.5M for improving post-election audits, $57.8M for statewide voter registration systems, $45.7M to replace outdated voting machines, and $3.1B for election administration and operations.

## DEMOGRAPHICS

- Jurisdictions range from the smallest, Loving County, with 60 eligible voters, to the largest, Harris County, with 2,543,400 voters.
- Roughly 14% of eligible voters are living below the poverty level. This ranges from Borden County (3%) to Zapata County (40%).
- Roughly 53% of eligible voters are from underrepresented populations. This ranges from Armstrong County (9%) to Starr County (99%).

> " I'm proud of the work of our staff and volunteers who ensured an election that was safe, provided unparalleled voter access, and resulted in more votes cast than at any point in Texas history. But more participation means increased cost, especially as more voters shift to voting early. **There is no better time for Congress to invest in our local election departments.** "
>
> — CHRIS HOLLINS, FORMER COUNTY CLERK, HARRIS COUNTY, TEXAS

### STATE LOCAL ELECTION OFFICIALS ON CURRENT FUNDING LIMITATIONS & NEEDS

"We are in desperate need of new voting equipment but can't afford it. New voting equipment is around $130,000 and our county does not have funds to upgrade. New equipment would help with keeping our elections secure."

"[With the CTCL COVID-19 Response Grant funds] we were able to purchase VOTE HERE SIGNS and I VOTED stickers… we are a very poor county and these items have never been an option."

"Due to the increasing demand of purchasing more voting machines to serve our community, we have no more space in our warehouse to store any extra equipment… making movement at the warehouse difficult."



### JURISDICTION SIZES

| Size | # of Jurisdictions |
|---|---|
| **LARGEST** > 250,000 eligible voters | 13 |
| **LARGER** 100,001 - 250,000 | 15 |
| **MEDIUM** 25,001 - 100,000 | 57 |
| **SMALLER** 5,001 - 25,000 | 98 |
| **SMALLEST** 0 - 5,000 | 71 |

# of Jurisdictions



## 50 States of Need
HOW WE CAN FULLY FUND OUR STATE AND LOCAL ELECTION INFRASTRUCTURE

ModernizeOurElections.org

