# EXHIBIT 1-DD

| | |
|---|---|
| **From:** | Sullivan, Olivia <OSullivan@beneschlaw.com> |
| **Sent:** | Wednesday, December 6, 2023 2:18 PM |
| **To:** | Edwards, John; Butzer, Carl; Kovacs, Caitlin |
| **Cc:** | Amattey, Amakie; Golden, Meghan; Maldonado, Jacklyn; Myers, David; Babcock, Chip; Trent McCotter; Neerman, Jonathan; Walsh, Hannah; Blaesche, Minoo; Walsh, Hannah; Williams, Lauren; Bedell, James |
| **Subject:** | RE: Smartmatic/OAN - Meet & Confer |

**\*\*RECEIVED FROM EXTERNAL SENDER – USE CAUTION\*\***

John,

Smartmatic will agree to exchange deposition transcripts and exhibits of Smartmatic employees that are common custodians and witnesses as between the cases, if OANN agrees to the same for its cases with Coomer and Dominion. Smartmatic will not agree to exchange the deposition transcripts and exhibits of our experts from the other cases.

Olivia




Olivia Sullivan
(she/her/hers)
Associate | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6415 | m: 913.742.9568
OSullivan@beneschlaw.com | www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

---

**From:** Edwards, John <jedwards@jw.com>
**Sent:** Saturday, December 2, 2023 3:41 PM
**To:** Butzer, Carl <cbutzer@jw.com>; Sullivan, Olivia <OSullivan@beneschlaw.com>; Kovacs, Caitlin <CKovacs@beneschlaw.com>
**Cc:** Amattey, Amakie <AAmattey@beneschlaw.com>; Wilkes, Christopher <CWilkes@beneschlaw.com>; Golden, Meghan <MGolden@beneschlaw.com>; Maldonado, Jacklyn <JMaldonado@beneschlaw.com>; Myers, David <dmyers@jw.com>; Babcock, Chip <cbabcock@jw.com>; Trent McCotter <mccotter@boydengrayassociates.com>; Neerman, Jonathan <jneerman@jw.com>; Walsh, Hannah <hwalsh@jw.com>; Blaesche, Minoo <mblaesche@jw.com>; Walsh, Hannah <hwalsh@jw.com>; Williams, Lauren <lzwilliams@jw.com>; Kunec, Kevin <kkunec@jw.com>
**Subject:** RE: Smartmatic/OAN - Meet & Confer

Caitlin/Olivia - one additional item.  Are we in agreement to produce deposition transcripts/exhibits of our client's respective employees, representatives, and experts from related litigation (i.e., SM v. Fox;  SM v. Newsmax; SM v. Lindell; SM v. Powell; Coomer  v. OAN; Dominion v. OAN)?  OAN is agreeable to a mutual exchange.

Thanks. - John