IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK,<br><br>Defendant. | No. 1:21-cv-02900-CJN-MAU |

### [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STRIKE OR DISMISS PLAINTIFFS' DAMAGES CLAIMS FOR RULE 16 VIOLATIONS AND DISCOVERY ABUSE OR ALTERNATIVELY, MOTION IN LIMINE TO PRECLUDE EVIDENCE OF ALLEGED DAMAGES

Upon consideration of Defendant Herring Networks, Inc., d/b/a One America News Network's Motion to Strike or Dismiss Plaintiffs' Damages Claims for Rule 16 Violations and Discovery Abuse or Alternatively, Motion in Limine to Preclude Evidence of Alleged Damages and the entire record in this matter, it is hereby:

ORDERED that OAN's Motion to Strike or Dismiss Plaintiffs' Damages Claims for Rule 16 Violations and Discovery Abuse is GRANTED. It is further

ORDERED that Plaintiffs' claim for damages is hereby stricken and dismissed.

[*in the alternative*]

ORDERED that Defendant's Motion in Limine to Preclude Evidence of Alleged Damages is GRANTED. It is further

ORDERED that Plaintiffs may not introduce evidence of damages or expert opinions concerning such damages, at trial or in support of any pre-trial motion, that were not disclosed in

1

accordance with this Court's Scheduling Order deadlines and the requirements of Rule 26(a)(1)(A)(iii).

    Signed this _____ day of _____, 2024.

                                                              _____
                                                              HONORABLE CARL J. NICHOLS
                                                              United States District Judge