# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK, <br><br> Defendant. | Civil Action No. 1:21-cv-02900-CJN |

**DECLARATION OF CAITLIN A. KOVACS IN SUPPORT OF**
**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR RELIEF WITH**
**RESPECT TO ALLEGED VIOLATIONS OF THE PROTECTIVE ORDER AND**
**SUBMISSION OF MATERIALS IN SUPPORT OF PLAINTIFFS' RESPONSE TO**
**OANN'S MOTION FOR SUMMARY JUDGMENT**

I, Caitlin A. Kovacs, make this declaration pursuant to 28 U.S.C. § 1746. I hereby declare under penalty of perjury that the following is true and correct:

1.      I am an attorney at Benesch, Friedlander, Coplan & Aronoff LLP and counsel for Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation (collectively, "Smartmatic") in this action. As such, I am fully familiar with the facts and circumstances of the matters stated in this declaration.

**OANN's Production**

2.      In the Fall of 2023, Smartmatic discovered that OANN's production included several documents evidencing potential criminal activity.

3.      **Exhibit B** (OAN_SMMT_01018329) is a true and accurate copy of a document produced by OANN.

1

4.      **Exhibit C** (OAN_SMMT_00828464 – OAN_SMMT_00828465) is a true and accurate copy of a document produced by OANN.

5.      **Exhibit D** (OAN_SMMT_00942992) is a true and accurate copy of a document produced by OANN. This same document was Exhibit CC to Smartmatic's Rule 56(d) Response to OANN's Motion for Partial Summary Judgment. *See* Dkt. 155-1, Ex. CC. This document was originally produced in native excel format and included multiple tabs of information ("Stolen Passwords"). For purposes of this filing, Smartmatic converted the document to PDF and only included relevant information. <span style="background-color:black;color:white">REDACTED</span>
<span style="background-color:black;color:white">REDACTED</span>    The Stolen Passwords document includes personal information about Smartmatic employees and other individuals.

6.      **Exhibit E** (OAN_SMMT_01018082) is a true and accurate copy of a document produced by OANN.

7.      **Exhibit F** (OAN_SMMT_01018081) is a true and accurate copy of a document produced by OANN.

8.      **Exhibit G** (OAN_SMMT_01011099 – OAN_SMMT_0101100) is a true and accurate copy of a document produced by OANN.

9.      OANN produced **Exhibits B, C, D, E, F, and G** several months ago. OANN has never claimed any of these documents are privileged.

10.     **Exhibit H** (OAN_SMMT_00996295) is a true and accurate copy of a document produced by OANN. This document is the email exchange that OANN attempted to claw back. Smartmatic submitted this communication *in camera* on December 28, 2023 as Ex. BB, along with the Stolen Passwords, which was designated Ex. CC.

**Smartmatic Contacts OANN About Deficiencies**

11.     Upon reviewing **Exhibits B, C, D, E, F, G, and H,** Smartmatic realized OANN must have in its possessions other documents related to the Stolen Passwords.

12.     **Exhibit H** contains Jane Doe's ███ REDACTED ███ OANN did not independently produce ███ REDACTED ███ Jane Doe.

13.     **Exhibit I** is a true and accurate copy of a document Mike Lindell produced to OANN in *Smartmatic v. Mike Lindell & My Pillow Inc.*, United States District Court for the Northern District of Minnesota, 22-cv-0098-WMW-JFD. To Smartmatic's knowledge, OANN has never claimed that this is a privileged exchange, nor has it objected to Mike Lindell's production of this document. OANN refuses to produce this document in Smartmatic's litigation against OANN.

14.     **Exhibit J** is a true and accurate copy of the letter I sent to Carl Butzer, counsel to OANN, on October 24, 2023.

15.     **Exhibit K** is a true and accurate copy of the letter Carl Butzer sent to me on November 5, 2023.

16.     **Exhibit L** is a true and accurate copy of the letter Carl Butzer sent to Smartmatic counsel Olivia Sullivan on November 20, 2023.

17.     On November 30, 2023, I asked OANN to meet and confer about the basis on which it claimed that OAN_SMMT_0099625-97 is privileged. Smartmatic was already familiar with the document OANN attempted to claw back in its November 20, 2023 letter, since it had reviewed it so closely and repeatedly in connection with its own prior deficiency letter from October.

Smartmatic could not conceive of any legitimate basis on which OANN could claim the document was in any way privileged.

**December 1, 2023 Meet and Confer**

18.     On December 1, 2023, Smartmatic and OANN met and conferred regarding OANN's claw back attempt.

19.     Smartmatic asked OANN to explain the basis on which it claimed REDACTED REDACTED correspondence with Jane Doe was privileged. OANN confirmed that Jane Doe REDACTED REDACTED .

20.     OANN claimed that since both Jane Doe REDACTED REDACTED , the communication was sent pursuant to a joint defense privilege. Smartmatic asked OANN whether there was any writing evidencing this alleged joint defense agreement, and whether OANN would produce it if so. OANN stated that it would investigate whether there was a joint defense agreement.  To date, nothing has been produced.

21.     Smartmatic asked OANN to produce a privilege log in the December 1, 2023 meet and confer. Smartmatic also asked for a written basis for OANN's contention that the emails between REDACTED Jane Doe were privileged.

