# Exhibit C

| | |
|---|---|
| From: | Charles Herring [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CHARLES HERRING7AB] |
| Sent: | 1/5/2021 5:52:49 PM |
| To: | [Redacted] |
| Subject: | RE: Eric Coomer information |

Thank you! 😊 If you come across any addition information, please pass along.

Charles

From: Redacted
Sent: Tuesday, January 5, 2021 4:43 PM
To: Info <Info@HerringNetwork.com>
Subject: Eric Coomer information


Dear Sir/Madam,


I believe the attached documents will be very useful to you in your investigation into Dominion's Eric Coomer.


The PDF contain information on Coomer and other relevant people/groups - there is a summary of the 100+ pages at the start. In it are proven lies from Coomer, his potential method of fraud - deduced from his own words, screenshots of his anti-Trump tweets (pre-deletion) despite claiming he never had a twitter account, etc, etc.


This information was compiled from over a month's worth of research. Everything is referenced to pre-election sources and/or from statements made by Eric Coomer or other authorative sources - with some screenshots provided where appropriate - let me know if any footnotes are missing and I will provide where the information was obtained.


(the other excel document includes lists of voting system employees, friends of Coomer, etc. before they were scrubbed from the internet. The second excel is a method to find potential accounts of Coomer online or by testing other websites)


Please send these to other defendents/researchers/investigators/collaborators in order to effectively manage the workload.


Well done for your courage and work, and may God bless you and give you strength.

Happy New Year & Best regards,

a friend

P.S.

Certain information contained within might be worth keeping quiet for now for the element of surprise/allowing Coomer to lie further in more interviews/court but I will leave it to your discernment. I can provide a word doc instead of the pdf if needed.

OAN_SMMT_00828465