# Exhibit D

# Exhibit CC

Case 1:21-cv-02900-CJN   Document 180-5   Filed 02/03/24   Page 3 of 3

# Filed Under Seal