# Exhibit H

# Exhibit BB

# Filed Under Seal