# Exhibit I

**From:** Robert Herring <robert@awetv.com>
**To:** Mike Lindell <mike@mypillow.com>
**Subject:** FW: Eric Coomer information
**Date:** Fri, 8 Apr 2022 22:34:19 +0000
**Importance:** Normal
**Attachments:** Coomer_Email_Permutations.xlsx; Election_&_Coomer_information.xls;
COOMER_DOC.2.pdf

---

Let me know if this comes thru ok.

Robert

---

**From:** Charles Herring <Charles@oann.com>
**Date:** Friday, April 8, 2022 at 3:09 PM
**To:** Robert Herring <robert@awetv.com>
**Subject:** Eric Coomer information

DEF009647.000001