# Exhibit J



Caitlin Alejandrina Kovacs
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Direct Dial: 312.624.6392
Fax: 312.767.9192
ckovacs@beneschlaw.com

October 24, 2023

VIA EMAIL

Carl C. Butzer
Jackson Walker, LLP
1401 McKinney St., Suite 1900
Houston, Texas 77010

    Re:    *Smartmatic USA Corp., et al. v. Herring Networks, Inc., d/b/a One America News Network*, Case No. 1:21-cv-02900-CJN (D.D.C.)

Dear Counsel:

    I write regarding a set of documents demonstrating several potential violations of the Computer Fraud and Abuse Act (CFAA) contained within OANN's production. Due to the sensitive nature of these documents, Smartmatic requests a supplemental production containing all documents and communications relating to Smartmatic's findings below by **October 27, 2023**.

    OANN possesses and distributed a spreadsheet containing an alarming number of Smartmatic employees' private information (the "Spreadsheet") (OAN SMMT 00942992). The Spreadsheet contains the Smartmatic email addresses of several Smartmatic employees and passwords to these emails, several phone numbers, personal emails, places of residence, social media handles, and job histories for these employees. The Spreadsheet also contains a considerable amount of sensitive information for employees of Dominion and ES&S. Not only is hacking a federal offense, but Smartmatic provides election technology to Los Angeles County, which is deemed as critical infrastructure by the Department of Homeland Security. As such, we do not take violations of Smartmatic's systems lightly.

    The Spreadsheet is accompanied by one email demonstrating **REDACTED**. OANN's production also contains an email that demonstrates Charles Herring requested additional information from this source (OAN SMMT 00828464) and another that demonstrates **REDACTED**. As previously flagged in Smartmatic's October 13, 2023 letter to OANN, there is documentation demonstrating that Robert Herring sent the Spreadsheet to Mike Lindell (Smartmatic's October 13, 2023 letter, Exhibit 2).

    Based on Smartmatic's analysis of these documents, it has become apparent that there are communications regarding the Spreadsheet that have not been produced. Please advise as to

Carl C. Butzer, Esq.
October 24, 2023
Page 2

whether OANN agrees to make a supplemental production containing all documents and communications related to the Spreadsheet.

Smartmatic requests the following: all documents and communications to, from and/or concerning the anonymous source from whom this sensitive Smartmatic information was received; any and all documents and communications demonstrating where, how, and why the Spreadsheet was used; all documents and communications demonstrating any attempt by OANN to access the accounts of Smartmatic employees; all documents and communications demonstrating internal discussion about the Spreadsheet; all documents and communications demonstrating to whom the Spreadsheet was forwarded and the recipients' intended use for the information.

As you know, under the CFAA, whoever "intentionally accesses a computer without authorization or exceeds authorized access and thereby obtains" information from any protected computer, shall be punished in accordance with the statute. 18 U.S.C. § 1030(a)(2)(c). Please produce any information that demonstrates whether this Spreadsheet was reported to any government or law enforcement agency, including for a violation of the CFAA, or whether any further investigations were conducted with respect to this Spreadsheet.

Smartmatic requests a response by **October 27, 2023**.

Very truly yours,

BENESCH, FRIEDLANDER,
  COPLAN & ARONOFF LLP

*/s/ Caitlin A. Kovacs*

Caitlin Alejandrina Kovacs