# Exhibit K



Carl C. Butzer
(214) 953-5902 (Direct Dial)
(214) 661-6609 (Direct Fax)
cbutzer@jw.com

November 5, 2023

**_Via Email_**

Caitlin A. Kovacs
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606
ckovacs@beneschlaw.com

Re:  _**Smartmatic USA Corp., et al. v. Herring Networks, Inc., d/b/a One America News Network**_, **Case No. 1:21-cv-02900-CJN (D.D.C.)**

Dear Caitlin:

Thanks for your letter dated October 24 regarding a "Spreadsheet" (OAN_SMMT_00942992). Neither OAN nor its employees took any part in creating or gathering any of the information contained in the Spreadsheet. _See_ OAN_SMMT_00942989. No OAN employees used the information in the Spreadsheet and no OAN employees attempted to access any accounts listed in the Spreadsheet. OAN received the Spreadsheet from an anonymous source, identified only by an email address—█████████████████████ OAN has no knowledge of the identity of the anonymous source. We will produce several non-privileged documents that relate to ████████████████ within the agreed-upon timeframe which were not previously produced—a contact form email, a blank email, and two emails that were erroneously flagged as potentially privileged. OAN has produced all non-privileged documents within the agreed-upon timeframe pertaining to "internal discussion" or communications with other third parties about the Spreadsheet. We will not produce duplicate documents or documents outside the agreed-upon timeframe.

Additionally, OAN inadvertently produced an email communication protected by the joint defense privilege (OAN_SMMT_00996295). We will send a separate clawback letter regarding this document.

Sincerely,

Carl C. Butzer

CCB: