# Exhibit L



Carl C. Butzer  
(214) 953-5902 (Direct Dial)  
(214) 661-6609 (Direct Fax)  
cbutzer@jw.com

November 20, 2023

*Via Email*

Olivia Sullivan, Esq.
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606
osullivan@beneschlaw.com

  Re: *Smartmatic USA Corp., et al. v. Herring Networks, Inc., d/b/a One America News Network*, **Case No. 1:21-cv-02900-CJN (D.D.C.)**

Dear Olivia:

  We have found that certain privileged documents were inadvertently included in Defendant Herring Networks, Inc., d/b/a One America News Network's ("Herring") previous productions. Specifically, the documents bates labeled OAN_SMMT_00996295, OAN_SMMT_009962956, and OAN_SMMT_00996297 (the "Inadvertent Production Material"). Pursuant to the December 16, 2022 Amended Protective Order [ECF No. 48], all parties should immediately refrain from further examination or disclosure of the Inadvertent Production Material. Herring formally requests that Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (the "Smartmatic Parties") promptly make a good faith effort to destroy the Inadvertent Production Material and any copies thereof. After destruction, Herring respectfully requests that the Smartmatic Parties certify in writing that they have carried out this destruction pursuant to the Protective Order. The Inadvertent Production Material may not be used for any purpose in this case.

  If you have any questions regarding the Inadvertent Production Material, please do not hesitate to contact me.

              Sincerely,

              Carl C. Butzer
              Jackson Walker LLP

CCB: