# Exhibit R

| | |
|---|---|
| **From:** | Babcock, Chip |
| **To:** | Kovacs, Caitlin |
| **Cc:** | Shah, Bethany; Butzer, Carl; Glover, Joel; Edwards, John; Neerman, Jonathan; Blaesche, Minoo; Wertheimer, Nancy; Trent McCotter; Stowe, William; Bedell, James; Connolly, J. Erik; Wrigley, Nicole; Sullivan, Olivia; Betman, Ronald; Golden, Meghan; Amattey, Amakie |
| **Subject:** | Re: Activity in Case 1:21-cv-02900-CJN SMARTMATIC USA CORP. et al v. HERRING NETWORKS, INC. Response to motion |
| **Date:** | Sunday, December 24, 2023 4:33:25 PM |

Thank you Caitlin.
Sent from my iPhone

On Dec 24, 2023, at 5:32 PM, Kovacs, Caitlin <CKovacs@beneschlaw.com> wrote:

**\*\*RECEIVED FROM EXTERNAL SENDER – USE CAUTION\*\***

Counsel,

Attached are Exhibits BB and CC to Smartmatic's response to OANN's motion for partial summary judgment. The Court does not yet have these documents. We will keep you looped in on any communications with the Court about in-camera review.

Best,
Caitlin

vCard

Caitlin A. Kovacs
(she/her/hers)
Partner | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6392 | m: 614.804.0562
CKovacs@beneschlaw.com | www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** DCD_ECFNotice@dcd.uscourts.gov <DCD_ECFNotice@dcd.uscourts.gov>
**Sent:** Friday, December 22, 2023 6:13 PM
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject:** Activity in Case 1:21-cv-02900-CJN SMARTMATIC USA CORP. et al v. HERRING NETWORKS, INC. Response to motion

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

District of Columbia

## Notice of Electronic Filing

The following transaction was entered by Connolly, Joel on 12/22/2023 at 7:12 PM EDT and filed on 12/22/2023

**Case Name:** SMARTMATIC USA CORP. et al v. HERRING NETWORKS, INC.
**Case Number:** 1:21-cv-02900-CJN
**Filer:** SGO CORPORATION LIMITED
SMARTMATIC INTERNATIONAL HOLDING B.V.
SMARTMATIC USA CORP.

**Document Number:** 155

**Docket Text:**
**RESPONSE re [136] MOTION for Partial Summary Judgment** *- Plaintiffs' Rule 56(d) Response In Opposition to Defendant's Motion for Partial Summary Judgment on Actual Malice* **filed by SGO CORPORATION LIMITED, SMARTMATIC INTERNATIONAL HOLDING B.V., SMARTMATIC USA CORP.. (Attachments: # (1) Exhibit 1 - Affidavit of J. Erik Connolly, # (2) Exhibit A to Connolly Affidavit, # (3) Exhibit B to Connolly Affidavit, # (4) Exhibit C to Connolly Affidavit, # (5) Exhibit D to Connolly Affidavit, # (6) Exhibit E to Connolly Affidavit, # (7) Exhibit F to Connolly Affidavit, # (8) Exhibit G to Connolly Affidavit, # (9) Exhibit H to Connolly Affidavit, # (10) Exhibit I to Connolly Affidavit, # (11) Exhibit J to Connolly Affidavit, # (12) Exhibit K to Connolly Affidavit, # (13) Exhibit L to Connolly Affidavit, # (14) Exhibit M to Connolly Affidavit, # (15) Exhibit N to Connolly Affidavit, # (16) Exhibit O to Connolly Affidavit, # (17) Exhibit P to Connolly Affidavit, # (18) Exhibit Q to Connolly Affidavit, # (19) Exhibit R to Connolly Affidavit, # (20) Exhibit S to Connolly Affidavit, # (21) Exhibit T to Connolly Affidavit, # (22) Exhibit U to Connolly Affidavit, # (23) Exhibit V to Connolly Affidavit, # (24) Exhibit W to Connolly Affidavit, # (25) Exhibit X to Connolly Affidavit, # (26) Exhibit Y to Connolly Affidavit, # (27) Exhibit Z to Connolly Affidavit, # (28) Exhibit AA to Connolly Affidavit, # (29) Exhibit BB to Connolly Affidavit, # (30) Exhibit CC to Connolly Affidavit, # (31) Exhibit DD to Connolly Affidavit, # (32) Exhibit EE to Connolly Affidavit, # (33) Exhibit FF to Connolly Affidavit, # (34) Exhibit GG to Connolly Affidavit, # (35) Exhibit HH to Connolly Affidavit, # (36) Exhibit 2 - Society of Professional Journalists Code of Ethics, # (37) Exhibit 3 - Declaration of Caitlin A. Kovacs)(Connolly, Joel)**

