# Exhibit S

| | |
|---|---|
| **From:** | Kovacs, Caitlin |
| **To:** | Courtney Moore; CJNpo@dcd.uscourts.gov |
| **Cc:** | Connolly, J. Erik; Wrigley, Nicole; Betman, Ronald; Sullivan, Olivia; Bedell, James; Pickett Shah, Bethany; Butzer, Carl; Babcock, Chip; Glover, Joel; Edwards, John; Neerman, Jonathan; Blaesche, Minoo; Hamilton, Nancy; tmccotter@boydengray.com |
| **Subject:** | Smartmatic USA Corp. et al v. Herring Networks, Inc., Case Number 1:21-cv-02900, Docket Entry #155, Ltr re In Camera Review |
| **Date:** | Thursday, December 28, 2023 11:34:42 AM |
| **Attachments:** | 2023.12.28 SMMT Ltr to Court re Ex BB and CC.pdf<br>Ex. BB to Connolly Affidavit.pdf<br>Ex. CC to Connolly Affidavit.pdf |

Dear Judge Nichols and Ms. Moore,

We write to provide the Court with two documents that Smartmatic cites in its Response to OANN's Motion for Partial Summary Judgment (Dkt. #155). Those two documents are attached to this email as Exhibits BB and CC, along with a letter describing the circumstances that lead us to provide these documents for review in camera rather than placing them on the docket. Please let us know if you need any further information.

Thank you very much for your time and attention to this matter.

Best,
Caitlin Kovacs
Counsel for Smartmatic



vCard

Caitlin A. Kovacs
(she/her/hers)
Partner | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6392 | m: 614.804.0562
CKovacs@beneschlaw.com | www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice