# Exhibit T



Caitlin Alejandrina Kovacs
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Direct Dial: 312.624.6392
Fax: 312.767.9192
ckovacs@beneschlaw.com

December 28, 2023

The Honorable Judge Carl J. Nichols
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

Re: *Smartmatic USA Corp., et al. v. Herring Networks, Inc., d/b/a One America News Network*, Case No. 1:21-cv-2900-CJN (D.D.C.)

Dear Honorable Judge Carl J. Nichols,

Enclosed are Exhibits BB and CC to Plaintiffs' Rule 56(d) Response in Opposition to Defendant's Motion for Partial Summary Judgment.

Exhibit BB is a series of e-mail correspondence. [REDACTED] This series of e-mails was produced by OANN to Smartmatic and is presented to the Court as produced. OANN marked Exhibit BB confidential.

Exhibit CC is part of a document produced by OANN to Smartmatic. OANN produced a spreadsheet in Excel format that includes a variety of information on Smartmatic employees and other individuals. Exhibit CC is one tab of that document, which includes what is identified as passwords of Smartmatic employees. OANN's production included several identical copies of this spreadsheet in native excel format. Exhibit CC is an attachment to an email that appears in Exhibit BB. For purposes of this filing, Smartmatic converted the tab with passwords to PDF format. OANN marked Exhibit CC highly confidential.

Pursuant to the parties' Amended Confidentiality Agreement and Protective Order (Dkt. 48), Smartmatic did not place these documents on the public docket. Given the inclusion of the very sensitive information of Smartmatic employees, Smartmatic did not want to file these documents under seal. Instead, Smartmatic is transmitting these documents directly to the Court for in camera review.

Please let us know if you have any questions or need additional information. Thank you sincerely for your attention to this matter.

The Honorable Judge Carl J. Nichols
December 28, 2023
Page 2

                Very truly yours,

                BENESCH, FRIEDLANDER,
                  COPLAN & ARONOFF LLP

                Caitlin Alejandrina Kovacs

CAK:mg