**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

SMARTMATIC USA CORP. et al.,

     Plaintiffs,

v.

HERRING NETWORKS, INC., D/B/A
ONE AMERICA NEWS NETWORK,

     Defendant.

Case No. 1:21-cv-02900-CJN

**NOTICE OF APPEARANCE FOR
<u>NON-PARTY GOOGLE LLC</u>**

TO THE CLERK AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for non-party Google LLC in connection with the Defendant's subpoena served on November 21, 2023 and its motion to compel filed on January 26, 2024 (Case No. 1:24-mc-00001-PTG-IDD, E.D. Va.). I certify that I am admitted to practice before this Court (Bar ID No. 110445).

Dated:  February 5, 2024

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: *s/ Benjamin D. Margo*

Benjamin D. Margo
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone:  (212) 497-7700
Facsimile:  (212) 999-5899
Email:  bmargo@wsgr.com

*Counsel for Non-party Google LLC*