UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP. et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK,<br><br>                    Defendant. | Case No. 1:21-cv-02900-CJN<br><br>**CORPORATE DISCLOSURE STATEMENT FOR <u>NON-PARTY GOOGLE LLC</u>** |

    I, the undersigned, counsel of record for non-party Google LLC, certify that to the best of my knowledge and belief, Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10% of Alphabet Inc.'s stock.

    These representations are made in order that judges of this court may determine the need for recusal.

Dated:  February 5, 2024

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: *s/ Benjamin D. Margo*

Benjamin D. Margo
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone:  (212) 497-7700
Facsimile:  (212) 999-5899
Email:  bmargo@wsgr.com

*Counsel for Non-party Google LLC*