UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SMARTMATIC USA CORP.,** *et al*, <br><br> Plaintiffs, <br><br> v. <br><br> **HERRING NETWORKS, INC.** <br><br> Defendant. | Civil Action No. <br> 1:21-cv-02900-CJN-MAU |

## ORDER

For the reasons stated on the record during the February 5, 2024 discovery hearing ("hearing"), it is hereby,

**ORDERED** that Plaintiffs' Second Supplemental Motion to Extend Discovery (ECF No. 165), is **GRANTED**. The Parties shall adhere to the following discovery deadlines:

| Event | Deadline |
|---|---|
| Deadline to Serve Document Requests under Fed. R. Civ. P. 34 | July 31, 2023 |
| Deadline for Completion of Fact Discovery | May 10, 2024 |
| Deadline for Proponents to Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2) | June 7, 2024 |
| Deadline for Opponents to Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2) | July 5, 2024 |
| Deadline for Proponents to Produce Responsive Expert Reports | August 9, 2024 |
| Deadline for Expert Depositions | September 13, 2024 |
| Status Conference | October 2, 2024 |
| Deadline to File Dispositive Motions | November 1, 2024 |
| Deadline to File Oppositions to Dispositive Motions | December 5, 2024 |
| Deadline to File Replies in Support of Dispositive Motions | January 6, 2025 |

1

It is **FURTHER ORDERED** that the following motions are **DENIED AS MOOT**: Plaintiffs' Motion for Extension of Time to Serve Document Requests (ECF No. 54); Defendant's Motion for Leave to File Sur-Reply in Opposition to Plaintiffs' Motion for Extension (ECF No. 65); Plaintiffs' Motion for Protective Order, Stay Depositions, and Amend/Correct Scheduling Order (ECF No. 96), and Plaintiffs' Supplemental Motion for Protective Order, Stay Depositions, and Amend/Correct Scheduling Order (ECF No. 132); and it is further,

**ORDERED** that the Joint Motion for Entry of Deposition Protocol (ECF No. 169) is **GRANTED**. As ordered on the record, the Parties shall submit a revised word version of the Deposition Protocol to the Court at Upadhyaya_Chambers@dcd.uscourts.gov and Hope_Kashatus@dcd.uscourts.gov no later than 6:00 p.m. February 6, 2024; and it is further,

**ORDERED** that Defendant's Unopposed Renewed First Motion for International Discovery (ECF No. 157) and Defendant's Unopposed Renewed Second Motion for International Discovery are **GRANTED** (ECF No. 158); and it is further,

**ORDERED** that Defendant's Unopposed Motion for Leave to File Document Under Seal is **GRANTED** (ECF No. 173); and it is further,

**ORDERED** that Plaintiffs' Unopposed Motion for Leave to File Document Under Seal is **GRANTED** (ECF No. 176); and it is further,

**ORDERED** that Plaintiffs' Motion to Compel Documents from Related Actions (ECF No. 130) is **GRANTED**. As described on the record, Defendant shall produce documents that it produced in the lawsuits captioned *US Dominion, Inc., et al. v. One America News Network*, Case No. 1:21-cv-02130 (D.D.C.) and *Coomer v. Donald J. Trump for President, et. al.*, Case No. 2020-cv-04319 (D. Colo.) within 14 days of this Order; and it is further,

**ORDERED** that Plaintiffs' Motion for Protective Order to Quash Defendant's Second Set of Requests for Production (ECF No. 81) is **DENIED**.  The Parties shall meet and confer as discussed on the record to facilitate Defendant's updates to these requests and Plaintiffs' responses; and it is further,

**ORDERED** that Defendant's Motion to Compel Amended Initial Disclosures (ECF No. 143-4) is **GRANTED**.  Plaintiffs shall serve amended initial disclosures pursuant to Federal Rule of Civil Procedure 26(a) within 14 days of this Order; and it is further,

**ORDERED** that Defendant's Motion to Compel Source Code and Machine Inspection (ECF No. 143-5) is **GRANTED IN PART** and **DENIED IN PART**.  Defendant's motion is **DENIED** as to request numbers 1, 2, 3, 4, and 5.  Defendant's motion as to request number 6 is **GRANTED IN PART** and **DENIED IN PART**.  Defendant's motion as to request number 7 is held under advisement.  The Parties shall meet and confer and submit a joint statement to Chambers at Upadhyaya_Chambers@dcd.uscourts.gov and Hope_Kashatus@dcd.uscourts.gov by Friday, February 9, 2024 updating the Court on (a) the narrowed scope of request number 6 and (b) whether Plaintiffs have in their possession, custody, or control any responsive information; and it is further,

**ORDERED** that the Parties shall meet and confer and attempt to resolve the remaining discovery disputes.  By February 9, 2024, the Parties shall file an updated joint notice of pending and resolved discovery disputes using the same format and information as included in ECF No. 163, Amended Joint Status Report.

      **SO ORDERED**.

Date: February 6, 2024

                                                      MOXILA A. UPADHYAYA
                                                      United States Magistrate Judge