UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**SMARTMATIC USA CORP.**, *et al*,

    Plaintiffs,

v.

**HERRING NETWORKS, INC.**

    Defendant.

Civil Action No.
1:21-cv-02900-CJN-MAU

## DEPOSITION PROTOCOL ORDER

Pursuant to the Court's February 5, 2024, Order, Plaintiffs Smartmatic USA Corp., Smartmatic International Holdings B.V., and SGO Corporation Limited (collectively, "Smartmatic") and Defendant Herring Network Inc.'s (d/b/a One America News Network) ("OANN") respectfully submit for the Court's approval this Joint Deposition Protocol (the "Protocol"). For purposes of this protocol, the three entities that constitute "Smartmatic" shall be considered collectively to constitute a single party.

## DEPOSITION PROTOCOL

I. **NUMBER AND LENGTH OF DEPOSITIONS**

    A. Excluding expert depositions, each party may take up to and including 30 depositions, which may not exceed 120 hours in total.

    B. Depositions shall last no longer than 7 hours and shall be limited to a single day.

    C. To the extent any deviation from Section I.B is necessary, the parties will provide advanced notice and will meet and confer to reach a mutually agreeable resolution.

II. **SCHEDULING AND LOGISTICS**

    A. The parties will work together in good faith to schedule depositions in a manner reasonable to the parties, their counsel, and the witness.

    B. All depositions will be taken in-person unless otherwise agreed by the noticing/subpoenaing party and the witness or ordered by the Court.

    C. To the extent any party or witness requests a deposition to proceed via Zoom or other videoconferencing system, the parties will meet and confer regarding the request. Absent agreement, the party or witnesses must show good cause for taking a remote deposition.

**III.     CONFIDENTIALITY**

A.     The parties will treat confidentiality of deposition testimony and any documents shown or discussed during depositions in the same manner as the Amended Confidentiality Agreement and Protective Order (Dkt. 48).

B.     Before a party shows a nonparty witness discovery designated as Confidential or Highly Confidential – Attorney's Eyes Only, that witness must execute Exhibit A to the Amended Confidentiality Agreement and Protective Order (Dkt. 48).

**IV.     OBJECTIONS**

A.     In accordance with Federal Rule of Civil Procedure 30, all objections must be made in a nonargumentative and nonsuggestive manner.  Speaking objections are not permitted.

B.     Objections to the form of a question may succinctly identify the particular form objection being asserted, e.g., "Objection: Compound question."

**V.     WATERMARKING**

A.     The parties recognize that some fact witnesses may possess an independent economic interest in their name and/or likeness.  In the event such a witness submits to a videotaped deposition, the parties will ensure that the videographer makes only an original and one copy for each party.  The parties will further ensure that the videographer watermarks each frame of the original as "Original Copy" and watermarks each copy as the appropriate party's copy (i.e., "Plaintiffs' Copy," "Defendant's Copy," etc.).  The party presenting the witness for a deposition will maintain custody of the Original Copy.

B.     If a party intends to invoke the procedure in Section V.A, it must make that designation before the deposition and must give reasonable notice after receiving the relevant deposition notice.

Date: February 6, 2024

                                                                                           _____
MOXILA A. UPADHYAYA
United States Magistrate Judge

3