IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK,<br><br>Defendant. | Civil Action No. 1:21-cv-02900-CJN |

**SECOND AMENDED JOINT STATUS REPORT**

Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (collectively, "Smartmatic") and Defendant Herring Networks, Inc. d/b/a One America News Network ("OAN") file this *Second Amended Joint Status Report* in compliance with the Honorable Magistrate Judge Moxila A. Upadhyaya's February 5, 2024 Order (Dkt. 183).

Attached hereto as Exhibit A is a Pending Discovery Disputes chart in a format similar to what was presented to the Court as Dkt. 163. As set forth in the Order, the chart has been updated to identify which disputes have been resolved, which disputes the parties are currently attempting to resolve, and which disputes have reached an impasse. The chart also includes the priority of pending discovery disputes for both Smartmatic and OAN. Disputes labeled "Round 2" are those that the parties respectfully request be heard at the Court's next discovery hearing, to the extent the parties cannot resolve them in the meantime.

*****

By: <u>  /s/  Caitlin A. Kovacs                </u>

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
J. Erik Connolly (D.C. Bar No. IL0099)
Nicole E. Wrigley (D.C. Bar No. IL0101)
Caitlin A. Kovacs (admitted pro hac vice)
Olivia E. Sullivan (admitted pro hac vice)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312.212.4949
econnolly@beneschlaw.com
nwrigley@beneschlaw.com
ckovacs@beneschlaw.com
oesullivan@beneschlaw.com

**JACKSON WALKER LLP**
Charles L. Babcock
(admitted *pro hac vice*)
Nancy W. Hamilton
(admitted *pro hac vice*)
John K. Edwards
(admitted *pro hac vice*)
Joel R. Glover
(admitted *pro hac vice*)
Bethany Pickett Shah
(admitted *pro hac vice*)
1401 McKinney Suite 1900
Houston, TX 77010
Tel: (713) 752-4200
Fax: (713) 308-4110
cbabcock@jw.com
nhamilton@jw.com
jedwards@jw.com
jglover@jw.com
bpickett@jw.com

Jonathan D. Neerman
D.C. Bar No. 90003393
Carl C. Butzer
(admitted *pro hac vice*)
Minoo Sobhani Blaesche
(admitted pro hac vice)

2

2323 Ross Avenue, Suite 600
Dallas, TX 75201
Tel: (214) 953-5664
Fax: (214) 661-6899
jneerman@jw.com
cbutzer@jw.com
mblaesche@jw.com

**BOYDEN GRAY & ASSOCIATES**
Trent McCotter
D.C. BAR NO. 1011329
801 17th St NW, #350
Washington, DC 20006
(202) 706-5488
mccotter@boydengrayassociates.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of February, 2024, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will electronically mail notification of the filing to all counsel of record who are registered ECF users.

                                                    */s/ Caitlin A. Kovacs*
                                        Caitlin A. Kovacs (admitted pro hac vice)
                                        BENESCH, FRIEDLANDER, COPLAN &
                                        ARONOFF LLP

                                        *One of the attorneys for the Plaintiffs*
                                        *Smartmatic USA Corp., Smartmatic*
                                        *International Holding B.V., and SGO*
                                        *Corporation Limited*