# EXHIBIT A

## *SMARTMATIC V. OANN* – PENDING DISCOVERY DISPUTES

*Legend:*
*Grey = Dispute Resolved*

| Report Topic # | Issue | Resolution Status | Briefing Status | Proposed Order |
|---|---|---|---|---|
| **Smartmatic 1** | Smartmatic's Motion to Compel Financial Documents (Dkt. 124; 12/1/23) | Meet and Confer Process Ongoing | Motion, Response<br><br>If the parties make any progress regarding this issue in advance of the next Court hearing, they will update the Court on that progress and briefly describe what issues remain open. | Round 2 |
| **Smartmatic 2** | Smartmatic's Motion to Compel OAN's Response to Smartmatic's Second Set of Requests for Production (Dkt. 129; 12/5/23) | Motion Denied as Moot | Motion | Resolved |
| **Smartmatic 3** | Smartmatic's Motion to Compel the Production of Documents from Related Actions (Dkt. 130; 12/7/23) | Motion Granted | Motion | Resolved |
| **Smartmatic 4** | Parties' May 5, 2023 Joint Notice of Unresolved Discovery Disputes (Dkt. 143-1; 5/31/23)<br><br>For Smartmatic: (1) OAN's failure to produce documents; (2) OAN's failure to disclose relevant witnesses; (3) OAN's | Resolved and/or Encompassed Elsewhere | Smartmatic Disputes 1 and 2 are not briefed.<br><br>Smartmatic Dispute 3 partially briefed. | Resolved |

| Report Topic # | Issue | Resolution Status | Briefing Status | Proposed Order |
|---|---|---|---|---|
|  | failure to produce financial records; and (4) OAN's failure to agree to a date certain for completion of document production.<br><br>For OAN: (1) discovery of governmental investigations; (2) discovery of criticisms and reputational issues; (3) discovery of damages; (5) discovery related to BOD meetings; and (6) discovery related to vendors and manufacturers. |  | OAN Disputes are not briefed. |  |
| **Smartmatic 5** | Parties' Forthcoming Joint Notice of Unresolved Discovery Disputes<br><br>For Smartmatic: (1) documents related to employment decisions; (2) documents related to oversight, structure, and decision making authority; (3) documents showing OANN's corporate governance structure; (4) documents sufficient to demonstrate every meeting that occurred regarding Smartmatic and Dominion; (5) documents concerning ratings, viewership, readership, and engagement data; (6) documents concerning the downloads of OANN applications, subscriptions, and clicks; (7) documents and communications from personal email | Meet and Confer Process Ongoing | Not Briefed | Round 3 |

| Report Topic # | Issue | Resolution Status | Briefing Status | Proposed Order |
|---|---|---|---|---|
| | addresses; and (8) documents and communications from text messages. For OAN: (1) Nine additional requested custodians; (2) Additional requested search queries; (3) Response to OAN's Interrogatory No. 4. | | | |
| Smartmatic 6 | Smartmatic's Motion for Protective Order Quashing Herring Network Inc.'s Second Set of Requests for Production (Dkt. 81; 6/7/23) | Motion Denied Parties Ordered to Meet and Confer on Updates to the Requests and Plaintiffs' Responses | Fully Briefed Presented at Hearing on February 5, 2024 | On Hold Pending Meet and Confer |
| Smartmatic 7 | Smartmatic's Emergency Motions to Stay Depositions (Dkt. 105; 10/12/23) | Resolved | Fully Briefed | Resolved |
| Smartmatic 8 | Forthcoming Discovery Disputes: motion to compel designation of additional custodians, motion to compel the production of cell phone data, motion to compel documents related to OANN's possession of Smartmatic's private data, motion to compel response to Smartmatic's First Set of Interrogatories, and motion to compel documents regarding Michael Lindell and My Pillow. | Parties at Impasse regarding Production of Cell Phone Data Relating to OAN Employees Who Have Not Permitted Collection of Their Personal Cell Phones on Basis of | Not Briefed The Parties will submit via email a short explanation of the cell phone data dispute (and any other issues on which the parties remain at impasse), with references to relevant case law, in advance of the next Court hearing. | Round 2 |

| Report Topic # | Issue | Resolution Status | Briefing Status | Proposed Order |
|---|---|---|---|---|
| | | Their Privacy Rights, including Cal. Lab. Code § 980(a)<br><br>Meet and Confer Process Ongoing regarding Remaining Topics | | |
| **OANN 1** | Defendant's Renewed First Motion for International Discovery (Dkt. 157; 12/26/23) | Resolved | Fully Briefed | Resolved |
| **OANN 2** | Defendant's Opposed Motion to Compel Depositions (Dkt. 143-2; 10/3/23) | Resolved | Motion drafted, not filed | Resolved |
| **OANN 3** | Defendant's Motion to Compel Compliance with Rule 45 Subpoena (Dkt. 1; 1:23-mc-00116-TJK-MAU) | Resolved | Fully Briefed | Resolved |
| **OANN 4** | Defendant's Motion to Modify Deposition Limits (Dkt. 143-3; 10/6/23) | Resolved | Updated Joint Protocol Submitted and Entered | Resolved |
| **OANN 5** | Defendant's Opposed Motion to Compel Amended Initial Disclosures (Dkt. 143-4; 10/17/23) | Motion Granted<br><br>Amended Disclosures Due 2/20/24 | Fully Briefed | On Hold |

