IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HERRING NETWORKS, INC., <br><br> Defendant. | No. 1:21-cv-02900-CJN-MAU |

### DECLARATION OF JAMES R. BEDELL IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO STRIKE OR DISMISS PLAINTIFFS' DAMAGE CLAIMS FOR RULE 16 VIOLATIONS AND DISCOVERY ABUSE OR ALTERNATIVELY, MOTION IN LIMINE TO PRECLUDE EVIDENCE OF ALLEGED DAMAGES

I, James R. Bedell, make this declaration pursuant to 28 U.S.C. § 1746. I hereby declare under penalty of perjury that the following is true and correct:

1. I am over the age of 18, I am competent to make this declaration, and I have personal knowledge of the facts stated herein. These facts are true to the best of my knowledge, information, and belief, and if called upon to testify as a witness, I could and would testify competently to them.

2. I am an attorney at the law firm Benesch, Friedlander, Coplan & Aronoff LLP and I represent Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation (collectively, "Smartmatic") in this action.

3. Attached as Exhibit A is a true and correct copy of an email from John Edwards to Caitlin Kovacs, dated February 9, 2024.

4. Attached as Exhibit B is a true and correct copy of an email from Judge Upadhyaya's Clerk, Hope Kashatus, to all counsel, dated January 31, 2024.

1

5.  Attached as Exhibit C is a true and correct copy of an email exchange between John Edwards and Caitlin Kovacs, dated June 29, 2023.

6.  Attached as Exhibit D is a true and correct copy of an email from Caitlin Kovacs to Judge Upadhyaya's Chambers and her clerk Kirsten Bickelman, dated June 30, 2023.

Date:  February 16, 2024

James R. Bedell (admitted *pro hac vice*)
Benesch, Friedlander, Coplan & Aronoff LLP
127 Public Square, Suite 4900
Cleveland, OH 44114
216.363.4500

*Attorney for Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*