# Exhibit A

| | |
|---|---|
| **From:** | Edwards, John <jedwards@jw.com> |
| **Sent:** | Friday, February 9, 2024 3:42 PM |
| **To:** | Kovacs, Caitlin; OANService; Trent McCotter |
| **Cc:** | Smartmatic-OANNServiceList |
| **Subject:** | RE: Activity in Case 1:21-cv-02900-CJN SMARTMATIC USA CORP. et al v. HERRING NETWORKS, INC. Motion to Strike |

We disagree. The motion is not moot, as there continues to be a dispute as to whether Plaintiffs' disclosures are sufficient.

**From:** Kovacs, Caitlin <CKovacs@beneschlaw.com>
**Sent:** Thursday, February 8, 2024 4:43 PM
**To:** OANService <OANService@jw.com>; Trent McCotter <mccotter@boydengrayassociates.com>
**Cc:** Smartmatic-OANNServiceList <Smartmatic-OANNServiceList@beneschlaw.com>
**Subject:** FW: Activity in Case 1:21-cv-02900-CJN SMARTMATIC USA CORP. et al v. HERRING NETWORKS, INC. Motion to Strike

**\*\*RECEIVED FROM EXTERNAL SENDER – USE CAUTION\*\***

Counsel,

During the meet and confer yesterday, Smartmatic expressed our view that this motion is mooted by the Court's Order during the February 5 hearing extending the case schedule. OANN stated that you would consider whether you agree and get back to us. Could you please do so by tomorrow?

Thanks,
Caitlin



vCard

Caitlin A. Kovacs
(she/her/hers)
Partner | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6392 | m: 614.804.0562
CKovacs@beneschlaw.com | www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** DCD_ECFNotice@dcd.uscourts.gov <DCD_ECFNotice@dcd.uscourts.gov>
**Sent:** Friday, February 2, 2024 7:36 PM
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject:** Activity in Case 1:21-cv-02900-CJN SMARTMATIC USA CORP. et al v. HERRING NETWORKS, INC. Motion to Strike

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Columbia

## Notice of Electronic Filing

The following transaction was entered by Babcock, Charles on 2/2/2024 at 8:35 PM EDT and filed on 2/2/2024
**Case Name:**        SMARTMATIC USA CORP. et al v. HERRING NETWORKS, INC.
**Case Number:**      1:21-cv-02900-CJN
**Filer:**            HERRING NETWORKS, INC.
**Document Number:** 179

**Docket Text:**
MOTION to Strike [1] Complaint,,,,,,,,,,,,,,,, , MOTION to Dismiss *Plaintiffs' Damage Claims for Rule 16 Violations and Discovery Abuse*, MOTION in Limine *to Preclude Evidence of Alleged Damages* by HERRING NETWORKS, INC.. (Attachments: # (1) Exhibit Ex. 1 - J. Edwards Decl., # (2) Exhibit 1-A, # (3) Exhibit 1-B, # (4) Exhibit 1-C, # (5) Exhibit 1-D, # (6) Exhibit 1-E, # (7) Exhibit 1-F, # (8) Exhibit 1-G, # (9) Exhibit 1-H, # (10) Exhibit 1-I, # (11) Exhibit 1-J, # (12) Exhibit 1-K, # (13) Exhibit 1-L, # (14) Exhibit 1-M, # (15) Exhibit 1-N, # (16) Exhibit 1-O, # (17) Exhibit 1-P, # (18) Exhibit 1-Q, # (19) Exhibit 1-R, # (20) Exhibit 1-S, # (21) Exhibit 1-T, # (22) Exhibit 1-U, # (23) Exhibit 1-V, # (24) Exhibit 1-W, # (25) Exhibit 1-X, # (26) Exhibit 1-Y, # (27) Exhibit 1-Z, # (28) Exhibit 1-AA, # (29) Exhibit 1-BB, # (30) Exhibit 1-CC, # (31) Exhibit 1-DD, # (32) Text of Proposed Order Order)(Babcock, Charles)

**1:21-cv-02900-CJN Notice has been electronically mailed to:**

Bethany Pickett Shah        bpickett@jw.com, lbales@jw.com, sdueitt@jw.com

Caitlin Kovacs      CKovacs@beneschlaw.com, docket2@beneschlaw.com

Carl C. Butzer      cbutzer@jw.com, 7435274420@filings.docketbird.com, ksparks@jw.com

