# Exhibit B

| | |
|---|---|
| **From:** | Hope Kashatus <Hope_Kashatus@dcd.uscourts.gov> |
| **Sent:** | Wednesday, January 31, 2024 3:50 PM |
| **To:** | Kovacs, Caitlin; Edwards, John; Trent McCotter; Smartmatic-OANNServiceList; OANService |
| **Cc:** | Upadhyaya Chambers; Hope Kashatus |
| **Subject:** | RE: Smartmatic, et al. v. Herring Networks, Inc., Case No. 1:21-cv-02900-CJN - February 5, 2024 Hearing |

Good Afternoon, Counsel:

In addition to some housekeeping matters, the Court plans to focus on the disputes listed as "Round 1" in the Parties' Joint Notice (ECF No. 163) at the discovery hearing on February 5, 2024. In case the Court has time to address other issues, please be prepared to address any other disputes that are pending.

Thank you,
Hope

**Hope Kashatus**
Law Clerk to the Honorable Moxila A. Upadhyaya
U.S. District Court for the District of Columbia
Chambers: 202-354-3230
Direct: 202-354-3239

**From:** Kovacs, Caitlin <CKovacs@beneschlaw.com>
**Sent:** Thursday, January 25, 2024 4:21 PM
**To:** Edwards, John <jedwards@jw.com>; Upadhyaya Chambers <Upadhyaya_Chambers@dcd.uscourts.gov>; Hope Kashatus <Hope_Kashatus@dcd.uscourts.gov>
**Cc:** Smartmatic-OANNServiceList <Smartmatic-OANNServiceList@beneschlaw.com>; OANService <OANService@jw.com>; Trent McCotter <tmccotter@boydengray.com>
**Subject:** RE: Smartmatic, et al. v. Herring Networks, Inc., Case No. 1:21-cv-02900-CJN - February 5, 2024 Hearing

**CAUTION - EXTERNAL:**

Dear Judge Upadhyaya and Chambers,

Smartmatic previously wrote to confirm the Court's agenda for the upcoming February 5 hearing. We write again today to respectfully request that the Court take up Smartmatic 1, Smartmatic's Motion to Compel Financial Documents (Dkt. 124), during the February 5 hearing. Smartmatic's motion and OANN's response have both already been filed. Since OANN represented below that it "will be prepared to discuss any of the pending disputes listed in the chart provided to the Court," we do not expect this addition would pose a burden to OANN.

For the Court's reference, given Smartmatic's request, OANN's January 17 request (attached), and the parties' previously identified Round 1 issues, the below list of issues compromises Smartmatic's proposal regarding the agenda for February 5:
- Smartmatic 1: Smartmatic's Motion to Compel Financial Documents (Dkt. 124; 12/1/23)
- Smartmatic 3: Smartmatic's Motion to Compel the Production of Documents from Related Actions (Dkt. 130; 12/7/23)

1

- Smartmatic 6: Smartmatic's Motion for Protective Order Quashing Herring Network Inc.'s Second Set of Requests for Production (Dkt. 81; 6/7/23)
- OAN 5: Defendant's Opposed Motion to Compel Amended Initial Disclosures (Dkt. 143-4; 10/17/23)
- OAN 6: Defendant's Opposed Motion to Compel Source Code and Machine Inspection (Dkt. 143-5; 10/23/23)
- OAN 1 and 9: Defendant's Renewed First Motion for International Discovery (Dkt. 157; 12/26/23) and Defendant's Renewed Second Motion for International Discovery (Dkt. 158; 12/26/23)

Please let us know if the Court would like to cover any other set of disputes during the hearing, and Smartmatic will prepare accordingly. We very much appreciate the Court's time and attention to this matter.

Sincerely,
Caitlin Kovacs
Counsel for Smartmatic


vCard

Caitlin A. Kovacs
(she/her/hers)
Partner | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6392 | m: 614.804.0562
CKovacs@beneschlaw.com | www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

---

**From:** Edwards, John <jedwards@jw.com>
**Sent:** Thursday, January 18, 2024 5:44 PM
**To:** Kovacs, Caitlin <CKovacs@beneschlaw.com>; upadhyaya_chambers@dcd.uscourts.gov; Hope_Kashatus@dcd.uscourts.gov
**Cc:** Smartmatic-OANNServiceList <Smartmatic-OANNServiceList@beneschlaw.com>; OANService <OANService@jw.com>; Trent McCotter <tmccotter@boydengray.com>
**Subject:** RE: Smartmatic, et al. v. Herring Networks, Inc., Case No. 1:21-cv-02900-CJN - February 5, 2024 Hearing

Judge Upadhyaya:

Defendant was not consulted by Plaintiffs before the email below was sent regarding what Plaintiffs "anticipate" to be the subject matters of the February 5th discovery hearing set by the Court.  In any event, Defendant will be prepared to discuss any of the pending disputes listed in the chart provided to the Court.

Respectfully,

John K. Edwards
Counsel for Defendant Herring Networks, Inc.

---

**From:** Kovacs, Caitlin <CKovacs@beneschlaw.com>
**Sent:** Thursday, January 18, 2024 4:09 PM
**To:** upadhyaya_chambers@dcd.uscourts.gov; Hope_Kashatus@dcd.uscourts.gov
**Cc:** Smartmatic-OANNServiceList <Smartmatic-OANNServiceList@beneschlaw.com>; OANService

<OANService@jw.com>
**Subject:** Smartmatic, et al. v. Herring Networks, Inc., Case No. 1:21-cv-02900-CJN - February 5, 2024 Hearing

**\*\*RECEIVED FROM EXTERNAL SENDER – USE CAUTION\*\***

Dear Judge Upadhyaya and Chambers,

Smartmatic writes to confirm the subject matter of the status hearing scheduled for February 5, 2024. We anticipate that the hearing will cover the pending discovery disputes that the parties requested be included in "Round 1," as reflected in the Amended Joint Status Report filed on January 2, 2024 (Dkt. 163, attached).

For the Court's reference, the following are the disputes designated "Round 1" by the parties:
- Smartmatic 3: Smartmatic's Motion to Compel the Production of Documents from Related Actions (Dkt. 130; 12/7/23)
- Smartmatic 6: Smartmatic's Motion for Protective Order Quashing Herring Network Inc.'s Second Set of Requests for Production (Dkt. 81; 6/7/23)
- OAN 5: Defendant's Opposed Motion to Compel Amended Initial Disclosures (Dkt. 143-4; 10/17/23)
- OAN 6: Defendant's Opposed Motion to Compel Source Code and Machine Inspection (Dkt. 143-5; 10/23/23)

OAN has also offered to discuss its amended international discovery motions, filed on December 26, 2023 (Dkt. 157 & 158), if the Court so desires. Those motions are unopposed.

Please let us know if the Court would like to cover any other set of disputes during the hearing, and the parties will prepare accordingly. Counsel for both parties is copied on this correspondence via the parties' listservs.

We very much appreciate the Court's time and attention to this matter.

Sincerely,
Caitlin Kovacs
Counsel for Smartmatic


vCard

Caitlin A. Kovacs
(she/her/hers)
Partner | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6392 | m: 614.804.0562
CKovacs@beneschlaw.com | www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.