# Exhibit C

| | |
|---|---|
| **From:** | Kovacs, Caitlin |
| **To:** | Edwards, John; Sullivan, Olivia |
| **Cc:** | Butzer, Carl; Blaesche, Minoo; Pickett Shah, Bethany; Dickson, Carter; Emery, Tori; Walsh, Hannah; Rhine, Emily |
| **Subject:** | RE: Smartmatic - Custodians, Search Terms, Pending RFPs |
| **Date:** | Friday, June 30, 2023 2:14:09 PM |

John,

We disagree, and will seek Judge Upadhyaya's guidance on how to proceed on our motion. Since you will not agree to call her jointly, we have reached out for her chambers' email address and will submit our question to her over email, cc'ing you. You will be free to respond with your own questions or views if you like.

Thanks,
Caitlin



Caitlin A. Kovacs
(she/her/hers)
Partner | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6392 | m: 614.804.0562
CKovacs@beneschlaw.com | www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** Edwards, John <jedwards@jw.com>
**Sent:** Thursday, June 29, 2023 1:07 PM
**To:** Kovacs, Caitlin <CKovacs@beneschlaw.com>; Sullivan, Olivia <OSullivan@beneschlaw.com>
**Cc:** Butzer, Carl <cbutzer@jw.com>; Blaesche, Minoo <mblaesche@jw.com>; Pickett Shah, Bethany <bpickett@jw.com>; Dickson, Carter <cdickson@jw.com>; Emery, Tori <temery@jw.com>; Walsh, Hannah <hwalsh@jw.com>; Rhine, Emily <erhine@jw.com>
**Subject:** RE: Smartmatic - Custodians, Search Terms, Pending RFPs

Caitlin, as you know, the 1500 number does not reflect our proposal or the fact that there are three plaintiffs. But your position is clear that, short of withdrawing the entire set of 2nd RFPs to all three plaintiffs, your team will not further engage on the issue.

The Standing Order requires that the parties contact Judge Nichols's chambers to arrange a telephone conference and submit a joint email summary of the dispute before the conference is held. This being the only stated procedure, we will follow the judge's directive.

Thanks. - John

**From:** Kovacs, Caitlin <CKovacs@beneschlaw.com>
**Sent:** Thursday, June 29, 2023 11:42 AM
**To:** Edwards, John <jedwards@jw.com>; Sullivan, Olivia <OSullivan@beneschlaw.com>
**Cc:** Butzer, Carl <cbutzer@jw.com>; Blaesche, Minoo <mblaesche@jw.com>; Pickett Shah, Bethany <bpickett@jw.com>; Dickson, Carter <cdickson@jw.com>; Emery, Tori <temery@jw.com>; Walsh, Hannah <hwalsh@jw.com>; Rhine, Emily <erhine@jw.com>

**Subject:** RE: Smartmatic - Custodians, Search Terms, Pending RFPs

**\*\*RECEIVED FROM EXTERNAL SENDER – USE CAUTION\*\***

John,

While we appreciate OANN's offer to keep talking, it misses the point – the issue here is the enormous burden OANN has created by issuing 1500 duplicative RFPs and asking Smartmatic to respond and/or negotiate about each one individually. Reducing that number by 20% does not meaningfully reduce the burden (especially where that reduction offer is heavily conditioned on renegotiations of other terms), and continuing to negotiate RFP-by-RFP would similarly fail to reduce the burden.

As to your request that we send you our draft filing on July 4th, we see no benefit to your proposal. You already know our positions and the reasons for them. We are not planning to share our draft filing before it is finalized and filed.

We disagree with your interpretation of the applicable discovery procedures, but no need for us to guess. How about we call Judge Upadhyaya's chambers next Wednesday morning to ask for her guidance? (I expect her chambers will be closed Monday and Tuesday.) Let me know when someone on your team is available and we can plan to call together.

