# Exhibit D

| | |
|---|---|
| **From:** | Kovacs, Caitlin |
| **To:** | Judgeupadhyaya_chambers@dcd.uscourts.gov; Kirsten_bickelman@dcd.uscourts.gov |
| **Cc:** | Sullivan, Olivia; Butzer, Carl; Edwards, John; Blaesche, Minoo; Pickett Shah, Bethany |
| **Subject:** | Smartmatic USA Corp. et al v. Herring Networks, Inc., 1:21-cv-02900-CJN-MAU |
| **Date:** | Friday, June 30, 2023 2:18:18 PM |

Judge Upadhyaya and Ms. Bickelman,

I represent the Smartmatic Plaintiffs in *Smartmatic USA Corp. et al v. Herring Networks, Inc.*, 1:21-cv-02900-CJN-MAU, which has been assigned to this Court for purposes of discovery.

A discovery dispute has arisen between the parties that is ripe for this Court's adjudication. Smartmatic would like to file a motion for a protective order regarding the Defendant's recent requests for production. The parties have met and conferred, and have not been able to reach agreement.

Since Judge Upadhyaya is the assigned magistrate, we believe the filing should be submitted to her Court. There is a pending motion from Defendant regarding potential recusal, but while the Court considers that motion, she remains the active magistrate.

We would appreciate the Court's guidance on whether we have permission to file our motion for a protective order without further proceedings. In the absence of a standing order to the contrary, our plan is to file the motion next week, unless of course the Court would like us to follow any particular procedures before filing.

Defendant has suggested that the instant dispute should be submitted to Judge Nichols's chambers in accordance with Section 11 of his standing order. We disagree. That disagreement prompts our correspondence, and we would be grateful for your guidance on how to proceed.

Many thanks,
Caitlin Kovacs
Counsel for Smartmatic



Caitlin A. Kovacs
(she/her/hers)
Partner | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6392 | m: 614.804.0562
CKovacs@beneschlaw.com | www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice