**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED,

*Plaintiffs,*

v.

HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK.

*Defendant.*

No. 21-cv-02900-CJN-MAU

## [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR ADMISSION PRO HAC VICE OF ATTORNEY CHRISTINA M. VITALE

Upon consideration of Defendant's Motion for Admission Pro Hac Vice of Attorney Christina M. Vitale in the above-captioned matter and the Declaration of Christina M. Vitale in support thereof, and it appearing that there is good cause to grant the motion, it is hereby

**ORDERED** that Defendant's Motion for Admission Pro Hac Vice of Attorney Christina M. Vitale is **GRANTED**; and

**FURTHER ORDERED** that Christina M. Vitale be allowed to appear pro hac vice in court proceedings in the above-captioned matter.

**SO ORDERED** this _____ day of _____ 2024.

_____