IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED,

 *Plaintiffs,*

*v.*

HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK.

 *Defendant.*

No. 21-cv-02900-CJN-MAU

## DEFENDANT'S MOTION FOR ADMISSION PRO HAC VICE OF ATTORNEY JAMILA M. BRINSON

Pursuant to Local Civil Rule 83.2(c) of the United States District Court for the District of Columbia, R. Trent McCotter, an attorney admitted to the Bar of this Court and counsel for Defendant Herring Networks, Inc., hereby moves for the admission and appearance of attorney Jamila M. Brinson pro hac vice in the above-entitled action. This motion is supported by the Declaration of Jamila M. Brinson, filed herewith.

In support of this motion, Movant states as follows:

1. Ms. Brinson is admitted and in good standing with the Bar of the State of Texas. Ms. Brinson is also admitted to practice in the United States District Court and Bankruptcy Court for the Southern District of Texas.

2. Ms. Brinson is not currently and has never previously been the subject of any disciplinary action by any state or federal bar association or administrative agency.

3. Movant is satisfied that Ms. Brinson possesses the character and skills required of a member of the Bar of this Court.

WHEREFORE, Movant requests admission of Jamila M. Brinson as representative of Defendant Herring Networks, Inc., in this proceeding.

February 29, 2024                                Respectfully submitted,

                                                 /s/ R. Trent McCotter
                                                 R. TRENT MCCOTTER (D.C. BAR NO. 1011329)
                                                 Boyden Gray PLLC
                                                 801 17th St NW, #350
                                                 Washington, DC 20006
                                                 (202) 706-5488
                                                 tmccotter@boydengray.com

                                                 *Counsel for Defendant*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of the foregoing document will be filed with the Clerk of Court using the CM/ECF system on February 29, 2024, which I understand to have served counsel for the parties.

<u>/s/ R. Trent McCotter</u>
R. TRENT MCCOTTER

# UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

SMARTMATIC USA CORP., et al.

_____
Plaintiff(s)

vs.

HERRING NETWORKS, INC. d/b/a ON
_____
Defendant(s)

)
)
)
)
)
)
)

Case Number:   1:21-cv-02900-CJN-MAU

## DECLARATION FOR PRO HAC VICE ADMISSION
(to be attached to Motion for Pro Hac Vice Admission)

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name:  Jamila M. Brinson

2. State bar membership number:  24074867

3. Business address, telephone and fax numbers:

   Jackson Walker LLP; 1401 McKinney, Suite 1900; Houston, TX 77010

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

   Texas State Courts, US District Court, Southern District & Bankruptcy

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?  Yes ☐   No ☑

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?     Yes ☐   No ☑

   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years.  0

   (If your principal office is located in the District of Columbia, please answer questions 8 and 9.)

8. Are you a member of the DC Bar?

9. Do you have a pending application for admission into USDC for the District of Columbia?

**In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:**

### (CHECK ALL ITEMS THAT APPLY)

1. ☐ has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered.  [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2. ☐ has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3. ☐ has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct.

2/28/24
DATE

SIGNATURE OF ATTORNEY

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

February 20, 2024

Re: Ms. Jamila Marie Brinson, State Bar Number 24074867

To Whom It May Concern:

This is to certify that Ms. Jamila Marie Brinson was licensed to practice law in Texas on November 05, 2010, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web