UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK,<br><br>      Movant,<br><br> v.<br><br>GOOGLE LLC,<br><br>      Respondent. | Case No. 1:24-mc-00022-CJN<br><br>Underlying case No. 1:21-cv-02900-CJN<br><br>**NOTICE OF APPEARANCE FOR <u>NON-PARTY GOOGLE LLC</u>** |

TO THE CLERK AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for Non-party Google LLC ("Google") in connection with Movant's motion to compel filed on January 26, 2024. I certify that I am admitted to practice before this Court (Bar ID No. 110445).

Movant has withdrawn the notice of hearing on its motion to compel in the Eastern District of Virginia, and Google is searching for documents responsive to Movant's subpoena. *See* ECF No. 17. If and when Movant wishes to renew its motion, Google will avail itself of the Court's teleconference procedure for resolving discovery disputes.

Dated:  February 29, 2024      Respectfully submitted,

                     WILSON SONSINI GOODRICH & ROSATI
                     Professional Corporation

                     By: <u>*s/ Benjamin D. Margo*</u>
                     Benjamin D. Margo (Bar ID No. 110445)
                     1301 Avenue of the Americas, 40th Floor
                     New York, New York 10019
                     Telephone: (212) 497-7700
                     Email:  bmargo@wsgr.com

                     *Counsel for Non-party Google LLC*

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that on this 29th day of February 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system in the dockets for the miscellaneous action (Case No. 1:24-mc-00022-CJN) and the underlying case (Case No. 1:21-cv-02900-CJN).

                                        */s/ Benjamin Margo*
                                        Benjamin Margo