The Honorable Moxila A. Upadhyaya
Magistrate Judge of the United States District Court for the District
of Columbia (Washington, DC)
333 Constitution Avenue N.W.
Washington D.C. 20001
Telephone of Judge's Chambers: 001 - (202) 354-3230

Dear Honorable Courts of the Philippines:

The undersigned requests your assistance in obtaining evidence that is located in the Philippines for use in connection with a civil lawsuit that is currently pending in the United States District Court for the District of Columbia.  Information regarding the requested evidence and the matter to which it relates is as follows:

| | |
|---|---|
| Name of the U.S. case | *Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited versus Herring Networks, Inc., doing business as One America News Network* (Case Number 1:21-cv-02900-CJN) |
| Court, Judge, and Case Number | United States District Court for the District of Columbia, Judge Nichols presiding (Case Number 1:21-cv-02900-CJN); Magistrate Judge Moxila A. Upadhyaya |

Names and addresses of the parties and
their representatives (article 3, *b*)

| | |
|---|---|
| *a* Plaintiffs | Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (collectively referred to in this document as "Plaintiff") |
| Representatives | Joel Erik Connolly<br>Benesch, Friedlander, Coplan & Aronoff LLP<br>71 S. Wacker Drive<br>Suite 1600<br>Chicago, IL 60606<br>001 - 312-212-4949<br>Email: econnolly@beneschlaw.com |
| *b* Defendant | Herring Networks, Inc., doing business as One America News Network |

| Representatives | Charles L. Babcock<br>Jackson Walker L.L.P.<br>1401 McKinney<br>Suite 1900<br>Houston, TX 77010<br>001 - 713-752-4210<br>Email: cbabcock@jw.com |
|---|---|
| Summary of complaint | Plaintiff contends that Defendant defamed Plaintiff through a series of television broadcasts occurring after the U.S. presidential election in 2020. Plaintiff contends that the Defendant told its audience that Plaintiff's voting machines were compromised and that the reported outcome of the election could not be trusted.  Plaintiff contends that Defendant falsely accused Plaintiff of "having connections to corrupt dictators," including Hugo Chavez, and "of having previously rigged an election in Venezuela." Plaintiff contends that Defendant's statements have harmed Plaintiff's reputation on an international scale. |
| Summary of defense | Defendant contends that it is not liable because statements appearing on the television broadcasts at issue: were not defamatory; were protected by the First Amendment to the U.S. Constitution; Defendant did not make any statements with actual malice; the statements were true or substantially true; the statements were privileged as a fair report; Plaintiff did not suffer any damage as a result of any statements made by Defendant; and any reputational harm that Plaintiff has allegedly suffered has been due to its own conduct in various jurisdictions, including the Philippines, not Defendant's statements. |
| Documents requested to be obtained from the Philippines | 1. The undersigned requests that you ask the Philippines Commission on Elections ("Comelec"), the Philippines Department of Justice, and the Philippines Department of Information and Communications Technology to produce documents regarding issues, problems, and investigations relating to Plaintiff's software, machines, voting or election technology, or support services used in elections, including specifically: |

(a) relating to the 2017 indictments of several employees of Plaintiff (Marlon Garcia, Neil Baniqued, Mauricio Herrera) and Comelec personnel relating to changing the script in the election transparency server on election night during the May 2016 national and local polls.

(b) payments made to Comelec Chairman Andres Bautista from a law firm (Divina Law) representing Plaintiff, and which resulted in a House Resolution (no. 1171) filed by House Deputy Minority Leader Harry Roque seeking a legislative inquiry regarding payments;

(c) the arrest of Ricardo Argana (quality assurance tester for Smartmatic) relating to Argana's dealings with Winston Steward in providing access to Smartmatic's servers through his computer in the Comelec office; and

(c) the 2008 ARMM (Autonomous Region of Muslim Mindanao) election, and several precincts in Wao, Lanao del Sur, showing zero results, after which someone from Smartmatic accessed the machines and made corrections from Manila.

2. The undersigned also requests that you ask that Eliseo Rio, Jr.; Augusto Lagman; Franklin Ysaac, and Leonardo Odoño (former Comelec officials) provide the petition they filed with Comelec in or about June of 2023 to disqualify Smartmatic from participating in the bidding for the 2025 automated election system.

Questions to be asked of persons in the Philippines to be examined under oath

The undersigned also requests that the following four (4) former officials from Comelec be questioned under oath and their testimony transcribed regarding the petition they filed with Comelec in or about June of 2023 to disqualify Smartmatic from participating in the bidding for the 2025 automated election system: Eliseo Rio, Jr.; Augusto Lagman; Franklin Ysaac, and Leonardo Odoño.

The undersigned requests that these individuals be asked the following questions:

1. Please describe the "'serious irregularities' involving discrepancies between the transmission

> logs and reception logs of election returns from the
> precinct level to the Comelec's Transparency Server
> (TS)."[1]
>
> 2. Please state the basis for your position that
> Smartmatic should be disqualified from
> participating in the bidding for the 2025 automated
> election system.

Additionally, the undersigned requests that, in connection with providing the requested documents, an appropriate individual from the organization producing the documents **complete and execute the attached declaration**. If this is unacceptable, the undersigned requests that a certification be made that the documents that are produced are true and correct copies of the originals.

Additionally, the undersigned requests that the requested foregoing documents and testimony be collected and provided to the undersigned by **27 March 2024**. The reason for this is that the exchange of fact evidence in this case closes soon.

If you have any questions about this request, please do not hesitate to reach out to the undersigned at its telephone number or address listed above.

Sincerely,

*02/16/2024*

The Honorable Moxila A. Upadhyaya
Magistrate Judge, U.S. District Court for the
District of Columbia

---

[1] ABS-CBN News (June 16, 2023), Ex-DICT chief, others seek to ban Smartmatic in 2025 polls | ABS-CBN News, https://news.abs-cbn.com/news/06/16/23/ex-dict-chief-others-seek-to-ban-smartmatic-in-2025-polls.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SMARTMATIC USA CORP.,
SMARTMATIC HOLDING B.V., AND
SGO CORPORATION LIMITED,

            Plaintiffs,

    v.

HERRING NETWORKS, INC., D/B/A
ONE AMERICA NEWS NETWORK,

            Defendant.

No. 1:21-cv-02900-CJN

## **DECLARATION**

1.    My name is _____. I am over the age of eighteen (18) years. The facts stated in this declaration are based on my personal knowledge and my review of records, and are true and correct.

2.    I am the _____ [insert job title/position] for _____ [insert name of employer]. As part of my job duties, I am familiar with the record keeping practices of _____ [insert name of employer]. The documents being produced by _____ [insert name of employer] were made at or near the time by – or from information transmitted by – someone with knowledge; were kept in the course of a regularly conducted activity of the organization; and making the record was a regular practice of that activity.

3.    I declare under criminal penalties of the laws of the Philippines that the foregoing is true and correct.

EXECUTED on the _____ day of _____ month, 20___.

                      Signature: _____
                      Name: _____