The Honorable Moxila A. Upadhyaya
Magistrate Judge of the United States District Court for the District
of Columbia (Washington, DC)
333 Constitution Avenue N.W.
Washington D.C. 20001
Telephone of Judge's Chambers: 001 - (202) 354-3230

Dear Honorable Courts of Kenya:

The undersigned requests your assistance in obtaining evidence that is located in Kenya for use in connection with a civil lawsuit that is currently pending in the United States District Court for the District of Columbia. Information regarding the requested evidence and the matter to which it relates is as follows:

| | |
|---|---|
| Name of the U.S. case | *Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited versus Herring Networks, Inc., doing business as One America News Network* (Case Number 1:21-cv-02900-CJN) |
| Court, Judge, and Case Number | United States District Court for the District of Columbia, Judge Nichols presiding (Case Number 1:21-cv-02900-CJN); Magistrate Judge Moxila A. Upadhyaya |

Names and addresses of the parties and their representatives (article 3, *b*)

| | | |
|---|---|---|
| *a* | Plaintiffs | Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (collectively referred to in this document as "Plaintiff") |
| | Representatives | Joel Erik Connolly<br>Benesch, Friedlander, Coplan & Aronoff LLP<br>71 S. Wacker Drive<br>Suite 1600<br>Chicago, IL 60606<br>001 - 312-212-4949<br>Email: econnolly@beneschlaw.com |
| *b* | Defendant | Herring Networks, Inc., doing business as One America News Network |

| | |
|---|---|
| Representatives | Charles L. Babcock<br>Jackson Walker L.L.P.<br>1401 McKinney<br>Suite 1900<br>Houston, TX 77010<br>001 - 713-752-4210<br>Email: cbabcock@jw.com |
| Summary of complaint | Plaintiff contends that Defendant defamed Plaintiff through a series of television broadcasts occurring after the U.S. presidential election in 2020. Plaintiff contends that the Defendant told its audience that Plaintiff's voting machines were compromised and that the reported outcome of the election could not be trusted. Plaintiff contends that Defendant falsely accused Plaintiff of "having connections to corrupt dictators," including Hugo Chavez, and "of having previously rigged an election in Venezuela." Plaintiff contends that Defendant's statements have harmed Plaintiff's reputation on an international scale. |
| Summary of defense | Defendant contends that it is not liable because statements appearing on the television broadcasts at issue: were not defamatory; were protected by the First Amendment to the U.S. Constitution; Defendant did not make any statements with actual malice; the statements were true or substantially true; Plaintiff did not suffer any damage as a result of any statements made by Defendant; and any reputational harm that Plaintiff has suffered has been due to its own conduct in various jurisdictions, including Kenya, not Defendant's statements. |
| Documents requested to be obtained from Kenya | The undersigned requests that you ask the Kenyan national police service's investigative unit, the Directorate of Criminal Investigations (DCI), for reports and supporting documents related to its determination that three Smartmatic employees (Salvador Javier Suarez, Jose Gregorio Comargo Castellano and Joel Gustavo Rodriguez Garcia) had illegal access to Kenya's electoral commission servers five months ahead of the country's general election on August 9, 2022.[1]  Additionally the |

---

[1] IEBC servers were breached, forensic analysis shows | Nation, https://nation.africa/kenya/news/politics/iebc-systems-were-breached-analysis-shows-3929366 (Aug. 29, 2022); *see also* DCI report: Venezuelans infiltrated

>   undersigned requests records reflecting the arrest of those three Smartmatic employees on July 22, 2022 on their arrival at the country's airport in Nairobi.

Additionally, the undersigned requests that, in connection with providing the requested documents, an appropriate individual from the organization producing the documents **complete and execute the attached declaration**. If this is unacceptable, the undersigned requests that a certification be made that the documents that are produced are true and correct copies of the originals.

Additionally, the undersigned requests that the requested foregoing documents be collected and provided to the undersigned by **27 March 2024**. The reason for this is that the exchange of fact evidence in this case closes soon.

If you have any questions about this request, please do not hesitate to reach out to the undersigned at its telephone number or address listed above.

02/16/2024

Sincerely,

*M. Ali*

The Honorable Moxila A. Upadhyaya
Magistrate Judge, U.S. District Court for the
District of Columbia

---

IEBC systems | Nation, https://nation.africa/kenya/news/politics/dci-venezuelans-infiltrated-iebc-systems-3928666 (Aug. 28, 2022) ("The three Venezuelans at the heart of poll rigging claims may have infiltrated the country's electoral system thereby compromising the credibility of the August 9 polls, a forensic analysis report has revealed. The report by the Directorate of Criminal Investigations (DCI) has disclosed how the three foreigners had unfettered access to the Independent Electoral and Boundaries Commission (IEBC) result transmission server and could log into the systems remotely. . . .").

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br>v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK,<br><br>Defendant. | No. 1:21-cv-02900-CJN |

## **DECLARATION**

1. My name is _____. I am over the age of eighteen (18) years. The facts stated in this declaration are based on my personal knowledge and my review of records, and are true and correct.

2. I am the _____ [insert job title/position] for _____ [insert name of employer]. As part of my job duties, I am familiar with the record keeping practices of _____ [insert name of employer]. The documents being produced by _____ [insert name of employer] were made at or near the time by – or from information transmitted by – someone with knowledge; were kept in the course of a regularly conducted activity of the organization; and making the record was a regular practice of that activity.

3. I declare under criminal penalties of the laws of Kenya that the foregoing is true and correct.

EXECUTED on the \_\_\_\_\_ day of _____ month, 20\_\_\_.

Signature: _____
Name: _____