The Honorable Moxila A. Upadhyaya
Magistrate Judge of the United States District Court for the District
of Columbia (Washington, DC)
333 Constitution Avenue N.W.
Washington D.C. 20001
Telephone of Judge's Chambers: 001 - (202) 354-3230

Dear Honorable Courts of Belgium:

The undersigned requests your assistance in obtaining evidence that is located in Belgium for use in connection with a civil lawsuit that is currently pending in the United States District Court for the District of Columbia. Information regarding the requested evidence and the matter to which it relates is as follows:

| | |
|---|---|
| Name of the U.S. case | *Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited versus Herring Networks, Inc., doing business as One America News Network* (Case Number 1:21-cv-02900-CJN) |
| Court, Judge, and Case Number | United States District Court for the District of Columbia, Judge Nichols presiding (Case Number 1:21-cv-02900-CJN); Magistrate Judge Moxila A. Upadhyaya |

Names and addresses of the parties and
their representatives (article 3, *b*)

| | |
|---|---|
| *a* Plaintiffs | Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (collectively referred to in this document as "Plaintiff") |
| Representatives | Joel Erik Connolly<br>Benesch, Friedlander, Coplan & Aronoff LLP<br>71 S. Wacker Drive<br>Suite 1600<br>Chicago, IL 60606<br>001 - 312-212-4949<br>Email: econnolly@beneschlaw.com |
| *b* Defendant | Herring Networks, Inc., doing business as One America News Network |

| | |
|---|---|
| Representatives | Charles L. Babcock<br>Jackson Walker L.L.P.<br>1401 McKinney<br>Suite 1900<br>Houston, TX 77010<br>001 - 713-752-4210<br>Email: cbabcock@jw.com |
| Summary of complaint | Plaintiff contends that Defendant defamed Plaintiff through a series of television broadcasts occurring after the U.S. presidential election in 2020. Plaintiff contends that the Defendant told its audience that Plaintiff's voting machines were compromised and that the reported outcome of the election could not be trusted. Plaintiff contends that Defendant falsely accused Plaintiff of "having connections to corrupt dictators," including Hugo Chavez, and "of having previously rigged an election in Venezuela." Plaintiff contends that Defendant's statements have harmed Plaintiff's reputation on an international scale. |
| Summary of defense | Defendant contends that it is not liable because statements appearing on the television broadcasts at issue: were not defamatory; were protected by the First Amendment to the U.S. Constitution; Defendant did not make any statements with actual malice; the statements were true or substantially true; Plaintiff did not suffer any damage as a result of any statements made by Defendant; and any reputational harm that Plaintiff has suffered has been due to its own conduct in various jurisdictions, including Belgium, not Defendant's statements. |
| Documents requested to be obtained from Belgium | The undersigned requests that you ask IBZ (Intérieur Binnenlandse Zaken) Federal Public Service Interior for Plaintiff's proposals and associated communications to provide election-related services or products from 2020 through the present, or Plaintiff's other submissions to IBZ. To the extent that there are documents that show why Plaintiff was not selected, the undersigned requests such documents as well. |

Additionally, the undersigned requests that, in connection with providing the requested documents, an appropriate individual from the organization producing the documents **complete and execute the attached declaration**. If this is unacceptable, the undersigned requests that a certification be made that the documents that are produced are true and correct copies of the originals.

Additionally, the undersigned requests that the requested foregoing documents be collected and provided to the undersigned by **27 March 2024**. The reason for this is that the exchange of fact evidence in this case closes soon.

If you have any questions about this request, please do not hesitate to reach out to the undersigned at its telephone number or address listed above.

02/16/2024

Sincerely,

*M. A. Up—*

The Honorable Moxila A. Upadhyaya
Magistrate Judge, U.S. District Court for the
District of Columbia

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br>v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK,<br><br>Defendant. | No. 1:21-cv-02900-CJN |

**DECLARATION**

1. My name is _____. I am over the age of eighteen (18) years. The facts stated in this declaration are based on my personal knowledge and my review of records, and are true and correct.

2. I am the _____ [insert job title/position] for _____ [insert name of employer]. As part of my job duties, I am familiar with the record keeping practices of _____ [insert name of employer]. The documents being produced by _____ [insert name of employer] were made at or near the time by – or from information transmitted by – someone with knowledge; were kept in the course of a regularly conducted activity of the organization; and making the record was a regular practice of that activity.

