**Request for International Judicial Assistance pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters**

| | | |
|---|---|---|
| 1. | Sender | The Honorable Moxila A. Upadhyaya<br>Magistrate Judge of the United States District Court<br>for the District of Columbia (Washington, DC)<br>333 Constitution Avenue N.W.<br>Washington D.C. 20001<br>Telephone of Judge's Chambers: 001 - (202) 354-3230 |
| 2. | Central Authority of the Requested State | Switzerland Central Authority (Canton of Geneve)<br>Tribunal civil - Tribunal de première instance<br>Rue de l'Athénée 6-8<br>Case postale 3736<br>1211 Genève 3<br>Tel.: +41 22 327 66 30<br>email: tpi.securise@justice.ge.ch |
| 3. | Person to whom the executed request is to be returned | The Honorable Moxila A. Upadhyaya<br>Magistrate Judge of the United States District Court<br>for the District of Columbia (Washington, DC)<br>333 Constitution Avenue N.W.<br>Washington D.C. 20001<br>Telephone of Judge's Chambers: 001 - (202) 354-3230 |
| 4 | Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request | |
| | Date: | 27 March 2024 |
| | Reason for urgency: | The exchange of fact evidence in this case closes soon. |

IN CONFORMITY WITH ARTICLE 3 OF THE CONVENTION, THE UNDERSIGNED APPLICANT HAS THE HONOUR TO SUBMIT THE FOLLOWING REQUEST

Page **1** of **5**

| | | |
|---|---|---|
| 5. | *a* Requesting judicial authority (article 3, *a*) | The Honorable Moxila A. Upadhyaya<br>Magistrate Judge of the United States District Court for the District of Columbia (Washington, DC)<br>333 Constitution Avenue N.W.<br>Washington D.C. 20001<br>Telephone of Judge's Chambers: 001 - (202) 354-3230 |
| | *b* To the competent authority of (article 3, *a*) | Switzerland |
| | *c* Name of the case and identifying number | *Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited versus Herring Networks, Inc., doing business as One America News Network* (Case Number 1:21-cv-02900-CJN) |
| 6. | Names and addresses of the parties and their representatives (article 3, *b*) | |
| | *a* Plaintiffs | Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (collectively referred to in this document as "Plaintiff") |
| | Representatives | Joel Erik Connolly<br>Benesch, Friedlander, Coplan & Aronoff LLP<br>71 S. Wacker Drive<br>Suite 1600<br>Chicago, IL 60606<br>001 - 312-212-4949<br>Email: econnolly@beneschlaw.com |
| | *b* Defendant | Herring Networks, Inc., doing business as One America News Network |
| | Representatives | Charles L. Babcock<br>Jackson Walker L.L.P.<br>1401 McKinney<br>Suite 1900<br>Houston, TX 77010<br>001 - 713-752-4210<br>Email: cbabcock@jw.com |
| 7. | *a* Nature of the proceedings (article 3, *c*) | Civil complaint for defamation |

|   |   |   |
|---|---|---|
|   | *b* Summary of complaint | Plaintiff contends that Defendant defamed Plaintiff through a series of television broadcasts occurring after the U.S. presidential election in 2020. Plaintiff contends that the Defendant told its audience that Plaintiff's voting machines were compromised and that the reported outcome of the election could not be trusted. Outside the Complaint, Smartmatic has specifically confirmed that it is asserting reputational harm in foreign countries.[1] This is consistent with Smartmatic's Complaint, which alleges global harm.[2] |
|   | *c* Summary of defense | Defendant contends that it is not liable because statements appearing on the television broadcasts at issue: were not defamatory; were protected by the First Amendment to the U.S. Constitution; Defendant did not make any statements with actual malice; the statements were true or substantially true; and Plaintiff did not suffer any damage as a result of any statements made by Defendant. |
| 8. | *a* Evidence to be obtained or other judicial act to be performed | Documentation provided to HSBC Private Bank (Suisse) SA located in Geneva, Switzerland ("HSBC") discussing Smartmatic's litigation strategy and seeking litigation funding, as well as documentation by HSBC of oral statements made by Smartmatic officials to HSBC regarding this litigation. |
|   | *b* Purpose of the evidence or judicial act sought | The purpose is to identify evidence related to the truth or falsity of Plaintiff's allegations. |
| 9. | Any requirement that the evidence be given on oath | The companies and governmental bodies from whom the documents above are sought are requested |

---

[1] Email from C. Kovacs, Counsel for Plaintiff, to J. Edwards and others, Counsel for OAN (Aug. 15, 2023).

