# Exhibit D

**OAN Proposed Search Terms to Atlantic Council**

1. *Smartmatic* OR "SMT*" OR "SMMT*" OR "SGO" OR Smart-matic* OR Smart matic* OR Smartmatik*
2. Neffenger*
3. Dominion* OR "DVS" OR *@dominionvoting.com
4. "OAN*" OR "One America" OR Herring*
5. (Dan* /3 Ball) OR (Kara* /3 McKinney) OR (Chanel* /3 Rion) OR (Channel* /3 Rion) OR (Christin* /3 Bob*) OR Hussion* OR (Steph* /3 Hamil*) OR (Steph* /3 Myer*) OR (Michael /3 John*) OR (Clay /3 Clark) OR Lomibao* OR Fitton* OR Aksalic* OR Dinow* OR (Emily /3 Finn*) OR Fifield* OR Solomon* OR Watkin* OR Ayyadurai* OR DePerno* OR Fanning* OR (Doug* /3 Frank*) OR (Michael /3 Waller*) OR McInerney* OR Ramsland* OR Waldron* OR Kokalari* OR *Angelakis* OR Trippie* Or (Allan /3 Santos) OR (Alan /3 Santos) OR (John /3 Hine*) OR diGenova* OR (Kyle /3 Becker) OR Byrne* OR Rudy* OR Giuliani* OR Rudolph* OR Lindell* OR mypillow* OR (my /3 pillow*) OR Oltman* OR Powell* OR Posobiec* OR (Kristian /3 Rouz*) OR (Christian /3 Rouz*)
6. "Real America" OR "The Real Story" OR "Weekly Briefing*" OR "Absolute Proof" OR "Scientific Proof*" OR "Absolute Interference*" OR "News Room" OR "Tipping Point"