IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK,<br><br>Defendant. | Civil Action No. 1:21-cv-02900-CJN-MAU |

## ORDER GRANTING DEFENDANT'S MOTION TO COMPEL THIRD PARTY ATLANTIC COUNCIL TO COMPLY WITH RULE 45 SUBPOENA

On this day came to be considered Defendant's Motion to Compel Third Party Atlantic Council of the United States, Inc. ("Atlantic Council") to Comply with Rule 45 Subpoena. The Court, having considered the Motion, the briefing, and applicable law, finds that the Motion has merit and should be and hereby is GRANTED.

IT IS THEREFORE ORDERED that Defendant's Motion to Compel Third Party Atlantic Council to Comply with Rule 45 Subpoena is hereby GRANTED in its entirety.

1

IT IS FURTHER ORDERED that Atlantic Council is ordered to produce documents responsive to Defendant's November 15, 2023 document subpoena within 7 days of the date of this Order.

Signed this _____ day of _____, 2024.

_____