IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED,<br><br>*Plaintiffs,*<br><br>v.<br><br>HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK.<br><br>*Defendant.* | No. 21-cv-02900-CJN-MAU |

### DEFENDANT'S MOTION FOR ADMISSION PRO HAC VICE OF ATTORNEY SEAN F. GALLAGHER

Pursuant to Local Civil Rule 83.2(c) of the United States District Court for the District of Columbia, R. Trent McCotter, an attorney admitted to the Bar of this Court and counsel for Defendant Herring Networks, Inc., hereby moves for the admission and appearance of attorney Sean F. Gallagher pro hac vice in the above-entitled action. This motion is supported by the Declaration of Sean F. Gallagher, filed herewith.

In support of this motion, Movant states as follows:

1. Mr. Gallagher is admitted and in good standing with the Bar of the State of Texas. Mr. Gallagher is also admitted to practice in the United States District Courts for the Eastern District of Texas, Southern District of Texas, Western District of Texas, and Northern District of Texas.

2. Mr. Gallagher is not currently and has never previously been the subject of any disciplinary action by any state or federal bar association or administrative agency.

3. Movant is satisfied that Mr. Gallagher possesses the character and skills required of a member of the Bar of this Court.

WHEREFORE, Movant requests admission of Sean F. Gallagher as representative of Defendant Herring Networks, Inc., in this proceeding.

March 27, 2024                                          Respectfully submitted,

/s/ R. Trent McCotter
R. TRENT MCCOTTER (D.C. BAR NO. 1011329)
Boyden Gray PLLC
801 17th St NW, #350
Washington, DC 20006
(202) 706-5488
tmccotter@boydengray.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document will be filed with the Clerk of Court using the CM/ECF system on March 27, 2024, which I understand to have served counsel for the parties.

/s/ R. Trent McCotter
R. TRENT MCCOTTER
