# UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

Smartmatic USA Corp., et al.
_____
**Plaintiff(s)**

vs.

Herring Networks, Inc., et al.
_____
**Defendant(s)**

Case Number:   1:21-cv-02900-CJN

## DECLARATION FOR PRO HAC VICE ADMISSION
### (to be attached to Motion for Pro Hac Vice Admission)

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name: Joshua Abraham Romero

2. State bar membership number: 24046754

3. Business address, telephone and fax numbers:

   100 Congress Ave., Ste. 1100, Austin, TX; 512-236-2000; 512-236-2002

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

   See attached.

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   Yes ☐   No ☑

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   Yes ☐   No ☑

   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years.   None

   (If your principal office is located in the District of Columbia, please answer questions 8 and 9.)

8. Are you a member of the DC Bar?

9. Do you have a pending application for admission into USDC for the District of Columbia?

**In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:**   N/A

### (CHECK ALL ITEMS THAT APPLY)

1. ☐   has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered.  [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2. ☐   has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3. ☐   has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct.

_____3. 21. 24_____        _____
DATE                   SIGNATURE OF ATTORNEY

2

4.   List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

Texas State Bar

Texas – USDC – Northern District
Texas – USDC – Southern District
Texas – USDC – Western District
Texas – USDC – Eastern District
Fourth Circuit Court of Appeals
Fifth Circuit Court of Appeals

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Joshua Abraham Romero**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 5th day of November, 2004.

I further certify that the records of this office show that, as of this date

**Joshua Abraham Romero**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 26th day of March, 2024.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 6878C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.