IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>HERRING NETWORKS, INC., d/b/a ONE AMERICA NEWS NETWORK,<br><br>Defendant. | Case No. 21-cv-02900-CJN |

**PLAINTIFFS' MOTION FOR
<u>ADMISSION PRO HAC VICE OF ATTORNEY ALYSSA A. MOSCARINO</u>**

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, Lauren Tortorella, an attorney admitted to the Bar of this Court and counsel for Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (collectively "Smartmatic"), hereby moves for the admission and appearance of attorney Alyssa A. Moscarino *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Alyssa A. Moscarino, filed herewith.

In support of this motion, Movant states as follows:

1. Ms. Moscarino is admitted and in good standing with the Bar of the State of Ohio. Ms. Moscarino is also admitted to practice in the U.S. District Court for the Northern District of Ohio, U.S. District Court for the Southern District of Ohio, U.S. District Court for the District of New Jersey, U.S. District Court for the Eastern District of Michigan and U.S. District Court for the District of Colorado.

2. Ms. Moscarino is not currently and has never previously been the subject of any disciplinary action by any state or federal bar association or administrative agency.

3. Movant is satisfied that Ms. Moscarino possesses the character and skills required of a member of the Bar of this Court.

WHEREFORE, Movant requests admission of Alyssa A. Moscarino as representative of Plaintiffs Smartmatic in this proceeding.

Dated: March 27, 2024                  Respectfully submitted,

*/s/ Lauren C. Tortorella*
Lauren C. Tortorella
   DC Bar No. IL0102
   Email: ltortorella@beneschlaw.com

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312.212.4949

*Attorneys for Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document will be filed with the Clerk of Court using the CM/ECF system on March 27, 2024, which I understand to have served counsel for the parties.

/s/ *Lauren C. Tortorella*
Lauren C. Tortorella