IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>HERRING NETWORKS, INC., d/b/a ONE AMERICA NEWS NETWORK,<br><br>Defendant. | Case No. 21-cv-02900-CJN |

**DECLARATION OF ALYSSA A. MOSCARINO**
**IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Civil Rule 83.2(d) of the United Sates District for the District of Columbia, I, Alyssa A. Moscarino, hereby declare:

1. My full name is Alyssa Anne Moscarino. I serve as counsel for Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (collectively, "Smartmatic"). I am seeking to appear *pro hac vice* as a lawyer for Smartmatic in the above captioned matter pending before the U.S. District Court for the District of Columbia.

2. I am an attorney practicing with the law firm of Benesch, Friedlander, Coplan & Arnoff LLP located at 127 Public Square, Suite 4900, Cleveland, OH 44114. My telephone number is (216) 363-6238.

3. I am admitted to and am a member in good standing with the State Bar of Ohio. Attached as Exhibit A is a certificate of good standing issued by the Clerk of the Supreme Court of Ohio. My Ohio registration number is 0093847.  I am also admitted to practice before the U.S. District Court Northern District of Ohio, U.S. District Court for the Southern District of Ohio, U.S. District Court for the District of New Jersey, U.S. District Court for the Eastern District of Michigan and U.S. District Court for the District of Colorado.

4.	I certify that there are no pending disciplinary proceedings against me before any bar, and I have not been disciplined by any bar in the past.

5.	I have not previously been admitted *pro hac vice* in this Court.

6.	I have not sought *pro hac vice* admission to this Court in the last two years.

7.	I do not practice law from an office located in the District of Columbia.

8.	I am not currently a member of the District of Columbia bar and I do not have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 27, 2024.

_____
Alyssa A. Moscarino