IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>HERRING NETWORKS, INC., d/b/a ONE AMERICA NEWS NETWORK,<br><br>Defendant. | Case No. 21-cv-02900-CJN |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR
ADMISSION *PRO HAC VICE* OF ATTORNEY ALYSSA A. MOSCARINO**

Upon consideration of Plaintiffs' Motion for Admission *Pro Hac Vice* of Attorney Alyssa A. Moscarino the above-captioned matter and the Declaration of Alyssa A. Moscarino in support thereof, and it appearing that there is good cause to grant the motion, it is hereby

**ORDERED** that Plaintiffs' Motion for Admission *Pro Hac Vic*e of Attorney Alyssa A. Moscarino is, **GRANTED**; and

**FURTHER ORDERED**, that Alyssa A. Moscarino be allowed to appear *pro hac vice* in court proceedings in the above-captioned matter.

**SO ORDERED** this _____ day of _____ 2024.

Dated: _____

_____
CARL J. NICHOLS
United States District Judge