UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP, *et al.*,<br><br>　　　　　　　　　　　*Plaintiffs*,<br><br>　v.<br><br>HERRING NETWORKS, INC. d/b/a ONE AMERICA NEWS NETWORK,<br><br>　　　　　　　　　　　*Defendant*,<br><br>　v.<br><br>ATLANTIC COUNCIL OF THE UNITED STATES, INC.,<br><br>　　　　　　　　　*Non-party Respondent*. | Case No. 1:21-cv-02900-CJN |
| SMARTMATIC USA CORP, *et al.*,<br><br>　　　　　　　　　　　*Plaintiffs*,<br><br>　v.<br><br>HERRING NETWORKS, INC. d/b/a ONE AMERICA NEWS NETWORK,<br><br>　　　　　　　　　　　*Defendant*. | Related to:<br>Case No. 1:24-mc-15-CJN |

**EXHIBIT INDEX FOR
NON-PARTY THE ATLANTIC COUNCIL OF THE UNITED STATES, INC.'S
RESPONSE IN OPPOSITION TO
DEFENDANT'S MOTION TO COMPEL COMPLIANCE
WITH RULE 45 SUBPOENA**

1

Ex. A ............................................................ OAN Subpoena to the Atlantic Council

Ex. B ....................................... The Atlantic Council's Objections to OAN Subpoena

Ex. C ...................... Affidavit of Andrew, Johnson, Counsel for the Atlantic Council

Ex. D .......... E-mail Exchanges between Counsel for OAN and the Atlantic Council