Exhibit D

| | |
|---|---|
| **From:** | Shah, Bethany |
| **To:** | Johnson, Andy |
| **Cc:** | Vitale, Christina |
| **Subject:** | RE: Smartmatic USA et al v. Herring Networks, Inc. - 1:21-cv-02900 - Subpoena to Atlantic Council |
| **Date:** | Friday, January 26, 2024 11:37:35 AM |
| **Attachments:** | image001.png |

Hi Andy,

Tuesday doesn't work for us, but what about Wednesday or Thursday? Here are some times we are free:

Wednesday – 11:30-1pm cst; 4:30 pm cst or after
Thursday – 10-12 cst; anytime after 2 pm cst

Please let us know what works for you.

Have a great weekend,
**Bethany Pickett Shah**
1401 McKinney Suite 1900 | Houston, TX 77010
V: (713) 752-4365 | F: (713) 752-4221

Jackson Walker L.L.P


---

**From:** Johnson, Andy <AJohnson@bradley.com>
**Sent:** Friday, January 26, 2024 8:32 AM
**To:** Shah, Bethany <bpickett@jw.com>
**Cc:** Vitale, Christina <cvitale@jw.com>
**Subject:** RE: Smartmatic USA et al v. Herring Networks, Inc. - 1:21-cv-02900 - Subpoena to Atlantic Council

<div align="center">**RECEIVED FROM EXTERNAL SENDER – USE CAUTION****</div>

Bethany –

Thanks for your response.  This came in late yesterday – I think we should push our call scheduled for today so I can consider this and discuss with my client.  Otherwise, I think our call today won't be very helpful.

Can we talk on Tuesday?

Andy

**Andrew B. Johnson**
Partner | Bradley
ajohnson@bradley.com
d: 205.521.8295

**From:** Shah, Bethany <bpickett@jw.com>
**Sent:** Thursday, January 25, 2024 3:54 PM
**To:** Johnson, Andy <AJohnson@bradley.com>
**Cc:** Vitale, Christina <cvitale@jw.com>
**Subject:** RE: Smartmatic USA et al v. Herring Networks, Inc. - 1:21-cv-02900 - Subpoena to Atlantic Council

Thanks for your response Andy.

Unfortunately we cannot accept your proposal to run these terms only across the congressional production. That would be imperfect compliance with only *one* of RFPs—a far cry from good faith compliance with our subpoena. We think our terms need to be run across the custodians that at the Atlantic Council that have been publically identified by the EIP itself as having worked on these issues. For a list of these custodians see page xii of the EIP's Final Report.

We proposed a very narrowly tailored set of search terms to you – only 6 queries—that are all narrowly tailored to the Compliant and relevant to OAN's defenses. To date, we have not received any evidence of undue burden other than your bare assertion, which is insufficient to establish burden.

But in the spirit of compromise--and without waiving our rights to insist that our full search terms be run if we cannot come to an agreement--we think we are close to an agreement on the search terms. We are happy to reconsider terms you object to if you can provide a credible basis for your objection. On our call you specifically mentioned terms related to Rudy Giuliani and Sidney Powell. We are willing to remove those terms. But we would insist upon search string #3 on Dominion, since the connection between Dominion and Smartmatic is mentioned repeatedly throughout Smartmatic's Complaint and Smartmatic and Dominion have shared technology. *See, e.g.,* Complaint para. 81, 85, 88, 91-92, 95-97, 99. We would likewise insist that OAN's journalists identified in search string #5 be run, since we know that the EIP specifically targeted some of our journalist's election reporting (*see* EIP-961 JIRA ticket, targeting OAN journalist Chanel Rion).

If you will accept that amended proposal, we would agree that your production of non-privileged documents would satisfy our subpoena. We are happy to discuss in more detail tomorrow. We hope that we are close to an agreement.

Thank you,
**Bethany Pickett Shah**
1401 McKinney Suite 1900 | Houston, TX 77010
V: (713) 752-4365 | F: (713) 752-4221


Jackson Walker L.L.P


**From:** Johnson, Andy <AJohnson@bradley.com>
**Sent:** Thursday, January 25, 2024 9:23 AM
**To:** Shah, Bethany <bpickett@jw.com>
**Cc:** Vitale, Christina <cvitale@jw.com>
**Subject:** RE: Smartmatic USA et al v. Herring Networks, Inc. - 1:21-cv-02900 - Subpoena to Atlantic Council

**\*\*RECEIVED FROM EXTERNAL SENDER – USE CAUTION\*\***

Bethany –

Per our recent call, please accept this email as a written response to your emails below and a counterproposal for your subpoena.  We are scheduled to reconvene tomorrow and I look forward to discussing this with you then.

