UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>HERRING NETWORKS, INC. d/b/a ONE AMERICA NEWS NETWORK,<br><br>    *Defendant*,<br><br>v.<br><br>ATLANTIC COUNCIL OF THE UNITED STATES, INC.,<br><br>    *Non-party Respondent.*<br><br>SMARTMATIC USA CORP, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>HERRING NETWORKS, INC. d/b/a ONE AMERICA NEWS NETWORK,<br><br>    *Defendant.* | Case No. 1:21-cv-02900-CJN<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Related to:<br>Case Nos. 1:23-cv-3252-CJN, 1:24-mc-15-CJN |

## **MOTION FOR ANDREW B. JOHNSON TO APPEAR PRO HAC VICE**

In accordance with the local rules for the United States District Court, District of Columbia, application is made by Andrew B. Johnson ("Applicant") to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of subpoenaed entity Atlantic Council of the United States, Inc. ("the Atlantic Council") in the above-described action.

1.      Applicant is a member in good standing of the Alabama State Bar as well as other state bars and multiple United States District Courts and Circuit Courts of Appeals.   Attached

hereto are a certificate of good standing from the Alabama State Bar and Applicant's Declaration for Pro Hac Vice Admission as Exhibits 1 and 2.

2. Payment of the applicable fee of $100.00 is made via the court's electronic filing system using Pay.gov.

3. There have been no disciplinary proceedings or criminal charges instituted against Applicant.

4. Applicant will be associated with his law partner John P. Sweeney in this proceeding. Mr. Sweeney is a member in good standing of this bar.

Respectfully submitted,

/s/ John P. Sweeney
John P. Sweeney

OF COUNSEL:
Bradley Arant Boult Cummings LLP
1615 L Street, N.W.
Suite 1350
Washington, DC 20036
P: 202.393.7150
F: 202.347.1684
jsweeney@bradley.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 1, 2024, I have electronically filed the foregoing with the Clerk of the Court using the Pacer system, which will send notification to all counsel of record.

                                                      */s/ John P. Sweeney*
                                                      OF COUNSEL