IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., *et al.*,<br><br>        Plaintiffs,<br> v.<br><br>HERRING NETWORKS, INC.,<br><br>        Defendant. | No. 1:21-cv-02900-CJN<br><br>Judge Carl J. Nichols |

## NOTICE OF WITHDRAWAL

TO: The Clerk of the Above-Named Court and to All Parties and Counsel of Record:

**PLEASE TAKE NOTICE** that attorney Michael E. Bloom (admitted *pro hac vice*) (IL Bar No. 6302422), hereby withdraws as counsel of record herein for Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited, pursuant to Local Civil Rule 83.6(b). All other counsel of record for Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited remain.

Dated: April 15, 2024        Respectfully submitted,

                /s/ *Michael E. Bloom*

                Michael E. Bloom (admitted pro hac vice)
                BENESCH, FRIEDLANDER, COPLAN
                 & ARONOFF LLP
                71 South Wacker Drive, Suite 1600
                Chicago, IL 60606
                Telephone: 312.212.4949
                mbloom@beneschlaw.com

                *Attorney for the Plaintiffs Smartmatic USA*
                *Corp., Smartmatic International Holding B.V.,*
                *and SGO Corporation Limited*

24216513 v1

## CERTIFICATE OF SERVICE

    I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends e-mail notification of such filing to all attorneys of record.

April 15, 2024

                                                    */s/ Michael E. Bloom*