IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK, <br><br> Defendant. | Civil Action No. 1:21-cv-02900-CJN-MAU |

**ORDER GRANTING OAN'S MOTION TO AMEND**
**PROTECTIVE ORDER'S DOCUMENT DESTRUCTION DEADLINE**

On this day came to be considered Defendant's Motion to Amend Protective Order's Document Destruction Deadline ("the Motion"). The Court, having considered the Motion, the briefing, and applicable law, finds that the Motion has merit and should be and hereby is GRANTED.

IT IS THEREFORE ORDERED that the Amended Confidentiality Agreement and Protective Order (ECF No. 48, "Protective Order") is hereby amended in the following respect:

Defendant's obligation to destroy certain documents pursuant to Paragraph 20 of the Protective Order is hereby STAYED as to the 184 documents identified by the Motion ("the Retained Documents"), pending completion of the litigation in No. 1:21-cv-02130-CJN, *US Dominion, Inc. v. Herring Networks, Inc.* (D.D.C. filed Aug. 10, 2021).

IT IS FURTHER ORDERED that Defendant may not utilize the Retained Documents in the *Dominion* action absent further court order, or, in the alternative, an agreement between Plaintiffs and Defendant.

1

Signed this _____ day of _____, 2024.

_____