**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC HOLDING B.V., AND SGO CORPORATION LIMITED, | |
| Plaintiffs, | |
| v. | No. 1:21-cv-02900-CJN-MAU |
| HERRING NETWORKS, INC., D/B/A ONE AMERICA NEWS NETWORK, | |
| Defendant. | |

**MOTION TO WITHDRAW OAN'S MOTION TO AMEND PROTECTIVE ORDER'S
DOCUMENT DESTRUCTION DEADLINE**

Herring Networks, Inc. d/b/a One America News Network respectfully moves to withdraw its Motion to Amend Protective Order's Document Destruction Deadline, ECF No. 202, filed on June 12, 2024, because the Motion is moot. Plaintiffs consent to this withdrawal.

Dated: June 27, 2024

By: ___/s/ R. Trent McCotter_____

**JACKSON WALKER LLP**
Charles L. Babcock
(admitted *pro hac vice*)
Nancy W. Hamilton
(admitted *pro hac vice*)
John K. Edwards
(admitted *pro hac vice*)
Joel R. Glover
(admitted *pro hac vice*)
Bethany Pickett Shah
(admitted *pro hac vice*)
1401 McKinney Suite 1900
Houston, TX 77010
Tel: (713) 752-4200
Fax: (713) 308-4110
cbabcock@jw.com
nhamilton@jw.com
jedwards@jw.com
jglover@jw.com
bpickett@jw.com

Jonathan D. Neerman
D.C. Bar No. 90003393
Carl C. Butzer
(admitted *pro hac vice*)
Minoo Sobhani Blaesche
(admitted *pro hac vice*)
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Tel: (214) 953-5664
Fax: (214) 661-6899
jneerman@jw.com
cbutzer@jw.com
mblaesche@jw.com

**BOYDEN GRAY PLLC**
R. Trent McCotter
D.C. BAR NO. 1011329
801 17th St NW, #350
Washington, DC 20006
(202) 706-5488
tmccotter@boydengray.com

*Counsel for Herring Networks, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of June 2024, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will electronically mail notification of the filing to all counsel of record who are registered ECF users.

   /s/ R. Trent McCotter_____
R. Trent McCotter