22.     Smartmatic explained to OANN that the parties' Protective Order only allows parties to claw back Protected Information. The exchange at issue is not Protected Information under the parties' Protective Order. Because the face of the document at issue made clear that it was not otherwise protected, OANN had no right to claw it back under the Protective Order, and Smartmatic had no obligation to destroy it. Smartmatic told OANN it was willing to evaluate

4

OANN's privilege log and any joint defense agreement OANN may have had with Jane Doe to see if there could be any legitimate basis for OANN's clawback request.

**OANN's Privilege Log**

23.     OANN first provided Smartmatic a copy of its privilege log on December 8, 2023. **Exhibit A** is a true and accurate copy of OANN's privilege log.  OANN did not mark the privilege log confidential.

24.     OANN's Privilege log contained an entry ▓REDACTED▓ which was described as: ▓REDACTED▓ ▓REDACTED▓ ▓REDACTED▓

25.     OANN's privilege log included an entry from ▓REDACTED▓. This entry involves a communication from ▓REDACTED▓ ▓REDACTED▓ The log described this email as being sent "in preparation for litigation."

26.     Other entries suggest that ▓REDACTED▓ ▓REDACTED▓ ▓REDACTED▓ OANN is withholding this email based on joint defense privilege.

27.     On December 22, Smartmatic asked OANN to meet and confer about issues with OANN's privilege log.

28.     On December 22, Smartmatic informed OANN that it finished reviewing Smartmatic's privilege log and finalized its position that ▓REDACTED▓ dissemination of the

5

Stolen Passwords to Jane Doe **[REDACTED]** were in no way privileged.

**Exhibit O** is a true and accurate copy of the parties email correspondence regarding OAN_SMMT_00996295-97.

29.     OANN did not respond to Smartmatic's requests until January 2024.

**Smartmatic's 56(d) Response**

30.     Smartmatic's response to OANN's partial motion for summary judgment ("Response") cites **[REDACTED]** (**Exhibit H**) and the Stolen Passwords (**Exhibit D**) as evidence of actual malice and potential criminal activity. Exhibit BB of Smartmatic's Response is a copy of the email, attached to this Motion as **Exhibit H**. Exhibit CC of Smartmatic's Response is a copy of the Stolen Passwords, attached to this Motion as **Exhibit D**.

31.     As a professional courtesy, and given the sensitive nature of the documents, Smartmatic was careful not to describe the documents in detail within the publicly filed Response. Smartmatic was also careful not to submit either the communication or the Stolen Passwords via the electronic filing system. Smartmatic submitted both documents to the Court *in camera*, four days after notifying OANN of its plan to do so.

32.     **Exhibit R** is a true and accurate copy of my email to OANN on December 24, 2023.

33.     **Exhibit R** also includes Charles Babcock's Response to my email on December 24, 2023.

34.     OANN did not object to Smartmatic's plan to submit Ex. BB and Ex. CC to the Response to the Court.

35.     On December 28, 2023, I sent the Court an email delivering Exhibit BB and CC for *in camera* review. **Exhibit S** is a true and accurate copy of the email I sent to Judge Nichols on December 28, 2023.  **Exhibit T** is a true and accurate copy of a letter I wrote the Court that was attached to my email. I also attached Exhibit BB and Exhibit CC to Smartmatic's Response.

36.     OANN did not respond to this email. To Smartmatic's knowledge, OANN has never asked the Court to refrain from reviewing Exhibit BB.

**January 10, 2024 Meet and Confer**

37.     On January 3, 2024, OANN responded to Smartmatic's request to meet and confer regarding OANN's privilege log. OANN and Smartmatic met and conferred on January 10, 2024.

38.     During this meet and confer, Smartmatic expressed a number of concerns with OANN's privilege assertions, including its concern that OANN was continuing to improperly withhold ███████████████████ REDACTED ███████████████████.

39.     **Exhibit U** is a true and accurate copy of the letter I sent to Carl Butzer on January 18, 2024. OANN responded to certain portions of that letter on January 22, 2024, but its response did not address Smartmatic's concerns about documents involving ██ REDACTED ██ Smartmatic has not to date received OANN's response to those concerns.

**January 17, 2024 Meet and Confer**

40.     On January 16, 2024, OANN responded to Smartmatic's December 22, 2023 email rejecting OANN's clawback attempt. On that day, OANN informed Smartmatic that it would be filing the instant motion "for relief from Plaintiffs' violations of the Federal Rules and the Court's Protective Order." **Exhibit O** includes a true and accurate copy of the January 16 email from Carl Butzer to me.

41.     The parties met and conferred on January 17, 2024. During this meet and confer, Smartmatic explained its current position as expressed in the foregoing response. Smartmatic further documented this position in an email to OANN following the parties meet and confer. *See* **Exhibit O**. OANN responded on January 19. *See* **Exhibit O.**

I declare under penalty of perjury that the foregoing is true and correct.

Date:   February 2, 2024

Caitlin A. Kovacs, Illinois Bar No. 6313273
Benesch, Friedlander, Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
312.212.4949

*Attorney for Plaintiffs Smartmatic USA Corp.,*
*Smartmatic International Holding B.V., and SGO*
*Corporation Limited*

8