**1:21-cv-02900-CJN Notice has been electronically mailed to:**

Bethany Pickett Shah     bpickett@jw.com, lbales@jw.com, sdueitt@jw.com

Caitlin Kovacs     CKovacs@beneschlaw.com, docket2@beneschlaw.com

Carl C. Butzer     cbutzer@jw.com, 7435274420@filings.docketbird.com, ksparks@jw.com

Charles L. Babcock     cbabcock@jw.com, kkunec@jw.com, szamen@jw.com

Elizabeth J. Bower     ebower@willkie.com, maodc-dcd@willkie.com

Emily Newhouse Dillingham     edillingham@beneschlaw.com

James Richard Bedell     jbedell@beneschlaw.com

Joel Glover     jglover@jw.com, mmcclenathen@jw.com

Joel Erik Connolly     econnolly@beneschlaw.com, docket@beneschlaw.com, kcarlson@beneschlaw.com, LMuench@beneschlaw.com

John K. Edwards     jedwards@jw.com, amalone@jw.com

Jonathan D. Neerman     jneerman@jw.com, llisenbee@jw.com

Julie Loftus     jloftus@beneschlaw.com, docket2@beneschlaw.com

Kathleen Watson Moss     kwatsonmoss@beneschlaw.com, docket2@beneschlaw.com

Lauren Tortorella     ltortorella@beneschlaw.com, docket@beneschlaw.com, dpope@beneschlaw.com, ebroderick@beneschlaw.com

Lee Muench     lmuench@beneschlaw.com, docket@beneschlaw.com

Michael A. Vatis     mvatis@beneschlaw.com

Michael Elliot Bloom     mbloom@beneschlaw.com, docket2@beneschlaw.com

Minoo Sobhani Blaesche     mblaesche@jw.com

Nancy W. Hamilton     nhamilton@jw.com, szamen@jw.com

Nicole Wrigley     nwrigley@beneschlaw.com, docket@beneschlaw.com, rfelix@beneschlaw.com

Olivia Elizabeth Sullivan     osullivan@beneschlaw.com, docket2@beneschlaw.com

R. Trent McCotter     tmccotter@boydengray.com

William Stowe     wstowe@jw.com

**1:21-cv-02900-CJN Notice will be delivered by other means to::**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/22/2023] [FileNumber=8681037-0
] [7533bb5b94609336de6d56f144036a5c4a3d03cb25a0d90d58b98473bb59d29f074
8102ee05c42ce5113dd95ab20d35ac0c3e137c17147c572b9acaae48ecd98]]
**Document description:** Exhibit 1 - Affidavit of J. Erik Connolly
**Original filename:** suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/22/2023] [FileNumber=8681037-1