| Report Topic # | Issue | Resolution Status | Briefing Status | Proposed Order |
|---|---|---|---|---|
| **OANN 6** | Defendant's Opposed Motion to Compel Source Code and Machine Inspection (Dkt. 143-5; 10/23/23) | Motion Granted in Part and Denied in Part<br><br>Request Nos. 1-5 Denied<br><br>Court Ordered Parties to Submit a Joint Statement to Court on 2/9/24 Concerning Revised Request No. 6.<br><br>Request No. 7 is Taken Under Advisement by Court. Court Directed Parties To Meet and Confer Further Regarding Request No. 7 (2-5-24 Hearing Tr. at 111-112).<br><br>Court Directed Parties to Meet and Confer Whether Plaintiffs Possess a Copy of Source | OANN Motion Submitted<br><br>If the parties remain at impasse following a meet and confer, they will submit via email a short explanation of their respective positions, with references to relevant case law, in advance of the next Court hearing. | Round 1 and Round 2 |

| Report Topic # | Issue | Resolution Status | Briefing Status | Proposed Order |
|---|---|---|---|---|
| | | Code Provided for LA County with Respect to Request No. 1 (2-5-24 Hearing Tr. at 111-112).<br><br>OANN is separately pursuing certain discovery from L.A. County. | | |
| OANN 7 | Defendant's Motion to Compel Responses to Interrogatories and Requests for Production (Dkt. 144-6; 10/27/23) | Meet and Confer Process Ongoing | Motion Submitted<br><br>If the parties reach an impasse, they will submit a short explanation of the open issues with references to relevant case law via email in advance of the next Court hearing. | Round 2 |
| OANN 8 | Defendant's Motion to Compel Document Production from Scott Circle Communications, Inc. (Dkt. 111; 11/2/23) | Third-Party Dispute<br><br>Meet and Confer Process Ongoing | Fully Briefed | Round 3 |

| Report Topic # | Issue | Resolution Status | Briefing Status | Proposed Order |
|---|---|---|---|---|
| **OANN 9** | Defendant's Renewed Second Motion for International Discovery (Dkt. 158; 12/26/23) | Resolved | Fully Briefed | Resolved |
| **OANN 10** | Defendant's Opposed Motion to Compel SEC Newgate US LLC to Produce Documents Pursuant to Rule 45 Subpoena (1:21-cv-02900-CJN) | Third-Party Dispute<br><br>Meet and Confer Process Ongoing | Motion Filed | Round 3 |
| **OANN 11** | Defendant's Opposed Motion to Compel Third Party George Soros ("Soros") to Comply with Rule 45 Subpoena (Transfer; Not assigned) | Third-Party Dispute | Motion Filed | Round 3 |
| **OANN 12** | Defendant's Opposed Motion to Compel Third-Party Open Society Institute to Comply with Rule 45 Subpoena (Dkt. 126; 12/15/23) | Third-Party Dispute | Motion Filed | Round 3 |
| **OANN 13** | Defendant's Emergency Motion to Strike Smartmatic Motions to Compel (Dkt. 131; 12/7/23) | Resolved | Motion Filed | Resolved |
| **OANN 14** | Defendant's Motion for Protective Order Forbidding Plaintiffs' Third-Party Discovery that Violates Standing Order (Dkt. 135; 12/8/23) | Resolved | Motion Filed | Resolved |
| **OANN 15** | Defendant's Unopposed Motion to File Under Seal Defendant's Opposed Motion | Motion Granted | Motion Filed | Resolved |

| Report Topic # | Issue | Resolution Status | Briefing Status | Proposed Order |
|---|---|---|---|---|
|  | for Issuance of Letters of Request for Production (Dkt. 95; 9/13/23) |  |  |  |
| OANN 16 | Defendant's Opposed Motion to Compel Issues and Crisis Group to Comply with Rule 45 Subpoena (CA No. 1:21-cv-02900; 11/21/23) | Third-Party Dispute<br><br>Meet & Confer in Progress | Fully Briefed | Round 2 |
| OANN 17 | Defendant's Opposed Motion to Compel Stanford University to Comply with Rule 45 Subpoena (Transferred from N.D. Cal. - Not Docketed; 1/12/24) | Third-Party Dispute<br><br>Meet & Confer in Progress | Motion Filed | Round 3 |
| OANN 18 | Defendant's Opposed Motion to Compel Google to Comply with Rule 45 Subpoena (CA No. 1:24-mc-00001, E.D. Va.; 1/26/24) | Third-Party Dispute<br><br>Meet & Confer in Progress | Motion Filed | Round 3 |
| OANN 19 | Dispute Over Plaintiffs' Production of Deposition Transcripts in Related Actions (RFP 71) | Meet & Confer in Progress<br><br>OAN Seeks Prompt Production of Custodian and Expert Deposition Transcripts/Reports | Not Briefed<br><br>If the parties remain at impasse following their meet and confer discussions, they will submit via email a short explanation of their respective positions, with references to | Round 2 |

| Report Topic # | Issue | Resolution Status | Briefing Status | Proposed Order |
|---|---|---|---|---|
| | | from the Related Actions<br><br>Plaintiffs Oppose a Blanket Agreement to Production of Expert Transcripts and Reports At This Time and Believe *Herring Networks Inc. v. AT&T Inc., at al.*, No. 37-2022-00008623-CU-BC-CTL (Cal. Super. Ct., San Diego Cty.) Should Be Included in Definition of Related Actions | relevant case law, in advance of the next Court hearing. | |