Charles L. Babcock       cbabcock@jw.com, kkunec@jw.com, szamen@jw.com

Elizabeth J. Bower      ebower@willkie.com, maodc-dcd@willkie.com

Emily Newhouse Dillingham       edillingham@beneschlaw.com

James Richard Bedell        jbedell@beneschlaw.com

Joel Glover     jglover@jw.com, mmcclenathen@jw.com

Joel Erik Connolly      econnolly@beneschlaw.com, docket@beneschlaw.com, kcarlson@beneschlaw.com, LMuench@beneschlaw.com

John K. Edwards     jedwards@jw.com, amalone@jw.com

Jonathan D. Neerman     jneerman@jw.com, llisenbee@jw.com

Julie Loftus     jloftus@beneschlaw.com, docket2@beneschlaw.com

Kathleen Watson Moss     kwatsonmoss@beneschlaw.com, docket2@beneschlaw.com

Lauren Tortorella     ltortorella@beneschlaw.com, docket@beneschlaw.com, dpope@beneschlaw.com, ebroderick@beneschlaw.com

Lee Muench     lmuench@beneschlaw.com, docket@beneschlaw.com

Michael A. Vatis     mvatis@beneschlaw.com

Michael Elliot Bloom     mbloom@beneschlaw.com, docket2@beneschlaw.com

Minoo Sobhani Blaesche     mblaesche@jw.com

Nancy W. Hamilton     nhamilton@jw.com, szamen@jw.com

Nicole Wrigley     nwrigley@beneschlaw.com, docket@beneschlaw.com, rfelix@beneschlaw.com

Olivia Elizabeth Sullivan     osullivan@beneschlaw.com, docket2@beneschlaw.com

R. Trent McCotter     tmccotter@boydengray.com

William Stowe     wstowe@jw.com

**1:21-cv-02900-CJN Notice will be delivered by other means to::**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=2/2/2024] [FileNumber=8743597-0]
[9cc4b5b90842c1542b0908977c2d14a0e57602397922b0f171f9aff0fbd5a0832f26e
eedc08b9111b1dc375d63b2f167124b3b9011508cc38ff41c9faf01ac8b]]
**Document description:**Exhibit Ex. 1 - J. Edwards Decl.
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=2/2/2024] [FileNumber=8743597-1]
[6af259b3880a0b4c93fb676202c661a9a03a089b2569a9cb02be1b4a7c9139445faad
24afb63b8fbfa2bcd9088624619eb2dd5261bf91fdb06476871e71d6386]]
**Document description:**Exhibit 1-A
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=2/2/2024] [FileNumber=8743597-2]
[8a6e14f1863fdcfc3884bf174d9218b852d55a3c296a9825aa3aa3a1c0fec8d50960f
eab6bac2a486ba0353701e63370990c3d34c09c7f4c7d70159aa6a93814]]