Thanks,
Caitlin

Caitlin A. Kovacs
(she/her/hers)
Partner | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6392 | m: 614.804.0562
CKovacs@beneschlaw.com | www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** Edwards, John <jedwards@jw.com>
**Sent:** Wednesday, June 28, 2023 6:41 PM
**To:** Kovacs, Caitlin <CKovacs@beneschlaw.com>; Sullivan, Olivia <OSullivan@beneschlaw.com>
**Cc:** Butzer, Carl <cbutzer@jw.com>; Blaesche, Minoo <mblaesche@jw.com>; Pickett Shah, Bethany <bpickett@jw.com>; Dickson, Carter <cdickson@jw.com>; Emery, Tori <temery@jw.com>; Walsh, Hannah <hwalsh@jw.com>; Rhine, Emily <erhine@jw.com>
**Subject:** RE: Smartmatic - Custodians, Search Terms, Pending RFPs

Caitlin, we do not believe the meet and confer process has run its course.  To date, that process has consisted of only of one meet and confer, one letter from your team regarding exemplar duplicates, and our response (including a proposal to address your concerns).  You've provided no substantive response to that proposal.  We don't think the process should end there, but it takes both sides willing to continue talking . We are prepared to do that.  If you do continue down this road, will you agree to send us a draft of whatever you intend to file 3 days in advance so we can review and determine if any further agreements are possible?

We haven't seen anything from Judge Nichols or Magistrate Judge Upadhyaya that would alter the Standing Order

requirement for the discovery dispute process going forward.  We believe that process still applies unless the parties are directed otherwise.

Thanks. - John

---

**From:** Kovacs, Caitlin <CKovacs@beneschlaw.com>
**Sent:** Wednesday, June 28, 2023 5:04 PM
**To:** Edwards, John <jedwards@jw.com>; Sullivan, Olivia <OSullivan@beneschlaw.com>
**Cc:** Butzer, Carl <cbutzer@jw.com>; Blaesche, Minoo <mblaesche@jw.com>; Pickett Shah, Bethany <bpickett@jw.com>; Dickson, Carter <cdickson@jw.com>; Emery, Tori <temery@jw.com>; Walsh, Hannah <hwalsh@jw.com>; Rhine, Emily <erhine@jw.com>
**Subject:** RE: Smartmatic - Custodians, Search Terms, Pending RFPs

**\*\*RECEIVED FROM EXTERNAL SENDER – USE CAUTION\*\***

John,

Thanks for your prompt response. While we appreciate the willingness to continue discussions, we do not believe they will be productive given how far apart our positions have remained throughout the meet and confer process.

With respect to the filing process, as you know, Magistrate Judge Upadhyaya has been assigned to handle discovery disputes. While your letter to her regarding potential recusal is currently pending, she is still the active magistrate assigned to our case. We will plan to file with her chambers unless or until that changes.

Thanks for pointing out the date confusion. As you may expect, your offer with respect to deadlines does not change our position on filing a motion. We will either respond to or move on each of your RFPs (including those relating to Smartmatic's source code) by next Friday, July 7.

Caitlin

Caitlin A. Kovacs
(she/her/hers)
Partner | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6392 | m: 614.804.0562
CKovacs@beneschlaw.com | www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

---

**From:** Edwards, John <jedwards@jw.com>
**Sent:** Wednesday, June 28, 2023 2:38 PM
**To:** Kovacs, Caitlin <CKovacs@beneschlaw.com>; Sullivan, Olivia <OSullivan@beneschlaw.com>
**Cc:** Butzer, Carl <cbutzer@jw.com>; Blaesche, Minoo <mblaesche@jw.com>; Pickett Shah, Bethany <bpickett@jw.com>; Dickson, Carter <cdickson@jw.com>; Emery, Tori <temery@jw.com>; Walsh, Hannah <hwalsh@jw.com>; Rhine, Emily <erhine@jw.com>
**Subject:** RE: Smartmatic - Custodians, Search Terms, Pending RFPs

Caitlin, in my attached letter sent yesterday, June 27th, we made proposals to withdraw nearly 20% of the requests from OAN's 2nd RFPs, conditioned on certain agreements, and offered to consider any additional

proposals you have that identify specific RFPs that you believe are duplicative.  It appears from your email below that Smartmatic will not make any further proposals (other than requesting withdrawal of the entire set of 2nd RFPs) and will not agree to continue pursuit of a resolution through future meet & confers but instead will seek relief from the Court.  That of course is your prerogative, but the offer to consider further proposals and to meet & confer on them remains open.  As for seeking relief, I direct you to Judge Nichols' Standing Order, Section 11 (Dkt. 5), and trust that you will comply with the Judge's process for discovery disputes.