3. I declare under criminal penalties of the laws of Belgium that the foregoing is true and correct.

EXECUTED on the _____ day of _____ month, 20___.

Signature: _____
Name: _____



Houston: 2020 Montrose Blvd. #202, Houston, TX 77006
Ph: (713) 589 - 3112

Dallas: 5025 Addison Cir., Addison, TX 75063
Ph:(214) 550-0151

# Certification of Translation Accuracy

CERTIFIED TRANSLATION FROM ENGLISH TO DUTCH

**Request for International Judicial Assistance pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, Case Number 1:21-cv-02900-CJN**

As 24 Hour Translation Services, an independent professional translation service agency, we hereby confirm that the attached document has been translated by a sworn professional translator, who is qualified, competent, and proficient in the aforementioned language pair and that this translation is complete, true, accurate and faithful in the content, context, and style of the original document in all respects.

This certificate only attests the accuracy of the translation. We do not vouch for the authenticity of the original or the veracity of the statements in the original document. Furthermore, 24 Hour Translation Services takes no responsibility for the application of the translation by the client or any third party, including the end-users of the translation.

A copy of the translated document is attached to this certification.

SWORN BEFORE ME at the        )
City of Addison, in the              )
State of Texas  in the country   )
of the United States of America )
this December 22, 2023            )

_____
NOTARY PUBLIC

PETER R. DETLEF
Notary Public, State of Texas
Comm. Expires 06-16-2026
Notary ID 128300998

_____
LANGUAGE SERVICES REPRESENTATIVE

De Edelachtbare Moxila A. Upadhyaya
Rechter-commissaris bij de rechtbank van het district van de Verenigde Staten
van Columbia (Washington, DC)
333 Constitution Avenue N.W.
Washington D.C. 20001
Telefoon van de kamer van de rechter: 001 - (202) 354-3230

Geachte Edelachtbaren van België:

Ondergetekende verzoekt uw hulp bij het verkrijgen van bewijsmateriaal dat zich in België bevindt voor gebruik in verband met een civiele rechtszaak die momenteel aanhangig is bij de United States District Court for the District of Columbia. Hieronder volgt informatie over het gevraagde bewijsmateriaal en de zaak waarop het betrekking heeft:

| | |
|---|---|
| Naam van de Amerikaanse zaak | *Smartmatic USA Corp., Smartmatic International Holding B.V., en SGO Corporation Limited versus Herring Networks, Inc., handelend onder de naam One America News Network* (Zaaknummer 1:21-cv-02900-CJN) |
| Rechtbank, Rechter en Zaaknummer | United States District Court voor het District of Columbia, rechter Nichols als voorzitter (Zaak nr. 1:21-cv-02900-CJN); Magistraat-rechter Moxila A. Upadhyaya |

Namen en adressen van de partijen en
hun vertegenwoordigers (artikel 3, *b*))

| | |
|---|---|
| *a* Aanklagers | Smartmatic USA Corp., Smartmatic International Holding B.V., en SGO Corporation Limited (waarnaar in dit document gezamenlijk wordt verwezen als "Eiser") |
| Vertegenwoordigers | Joel Erik Connolly<br>Benesch, Friedlander, Coplan & Aronoff LLP<br>71 S. Wacker Drive<br>Suite 1600<br>Chicago, IL 60606<br>001 - 312-212-4949<br>E-mail: econnolly@beneschlaw.com |
| *b* Verweerder | Herring Networks, Inc., handelend onder de naam One America News Network |