[2] Complaint, Dkt. 1 at pp. 184-85 (claiming that "Smartmatic's reputation has been irreparably tarnished," that "[p]rior to the 2020 U.S. election" Smartmatic had a reputation that guaranteed secure, accurate and auditable elections, and that "[i]ndividuals responsible for selecting voting systems in the United States *and across the world* understood they would not be second-guessed if they selected Smartmatic") (emphasis added); *see also id.* at p. 438 (Smartmatic listing many international subsidiaries operating around the globe).

|  |  |  |
|---|---|---|
|  | or affirmation and any special form to be used (article 3, *h*) | to complete the attached declaration verifying the authenticity of the documents produced. If this is not acceptable, they are requested to provide a certification that the documents are true and correct. |
| 10. | The fees and costs incurred which are reimbursable under the second paragraph of article 14 or under article 26 of the Convention will be borne by | Defendant Herring Networks, Inc., doing business as One America News Network |

DATE OF REQUEST:   February 16, 2024

SIGNATURE AND SEAL OF THE REQUESTING AUTHORITY:   *M. A. Upshur*

<u>SEE ATTACHED DECLARATION TO BE COMPLETED WHEN PROVIDING DOCUMENTS</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>    Plaintiffs,<br>v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK,<br><br>    Defendant. | No. 1:21-cv-02900-CJN |

## DECLARATION

1. My name is _____. I am over the age of eighteen (18) years. The facts stated in this declaration are based on my personal knowledge and my review of records, and are true and correct.

2. I am the _____ [insert job title/position] for _____ [insert name of employer]. As part of my job duties, I am familiar with the record keeping practices of _____ [insert name of employer]. The documents being produced by _____ [insert name of employer] were made at or near the time by – or from information transmitted by – someone with knowledge; were kept in the course of a regularly conducted activity of the organization; and making the record was a regular practice of that activity.

3. I declare under criminal penalties of the laws of Switzerland that the foregoing is true and correct.

EXECUTED on the _____ day of _____ month, 20___.

Signature: _____
Name: _____



Houston: 2020 Montrose Blvd. #202, Houston, TX 77006
Ph: (713) 589 - 3112

Dallas: 5025 Addison Cir., Addison, TX 75063
Ph:(214) 550-0151

# Certification of Translation Accuracy

CERTIFIED TRANSLATION FROM ENGLISH TO FRENCH

**Request for International Judicial Assistance pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, Case Number 1:21-cv-02900-CJN**

As 24 Hour Translation Services, an independent professional translation service agency, we hereby confirm that the attached document has been translated by a sworn professional translator, who is qualified, competent, and proficient in the aforementioned language pair and that this translation is complete, true, accurate and faithful in the content, context, and style of the original document in all respects.

This certificate only attests the accuracy of the translation. We do not vouch for the authenticity of the original or the veracity of the statements in the original document. Furthermore, 24 Hour Translation Services takes no responsibility for the application of the translation by the client or any third party, including the end-users of the translation.

A copy of the translated document is attached to this certification.

SWORN BEFORE ME at the        )
City of Addison, in the              )
State of Texas in the country    )
of the United States of America )
this December 22, 2023            )

_____
NOTARY PUBLIC

PETER R. DETLEF
Notary Public, State of Texas
Comm. Expires 06-16-2026
Notary ID 128300998