First, and as we have discussed, my client is a non-profit who is not regularly engaged in litigation.  As such, document review and subpoena responses are out of the ordinary course for it and requires the burden of legal expense and the allocation of internal resources towards any response.  You have indicated that your client has no interest in discussing covering or contributing to any such costs that my client would incur as a result of responding to your subpoena.

Second, and to emphasize something we have covered in our meet and confer calls, we do not concede that any documents or information in my client's possession are relevant to the claims or defenses in your lawsuit with Smartmatic.

Third, as to the substance of your proposed search terms – many are famous or noteworthy individuals who are neither parties to your case nor affiliated with my client.  Such searches seem designed to generate document hits rather than responsive or relevant information.  In response to your recent email, we decline your invitation to create or share any hit reports or any other information with you at this point for a number of reasons, including, but not limited to the fact that there is no such requirement under the rules.

Nevertheless, and in an attempt to compromise and resolve this dispute, we propose that we search my client's production to the Congressional subpoena for the search terms identified in your proposed search terms 1, 2, and 4 (attached again for reference), and produce any non-privileged material that results from that search.  This would require an agreement that the production would satisfy the subpoena, would be made under and protected by the Court's confidentiality order, and would be made with the reservation of and without waiver of all objections previously asserted.

I hope that our proposal can put this issue to rest.  Thanks,

Andy


**Andrew B. Johnson**
Partner | Bradley
ajohnson@bradley.com

d: 205.521.8295

---

**From:** Shah, Bethany <bpickett@jw.com>
**Sent:** Tuesday, January 23, 2024 2:48 PM
**To:** Johnson, Andy <AJohnson@bradley.com>
**Cc:** Vitale, Christina <cvitale@jw.com>
**Subject:** RE: Smartmatic USA et al v. Herring Networks, Inc. - 1:21-cv-02900 - Subpoena to Atlantic Council

Hi Andy,

Before our meet and confer, please let us know your position on the search terms we proposed, and detail any specific terms that you object to and your basis for that objection. We reiterate our request for a hit report so that we can evaluate any credible assertions of burden and determine if there is any way to alleviate this.  We talked about this generally last meeting, but you said you were going to follow up via email. I think we will have a more productive meet and confer this week if we have this information ahead of time. Thank you!

**Bethany Pickett Shah**
1401 McKinney Suite 1900 | Houston, TX 77010
V: (713) 752-4365 | F: (713) 752-4221

Jackson Walker L.L.P


-----------------------------------------------------------------------------
-- email string deleted --
-----------------------------------------------------------------------------

---

**From:** Shah, Bethany
**Sent:** Tuesday, January 2, 2024 2:10 PM
**To:** Johnson, Andy <AJohnson@bradley.com>
**Cc:** Vitale, Christina <cvitale@jw.com>
**Subject:** RE: Smartmatic USA et al v. Herring Networks, Inc. - 1:21-cv-02900 - Subpoena to Atlantic Council

Hi Andy,

Happy New Year! To follow up on our discussion during our meet and confer, we maintain that the information our subpoena seeks is highly relevant for many reasons. To take just one example, the House Judiciary Committee Report explicitly states that the Election Integrity Partnership targeted OAN's reporting as disinformation. See, e.g., Report, at 67. Atlantic Council is part of the EIP and was thus involved in that activity.  Understanding the metrics that Atlantic Council used to determine falsity or misinformation—and whether Atlantic Council improperly relied on Smartmatic's self-serving narrative to classify OAN's reporting as disinformation— would therefore by highly relevant to the claims at issue in this lawsuit, including the substantial truth of the statements in question.

Additionally, the Atlantic Council's involvement in censoring OAN broadcasts potentially decreased the audience for those broadcasts, which is relevant to a damages calculation, among other things.