] [8ef90c9a58e3854736e7c795c06e5beb7de49d417372844c369a8a4d675b738c9ef
d2ae33b99287b70ea8e2f06f6c7b4aa5be1f9a9f155424d9af00d0d23ddd9]]
**Document description:**Exhibit A to Connolly Affidavit
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/22/2023] [FileNumber=8681037-2
] [84b43d6a4c87156f92eacfdcd27e730ca8c4fe86c086a88d15a2eb54cc9d5ea2617
8f5a12e04a81beff3b0b24d9095202491eb4873d452f707c5a727f6b130c2]]
**Document description:**Exhibit B to Connolly Affidavit
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/22/2023] [FileNumber=8681037-3
] [ab730c6ba60feee668fb9b8dc340b058bf255b7c65d832c6fa55a71fb78d682c3ff
4619b3689067b41f5325944dd2e956cc65a1b33639c18027092c152f622a8]]
**Document description:**Exhibit C to Connolly Affidavit
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/22/2023] [FileNumber=8681037-4
] [52113f79487b3f79d4fe4d5a871a1b3c1b371b58a2e8cf843e344c5f65dd5fc525d
75e93d089a99e3b5360be7744a1b41aa226072e13222ba8c226b89576aa96]]
**Document description:**Exhibit D to Connolly Affidavit
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/22/2023] [FileNumber=8681037-5
] [1601a9e4e0604340618d46f51a9ebe4c4e5f95c07926bbbcf32c26670b31708f80d
30d0589f8567ccedbdfba000dd3c5f6279846ea2f706e1be97f2a2539cdc2]]
**Document description:**Exhibit E to Connolly Affidavit
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/22/2023] [FileNumber=8681037-6
] [355fcbc7fc2bc0a2fe9f953d9e7444cf4fdbb9233313deee7d4e8cb1809e3eeaa0e
024cf3de0dbac028c05fa0540b6c13aa1351955f84b3465f75c9dba0c3c48]]
**Document description:**Exhibit F to Connolly Affidavit
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/22/2023] [FileNumber=8681037-7
] [a17667380a689ed95c2435374e04268a1d24e81b02b34f809d1b29f473de81e44ac
4ad84a4b79ef6108c6b94d7373ae8e4a730ba3cab825a5ecf8be13c0b87d5]]
**Document description:**Exhibit G to Connolly Affidavit
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/22/2023] [FileNumber=8681037-8
] [77be4dbcfc12cee73c08b432d7d04c008e598aaa042785a850082af54c6dbc44305
0bcce4c157749812d88f89d05170aa8ced3c0db2becbf5d9f7598988b1abf]]
**Document description:**Exhibit H to Connolly Affidavit
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/22/2023] [FileNumber=8681037-9
] [5141de1aeec2c6db7886069a34ebe8aa96e0d1bf8a060b0caa0ddf40b152a1d0150
f8efb07be45a9483e64a0f96e53a6b300e7a1e655fc1f3ac17db6cb5fa83e]]
**Document description:**Exhibit I to Connolly Affidavit
**Original filename:**suppressed

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/22/2023] [FileNumber=8681037-10] [10bbed02b34936c6cafc1867af8f42065ea97c671786bb549810632ef3793d465ef057553b9732b9181658eec5a2905518aa0c19c0db63613b77219c3f719764]]
**Document description:**Exhibit J to Connolly Affidavit
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/22/2023] [FileNumber=8681037-11] [35467bf0652f451fb435afa7f1969c43860c97064f1a1371c490d17b8ce73c23ddb3b19cbed0fb9497f7a92876d42cd4185230c9f88ae79159caea9a14f08cd7]]
**Document description:**Exhibit K to Connolly Affidavit
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/22/2023] [FileNumber=8681037-12] [0205accf690a86196f0d7927d218ed94ee8b378a7e03c2f96e342509ef106c9404d9ad63584312817775702494c7979452591021c0dbdaad68cd871be3de25e0]]
**Document description:**Exhibit L to Connolly Affidavit
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/22/2023] [FileNumber=8681037-13] [9556cf2664c65a9b67053e7bb2474c53df27e3db5257305bc238f622da90d449943885fd70ea769b82f013e61e48fef1f740c3f3047a5f6874f9af92017d04ae]]
**Document description:**Exhibit M to Connolly Affidavit
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/22/2023] [FileNumber=8681037-14] [0031cb66e16c641b55361679818687e1417b490b48896231ca1544443f39abd141759f821a14a2efac342fa7595b864e4d6563216e184f93df77628c2b2d10e4]]
**Document description:**Exhibit N to Connolly Affidavit
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/22/2023] [FileNumber=8681037-15] [10f5c37b1f10595a56cbc429fbb0d2d3548715524e66bb81f031ac2fe2606bce86ed0efe3972107dabf9aeeb2430e1361e1aad73e247aac7d9ce60574a65f6e0]]
**Document description:**Exhibit O to Connolly Affidavit
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/22/2023] [FileNumber=8681037-16] [917155c40670aa3b86a0872f5ddc13defcb3e855cdb47f32f1c058153931f312d120d9741f0b4454de8f1a0a164bdd03c7c3c40906cd6c0ddf0c2cdc84153f5a]]
**Document description:**Exhibit P to Connolly Affidavit
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/22/2023] [FileNumber=8681037-17] [136556673a9bae87e8e963b3f8ea5398b54a1aca3a42329c9929b335a82cc17c1c889ac1f347ba6b4af0630d241db44cd6dd63e725bad6315d78ded55dab8867]]
**Document description:**Exhibit Q to Connolly Affidavit
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/22/2023] [FileNumber=8681037-18] [51be6901b5eac70121d1f979d2b438787e5f9834b981f280e2f8d4d50799829dfad0a33fe0b298eabc059aef53dc5857e1ceb0b3a2578d422bbebee574d59484]]