**Document description:**Exhibit 1-B
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=2/2/2024] [FileNumber=8743597-3]
[a057bfb9c7a4fd04fba3750ba9d9bce6bf2e58d5a3550e9a0075db303d721cd4bb3ee
b21f1afd80d04e8acca284c76e38df08be4765a8c2096139ca5637200b6]]
**Document description:**Exhibit 1-C
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=2/2/2024] [FileNumber=8743597-4]
[ac2f0d3b8c37e7fe4008f865e02ccb11bef1cf6f06245918daa451f7bdb19372aa321
e1c1d92e8bc5437ab338dbf04816ae1406a062e6f366cc33714a986fa58]]
**Document description:**Exhibit 1-D
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=2/2/2024] [FileNumber=8743597-5]
[423437cf43a0584041caec0f56f374b4e518b65e07727b29d188812dddcbae99be988
f62452ceb65e11dda4a6e044e8beb439a7d91827736c04bfa1bac92d742]]
**Document description:**Exhibit 1-E
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=2/2/2024] [FileNumber=8743597-6]
[3910e29faefab1ce722cf54ae32fc0cb699dd7954237871880431cbe322b658076749
5f7a4bfb8a335d3cce438718084f32f399aefc5d37b7d1310281544bcc4]]
**Document description:**Exhibit 1-F
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=2/2/2024] [FileNumber=8743597-7]
[0aa39ae815cc793f9aa18525173e620d5f81e1dab0600e064d6a64f6286ff6fd2f07b
85988fb699d120844c0b7211c2a7f71bfd01ca0969542ef6cb02afd1960]]
**Document description:**Exhibit 1-G
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=2/2/2024] [FileNumber=8743597-8]
[7ae98ffbe7594273dd80d44ba9e9730f4a62bdeddea628bb8aa2dddf97fdffdf24d02
a256a6bcf1a1fe1f586a13f3929b2df66130e8edfb3f868d34cc8131756]]
**Document description:**Exhibit 1-H
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=2/2/2024] [FileNumber=8743597-9]
[06c8ce2e6a92a9e33f4920a62072de4beccb5e72437aaf1b5af7c58eea549596503ba
17519f94988a2c264812d435d9e4f0c6d9f54d175692ada21865e7c2364]]
**Document description:**Exhibit 1-I
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=2/2/2024] [FileNumber=8743597-10]
[9e41412ef96abdffd99176b5ba58362c136fa774522c974117cdb52257c1586840ad
297c3f3a1e1450098a9e3f8df8d677feabf85390074c664643363d63029f]]
**Document description:**Exhibit 1-J
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=2/2/2024] [FileNumber=8743597-11]

[9c6165216ab9cfd4e2876b6d0a578e8861e44d8bd92dd6dead5cc78a1b5986baec6f7a9f50b3d577e2bd1a01c65e28803b6774ae2b789d169450db421eb8547a]]
**Document description:**Exhibit 1-K
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=2/2/2024] [FileNumber=8743597-12]
[8cf657481d55837e43d2c69fe782eca59d8b1c4da6730adca4c6f715d84ecab2f0d955494b42b2e104c3512fd8bf9f3663fd08b1bce3a872fd52eb22f67a0066]]
**Document description:**Exhibit 1-L
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=2/2/2024] [FileNumber=8743597-13]
[5a0b24548641dc2f301a4dc82de97198e19e39e458b54c2f5a9207748a46fdcd3039d9ecb04853a2789c4a946d5fae9cc3f37d24835cf866a93d8a9b32e30162]]
**Document description:**Exhibit 1-M
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=2/2/2024] [FileNumber=8743597-14]
[74e25c816fd53e3181aa63870b5b99ac92d087e50b38e2fd020c57b4dc8fb9728e695e5b2ef44c3ce3d01bfe229d3ea290d6bd520e7fc224a6d41d5cb90165c8]]
**Document description:**Exhibit 1-N
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=2/2/2024] [FileNumber=8743597-15]
[0db3f69628cb4bb9680a8f7214acd8004421a33385d4c0646d879167cc3bb179c312098a17bf46a28b7624fe1da6a129eaecd7cc649ab8e3d8b10f0d585a5aee]]
**Document description:**Exhibit 1-O
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=2/2/2024] [FileNumber=8743597-16]
[78a39ccaaa4b2310f818dec224c6ef99ff89f0d558b9c1f87eb5fff74ac31f0d07f170735df659da226ed95eefdf4cf945eeb42d91b66232d5cd140c009c8ec6]]
**Document description:**Exhibit 1-P
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=2/2/2024] [FileNumber=8743597-17]
[a6481d6140e21f8e7fc15ba4f124cad70a9bba93dabe9325ac5c4dde34e99f86fd9d59cf8266af25a57cbed6fbb4e602304854506591508106b84128aa2f4622]]
**Document description:**Exhibit 1-Q
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=2/2/2024] [FileNumber=8743597-18]
[532f2e392d85775fa034986f816af815ac953212799baf25edca08378e9a72a615654dac375ee80194e9ce951068515b75d16db24ac9bcc3db5870b58ca422ef]]
**Document description:**Exhibit 1-R
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=2/2/2024] [FileNumber=8743597-19]
[63f65dd3bac28f4f43f9f9a3d0bb8e97fb3d45b31aff9f9eb29f83bcf4e3283430bac9cb38b3367b9dab6f8643bb6641546ad428c35233b39af1d3beef289dfd]]
**Document description:**Exhibit 1-S
**Original filename:**suppressed