With respect to the response deadline for the 2nd Set of RFPs, Olivia asked us in the attached letter of June 24th, just 4 days ago, for an extension through July 7, 2023 to respond to (or seek protection from) the 2nd RFPs ("Smartmatic proposes that its deadline to respond to the Second Set of RFPs or file a motion for protective order should be July 7, 2023.").  In my letter yesterday (attached), we agreed to <u>her</u> request, although you mischaracterize that request in your email below as me proposing that you file next week.  With almost 20% fewer RFPs to address, and Plaintiffs' apparent refusal to continue discussions, you nevertheless seek a further extension.  While we don't see the need for continued delay under these circumstances, in the spirit of compromise, we'll agree to an additional extension until <u>Wednesday, July 12</u> (almost 6 weeks after the discovery was served), *provided that actual responses (and not mere objections) are served to the narrowed 2nd Set of RFPs* (conditioned on the agreements proposed in my June 27th letter).

Carl will email you shortly regarding our proposed substantial completion deadline.  Also, please let us know if Smartmatic is agreeable to producing source code for its software made operational in LA County, CA under the *Contract By and Between County of Los Angeles and Smartmatic USA Corporation for Voting Solutions for All People (VSAP) Implementation and Support Services* (2018).

Thanks. - John

---

**From:** Kovacs, Caitlin <CKovacs@beneschlaw.com>
**Sent:** Wednesday, June 28, 2023 10:25 AM
**To:** Edwards, John <jedwards@jw.com>; Sullivan, Olivia <OSullivan@beneschlaw.com>
**Cc:** Butzer, Carl <cbutzer@jw.com>; Blaesche, Minoo <mblaesche@jw.com>; Pickett Shah, Bethany <bpickett@jw.com>; Dickson, Carter <cdickson@jw.com>; Emery, Tori <temery@jw.com>; Walsh, Hannah <hwalsh@jw.com>; Rhine, Emily <erhine@jw.com>
**Subject:** RE: Smartmatic - Custodians, Search Terms, Pending RFPs

**\*\*RECEIVED FROM EXTERNAL SENDER – USE CAUTION\*\***

John,

Thank you for the letter and for OANN's efforts. For the reasons we've explained, this proposal does not alleviate the issue – over 400 RFPs per party remain. We will move for a protective order.

We would appreciate the professional courtesy of an agreed deadline of July 12 for that motion, as we requested in our letter – two weeks from today. I see that you have proposed we file next week instead, which as you know is a holiday week. I appreciate your expressed desire to have a cooperative and respectful relationship with us, and your agreement to a July 12 deadline would support that aim.

Also, we remain available to speak regarding the production schedule this Friday, June 30, any time between 9-2 CT. Please let us know when you're available.

Thanks,
Caitlin



Caitlin A. Kovacs
(she/her/hers)
Partner | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6392 | m: 614.804.0562
CKovacs@beneschlaw.com | www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** Edwards, John <jedwards@jw.com>
**Sent:** Tuesday, June 27, 2023 6:32 PM
**To:** Sullivan, Olivia <OSullivan@beneschlaw.com>; Kovacs, Caitlin <CKovacs@beneschlaw.com>
**Cc:** Butzer, Carl <cbutzer@jw.com>; Blaesche, Minoo <mblaesche@jw.com>; Pickett Shah, Bethany <bpickett@jw.com>; Dickson, Carter <cdickson@jw.com>; Emery, Tori <temery@jw.com>; Walsh, Hannah <hwalsh@jw.com>; Rhine, Emily <erhine@jw.com>
**Subject:** Smartmatic - Custodians, Search Terms, Pending RFPs

Caitlin/Olivia, please see attached letters addressing last week's meet and confers regarding Smartmatic custodians, search terms, and OAN's pending Second Set of Requests for Production to Smartmatic.

Thanks. – John

### John K. Edwards | Partner

1401 McKinney Suite 1900 | Houston, TX | 77010
V: (713) 752-4319 | C: (713) 553-7951 | F: (713) 308-4117
John Edwards - Houston Litigation Attorney - Jackson Walker (jw.com) | jedwards@jw.com

Jackson Walker L.L.P