| | |
|---|---|
| Vertegenwoordigers | Charles L. Babcock<br>Jackson Walker L.L.P.<br>1401 McKinney<br>Suite 1900<br>Houston, TX 77010<br>001 - 713-752-4210<br>E-mail: cbabcock@jw.com |
| Samenvatting van de klacht | Eiser stelt dat Verweerder Eiser heeft belasterd door middel van een reeks televisie-uitzendingen die plaatsvonden na de Amerikaanse presidentsverkiezingen in 2020. De eiser beweert dat de verweerder zijn publiek vertelde dat de stemmachines van de eiser gecompromitteerd waren en dat de gerapporteerde verkiezingsuitslag niet kon worden vertrouwd. Eiser beweert dat Gedaagde Eiser valselijk beschuldigde van "banden te hebben met corrupte dictators", waaronder Hugo Chavez, en "eerder verkiezingen in Venezuela te hebben vervalst". Eiser stelt dat de uitlatingen van de gedaagde de reputatie van eiser op internationale schaal hebben geschaad. |
| Samenvatting van de verdediging | Verweerder stelt dat hij niet aansprakelijk is omdat de verklaringen in de televisie-uitzendingen in kwestie: niet lasterlijk waren; beschermd werden door het Eerste Amendement van de Amerikaanse Grondwet; Verweerder geen verklaringen heeft afgelegd met kwaad opzet; de verklaringen waar of grotendeels waar waren; Eiser geen schade heeft geleden als gevolg van de verklaringen van Verweerder; en alle reputatieschade die Eiser heeft geleden te wijten is aan zijn eigen gedrag in verschillende rechtsgebieden, waaronder België, en niet aan de verklaringen van Verweerder. |
| Gevraagde documenten die uit België moeten worden verkregen | Ondergetekende verzoekt u om IBZ (Intérieur Binnenlandse Zaken) Federale Publieke Dienst Binnenlandse Zaken te vragen naar de voorstellen en bijbehorende communicatie van Eiser voor het leveren van verkiezingsgerelateerde diensten of producten van 2020 tot heden, of andere inzendingen van Eiser aan IBZ. Voor zover er documenten zijn waaruit blijkt waarom Eiser niet is geselecteerd, verzoekt |

ondergetekende ook om dergelijke documenten.

Bovendien verzoekt ondergetekende dat, in verband met het verstrekken van de gevraagde documenten, een bevoegd persoon van de organisatie die de documenten produceert **de bijgevoegde verklaring invult en ondertekent**. Indien dit onaanvaardbaar is, verzoekt ondergetekende om een verklaring dat de overgelegde documenten waarheidsgetrouwe kopieën van de originelen zijn.

Bovendien verzoekt ondergetekende dat de gevraagde bovengenoemde documenten uiterlijk op **27 maart 2024** worden verzameld en aan ondergetekende worden verstrekt. De reden hiervoor is dat de fact discovery deadline afsloot op 8 december 2023, maar de rechtbank heeft toegestaan dat deze specifieke ontdekking binnen de gevraagde termijn wordt uitgevoerd.

Als u vragen hebt over dit verzoek, aarzel dan niet om contact op te nemen met ondergetekende op bovenstaand telefoonnummer of adres.

Met vriendelijke groet,


De Edelachtbare Moxila A. Upadhyaya
Rechter-commissaris, Amerikaanse
arrondissementsrechtbank voor het district
Columbia

IN DE ARRONDISSEMENTSRECHTBANK VAN DE VERENIGDE STATEN
VOOR HET DISTRICT COLUMBIA

|   |   |
|---|---|
| SMARTMATIC USA CORP, SMARTMATIC HOLDING B.V., EN SGO CORPORATION LIMITED,<br><br>Eisers,<br><br>v.<br><br>HERRING NETWORKS, INC. D/B/A ONE AMERICA NIEUWSNETWERK,<br><br>Beklaagde. | Nr. 1:21-cv-02900-CJN |

## VERKLARING

1. Mijn naam is _____. Ik ben ouder dan achttien (18) jaar. De feiten in deze verklaring zijn gebaseerd op mijn persoonlijke kennis en mijn beoordeling van dossiers, en zijn waar en correct.

2. Ik ben de _____ [voeg functietitel/functie in] voor _____ [voeg naam van werkgever in]. Als onderdeel van mijn functie ben ik bekend met de praktijken voor het bijhouden van gegevens van _____ [vul naam van werkgever in]. De documenten die worden overgelegd door _____ [naam van werkgever invullen] werden gemaakt op of rond het tijdstip door - of op basis van informatie doorgegeven door - iemand met kennis; ze werden bewaard in de loop van een regelmatig uitgevoerde activiteit van de organisatie; en het maken van de opname was een reguliere uitvoering van die activiteit.

3. Ik verklaar onder strafrechtelijke sancties van de Belgische wetten dat het

voorgaande waar en juist is.

UITGEVOERD op de _____ dag van _____ maand, 20___.

                                        Handtekening:
                                        Naam: _____