_____
LANGUAGE SERVICES REPRESENTATIVE

**Demande d'entraide judiciaire internationale en vertu de la Convention de La Haye du 18 mars 1970 sur l'obtention des preuves à l'étranger en matière civile ou commerciale**

| | | |
|---|---|---|
| 1. | Expéditeur | L'honorable Moxila A. Upadhyaya<br>Juge de première instance du tribunal de district des États-Unis pour le district de Columbia (Washington, DC)<br>333 Constitution Avenue N.W.<br>Washington D.C. 20001<br>Téléphone de l'hémicycle : 001 - (202) 354-3230 |
| 2. | Autorité centrale de l'État requis | Suisse Autorité centrale (Canton de Genève)<br>Tribunal civil - Tribunal de première instance<br>Rue de l'Athénée 6-8<br>Case postale 3736<br>1211 Genève 3<br>Tél : +41 22 327 66 30<br>email : tpi.securise@justice.ge.ch |
| 3. | Personne à qui la demande exécutée doit être renvoyée | L'honorable Moxila A. Upadhyaya<br>Juge de première instance du tribunal de district des États-Unis pour le district de Columbia (Washington, DC)<br>333 Constitution Avenue N.W.<br>Washington D.C. 20001<br>Téléphone de l'hémicycle : 001 - (202) 354-3230 |
| 4 | Spécification de la date à laquelle l'autorité requérante exige la réception de la réponse à la commission rogatoire | |
| | Date : | 27 mars 2024 |
| | Raison de l'urgence : | Le délai pour la recherche des faits a pris fin le 8 décembre 2023, mais la Cour a autorisé la réalisation de cette recherche spécifique dans le délai demandé. |

CONFORMÉMENT A L'ARTICLE 3 DE LA CONVENTION, LE DEMANDEUR SOUSSIGNÉ A L'HONNEUR DE PRÉSENTER LA DEMANDE SUIVANTE

| | | |
|---|---|---|
| 5. | *a* Autorité judiciaire requérante (article 3, *a*) | L'honorable Moxila A. Upadhyaya<br>Juge de première instance du tribunal de district des États-Unis pour le district de Columbia (Washington, DC)<br>333 Constitution Avenue N.W.<br>Washington D.C. 20001<br>Téléphone de l'hémicycle : 001 - (202) 354-3230 |

Page **1** sur **5**

|   |   |   |
|---|---|---|
|   | *b* À l'autorité compétente de (article 3, *a*) | Suisse |
|   | *c*  Nom de l'affaire et numéro d'identification | *Smartmatic USA Corp, Smartmatic International Holding B.V. et SGO Corporation Limited contre Herring Networks, Inc, exerçant ses activités sous le nom de One America News Network* (Affaire numéro 1:21-cv-02900-CJN) |
| 6. | Noms et adresses des parties et leurs représentants (article 3, *b)* |   |
|   | *a* Les demandeurs | Smartmatic USA Corp., Smartmatic International Holding B.V. et SGO Corporation Limited (collectivement désignés dans ce document comme "le demandeur"). |
|   | Représentants | Joel Erik Connolly<br>Benesch, Friedlander, Coplan & Aronoff LLP<br>71 S. Wacker Drive<br>Suite 1600<br>Chicago, IL 60606<br>001 - 312-212-4949<br>E-mail : econnolly@beneschlaw.com |
|   | *b* Défendeur | Herring Networks, Inc. exerçant ses activités sous le nom de One America News Network |
|   | Représentants | Charles L. Babcock<br>Jackson Walker L.L.P.<br>1401 McKinney<br>Suite 1900<br>Houston, TX 77010<br>001 - 713-752-4210<br>Email : cbabcock@jw.com |
| 7. | *a* Nature de la procédure (article 3, *c)* | Plainte civile pour diffamation |
|   | *b* Résumé de la plainte | Le demandeur soutient que le défendeur l'a diffamé par le biais d'une série d'émissions télévisées diffusées après l'élection présidentielle américaine de 2020. Le demandeur soutient que le défendeur a dit à son public que les machines à voter du demandeur étaient compromises et que le résultat annoncé de l'élection n'était pas fiable. En dehors de la plainte, Smartmatic a spécifiquement confirmé qu'elle revendiquait un |