For this reason, we have requested in RFP #10 the documents the Atlantic Council produced to the House Judiciary Committee concerning its work with the EIP. It would not be burdensome for Atlantic Council to re-produce to us the documents it has already collected and produced to the House Judiciary Committee. As we discussed, I've also attached a narrow set of only 6 search queries that we believe would give us responsive documents that would provide us with responsive information to the rest of our RFPS. These queries request information concerning Smartmatic, Dominion, and OAN. If Atlantic Council is able to produce documents responsive to these proposed search terms and the documents it has already produced to the House, we anticipate not needing any other information under our subpoena.

Please let us know if you might be free this week or early next week to discuss.

I hope you had a wonderful holiday,
**Bethany Pickett Shah**
1401 McKinney Suite 1900 | Houston, TX 77010
V: (713) 752-4365 | F: (713) 752-4221

Jackson Walker L.L.P


---

**From:** Johnson, Andy <AJohnson@bradley.com>
**Sent:** Thursday, December 21, 2023 3:08 PM
**To:** Shah, Bethany <bpickett@jw.com>
**Cc:** Vitale, Christina <cvitale@jw.com>
**Subject:** RE: Smartmatic USA et al v. Herring Networks, Inc. - 1:21-cv-02900 - Subpoena to Atlantic Council

**\*\*RECEIVED FROM EXTERNAL SENDER – USE CAUTION\*\***

Yes – I have from 11-1130 open.

I'm sure you guys are busy, too – everyone wants everything done this week because of the holidays!

**Andrew B. Johnson**
Partner | Bradley
ajohnson@bradley.com
d: 205.521.8295

---

**From:** Shah, Bethany <bpickett@jw.com>
**Sent:** Thursday, December 21, 2023 3:05 PM
**To:** Johnson, Andy <AJohnson@bradley.com>
**Cc:** Vitale, Christina <cvitale@jw.com>

**Subject:** RE: Smartmatic USA et al v. Herring Networks, Inc. - 1:21-cv-02900 - Subpoena to Atlantic Council

Busy man! No worries. Would 11 AM CST tomorrow work?

**Bethany Pickett Shah**
1401 McKinney Suite 1900 | Houston, TX 77010
V: (713) 752-4365 | F: (713) 752-4221
Jackson Walker L.L.P


---

**From:** Johnson, Andy <AJohnson@bradley.com>
**Sent:** Thursday, December 21, 2023 3:03 PM
**To:** Shah, Bethany <bpickett@jw.com>
**Cc:** Vitale, Christina <cvitale@jw.com>
**Subject:** RE: Smartmatic USA et al v. Herring Networks, Inc. - 1:21-cv-02900 - Subpoena to Atlantic Council

**\*\*RECEIVED FROM EXTERNAL SENDER – USE CAUTION\*\***
Unfortunately, I am booked then.  Do you have time tomorrow morning?

**Andrew B. Johnson**
Partner | Bradley
ajohnson@bradley.com
d: 205.521.8295

---

**From:** Shah, Bethany <bpickett@jw.com>
**Sent:** Thursday, December 21, 2023 3:00 PM
**To:** Johnson, Andy <AJohnson@bradley.com>
**Cc:** Vitale, Christina <cvitale@jw.com>
**Subject:** RE: Smartmatic USA et al v. Herring Networks, Inc. - 1:21-cv-02900 - Subpoena to Atlantic Council

3:30 doesn't work, but what about 4 pm cst today?

**Bethany Pickett Shah**
1401 McKinney Suite 1900 | Houston, TX 77010
V: (713) 752-4365 | F: (713) 752-4221
Jackson Walker L.L.P


---

**From:** Johnson, Andy <AJohnson@bradley.com>

**Sent:** Thursday, December 21, 2023 2:57 PM
**To:** Shah, Bethany <bpickett@jw.com>
**Subject:** RE: Smartmatic USA et al v. Herring Networks, Inc. - 1:21-cv-02900 - Subpoena to Atlantic Council

**\*\*RECEIVED FROM EXTERNAL SENDER – USE CAUTION\*\***

I'm stuck on another call.  Can we push 30 min, or meet tomorrow morning.

**Andrew B. Johnson**
Partner | Bradley
ajohnson@bradley.com
d: 205.521.8295

---

**From:** Shah, Bethany <bpickett@jw.com>
**Sent:** Thursday, December 21, 2023 11:00 AM
**To:** Johnson, Andy <AJohnson@bradley.com>; Edwards, John <jedwards@jw.com>; Sweeney, John Parker <JSweeney@bradley.com>
**Cc:** Vitale, Christina <cvitale@jw.com>
**Subject:** RE: Smartmatic USA et al v. Herring Networks, Inc. - 1:21-cv-02900 - Subpoena to Atlantic Council

Thanks, just sent an invite. Talk soon.