**Document description:**Exhibit R to Connolly Affidavit
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/22/2023] [FileNumber=8681037-19] [97075c8b2d0f349e03770ad1a96675afc5124667b7f25ab9f52168533685bd83a419a121b04d37338a69b3fdf9e49ff7b66b9ea67d44d1227a88fa110bce0e6d]]
**Document description:**Exhibit S to Connolly Affidavit
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/22/2023] [FileNumber=8681037-20] [31cd72a04e0b3d390e025d20c6950e94f0cb527df5190cf2357b86bf5522f089c21b4d562c16c4522c680e29e640010a08e21ae1279d5e3201039cef6d4004d3]]
**Document description:**Exhibit T to Connolly Affidavit
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/22/2023] [FileNumber=8681037-21] [786a64517fb4f7b490edad1221e422591bbed558afabb2034207b05add2be183546d300d4d49b792aae8574e7a768f58e65d7ca3c24ecb818b774d4a4becdcf8]]
**Document description:**Exhibit U to Connolly Affidavit
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/22/2023] [FileNumber=8681037-22] [8744e62b5be740ba77cef0ddd3ad2a382d2db4793332d81cb25ddd643b7872bab06b6edc56d6119c8eefa938b0d5845795bfe6c90c18498c198de65a74a7c8de]]
**Document description:**Exhibit V to Connolly Affidavit
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/22/2023] [FileNumber=8681037-23] [1e08fa419338aba7c3709259e5d79ccbbbf62619168b69c9d67c6cb12909ed1b01960e02ba0400fd8b26e3a530b4818607959dffc4c43200ff180bcd44703ee5]]
**Document description:**Exhibit W to Connolly Affidavit
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/22/2023] [FileNumber=8681037-24] [0233f35ba5277df8693ed6e620abeffdbc6536b787e445765d2cde538f10a87c38c579208ee36cede869134e4af733b448a8a0a4de1321f26728c1caa065374b]]
**Document description:**Exhibit X to Connolly Affidavit
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/22/2023] [FileNumber=8681037-25] [7c68f78973760ec711848eb77c0d912cfb7c2de7fa56b5c02289239f0e8f6bbb3f71df8be778ec92ded53eef4b32251d97d76943811ad56849e2c3e2699e8710]]
**Document description:**Exhibit Y to Connolly Affidavit
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/22/2023] [FileNumber=8681037-26] [7cb0b4b282088908d6983a2f6bfbe6f5aef4bcf1561eedfff8de0b1f3c41c4e3981cfd3ce7968a20ea73df1f0da29c5ed17646fc133ebbb6117cf81bd88f9009]]
**Document description:**Exhibit Z to Connolly Affidavit
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/22/2023] [FileNumber=8681037-2