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=2/2/2024] [FileNumber=8743597-20]
[a259cbcf6f6426ce429c14002786aae1ff2c962376a80e561c4e8acec0106dc9cb09
438b7842a25d8e16774f025da5a45b8d33c8aed2745e0a55e1d23571b0b4]]
**Document description:**Exhibit 1-T
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=2/2/2024] [FileNumber=8743597-21]
[5005723f20ec02050586d59ba0542e0722b27c437384f5dbf72d8aac20f27f207e39
69e8ad5f3fb1d36601c1c77f1b5a593fcbb63a7b756472aa5285aae7e144]]
**Document description:**Exhibit 1-U
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=2/2/2024] [FileNumber=8743597-22]
[09ddcb98de4351409e187780d458edea40ca25f31762beb8f212ff20718c37345f6e
954bba1f7af35ca41745423326d334b2edc05ff7ad4e555605f386651406]]
**Document description:**Exhibit 1-V
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=2/2/2024] [FileNumber=8743597-23]
[45d47d18cdf212eb5c0528024be1ebe2ae51c05d15e8c3b71425751fd12f54b26f83
7ba17ca6b3868808754f023a51a0624837422777cd165768fdee80dd2edc]]
**Document description:**Exhibit 1-W
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=2/2/2024] [FileNumber=8743597-24]
[366fe2bc0f65638df2ab1954c46fdb9a7ae11aa182f3c797ff1ec3dd1ab35e74ac49
31b5c9b08544d8aea9055858b35eb26556ebabbe9ee7e386857d09126903]]
**Document description:**Exhibit 1-X
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=2/2/2024] [FileNumber=8743597-25]
[9eaf8353a8415ba56f90cd25371a6567b39ce646b90812a5bc8af717155e6b8c55b9
4794c9efcba2357d14bb5fd53e45ae06b777afdd37cab9458581287d9ac8]]
**Document description:**Exhibit 1-Y
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=2/2/2024] [FileNumber=8743597-26]
[14ead9f5b03221da505b4486993630c2b040999673b68f7d3f0977aa9bd67dc330ed
407e081394be77006f7db23346899f626854778eda707f9e6b662ec8c806]]
**Document description:**Exhibit 1-Z
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=2/2/2024] [FileNumber=8743597-27]
[a90069293e99896d27cd349cedaf2ce4be900b48cf8073c85e965c49326c44fc88e6
29a2758844ce9fabaac95f53517a7a30da8833b7bc428ddf9517a3fc0d44]]
**Document description:**Exhibit 1-AA
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=2/2/2024] [FileNumber=8743597-28]
[806098efbbb7f586cfa71ca9e225d0d7d53e2ba1b951450c999caeba853e6f5c4c6a
a7e90a7d6a978c70c018fda73d200e2be877527063f99a222de7fa6a8af0]]

**Document description:**Exhibit 1-BB
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=2/2/2024] [FileNumber=8743597-29]
[23b19cd264481508ceb9e9e66f3f296736a464a343e84cad386d433af76dca2ab1ff
aec12c47ac82cbebb44d17bc9799a8c1cc2fc8833a22684ddf8947e0e154]]
**Document description:**Exhibit 1-CC
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=2/2/2024] [FileNumber=8743597-30]
[14881018e6c07e5deac4b8c91bef88ed19b1a33290dd8dc51d8a1a45d08977260b5a
feec026b2bca586c85d0c11d4b6925c4e8c8ff3378af74456ffd58829a62]]
**Document description:**Exhibit 1-DD
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=2/2/2024] [FileNumber=8743597-31]
[9657e819829170730ca2762c1a211effdb3aecade1b14d50d42866a51e8f063468ad
5c2efabc4f80c84f906afc80348d13139470ba86bcf306bbc702dd899ab5]]
**Document description:**Text of Proposed Order Order
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=2/2/2024] [FileNumber=8743597-32]
[7e64b6e1b409b3f3efb17a72c0712d4ae4055a874e86be08fd89778550c255c40b79
be754f47f1cbeac21495c96ebf89dde75d5a92300cb663121732019cd1f1]]