Page **2** sur **5**

| | | |
|---|---|---|
| | | préjudice de réputation dans des pays étrangers.[1] Ceci est cohérent avec la plainte de Smartmatic, qui allègue un préjudice global.[2] |
| | *c* Résumé de la défense | Le défendeur soutient qu'il n'est pas responsable car les déclarations apparaissant dans les émissions de télévision en question : n'étaient pas diffamatoires ; étaient protégées par le premier amendement de la Constitution des États-Unis ; le défendeur n'a pas fait de déclarations avec une intention malveillante réelle ; les déclarations étaient vraies ou substantiellement vraies ; et le demandeur n'a pas subi de dommages à la suite des déclarations faites par le défendeur. |
| 8. | *a* Preuve à obtenir ou un autre acte judiciaire à accomplir | Documentation fournie à HSBC Private Bank (Suisse) SA située à Genève, Suisse ("HSBC") discutant de la stratégie de litige de Smartmatic et cherchant le financement du litige, ainsi que la documentation par HSBC des déclarations orales faites par les fonctionnaires de Smartmatic à HSBC concernant ce litige. |
| | *b* Objet de l'acte probatoire ou judiciaire demandé | L'objectif est d'identifier les preuves relatives à la véracité ou à la fausseté des allégations du demandeur. |
| 9. | L'exigence éventuelle d'une déclaration sous serment ou d'une affirmation solennelle et la forme spéciale à utiliser (article 3, *h*) | Les entreprises et les organismes gouvernementaux auprès desquels les documents susmentionnés sont demandés sont priés de remplir la déclaration ci-jointe afin de vérifier l'authenticité des documents produits. Si cela n'est pas acceptable, il leur est demandé de fournir une certification attestant que les documents sont véridiques et corrects. |
| 10. | Les honoraires et frais remboursables en vertu de l'article 14, deuxième alinéa, ou de l'article 26 de la Conventionseront supportés par | La partie défenderesse, Herring Networks, Inc. faisant affaire sous le nom de One America News Network |

---

[1] E-mail de C. Kovacs, avocat du demandeur, à J. Edwards et autres, avocat de l'OAN (15 août 2023).

[2] Plainte, Dkt. 1 aux pp. 184-85 (affirmant que "la réputation de Smartmatic a été irrémédiablement ternie", que "avant les élections américaines de 2020" Smartmatic avait une réputation qui garantissait des élections sûres, précises et vérifiables, et que "[l]es individus responsables de la sélection des systèmes de vote aux États-Unis et *à travers le monde* comprenaient qu'ils ne seraient pas remis en question s'ils choisissaient Smartmatic ") (emphase ajoutée) ; voir *aussi id.* à la p. 438 (Smartmatic énumérant de nombreuses filiales internationales opérant à travers le monde).

LA DATE DE LA
DEMANDE :

SIGNATURE ET SCEAU
DE L'AUTORITÉ
REQUÉRANTE :

<u>VOIR LA DÉCLARATION CI-JOINTE À REMPLIR LORS DE LA FOURNITURE DES DOCUMENTS</u>

DEVANT LA COUR DE DISTRICT DES ÉTATS-UNIS
POUR LE DISTRICT DE COLUMBIA

SMARTMATIC USA CORP,
SMARTMATIC HOLDING B.V., ET
SGO CORPORATION LIMITED,

        Les demandeurs,

v.

HERRING NETWORKS, INC, D/B/A
ONE AMERICA NEWS NETWORK,

        Défendeur.

N° 1:21-cv-02900-CJN

## DÉCLARATION

1. Je m'appelle _____. J'ai plus de dix-huit (18) ans. Les faits énoncés dans la présente déclaration sont fondés sur mes connaissances personnelles et sur l'examen des dossiers, et sont véridiques et exacts.

2. Je suis le _____ [insérer l'intitulé du poste/la fonction] de _____ [insérer le nom de l'employeur]. Dans le cadre de mes fonctions, je suis familiarisé avec les pratiques de tenue de registres de _____ [insérer le nom de l'employeur]. Les documents produits par _____ [insérer le nom de l'employeur] ont été établis à l'époque ou à proximité de l'époque par - ou à partir d'informations transmises par - une personne ayant des connaissances. Ils ont été conservés dans le cadre d'une activité régulière de l'organisation ; et l'établissement de l'enregistrement était une pratique régulière de cette activité.

3. Je déclare, sous peine de sanctions pénales prévues par les lois suisses, que ce qui précède est véridique et correct.

SIGNÉ le _____ _____, 20___.

                                          Signature : \
                                          Nom : _____