**Bethany Pickett Shah**
1401 McKinney Suite 1900 | Houston, TX 77010
V: (713) 752-4365 | F: (713) 752-4221

Jackson Walker L.L.P


---

**From:** Johnson, Andy <AJohnson@bradley.com>
**Sent:** Thursday, December 21, 2023 8:53 AM
**To:** Shah, Bethany <bpickett@jw.com>; Edwards, John <jedwards@jw.com>; Sweeney, John Parker <JSweeney@bradley.com>
**Cc:** Vitale, Christina <cvitale@jw.com>
**Subject:** RE: Smartmatic USA et al v. Herring Networks, Inc. - 1:21-cv-02900 - Subpoena to Atlantic Council

**\*\*RECEIVED FROM EXTERNAL SENDER – USE CAUTION\*\***

Yes, I should be able to talk at 3 central.

**Andrew B. Johnson**
Partner | Bradley
ajohnson@bradley.com
d: 205.521.8295

**From:** Shah, Bethany <bpickett@jw.com>
**Sent:** Wednesday, December 20, 2023 10:32 PM
**To:** Johnson, Andy <AJohnson@bradley.com>; Edwards, John <jedwards@jw.com>; Sweeney, John Parker <JSweeney@bradley.com>
**Cc:** Vitale, Christina <cvitale@jw.com>
**Subject:** Re: Smartmatic USA et al v. Herring Networks, Inc. - 1:21-cv-02900 - Subpoena to Atlantic Council

Hi Andy,

Just wanted to confirm our time. 3 PM CST work for you to talk tomorrow? If so I can send a zoom invite again.

Thanks!

**Bethany Shah**
Jackson Walker LLP
(713) 752-4365


> On Dec 19, 2023, at 4:11 PM, Shah, Bethany <bpickett@jw.com> wrote:
>
>
> Thursday afternoon works. Want to say 3 PM CST?
>
> **Bethany Pickett Shah**
> 1401 McKinney Suite 1900 | Houston, TX 77010
> V: (713) 752-4365 | F: (713) 752-4221
>
> <image001.png>
>
> **From:** Johnson, Andy <AJohnson@bradley.com>
> **Sent:** Tuesday, December 19, 2023 3:41 PM
> **To:** Shah, Bethany <bpickett@jw.com>; Edwards, John <jedwards@jw.com>; Sweeney, John Parker <JSweeney@bradley.com>
> **Cc:** Edwards, John <jedwards@jw.com>; Vitale, Christina <cvitale@jw.com>
> **Subject:** RE: Smartmatic USA et al v. Herring Networks, Inc. - 1:21-cv-02900 - Subpoena to Atlantic Council
>
> **\*\*RECEIVED FROM EXTERNAL SENDER – USE CAUTION\*\***
> Bethany –
>
> Can we try to reconnect on Thursday afternoon?
>
> Andy

**Andrew B. Johnson**
Partner | Bradley
ajohnson@bradley.com
d: 205.521.8295

---

**From:** Shah, Bethany <bpickett@jw.com>
**Sent:** Monday, December 18, 2023 4:37 PM
**To:** Johnson, Andy <AJohnson@bradley.com>; Edwards, John <jedwards@jw.com>;
Sweeney, John Parker <JSweeney@bradley.com>
**Cc:** Edwards, John <jedwards@jw.com>; Vitale, Christina <cvitale@jw.com>
**Subject:** RE: Smartmatic USA et al v. Herring Networks, Inc. - 1:21-cv-02900 - Subpoena
to Atlantic Council

Hi Andy, just following up on last discussion to see whether you had a status update
and whether your client intends to comply with our subpoena? Happy to jump on the
phone to discuss if you'd prefer.

Hope everything is going well with you.