7] [92b3fe9861c96fc9ff194e83bc54caba9b1d8e43ad0402a531a19daa243bc44572
6998fcb96f8c938509c120c5ef02f68fd95b16f5f3a2a9aea9b554669b86f9]]
**Document description:**Exhibit AA to Connolly Affidavit
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/22/2023] [FileNumber=8681037-2
8] [13a78c69dd1b7cc80141094f01564ffbdb76a3888758c7f4a29800c575333d2f4d
8850ae42e93e6666618355dcffa67f426cdfba2105932d200a51fd0a8fcd6f]]
**Document description:**Exhibit BB to Connolly Affidavit
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/22/2023] [FileNumber=8681037-2
9] [761ef9350655d79062d6d87fa1183b16d74a0807fce4415ee6e3258f4bd030b1f3
90a18da45841d083955e80aaefbd962e954ef6ebfad9e6d1c7b731056d88e2]]
**Document description:**Exhibit CC to Connolly Affidavit
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/22/2023] [FileNumber=8681037-3
0] [00f9ebfa2159a7f214f52291ccea7e8141a2becb868a30d0074c7071b58d1aee10
668307f085bc339d79a6d7982149c2d821ec5ec957f0d06a0cbe9fc83b5c97]]
**Document description:**Exhibit DD to Connolly Affidavit
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/22/2023] [FileNumber=8681037-3
1] [3e662995c621f158bc29b2124caf02c8ee8c39d1dee7fa96e1327fdca3a700ba31
80d55d2c2df0e8ca591814d148412576e27a4c4e24d9e1307570ea2e813946]]
**Document description:**Exhibit EE to Connolly Affidavit
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/22/2023] [FileNumber=8681037-3
2] [3c4fbf8cd03462e6e87d18bd07d421fb394252884c532712f1ccfc2c336a4c2bdb
957c7e2c1c484dbdd776a5851d54839c20b36189f28aed7812681fb7e01497]]
**Document description:**Exhibit FF to Connolly Affidavit
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/22/2023] [FileNumber=8681037-3
3] [7160ddeb79bf9d6566ad499f69950e0603ac1a4b7556a5db04c8699d10dc64bf5f
4f738c491fa2de71e5d0e5f1d526047926f824ec1d08e879b5b85708bfcf72]]
**Document description:**Exhibit GG to Connolly Affidavit
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/22/2023] [FileNumber=8681037-3
4] [61f117defedc88f081ea636aefbd95ce578c134a38710e3fe7d91462ab4e2a4165
3532aad02ef4efa4e011b9fbe24450d918ad1d6ccc2b2f85d9a750906d2a89]]
**Document description:**Exhibit HH to Connolly Affidavit
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/22/2023] [FileNumber=8681037-3
5] [5c4f411e98e0241f2724ab48175cc605b060ddabefd4e91a188d93670146a06228
e761af8b8c47977b3d6a8832d1e0b064cf1300cce1c394b8ee2a3fbfb4819a]]
**Document description:**Exhibit 2 - Society of Professional Journalists Code of Ethics
**Original filename:**suppressed

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/22/2023] [FileNumber=8681037-3
6] [7433daaec3a10e0b320f811efb70cba74bcd1396745108095e02b987d316d8e2f3
713f5894aaad63df2a5c428e67a71571500922a4d79aa0c7c5b0a5f8a19898]]

**Document description:** Exhibit 3 - Declaration of Caitlin A. Kovacs
**Original filename:** suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=12/22/2023] [FileNumber=8681037-3
7] [442241babf6ab47f30694dd21d4f20740a1a873dbfc6d9d94054519e094b090586
707252c25f5439211bd67c7adfd8909c67aea6e551d14a6230560026712fe3]]

&lt;Ex. BB to Connolly Affidavit.pdf&gt;
&lt;Ex. CC to Connolly Affidavit.pdf&gt;