Thanks,
**Bethany Pickett Shah**
1401 McKinney Suite 1900 | Houston, TX 77010
V: (713) 752-4365 | F: (713) 752-4221

<image001.png>

---

**From:** Shah, Bethany
**Sent:** Monday, December 4, 2023 9:02 PM
**To:** 'Johnson, Andy' <AJohnson@bradley.com>; Edwards, John <jedwards@jw.com>;
Sweeney, John Parker <JSweeney@bradley.com>
**Cc:** Edwards, John <jedwards@jw.com>; Vitale, Christina <cvitale@jw.com>
**Subject:** RE: Smartmatic USA et al v. Herring Networks, Inc. - 1:21-cv-02900 - Subpoena
to Atlantic Council

Thanks Andy. That works. I'll circulate an invite.

**Bethany Pickett Shah**
1401 McKinney Suite 1900 | Houston, TX 77010
V: (713) 752-4365 | F: (713) 752-4221

<image001.png>

---

**From:** Johnson, Andy <AJohnson@bradley.com>
**Sent:** Monday, December 4, 2023 4:32 PM
**To:** Shah, Bethany <bpickett@jw.com>; Edwards, John <jedwards@jw.com>; Sweeney,

John Parker <JSweeney@bradley.com>

**Cc:** Edwards, John <jedwards@jw.com>; Vitale, Christina <cvitale@jw.com>

**Subject:** RE: Smartmatic USA et al v. Herring Networks, Inc. - 1:21-cv-02900 - Subpoena to Atlantic Council

**\*\*RECEIVED FROM EXTERNAL SENDER – USE CAUTION\*\***

Bethany –

Nice to meet you.  I can do Wednesday at 10am central if that still works for you.

Thanks –

Andy

**Andrew B. Johnson**
Partner | Bradley
ajohnson@bradley.com
d: 205.521.8295

---

**From:** Shah, Bethany <bpickett@jw.com>
**Sent:** Friday, December 1, 2023 11:31 AM
**To:** Johnson, Andy <AJohnson@bradley.com>; Edwards, John <jedwards@jw.com>; Sweeney, John Parker <JSweeney@bradley.com>
**Cc:** Edwards, John <jedwards@jw.com>; Vitale, Christina <cvitale@jw.com>
**Subject:** RE: Smartmatic USA et al v. Herring Networks, Inc. - 1:21-cv-02900 - Subpoena to Atlantic Council

Thank you Andy. Would you or someone from your team have time next week for a meet and confer on your objections? Tuesday afternoon CST, or Wednesday between 10- 3 CST work best for us if there is a window that works for you.

Hope you have a great weekend,
**Bethany Pickett Shah**
1401 McKinney Suite 1900 | Houston, TX 77010
V: (713) 752-4365 | F: (713) 752-4221

<image001.png>

---

**From:** Johnson, Andy <AJohnson@bradley.com>
**Sent:** Wednesday, November 29, 2023 6:05 PM
**To:** Edwards, John <jedwards@jw.com>; Sweeney, John Parker <JSweeney@bradley.com>
**Cc:** Babcock, Chip <cbabcock@jw.com>; Hamilton, Nancy <nhamilton@jw.com>; Glover, Joel <jglover@jw.com>; Shah, Bethany <bpickett@jw.com>; Neerman, Jonathan <jneerman@jw.com>; Butzer, Carl <cbutzer@jw.com>; Blaesche, Minoo

<mblaesche@jw.com>; mccotter@boydengrayassociates.com;
econnolly@beneschlaw.com; nwrigley@beneschlaw.com; mbloom@beneschlaw.com;
lmuench@beneschlaw.com; edillingham@beneschlaw.com;
ltortorella@beneschlaw.com; kwatsonmoss@beneschlaw.com;
jbedell@beneschlaw.com; jloftus@beneschlaw.com
**Subject:** Smartmatic USA et al v. Herring Networks, Inc. - 1:21-cv-02900 - Subpoena to
Atlantic Council

<p style="text-align:center; color:red"><strong>**RECEIVED FROM EXTERNAL SENDER – USE CAUTION**</strong></p>

Counsel –

Please see the attached objections to the subpoena served on Atlantic Council.

Thank you,

Andy Johnson



**Andrew B. Johnson**
Partner
e: ajohnson@bradley.com  w: bradley.com
d: 205.521.8295  f: 205.488.6295
Bradley Arant Boult Cummings LLP
One Federal Place, 1819 Fifth Avenue North
Birmingham, AL 35203-2119

LinkedIn | Facebook | Twitter | Instagram | Blogs | My Bio

---

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product
privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete
it from your computer.